LATHAM & WATKINS LLP
Wayne S. Flick (Bar No. 149525)
  wayne.s.flick@lw.com
Manuel A. Abascal (Bar No. 171301)
  manny.abascal@lw.com
James H. Moon (Bar No. 268215)
  james.moon@lw.com
Kristin P. Housh (Bar No. 286651)
  kristin.housh@lw.com
Robin A. Kelley (Bar No. 287696)
  robin.kelley@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

AMERICAN IMMIGRATION COUNCIL
Melissa Crow (*pro hac vice* pending)
  mcrow@immcouncil.org
Karolina Walters (*pro hac vice* pending)
  kwalters@immcouncil.org
Kathryn Shepherd (*pro hac vice* pending)
  kshepherd@immcouncil.org
1331 G Street, NW, Suite 200
Washington, DC  20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (*pro hac vice* pending)
  bazmy@ccrjustice.org
Ghita Schwarz (*pro hac vice* pending)
  gschwarz@ccrjustice.org
Angelo Guisado (*pro hac vice* pending)
  aguisado@ccrjustice.org
666 Broadway, 7th Floor
New York, NY  10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                    Plaintiffs,<br><br>       v.<br><br>John F. Kelly, *et al.*,<br><br>                    Defendants. | Case No.:  2:17-cv-5111<br><br>**PLAINTIFF AL OTRO LADO'S CORPORATE DISCLOSURE STATEMENT**<br><br>**CLASS ACTION**<br><br>[Fed. R. Civ. P. 7.1] |

**TO THE HONORABLE COURT AND ALL PARTIES:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiff Al Otro Lado ("Plaintiff"), certifies that Plaintiff is not a publicly held corporation and does not have a parent corporation. Plaintiff does not issue stock, and, as such, there is no publicly held corporation owning 10 percent or more of Plaintiff's stock.

| | |
|---|---|
| Dated: July 12, 2017 | LATHAM & WATKINS LLP<br>Wayne S. Flick<br>Manual A. Abascal<br>James H. Moon<br>Kristin P. Housh<br>Robin A. Kelley<br><br>By */s/ Manuel A. Abascal*<br>     Manuel A. Abascal<br><br>*Attorneys for Plaintiffs* |