**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Al Otro Lado, Inc. et al | CASE NUMBER |
|---|---|
| v.  PLAINTIFF(S) | 2:17-cv-05111 JFW(JPRx) |
| John F. Kelly | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES) |
| DEFENDANT(S). | |

**TRANSFER ORDER DECLINED**

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_____    _____
Date                         United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The matters do not raise sufficient overlapping issues, if any, to warrant transfer. Neither party nor judicial efficiency would be served by such an order.

July 17, 2017                John A. Kronstadt  /s/
Date                         United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:13-cv-03972 JAK(PLAx)   and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

TRANSFER ORDER DECLINED

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*