**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 17-5111-JFW (JPRx)**                                        Date: July 20, 2017

Title:     Al Otro Lado, Inc., et al. -v- John F. Kelly

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                     None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER DISMISSING DOES**

    Pursuant to Local Rule 19-1, no complaint or petition shall be filed that includes more than ten Doe or fictitiously named parties.

    Accordingly, the Court hereby dismisses the action as to Doe Defendants 11 through 25, inclusive.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 2/15/08)