Name and address:
Manuel A. Abascal
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, Inc., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>John F. Kelly, Secretary, United States Department of Homeland Security, in his official capacity, et al.<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:17-cv-5111-JFW (JPRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Shepherd, Kathryn E   of
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-507-7511          202-742-5619
*Telephone Number        Fax Number*

kshepherd@immcouncil.org
*E-Mail Address*

American Immigration Council
1331 G Street, NW
Suite 200
Washington, DC 20005
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Al Otro Lado, Inc., a California corporation, Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, and Jose Doe individually and on behalf of all others similarly situated

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Abascal, Manuel A.   of
*Designee's Name (Last Name, First Name & Middle Initial)*

171301          (213) 485-1234          (213) 891-8763
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

manny.abascal@lw.com
*E-Mail Address*

Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: July 21, 2017**

_____
**U.S. District Judge**