Name and address:
Wayne S. Flick
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, Inc., et al.<br><br>Plaintiff(s)<br>v.<br>John F. Kelly, Secretary, United States Department of Homeland Security, in his official capacity, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:17-cv-5111-JFW (JPRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Guisado, Angelo
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-614-6454
*Telephone Number*

212-614-6499
*Fax Number*

AGuisado@ccrjustice.org
*E-Mail Address*

of Center for Constitutional Rights
666 Broadway, 7th floor
New York, NY 10012
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Al Otro Lado, Inc., a California corporation, Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, and Jose Doe individually and on behalf of all others similarly situated

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Flick, Wayne S.
*Designee's Name (Last Name, First Name & Middle Initial)*

149525
*Designee's Cal. Bar No.*

(213) 485-1234
*Telephone Number*

(213) 891-8763
*Fax Number*

wayne.s.flick@lw.com
*E-Mail Address*

of Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: August 1, 2017**

*/s/ John F. Walter*
**U.S. District Judge**