Name and address:
Wayne S. Flick
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AL OTRO LADO, Inc., et al.

Plaintiff(s)

v.

John F. Kelly, Secretary, United States Department of
Homeland Security, in his official capacity, et al.

Defendant(s).

| CASE NUMBER |
| --- |
| 2:17-cv-5111-JFW (JPRx) |

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schwarz, Ghita                                      of
*Applicant's Name (Last Name, First Name & Middle Initial*
212-614-6445                212-614-6499
*Telephone Number              Fax Number*
GSchwarz@ccrjustice.org
                    *E-Mail Address*

Center for Constitutional Rights
666 Broadway, 7th floor
New York, NY 10012

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Al Otro Lado, Inc., a California corporation, Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, and
Jose Doe individually and on behalf of all others similarly situated

*Name(s) of Party(ies) Represent*      ✓ *Plaintiff(s)* ☐  *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Flick, Wayne S.                                      of
*Designee's Name (Last Name, First Name & Middle Initial*
149525          (213) 485-1234          (213) 891-8763
*Designee's Cal. Bar No.    Telephone Number      Fax Number*
wayne.s.flick@lw.com
                    *E-Mail Address*

Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: August 1, 2017**

_John F. Walter_
**U.S. District Judge**