CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
GISELA A. WESTWEATER
Assistant Director
SHEREASE PRATT, NY Bar No. 2620912
Senior Litigation Counsel
    U.S Department of Justice
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC  20044
    Telephone: (202) 616-0063
    Facsimile: (202) 616-8962
    Email: sherease.pratt@usdoj.gov

Attorneys for the Named Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division - Los Angeles)**

| | |
|---|---|
| AL OTRO LADO, INC., a California corporation, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE C. DUKE, Acting Secretary, U.S. Department of Homeland Security, in her official capacity; *et al*., <br><br> Defendants. | **CASE NO. CV 2:17-cv-05111-JFW-JPR** <br><br> **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND MOVE FOR CLASS CERTIFICATION** <br><br> Complaint Served: July 17, 2017 <br> Response Due: September 12, 2017 <br> New Response Date: October 12, 2017 <br><br> **HON. JOHN F. WALTER** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiffs and the Named Defendants, by and through their respective undersigned counsel, hereby stipulate as follows pursuant to Fed. R. Civ. P. 6(b)(1) and paragraph 7 of this Court's Standing Order:

1. The Named Defendants shall have an additional 30 days to answer or otherwise respond to the complaint in this action, up to and including October 12, 2017; and

2. Plaintiffs shall have an additional 30 days to file their Motion for Class Certification, resulting in a deadline of November 13, 2017.  In order to facilitate settlement discussions and not prejudice Plaintiffs for agreeing to this stipulation, the Named Defendants shall not oppose Plaintiffs' Motion for Class Certification based on any delay by Plaintiffs in filing for class certification or on the grounds that the claims of any one or more of the named Plaintiffs became moot between this date and the time that Plaintiffs file their Motion for Class Certification.

A proposed order is attached.

//

//

//

//

//

//

//

So Stipulated:

DATED: September 9, 2017

| | |
|---|---|
| LATHAM & WATKINS LLP<br>Wayne S. Flick<br>Manuel A. Abascal<br>James H. Moon<br>Robin A. Kelley<br><br>AMERICAN IMMIGRATION COUNCIL<br>Melissa Crow<br>Karolina Walters<br>Kathryn Shepherd<br><br>CENTER FOR CONSTITUTIONAL RIGHTS<br>Baher Azmy<br>Ghita Schwarz<br>Angelo Isado<br><br>By: /s/James Moon<br>    JAMES MOON<br><br>*Attorneys for the Plaintiffs* | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director<br><br>GISELA A. WESTWATER<br>Assistant Director<br><br>By: /s/ Sherease Pratt<br>SHEREASE PRATT<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-0063<br>Facsimile: (202) 616-8962<br>E-mail: sherease.pratt@usdoj.gov<br><br>*Attorneys for the Named Defendants* |

# FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all parties have concurred in the filing of this stipulation.

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

GISELA A. WESTWATER
Assistant Director

By: /s/ Sherease Pratt
SHEREASE PRATT
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0063
Facsimile: (202) 616-8962
E-mail: sherease.pratt@usdoj.gov

*Attorneys for the Named Defendants*

# **CERTIFICATE OF SERVICE**

CASE NO. CV 2:17-cv-05111-JFW-JPR

     I certify that on September 9, 2017, I served a copy of the foregoing STIPULATION EXTENDING THE NAMED DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND and attached DECLARATION OF SHEREASE PRATT by filing these documents with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to the following attorneys of record:

| | |
|---|---|
| Robin A. Kelley<br>Email: robin.kelley@lw.com | Kathryn E. Shepherd<br>Email: kshepherd@immcouncil.org |
| Angelo Guisado<br>Email: aguisado@ccrjustice.org | Melissa E. Crow<br>Email: mcrow@immcouncil.org |
| Baher Azmy<br>Email: bazmy@ccrjustice.org | Wayne S. Flick<br>Email: wayne.s.flick@lw.com |
| Ghita Schwarz<br>Email: gschwarz@ccrjustice.org | Manuel A. Abascal<br>Email: manny.abascal@lw.com |
| Karolina J. Walters<br>Email: kwalters@immcouncil.org | James H. Moon<br>Email: james.moon@lw.com |

/s/ Sherease Pratt
SHEREASE PRATT
Senior Litigation Counsel
United States Department of Justice