CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
GISELA A. WESTWEATER
Assistant Director
SHEREASE PRATT, NY Bar No. 2620912
Senior Litigation Counsel
    U.S Department of Justice
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC  20044
    Telephone: (202) 616-0063
    Facsimile: (202) 616-8962
    Email: sherease.pratt@usdoj.gov

Attorneys for the Named Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division - Los Angeles)**

| | |
|---|---|
| AL OTRO LADO, INC., a California corporation; ABIGAIL DOE; BEATRICE DOE; CAROLINA DOE; DINORA DOE; INGRID DOE; and JOSE DOE, individually and on behalf of all others similarly situated;<br><br>            Plaintiffs,<br><br>v.<br><br>ELAINE C. DUKE, Acting Secretary, U.S. Department of | **CASE NO. CV 2:17-cv-05111-JFW-JPR**<br><br>**DECLARATION OF SHEREASE PRATT**<br><br><br><br><br><br><br><br>**HON. JOHN F. WALTER** |

1

| | |
|---|---|
| Homeland Security, in her official capacity[1]; KEVIN K. MCALEENAN, Acting Commissioner, U.S. Customs and Border Protection, in his official capacity; TODD C. OWEN, Executive Assistant Commissioner, Office of Field Operations, United States Customs and Border Protection; and DOES 1-10, inclusive,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, SHEREASE PRATT, declare:

1.     I am the Senior Litigation Counsel assigned to represent the Named Defendants in *Al Otro Lado, Inc., et al.*, CV 2:17-05111-JFW-JPR.  As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.     The Named Defendants request that the Court grant them an extension of time to respond to the complaint for the following reasons:

Plaintiffs and the Named Defendants are actively engaged in settlement negotiations, and the parties have exchanged a term sheet for resolving this case in its entirety.  The Named Defendants are additionally in the process of responding to Plaintiffs' first set of discovery requests, which were served by U.S. mail on

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Elaine C. Duke, Acting Secretary, U.S. Department of Homeland Security, is automatically substituted for former Secretary John F. Kelly.

August 9, 2017.  Deferring the Named Defendants' deadline to answer or otherwise respond by 30 days will allow counsel the opportunity to review the history of this case and the grounds for Plaintiffs' Complaint, confer with agency counsel, circulate a response for comment and approval, formulate and finalize a response that fully responds to the issues raised in this case, and continue to pursue settlement negotiations.

3. This is the Named Defendants' first request for an extension of time to respond to Plaintiffs' complaint.  This stipulation is filed in good faith and will not unduly delay the Court's resolution of this matter.  No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension.  Allowing the Named Defendants this extension serves the interests of the parties and the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2017, in Washington, DC.

> By: /s/ Sherease Pratt
> SHEREASE PRATT
> Senior Litigation Counsel
> United States Department of Justice