# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

| | |
|---|---|
| AL OTRO LADO, INC., a California corporation, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE C. DUKE, Acting Secretary, U.S. Department of Homeland Security, in her official capacity; *et al.*, <br><br> Defendants. | CASE NO. CV 2:17-cv-05111-JFW-JPR <br><br><br><br> **[PROPOSED] ORDER** |

Pursuant to stipulation, and for good cause shown, IT IS ORDERED that:

1. The Named Defendants shall have an additional 30 days to answer or otherwise respond to the complaint in this action, up to and including October 12, 2017; and

2. Plaintiffs shall have an additional 30 days to file their Motion for Class Certification, resulting in a deadline of November 13, 2017. In order to facilitate settlement discussions and not prejudice Plaintiffs for agreeing to this stipulation, the Named Defendants shall not oppose Plaintiffs' Motion for Class Certification based on any delay by Plaintiffs in filing for class certification or on the grounds that the claims of any one or more of the named Plaintiffs became moot between September 8, 2017 and the time that Plaintiffs file their Motion for Class Certification.

IT IS SO ORDERED.

DATED: September ____, 2017         _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE