# Exhibit A

## DECLARATION OF KAREN AH NEE, SUPERVISORY CUSTOMS AND BORDER PROTECTION OFFICER/BRANCH CHIEF

I, Karen Ah Nee, declare under penalty of perjury the following:

1. I have been employed with the U.S. Department of Homeland Security, U.S. Customs and Border Protection (CBP) and the legacy U.S. Immigration and Naturalization Service since 2001. I am currently a Supervisory Customs and Border Protection Officer (SCBPO)/Branch Chief at the San Ysidro Port of Entry in San Diego, California. I have held this position since October 2016.

2. As a SCBPO, my duties include reviewing and approving immigration enforcement actions, such as the issuance of Form I-860, Notice and Order of Expedited Removal, and Form I-862, Notice to Appear.

3. I am aware of the case *Al Otro Lado, et al. v. Elaine C. Duke, Secretary of Homeland Security, et al.,* Case No.: 2:17-cv-5111, filed in the United States District Court for the Central District of California.

4. Following an agreement made between Plaintiffs' counsel and CBP, Plaintiffs' counsel provided CBP with information regarding individuals whom they represented to be Plaintiffs in this case, to coordinate their arrival and processing as applicants for admission. Three of those individuals arrived at the San Ysidro Port of Entry on July 15, 2017, and were processed as applicants for admission. Another individual arrived at the San Ysidro Port of Entry on July 18, 2017, and was processed as an applicant for admission. It is my understanding that Plaintiffs' counsel has not provided CBP with the actual name of the individual named Beatrice Doe in this case, nor has that individual presented herself at the San Ysidro Port of Entry. Should she present herself at the San Ysidro Port of Entry, I would expect that she would be processed as an applicant for admission, in accordance with applicable statutes and regulations.

Pursuant to Title 28, U.S.C. Section 1746, I declare that the foregoing is true and correct to the best of my knowledge and belief, this 11th day of October 2017.

*[signature]*
Karen Ah Nee
Branch Chief/Supervisory CBP Officer
U.S. Customs and Border Protection
Office of Field Operations
San Ysidro Port of Entry

Ex. A, page 1

# DECLARATION OF RUBEN COE, SUPERVISORY CUSTOMS AND BORDER PROTECTION OFFICER

I, Ruben Coe, declare under penalty of perjury the following:

1. I have been employed with the U.S. Department of Homeland Security, U.S. Customs and Border Protection (CBP) since December 2008. I am currently a Supervisory Customs and Border Protection Officer (SCBPO) in Laredo, Texas. I have held this position since May 2016.

2. As an SCBPO, my duties include reviewing and approving immigration enforcement actions, such as the issuance of Form I-860, Notice and Order of Expedited Removal, and Form I-862, Notice to Appear.

3. I am aware of the case *Al Otro Lado, Inc., et al., v. Elaine C. Duke, Secretary of Homeland Security, et al.*, Case No.: 2:17-cv-5111, filed in the United States District Court for the Central District of California.

4. Following an agreement made between Plaintiffs' counsel and CBP, Plaintiffs' counsel provided CBP with information regarding individuals whom they represented to be Plaintiffs in this case, to coordinate their arrival and processing as applicants for admission. One of these individuals arrived at the Laredo Port of Entry on July 18, 2017, and was processed as an applicant for admission.

**Pursuant to Title 28, U.S.C. Section 1746, I declare that the foregoing is true and correct to the best of my knowledge and belief, this 12th day of October 2017.**

_____
Ruben Coe, SCBPO
Department of Homeland Security
U.S. Customs and Border Protection
Office of Field Operations
Laredo Port of Entry

1