CHAD A. READLER
    Acting Assistant Attorney General
    Civil Division
WILLIAM C. PEACHEY
    Director
GISELA A. WESTWATER
    Assistant Director
GENEVIEVE M. KELLY VA BAR No. 86183
    Trial Attorney, District Court Section
    Office of Immigration Litigation
    United States Department of Justice
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4705
    Fax: (202) 305-7000
    genevieve.m.kelly@usdoj.gov

Attorneys for Named Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (Western Division – Los Angeles)

| | |
|---|---|
| AL OTRO LADO, INC., a California corporation; ABIGAIL DOE; BEATRICE DOE; CAROLINA DOE; DINORA DOE; INGRID DOE; and JOSE DOE, individually and on behalf of all others similarly situated;<br><br>    Plaintiffs,<br><br>            v.<br><br>ELAINE C. DUKE, Acting Secretary, U.S. Department of Homeland Security, in her official capacity; KEVIN K. MCALEENAN, Acting Commissioner, U.S. Customs | **Case No. CV 2:17-CV-05111-JFW-JPR**<br><br>**DEFENDANTS' NOTICE OF LODGING OF PROPOSED ORDER**<br><br>**HON. JOHN F. WALTER** |

| | |
|---|---|
| and Border Patrol, in his official capacity; TODD C. OWEN, Executive Assistant Commissioner, U.S. Customs and Border Patrol, in his official capacity; and DOES 1–10, inclusive;<br><br>     Defendants. | |

DEFENDANTS' hereby notify the Court and the parties of their lodging of the following Proposed Order in reference to Docket 58, Defendants' Motion to Dismiss (see attached).

Dated:  October 12, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

GISELA A. WESTWATER
Assistant Director

By: /s/ *Genevieve M. Kelly*
GENEVIEVE M. KELLY
Trial Attorney
United States Department of Justice
Civil Division, Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4705
Facsimile: (202) 305-7000
E-mail: genevieve.m.kelly@usdoj.gov

*Attorneys for the Named Defendants*