# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

| | |
|---|---|
| AL OTRO LADO, INC., a California corporation; ABIGAIL DOE; BEATRICE DOE; CAROLINA DOE; DINORA DOE; INGRID DOE; and JOSE DOE, individually and on behalf of all others similarly situated;<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ELAINE C. DUKE, Acting Secretary, U.S. Department of Homeland Security, in her official capacity[1]; KEVIN K. MCALEENAN, Acting Commissioner, U.S. Customs and Border Protection, in his official capacity; TODD C. OWEN, Executive Assistant Commissioner, Office of Field Operations, United States Customs and Border Protection; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | **CASE NO. CV 2:17-cv-05111-JFW-JPR**<br><br>**[PROPOSED] ORDER**<br><br>**HON. JOHN F. WALTER** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Elaine C. Duke, Acting Secretary, U.S. Department of Homeland Security, is automatically substituted for former Secretary John F. Kelly.

## [Proposed] ORDER

Upon consideration of the Defendants' motion to dismiss for lack of jurisdiction and for failure to state a claim and of the briefs in support and in opposition thereof, it is hereby ordered that this case is dismissed in its entirety.

DATED: \_\_\_\_, 2017      _____
                          The Honorable F. Walter
                          United States District Judge