# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Elaine C. Duke, *et al.*, <br><br> Defendants. | Case No.: 2:17-cv-5111 JFW (JPRx) <br> Hon. John F. Walter <br><br> **ORDER REGARDING CONFIDENTIAL INFORMATION IDENTIFYING NAMED PLAINTIFFS** |

Pursuant to the stipulation of the parties filed on October 12, 2017, and upon good cause appearing therefrom, it is **HEREBY ORDERED** that:

1. Plaintiffs shall provide Defendants with names and A numbers for Plaintiffs, and information enabling Defendants to match the identities of the named Plaintiffs to the pseudonyms used in the Complaint.
2. Defendants will maintain the confidentiality of this information to prevent disclosure to the public, including by utilizing the pseudonyms assigned to the named Plaintiffs in the Complaint in public court filings and by sealing specific information filed with the Court that could reasonably be used to identify or to locate any Plaintiff.
3. Defendants will continue to be bound by 8 C.F.R. § 208.6(b), which limits the disclosure of all records indicating that a specific noncitizen has applied for asylum.
4. Plaintiffs reserve their rights to seek additional protections for sensitive personal information through a protective order or other measures.

**IT IS SO ORDERED.**

Date: October 16, 2017

Hon. John F. Walter
United States District Court Judge