**DENIED**

BY ORDER OF THE COURT

NO SHOWING OF GOOD CAUSE

10/20/17

*John F. Walter*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>Elaine C. Duke, *et al.*,<br><br>       Defendants. | Case No.:  2:17-cv-5111 JFW (JPRx)<br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER REGARDING SCHEDULING CONFERENCE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS** |

Pursuant to the stipulation of the parties filed on October 18, 2017, and upon good cause appearing therefrom, it is **HEREBY ORDERED** that:

1.      Defendants' Motion to Stay Discovery shall be filed by October 20, 2017;

2.      Plaintiffs' Oppositions to Defendants' Motion to Dismiss, Motion to Stay Discovery and Motion to Transfer Venue shall be filed by November 10, 2017;

3.      Defendants' Reply Briefs in Support of their Motion to Dismiss, Motion to Stay Discovery and Motion to Transfer Venue shall be filed by November 30, 2017;

4.      The hearing on Defendants' Motion to Dismiss, Motion to Stay Discovery and Motion to Transfer Venue shall be set for December 11, 2017 at 8:30 a.m.; and

5.      The Scheduling Conference shall be rescheduled for December 11, 2017 at 8:30 a.m.

**IT IS SO ORDERED.**

<span style="color:red">**DENIED**</span>

BY ORDER OF THE COURT

Date: _____    _____

Hon. John F. Walter
United States District Court Judge