**DENIED**
BY ORDER OF THE COURT

No appearances will be required for the Scheduling Conference and Hearing on Defendants' Motion to Dismiss – The Court will rule on the papers.

**10/27/17**

*[signature: John F. Walter]*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

(Western Division – Los Angeles)

| | |
|---|---|
| AL OTRO LADO, INC., et al., | No. CV 2:17-CV-05111-JFW-JPR |
| Plaintiffs, | [Proposed] ORDER |
| v. | Hon. John F. Walter |
| ELAINE C. DUKE, et al., | |
| Defendants. | |

**[Proposed] ORDER**

Upon consideration of Defendants' *ex parte* application to continue the scheduling conference and the hearing on Defendants' motion to dismiss due to the unavailability of Gisela A. Westwater, Defendants' lead counsel, on November 13, 2017, and for good cause shown, this Court GRANTS Defendants' *ex parte* application.

The scheduling conference and hearing on Defendants' motion to dismiss, currently scheduled to be held on November 13, 2017, at 1:30 p.m., shall be continued until:

_____ Monday, November 27, 2017, at 1:30 p.m., to be held in conjunction with the hearings on Defendants' motions to transfer venue and to stay discovery.

_____ Monday, November 20, 2017, at 1:30 p.m.

1     \_\_\_\_\_    Monday, December 4, 2017, at 1:30 p.m.

2     \_\_\_\_\_    Monday, December 11, 2017, at 1:30 p.m.

3     \_\_\_\_\_    Monday, _____, at 1:30 p.m.

4

**DENIED**

5 Date: _____, 2017

BY ORDER OF THE COURT

6         Hon. John F. Walter
        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23