# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**(Western Division – Los Angeles)**

| | |
|---|---|
| AL OTRO LADO, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE C. DUKE, et al., <br><br> Defendants. | No. CV 2:17-CV-05111-JFW-JPR <br><br> ORDER <br><br> Hon. Jean P. Rosenbluth |

**ORDER**

Upon consideration of Defendants' *ex parte* application to continue the hearing on Plaintiffs' motion to compel due to the unavailability of Gisela A. Westwater, Defendants' lead counsel, on November 16, 2017, and of plaintiffs' opposition, and for good cause shown, this Court GRANTS Defendants' *ex parte* application (ECF No. 75).

The hearing on Plaintiffs' motion to compel, currently scheduled to be held on November 16, 2017, at 10:00 a.m., shall be continued until:

X   Thursday, November 30, 2017, at 10:00 a.m.

\_\_\_\_\_   Thursday, December 7, 2017, at 10:00 a.m.

\_\_\_\_\_   Thursday, December 21, 2017, at 10:00 a.m.

\_\_\_\_\_   Thursday, _____, at 10:00 a.m.

1  Date: October 30, 2017

*[signature: Jean Rosenbluth]*

Hon. Jean P. Rosenbluth
United States Magistrate Judge