# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Al Otro Lado, Inc., et al.** <br><br> v.     Plaintiff(s) <br><br> **John F. Kelly** <br><br> Defendant(s). | CASE NUMBER: <br><br> **CV 17-5111-JFW (JPRx)** <br><br> ORDER VACATING SCHEDULING CONFERENCE <br> AND <br> REFERRAL TO PRIVATE MEDIATION |

**The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary. The hearing on November 13, 2017 is vacated and taken off calendar. A Scheduling and Case Management Order will issue. Any unserved DOE defendants are dismissed at this time.**

**The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:**

   **ORDERS** this case referred to:

☐ ADR PROCEDURE NO. 1: (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

☐ ADR PROCEDURE NO. 2: This case is referred to the ADR Program. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☒ **ADR PROCEDURE NO. 3: (Private mediation).**

  **The ADR proceeding is to be completed no later than: April 2, 2018**
  **The Joint Report re: Results of Settlement Conference due on: April 5, 2018**

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: **November 2, 2017**

cc: ADR Coordinator

                                                                           United States District Judge