**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 17-5111-JFW (JPRx)**                                   Date: November 8, 2017

Title:     Al Otro Lado, Inc., et al. -v- John F. Kelly

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TAKING UNDER SUBMISSION DEFENDANTS' MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6) [filed 10/12/17; Docket No. 58]; and**

**ORDER TAKING UNDER SUBMISSION CLASS REPRESENTATIVES' UNOPPOSED MOTION TO PROCEED PSEUDONYMOUSLY [filed 10/16/17; Docket No. 61]**

    Defendants' Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the Class Representatives' Unopposed Motion to Proceed Pseudonymously are currently on calendar for November 13, 2017, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for November 13, 2017 is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr