CHAD A. READLER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
GISELA A. WESTWATER
Assistant Director, NE Bar No. 21801
*gisela.westwater@usdoj.gov*
United States Department of Justice
Civil Division, Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4174
Facsimile: (202) 616-8962
Email: gisela.westwater@usdoj.gov
YAMILETH G. DAVILA
Assistant Director
*yamileth.g.davila@usdoj.gov*
GENEVIEVE M. KELLY
Trial Attorney, VA Bar No. 86183
*genevieve.m.kelly@usdoj.gov*

SAIRAH G. SAEED
Trial Attorney, IL Bar No. 6290644
*sairah.saeed@usdoj.gov*
DANIELLE K. SCHUESSLER
Trial Attorney, MD Bar (No. N/A)
*danielle.schuessler@usdoj.gov*
ALEXANDER J. HALASKA
Trial Attorney, IL Bar No. 6327002
*alexander.j.halaska@usdoj.gov*

Attorneys for Named Defendants

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | Declaration of Gisela A. Westwater |
| Elaine C. DUKE, Acting Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | Hon. Cynthia Bashant |
| Defendants. | |

I, Gisela A. Westwater, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am an Assistant Director with the Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section.

2. I am the lead attorney of record for Named Defendants Elaine C. Duke, Acting Secretary, U.S. Department of Homeland Security, in her official capacity; Kevin K. McAleenan, Acting Commissioner, U.S. Customs and Border Protection, in his official capacity; and Todd C. Owen, Executive Assistant Commissioner, Office of Field Operations, United States Customs and Border Protection, in his official capacity (collectively, "Defendants") in the above-listed case, *Al Otro Lado, Inc. v. Duke*. I make this declaration based upon my personal knowledge and communications with Plaintiffs' counsel.

3. On Thursday, November 30, 2017, at 9:30 p.m. Eastern Time, counsel for Plaintiffs reached out to counsel for Defendants via e-mail requesting the parties confer about briefing schedules for Defendants' Motion to Dismiss, as well as Plaintiffs' Motion for Class Certification.

4. I responded on Friday, December 1, 2017, at 7:56 p.m. Eastern Time, that we were available to talk on Monday.

5. Over the weekend, after what the Plaintiffs thought was Defendants' time to re-file had passed, counsel for Plaintiffs informed me that they now intended to oppose any re-filed motion to dismiss on the basis of default.

6. On Monday, the parties conferred, with the call commencing at 4:30 p.m. Eastern Time. Counsel for Defendants explained that, even though they do not believe they were limited to ten days to re-file, they nevertheless would not be in default of such a deadline because the case was not transferred until November 22, 2017, not the 21st, making the tenth day December 4, 2017.

7. Defendants requested an extension of any deadline that might exist to December 15, to coincide with the status hearing in this case. Counsel for Defendants told Plaintiffs that they could propose whatever schedule they felt would be workable for them in light of the holiday schedule. Defendants requested a speedy response to their proposal in light of Defendants' intent to file a motion ex parte in the event an agreement as not reached. The call concluded around 4:45 p.m. Eastern Time.

8. At 6:03 p.m. Eastern Time, counsel for Plaintiffs rejected Defendants' request of an extension until December 15 and made a counter offer via e-mail.

9. Once my personal affairs were taken care of for the evening, I returned to work and responded to Plaintiffs' counsel at 10:21 p.m. with a counter offer that would even out the proposed schedule. .

10. As of 12:50 a.m. Eastern Time (only 9:50 p.m. Pacific Time), Plaintiffs' counsel has not responded.

11. Despite not agreeing that Defendants are bound by Rule 12's filing deadline but not wanting to miss any deadline asserted by Plaintiffs as a ground for default, I file this ex parte motion without giving counsel for Plaintiffs additional time to respond.

12. Defendants remain willing to negotiate briefing schedules for their forthcoming Motion to Dismiss and any other motions.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on December 5, 2017, in Washington, D.C.

By: *s/ Gisela A. Westwater*
GISELA A. WESTWATER
Assistant Director

3