# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE C. DUKE, Acting Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**[ECF No. 118]** |

Defendants Elaine C. Duke, Kevin McAleenan, and Todd C. Owen have filed an *ex parte* motion for an extension of time to file a responsive pleading to the Complaint on December 15, 2017. (ECF No. 118.) Defendants have concurrently filed a declaration with their motion reflecting their communications with Plaintiffs regarding the subject matter of the *ex parte* request. (ECF No. 118-2.) This case was transferred to this Court on November 22, 2017. (ECF No. 114.) The transferor court denied Defendants' 12(b)(1) and (b)(6) motion to dismiss without prejudice specifically because of its decision to transfer. (ECF No. 113.) Defendants represent that Plaintiffs' position is that Defendants' time to file a motion to dismiss expired on

1  December 4, 2017 at the latest, pursuant to Federal Rule of Civil Procedure
2  12(a)(4)(A). (ECF No. 118 at 3.) Defendants also represent that Plaintiffs rejected
3  Defendants' request for a December 15, 2017 filing deadline and instead requested a
4  December 8, 2017 filing deadline with a hearing date of February 12, 2018. (*Id.* at
5  2.)
6      Under Rule 12(a)(4)(A), a responsive pleading must be served within 14 days
7  after the notice of a court's denial of a motion to dismiss or postponement of a
8  decision until trial "unless the court sets a different time." FED. R. CIV. P. 12(a)(4)(2).
9  Federal Rule of Civil Procedure 6(b) permits a court to alter the deadlines set by the
10 Federal Rules for good cause shown, and Local Rule 12.1 specifically permits a court
11 to extend deadlines for answering or moving to dismiss a complaint for good cause.
12 FED. R. CIV. P. 6(b); Civ. L. R. 12.1. Given the procedural posture of this case and
13 the reasons identified by Defendants, the Court finds there is good cause to support
14 Defendants' request for this modest extension of time.
15     Accordingly, the Court **GRANTS** Defendants' *ex parte* request. (ECF No.
16 118.) Defendants shall file the motion to dismiss the Complaint **no later than**
17 **December 15, 2017**. For briefing purposes, the Court **SETS** a hearing date for the
18 motion to dismiss of February 12, 2018. Plaintiffs may file an opposition to
19 Defendants' motion to dismiss **no later than January 29, 2018**. Defendants may
20 file a **reply no later than February 5, 2018**.
21     IT IS SO ORDERED.
22
23 **DATED: December 5, 2017**

Hon. Cynthia Bashant  
United States District Judge