UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity; *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17cv-02366-BAS-KSC<br><br>**ORDER RE HEARING ON MOTION FOR PROTECTIVE ORDER** |

　　　Upon review of the Joint Motion, the Court expects the parties to be fully prepared to argue all in the body of the Joint Motion, as well as any accompanying exhibits. In particular, those declarations that address the technological infrastructure of defendants' surveillance systems.

///
///
///
///
///
///

Counsel for plaintiffs should call the following telephone number at the appointed time with all counsel on the line: 619-557-2688.

**IT IS SO ORDERED**.

Dated: February 27, 2018

_____
Hon. Karen S. Crawford
United States Magistrate Judge