# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF CERTAIN DEADLINES**<br><br>**[ECF No. 167]** |

The parties have jointly requested an extension of certain pleading deadlines set by the Court in its August 20, 2018 Order on Defendants' motion to dismiss. (ECF No. 167.) They have also requested the extension of the deadline applicable to the filing of any potential motion for reconsideration by the Defendants.

Having considered the motion and good cause appearing, the Court **VACATES** the pleading deadlines set in the prior Order. (ECF No. 166.) The Court **ORDERS** that:

1. Plaintiffs may file a First Amended Complaint ("FAC") **no later than October 12, 2018**;

2.     If Plaintiffs file a FAC, Defendants shall respond to the FAC **no later than November 9, 2018**;

3.     If Plaintiffs do not file a FAC by October 12, 2018, Defendants shall answer the Complaint **no later than October 26, 2018**. Alternatively, if Plaintiffs do not file a FAC, Defendants may move for reconsideration of the Court's August 20, 2018 Order instead of filing an answer, no later than October 26, 2018.[1]

**IT IS SO ORDERED.**

DATED: September 4, 2018

Hon. Cynthia Bashant
United States District Judge

---

[1] The Court's August 20, 2018 Order did not set any deadlines for a motion for reconsideration, nor did it contemplate revisiting the Court's extensive analysis of the arguments and issues raised in Defendants' re-filed motion to dismiss. Local Rule 7.1 permits a party to move for full or partial reconsideration of an order within 28 days of its entry, which would require Defendants to move by September 17, 2018. S.D. Cal. L.R. 7.1(i)(2). Although the bases for a motion for reconsideration are limited, the Court believes it is not in the interest of judicial economy to set the deadline for the filing of any potential motion for reconsideration prior to the potential filing of the FAC on October 12, 2018. For this limited reason, the Court finds good cause to extend any deadline for the filing of a possible motion for reconsideration.