# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**[ECF Nos. 182, 184]** |

The parties have jointly requested an extension of the deadline for Defendants to respond to the First Amended Complaint from November 9, 2018 to November 20, 2018. (ECF No. 182, 184.) The basis for the request is that Plaintiffs intend to move for leave to file a Second Amended Complaint. (*Id.*) Defendants indicate that they will not opposing the motion for leave, but they will oppose any Second Amended Complaint in motion to dismiss. (*Id.*) "[A]n amended complaint supersedes the original complaint and renders it without legal effect." *Lacey v. Maricopa Cty.*, 693

1  F.3d 896, 927 (9th Cir. 2012) (en banc).  A grant of Plaintiffs' forthcoming motion
2  for leave would render the First Amended Complaint inoperative.  For this reason and
3  for practical concerns, the Court finds there is good cause and **GRANTS** the joint
4  motion. (ECF Nos. 182, 184.)  Absent further court order, Defendants must respond
5  to the First Amended Complaint **no later than November 20, 2018**.
6      **IT IS SO ORDERED.**
7
8  **DATED:  November 2, 2018**

Hon. Cynthia Bashant
United States District Judge