# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, U.S. Department of Homeland Security, in her official capacity, *et al*., <br><br> Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING JOINT MOTION TO SET SCHEDULE FOR DEFENDANTS' RESPONSE TO THE SECOND AMENDED COMPLAINT** <br><br> **[ECF No. 190]** |

In response to the Court's order to provide a joint notice with the parties' proposed schedule for Defendants' response to the Second Amended Complaint ("SAC") (ECF No. 188), the parties have filed a joint motion regarding the parties' proposed schedule "at this time." (ECF No. 190). Having considered the motion, the Court **GRANTS** the motion and **SETS** the following schedule:

1. Defendants may respond to the SAC **no later than November 29, 2018**. If Defendants respond by moving to dismiss, such motion **shall not exceed 35 pages**.

2. If Defendants respond to the SAC by moving to dismiss, Plaintiffs may file an opposition to such motion **no later than January 11, 2019**. Such opposition **shall not exceed 35 pages**.

1       3.      If Defendants respond to the SAC by moving to dismiss, they may file a reply in support of such motion **no later than February 1, 2019**. Such reply **shall not exceed 15 pages**.

        4.      Given that the parties have had the opportunity to confer and propose this schedule, requests for extensions of these deadlines will be disfavored. **Any such request must be received by the Court no later than 7 days before the respective deadline for which an extension is sought**. An untimely extension request will be summarily denied by reference to this Order.

**IT IS SO ORDERED.**

**DATED: November 19, 2018**

Hon. Cynthia Bashant
United States District Judge