JOSEPH H. HUNT
Assistant Attorney General, Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
GISELA A. WESTWATER (NE 21801)
Assistant Director
YAMILETH G. DAVILA (FL 47329)
Assistant Director
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
BRIAN C. WARD (IL 6304236)
Senior Litigation Counsel
DANIELLE LINDERMUTH (MD Bar)
Trial Attorney
SAIRAH G. SAEED (IL 6290644)
Trial Attorney

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., Abigail DOE, Beatrice DOE, Carolina DOE, Dinora DOE, Ingrid DOE, Roberto DOE, Maria DOE, Juan DOE, Úrsula DOE, Victoria DOE, Bianca DOE, Emiliana DOE, and César DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kirstjen NIELSEN, Secretary of Homeland Security, in her official capacity; Kevin K. McALEENAN, Commissioner, U.S. | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DEFENDANTS' MOTION AND NOTICE OF MOTION TO PARTIALLY DISMISS THE SECOND AMENDED COMPLAINT** <br><br> Special Briefing Schedule Ordered <br> Hearing Date: February 11, 2019 <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

| | |
|---|---|
| 1 | Customs and Border Protection, in his official capacity; Todd C. OWEN, Executive Assistant Commissioner, U.S. Customs and Border Protection, Office of Field Operations, in his official capacity; and DOES 1–25, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | *Defendants*. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEFENDANTS' MOTION TO DISMISS AND NOTICE THEREOF

PLEASE TAKE NOTICE that on Monday, February 11, 2019, at a time the Court deems proper, or as soon thereafter as the parties may be heard, Defendants will and hereby do move to partially dismiss the Second Amended Complaint (ECF No. 189) under Federal Rule of Civil Procedure 12(b)(6). This motion is based on the attached memorandum of points and authorities, all pleadings, papers, and files in this action, and on any arguments that may be presented orally at a hearing on this motion. The parties have conferred several times through counsel since August 20, 2018, regarding Defendants' intent to move to dismiss the Second Amended Complaint and Plaintiffs' intent to oppose such a motion.

Dated: November 29, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation – District Court Section

GISELA A. WESTWATER
Assistant Director

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

Case No. 3:17-cv-02366-BAS-KSC

I certify that on November 29, 2018, I served a copy of the foregoing document by filing it document with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Alexander J. Halaska*
Alexander J. Halaska
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*