JOSEPH H. HUNT
Assistant Attorney General, Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
GISELA A. WESTWATER (NE 21801)
Assistant Director
YAMILETH G. DAVILA (FL 47329)
Assistant Director
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
BRIAN C. WARD (IL 6304236)
Senior Litigation Counsel
DANIELLE LINDERMUTH (MD Bar)
Trial Attorney
SAIRAH G. SAEED (IL 6290644)
Trial Attorney

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA IN SUPPORT OF DEFENDANTS' MOTION TO PARTIALLY DISMISS THE SECOND AMENDED COMPLAINT** |
| Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants*. | |

## DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am a Trial Attorney in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation.

2. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Nielsen*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the document produced to Plaintiffs during discovery that Plaintiffs cite in paragraph 51 of the Second Amended Complaint ("SAC") (ECF No. 189).

4. Attached hereto as **Exhibit 2** is a true and correct copy of the document produced to Plaintiffs during discovery that Plaintiffs cite in paragraph 52 of the SAC.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the document produced to Plaintiffs during discovery that Plaintiffs cite in paragraph 53 of the SAC.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the document produced to Plaintiffs during discovery that Plaintiffs cite in paragraph 55 of the SAC.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the document produced to Plaintiffs during discovery that Plaintiffs cite in paragraph 56 of the SAC.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the document produced to Plaintiffs during discovery that Plaintiffs cite in paragraph 57 of the SAC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on November 29, 2018, in Washington, D.C.

_____
ALEXANDER J. HALASKA