# EXHIBIT 2

Memorandum Regarding San Ysidro Operations (undated)

*Al Otro Lado, Inc., et al. v. Kirstjen Nielsen, et al.*,

No. 3:17-cv-02366-BAS-KSC (S.D. Cal.)

## Executive Summary:

The San Ysidro Port of Entry (SYS) continues to experience unprecedented levels of foreign nationals asserting claims of fear of returning to their home countries. Thousands of unaccompanied alien children (UAC), family units, and adults attempt to migrate to the U.S. via Central America and Mexico. The foreign nationals are made up of numerous nationalities to include citizens of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Due to the ongoing construction/infrastructure challenges at the SYS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ SYS is facing limitations in the intake and processing of inadmissible travelers.

## Background:

- The significant volume of arriving undocumented travelers has surpassed the physical capacity of the port and has resulted in a tremendous strain on all available local resources, to include personnel.
- When the Admissibility Enforcement Unit (AEU) is at or over capacity, the ability to comply with our detention policy (TEDS) and Reno v. Flores settlement is hindered and creates a liability for the agency. Such volume has seriously compromised the port's ability to safely and humanely care for the basic necessities of the asylees in custody.
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- In FY 2015, The San Diego Field Office (SDFO) reported 40,455 inadmissible aliens; a 22% increase in encounters at the Ports of Entry since FY 2014. Additionally, year to date, we have noted an additional 8% increase in encounters in FY 2016 versus FY 2015.
- Further, the number of inadmissible alien encounters asserting Credible Fear (CF)/Asylum have surged to unprecedented levels. In FY 2015, the inadmissible aliens arriving at the San Diego Field Office asserting CF increased 66% to 24,923 versus FY 2014; and year to date, FY 2016 reflects an increase of 10% since FY 2015.

## Constraints:

- On June 24, 2016 the SYS AEU processing and holding areas located in the Pedestrian East (Pedeast) Building was closed down due to construction and all AEU operations were transferred to temporary trailers located at the SYS Pedestrian West (Pedwest) facility.
- The current temporary trailers at the Pedwest Facility has limited space (current capacity ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which in turn limits our capability to intake and care for additional undocumented travelers.
- The ongoing construction at SYS has significantly limited our capacity to house and care for undocumented travelers. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

███████████████████████

**Current Status:**
- This fiscal year SYS continues to experience an upward trend in undocumented travelers for all nationalities.
- On July 15, 2016 the Pedwest Passenger Facility opened for the processing of pedestrians. Given the limited infrastructure and current ongoing construction at Pedeast SYS was able to coordinate with the Government of Mexico (GoM) to assist in redirecting asylum seekers from the Pedeast facility – limit line (area located prior to entry into the U.S.) to the Pedwest facility. Pedwest is now the primary intake area for asylum claims and other admissibility processing; and provides the capacity, intake area, and infrastructure to process the flow of travelers.
- SYS CBP personnel are not denying anyone requesting asylum, however are redirecting potential applicants to Pedwest to ensure a timelier and efficient intake process.
- All potential asylum applicants arriving at the primary lane (pedestrian, vehicle, CBX) and making entry into the U.S. are taken into custody and safeguarded.
- The SYS AEU has undertaken the following actions/contingency plans to address the ongoing surge:
    1. Temporarily assigned additional personnel to support the increased workload.
    2. Utilized Border Patrol (USBP) Stations to temporarily hold migrants awaiting custodial transfer to ICE/ERO. Locations include: Imperial Beach Border Patrol Station and the Barracks five facility located within the Chula Vista Border Patrol Station.
    3. Increased AEU staffing assignments.
    4. Committed outlying ports of entry and USBP Stations to augment resources with virtual processing efforts.
    5. Integrated Haitian Creole speakers throughout CBP to conduct case processing.
    6. Coordinating locally with ICE/ERO and USBP to facilitate the movement of OFO processed detainees.
    7. Provided additional administrative support to ICE/ERO to reduce the burden on ICE/ERO.
    8. █████████████████████████████████████████████████████████
    9. Coordinated with the Los Angeles Field Office for TDY support of a Creole speaker.
    10. Coordinated with HQ-IMD to identify CBP personnel fluent in the Creole language to support San Ysidro with interpreter and virtual processing as needed.

