# EXHIBIT 3

Email from Branch Chief, Field Liaison Division, Office of Field Operations, U.S. Customs and Border Protection (Dec. 6, 2016)

*Al Otro Lado, Inc., et al. v. Kirstjen Nielsen, et al.*,
No. 3:17-cv-02366-BAS-KSC (S.D. Cal.)

**From:** ███
**Sent:** Tuesday, December 06, 2016 7:36 AM
**To:** ███
**Cc:** ███
**Subject:** RE: RFI due by 1130 EST: Metering at Southwest Border

Thank you Sir.

███

Branch Chief
U.S. Customs and Border Protection
Office of Field Operations
Field Liaison Division

███



Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. State and local Homeland security officials may share this document with authorized security personnel without further approval from DHS.

**From:** FLORES, PETE ROMERO
**Sent:** Tuesday, December 06, 2016 10:25 AM
**To:** ███
**Cc:** ███
**Subject:** RE: RFI due by 1130 EST: Metering at Southwest Border

Metering continues at both San Ysidro and Calexico POEs the numbers are adjusted based on space availability and ERO movement of detainees from the ports. Mexican Immigration is handling the metering process before the OTMs arrive at the port of entry; no issues on our end with aliens being turned away.

CBPALORT000118

1

Pete Flores
Director, Field Operations
San Diego Field Office
U.S. Customs and Border Protection
████████████

From: ████████████
Sent: Tuesday, December 06, 2016 6:55 AM
To: ████████████
Cc: ████████████

Subject: RFI due by 1130 EST: Metering at Southwest Border
Importance: High

Directors,

Can you please provide Field Liaison with an update on:

- Metering operations within your AOR.
- Issues regarding aliens being turned away.

To further support your response, please provide a justification which includes challenges with stakeholders and capacity limitations.

Thank you,



████████████
Branch Chief
U.S. Customs and Border Protection
Office of Field Operations
Field Liaison Division
████████████



Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the

media, or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. State and local Homeland security officials may share this document with authorized security personnel without further approval from DHS.