# EXHIBIT 4

Email from Assistant Director Field Operations – Border Security, Laredo Field Office, Office of Field Operations, U.S. Customs and Border Protection (Nov. 12–13, 2016)

*Al Otro Lado, Inc., et al. v. Kirstjen Nielsen, et al.*, No. 3:17-cv-02366-BAS-KSC (S.D. Cal.)

**Subject:** FW: Meeting with INM

**From:** ▓▓▓▓▓▓▓▓
**Sent:** Sunday, November 13, 2016 8:06:20 AM
**To:** ▓▓▓▓▓▓▓▓

**Subject:** RE: Meeting with INM

Port Directors :

This only applies to Central Americans.

▓▓▓▓▓▓▓▓
Assistant Director Field Operations  - Border Security
Office of Field Operations
Laredo Field Office
▓▓▓▓▓▓▓▓

**From:** ▓▓▓▓▓▓▓▓
**Sent:** Saturday, November 12, 2016 2:42:07 PM
**To:** ▓▓▓▓▓▓▓▓

**Subject:** Meeting with INM

Port Directors:

At the request of C-1 and C-2, you are to meet with your INM counterpart and request they control the flow of aliens to the port of entry.  For example, if you determine that you can only process 50 aliens at a time, you will request that INM release only 50.

If INM cannot or will not control the flow, your staff is to provide the alien with a piece of paper identifying a date and time for an appointment and return then to Mexico.  This is similar to what San Diego is doing.  We understand the alien
may express a fear of returning to Mexico and we will address as the situation dictates.

CBPALORT000034

Please schedule a meeting with your INM counterparts ASAP. Let us know the date and time of the meeting as soon as it's scheduled, We will also need a summary of your meeting to include who you met with, what was discussed, what was agreed to, issues/concerns, and timeline.

That's all the information we have on the tasking but we can anticipate being asked to provide an update early next week.

█████████

Assistant Director Field Operations - Border Security
Office of Field Operations
Laredo Field Office

████████████████

2

CBPALORT000035