# EXHIBIT 5

Email, "FW: Metering" (Nov. 22, 2016)

*Al Otro Lado, Inc., et al. v. Kirstjen Nielsen, et al.*,

No. 3:17-cv-02366-BAS-KSC (S.D. Cal.)

**From:**
**To:**
**Subject:** FW: Metering
**Date:** Tuesday, November 22, 2016 4:09:02 PM

Action: Metering at the pedestrian lane.

Please continue to monitor the amount of OTMs/migrants attempting to make entry via the pedestrian lane.

Our instructions from Service Headquarters and LFO is that we will <u>only</u> accept "what we can handle/process".

All others will be turned back to Mexico with an appointment date/time if possible.

This is being done for humanitarian reasons (health/safety) of everyone.

CBPALORT000017