UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., a California corporation; ABIGAIL DOE; BEATRICE DOE; CAROLINA DOE; DINORA DOE; INGRID DOE; ROBERTO DOE; MARIA DOE; JUAN DOE; URSULA DOE; VICTORIA DOE; BLANCA DOE; EMILIANA DOE; and CESAR DOE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KRISTJEN M. NEILSEN, Secretary, United States Department of Homeland Security, in her official capacity; KEVIN K. MCALEENAN, Commissioner, United States Customs and Border Protection, in his official capacity; TODD C. OWEN, Executive Assistant Commissioner, Office of Field Operations, United States Customs and Border Protection,<br><br>　　　　　　　　　　Defendants. | Case No.: 17CV2366-BAS(KSC)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE STAY ON DISCOVERY & SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to the undersigned's Chambers Rules, the parties have filed a Joint Motion, in which plaintiffs request the Court lift the stay on discovery, which has been in place since January 2018. Defendants oppose plaintiffs' request.

As set forth in plaintiffs' request, good cause exists to remove the stay on discovery. Although defendants have taken steps to preserve evidence, the passage of additional time increases the likelihood that information will be lost nonetheless, through fading memories or the inadvertent loss of documents or information. Discovery is not bifurcated or limited, however, the parties are encouraged to prioritize discovery necessary for a motion for class certification and to be diligent and efficient in their efforts to do so.

The Fed. R. Civ. P. 26(f) conference shall be completed on or before **January 18, 2019**.

A Joint Discovery Plan shall be lodged with Magistrate Judge Crawford on or before **January 25, 2019**. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before **January 25, 2019**.

Counsel shall appear telephonically on **February 1, 2019** at **10:30 a.m.** before Magistrate Judge Crawford for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiffs' counsel shall initiate the telephonic conference.

Dated: December 28, 2018

Hon. Karen S. Crawford
United States Magistrate Judge