# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD** <br><br> **[ECF No. 194]** |

Before the Court is a renewed motion to withdraw Kathryn E. Shepherd as counsel of record for Plaintiffs in this matter. (ECF No. 194.) The Court deems the motion as procedurally proper pursuant to Local Rule 83.3(f)(3) as it has been served on Defendants and will be served on all Plaintiffs.[1] (*Id.*) For the reasons below, the Court grants the motion.

---

[1] The Court acknowledges that Shepherd indicates Plaintiffs' counsel lacks Plaintiff Roberto Doe's current address, at the time of the motion, because he appears to be "in Mexico custody." (ECF No. 194 at 1 n.1.) The Court credits this explanation and counsel's representation that this Plaintiff will be informed as soon as practicable.

– 1 – 17cv2366

## DISCUSSION

"An attorney may not withdraw as counsel except by leave of court." *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). The trial court has discretion whether to grant or deny an attorney's motion to withdraw in a civil case. *See La Grand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998); *Stewart v. Boeing Co.*, No. CV 12-5621 RSWL(AGRx), 2013 WL 3168269, at *1 (C.D. Cal. June 19, 2013). Courts should consider the following factors when ruling upon a motion to withdraw as counsel: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. *Curtis v. Illumination Arts, Inc.*, No. C12-0991JLR, 2014 WL 556010, at *4 (W.D. Wash. Feb. 12, 2014); *Deal v. Countrywide Home Loans*, No. C09-01643 SBA, 2010 WL 3702459, at *2 (N.D. Cal. Sept. 15, 2010).

Here, counsel indicates that her duties with the American Immigration Council have changed such that she is "no longer able to work with the Council's legal department on this case." (ECF No. 194-1 ¶ 3.) The Court finds this reason sufficient to permit her withdrawal. The Court does not find that counsel's withdrawal will prejudice Defendants, harm justice, or delay this case as Plaintiffs are represented by numerous other attorneys of record. (*Id.* ¶ 4.)

## CONCLUSION & ORDER

For the foregoing reasons, the motion to withdraw is **GRANTED**. (ECF No. 194.) The Clerk of the Court shall terminate Kathryn E. Shepherd as counsel of record for Plaintiffs in this case.

**IT IS SO ORDERED.**

**DATED: January 2, 2019**

Hon. Cynthia Bashant
United States District Judge