# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER LIFTING STAY AND EXTENDING BRIEFING DEADLINE ON PENDING MOTION TO DISMISS**<br><br>**[ECF Nos. 191, 192, 201]** |

As the Court indicated in its January 8, 2019 order granting Defendants' request to stay this case during the lapse in appropriations, "[t]he stay will be lifted automatically when appropriations are restored." (ECF No. 201 at 2.) Because appropriations have been restored, the stay of this action is **HEREBY LIFTED**.

The remaining briefing deadlines on Defendants' second motion to dismiss previously set by this Court (ECF No. 191) are extended as follows:

– 1 –

1. Plaintiffs may file an opposition to Defendants' second motion to dismiss (ECF No. 192) **no later than February 14, 2019**.

2. Defendants may file a reply in support of their motion **no later than March 7, 2019**.

**IT IS SO ORDERED.**

DATED: January 28, 2019

Hon. Cynthia Bashant
United States District Judge