UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>                        Plaintiff,<br><br>v.<br><br>KIRSTEN NIELSEN, U.S., Department of Homeland Security, in her official capacity,<br><br>                        Defendant. | Case No.:  17CV2366-BAS(KSC)<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

      The Fed. R. Civ. P. 26(f) conference shall be completed on or before **February 22, 2019**.

      A Joint Discovery Plan shall be lodged with Magistrate Judge Crawford on or before **March 8, 2019**. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

      The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before **March 8, 2019**.

1    Counsel shall appear telephonically on **<u>March 15, 2019</u>** at **<u>10:00 a.m</u>**. before
2    Magistrate Judge Crawford for a Case Management Conference pursuant to Federal Rule
3    of Civil Procedure 16(b). Plaintiffs' counsel shall initiate the telephonic conference.
4    Dated:  January 30, 2019

                                                     Hon. Karen S. Crawford
                                                   United States Magistrate Judge