# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AN** *AMICUS CURIAE* **BRIEF**<br><br>**[ECF Nos. 215, 216, 219, 221, 223, 225]** |

Six requests for leave to file an *amicus curiae* brief in connection with Defendants' pending partial motion to dismiss the Second Amended Complaint ("SAC") were filed on February 21, 2019. (ECF No. 215, 216, 219, 221, 223, 225.) Five movants indicate that counsel for Plaintiffs and Defendants have consented to their filing. (ECF No. 215, 219, 221, 223, 225.) One movant indicates that Defendants generally consented to the filing of briefs not exceeding 20 pages no later than February 21, 2019. (ECF No. 221.) Having considered the requests and in view of the parties' consent, the Court will grant all requests.

"The district court has broad discretion to appoint amici curiae." *Hoptowit v.*

*Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).  This discretion is exercised with "great liberality" and "it is within [the Court's] discretion to allow it any case when justified by the circumstances." *N. Sec. Co. v. U.S.*, 191 U.S. 555, 556 (1903).  "Even when a party is very well represented, an amicus may provide important assistance to the court." *Jamul Action Comm. v. Stevens*, No. 13–CV–01920–KJM–KJN, 2014 WL 3853148, at *5 (E.D. Cal. Aug. 5, 2014) (quotation omitted).  "District courts frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 335 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003)); *see also Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D.Wash.1999).

The Court has generally reviewed the motions for leave and the proposed *amici curiae* briefs.  In view of the interests represented as well as the issues raised in the SAC and Defendants' partial motion to dismiss, the Court finds it is appropriate to exercise its discretion to **GRANT** each request.  (ECF No. 215, 216, 219, 221, 223, 225.)  The parties' consent to the filing of *amici curiae* briefs confirms that granting the requests is appropriate.

**IT IS SO ORDERED.**

**DATED: February 22, 2019**

Hon. Cynthia Bashant
United States District Judge