MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1666 Connecticut Ave. NW, Suite 100
Washington, DC 20009
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiff Al Otro Lado, Inc.*

**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>   Plaintiffs,<br>v.<br>Kirstjen M. Nielsen, *et al.*,<br><br>   Defendants. | Case No.: 17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>[DISCOVERY MATTER]<br><br>**DECLARATION OF ORI LEV IN SUPPORT OF JOINT MOTION REGARDING PLAINTIFF AL OTRO LADO INC.'S REQUEST FOR EXPEDITED DISCOVERY**<br><br>Judge: Hon. Cynthia Bashant<br>Courtroom: 4B |

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy  (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz  (NY Bar No. 3030087)
  (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
  (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

I, Ori Lev, state the following under penalty of perjury:

1. I am a partner at the law firm of Mayer Brown LLP, a member of the Bar of the District of Columbia, admitted *pro hac vice* to this Court, and counsel for Plaintiff Al Otro Lado ("AOL") in the above-captioned litigation.

2. I make this declaration in support of AOL's Motion for Expedited Discovery. This declaration is based on my own personal knowledge.

3. Attached as Exhibit 1 is a true and correct copy of the declaration of Nora Phillips.

4. Attached as Exhibit 2 is a true and correct copy of the declaration of Nicole Ramos.

5. Attached as Exhibit 3 is a true and correct copy of the declaration of Erika Pinheiro.

6. Attached as Exhibit 4 is Plaintiffs' expedited requests for production to all Defendants concerning travel restrictions.

7. Attached as Exhibit 5 is Plaintiffs' expedited notice of Rule 30(b)(6) deposition of all Defendants.

8. On February 4, 2019, counsel for Plaintiffs contacted Defendants' counsel to request the voluntary production of information regarding: (1) the reasons for the revocation of Nicole Ramos' SENTRI pass; (2) whether and why the U.S. government issued a migratory or other alert on Erika Pinheiro's passport; (3) whether and why the U.S. government issued a migratory or other alert on Nora Phillips' passport; and (4) for each, what legal process, if any, was followed to impose such a serious restriction on their travel. Plaintiffs' counsel requested that the Government produce this information by close of business on February 6, 2019. In the same correspondence, Plaintiffs' counsel further proposed to meet and confer with Defendants' counsel on February 7, 2019 regarding a motion for

expedited discovery that Plaintiffs intended to file in the event that the Government did not provide the requested information.

9. On February 11, 2019, I, along with other counsel for AOL, participated in a telephone conference with counsel for Defendants to confer regarding Plaintiff AOL's intent to file a motion for expedited discovery regarding: (1) the reasons for the revocation of Nicole Ramos' SENTRI pass; (2) whether and why the U.S. government issued a migratory or other alert on Erika Pinheiro's passport; (3) whether and why the U.S. government issued a migratory or other alert on Nora Phillips' passport; and (4) for each, what legal process, if any, was followed to impose such a serious restriction on their travel. During this telephone conference, we requested that the Government commit to producing this information by February 14, 2019, and stated that if it did not do so Plaintiffs intended to file a motion for expedited discovery of this information. The Government was unwilling to make such a commitment and indicated that the Government would oppose the motion.

10. Via email on February 12, 2019, counsel for Defendants again did not commit to producing the requested information by February 14, 2019 or indeed commit to providing any information regarding these issues. On February 13, 2019, I confirmed via email that the parties had therefore reached an impasse and Plaintiff intended to file its motion for expedited discovery.

11. On February 14, 2019, my co-counsel, Matthew Marmolejo, contacted Chambers with the intention of filing an ex parte application addressing the request for expedited discovery raised in this motion. The Court expressed a preference that the parties bring a Joint Motion instead.

12. As a result, Plaintiffs' counsel reached out to counsel for Defendants in accordance with Chambers Rules to coordinate the drafting and filing of a Joint Motion. On Thursday, February 14, I provided Defendants' counsel with a

complete draft of the instant Joint Motion and the accompanying declarations of AOL employees[1] and suggested a schedule by which the parties would finalize the Joint Motion by Friday, February 22 in accordance with Chambers' Rules § 5.D.

13. Counsel for Defendants responded on February 15, 2019 that Defendants needed until the close of business on Wednesday, February 27 to submit their portion of the Joint Motion.

14. On February 15, 2019, I reiterated to Defendants' counsel that we believed that the five-business-day response time indicated in Chambers' Rules was a reasonable amount of time for Defendants to submit their portion of the Joint Motion, particularly in light of the fact that we had put Defendants' counsel on notice of these issues on February 4. However, I further stated that we were willing to delay the filing until Monday, February 25 to provide the Government a full five business days to submit its portion of the Joint Motion, with the additional time taken to finalize the filing.

15. On February 20, 2019, counsel for Defendants rejected this compromise via email and again stated that Defendants could not submit their portion of the joint response until Wednesday, February 27, 2019. Counsel for Defendants further indicated that Plaintiffs should inform the Court that Defendants intend to file their portion of the Joint Motion on February 27, 2019.

---

[1] I inadvertently failed to include a 2-page attachment to one of the declarations. I provided that declaration via email on February 20, within 3 hours of the Government identifying that it was not included in my prior email.

DECLARATION OF ORI LEV IN SUPPORT OF JOINT MOTION
REGARDNG PLAINTIFFS' REQUEST FOR EXPEDITED DISCOVERY

16. Attached as Exhibit 6 is a true and correct copy of the correspondence with opposing counsel referenced in paragraphs 6-13 of this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on February 22, 2019 in Bethesda, MD.

By: /s/ Ori Lev
Ori Lev

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on February 22, 2019, with a copy of this document via the Court's CM/ECF system per Local Rules.

/s/ Matthew H. Marmolejo
Matthew H. Marmolejo
Attorneys for Plaintiffs Al Otro Lado, Inc.
mmarmolejo@mayerbrown.com

5

CERTIFICATE OF SERVICE
DECLARATION OF ORI LEV IN SUPPORT OF JOINT MOTION
REGARDNG PLAINTIFFS' REQUEST FOR EXPEDITED DISCOVERY

731426441.5