MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1666 Connecticut Ave. NW, Suite 100
Washington, DC 20009
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiff Al Otro Lado, Inc.*

**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br>v.<br>Kirstjen M. Nielsen, *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>**EXHIBIT 2 TO DECLARATION OF ORI LEV IN SUPPORT OF JOINT MOTION REGARDING PLAINTIFF AL OTRO LADO INC.'S REQUEST FOR EXPEDITED DISCOVERY**<br><br>Judge: Hon. Cynthia Bashant<br>Courtroom: 4B |

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy  (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz  (NY Bar No. 3030087)
  (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
  (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1666 Connecticut Ave. NW, Suite 100
Washington, DC 20009
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiff Al Otro Lado, Inc.*

**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>            Plaintiffs,<br>v.<br>Kirstjen M. Nielsen, *et al.*,<br><br>            Defendants. | Case No.: 17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>**DECLARATION OF NICOLE RAMOS IN SUPPORT OF PLAINTIFF AL OTRO LADO INC.'S MOTION FOR EXPEDITED DISCOVERY**<br><br>Judge: Hon. Cynthia Bashant<br>Courtroom: 4B |

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy  (NY Bar No. 2860740)
   (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz  (NY Bar No. 3030087)
   (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688)
   (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388)
   (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
   Sarah Rich (GA Bar No. 281985)
   (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309)
   (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113)
   (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1.  My name is Nicole Ramos. I am the Director of the Border Rights Project at Al Otro Lado ("AOL"). I have been employed in that position since December 2016.

2.  I have personal knowledge of the facts stated in this declaration and know them to be true.

## REVOCATION OF SENTRI CARD

3.  On January 10, 2019, when I was passing through the San Ysidro vehicle crossing from Mexico into the United States, a U.S. Customers and Border Protection ("CBP") officer ordered me to go to secondary inspection.

4.  While in secondary inspection at the San Ysidro Port of Entry, a CBP officer informed me that my SENTRI card was suspended and confiscated the card. I also spoke to Supervisor Griffin at the San Ysidro Port of Entry. He advised me that there was a note in the port of entry's computer system that stated that my SENTRI card should be confiscated. However, Supervisor Griffin was unable to provide me with additional information about why my SENTRI card was being confiscated. Supervisor Griffin directed me to contact the SENTRI Office, which was impossible to do at the time because the SENTRI Office was closed due to the government shutdown.

5.  SENTRI cards allow the holder of the card to pass through ports of entry on the U.S.–Mexico border on an expedited basis through specially-designated vehicle lanes. My SENTRI card is critical to my ability to meet with AOL's clients in a timely manner. Without the card, I have been forced to spend hours waiting to be processed at ports of entry along the U.S.-Mexico border. For instance, since my SENTRI card was confiscated, I have twice attempted to cross the U.S.-Mexico border and had to wait in line two to three hours each time. As a result, I have not been able to cross the border to conduct work on behalf of AOL.

6. I am not aware of any proper basis for revoking my SENTRI card. My card had not expired, I was not convicted or charged with any crime, and I have not been declared inadmissible to the United States.

7. In addition, I had crossed the border without incident four days prior, and therefore it appears that the decision to suspend my SENTRI card was made at a time when CBP's SENTRI Office was closed due to a lapse in appropriations. This means that the decision to revoke my SENTRI card was likely made by government officials that were not a part of the SENTRI Office. As a result of the shutdown, I was unable to obtain information regarding the suspension from the SENTRI Office at the time it occurred.

## OTHER INTERACTIONS WITH CBP

8. I have also received reports from asylum seekers that CBP officers at the San Ysidro Port of Entry had referred to AOL and its representatives as a "fraud," "fake attorneys," "troublemakers," and then accused the asylum seekers of having "been coached" by AOL to provide false accounts of persecution. CBP officers also told asylum seekers that AOL "had lied to them" about their rights in the asylum process and that AOL would charge them exorbitant fees to secure their release from detention.

9. I have never coached asylum seekers to provide false accounts of persecution or lied to them about their rights in the asylum process. AOL does not charge asylum seekers any fees to secure their release from detention.

10. In addition, after this lawsuit was filed, in July 2017, I learned that an official from CBP contacted Mexican immigration authorities to inquire about my migratory status in Mexico.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 11, 2019.

*Nicole Ramos* (signature)

Nicole Ramos