MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1666 Connecticut Ave. NW, Suite 100
Washington, DC 20009
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiff Al Otro Lado, Inc.*

**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford |
| Plaintiffs,<br>v.<br>Kirstjen M. Nielsen, *et al.*,<br>Defendants. | **EXHIBIT 3 TO DECLARATION OF ORI LEV IN SUPPORT OF JOINT MOTION REGARDING PLAINTIFF AL OTRO LADO INC.'S REQUEST FOR EXPEDITED DISCOVERY**<br><br>Judge: Hon. Cynthia Bashant<br>Courtroom: 4B |

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087)
  (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
  (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1666 Connecticut Ave. NW, Suite 100
Washington, DC 20009
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiff Al Otro Lado, Inc.*

**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>        Plaintiffs,<br>   v.<br>Kirstjen M. Nielsen, *et al.*,<br><br>        Defendants. | Case No.: 17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>**DECLARATION OF ERIKA PINHEIRO IN SUPPORT OF PLAINTIFF AL OTRO LADO INC.'S MOTION FOR EXPEDITED DISCOVERY**<br><br>Judge: Hon. Cynthia Bashant<br>Courtroom: 4B |

DECLARATION IN SUPPORT OF PLAINTIFFS'
MOTION FOR EXPEDITED DISCOVERY

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
(*pro hac vice*)
*bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087)
(*pro hac vice*)
*gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
(*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
(*pro hac vice*)
*mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985)
(*pro hac vice*)
*sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
(*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
(*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1.  My name is Erika Pinheiro. I am the Director of Litigation and Policy at Al Otro Lado ("AOL"), a named plaintiff in this litigation. I have been employed in that position since April 2017.

2.  I have personal knowledge of the facts stated in this declaration and know them to be true.

3.  On January 29, 2019, I was detained by Mexican immigration authorities as I attempted to enter Mexico at the pedestrian crossing at the San Ysidro East Port of Entry. The Mexican immigration officials informed me that a foreign government had issued a migratory alert on my passport. The Mexican officials provided no additional information to me about the nature of the alert or the government that issued the alert.

4.  While I was detained in Mexican custody, I informed Mexican officials that my Mexican-born child and my partner were both waiting for me to return to Mexico. I showed the Mexican immigration officials a photograph of my child's birth certificate.

5.  While I was detained, I asked to speak with an attorney, Graciela Zamudio-Campos, the Director of ALMA Migrante, who I understand had arrived at the San Ysidro Port of Entry to advocate on my behalf. I was allowed to speak to attorney Zamudio-Campos for only about one minute before she was asked to leave the Port of Entry. An INM agent was present the entire time, and I did not have sufficient time to consult with her regarding my detention.

6.  I also understand that John Hector, an attorney from Amnesty International, arrived at San Ysidro Port of Entry to advocate on my behalf. Again, Mexican immigration officials denied me access to counsel.

7.  After detaining me for between two and three hours, the Mexican government denied me entry into Mexico and physically removed me from Mexican territory.

8. At the time of my detention, I held and was seeking to renew a valid, multiple-entry business visa, with plans to transition to a TN visa upon the imminent completion of Al Otro Lado's registration as a civil society group in Mexico. I explained this to the INM official when I requested to renew my visa. The official approved my request and I paid for the visa renewal. It was only when the INM official swiped my passport and saw the migratory alert that I was stopped and detained. I had entered Mexican territory well over 100 times on my valid visa and had never before been denied entry to Mexico.

9. My work as the Litigation Director of Al Otro Lado requires my frequent presence in Mexico. Al Otro Lado hosts hundreds of volunteers to assist with legal orientation, human rights monitoring, and the identification of particularly vulnerable migrants in Tijuana. My role is to review the data gathered, help identify plaintiffs and witnesses, and coordinate with our litigation team to gather evidence in support of this litigation. The situation on the ground in Tijuana is constantly in flux, and I cannot adequately monitor conditions and address urgent issues unless I am physically present.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2019.

*Erika Pinheiro*
Erika Pinheiro