MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1666 Connecticut Ave. NW, Suite 100
Washington, DC 20009
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiff Al Otro Lado, Inc.*

**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al*., <br><br> Plaintiffs, <br> v. <br> Kirstjen M. Nielsen, *et al*., <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br> Hon. Karen S. Crawford <br><br> **EXHIBIT 5 TO DECLARATION OF ORI LEV IN SUPPORT OF JOINT MOTION REGARDING PLAINTIFF AL OTRO LADO INC.'S REQUEST FOR EXPEDITED DISCOVERY** <br><br> Judge: Hon. Cynthia Bashant <br> Courtroom: 4B |

EXHIBIT 5 TO DECLARATION OF ORI LEV

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy  (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz  (NY Bar No. 3030087)
  (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
  (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 5 TO DECLARATION OF ORI LEV

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1666 Connecticut Ave. NW, Suite 100
Washington, DC 20009
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiff Al Otro Lado, Inc.*

**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br>v.<br>Kirstjen M. Nielsen, *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>**PLAINTIFFS' EXPEDITED NOTICE OF RULE 30(b)(6) DEPOSITION OF ALL DEFENDANTS**<br><br>Judge: Hon. Cynthia Bashant<br>Courtroom: 4B |

EXHIBIT 5 TO DECLARATION OF ORI LEV

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy  (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz  (NY Bar No. 3030087)
  (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
  (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), as well as the definitions, instructions, and topics for examination attached hereto as Exhibit A, Plaintiffs Al Otro Lado, Inc., Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, Roberto Doe, Maria Doe, Juan Doe, Úrsula Doe, Victoria Doe, Bianca Doe, Emiliana Doe, and César Doe ("Plaintiffs"), by and through their undersigned counsel, will take the deposition by oral examination of the U.S. Department of Homeland Security ("DHS") and U.S. Customs and Border Protection ("CBP") at the law offices of Mayer Brown LLP, 350 South Grand Avenue, Suite 2500, Los Angeles, California 90071. The deposition will commence on the date ordered by the Court at 9:30 a.m., and will continue until the examination is completed.

Pursuant to Rule 30(b)(6), Defendants shall designate and produce for deposition one or more of DHS's and CBP's officers, directors, employees or other persons who consent to testify on DHS's and CBP's behalf at deposition(s) upon oral examination with respect to the deposition subject matters set forth in Exhibit A. The witness(es) is/are directed to appear on the date and at the time and place indicated, to answer under oath all questions propounded to him or her.

PLEASE TAKE FURTHER NOTICE that these depositions will be recorded by audio, video, and/or stenographic means and will be taken before a notary public or other person qualified to administer oaths pursuant to Fed. R. Civ. P. 28(a). These depositions will continue from day to day until completed. You are invited to attend and participate.

DATED: February __, 2019        MAYER BROWN LLP
                                Matthew H. Marmolejo
                                *mmarmolejo@mayerbrown.com*
                                Ori Lev
                                *olev@mayerbrown.com*
                                Stephen M. Medlock
                                *smedlock@mayerbrown.com*

SOUTHERN POVERTY LAW CENTER
Melissa Crow
*melissa.crow@splcenter.org*
Mary Bauer
*mary.bauer@splcenter.org*
Sarah Rich
*sarah.rich@splcenter.org*
Rebecca Cassler
*rebecca.cassler@splcenter.org*

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
*bazmy@ccrjustice.org*
Ghita Schwarz
*gschwarz@ccrjustice.org*
Angelo Guisado
*aguisado@ccrjustice.org*

LATHAM & WATKINS LLP
Manuel A. Abascal
*manny.abascal@lw.com*

AMERICAN IMMIGRATION COUNCIL
Karolina Walters
*kwalters@immcouncil.org*

by:_____
       Matthew H. Marmolejo

*Attorneys for Plaintiffs*
*AL OTRO LADO, INC., et al.*

# EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

The following definitions shall apply to each of the requests for production of documents set forth below.

A. "CBP" shall mean and refer to U.S. Customs and Border Protection and, where appropriate in the context, its headquarters and offices, including any divisions, subdivisions, components or sections therein; CBP offices at ports of entry, including any divisions, subdivisions or sections therein; or any other CBP organizational structures, including but not limited to U.S. Border Patrol, U.S. Office of Field Operations or private contractors hired by CBP.

B. "DHS" shall mean and refer to the U.S. Department of Homeland Security, and, where appropriate in the context, its headquarters and offices, including any divisions, subdivisions, components or sections therein, or any other DHS organizational structures.

C. "Person(s)" shall mean and refer to any individual or entity, including, without limitation, any government official (elected or appointed) or entity, including, without limitation, any government agency, division, subdivision or section therein, sole proprietorship, association, company, partnership, joint venture, corporation, trust, estate or any other entity.

D. "Communication(s)" shall mean and refer to the exchange of information by or through any mode or medium including, but not limited to, spoken word, written correspondence, any form of technology, face-to-face meetings or conveying of information through third person(s) to some other intended recipient.

