1

2   MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
3       *mmarmolejo@mayerbrown.com*
    350 S. Grand Avenue
4   25th Floor
    Los Angeles, CA 90071-1503
5      Ori Lev (DC Bar No. 452565)
       (*pro hac vice*)
6       *olev@mayerbrown.com*
       Stephen M. Medlock (VA Bar No. 78819)
7       (*pro hac vice*)
        *smedlock@mayerbrown.com*
8   1999 K Street, N.W.
    Washington, D.C. 20006
9   Telephone:  +1.202.263.3000
    Facsimile:   +1.202.263.3300
10

11  SOUTHERN POVERTY LAW CENTER
      Melissa Crow (DC Bar No. 453487)
12      (*pro hac vice*)
        *melissa.crow@splcenter.org*
13  1666 Connecticut Ave. NW, Suite 100
    Washington, DC 20009
14  Telephone: +1.202.355.4471
    Facsimile: +1.404.221.5857
15
    *Additional counsel listed on next page*
16  *Attorneys for Plaintiff Al Otro Lado, Inc.*

17            **UNITED STATED DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
18

19
    Al Otro Lado, Inc., *et al.*,              Case No.: 17-cv-02366-BAS-KSC
20                                             Hon. Karen S. Crawford
21                      Plaintiffs,
                                               **EXHIBIT6 TO DECLARATION OF**
22            v.                               **ORI LEV IN SUPPORT OF JOINT**
                                               **MOTION REGARDING PLAINTIFF**
23  Kirstjen M. Nielsen, *et al.*,             **AL OTRO LADO INC.'S REQUEST**
                                               **FOR EXPEDITED DISCOVERY**
24                      Defendants.
                                               Judge: Hon. Cynthia Bashant
25                                             Courtroom: 4B
26

27

28

EXHIBIT 6 TO DECLARATION OF ORI LEV

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy  (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz  (NY Bar No. 3030087)
  (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
  (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 6 TO DECLARATION OF ORI LEV

**Stein, Micah D.**

---

**From:** Lev, Ori <OLev@mayerbrown.com>
**Sent:** Thursday, February 21, 2019 9:26 AM
**To:** Lindermuth, Danielle (CIV) <Danielle.Lindermuth@usdoj.gov>; Medlock, Stephen M.
<SMedlock@mayerbrown.com>; Saeed, Sairah G. (CIV) <Sairah.G.Saeed@usdoj.gov>; Westwater, Gisela (CIV)
<Gisela.Westwater@usdoj.gov>; Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>; Davila, Yamileth G (CIV)
<Yamileth.G.Davila@usdoj.gov>; Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Ward, Brian C. (CIV)
<Brian.C.Ward@usdoj.gov>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher
Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Rebecca Cassler
<rebecca.cassler@splcenter.org>; Sarah Rich <Sarah.Rich@splcenter.org>; Walters, Karolina
<KWalters@immcouncil.org>; Lev, Ori <OLev@mayerbrown.com>
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident [MB-AME.FID2338540]

Danielle,

We forwarded the 2-page attachment that was inadvertently left off Nora Phillips' declaration yesterday evening. The
absence of this exhibit could not reasonably impact the government's ability to prepare a response to the joint motion.
Moreover, the last two pages of the declaration are substantively identical – they only differ in the pagination because
of how the exhibit was put together with the signature page.

As you can imagine, we view this as a high priority issue and are not inclined to delay any further in getting it before the
court. We first reached out to you about these matters on February 11. Nearly two weeks later, we have no additional
information regarding the circumstances of the detentions and the SENTRI card revocation. Accordingly, we intend to
file the joint motion at close of business on Friday. If the government has not provided its response by that time, we will
indicate that you have informed us that you intend to respond by Wednesday, February 27.

With respect to the 26(f) conference, we are not available at 1:30, but can be available starting at 2:00.

Best,

Ori

**Ori Lev**
Mayer Brown LLP
Tel:+1-202-263-3270
1999 K Street N.W.
Washington, DC 20006-1101
olev@mayerbrown.com
www.mayerbrown.com

---

**From:** Lev, Ori <OLev@mayerbrown.com>
**Sent:** Wednesday, February 20, 2019 7:46 PM
**To:** Lindermuth, Danielle (CIV) <Danielle.Lindermuth@usdoj.gov>; Medlock, Stephen M.
<SMedlock@mayerbrown.com>; Saeed, Sairah G. (CIV) <Sairah.G.Saeed@usdoj.gov>; Westwater, Gisela (CIV)
<Gisela.Westwater@usdoj.gov>; Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>; Davila, Yamileth G (CIV)
<Yamileth.G.Davila@usdoj.gov>; Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Ward, Brian C. (CIV)

<Brian.C.Ward@usdoj.gov>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Rebecca Cassler <rebecca.cassler@splcenter.org>; Sarah Rich <Sarah.Rich@splcenter.org>; Walters, Karolina <KWalters@immcouncil.org>; Lev, Ori <OLev@mayerbrown.com>
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident [MB-AME.FID2338540]

Danielle,

Attached please find the 2-page exhibit that was inadvertently left off Nora Phillips' declaration. We will respond to the remainder of your email tomorrow.

