JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
GISELA A. WESTWATER (NE 21801)
Assistant Director
YAMILETH G. DAVILA (FL 47329)
Assistant Director
SAIRAH G. SAEED (IL 6290644)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067 | Fax: (202) 305-7000
sairah.g.saeed@usdoj.gov

BRIAN C. WARD (IL 6304236)
Senior Litigation Counsel
DANIELLE LINDERMUTH (MD Bar)
Trial Attorney
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
KATHERINE SHINNERS
Senior Litigation Counsel

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Karen S. Crawford <br><br> **DECLARATION OF SAIRAH G. SAEED SUPPORTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE MOTION FOR EXPEDITED DISCOVERY** |

# DECLARATION OF SAIRAH G. SAEED

I, Sairah G. Saeed, declare as follows:

1. I am a Trial Attorney in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation.

2. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Nielsen*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Electronic Filing for Plaintiffs' portion of the Joint Motion regarding Plaintiff Al Otro Lado, Inc.'s Request for Expedited Discovery, ECF No. 227.

4. On February 4, 2019, counsel for Plaintiffs reached out to Defendants' counsel seeking information about individual employees of Al Otro Lado, Inc. ("AOL") including Ms. Nicole Ramos ("Ms. Ramos"), Ms. Erica Pinheiro ("Ms. Pinheiro"), and Ms. Nora Phillips ("Ms. Phillips"), who are not a parties to this case. *See* ECF No. 227-7 at 12-13. Specifically, counsel sought information as to purported alerts placed on the passports of Ms. Pinheiro and Ms. Phillips and the revocation of Ms. Ramos' Secure Electronic Network for Travelers Rapid Inspection ("SENTRI") privileges. *See* ECF No. 227-7 at 13.

5. On February 5, 2019, counsel for Defendants responded by informing counsel for Defendants that they would share the issues raised with their clients and asked Plaintiffs for more information about their requests, which appeared to Defendants to be outside the scope of the litigation before this Court. *See* ECF No. 227-7 at 11. To facilitate information sharing, counsel for Defendants requested that Plaintiffs provide Privacy Act waivers for the individuals concerned.

6. On Friday, February 8, 2019, Plaintiffs' provided the Privacy Act Waivers for Ms. Ramos, Ms. Pinheiro, and Ms. Phillips that Defendants had requested.

7. On February 12, 2019, Defendants' counsel reiterated to Plaintiffs' counsel that though the information requested appeared to Defendants' counsel to be outside the scope of this lawsuit, they continued to confer with their clients to see if there was any information that Defendants' counsel could provide to Plaintiffs' counsel. *See* ECF No. 227-7 at 8. *See* ECF No. 227-7 at 8.

8. On Wednesday, February 14, 2019, at 4:50 PM PST, Plaintiffs' counsel provided Defendants' counsel with their portion of the joint motion for determination of a discovery dispute. In their transmission email, Plaintiffs dictated that "Defendants will provide their draft sections on or before close of business on Wednesday, February 20." *See* ECF No. 227-7 at 6-7.

9. On Thursday, February 15, 2019, Defendants' counsel informed Plaintiffs' counsel that a minimum of five business days from their service on Defendants' counsel would be Friday, February 22, 2019, as February 18, 2019 was a federal holiday. Further, Defendants' counsel explained to Plaintiffs' counsel that given the:

> seriousness of the allegations against the United States . . . the law enforcement and foreign relations implications of your claims, your reference to other federal litigation that is being handled by other counsel, and our need to work closely with our clients in drafting our response[,]

Defendants would need eight days, that is until close of business on Wednesday February 27, 2019, to provide Plaintiffs' with Defendants' portion of the joint motion. ECF No. 227-7 at 6.

10. On the same date, Plaintiffs rejected this timeframe as unreasonable and stated that, if Defendants "do not provide [Plaintiffs' counsel] with [their] response by COB on Friday the 22nd, [Plaintiffs would] go ahead and file …." ECF No. 227-7 at 5.

11. On Wednesday, February 20, 2019, Defendants' counsel identified that the declaration provided for Ms. Phillips on February 14, 2019 had two last pages and

1  one of the document attachments referenced in Plaintiffs' February 14, 2019 joint
2  motion was missing.  *See* ECF No. 227-7 at 4.
3        12.   On February 20, 2019, Plaintiffs' counsel provided the document missing
4  from the joint motion served on February 14, 2019.  *See* ECF No. 227-7 at 4.  The
5  document was in Spanish, and Plaintiffs' counsel failed to provide an accompanying
6  translation.  Plaintiffs also did not provide a final draft of Ms. Phillips' Declaration.
7        13.   At 8:45 PM PST on Friday, February 22, 2019, Plaintiffs filed an ex parte
8  motion that they styled as a "Joint Motion Regarding Plaintiff Al Otro Lado Inc.'s
9  Request for Expedited Discovery."  *See* Ex. A; *see also* ECF Nos. 227 to 227-7.
10       I declare under penalty of perjury that the foregoing is true and correct to the
11 best of my knowledge.  This declaration was executed on February 25, 2019, in
12 Washington, D.C.

          *s/ Sairah G. Saeed*
          SAIRAH G. SAEED