# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO FILE EXCESS REPLY BRIEF** <br><br> **[ECF No. 229]** |

Defendants have moved to file a reply brief the length of which exceeds the 15 page limit the Court previously set for the brief. (ECF No. 229.) Defendants seek an additional six pages to account for arguments raised by the six *amici curiae* briefs filed in support of Plaintiffs and/or in opposition to Defendants' motion. (*Id.*) Having considered the motion and good cause appearing, the Court **GRANTS** Defendants' motion. Defendants' reply brief in support of their partial motion to dismiss the Second Amended Complaint **shall not exceed 21 pages**.

IT IS SO ORDERED.

DATED: February 26, 2019

Hon. Cynthia Bashant
United States District Judge