JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
GISELA A. WESTWATER (NE 21801)
Assistant Director
YAMILETH G. DAVILA (FL 47329)
Assistant Director
SAIRAH G. SAEED (IL 6290644)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067 | Fax: (202) 305-7000

BRIAN C. WARD (IL 6304236)
Senior Litigation Counsel
DANIELLE LINDERMUTH (MD Bar)
Trial Attorney
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
KATHERINE SHINNERS
Senior Litigation Counsel

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **DECLARATION OF SAIRAH G. SAEED SUPPORTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE MOTION FOR EXPEDITED DISCOVERY** |
| Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants*. | |

# DECLARATION OF SAIRAH G. SAEED

I, Sairah G. Saeed, declare as follows:

1. I am a Trial Attorney in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation.

2. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Nielsen*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the declaration of John R. Acosta, which in turn attaches **Exhibit A**, Letter from U.S. Customs and Border Protection to Ms. Nicole Ramos informing her of her SENTRI revocation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on February 28, 2019, in Washington, D.C.

*s/ Sairah G. Saeed*
SAIRAH G. SAEED