# Exhibit A

Jan 18, 2019

HARTSFIELD-JACKSON INTERNATIONAL AIRPORT
Concourse F - International Terminal
Atlanta, GA 30354
US

NICOLE RAMOS


RE: Your Global Entry Program Membership #984713234

Dear NICOLE RAMOS:

Thank you for your participation in the Global Entry program of U.S. Customs and Border Protection (CBP).

Global Entry is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for Global Entry participation may still be permitted to enter into the United States although they will not be permitted to use the Global Entry dedicated lanes.

We regret to inform you that your membership in Global Entry has been revoked for the following reason(s): **You do not meet the program eligibility requirements**.

If you believe the decision was based upon **inaccurate information**, you may email the CBP Ombudsman Office at [CBPVC@CBP.DHS.GOV](mailto:CBPVC@CBP.DHS.GOV) to file a reconsideration request. The review by the CBP Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

- Providing false or incomplete information on the application;
- Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
- Violations of any customs, immigration, or agriculture regulations or laws in any country;
- Inadmissibility to the United States under immigration laws;
- Receipt of a criminal pardon from any country; or
- Other circumstances that indicate to CBP that you have not qualified as "low risk."

Sincerely,

Supervisor, Global Entry Enrollment Center
U.S. Customs and Border Protection