# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR ORAL ARGUMENT**<br><br>[ECF No. 241] |

Plaintiffs have filed an unopposed *ex parte* motion for oral argument on Defendants' partial motion to dismiss the Second Amended Complaint. (ECF No. 241.) The Court had already intended to schedule oral argument on Defendants' motion, but had not yet issued an order before Plaintiffs filed their motion. Accordingly, the Court **GRANTS** Plaintiffs' *ex parte* motion. Subject to rescheduling based on the Court's calendar, the parties are **ORDERED** to appear, through counsel, **for oral argument in Courtroom 4B on May 10, 2019 at 10:00 a.m**.

**IT IS SO ORDERED.**

**DATED: March 26, 2019**

Hon. Cynthia Bashant
United States District Judge

– 1 –

17cv2366