JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
GISELA A. WESTWATER (NE 21801)
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **NOTICE OF WITHDRAWAL OF DEFENDANTS'** ***EX PARTE*** **MOTION FOR PROTECTIVE ORDER (ECF No. 247)** |
| Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants* | |

## NOTICE OF WITHDRAWAL OF DEFENDANTS' *EX PARTE* MOTION FOR PROTECTIVE ORDER

Defendants hereby withdraw their pending *Ex Parte* Motion for Protective Order Regarding Defendants' Responses to Plaintiffs' Second Requests for Production (ECF No. 247). Although good cause existed to extend Defendants' response deadline, as set forth in Defendants' Motion, Defendants provided Plaintiffs with their objections and responses to Plaintiffs' Second Set of Requests for Production to All Defendants (Nos. 26–109) on April 9, 2019. As explained in their responses, Defendants' objections and responses are based on the information known to Defendants at the time of service and are made without prejudice to the assertion of additional objections, should Defendants identify additional grounds. Defendants expressly reserve the right to amend, supplement, clarify, revise, or correct any or all of their objections and responses to Plaintiffs' Second Set of Requests for Production, especially in light of Plaintiffs' refusal to provide Defendants with sufficient additional time to respond to those Requests.

//

//

Dated: April 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section

GISELA A. WESTWATER
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
SAIRAH G. SAEED
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

Case No. 3:17-cv-02366-BAS-KSC

I certify that on April 10, 2019, I served a copy of the foregoing document by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

/s/ *Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov