MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  olev@mayerbrown.com
  (admitted *pro hac vice*)
  Stephen M. Medlock (VA Bar No. 78819)
  smedlock@mayerbrown.com
  (admitted *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  melissa.crow@splcenter.org
  (admitted *pro hac vice*)
1666 Connecticut Avenue, N.W.
Suite 100
Washington, DC 20009
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Kirstjen M. Nielsen, *et al.*,<br><br>　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>[DISCOVERY MATTER]<br><br>**DECLARATION OF ORI LEV IN SUPPORT OF JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND ESI ORDER**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  *bazmy@ccrjustice.org*
  (admitted *pro hac vice*)
  Ghita Schwarz (NY Bar No. 3030087)
  *gschwarz@ccrjustice.org*
  (admitted *pro hac vice*)
  Angelo Guisado (NY Bar No. 5182688)
  *aguisado@ccrjustice.org*
  (admitted *pro hac vice*)
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
  *mary.bauer@splcenter.org*
  (admitted *pro hac vice*)
1000 Preston Avenue
Charlottesville, VA 22903
  Sarah Rich (GA Bar No. 281985)
  *sarah.rich@splcenter.org*
  (admitted *pro hac vice*)
  Rebecca Cassler (MN Bar No. 0398309)
  *rebecca.cassler@splcenter.org*
  (admitted *pro hac vice*)
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  *kwalters@immcouncil.org*
  (admitted *pro hac vice*)
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

I, Ori Lev, state the following under penalty of perjury:

1. I am a partner at the law firm Mayer Brown LLP, a member of the District of Columbia bar, admitted *pro hac vice* to this Court for this action, and counsel to Plaintiff Al Otro Lado in this action.

2. I make this declaration in support of the Joint Motion for Entry of a Protective Order and ESI Order.

3. On March 8, 2019, the parties met and conferred regarding their proposed language in the Protective Order. Thereafter, the parties exchanged several rounds of proposed revisions and further conferred regarding the language in dispute. Despite their best efforts, the parties are at an impasse regarding Defendants' sharing and use of information designated as Protected Material pursuant to the Protective Order.

4. On April 2, 2019, the parties met and conferred regarding their proposed language in the ESI Order. Thereafter, the parties exchanged several rounds of proposed revisions and further conferred regarding the language in dispute. Despite their best efforts, the parties are at an impasse regarding whether Defendants should be able to separate email "families" and produce only the email attachments that they deem responsive to Plaintiffs' requests for production.

5. Attached hereto as Exhibit A is a true and correct copy of the most recent draft of the parties' proposed ESI Order that the parties exchanged.

6. Attached hereto as Exhibit B is a true and correct copy of the most recent draft of the parties' proposed Protective Order that the parties exchanged.

7. Attached hereto as Exhibit C is a true and correct copy of the protective order entered into by the parties in *Hernandez v. Sessions*, No. 16-cv-00620 (C.D. Cal. Dec. 22, 2017).

8. Attached hereto as Exhibit D is a true and correct copy of the protective order entered into by the parties in *Mendez Rojas v. Kelly*, No. C16-1024-RSM (W.D. Wash. Aug. 28, 2017).

9. Attached hereto as Exhibit E is a true and correct copy of the protective order entered into by the parties in *F.L.B. ex rel. Trupin v. Lynch*, No. 14-cv-01026-TSZ (W.D. Wash. Oct. 9, 2015).

10. Attached hereto as Exhibit F is a true and correct copy of the protective order entered into by the parties in *Lopez-Venegas v. Beers*, No. 13-cv-03972-JAK (C.D. Cal. Feb. 6, 2014).

11. Attached hereto as Exhibit G is a true and correct copy of the protective order entered into by the parties in *Aguilar v. ICE*, No. 07-cv-8224 (S.D.N.Y. July 20, 2009)

12. Attached hereto as Exhibit H is a true and correct copy of the protective order so-ordered by the court in *Nunez Escobar v. Gaines*, No. 11-cv-0993 (M.D. Tenn. Dec. 4, 2012).

13. Plaintiffs provided Exhibits C through H to Defendants by email on March 28, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on April 12, 2019 in Washington, D.C.

By: _____
Ori Lev