JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
GISELA A. WESTWATER (NE 21801)
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4174 | Fax: (202) 305-7000

SAIRAH G. SAEED (IL 6290644)
Trial Attorney
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
KATHERINE SHINNERS
Senior Litigation Counsel

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **DECLARATION OF GISELA A. WESTWATER SUPPORTING DEFENDANTS' PROPOSED PROTECTIVE ORDER AND ORDER ON ESI PROTOCOL** |
| Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants*. | |

# DECLARATION OF GISELA A. WESTWATER

I, Gisela A. Westwater, declare as follows:

1. I am an Assistant Director in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation.

2. I make this declaration based on my personal knowledge.

3. I am lead counsel for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Nielsen*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

4. Counsel for the parties have met and conferred several times since since October 2017 regarding the protective order, both by teleconference and via email, with the most recent teleconference occurring on March 8, 2019, and the most recent email exchange occurring on April 5, 2019. As part of this process, the parties exchanged several rounds of proposed revisions and further conferred regarding the language in dispute via emails dated March 20, 2019, and April 2, 5, and 10, 2019. Over this extended period, the parties have been unable to come to agreement about the same general terms: Plaintiffs' proposed provisions to limit the Government's ability to share within the Government and for official purposes only information obtained during discovery that Plaintiffs designate as "confidential."

5. I certify that counsel of the parties met and conferred regarding the ESI Protocol by teleconference held on April 8, 2019 and by a subsequent emails dated April 3, 5, 8 and 9, 2019. The parties have discussed extensively Defendants' proposed provision allowing the parties to exclude non-responsive email attachments from their productions and privilege logs and have been unable to come to an agreement on that term.

6. I am also lead counsel for the federal agency defendants in the case entitled *Hernandez v. Barr*, No. 16-cv-00620 (C.D. Cal. Apr. 6, 2016), which is currently pending in the U.S. District Court for the Central District of California.

7.  In the *Hernandez* matter, the Hon. Rosalyn M. Chapman was appointed to act as Special Master. At the parties' initial conference before Judge Chapman held on July 3, 2018, counsel for defendants informed the Special Master that they had encountered many emails from the federal agency defendants that contained non-responsive attachments along with responsive attachments, and that eliminating the production of non-responsive sibling attachments would save counsel and the parties time and expense. The Special Master then instructed the parties that Defendants need not produce or log non-responsive sibling email attachments, so long as they produce or log the parent emails of responsive attachments.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on April 12, 2019, in Washington, D.C.

*s/ Gisela A. Westwater*
GISELA A. WESTWATER