MAYER BROWN LLP
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  (admitted *pro hac vice*)
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
  (admitted *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

MATTHEW H. MARMOLEJO (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

LATHAM & WATKINS LLP
  Manuel A. Abascal (CA Bar No. 171301)
  *manny.abascal@lw.com*
  Michaela R. Laird (CA Bar No. 309194)
  *michaela.laird@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

*Additional counsel listed on next page*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., a California corporation; ABIGAIL DOE, BEATRICE DOE, CAROLINA DOE, DINORA DOE, INGRID DOE, ROBERTO DOE, MARIA DOE, JUAN DOE, ÚRSULA DOE, VICTORIA DOE, BIANCA DOE, EMILIANA DOE, AND CÉSAR DOE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v. | No. 3:17-cv-02366-BAS-KSC<br><br>*Honorable Cynthia A. Bashant*<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

| | |
|---|---|
| 1 | KIRSTJEN M. NIELSEN, Secretary, United States Department of Homeland Security, in her official capacity; KEVIN K. MCALEENAN, Commissioner, United States Customs and Border Protection, in his official capacity; TODD C. OWEN, Executive Assistant Commissioner, Office of Field Operations, United States Customs and Border Protection, in his official capacity; and DOES 1-25, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

```
 1  CENTER FOR CONSTITUTIONAL
    RIGHTS
 2     Baher Azmy (NY Bar No. 2860740)
       *bazmy@ccrjustice.org*
 3     (admitted *pro hac vice*)
       Ghita Schwarz (NY Bar No. 3030087)
 4     *gschwarz@ccrjustice.org*
       (admitted *pro hac vice*)
 5     Angelo Guisado (NY Bar No. 5182688)
       *aguisado@ccrjustice.org*
 6     (admitted *pro hac vice*)
    666 Broadway, 7th Floor
 7  New York, NY  10012
    Telephone: +1.212.614.6464
 8  Facsimile: +1.212.614.6499
 9
    SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
       *melissa.crow@splcenter.org*
11     (admitted *pro hac vice*)
    1666 Connecticut Avenue NW
12  Suite 100
    Washington, DC  20009
13  Telephone: +1.202.355.4471
    Facsimile: +1.404.221.5857
14
       Mary Bauer (VA Bar No. 31388)
15     *mary.bauer@splcenter.org*
       (admitted *pro hac vice*)
16  1000 Preston Avenue
    Charlottesville, VA  22903
17     Sarah Rich (GA Bar No. 281985)
       *sarah.rich@splcenter.org*
18     (admitted *pro hac vice*)
       Rebecca Cassler (MN Bar No. 0398309)
19     *rebecca.cassler@splcenter.org*
       (admitted *pro hac vice*)
20  150 East Ponce de Leon Avenue Suite 340
    Decatur, GA  30030
21
    AMERICAN IMMIGRATION COUNCIL
22     Karolina Walters (DC Bar No. 1049113)
       *kwalters@immcouncil.org*
23     (admitted *pro hac vice*)
    1331 G Street, NW, Suite 200
24  Washington, DC  20005
    Telephone: +1.202.507.7523
25  Facsimile: +1.202.742.5619
26
27
28
```

**PLEASE TAKE NOTICE** that Matthew H. Marmolejo of Mayer Brown LLP is hereby substituted as counsel for organizational Plaintiff Al Otro Lado, Inc., in place of Manuel A. Abascal, Wayne Flick, Faraz R. Mohammadi, Robin Kelley, and Michaela R. Laird of Latham & Watkins LLP.

Dated: April 16, 2019

LATHAM & WATKINS LLP

By /s/ Manuel A. Abascal
Manuel A. Abascal
*manny.abascal@lw.com*

Dated: April 16, 2019

MAYOR BROWN LLP

By /s/ Matthew H. Marmolejo
Matthew H. Marmolejo
*mmarmolejo@mayerbrown.com*

Dated: April 16, 2019

AL OTRO LADO, INC.

By /s/ Erika Pinheiro
Name: Erika Pinheiro
Title: Litigation & Policy Dir

# CERTIFICATE OF SERVICE

I hereby certify that I filed the document listed below with the Clerk of the Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

- **NOTICE OF SUBSTITUTION OF COUNSEL**

DATED: April 16, 2019            LATHAM & WATKINS LLP
                                 Manuel A. Abascal
                                 Michaela R. Laird


                                 By  *s/ Manuel A. Abascal*
                                     Manuel A. Abascal

                                 *Attorneys for Plaintiffs*
                                 E-mail: *manny.abascal@lw.com*