

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SUBSTITUTE**<br><br>**[ECF No. 252]** |

Counsel for Plaintiff Al Otro Lado, Inc. ("AOL") has filed a motion to substitute Matthew H. Marmolejo of Mayer Brown LLP as counsel of record for AOL, in place of current counsel of record from Latham & Watkins LLP, specifically Manual A. Abascal, Wayne Flick, Faraz R. Mohammadi, Robin Kelley, and Michaela R. Laird. (ECF No. 252.) Pursuant to Local Rule 83.3.f, "[w]hen an attorney of record for any person ceases to act for a party, such party must appear in person or appoint another attorney by a written substitution of attorney signed by the party, *the attorney ceasing to act*, and the newly appointed attorney. . ." S.D. Cal. L.R. 83.3.f.2 (emphasis added). The present motion is signed by an AOL representative, Manuel A. Abascal, and Matthew H. Marmolejo. (ECF No. 252.) However, other attorneys who AOL seeks to substitute have not signed, specifically

Wayne Flick, Faraz R. Mohammadi, Robin Kelley, and Michaela R. Laird. (*Id.*) Because the Local Rule requires "the attorney ceasing to act" to sign the written substitution of attorney for the motion to substitute to be effective, the Court finds that the present motion is not proper as to these attorneys. Accordingly, the Court **DENIES** the motion **WITHOUT PREJUDICE** to AOL refiling a proper motion that cures this deficiency.

     **IT IS SO ORDERED.**

**DATED: April 18, 2019**

Hon. Cynthia Bashant
United States District Judge