MAYER BROWN LLP
   Ori Lev (DC Bar No. 452565)
   *olev@mayerbrown.com*
   (admitted *pro hac vice*)
   Stephen M. Medlock (VA Bar No. 78819)
   *smedlock@mayerbrown.com*
   (admitted *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

MATTHEW H. MARMOLEJO (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LATHAM & WATKINS LLP
   Manuel A. Abascal (CA Bar No. 171301)
   *manny.abascal@lw.com*
   Michaela R. Laird (CA Bar No. 309194)
   *michaela.laird@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Additional counsel listed on next page*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., a California corporation; ABIGAIL DOE, BEATRICE DOE, CAROLINA DOE, DINORA DOE, INGRID DOE, ROBERTO DOE, MARIA DOE, JUAN DOE, ÚRSULA DOE, VICTORIA DOE, BIANCA DOE, EMILIANA DOE, AND CÉSAR DOE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v. | No. 3:17-cv-02366-BAS-KSC<br><br>*Honorable Cynthia A. Bashant*<br>**AMENDED MOTION TO SUBSTITUTE COUNSEL** |

| | |
|---|---|
| 1 | KIRSTJEN M. NIELSEN, Secretary, United States Department of Homeland Security, in her official capacity; KEVIN K. MCALEENAN, Commissioner, United States Customs and Border Protection, in his official capacity; TODD C. OWEN, Executive Assistant Commissioner, Office of Field Operations, United States Customs and Border Protection, in his official capacity; and DOES 1-25, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |
| 9 | |

```
 1   CENTER FOR CONSTITUTIONAL
     RIGHTS
 2      Baher Azmy (NY Bar No. 2860740)
        bazmy@ccrjustice.org
 3      (admitted pro hac vice)
        Ghita Schwarz (NY Bar No. 3030087)
 4      gschwarz@ccrjustice.org
        (admitted pro hac vice)
 5      Angelo Guisado (NY Bar No. 5182688)
        aguisado@ccrjustice.org
 6      (admitted pro hac vice)
     666 Broadway, 7th Floor
 7   New York, NY 10012
     Telephone: +1.212.614.6464
 8   Facsimile: +1.212.614.6499
 9
     SOUTHERN POVERTY LAW CENTER
10      Melissa Crow (DC Bar No. 453487)
        melissa.crow@splcenter.org
11      (admitted pro hac vice)
     1666 Connecticut Avenue NW
12   Suite 100
     Washington, DC 20009
13   Telephone: +1.202.355.4471
     Facsimile: +1.404.221.5857
14
        Mary Bauer (VA Bar No. 31388)
15      mary.bauer@splcenter.org
        (admitted pro hac vice)
16   1000 Preston Avenue
     Charlottesville, VA 22903
17      Sarah Rich (GA Bar No. 281985)
        sarah.rich@splcenter.org
18      (admitted pro hac vice)
        Rebecca Cassler (MN Bar No. 0398309)
19      rebecca.cassler@splcenter.org
        (admitted pro hac vice)
20   150 East Ponce de Leon Avenue Suite 340
     Decatur, GA 30030
21
     AMERICAN IMMIGRATION COUNCIL
22      Karolina Walters (DC Bar No. 1049113)
        kwalters@immcouncil.org
23      (admitted pro hac vice)
     1331 G Street, NW, Suite 200
24   Washington, DC 20005
     Telephone: +1.202.507.7523
25   Facsimile: +1.202.742.5619
```

**PLEASE TAKE NOTICE** that Matthew H. Marmolejo of Mayer Brown LLP is hereby substituted as counsel for organizational Plaintiff Al Otro Lado, Inc., in place of Manuel A. Abascal, Wayne Flick, Faraz R. Mohammadi, Robin Kelley, and Michaela R. Laird of Latham & Watkins LLP.

Dated: April 16, 2019

LATHAM & WATKINS LLP

By _____
Manuel A. Abascal
*manny.abascal@lw.com*

Dated: April 16, 2019

MAYOR BROWN LLP

By _____
Matthew H. Marmolejo
*mmarmolejo@mayerbrown.com*

Dated: April 16, 2019

AL OTRO LADO, INC.

