# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING AMENDED MOTION TO SUBSTITUTE** <br><br> [ECF No. 254] |

Counsel for Plaintiff Al Otro Lado, Inc. ("AOL") has filed an amended motion to substitute Matthew H. Marmolejo of Mayer Brown LLP as counsel of record for AOL, in place of current counsel of record from Latham & Watkins LLP, specifically Manual A. Abascal, Wayne Flick, Faraz R. Mohammadi, Robin Kelley, and Michaela R. Laird. (ECF No. 254.) Pursuant to Local Rule 83.3.f, "[w]hen an attorney of record for any person ceases to act for a party, such party must appear in person or appoint another attorney by a written substitution of attorney signed by the party, the attorney ceasing to act, and the newly appointed attorney. . ." S.D. Cal. L.R. 83.3.f.2. The present motion satisfies the Rule because it is signed by an AOL representative, each attorney ceasing to act as a result of the requested substitution,

1 and Matthew H. Marmolejo. (ECF No. 254.)

2 Accordingly, the Court **GRANTS** the motion. The Clerk of the Court shall
3 terminate Manual A. Abascal, Wayne Flick, Faraz R. Mohammadi, Robin Kelley,
4 and Michaela R. Laird as counsel of record for Organizational Plaintiff AOL. This
5 does not affect their appearance as counsel of record for any other Plaintiffs in this
6 case. The Clerk shall add Matthew H. Marmolejo of Mayer Brown LLP, consistent
7 with his identifying information in the amended motion, as counsel of record for
8 Plaintiff AOL. (*See* ECF No. 254 at 1.)

9 **IT IS SO ORDERED.**

10 **DATED: April 25, 2019**

Hon. Cynthia Bashant
United States District Judge