# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| AL OTRO LADO, INC., *et al*.,<br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al*.,<br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER REQUESTING REDLINE OF SECOND AMENDED COMPLAINT**<br><br>[ECF No. 189] |
|---|---|

To aid the Court in its review of Defendants' pending motion to dismiss and the parties' briefing, Plaintiffs are **ORDERED** to file a redline of the Second Amended Complaint (ECF No. 189) relative to the original complaint (ECF No. 1) **no later than May 3, 2019.** *See* S.D. Cal. Civ. L. R. 15.1.c. ("Any amended pleading filed after the granting of a motion to dismiss . . . with leave to amend, must be accompanied by a version of that pleading that shows—through redlining, underlining, strikeouts, or other similarly effective typographic methods—how that pleading differs from the previously dismissed pleading.").

**IT IS SO ORDERED.**

**DATED: May 1, 2019**

Hon. Cynthia Bashant
United States District Judge