AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., et al. ) | |
| _Plaintiff_ ) | |
| v. ) | Case No. 3:17-cv-02366-BAS-KSC |
| Kirstjen Nielsen, et al. ) | |
| _Defendant_ ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, Roberto Doe, Maria Doe, Juan Doe, Ursula Doe, Victoria Doe, Bianca Doe, Emiliana Doe, and Cesar Doe.

Date: May 9, 2019

_Attorney's signature_

Matthew H. Marmolejo  (SBN 242964)
_Printed name and bar number_

Mayer Brown LLP
350 S. Grand Ave., 25th Fl.
Los Angeles, CA 90071
_Address_

mmarmolejo@mayerbrown.com
_E-mail address_

(213) 229-9500
_Telephone number_

(213) 625-0248
_FAX number_



American LegalNet, Inc.
www.FormsWorkFlow.com