JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY Director, Office of Immigration Litigation – District Court Section
GISELA A. WESTWATER (NE 21801)
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
YAMILETH G. DAVILA (FL 47329)
Assistant Director
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0137| Fax: (202) 305-7000
Yamileth.g.davila@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **MOTION TO WITHDRAW DEFENDANTS' COUNSEL OF RECORD YAMILETH G. DAVILA** |
| Kevin MCALEENAN,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary Kevin McAleenan is automatically substituted for his predecessor, Secretary Kirstjen Nielsen.

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.3.f.3, Defendants provide notice that Yamileth G. Davila is no longer counsel for the Defendants in this case. All other counsel of record will continue to represent Defendants in this case. Accordingly, Defendants respectfully request the Court grant Defendants' Motion to Withdraw Defendants' Counsel of Record Yamileth G. Davila.

Plaintiffs have concurrently received notice of this Motion as set forth in the attached Declaration of Counsel and Certificate of Service.

Dated: May 24, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
United States Department of Justice

COLIN A. KISOR
Deputy Director
Office of Immigration Litigation
District Court Section

/s/ Yamileth G. Davila
YAMILETH G. DAVILA
Assistant Director
Civil Division
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0137
Facsimile: (202) 305-7000

| | |
|---|---|
| 1 | Yamileth.g.davila@usdoj.gov |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

 I hereby certify that I filed the document listed below with the Clerk of the Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

- MOTION TO WITHDRAW DEFENDANTS' COUNSEL OF RECORD YAMILETH G. DAVILA

         /s/ Yamileth G. Davila___
         YAMILETH G. DAVILA
         Assistant Director