JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY Director, Office of Immigration Litigation
– District Court Section
GISELA A. WESTWATER (NE 21801)
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
YAMILETH G. DAVILA (FL 47329)
Assistant Director
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0137| Fax: (202) 305-7000
Yamileth.g.davila@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW DEFENDANTS' COUNSEL OF RECORD YAMILETH G. DAVILA** |
| Kevin MCALEENAN,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary Kevin McAleenan is automatically substituted for his predecessor, Secretary Kirstjen Nielsen.

# DECLARATION OF YAMILETH G. DAVILA

I, Yamileth G. Davila, declare as follows:

1. I am an Assistant Director in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation.

2. I am presently an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Nielsen*, No. 3:17-cv-02366-BASKSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. Attached hereto is Defendants' Motion to Withdraw Defendants' Counsel of Record Yamileth G. Davila.

4. All other counsel of record will continue to represent Defendants in this case.

5. All parties and their counsel have concurrently received notice of this Motion as set forth in the attached Certificate of Service.

This declaration was executed on May 24, 2019, in Washington, D.C.

/s/ Yamileth G. Davila\_\_\_
YAMILETH G. DAVILA
Assistant Director