MAYER BROWN LLP
   Ori Lev (DC Bar No. 452565)
   *olev@mayerbrown.com*
   (admitted *pro hac vice*)
   Stephen M. Medlock (VA Bar No. 78819)
   *smedlock@mayerbrown.com*
   (admitted *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

MATTHEW H. MARMOLEJO (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LATHAM & WATKINS LLP
   Manuel A. Abascal (CA Bar No. 171301)
   *manny.abascal@lw.com*
   Michaela R. Laird (CA Bar No. 309194)
   *michaela.laird@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Additional counsel listed on next page*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., a California corporation; ABIGAIL DOE, BEATRICE DOE, CAROLINA DOE, DINORA DOE, INGRID DOE, ROBERTO DOE, MARIA DOE, JUAN DOE, ÚRSULA DOE, VICTORIA DOE, BIANCA DOE, EMILIANA DOE, AND CÉSAR DOE individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. | No. 3:17-cv-02366-BAS-KSC <br> *Honorable Cynthia A. Bashant* <br><br> **LATHAM & WATKINS' NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD** [*Proposed Order and Declaration of F. Mohammadi concurrently filed herewith*] <br><br> Date: July 15, 2019 <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LATHAM & WATKINS' MOTION
TO WITHDRAW AS COUNSEL
No. 3:17-CV-02366-BAS-KSC

| | |
|---|---|
| 1 | KIRSTJEN M. NIELSEN, Secretary, United States Department of Homeland Security, in her official capacity; KEVIN K. MCALEENAN, Commissioner, United States Customs and Border Protection, in his official capacity; TODD C. OWEN, Executive Assistant Commissioner, Office of Field Operations, United States Customs and Border Protection, in his official capacity; and DOES 1-25, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |
| 9 | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LATHAM & WATKINS' MOTION
TO WITHDRAW AS COUNSEL
No. 3:17-CV-02366-BAS-KSC

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740)
   *bazmy@ccrjustice.org*
   (admitted *pro hac vice*)
   Ghita Schwarz (NY Bar No. 3030087)
   *gschwarz@ccrjustice.org*
   (admitted *pro hac vice*)
   Angelo Guisado (NY Bar No. 5182688)
   *aguisado@ccrjustice.org*
   (admitted *pro hac vice*)
666 Broadway, 7th Floor
New York, NY  10012
Telephone:  +1.212.614.6464
Facsimile:  +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   *melissa.crow@splcenter.org*
   (admitted *pro hac vice*)
1666 Connecticut Avenue NW
Suite 100
Washington, DC  20009
Telephone:  +1.202.355.4471
Facsimile:  +1.404.221.5857

   Mary Bauer (VA Bar No. 31388)
   *mary.bauer@splcenter.org*
   (admitted *pro hac vice*)
1000 Preston Avenue
Charlottesville, VA  22903
   Sarah Rich (GA Bar No. 281985)
   *sarah.rich@splcenter.org*
   (admitted *pro hac vice*)
   Rebecca Cassler (MN Bar No. 0398309)
   *rebecca.cassler@splcenter.org*
   (admitted *pro hac vice*)
150 East Ponce de Leon Avenue Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113)
   *kwalters@immcouncil.org*
   (admitted *pro hac vice*)
1331 G Street, NW, Suite 200
Washington, DC  20005
Telephone:  +1.202.507.7523
Facsimile:  +1.202.742.5619

**TO ALL COUNSEL AND PARTIES OF RECORD**:

Pursuant to Civil Local Rule 83.3(f)(3), Manuel A. Abascal, Wayne Flick, Faraz R. Mohammadi, Robin Kelley and Michaela R. Laird of Latham & Watkins LLP hereby submit this Notice of Motion and Motion to Withdraw as Counsel of Record for Plaintiffs Abigail Doe, Beatrice Doe, Bianca Doe, Caroline Doe, Cesar Doe, Dinora Doe, Emiliana Doe, Ingrid Doe, Juan Doe, Maria Doe, Roberto Doe, Victoria Doe, Ursula Doe (collectively "Individual Plaintiffs") in the above-titled action. Matthew H. Marmolejo of Mayor Brown LLP, who has already appeared in this case as counsel of record for Individual Plaintiffs, will substitute in as counsel for Individual Plaintiffs. As such, Individual Plaintiffs will suffer no prejudice and the case will not be delayed by Latham & Watkins' withdrawal. All other co-counsel of record will continue in their representation of Individual Plaintiffs in this case.

