| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 |    Ori Lev (DC Bar No. 452565)<br>   *olev@mayerbrown.com* |
| 3 |    (admitted *pro hac vice*)<br>   Stephen M. Medlock (VA Bar No. 78819) |
| 4 |    *smedlock@mayerbrown.com*<br>   (admitted *pro hac vice*) |
| 5 | 1999 K Street, N.W.<br>Washington, D.C. 20006-1101 |
| 6 | Telephone: (202) 263-3000<br>Facsimile:  (202) 263-3300 |
| 7 | MATTHEW H. MARMOLEJO (CA Bar No. 242964) |
| 8 | mmarmolejo@mayerbrown.com<br>350 South Grand Avenue, 25th Floor |
| 9 | Los Angeles, CA 90071-1503<br>Telephone: (213) 229-9500 |
| 10 | Facsimile:  (213) 625-0248 |
| 11 | LATHAM & WATKINS LLP<br>   Manuel A. Abascal (CA Bar No. 171301) |
| 12 |    *manny.abascal@lw.com*<br>   Michaela R. Laird (CA Bar No. 309194) |
| 13 |    *michaela.laird@lw.com*<br>355 South Grand Avenue, Suite 100 |
| 14 | Los Angeles, California  90071-1560<br>Telephone:  +1.213.485.1234 |
| 15 | Facsimile:  +1.213.891.8763 |
| 16 | *Additional counsel listed on next page* |
| 17 | *Attorneys for Plaintiffs* |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | AL OTRO LADO, INC., a California corporation; ABIGAIL DOE, BEATRICE DOE, CAROLINA DOE, DINORA DOE, INGRID DOE, ROBERTO DOE, MARIA DOE, JUAN DOE, ÚRSULA DOE, VICTORIA DOE, BIANCA DOE, EMILIANA DOE, AND CÉSAR DOE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v. | No. 3:17-cv-02366-BAS-KSC<br><br>*Honorable Cynthia A. Bashant*<br><br>**DECLARATION OF FARAZ MOHAMMADI IN SUPPORT OF LATHAM & WATKINS' MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br>[*Proposed Order and Motion to Withdraw concurrently filed herewith*]<br><br>Date: July 15, 2019 |

| | |
|---|---|
| 1 | KIRSTJEN M. NIELSEN, Secretary, United States Department of Homeland Security, in her official capacity; KEVIN K. MCALEENAN, Commissioner, United States Customs and Border Protection, in his official capacity; TODD C. OWEN, Executive Assistant Commissioner, Office of Field Operations, United States Customs and Border Protection, in his official capacity; and DOES 1-25, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740)
   *bazmy@ccrjustice.org*
   (admitted *pro hac vice*)
   Ghita Schwarz (NY Bar No. 3030087)
   *gschwarz@ccrjustice.org*
   (admitted *pro hac vice*)
   Angelo Guisado (NY Bar No. 5182688)
   *aguisado@ccrjustice.org*
   (admitted *pro hac vice*)
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   *melissa.crow@splcenter.org*
   (admitted *pro hac vice*)
1666 Connecticut Avenue NW
Suite 100
Washington, DC 20009
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

   Mary Bauer (VA Bar No. 31388)
   *mary.bauer@splcenter.org*
   (admitted *pro hac vice*)
1000 Preston Avenue
Charlottesville, VA 22903
   Sarah Rich (GA Bar No. 281985)
   *sarah.rich@splcenter.org*
   (admitted *pro hac vice*)
   Rebecca Cassler (MN Bar No. 0398309)
   *rebecca.cassler@splcenter.org*
   (admitted *pro hac vice*)
150 East Ponce de Leon Avenue Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113)
   *kwalters@immcouncil.org*
   (admitted *pro hac vice*)
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

I, Faraz Mohammadi, hereby declare:

1. I am an associate at Latham & Watkins LLP and, along with my co-counsel, I represent Plaintiffs Abigail Doe, Beatrice Doe, Bianca Doe, Caroline Doe, Cesar Doe, Dinora Doe, Emiliana Doe, Ingrid Doe, Juan Doe, Maria Doe, Robert Doe, Victoria Doe, Ursula Doe (collectively "Individual Plaintiffs") in this case.

2. The Latham & Watkins attorneys who have appeared in this action, Manuel A. Abascal, Robin Kelley, Faraz Mohammadi, Michaela R. Laird and Wayne S. Flick, are seeking to withdraw as co-counsel of record for Individual Plaintiffs in this case.

3. The Individual Plaintiffs will continue to be represented by all other counsel of record for Individual Plaintiffs, including Matthew H. Marmolejo, Baher Azmy, Angelo R. Guisado, Ghita R. Schwarz, Karolina J. Walters, Melissa E. Crow, Mary Catherine Bauer, Sarah Marion Rich, and Rebecca Cassler.

4. Pursuant to the Certificate of Service filed along with Latham & Watkins' Motion to Withdraw, my office is sending a copy of the Motion and accompanying documents to all Plaintiffs, and Defendants' counsel of record.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 24, 2019, in Los Angeles, California.

By: _____
Faraz Mohammadi