MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  (admitted *pro hac vice*)
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
  (admitted *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  *melissa.crow@splcenter.org*
  (admitted *pro hac vice*)
1666 Connecticut Avenue, N.W.
Suite 100
Washington, DC 20009
Telephone:  +1.202.355.4471
Facsimile:  +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kevin K. McAleenan,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>[DISCOVERY MATTER]<br><br>**DECLARATION OF ORI LEV IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  *bazmy@ccrjustice.org*
  (admitted *pro hac vice*)
  Ghita Schwarz (NY Bar No. 3030087)
  *gschwarz@ccrjustice.org*
  (admitted *pro hac vice*)
  Angelo Guisado (NY Bar No. 5182688)
  *aguisado@ccrjustice.org*
  (admitted *pro hac vice*)
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  +1.212.614.6464
Facsimile:  +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
  *mary.bauer@splcenter.org*
  (admitted *pro hac vice*)
1000 Preston Avenue
Charlottesville, VA  22903
  Sarah Rich (GA Bar No. 281985)
  *sarah.rich@splcenter.org*
  (admitted *pro hac vice*)
  Rebecca Cassler (MN Bar No. 0398309)
  *rebecca.cassler@splcenter.org*
  (admitted *pro hac vice*)
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  *kwalters@immcouncil.org*
  (admitted *pro hac vice*)
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone:  +1.202.507.7523
Facsimile:  +1.202.742.5619

I, Ori Lev, state the following under penalty of perjury:

1. I am a partner at the law firm Mayer Brown LLP, a member of the District of Columbia bar, admitted *pro hac vice* to this Court for this action, and counsel to Plaintiff Al Otro Lado in this action.

2. I make this declaration in support of the Joint Motion for Determination of Discovery Dispute.

3. On April 30, 2019, the parties met and conferred by telephone for approximately two hours regarding Defendants' Responses and Objections to Plaintiffs' Requests for Production. Thereafter, the parties exchanged additional correspondence in an effort to further resolve the remaining disputes concerning the RFPs. Despite their best efforts, the parties are at an impasse regarding a Defendants' General Objections to Plaintiffs' RFPs and a number of objections to specific RFPs, as detailed in the attached Joint Motion.

4. In an April 29, 2019 letter and during the parties' April 30, 2019 telephone conference, Plaintiffs urged the Government to withdraw its boilerplate objections. The Government has refused to do so.

5. Attached to the Joint Motion as Appendix A is a true and correct copy of the exact wording of Plaintiffs' discovery requests at issue.

6. Attached to the Joint Motion as Appendix B is a true and correct copy of Defendants' exact responses to the discovery requests at issue.

7. Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Interrogatories.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on May 24, 2019 in Washington, D.C.

By: */s/ Ori Lev*
Ori Lev

1

LEV DECLARATION IN SUPPORT OF JOINT MOTION
REGARDING PLAINTIFFS' MOTION TO COMPEL