JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
GISELA A. WESTWATER (NE 21801)
Assistant Director
KATHERINE SHINNERS
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
SAIRAH G. SAEED (IL 6290644)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067 | Fax: (202) 305-7000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **DECLARATION OF GISELA A. WESTWATER** |
| Kevin K. McALEENAN,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Federal Rule of Civil Procedure 25(d).

**DECLARATION OF GISELA A. WESTWATER**

I, Gisela A. Westwater, declare as follows:

1. I am an Assistant Director in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation.

2. I am the Lead Attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Nielsen*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. Defendants served their first set of responses to Plaintiffs' Second Set of Requests for Production ("RFPs" or "Requests") to All Defendants and their amended responses to Plaintiffs' First Set of RFPs to the Defendants on April 9, 2019.

4. On April 30, 2019, counsel for the parties met and conferred regarding what Plaintiffs believed were deficiencies in Defendants' responses.

5. At the April 30, 2019 meet and confer, when Plaintiffs' counsel asked Defendants to withdraw what Plaintiffs asserted were boilerplate general objections, counsel for Defendants stated that their introductory objections were not boilerplate and were, in fact, specific, but that they applied to multiple Requests. Defendants' counsel explained that the reason that the objections were set forth in the introduction and incorporated into the responses was to avoid adding more length to two already cumbersome documents. The first amended responses to Plaintiffs' First Set of RFPs totaled 61 pages; the initial responses to Plaintiffs' Second Set of RFPs totaled 176 pages. Nevertheless, Defendants' counsel informed Plaintiffs' counsel that Defendants would review the objections to see if they could amend those objections to address certain of Plaintiffs' concerns.

6. On May 9, 2019 Defendants served on Plaintiffs amended responses to their First and Second Set of RFPs, which, among other things, amended the introductory objections to both sets of RFPs for consistency and clarity. A true and correct copy of Defendants' Second Amended Responses to Plaintiffs' First Set of

Requests for Production is attached hereto as **Defendants' Exhibit 1**. A true and correct copy of Defendants' First Amended Responses to Plaintiffs' First Set of Requests for Production is attached hereto as **Defendants' Exhibit 2**.

7. Attached hereto as **Defendants' Exhibit 3** is a true and correct copy of excerpts from the May 10, 2019 hearing on Defendants' Motion to Dismiss the Second Amended Complaint. *See* ECF No. 259.

8. Defendants have been engaged in negotiations with Plaintiffs regarding custodians and search terms under the agreed-upon terms of the parties' ESI Protocol. As a result of this process, Defendants have thus far identified fourteen custodians from the headquarters of the Office of Field Operations (OFO) of U.S. Customs and Border Protection (CBP), CBP's Office of Professional Responsibility, the four ports of entry at issue, and their respective field offices, to include on their custodian list. This list includes custodians initially identified by Defendants, as well as custodians that Plaintiffs requested.

9. On May 20, 2019, Defendants informed Plaintiffs that Defendants had developed a list of 176 search terms and were in the process of testing them. A true and correct copy of the list of search terms provided to Plaintiffs as an Appendix to the May 20, 2019 letter is attached hereto as **Defendants' Exhibit 4**.

10. Attached hereto as **Defendants' Exhibit 5** is a true and correct copy of the declaration of Elaine Dismuke, eDiscovery Team Lead, Security Operations Division, Cyber Security Directorate, Office of Information and Technology, Enterprise Services, U.S. Customs and Border Protection.

11. Attached hereto as **Defendants' Exhibit 6** is a true and correct copy of the declaration of Randy Howe, Executive Director for Operations, Office of Field Operations, U.S. Customs and Border Protection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on May 24, 2019, in Washington, D.C.

>   */s/ Gisela A. Westwater*
>   GISELA A. WESTWATER