# Defendants' Exhibit 4

Defendants' Proposed Search Terms

# APPENDIX A

### DEFENDANTS' PROPOSED SEARCH TERMS

1. ("border security" OR 13767) AND process* w/20 (fear or asylum)
2. ("Statement from the Press Secretary on the Decline in Southwest Border Apprehensions")
3. Metering
4. Meter* w/10 (policy or policies)
5. Meter* w/10 memo*
6. Meter* w/10 proce*
7. Meter* w/10 guid*
8. Meter* w/10 recommend*
9. Meter* AND asylum
10. Meter* AND fear
11. Meter* AND "UDA"
12. Meter* AND flow
13. Meter* AND "limit line"
14. Meter* AND "midbridge"
15. Meter* AND "mid-bridge"
16. Meter* AND "mid bridge"
17. Meter* AND "borderline"
18. Meter* AND "border-line"
19. Meter* AND "border line"
20. Meter* AND capacit*
21. Meter* AND capabilit*
22. Meter* AND (detention* or detain*)
23. Meter* AND "hold room*"
24. Meter* AND "no doc*"
25. Meter* AND "without doc*"
26. Meter AND Paragon
27. Meter AND "Federal Protective Service*"
28. Meter AND "FPS"
29. Paragon AND "limit line"
30. "Federal Protective Service*" AND "limit line"
31. "FPS" AND "limit line"
32. Queue w/10 manag*
33. (Policy or memo* or procedure* or guid* or recommend*) w/20 "turn away"
34. (Policy or memo* or procedure* or guid* or recommend*) w/20 "come back"
35. Return* AND (without w/5 (inspect* OR process*))
36. INM AND intake
37. INAMI AND intake
38. INM AND receive
39. INAMI AND receive

# APPENDIX A

40. INM AND capacit*
41. INAMI AND capacit*
42. INM AND asylum
43. INAMI AND asylum
44. "Grupo Beta" AND asylum
45. "exit control*"
46. "Grupo Beta" AND intake
47. "Grupo Beta" AND flow
48. Mexic* W/50 intake
49. "GoM" AND intake
50. INM AND list
51. INAMI AND list
52. INM AND queue
53. INAMI AND queue
54. "Grupo Beta" AND queue
55. "Grupo Beta" AND queue
56. INM AND ticket*
57. INAMI AND ticket*
58. INM AND appoint*
59. INAMI AND appoint*
60. "Grupo Beta" AND list
61. "Grupo Beta" AND ticket*
62. "Grupo Beta" AND appoint*
63. Mexic* w/20 list
64. "GoM" AND list
65. Ticket* AND meter*
66. Ticket* AND flow
67. Mexic* w/20 ticket*
68. "GoM" AND ticket*
69. Capacit* AND ped*
70. Capacit* AND (asylum w/10 seek*)
71. Capacit* AND "UDA"
72. Capacit* AND "no doc*"
73. Capacit* AND "without doc*"
74. Capacit* w/20 process*
75. Capacit* AND "fully processed"
76. Capacit* AND "await processing"
77. Capacit* AND "hold room*"
78. Capacit* w/20 cell*
79. Capacit* w/20 (detention* OR detain*)
80. (hold* w/10 capacit*) AND staff*
81. ((detention* OR detain*) w/10 capacit*) AND staff!
82. (hold* w/10 capacit*) AND resource*

