# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN MCALEENAN, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD** <br><br> **[ECF No. 261]** |

Before the Court is a motion to withdraw Yamileth G. Davila as counsel of record for Defendants in this matter. (ECF No. 261.) The Court deems the motion as procedurally proper pursuant to Local Rule 83.3(f)(3) as it has been served on Plaintiffs' counsel and counsel's client. (*Id*.) For the reasons below, the Court grants the motion.

## DISCUSSION

"An attorney may not withdraw as counsel except by leave of court." *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). The trial court has discretion whether to grant or deny an attorney's motion to withdraw in a civil case.

*See La Grand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998); *Stewart v. Boeing Co.*, No. CV 12-5621 RSWL(AGRx), 2013 WL 3168269, at *1 (C.D. Cal. June 19, 2013). Courts should consider the following factors when ruling upon a motion to withdraw as counsel: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. *Curtis v. Illumination Arts, Inc.*, No. C12-0991JLR, 2014 WL 556010, at *4 (W.D. Wash. Feb. 12, 2014); *Deal v. Countrywide Home Loans*, No. C09-01643 SBA, 2010 WL 3702459, at *2 (N.D. Cal. Sept. 15, 2010). Counsel is no longer counsel for Defendants in this case. (ECF No. 261 at 2.) Counsel indicates that all other counsel of record will continue to represent Defendants in this case. (ECF No. 261-1 ¶ 4.) The Court does not find that counsel's withdrawal will prejudice Plaintiffs, harm justice, or delay this case as Defendants are represented by other attorneys of record.

**CONCLUSION & ORDER**

For the foregoing reasons, the motion to withdraw is **GRANTED**. (ECF No. 261.) The Clerk of the Court shall terminate Yamileth G. Davila as counsel of record for Defendants in this case.

**IT IS SO ORDERED.**

**DATED: May 28, 2019**

Hon. Cynthia Bashant
United States District Judge