# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCALEENAN, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**<br><br>**[ECF No. 262]** |

Before the Court is a motion to withdraw Manuel A. Abascal, Wayne Flick, Faraz R. Mohammadi, Robin Kelley and Michaela R. Waird of Latham & Watkins LLP as counsel of record for all Individual Plaintiffs. (ECF No. 262.) The Court deems the motion as procedurally proper pursuant to Local Rule 83.3(f)(3) as it has been served on Defendants and will be served on Plaintiffs. (ECF No. 262-1.) For the reasons below, the Court grants the motion.

## DISCUSSION

"An attorney may not withdraw as counsel except by leave of court." *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). The trial court has

discretion whether to grant or deny an attorney's motion to withdraw in a civil case. *See La Grand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998); *Stewart v. Boeing Co.*, No. CV 12-5621 RSWL(AGRx), 2013 WL 3168269, at *1 (C.D. Cal. June 19, 2013). Courts should consider the following factors when ruling upon a motion to withdraw as counsel: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. *Curtis v. Illumination Arts, Inc.*, No. C12-0991JLR, 2014 WL 556010, at *4 (W.D. Wash. Feb. 12, 2014); *Deal v. Countrywide Home Loans*, No. C09-01643 SBA, 2010 WL 3702459, at *2 (N.D. Cal. Sept. 15, 2010).

Counsel provide no reasons why they seek withdrawal from their representation of the Individual Plaintiffs in this action. Nevertheless, they indicate that the Individual Plaintiffs will not be prejudiced because they continue to be represented by other counsel of record. (ECF No. 262-1 ¶ 3.) Having considered all but one of the relevant factors, the Court deems it appropriate to grant the present motion. The Court does not find that counsel's withdrawal will prejudice Plaintiffs, harm justice, or delay this case as the Individual Plaintiffs are represented by other attorneys of record.

## CONCLUSION & ORDER

For the foregoing reasons, the motion to withdraw is **GRANTED**. (ECF No. 262.) The Clerk of the Court shall terminate Manuel A. Abascal, Wayne Flick, Faraz R. Mohammadi, Robin Kelley and Michaela R. Waird of Latham & Watkins LLP as counsel of record for all Individual Plaintiffs. (ECF No. 262.) As a result of this order, none of these attorneys will be on the Court's service list for this case.

**IT IS SO ORDERED.**

**DATED: May 28, 2019**

Hon. Cynthia Bashant
United States District Judge