UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC. et al., <br><br> Plaintiff, <br><br> v. <br><br> KIRSTEN M. NIELSEN, et al., <br><br> Defendant. | Case No.:  17CV2366-BAS(KSC) <br><br> **ORDER FOLLOWING STATUS CONFERENCE AND SETTING FURTHER STATUS CONFERENCE** |

A telephonic Status Conference was held on June 7, 2019. As discussed with counsel, the Court is concerned with the pace of defendants' engagement in discovery, including specifically document production. Defendants are expected to devote adequate time and resources to ensure discovery is accomplished in a timely manner and, when they are unable to produce documents within the timeframe set forth in plaintiffs' Request for Production, to provide an alternate reasonable deadline for production, pursuant to Fed. R. Civ. P. 34(b)(2)(B).

Defendants shall produce A files for the individual plaintiffs within thirty (30) days. All other non-privileged documents responsive to plaintiffs' Requests for Production that are not the subject of the parties' pending discovery motion and are not affected by the parties' disputes over the ESI or Protective Orders shall also be produced forthwith, and thereafter, on a rolling basis.

Counsel are to promptly meet and confer to finalize agreement as to the defendants' search terms for ESI responsive to plaintiffs' Requests for Production, plaintiffs' proposed custodians, non-custodial sources and search terms and all other pending issues or disputes set forth in the parties' Joint Status Report. [See Doc. No. 266, p. 2, lns. 19-23; pp. 45-, lns. 24-3.[1]]

A telephonic Status Conference is set for **July 12, 2019**, at **11:30 a.m.**

Plaintiffs' counsel shall make arrangements for the conference call and either initiate the conference call to the Court's chambers or provide the Court with call-in instructions. A Joint Status Conference Statement shall be lodged with the Court's chambers by July 7, 2019. The Joint Status Conference Statement can be lodged via email at efile_crawford@casd.uscourts.gov.

IT IS SO ORDERED.

Dated:  June 7, 2019

Hon. Karen S. Crawford
United States Magistrate Judge

---

[1] When referring to Court filings, i.e. pleadings, briefs, and supporting declarations and exhibits, the Court utilizes the numerical pagination assigned by the ECF system.