# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>KEVIN MCALEENAN, Acting Secretary of U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING REQUEST TO AUTHORIZE GENERAL PUBLIC TO ELECTRONICALLY ACCESS DOCKET**<br><br>**[ECF No. 270]** |

Plaintiffs have filed a motion to authorize access by the general public to the electronic docket in this case, a motion which Plaintiffs indicate that Defendants do not oppose. (ECF No. 270.) Having considered the motion, the Court **GRANTS** Plaintiffs' request and **AUTHORIZES** electronic access by the general public to the docket in this case. The Clerk of the Court **SHALL REMOVE** any restrictions that impede the ability of the general public to electronically access the docket in this case, including any restrictions imposed under Federal Rule of Civil Procedure Rule 5.2(c) as a result of Plaintiffs' initial designation of this case as an immigration case.

The Court advises the parties that filings made after this Order will not be subject to the electronic access restriction. However, the Court's staff is working on

1  ensuring that filings made before the issuance of this Order are electronically
2  accessible to the general public. The Court requests patience as efforts are undertaken
3  to remove restrictions from earlier filings. In the meantime, the Court advises
4  Plaintiffs that all counsel of record have had and continue to have electronic access to
5  all filings. Nothing has prohibited or prohibits counsel from disseminating to the
6  general public any filings not otherwise under seal.

7  **IT IS SO ORDERED.**

8  **DATED: June 28, 2019**

*Cynthia Bashant*
Hon. Cynthia Bashant
United States District Judge