Mayer Brown LLP
Matthew H. Marmolejo
mmarmolejo@mayerbrown.com
350 S. Grand Ave., 25th Fl.
Los Angeles, CA 90071
Tel: (213) 229-9500; Fax: (213) 625-0248

Attorneys for Plaintiffs Al Otro Lado, Inc.,
Abigail Doe, Beatrice Doe, Carolina Doe,
Dinora Doe, Ingrid Doe, Roberto Doe,
Maria Doe, Juan Doe, Ursula Doe, Victoria Doe,
Bianca Doe, Emiliana Doe and Cesar Doe

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| Plaintiffs, | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| Kevin K. McAleenan, *et al.*, | |
| Defendants. | |

### NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Melissa Crow has changed ☐ names, ☐ firms, ☒ addresses, ☐ phone numbers, and/or ☐ fax numbers as follows.

Current contact information:
Melissa Crow
Southern Poverty Law Center
1101 17th Street, NW, Suite 705
Washington, DC 20036
Tel : (202) 355-4471; Fax: (404) 221-5857

DATED: July 8, 2019           Signature: /s/Matthew H. Marmolejo
                                         Matthew H. Marmolejo

American LegalNet, Inc.
www.USCourtForms.com