UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC. et al., <br><br>  Plaintiff, <br><br> v. <br><br> KIRSTEN M. NIELSEN, et al., <br><br>  Defendant. | Case No.:  17CV2366-BAS(KSC) <br><br> **ORDER FOLLOWING STATUS CONFERENCE, RESETTING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING FURTHER STATUS CONFERENCE** |

A telephonic Status Conference was held on July 12, 2019. As discussed with counsel, the Court continues to be concerned with the slow pace of defendants' document production. Thus far defendants have not devoted adequate time and resources to ensure discovery is accomplished in a timely manner.  Defendants' representation they cannot complete document production for the currently negotiated custodians and non-custodial sources until January 31, 2020, after every deadline set by the Court for class related discovery and class certification, is unacceptable.  [*See* Doc. No. 246.]  The Federal Rules of Civil Procedure provides time frames for responding to discovery demands. Responding parties cannot modify these deadlines unilaterally, without agreement by the requesting party.  Furthermore, when a party wishes to extend deadlines such that they impact other dates set by Court, Court approval is required.  If defendants continue to provide unreasonable deadlines for document production, pursuant to Fed. R. Civ. P.

1

34(b)(2)(B), they can anticipate the Court will take a more active role in imposing said deadlines.

The parties have agreed on more than 160 search terms for defendants' ESI discovery, however, they have not reached complete agreement as to all terms. Counsel shall continue to meet and confer regarding search terms and attempt to reach an agreement as to remaining search terms no later than **July 31, 2019**.[1] If any dispute remains regarding search terms that do not pertain to matters currently pending before the undersigned or the Hon. Cynthia Bashant, the parties shall file a joint motion, pursuant to the undersigned's Chambers Rules, no later than **August 21, 2019**.

The Early Neutral Evaluation Conference ("ENE") on August 5, 2019, at 9:30 a.m. is continued to **September 6, 2019**, at **9:30 a.m.** The individual plaintiffs are excused from the in-person attendance requirement. At the conclusion of the ENE, the Court will conduct a Status Conference to address the status of discovery, the resetting of the deadline for plaintiffs to file a motion for class certification, as well as the related discovery deadlines set forth in the March 26, 2019, Order Following Case Management Conference and setting Case Management Deadlines. [Doc. No. 246.]

Prior to the ENE and Status Conference and by no later than **August 30, 2019**, the parties shall file a joint motion in which they propose an amended schedule for the filing of plaintiffs' motion for class certification and the related discovery deadlines. The parties shall also lodge a Joint Status Conference Statement with the Court's chambers by **August 30, 2019**. Additionally, no later than **August 30, 2019**, the parties shall submit confidential ENE statements of five pages or less outlining the nature of the case, the

---

[1] The Court recognizes the outcome of certain pending motions, i.e. defendants' Motion to Dismiss [Doc. No. 192] and the parties' Joint Motion for Determination of Discovery Dispute [Doc. No. 268], will affect the scope of discovery for this case. The Court does not expect counsel to reach an agreement as to search terms for matters that are the subject of these Motions until rulings are issued.

1  claims, and the defenses.  The ENE statements and the Joint Status Conference Statement
2  can be lodged via email at efile_crawford@casd.uscourts.gov.
3      IT IS SO ORDERED.
4  Dated:  July 12, 2019

Hon. Karen S. Crawford
United States Magistrate Judge