UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC. et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>KEVIN MCALEENAN, Acting Secretary of U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>  Defendants. | Case No.: 17CV2366-BAS(KSC)<br><br>**ORDER:**<br><br>**DENYING JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE [DOC. NO. 263];**<br><br>**DENYING JOINT MOTION TO STRIKE EXHIBITS 5 & 6 OF WESTWATER DECLARATION [DOC. NO. 268]; &**<br><br>**DIRECTING COUNSEL TO FURTHER MEET & CONFER** |

Currently pending before the Court is a Joint Motion for Determination of Discovery Dispute ("Discovery Motion"), pursuant to which plaintiffs seek to compel discovery [Doc. No. 263], and a Joint Motion to Strike, pursuant to which plaintiffs request the Court strike exhibits filed by defendants in connection with the Discovery Motion, on the basis defendants failed to adequately meet and confer regarding the factual basis for their unduly burdensome objection [Doc. No. 268]. At the time these motions were filed, defendants' Motion to Dismiss the Second Amended Complaint was pending before the Hon.

Cynthia A. Bashant. On July 29, 2018, the Court issued an Order Granting in Part and Denying in Part that Motion, resolving uncertainty as to which causes of action and plaintiffs are properly included in this case. [Doc. No. 278.] Given the nature of some of the arguments raised in the Discovery Motion, this ruling presumably alters or moots some aspects of the parties' wide ranging disagreement regarding the proper scope of discovery. Therefore, in light of this ruling, the Discovery Motion and related Motion to Strike are DENIED WITHOUT PREJUDICE. The parties are directed to revisit, by way of the meet and confer process, their respective positions regarding the Discovery Motion. As part of this process, the parties are also expected to fully discuss the factual basis for defendants' undue burden objection, as supported by the Westwater Declaration and supporting exhibits, as well as all other objections made by defendants, before refiling the Discovery Motion.

The meet and confer process is to resume forthwith. The renewed Discovery Motion shall not be filed until the parties have thoroughly met and conferred regarding all disputed issues. If the renewed Discovery Motion has not been filed by **August 30, 2019**, counsel shall file a Joint Status Report advising the Court as to the status of their meet and confer efforts. When refiling the Discovery Motion, the parties are limited to twenty (20) pages of briefing per side, for a total of forty (40) pages, excluding exhibits.

**IT IS SO ORDERED.**

Dated: August 1, 2019

Hon. Karen S. Crawford
United States Magistrate Judge