MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  (admitted *pro hac vice*)
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
  (admitted *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  *melissa.crow@splcenter.org*
  (admitted *pro hac vice*)
1666 Connecticut Avenue, N.W.
Suite 100
Washington, DC 20009
Telephone:  +1.202.355.4471
Facsimile:  +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Kevin K. McAleenan,[1] *et al.*,<br><br>  Defendants. | Case No.: 17-cv-02366-BAS-KSC<br>Hon. Cynthia A. Bashant<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW PLAINTIFFS' COUNSEL MICAH D. STEIN** |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  *bazmy@ccrjustice.org*
  (admitted *pro hac vice*)
  Ghita Schwarz (NY Bar No. 3030087)
  *gschwarz@ccrjustice.org*
  (admitted *pro hac vice*)
  Angelo Guisado (NY Bar No. 5182688)
  *aguisado@ccrjustice.org*
  (admitted *pro hac vice*)
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388)
  *mary.bauer@splcenter.org*
  (admitted *pro hac vice*)
1000 Preston Avenue
Charlottesville, VA  22903
  Sarah Rich (GA Bar No. 281985)
  *sarah.rich@splcenter.org*
  (admitted *pro hac vice*)
  Rebecca Cassler (MN Bar No. 0398309)
  *rebecca.cassler@splcenter.org*
  (admitted *pro hac vice*)
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  *kwalters@immcouncil.org*
  (admitted *pro hac vice*)
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

I, Micah D. Stein, state the following under penalty of perjury:

1. I am an associate at the law firm Mayer Brown LLP, a member of the District of Columbia and New York bars, admitted *pro hac vice* to this Court for this action, and an attorney of record for Plaintiffs in this action.

2. Attached hereto is Plaintiffs' Motion to Withdraw Plaintiffs' Counsel of Record Micah D. Stein.

3. All other counsel of record will continue to represent Plaintiffs in this case.

4. All parties and their counsel have concurrently received notice of this Motion as set forth in the attached Certificate of Service.

This declaration is executed on August 15, 2019 in Los Angeles, CA.

By: */s/ Micah D. Stein*

Micah D. Stein

1