**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>                                 Plaintiffs,<br><br>         v.<br><br>KEVIN K. MCALEENAN, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>                                 Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER APPROVING WITHDRAWAL OF COUNSEL**<br><br>**[ECF No. 281]** |

Presently before the Court is Micah D. Stein's request to withdraw as counsel for Plaintiffs because he will no longer be employed at Mayer Brown, LLP. (ECF No. 281.) Having reviewed the request, the Court **APPROVES** the withdrawal of attorney Micah D. Stein as counsel for Plaintiffs in the above-captioned matter.

**IT IS SO ORDERED.**

**DATED: August 15, 2019**