UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC. et al.,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTEN M. NIELSEN, et al.,<br><br>Defendant. | Case No.: 17CV2366-BAS(KSC)<br><br>**ORDER RE: JOINT MOTION TO COMPEL DEFENDANT'S PRODUCTION OF DOCUMENTS [DOC. NO. 284] & JOINT MOTION FOR ENTRY OF SCHEDULING ORDER [DOC. NO. 285]** |

On August 30, 2019, pursuant to the undersigned's Chambers Rules, the parties filed two Joint Motions, pursuant to which plaintiffs request the Court set deadlines for defendants to produce documents responsive to plaintiff's First and Second Sets of Requests for Production [Doc. No. 284] and the parties' proposed new Scheduling Order deadlines [Doc. No. 285]. With good cause appearing, plaintiffs' request is GRANTED. Deadlines are hereby set or extended as follows:

1. Defendant shall produce all responsive, non-privileged documents from custodians Randy Howe, Todd Hoffman, Todd Owen, Carlos Rodrigues and Sidney Aki by **October 8, 2019**.

2. On or before **October 22, 2019**, any party intending to utilize expert opinion

to support or oppose plaintiff's motion for class certification shall serve on the opposing side a list of experts whom that party expects to rely for class certification related issues. Any party may supplement its designation in response to any other party's designation by **November 12, 2019**, so long as that party has not previously retained an expert to testify on that subject.

    3. Defendant shall produce all responsive, non-privileged documents from all agreed-upon non-custodial sources by **October 23, 2019**.

    4. Defendant shall produce all responsive, non-privileged documents from all remaining agreed-upon or Court-ordered custodians by **November 19, 2019**.

    5. Defendant shall produce any privilege log for documents responsive to plaintiff's First and Second Sets of Requests for Production by **December 20, 2019**.

    6. Expert disclosures required by Fed. R. Civ. P. 26(a)(2) for any expert designated to opinion on class certification related matters, shall be served on all parties on or before **December 10, 2019**. Any contradictory or rebuttal information shall be disclosed on or before **January 7, 2020**.

    7. The deadline for the filing of plaintiff's motion for class certification is **January 14, 2020**.

    IT IS SO ORDERED.

Dated:  September 9, 2019

Hon. Karen S. Crawford
United States Magistrate Judge