1   MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
    350 S. Grand Avenue
3   25th Floor
    Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     *olev@mayerbrown.com*
5    Stephen M. Medlock (VA Bar No. 78819)
     *smedlock@mayerbrown.com*
6   1999 K Street, N.W.
    Washington, D.C. 20006
7   Telephone:   +1.202.263.3000
    Facsimile:    +1.202.263.3300
8
    SOUTHERN POVERTY LAW CENTER
9     Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
10    *melissa.crow@splcenter.org*
    1101 17th Street, N.W., Suite 705
11  Washington, D.C. 20036
    Telephone: +1.202.355.4471
12  Facsimile: +1.404.221.5857

13  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*

14

## UNITED STATES DISTRICT COURT

15

## SOUTHERN DISTRICT OF CALIFORNIA

16

17  Al Otro Lado, Inc., *et al.*,

18              Plaintiffs,

19       v.

20  Kevin K. McAleenan,[1] *et al.*,

21              Defendants.

22

23

24

25

26

Case No.:  17-cv-02366-BAS-KSC

**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL PORTIONS OF THEIR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION PAPERS**

27  [1] Acting Secretary McAleenan is automatically substituted for former Secretary
28  Nielsen pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA  22903
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

2    DECLARATION OF STEPHEN M. MEDLOCK

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2.    I make this declaration in support of Plaintiffs' Motion to Seal Portions of Their Preliminary Injunction and Class Certification Papers.

3.    Plaintiffs seek to seal four exhibits to each motion that Defendants designated as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order: (a) a February 25, 2018 internal CBP email with the subject line "CBP_MCAT_REPORT for February 25, 2018;" (b) a January 22, 2019 internal CBP email with the subject line "Field Office Queue Management Report 1.22.2018;" (c) a February 8, 2019 email chain with the subject line "CBP MCAT C-1 Notes 2/8;" and (d) a copy of the Laredo Field Office Contingency Plan for U.S. Customs and Border Protection ("CBP").  In addition, Plaintiffs seek to seal portions of pages 6-7 of their Memorandum of Points and Authorities in Support of Their Motion for Provisional Class Certification and pages 16-17 of their Memorandum of Points and Authorities in Support of Their Motion for Preliminary Injunction, which reference those four documents.

4.    Plaintiffs seek to seal four exhibits and descriptions of those exhibits that would reveal CBP's immigration enforcement techniques, contingency planning, and the personal telephone numbers and email addresses of senior CBP officials.  For instance, CBP's Laredo Field Office Contingency Plan contains detailed information regarding how particular portions of the Laredo Field Office plan to respond to a spike in migrants arriving at particular ports of entry.  Similarly, the remaining emails subject to this sealing motion describe non-public information about CBP's immigration enforcement operations.

5.    Plaintiffs understand that Defendants do not oppose their motion to seal

3    DECLARATION OF STEPHEN M. MEDLOCK

1 | these documents.

2 |     I declare under penalty of perjury under the laws of the United States of

3 | America that the proceeding declaration is true and correct.

4 |     Executed on this 26th day of September 2019 at Washington, D.C.

5 |

6 | */s/ Stephen M. Medlock*

7 | Stephen M. Medlock

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4    DECLARATION OF STEPHEN M. MEDLOCK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN M. MEDLOCK