JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kevin K. McALEENAN,* Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DEFENDANTS' NOTICE OF INTENT TO PROVIDE A RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL (ECF No. 290)** |

---

* Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Federal Rule of Civil Procedure 25(d).

## DEFENDANTS' NOTICE REGARDING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Defendants submit this notice regarding Plaintiffs' Motion to File Documents Under Seal ("Motion") (ECF No. 290). Defendants intended to (and still intend to) submit declarations in support of that Motion, but did not receive a reasonable opportunity to do so before the submission of the Motion. Plaintiffs informed Defendants of their intent to support their forthcoming Motion(s) for Provisional Class Certification and a Preliminary Injunction with Defendants' confidential material on Monday, September 23, 2019, at 9:28 PM (Eastern). Decl. of Alexander J. Halaska ¶¶ 4–5, Sept. 26, 2019 (attached hereto). Defendants have worked diligently since then to marshal declarations in support of the Motion. *See id.* ¶ 7. Defendants informed Plaintiffs that Defendants might be able to provide those declarations as soon as the evening of Thursday, September 26, such that Plaintiffs could file the Motion the morning of September 27. *Id.* ¶ 8. Plaintiffs nevertheless filed the Motion the morning of Thursday, September 26, without Defendants' declarations. *See* Mot., at 1. Plaintiffs stated that Defendants were "considering joining" the Motion "by filing a factual declaration further explaining the basis for their belief that these documents should be sealed." Pls.' Mem. of Law in Support of Mot., at 2–3 (ECF No. 290-1).

Defendants recognize that the Court requires parties who seek to file documents under seal to show good cause. Accordingly, Defendants respectfully request that the Court reserve its ruling on the Motion to File Documents Under Seal until Monday, September 30, 2019, at 9:00 AM (Pacific), by which time Defendants will have filed a response in support of the Motion containing "(1) a specific description of particular documents or categories of documents they need to protect; and (2) declarations showing a compelling reason or good cause to protect those documents from disclosure." Standing Order § 5.

//

//

DATED: September 26, 2019         Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

No. 17-cv-02366-BAS-KSC

    I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: September 26, 2019        Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*