MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page
Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 10 TO MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

## DECLARATION OF C.P.

I, C.P., hereby declare under the penalty of perjury under the laws of the United States:

1. I make this declaration based on my personal knowledge except where indicated otherwise. If I am called as a witness, I could and would testify competently and truthfully to these matters.

2. I am a citizen of Cuba.

3. I am 36 years old.

4. I have a son who is 14 years old. He lives with my mother in Cuba.

5. I fled my country on approximately December 11, 2018 because I do not agree with the political position of the Cuban government. They forced me to join the PCC, the communist party of Cuba, and I rejected this.

6. I am afraid to return to my country because if I returned, the Cuban government would retaliate against me and imprison me. On May 1, 2018, a police officer punched me because I objected to my 14-year-old son attending a political march.

7. I traveled from Cuba to Guyana. From Guayana, I passed through several countries en route to Mexico, including Brazil, Uruguay, Peru, Ecuador, Colombia, Panama, Costa Rica, Nicaragua, Honduras, and Guatemala. It has all been so difficult.

8. I did not apply for asylum in the countries I traveled through, nor in Mexico.

9. I arrived in Matamoros, Mexico, on the border between Mexico and the United States, on approximately June 8, 2019. The same day that I arrived in Matamoros, I went to the port of entry, which is at bridge between Matamoros, Mexico, and Brownsville, Texas.

10. At the bridge, Mexican immigration officials did not allow me to cross the bridge. They told me that if I was not on the list, I could not pass. The officials sent me to an office of the National Migration Institute (INM) to put my name on the list.

11. I put myself on the waitlist in Matamoros on June 11, 2019. The list was controlled by a person who identified themselves as an INM official. I received orders to get in line at the INM office, and they asked me for the federal pass that permitted me to transit through Mexico and my ID. My number on the list was 2001.

12. If I had not been turned back at the port of entry or required to put myself on the list, I would have entered the port of entry to seek asylum in the United States on June 8, 2019.

13. At the beginning of my stay in Matamoros, I lived for many days at the bridge. Later, a group of us migrants got together to pay rent for one place for all of us to stay together.

14. After more than a month, I decided to cross the river to seek asylum in the U.S. My number had not yet been called. I swam across, risking my life again, on July 18, 2019.

15. After crossing, I turned myself in to U.S. immigration officials. After that, they took me the the hieleras, and I was detained for seven days.

16. Later, on approximately July 25, 2019, the U.S. government returned me to Mexico to wait for my immigration court hearings. For the moment I am living in Monterrey. My first hearing was September 18, 2019, in Laredo, Texas.

17. I am really afraid of continuing to wait in Mexico. Since I came to Mexico, I have received messages and calls from unknown numbers with intimidating messages. Also, in Nuevo Laredo, after they returned me to Mexico from the U.S., some friends from Cuba were kidnapped.

18.     I am afraid for my life, in my country and here in Mexico. I need humanitarian protection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st of September, 2019 in Monterrey, Mexico.

____C.P._____
    C.P. (initials only)

# DECLARACIÓN DE C.P.

Yo, C.P., por la presente declaro bajo pena de perjurio en conformidad con las leyes de los Estados Unidos:

1. Hago esta declaración basado en mi conocimiento personal excepto donde he indicado lo contrario. Si me llamaran como testigo, podría testificar y testificaría de manera competente y veraz sobre estos asuntos.

2. Soy ciudadana de Cuba.

3. Tengo 36 años.

4. Tengo un hijo de 14 años. Él vive con mi madre en Cuba.

5. Yo huí de mi país aproximadamente el 11 de diciembre del año 2018 porque no estoy de acuerdo con la opinión política del gobierno cubano. Me obligaban a pertenecer a PCC, el partido comunista de Cuba, y lo rechacé.

6. Tengo miedo de regresar a mi país porque si yo regreso, tomaría represalias contra mí el gobierno y me metería presa. El 1 de mayo del 2018, un policía me golpeó porque me opuse a que mi hijo de 14 años asistiera a una marcha política.

7. Yo viajé de Cuba a Guyana. De Guyana, atravesé por varios países en rumbo a México, incluyendo Brasil, Uruguay, Perú, Ecuador, Colombia, Panamá, Costa Rica, Nicaragua, Honduras, y Guatemala. Todo ha sido tan difícil.

8. No solicité asilo en los países que atravesé, ni en México.

9. Llegué en Matamoros, México, en la frontera entre México y los EEUU, aproximadamente el 8 de junio del año 2019. El mismo día que llegué en Matamoros, fui al puerto de entrada, cual está en un puente entre Matamoros, México y Brownsville, Téxas.

10. En el puente, oficiales de inmigración mexicana no me permitieron cruzar el puente. Me dijeron que si no estaba en la lista, no pasaba. Los oficiales me mandaron a la oficina del Instituto Nacional de Migración (INM) para

anotarme en la lista.

11. Me anoté en la lista de espera en Matamoros el 11 de junio del año 2019. La lista era controlada por una persona que se identificó como oficial de INM. Recibí ordenes de formarme en una fila en la oficina de INM, y me pidieron el amparo federal que me permitía transitar por México y una documentación mía. Mi número en la lista fue 2001.

12. Si no hubiera sido rechazado en el puerto de entrada ni requerido de anotarme en la lista, hubiera entrado al puerto de entrada para solicitar asilo en los EEUU el 8 de junio del año 2019.

13. Al principio de mi estancia en Matamoros, estuve muchos días viviendo en el puente. Después un grupo de migrantes cooperamos para pagar una renta entre todos.

14. Después de más que un mes, yo decidí cruzar el río para solicitar asilo en los EEUU. Todavía no habían llamado mi número. Crucé nadando, arriesgando nuevamente mi vida, el 18 de julio del año 2019.

15. Después de cruzar, me entregué a los oficiales de migración de los Estados Unidos. Posteriormente, me llevaron a las hieleras, y estuve encerrado siete días.

16. Después, en aproximadamente el 25 de julio del año 2019, el gobierno estadounidense me regresó a México para esperar mis audiencias en la corte de inmigración. Por el momento vivo en Monterrey. Mi primera audiencia fue el 18 de septiembre del año 2019, en Laredo, Téxas.

17. Tengo mucho miedo de quedarme esperando en México. Desde que vine a México, he recibido mensajes y llamadas de números desconocidos con mensajes intimidantes. Además, en Nuevo Laredo, después de que me regresaron a México de los EEUU, fueron secuestrados unos amigos de Cuba.

18. Yo tengo miedo por mi vida, en mi país y aquí en México. Necesito

protección humanitaria.

Declaro bajo pena de perjurio según las leyes de los Estados Unidos que todo lo anterior es verdadero y correcto.

Ejecutado el día _21_ de septiembre, 2019 en _Monterrey_, México.

_____*CP*_____
C.P. (firma de iniciales)

## TRANSLATOR'S CERTIFICATION

I, _Gabriela Maxcy_, declare that I am fluent in the English and Spanish languages.

I have reviewed the original Spanish declaration and the foregoing English translation thereof, and I certify that the English version is a faithful and accurate translation of the Spanish-language original.

I hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on the ___23___ day of September, 2019 in ___ATLanTa___, ___Georgia___.

_[signature]_                                         _September 23, 2019_
Name: Gabriela Maxcy                                  Date