MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 13 TO MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

# DECLARATION OF DJAMAL DOE

I, Djamal Doe, hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am a citizen and national of Cameroon. I am 24 years old.

3. I fled my home country around May 10, 2019 because I was sequestered in a police station where I was kept for nearly a week without food. I was beaten, humiliated and tortured by the government police because I belong to the minority Anglophone group and because of my political opinions. I am afraid to return to my home country because I will be detained, tortured or killed.

4. I traveled through many countries on my way to Mexico, including Turkey, Ecuador, Colombia, Panama, Costa Rica, Nicaragua, Honduras, and Guatemala. I actually happened to bump into my own cousin at the airport in Cameroon because he was also fleeing the Anglophone Crisis and we journeyed all this way together.

5. Once I arrived in Quito, I met other asylum seekers in my hotel and we took a bus to Colombia. Once we were in Colombia we had to pass through the jungle by foot to Panama. One of the men from the hotel fell, hit his head and died in the jungle. I saw other corpses of other migrants, too.

6. We were robbed by armed men on several occasions in that jungle. Girls were raped there as well by these men. It was an awful journey with deadly snakes and other dangers.

7. From Colombia, we traveled to Panama, then Costa Rica, then Nicaragua, then Honduras, and then Guatemala, and eventually Mexico. We finally arrived in Chiapas, Mexico on or about June 28, 2019. There we spent a few days

until we were given a paper showing we have temporary permission to travel in Mexico.

8. On the bus route from Chiapas, Mexico to Tijuana my cousin and I were nearly kidnapped by Sinaloa cartel members. We narrowly escaped and I was so relieved because the Mexican men on the bus told us that they usually do not even hold Africans for ransom, but instead kill them and sell their organs.

9. I arrived in Tijuana, Mexico on or about July 10, 2019. Some migrants in the area told us that we had arrived too late to the port of entry and to come back the next day early in the morning. That morning, I planned to present myself at the port of entry in order to seek asylum in the United States. I thought I would be able to walk right up to the U.S. border.

10. When I arrived to the Chaparral plaza just outside of the port of entry, I saw a line of migrants. I walked up to the front of the line and asked the Mexican immigration official where do I go to ask for asylum in the United States and he told me that I have to get to the back of that line. So, I got in the line and waited. When I made it to the front of the line, I presented the Mexican immigration officials with my national identification card and gave them my information. They issued me a "ficha" number. My number on the waitlist is 3643.

11. I put my name on the waitlist at the San Ysidro port of entry because I was instructed to do so by the Mexican immigration officials. Moreover, all the migrants here me told me that American officials will refuse you if you try to cross directly into the United States, or that Mexican officials will arrest and detain you.

12. If I had not been turned away from the San Ysidro PedWest port of entry and required to wait on the waitlist, I would have entered the United States on or about July 10, 2019.

13. As of September 19, 2019, people with the number 2983 were called to present themselves at the San Ysidro PedWest port of entry. I am still waiting in

Tijuana for my number to be called.

14. I did not apply for asylum in Turkey because I did not believe I would be safe there, and I only stopped there for a layover and had to stay in the airport. I did not apply for asylum in any of the Latin American countries that I traveled through because it was never an option. I tried to ask about the procedure to apply for asylum in Panama, but the officials never provided us with information. It was only an NGO worker that I met there who told me that people are hardly ever granted asylum in Panama and that it would be better to move on. I also feel completely unsafe here in Mexico. We were nearly kidnapped by cartel members. People are shot and murdered here frequently. The police also randomly arrest Cameroonians every day because our pass from Chiapas has expired, even though they know we are all waiting for our numbers to be called from the asylum list. They are targeting us for being black. There is a lot of violence and I feel scared and discriminated against here in Mexico.

15. I am only able to get random work. Sometimes it is carrying boxes, another day it is a cleaning job. I am paid about $270 pesos per day for these odd jobs. It is not nearly enough to survive on.

16. I am terrified of being forced to return to Cameroon. I cannot go back or I will be arrested and beaten again or killed.

17. When I learned about the new rule that we will not be allowed to seek asylum in the United States unless we were denied asylum in another country we crossed to arrive here, I felt it was a completely cruel and discriminatory law. Given everything I have suffered and endured, I could not believe this was happening, too. I have left everything back home. I was a law student in Cameroon with hopes and dreams for my future. I fled to save my life, hoping to be received well and provided help and safety in the United States. I still have hope that when my number is called, I will be able to seek asylum in the U.S. and find justice.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on September 19, 2019 at Tijuana, Baja California, Mexico.

_____
Djamal Doe