MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kevin K. McAleenan,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 17 TO MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
    *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

## DECLARATION OF S. M. R. G.

I, S. M. R. G., hereby declare under the penalty of perjury under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2) I am a citizen and national of El Salvador.

3) I am 24 years old.

4) I fled my home country of El Salvador on or around April 1, 2019, because I was attacked, persecuted, and threatened with death because I am a lesbian. I was raped by a gang member who yelled homophobic slurs at me during the rape. I was also constantly harassed by the police in my hometown for being a lesbian. I am afraid to return to my home country because the gang members have threatened me with death and I know that the police will not protect me.

5) I traveled through Guatemala on my way to Mexico. I was only in Guatemala for approximately one day and

traveled directly to the Mexico. I did not ask for asylum in Guatemala because for me, it is identical to El Salvador when it comes to the treatment of lesbians. There are huge amounts of violence against lesbians in Guatemala and many lesbians in Guatemala have been murdered. I know this because I read the news frequently; I was also studying law in the University before I had to leave my country. I also have friends who are lesbians in Guatemala and one of my ex-girlfriends was Guatemalan. I did not apply for asylum in Guatemala because I knew I would never be safe there. Additionally, the gangs in Guatemala are very powerful, and the same gang that threatened me in El Salvador operates in Guatemala.

6) I arrived in Ciudad Juarez, Mexico on or about May 15, 2019. I planned to ask for asylum in the United States. However, I had already heard from my friends that I was going to need to ask for a number and wait in line to ask for asylum.

7) When I arrived in Ciudad Juarez, Mexico, I went directly to the LGBT migrant shelter.

When I arrived at the shelter, it was night time. The people in the shelter told me how to get a number. The next day, the shelter director took me to the office by the Mexican side of the Paso del Norte Port of Entry to register and request a number. I never personally tried to enter at the bridge myself because everyone had told me that I had to get a number and wait my turn. Additionally, I wanted to do things the right way.

8) I put my name on the waiting list at the Mexican side of the Paso del Norte Port of Entry because I thought it was the only way to legally seek asylum in the United States. My number on the waitlist is 14,432.

9) In Ciudad Juarez, there is a facebook group for the people who are waiting on the asylum waitlist. I am a member of this facebook group. According to this facebook group, the last number that was called to present to ask for asylum in the United States was 12,597.

10) I did not apply for asylum ~~in~~ in Mexico for various reasons. More than anything, Mexico is very dangerous, especially for

lesbians and other members of the LGBT
~~community~~ community. Apart from that,
Tapachula was very dangerous and I had
to sleep for several nights on the street. I
was robbed on the street two times while
waiting outside the immigration
offices. In the end, I was able to get my
humanitarian visa, but I did not apply
for asylum because I knew I would
never be safe as a lesbian living in Mexico.
I have various lesbian friends and
acquaintances who have been attacked
in Mexico because of their sexual
orientation. I have also read news articles
about violence against lesbians in Mexico.

11) If I had not been ~~been~~ forced to register
my name on the asylum waiting list on
the Mexican side of the Paso de Norte
Port of Entry, I would have entered
the United States on or about the
16th of May, 2019.

12) I have been living in the LGBT migrant
shelter the whole time since arriving in
Ciudad Juarez. ~~and entering~~ However,
we are not safe here at the shelter.
I do not feel safe at all; any
illusions of safety are all lies. For one,

Ciudad Juarez is the city of femicides, and I am a woman. Additionally, here in Ciudad Juarez there is a lot of violence against the LGBT community. For example, I have heard that they have murdered a few transgender women here in Ciudad Juarez recently. Also, I was working for a little bit and there were various women who were murdered near my job. One day when I was working, several men came in and hid their guns inside the clothing boxes. This scared me and made me quit my job. Now, I almost never leave the shelter because I am too afraid. Additionally, I know that the shelter itself is not safe. The building lacks security; it would be very easy to kick in the front door because it is basically broken. Also, many of the windows are broken. I am very afraid that one day someone is going to break into the shelter and do us harm. I am scared every night when I go to sleep.

13) I suffered a lot in my country, I then suffered more on my journey

to Ciudad Juarez. I am suffering here; I am constantly afraid. All I want is a chance to ask for asylum in the United States and save my life.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on the 18th of September 2019 at Ciudad Juarez, Mexico.

S. M. R. G.
_____
S. M. R. G

<u>CERTIFICATION</u>

I, _____Taylor Kristine Levy_____ declare

that I am proficient in the English and Spanish languages.

On ____September 18____ 2019, I read the foregoing

declaration and orally translated it faithfully and accurately into Spanish in the

presence of the declarant.  After I completed translating the declaration, the

declarant verified that the contents of the foregoing declaration are true and

accurate.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed on ____September 18____ 2019 at Ciudad Juarez,

Mexico.

Taylor Kristine Levy

9/18/19

Date