MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 21 TO MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).


CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
*mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

## DECLARATION OF A.V.M.M.

I, A.V.M.M., hereby declare under the penalty of perjury under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2) I am a citizen and national of El Salvador.

3) I am 23 years old.

4) I am traveling with my two children. My son is 5 years old. My daughter is 3 years old.

5) I fled my home country of El Salvador on or about April 3, 2019, because I was fleeing death threats, gang violence, domestic violence, and threats against the lives of my children. I am afraid to return to my home country because the gang members want to kill me. I am also afraid because I am a lesbian woman who ~~experiencing~~ experienced violence and persecution because of my sexual orientation. Lesbians and other people in the LGBT community are not safe in my country.

6) Before arriving here in Ciudad Juarez, Mexico, I traveled briefly through Honduras and Guatemala. I was only in each of those countries for a short period of time, just a few days. I did not apply for asylum in Honduras or Guatemala because I know that the same gang who was threatening me and my children in El Salvador also operates in these countries. I knew that me and my children were never going to be safe from these death threats in these countries because the gang is very powerful.

7) I arrived in Ciudad Juarez, Mexico on or about April 22, 2019. I planned to present myself at the port of entry in order to seek asylum in the United States.

8) When I arrived in Ciudad Juarez, I went directly to the LGBT migrant shelter. I had heard about this shelter from my family members in the United States. When I arrived at the shelter, the people here told me that the only way to seek asylum in the United States was to register myself and get a number on the waiting list. The

next day, people from the shelter took me to the office near the Mexican side of the Paso del Norte Port of Entry so that I could register myself and receive a number on the waiting list. I never tried to ask for asylum directly at the Port of Entry because everyone had told me that it was impossible and that I had to wait for my turn using my number.

9) I put my name of the waitlist at the Mexican side of the Paso del Norte Port of Entry because I believed that it was the only way to ask for asylum legally in the United States. My number on the asylum waitlist is 12,760. My son's number on the asylum waitlist is 12,758. My daughter's number on the asylum waitlist is 12,759.

10) There is a facebook group here for people who are on the asylum waiting list in Ciudad Juarez. I am a member of this facebook group. To the best of my knowledge, the last number called on the asylum waiting list was 12,597.

11) I did not apply for asylum in Mexico because I had heard that it was a very dangerous country. I know that

the gangs in Mexico are also very powerful, and I know that the same people who threatened me could also find me and hurt me ~~am~~ and my children here in Mexico. Additionally, I had heard from lots of people that there is a lot of violence against the LGBT community here in Mexico.

12) If I had not been forced to place my name on the asylum waiting list on the Mexican side of the Paso del Norte Port of Entry, myself and my children would have entered the United States on or about April 23, 2019.

13) Ever since the first day I arrived here in Ciudad Juarez, I have been living here at the LGBT migrant shelter. Even though the person who runs the shelter is a good person, I still do not feel safe here in the shelter. I do not feel safe in this neighborhood because it is very dangerous and there are many people who sell and use drugs around the shelter. I do not even feel safe going to the corner store. My children and I spend most of our time inside the shelter because we are afraid

to leave. Since I have been living here in Ciudad Juarez, I have heard about 4 or 5 transgender women who have been murdered. Even though I am not transgender myself, this still scares me as member of the LGBT community.

14) My children are suffering here in Mexico. It is very difficult for them to be cooped up here at the shelter all the time. I did not put my son in school at the start of the school year because I was afraid of what might happen to him. I do not even like to take my children to the store because I am so scared. My children always ask me things like, "why are we not allowed to go to the park?" My son wakes up in the middle of the night almost every night sobbing from his nightmares.

15) I also do not feel safe here in Ciudad Juarez or anywhere in Mexico because I am very worried that the same people I am fleeing have followed me here to Mexico. About a month ago, I received a facebook message from them telling me that they knew I was in Ciudad Juarez and that

they could come and get me within one day. This was very scary, especially because I do not know how they realized that I was in Ciudad Juarez.

16) It has been very difficult for me and my two children to be stuck here in Mexico. Even though it has been so difficult, I decided to keep waiting for our turn to cross because I wanted to do things the right way and follow the law. I also know that it is very dangerous to cross in another way with small children. I am asking for asylum in the United States to save my life and the lives of my children.

I declare under penalty of perjury under the laws of the United States of America that the things above are true and correct.

Executed on 18th of September, 2019 at Ciudad Juarez, Mexico.

A.V.M.M.

CERTIFICATION

I, ___Taylor Kristine Levy___ declare that I am proficient in the English and Spanish languages.

On ___18th of September___ 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___18th of September___ 2019 at Ciudad Juarez, Mexico.

___Taylor Kristine Levy___    ___9/18/19___
                              Date