MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 23 TO MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

Case 3:17-cv-02366-BAS-KSC  Document 293-25  Filed 09/26/19  PageID.7595
Page 2 of 5

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

## DECLARATION OF B.B.

I, B.B., hereby declare under the penalty of perjury:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am a citizen and national of Venezuela. I am 55 years old.

3. I am married and I have four adult children.

4. I fled my home country because I was active in an opposition political party and I fought for human rights. I was threatened with arrest and I was afraid I would be tortured if captured. I left Venezuela with my wife and my youngest son. I am afraid to return to Venezuela because I think the people in power will arrest me, torture me, and likely kill me for my political activity.

5. We left Venezuela about December 21, 2018. From there we went by car to Colombia. We took a plane from Colombia to Mexico City. From there we took a bus to Nuevo Laredo in Mexico.

6. I did not apply for asylum in Colombia or Mexico.

7. I arrived at Nuevo Laredo, Mexico on about May 23, 2019. My wife, my son, and I presented ourselves at the border to U.S. immigration officials on the middle of the bridge in the pedestrian lane, and we asked for asylum.

8. When we got to the U.S. border, we crossed by foot on Bridge 1 – to get to the area with Mexican and American officials. Four officials were on the bridge. Two were Mexican officials, a man and a woman. I think they were in brown uniforms. They looked to see that we did not have American visas. They let us talk to the U.S. immigration officials. There was a man and a woman in blue uniforms who were the U.S. officials. We asked for asylum from them. The two American officials sent us to an immigration office on the Mexico side to get on the list to seek asylum. The officials in the Mexican office took copies of our

passports and put us on the list at # 589.

9. We put our names on the list because we believed in the process. This was the requirement to get asylum so we followed it.

10. Around July 27, 2019, we checked where we were in line. We were told we were #226.

11. We were afraid to stay in Mexico because we were nearly kidnapped by the Zetas – a cartel of the North. There was a group of about 18 Venezuelans together who went to the bus station. The Zetas were waiting for us. My son, my wife, and I were able to run away. From what I saw, the rest of the group was taken in vans by the Zetas. To this day, I do not know what happened to them.

12. After seeing this, we knew we could not stay in Mexico. We crossed the border via the river and turned ourselves in to border patrol to seek asylum.

13. My wife, son, and I were each sent to different detention centers. I am currently detained in the United States. A U.S. immigration officer interviewed me around September 9, 2019 about my fear of returning to Venezuela. They asked me if I was afraid of returning to Venezuela and I said yes. They never asked me why was afraid of returning to Venezuela. I did not receive a decision yet about whether my interview result was "positive" or "negative." On September 17, 2019, a U.S. immigration officer from ICE told me that I had to answer additional questions as part of my interview process. The questions were about whether I had previously applied for asylum in Mexico and Colombia and if not, why not.

I declare under penalty of perjury that the things described above are true and correct.

Executed on September 24, 2019.



B.B.

## CERTIFICATION

I, Rebecca Cassler, declare that I am proficient in the English and Spanish languages.

On September 24, 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 24, 2019 at Decatur, Georgia.

_____          9/24/19_____
Rebecca Cassler                                            Date