1    MAYER BROWN LLP
        Matthew H. Marmolejo (CA Bar No. 242964)
2        *mmarmolejo@mayerbrown.com*
     350 S. Grand Avenue
3    25th Floor
     Los Angeles, CA 90071-1503
4        Ori Lev (DC Bar No. 452565)
         (*pro hac vice*)
5        *olev@mayerbrown.com*
         Stephen M. Medlock (VA Bar No. 78819)
6        (*pro hac vice*)
         *smedlock@mayerbrown.com*
7    1999 K Street, N.W.
     Washington, D.C. 20006
8    Telephone:  +1.202.263.3000
     Facsimile:  +1.202.263.3300
9
     SOUTHERN POVERTY LAW CENTER
10       Melissa Crow (DC Bar No. 453487)
         (*pro hac vice*)
11       *melissa.crow@splcenter.org*
     1101 17th Street, N.W., Suite 705
12   Washington, D.C. 20036
     Telephone: +1.202.355.4471
13   Facsimile: +1.404.221.5857

14   *Additional counsel listed on next page*
     *Attorneys for Plaintiffs*

15                  **UNITED STATES DISTRICT COURT**

16                  **SOUTHERN DISTRICT OF CALIFORNIA**

17
     Al Otro Lado, Inc., *et al.*,          Case No.:  17-cv-02366-BAS-KSC
18
19              Plaintiffs,
                                            **EXHIBIT 29 TO MOTION FOR**
20        v.                                **PROVISIONAL CLASS**
                                            **CERTIFICATION**
21   Kevin K. McAleenan,[1] *et al.*,

22              Defendants.

23

24

25

26

27   _____

28   [1]  Acting Secretary McAleenan is automatically substituted for former Secretary
     Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561



# The Cost of Immigration Enforcement and Border Security

Since the creation of the Department of Homeland Security in 2003, the federal government has spent an estimated $324 billion on the agencies that carry out immigration enforcement.[1] As Congress renews its focus on immigration enforcement and border security, it is important to review how much money has already been spent on these initiatives and what outcomes have been produced.

Immigration enforcement spending largely falls into two issue areas: border security and interior enforcement. Border spending includes staffing and resources needed for U.S. Customs and Border Protection (CBP), an agency of the Department of Homeland Security (DHS) working at and between United States ports of entry. Interior enforcement is primarily focused on staffing and resources for U.S. Immigration and Customs Enforcement (ICE), also part of DHS, to apprehend noncitizens in the interior of the country, detain those undergoing removal proceedings, and deport those ordered removed.

Currently, the number of border and interior enforcement officers stands at more than 50,000, with ICE and CBP employing over 84,000 people in total.[2] The number of U.S. Border Patrol agents nearly doubled from Fiscal Year (FY) 2003 to FY 2018.[3] Additionally, the number of ICE agents devoted to its office of Enforcement and Removal Operations (ERO) nearly tripled from FY 2003 to FY 2018.[4] In fiscal year 2018, the Department of Homeland Security employed more than 7,700 ERO officers.[5]

In February 2019, after a the longest government shut down in history, 35 days, Congress reached a deal with the President, offering $1.375 billion for 55 miles of fencing along the Rio Grande Valley.[6] The President expressed his dissatisfaction with this offer, and shorty after signing the bill, declared a national emergency to fund his border wall through other means. In addition to the $1.375 billion that has already been allocated for fencing, he will pull $600 million from the Treasury Department's Drug Forfeiture Fund, $2.5 billion from the Department of Defense's Drug Interdiction program, and 3.6 billion from the Department of Defense's military construction account.[7] An additional $1.5 billion in Department of Defense funds were transferred in May 2019.[8]

What has this spending bought? The United States currently has roughly 700 miles of fencing along the Southern border, record levels of staff for ICE and CBP, as well as a fleet of drones—among other resources.[9] Some of these resources have been spent on ill-conceived projects, such as the $1 billion attempt to construct a "virtual fence" along the Southwest border, a project initiated in 2005 that was later scrapped for being ineffective and too costly.[10] Even with record level spending on enforcement, enforcement alone is not sufficient to address the challenges of undocumented migration.[11] It also has significant unintended consequences; according to U.S. Border Patrol statistics, the Southwest border witnesses slightly less than one death per day.[12] All of these efforts that have accumulated in the name of security, however, do not necessarily measure border security properly, or make the border more secure.[13] It is past time for the United States to turn away from costly and haphazard efforts to secure the border and instead focus on reining in the costs of border enforcement.

The Cost of Immigration Enforcement and Border Security | **American Immigration Council** | May 2019

## The Cost in Dollars

The immigration enforcement budget has increased massively since the early 1990s, but many members of Congress and the President continue to call for more taxpayer dollars to be spent on immigration enforcement.

