1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                 **UNITED STATES DISTRICT COURT**
16
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 | Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
   |---|---|
19 | Plaintiffs, | |
   | | **EXHIBIT 30 TO MOTION FOR** |
20 | v. | **PROVISIONAL CLASS** |
   | | **CERTIFICATION** |
21 | Kevin K. McAleenan,[1] *et al.*, | |
22 | Defendants. | |
23 | | |

24
25
26
27 ——————————————
28 [1]  Acting Secretary McAleenan is automatically substituted for former Secretary
   Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561



# CBP Border Security Report

Fiscal Year 2018

March 2019





# Border Security Report

# Table of Contents

Introduction ........................................................................................  1

Enforcement.........................................................................................  1

Use of Force/Assaults against CBP Law Enforcement Personnel .....................  5

Recruiting, Hiring and Retaining Law Enforcement Personnel.........................  6

Border Infrastructure and Technology ...............................................  7

Operation Guardian Support.............................................................  7

# I.    Introduction

As the guardian of our nation's borders and the gateway to our global economy, U.S. Customs and Border Protection is a premier law enforcement agency committed to ensuring America's safety, security, and prosperity.

With more than 60,000 employees, CBP is one of the world's largest law enforcement organizations and is charged with keeping terrorists and their weapons out of the U.S. while facilitating lawful international travel and trade. CBP is the United States' first unified border entity, combining customs, immigration, border security, and agricultural protection within one mission-focused agency. CBP is responsible for enforcing hundreds of U.S. laws and regulations.

This report summarizes CBP's Fiscal Year 2018 border enforcement efforts, which reflect CBP's focus on counterterrorism, countering transnational organized crime, and border security.

# II.    Enforcement

## Illegal Migration

In FY18, CBP recorded **404,142** apprehensions by U.S. Border Patrol agents along the border and **279,009** inadmissible cases by CBP officers at U.S. ports of entry, an approximately **15** percent increase over the previous year.

CBP continues to be concerned about the steady increase in the flow of unaccompanied children[1] and family units[2] from Central America.

In FY18, the number of family units encountered by CBP reached record highs, and combined with unaccompanied alien children, outnumbered single adults. CBP experienced a **47** percent increase in family units deemed inadmissible and apprehended along the Southwest Border in FY18, including a **59** percent increase in inadmissible family units and a **42** percent increase in family units apprehended.

In FY18, approximately **62** percent of U.S. Border Patrol apprehensions were individuals from countries other than Mexico—predominately individuals from Central America—up from 58 percent last year. Of the 404,142 apprehensions nationwide, **396,579** were along the Southwest Border. Of those along the Southwest Border, **223,604** were from El Salvador, Guatemala, or Honduras. Another **152,257** were from Mexico. Of those

---

[1] Individuals under the age of 18 who were not with their biological parent or legal guardian at the time of the encounter.
[2] The term Family Unit represents the number of individuals (to include a child under 18 years old, parent, or legal guardian) apprehended with a family member.

1

apprehended by the U.S. Border Patrol in FY18, **11** percent had been apprehended on at least one other occasion, up from 10 percent in FY17. This is also known as recidivism[3].

U.S. Border Patrol agents also rescued **4,307** illegal migrants in danger and in some cases life-threatening situations.

In FY18, CBP's Air and Marine Operations (AMO) continued to secure the nation in the aviation and maritime environments at and beyond the border. During FY18, AMO agents contributed to the apprehension of **47,744** individuals by Border Patrol. AMO's enforcement actions contributed to approximately **11.8** percent of the Border Patrol's overall apprehensions.

At ports of entry, CBP officers encountered 279,009 inadmissible individuals. While the most common reason CBP officers determined individuals to be inadmissible pertained to their inability to satisfy documentary requirements, CBP officers found some individuals to be inadmissible based on previous immigration violations, criminal grounds, and for national security-related reasons.

CBP's National Targeting Center (NTC), the Immigration Advisory Program[4], and the Regional Carrier Liaison Group[5] led CBP efforts in FY18 to identify and prevent the boarding of **16,900** travelers on flights destined for the United States who may have presented an immigration or security risk.

In addition to the pre-departure efforts for travel, NTC led CBP efforts in the identification of inadmissible individuals in various application programs. Continuous vetting of non-immigrant visas and Electronic System for Travel Authorization (ESTA) travel authorizations allows CBP to immediately determine whether to provide a "no board" recommendation to a carrier in imminent travel situations, to recommend that Department of State (DOS) revoke the visa, or to deny an ESTA application. In FY18, CBP coordinated with DOS to revoke **9,454** visas, and received **15.2 million** ESTA applications, of which **132,785** were denied.

