MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kevin K. McAleenan,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 35 TO MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

---

[1]  Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

**UNHCR**
The UN Refugee Agency

FACT SHEET

# Mexico

April 2019

## Key Figures

From January to 31 March 2019, **12,716** people applied for **asylum** in Mexico; **3,904** in January, **4,037** in February, and **4,775** in March.*

From January-March 2019, the **increase in claimants** over the same period of 2018 was:

- Honduras: 237%
- El Salvador: 112%
- Venezuela: 71%
- Guatemala: 224%
- Nicaragua: 1,367%

In total, **631 people** have been **relocated** to facilitate local integration from 1 January till 31 March 2019.·
Preliminary COMAR figures (subject to change).

## Evolution of asylum claims

**Asylum claims in Mexico**
as of 31March 2019



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|------|------|------|------|------|------|
| 2,137 | 3,423 | 8,789 | 14,596 | 29,600 | 12,716 |

## Protection Monitoring

**Reasons for leaving country of origin** (Combined reasons)



Violence: 19% / **63%**
Violence + Livelihoods: 44%
Livelihoods: 37%

Conducted in January 2019 in Ciudad Hidalgo. 988 people interviewed.

## OPERATIONAL CONTEXT

- The number of people arriving at Mexico's southern border with Guatemala fleeing criminal violence, political unrest and economic hardship is soaring. The number of asylum claims in Mexico rose by more than 103% in 2018 over the previous year, from 14,596 to 29,623. The upward trend is likely to continue as the drivers of displacement remain in place and because return options in the region are limited.

- Asylum-seekers from Honduras, El Salvador and Venezuela represent 86% of all asylum claimants so far in 2019. The outbreak of violence in Nicaragua and the deterioration of the situation in Venezuela are also driving an increasing number of people from these countries to seek protection in Mexico.

- A significant percentage of people entering Mexico are fleeing persecution and violence, and are in need of international protection.

- The Mexican Government announced a new migration policy which refers to the Global Compact on Migration. It is expected that during Mexico's current presidency of the Comprehensive Regional Protection and Solutions Framework (MIRPS), Mexico will transform its migration policy from a policy guided by security and control, to an approach which places greater emphasis on human rights, protection and regional cooperation.



Participatory Assessment in Tapachula, February 2019. © ACNUR/ Rafael Sanchez.

## UNHCR Strategy

UNHCR Mexico has made important commitments to significantly increase its staff and activities to support the work of the Mexican authorities in processing an increased number of asylum claims and ensure protection of its Persons of Concern (PoC). This includes the provision of technical support to ensure timely registration of asylum-seekers, setting up identification and referral mechanisms for those with specific vulnerabilities/needs, increasing the capacity and sustainability of shelters and promoting local integration opportunities.

### Information and Basic Assistance

- One main challenge associated with protecting persons in need of international protection in Mexico has been the lack of information to access the asylum procedure.

- UNHCR, the UN agencies, COMAR and the National Human Rights Commission set up a platform to provide information on the asylum system in the country of origin, transit, and destination for people fleeing from insecurity and persecution. The platform is unique as it is built on a simple and easy to access Facebook page and hotline under the name "Confiar en el Jaguar" (in English 'trust the jaguar'). Facebook is used because it is the principal means of communication for asylum-seekers. UNHCR is currently sharing information and protection messages with people of concern, in addition to directly answering questions or responding to doubts via Facebook's messenger function.





