MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION PROHIBITING GOVERNMENT FROM APPLYING ASYLUM BAN TO PROVISIONAL CLASS MEMBERS AND NOTICE THEREOF** |
| v. | |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |
| | Hearing Date: November 4, 2019 |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  bazmy@ccrjustice.org
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  gschwarz@ccrjustice.org
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  aguisado@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  mary.bauer@splcenter.org
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  sarah.rich@splcenter.org
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  rebecca.cassler@splcenter.org
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  kwalters@immcouncil.org
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

PLEASE TAKE NOTICE that on Monday, November 4, 2019, at a time the Court deems proper, or as soon thereafter as the parties may be heard, Plaintiffs will and hereby do move for a preliminary injunction prohibiting the Government from applying the interim final rule, "Asylum Eligibility and Procedural Modifications," 84 Fed. Reg. 33,829 (July 16, 2019) ("Asylum Ban"), *codified at* 8 C.F.R. § 208.13(c)(4), to all non-Mexican noncitizens who were denied access to the U.S. asylum process before July 16, 2019 as a result of the Government's metering policy and continue to seek access to the U.S. asylum process. This motion is based on the attached memorandum of points and authorities and any arguments that may be presented orally at a hearing on this motion.

Dated: September 26, 2019

MAYER BROWN LLP
  Matthew H. Marmolejo
  Ori Lev
  Stephen S. Medlock

SOUTHERN POVERTY LAW CENTER
  Melissa Crow
  Mary Bauer
  Sarah Rich
  Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy
  Ghita Schwarz
  Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters

By: */s/ Stephen M. Medlock*
  Stephen M. Medlock

*Attorneys for Plaintiffs*

1   PLAINTIFFS' MOT. AND NOTICE OF MOT. FOR PROVISIONAL CLASS CERT.

## **CERTIFICATE OF SERVICE**

I certify that on September 26, 2019, I served a copy of the foregoing document by filing it document with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Stephen M. Medlock*

*Counsel for Plaintiffs*