MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kevin K. McAleenan,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**DECLARATION OF MELISSA CROW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF MELISSA CROW

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA  22903
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF MELISSA CROW**

I, Melissa Crow, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a Senior Supervising Attorney with the Southern Poverty Law Center's Immigrant Justice Project and co-lead counsel for the Plaintiffs in this case.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a document bearing the Bates stamps AOL-DEF-00011372. "AOL-DEF" denotes a document produced by Defendants in this litigation. Exhibit 1 is designated "Confidential" under the Court's Protective Order (Dkt. 276).

3. Attached hereto as Exhibit 2 is a true and accurate copy of a report from the U.S. Department of Homeland Security's Office of Inspector General dated September 27, 2018 entitled *Special Review – Initial Observations Regarding Family Separation Issues Under the Zero Tolerance Policy*.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the declaration of Stephanie Leutert.

5. Attached hereto as Exhibit 4 is a true and accurate copy of the declaration of Nicole Ramos.

6. Attached hereto as Exhibit 5 is a true and accurate copy of the declaration of Named Plaintiff Roberto Doe. This individual has signed the declaration using a pseudonym because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

7. Attached hereto as Exhibit 6 is a true and accurate copy of the declaration of K.S. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

8. Attached hereto as Exhibit 7 is a true and accurate copy of the declaration of S.N. This individual has signed the declaration using pseudonymous

1  initials because he or she fears retaliation by U.S. immigration authorities. If the
2  Court requests, Plaintiffs are willing to identify this individual in camera.

3        9.    Attached hereto as Exhibit 8 is a true and accurate copy of the
4  declaration of Bianka Doe. This individual has signed the declaration using a
5  pseudonym because he or she fears retaliation by U.S. immigration authorities. If
6  the Court requests, Plaintiffs are willing to identify this individual in camera.

7        10.   Attached hereto as Exhibit 9 is a true and accurate copy of the
8  declaration of China. This individual has signed the declaration using a pseudonym
9  because he or she fears retaliation by U.S. immigration authorities. If the Court
10 requests, Plaintiffs are willing to identify this individual in camera.

11       11.   Attached hereto as Exhibit 10 is a true and accurate copy of the
12 declaration of Courtney Collins. This individual has signed the declaration using a
13 pseudonym because he or she fears retaliation by U.S. immigration authorities. If
14 the Court requests, Plaintiffs are willing to identify this individual in camera.

15       12.   Attached hereto as Exhibit 11 is a true and accurate copy of the
16 declaration of C.P. This individual has signed the declaration using pseudonymous
17 initials because he or she fears retaliation by U.S. immigration authorities. If the
18 Court requests, Plaintiffs are willing to identify this individual in camera.

19       13.   Attached hereto as Exhibit 12 is a true and accurate copy of the
20 declaration of Djamal Doe. This individual has signed the declaration using a
21 pseudonym because he or she fears retaliation by U.S. immigration authorities. If
22 the Court requests, Plaintiffs are willing to identify this individual in camera.

23       14.   Attached hereto as Exhibit 13 is a true and accurate copy of the
24 declaration of Dora Doe. This individual has signed the declaration using a
25 pseudonym because he or she fears retaliation by U.S. immigration authorities. If
26 the Court requests, Plaintiffs are willing to identify this individual in camera.

27       15.   Attached hereto as Exhibit 14 is a true and accurate copy of the
28 declaration of J.R. This individual has signed the declaration using pseudonymous

initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

16. Attached hereto as Exhibit 15 is a true and accurate copy of the declaration of Jordan Doe. This individual has signed the declaration using a pseudonym because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

17. Attached hereto as Exhibit 16 is a true and accurate copy of the declaration of King Doe. This individual has signed the declaration using a pseudonym because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

18. Attached hereto as Exhibit 17 is a true and accurate copy of the declaration of A.V.M.M. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

19. Attached hereto as Exhibit 18 is a true and accurate copy of the declaration of S.M.R.G. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

20. Attached hereto as Exhibit 19 is a true and accurate copy of the declaration of A.N.H. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

21. Attached hereto as Exhibit 20 is a true and accurate copy of the declaration of M.G. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the

Court requests, Plaintiffs are willing to identify this individual in camera.

22. Attached hereto as Exhibit 21 is a true and accurate copy of the declaration of O.S. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

23. Attached hereto as Exhibit 22 is a true and accurate copy of the declaration of B.B. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

24. Attached hereto as Exhibit 23 is a true and accurate copy of the declaration of Adam Isacson.

25. Attached hereto as Exhibit 24 is a true and accurate copy of the declaration of Brian Griffey.

26. Attached hereto as Exhibit 25 is a true and accurate copy of an email sent by Edward Grodin, Associate General Counsel, Executive Office for Immigration Review ("EOIR"), U.S. Department of Justice, to EOIR leadership regarding application of third-country-transit rule dated September 12, 2019.

