MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 6 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF "K-S"

I, "K-S", hereby declare under the penalty of perjury under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.
2) I am a citizen and national of Uganda.
3) I am 24 years old.
4) I am single and do not have any children.
5) I left Uganda around March 5, 2019 because of political issues and death threats. I am afraid to return to my home country because there are people who want to kill me because of my political opinion and I know that I will not be safe if I return to Uganda.
6) I left Uganda ~~[crossed out]~~ to Kenya. I left Kenya by plane to Ethiopia. I left Ethiopia by plane to Brazil. I left Brazil by plane to Argentina. I left Argentina by plane to Mexico.
7) I did not apply for asylum in any of the countries through which I traveled.

8) I did not apply for asylum in Kenya because I knew that I would not be safe in Kenya. There were people looking for me to kill me, and I knew that they could easily find me in Kenya.

9) I did not apply for asylum in Ethiopia because I was only there in a "transit room" while waiting for my plane to Brazil. I was only in Ethiopia for a few hours.

10) I did not apply for asylum in Brazil because I was only there for approximately thirty minutes. I did not even get off the plane in Brazil.

11) I did not apply for asylum in Argentina because I was only there in a "transit room" waiting for my plane to Mexico. I was only in Argentina for about an hour.

12) I did not apply for asylum in Mexico because I knew that I would not be safe here. First, Mexico is a very dangerous country. Second, Mexico is a very racist country. There is a lot of discrimination against Africans here in Mexico. For example, when I was in immigration detention in Mexico

City, Africans were always given the food last after everyone else. Also, the Mexican immigration agents took my passport and did not give it back, even though they gave me a document that allowed me to be in Mexico for 45 days. Even at the shelter where I am living now, sometimes the other people here discriminate against me because I am African and because I do not speak much Spanish. When I walk on the streets of Ciudad Juarez, I become a tourist attraction. People laugh at me, point at me, and take pictures of me. One time in a grocery store with other Africans, a Mexican man walked up to us and started cussing at us in Spanish for no reason. Another time, a woman came up to me and started rubbing the skin of my arm without asking. Every time I take the bus in Ciudad Juarez — even if it is very crowded — people move away from me to make sure they do not touch my skin.

13) The neighborhood where the shelter is located is also very dangerous. There is a lot of crime in this neighborhood. We hear gun shots all the time. The shelter has a curfew of 5:30pm because of how

dangerous the neighborhood is. Even though the shelter has a wall around it, this wall is not very tall and it would be easy for people to get in. We do not have any security guards here.

14) I arrived in Ciudad Juarez, Mexico on or about April 22, 2019. I planned to present myself at the Port of Entry in order to seek asylum in the United States.

15) When I arrived in Ciudad Juarez, Mexico, it was about 2 a.m., and I went directly to the Paso del Norte Port of Entry and started walking over the bridge to ask for asylum. Since I had never been there before, I accidentally walked on the wrong side of the bridge. When I got to the middle of the bridge where the Mexican and American flags are, I was stopped by two men in uniforms with assault rifles. I think their uniforms were either black or dark blue, but it was dark. The officers spoke to me in English without an accent. They got mad at me and asked me what I was doing. They even touched me with their gun! I told them that I wanted to ask for asylum. They told me that I had to go back and

get a number and wait. I told them that I could not leave that place; it was very cold that night and I was also scared. They told me that if I wanted to get a number, I would have to wait, because the offices would not be open until the morning. They made me leave the bridge and I slept under a tree just outside of the bridge entrance. The next morning, I went to the office to register myself and get my number.

16) I put my name on the waitlist at the Mexican side of the Paso del Norte Port of Entry because I was told that this was the only way to legally seek asylum in the United States. My number on the waitlist is 12,635.

17) In Ciudad Juarez, there is a Facebook group for people who are waiting on the asylum waitlist. I am a member of this group and I get updates through here. According to the facebook group, the last number to be called was 12,597.

18) If I had not been turned away from the Paso del Norte Port of Entry, I would have entered the United States on or about April 22, 2019.

19) I have been waiting to enter the United States for almost five months. It has been very difficult. I am very tired and feel like I have a lazy mind. The people who run the shelter are very nice, but they do not give us everything we need. Sometimes, I go to bed hungry because there is not enough food for dinner. When I first arrived, the list was moving much faster. Now, it moves very slowly. Sometimes, they do not call anyone at all. Not knowing how fast the list will move is very difficult; psychologically, it is torturing me. Sometimes, I feel very depressed.

20) I have known many people who have given up on the waiting list and decided to instead enter the country illegally. This has been hard for me psychologically because I am stuck behind waiting while they are in the United States starting their process. Sometimes I question myself if I made the right decision waiting.

21) I love my country. I wish I had not had to leave. However, I had to leave to save my life. I already had my mother taken from me; she

was murdered by the same people who want to kill me. Maybe if she were still here, she could take care of me. Instead, I feel alone.

22) I have heard about the new rule that says I cannot qualify for asylum. This seems very unfair. It makes me very perturbed. I left my country to seek asylum. If they had let me enter the United States on April 22, 2019, maybe I would have qualified for asylum. Now, I am really worried that I may never qualify to win asylum.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on 19th of September, 2019, at Ciudad Juarez, Mexico.


"K-8"