MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 7 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
 *bazmy@ccrjustice.org*
 Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
 *gschwarz@ccrjustice.org*
 Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
 *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
 Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
 *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
 Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
 *sarah.rich@splcenter.org*
 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
 *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
 Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
 *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF "S.N."

I, "S.N.", hereby declare under the penalty of perjury under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2) I am a citizen and national of Uganda.

3) I am 45 years old.

4) I have four biological children who are still alive. They are all under the age of twenty-one. They are all still stuck in Uganda and are in danger. They already killed one of my young sons. I used to have five children. I also raise two other children, my neices, since the death of my brother.

5) I fled my home country of Uganda in or about January 2019 because I was fleeing political violence, beatings, the killing of my young son, the disappearance of my husband, and death threats against me. I am terrified to return because they will definitely kill me.

6) I traveled from Uganda to Kenya to Ethiopia to Argentina to Brazil, all by plane except for taking a bus to Kenya. In Brazil, I flew from

Brazil to Mexico.

7) I was in Kenya for approximately ~~xxxx~~ three months. I did not apply for asylum in Kenya because it is the country that borders my country of Uganda and I knew that my life would still be in danger. It is very easy to travel from Uganda ~~to~~ to Kenya by bus. Everyone told me that Ugandans cannot hide in Kenya with success because the people who want to kill them will always find them.

8) I did not apply for asylum in Ethiopia because I was only there for one night; a layover while I waited for my plane the next day to Argentina.

9) I did not apply for asylum in Argentina because I was only there for a few hours; a layover while I waited for my plane ~~xxx~~ ~~xx~~ to Brazil.

10) I did not apply for asylum in Brazil because I was only there for a few hours; a layover while I waited for my plane to Mexico. We did not even get off of the plane in Brazil.

11) I flew from Brazil to the airport in Mexico City. Immigration officials arrested me at the airport. They kept me

in a small room at the airport for 3 days and did not give me any food. I got sick and they finally brought me a doctor. The doctor gave me medicine and ordered them to give me food. They then finally transferred me to an immigration detention center. The immigration officers told me that I was applying for asylum. I filled out forms. I was at the immigration detention center for about 13 days. The officials then gave me a piece of paper with my picture and took me to a hotel. I slept there one night. In the morning, the hotel staff got mad at me and started telling me they wanted money. It was all in Spanish and I only speak a very, very small amount of Spanish. I showed them my paper and they took it from me. They then kicked me out of the hotel angry. I kept asking them to give me back my paper and they would not. They made me go onto the street and kept yelling at me that they were going to call the police. This scared me very much. The hotel was in a scary neighborhood. There were many strange people around. I was on the streets all alone and had

no idea where I was. I even thought about trying to go back to the detention center, but I did not know where it was. I slept on the street all alone for two nights. It was very scary. People would laugh and yell at me in Spanish, so I did not understand what they were saying. People would come up to me and ask to take my picture but I would run away and say no. Several people even grabbed me, and pulled at my arms. I walked all over the city trying to stay safe. I did not eat.

12) Finally, on the third day, I saw a man who was black like me walking down the street. I chased after him. I was so excited to see someone who looked like me and I thought he was African. I ran up to him and asked him, and was so disappointed when he told me that he was Cuban not African. However, he was so kind to me and he spoke ~~spanish~~ English. He took me home with him and his roommates and they gave me something to eat. He told me that he was going to help me buy a bus ticket from Mexico City to Ciudad Juarez so that I could go to the Santa Fe Bridge to ask for asylum

in the United States. He warned me about being very careful in Juarez because it is very dangerous.

13) I took the bus from Mexico City without too many problems. However, everyone else on the bus stared at me. Also, no one would sit next to me and they acted like they were scared of me.

14) When I arrived at the Bus Station in Ciudad Juarez, I took a taxi directly to the Santa Fe Bridge. He took me to the bridge and showed me where to walk. My only money was a $100 bill and I gave it to him and he did not give me any change. I was scared to get in an argument with him because I had heard that Ciudad Juarez was dangerous and because I had already made it to the bridge.

15) I walked up to the bridge and was stopped by the bridge security guards. I explained to them that I wanted to go to America. ~~They~~ ~~[crossed out]~~. They took me into the immigration office and made some phone calls in Spanish. I was crying and scared. They took me to another hotel close and told me to come back in the morning because it was late at night. I was very

scared to be in a hotel again, but luckily this time I did not have problems.

16) I went back to the bridge the next morning and a nice person paid my toll at the bridge and I got in the same line as everyone else. I was so excited that I was finally on my way. I got to the middle of the bridge and was stopped by two men dressed like police officers. They were wearing dark blue uniforms. They asked me for my number. I was confused and told them that I wanted to go to America. They told me that I could not come in and that I needed to go back and get a number. I went and registered myself and got a number. The people there took me to the shelter where I live now. They told me that I would probably only have to wait about 2 months, but it has been much, much longer.

17) I put my name on the asylum waiting list because I was told it was the only way to ask for asylum legally in the United States. My number is 12,632.

18) The Pastor at the shelter tells us every day what number has been called to enter the United States and ask for

asylum. Many days, they do not call anyone at all. I believe that as of today's date, the last number to be called was 12,597.

19) If I had not been turned away from the Santa Fe Bridge, I would have entered the United States around the middle of April 2019.

20) It has been very hard to wait all of these months in Ciudad Juarez for my chance to ask for asylum in the United States. First, there is a lot of racism in Mexico; Ciudad Juarez is just like what I described in Mexico City. People point at me and laugh at me and try and take pictures of me. They grab at my skin and they even grab my hair. It scares me to have everyone staring at me like that. There is also even a lot of racism here in the shelter with many of the Central Americans.

21) Second, Ciudad Juarez is very dangerous. The Pastor has told us that this neighborhood is very dangerous. We have a curfew at 5:30pm because it is so dangerous. I used to go jogging in the neighborhood but stopped because of the danger. We hear shootings all the time. It would be very easy for

criminals to enter the shelter; there is no security. There are shootings all the time. We have to be inside our rooms and quiet by 10pm because of the violence that gets worse at night. Recently, two Cameroonians were attacked outside of the shelter somewhere nearby.

22) Third, things are very difficult at the shelter. We only get two meals per day, and I often have to go to bed hungry. I cannot find work and I cannot speak the language. I feel sad because I am not with my family and also for my child that I lost. It gets lonely here. I feel very anxious and worried. I get scared that I am never going to see my family again, especially now that I heard that I would no longer be allowed to win asylum. It feels so unfair because I waited and waited instead of going in illegally. It makes me feel like I should have not waited and I should have done it illegal so this would not have happened. Now I am so sad and so worried that I will never see my children again. I am not a young woman. I did not need to come to America to make my life; I already

had a good life and a good job and had all the money that I needed to take care of me and my children. I am a professional woman. I have lost everything; they killed my young son and disappeared my husband. My children who are still alive are hiding. I am so scared for them.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on 20th of September, 2019 at Ciudad Juarez, Mexico.

_____
"S.N."