MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kevin K. McAleenan,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 8 TO MOTION FOR PRELIMINARY INJUNCTION** |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
*mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF BIANKA DOE

I, Bianka Doe, hereby declare under the penalty of perjury under the laws of the
United States of America:

1.      I make this declaration based on my personal knowledge except where
I have indicated otherwise.  If called as a witness, I could and would testify
competently and truthfully to these matters.

2.      I am a citizen and national of El Salvador. I am 37 years old.

3.      I am a transgender woman and I have two children, ages 15 and 13,
whom I had to leave behind in El Salvador because my life was in danger. I fled
my home country in November 2017 because I have endured violent attacks and
threats of death for being a transgender woman. Gang members stormed my home
looking for me because I filed police reports against them after they kidnapped and
stabbed me, mutilating my breasts. I am afraid to return to El Salvador because I
am sure I will be tortured and killed by these transphobic criminals.

4.      I traveled through Belize and Guatemala on my way to Mexico. I
stayed for a long while in Belize because I had sisters there to look after me and
help me. I had to leave Belize in or about January 2019 because it is even more
transphobic than El Salvador. In Belize a group of men attacked me, beat me and
cut off my hair for being trans. I spent one day in Guatemala on my way to
Mexico. In Chiapas, Mexico I received medical from Doctors Without Borders. I
fell into a deep depression and was hospitalized. However, Mexico is violently
transphobic and I know I cannot stay living safely here. After healing and getting
back on my feet, I finally made my way to Tijuana in July 2019.

5.      I arrived to the San Ysidro PedWest port of entry in Tijuana on or
about July 12, 2019. I was not allowed to go up the bridge to cross into the United
States because Mexican officials told me I had to get in line to obtain a number on
a waitlist for asylum. I was given the "ficha" number 3646. As of September 19,

2019, people with the number 2983 were called to present themselves at the San Ysidro PedWest port of entry. I am still waiting for my number to be called.

6.      If I had not been turned away from the San Ysidro port of entry and forced to wait in Tijuana, I would have entered the United States on or about July 12, 2019.

7.      I was not expecting to be forced to wait in Tijuana to apply for asylum in the U.S. and I felt terrified. I was scared of being attacked in Mexico and had no one to stay with in Tijuana. I found an LGBT shelter to stay at, but I did not feel comfortable there because it is in a violent and dangerous area rife with drug trafficking. In the shelter they treat us like children with strict curfews for waking up and going to sleep. I made plans to move elsewhere with the little money I was able to save. While packing my things to leave, I was robbed of all of my possessions, including my identity documents, my clothes and my phone. Life here is dangerous and exhausting for me.

8.      When I learned about the new rule that you cannot apply for asylum in the United States unless you were denied asylum in another country you crossed, I felt hopeless.

9.      I cannot be safe seeking asylum in Belize, Guatemala, or Mexico because people are so transphobic in these countries, like they are in El Salvador. My life in Tijuana is extremely difficult and dangerous. I do not have money and I cannot work because I do not have legal permission. A man who owns a hair salon has provided me shelter and food in exchange for helping him around the shop. I live in fear and despair, but I still have hope that I will be able to seek safety in the Untied States and be granted asylum. That is why I am still waiting here for my number to be called.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on September 20, 2019 at Tijuana, Baja California, Mexico.

_____

Bianka Doe

## CERTIFICATION

I, Michelle P. Gonzalez, declare that I am proficient in the English and Spanish languages.

On September 20, 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 20, 2019 at Tijuana, Baja California, Mexico.

_____          09 | 20 | 2019
Michelle P. Gonzalez                              Date