MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 10 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## Declaration of Courtney Collins

I, Courtney Collins, hereby declare under the penalty of perjury under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2) I am a citizen and national of Honduras.

3) I am twenty (20) years old.

4) I left my home country in October 2018 because I was fleeing violence based on my dark skin and my sexual identity as a queer person. I am afraid to return to my home country because there are gang members who are looking for me and they already found me different times when I moved inside of Honduras. I am also afraid to return to Honduras because there is a lot of violence that happens to queer people and to people who are black like me.

5) Before arriving in Ciudad Juarez, I traveled through Guatemala and also through the rest of Mexico.

6) I did not apply for asylum in Guatemala because it did not seem like a safe place for me. I was robbed at gunpoint in Guatemala and then had to sleep in the park. I was very scared. I am black and I was one of the only black people I saw. People would stare at me; laugh at me; call me names like "monkey" and "slave-blood." People would also threaten me for being queer. They called me names like "puto" [faggot] and "hueco" [derogatory slang for gay people; hole]. They also made threats about how I was going to "wake up in a river", meaning that I was going to be killed. I was very scared.

7) When I was crossing from Guatemala to Mexico, I was caught by Mexican immigration officials and taken to "Estación Siglo 21", an immigration detention center. They gave me two options: 1) to be deported to Honduras; or 2) to apply for asylum in Mexico. Therefore, I decided to apply for asylum in Mexico, and they released me from detention to continue my process. I went to live in an apartment in

Tapachula, Chiapas. I had to check in with COMAR, the Mexican asylum and refugee agency, every Tuesday. I did this every week for approximately five months. However, I was once attacked by the Mexican Federal Police in Tapachula. They punched me and took my money and called me a "negro puto" [black faggot]. I was very scared that this would happen again. Therefore, COMAR gave me permission to go to Saltillo, Coahuila.

8) In Saltillo, I had to keep checking in with COMAR every Tuesday. I did this every week for approximately three months. However, then I had a problem with my neighbor. He threatened me and told me that he was a "sicario" [hitman]. I called the police, but they did not take me seriously, and they let the man go the next day. He threatened me again and told me again that he could kill me whenever he wanted, and that the police obviously did not care about protecting a "negro puto" [black faggot]. Once again, I was very scared, and this is when I decided that I had to leave Saltillo for my safety.

9) I arrived in Ciudad Juarez, Mexico on or about the 4th of May. My plan was to present myself at the port of entry in order to seek asylum in the United States since I knew that Mexico was not safe for me.

10) I went to the "Puente Santa Fe" [Paso del Norte Port of Entry] on or about May 5th, 2019. My plan was to present myself and ask for asylum. I paid the toll to enter the bridge on the Mexican side and started to walk over the bridge. I think that I only walked about twenty steps before I was stopped by a Mexican man wearing a light blue uniform. I do not know why he stopped me. He asked me if I had papers to enter the United States, and I told him, "No." He told me that I could not cross and that I had to go back. He told me that I had to get a number to be allowed to cross, and explained to me where to go. I followed his instructions and went where he told me to go.

11) I put my name on the waitlist on the Mexican side of the Paso del Norte Port of Entry because this is what

I was told to do. My number on the waitlist is 13,377.

12) There is a Facebook group for people who are on the waiting list to ask for asylum. According to the Facebook group today, the last number that was called is 12,597.

13) About a month ago, I got frustrated about how long the wait has been, especially because I remain scared in Mexico. I called COMAR in Saltillo to ask about my asylum application, and they told me that it was cancelled because I had missed my appointments. I explained what happened and why I had to flee Saltillo, and they did not care. They told me that it was impossible to apply for asylum again in Mexico, at least for many years.

14) If I had not been turned away from the Paso del Norte Port of Entry, I would have entered the United States on or about May 5, 2019.

15) Since being given my metering number on the waiting list, I have been living in a shelter in Ciudad Juarez for queer people. I do not feel safe in this shelter. First, the neighborhood is

not safe. There are many people in this neighborhood who sell drugs and it is scary. Also, there is a lot of violence against queer people here in Juarez. In the time that I have been here, I have heard about five transgender women being murdered in Juarez. This scares me extra because even though I identify as queer and non-binary, I dress as a woman about 80% of the time. I almost never leave the shelter because I am so scared. The shelter does not have a gate or a fence and many of the windows are broken and it would be very easy for people to enter. I do not feel safe here. I am also the only black person in the shelter and sometimes even the other people in the shelter discriminate against me for my skin color.

16) Like I said, I almost never leave the shelter because I am so scared. At the beginning, in May, I left the shelter one night with some friends. We were all dressed as women. A man stopped us and started calling us "putos" [faggots] and he attacked us. He stabbed me in the wrist with a knife. We were lucky because we were able to run away.

17) Since that time, I almost never leave the shelter because I am so afraid. Every once in awhile, I leave with the shelter director, who is a transgender woman. However, even this is not safe. One time we left and I was dressed as a woman. We were walking on the street in daylight and a man still screamed "putos" [faggots] at us. It was very scary.

18) I am very afraid to remain in Mexico. I know that it is not safe for me as a queer person or as a black person. I feel like a prisoner here, trapped in the shelter. I am anxious, depressed, sad and scared. I have trouble sleeping and have nightmares.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on the 18th of September, 2019 in Ciudad Juarez, Mexico.

_Courtney Collins._
Courtney Collins.

## CERTIFICATION

I, _Taylor Levy_ declare that I am proficient in the English and Spanish languages.

On _18th of September_ 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _18th of September_ 2019 at Ciudad Juarez, Mexico.

_Taylor Kristine Levy_   _9/18/19_
                         Date