MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 13 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
　　Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
　　*bazmy@ccrjustice.org*
　　Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
　　*gschwarz@ccrjustice.org*
　　Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
　　*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
　　Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
　　*mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
　　Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
　　*sarah.rich@splcenter.org*
　　Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
　　*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
　　Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
　　*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## Declaration

My name is [Dora Doe] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and I am a citizen of Cuba. It was necessary for me to leave Cuba to avoid government persecution. I left with my husband, ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓.

I arrived in Mexico the 16th of June 2019, and reached Reynosa on the 30th of June 2019. My friends told me not to go directly to the international bridge, that it was required to go first to Senda de Vida, a shelter, and get on the list. My husband and I got onto the list on July1 , 2019. The shelter was full, so we went to stay with friends in a rented space.

Before that, on June 25, 2019, at 5 am., we tried to take a taxi to the Reynosa shelter, where it would be safer. We were near Mendes, not far from Reynosa. The police stopped us, pulled out the driver and put him in the back of the car. They took us to a house in a very remote place. They beat my husband and the driver. They were in uniform, with white shirts, and heavily armed. They stripped me naked and beat me also. The leader and others were on drugs and the leader wanted to have sex with me but I gave him a strong No.

At 1 pm they took us away and passed us on to another group. These people were in civilian dress and heavily armed. We spent the night with them in a place outside in the brush, like a park. "The Puma" took charge of us. The next day they took us with them on "patrol", 24 hours a day, for 5 days. We never went back to a house.

After maybe 3 days, they called my sister, and put me on the phone with her. We were blindfolded. They put gun to my head. They told my sister that the next day at 11 am she had to deposit four thousand dollars in a certain account. She lives in Houston. They told her if she did not pay, they would sell us to others to harvest our organs. She paid, but they still did not release us. They took us to a place very close to Reynosa where there was a group of about 200 other prisoners; on one side those people who could not pay, to be sold for their organs, and other side people like us who had already paid. We were able to escape.

I am terrified to be here in Mexico. We have tape recordings and other evidence to prove the kidnapping.

When we were finally allowed to cross the international bridge, it was September 6, 2019. The U.S. officials first put us in the hieleras, which were very cold, and we were there for 2 days. They would not let us file for asylum together as a married couple.

The officials did not explain anything to us. All the papers were in English. They asked us questions in Spanish about why we could not return to Cuba, and why we came to the United

States. Why couldn't we stay some other place like Honduras. We explained these places were dangerous. I told them we had already been kidnapped in Mexico.

They sent us back to Mexico despite the danger. We are again in Reynosa, and very afraid, living outside the shelter. On December 9, 2019 we have to go back to Matamoros-Brownsville for our court hearing. We don't know how we will survive. Many migrants are kidnapped or worse by officials and gangs here.

I swear, under penalty of perjury of the laws of the United States that the above is true and correct.

_____[SIGNATURE]_____

Signature

February 19, 2019

## Certificate of Translation

My name is Jennifer K. Harbury, I am a citizen of the United States, and a licensed attorney. I certify that I am fluent in both the English and Spanish languages. I further certify that I accurately translated this document from Spanish to English on September 19, 2019.

_____
Signature

_____
Date: September 19, 2019

Declaracion

Dora Doe

Mi nombre es ███████ y soy ciudadana de Cuba. Fue accessario huir de Cuba para evitar persecucion del gobierno. Fui con mi esposo ███████

Llegé a Mexico 16 Junio 2019, y llegé a Reynosa el 30 de Junio 2019. Mis amigos me informaban que no hay que ir directamente al puente internacial - si no fue requerido ir a Senda de Vida, un alberga, para ponerme en la lista. Yo y mi esposo nos pusimos en la lista ~~esta mismo dia~~, el 1 Julio 2019. La alberga fue llena, entonces fuimos a quedarnos en una renta con amigos.

Antes, el 25 de Junio 2019, ~~Antes~~ nosotros a las 5am, ~~intentos~~ intentemos llegar en taxi a la ~~Alberga~~ Alberga de Reynosa, donde mas seguro. En la calle acercandonos Reynosa la policía nos paraban, quitando el chofer y poniendo lo ~~atras~~. Nos llevaban a un lugar muy remoto a una casa. Golpeaban al chofer y a mi esposo tambien. ~~They were~~ Ellos estaban en uniforme con playeras blancos, y amarillos. ~~Un~~ Me golpearon y desnudaron.

~~Despues algunas hor~~
El jefe y otros usaban drogas y querian estar conmigo pero yo dije fuertemente NO!

pueblo de Mendez

a la 1am nos llevaron y nos pasaban a otro grupo, gente con ropa civil y muy armados. Pasemos la noche con ellos en lugar del monte, como parqueo. "El Puma" se encargo de nosotros. Ellos el día después nos llevan con ellos para "patrullar", 24 horas por día, 5 días. Nunca volvimos a ningún casa.

Después mas o menos 3 días, llamaron a mi hermana, y me puso en el teléfono. Estábamos blindados. Ellos pusieron pistola a mi cabeza. Dijeron a mi hermana que a las 11am del próxima día, ella tenía que depositar 4 mil dolares en cierto cuenta de banco. Mi hermana vive en Houston. Ellos dijieron que si no paga ella, iban vendernos a otra persona para recoger nos organos. Ella pago pero no nos soltaron. Nos llevaban a un lugar cerca a Reynosa, Donde hubo un grupo de otros 200 prisioneros; a un lado, sin dinero, para vender para sus organos. Otro grupo, ya pagado como nosotros. Logremos escapar.

Tengo un terror de estar aquí en Mexico.

Yo tengo grabaciones y fotos y otras pruebas del secuestro.

Cuando en fin logré cruzar el puente internacional, fue el 6 Septiembre 2019. Los oficiales de los E.U. nos pusieron primero en la hierla por 2 días. Fue siper FRIO. No nos permitieron proceder como pareja casados.

Los oficiales no nos explicaban nada. Todos papeles estaban en ingles. En espanol preguntaban porque no podemos volver à Cuba, porque venimos à los Estados Unidos. Porque no quedamos a otra pais como Honduras. Expliqueemos que esas paises son peligrosos. Yo dije que fuimos sequestrados ya en Mexico.

Ellos nos de volvieran à mexico à pesar del peligro. Estamos en Reynosa otra vez con mucho miedo, viviendo en la calle. 9 Diciembre 2019 tenemos que volver a MATAMOROS - Brownsville para la corte. No sabemos como vamos a sobrevivir. Mucha gente migrante son sequestrados o por aqui por oficiales ò maras.

Yo juro, bajo pena de perjuria de la ley de los Estados Unidos, que lo Arriba es la verdad.

_____
Firma

Sept. 19, 2019
_____
Fecha