1   MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2      *mmarmolejo@mayerbrown.com*
    350 S. Grand Avenue
3   25th Floor
    Los Angeles, CA 90071-1503
4      Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5      *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6      (*pro hac vice*)
      *smedlock@mayerbrown.com*
7   1999 K Street, N.W.
    Washington, D.C. 20006
8   Telephone:   +1.202.263.3000
    Facsimile:   +1.202.263.3300
9
    SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11     *melissa.crow@splcenter.org*
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*

15
                  **UNITED STATES DISTRICT COURT**
16
                  **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 16 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

28  [1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4    *aguisado@ccrjustice.org*
  666 Broadway, 7th Floor
5  New York, NY 10012
  Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
    Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
8    *mary.bauer@splcenter.org*
  1000 Preston Ave.
9  Charlottesville, VA
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
10    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
11    *rebecca.cassler@splcenter.org*
  150 E. Ponce de Leon Ave., Suite 340
12  Decatur, GA 30030

13  AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
14    *kwalters@immcouncil.org*
  1331 G St. NW, Suite 200
15  Washington, D.C. 20005
  Telephone: +1.202.507.7523
16  Facsimile: +1.202.742.56

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF KING DOE

I, King Doe, hereby declare under the penalty of perjury under the laws of the
United States of America:

1.      I make this declaration based on my personal knowledge except where
I have indicated otherwise.  If called as a witness, I could and would testify
competently and truthfully to these matters.

2.      I am a citizen and national of Cameroon. I am 31 years old.

3.      I have a wife and three children, ages 8, 6 and 4, whom I had to leave
behind in Cameroon because my life was in danger. I fled my home country
around May 10, 2019 because I am a member of the English-speaking minority in
the Anglophone Crisis, also called the Ambazonia War. Police have illegally
searched my home and arrested me, accusing me of being a separatist. I am afraid
to return to my home country because either the military or government police will
falsely arrest me and kill me, or the separatist forces will mutilate me because they
suspect me of being a traitor after seeing me at the police station several times and
because I refused to obey their guerilla rules.

4.      I traveled through many countries on my way to Mexico, including
Turkey, Ecuador, Colombia, Panama, Costa Rica, Nicaragua, Honduras, and
Guatemala. I happened to run into my younger cousin at the airport in Cameroon
because he is also fleeing the Anglophone Crisis . We made the perilous journey
together.

5.      We also met other migrants while in Ecuador. Together we travelled
from Quito to Colombia to Panama, where groups of armed men extorted money
from us multiple times while we were deep in the forest. We saw people die and
many corpses in that jungle-like forest.

6.      On the bus ride from Chiapas, Mexico to Tijuana, my cousin and I
were nearly kidnapped by the Sinaloa cartel. We were very lucky to escape, and

we were terrified to learn that the cartel usually kills African migrants in order to sell their organs on the black market. They kidnap other migrants for ransom, but do not bother with keeping African migrants alive because they assume we are too poor or that it is not worth it because our families are too far away to pay the ransom money quickly.

7.      After a long and perilous journey, eventually we made it to Tijuana, Mexico. When we arrived to the San Ysidro PedWest port of entry in Tijuana it was the afternoon of July 10, 2019. They told us that the immigration officials only attend people in the morning and so we would have to come back the next day. The following morning, Mexican immigration officials told us that we were not allowed to go directly into the United States. All of the other migrants waiting there told us that they will just send you back if you try to go up the bridge and through the gate to the United States. In fact, not long ago my friend attempted this and they turned him away. The Mexican officials near the San Ysidro port of entry told us we had to get in line to obtain a number to request asylum in the United States.

8.      On July 11, 2019, I waited in line in the plaza near the bridge and presented my national identity card to the Mexican immigration officials because I had no other choice if I wanted to seek asylum in the United States. I was given the "ficha" number 3643. As of September 19, 2019, people with the number 2983 were called to present themselves at the San Ysidro PedWest port of entry. I am still waiting for my number to be called.

9.      If I had not been turned away from the San Ysidro port of entry and forced to wait in Tijuana, I would have entered the United States on July 10, 2019.

10.     I did not apply for asylum in Ecuador, Colombia, Panama, Costa Rica, Nicaragua, Honduras, Guatemala or Mexico because I was mistreated throughout my journey and did not feel I would be safe. I was robbed repeatedly at gunpoint

and transported like property by armed military officials. When I arrived in Ecuador, the immigration officials called me a monkey. Moreover, I was never offered assistance or the opportunity to obtain asylum. I do not have any feeling of safety in these countries. Finally, here in Mexico, the immigration officials are terrible to us. They have other migrants working for them selling numbers and taking bribes from asylum seekers desperate to enter the United States. Last week a friend of mine told me that if I had $750 the Mexican immigration officials will take me directly to the bridge to cross into the United States. Some have even paid $1350 to cross over.

11.     I did not apply for asylum in Turkey because I never even left the airport while I was there. I did not feel I would be safe and I do not speak the language. Moreover, there is no one there to help us and I believed the United States respects human rights and would recognize my asylum claim.

12.     My life in Tijuana is very difficult, exhausting and at times terrifying. I do not have money to provide myself food or send home to my family that is struggling in Cameroon without me. I have gone hungry many nights. Life is very hard for me here. Tijuana is dangerous for black migrants.

13.     I am terrified of being forced to return to Cameroon. I cannot go back or I will either be arrested and tortured by state police or I will be captured and maimed by separatist forces.

14.     When I learned about the new rule that we will not be allowed to seek asylum in the United States unless we were denied asylum in another country we crossed to arrive here, I did not sleep the entire night. I was completely distressed. I sold my land in Cameroon to pay for my dangerous travels here. I have a family fearing for my safety and depending on me for financial support. My journey here was so grueling and at times, humiliating. I don't know what I will do if I am not allowed to seek asylum in the United States.

15.    I try to calm myself by remembering the struggles of the Hebrew people in the Bible because I am a Christian. I think to myself that it was so hard for them to escape the land of Egypt and that even Pharaoh was cruel and refusing to let them flee. That is what I am facing, but I still have faith that I will overcome. I still believe that the United States is a place where human rights are valued and that I will reach safety. Every day I follow the numbers being called and I pray for patience and strength to go on.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on September 20, 2019 at Tijuana, Baja California, Mexico.

_____

King Doe