MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page
Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 20 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF M.G.

I, M.G., hereby declare under the penalty of perjury under the laws of the United States:

1. I make this declaration based on my own personal knowledge except where indicated otherwise. If I am called as a witness, I could and would testify competently and truthfully on these matters.

2. I am a citizen of Cuba.

3. I am 28 years old.

4. I fled my country approximately February 15, 2019 because members of the police and the local government harassed me because of my political views. I suffered retaliation and persecution for expressing myself in an incorrect way, in their view. On December 17, 2018, a political official hit me in the mouth because I called the governing party corrupt.

5. I am afraid to return to my country because I believe they will imprison me, given that I was threatened by the government before I left Cuba. My life would be impossible in Cuba.

6. I traveled from Cuba to Guyana. From Guyana, I traveled through several counties en route to Mexico, including Brazil, Uruguay, Peru, Ecuador, Colombia, Panama, Costa Rica, Nicaragua, Honduras, and Guatemala. It was a very difficult journey. In Panama I slept for seven days in the river, because if I stayed out of the water I could have been eaten by the animals.

7. I did not seek asylum in the countries I traveled through, nor in Mexico, due to the violence and drugs that exist in those countries, and I did not consider any of those countries a safe country.

8. I arrived in Matamoros, Mexico, at the border between Mexico and the United States, approximately June 8, 2019. On the same day that I arrived in

Matamoros, I went to the port of entry, which is at a bridge between Matamoros, Mexico and Brownsville, Texas.

9. At the bridge, there were Mexican immigration officials who would not permit me to cross. Also, there was a checkpoint of American officials in the middle of the bridge that we were not permitted to approach. The Mexican officials told me that first I had to put myself on a list. They instructed me to put myself on the list to wait my turn to be called by the American authorities, to be inspected and processed at the port of entry.

10. I put myself on the waitlist in Matamoros on June 11, 2019. My number on the list was 2007. The list was controlled by a person who identified themselves as a Mexican migration official, o "INM."

11. If I had not been rejected at the port of entry or required to put myself on the list, I would have entered the port of entry to seek asylum in the United States on June 8, 2019.

12. At the beginning of my stay in Matamoros, I slept on the street. Later, a group of us migrants got together to pay rent for one place for all of us to stay together.

13. After more than a month, I decided to cross the river to seek asylum in the United States. My number had not yet been called. I decided to leave because of the violence at the border, I was afraid for my life. So, I reached the decision to risk my life again but this time in the river. I swam across, risking my life again, on July 18, 2019.

14. Immigration officials seized me as soon as I stepped on American territory, I turned myself in to them and they took me to a hielera, where I was imprisoned, without being able to clean myself, without being able to sleep, and eating poor food.

15. Later, on approximately the July 23, 2019, the American government returned me to Mexico to wait for my immigration court hearings. For the moment I am living in Monterrey. Mi first hearing was September 19, 2019, in Laredo, Texas.

16. I am really afraid to continue waiting in Mexico. I witnessed when some people arrived outside the INM office in Nuevo Laredo and were kidnapped, in plain sight, and nobody did anything. I don't know more about what happened to them, only that they called their families asking for nine thousand dollars.

17. I am afraid for my life, in my country and here in Mexico. I need humanitarian protection.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 23rd day of September, 2019 in Monterrey, Mexico.

___M.G._____
M.G. (initials only)

# DECLARACIÓN DE M.G.

Yo, M.G., por la presente declaro bajo pena de perjurio en conformidad con las leyes de los Estados Unidos:

1. Hago esta declaración basado en mi conocimiento personal excepto donde he indicado lo contrario. Si me llamaran como testigo, podría testificar y testificaría de manera competente y veraz sobre estos asuntos.

2. Soy ciudadano de Cuba.

3. Tengo 28 años.

4. Yo huí de mi país aproximadamente el 15 de febrero del año 2019 porque miembros de la policía y el gobierno local me acosaban por mis posiciones políticas. Sufrí represalias y persecución política por expresarme de forma incorrecta, según ellos. El 17 de diciembre del año 2018, un oficial político me pegó en la boca por decirles corruptos al partido del gobierno.

