MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 25 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

Information re the asylum transit interim final rule

All,

Please see updated guidance below re: the asylum transit interim final rule.

**Christopher A. Santoro**
Deputy Chief Immigration Judge

**From:** Grodin, Edward (EOIR) <Edward.Grodin@EOIR.USDOJ.GOV>
**Sent:** Thursday, September 12, 2019 1:38 PM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Owen, Sirce E. (EOIR) <Sirce.Owen@EOIR.USDOJ.GOV>; Gupta, Dimple (EOIR) <Dimple.Gupta@EOIR.USDOJ.GOV>; Alder Reid, Lauren (EOIR) <Lauren.AlderReid@EOIR.USDOJ.GOV>; Neal, David L. (EOIR) <David.Neal@EOIR.USDOJ.GOV>; Adkins-Blanch, Chuck (EOIR) <Chuck.Adkins-Blanch@EOIR.USDOJ.GOV>; Santoro, Christopher A (EOIR) <Christopher.Santoro@EOIR.USDOJ.GOV>; Maggard, Print (EOIR) <Print.Maggard@EOIR.USDOJ.GOV>; Cheng, Mary (EOIR) <Mary.Cheng@EOIR.USDOJ.GOV>; Lin, Austin (EOIR) <Austin.Lin@EOIR.USDOJ.GOV>
**Cc:** Anderson, Jill (EOIR) <Jill.Anderson@EOIR.USDOJ.GOV>; Baptista, Christina (EOIR) <Christina.Baptista@EOIR.USDOJ.GOV>; Hartman, Alexander (EOIR) <Alexander.Hartman@EOIR.USDOJ.GOV>; Robbins, Laura (EOIR) <Laura.Robbins@EOIR.USDOJ.GOV>
**Subject:** RE: Updated Guidance: Ninth Circuit Stay Order - Asylum Transit Interim Final Rule Litigation
**Importance:** High

Good afternoon EOIR Leadership,

Late yesterday, the Supreme Court issued the attached order in *Barr v. East Bay Sanctuary Covenant*, No. 19A230, staying two orders issued by the district court that had enjoined nationwide the application of the DOJ/DHS joint interim final rule, "Asylum Eligibility and Procedural Modifications," 84 Fed. Reg. 33,829 (July 16, 2019)—i.e., the third-country-transit rule. The Supreme Court's order provides: "The district court's July 24, 2019 order granting a preliminary injunction and September 9, 2019 order restoring the nationwide scope of the injunction are stayed in full pending disposition of the Government's appeal in the United States Court of Appeals for the Ninth Circuit and disposition of the Government's petition for a writ of certiorari, if such writ is sought.  If a writ of certiorari is sought and the Court denies the petition, this order shall terminate automatically.  If the Court grants the

petition for a writ of certiorari, this order shall terminate when the Court enters its judgment."

In light of the Supreme Court's order, OIL advises that the third-country-transit rule now applies nationwide to:

- (1) All credible-fear screenings, or immigration-judge reviews of such screenings, that are either conducted after or remain pending after September 11, 2019; and

- (2) All asylum applications filed by aliens who entered, attempted to enter, or arrive in the United States on or after July 16, 2019—whether filed affirmatively with USCIS or defensively in removal proceedings—that remain pending (whether before USCIS, before an immigration judge, or before the Board of Immigration Appeals) after September 11, 2019.

OIL further advises, in line with the above, that the rule should not be applied to any alien who has a final administrative decision granting asylum on or before September 11, 2019. However, if the case is still pending on appeal before the Board, the rule may apply. Additionally, as a reminder, the rule applies only to an alien who enters, attempts to enter, or arrives in the United States across the southern land border on or after July 16, 2019.

Thank you for bearing with the several updates in our guidance these past few weeks.

Best,

Edward

Edward Grodin
Associate General Counsel
Office of the General Counsel
Executive Office for Immigration Review
United States Department of Justice
Telephone: (703) 756-8086
Email: edward.grodin@usdoj.gov