MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 30 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

Capital Public Radio
Here & Now



NPR NEWSCAST   DONATE   LIVE RADIO   SHOWS

NATIONAL

# 'Metering' Policy At The Southern Border Faces Renewed Scrutiny

LISTEN · 3:51    PLAYLIST    Download

Transcript

July 3, 2019 · 4:33 PM ET
Heard on All Things Considered

ELIZABETH TROVALL

An update on the Trump administration's use of "metering," or making asylum seekers wait weeks before being allowed to cross into the U.S. Several migrants have died recently trying to cross illegally.

MARY LOUISE KELLY, HOST:

Hundreds of migrants have died crossing the border illegally this year, including a Salvadoran father and daughter who drowned last week. A picture of their bodies on the banks of the Rio Grande went viral.

So why do so many migrants take the risk? Some say they are frustrated by how long it takes to cross at legal ports of entry, as the U.S. limits how many can get in at any one time. Houston Public Media's Elizabeth Trovall reports.

ELIZABETH TROVALL, BYLINE: Migrant children greet Mike Benavides with hugs whenever he crosses the bridge into Matamoros, Mexico. He runs a nonprofit in Brownsville and brings food over every day.

MIKE BENAVIDES: We try to keep these people as comfortable as we can, but you can see the conditions. There's nothing comfortable about spending your day sitting on a concrete sidewalk.

TROVALL: Large crowds of migrants gather daily in a plaza next to the bridge. Xiamara is one of them. She says she fled her home country of Honduras after receiving death threats from gangs when she ran for office. She's spent the last two months here.

XIAMARA: (Speaking Spanish).

TROVALL: Xiamara says waiting here isn't easy. She asked us not to use her last name because she doesn't want to hurt her family's chance of getting asylum in the U.S. She says money is tight, and her daughters are sick. One has had two epileptic seizures since they've been here.

XIAMARA: (Speaking Spanish).

TROVALL: This waiting game is the new normal for asylum-seekers arriving at ports of entry like this. It's called metering. It was used sparingly under Obama but has become common practice under the Trump administration.

It works like this. Instead of being allowed to cross into the U.S., asylum-seekers now have to wait in Mexico. In Matamoros, Mexican immigration officials keep a waitlist. When U.S. officials give the go-ahead, Mexican officials call out the next name. Hundreds of names are on that list. But each week, only about seven are called. Wait times stretch for two months or longer. Many are terrified in this city plagued by homicides and kidnappings.

NORA: (Speaking Spanish).

TROVALL: Nora, a Honduran woman who asked that her full name not be used, says she's terrified all the time. The other day, she says, she thought she would die of fear. She prays to God to calm her nerves so she doesn't make a rash decision.

NORA: (Speaking Spanish).

TROVALL: "Sometimes," she says, "you make mistakes because you're desperate just like the Salvadoran father and daughter who died in the river."

While migrants here lament the long wait times, folks in Washington are also weighing in. Here's U.S. Citizenship and Immigration Services Director Ken Cuccinelli on CNN.

(SOUNDBITE OF ARCHIVED RECORDING)

KEN CUCCINELLI: That father didn't want to wait to go through the asylum process in the legal fashion so decided to cross the river and not only died, but his daughter died tragically, as well.

TROVALL: Others blame metering. Democratic presidential candidate Julian Castro says that's why the Salvadoran family took the risk.

(SOUNDBITE OF ARCHIVED RECORDING)

JULIAN CASTRO: So they got frustrated, and they tried to cross the river, and they died because of that.

UNIDENTIFIED PEOPLE: (Singing) Hallelujah, hallelujah...

TROVALL: La Lomita Chapel sits on the U.S.-Mexico border in the Rio Grande Valley, where the bodies of the father and daughter were found last week along with the bodies of a young woman and three small children. Father Roy Snipes and parishioners prayed they rest in peace in an intimate sunrise mass.

ROY SNIPES: That's our prayers. We remember these people - young people who were born into eternal life right here - right here on the Rio Grande.

TROVALL: After mass, they made their way to release six wreaths into the Rio Grande. For NPR News, I'm Elizabeth Trovall.

*Copyright © 2019 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by Verb8tm, Inc., an NPR contractor, and produced using a proprietary transcription process developed with NPR. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*

# Sign Up For The NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

What's your email?

SUBSCRIBE

By subscribing, you agree to NPR's terms of use and privacy policy.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# More Stories From NPR



HEALTH

Juul Accepts Proposed Ban On Flavored Vaping Products As CEO Steps Down



NATIONAL

Veterans Affairs Secretary Evicts Members Of Congress From Offices In VA Hospitals

# Popular on NPR.org



POLITICS

Case 3:17-cv-02366-BAS-KSC Document 294-32 Filed 09/26/19 PageID.8297 Page 8 of 12

Trump Asked Ukrainian President For 'A Favor' On Biden; DOJ Says No Charges



POLITICS
What Were The Bidens Doing In Ukraine? 5 Questions Answered



SCIENCE
Earth's Oceans Are Getting Hotter And Higher, And It's Accelerating



ARTS & LIFE

MacArthur 'Genius' Grant Winners Attest To 'Power Of Individual Creativity'

## NPR Editors' Picks



BUSINESS

Under Pressure To Bid Up Growth, EBay Parts Ways With Its CEO



EUROPE
British Parliament Returns To Work In The Gathering Shadow Of Brexit



MIDDLE EAST
Iran's Rouhani Touts Gulf Peace Plan, Says It Would Start With U.S. Troops Leaving

Case 3:17-cv-02366-BAS-KSC Document 294-32 Filed 09/26/19 PageID.8300 Page 11 of 12



MUSIC FEATURES

Robert Hunter's Words Helped Bring Life To The Grateful Dead

| READ & LISTEN | CONNECT |
| --- | --- |
| Home | Newsletters |
| News | Facebook |
| Arts & Life | Twitter |
| Music | Instagram |
| Podcasts | Contact |
| Programs | Help |

| ABOUT NPR | GET INVOLVED |
| --- | --- |
| Overview | Support Public Radio |
| Finances | Sponsor NPR |
| People | NPR Careers |
| Press | NPR Shop |
| Public Editor | NPR Events |
| Corrections | Visit NPR |

terms of use

privacy

your privacy choices

text only

© 2019 npr