MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 31 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

 **PRI**®　　　　　DONATE

Refugees

# Thousands of asylum-seekers left waiting at the US-Mexico border

**The Conversation**

June 17, 2019 · 4:30 PM EDT

By **Savitri Arvey**

and **Steph Leutert**



Roberto Marquez, known as Roberz, writes on a large US flag as part of a protest called "United States of Immigrants," aimed to demand respect for the migrants, near a border wall in El Paso, Texas, as pictured from Ciudad Juárez, Mexico, June 6, 2019.

Credit: Jose Luis Gonzalez/Reuters

We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND.　CLOSE

border crossings have reached levels last seen in 2006.

Yet, while the number of families arriving between official border crossings has skyrocketed, the number of migrants seeking asylum at official border crossings has remained relatively constant, at around 4,200 per month.

It's not that these families prefer to cross the Rio Grande or scale the border wall. Instead, our research shows that at least part of this pattern can be explained by a US policy that has left thousands of individuals waiting to request asylum in Mexican border cities since the summer of 2018.

## A shift in US policy

In May 2018, US Customs and Border Protection officials began a practice known as "metering" across the southern border.

This means that officials are stationed at official ports of entry along the border to notify arriving asylum-seekers that US border crossings are full due to "limited processing capacity" and they will have to wait in Mexico until space becomes available. Previously, officials processed all asylum-seekers that showed up at crossings.

*Related:* How does seeking asylum work at the US border?

At the same time that the metering process began, these US officials started coordinating with Mexican officials to alert them of their capacity and how many asylum-seekers the ports could accept per day.

We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND.   CLOSE

In December, we published a report with four colleagues that documented the spread of metering along the US-Mexico border and responses within Mexican border cities.

Soon after the report was published, new migration dynamics began to shift what metering looked like in these border cities, so we published an update in February and another in May.

*Related:* [As hundreds more asylum-seekers are sent back to Mexico, rights groups say US policy is illegal](#)

These reports draw on dozens of interviews with Mexican government officials and civil society representatives, as well as in-person observations at ports of entry.

Our reports show that the number of people waiting in border cities to seek asylum at ports of entry has increased — from approximately 6,000 in November 2018, when the Honduran migrant caravan arrived in Tijuana, Baja California, to 19,000 in May 2019.

The increasing numbers have resulted in longer wait times along the entire border. In November 2018, most asylum-seekers waited a few days or weeks for their turn on the list to request asylum at the port of entry. Now, asylum-seekers wait one to two months in most cities for the chance to ask for asylum at a port of entry. In Ciudad Juárez, Chihuahua and San Luis Río Colorado, Sonora, they wait over four months.

## Waiting asylum seekers

The estimated number of asylum-seekers waiting in Mexican border cities to enter the U.S. has increased

We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND.    CLOSE



Chart: The Conversation, CC-BY-ND • Source: Sabitri Arvey, University of California San Diego, and Steph Leutert, University of Texas at Austin • Get the data

## Waitlists

A growing number of Mexican border cities have developed waitlists to organize the lines of asylum-seekers, coordinating with Customs and Border Protection officials on how many are accepted per day.

While all major border cities have waitlists, smaller cities now also have started their own waitlists. These lists are managed by a range of administrators, including Mexico's National Migration Institute, state and municipal governments, civil society organizations and asylum-seekers themselves.

The list logistics also vary. They may include writing name and nationality in a notebook; sending personal contact information through social media, such as a private Facebook group; or sending a Whatsapp note to the list officiator.

This lack of standardization is not only confusing for asylum-seekers, but can create nontransparent processes that foster corruption. For example, we and others have heard allegations of list administrators charging bribes to add asylum-seekers to

We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND.    CLOSE

## Where asylum-seekers wait

At Mexican border towns, an estimated 19,000 asylum-seekers are waiting to enter the U.S.



We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND.    CLOSE

*Data as of May 2019.*

Map: The Conversation, CC-BY-ND • Source: Sabitri Arvey, University of California San Diego, and Steph Leutert, University of Texas at Austin

The increase in the number asylum-seekers and longer wait times has put a stress on shelters in Mexican border cities, which all reported to us that they were over capacity.

As a result, asylum-seekers rent hotel rooms and apartments or sleep on the streets. This increases their risks of being preyed upon by organized criminals or other

opportunistic actors.

## Creating new issues

The nonstandard waiting list process, long wait times and security threats in Mexican border cities have pushed some individuals to cross without authorization between US ports of entry to request asylum.

An October 2018 [Department of Homeland Security report](#) documented this trend, noting that metering "may have led asylum-seekers at ports of entry to attempt illegal border crossings" after being turned away at ports of entry. It has also created confusion with the waitlists in Mexican border cities, as some asylum-seekers do not show up for their turns.

*Related:* [*Deporting asylum-seekers without giving them a chance to make their case would violate US and international laws*](#)

We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND.   CLOSE

With larger numbers of people waiting to seek asylum and others waiting during their asylum cases, Mexican border communities will likely continue to feel the strain.

Savitri Arvey is a graduate student researcher at the Center for US-Mexican Studies at the University of California San Diego and Steph Leutert is the director of the Mexico Security Initiative at the University of Texas at Austin.

This article is republished from The Conversation under a Creative Commons license. Read the original article.

**Want a seat at the table?**

Every morning, the editorial team at public radio's international news show The World meets to plan what they'll cover that day. Want to see what's on deck?

Sign up for our daily newsletter TOP OF THE WORLD and get the big stories we're tracking delivered to your inbox every weekday morning.

Your name

Your email

SUBSCRIBE

*Top of the World is a beta project, which means we'll be testing concepts and may ask for your feedback. You will receive the first newsletter Monday, September 23rd.*

We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND.   CLOSE

## Latest Content



**Cut emissions to avert catastrophic sea-level rise: UN climate report**

We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND. CLOSE

In Québec, teachers return to school under new religious symbols ban

## We are Public Media

Support us with a monthly recurring gift

Donate

## Sign up for Top of the World

The World's daily email newsletter

Your name

Your email

Subscribe



Main funding provided by

We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND. CLOSE

About PRI | Contact us | Donate | Meet the PRI.org Team | Privacy policy | Terms of use

©2019 Public Radio International

We use cookies to understand how you use our site and to improve your experience. To learn more, review our **Cookie Policy**. By continuing to use our site, you accept our use of cookies and **Privacy Policy**.

OK, I UNDERSTAND. CLOSE