MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 34 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

🇺🇸 Official website of the Department of Homeland Security

(https://instagram.com/customsborder/) (https://www.flickr.com/photos/cbpphotos/) (https://twitter.com/cbp) (https://www.linkedin.com/company/2997?trk=tyah) (https://www.youtube.com/user/customsborderprotect)



U.S. Customs and Border Protection (/)

# Southwest Border Migration FY 2019



U.S. Border Patrol Southwest Border Apprehensions FY 2019

| USBP | Demographic | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Southwest Border | Unaccompanied Alien Child | 4,963 | 5,258 | 4,752 | 5,105 | 6,817 | 8,956 | 8,882 | 11,475 | 7,373 | 5,563 | 3,729 | | 72,8… |
| | Family Units* | 23,115 | 25,164 | 27,507 | 24,188 | 36,530 | 53,206 | 58,715 | 84,490 | 57,353 | 42,546 | 25,057 | | 457,8… |
| | Single Adult | 22,931 | 21,433 | 18,489 | 18,686 | 23,533 | 30,671 | 31,677 | 36,894 | 30,178 | 23,873 | 21,907 | | 280,2… |
| Southwest Border Total Apprehensions | | 51,009 | 51,855 | 50,748 | 47,979 | 66,880 | 92,833 | 99,274 | 132,859 | 94,904 | 71,982 | 50,693 | | 811,0… |

*Family Unit represents the number of individuals (either a child under 18 years old, parent, or legal guardian) apprehended with a family member by the U.S. Border Patrol.

In August, 50,693 people were apprehended between ports of entry on the Southwest Border, compared with 71,982 in the month of July and 94,904 in June. In FY18, a total of 396,579 individuals were apprehended between ports of entry on our Southwest Border.

For breakdown by Sector, visit **USBP Southwest Border Apprehensions by Sector (/newsroom/stats/sw-border-migration/usbp-sw-border-apprehensions)**

# Office of Field Operations Southwest Border Inadmissibles FY 2019

| Field Operations | Demographic | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Southwest Border | Unaccompanied Alien Child | 454 | 405 | 351 | 410 | 426 | 424 | 385 | 386 | 306 | 292 | 396 | | 4,235 |
| | Family Units* | 4,178 | 4,989 | 4,390 | 4,223 | 4,210 | 4,215 | 3,637 | 4,139 | 3,627 | 4,364 | 5,993 | | 47,965 |
| | Single Adults | 5,058 | 5,148 | 5,221 | 5,629 | 4,950 | 6,169 | 6,075 | 6,801 | 5,457 | 5,328 | 6,838 | | 62,674 |
| | Accompanied Minor Child** | 86 | 70 | 81 | 70 | 76 | 91 | 92 | 70 | 68 | 89 | 86 | | 879 |

| Field Operations | Demographic | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Southwest Border Total Inadmissibles | | 9,776 | 10,612 | 10,043 | 10,332 | 9,662 | 10,899 | 10,189 | 11,396 | 9,458 | 10,073 | 13,313 | | 115,753 |

*Family Unit represents the number of individuals (either a child under 18 years old, parent, or legal guardian) deemed inadmissible with a family member by the Office of Field Operations.

**Accompanied Minor Child represents a child accompanied by a parent or legal guardian and the parent or legal guardian is either a U.S. Citizen, Lawful Permanent Resident, or admissible alien, and the child is determined to be inadmissible.

In August, 13,313 people presenting themselves at ports of entry on the Southwest Border were deemed inadmissible, compared with 10,073 in the month of July and 9,458 in June. In FY18, 124,511 people presenting themselves at ports of entry on the Southwest Border were deemed inadmissible.

OFO inadmissibility metrics include: individuals encountered at ports of entry who are seeking lawful admission into the United States but are determined to be inadmissible, individuals presenting themselves to seek humanitarian protection under our laws, and individuals who withdraw an application for admission and return to their countries of origin within a short timeframe.

For breakdown by Field Office, visit **Southwest Border Inadmissibles by Field Office (/newsroom/stats/sw-border-migration/ofo-sw-border-inadmissibles)**.

**Last modified:** September 9, 2019

 Share This Page.