MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 40 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

9/24/2019    Transcript Quote: Speech: Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada - April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC   Document 294-42   Filed 09/26/19   PageID.8421
Page 3 of 38

# Speech: Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada - April 6, 2019

📖 Israel    📖 United States    💼 Democrats    ● president    📖 Republicans    🔍 great day    🔍 great people    🔍 Last year

👍 Positive

## Donald Trump



1

Shabbat, Shalom. Thank you. What a great day. Thank you, Norm, for that wonderful introduction and for your leadership of this truly tremendous organization. So many friends, I have so many friends out in the audience. Thank you very much for being here. [Audience cheers] Thank you. Thank you. [Audience cheers] Thank you very much.

💼 AI    🔍 machine transcript    🔍 proofread transcript    🔍 friends

👍 Positive


## Donald Trump



2

He's going back home to mommy and he will be reprimanded, he will be, right. She gets it. I'm truly thrilled to be back with so many friends, supporters, patriots, at the annual conference of the Republican Jewish Coalition, which is now setting records. Records. Here today is someone who has been with us from the very beginning, a true fighter for our shared values, your terrific Executive Director Matt Brooks.

📖 Republican Jewish Coalition    ● Executive Director    🔍 great day    🔍 very beginning    🔍 annual conference of the Republican Jewish Coalition

👍 Positive
👍 Positive

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

9/24/2019　　Transcript Quote: Speech by Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada April 6 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC　　Document 294-43　　Filed 09/26/19　　PageID.8422
Page 4 of 38



3

Thank you, Matt, thank you. Thank you, Matt. Also joining us are two great leaders. You know very well my good friends Sheldon and Miriam Adelson, great people. They like you both, Sheldon, it's pretty good. Last year was my honor to award Miriam The Presidential Medal of Freedom. That's a big deal. I also want to thank Senator Lindsey Graham, he's here, senator.

🏛 Republican Jewish Coalition　　● executive Director　　● senator　　⚲ very beginning　　⚲ Last year　　⚲ good friends Sheldon

👍 Positive
🅕 🅣 in ✉ 🔗

## Donald Trump



4

Where's Lindsey? Senator Lindsey, great man, great friend, great friend of Israel. Thank you, Lindsey. A man who fights all the time for Israel and for everything else. Another great Senator David Perdue, Georgia. Senator Kevin Cramer. Where's Kevin? Kevin, Kevin, Kevin. Thank you, Kevin. He fought a battle, you wouldn't believe it. He beats somebody by 11 points, that was unbeatable.

👤 Lindsey　　⚲ great man　　⚲ great friend　　⚲ Senator Lindsey

👍 Positive
🅕 🅣 in ✉ 🔗

## Donald Trump



5

That's pretty good, Kevin. I said, "You can do it." That was my only thing. I said, "You could do it." He won by a lot. He won by a lot, and he's a great gentleman and he's a big, big fan and supporter of Israel. As well as a really terrific leader, he's our leader, Kevin McCarthy. And we have representatives that are outstanding.

👤 gentleman　　👤 Kevin Cramer　　⚲ great Senator David Perdue　　⚲ terrific leader　　⚲ great gentleman

👍 Positive
🅕 🅣 in ✉ 🔗

Download on the App Store (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

9/24/2019 Transcript of Full Speech By Donald Trump Addressed the Republican Jewish Coalition in Las Vegas, Nevada April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC   Document 294-42   Filed 09/26/19   PageID.8423
Page 5 of 38



6

The great Billy Long. Where's Billy? Billy? Billy Long. Denver Riggleman. Denver, thank you. Thank you, Denver. Michael Waltz. Thank you, Michael. Great job you do, Mike. And a very good friend of mine also, Lee Zeldin. And a special thanks to Representative Omar of Minnesota. Oh, oh, I forgot. She doesn't like Israel, I forgot, I'm so sorry, oh. No, she doesn't like Israel, does she?

👤 Kevin McCarthy   👤 Billy Long   🏷 Denver   🏷 Riggleman Denver   🔖 Denver Riggleman   🔖 special thanks   🔖 great gentleman

👍 Positive
🅕 🐦 in ✉ 🔗

## Donald Trump



7

Oh, please, I apologize. A great friend of mine, one of the most successful men in the state, amazing guy, tremendous businessman, Mr. Phil Ruffin. Where is Phil? Phil? Thank you, Phil. A competitor of mine in Manhattan for a long time, always built great buildings, great architecture, was known for design and success, loves Israel, George Klein.

🔖 phil Ruffin   🔖 great friend   🔖 long time   🔖 good friend

👍 Positive
🅕 🐦 in ✉ 🔗

## Donald Trump



8

Thank you, George. Thank you, George. So many friends in Israel. We're also grateful to be joined by members of my administration, including Jason Greenblatt, and a young man named Jared Kushner. He is fighting for Israel. Thank you very much, great job. Peace in the Middle East. If they can't do it, nobody can.

🏷 Middle East   🔖 members of my administration   🔖 long time   🔖 great buildings

👍 Positive
👍


(https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

## Donald Trump

Case 2:17-cv-02366-BAS-KSC   Document 394-42   Filed 09/26/19   PageID.8424
Page 6 of 38



9

David Friedman, your ambassador to Israel. He loves Israel, so an incredible job. Thank you, David. Finally, to every member of the Republican Jewish Coalition, thank you for your incredible support and your outstanding commitment to our country, to our safety, and to electing more Republicans. We need more Republicans, let's go so we can win everything.

👤 david Friedman    📗 Republican Jewish Coalition    📙 Israel    📗 Middle East    🔦 member of the Republican Jewish Coalition

🔦 outstanding commitment    🔦 great job peace

👍 Positive
🅕 🐦 in ✉ 🔗

---

## Donald Trump



10

Over the next 19 months, I know that the Republican Jewish Coalition will help lead our party to another historic victory. And by the way, we did very well at 18, you can ask David and Lindsey, we won the Senate. We took on two more. There were three or four that were very close, that weren't supposed to be. All of a sudden that didn't happen and we're going to talk about that, I think, when we get back to Washington.

🗳 Republican Jewish Coalition    🗳 Senate    🔦 historic victory    🔦 Republicans

👍 Positive
🅕 🐦 in ✉ 🔗

---

## Donald Trump



11

But I'll tell you what, we picked up two Senate seats and now it's 53 to 47. And we have 53 great senators, and when it comes to appointments, when it comes to the United States Supreme Court, when it comes To approving all of the judges way over a hundred judges, federal judges, you need the Senate, we did well.


(https://itunes.apple.com/us/app/trump-white-house-cos...white-news-release-feed/id1213702329)

👍 Positive
🅕 🐦 in ✉ 🔗

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

## Donald Trump

9/24/2019 Transcript of Complete Speech By Donald Trump Addressed the Republican Jewish Coalition in Las Vegas, Nevada on April 6, 2019 | Factbase

Page 7 of 38

Case 2:17-cv-02366-BAS-KSC Document 204-42 Filed 09/26/19 PageID.8425



# 12

They don't like to talk about that. They don't like. And I don't have enough time so many people in the house, but the people I went for, like in Kentucky, Matt Barr, he's -- he won. He was down and he won. We won so much. We won in Georgia, great Governor Brian Kemp. They had President Obama, they had Oprah, they had Michelle Obama.

