MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 46 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

1   CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
5   New York, NY 10012
    Telephone: +1.212.614.6464
6   Facsimile: +1.212.614.6499

7   SOUTHERN POVERTY LAW CENTER
      Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
8     *mary.bauer@splcenter.org*
    1000 Preston Ave.
9   Charlottesville, VA
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
10    *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
11    *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
12  Decatur, GA 30030

13  AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
14    *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
15  Washington, D.C. 20005
    Telephone: +1.202.507.7523
16  Facsimile: +1.202.742.56



# San Ysidro LPOE Project Facts

The San Ysidro Land Port of Entry (LPOE) is the busiest land border crossing in the Western Hemisphere; currently processing an average of 70,000 northbound vehicle passengers and 20,000 northbound pedestrians per day. The San Diego Association of Governments (SANDAG) projects an 87% increase in vehicle traffic in San Ysidro by the year 2030.

To accommodate that growth and to better meet the changing needs of the tenant agencies and the traveling public, GSA is conducting a complete reconfiguration and expansion of the port. The scope includes the demolition and construction of the LPOE, including primary and secondary inspection areas, administration and pedestrian buildings, and all other support structures. The project will expand pedestrian processing facilities including a new pedestrian crossing on the east side of the LPOE that will connect with a new multimodal transportation hub in Mexico and expanded northbound inspection facilities. Additionally, there will be a new bi-directional crossing at El Chaparral/Virginia Avenue with an associated transit center.

Once all three phases are complete, the new port will boast 62 northbound vehicle primary inspection booths, one dedicated bus lane and inspection booth spread over 34 lanes, as well as improved processing facilities for bus and Secure Electronic Network for Travelers Rapid Inspection (SENTRI) travelers. The LPOE will have over 110,000 square feet of new primary and secondary vehicle inspection canopy utilizing state-of-the-art materials that will both conserve and produce energy. In addition, a portion of the Interstate 5 South freeway will be realigned and expanded from the current five lanes to ten lanes which will connect to Mexico's new El Chaparral facility. A corresponding southbound inspection canopy will be constructed to support the U.S. Customs and Border Protection's (CBP) southbound vehicle inspection efforts.

## Primary Tenants

- U.S. Department of Homeland Security - Customs and Border Protection (CBP)
- U.S. Department of Homeland Security - Immigration and Customs Enforcement (ICE)

## Energy and Sustainability Goals

- **Energy**
    - Solar photovoltaic system
    - Solar thermal hot water system
    - Geothermal heat exchange system
- **Water**
    - Ultra-low flow fixtures
    - Rainwater retention and reuse system
    - Onsite waste water treatment system
    - Xeriscape landscaping (drought tolerant plants)

## LOCATION

720 East San Ysidro Boulevard
San Diego, CA 92173-3116

## FACILITY SIZE (PLANNED)

402,754 Gross Square Feet
50 Acres (Project Area)

## FUNDING STATUS

Phase 1 - Fully Funded
Phase 2 - Fully Funded
Phase 3 - Fully Funded

## PROJECT COST

Approximately $741 million

## PROJECT PHASES AND COMPLETION SCHEDULE

Phase 1A: Pedestrian Bridge – Completed April 2011

Phase 1B: Northbound Vehicular Inspection – Completed December 2014

Phase 1C: Southbound Pedestrian Crossing – Completed August 2012

Phase 1D: West Pedestrian Building (PedWest) – Completed July 2016

Phase 1E: Virginia Avenue Transit Center – Completed July 2016

Phase 2: East Pedestrian Building (PedEast) – Completed August 2018

Historic Custom House – Completed November 2018

Expanded Southbound Plaza– Fall 2019

Phase 3: Southbound I-5 Realignment & Northbound Vehicular Inspection - Winter 2019

## ARCHITECT

Master Plan – Miller | Hull Partnership

Phase 1 – Miller | Hull Partnership

Phase 2 – Stantec

Phase 3 – Miller | Hull Partnership

## CONSTRUCTION MANAGEMENT

Phase 1 – URS Corporation

Phase 2 – Heery International

Phase 3 – Jacobs

## GENERAL CONTRACTOR

Phase 1A – Clark Construction Co.

Phases 1B and 1C – Hensel Phelps Construction Co.

Phase 1D – Halbert Construction Company, Inc.

Phase 1E – Hensel Phelps Construction Co.

Phase 2 – Hensel Phelps Construction Co.

Phase 3 – Atkinson Clark Construction Co.

## FOLLOW US

Follow @US_GSAR9

## FACT SHEET (PDF)

- Download the fact sheet [PDF - 1013 KB]
- Descargar la hoja informativa en español [PDF - 1 MB]