MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page
Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 47 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

# DECLARATION OF CCAA

I, CCAA, hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my own personal knowledge except where indicated otherwise. If I am called as a witness, I could and would testify fully and truthfully on these matters.

2. I am a citizen of Nicaragua.

3. I am 27 years old.

4. I fled from my country of origin around October 25, 2018 due to political problems and threats and deaths in my country. I fear returning to my country of origin because I do not want to die.

5. I traveled through Nicaragua, Honduras, El Salvador, Guatemala, and Mexico. I left October 25, 2018 and arrived in Guatemala on October 28, 2018. On October 29, 2018 I traveled to Hidalgo, Chiapas, Mexico. During my journey through Mexico, in Chiapas, when I was traveling on the train that they call "La Bestia," armed men robbed us. The same happened in Veracruz.

6. I did not apply for asylum in Nicaragua, Honduras, El Salvador, Guatemala or Mexico because those countries are, similarly, in conflict, and I only have family in the United States.

7. I arrived in Mexicali on November 27, 2018. I planned to present myself at the port of entry to ask for asylum in the United States.

8. I went to the port of entry at Calexico on May 15, 2019. I presented myself to Grupo Beta of Mexico. They asked for my name, phone number, and Mexican ID. I took so long to present myself with Grupo Beta because when Grupo Beta came to the shelter, they told me that I could not present myself to seek asylum until I obtained a permit to be here. Because I didn't have this permit, they

would not let me put my name on the list. I got the permit on February 14, 2019. After getting my permit, I delayed in presenting myself because I work nights.

9. I put my name on the waitlist with Grupo Beta at the port of entry at Calexico to apply for asylum. My number on the waitlist was 2,169.

10. On July 17, 2019 Grupo Beta called me to present myself at the Calexico port of entry.

11. I did not apply for asylum in Mexico because it a country with one of the greatest risks of kidnapping, robbing, and murders.

12. If I had not been rejected at the Calexico port of entry, I would have entered the United States on May 15, 2019.

13. I have been living in a room and working while I wait for my hearing on November 5, 2019 in San Diego, California. I have been lacking money and a place to live, I have been hungry, had health problems, lacked work, and been depressed.

14. I have been sick and I slept on the street for four days and I have been very hungry. I have gone for days without money or work. This law is really bad and has killed many people by the simple act of making them wait in a country where they have no family nor anyone they know. There is a lot of discrimination against Central Americans and black people on the part of Mexicans. I have made these observations during my wait here in Mexico.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 25st day of September, 2019 in Mexicali, Mexico.

___[CCAA]_____
CCAA

# DECLARACION DE CCAA

Yo, CCAA, por la presente declaro bajo la pena de perjurio bajo las leyes de los Estados Unidos de América:

1. Hago esta declaración basada en mi conocimiento personal, excepto cuando he indicado lo contrario. Si me llaman como testigo, podría y testificará competente y verazmente a estos asuntos.

2. Soy ciudadano y nacional de Nicaragua.

3. Tengo 27 años de edad.

4. Hui de mi país de origen alrededor de 25 de Octubre de 2018 por problemas de política y amenazas y muertes en el país. Temo regresar a mi país de origen porque no quiero morir.

5. Atravesé por Nicaragua, Honduras, El Salvador, Guatemala y México. Sali el 25 de Octubre de 2018 llegando a Guatemala el 28 de Octubre de 2018. El 29 de Octubre de 2018 pase a Hidalgo, Chiapas, México. Durante la tranvesia por Mexico, en Chiapas, viajando en el tren que le llaman "La Bestia," hombres armados nos robaron. Lo mismo sucedio en Veracruz.

6. No solicité asilo en Nicaragua, Honduras, El Salvador, Guatemala, o México porque esos países al igual están en conflictos y yo tengo familia solo en USA.

7. Llegué a Mexicali el 27 de Noviembre de 2018. Planeé presentarme en el puerto de entrada para pedir asilo en los Estados Unidos.

8. Fui a puerto de entrada de Calexico el 15 de Mayo de 2019. Me presenté con el grupo Beta de México. Me pidio nombre, número de teléfono, la identificación de México. La razón por la que tome tiempo en presentarme es porque cuando llegaba el Grupo Beta al albergue, me decían que no me podía presentar a pedir asilo hasta que obtuviera un permiso de estancia. Si no tenía ese permiso, no me autorizaban apuntarme en la lista. El permiso lo obtuve el 14 de Febrero de 2019. Después de obtener mi permiso, demore en presentarme porque trabajaba de noche.

9. Puse mi nombre en la lista de espera en el puerto de entrada de Calexico con el grupo Beta para solicitar asilo. Mi número en la lista de espera es 2,169.

10. El 17 de Julio de 2019 el grupo Beta me llamó para que me presentara al puerto de entrada de Calexico.

11. No solicite asilo en México porque es uno de los países con mayor riesgo de secuestros, robos y asesinatos.

12. Si no hubiera sido rechazado en el puerto de entrada de Calexico, habría entrado a los Estados Unidos el 15 de Mayo de 2019.

13. He estado viviendo en un cuarto y trabajando mientras espero mi audienca en corte el 5 de Noviembre de 2019 en San Diego, California. Me ha faltado dinero y vivienda, he tenido hambre, problemas de salud, falta de trabajo, y depresión.

14. Me he enfermado y he dormido en la calle por más de cuatro (4) días y pasado mucha hambre. He pasado días sin dinero ni trabajo. Esa ley está muy mal ha matado a muchas personas con el simple hecho de obligarlos a esperar en un país donde no tienen ni familia ni conocen. Hay mucha discriminación contra Centroamericanos y raza negra de parte de residentes Mexicanos. He hecho estas observaciones durante mi espera aqui en México.

Declaro bajo pena de perjurio según las leyes de los Estados Unidos que todo lo anterior es verdadero y correcto.

Ejecutado el día 25 de Septiembre, 2019 en Mexicali, México.

CCAA

CCAA

## TRANSLATOR'S CERTIFICATION

I, _Gabriela Maxcy_, declare that I am fluent in the English and Spanish languages.

I have reviewed the original Spanish declaration and the foregoing English translation thereof, and I certify that the English version is a faithful and accurate translation of the Spanish-language original.

I hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on the __25Th__ day of September, 2019 in __Atlanta__, __Georgia__.

_____           __9/25/19__
Name: Gabriela Maxcy                 Date