
MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 750
Washington, DC 20036
Telephone:  +1.202.355.4471
Facsimile:  +1.404.221.5857

*Attorneys for Plaintiffs*
*Additional counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN THE BRIEFING SCHEDULE FOR THEIR MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
| v. | |
| Kevin K. McAleenan[1], *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

1

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740)
   (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087)
   (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688)
   (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  +1.212.614.6464
Facsimile:   +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388)
   (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Avenue
Charlottesville, VA  22903
   Sarah Rich (GA Bar No. 281985)
   (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309)
   (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113)
   (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone:  +1.202.507.7523
Facsimile:   +1.202.742.5619

# EX PARTE APPLICATION

PLEASE TAKE NOTICE that, pursuant to Section 7.1(e)(5) of the Local Rules, Plaintiffs, by and through undersigned counsel, hereby apply to this Court for an order shortening the time for briefing and hearing of Plaintiffs' Motion for Preliminary Injunction and Motion for Provisional Class Certification (together, the "Motions").

As explained in more detail in the Motions, a shortened briefing schedule and expedited oral argument is necessary because members of the proposed class face life-threatening conditions in Mexican border towns as a result of the government's metering policy and July 16, 2019 interim final rule.

Therefore, Plaintiffs respectfully request that, in light of the above, the shortened briefing schedule be as follows:

- Defendants' opposition to the Motions shall be due on or before **October 10, 2019.**
- Plaintiffs' reply brief in support of the Motions shall be due on or before **October 17, 2019.**
- This Court hear oral argument on the Motions on **October 21, 2019**, or at the Court's earliest convenience.

On September 19, 2019, Plaintiffs met-and-conferred in person with the government regarding this *ex parte* application. The government opposes this application.

Dated: September 26, 2019            MAYER BROWN LLP
                                     Ori Lev
                                     Matthew H. Marmolejo
                                     Stephen S. Medlock

                                     SOUTHERN POVERTY LAW CENTER
                                     Melissa Crow
                                     Mary Bauer
                                     Sarah Rich
                                     Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters


By: */s/   Stephen M. Medlock*
    Stephen M. Medlock

*Attorneys for Plaintiffs*

---

2

PLAINTIFFS' EX PARTE APPLICATION FOR SHORTENED BRIEFING SCHEDULE

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated:  September 26, 2019         MAYER BROWN LLP

                                   By */s/ Stephen M. Medlock*