UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> Kevin K. McAleenan, *et al.*, <br>     *Defendants*. | No. 3:17-cv-02366-BAS-KSC |

### DECLARATION OF RANDY HOWE

I, Randy Howe, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records, and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am currently the Executive Director for Operations, Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). I have been employed in this role since October 2017. I began my career in 1988 with the legacy U.S. Immigration and Naturalization Service. During my 30 years of federal service, I have held various leadership positions, including Area Port Director, Buffalo; Assistant Director for Border Security; and Border Security Coordinator. Immediately prior to assuming my current role, I served as Director of Field Operations for the Preclearance Office. In my current position, I oversee more than 23,000 employees, with operations at 20 major field offices, 328 POEs, and 16 Preclearance locations.

2. I make this Declaration in support of the pending Motion to File Documents under Seal. Specifically, I make this declaration to support the filing of several documents under seal, as

1

well as any charts, exhibits, or representations of information that contain information derived from those documents.

3. The first group of documents that needs to be filed under seal consists of email chains containing OFO's Field Queue Management Reports. These documents are indexed as AOL-DEF-00012012–17, AOL-DEF-00012022, AOL-DEF-00012033, AOL-DEF-00012041, AOL-DEF-00012051, AOL-DEF-00012061, AOL-DEF-00012071, AOL-DEF-00012081, AOL-DEF-00012099, AOL-DEF-00012109, AOL-DEF-00012119, AOL-DEF-00012129, AOL-DEF-00012144, AOL-DEF-00012154, AOL-DEF-00012164, AOL-DEF-00012175, AOL-DEF-00012186, AOL-DEF-00012196, AOL-DEF-00012206, AOL-DEF-00012217, AOL-DEF-00012227, AOL-DEF-00012236, AOL-DEF-00012246, AOL-DEF-00012256, AOL-DEF-00012266, AOL-DEF-00012284, AOL-DEF-00012307, AOL-DEF-00012317, AOL-DEF-00012335, AOL-DEF-00012345, AOL-DEF-00012355, AOL-DEF-00012365, AOL-DEF-00012376, AOL-DEF-00012394, AOL-DEF-00012404, and AOL-DEF-00011024. Queue Management Reports are reports which compile data from the Field Offices on the southwest border. These are provided on a daily basis to OFO and CBP leadership, and provide raw data points on a number of factors that are significantly affecting the operations of southwest border ports of entry. The raw data points include information such as the number of detainees who are currently in custody at a particular port, the percentage of the port's holding capacity that is occupied, the number of aliens without documents sufficient for lawful entry who are believed to be in Mexico waiting to enter that port, the number of aliens transferred to U.S. Immigration and Customs Enforcement (ICE) custody from a particular port on that day, as well as a number of other sensitive raw data points.

4. The data in these Queue Management Reports is compiled from a host of sources from within CBP, as well as from other individuals and entities outside of CBP. These Reports are generated strictly for internal CBP and DHS use and are used to make plain any resource vulnerabilities to various stakeholders within CBP, who may then make changes or recommendations to improve resource allocation and/or mission-set prioritization. If any of this sensitive information were to be disclosed to the public, it would serve to bring these vulnerabilities to the attention of those who may wish to exploit them. Hostile actors could use the data in these reports alone, or compare CBP's reactive responses to that data, to determine what our "breaking points" are on a number of operational fronts at each represented port. Put another way, releasing this information could give hostile actors actionable information about which ports of entry are facing certain operational challenges, and thus reveal when/where/under what conditions someone or something should try to affect entry or avoid entry, should create diversions or distractions, or should make moves to create operational difficulties for the ports, all of which would put the security of our border in a more vulnerable posture.

5. The second document that should be filed under seal, indexed as AOL-DEF-00012000-00012011, is an email chain containing CBP's Migration Crisis Action Team (MCAT) report. The MCAT, which operates out of CBP headquarters, consists of representatives from the United States Border Patrol and OFO, as well as representatives from other CBP components and other federal agencies. The MCAT provides daily reports to CBP leadership on the number of individuals apprehended or found inadmissible along the southwest border, the demographics of those individuals (e.g., family units or unaccompanied minors), as well as information relating to the capacity of the immigration system overall. This data comes

3

exclusively from internal databases, internal agency records, or from non-public intragovernmental sharing between CBP and its federal partners, such as ICE or the Department of Health and Human Services. These reports are designed for internal U.S. government use and are designed to provide agency decision-makers with the most up-to-date, granular detail possible to make sensitive operational decisions. These data points themselves are law enforcement sensitive. Such information, if disclosed to the public, would permit individuals to understand which areas along the southwest border may be facing particular operational vulnerabilities, and thus would enable individuals to exploit those vulnerabilities and circumvent the law.

6. Lastly, AOL-DEF-00012141, which is an email chain containing data provided by the MCAT to CBP leadership, contains material that must be kept confidential. This email contains internal CBP information regarding the number of individuals in CBP custody on a particular day, as well as highlights particular areas of concern for CBP leadership. This email also reflects the specific individuals within CBP to whom this information was disseminated, including their agency email addresses, and reflects the opinions and reactions of certain individuals to the information presented to them. Publication of this email chain would provide hostile actors with insight into the reactions of specific individuals to this information, and would give those actors better context about the significance of the underlying information and facts presented. Because this document is also law enforcement sensitive, it should be kept confidential.

7. Any alternative remedy, other than filing under seal, would restrict the parties from ably advocating their positions, since the raw data points are what is necessary to make their arguments, while at the same time, it is those same data points that are the source of

Defendants' informational vulnerability. For these reasons, the documents listed above, as well any charts, exhibits, or representations of information that contain information derived therefrom, should be filed under seal and kept confidential.

8. I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 26 day of September, 2019.

Randy Howe
Executive Director – Operations
Office of Field Operations
U.S. Customs and Border Protection