# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KEVIN K. MCALEENAN, *et al.*,<br><br>    Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING IN PART PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO SHORTEN THE BRIEFING SCHEDULE**<br><br>**[ECF No. 295]** |

Before the Court is Plaintiffs' *ex parte* application to shorten the briefing schedule for Plaintiffs' motion for preliminary injunction and motion for provisional class certification. (ECF No. 295.) Plaintiffs contend that a shortened schedule is needed "because members of the proposed class face life-threatening conditions in Mexican border towns as a result of" the challenged government policies. (*Id.*) Defendants oppose the application because, among other things, Plaintiffs' proposed schedule would substantially limit Defendants' time to respond to both motions and would require Defendants to address both the preliminary injunction and class certification issues in a shortened brief. (*Id.* at 1–2.)

After considering the parties' positions, the Court **GRANTS IN PART** Plaintiffs' *ex parte* application and shortens the briefing schedule as to Plaintiffs' motion for preliminary injunction. Defendants' opposition to the preliminary injunction motion shall

be due on or before October 10, 2019. Plaintiffs' reply brief in support of the motion shall be due on or before October 17, 2019.

In the interest of ensuring Defendants have sufficient time and space to respond to Plaintiffs' motion for class certification, the Court sets the deadline for Defendants' Opposition to Plaintiffs' motion for class certification no later than October 15, 2019. Plaintiffs' Reply remains due on or before October 21, 2019.

**IT IS SO ORDERED.**

DATED: September 30, 2019

Hon. Cynthia Bashant
United States District Judge