# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kevin K. McAleenan, *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO LODGE SUPPLEMENTAL EVIDENCE** |

Before the Court is Plaintiffs' Unopposed Motion for Leave to Lodge Supplemental Evidence. After reviewing the motion, and good cause appearing, the Court **GRANTS** the motion. Plaintiffs' supplemental evidence shall be considered evidence in support of Plaintiffs' currently pending motion for preliminary injunction.

**IT IS SO ORDERED.**

**Dated: October 3, 2019**

Hon. Cynthia Bashant
United States District Judge