# EXHIBIT 2

*Al Otro Lado v. McAleenan*, No. 17-cv-02366 (S.D. Cal.)
July 11, 2019

**DEFENDANTS' PROTOCOL FOR**
**<u>USE OF ACTIVE LEARNING TO ASSIST WITH RESPONSIVENESS REVIEW</u>**

Defendant U.S. Customs and Border Protection intends to use the following protocol for the use of Active Learning for purposes of assisting with the responsiveness review in this case.

**I.     DEFINITIONS**

    **1.     Active Learning**: An Iterative Training regimen in which the Training Set is repeatedly augmented by additional documents chosen by the Machine Learning Algorithm, and coded by one or more Subject Matter Expert(s).

    **2.     Confidence Level**: In this protocol, Confidence Level is one of the variables used to create a statistically valid sample. The other variables are the size of the total document collection to be sampled from and the tolerable margin of error. Confidence Level is a measurement of statistical reliability, and, in this context, refers to the likelihood that a measurement reached through the sample is accurate.

    **3.     Cutoff Rank:** This value determines the minimum rank needed for a document to receive a responsive categorization. Documents ranking above the Cutoff Rank shall consist of documents most likely to be responsive. Documents ranking below the Cutoff Rank will be deemed non-responsive and the results will be validated by the Elusion Test.

    **4.     Deduplication**: A method of replacing multiple identical copies of a document by a single instance of that document. Deduplication can occur within the data of a single custodian (also referred to as Vertical Deduplication), or across all custodians (also referred to as Horizontal or Global Deduplication).

    **5.     Elusion Rate:** The percentage of documents coded as responsive after review of the Elusion Test sample.

1

*Al Otro Lado v. McAleenan*, No. 17-cv-02366 (S.D. Cal.)
July 11, 2019

      **6.**      **Elusion Test:** A process by which Subject Matter Experts review a random sample of non-coded, predicted non-responsive documents (not reviewed, skipped, suppressed duplicates) below a certain Cutoff Rank to determine the Elusion Rate in order to validate the Active Learning process.

      **7.**      **Iterative Training**: The process of repeatedly augmenting the Training Set with additional examples of documents coded by Subject Matter Expert(s) as Responsive or Non-Responsive until the effectiveness of the Machine Learning Algorithm reaches an acceptable level.

      **8.**      **Random Sample / Random Sampling**: Selection of a subset of the total document collection, using a method that is equally likely to select any document from the total document collection for inclusion in the Random Sample.

      **9.**      **Subject Matter Expert(s) ("SMEs")**: One or more individuals who are familiar with what is Responsive and can render an authoritative determination as to whether a document is Responsive or not.

      **10.**      **Training Set**: A sample of documents coded by one or more Subject Matter Expert(s) as Responsive or Non-Responsive, from which a Machine Learning Algorithm then infers how to distinguish between Responsive or Non-Responsive documents beyond those in the Training Set.

**II.**      **SCOPE OF THIS PROTOCOL**

      1.  The procedures described in this protocol apply only to text-rich, electronically stored information (ESI) collected by CBP from agreed-upon CBP custodians and sources as set forth in Defendants' May 20, 2019 letter. Certain file types may be excluded from the Active Learning process described in this protocol, including, but not limited to, media (for example,

*Al Otro Lado v. McAleenan*, No. 17-cv-02366 (S.D. Cal.)
July 11, 2019

.jpg, .jpeg, .bmp, .gif, .wmv, .wav, .mov, .avi), spreadsheets (for example, .xls, .xlsx, .csv), files created by imaging hard copy documents and converting to text using optical character recognition ("OCR documents"), system files, container files, documents containing little or no text, documents which contain too much text and extensible markup language (for example, .xml) files (collectively, "Excluded File Types"). In accordance with the agreed-upon terms of the ESI Protocol, CBP will deduplicate the ESI collection across custodians (Global Deduplication) at the family level before beginning the Active Learning process. CBP will also apply agreed-upon search terms before beginning the Active Learning process and documents that do not hit on any of the agreed-upon terms (unless part of a family with a document that has a search term) will be deemed outside of the scope of responsiveness. CBP will also exclude non-unique email conversation content using email threading. Absent other agreement, the remaining files will be subject to the Active Learning process described in this protocol ("Documents").

2.    Nothing in this protocol shall prevent the United States from using other search, review, or coding methodologies in addition to, or in place of, Active Learning to help identify Documents that are responsive to the document requests from the Plaintiff or to review Documents for potentially privileged or confidential information.

## III.    PROTOCOL

CBP will use Relativity's Active Learning to assist with responsiveness review. The Active Learning process is described below.

### 1.  Step One – Training Phase

After Documents are loaded into the Active Learning platform, the SMEs will begin coding documents for responsiveness. Once the reviewers have coded at least five documents as

3

*Al Otro Lado v. McAleenan*, No. 17-cv-02366 (S.D. Cal.)
July 11, 2019

responsive and at least five documents as non-responsive, the Active Learning model will be built. Once the model is built, the prioritized review will commence. During the prioritized review process, the Active Learning system presents the SMEs with additional documents to code for responsiveness. This process continues until a particular Elusion Rate is met.

### 2.  Step Two – Validation of Active Learning Through the Elusion Test

CBP will perform an Elusion Test to validate the Active Learning process. The Elusion Test is conducted by creating a statistically valid Random Sample, using a 95% Confidence Level and a 5% margin of error, of documents which fall below a particular Cutoff Rank (likely non-responsive documents). The SMEs will manually code that sample of documents for responsiveness. CBP will then determine how many documents were coded as responsive and divide that number by the total number of documents in the sample. The resulting percentage is the Elusion Rate. If the target Elusion Rate is not met, CBP will continue training the system until the desired Elusion Rate is met. Thus, the validation process may occur several times. After training has concluded, CBP will determine the appropriate Cutoff Rank and Elusion Rate.

### 3.  Step Three –Review

Documents above the Cutoff Rank will be reviewed for confidentiality and privilege. Further, to facilitate rolling document productions, during the training process documents above a certain relevance rank will be sent to review for confidentiality and privilege. During the course of confidentiality and privilege review, should non-responsive documents be identified, they will be coded as such.

### 4.  Step Four – Production

Responsive, non-privileged Documents will be produced pursuant to the Protective Order and ESI Protocol.