JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | |
| Kevin K. McALEENAN,* Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **DECLARATION OF ALEXANDER J. HALASKA IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
| *Defendants* | |

---

\* Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Federal Rule of Civil Procedure 25(d).

# DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am an attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. Attached hereto as **Defendants' Exhibit 1** is a true and correct copy of the May 10, 2018 report by the Minority Staff of the U.S. Senate Committee on Homeland Security & Governmental Affairs entitled "Combating the Opioid Epidemic: Intercepting Illicit Opioids at Ports of Entry," which is also available at https://www.hsgac.senate.gov/imo/media/doc/Combating%20the%20Opioid%20 Epidemic%20-%20Intercepting%20Illicit%20Opioids%20at%20Ports%20of%20 Entry%20-%20Final.pdf.

3. Attached hereto as **Defendants' Exhibit 2** is a true and correct copy of the October 9, 2019 declaration of Mariza Marin, Assistant Director of Field Operations, San Diego Field Office, Office of Field Operations, U.S. Customs and Border Protection.

4. Attached hereto as **Defendants' Exhibit 3** is a partially redacted copy of the October 10, 2019 declaration of Rodney Harris, Deputy Assistant Director of Field Operations, Border Security, Laredo Field Office, Office of Field Operations, U.S. Customs and Border Protection. An unredacted copy of this declaration is lodged with the Court pursuant to section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual. An unredacted copy of this declaration was also served on Plaintiffs' counsel via email on October 10, 2019.

5. Attached hereto as **Defendants' Exhibit 4** is a true and correct PDF version of the webpage entitled "Claims of Fear: CBP Southwest Border and Claims of Credible Fear Total Apprehensions/Inadmissibles (FY2017–FY2018)," which is

1  available at https://www.cbp.gov/newsroom/stats/sw-border-migration/claims-fear.

2  6. Attached hereto as **Defendants' Exhibit 5** is a true and correct PDF version of the webpage entitled "Office of Field Operations Claims of Credible Fear Inadmissibles By Field Office: Southwest Border Claims of Credible Fear Inadmissibles by Field Office (FY2017–FY2018)," which is available at https://www.cbp.gov/newsroom/stats/sw-border-migration/claims-fear/inadmissibles-field-office.

7. Attached hereto as **Defendants' Exhibit 6** are true and correct excerpts from the June 13, 2017 testimony of Carla L. Provost, Acting Chief, U.S. Border Patrol, U.S. Customs and Border Protection; John P. Wagner, Deputy Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection; and Thomas D. Homan, Acting Director, U.S. Immigration and Customs Enforcement, before the U.S. House of Representatives Subcommittee on Homeland Security.

8. Attached hereto as **Defendants' Exhibit 7** is a true and correct copy of the October 4, 2019 declaration of Randy Howe, Executive Director for Operations, Office of Field Operations, U.S. Customs and Border Protection.

9. Attached hereto is a placeholder for **Defendants' Exhibit 8**, a true and correct copy of a document bearing the Bates numbers AOL-DEF-00012236–12241. An unredacted copy of this document is lodged with the Court pursuant to section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual. An unredacted copy of this document was provided to Plaintiffs' counsel in the course of Defendants' document productions and was also served on Plaintiffs' counsel via email on October 10, 2019.

10. Attached hereto as **Defendants' Exhibit 9** is a true and correct copy of U.S. Custom's and Border Protection's National Standards on Transport, Escort, Detention, and Search (Oct. 2015), which is also available at https://www.cbp.gov/sites/default/files/assets/documents/2017-Sep/CBP%20TEDS%20Policy%20Oct2015.pdf.

11. Attached hereto as **Defendants' Exhibit 10** is a true and correct copy of the October 4, 2019 declaration of Ashley B. Caudill-Mirillo, Deputy Chief, Asylum Division, U.S. Citizenship and Immigration Services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on October 10, 2019, in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA