# DEFENDANTS' EXHIBIT 5

"Office of Field Operations Claims of Credible Fear Inadmissibles By Field Office: Southwest Border Claims of Credible Fear Inadmissibles by Field Office (FY2017–FY2018)" (last updated Dec. 10, 2018)

*Al Otro Lado, Inc., et al. v. Kevin McAleenan, et al.*, No. 3:17-cv-02366-BAS-KSC (S.D. Cal.)

(https://instagram.com/customsborder/)
(Official Website of the Department of Homeland Security) (https://www.flickr.com/photos/cbpphotos/) (https://twitter.com/cbp)
(https://www.linkedin.com/company/2997?trk=tyah) (https://www.youtube.com/user/customsborderprotect)



U.S. Customs and Border Protection (/)

# Office of Field Operations Claims of Credible Fear Inadmissibles By Field Office

## Southwest Border Claims of Credible Fear Inadmissibles by Field Office (FY2017 - FY2018)

| | Southwest Border by Field Office | | |
|---|---|---|---|
| **Field Office** | **FY17** | **FY18** | **% Change FY17 to FY18** |
| El Paso | 4,198 | 6,824 | 63% |
| Laredo | 6,833 | 15,103 | 121% |
| San Diego | 4,334 | 12,423 | 187% |
| Tucson | 1,919 | 3,919 | 104% |
| **Southwest Border Total** | **17,284** | **38,269** | **121%** |

View the **Claims of Fear (/newsroom/stats/sw-border-migration/claims-fear)** webpage.

**Last modified:** December 10, 2018

**Tags:**   Port Security,   Statistics

 Share This Page.