# DEFENDANTS' EXHIBIT 8

AOL-DEF-00012236–12241

**Filed Under Seal**

*Al Otro Lado, Inc., et al. v. Kevin McAleenan, et al.*,

No. 3:17-cv-02366-BAS-KSC (S.D. Cal.)