JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
Katherine.J.Shinners@usdoj.gov
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kevin K. McALEENAN,* Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

---

* Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Federal Rule of Civil Procedure 25(d).

**DECLARATION OF KATHERINE J. SHINNERS**

I, Katherine J. Shinners, declare as follows:

1. I am an attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the District of Columbia, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Provisional Class Certification.

3. Attached hereto as **Defendants' Exhibit 1** is a true and correct copy of the May 24, 2019 Declaration of Randy Howe, Executive Director for Operations, Office of Field Operations, U.S. Customs and Border Protection.

4. Attached hereto as **Defendants' Exhibit 2** is a partially redacted true and correct copy of a redacted document from U.S. Customs and Border Protection, which version was produced to Plaintiffs in discovery bearing the Bates Numbers CBPALORT000103-107 and was previously filed in this case at ECF Docket No. 192-4.

5. Attached hereto as **Defendants' Exhibit 3** is a partially redacted true and correct copy of a redacted document from U.S. Customs and Border Protection, which version was produced to Plaintiffs in discovery bearing the Bates Numbers CBPALORT000003 and was previously filed in this case at ECF Docket No. 192-8.

6. Attached hereto as **Defendants' Exhibit 4** is a true and correct copy of the October 4, 2019 Declaration of Randy Howe, Executive Director for Operations, Office of Field Operations, U.S. Customs and Border Protection.

7. Attached hereto as **Defendants' Exhibit 5** is a partially redacted true and correct copy of an April 27, 2018 memorandum from Todd C. Owen, Executive

1  Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Pro-
2  tection, regarding "Metering Guidance," which version was produced to Plaintiffs
3  in discovery bearing the Bates Numbers CBPALORT000299 and was previously
4  filed in this case at ECF Docket No. 283-1.

5      8. Attached hereto as **Defendants' Exhibit 6** is a true and correct copy of
6  the October 9, 2019 Declaration of Mariza Marin, Assistant Director of Field Oper-
7  ations, San Diego Field Office, Office of Field Operations, U.S. Customs and Border
8  Protection.

9      9. Attached hereto as **Defendants' Exhibit 7** is a partially redacted true
10 and correct copy of Abigail Doe's I-213, Record of Deportable/Inadmissible Alien,
11 bearing the Bates numbers AOL-DEF-00005051-5054. A redacted copy of this doc-
12 ument was produced to Plaintiffs in discovery. Additional redactions have been
13 made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect
14 the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect
15 confidential information that is not relevant to Defendants' arguments in opposition
16 to Plaintiffs' Motion for Provisional Class Certification.

17     10. Attached hereto as **Defendants' Exhibit 8** is a partially redacted true
18 and correct copy of Carolina Doe's I-213, Record of Deportable/Inadmissible Alien,
19 bearing the Bates numbers DHSALOTRO00000341-344. A redacted copy of this
20 document was produced to Plaintiffs in discovery. Additional redactions have been
21 made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect
22 the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect
23 confidential information that is not relevant to Defendants' arguments in opposition
24 to Plaintiffs' Motion for Provisional Class Certification.

25     11. Attached hereto as **Defendants' Exhibit 9** is a partially redacted true
26 and correct copy of Dinora Doe's I-213, Record of Deportable/Inadmissible Alien,
27 bearing the Bates numbers DHSALOTRO00000684-686. A redacted copy of this
28 document was produced to Plaintiffs in discovery. Additional redactions have been

1 made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

12. Attached hereto as **Defendants' Exhibit 10** is a partially redacted true and correct copy of Ingrid Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00004903-4905. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

13. Attached hereto as **Defendants' Exhibit 11** is a partially redacted true and correct copy of Maria Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00004342-4345. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

14. Attached hereto as **Defendants' Exhibit 12** is a partially redacted true and correct copy of Ursula Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers DHSALOTRO00000213-215. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

15.     Attached hereto as **Defendants' Exhibit 13** is a partially redacted true and correct copy of Juan Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers DHSALOTRO00001725-1727.  A redacted copy of this document was produced to Plaintiffs in discovery.  Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

16.     Attached hereto as **Defendants' Exhibit 14** is a partially redacted true and correct copy of Victoria Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00004240-4242.  A redacted copy of this document was produced to Plaintiffs in discovery.  Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

17.     Attached hereto as **Defendants' Exhibit 15** is a partially redacted true and correct copy of Bianca Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00004735-4737.  A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

18.     Attached hereto as **Defendants' Exhibit 16** is a partially redacted true and correct copy of Emiliana Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers DHSALOTRO00000563-565.  A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been

made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

19. Attached hereto as **Defendants' Exhibit 17** is a partially redacted true and correct copy of Cesar Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00004486-4488. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

20. Attached hereto as **Defendants' Exhibit 18** is a partially redacted true and correct copy of Roberto Doe's 2005 I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00005125-5126. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

21. Attached hereto as **Defendants' Exhibit 19** is a partially redacted true and correct copy of Roberto Doe's 2005 I-862, Notice to Appear, bearing the Bates numbers AOL-DEF-00005144-5145. A copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym.

22. Attached hereto as **Defendants' Exhibit 20** is a partially redacted true and correct copy of Roberto Doe's 2005 *in absentia* removal order, bearing the Bates

1  numbers AOL-DEF-00005139-5140.  A copy of this document was produced to
2  Plaintiffs in discovery.  Additional redactions have been made to this document
3  pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plain-
4  tiffs who are proceeding under pseudonym.

5       23.    Attached hereto as **Defendants' Exhibit 21** is a partially redacted true
6  and correct copy of Roberto Doe's 2011 I-871, Notice of Intent/Decision to Rein-
7  state Prior Order, bearing the Bates number AOL-DEF-00005107.  A copy of this
8  document was produced to Plaintiffs in discovery.  Additional redactions have been
9  made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect
10  the identity of Plaintiffs who are proceeding under pseudonym.

11       24.    Attached hereto as **Defendants' Exhibit 22** is a partially redacted true
12  and correct copy of Roberto Doe's 2011 I-213, Record of Deportable/Inadmissible
13  Alien, bearing the Bates numbers AOL-DEF-00005168-5171.  A redacted copy of
14  this document was produced to Plaintiffs in discovery.  Additional redactions have
15  been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to
16  protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to
17  protect confidential information that is not relevant to Defendants' arguments in op-
18  position to Plaintiffs' Motion for Provisional Class Certification.

19       25.    Attached hereto as **Defendants' Exhibit 23** is a partially redacted true
20  and correct copy of Roberto Doe's 2011 I-205, Warrant of Removal/Deportation,
21  bearing the Bates numbers AOL-DEF-00005102-5103.  A copy of this document
22  was produced to Plaintiffs in discovery.  Additional redactions have been made to
23  this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the
24  identity of Plaintiffs who are proceeding under pseudonym.

25       26.    Attached hereto as **Defendants' Exhibit 24** is a true and correct copy
26  of the October 4, 2019 Declaration of Ashley B. Caudill-Mirillo, Deputy Chief, Asy-
27  lum Division, U.S. Citizenship and Immigration Services.

28       I declare under penalty of perjury that the foregoing is true and correct to the

1  best of my knowledge. Executed on October 15, 2019, in Washington, D.C.

                    */s/ Katherine J. Shinners*
                    KATHERINE J. SHINNERS