# EXHIBIT 3

Case 3:17-cv-02366-BAS-KSC Document 308-4 Filed 10/15/19 PageID.8936 Page 2 of 2
Case 3:17-cv-02366-BAS-KSC Document 192-6 Filed 11/29/18 PageID.4445 Page 2 of 2
Produced in Al Otro Lado v. Duke, 2:17-cv-5111

Office of Field Operations
Laredo Field Office
January 13, 2017

**Action Required:** Information Only

**Time Constraint:** None

**Issue:**
The Port of Laredo, Texas has metering procedures in place to address any capacity, safety and health concerns at the Port of Entry (POE). Case processing capacity at Gateway to the Americas (Bridge 1) is set at ▉▉▉▉.

**Executive Summary:**
Once case processing numbers exceed ▉▉▉▉ metering procedures are implemented.
- A CBP Supervisor and a CBPO conduct metering at the middle of the bridge.
- All foreign nationals seeking a benefit are given an appointment window to return for processing. (Processing is not denied to any applicant).
- Appointment window is provided within a reasonable amount of time.
- Applicant is provided a resource list containing safety, health and social services contact information in Nuevo Laredo, Tamaulipas.
- Laredo Command Center (LCC) is notified once metering has commenced.
- LCC provides hourly updates to the Laredo Operations Center (LOC) and local upper management for awareness.
- A final update is sent once normal operations resume.

**Background:**
- Due to the ongoing construction, the temporary building processing capability is limited in both space and resources.
- The safety and health of all employees and detainees is paramount.

**Watch Out For/If Asked:**
The following cases are not metered regardless of capacity issues.
- Unaccompanied alien children (UAC's)
- Credible fear claims of returning to Mexico
- Individuals requiring medical attention

[redacted]

CBPALORT000003