# EXHIBIT 7

**U.S. Department of Homeland Security**

SIGMA Event: ▮
Subject ID: ▮

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| **Abigail Doe** | | | F | BRO | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | Case No: ▮ | 60 | 160 | |

U.S. Address:

Scars and Marks:

Date, Place, Time, and Manner of Last Entry: 07/15/2017, SYS, 1100, ON FOOT

Passenger Boarded at:

F.B.I. Number: LE
☐ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:
C VILLAMAR 41 COL SANTA CATARINA 60136 URUAPAN, MICHOACAN, MEXICO

Method of Location/Apprehension: ISP

| Date of Birth | Age: 28 | Date of Action: 07/15/2017 | Location Code: SND/SYS | At/Near: SYS | Date/Hour: 07/15/2017 1357 |
|---|---|---|---|---|---|

City, Province (State) and Country of Birth: URUAPAN, MICHOACAN, MEXICO

AR [X]   Form: (Type and No.) Lifted ☐ Not Lifted ☐

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| None | None | Asylum | IN TRAVEL |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| None | None | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None Known |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)
NATIONALITY: MEXICO

Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known:

Mother's Present and Maiden Names, Nationality, and Address, if Known:

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed

Fingerprinted? ☒ Yes ☐ No    Systems Checks: See Narrative    Charge Code Words(s): I7A1

Name and Address of (Last)(Current) U.S. Employer:

Type of Employment:    Salary: Hr    Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ▮

Left Index fingerprint    Right Index fingerprint

RECORDS CHECKED

...(CONTINUED ON I-831)

7/15/17 ADM (Date/Initials)

CBP Officer (Signature and Title of Immigration Officer)

Alien has been advised of communication privileges

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer ▮
on: July 15, 2017    (time)
Disposition: Expedited Removal with Credible Fear
Examining Officer: ▮

08/01/07

Confidential                                                                                                    AOL-DEF-00005051

| U.S. Department of Homeland Security | Continuation Page for Form I213 |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| Abigail Doe | SIGMA Event: <br> Event No: | 07/15/2017 |

```
SECTION CODES
-------------
212a7AiI


FUNDS IN POSSESSION
-------------------

Mexican Peso 1600.00
```

On July 15, 2017 Abigail Doe along with her minor children , ▓▓▓, and ▓▓▓ applied for admission into the United States from Mexico through the San Ysidro Port Of Entry primary pedestrian lanes and presented Mexican birth certificates, and Mexican Voter card as means for identification to the primary officer.

On July 15, 2017 during an oral interview and sworn statement taken in the Spanish language Abigail Doe did not appear to be ill, intoxicated or under the influence of drugs. She was alert, responsive and appeared capable of communicating, she offered appropriate responses to questions. She did not appear to be unusually nervous or fearful.

Abigail Doe freely and voluntarily made the following statements:

On general health questions, Abigail Doe stated she was not pregnant nor did she or children have a serious medical issue.

Abigail Doe stated she is a citizen and native of Mexico by virtue of birth in, Uruapan, Michoacán, Mexico on ▓▓▓. Abigail Doe stated her Mexican Citizen parents live in San Clemente, CA as Legal Permanent Residents. Abigail Doe stated that she does not claim citizenship or Immigration benefits in any other country.

Abigail Doe stated she is legally married to ▓▓▓, Mexican Citizen. Abigail Doe stated she has two children: ▓▓▓ (▓▓▓ on birth certificate) (DOB ▓▓▓) and ▓▓▓ (DOB ▓▓▓) both born in Uruapan, Michoacán, Mexico.

Abigail Doe stated she resided in Uruapan with her husband and children. Abigail Doe stated she worked in Uruapan selling silver Jewelry earning around $1,000-1,500 pesos every two weeks. She would get her merchandise from a distributor and earn commission on her sales.

