# EXHIBIT 9

**CONFIDENTIAL**

**U.S. Department of Homeland Security**

SIGMA Event: [redacted]
Subject ID: [redacted]

**Record of Deportable/Inadmissible Alien**

| Field | Value |
|---|---|
| Family Name (CAPS) | **Dinora Doe** [redacted] |
| First | |
| Middle | |
| Sex | F |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | LBR |
| Country of Citizenship | HONDURAS |
| Passport Number and Country of Issue | |
| File Number / Case No. | [redacted] |
| Height | 62 |
| Weight | 160 |
| Occupation | |
| U.S. Address | DHS CUSTODY |
| Scars and Marks | |
| Date, Place, Time, and Manner of Last Entry | 07/18/2017, SYS, 1140, AFOOT |
| Passenger Boarded at | See Narrative |
| F.B.I. Number | [redacted] |
| Marital Status | Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | COLONIA ARMENTA CORTEZ  SAN PEDRO SULA, HONDURAS |
| Method of Location/Apprehension | ISP |
| Date of Birth | [redacted]  Age: 38 |
| Date of Action | 07/18/2017 |
| Location Code | SND/SYS |
| At/Near | SYS |
| Date/Hour | 07/18/2017 1311 |
| City, Province (State) and Country of Birth | EL PROGRESO, N/A, HONDURAS |
| AR | X |
| Form (Type and No.) | See Narrative |
| By | [redacted] |
| NIV Issuing Post and NIV Number | None |
| Social Security Account Name | None |
| Status at Entry | No Documents |
| Status When Found | IN TRAVEL |
| Date Visa Issued | None |
| Social Security Number | None |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | NEGATIVE – See Narrative |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse | [redacted] NATIONALITY: HONDURAS |
| Number and Nationality of Minor Children | 0 |
| Father's Name, Nationality, and Address, if Known | [redacted] NATIONALITY: HONDURAS |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | [redacted] NATIONALITY: HONDURAS |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | Yes |
| Systems Checks | See Narrative |
| Charge Code Word(s) | I7A1 |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: [redacted]

Left Index fingerprint   Right Index fingerprint

BOARDED AT
----------
TIJUANA, BC, MEXICO

DOCUMENTS
---------
BIC 31710487
...(CONTINUED ON I-831)

Alien has been advised of communication privileges  7/18/17  [signature]
(Date/Initials)

CBP OFFICER
(Signature and Title of Immigration Officer)

Distribution: A FILE

Received (Subject and Documents)
Officer: [redacted]
on July 18, 2017
Disposition: Expedited Removal with Credible Fear
Examining Officer: [redacted]

Submitted by DHS 9/6/17 NH

T-513

Form I-213 (Rev. 08/01/07)

DHSALOTRO00000684

**CONFIDENTIAL**

U.S. Department of Homeland Security | Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| Dinora Doe | SIGMA Event:<br>Event No: | 07/18/2017 |

```
RECORDS CHECKED
---------------
[redacted]

SECTION CODES
-------------
212a7AiI
```

On July 18, 2017 Dinora Doe (DOB: ) applied for admission into the United States from Mexico through the San Ysidro Port Of Entry. Dinora Doe, claimed asylum to go to California. Primary officer immediately referred Dinora Doe to the Admissibility Enforcement Unit for further disposition.

On July 18, 2017 at approximately 1530 hours, during a sworn statement interview, Dinora Doe did not appear to be ill, intoxicated or under the influence of drugs. She was alert, responsive, appeared capable of communicating and she offered appropriate responses to questions. She did not appear to be unusually nervous or fearful. Dinora Doe did not request or receive any bodily comforts during the interview and no promises or threats were made to elicit the statement. The interview ended at approximately 1645 hours. During the interview, Dinora Doe made the following admissions/ statements:

Dinora Doe stated that she wanted the interview to take place in the Spanish language. Dinora Doe stated that currently she was not sick or under the influence of drugs, alcohol, medication, or any other substance that would keep her from understanding and answering the questions.

Dinora Doe admitted to being a native and citizen of Honduras by virtue of birth in El Progreso Yoro, Honduras. Dinora Doe stated that she does not hold or claim citizenship in any other country. Dinora Doe stated that she is married to who she has been separated from for the last 7 years and is traveling with her adult Honduran daughter (DOB: ).

Dinora Doe admitted to not possessing the proper documentation to enter, pass through, or reside in the United States. Dinora Doe stated she did not have knowledge that she needed documents to lawfully enter, pass, or reside in the United States. Dinora Doe stated that she has never lived in the United States and stated that she has never been removed or deported from the United States in the past.

Dinora Doe claimed fear of being returned to Honduras and stated that a gang "Mara" had threatened her from November 2015 to January 2016 because they wanted to take her house from her. Dinora Doe stated that she and her daughter had been kidnapped for three days in her own home by the "Maras" gang and stated that she witnessed her daughter being sexually violated during this time.

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| [signature redacted] | CBP OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHSALOTRO00000685

**U.S. Department of Homeland Security**     **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| Dinora Doe | SIGMA Event:<br>Event No: | 07/18/2017 |

Dinora Doe had stated that she had left Honduras in January 2016 and traveled to Tapachula, Mexico where she lived in shelters for 6 months before traveling to Tijuana where she claims she and her daughter attempted to ask for Asylulm at the Otay Mesa port of entry on August 1, 2016 and were returned to Mexico three different times that day. Dinora claimed the officers had told her that there was no asylum. Dinora Doe stated that on August 3, 2016 she attempted to ask at San Ysidro crossing but there were too many Haitians at the border at that time and she was afraid. Dinora Doe stated that she only attempted to ask for asylum recently because a group of lawyers had visited the shelter that she had been in and offered to help her legally.

Dinora Doe stated that she has never been threatened or harmed due to their race, religion, nationality, sexual preference or political affiliation.

Dinora Doe was provided with the M-444 Credible Fear information and a list of free legal services for the state of California. Dinora Doe stated that he understood that she was going to be held in DHS custody pending a credible fear interview and if not found to have a credible fear, would be returned to Honduras.

DISPOSITION: Dinora Doe is inadmissible to the United States pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act, as amended. Dinora was served with an M-444 (Credible Fear Information). Dinora Doe was taken into the custody of the Department Of Homeland Security pending a credible fear interview.

| Signature | Title |
|---|---|
|  | CBP OFFICER |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHSALOTRO00000686