# EXHIBIT 14

| | | |
|---|---|---|
| U.S. Department of Homeland Security | SIGMA Event: ▮▮▮<br>Subject ID: ▮▮▮ | **Record of Deportable/Inadmissible Alien** |

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| **Victoria Doe** | | | F | BRO | BRO | MBR |

| Country of Citizenship | Passport Number and Country of Issue | Case No. | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | ▮▮▮ | 61 | 120 | |

U.S. Address: DHS CUSTODY

Scars and Marks:

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated |
|---|---|---|---|
| 10/18/2018, SYS, 1841, AFOOT | SAN YSIDRO | LE | |

Number, Street, City, Province (State) and Country of Permanent Residence:

Method of Location/Apprehension: ISP

| Date of Birth | Age: 17 | Date of Action 10/18/2018 | Location Code SND/SYS | At/Near SYS | Date/Hour 10/18/2018 1605 |
|---|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By: |
|---|---|---|---|
| TRINIDAD COPAN, N/A, HONDURAS | | | ▮▮▮ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| None | None | Non-Immigrant | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| None | None | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None Known |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):

Number and Nationality of Minor Children: 1 HONDURAS

Father's Name, Nationality, and Address, if Known:

Mother's Present and Maiden Names, Nationality, and Address, if Known: NATIONALITY: HONDURAS

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) I7A1 |
|---|---|---|---|
| None Claimed | | | |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ▮▮▮

Left Index fingerprint    Right Index fingerprint

RECORDS CHECKED
----------------
▮▮▮

...(CONTINUED ON I-831)

Alien has been advised of communication privileges    10-18-18 JT  (Date/Initials)    CBP OFFICER  (Signature)

Distribution: FILE

Received: (Subject and Documents) (Report of Interview)
Officer ▮▮▮
on: October 18, 2018    (time)
Disposition: Notice to Appear (I-862)
Examining Officer: ▮▮▮

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**  **Continuation Page for Form** I213

| Alien's Name: Victoria Doe | File Number: ▮▮▮<br>SIGMA Event: ▮▮▮<br>Event No: ▮▮▮ | Date: 10/18/2018 |

SECTION CODES
--------------
212a7AiI

On September 18, 2018 at approximately 1330 hours a female subject later identified as, Victoria Doe ▮▮▮ (DOB: ▮▮▮) applied for admission at the San Ysidro Port of Entry. Victoria was accompanied by a minor child citizen of Mexico whom she claims is her child but did not show any proof of documentation. Victoria presented a birth certificate for herself and no documentation for the child to CBP Officer Carrillo E. Victoria did not present any valid entry documents and was seeking admission into the United States. The Primary Officer referred subject and the child to secondary and was subsequently escorted to the San Ysidro Admissibility Enforcement Unit (AEU) for further processing. During the inspection subject gave her name and stated being a citizen and national of Honduras and the child as a citizen of Mexico.

During AEU secondary inspection and questioning on September 18, 2018 conducted by CBPO Gomez J. subject stated her true name and nationality as being from Honduras without proper legal documentation to enter into the United States. Victoria stated that the baby was her child and the father ▮▮▮ was a citizen of Honduras and was currently in Honduras. Victoria stated she was born in Trinidad Copan, Honduras and she does not have valid entry documents to enter into the United States. Victoria stated that her baby was born in Chiapas, Mexico. Victoria stated that her mother ▮▮▮ is currently in Honduras and she is unaware of her father's whereabouts. Victoria stated that her mother is aware that she was traveling to the United States to seek asylum and contacted her on October 17, 2018 to inform her. Victoria stated that she does not have family or friends that were willing to take her and her child into their homes in the United States.

Victoria stated she left Honduras October 2017 traveled to Guatemala and stayed with a cousin for 15 days and then traveled to Chiapas, Mexico where she remained until February 2018 and then she traveled to Tapachula with the caravan and stayed for one month and then traveled to Tijuana, Mexico with the caravan and arrived on April 2018. Victoria stated that she attempted to get her child's Mexican documents but was unable. Victoria stated she didn't seek admission in the United States because she didn't want to risk getting separated from her child but then she consulted with an attorney Nicole Ramos and was advised by her that she would be able to enter with her child. Victoria stated she left Honduras October 2017 because the 18th Street gang wanted her to be with the boss and if not they were going to kill her family. Victoria stated that she did not get any assistance of any smuggler to travel to the United States. Victoria stated that she joined the caravan in Tapachula, Mexico that was organized by Ireneo Mujica. Victoria stated she did not pay anyone money. Victoria stated she is seeking asylum in the United States because the 18th street gang has threatened to kill her family. Victoria stated that she has not been harmed in Honduras or during her travel in any way.

Victoria was given the opportunity to see an Immigration judge. She did not request to be returned to Honduras. Victoria was read and asked the questions from CBP form 93. Victoria was also read the CBP form I-770.
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
| ▮▮▮ | CBP OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential

AOL-DEF-00004241

U.S. Department of Homeland Security — Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| Victoria Doe | SIGMA Event: <br> Event No: | 10/18/2018 |

Victoria was advised that she has the right to be represented by a lawyer. Victoria stated that she has fear of being returned to Honduras. An attempt was made to contact his mother in Honduras at the number of ▮▮▮ and ▮▮▮. Form I-217 was generated to forward to Honduras Consulate to make notification that minor subject is in DHS custody. Victoria D has no point of contact in the United States.

DISPOSITION: ▮▮▮ and minor child were determined to be minors, citizens and national of Honduras and Mexico and were served with an I-862 Notice to Appear and turned over to the Juvenile Coordinator for further disposition.

Signature: ▮▮▮   Title: CBP OFFICER

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)