# EXHIBIT 16

CONFIDENTIAL

SIGMA Event:
Subject ID :

U.S. Department of Homeland Security

# Record of Deportable/Inadmissible Alien

| Field | Value |
|---|---|
| Family Name (CAPS) / First / Middle | Emiliana Doe |
| Sex | M |
| Hair | BLN |
| Eyes | BRO |
| Cmplxn | LGT |
| Country of Citizenship | HONDURAS |
| Passport Number and Country of Issue | HONDU |
| File Number | Case No: |
| Height | 64 |
| Weight | 175 |
| Occupation | |
| U.S. Address | DHS CUSTODY |
| Scars and Marks | |
| Date, Place, Time, and Manner of Last Entry | 10/18/2018, SYS, 1330, AFOOT |
| Passenger Boarded at | TIJUANA |
| F.B.I. Number | LE 9 |
| Marital status | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | |
| Method of Location/Apprehension | ISP |
| Date of Birth | Age: 32 |
| Date of Action | 10/18/2018 |
| Location Code | SND/SYS |
| At/Near | SYS |
| Date/Hour | 10/18/2018 1456 |
| City, Province (State) and Country of Birth | SAN ANTONIO CORTES,N/A,HONDURAS |
| AR | ☒ |
| Form : (Type and No.) | Lifted ☐ Not Lifted ☐ |
| By | |
| NIV Issuing Post and NIV Number | None |
| Social Security Account Name | None |
| Status at Entry | No Documents |
| Status When Found | TRAVEL/SEEKING |
| Date Visa Issued | None |
| Social Security Number | None |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | NEGATIVE - See Narrative |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | NONE |
| Father's Name, Nationality, and Address, if Known | NATIONALITY: HONDURAS |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | NATIONALITY: HONDURAS |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | ☒ Yes ☐ No |
| Systems Checks | See Narrative |
| Charge Code Words(s) | I7A1 |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS:

Left Index fingerprint

Right Index fingerprint

RECORDS CHECKED
---------------

...(CONTINUED ON I-831)

Alien has been advised of communication privileges 10/18/18 (Date/Initials)

CBP OFFICER
(Signature and Title of Immigration Officer)

Distribution:

AFILE

Received: (Subject and Documents) (Report of Interview)

Officer:

on: October 18, 2018 (time)

Disposition: Expedited Removal with Credible Fear

Examining Officer:

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security — Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| Emiliana Doe | SIGMA Event: Event No: | 10/18/2018 |

SECTION CODES
-------------
212a7AiI

FUNDS IN POSSESSION
-------------------
United States Dollar 109.00

On October 18, 2018 at approximately 1330 hours (hrs), Emiliana Doe applied for admission into the United States from Mexico, at the San Ysidro Port of Entry. Upon inspection, Emiliana approached Customs and Border Protection Officer (CBPO) Carrillo, E. Based on the CBPO's I-443 referral, Emiliana had no documents and was traveling to New York. Emiliana was escorted to Admissibility Enforcement Unit office for further processing.

In AEU area, CBP systems checks on Emiliana were performed. Emiliana Doe was assigned A# , FINS# and FBI# LE .

On October 18, 2018 at approximately 2330 hrs, CBPO Saunders interviewed Emiliana in the AEU office and took a sworn statement from him witnessed by CBP Officer Pedraza and translated into the Spanish language by CBPO Pedraza employed by DHS/OFO/CBP. During the interview and sworn statement, Emiliana made the following statements freely and voluntarily. Emiliana requested that the interview be conducted in the Spanish language. Emiliana D requested to be addressed as .

Emiliana Doe stated her legal name is Emiliana Doe.
stated she identifies as a woman transgender and goes by the name .
stated she was born a male.
stated her date of birth was .
stated she is a citizen of Honduras.
stated she was born in San Antonio Cortes, Honduras.
stated her father and mother were born in Honduras.
stated her father and mother are citizens of Honduras.
stated she is not married.
stated she has no children.
stated she lives in San Pedro Sula, Honduras.
stated she left her home in Honduras because when she was working in a factory making clothes and her appearance started to change they would make fun of her and harass her. Then one day they made her sign a piece of paper saying she was fired. Then she went to the streets working as a prostitute for like 10 years because the president they have now does not recognize transgender as people.
Emiliana Doe stated she left Honduras June 5, 2018.
stated she arrived in Tijuana September 24th.
stated she did not speak with a lawyer before leaving Honduras.
stated she contacted lawyer Nicole Ramos while in Tijuana.
stated she attempted to enter the United States at the San Ysidro Port of Entry on...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| | CBP OFFICER |



Form I-831 Continuation Page (Rev. 08/01/07)

CONFIDENTIAL

U.S. Department of Homeland Security

Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| Emiliana Doe | SIGMA Event:<br>Event No: | 10/18/2018 |

October 18th by walking.

Emiliana Doe stated Nicole Ramos brought a group of them to the border.

stated lawyers told her that she would be interviewed and asked questions about her situation back in Honduras, and if she was asked to sign any papers not to sign them and that she would only be here six days.

Emiliana Doe stated she presented her Honduras passport and ID.

stated she has fear of being returned to her home country.

stated she would be harmed if returned to her home country.

stated she has never had an entry document for the United States.

stated she has never applied for a U.S. visa.

stated she does not have any applications or petitions pending with U.S. Citizenship and Immigration Services.

Emiliana Doe stated she has never been removed or deported from the United States.

stated she does not have any criminal records in Honduras or any other country.

stated she knows that she needs valid documents to legally enter the United States.

Emiliana stated she understood that if she is not granted asylum she will be removed from the United States and barred from entering and receiving benefits from the United States for a period of five years

Emiliana stated she understood all the questions that were asked to her in the Spanish language.

Emiliana Doe stated she answered all the questions freely and voluntarily.

stated she did not want to review any question nor change any answer from the interview.

Emiliana Doe stated she was not threatened, harmed, or forced to answer any question from the interview.

Emiliana Doe stated she understood the form M-444 that she read in the Spanish language.

stated she was satisfied with all of her answers.

DISPOSITION: Emiliana Doe appears to be inadmissible to the United States pursuant to Section 212(a)(7)(A)(i)(I) of the INA, as amended. Emiliana D was served with an I-860, M-444, and was held in DHS custody pending credible fear interview before an asylum officer at a place, date and time to be determined later. Emiliana D was provided a list of free legal services providers.

SIGMA event number is and ENFORCE event number is .

*****Emiliana Doe refused to sign all paperwork as advised per her lawyer.

Witnessed by CBP Officer

| Signature | Title |
|---|---|
| | CBP OFFICER |

3 of 3 Pages