# EXHIBIT 18

**U.S. Department of Justice**

Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| **Roberto Doe** | | | | M | BLK | BRO | LBR |
| Country of Citizenship | Passport Number and Country of Issue | | | Height | Weight | Occupation | |
| NICARAGUA | | | | 64 | 155 | LABORER | |
| U.S. Address | | | | Scars and Marks | | | |
| FAILED TO PROVIDE U.S. ADDRESS | | | | See Narrative | | | |
| Date, Place, Time, and Manner of Last Entry | | Passenger Boarded at | | F.B.I. Number | | ☐ Single | |
| 02/20/2005, 2130, .25 mile(s) E of EGP, EWI | | | | LE | | ☐ Divorced ☒ Married ☐ Widower ☐ Separated | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | | Method of Location/Apprehension | | | |
| ESTELI, ESTELI NICARAGUA | | | | PB 518.3 | | | |
| Date of Birth | Date of Action | Location Code | | At/Near | | Date/Hour | |
| Age: 29 | 02/20/2005 | DRT/EGT | | Eagle Pass, Texas | | 02/20/2005 2200 | |
| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐   Not Lifted ☐ | By | | | |
| ESTELI,ESTELI, NICARAGUA | | | | | | | |
| NIV Issuing Post and NIV Number | | Social Security Account Name | | Status at Entry | | Status When Found | |
| | | | | PWA Other | | TRAVEL/SEEK ING | |
| Date Visa Issued | | Social Security Number | | Length of Time Illegally in U.S. | | | |
| | | | | AT ENTRY | | | |
| Immigration Record | | Criminal Record | | | | | |
| POSITIVE - See Narrative | | None known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: NICARAGUA | | | | Number and Nationality of Minor Children | | | |
| SAME AS ABOVE | | | | 1, NICARAGUAN | | | |
| Father's Name, Nationality, and Address, if Known Nationality: NICARAGUA | | | | Mother's Present and Maiden Names, Nationality, and Address, if Known | | | |
| Monies Due/Property in U.S. Not in Immediate Possession | | Fingerprinted? Yes ☒  No ☐ | INS Systems Checks See Narrative | Charge Code Word(s) | | | |
| | | | | I6A | | | |
| Name and Address of (Last)/(Current) U.S. Employer | | Type of Employment | Salary | Employed from/to | | | |
| | | | Hr. | / /    / / | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
FIN #:

SCARS, MARKS AND TATTOOS
SCAR FOREARM, NONSPECIFIC


MOTHER'S NATIONALITY
NICARAGUA


FUNDS IN POSSESSION
200.00        United States Dollar


INS SYSTEMS CHECKS
```

```
Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by JIMENEZ
```

| Alien has been advised of communication privileges. _____ Date/Initials) | | BORDER PATROL AGENT (Signature and Title of INS Official) |
|---|---|---|
| Distribution: RELEASED DUE TO LACK OF DETENTION FUNDS | Received: (Subject and Documents) (Report of Interview) Officer: | |
| | on: February 22,  2005  at  0744  (time) | |
| | Disposition: Warrant of Arrest/Notice to Appear | |
| | Examining Officer: | |

12/20/2006 7:08:02 PM 8 of 1

AOL-DEF-00005125

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form   I-213

| Alien's Name | File Number Case No: | Date |
|---|---|---|
| Roberto Doe | A | 02/20/2005 |

Roberto Doe                               was apprehended at a place near Eagle Pass, Texas.  At the
time of apprehension Subject claimed to be a citizen and national of Nicaragua and was
not in possession of any immigration documents that would allow him to be or remain in
the United States legally.  Subject claims to have entered the United States illegally by
wading across the Rio Grande River downriver from Eagle Pass, Texas.

Subject was advised of his rights as per service form I-214A.  Criminal history was
negative and immigration checks revealed one prior apprehension in Douglas, Arizona.
Subject was informed by the guide of the group to claim Mexican and was granted a
voluntary return to Mexico. Removal proceedings are being initiated against subject.
Subject is being released on his own recognizance due to a lack of funds.  Subject was
apprised of the conditions of his release and was provided with a change of address form
EIOR-33.  The subject was made aware of requirement to send in the change of address form
to notify the Immigration Court for a change of venue.  The subject was issued service
form I-220A.

| Signature | Title |
|---|---|
| | BORDER PATROL AGENT |

____2____ of ____2____ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

Confidential

AOL-DEF-00005126