# EXHIBIT 21

U.S. Department of Homeland Security

**Notice of Intent/Decision to Reinstate Prior Order**

File No. ▮
Event No ▮
FINS #: ▮
Date: November 29, 2011

Name: Roberto Doe

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _____**REMOVAL**_____ entered against you. This intent is based on the following determinations:
(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on __June 15, 2005__ at
   (Date)
   SAN ANTONIO, TEXAS
   (Location)

2. You have been identified as an alien who:

   [X] was removed on __December 22, 2006__ pursuant to an order of deportation / exclusion / removal.
           (Date)

   [ ] departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
                                  (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about __November 28, 2011__ at or near __HIDALGO, TEXAS__
                                                              (Date)                              (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* __SPANISH__ *language.*

▮                                                          ▮
(Printed or typed name of official)                        (Signature of officer)

                                                           BORDER PATROL AGENT
                                                           (Title of officer)

**Acknowledgment and Response**

I [ ] do  [X] do not wish to make a statement contesting this determination.

11/28/2011                                                 ▮
(Date)                                                     (Signature of Alien)

**Decision, Order, and Officer's Certification**

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

November 29, 2011        MCALLEN, TEXAS                    ▮
(Date)                   (Location)                        (Signature of authorized deciding official)
▮                                                          ACTING PATROL AGENT IN CHARGE
(Printed or typed name of official)                        (Title)

Form I-871 (Rev. 08/01/07)

Confidential                                                                                AOL-DEF-00005107