# EXHIBIT 22

| U.S. Department of Homeland Security | Subject ID | | Record of Deportable/Inadmissible Alien |
|---|---|---|---|

| Family Name (CAPS): Roberto Doe | First: | Middle: | Sex: M | Hair: BLK | Eyes: BRO | Cmplxn: MED |
|---|---|---|---|---|---|---|
| Country of Citizenship: NICARAGUA | Passport Number and Country of Issue | File Number / CASE No. | Height: 64 | Weight: 180 | Occupation: LABORER | |
| U.S. Address: [redacted] | | | Scars and Marks: SCAR CHEEK (FACE), RIGHT | | | |
| Date, Place, Time, and Manner of Last Entry: 11/28/2011, 0300, 30.81 mile(s) W of HID, PWAM (BY RAFT) | Passenger Boarded at | F.B.I. Number: LE | Single ☒  Divorced ☐ Married ☐  Widower ☐ Separated ☐ | | | |
| Number, Street, City, Province (State) and Country of Permanent Residence: ESTELIN, ESTELIN, NICARAGUA | | Method of Location/Apprehension: PB | | | | |
| Date of Birth: [redacted]   Age: 36 | Date of Action: 11/28/2011 | Location Code: MCA/MCS | At/Near: HAVANA, TX | Date/Hour: 11/28/2011 0730 | | |
| City, Province (State) and Country of Birth: ESTELIN, ESTELIN, NICARAGUA | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By: [redacted] | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry: PWA Mexico | Status When Found: TRAVEL/SEEKING | | | |
| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S.: AT ENTRY | | | | |
| Immigration Record: POSITIVE - See Narrative | Criminal Record: None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | Number and Nationality of Minor Children: TWO/ NICARAGUA | | | | |
| Father's Name, Nationality, and Address, if Known: See Narrative | Mother's Present and Maiden Names, Nationality, and Address, if Known: See Narrative | | | | | |
| Monies Due/Property in U.S. Not in Immediate Possession: None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks: See Narrative | Charge Code Words(s): I9A1 | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary: Hr. | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: [redacted]

Left Index Print

Right Index Print

ARREST COORDINATES:
--------------------
Latitude:  26.2546
Longitude: -98.5257

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: SOTA

11/29/2011 (Date/Initials)   [redacted]   BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges

| Distribution: To File MCA/MCS Stats | Received: (Subject and Documents) (Report of Interview) Officer: [redacted] on: November 28, 2011 at 1056 (time) Disposition: REINSTATEMENT OF DEPORT ORDER I-871 Examining Officer: [redacted] |
|---|---|

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security                Continuation Page for Form _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| Roberto Doe | Event No: | 11/28/2011 |

FATHER NAME AND ADDRESS:
-------------------------
Nationality: NICARAGUA

ESTELIN, ESTELIN, NICARAGUA

MOTHER NAME AND ADDRESS:
-------------------------
Nationality: NICARAGUA

ESTELIN, ESTELIN, NICARAGUA

ASSISTING ASSETS:
-----------------
Air Ops
Canines

FUNDS IN POSSESSION:
--------------------
Mexican Peso 15.00  ✓ DJDR

RECORDS CHECKED:
----------------

NARRATIVE:
----------
ENCOUNTER/ALIENAGE:
Subject, Roberto Doe                    (A#            ) was encountered by McAllen Border Patrol Agent Gonzalo Gonzalez on November 28, 2011, near Havana, Texas. Agent Gonzalez questioned the subject as to his citizenship, which the subject stated that he was a citizen and national of Nicaragua. Subject has no immigration documents that would allow him to be or remain in the United States legally. Subject was taken into custody and transported to the McAllen, Texas Border Patrol Station for processing.

ENTRY DATA:
Subject freely admitted that he illegally entered the United States aboard a raft across the Rio Grande River. Subject entered approximately 30.81 miles west of the Hidalgo, Texas

| Signature | Title |
|---|---|
|  | BORDER PATROL AGENT |

2 of 4 Pages

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>Roberto Doe | File Number<br>A<br>Event No: | Date<br>11/28/2011 |

Port of Entry on November 28, 2011. Subject entered the United States at a place not designated as a port of entry by the Attorney General of the United States and or the Secretary of Homeland Security, the successor, thus he was not admitted, inspected or paroled by a U.S. Immigration Official.

Subject does not possess any valid U.S. Immigration Documents allowing him to enter or remain in the United States legally. Subject has not applied for nor has anyone applied for a petition on his behalf.

MOTIVATION:
Subject states he entered the United States to reside and seek work in Phoenix, Arizona.

RECORDS CHECKS:
The subject's record checks were ran through Rio Grande Valley Sector Communications, which revealed the following A #             , FBI#            and 

IMMIGRATION HISTORY:
ORDERED REMOVED: 06/15/2005
DATE REMOVED: 12/22/2006
REMOVED FROM: San Antonio, Texas

CRIMINAL HISTORY:
No criminal convictions shown.

TRAVEL DATA:
Subject stated he departed his home town on or about October 27, 2011. Subject stated that he traveled through Honduras, El Salvador, Guatemala and then into Mexico. Once in Mexico, subject continued to travel north towards Reynosa, Mexico. Subject then made his illegal entry into the United States.

CREDIBLE FEAR STATEMENT:
Subject was asked whether he feared being returned to his country of citizenship. Subject claimed he had no fear of being returned to his country of origin.

TERRORIST LINK:
Subject was interviewed and appropriate record checks were conducted. No links to terrorism or gang affiliation were found. Subject did not travel through any countries linked to terrorism.

MEDICAL/HEALTH:
Subject states he is in good health and does not need medical attention at this time.

CONSULATE RIGHTS/NOTIFICATION:
Subject was notified of his right, as a non-US citizen, to have a consular representative of his country notified of his arrest. I asked the subject if he wanted his consulate notified at this time. The subject told me he did want his consulate.

| Signature | Title |
|---|---|
|  | BORDER PATROL AGENT |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form | I213 |
|---|---|---|---|
| Alien's Name<br>Roberto Doe | File Number<br>Event No: MCS1211000362 | Date<br>11/28/2011 | |

DISPOSITION:
Subject is being processed for 8 USC 1231 (Reinstatement of Prior Order of Removal). As per I.E.A. _Camacho_, subject will be held at the Port Isabel Detention Center pending his removal.
FORMS EXECUTED: I-215B, I-213, I-203, I-871, I-217, R-84 and FD-249

| Signature | Title |
|---|---|
| | BORDER PATROL AGENT |

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential                                                    AOL-DEF-00005171