# EXHIBIT 23

U.S. Department of Homeland Security                    **Warrant of Removal/Deportation**

File No: ███████
Event No: ███████
Date: December 9, 2011

To any immigration officer of the United States Department of Homeland Security:

Roberto Doe
_____
(Full name of alien)

who entered the United States at  HIDALGO, TX                     on  November 28, 2011
                                  (Place of entry)                    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☐ an immigration judge in exclusion, deportation, or removal proceedings
- ☒ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
Section 241(a)(5) of the INA.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2012.

*Deborah L. Achim by #7447*

DEBORAH L. ACHIM
(Signature of immigration officer)

(A) FIELD OFFICE DIRECTOR
(Title of immigration officer)

December 9, 2011, San Antonio, Texas
(Date and office location)

Form I-205 (Rev. 08/01/07)

To be completed by immigration officer executing the warrant:

Name of alien being removed:
Roberto Doe

Port, date, and manner of removal:

**REMOVED**
DEC 2 1 2011
JPATS SNA TEXAS

Photograph of alien removed

Right index fingerprint of alien removed

(Signature of alien being fingerprinted)

(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07)