**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>KEVIN K. MCALEENAN, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[ECF No. 309-1]** |

　　　Before the Court is Plaintiffs' joint motion to file a reply brief in support of their Motion for Preliminary Injunction that exceeds the 10-page limit set by Local Rule 7.1(h). (ECF No. 309-1.) Plaintiffs represent that Defendants do not oppose the joint motion. (*Id.*) Good cause appearing, the Court **GRANTS** Plaintiffs' joint motion. Plaintiffs may file a reply brief not to exceed 13 pages.

　　　**IT IS SO ORDERED.**

**DATED: October 17, 2019**

Hon. Cynthia Bashant
United States District Judge