MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF UNOPPOSED JOINT MOTION TO SEAL PORTIONS OF PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION REPLY PAPERS** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA  22903
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration in support of the parties' Unopposed Joint Motion to Seal Portions of Plaintiffs' Preliminary Injunction and Class Certification Reply Papers.

3. The parties seek to seal six exhibits to each motion that Defendants designated as "Confidential" under the Protective Order: (a) a December 19, 2018 internal Customs and Border Protection ("CBP") email with the subject line "LFO Queue Management Report for December 19, 2018"; (b) a December 20, 2018 internal CBP email with the subject line "LFO Queue Management Report for December 20, 2018"; (c) a December 21, 2018 internal CBP email with the subject line "LFO Queue Management Report for December 21, 2018 @ 1000 hours CST"; (d) a February 2, 2019 internal CBP email with the subject line "LFO Queue Management Report for February 2, 2019"; (e) a March 6, 2019 internal CBP email with the subject line "Field Office Queue Management Report March 6, 2019"; and (f) a spreadsheet dated March 14, 2019 with the title, "Laredo Field Office." In addition, the parties seek to seal portions of Plaintiffs' Reply Memorandum of Points and Authorities in Support of Their Motion for Provisional Class Certification and pages 4-6 of their Reply Memorandum of Points and Authorities in Support of Their Motion for Preliminary Injunction, which reference those four documents.

4. The parties seek to seal six exhibits and descriptions of those exhibits that would reveal sensitive CBP information regarding the number and categorization of detainees and migrants presenting at certain ports of entry, and the personal telephone numbers and email addresses of senior CBP officials. For instance, the February 2, 2019 LFO Queue Management Report contains detailed

information regarding the number of detainees at ports of entry overseen by the Laredo Field Office, the migrant capacity at each port of entry, and the impact of the capacity level to port operations, among other types of sensitive data.  Similarly, the remaining documents subject to this sealing motion describe similarly sensitive, non-public data about CBP's immigration enforcement operations.

5. The parties have conferred regarding the motion, and Defendants join in the motion to seal.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 17th day of October 2019 at Washington, D.C.


*/s/ Stephen M. Medlock*
Stephen M. Medlock

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK