# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br>　　　*Plaintiffs,*<br><br>v.<br><br>Kevin K. McAleenan, *et al.*,<br>　　　*Defendants.* | No. 3:17-cv-02366-BAS-KSC |

## DECLARATION OF RANDY HOWE

I, Randy Howe, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records, and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am currently the Executive Director for Operations, Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). I have been employed in this role since October 2017. I began my career in 1988 with the legacy U.S. Immigration and Naturalization Service. During my 30 years of federal service, I have held various leadership positions, including Area Port Director, Buffalo; Assistant Director for Border Security; and Border Security Coordinator. Immediately prior to assuming my current role, I served as Director of Field Operations for the Preclearance Office. In my current position, I oversee more than 23,000 employees, with operations at 20 major field offices, 328 POEs, and 16 Preclearance locations.

2. I make this Declaration to support the pending Motion to File Documents under Seal in this case. I previously submitted a declaration in support of filing documents under seal in this case on September 26, 2019. I make this declaration to support the filing of several

1

additional documents under seal, as well as any charts, exhibits, or representations of information that contain information derived from those documents.

3.  The second of two groups of documents that needs to be filed under seal are indexed as AOL-DEF-00038929, AOL-DEF-00038927, AOL-DEF-00038923, AOL-DEF-00038931, AOL-DEF-00012335-336, and AOL-DEF-00012407-410.  These documents consist of the Laredo Field Office's input to the Queue Management Report, as well as Queue Management Reports. Queue Management Reports are reports that compile data from the Field Offices on the southwest border.  These are provided on a daily basis to OFO and CBP leadership, and provide raw data points on a number of factors that are significantly affecting the operations of southwest border ports of entry. The raw data points in complete Queue Management Reports may include information such as the number of detainees who are currently in custody at a particular port, the percentage of the port's holding capacity that is occupied, the number of aliens without documents sufficient for lawful entry who are believed to be in Mexico waiting to enter that port, the number of aliens transferred to U.S. Immigration and Customs Enforcement (ICE) custody from a particular port on that day, as well as a number of other sensitive raw data points.

4.  The first exhibit that should be filed under seal, indexed as AOL-DEF-00038929 is information provided by the Laredo Field Office to be included in the Queue Management Report for the date of February 2nd, 2019.

5.  The second exhibit that should be filed under seal, indexed as AOL-DEF-00038927 is information provided by the Laredo Field Office to be included in the Queue Management Report for the date of December 21st, 2018.

6. The third exhibit that should be filed under seal, indexed as AOL-DEF-00038923, is information provided by the Laredo Field Office to be included in the Queue Management Report for the date of December 20th, 2018.

7. The fourth exhibit that should be filed under seal, indexed as AOL-DEF-00038931 is information provided by the Laredo Field Office to be included in the Queue Management Report for the date of December 19th, 2018.

8. The fifth exhibit that should be filed under seal, indexed as AOL-DEF-00012335-336, is a Queue Management Report providing data from the Laredo, Tucson, San Diego, and El Paso Field Offices for the date of March 6th, 2019.

9. Finally, the sixth exhibit that should be filed under seal, indexed as AOL-DEF-00012407-410, is a Queue Management Report providing data from the Laredo, Tucson, San Diego, and El Paso Field Offices for the date of March 14th, 2019.

10. The data in the Queue Management Reports discussed above, listed solely for the purpose of this Declaration as exhibits one through six, is compiled from a host of sources from within CBP, as well as from other individuals and entities outside of CBP. These Reports are generated strictly for internal CBP and DHS use and are used to make plain any resource vulnerabilities to various stakeholders within CBP, who may then make changes or recommendations to improve resource allocation and/or mission-set prioritization. If any of this sensitive information were to be disclosed to the public, it would serve to bring these vulnerabilities to the attention of those who may wish to exploit them. Hostile actors could use the data in these reports alone, or compare CBP's reactive responses to that data, to determine what our "breaking points" are on a number of operational fronts at each represented port. Put another way, releasing this information could give hostile actors

actionable information about which ports of entry are facing certain operational challenges, and thus reveal when/where/under what conditions someone or something should try to affect entry or avoid entry, should create diversions or distractions, or should make moves to create operational difficulties for the ports, all of which would put the security of our border in a more vulnerable posture.

11. Any alternative remedy, other than filing under seal, would restrict the parties from ably advocating their positions, since the raw data points are what is necessary to make their arguments, while at the same time, it is those same data points that are the source of Defendants' informational vulnerability. For these reasons, the documents listed above, as well any charts, exhibits, or representations of information that contain information derived therefrom, should be filed under seal and kept confidential.

12. I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this __16__ day of October, 2019.

Randy Howe
Executive Director – Operations
Office of Field Operations
U.S. Customs and Border Protection