MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                 Plaintiffs,<br><br>         v.<br><br>Kevin K. McAleenan,[1] *et al.*,<br><br>                 Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' CLASS CERTIFICATION REPLY PAPERS** |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

2                    DECLARATION OF STEPHEN M. MEDLOCK

### DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.     I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2.     I make this declaration in support of the parties' Unopposed Motion to Seal Portions of Plaintiffs' Class Certification Reply Papers.

3.     The parties seek to seal two exhibits to the reply brief that Defendants: (a) an October 2, 2018 email and attachment entitled "Filed Office Queue Management 10.02.18"; and (b) a copy of the waitlist kept for asylum seekers in Ciudad Juarez, Mexico.  In addition, the parties seek to seal portions of pages 3 and 7 of Plaintiffs' Reply Memorandum of Points and Authorities in Support of Their Motion for Provisional Class Certification, which reference those documents.

4.     The parties seek to seal the first exhibit and descriptions of it that would reveal sensitive CBP information regarding the number and categorization of detainees and migrants presenting at certain ports of entry, and the personal telephone numbers and email addresses of senior CBP officials.  For instance, October 2, 2018 email and attachment entitled "Filed Office Queue Management 10.02.18" contains detailed information regarding the number of detainees at ports of entry overseen by the Laredo Field Office, the migrant capacity at each port of entry, and the impact of the capacity level to port operations, among other types of sensitive data.

5.     The Juarez waitlist contains personally identifiable information about noncitizens that have fled persecution in their home counties and who may be targeted for further persecution if it is revealed that they are currently in Ciudad Juarez, Mexico.

6.     The parties have conferred regarding the motion, and Defendants do not oppose this motion.

1     I declare under penalty of perjury under the laws of the United States of

2    America that the proceeding declaration is true and correct.

3     Executed on this 21st day of October 2019 at Washington, D.C.

4

5    */s/ Stephen M. Medlock*

6    Stephen M. Medlock

DECLARATION OF STEPHEN M. MEDLOCK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK