# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN K. MCALEENAN, *et al*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER SETTING ORAL ARGUMENT** |

The Court **ORDERS** the parties to appear on **November 5, 2019 at 10:00 a.m.** in Courtroom 4B for oral argument. *See* Civ. L.R. 7.1(d)(1). The parties should be prepared to discuss Plaintiffs' Motion for Preliminary Injunction. (ECF No. 294.)

Any request to continue oral argument shall be made **at least 7 days in advance of the hearing** and preferably be made as a joint request.

**IT IS SO ORDERED.**

DATED: October 23, 2019

Hon. Cynthia Bashant
United States District Judge