JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
SAIRAH G. SAEED (IL 6290644)
Trial Attorney

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, INC., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN K. MCALEENAN,[1] Secretary, U.S. DHS, in his official capacity; *et al.*,<br><br>Defendants. | Case No. 3:17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>**[DISCOVERY MATTER] JOINT PROPOSED SCHEDULE REGARDING DEFENDANTS' ADDITIONAL CUSTODIANS PURSUANT TO OCTOBER 9, 2019 ORDER [No. 304]** |

---

[1] Kevin K. McAleenan is automatically substituted for Former Secretary Nielsen pursuant to Federal Rule of Civil Procedure 25(d).

Pursuant to the Court's Order requiring Defendants to search for and produce or log documents from four additional custodians [ECF Dkt. No. 304], and having met and conferred, the parties jointly submit the following agreed-upon proposed document production schedule for the Court's approval:

1. Defendants shall substantially complete production[2] of responsive, nonprivileged documents pursuant to Defendants' objections and responses to Plaintiffs' First, Second, Third, and Fourth Set of Requests for Production, from custodians Hector Mancha and David Salazar by December 3, 2019.

2. Defendants shall substantially complete production of responsive, nonprivileged documents pursuant to Defendants' objections and responses to Plaintiffs' First, Second, Third, and Fourth Set of Requests for Production, from custodians Tater Ortiz and Michael Humphries by December 20, 2019.  If necessary, Plaintiffs may submit a supplemental expert report concerning class certification discussing the documents produced by Tater Ortiz and Michael Humphries, and Defendants may submit contradictory or rebuttal information in response to any such supplemental expert report.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY

---

[2] Defendants may produce documents with technical issues that have been corrected, or documents that were initially withheld as privileged but were ultimately determined to be not privileged or partially privileged after these deadlines, or may otherwise supplement or correct their production if or as required by Federal Rule of Civil Procedure 26(e)(1).

|   |   |
|---|---|
| 1 | Director |
| 2 | |
| 3 | /s/ Katherine J. Shinners |
|   | KATHERINE J. SHINNERS |
| 4 | Senior Litigation Counsel |
|   | United States Department of Justice |
| 5 | Civil Division |
|   | Office of Immigration Litigation |
| 6 | P.O. Box 868, Ben Franklin Station |
| 7 | Washington, D.C. 20044 |
|   | Tel: (202) 598-8259 \| Fax: (202) 305-7000 |
| 8 | katherine.j.shinners@usdoj.gov |

Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
SAIRAH G. SAEED
Trial Attorneys

*Counsel for Defendants*


MAYER BROWN LLP
 Matthew H. Marmolejo
 Ori Lev
 Stephen S. Medlock

SOUTHERN POVERTY LAW CENTER
 Melissa Crow
 Sarah Rich
 Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy
 Ghita Schwarz
 Angelo Guisado

AMERICAN IMMIGRATION COUNCIL

Karolina Walters

By: *Stephen M. Medlock*
Stephen M. Medlock

*Attorneys for Plaintiffs*

Dated: October 30, 2019