# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Kevin K. McAleenan, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>[ECF No. 318] |

Before the Court is a Motion to Withdraw Plaintiffs' Counsel of Record Mary Bauer. (ECF No. 318.) Plaintiffs' counsel states that Ms. Bauer is no longer employed at the Southern Poverty Law Center, which is representing Plaintiffs in this case. (ECF No. 318-1, Declaration of Stephen M. Medlock ¶ 2.) Defendants received notice of and have not opposed the motion. (*Id.* ¶ 4.)

After considering the motion, and good cause appearing, the Court **GRANTS** the motion. Accordingly, **IT IS HEREBY ORDERED** that Mary Bauer is no longer counsel of record for Plaintiffs in this matter.

**IT IS SO ORDERED.**

Dated: November 5, 2019

　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

17cv2366