JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kevin K. McALEENAN,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> **NOTICE OF APPEARANCE** |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Federal Rule of Civil Procedure 25(d).

1  PLEASE TAKE NOTICE that Ari Nazarov, Trial Attorney, United States
2  Department of Justice, enters his appearance in the above-captioned matter on behalf
3  of the named Defendants.
4  //
5  //
6  Dated: November 19, 2019              Respectfully submitted,
7
8                                         JOSEPH H. HUNT
                                          Assistant Attorney General
9                                         Civil Division
10
                                          WILLIAM C. PEACHEY
11                                        Director, Office of Immigration Litigation –
                                          District Court Section
12
13
                                          */s/ Ari Nazarov*
14                                        ARI NAZAROV
15                                        Trial Attorney
                                          Connecticut State Bar No. 414491
16                                        U.S. Department of Justice
                                          Civil Division
17                                        Office of Immigration Litigation
18                                        District Court Section
                                          P.O. Box 868, Ben Franklin Station
19                                        Washington, D.C. 20044
20                                        Tel: (202) 514-4120 | Fax: (202) 305-7000
                                          ari.nazarov@usdoj.gov
21
22                                        *Counsel for Defendants*
23
24
25
26
27
28

                                    1                    NOTICE OF APPEARANCE
                                                         Case No. 3:17-cv-02366-BAS-KSC