JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
SAIRAH G. SAEED (IL 6290644)
Trial Attorney

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, INC., *et al*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAD F. WOLF,[1] Acting Secretary, U.S. DHS, in his official capacity; *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>**[DISCOVERY MATTER] JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO PRODUCE DOCUMENTS FROM CUSTODIAN HIGGERSON**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>[*Declaration of Katherine J. Shinners Filed Concurrently*] |

---

[1] Chad F. Wolf is automatically substituted for Former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

# JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO PRODUCE DOCUMENTS FROM CUSTODIAN HIGGERSON

## DEFENDANTS' POSITION

Defendants respectfully request that the Court extend Defendants' deadline to produce documents from Custodian David Higgerson, former Director of Field Operations for the Laredo Field Office, Office of Field Operations, U.S. Customs and Border Protection. The current deadline for Defendants to substantially complete production of responsive, non-privileged documents from David Higgerson and various other custodians is December 3, 2019. *See* ECF Dkt. Nos. 326, 328 (modifying the Court's September 9, 2019 Order, ECF Dkt. No. 288, to extend the deadline for substantial completion of production of documents from certain custodians, including David Higgerson, from November 19, 2019, to December 3, 2019). Defendants currently anticipate meeting that deadline for all custodians aside from Custodian Higgerson. Defendants also anticipate producing over 7,000 documents from Custodian Higgerson on December 3, 2019. However, Defendants respectfully request that the Court grant an extension until December 20, 2019, to complete the production of the remaining responsive, non-privileged documents from Custodian Higgerson.

Defendants submit that good cause exists to grant this relatively brief extension for a very small subset of documents from their overall production, which to date totals over 230,000 documents. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992) ("Rule 16(b)'s "good cause" standard [for modification of a scheduling order] primarily considers the diligence of the party seeking the amendment."); Shinners Decl. ¶ 10. This is the second request for an extension with respect to Custodian Higgerson's documents. Although Defendant U.S. Customs and Border Protection (CBP) has been diligently reviewing and producing documents, Defendants have experienced continued technical

1

difficulties in exporting and extracting data from Custodian Higgerson that have caused delays in review and production of documents. This requested extension for a small portion of Defendants' overall document production should not affect the deadlines for class certification expert disclosures and briefing, because Plaintiffs have already received the majority of the responsive, non-privileged documents from Defendants' non-custodial and custodial sources. Accordingly, Plaintiffs will not be prejudiced by the proposed extension.

### A. Defendants Have Been Diligent in Their Collection, Review and Production, But Require a Brief Extension Solely for Custodian Higgerson's Documents.

Defendants continue to devote substantial resources to review and production, all while balancing those efforts with significant litigation responsibilities in this case (including other agreed-upon production deadlines, adding four new custodians to their collection and review, unexpected motions for preliminary injunctive and related relief, and affirmative discovery from the named Plaintiffs). As a result, as of December 2, 2019, Defendants have produced over 237,802 documents totaling over 750,000 pages. Shinners Decl. ¶ 10. Further, Defendants anticipate meeting the December 3 deadline for all custodians except Custodian Higgerson. *Id.* ¶ 11. Indeed, on December 3, 2019, Defendants expect to produce an additional 88,668 documents. *Id.* ¶ 11. Over 7,500 of these documents are from Custodian Higgerson. *Id.*[2]

Despite this diligence, Defendants require a brief extension of the deadline solely with respect to Custodian Higgerson due to technical issues. Specifically,

---

[2] As set forth in the accompanying declaration, on December 3, 2019, undersigned counsel learned that the extracted text for some of these 88,688 documents may not be ready for production on December 3, 2019, but Defendants anticipate producing all natives, images, and metadata on that date.

