JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | |
| CHAD F. WOLF,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF MOTION TO EXTEND DEFENDANTS' DEADLINE TO PRODUCE DOCUMENTS FROM CUSTODIAN HIGGERSON** |
| *Defendants* | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

# DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ) Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. McAleenan*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California. I submit this declaration in support of Defendants' Joint Motion to Extend Defendants' Deadline to Produce Documents From Custodian David Higgerson. These statements are based upon my personal knowledge, my review of Defendants' document productions, my review of Defendants' document review platform, and, where specifically noted, my review of information provided to me by colleagues at the Department of Justice (DOJ) or by employees of U.S. Customs and Border Protection (CBP).

2. On Monday, December 2, 2019, I sent an email to Plaintiffs' counsel proposing an extension of the December 3, 2019 deadline for Defendants to produce documents from custodian David Higgerson, to December 20, 2019.

3. On Monday, December 2, 2019, Plaintiffs' counsel responded that they cannot take a position on the request without seeing Defendants' motion, but that they anticipated taking no position on the motion.

**Defendants' Custodians and Non-Custodial Sources**

4. During negotiations regarding Defendants' responses to Plaintiffs' First and Second Sets of Requests for Production, the parties agreed that Defendants would search for responsive documents from the following custodians and non-custodial sources.

5. The parties agreed that Defendants would search for responsive documents from the following custodians, who are or were CBP employees: (1) Pete R. Flores, Director of Field Operations, San Diego Field Office, Office of Field Opera-

tion (OFO); (2) David P. Higgerson, Director of Field Operations, Laredo Field Office, OFO; (3) Frank S. Longoria, Assistant Director of Field Operations, Laredo Field Office, OFO; (4) Alberto A. Flores, Acting Port Director, Laredo Port of Entry, Laredo Field Office, OFO; (5) Andres Guerra, Acting Port Director, Hidalgo Port of Entry (September 2018-October 2018), Laredo Field Office, OFO; (6) David John Gonzalez, Acting Port Director, Hidalgo Port of Entry (October 2018-April 2019), Laredo Field Office, OFO; (7) Todd A. Hoffman, Executive Director, Admissibility and Passenger Programs, OFO; (8) Randy Howe, Executive Director, Operations, OFO; (9) Luis Mejia, Director, Enforcement Programs Division, Admissibility and Passenger Programs, OFO; (10) Mariza Marin, Supervisory CBP Officer (Watch Commander), San Ysidro Port of Entry, San Diego Field Office, OFO; (11) Bryan Molnar, Assistant Director, Intake and Analysis, Office of Professional Responsibility, Investigative Operations Division; (12) Todd C. Owen, Executive Assistant Commissioner, OFO; (13) Sidney Aki, Port Director, Say Ysidro Port of Entry, San Diego Field Office, OFO; (14) Carlos Rodriguez, Port Director, Hidalgo Port of Entry, Laredo Field Office, OFO; and (15) Judson Murdock, former Acting Assistant Commissioner, Office of Intelligence (the "Original Custodians").

  6.   The parties also agreed that Defendants would search for responsive documents within 8 non-custodial sources from CBP and the Office of Inspector General of the Department of Homeland Security.

  7.   On October 9, 2019, the Court ordered that Defendants search for responsive documents from four additional CBP custodians: (1) David Salazar, Port Director, Calexico Port of Entry, San Diego Field Office, OFO; (2) Hector Mancha, Director of Field Operations, El Paso Field Office, OFO; (3) Michael Humphries, Port Director, Nogales Port of Entry, Tucson Field Office, OFO; and (4) Tater Ortiz, Port Director, Brownsville Port of Entry, Laredo Field Office, OFO (the "New Custodians"). The parties agreed that Defendants would substantially complete production of documents from custodians Salazar and Mancha by December 3, 2019, and

from custodians Humphries and Ortiz by December 20, 2019 (*see* ECF Dkt. Nos. 319 and 320).

8. On November 15, 2019, in response to Defendants' unopposed request, the Court extended the deadline for Defendants to substantially complete production from the following Original Custodians from November 19, 2019, to December 3, 2019: Pete R. Flores, David P. Higgerson, Frank S. Longoria, Alberto A. Flores, Andres Guerra, David John Gonzalez, Luis Mejia, Mariza Marin, Bryan Molnar, and Judson Murdock.

**Defendants' Document Productions**

9. Defendants are using DOJ Civil Division's Relativity 9.6 review platform ("Relativity" or "review platform") to apply search terms to documents, review and, if necessary, redact documents for production, and produce documents.

10. As of December 2, 2019, Defendants have produced 237,802 documents using their Relativity review platform, totaling 766,421 pages.[2] Defendants have also produced a number of additional documents, including organizational charts, outside of the Relativity platform.

11. Defendants anticipate substantially completing production from all remaining Original Custodians except for Custodian David Higgerson, as well as New Custodians Mancha and Salazar, on December 3, 2019.[3] On that date, Defendants anticipate producing an additional 88,668 documents. Of those documents, 7,678 are from Custodian Higgerson. Further, this production includes a substantial number of documents for New Custodians Ortiz and Humphries. I recently learned that

---

[2] These figures include placeholders for privileged documents that were withheld in full.

[3] After these deadlines, Defendants may produce documents with technical issues that are later corrected, or documents that were initially withheld as privileged but are later determined not to be privileged or only partially privileged, or may otherwise supplement or correct their production as required by Federal Rule of Civil Procedure 26(e)(1).

the extracted text for 53,854 of these documents may not be ready for production on December 3, 2019, but Defendants anticipate producing all natives, images, and metadata for these 53,854 documents on that date.

**Defendants' Review Process**

12.     Documents that hit on search terms are being reviewed for responsiveness. Many of these CBP documents are being reviewed through the Active Learning project, as set forth in CBP's Active Learning protocol (*see* ECF Dkt. No. 284-3).

13.     Documents that are excluded from Active Learning, as set forth in §II(1) of the Active Learning protocol, are reviewed in a separate responsiveness review.

14.     Documents that are manually coded responsive within Active Learning or in the separate responsiveness review or that are ranked above a certain relevance rank by the Active Learning project, as well as that document's family members, are sent to privilege and confidentiality review.

**Custodian Higgerson's Data**

15.     According to information provided to me by contractors for the Office of Litigation Support (OLS), Civil Division, DOJ, and employees of CBP, as of 10:40 a.m. on November 12, 2019, the email data for custodian David Higgerson had been processed and was to begin uploading to Relativity later that day.

16.     According to information provided to me by contractors for OLS, it took an extremely long time to extract the Higgerson email data from the seven large zip files in which the data was provided due to the size of the zip files and the nature of the zip file program. Accordingly, although OLS contractors were able to upload the data to Relativity in increments, they did not complete this process until November 27, 2019. At that time, OLS contractors informed me that there were 113,384 documents for which there was no accompanying extracted text in the data export. Accordingly, OLS contractors advised that those documents would need to undergo OCR (optimal character recognition) so that search terms could be applied. Based on the

1 information provided to me by OLS contractors, I estimate that these documents will
2 not be ready for review until Monday, December 9, 2019.
3      I declare under penalty of perjury that the foregoing is true and correct to the
4 best of my knowledge. This declaration was executed on December 3, 2019, in Washington, D.C.

                                        */s/ Katherine J. Shinners*
                                        KATHERINE J. SHINNERS