JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV
SAIRAH G. SAEED (IL 6290644)
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **NOTICE OF APPEAL** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

Defendants Chad F. Wolf, Acting Secretary of the United States Department of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection ("CBP"); and Todd C. Owen, Executive Assistant Commissioner, Office of Field Operations, U.S. CBP, in their official capacities,[1] hereby appeal from the Court's November 19, 2019 Order, ECF No. 330, granting Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification, to the United States Court of Appeals for the Ninth Circuit.

DATED: December 4, 2019            Respectfully submitted,

                                   JOSEPH H. HUNT
                                   Assistant Attorney General
                                   Civil Division

                                   SCOTT G. STEWART
                                   Deputy Assistant Attorney General
                                   Civil Division

                                   WILLIAM C. PEACHEY
                                   Director

                                   */s/ Katherine J. Shinners*
                                   KATHERINE J. SHINNERS
                                   Senior Litigation Counsel
                                   United States Department of Justice
                                   Civil Division
                                   Office of Immigration Litigation
                                   P.O. Box 868, Ben Franklin Station
                                   Washington, D.C. 20044
                                   Tel: (202) 598-8259 | Fax: (202) 305-7000
                                   katherine.j.shinners@usdoj.gov

---

[1] Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted for their predecessors pursuant to Federal Rule of Civil Procedure 25(d).

ALEXANDER J. HALASKA
ARI NAZAROV
SAIRAH G. SAEED
Trial Attorneys

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 4, 2019          Respectfully submitted,

<u>/s/ Katherine J. Shinners</u>
KATHERINE J. SHINNERS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*