JOSEPH H. HUNT
Assistant Attorney General, Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>            *Plaintiffs*,<br><br>        v.<br><br>CHAD F. WOLF,[*] Acting Secretary,<br>U.S. Department of Homeland Security,<br>in his official capacity, *et al.*,<br><br>            *Defendants* | Case No. 3:17-cv-02366-BAS-KSC<br><br>Hon. Cynthia A. Bashant<br><br>**DEFENDANTS' EMERGENCY MOTION AND NOTICE OF MOTION TO STAY PRELIMINARY INJUNCTION (ECF No. 330) PENDING APPEAL**<br><br>Hearing Date: January 6, 2020<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

---

[*] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

## DEFENDANTS' EMERGENCY MOTION AND NOTICE OF MOTION

PLEASE TAKE NOTICE that, at a time the Court deems proper, or as soon thereafter as the parties may be heard, Defendants will and hereby do move on an emergency basis for a stay of this Court's Order Granting Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification (ECF No. 330) pending Defendants' appeal of that order to the U.S. Court of Appeals for the Ninth Circuit. Defendants also request that the Court enter an expedited briefing schedule on this Emergency Motion. Defendants further ask that the Court enter an administrative stay of its preliminary-injunction order pending briefing and adjudication of Defendants' stay motion. This Motion is based on the attached memorandum of points and authorities, all pleadings, papers, and files in this action, and on any arguments that may be presented orally at a hearing on this Motion. Defendants' counsel conferred with Plaintiffs' counsel on December 4, 2019, regarding this Motion.[1] Plaintiffs oppose this Motion and Defendants' request for an expedited briefing schedule.

DATED: December 4, 2019      Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

SCOTT G. STEWART
Deputy Assistant Attorney General
Civil Division

---

[1] Because Defendants are seeking a stay of a preliminary injunction, which constitutes emergency relief, Defendants understand that this motion does not require a conference of counsel under this Court's Standing Order for Civil Cases § 4.A. Defendants nevertheless conferred with Plaintiffs on December 4, 2019.  Plaintiffs stated that they oppose this motion. To the extent a conference is required, Defendants respectfully request that the Court waive the requirement that the conference take place seven days prior to the filing of the motion. *See* Standing Order for Civil Cases § 4.A.

DEFS.' MOT. TO STAY PRELIM. INJ.
Case No. 3:17-cv-02366-BAS-KSC

WILLIAM C. PEACHEY
Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
Trial Attorney

*Counsel for Defendants*

DEFS.' MOT. TO STAY PRELIM. INJ.
Case No. 3:17-cv-02366-BAS-KSC

## **CERTIFICATE OF SERVICE**

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 4, 2019                    Respectfully submitted,

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

DEFS.' MOT. TO STAY PRELIM. INJ.
Case No. 3:17-cv-02366-BAS-KSC