JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | |
| CHAD F. WOLF,* Acting Secretary of Homeland Security, in his official capacity, *et al.*, | **DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXPEDITED BRIEFING SCHEDULE AND DECISION ON THEIR MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL** |
| *Defendants* | |

---

* Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

## *EX PARTE* APPLICATION

Pursuant to Civil Local Rule 7.1(e)(5), Defendants hereby apply to this Court for an order shortening the time for Plaintiffs to respond to Defendants' Emergency Motion to Stay Preliminary Injunction Pending Appeal ("Motion").

As explained in more detail in the Motion, a shortened briefing schedule is necessary because the government faces substantial burdens complying with this Court's November 19, 2019 Preliminary Injunction Order (ECF No. 330), and that order is causing significant harm to the government and to the public. Defendants therefore respectfully request that, in light of those burdens, the Court direct that any response to the Motion be filed by December 9, and that the Court issue a decision on the Motion as early as possible, but no later than December 11, 2019. Defendants intend to seek emergency relief from the U.S. Court of Appeals for the Ninth Circuit promptly if this Court does not stay the injunction.

Defendants' counsel met and conferred with Plaintiffs' counsel by telephone on December 4, 2019, regarding this *ex parte* application. Plaintiffs oppose this application.

//
//

| | |
|---|---|
| DATED: December 4, 2019 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division |
| | SCOTT G. STEWART<br>Deputy Assistant Attorney General<br>Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | */s/ Katherine J. Shinners*<br>KATHERINE J. SHINNERS<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 598-8259 | Fax: (202) 305-7000<br>katherine.j.shinners@usdoj.gov |
| | SAIRAH G. SAEED<br>ALEXANDER J. HALASKA<br>ARI NAZAROV<br>Trial Attorneys |
| | *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

*Al Otro Lado, Inc. v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 4, 2019         Respectfully submitted,

<u>*/s/ Katherine J. Shinners*</u>
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*