JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV
Trial Attorneys

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | |
| CHAD F. WOLF,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR AN EXPEDITED BRIEFING SCHEDULE ON THEIR MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL** |
| *Defendants* | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

## DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ) Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. McAleenan*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California. I submit this declaration in support of Defendants' *Ex Parte* Application for an Expedited Briefing Schedule on their Motion to Stay Preliminary Injunction Pending Appeal. These statements are based upon my personal knowledge.

2. On November 19, 2019, the Court issued an Order Granting Plaintiffs' Motions for Provisional Class Certification and for Preliminary Injunction (ECF No. 330) ("Order").

3. On December 4, 2019, one day after I received notification of a determination on appeal by the Office of the Solicitor General, *see* 28 C.F.R. 0.20(b), I sent an email to counsel for Plaintiffs, informing them of Defendants' intent to appeal from the Order and to move to stay the Order pending appeal. I also notified counsel that Defendants intended to file the instant *ex parte* application to expedite the briefing schedule on the motion to stay.

4. Given the nature of the relief requested—which seeks a stay of the preliminary injunction to prevent irreparable harm to Defendants and the public interest—Defendants are moving expeditiously to request such relief.

5. On December 4, 2019, Defendants' counsel conferred with Plaintiffs' counsel by telephone. At the conference, the parties discussed in good faith but were unable to reach an agreement regarding the relief sought. Plaintiffs' counsel stated that they opposed the relief sought.

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on December 4, 2019, in Washington, D.C.

                        */s/ Katherine J. Shinners*
                        KATHERINE J. SHINNERS