MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248
   Ori Lev (DC Bar No. 452565)
  *(pro hac vice)*
   olev@mayerbrown.com
   Stephen M. Medlock (VA Bar No. 78819)
  *(pro hac vice)*
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  *(pro hac vice)*
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: (202) 355-4471
Facsimile:  (404) 221-5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No. 17-cv-02366-BAS-KSC |
| Plaintiffs, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF MATTHEW H. MARMOLEJO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'** ***EX PARTE*** **APPLICATION TO SHORTEN TIME** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF MATTHEW H. MARMOLEJO
CASE NO. 17-CV-02366-BAS-KSC

735679636.1

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

## DECLARATION OF MATTHEW H. MARMOLEJO

I, Matthew H. Marmolejo, state the following under penalty of perjury:

1. I am a partner in Mayer Brown LLP and counsel for Plaintiffs Al Otro Lado, Inc., Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, Roberto Doe, Maria Doe, Juan Doe, Úrsula Doe, Victoria Doe, Bianca Doe, Emiliana Doe, and César Doe in this matter. I make this declaration in support of Plaintiffs' Opposition To Defendants' December 4, 2019 *Ex Parte* Application To Shorten Time.

2. On December 4, 2019, along with Stephen Medlock of my firm and Karolina Walters of the American Immigration Council, I attended a meet-and-confer session with counsel for Defendants to discuss, among other issues, the Government's appeal, its December 4, 2019 Motion to Stay (Dkt. 336) and its December 4, 2019 *Ex Parte* Application To Shorten Time (Dkt. 337). During the discussion of these issues, counsel for the Government advised that, following the Court's November 19, 2019 injunction, *see* Dkt. 330, the Government has not asked Mexican authorities for copies of the waitlists and has no plans to do so.

3. During the same meet-and-confer call, we also discussed the timing of the Government's appeal of the Court's injunction and its associated Motion to Stay. Counsel for the Government explained that the Government had not filed its appeal or its Motion to Stay because it had certain administrative processes to follow before determining whether to seek an appeal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of December 2019 at Los Angeles, California.

                    /s/Matthew H. Marmolejo
                    Matthew H. Marmolejo
                    Email: mmarmolejo@mayerbrown.com

2

DECLARATION OF MATTHEW H. MARMOLEJO
CASE NO. 17-CV-02366-BAS-KSC

735679636.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on December 5, 2019, with a copy of this document via the Court's CM/ECF system per Local Rules.

/s/ Matthew H. Marmolejo
Matthew H. Marmolejo
Attorneys for Plaintiffs Al Otro Lado, Inc.
mmarmolejo@mayerbrown.com

3

DECLARATION OF MATTHEW H. MARMOLEJO
CASE NO. 17-CV-02366-BAS-KSC

735679636.1