JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV
SAIRAH G. SAEED (IL 6290644)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067 | Fax: (202) 305-7000
sairah.g.saeed@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD F. WOLF,* Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants* | Case No. 3:17-cv-02366-BAS-KSC<br><br>Hon. Cynthia A. Bashant<br><br>**DEFENDANTS' AMENDED MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF AND IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION (ECF No. 294) AND PROVISIONAL CLASS CERTIFICATION (ECF No. 293)**<br><br>Hearing Date: January 13, 2020 |

---

* Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT

**DEFENDANTS' AMENDED MOTION AND NOTICE OF MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF AND IN OPPOSTION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

Please take notice that on January 13, 2020, at a time the Court deems proper, Defendants will and hereby do move to seal exhibits filed in support of and in opposition to Plaintiffs' Motions for Preliminary Injunction (ECF No. 294) and Provisional Class Certification (ECF No. 293). This motion is based on the attached memorandum of points and authorities, accompanying declarations. This motion is made pursuant to the Court's Order specifically allowing the parties to file amended motions to seal by December 5, 2019. *See* ECF No. 332 at 10. Plaintiffs state the following as their position: "Plaintiffs have not had the opportunity to review this motion and therefore take no position on this motion."

December 5, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Sairah G. Saeed*
SAIRAH G. SAEED
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067 | Fax: (202) 305-7000
sairah.g.saeed@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 5, 2019         Respectfully submitted,

/s/ Sairah G. Saeed
SAIRAH G. SAEED
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067 | Fax: (202) 305-7000
sairah.g.saeed@usdoj.gov

*Counsel for Defendants*