JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV
SAIRAH G. SAEED (IL 6290644)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067 | Fax: (202) 305-7000
sairah.g.saeed@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CHAD F. WOLF,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DECLARATION OF SAIRAH G. SAEED IN SUPPORT OF DEFENDANTS' AMENDED MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF AND IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION (ECF No. 294) AND PROVISIONAL CLASS CERTIFICATION (ECF No. 293)** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

# DECLARATION OF SAIRAH G. SAEED

I, Sairah G. Saeed, declare as follows:

1. I am a Trial Attorney in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation.

2. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Nielsen*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the declaration of Randy Howe dated December 5, 2019.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the declaration of John Buckley dated December 4 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on December 5, 2019, in Washington, D.C.

> *s/ Sairah G. Saeed*
> SAIRAH G. SAEED