MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 750
Washington, DC 20036
Telephone:  +1.202.355.4471
Facsimile:  +1.404.221.5857

*Attorneys for Plaintiffs*
*Additional counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **PLAINTIFFS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER DENYING WITHOUT PREJUDICE THE PARTIES' MOTIONS TO SEAL [ECF NO. 332]** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087)
  (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  +1.212.614.6464
Facsimile:   +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone:  +1.202.507.7523
Facsimile:   +1.202.742.5619

1    PLEASE TAKE NOTICE that, pursuant to the Court's Order Denying Without Prejudice the Parties' Motions to Seal, concurrently with this notice Plaintiffs are filing a redacted copy of the Ciudad Juarez waitlist that redacts asylum-seekers' names, previous occupations, city/state of origin, birthdates, and emergency contact information. *See* ECF No. 332 at 10. A true and correct copy of the redacted waitlist is attached as Exhibit A to this notice.

Plaintiffs understand that the Government intends to renew its motion to seal documents that it produced that are cited in Plaintiffs' motion for preliminary injunction and motion for provisional class certification. Plaintiffs have not seen a copy of this motion, but understand from the Government that they should refrain from filing their unredacted preliminary injunction and motion for provisional class certification papers until this renewed motion to seal is resolved.

Dated: December 5, 2019

MAYER BROWN LLP
   Ori Lev
   Matthew H. Marmolejo
   Stephen S. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/   Stephen M. Medlock*
      Stephen M. Medlock

*Attorneys for Plaintiffs*

1

# CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: December 5, 2019                    MAYER BROWN LLP

                                           By */s/ Stephen M. Medlock*