- Given SYS infrastructure limitation due to the ongoing construction at Pedeast and limited capacity at the new Pedwest trailers ███████ SYS have been measuring the flow of undocumented travelers into our custody. In coordination with the GoM we have identified two (2) periods throughout the day to intake asylum claims into our custody (8am and 4pm). At each period, we intake approximately ███ applicants, with a daily intake total of approximately ███ applicants. If an applicant does not meet these intake

time periods, they are requested to remain in-line in Mexico until the next intake period (*note: the asylum groups are made up of two main groups – citizens other than Mexicans who normally have temporary legal status in Mexico and do not fear being in Mexico; and citizens of Mexico who do not have fear of being in Tijuana but fear of returning back to their own hometowns in interior Mexico due to the violence among groups fighting for control in Michoacán and Guerrero*). Based on this scenario, the GoM has developed their own health and safety protocols on the Mexican side of the border to assist the asylum applicants waiting in line in Mexico. In order to control the flow of asylees in their area the GoM has instituted a numerical process by giving asylum applicants numbers with intake dates in the order of their arrival. The applicants are also given the locations of humanitarian shelters in Tijuana where they receive food and shelter until their intake date. The implementation of this process was developed by the GoM.

- To provide consistent messaging SYS Management is routinely conducting musters to all personnel and ensuring protocols are being followed for all asylum applicants.
- SYS Management has also coordinated with Federal Protective Service contracted Protective Security Officers (PSOs) to assist in redirecting asylum seekers to Pedwest for acceptance and processing (*note: asylum applicants are not denied entry at the limit line but are asked to redirect and report to Pedwest for intake and acceptance*).
- PSOs assigned at the Pedwest facility limit line will identify and ask asylum seekers to wait at the limit line (in Mexico) for intake and processing scheduled at 8am and 4pm.

**Allegations:**
- CBP Officers indicated that there are not sufficient CBP Officers to process asylum seekers at this port of entry.
    - CBP has sufficient officers to process asylum applicants, however, due to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ CBP is forced to hold asylum applicants for an extended period of time, and therefore impacts the ability to intake new applicants.
- CBP Officers told travelers that they could not seek asylum at "this port."
    - Asylum applicants are being re-directed to the Pedwest facility for acceptance.
- CBP Officers told travelers they must return to Mexico and will be unable to request protection unless they are brought in by one of the migrant shelters in Tijuana.
    - This action was taken during the significant influx of Haitian citizens in custody (approximately ▮▮▮ detainees of all nationalities) to alleviate the overcrowding and to assist with providing appropriate accommodations (shelter, food, water) for potential asylum applicants waiting to be processed. This action occurred during the late May to early June of this year. Currently, asylees are directed to Pedwest for appropriate intake.
- CBP Officers informed travelers that the US was not accepting any asylum applicants.
    - No travelers are denied the ability to apply for entry and request asylum at the San Ysidro Port of Entry. Mexican Officials are not denying anyone at the behest of CBP.

- o CBP SYS Management is routinely conducting musters to all personnel to ensure consistent messaging and to ensure that protocols are followed for all asylum applicants. Muster memorandum to all personnel states the following:
    - Due to the ongoing construction and infrastructure limitations at SYS/OTM port of entry; and to provide the most efficient processing of travelers, the following protocols will be adhered to:
        - Under no circumstances will an asylum applicant be denied entry into the U.S. Please direct all applicants to the Pedwest facility for proper intake and processing.
        - Any applicant for asylum encountered on primary (pedestrian/vehicle/CBX) should be taken into custody, escorted to the security office, and transported to the Pedwest facility for proper intake and processing.