E. "Document(s)" is used in its customary broad sense, and includes, but is not limited to, any written, printed, typed, recorded, videotaped, filmed, punched, transcribed, taped, electronically-created or other graphic matter of any kind or nature held or produced or reproduced, whether sent or received, including the

original, and includes, but is not limited to, all correspondence, emails, records, drawings, calculations, memoranda, reports, financial statements, telegrams, cables, contracts, tabulations, studies, analyses, evaluations, work appointment books, diaries, comparisons, questionnaires, surveys, charts, graphs, books, pamphlets, booklets, articles, magazines, newspapers, microfilm, microfiche, photographs, tapes or other recordings, punched cards, magnetic tapes, discs, printouts, computer generated reports and printouts, other data compilations from which information can be obtained, and includes all such document(s) that are in your possession, custody or control, or to which you otherwise have access. The term document(s) encompasses all communications available in the foregoing formats.

K.   "Relating to" as used herein, shall mean constituting, comprising, pertaining to, in connection with, reflecting, respecting, regarding, referring to, based upon, stating, showing, evidencing, establishing, supporting, negating, contradicting, describing, recording, noting, embodying, memorializing, containing, mentioning, studying, analyzing, discussing, specifying, setting forth, identifying or in any manner logically, factually, indirectly or directly, or in any other way connecting to the matter addressed in the request, in whole or in part.

L.   The term "including" means "including but not limited to."

M.   The terms "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive, and each shall include the other wherever such dual construction will serve to bring within the scope of these requests any document which would otherwise not be brought within its scope. Furthermore, wherever the word "any" appears, it shall be read and applied so as to include the word "all," and vice versa. Except as specifically provided herein, words imparting the singular shall include the plural and vice versa, where appropriate.

N.   Unless otherwise specified, the relevant time period for the topics for examination is January 1, 2018 to the present.

# TOPICS FOR EXAMINATION

1. Any alerts, notices, holds, revocations, or other restrictions placed on the passport or travel documents of Al Otro Lado Director of Litigation Erika Pinheiro.

2. Any communications related to the January 29, 2019 detention of Erika Pinheiro by Mexican immigration officials at the San Ysidro East Port of Entry, including but not limited to all communications with any Mexican governmental entities or officials concerning Ms. Pinheiro.

3. Any alerts, notices, holds, revocations, or other restrictions placed on the passport or travel documents of Al Otro Lado Legal Director Nora Phillips.

4. Any communications related to the January 31, 2019 detention of Nora Phillips by Mexican immigration officials at the Guadalajara Airport, including but not limited to all communications with any Mexican governmental entities or officials concerning Ms. Phillips.

5. Any alerts, notices, holds, revocations, or other restrictions placed on the passport or travel documents of Nicole Ramos, including but not limited to all communications with any Mexican governmental entities or officials concerning Ms. Ramos.

6. The decision(s) to seize, suspend and/or revoke Nicole Ramos's participation in the SENTRI program, including but not limited to the reasons for the seizure, confiscation, suspension, and/or revocation of Ms. Ramos's SENTRI card and the procedures followed in making and implementing that decision(s).

7. Any communications related to the January 10, 2019 seizure of Nicole Ramos' SENTRI card by U.S. officials at the San Ysidro Port of Entry vehicular crossing.

8. Any investigations of Al Otro Lado, Al Otro Lado employees, or the named plaintiffs on account of their association with Al Otro Lado.

9. Any actions taken against Al Otro Lado, Al Otro Lado employees, or

the named plaintiffs on account of their association with Al Otro Lado, including but not limited to seizing or revoking SENTRI cards or placing any alerts, notices, holds, revocations, or other restrictions on passports or other travel documents.

10. Any statements, accusations, or claims made by CBP or DHS employees regarding Al Otro Lado or its employees, representatives, or legal counsel.

# CERTIFICATE OF SERVICE

The undersigned certifies that on February __, 2019, a copy of the above and foregoing Plaintiffs' Expedited Notice of Rule 30(b)(6) Deposition of All Defendants has been sent by electronic mail to each of the following:

Alexander James Halaska
202-307-8704
Email: alexander.j.halaska@usdoj.gov

Gisela Ann Westwater
202-532-4174
Fax: 202-616-8962
Email: gisela.westwater@usdoj.gov

Brian Ward
202-616-9121
Fax: 202-305-7000
Email: brian.c.ward@usdoj.gov

Danielle K. Schuessler
202-305-9698
Fax: 202-305-7000
Email: danielle.k.schuessler@usdoj.gov

Genevieve M Kelly
202-532-4705
Fax: 202-305-7000

Sairah G. Saeed
202-532-4067
Email: sairah.g.saeed@usdoj.gov

Yamileth G. Davila
 (202)305-0137
Fax: (202)616-4950
Email: yamileth.g.davila@usdoj.gov

_____
Matthew H. Marmolejo
Attorneys for Plaintiffs Al Otro Lado, Inc.
mmarmolejo@mayerbrown.com