Best,

Ori

**Ori Lev**
Mayer Brown LLP
Tel:+1-202-263-3270
1999 K Street N.W.
Washington, DC 20006-1101
olev@mayerbrown.com
www.mayerbrown.com

---

**From:** Lindermuth, Danielle (CIV) <Danielle.Lindermuth@usdoj.gov>
**Sent:** Wednesday, February 20, 2019 5:12 PM
**To:** Lev, Ori <OLev@mayerbrown.com>; Medlock, Stephen M. <SMedlock@mayerbrown.com>; Saeed, Sairah G. (CIV) <Sairah.G.Saeed@usdoj.gov>; Westwater, Gisela (CIV) <Gisela.Westwater@usdoj.gov>; Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Rebecca Cassler <rebecca.cassler@splcenter.org>; Sarah Rich <Sarah.Rich@splcenter.org>; Walters, Karolina <KWalters@immcouncil.org>
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident [MB-AME.FID2338540]

**\*\*EXTERNAL SENDER\*\***

Ori:

We understand your position with regard to the Joint Motion.  As an initial matter, however, you have not yet provided us with a complete version of Plaintiffs' portion of the Joint Motion.  Specifically, in paragraph 18 of Ms. Phillips' declaration, she indicates that her Mexican removal documents are attached, but those documents were not actually attached.  Additionally, Ms. Phillips' declaration appears to have two final pages, which are slightly different.  Please provide all the documents for your Joint Motion, including a final version of Ms. Phillips' declaration with the referenced attachments.  Moreover, given the concerns we explained in our email on Friday, February 15 (below), as well as the fact that our Rule 26(f) conference deadline is this Friday, we are in the midst of drafting our Reply to your MTD Opposition, and will be responding to multiple amicus briefs, we need until close of business on Wednesday, February 27, to fully respond to your portion of the Joint Motion.  If you file on Monday without our portion, please indicate that we will file our portion on Wednesday, February 27, and please be aware that we will inform the Court that you refused to provide

2

us with more than the *minimum* of 5 business days provided for in Judge Crawford's standing order after providing us
with an incomplete version Joint Motion.

As to your proposed date and time for the Rule 26(f) conference, we are available on Friday, February 22, at **1:30pm
EST**.  We can make 2:00pm work if necessary, but would much prefer 1:30pm to ensure sufficient time for the
conference.  Once you confirm the time, we will circulate the call-in information.

Regards,
Danielle Lindermuth

---

**From:** Lev, Ori <OLev@mayerbrown.com>
**Sent:** Friday, February 15, 2019 6:09 PM
**To:** Lindermuth, Danielle (CIV) <dlinderm@CIV.USDOJ.GOV>; Medlock, Stephen M. <SMedlock@mayerbrown.com>;
Saeed, Sairah G. (CIV) <ssaeed@CIV.USDOJ.GOV>; Westwater, Gisela (CIV) <GWestwat@civ.usdoj.gov>; Halaska,
Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Shinners, Katherine
J. (CIV) <kshinner@CIV.USDOJ.GOV>; Ward, Brian C. (CIV) <bward@CIV.USDOJ.GOV>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher
Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Rebecca Cassler
<rebecca.cassler@splcenter.org>; Sarah Rich <Sarah.Rich@splcenter.org>; Walters, Karolina
<KWalters@immcouncil.org>; Lev, Ori <OLev@mayerbrown.com>
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident [MB-AME.FID2338540]

Danielle:

We believe that the 5 business days specified in the Chambers Rules is reasonable.  Moreover, we first requested
information about the first of these incidents on January 11, have been seeking additional information since February 4,
and met and conferred regarding these issues on February 11.  In this context, 5 business days is more than
reasonable.  We are willing to accommodate your request for additional time by delaying our filing to Monday, February
25, so that the government has 5 full business days to prepare its portion of the response.  But in order to allow us to
appropriately respond to the government's arguments, we ask that you provide any response by COB on Friday February
22.  If you do so, we will provide any edits to our section by noon Eastern on the 25th, and you can provide final edits to
your section by 5 pm Eastern on the 25th.  If you do not provide us your response by COB on Friday the 22nd, we will go
ahead and file, noting that the Government was not able to provide a substantive response in 5 business days.