By _____
Name: Erika Pinheiro
Title: Litigation & Policy Dir

| | | |
|---|---|---|
| 1 | Dated: April 23, 2019 | LATHAM & WATKINS LLP |
| 2 | | By /s/ Robin Kelley |
| 3 | | Robin Kelley |
| 4 | | robin.kelley@lw.com |
| 5 | Dated: April __, 2019 | LATHAM & WATKINS LLP |
| 6 | | By _____ |
| 7 | | Faraz Mohammadi |
| 8 | | faraz.mohammadi@lw.com |
| 9 | Dated: April __, 2019 | LATHAM & WATKINS LLP |
| 10 | | By _____ |
| 11 | | Michaela R. Laird |
| 12 | | michaela.laird@lw.com |
| 13 | Dated: April __, 2019 | |
| 14 | | By _____ |
| 15 | | Wayne S. Flick |
| | | wayne.s.flick@wsflick.com |

| | | |
|---|---|---|
| 1 | Dated: April __, 2019 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By _____ |
| | | Robin Kelley |
| 4 | | *robin.kelley@lw.com* |
| 5 | Dated: April /7, 2019 | LATHAM & WATKINS LLP |
| 6 | | |
| | | By _____ |
| 7 | | Faraz Mohammadi |
| 8 | | *faraz.mohammadi@lw.com* |
| 9 | Dated: April __, 2019 | LATHAM & WATKINS LLP |
| 10 | | |
| | | By _____ |
| 11 | | Michaela R. Laird |
| 12 | | *michaela.laird@lw.com* |
| 13 | Dated: April __, 2019 | |
| 14 | | By _____ |
| | | Wayne S. Flick |
| 15 | | *wayne.s.flick@wsflick.com* |

| | | |
|---|---|---|
| 1 | Dated: April __, 2019 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By _____<br>Robin Kelley<br>*robin.kelley@lw.com* |
| 4 | | |
| 5 | Dated: April __, 2019 | LATHAM & WATKINS LLP |
| 6 | | |
| 7 | | By _____<br>Faraz Mohammadi<br>*faraz.mohammadi@lw.com* |
| 8 | | |
| 9 | Dated: April 23, 2019 | LATHAM & WATKINS LLP |
| 10 | | By *[signature]* |
| 11 | | Michaela R. Laird<br>*michaela.laird@lw.com* |
| 12 | | |
| 13 | Dated: April __, 2019 | |
| 14 | | By _____<br>Wayne S. Flick<br>*wayne.s.flick@wsflick.com* |

| | | |
|---|---|---|
| 1 | Dated: April __, 2019 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By _____<br>Robin Kelley<br>*robin.kelley@lw.com* |
| 4 | | |
| 5 | Dated: April __, 2019 | LATHAM & WATKINS LLP |
| 6 | | |
| 7 | | By _____<br>Faraz Mohammadi<br>*faraz.mohammadi@lw.com* |
| 8 | | |
| 9 | Dated: April __, 2019 | LATHAM & WATKINS LLP |
| 10 | | |
| 11 | | By _____<br>Michaela R. Laird<br>*michaela.laird@lw.com* |
| 12 | | |
| 13 | Dated: April 23, 2019 | |
| 14 | | By /s/ Wayne S. Flick<br>Wayne S. Flick<br>*wayne.s.flick@wsflick.com* |

# CERTIFICATE OF SERVICE

I hereby certify that I filed the document listed below with the Clerk of the Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

- **AMENDED MOTION TO SUBSTITUTE COUNSEL**

DATED: April 24, 2019                LATHAM & WATKINS LLP
                                      Manuel A. Abascal
                                      Michaela R. Laird

By  *s/ Manuel A. Abascal*
      Manuel A. Abascal

*Attorneys for Plaintiffs*
E-mail: *manny.abascal@lw.com*