As set forth in the accompanying Declaration of Faraz Mohammadi, a copy of this Motion to Withdraw will be sent concurrently to Defendants' counsel and all Plaintiffs in this case.

Accordingly, Latham & Watkins respectfully requests that the Court grant its Motion to Withdraw as counsel and further requests that the following attorneys be removed from the Court's service list for this matter:

        Manuel A. Abascal (CA Bar No. 171301)
        Wayne Flick (CA Bar No. 309194)
        Faraz R. Mohammadi (CA Bar No. 294497)
        Robin Kelley (CA Bar No. 309194)
        Michaela R. Laird (CA Bar No. 309194)

| | | |
|---|---|---|
| 1 | Dated: May 24, 2019 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | Manuel A. Abascal |
| 4 | | |
| 5 | | By _____ |
| 6 | | Manuel A. Abascal |
| | | *Manny.abascal@lw.com* |
| 7 | | |
| 8 | Dated: May ___, 2019 | LATHAM & WATKINS LLP |
| 9 | | By _____ |
| 10 | | Robin Kelley |
| | | *robin.kelley@lw.com* |
| 11 | | |
| 12 | Dated: May___, 2019 | LATHAM & WATKINS LLP |
| 13 | | By _____ |
| 14 | | Faraz Mohammadi |
| | | *faraz.mohammadi@lw.com* |
| 15 | | |
| 16 | Dated: May ___, 2019 | LATHAM & WATKINS LLP |
| 17 | | By _____ |
| 18 | | Michaela R. Laird |
| | | *michaela.laird@lw.com* |
| 19 | | |
| 20 | Dated: May __, 2019 | |
| 21 | | By _____ |
| 22 | | Wayne S. Flick |
| | | *wayne.s.flick@wsflick.com* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LATHAM & WATKINS' MOTION TO
WITHDRAW AS COUNSEL OF RECORD
NO. 3:17-CV-02366-BAS-KSC

| | | |
|---|---|---|
| 1 | Dated: May ___, 2019 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | Manuel A. Abascal |
| 4 | | |
| 5 | | By _____ |
| 6 | | Manuel A. Abascal<br>*Manny.abascal@lw.com* |
| 7 | Dated: May _23_, 2019 | LATHAM & WATKINS LLP |
| 8 | | By *Robin Kelley* |
| 9 | | Robin Kelley<br>*robin.kelley@lw.com* |
| 10 | | |
| 11 | Dated: May___, 2019 | LATHAM & WATKINS LLP |
| 12 | | By _____ |
| 13 | | Faraz Mohammadi<br>*faraz.mohammadi@lw.com* |
| 14 | | |
| 15 | Dated: May ___, 2019 | LATHAM & WATKINS LLP |
| 16 | | By _____ |
| 17 | | Michaela R. Laird<br>*michaela.laird@lw.com* |
| 18 | | |
| 19 | Dated: May __, 2019 | |
| 20 | | By _____ |
| 21 | | Wayne S. Flick<br>*wayne.s.flick@wsflick.com* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LATHAM & WATKINS' MOTION TO
WITHDRAW AS COUNSEL OF RECORD
NO. 3:17-CV-02366-BAS-KSC

| | |
|---|---|
| Dated: May ___, 2019 | Respectfully submitted,<br><br>LATHAM & WATKINS LLP<br>Manuel A. Abascal<br><br>By _____<br>Manuel A. Abascal<br>*Manny.abascal@lw.com* |
| Dated: May ___, 2019 | LATHAM & WATKINS LLP<br><br>By _____<br>Robin Kelley<br>*robin.kelley@lw.com* |
| Dated: May 21, 2019 | LATHAM & WATKINS LLP<br><br>By _/s/ Faraz Mohammadi_<br>Faraz Mohammadi<br>*faraz.mohammadi@lw.com* |
| Dated: May ___, 2019 | LATHAM & WATKINS LLP<br><br>By _____<br>Michaela R. Laird<br>*michaela.laird@lw.com* |
| Dated: May ___, 2019 | By _____<br>Wayne S. Flick<br>*wayne.s.flick@wsflick.com* |