# APPENDIX A

83. ((detention* OR detain*) w/10 capacity*) AND resource*
84. Capabil* AND ped*
85. Capabil* AND (asylum w/10 seek*)
86. Capabil* AND "UDA"
87. Capabil* AND "no doc*"
88. Capbil* AND "without doc*"
89. Capabil* w/20 process*
90. Capabil* AND "fully processed"
91. Capabil* AND "await processing"
92. Capabil* AND "hold room*"
93. Capabil* AND cell*
94. Capabil* w/20 (detention* or detain*)
95. (hold* w/10 capabil*) AND staff*
96. ((detention* OR detain*) w/10 capabil*) AND staff*
97. (hold* w/10 capabil*) AND resource*
98. ((detention* OR detain) w/10 capabil*) AND resource*
99. ((limited OR no) w/10 space) AND ped*
100. ((limited OR no) w/10 space) AND "UDA"
101. ((limited OR no) w/10 space) AND "no doc*"
102. ((limited OR no) w/10 space) AND "without doc*"
103. ((limited OR no) w/10 space) AND (asylum w/10 seek*)
104. ((limited OR no) w/10 space) w/20 process*
105. ((limited OR no) w/10 space) AND "fully processed"
106. ((limited OR no) w/10 space) AND "await processing"
107. ((limited OR no) w/10 space) AND "hold room*"
108. ((limited OR no) w/10 space) AND cell*
109. ((limited OR no) w/10 space) AND (detention* or detain*)
110. ((limited OR no) w/10 room) AND ped*
111. ((limited OR no) w/10 room) AND "no doc*"
112. ((limited OR no) w/10 room) AND "without doc*"
113. ((limited OR no) w/10 room) AND (asylum w/10 seek*)
114. ((limited OR no) w/10 room) w/20 process*
115. ((limited OR no) w/10 room) AND "fully processed"
116. ((limited OR no) w/10 room) AND (detention* or detain*)
117. (Hold* w/10 Capacit*) AND fund* AND (port or ports or POE or "POEs")
118. ((Detention* OR detain*) w/10 capacity) AND fund* AND (port or ports or POE or "POEs")
119. (Hold* w/10 Capacit*) AND appropriation* AND (port or ports or POE or "POEs")
120. ((Detention* OR detain*) w/10 capacit*) AND appropriation* AND (port or ports or POE or "POEs")
121. Process* w/20 "no doc*"
122. Process* w/20 "without doc*"
123. Process* w/20 (asylum w/10 seek*)

# APPENDIX A

124. (Asylum w/10 seek*) AND "turn away"
125. Fear AND "turn away"
126. "UDA" AND "turn away"
127. (Asylum w/10 seek*) AND "turn back"
128. Fear AND "turn back"
129. "UDA" AND "turn back"
130. (Asylum w/10 seek*) AND "come back"
131. Fear AND "come back"
132. "UDA" AND "come back"
133. Traveler AND "turn away"
134. Traveler AND "turn back"
135. Traveler AND "come back"
136. (Asylum w/10 seek*) AND (threat* w/20 (officer or CBP*))
137. Fear AND (threat* w/20 (officer or CBP*))
138. "UDA" AND (threat* w/20 (officer or CBP*))
139. (Asylum w/10 seek*) AND coerc*
140. Fear AND coerc*
141. "UDA" AND coerc*
142. (Asylum w/10 seek*) AND intimidat*
143. Fear AND intimidat*
144. "UDA" AND intimidat*
145. Traveler AND (threat* w/20 (officer or CBP*))
146. Traveler AND coerc*
147. Asylum AND recant*
148. Fear AND recant*
149. Asylum AND withdraw*
150. Fear AND withdraw*
151. asylum W/20 retaliat*
152. fear W/20 retaliat*
153. (deny OR denial OR denied) w/10 access w/10 asylum
154. (deny OR denial OR denied) w/10 access w/10 fear
155. Surge AND asylum
156. Surge AND fear
157. Influx AND asylum
158. Influx AND fear
159. direct book" AND "CoreCivic" OR "CCA" OR "Spectrum" OR "Emerald"
160. "pick up" AND "CoreCivic" OR "CCA" OR "Spectrum" OR "Emerald"
161. Withdraw* AND "Whiskey 3" OR "W3"
162. "SYS AEU Custody Report"
163. "MCAT Daily Report"
164. "S1 TIC PM Reporting"
165. Redirect* AND asylum
166. Redirect* AND fear

# APPENDIX A

167. Redirect* AND ("no doc* OR "no document*")
168. Redirect* AND UDA
169. Redirect* and ("without doc*" OR "without document*")
170. Redirect* AND "limit line"
171. Redirect* AND "midbridge"
172. Redirect* AND "mid-bridge"
173. Redirect* AND "mid bridge"
174. Redirect* AND "borderline"
175. Redirect* AND "border-line"
176. Redirect* AND "border line"

May 20, 2019