- Since 1993, when the current strategy of concentrated border enforcement was first rolled out along the U.S.-Mexico border, the annual budget of the U.S. Border Patrol has increased more than ten-fold, from $363 million to more than $4.7 billion (Figure 1).[14]

### Figure 1: U.S. Border Patrol Budget, FY 1990-2019



Source: U.S. Customs and Border Protection, "U.S. Border Patrol Fiscal Year Budget Statistics (FY 1990-FY 2019)"

- Since the creation of DHS in 2003, ICE spending has grown 103 percent, from $3.3 billion to $6.7 billion today (Figure 2).[15] Much of this funding has gone to increasing the agency's ability to hold immigrants in detention in locations around the country.

- Since 2003, the budget of CBP has, which includes both the Border Patrol and operations at ports of entry, has more than doubled, rising from $5.9 billion in FY 2003 to $14.7 billion in FY 2019 (Figure 2).[16]

The Cost of Immigration Enforcement and Border Security | **American Immigration Council** | May 2019

Figure 2: CBP & ICE Annual Budgets, FY 2003-2019



Source: U.S. Department of Homeland Security, Budget-in-Brief, FY 2005-2019.

## Increases in Personnel

▪ Since 1993, the number of U.S. Border Patrol agents has skyrocketed from 4,139 agents to a congressionally authorized 23,645 agents in FY 2018, although due to hiring issues Border Patrol only had 19,555 agents in FY 2018. (Figure 3).[17] Of those agents, 16,608 are deployed to the U.S.-Mexico border, more than four times the 3,555 agents deployed to the U.S.-Mexico border in FY 1992. An additional 2,097 agents are deployed to the U.S.-Canada border, more than seven times the amount deployed in FY 1992.  A further 248 agents are deployed to the Coastal Border Sectors.

▪ The number of CBP officers staffing ports of entry (POEs) grew from 17,279 in FY 2003 to 23,002 as of February 2018 (Figure 3).[18]

▪ The number of ICE agents devoted to Enforcement and Removal Operations increased from 2,710 in FY 2003 to nearly 8,000 in FY 2018 (Figure 3).[19] In total, ICE employs more than 20,000 people, including 6,500 special agents in ICE Homeland Security Investigations. Although Homeland Security Investigation does not have a primary role in enforcing immigration law, agents are frequently involved in the prosecution of individuals who have violated laws which provide a criminal penalty for immigration violations.[20]

The Cost of Immigration Enforcement and Border Security | **American Immigration Council** | May 2019



Figure 3: CBP Officers, Border Patrol Agents, and ICE Agents, FY 2003-2018

Source: See endnotes 11, 12, and 13. *Includes only ERO Officers.

## Previous Benchmarks Have Been Met, Yet Enforcement Funding Continues to Grow

The federal government has already met the border security benchmarks laid down in earlier Senate immigration reform bills.

- As the American Immigration Lawyers Association pointed out in a January 2013 analysis, the "benchmarks" for border security specified in the bipartisan 2006, 2007, and 2010 immigration-reform legislative packages in the Senate have been largely met.[21]

- The requirements in those Senate bills for more border enforcement personnel, border fencing, surveillance technology, unmanned aerial vehicles, and detention beds have also been fulfilled and in many ways surpassed.[22] ICE detention bed quotas rose from the normal 34,00 beds to 40,520 for 2018—an all-time high.[23] Despite Congress only appropriating enough money for 40,520 beds, in FY 2018 ICE's use of budgetary mechanisms to shift money from other locations to their detention account led to ICE breaking records by detaining more than 50,000 people.[24]

Border security depends on the smart and efficient use of available resources. At the same, border enforcement cannot and should not be done in isolation. Instead, it must be examined in the larger context of reforms needed for the entire immigration system.

The Cost of Immigration Enforcement and Border Security | **American Immigration Council** | May 2019

## Endnotes

1.  [1] *See* American Immigration Council, *Giving the Facts a Fighting Chance: Addressing Common Questions on Immigration* (Washington, DC: December 2015), 16, https://www.americanimmigrationcouncil.org/research/addressing-common-questions-immigration; U.S. Department of Homeland Security, Budgets, FY 2003-2019, https://www.dhs.gov/dhs-budget. *See* Tables 1 & 2.

2.  [2] U.S. Department of Homeland Security, *FY 2019 Budget-in-Brief*, 26, 32, https://www.dhs.gov/sites/default/files/publications/DHS%20BIB%202019.pdf.

3.  [3] U.S. Border Patrol Fiscal Year Staffing Statistics (FY 1992-FY 2018), 3, https://www.cbp.gov/sites/default/files/assets/documents/2019-Mar/Staffing%20FY1992-FY2018.pdf.

4.  [4] See National Immigration Forum, *Fact Sheet: Immigration and Customs Enforcement (ICE)* (Washington, DC: July 10, 2018), https://immigrationforum.org/article/fact-sheet-immigration-and-customs-enforcement-ice/.

5.  [5] Matthew Albence, Executive Associate Director, U.S. Immigration and Customs Enforcement, "Statement Regarding A Hearing on 'Oversight of Immigration Enforcement and Family Reunification' Before the United States Senate Committee on the Judiciary," July 31, 2018, at 2 https://www.judiciary.senate.gov/imo/media/doc/07-31-18%20Albence%20Testimony.pdf.