**Criminal Aliens, Gang Affiliation, and Counter-narcotics**

In FY18, CBP officers and Border Patrol agents arrested **20,486** criminal aliens, and another **7,752** individuals who were wanted by law enforcement authorities.

---

[3] Recidivism refers to percentage of individuals apprehended more than one time by the Border Patrol within a fiscal year.
[4] The Immigration Advisory Program employs CBP officers at foreign airports where they review passenger information and/or assess the passenger documentation prior to their U.S.-bound flights. Immigration Advisory Program officers make "no board" recommendations to carriers and host governments regarding passengers bound for the United States.
[5] Regional Carrier Liaison Groups, located in Honolulu, Miami, and New York, expand the Nation's zone of security beyond physical U.S. borders by working with commercial carriers to prevent the boarding of passengers who may pose a security threat, have fraudulent documents, or are otherwise inadmissible.

Border Patrol agents arrested **808** illegal aliens who were affiliated with a gang, a 50 percent increase over FY17, including:

**413** MS-13;
**66** Surenos;
**62** Paisas; and
**145** 18th Street gang members.

CBP law enforcement personnel also played a critical counter-narcotics role, resulting in the seizure of more than **1.7 million** pounds of narcotics and the disruption of more than **62,630** pounds of narcotics in FY18.

CBP contributed to the seizure of or seized:

**1.1 million** pounds of marijuana;
**282,570** pounds cocaine;
**248,132** pounds of methamphetamine;
**6,552** pounds of heroin; and
**2,463** pounds of fentanyl.

CBP also seized more than **$106.1 million** in unreported currency, **2,484** firearms, and **227,875** rounds of ammunition through enforcement operations.

During FY18, AMO aircrews contributed to 133 seizure, disruption, or interdiction incidents in the transit zone, resulting in the seizure or disruption of over **254,144** pounds of cocaine. AMO, in coordination with Joint Interagency Task Force South, conducts long-range aerial patrols and surveillance missions as part of Operation Martillo. The Task Force oversees the detection and monitoring of illicit traffickers and assists U.S. and multi-national law enforcement agencies with the interdiction of maritime drug traffickers.

AMO led Operation Full Court Press in FY18, leveraging interagency partnerships to target maritime smuggling organizations responsible for cocaine trafficking throughout the Caribbean and beyond. Efforts resulted in the seizure of 15,695 pounds of cocaine, 6,830 pounds of marijuana, and 15 arrests.

AMO continued its cooperative efforts to combat drug smuggling as part of Operation Bahamas Turks and Caicos. FY18 efforts led to the seizure of 26 pounds of cocaine, 403 pounds of marijuana, $28,000 USD, and 54 arrests.

AMO's Air and Marine Operations Center (AMOC), an international, multi-domain, federal law enforcement center that strengthens the execution of CBP's global mission, continued to manage the air and maritime domain awareness of the Department of Homeland Security[6]. The AMOC supported CBP efforts to secure America's borders and

---

[6] As mandated in Public Law 114-125, "Trade Facilitation and Trade Enforcement Act of 2015."

3

prevent the illegal flow of people and goods across the air, land, and sea approaches to the United States by evaluating **462,893** air target detection, achieving an overall mission accomplishment rate of **99.99** percent. AMOC successfully detected and resolved **166** of **166** suspect conventional aircraft border incursions that were potentially attempting to illegally enter the United States, achieving a **100** percent mission success rate. AMOC also coordinated with AMO maritime and U.S. Coast Guard assets in interdicting **31** maritime suspect targets in the Gulf of Mexico, Florida Straits, Caribbean, and the Atlantic and Pacific Oceans.

## CBP's Efforts to Combat Opioids

In FY18, CBP Commissioner Kevin McAleenan signed the CBP Strategy to Combat Opioids. The strategy outlined four goals to combat illicit opioids and protect Americans:
1. Enhance collaboration and information-sharing to combat illicit opioids;
2. Produce actionable intelligence on illicit opioids,
3. Target the opioid supply chain; and
4. Protect CBP personnel from exposure to opioids.