- UNHCR also strengthens the **sustainability and protection capacity of selected shelters** that provide support and assistance to migrants and refugees along the migratory routes in Mexico. Shelters continue to be key actors in identifying persons in need of international protection, inform about the right to seek asylum and refer people in need of international protection to the Mexican asylum system.
- UNHCR also works with a network of legal partners, the **Mexican Commission for Refugee Assistance (COMAR) and the National Migration Institute (INM)** to assure that persons in need of international protection are adequately informed about the asylum procedure and other forms of legal pathways at the point of entry into Mexico.
- The goal is to provide information to 30,000 persons per year. UNHCR is now assisting COMAR to increase its regional presence through the opening of new offices in key locations.
- UNHCR is providing Humanitarian Assistance in the form of **Multi-Purpose Cash Grants (MPG)** intended to cover basic needs such as food, NFIs, and contribution towards housing/utility bills. UNHCR also issues **Sectoral Top Up-Grants** using a protection-lens and in association with other technical sectors so that response options are tailored to the needs of the most vulnerable population. The expansion of its **Cash-Based Intervention (CBI)** program in 2019 allows UNHCR to engage in a more holistic and forward-looking CBI strategy with a view to transitioning over time to the inclusion of PoCs into government social safety programs, while fostering socio-economic inclusion and self-reliance.

## Access to the Asylum System

- UNHCR estimates that the number of people with international protection needs entering Mexico is much higher than those requesting asylum. The absence of proper protection screening protocols for families and adults, the lack of a systematic implementation of existing best interest determination procedures for unaccompanied children and detention of asylum-seekers submitting their claim at border entry points are strong obstacles to accessing the asylum procedure.
- The abandonment rate of asylum procedures, especially in Southern Mexico is a key protection concern. This situation, compounded by insufficient resources and limited field presence of COMAR in key locations in Northern and Central Mexico, continues to pose challenges to efficient processing of asylum claims.
- UNHCR **promotes the capacity and efficiency of Mexico's asylum system**. UNHCR has currently 39 contractors on loan to **COMAR, mainly to support with registration**. Support for additional 63 UNHCR secondments to COMAR is underway. COMAR and UNHCR are discussing additional staffing support. Plans for **additional office expansions** are also being worked on. New COMAR field locations are to include Palenque in Southern Mexico, Monterrey and Tijuana in the North. Through support to COMAR, UNHCR hopes for reduced waiting times for asylum decisions, improved quality of decisions, freedom of movement for asylum-seekers, improved access to documentation and steps to facilitate access to the labour market for asylum-seekers. These steps would reduce the number of people who abandon or withdraw their claims.

## Improved Reception Conditions

- Due to limited COMAR presence in the South and absence of opportunities to apply for asylum at the border, many PoC enter Mexico irregularly. While traveling to locations with COMAR presence they face a risk of being detained.
- Persons in need of international protection often take dangerous routes to reach COMAR offices. Women and girls in particular are at risk of sexual and gender-based violence.
- PoC often seek assistance in the network of shelters located along the migrant routes, which currently includes some 140 shelters. UNHCR will continue **strengthening the capacities of the shelters to carry out this outreach and to provide safe conditions for persons seeking asylum, including necessary legal and psycho-social support.** A range of infrastructure improvements are now being implemented in key locations, including Coatzacoalcos (Veracruz), Mexico City and Monterrey.
- UNHCR will continue to provide trainings to shelter management to reinforce their capacity to provide necessary protection and assistance for persons in need of international protection, starting with the necessary follow-up for release from detention (identification of special needs, capacity to refer to relevant institutions and finally facilitating local integration).

**Strengthened Integration Prospects**

- An increasing number of persons in need of international protection see **Mexico as a destination country rather than a transit country and this trend is likely to continue.** One reason why Mexico is increasingly viewed as a destination country is that **prospects for formal employment are good in specific parts of the country**.
- Two years ago, UNHCR started its **relocation, job placement and local integration project**, the results are very promising: Within the first month of the integration process, refugee families become independent from assistance. 92% of participants in working age find a suitable job, 100% of school age children and youth are enrolled in school, and 60% of the participants graduate out of poverty within the first year of the integration process, in accordance with national indicators. Relocated refugees can apply for nationality within the first two years of the integration process and generally can purchase their own house within the first three years. A **UNHCR scholarship program** enables children of relocated families to access tertiary education, which further strengthens their long term integration prospects.
- In 2019, UNHCR's local integration programme will further **expand beyond Saltillo and Guadalajara to include also Monterrey,** and **Aguascalientes**, and on a limited basis in **Tijuana**.
- UNHCR also engages with ministries at federal and state level in order to train civil servants to be able to **recognize documentation issued to asylum-seekers and refugees** and thereby facilitate access to public and private services.
- Through **community-based protection projects**, UNHCR works towards increased social interaction between refugees, asylum-seekers and host communities to reduce social tensions.
- The sustainability of UNHCR's interventions will largely depend on the level of the **inclusion of the PoC into national programmes, development of Public Private Partnership's, as well as on the sustainability of shelters** and other interventions.