27. Attached hereto as Exhibit 26 is a true and accurate copy of a June 18, 2018 article from the New York Times entitled *Kirstjen Nielsen Addresses Families Separation at Border: Full Transcript*.

28. Attached hereto as Exhibit 27 is a true and accurate copy of the declaration of Alejandra Macias Delgadillo.

29. Attached hereto as Exhibit 28 is a true and accurate copy of the declaration of Michelle Brané.

30. Attached hereto as Exhibit 29 is a true and accurate copy of a document bearing the Bates stamps CBPALORT000036.

31. Attached hereto as Exhibit 30 is a true and accurate copy of a July 3, 2019 article from National Public Radio entitled "'Metering' Policy on the Southern

Border Faces Renewed Scrutiny."

32. Attached hereto as Exhibit 31 is a true and accurate copy of a June 17, 2019 article from Public Radio International entitled "Thousands of asylum-seekers left waiting at the U.S.-Mexico border.

33. Attached hereto as Exhibit 32 is a true and accurate copy of a May 9, 2019 article from AP News entitled "For thousands of asylum seekers, all they can do is wait."

34. Attached hereto as Exhibit 33 is a true and accurate copy of a November 28, 2018 article from Vox entitled "The US has made migrants at the border wait months to apply for asylum. Now the dam is breaking."

35. Attached hereto as Exhibit 34 is a true and accurate copy of U.S. Customs & Border Protection, "Southwest Border Migration FY2019 – Office of Field Operations Southwest Border Inadmissibles FY2019" (last modified Sept. 9, 2019), http://bit.ly/2kpwpEn.

36. Attached hereto as Exhibit 35 is a true and accurate copy of a December 17, 2018 letter from U.S. Representatives Jerrold Nadler, Bennie G. Thompson, and Zoe Lofgren to Defendant Kevin K. McAleenan.

37. Attached hereto as Exhibit 36 is a true and accurate copy of a July 29, 2019 article from NBC News entitled *Stephen Miller Want Border Patrol, Not Asylum Officers, to Determine Migrant Asylum Claims*.

38. Attached hereto as Exhibit 37 is a true and accurate copy of a January 28, 2019 article from The Atlantic entitled *An Obscure White House Staffer's Jaw-Dropping Trump Tell-All*.

39. Attached hereto as Exhibit 38 is a true and accurate copy of April 5, 2019 Remarks by President Trump Before Marine One Departure.

40. Attached hereto as Exhibit 39 is a true and accurate copy of April 15, 2019 Remarks by President Trump in Roundtable Discussion on the Economy and Tax Reform.

41. Attached hereto as Exhibit 40 is a true and accurate copy of a transcript of President Trump's April 6, 2019 speech to the Republican Jewish Coalition.

42. Attached hereto as Exhibit 41 is a true and accurate copy of a document bearing the Bates stamps AOL-DEF-00012000. Exhibit 41 is designated "Highly Confidential" under the Court's Protective Order (Dkt. 276).

43. Attached hereto as Exhibit 42 is a true and accurate copy of a document bearing the Bates stamps AOL-DEF-00012012-17. Exhibit 42 is designated "Confidential" under the Court's Protective Order (Dkt. 276).

44. Attached hereto as Exhibit 43 is a true and accurate copy of a document bearing the Bates stamps AOL-DEF-00011122-11232. Exhibit 43 is designated "Highly Confidential" under the Court's Protective Order (Dkt. 276).

45. Attached hereto as Exhibit 44 is a true and accurate copy of a May 2019 report from the American Immigration Council entitled *The Cost of Immigration Enforcement and Border Security*.

46. Attached hereto as Exhibit 45 is a true and accurate copy of U.S. Customs and Border Protection's *Border Security Report Fiscal Year 2018*, dated March 2019.

47. Attached hereto as Exhibit 46 is a true and accurate copy of a report entitled *San Ysidro LPOE Project Facts*, which was published by the U.S. General Services Administration.

48. Attached hereto as Exhibit 47 is a true and accurate copy of the declaration of CCAA. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

49. Attached hereto as Exhibit 48 is a true and accurate copy of the declaration of Marlon Doe. This individual has signed the declaration using a pseudonym because he or she fears retaliation by U.S. immigration authorities. If

1 | the Court requests, Plaintiffs are willing to identify this individual in camera.

2 |     50.   Attached hereto as Exhibit 49 is a true and accurate copy of the declaration of Mowha Doe. This individual has signed the declaration using a pseudonym because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 26th day of September 2019 at Washington, D.C.

*/s/ Melissa Crow*

Melissa Crow

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MELISSA CROW