5. Tengo miedo de regresar a mi país porque creo que van a meterme preso, dado que había sido amenazado por el gobierno antes de salir de mi país. Mi vida sería imposible en Cuba.

6. Yo viajé de Cuba a Guyana. De Guyana, atravesé por varios países en rumbo a México, incluyendo Brasil, Uruguay, Perú, Ecuador, Colombia, Panamá, Costa Rica, Nicaragua, Honduras, y Guatemala. Fue un viaje muy duro. En Panamá me dormí por siete días en el río, debido a que si me quedaba fuera del agua podía ser comido por los animales.

7. No solicité asilo en los países que atravesé, ni en México, por la violencia y las drogas que existen en esos países, y no consideré a ninguno de los países un país seguro.

8. Llegué en Matamoros, México, en la frontera entre México y los EEUU, aproximadamente el 8 de junio del año 2019. El mismo día que llegué en Matamoros, fui al puerto de entrada, cual está en un puente entre Matamoros,

México y Brownsville, Téxas.

9. En el puente, oficiales de inmigración mexicana no me permitieron cruzar el puente. Además, había un retén de oficiales estadounidenses a mitad del puente que no nos permitieron acercarnos. Los oficiales mexicanos me dijeron que debía primero apuntarme en una lista. Ellos me instruyeron anotarme en una lista para esperar el turno de llamado por autoridades estadounidenses, para ser inspeccionado y procesado en el puerto de entrada.

10. Me anoté en la lista de espera en Matamoros el 11 de junio del año 2019. Mi número en la lista fue 2007. La lista era controlada por una persona que se identificó como oficial de migración nacional en México, o INM.

11. Si no hubiera sido rechazado en el puerto de entrada ni requerido anotarme en la lista, hubiera entrado al puerto de entrada para solicitar asilo en los EEUU el 8 de junio del año 2019.

12. Al principio de mi estancia en Matamoros, dormía en la calle. Después un grupo de migrantes cooperamos entre nosotros para pagar una renta entre todos.

13. Después de más que un mes, yo decidí cruzar el río para solicitar asilo en los EEUU. Todavía no habían llamado mi número. Decidí salir por la violencia que hay en la frontera, yo tenía miedo por mi vida. Por eso, llegue a la decisión de arriesgar nuevamente mi vida pero esta vez por el río. Cruzé nadando, arriesgando nuevamente mi vida, el 18 de julio del año 2019.

14. Me agarraron oficiales de migración en cuanto pise territorio estadounidense, me entregué con ellos y me llevaron a la hielera, donde fui encerrado, sin poder asearme, sin poder dormir y comiendo comida mala.

15. Después, en aproximadamente el 23 de julio del año 2019, el gobierno estadounidense me regresó a México para esperar mis audiencias en la corte de inmigración. Por el momento estoy viviendo en Monterrey. Mi primera audiencia

fue el 19 de septiembre del año 2019, en Laredo, Téxas.

16. Tengo mucho miedo de quedarme esperando en México. Yo fui testigo de cuando unas personas llegaron a las afueras del despacho del Instituto de Migración, en Nuevo Laredo, y secuestraron a unos inmigrantes, a la vista de todos y nadie hizo nada. No se más de ellos, solo llamaron a la familia de ellos pidiendo nueve mil dólares.

17. Yo tengo miedo por mi vida, en mi país y aquí en México. Necesito protección humanitaria.

Declaro bajo pena de perjurio según las leyes de los Estados Unidos que todo lo anterior es verdadero y correcto.

Ejecutado el día 23 de septiembre, 2019 en *Montery*, México.

*MG*

M.G. (firma de iniciales)

## TRANSLATOR'S CERTIFICATION

I, _Gabriela Maxcy_, declare that I am fluent in the English and Spanish languages.

I have reviewed the original Spanish declaration and the foregoing English translation thereof, and I certify that the English version is a faithful and accurate translation of the Spanish-language original.

I hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on the __23__ day of September, 2019 in __ATLanTa__, __Georgia__.

_____        _September 23, 2019_
Name: Gabriela Maxcy                             Date