🔍 President Obama   🔍 Michelle Obama   🔍 Michelle Obama cabinet

👎 Negative

---

# Donald Trump



# 13

They were going for their new star, their new star of the party, and I was going for Brian. All he had was Trump. You know what, Brian won. Brian won. And the governor of a great state, known as Ohio, you have a great governor. He was not expected to win. He campaigned brilliantly. We did some incredible rallies.

👥 star   🔍 governor of a great state   🔍 new star   🔍 close race

👍 Positive

---

# Donald Trump



# 14

He won by almost seven points, he won easily. So Mike is great. And the governor of Florida. Governor of Florida. That was supposed to be a close race and was a tough race, but we won that one and Oklahoma, and many other places, we did so well. We get no credit, fake news, we get no credit. We get no credit, let's just keep winning.

🏛 United States   🏛 Florida   🏛 Israel   🔍 fake news   🔍 close race   🔍 much credit

👎 Negative

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

# Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

9/24/2019  Transcript: Quotes: Speech by Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada, April 6, 2019 | Factbase

Page 8 of 38



**15**

I'd rather have it that way they get too much credit and not win, that happens true to some people, doesn't happen to me. When I spoke to you as a candidate three years ago, America's economy was stagnant. Our military was depleted and the relationship between the United States and Israel was at probably the lowest point in history.

👤 Obama   ⚫ president   🏛 United States   🏛 Israel   🔍 president Obama   🔍 president of the United States

👎 Negative

f 🐦 in ✉ 🔗

---

# Donald Trump



**16**

How the hell did you support President Obama? How did you do? How did you do it? How do you support the Democrats with you guys [Inaudible]. I think, probably most of the people in this room that, ah, you love Israel, but you know, you look at the Iran deal. You look at so much that was done so negatively.

👤 Obama   📈 $700 billion   📈 $716 billion   🏛 Iran   🔍 Americas economy   🔍 President Obama   🔍 hell

👎 Negative

f 🐦 in ✉ 🔗

---

# Donald Trump



**17**

Now, just three years later, I stand before you as the president of the United States to report on a very different situation under Republican leadership. America's economy is the hottest anywhere in the world, and it's not even close. Our military will soon be more powerful than ever before, $700 billion, $716 billion this year.

🏛 United States   ⚫ president   📈 $700 billion   🔍 strong military   🔍 stuff doesnt matter

👎 Negative

f 🐦 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

# Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

9/24/2019 Transcript of the Speech by Donald Trump Addressed the Republican Jewish Coalition in Las Vegas, Nevada, April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC   Document 204-42   Filed 09/26/19   PageID.8427
Page 9 of 38



**18**

I don't know, David and Lindsey, I think, probably in the 750 to 725 range, have to do it. You don't have the military. You owe the stuff, doesn't matter, does it, huh? You don't have to worry about inflation. You don't have to worry about anything. You got to have a strong, strong military. We'll have the strongest that we've ever had before.

🏛 Americas   🏛 America   🔍 long time   🔍 strong military

👎 Negative

---

## Donald Trump



**19**

And the incredible bond between the United States and Israel has never been stronger than it is right now. America's thriving, America's booming, and America is winning, winning, winning like never before. We're respected again, we are respected again. It's been a long time. Since the election, we've created more than 5.5 million new jobs, including 600,000 manufacturing jobs.

👤 People   🏛 Americas   🔍 first time   🔍 years of stagnation

👍 Positive

---

## Donald Trump



**20**

Things that nobody would have allowed me to say on the campaign trail. They would have said, "Oh, he exaggerates." After years of stagnation, wages are rising fast. Think of it, people had one job 21 years ago. They made more money in real dollars than they did two years ago, with three jobs, and two jobs, and now, for the first time, they have a choice, our economy so strong.

📈 eight years   📈 four years   📈 10 years   🔍 years of stagnation   🔍 real dollars   🔍 doesnt matter

👎 Negative

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)
Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)
v 2.1 (https://blog.factba.se/)

9/24/2019                    Transcript: Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada, April 6, 2009 | Factbase

Case 2:17-cv-02366-BAS-KSC    Document 294-42    Filed 09/26/19    PageID.8428
Page 10 of 38



21

They can have a choice of jobs and wages are going up, first time in many, many years. And one of the things that makes me happiest, frankly, is that they're going up most quickly for the lowest income Americans. Great. Great? Great. Our unemployment has reached the lowest level in more than 50 years and we will be breaking that record, I believe, pretty soon.

🖼 FDR    📈 two years    📈 lowest level    ⚲ choice of jobs    ⚲ fourth termer

👍 Positive

🌐 🐦 in ✉ 🔗

---

## Donald Trump



22

We slashed 30,000 pages of job killing regulations from the federal register, an all time record. It doesn't matter if they were there for four years or eight years or 10 years, in one instance. We really did something. We had -- take a look at FDR, all of those years, all of those years. Nobody slashed them like as yet a fourth-termer.

🖼 FDR    📈 eight years    📈 four years    ⚲ pages of job    ⚲ doesnt matter    ⚲ good youll

👎 Negative

🌐 🐦 in ✉ 🔗

---

## Donald Trump



23

You have a lot of two-termers and in less than two years -- and I happen to believe that that was as important and maybe even more important than the largest tax cut in the history of our country. Thank you also. We're fixing broken trade deals, we're working on a trade deal now with China, we're doing very well, very well because of tariffs.

🏛 China    📈 two years    ⚫ Prime Minister    ⚲ great country    ⚲ great friend

👍 Positive

🌐 🐦 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

9/24/2019    Transcript: Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada - April 6, 2019 | Factbase

Case 3:17-cv-02366-BAS-KSC    Document 294-42    Filed 09/26/19    PageID.8429
Page 11 of 38



## 24

We're making a deal that's very good, you'll, be happy if it happens, might not happen, but we have tremendous power. We have to tell our people that represent us in Washington that when countries -- I'm not talking about China, I'm talking about many countries. When they're charging us 100% tax or tariff.

📍 Washington    📍 China    📈 100%    🔍 deal thats    🔍 free trade    🔍 fateful day

👎 Negative
f 𝕏 in ✉ 🔗

---

# Donald Trump



## 25

When they're charging us 200 and 250 and 300%, and we charge them nothing, it's OK to charge them something. Maybe you could explain that to some of your people that say, "Oh, we don't like tariffs." I mean, we have a case where a certain country, India, is charging us. We're a great country, a great friend, Prime Minister Modi charging us over a 100% for many things.

🔍 great country    🔍 amazing thing    🔍 great friend

👎 Negative
f 𝕏 in ✉ 🔗

---

# Donald Trump



## 26

We're charging them nothing for similar or the same product, and I have senators that say you can't do that. It's not free trade. Where do they come from? Where do they come from? It's not free trade. I don't know. Where's David? You got to work on this pretty well, David. You -- Where's Lindsey? He used to work on that.