Abigail Doe admitted knowledge that she and children needed documents to lawfully enter, pass, or reside in the United States. Abigail Doe stated that she and her children have not applied for a United States visa. Abigail Doe stated that she and her children currently do not have any petitions pending with Citizenship and Immigration Services. Abigail Doe stated that she, nor her children have not lived in the United States....(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
|  | CBP Officer |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security — Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| Abigail Doe | SIGMA Event: / Event No: | 07/15/2017 |

Abigail Doe stated she has never been arrested nor has a warrant for her arrested in Mexico or any other country.

Abigail Doe stated she arrived to Tijuana, by bus on May 24, 2017. Abigail Doe stated she applied for entry the same day and she withdrew her application for admission. Abigail Doe stated she has been in Tijuana close to two months in a charity home, named Madre Azunta. Abigail Doe stated the home would provide everything needed for daily life: bed, food, clothes, shoes, soap. On a typical day, the chores would be divided. Abigail Doe claims she didn't leave the compound for the past two months since she was afraid. Abigail Doe stated, Madre Azunta allowed her to stay past the 15 days because they were in danger. Abigail Doe claims her parent, who live in San Clemente, CA which is around 40 miles away, did not visit her in Tijuana. Abigail Doe stated nothing happen to her while in Tijuana. Abigail Doe stated she has a total of 9 siblings, two live in the United States, and the rest in different parts of Mexico. However she doesn't communicate with them nor does she know where they live in Mexico.

Abigail Doe stated today, July 15, 2017 she arrived at the San Ysidro Port of Entry and stated her life and children's life was in danger. Abigail Doe stated she provided her Mexican voter's card and their birth certificates.

Abigail Doe stated she left her place of residence because her and kids life was threaten. Abigail Doe stated her husband is a trucker. And hauled Avocados or fruits from Michoacán to the US/Mexican border. However he wouldn't cross the cargo. Around three months ago, he commented, unknown people asked him to haul drugs in his cargo. Abigail Doe stated he refused and didn't comment anything else. Abigail Doe stated on May 20, 2017 her husband left for work at 4am. Abigail Doe stated on May 22, she went to tried to place a police report since he usually calls her but this time he didn't. Abigail Doe stated she was told nothing could be done because 72 hours had not gone by to open an investigation. Abigail Doe stated she didn't know what else to do. Abigail Doe stated when she was on her way to pick up her children from school, (12:30 hours) a black, tinted windows, SUV stopped. And three mask armed men exited the vehicle. FARIAS ARELLANO continued stating they pointed the guns to her head and force her to get in the vehicle where they threaten her to stop looking for her husband. Abigail Doe stated they told her to move far away and if she kept on looking for her husband he would be found cut in pieces. Abigail Doe stated since moving away she has not contacted anybody regarding her husband.

Abigail Doe stated her final destination in the United States would be with her parents and ▮▮▮ with an address of ▮▮▮.

Abigail Doe stated she is looking for protection from the United States, as to be far away. Abigail Doe stated she didn't think of moving anywhere else in Mexico because she is not secure in Mexico

Abigail Doe did express fear or concern if she returned to her home country. Abigail Doe stated she is afraid someone will harm her if she returns to her home country.

Abigail Doe stated she understood her case will be forward for a Credible Fear interview and she and children will be held in detention until their case is heard. Abigail Doe understood if her case gets denied she would be removed for a period of 5 years or more.
...(CONTINUED ON NEXT PAGE)

Signature: ▮▮▮   Title: CBP Officer

3 of 4 Pages

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>Abigail Doe | File Number<br>SIGMA Event:<br>Event No: | Date<br>07/15/2017 |

Abigail Doe stated she understood all questions asked and did not want to change any of her responses. Abigail Doe was given a list of low cost lawyers.

DISPOSITION: Abigail Doe and her minor children and were found inadmissible to the United States pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act, as amended. Abigail Doe and children were given a M-444, placed into DHS custody, pending a credible fear interview.

| Signature | Title |
|---|---|
|  | CBP Officer |

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)
Confidential