2

Defendants have continued to encounter delays in the uploading of Custodian Higgerson's email data, as a result of technical issues with the data, that necessitate this extension request. As set forth in Defendants' first motion to extend the deadline for Custodian Higgerson and other custodians' data, there were initially errors in the load files that CBP had created for the Higgerson email data that needed to be corrected so that the data could be uploaded for review. ECF Dkt. No. 326-2, Cole Decl. ¶ 20. A new export was provided to DOJ on November 11, 2019. *Id.*, Cole Decl. ¶¶ 21-22; Shinners Decl. ¶ 15 (filed herewith). However, Defendants experienced additional unanticipated delays in extracting that data due to how the data was stored. Shinners Decl. ¶ 16. Defendants were able to extract and upload some of that data for application of search terms, review, and production. *Id.* However, Defendants were not able to fully extract all documents contained within the Higgerson email data export until November 27, 2019. *Id.* At that time, Defendants determined that 113,384 documents did not have corresponding extracted text, and that Defendants would need to re-process those documents to obtain text to determine whether those documents contained any of the agreed-upon search terms. *Id.* Defendants anticipate that these remaining documents will be processed, uploaded, and prepared for responsiveness review by Monday, December 9, 2019; after that time, these documents will still need to undergo two levels of review for responsiveness and privilege. *See* Shinners Decl. ¶¶ 12-14, 16. Accordingly, a brief extension to December 20, 2019, will enable Defendants to complete production from Custodian Higgerson, including allowing adequate time to complete all levels of review.

### B. Plaintiffs Will Not Be Prejudiced by This Extension.

As explained above, Defendants anticipate that on December 3, 2019, they will have produced over 300,000 documents and will have substantially

1. completed production of the responsive, non-privileged documents from 16 of the
2. 19 custodians in this case.  Shinners Decl. ¶¶ 10-11.  These custodians include,
3. among others, four custodians from within the Laredo Field Office of CBP's
4. Office of Field Operations.  *See* Shinners Decl. ¶¶ 5 (listing original agreed-upon
5. custodians and their titles), 11.  Further, on December 3, 2019, Defendants will
6. produce a substantial number of documents from  another custodian within the
7. Laredo Field Office—Brownsville Port Director Tater Ortiz—and anticipate
8. substantially completing their production of documents from Custodian Oritz
9. before the December 20, 2019, deadline for the production of his documents.  *See*
10. ECF Dkt. Nos. 319, 320.  Accordingly, there is no reason that a brief extension for
11. some documents from David Higgerson, the one remaining custodian from within
12. the Laredo Field Office, will interfere with the approaching class certification-
13. related deadlines.

### C. Conclusion

Defendants have exercised diligence to meet the December 3 deadline but, due to unforeseen technical issues, are unable to meet that deadline for one custodian.  Accordingly, Defendants respectfully request that the Court grant a brief, 17-day extension of the deadline.

### **PLAINTIFFS' POSITION**

.Plaintiffs take no position on the motion.

| | |
|---|---|
| Dated: December 3, 2019 | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director<br><br>*/s/ Katherine J. Shinners*<br>KATHERINE J. SHINNERS<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 598-8259 | Fax: (202) 305-7000<br>katherine.j.shinners@usdoj.gov<br><br>ALEXANDER J. HALASKA<br>SAIRAH G. SAEED<br>Trial Attorneys<br><br>*Counsel for Defendants* |
| Dated: December 3, 2019 | MAYER BROWN LLP<br>　　Matthew H. Marmolejo<br>　　Ori Lev<br>　　Stephen M. Medlock<br><br>SOUTHERN POVERTY LAW CENTER<br>　　Melissa Crow<br>　　Sarah Rich<br>　　Rebecca Cassler<br><br>CENTER FOR CONSTITUTIONAL RIGHTS<br>　　Baher Azmy<br>　　Ghita Schwarz<br>　　Angelo Guisado |

5

|   |   |
|---|---|
| 1 |   |
| 2 | AMERICAN IMMIGRATION COUNCIL |
| 3 | Karolina Walters |
| 4 |   |
| 5 | By: */s/ Stephen M. Medlock*<br>Stephen M. Medlock |
| 6 | *Attorneys for Plaintiffs* |

**CERTIFICATE OF COMPLIANCE WITH
MEET-AND-CONFER REQUIREMENT**

The parties conferred via email regarding the issues raised in this motion on December 2 and 3, 2019. Plaintiffs stated that they take no position on the motion.

Dated: December 3, 2019       By */s/ Katherine J. Shinners*
                              Senior Litigation Counsel
                              United States Department of Justice
                              Civil Division
                              Office of Immigration Litigation

**CERTIFICATE OF SERVICE**

I certify that on December 3, 2019, I served a copy of this document on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide notice and an electronic link to this document to all counsel of record.

Dated: December 3, 2019        */s/ Katherine J. Shinners*
                                Senior Litigation Counsel
                                United States Department of Justice
                                Civil Division
                                Office of Immigration Litigation