Best,

Ori

**Ori Lev**
Mayer Brown LLP
Tel:+1-202-263-3270
1999 K Street N.W.
Washington, DC 20006-1101
olev@mayerbrown.com
www.mayerbrown.com

---

**From:** Lindermuth, Danielle (CIV) <Danielle.Lindermuth@usdoj.gov>
**Sent:** Friday, February 15, 2019 3:47 PM
**To:** Medlock, Stephen M. <SMedlock@mayerbrown.com>; Lev, Ori <OLev@mayerbrown.com>; Saeed, Sairah G. (CIV)
<Sairah.G.Saeed@usdoj.gov>; Westwater, Gisela (CIV) <Gisela.Westwater@usdoj.gov>; Halaska, Alexander J. (CIV)

<Alexander.J.Halaska@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Shinners, Katherine J. (CIV)
<Katherine.J.Shinners@usdoj.gov>; Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher
Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Rebecca Cassler
<rebecca.cassler@splcenter.org>; Sarah Rich <Sarah.Rich@splcenter.org>; Walters, Karolina
<KWalters@immcouncil.org>
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident [MB-AME.FID2338540]

**\*\*EXTERNAL SENDER\*\***

Hi Stephen,

We are in receipt of your proposed schedule.  However, pursuant to Judge Crawford's rules, Defendants have a
*minimum* of five business days  to provide our portion of the joint motion.  Since you served us only eight
minutes before the close of business yesterday (4:52pm PT) and Monday is a federal holiday, we calculate five
business days to be COB on Friday, February 22, 2019.  Upon review of the materials you sent last night,
however, we anticipate needing additional time, until COB the following Wednesday, February 27, 2019, to
provide you with Defendants' portion of the joint stipulation.  We believe eight days is a reasonable amount of
time given the seriousness of the allegations against the United States raised in your motion, the law
enforcement and foreign relations implications of your claims, your reference to other federal litigation that is
being handled by other counsel, and our need to work closely with our clients in drafting our response.  That
said, we have already begun working, and will return our portion at the earliest opportunity.

Regards,
Danielle Lindermuth

---

**From:** Medlock, Stephen M. <SMedlock@mayerbrown.com>
**Sent:** Thursday, February 14, 2019 7:50 PM
**To:** Lindermuth, Danielle (CIV) <dlinderm@CIV.USDOJ.GOV>; Lev, Ori <OLev@mayerbrown.com>; Saeed, Sairah G. (CIV)
<ssaeed@CIV.USDOJ.GOV>; Westwater, Gisela (CIV) <GWestwat@civ.usdoj.gov>; Halaska, Alexander J. (CIV)
<alhalask@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Shinners, Katherine J. (CIV)
<kshinner@CIV.USDOJ.GOV>; Ward, Brian C. (CIV) <bward@CIV.USDOJ.GOV>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher
Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Rebecca Cassler
<rebecca.cassler@splcenter.org>; Sarah Rich <Sarah.Rich@splcenter.org>; Walters, Karolina
<KWalters@immcouncil.org>
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident [MB-AME.FID2338540]

Danielle:

Thanks for your email.  Magistrate Judge Crawford's clerk has informed us that Magistrate Judge Crawford would prefer
this dispute presented as a joint motion.  To that end, please find Plaintiffs' draft sections of the joint motion attached.

Based on Magistrate Judge Crawford's Chambers' Rules, we understand that Defendants have 5 business days to
participate in drafting the joint motion.  We would propose the following schedule for exchanging draft sections:

- Defendants will provide their draft sections on or before close of business on Wednesday, February 20.

- Plaintiffs will provide any responsive edits on or before close of business on Thursday, February 21.

- Defendants will provide their final edits on or before 3pm ET on Friday, February 22.

- Plaintiffs will handle filing the joint motion and associated exhibits.

Please let us know if Defendants will agree to this proposed schedule for exchanging edits to the joint motion.

Regards,

Steve

**Stephen M. Medlock**
**Partner**
**Mayer Brown LLP**
1999 K Street NW | Washington, DC 20006
T: (202) 263-3221 | F: (202) 263-5221
smedlock@mayerbrown.com

---

**From:** Lindermuth, Danielle (CIV) <Danielle.Lindermuth@usdoj.gov>
**Sent:** Thursday, February 14, 2019 2:53 PM
**To:** Lev, Ori <OLev@mayerbrown.com>; Saeed, Sairah G. (CIV) <Sairah.G.Saeed@usdoj.gov>; Westwater, Gisela (CIV) <Gisela.Westwater@usdoj.gov>; Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Medlock, Stephen M. <SMedlock@mayerbrown.com>; Rebecca Cassler <rebecca.cassler@splcenter.org>; Sarah Rich <Sarah.Rich@splcenter.org>; Walters, Karolina <KWalters@immcouncil.org>
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident

**\*\*EXTERNAL SENDER\*\***

Ori,

Thank you for letting us know.  We plan to oppose your ex parte motion.