| | | |
|---|---|---|
| 1 | Dated: May ___, 2019 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | Manuel A. Abascal |
| 4 | | |
| 5 | | By _____ |
| | | Manuel A. Abascal |
| 6 | | *Manny.abascal@lw.com* |
| 7 | Dated: May ___, 2019 | LATHAM & WATKINS LLP |
| 8 | | |
| | | By _____ |
| 9 | | Robin Kelley |
| | | *robin.kelley@lw.com* |
| 10 | | |
| 11 | Dated: May___, 2019 | LATHAM & WATKINS LLP |
| 12 | | By _____ |
| 13 | | Faraz Mohammadi |
| | | *faraz.mohammadi@lw.com* |
| 14 | | |
| 15 | Dated: May 21, 2019 | LATHAM & WATKINS LLP |
| 16 | | By /s/ Michaela R. Laird |
| 17 | | Michaela R. Laird |
| | | *michaela.laird@lw.com* |
| 18 | | |
| 19 | Dated: May ___, 2019 | |
| 20 | | By _____ |
| | | Wayne S. Flick |
| 21 | | *wayne.s.flick@wsflick.com* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LATHAM & WATKINS' MOTION TO
WITHDRAW AS COUNSEL OF RECORD
NO. 3:17-CV-02366-BAS-KSC

| | | |
|---|---|---|
| 1 | Dated: May ___, 2019 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | Manuel A. Abascal |
| 4 | | |
| 5 | | By _____ |
| 6 | | Manuel A. Abascal |
| | | *Manny.abascal@lw.com* |
| 7 | Dated: May ___, 2019 | LATHAM & WATKINS LLP |
| 8 | | By _____ |
| 9 | | Robin Kelley |
| | | *robin.kelley@lw.com* |
| 10 | | |
| 11 | Dated: May___, 2019 | LATHAM & WATKINS LLP |
| 12 | | By _____ |
| 13 | | Faraz Mohammadi |
| | | *faraz.mohammadi@lw.com* |
| 14 | | |
| 15 | Dated: May ___, 2019 | LATHAM & WATKINS LLP |
| 16 | | By _____ |
| 17 | | Michaela R. Laird |
| | | *michaela.laird@lw.com* |
| 18 | | |
| 19 | Dated: May 17, 2019 | |
| 20 | | By [signature] _____ |
| 21 | | Wayne S. Flick |
| | | *wayne.s.flick@wsflick.com* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LATHAM & WATKINS' MOTION TO
WITHDRAW AS COUNSEL OF RECORD
NO. 3:17-CV-02366-BAS-KSC

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the Southern District of California by using the Court's CM/ECF system on May 15, 2019. I certify that the following participants in the case are registered CM/ECF users and that service on them will be accomplished by the CM/ECF system: Gisela Ann Westwater, Yamileth G. Davila, Genevieve Kelly, Brian Ward, Angelo R. Guisado, Ghita R. Schwarz, Karolina J. Walters, Melissa E. Crow, Danielle K. Schuessler, Sairah G. Saeed, Alexander James Halaska, Mary Catherine Bauer, Sarah Marion Rich, and Rebecca Cassler.

I certify that the following participants in the case will be served by first-class mail sent to the addresses below:

>Baher Azmy
>The Center for Constitutional rights
>666 Broadway, 7th Floor
>New York, NY 10012

>OIL-DCS Trial Attorney
>Office of Immigration Litigation
>District Court Section
>PO Box 868 Ben Franklin Station
>Washington, DC 20044

I certify that organizational plaintiff Al Otro Lado, Inc. will be served by first-class mail sent to the following business mailing address:

>Al Otro Lado
>PO Box 32578
>Los Angeles, CA 90032

I certify that individual plaintiff Roberto Doe will be served electronically, and has agreed in writing to such form of service.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LATHAM & WATKINS' MOTION TO
WITHDRAW AS COUNSEL OF RECORD
NO. 3:17-CV-02366-BAS-KSC

I certify that individual plaintiffs Abigail Doe, Beatrice Doe, Bianca Doe, Carolina Doe, Cesar Doe, Dinora Doe, Emiliana Doe, Ingrid Doe, Juan Doe, Maria Doe, Victoria Doe, Úrsula Doe will be served by first-class mail sent to the last known mailing address for each Individual Plaintiff or his or her individual attorney or custodian.[1]

LATHAM & WATKINS LLP
Manuel A. Abascal

By  /s/ Manuel A. Abascal
Manuel A. Abascal

*Attorneys for Plaintiffs*
E-mail:  manny.abascal@lw.com

---

[1] In furtherance of the Court's order allowing the Individual Plaintiffs to proceed pseudonymously in this case (*see* ECF No. 138), the last known mailing addresses for the Individual Plaintiffs are not provided here, but are on file with Plaintiffs' counsel.