6.  [6] Peter Baker and Maggie Haberman, "Trump Puts Best Face on Border Deal, as Aides Try to Assuage an Angry Right," *New York Times*, February 2019, https://www.nytimes.com/2019/02/13/us/politics/deal-government-shutdown.html.

7.  [7] Amanda Macias and John Schoen, "Here's Where the money for Trump's border wall will come from," *CNBC*, February 15, 2019, https://www.cnbc.com/2019/02/15/heres-where-the-money-for-trumps-border-wall-will-come-from.html.

8.  [8] Idrees Ali, "Pentagon to transfer $1.5 billion to border wall from Afghan forces, other areas," *Reuters*, May 10, 2019, https://www.reuters.com/article/us-usa-border-pentagon/pentagon-to-transfer-15-billion-to-border-wall-from-afghan-forces-other-areas-idUSKCN1SG1TM.

9.  [9] U.S. Government Accountability Office, *Report to Congressional Requesters, Southwest Border Security: Additional Actions Needed to Better Assess Fencing's Contributions to Operations and Provide Guidance for Identifying Capability Caps*, February 2017, 1, https://www.gao.gov/assets/690/682838.pdf.

10. [10] Julia Preston, "Homeland Security Cancels 'Virtual Fence' After $1 Billion is Spent," *New York Times*, January 2011, http://www.nytimes.com/2011/01/15/us/politics/15fence.html.

11. [11] Doris Meissner, Donald M. Kerwin, Muzaffar Chishti, and Claire Bergeron, *Immigration Enforcement in the United States: The Rise of Formidable Machinery* (Washington, DC: Migration Policy Institute, January 2013), http://www.migrationpolicy.org/research/immigration-enforcement-united-states-rise-formidable-machinery.

12. [12] U.S. Border Patrol, Southwest Border Sectors, https://www.cbp.gov/sites/default/files/assets/documents/2017-Dec/BP%20Southwest%20Border%20Sector%20Deaths%20FY1998%20-%20FY2017.pdf.

13. [13] Bipartisan Policy Center, *Measuring the Metrics: Grading the Government on Immigration Enforcement* (Washington, DC: February 2015), http://bipartisanpolicy.org/library/measuring-the-metrics-grading-the-government-on-immigration-enforcement/.

14. [14] U.S. Department of Homeland Security, *FY 2019 Budget-in-Brief*, 88. https://www.dhs.gov/sites/default/files/publications/DHS%20BIB%202019.pdf.

15. [15] Consolidated Appropriations Act, 2019, Pub. L. No. 116-6, Title II (2019).

16. [16] Ibid.

17. [17] U.S. Customs and Border Protection, U.S. Border Patrol  Fiscal Year Staffing Statistics (FY 1992- FY 2018), 4, https://www.cbp.gov/sites/default/files/assets/documents/2019-Mar/Staffing%20FY1992-FY2018.pdf.

18. [18] National Treasury Employees Union, "Testimony to the Subcommittee on Homeland Security, CBP FY 2019 Budget Request," Apr. 12, 2018, https://www.nteu.org/legislative-action/congressional-testimony/cbp-fy-2019-budget-request. *See* U.S. Department of Homeland Security, *Congressional Budget Justifications*, https://www.dhs.gov/dhs-budget.

19. [19] *See* endnote 5, Statement of Matthew Albence; U.S. Department of Homeland Security, *FY 2019 Budget-in-Brief*, 90, https://www.dhs.gov/sites/default/files/publications/DHS%20BIB%202019.pdf.

20. [20] U.S. Immigration and Customs Enforcement, "Who We Are," https://www.ice.gov/about.

21. [21] Greg Chen and Su Kim, *Border Security: Moving Beyond Past Benchmarks* (Washington, DC: American Immigration Lawyers Association, January 2013), http://www.aila.org/content/default.aspx?bc=25667|43061.

22. [22] Ibid.

23. [23] Homeland Security Advisory Council, *Report of the Subcommittee on Privatized Immigration Detention Facilities* (Washington, DC: U.S. Department of Homeland Security, December 1, 2016),

The Cost of Immigration Enforcement and Border Security | **American Immigration Council** | May 2019

https://www.dhs.gov/sites/default/files/publications/DHS%20HSAC%20PIDF%20Final%20Report.pdf; National Immigration Forum, *The Math of Immigration Detention, 2018 Update: Costs Continue to Multiply* (Washington, DC: 2018), https://immigrationforum.org/wp-content/uploads/2018/05/Math-of-Detention-2018-Update-FINAL.pdf.

24.  [24] Spencer Ackerman, "ICE Is Detaining 50,000 People, an All-Time High," *The Daily Beast*, March 8, 2019, https://www.thedailybeast.com/ice-is-detaining-50000-people-a-new-all-time-high.