CBP has a unique responsibility and critical role in preventing illicit opioids from entering the country. Virtually all opioids, whether finished heroin or increasingly potent synthetics, such as fentanyl and its analogues, come across our international border, largely trafficked by Transnational Criminal Organizations. Fentanyl seizures increased by nearly **68** percent in FY18 over FY17.

CBP also deployed to the field additional chemical field screening equipment with the ability to presumptively identify more than 14,000 chemical substances. The chemical library handheld device can presumptively identify hazardous chemicals and drugs that are coming into the United States via express consignment shipments and other means of transportation.

In FY18, all Office of Field Operations (OFO) canine handler teams completed a comprehensive CBP canine detection team certification to include the odor of fentanyl and fentanyl analogues. Today, all OFO concealed human and narcotic detection canine teams across all of OFO's operational environments have completed fentanyl training. Canine operations are an invaluable component of CBP's counternarcotic operations. CBP OFO canine teams work at airports and international mail facilities to examine millions of foreign mail shipments coming into the United States from all parts of the world.

As a result of CBP's enforcement activities, fentanyl seizures increased by nearly **68** percent in FY18 over FY17.

# III.  Use of Force/Assaults against CBP Law Enforcement Personnel

Incidents of assaults on agents and officers increased **22** percent to **450** in FY18 over FY17.

| ASSAULTS AGAINST CBP LAW ENFORCEMENT PERSONNEL BY FISCAL YEAR (FY 2016 – 2018) | | | |
|---|---|---|---|
| | **FY16** | **FY17** | **FY18** |
| Assaults | 584 | 844 | 794 |
| Incidents | 372 | 369 | 450 |

## Use of Force

Use of firearms decreased to a record low of **15**, a **73** percent decrease from a high of 55 in FY 2012. Less-Lethal Device and Other Less-Lethal Force decreased by 8 percent in FY18.

| CBP USE OF FORCE BY FISCAL YEAR (FY 2012 – 2018) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **FY12** | **FY13** | **FY14** | **FY15** | **FY16** | **FY17** | **FY18** |
| Firearm | 55 | 45 | 23 | 28 | 25 | 17 | 15 |
| Less-Lethal Device and Other Less-Lethal Force | 873 | 1,168 | 996 | 721 | 945 | 979 | 898 |
| **Total** | **928** | **1,213** | **1,019** | **749** | **970** | **996** | **913** |

In FY17, CBP began reporting total use of force incidents. The inclusion of incidents provides additional context to the uses of force and assaults, as there may be multiple actions—assaults and/or uses of force—during a single incident. Presenting these actions within the framework of incidents depicts the circumstances more clearly.

| CBP USE OF FORCE INCIDENTS BY FISCAL YEAR (FY 2017 – 2018) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Use of Force Incidents | | Singular Uses of Force | | | | | | Force Used Against Vehicles/Vessels |
| | | | Firearm | | Less-Lethal Device | | Other | | |
| | **FY17** | **FY18** | **FY17** | **FY18** | **FY17** | **FY18** | **FY17** | **FY18** | **FY17** | **FY18** |
| **AMO** | 11 | 11 | 0 | 0 | 39 | 5 | 0 | 0 | 7 | 12 |
| **OFO** | 50 | 62 | 0 | 0 | 35 | 44 | 14 | 25 | 12 | 9 |
| **USBP** | 398 | 462 | 17 | 15 | 643 | 503 | 157 | 181 | 72 | 119 |
| **Total** | **459** | **534** | **17** | **15** | **717** | **552** | **171** | **206** | **91** | **140** |

In FY18, the CBP Use of Force Incident Team (UFIT) deployed to 13 significant use of force incidents which involved 20 agents/officers. The National Use of Force Review

5

Board (NUFRB) convened three times, deliberating on a total of 14 CBP use-of-force incidents. Additionally, the CBP UFIT review boards, known as Local Use of Force Review Boards, reviewed 219 use of force incidents. CBP released the results of nine incidents reviewed by the NUFRB and will release the remaining cases once they have completed the full review process.

# IV. Recruiting and Hiring Law Enforcement Personnel

CBP hiring outpaced attrition in FY18, with staffing levels of **23,477** CBP officers (an increase of **368**) and **19,555** Border Patrol agents (an increase of **118**). CBP surpassed FY17 hiring by nearly **60** percent, hiring a total of **2,357** law enforcement personnel, compared to 1,477 in FY17.