# WORKING WITH PARTNERS

In line with the Global Compact on Refugees and Sustainable Development Goal 16 "Peace, Justice and Strong Institutions", UNHCR Mexico works closely with the Government of Mexico, namely with COMAR, INM, the National System for Integral Family Development (DIF), the Foreign Affairs Ministry, and the Public Defender's Office and the Child Protection Authority (Procuraduría). UNHCR will continue to support these institutions through targeted and thematic capacity-building sessions, expert support in areas such as Quality Assurance as well as through financial support. UNHCR Mexico currently works with 17 partner organizations and indirectly with 50 shelters

- UNHCR Mexico works closely with IOM Mexico as part of the coordination for the Venezuela Situation. In 2019, partners of the Regional Refugee and Migrant Response Plan in Mexico and Central America are supporting Governments in collecting and analyzing data on human mobility and the needs of refugees and migrants from Venezuela.
- IOM and UNHCR also co-lead the Working Group on migration and refugees and UNHCR engages with UN Women, UNICEF and UNFPA within the Interagency Group on Gender and Migration.
- Regional cooperation, in particular with Honduras, El Salvador and Guatemala continues to be of utmost importance to improve the protecting space for PoC. UNHCR hopes that Mexico's leadership of the MIRPS process, coupled with the Comprehensive Development Plan under discussion with the NCA countries, will lead to a more coordinated effort to address the root causes of forced displacement from Central America.
- Fostering private sector engagement and diversifying its donor base will remain key priorities in 2019.



**Monthly evolution of asylum claimants in Mexico**
(2014 -2019)

**UNHCR**
The UN Refugee Agency

**MEXICO:** UNHCR Presence
3 April 2019





Creation date: 3 April 2019
Sources: UNHCR

## Offices

1 Branch Office in Mexico City

1 Sub Office in Tapachula

2 Field Offices in Monterrey and Tenosique

4 Field Units in Saltillo, Tijuana, Aguascalientes, and Acayucan

**$59.6 million**
UNHCR's financial requirements 2019



**4%**
funded [2]

- 🟥 Tightly earmarked
- 🟨 Earmarked
- 🟩 Softly earmarked (indicative allocation)
- 🟩 Unearmarked (indicative allocation)
- ⬜ Funding gap (indicative)

## Donors

UNHCR Mexico wishes to convey a special thank you to its donors – the United States of America, Nacional Monte Piedad, I.A.P, the European Union, miscellaneous donors in Mexico, and miscellaneous private donors; as well as to the following donors of softly earmarked funds: Iceland, Italy, New Zealand, Sweden, the United States of America and major donors of un-earmarked contributions: Sweden, Norway, Netherlands, United Kingdom, Germany, Denmark, Switzerland, and Private donors in Spain.

Donors, including the United States of America, have projected additional contributions for 2019 which are not yet reflected in the below funding chart. UNHCR is however concerned that it has not been able to secure **sufficient, predictable, flexible and multi-year funding within the coming years** to protect, respond, include, empower, solve and support asylum-seekers and refugees, as well as the Mexican government in its **sustainable shift from a transit to an asylum country. UNHCR strives to broaden its donor basis and mobilize private sector engagement and investment in refugee hosting areas** to enable greater social and economic inclusion and build the resilience of refugees and their host communities alike. We are looking forward to collaborating with you!

## Contacts

Antonia Hombach, Reporting Officer, Hombach@unhcr.org
Ernesto Diaz, Information Manager, Diaze@unhcr.org