🔍 free trade    🔍 new U.S mexico    🔍 little bit

👎 Negative
f 𝕏 in ✉ 🔗


(https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

# Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

Case 2:17-cv-02366-BAS-KSC   Document 204-42   Filed 09/26/19   PageID.8480
Page 12 of 38



## 27

It's the craziest thing. Its stupid trade. We have so much stupid trade. We lost, for many years now, $800 billion a year on trade. Who the hell makes these deals? You're, probably saying yourself. Those are not good negotiators. Actually, Democrats made a lot of money, but Republicans met a lot of them too.

🖥 Napster    🔍 lot of money    🔍 craziest thing    🔍 good negotiators

👎 **Negative**

---

## Donald Trump



## 28

That's amazing thing, they made a lot, 800 billion, but we're getting it back, we're getting it back. We're going to be getting a lot of it. One thing, if they let me really do my thing, we'd get it back, but I have to be a little bit politically correct by saying, "It's OK if we lose 20 billion with a country." You know, because we want to be nice, wouldn't it be nice to everybody.

🔍 amazing thing    🔍 bad thing    🔍 United States

👎 **Negative**

---

## Donald Trump



## 29

We're cracking down on countries that cheat. We're replacing NAFTA with the brand new U.S.-Mexico-Canada Agreement, the USMCA. NAFTA is the worst trade deal ever made. You know, many of you, people have factories and plants, they're still empty. They signed NAFTA, and it was that great, big, sucking sound.

🏛 Saudi Arabia    🏛 NAFTA    🏛 United States    🔍 American energy    🔍 new U.S.-Mexico-Canada Agreement

👎 **Negative**


(https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)



30

Remember that? Remember that? Ross Perot, a great big, sucking sound, it's what happened. They left, they went to Mexico, they went to Canada, they went to a lot of places. It was a bad thing for us, but we'll be ending NAFTA, hopefully very soon, very soon. And one of the things in the new deal is that it's very difficult financially for a company to leave the United States, fire all of its employees, move, let's say, to Mexico or Canada, open up a new plant, make a product, sell it in for no tax, so we end up with unemployment and nothing but loss and empty factories.

📈 14 15 years    ⚲ 25 percent    ⚲ Mexico    ⚲ short period of time    ⚲ bad thing    ⚲ new deal

👎 Negative
f 𝕏 in ✉ 🔗

---

## Donald Trump



31

That's not happening anymore, folks, not happening. We've ended the war on American energy and the United States is now the No. 1 producer of oil and natural gas anywhere in the world, bigger than Russia and bigger than Saudi Arabia, can you believe that? Can you believe that? Three years. Thank you very much.

👥 folks    ⚲ Saudi Arabia    🏛 Supreme Court    ⚐ United States    ⚲ help of Republicans    ⚲ natural gas

👍 Positive
f 𝕏 in ✉ 🔗

---

## Donald Trump



32

And we're working now on getting pipelines approved in Texas that would normally take 10, 12, 14, 15 years to get approved, and we're trying to get him approve very rapidly. And if we do that, we're going to pick up another 20 to 25%, we'll be leading by so much. We already are leading by a lot. So it all happened over a very short period of time and we've confirmed more than 100 new federal judges to interpret the Constitution as [Inaudible] And as Norm said, and I appreciate that, so important, Norm.

📄 Texas    ⚲ 15 years    ⚲ 25%    ⚲ new weapons systems    ⚲ short period of time    ⚲ new federal judges

👍 Positive
f 𝕏 in ✉ 🔗


(https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)
Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)
v 2.1 (https://blog.factba.se/)

9/24/2019  Transcript (Video): Speech By Donald Trump Addressed The Republican Jewish Coalition In Las Vegas, Nevada | April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC   Document 204-42   Filed 09/26/19   PageID.8432
Page 14 of 38



## 33

We have confirmed two incredible Supreme Court justices, Neil Gossage and Brett Kavanaugh. Don't let the Democrats take it away from us, they'll take it all away, they'll take it all away, including the judges. With the help of Republicans in Congress, we have secured record funding for our military. Our military is now going to be stronger than ever before.

🏛 NATO   🏛 Supreme Court   🔍 one hundred billion dollars   🔍 help of Republicans   🔍 incredible Supreme Court justices   🔍 real estate term

👍 Positive

---

## Donald Trump



## 34

Ever. Not even close we're developing new weapons systems, we're developing things that nobody even thought of. Levels of technology that nobody else has with all of that being said, if we can be smart, and if China and Russia, and maybe one or two others, if necessary, can be smart, we'd all be saving a tremendous amount of money, and that's OK with me, but we will be so far in the lead.

👤 Obama   ● President   ▮ Russia   ▮ China   🔍 President Obama   🔍 new weapons systems   🔍 President Bush

👍 Positive

---

## Donald Trump



## 35

We always have to be in the lead and thanks to our focus on burden sharing, $100 billion, more dollars, will be coming this year to NATO, think of that. Other countries, in certain instances, were getting an almost free ride. We protect them and they're delinquent. You know, I used a real estate term for George Klein.

🏛 NATO   🏛 United States   🔍 Iran   🔍 Last year   🔍 real estate term

👎 Negative

Download on the App Store (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

## Donald Trump

9/24/2019                    Transcript of Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada, April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC    Document 204-12    Filed 09/26/19    PageID.8433
Page 15 of 38



# 36

He understands it. He understands. We were delinquent. They were delinquent. I said, "You got to pay." President Obama got -- made a nice speech, but he forgot to mention you got to pay. President Bush was wonderful, they didn't mention, you got to pay and you got to meet it, not just mentioned you got to mean it. I said you got to pay, because we're in a position.

👤 Obama    📕 Israel    ⬤ President    ✏ President Obama    ✏ President Bush    🔍 young man

👎 Negative
f 𝕏 in ✉ 🔗

---

## Donald Trump



# 37

Everybody wants us, but how do you do that when people aren't paying? How do you do that? We feel foolish. We feel like fools. We're not going to be fools anymore. We've been a fool as a nation for so long, we're not going to be fools anymore. Last year I withdrew the United States from one of the most dangerous one-sided deals ever negotiated the disastrous Iran nuclear deal.

💼 Pentagon    📕 United States    📕 Iran    🔍 Last year    🔍 different sites

👎 Negative
f 𝕏 in ✉ 🔗

---

## Donald Trump



# 38

They wanted to kill Israel, they wanted to destroy Israel. And maybe you could explain to the young man that just got taken out what it means when a country shouts as they're signing the deal Death to Israel. Maybe you could explain that to him. We've now imposed the toughest ever sanctions on the Iranian dictatorship, and it is not the same country it was when I took power.

👥 folks    📕 Israel    📕 north Korea    🔍 Middle East    🔍 good relationship    🔍 young man

👎 Negative
f 𝕏 in ✉ 🔗


(https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)
Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)
v 2.1 (https://blog.factba.se/)

9/24/2019    Transcript: Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada April 6 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC    Document 294-42    Filed 09/26/19    PageID.8434
Page 16 of 38

## 39



When I took over the presidency, I will tell you, one of the first meetings I had was at the Pentagon. Great generals, great people. I wanted a briefing on Iran with 14 different sites, they're all very, very dangerous, blow ups, all over. They were either behind it, hey had mercenaries, they had money or they had their own soldiers there all over the Middle East.