Regards,
Danielle

---

**From:** Lev, Ori <OLev@mayerbrown.com>
**Sent:** Wednesday, February 13, 2019 6:40 PM
**To:** Lindermuth, Danielle (CIV) <dlinderm@CIV.USDOJ.GOV>; Saeed, Sairah G. (CIV) <ssaeed@CIV.USDOJ.GOV>; Westwater, Gisela (CIV) <GWestwat@civ.usdoj.gov>; Halaska, Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Shinners, Katherine J. (CIV) <kshinner@CIV.USDOJ.GOV>; Ward, Brian C. (CIV) <bward@CIV.USDOJ.GOV>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Medlock, Stephen M. <SMedlock@mayerbrown.com>; Lev, Ori <OLev@mayerbrown.com>; Rebecca Cassler <rebecca.cassler@splcenter.org>; Sarah Rich <Sarah.Rich@splcenter.org>; Walters, Karolina <KWalters@immcouncil.org>
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident

Danielle:

Based on your email from last night, we remain at an impasse.  Accordingly, we will be filing our motion for expedited discovery tomorrow.  We also intend to file an ex parte motion shortening the time for defendants' opposition to the motion.

Best,

Ori

**Ori Lev**
Mayer Brown LLP
Tel:+1-202-263-3270
1999 K Street N.W.
Washington, DC 20006-1101
olev@mayerbrown.com
www.mayerbrown.com

---

**From:** Lindermuth, Danielle (CIV) <Danielle.Lindermuth@usdoj.gov>
**Sent:** Tuesday, February 12, 2019 7:09 PM
**To:** Lev, Ori <OLev@mayerbrown.com>; Saeed, Sairah G. (CIV) <Sairah.G.Saeed@usdoj.gov>; Westwater, Gisela (CIV) <Gisela.Westwater@usdoj.gov>; Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Medlock, Stephen M. <SMedlock@mayerbrown.com>
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident

**\*\*EXTERNAL SENDER\*\***

Good evening,

In response to your email from last night, we reiterate our position that these claims do not appear to be part of this case as stated in the second amended complaint.  Although we do not have a duty to provide the specific information you requested in the format you requested, we have conferred with our clients and continue to discuss your allegations in an effort to determine what information we can provide, if any.  We understand that you plan to file before Thursday if we do not provide the reasons for the revocation of Ms. Ramos' SENTRI pass, a signed declaration, or "an explanation for the reasons or basis for the issuance of such migratory or other alert" for Ms. Pinheiro and Ms. Phillips.  At this time, we can only state that our understanding is that a "migratory alert," is not a term used by CBP.  As stated, we continue to look into the issues you have raised.

Regards,
Danielle Lindermuth

---

**From:** Lev, Ori <OLev@mayerbrown.com>
**Sent:** Monday, February 11, 2019 9:10 PM
**To:** Saeed, Sairah G. (CIV) <ssaeed@CIV.USDOJ.GOV>; Westwater, Gisela (CIV) <GWestwat@civ.usdoj.gov>; Halaska, Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Shinners, Katherine J. (CIV) <kshinner@CIV.USDOJ.GOV>; Ward, Brian C. (CIV) <bward@CIV.USDOJ.GOV>; Lindermuth, Danielle (CIV)

<dlinderm@CIV.USDOJ.GOV>
**Cc:** Melissa.Crow@splcenter.org; mary.bauer@splcenter.org; aguisado@ccrjustice.org; Manny.Abascal@lw.com; Baher
Azmy <BAzmy@ccrjustice.org>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Medlock, Stephen M.
<SMedlock@mayerbrown.com>; Lev, Ori <OLev@mayerbrown.com>
**Subject:** FW: Al Otro Lado v. Nielsen, Client-CBP Related Incident

Counsel,

Thank you for meeting and conferring with us this afternoon.  As Baher stated in his February 4, 2019 email to you, the
purpose of the meet and confer was to discuss our forthcoming motion for expedited discovery seeking information
regarding: (1) the reasons for the revocation of Nicole Ramos' SENTRI pass; (2) whether and why the U.S. government
issued a migratory or other alert on Erika Pinheiro's passport; (3) whether and why the U.S. government issued a
migratory or other alert on Nora Phillips' passport; and (4) for each, what legal process, if any, was followed to impose
such a serious restriction on their travel.

We asked whether you have been able to obtain any more information regarding the above.  You stated that you have
been in contact with your clients but are still waiting for information in light of the government shutdown, Ms.
Westwater's military leave, and your receipt of Privacy Act waivers from Ms. Phillips, Ms. Ramos, and Ms. Pinheiro on
Friday, February 8.  You further stated that you continue to disagree that these recent events involving Ms. Phillips, Ms.
Ramos, and Ms. Pinheiro are related to this litigation.  You stated that you could let us know by Thursday, February 14
whether your clients are in possession of relevant information and are willing to share that information with us.

We emphasized that we requested this information a week ago (although it has been longer with respect to Ms. Ramos)
and made several attempts to meet and confer last week.  We further stated that we are not inclined to wait until
Thursday to find out whether or not your client is willing to share relevant information with us.  As a result, we
reiterated our intention to file a motion for expedited discovery.  You stated that you will oppose such a motion and
asked when we intend to file.  We responded that we are likely to file the motion today or tomorrow.