Notably, CBP saw a significant increase in Border Patrol agents entering on duty, an almost **95** percent increase from FY17.

| FY17 to FY18 Frontline Gains | | | |
|---|---|---|---|
| | **FY17 Gains** | **FY18 Gains** | **% Increase from FY17** |
| CBP officer | 916 | 1,274 | 39% |
| Border Patrol agent | 522 | 1,017 | 95% |
| Marine Interdiction agent | 18 | 20 | 11% |
| Air Interdiction agent | 21 | 46 | 119% |
| TOTAL | 1,477 | 2,357 | 60% |

Total law enforcement personnel onboard at the end of FY18 are as follows:

| FY18 Frontline Onboard | |
|---|---|
| CBP officer | 23,477 |
| Border Patrol agent | 19,555 |
| Marine Interdiction agent | 343 |
| Air Interdiction agent | 592 |

In April 2018, the first class graduated from the extended 117-day Border Patrol Academy, up from 66 days. The Academy added scenario-based training to improve decision-making under stress.

In FY18, CBP designated the Test for Espionage, Sabotage, and Corruption (TES-C) as its standard polygraph testing format for all law enforcement job applicants. TES-C combined an approved National Center for Credibility Assessment (NCCA) counter-intelligence scope testing format with suitability topics found in the Law Enforcement Pre-employment Test format that are relevant to CBP's law enforcement mission. The NCCA determined that TES-C meets federally mandated polygraph standards and

adequately demonstrated efficacy as a personnel security screening technique for CBP counterintelligence and corruption issues.

# V.    Border Infrastructure and Technology

As part of the President's Executive Order 13767, and at the direction of the Secretary of Homeland Security, CBP tested and evaluated Border Wall prototypes and completed 27.9 miles of wall construction in FY18. In San Diego, CBP replaced 5.7 miles of outdated pedestrian fencing with steel bollard wall. Completion of the entire 14-mile project is expected in FY19. An additional 2.2 miles of border wall was completed in El Centro, California. In El Paso, Texas, construction of approximately 4 miles of steel bollard wall to replace legacy pedestrian fencing began in September 2018. Construction of 20 miles of steel bollard wall to replace vehicle barrier was also completed. In South Texas, land acquisition and surveying began in the Rio Grande Valley for multiple projects to include installation of gates to close gaps in the existing border barrier as well as construction of new levee wall and steel bollard wall system.

Border Patrol completed deployment of border surveillance technology along the southern, northern and coastal borders in FY18. The deployments included eight new Fixed Surveillance Tower Units in Tucson Sector; 11 Remote Video Surveillance System towers and five Command and Control Facilities on the Southern Border; improved maritime detection and data integration in the Detroit and Buffalo Sectors; and nearly 8 miles of linear ground detection technology and five Mobile Video Surveillance System units in the Rio Grande Valley Sector.

The AMOC expanded in FY18, adding a 22,000-square-foot facility housing AMOC's Information Technology staff, equipment and the AMOC Security element.

# VI.   Operation Guardian Support

On April 4, 2018, President Trump issued a Presidential Memorandum directing the Department of Homeland Security and the Department of Defense to address national security threats along the U.S. Southwest Border. In response, Operation Guardian Support was formed and more than 2,000 National Guard personnel were deployed to the Southwest Border to assist with CBP's border security operations.

As part of the joint mission, the National Guard assisted CBP with initiatives such as aerial detection, repairing border infrastructure, and supplying logistical support so that CBP could focus on enforcing immigration laws and narcotics seizures to better secure the border. More specifically, the deployment allowed Border Patrol agents and CBP officers to return to enforcement duties while service members took over non-frontline duties such as camera operations, radio communications, and fleet management.

During FY18, Operation Guardian Support made a significant impact, leading to more than **23,000** arrests and the seizure of more than **35,700** pounds of illicit drugs across the

Southwest Border sectors. Additionally, the U.S. Border Patrol achieved a 79.7 percent interdiction effectiveness rate for FY18, an increase of 2.1 percent over the previous year.

Operational outcomes attributed to Operation Guardian Support include:

**23,034** deportable alien arrests;
**6,168** turnbacks;
**34,660** pounds of marijuana seizures;
**18** pounds of cocaine seizures;
**763** ounces of heroin seizures;
**526** pounds of methamphetamine seizures;
**125** conveyance seizures; and
**1,596** USD currency seizures.

Operation Guardian Support will extend through FY19, as directed by the President. Up to 4,000 National Guard personnel will continue to augment CBP operations along the Southwest Border through support roles similar to those performed during FY18.