🏛 Pentagon    🌐 Middle East    🌐 Iran    🔍 Great generals    🔍 great people    🔍 able relationship

👎 Negative

f 🐦 in ✉ 🔗

---

## Donald Trump

## 40



It's a whole different story today, folks. They have riots in the streets. They have very little money coming in. A lot of things have changed. North Korea, we're getting along with North Korea. Let's see how it works out, but we have a good relationship. Don't forget, I have a very good relationship with Kim Jong-un. When I first came in, they were setting rockets and nuclear explosions and a lot of things were happening.

🏛 ISIS caliphate    🏛 North Korea    🔍 previous generals    🔍 little money

👎 Negative

f 🐦 in ✉ 🔗

---

## Donald Trump

## 41



I can't tell you what's going to happen, how to walk from the one deal. Was it going to be a right deal, but -- but we have a great relationship, we'll see what happens, I hope we're going to be able to do something. Maybe, maybe not, but I hope we're going to be able -- Relationship is very important, you know that very well.

🏛 Iraq    🕐 two years    🕐 one week    🔍 great relationship    🔍 different group of generals    🔍 first name

👍 Positive

f 🐦 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

9/24/2019 Transcript: Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada, April 6-2019 | Factbase

Case 2:17-cv-02366-BAS-KSC   Document 294-42   Filed 09/26/19   PageID.8435
Page 17 of 38



## 42

We're confronting the deadly menace of radical Islamic terrorism. When I took office, just over two years ago, ISIS controlled more than 20,000 square miles in Iraq and Syria. I held up a map, it was so much red. Red, meaning, them. All red, showing the different sites. Today, the ISIS caliphate has been 100% obliterated.

💼 ISIS caliphate    💼 ISIS    💼 Iraq    🔎 deadly menace of radical Islamic terrorism    🔎 square miles    🔎 different sites

👎 Negative
f 🐦 in ✉ 🔗

---

## Donald Trump



## 43

100%. And my previous generals said, "That it was going to take, sir, it will take two years." I flew to Iraq. I met a different group of generals, "Sir, we can do it in one week." I said, "You could take a little longer than that." They did it in a few weeks. They were -- They are great, right? Raisin Cain.

● prime minister    💼 Iraq    📈 two years    🔎 previous generals    🔎 different group of generals    🔎 leaders of other countries

👎 Negative
f 🐦 in ✉ 🔗

---

## Donald Trump



## 44

He's name is Raisin. "What's your first name?" "Raisin." "Raisin? What the hell kind of -- What's your last name?", "Cain." "Wait a minute, your name is Raising Cain? I like you as a general." I think -- that it's what I want. Even Sheldon Adelson likes that decision. The kind of guy he'd have. I also took another historic action that had been decades in waiting.

🔎 fake news    ● hell kind    🔎 Sheldon Adelson

👎 Negative
f 🐦 in ✉ 🔗


(https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-tool/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Case 2:17-cv-02366-BAS-KSC     Document 204-42     Filed 09/26/19     PageID.8486
Page 18 of 38

## Donald Trump



**45**

The United States recognized the true capital of Israel and opened the American embassy in Jerusalem. Because, unlike other presidents, I keep my promises. Every president, for many decades, said they were going to do that, and I understand really why. Because when it was determined that maybe I'd do it, maybe there was a chance.

🏳 United States   🏳 Jerusalem   ● president   🔍 true capital of Israel   🔍 American embassy

👎 Negative

## Donald Trump



**46**

The calls I got from leaders of other countries were unbelievable. Presidents, dictators, prime minister, kings, queens, everybody, my phone was ringing off the hook. So I knew I was going to do it, so I left a message. I said, "I'm going to call you next week." They said, "Could we speak to him soon?". "No, no. No, he's not available." They'll call it lying.

● prime minister   ● president   🔍 important thing

👎 Negative

## Donald Trump



**47**

The fake news will say, "That's a horrible lie." I want to be nice. "No, no I'll call you next week. I look forward to it." I had so many calls after this. It took me like three weeks to make all the calls, but I knew what they were calling about. So I did it. I did it. Then I started calling people back.

🏳 Israel   📊 eight years   📊 four years   🔍 fake news   🔍 years didnt matter   🔍 Ill call

👍 Positive

Download on the App Store (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

## Donald Trump

9/24/2019    Transcript: Full Speech of Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada, April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC   Document 204-42   Filed 09/26/19   PageID.8487

Page 19 of 38



48

King, how are you, how have you been? "I called you last week." "So what's up?" "Well, I wanted to talk to you about Israel and the embassy in Jerusalem." I said, "Look, I'm sorry, wish I would've known. I did it, I did it yesterday." Right, it's much easier, but I now know why other president -- I don't really hold it against him other than they didn't keep their promise, right?

👤 King   📖 Jerusalem   ⬤ president   📕 Israel   ✎ different things   ✎ security   ✎ Prime Minister Netanyahu

👎 Negative

📘 🐦 in ✉ 🔗

---

## Donald Trump



49

They didn't keep their promise, David. So that's the way it is, and we got you something that you wanted. I can tell you, Sheldon and Miriam, that is the most important thing, I think, that's ever happened in their life. They love Israel. So, I can now understand, because I always said, "Why wouldn't they do it, why?

🏛 Golan Heights   📕 Israel   ✎ good people   ✎ important thing

 Positive

📘 🐦 in ✉ 🔗

---

## Donald Trump



50

Why are they doing it? Why wouldn't they just do it?" They campaign, "We will do this and that -- Israel, Israel." Then you folks go out and vote for them and then they don't do it, right? Four years, eight years, didn't matter, they won't do it, but you know what, they did it. We did a great job and we feel great about it. And then last week, Israel security, really so important.

👤 Friedman   👥 folks   🏛 Golan Heights   📕 Israel   📈 eight years   ✎ ambassador Friedman   ✎ summits meetings   ✎ last week

👎 Negative

📘 🐦 in ✉ 🔗

Download on the App Store (https://itunes.apple.com/us/app/trump-white-house-consortium-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

## Donald Trump

Case 2:17-cv-02366-BAS-KSC　Document 204-42　Filed 09/26/19　PageID.8438
Page 20 of 38



51

It's all about security, when you get right down, it's about security, so is No. 1 for me. I got to talk. We can talk healthcare we could talk a hundred different things without security. What does it matter? I stood with Prime Minister Netanyahu, Benjamin Netanyahu. How is the race going by the way? How is it? Who is going to win the race?

🏙 North Korea　　🏙 China　　🔍 little history　　🔍 different things　　🔍 quick little slice

👍 Positive

---

## Donald Trump



52

Tell me, I don't know. Well, it's gonna be close. I think it's gonna be close. Two good people, two good people. But I stood with the prime minister at the White House to recognize Israeli sovereignty over the Golan Heights. The Golan Heights is something I've been hearing about for a long time, the Golan Heights.