We are willing to delay our filing of the motion for expedited discovery if you commit to, by Thursday, February 14,
providing us with: (1) information regarding the reasons for the revocation of Nicole Ramos' SENTRI pass; and (2) either
a signed declaration stating that the U.S. government was not involved in issuing a migratory or other alert on Ms.
Phillips' and Ms. Pinheiro's passport, or an explanation of the reasons or basis for the issuance of such migratory or
other alert, the date on which such migratory or other alert was issued, and the official(s) involved in issuing such
alert.  Please let us know of your intended course of action by 5 p.m. Eastern tomorrow, Tuesday, February 12.  If we do
not receive a response from you before that time, we will proceed with our motion as planned.  Please also let us know
whether you would accept a 30(b)(6) deposition notice for DHS and CBP or if instead you wish us to issue subpoenas for
such testimony (in the event that our motion is granted and in the ordinary course of discovery).

Best,

Ori

**Ori Lev**
Mayer Brown LLP
Tel:+1-202-263-3270
1999 K Street N.W.
Washington, DC 20006-1101
olev@mayerbrown.com
www.mayerbrown.com


---------- Forwarded message ---------
From: **Saeed, Sairah G. (CIV)** <Sairah.G.Saeed@usdoj.gov>

Date: Wed, Feb 6, 2019 at 2:11 PM
Subject: RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident
To: Baher Azmy <bazmy@ccrjustice.org>
Cc: Westwater, Gisela (CIV) <Gisela.Westwater@usdoj.gov>, Halaska, Alexander J. (CIV)
<Alexander.J.Halaska@usdoj.gov>, Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>, Shinners,
Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>, Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>,
Lindermuth, Danielle (CIV) <Danielle.Lindermuth@usdoj.gov>, Melissa Crow
<Melissa.Crow@splcenter.org>, mary.bauer@splcenter.org <mary.bauer@splcenter.org>, Angelo Guisado
<aguisado@ccrjustice.org>, Manny.Abascal@lw.com <Manny.Abascal@lw.com>

Dear Baher,

We are unavailable for a meet and confer during the timeframe you have proposed but are available to meet and confer
on the afternoon (EST) of Monday February 11, 2019, and anytime on the afternoon (EST) of Tuesday, February 12,
2019, other than 2-3 pm EST.  Please let us know if you have availability during either of these proposed
timeframes.  Thanks.

Sairah G. Saeed
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
P: (202) 532-4067
F: (202) 305-7000
sairah.g.saeed@usdoj.gov

This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from
disclosure under applicable law.  If the reader of this transmission is not the intended recipient or the employee or agent responsible
for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use
of this transmission or its contents is strictly prohibited.  If you have received this transmission in error, please notify us by email or
telephone and delete or destroy the original transmission and any copies (electronic or paper).  Thank you.

**From:** Baher Azmy <bazmy@ccrjustice.org>
**Sent:** Tuesday, February 05, 2019 7:09 PM
**To:** Saeed, Sairah G. (CIV) <ssaeed@CIV.USDOJ.GOV>
**Cc:** Westwater, Gisela (CIV) <GWestwat@civ.usdoj.gov>; Halaska, Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Davila,
Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Shinners, Katherine J. (CIV) <kshinner@CIV.USDOJ.GOV>; Ward, Brian C.
(CIV) <bward@CIV.USDOJ.GOV>; Lindermuth, Danielle (CIV) <dlinderm@CIV.USDOJ.GOV>; Melissa Crow
<Melissa.Crow@splcenter.org>; mary.bauer@splcenter.org; Angelo Guisado <aguisado@ccrjustice.org>;
Manny.Abascal@lw.com
**Subject:** Re: Al Otro Lado v. Nielsen, Client-CBP Related Incident

Dear Sairah:

Thank you for your response.  We appreciate your courtesy of raising these issues with your clients.  We do disagree
with your contention that the events described in my email below fall outside of the scope of the litigation.  Our
complaint challenges CBP's policy and practice of turning away asylum seekers at POEs as a means to deny them
access to the asylum process.  The actions described below, which prevent Al Otro Lado from accessing asylum
seekers and which we suspect are the result of direction provided by the U.S. government, are part and parcel of that

policy and practice.  Those actions specifically were directed at three principal members of Al Otro Lado, the
organizational plaintiff in this case, who are most involved in carrying out the organization's core mission of
assisting migrants on the Mexican side of the border concerning— a mission that is further frustrated by the
government's apparent actions.  Moreover, the U.S. government may not, as a party in this matter, wield its power to
retaliate against an opposing party for its activism, and thus limit or even prevent that party from prosecuting the
case; the court possesses inherent authority to issue orders to ensure a party is not unfairly
impeding another's ability to litigate this matter.

As to the meet and confer, we will be available this **Thursday from 12 pm to 3 pm EST**.  Please let us know if you
are available then.

We are in the process of collecting Privacy Act waivers and hope to have them to you by tomorrow.