👥 people　　🏛 Golan Heights　　🔍 good people　　🔍 high point

👍 Positive

---

## Donald Trump



53

So, I just talked to your Ambassador Friedman and not about this, they've been trying to get that approved, as you know, for 52 years they wanted recognition from the United States of the Golan Heights. They had 32 summits, meetings, big meetings over many, many decades about the Golan Heights. I'm talking to your ambassador.

👤 Friedman　　👤 David　　🏛 Golan Heights　　🔍 great deal　　👤 Ambassador Friedman　　🔍 big meetings

👎 Negative

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)　　Privacy (/modals/privacy.htm)　　Contact　　License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)



# 54

Gerard was there, Jason Greenblatt was there. I said, "Fellas, do me a favor, give me a little – a little history, quick, wanna go fast." I got a lot of things I'm working on, China, North Korea. Give me a quickie. Norm, I said, "Give me a quick little slice – so I know it as well as Norm, but I don't want to spend quite as much time as he has spent studying it, but – which has been his entire life, right?

🐣 baby   🔍 quick little slice   🔍 little history   🔍 good decisions

👎 Negative



---

## Donald Trump



# 55

So that 32 different summits, he starts going well. We need that as a high point, we need it for protection we need it for – I said, I could – How do you like the idea? They weren't even calling about this. How do you like the idea of me recognizing exactly what we're discussing? Because I agree, you need it. You need to hide, you need to hide.

🗺 Israel   ▭ Golan Heights   📈 two days   🔍 high point   🔍 President Trump   🔍 fake news

👎 Negative



---

## Donald Trump



# 56

The great generals said, "Always fight downhill. Never fight, uphill." Battles are lost, for these generals want to fight uphill, right? You need to hide. So I said, "David, what do you think about me recognizing Israel and the Golan Heights?" He said, "Would you actually do?" It is a great deal because one of the most successful lines was gave it all up. In order to be your ambassador gave it all up. "What do you think of it David?" And he goes - - and this is a very strong, ambitious guy.

🐣 generals   📈 Middle East   🗺 Israel   🔍 great generals   🔍 great deal

👍 Positive

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)



57

He like it like a wonderful, beautiful baby, he said, "Do you really -- You would do that, sir?" I see -- I think, I'm doing it right now. Let's write something out. We make fast decisions and we make good decisions. Look, I made -- I made a lot of good decisions, I make good decisions and we get something beautiful talking about security.

🏛 United Nations    🏛 United States    ● president    ✎ fast decisions    ✎ good decisions

👎 Negative

f 🐦 in ✉ 🔗

---

## Donald Trump



58

Talking about the greatness of Israel and I went, "Bing, it was done." Then I watched well look at all those cameras. Then I watched the fake news and they said, "We have breaking news. President Trump has just committed to the Golan Heights." And it was a big big story for two days. Everyone's happy, no repercussions and there won't be. I went there to protect Israel, so there won't be. We did the right thing, we did the right thing.

🏛 UN Human Rights Council    🏛 Israel    🏛 Golan Heights    ✎ big big story    ✎ United Nations Human Rights Council    ✎ right thing

👎 Negative

f 🐦 in ✉ 🔗

---

## Donald Trump



59

And I want to congratulate Jared, and Jason Greenblatt, and david Friedman and all of the people they work with. And a big thing for me, and some of you won't like this maybe, but I would love to see peace in the Middle East, I would love to see peace in the Middle East. And if those three can't do it, you'll never have it done.

🏛 Middle East    ✎ big thing    ✎ behalf of the American people

👍 Positive

f 🐦 in ✉ 🔗


(https://itunes.apple.com/us/app/trump-white-house-consult-free-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)
v 2.1 (https://blog.factba.se/)

## Donald Trump

9/24/2019 Transcript (Write): Speech by Donald Trump Addressed the Republican Jewish Coalition in Las Vegas, Nevada April 6 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC Document 204-42 Filed 09/26/19 PageID.8441
Page 23 of 38



60

It's never -- with me as president, with them doing the deal, you'll never have it done, so let's see if we can do it, who knows. Under my administration, the United States will always support Israel's right to self-defense. At the United Nations we no longer tolerate any form of anti-American, anti Israel, and anti-Semitic bias.

👥 president   💼 United Nations   📕 United States   ● president   🔍 radical agenda

👎 Negative

🅕 🅣 in ✉ 🔗

---

## Donald Trump



61

We don't do it. For example, the United Nations Human Rights Council has repeatedly denigrated America and Israel. Why -- and you know this you've heard this while ignoring the world's worst human-rights abusers. That's why I withdrew the United States from the UN Human Rights Council, and thank you to Nikki.

💼 UN Human Rights Council   💼 Congress   📕 U.S   🔍 United Nations Human Rights Council   🔍 United States   🔍 green New Deal

👎 Negative

🅕 🅣 in ✉ 🔗

---

## Donald Trump



62

Thank you to Nikki. Terrific job, Nikki Haley. With your help, we are making incredible strides on behalf of the American people and we are just getting started. [Audience cheers] Thank you very much. Thank you very much. And that guy that just said that, he used to hate me. Can you believe that? He used to hate me. Thank you very much, I appreciate it. But while Republicans fight to protect the jobs and safety of all Americans, Democrats are advancing the most extreme partisan agenda by far in American history.

📕 problem   💼 farming business   💼 auto business   🔍 Detroit et cetera

👎 Negative

🅕 🅣 in ✉ 🔗


(https://itunes.apple.com/us/app/trump-white-house-consumer-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

## Donald Trump

Case 2:17-cv-02366-BAS-KSC   Document 304-42   Filed 09/26/19   PageID.8442
Page 24 of 38



**63**

You see what's happening. You see what's happening. People aren't fighting for Israel in Congress, large numbers of people. You saw what took place three weeks ago. It was shocking that couldn't have happened. It could not have happened just a few years ago, could not have happened. If implemented, the Democrats radical agenda would destroy our economy, cripple our country, and very well could leave Israel out there all by yourselves, can't do that more than 100 Democrats in Congress are promoting the biggest government power grab in U.S history.

🏛 Congress    ✡ Israel    ⚓ South Carolina    🔍 North Carolina    🔍 radical agenda

👎 **Negative**
🅕 🐦 in ✉ 🔗

---

## Donald Trump



**64**

The $100 trillion Green New Deal, proposed by a wonderful young bartender, 29 years old, 29. No, I like her, she's 29 years old. We take trains to Europe, Hawaii and Australia. That's a problem. The farming business is in big trouble, right. The auto business you get one car, somehow Detroit etc., you know bring in so many car companies in. I don't think they're going to be thrilled to hear that.

📕 Detroit    📕 Hawaii    📕 Europe    🔍 socialist takeover of our health care system    🔍 Green New Deal    🔍 farming business

👎 **Negative**
🅕 🐦 in ✉ 🔗

---

## Donald Trump



**65**

We are -- we're built -- I tell you what, when you look at what's happening with the car companies, they're opening up in Michigan and Ohio and Pennsylvania and North Carolina and South Carolina, it's amazing, what's happening, we want to keep it going. You know, they could destroy what we've built very quickly.