Thank you,

Baher


Baher Azmy
Legal Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212.614.6427

> On Feb 5, 2019, at 12:05 PM, Saeed, Sairah G. (CIV) <Sairah.G.Saeed@usdoj.gov> wrote:
>
> Dear Baher,
>
> Thank you for your message.  As an initial matter, the issues raised in your e-mail are outside the scope
> of this litigation.  As a courtesy, however, we will raise these issues with our clients.  In the meantime,
> please provide the Privacy Act waivers that you referenced in your e-mail.
>
> We are looking into available dates and times for a meet and confer.  So that we can properly prepare
> for a meet and confer, can you please provide further information about how the allegations raised in
> your e-mail are related to this lawsuit, which concerns claims of asylum seekers allegedly being denied
> access to the asylum process?
>
> Sairah G. Saeed
> Trial Attorney
> United States Department of Justice
> Civil Division
> Office of Immigration Litigation
> District Court Section
> P.O. Box 868, Ben Franklin Station
> Washington, DC 20044
> P: (202) 532-4067
> F: (202) 305-7000
> sairah.g.saeed@usdoj.gov
>
> This email and any attachments thereto may contain information that is privileged, confidential, or otherwise
> protected from disclosure under applicable law.  If the reader of this transmission is not the intended recipient or
> the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby

notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited.  If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).  Thank you.

**From:** Baher Azmy <bazmy@ccrjustice.org>
**Sent:** Monday, February 04, 2019 9:22 PM
**To:** Westwater, Gisela (CIV) <GWestwat@civ.usdoj.gov>
**Cc:** Saeed, Sairah G. (CIV) <ssaeed@CIV.USDOJ.GOV>; Halaska, Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Shinners, Katherine J. (CIV) <kshinner@CIV.USDOJ.GOV>; Ward, Brian C. (CIV) <bward@CIV.USDOJ.GOV>; Lindermuth, Danielle (CIV) <dlinderm@CIV.USDOJ.GOV>; Melissa Crow (Melissa.Crow@splcenter.org) <Melissa.Crow@splcenter.org>; mary.bauer@splcenter.org; Angelo Guisado <aguisado@ccrjustice.org>; Manny.Abascal@lw.com
**Subject:** Re: Al Otro Lado v. Nielsen, Client-CBP Related Incident

Dear Counsel:

You will recall that we wrote to you on January 11, 2019, to inform you that Nicole Ramos, an attorney with our client in this case, Al Otro Lado (AOL), had her SENTRI pass revoked without explanation and in a manner that suggests U.S. officials' retaliation for her work advocating on behalf of migrants in this case and others.  She has since been informed that her only recourse for the revocation was to seek reconsideration from the Trusted Traveler Ombudsman, a process that she was told could take nine to ten months.

Since our last communication to you, the two other lead attorneys for Al Otro Lado, Erika Pinheiro and Nora Phillips, who have previously traveled to and from Mexico hundreds of times without incident, have been detained and deported by Mexican officials. The manner and timing of these most recent incidents further suggests that U.S. government officials are engaging in retaliatory conduct for Al Otro Lado's work on behalf of migrants and their advocacy that is highly critical of CBP policies and practices (including their participation in this litigation). This retaliation appears calculated to, and will, impede both their work in support of asylum seekers arriving at U.S. Ports of Entry and their work in support of this litigation.

Specifically, on January 29, 2019, Erika Pinheiro, Al Otro Lado's Director of Litigation and Policy, was detained by Mexican immigration authorities as she attempted to enter Mexico at the pedestrian crossing of the San Ysidro East Port of Entry.  The Mexican immigration officials advised Ms. Pinheiro that a foreign government had issued a migratory alert on her passport. INM officials provided no additional information, and after detaining Attorney Pinheiro for two hours, they denied her entry into Mexico and forced her to return to the United States.

Then, just two days later, on January 31, 2019, Nora Phillips, the Legal Director of Al Otro Lado, was detained by INM officers after she arrived at the Guadalajara Airport for a short family vacation with her seven-year old child and husband. She was informed by INM that the reason for her detention was a migratory alert placed by a foreign government. Ms. Phillips was detained for approximately 10 hours, during which time neither she nor her child were given food or water, despite her informing INM officials that she needed to take medication to manage a serious medical condition.
Ms. Phillips and her child were denied entry into Mexico and returned to the United States, via commercial airline; they arrived at Los Angeles Airport on February 1, 2019.

Given our clients' outspoken role in challenging past and present CBP policies and practices, and given the timing and circumstances of their de facto exclusion from Mexican territory that appears to have been triggered by U.S. action, we share our clients' belief that CBP or other entities of the U.S. government are retaliating against them for their constitutionally protected advocacy on behalf of asylum-seekers and their participation in this litigation.