📕 South Carolina    📕 North Carolina    🔍 Last month    🔍 open borders

👎 **Negative**
🅕 🐦 in ✉ 🔗



(https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)
© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)
v 2.1 (https://blog.factba.se/)

## Donald Trump



**66**

It does it -- that's why having Lindsey and David and all of the people that I mentioned, and so many more back in Washington really want to stop it, and we've got to win the election, we're going to win it, we're going to win a big. It will never be as easy as it looks. Over 120 congressional Democrats are also supporting a socialist takeover of our healthcare system that would take away private insurance.

👥 migrants    💼 Democrats    🏛 Washington    🔍 congressional Democrats    🔍 Catch    🔍 socialist takeover of our healthcare system

👎 Negative

👍 🐦 in ✉ 🔗

---

## Donald Trump



**67**

If you take a look at this, 180 million people will lose their private health insurance. And you're finally happy, you're happy. We've done a lot of work on that, you're happy. The radical Democrats are also pushing for a thing called -- If you can believe this, open borders. They want open borders, they want people to pour into our country.

🗺 United States    🔍 radical Democrats    🔍 great people

👎 Negative

👍 🐦 in ✉ 🔗

---

## Donald Trump



**68**

Last month, more than 100,000 illegal migrants were apprehended at our border. Apprehended. Think of this, hundreds of thousands of people. And we're on pace to apprehend more than a million illegal migrants this year, a million they're coming up because of the economy they're coming up because our laws are so bad from the Democrats.

🥊 UFC    💼 Democrats    🔍 illegal migrants    🔍 Last year    🔍 Last month

👎 Negative

👍 🐦 in ✉ 🔗

Download on the App Store (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

## Donald Trump

Case 2:17-cv-02366-BAS-KSC   Document 204-42   Filed 09/26/19   PageID.8444
Page 26 of 38



69

Catch and release you catch 'em and you release 'em. Oh, that's wonderful. If they put one foot on our territory, if they start climbing a fence and they're on the Mexico side. Welcome to the United States, think of it. It's the craziest thing. They have a visa lottery. Democrats, a visa lottery, a lottery, countries, a lottery.

🔖 El Salvador     🔖 United States     🔖 Honduras     🔍 afraid hes     🔍 acoustic asylum lll

👎 Negative

ⓕ 𝕏 in ✉ 🔗

---

## Donald Trump



70

You pick out a name. Do you think they're putting their finest? Do you think they're putting their great people there? No and then people come in and you see what happens with the crime and murders, 4,000 murders last year, four thousand. How stupid can we be to put up with this? How stupid can we be? And the asylum program is a scam, some of the roughest people you've ever seen, people that looked like they should be fighting for the UFC.

💼 UFC     🔍 great people     🔍 asylum program     🔍 congressional Democrats

👎 Negative

ⓕ 𝕏 in ✉ 🔗

---

## Donald Trump



71

They read a little page given by lawyers that are all over the place, you know, my lawyers, they tell them what to say. You look at this guy, you say, "Wow, that's a tough cookie." I am very fearful for my life. I am very worried that I will be accosted if I was sent back home. No, no he'll do the acoustic.

🔍 little page     🔍 tremendous amount     🔍 building walls

👎 Negative

ⓕ 𝕏 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)
Biometric Policy (/modals/biometric-privacy-policy.htm)     Privacy (/modals/privacy.htm)     Contact     License (http://factsquared.com)
v 2.1 (https://blog.factba.se/)

Case 2:17-cv-02366-BAS-KSC Document 204-42 Filed 09/26/19 PageID.8445
Page 27 of 38



72

Asylum. Oh, give him asylum, he's afraid, he's afraid. We don't love the fact that he's got tattoos on his face, that's not a good sign. We don't love the fact that he's carrying the flag of Honduras or Guatemala or El Salvador only to say he's petrified to be in his country. To confront this border crisis, I declared a national emergency.

📕 El Salvador   📕 Honduras   📕 Guatemala   🔍 high steel wall   🔍 flag of Honduras

👎 Negative

f 𝕏 in ✉ 🔗

---

## Donald Trump



73

And David Perdue and Lindsey Graham helped me, a lot of people helped us. When congressional Democrats tried to reverse my order and terminate vital border security operations, I very proudly issued my first veto and they were not able to turn over the veto. So now we have -- in fact we have billions of dollars.

⬤ president   📕 Mexico   🔍 congressional Democrats   🔍 terminate vital border security operations   🔍 Lindsey Graham

👎 Negative

f 𝕏 in ✉ 🔗

---

## Donald Trump



74

We've started building walls -- actually, a while ago, from the first 1.6 billion and renovation of a lot of walls, we can do that a lot cheaper. We had walls that were potentially very good, but they were in very bad shape, they were old, we renovated it. We have got a tremendous amount, we're going to put out list, but we will have hundreds of miles before the end of next year.

📕 El Salvador   📕 honduras   📕 guatemala   🔍 tremendous amount   🔍 building walls

👍 Positive

f 𝕏 in ✉ 🔗


(https://itunes.apple.com/us/app/trump-white-house-consortium-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

## Donald Trump

Case 2:17-cv-02366-BAS-KSC    Document 204-42    Filed 09/26/19    PageID.8446    Page 28 of 38



**75**

Hundreds of miles. And yesterday I traveled to the border in Calexico, California, and I saw a section of brand new 30 foot high steel wall, you want to be able to see through it. Got to see through it, got to see who's on the other side, beautiful wall, looks great, looks great. Walls build good neighbors, right.

 👤 Hundreds    🏦 Calexico    🏦 California    📈 30 foot    🔍 high steel wall    🔍 feeling theyd    🔍 feeling theyre

👎 Negative

f 𝕏 in ✉ 🔗

---

## Donald Trump



**76**

Now we we have to take care of ourselves and I have to say I said I was going to close the border. It's gotten so bad. I said we're closing the border and as soon as I said that, and I really thank the president of Mexico because they stepped up and now they are apprehending people on their southern border.

 ⚫ president    🏦 Mexico    🔍 close immigration loopholes    🔍 care    🔍 Democrats

👎 Negative

f 𝕏 in ✉ 🔗

---

## Donald Trump



**77**

Coming in from Honduras, El Salvador, and various other places,Guatemala and I stopped paying almost $600 million to those three countries. Now I got a lot of heat. The Democrats say, "How dare you do that?" That money is used for all these good, but no it's not it's largely stolen. I sent 600 million, we do, 600 million to three countries and they form caravans.

 🏦 Mexico    📈 30 percent    🏦 El Salvador    🔍 people yesterday    🔍 people

👎 Negative

f 𝕏 in ✉ 🔗


(https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)



**78**

Now, if the government wanted to, I have a feeling they'd be able to stop caravans from forming in those three countries. I have a feeling they're, pretty tough they're, pretty tough ad, but they did say, stop the payment. Do you mind? Are you okay with it? Because I've taken -- I've taken a lot of heat from the stupid people that say, "Oh gee, we should keep..." We have people that work with them that say we should be sending much more money.