We ask that you provide us with information or documentation that would explain (i) why Ms. Ramos had her SENTRI pass revoked; (ii) whether and why the U.S. government issued a migratory or other alert on Ms. Pinheiro's passport, (iii) whether and why the U.S. government issued a migratory or other alert on Ms. Phillips' passport and (iv) for each, what legal process, if any, was followed to impose such a serious restriction on their travel.   Please provide us such information by <u>Wednesday by the end of business</u>.  We will provide Privacy Act waivers from Attorneys Ramos, Pinheiro, and Phillips, if necessary but we ask that you immediately begin identifying and collecting the above-requested information. Please also suggest times Thursday to meet and confer regarding a motion for expedited discovery we will seek to file in the even that you do not provide us with sufficiently explanatory information.

Thank you for your attention to this matter.

Baher

Baher Azmy
Legal Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212.614.6427

 On Wed, Jan 16, 2019 at 4:21 PM Westwater, Gisela (CIV) <Gisela.Westwater@usdoj.gov> wrote:

Dear Baher,

Sairah and the other attorneys assigned to this case are on furlough.  I provide this quick response as a courtesy but am not able to devote any additional time to Ms. Ramos's difficulties with the Sentri program as I am also on furlough.

As Sairah communicated below, our client has confirmed that Ms. Ramos's Sentri card was lifted for review (not permanently revoked) for reasons unrelated to this litigation.  Once the Sentri office reopens, Ms. Ramos may direct her inquiries to that office.

Regards,

Gisela

Gisela A. Westwater
Assistant Director
District Court Section
Office of Immigration Litigation

United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel:  (202)  532-4174

_____

This message (including any attachments) contains confidential information intended for a
specific individual and purpose, and is protected by law.  If you are not the intended recipient,
you should delete this message and are hereby notified that any disclosure, copying, or
distribution of this message, or the taking of any action based on it, is strictly prohibited.  If you
are not the intended recipient, you must contact the sender immediately to inform her of the
error.

**From:** Baher Azmy <BAzmy@ccrjustice.org>
**Sent:** Tuesday, January 15, 2019 6:18 PM
**To:** Saeed, Sairah G. (CIV) <ssaeed@CIV.USDOJ.GOV>; Halaska, Alexander J. (CIV)
<alhalask@CIV.USDOJ.GOV>; Westwater, Gisela (CIV) <GWestwat@civ.usdoj.gov>;
Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Shinners, Katherine J. (CIV)
<kshinner@CIV.USDOJ.GOV>; Ward, Brian C. (CIV) <bward@CIV.USDOJ.GOV>;
Lindermuth, Danielle (CIV) <dlinderm@CIV.USDOJ.GOV>
**Cc:** Melissa Crow (Melissa.Crow@splcenter.org)
<Melissa.Crow@splcenter.org>; mary.bauer@splcenter.org; Angelo Guisado
<aguisado@ccrjustice.org>; Manny.Abascal@lw.com
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident

Dear Sairah:

We appreciate your making inquiries with your client into this matter.  Unfortunately, CBP's
mere statement that Ms. Ramos' SENTRI card was lifted for reasons "unrelated to this
litigation" does not assuage our concerns that CBP's actions were retaliatory.  We would note
that: (i) Ms. Ramos and Al Otro Lado staff and clients are well-known to CBP officials and
have faced repeated harassment from CBP officers in recent months because of their work; (ii)
the revocation appears to have happened after the government shutdown, suggesting it was not
undertaken by the then-closed SENTRI office itself, but some other part of CBP; and (iii) she
was given no notice of any revocation and successfully used the pass just three days prior.

The web link you sent us did not provide any basis we could discern for her denial.  In
addition, Ms. Ramos is unable to log in to her Trusted Traveler account because the web
platform appears to have changed recently, and because of the shutdown will not let her reset
her credentials.  The government should not, on the one hand, take action revoking such a
credential during the shutdown, while on the other hand denying Ms. Ramos access to relevant
information regarding the revocation by reason of the shutdown.  I must stress again how
seriously this impedes her ability to do work in support of this case and more broadly in support
of AOL's organizational mission.

We would therefore request that you: (1) identify with more specificity the purported reasons
for CBP having revoked her pass and (2) provide us (or her) directly with a copy of the
revocation letter and supporting materials, if any, as she cannot access her account (where the
Website suggests such a letter would be posted).

We would appreciate hearing back from you by the end of the day tomorrow, January 16, 2018.

Thank you again for your attention to this matter.

Baher

**Baher Azmy**
Legal Director
**Center for Constitutional Rights**
666 Broadway, 7th Floor  New York, NY 10012
P 212.614.6427 C 609.712.0345

---

**From:** Saeed, Sairah G. (CIV) [mailto:Sairah.G.Saeed@usdoj.gov]
**Sent:** Monday, January 14, 2019 2:04 PM
**To:** Baher Azmy; Halaska, Alexander J. (CIV); Westwater, Gisela (CIV); Davila, Yamileth G (CIV); Shinners, Katherine J. (CIV); Ward, Brian C. (CIV); Lindermuth, Danielle (CIV)
**Cc:** Melissa Crow (Melissa.Crow@splcenter.org); mary.bauer@splcenter.org; Angelo Guisado; Manny.Abascal@lw.com
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident

Dear Counsel,

Our client has confirmed that Ms. Ramos' card was lifted for review for reasons unrelated to this litigation.  For more information about why a SENTRI card might be lifted, please see:  https://help.cbp.gov/app/answers/detail/a_id/1150/~/trusted-traveler-application-denied.  Unfortunately, the SENTRI office is closed during the partial government shutdown.  Once the government reopens, Ms. Ramos may make inquiries with the offices that administer SENTRI, regarding her card.