🏛 government    🔍 lot of jobs    🔍 live    🔍 feeling theyd

👎 **Negative**

⌾ 𝕏 in ✉ 🔗

---

## Donald Trump



**79**

We should be building things they're, helping them. What about building our own country for a change? Wouldn't that be nice? Unfortunately, Democrats have refused to close immigration loopholes, that's really what it's all about. And again, Mexico is apprehended 14,000 people yesterday, a thousand people today, before they've never done this.

📈 five days    📍 Mexico    🔍 great first time    🔍 people yesterday    🔍 people today

👎 **Negative**

⌾ 𝕏 in ✉ 🔗

---

## Donald Trump



**80**

Never to the extent, and I appreciate it, I appreciate it, but if they don't do it, I'm going to close the border or I'm going to do tariffs or the cars made in Mexico. They took 30% of our car business, by the way, I wasn't here when that happened, OK. I used to complain about it as a civilian. I complain, I said, "What the hell is going on? They're taking our business." They have 30% of our cars.

📍 Mexico    📈 30%    🔍 Im OK    🔍 car business    🔍 extent

👎 **Negative**

⌾ 𝕏 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)
Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)
v 2.1 (https://blog.factba.se/)

9/24/2019    Transcript: Quotes: Speech: Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada April 6 2019 | Factbase

Page 30 of 38

Case 2:17-cv-02366-BAS-KSC    Document 204-42    Filed 09/26/19    PageID.8448



81

They make 30% of our cars, they send them into our country, no tax, no nothing, essentially, and we lost a lot of jobs, but we're getting them all back now, we're getting more back. But I said we're either going to tariff those cars coming in at 25%, which is a tremendous amount of money. It's all about the cars, the cars are a big deal or we're going to close the border, and I will say this, Mexico has been great.

🏦 Mexico    📈 25%    📈 30%    🔍 big deal    🔍 Trafficking Victims    🔍 cars

👍 Positive



## Donald Trump



82

The last four or five days, they've been great, first time first time. At the heart of, and I don't mind, closing the border. I'd say, you know, a lot of these fakers back there they say, "He will never close the border." It's too much. Well, you know, close the border. We stop about $500 billion worth of drugs from pouring into our country.

🏦 Israel    🔍 sorry cant handle    🔍 major political party    🔍 lot of these fakers

👎 Negative



## Donald Trump



83

You know, there are a lot of advantages too, a lot of advantages. I'm OK with it. I don't want to do it, but I'm OK with it, I'll do it. I'll do whatever is necessary to stop an invasion of our country. That's what it is. At the heart of the crisis are the 9th Circuit rulings in the Flores case and the Trafficking Victims, Protection Reauthorization Act, driving a staggering surge of illegal families and minors into the hands of our incredible border patrol people.

🔍 Trafficking Victims    🏦 llancar    🔍 heart of the crisis    🔍 great job

👍 Positive

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)



84

They've done an incredible job. What they do is incredible, I was with them yesterday. So Congress must end catch-and-release so that illegal border crossers can be quickly and safely returned to their home. Get out. Sorry, get out, sorry, can't handle it. And I told my people yesterday, our country's full, we're full.

🏛 Congress    🏛 Tree of Life synagogue    ● officer    🔍 horrific anti-Semitic attack    🔍 illegal border crossers

👍 Positive

f 🐦 in ✉ 🔗

---

## Donald Trump



85

Our systems full, our country is full, can't come in, our country is full. What can you do? We can't handle anymore? Our country is full, can't come in, I'm sorry, it's very simple. Never before has a major political party been more outside the American mainstream than the Democrats of today. They have become the party of high taxes, open borders, late-term abortion, crime, witch hunts, and delusions.

🔍 major political party    🔍 hes gon na    🔍 horrible event

👎 Negative

f 🐦 in ✉ 🔗

---

## Donald Trump



86

And now the Democrats have even allowed the terrible scorch of anti-Semitism to Take root in their party and in their country, they have allowed that, they have allowed that. House Democrats recently blocked legislation to confront the anti-Semitic movement to boycott and sanction Israel. Nobody could believe it, right.

👥 Democrats    🏳 Israel    🏛 House Democrats    🔍 terrible scorch of anti-Semitism    🔍 fellow officers

👎 Negative

f 🐦 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

9/24/2019　Transcript of a Speech by Donald Trump Addressed the Republican Jewish Coalition in Las Vegas, Nevada on April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC　Document 294-42　Filed 09/26/19　PageID.8450

Page 32 of 38



87

Nobody. You couldn't believe it. Republicans believe that we must never ignore the vile poison of anti-Semitism. We do, all of us. Earlier this year, I appointed a new special envoy to monitor and combat Anti-Semitism. We are grateful that he has joined us today, Elan Carr. Where is Elan? Thank you, great job, Elan.

🏛 Elan　🗽 Brooklyn　🔍 father Fred Trump　🔍 new special envoy　🔍 vile poison of anti-Semitism

👍 Positive

f 🐦 in ✉ 🔗

---

## Donald Trump



88

Elan is as good as I hear, he's going to do a great job. Thank you. Thank you very much. Congratulations. At my State of the Union address. I was honored to have as our guest a Pittsburgh SWAT officer, brave guy. I was with him in the hospital who raced into gunfire during the horrific anti-Semitic attack on the Tree of Life synagogue.

🏛 Tree of Life synagogue　🏛 Elan　🗽 Brooklyn　🔍 holy site　🔍 horrific anti-Semitic attack　🔍 innocent Israeli police officer

👎 Negative

f 🐦 in ✉ 🔗

---

## Donald Trump



89

He was shot seven times badly injured. He endured 12 surgeries and he's gonna have to endure quite a few more. We are proud to have him here with us right now. If he wasn't there as bad as it was, as horrible as it was, it would have been much worse. He is a brave man, Timothy Mattson. Please stand, Timothy.

🏛 Timothy Mattson　🔍 officer　🔍 wounded officer　🔍 hes gonna　🔍 violent terrorist Sam

👎 Negative

f 🐦 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)　Privacy (/modals/privacy.htm)　Contact　License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

## Donald Trump

9/24/2019     Transcript: Video - Speech - Donald Trump Addressed the Republican Jewish Coalition in Las Vegas, Nevada - April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC   Document 204-42   Filed 09/26/19   PageID.8451

Page 33 of 38



90

Timothy. I saw him right after this horrible event, this horrible happening, and he was laying in the hospital he had bullet wounds all over, he's a massive guy. I looked at the chest, I mean, he's got like this and it's muscle. Thank God, you're massive and thank God, you had a lot of muscle because very few people got to take it when you took Timothy, and your friends had such respect for him.

👤 Timothy   🏳 Israel   ⬤ officer   🔍 horrible event   🔍 Israeli citizens   🔍 massive guy

👍 Positive

🅕 🅣 in ✉ 🔗

---

## Donald Trump



91

His fellow officers they had such respect. Thank you. Glad to see you better. That's great. Glad to see you better. Amazing what he what he went through. Today we also honor two more American heroes, Mordechai Lichtenstein and [Inaudible], I love that name. Both from Brooklyn. I know Brooklyn very well, my father Fred Trump, I loved my father.