Sairah G. Saeed
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
P: (202) 532-4067
F: (202) 305-7000
sairah.g.saeed@usdoj.gov

This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law.  If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited.  If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).  Thank you.

**From:** Saeed, Sairah G. (CIV)
**Sent:** Monday, January 14, 2019 11:15 AM
**To:** 'Baher Azmy' <BAzmy@ccrjustice.org>; Halaska, Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Westwater, Gisela (CIV) <GWestwat@civ.usdoj.gov>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Shinners, Katherine J. (CIV) <kshinner@CIV.USDOJ.GOV>; Ward, Brian C. (CIV) <bward@CIV.USDOJ.GOV>; Lindermuth, Danielle (CIV) <dlinderm@CIV.USDOJ.GOV>
**Cc:** Melissa Crow (Melissa.Crow@splcenter.org) <Melissa.Crow@splcenter.org>; mary.bauer@splcenter.org; Angelo Guisado <aguisado@ccrjustice.org>; Manny.Abascal@lw.com
**Subject:** RE: Al Otro Lado v. Nielsen, Client-CBP Related Incident

Dear Counsel,

Thanks for your message. We are looking into this matter and will keep you updated regarding any information we receive. Please note that a response may be delayed because of the furlough.

Sairah G. Saeed
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
P: (202) 532-4067
F: (202) 305-7000
sairah.g.saeed@usdoj.gov

This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper). Thank you.

**From:** Baher Azmy <BAzmy@ccrjustice.org>
**Sent:** Friday, January 11, 2019 1:23 PM
**To:** Halaska, Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Westwater, Gisela (CIV) <GWestwat@civ.usdoj.gov>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Shinners, Katherine J. (CIV) <kshinner@CIV.USDOJ.GOV>; Ward, Brian C. (CIV) <bward@CIV.USDOJ.GOV>; Lindermuth, Danielle (CIV) <dlinderm@CIV.USDOJ.GOV>; Saeed, Sairah G. (CIV) <ssaeed@CIV.USDOJ.GOV>
**Cc:** Melissa Crow (Melissa.Crow@splcenter.org) <Melissa.Crow@splcenter.org>; mary.bauer@splcenter.org; Angelo Guisado <aguisado@ccrjustice.org>; Manny.Abascal@lw.com
**Subject:** Al Otro Lado v. Nielsen, Client-CBP Related Incident

Dear Counsel,

We write to alert you to an incident that occurred yesterday, January 10, 2019, at approximately 8:15 a.m. PST, at the San Ysidro Port of Entry vehicular crossing. Nicole Ramos, the Director of the Border Rights Project at Al Otro Lado, which is our client in this action, informed us that a U.S. Customs and Border Protection Supervisor named Griffin seized her SENTRI card, which allows her expedited vehicular access to cross the border. CBP officer Griffin informed her that "we have instructions to seize [the card]," and advised Ms. Ramos that he could provide no further information about why CBP was confiscating her SENTRI card, and that her only recourse would be to make an appointment with the SENTRI office. No further instructions were given. Due to the shutdown, the SENTRI office is indefinitely closed and she is unable to obtain a new card.

Mr. Ramos's last border crossing at the San Ysidro vehicular crossing occurred on Monday, January 7, 2018. At that time, Ms. Ramos was given no indication that her SENTRI card was at risk.

Given that Ms. Ramos' access across the border in both directions is critical to her work for the lead plaintiff in this case, as well as to other work she does with migrant communities in Tijuana, we have concerns that this action by CBP — which was taken without any specified reason or reference to rule or regulation — may have been retaliatory. And, as a practical matter, this will severely inhibit her ability to carry out her functions in this case and beyond, as a border crossing without a SENTRI card may take up to 2-3 hours.

We request that you look into the circumstances described above and advise us as to the reasons for the seizure of her SENTRI card by CBP, including whether it was taken for any retaliatory reason. We would otherwise request your assistance in making arrangements with CBP so she can have her card returned or be provided a new one as soon as possible. We appreciate your cooperation in this matter. Please do not hesitate to contact me at the below contact information. I look forward to hearing from you at your earliest convenience.

Thank you,

Baher Azmy

**Baher Azmy**
Legal Director
**Center for Constitutional Rights**
666 Broadway, 7th Floor  New York, NY 10012
P 212.614.6427 C 609.712.0345

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our [Privacy Notice](#).