🔖 Brooklyn   🏳 Israel   🔍 fellow officers   🔍 big deal   🔍 powerful reminder of the timeless values

👍 Positive

🅕 🅣 in ✉ 🔗

---

## Donald Trump



92

Brooklyn. Spent a lot of time in Brooklyn. You learn a lot in Brooklyn. You get through Brooklyn, you got to be smart. Two years ago, Mordechai and [Inaudible] traveled to Jerusalem, where they prayed at the Western Wall. Soon after they left the holy site, they saw a terrorist stabbing an innocent Israeli police officer, racing to the scene.

🔖 Brooklyn   🔍 holy site   🔍 day of my presidency   🔍 behalf of hardworking citizens

👍 Positive

🅕 🅣 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

9/24/2019    Transcript: Quotes Speech By Donald Trump Addressed the Republican Jewish Coalition in Las Vegas, Nevada April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC   Document 204-12   Filed 09/26/19   PageID.8452
Page 34 of 38



93

Mordechai pull the attacker off the soldier and was about to be stabbed himself. It was happening when the badly wounded officer summoned the little strength that he had left and shot and killed this very violent terrorist. [Inaudible] immediately took his prayer shot and wrapped it around the officer's wounds to stop the bleeding, which was profuse after the attack, the officer said of the two Jewish Americans.

🏛 Republican Party    ● officer    🔍 wounded officer    🔍 government

👎 Negative

---

# Donald Trump



94

They were sent by God to save my life. For me, my family and the Druze people of Israel. I thank God from the bottom of my heart. That's the officer, thank you, Mordechai, [Inaudible], where are you? Stand up. Great job, thank you. Great job, great job. Thank you very much. Recently, Mordechai and [Inaudible] became the first non-Israeli citizens to receive the country's civil, exemplary declaration.

🏛 Republican Jewish Coalition    🔍 Great job    🔍 party of the American worker

 Positive

---

# Donald Trump



95

That's a big deal. To Mordechai and [Inaudible] you are an inspiration to all of us to everyone in this room to everyone in our country. Thank you very much. The three American heroes we recognize today are a powerful reminder of the timeless values that bind us together. As one nation, and that forge deep and lasting friendship with the people of Israel, we honor our history.

🏛 Israel    🔍 American heroes    🔍 else today    🔍 side Democrats

👍 Positive

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

# Donald Trump

9/24/2019    Transcript: Quotes: Speech By Donald Trump Addressed the Republican Jewish Coalition In Las Vegas, Nevada - April 6, 2019 | Factbase

Case 2:17-cv-02366-BAS-KSC    Document 204-42    Filed 09/26/19    PageID.8453
Page 35 of 38



96

We treasure our traditions, we cherish life, we love our families, we defend our sovereignty, we fight for our freedom and we place our trust in the hands of Almighty God. These are values that unite us all as Republicans as citizens, as patriots, and as proud Americans. Every day of my presidency, we fight on behalf of hardworking citizens who pay their taxes, follow our laws, raise their children, protect our communities and make this the greatest nation ever to exist on the face of earth.

🏛 White House    🏛 Senate    📈 $1.8 billion    🔍 day of my presidency    🔍 behalf of hardworking citizens

👎 Negative

f 𝕏 in ✉ 🔗

---

## Donald Trump



97

This government is their government, and this land is home. These American patriots have always been loyal to our country, and we will forever be loyal we swear to them. The choice for our country's future has never been clearer than it is today. The Republican Party is the party for all Americans. It will be the party for great healthcare, you watch.

🏛 Republican Party    🏛 Democrat Party    🏛 Republicans    🔍 spirit of the Democrat Party    🔍 government

👍 Positive

f 𝕏 in ✉ 🔗

---

## Donald Trump



98

We are the party of the American worker, we are the party of the American family and we are the party of the American dream. Alongside our friends at the Republican Jewish Coalition, we will keep on working. We will keep on fighting and we will be winning, winning, winning for the American people. With your help on November 3, 2020. Can you believe?

🏛 America    🏛 Republican Jewish Coalition    🔍 party of the American worker    🔍 credible people

👍 Positive

f 𝕏 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)
Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

9/24/2019    Transcript of Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada, April 6, 2019 | Factbase

Page 36 of 38

Case 2:17-cv-02366-BAS-KSC    Document 204-42    Filed 09/26/19    PageID.8454



99

It's right around the corner. Think of it. Right around the corner. [Crowd cheering.] Thank you very much. We're going to win. By the way. One of the people, and then that was confirmed by somebody else today on the other side Democrats were saying that they would reinstate – just reinstate the Iran nuclear deal.

🔖 Iran    🔍 else today    🔍 side Democrats    🔍 nuclear deal

👍 Positive

f 𝕏 in ✉ 🔗

## Donald Trump



100

Well, this is what you have. They want to reinstate the deal. It was a disaster for our country. We gave $150 billion, $1.8 billion in cash. What does that look like? Airplanes loaded up with cash, how stupid was that deal, they want to reinstate it. Republicans are going to win the White House, we're going to retake the House.

🏛 White House    📉 $1.8 billion    📈 $150 billion    🔍 Airplanes    🔍 Republicans

👎 Negative

f 𝕏 in ✉ 🔗

## Donald Trump



101

We're going to keep the Senate and we are once again going to be in a position, in my opinion, like never ever before, stronger than we've ever been before. There is more spirit for the Republican Party right now than I've ever seen. They keep talking about the spirit of the Democrat Party, there's more spirit for Republicans.

🏛 Republican Party    🏛 Democrat Party    🏛 Senate    🔍 spirit of the Democrat Party

👍 Positive

f 𝕏 in ✉ 🔗

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

## Donald Trump

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)    Privacy (/modals/privacy.htm)    Contact    License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)



102

In my opinion, by far, we may express it somewhat differently and that's OK, more spirit than I have ever seen, and I've now been doing this for a little while, not too long. I'm one for one, that's one for one. I want to be two for two and then relax. Together with the love, the prayers, and devotion of everyone in this room, incredible people and the millions of patriots across our land, we will make America great again for all Americans greater than ever before.

🔖 America   🔍 incredible people   🔍 love   🔍 opinion

👍 Positive
🅕 🐦 in ✉ 🔗

---

## Donald Trump



103

Thank you, and God bless you all. God bless America. Thank you.

🔖 America   🔍 God

👍 Positive
🅕 🐦 in ✉ 🔗

---

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)

9/24/2019 Transcript/Quote: Speech: Donald Trump Addresses the Republican Jewish Coalition in Las Vegas, Nevada - April 6 2019 | Factbase

Page 38 of 38

Case 2:17-cv-02366-BAS-KSC Document 294-42 Filed 09/26/19 PageID.8456

 (https://itunes.apple.com/us/app/trump-white-house-consolidated-news-release-feed/id1213702329)

© Copyright 2019 FactSquared, Inc (http://factsquared.com)

Biometric Policy (/modals/biometric-privacy-policy.htm)   Privacy (/modals/privacy.htm)   Contact   License (http://factsquared.com)

v 2.1 (https://blog.factba.se/)