MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF MELISSA CROW IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | *PORTIONS FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

1   CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4      *aguisado@ccrjustice.org*
5   666 Broadway, 7th Floor
    New York, NY 10012
6   Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8   SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9      *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10     *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
11  Decatur, GA 30030

12  AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13     *kwalters@immcouncil.org*
14  1331 G St. NW, Suite 200
    Washington, D.C. 20005
15  Telephone: +1.202.507.7523
16  Facsimile: +1.202.742.5619

# DECLARATION OF MELISSA CROW

I, Melissa Crow, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a Senior Supervising Attorney with the Southern Poverty Law Center's Immigrant Justice Project and co-lead counsel for the Plaintiffs in this case.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a transcript of a deposition of a whistleblower conducted on November 21, 2019 in this case. Exhibit 1 is designated "Highly Confidential - Attorney's Eyes Only" under the Court's Protective Order (Dkt. 276).

3. Attached hereto as Exhibit 2 is a true and accurate copy of a letter dated August 23, 2018 from the U.S. Department of Homeland Security's Office of Special Counsel to then-Secretary of Homeland Security Kirstjen Nielsen (Whistleblower Dep. Tr. Ex. 14) bearing the Bates stamps AOL-DEF-00205420-22. "AOL-DEF" denotes a document produced by Defendants in this litigation. Exhibit 2 is designated "Confidential" under the Court's Protective Order (Dkt. 276).

4. Attached hereto as Exhibit 3 is a true and accurate copy of a report dated September 26, 2019 from the U.S. Department of Homeland Security's Office of Inspector General entitled *Investigation of Alleged Violations of Immigration Laws at the Tecate, California, Port of Entry by U.S. Customs and Border Protection Personnel* (Whistleblower Dep. Tr. Ex. 19). Exhibit 3 has previously been filed in this case (Dkt. 300-2). Plaintiffs are filing it Under Seal out of an abundance of caution, as Defendants have recently moved to seal certain documents, including Exhibit 3. *See* Dkt. 340.

5. Attached hereto as Exhibit 4 is a true and accurate copy of the statement of CBPO ▇▇▇▇▇▇ (Whistleblower Dep. Tr. Ex. 18) bearing the Bates stamp AOL-DEF-00216886. "AOL-DEF" denotes a document produced by Defendants in this litigation. Exhibit 4 is designated "Highly Confidential/Attorneys' Eyes Only" under the Court's Protective Order (Dkt. 276).

6. Attached hereto as Exhibit 5 is a true and accurate copy of an email containing a Field Office Queue Management Report dated March 21, 2019 (Whistleblower Dep. Tr. Ex. 5) bearing the Bates stamps AOL-DEF-00087160-61. "AOL-DEF" denotes a document produced by Defendants in this litigation. Exhibit 5 is designated "Confidential" under the Court's Protective Order (Dkt. 276).

7. Attached hereto as Exhibit 6 is a true and accurate copy of an email dated June 16, 2018 containing a SWB (South-West Border) queue management update (Whistleblower Dep. Tr. Ex. 6) bearing the Bates stamps AOL-DEF-00170598. "AOL-DEF" denotes a document produced by Defendants in this litigation. Exhibit 6 is designated "Confidential" under the Court's Protective Order (Dkt. 276).

8. Attached hereto as Exhibit 7 is a true and accurate copy of an email containing a Field Office Queue Management Report dated May 2, 2019 (Whistleblower Dep. Tr. Ex. 7) bearing the Bates stamps AOL-DEF-00086900-01. "AOL-DEF" denotes a document produced by Defendants in this litigation. Exhibit 7 is designated "Confidential" under the Court's Protective Order (Dkt. 276).

9. Attached hereto as Exhibit 8 is a true and accurate copy of an email containing a Field Office Queue Management Report dated February 5, 2019 (Whistleblower Dep. Tr. Ex. 8) bearing the Bates stamps AOL-DEF-00088202-03. "AOL-DEF" denotes a document produced by Defendants in this litigation. Exhibit 8 is designated "Confidential" under the Court's Protective Order (Dkt. 276).

10. Attached hereto as Exhibit 9 is a true and accurate copy of an email containing a Field Office Queue Management Report dated January 10, 2018 (Whistleblower Dep. Tr. Ex. 9) bearing the Bates stamps AOL-DEF-00050964-65. "AOL-DEF" denotes a document produced by Defendants in this litigation. Exhibit 9 is designated "Confidential" under the Court's Protective Order (Dkt. 276).

11. Attached hereto as Exhibit 10 is a true and accurate copy of an email containing a Field Office Queue Management Report dated December 26, 2018

Case 3:17-cv-02366-BAS-KSC   Document 344-2   Filed 12/06/19   PageID.23497
Page 5 of 6

(Whistleblower Dep. Tr. Ex. 10) bearing the Bates stamps AOL-DEF-00195859-60. "AOL-DEF" denotes a document produced by Defendants in this litigation. Exhibit 10 is designated "Confidential" under the Court's Protective Order (Dkt. 276).

12. Attached hereto as Exhibit 11 is a true and accurate copy of the leaked version of a guidance dated November 20, 2019 for asylum officers and asylum office staff regarding threshold screening under the U.S.-Guatemala Asylum Cooperation Agreement.

13. Attached hereto as Exhibit 12 is a true and accurate copy of the declaration of Stephen Medlock.

14. Attached hereto as Exhibit 13 is a true and accurate copy of the declaration of JAAM. This individual has signed the declaration using a pseudonym because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

15. Attached hereto as Exhibit 14 is a true and accurate copy of the declaration of LMCP. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

16. Attached hereto as Exhibit 15 is a true and accurate copy of the declaration of MEZG. This individual has signed the declaration using a pseudonym because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

17. Attached hereto as Exhibit 16 is a true and accurate copy of the declaration of WVUB. This individual has signed the declaration using a pseudonym because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

18. Attached hereto as Exhibit 17 is a true and accurate copy of the declaration of AMCA. This individual has signed the declaration using

DECLARATION OF MELISSA CROW

pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

19. Attached hereto as Exhibit 18 is a true and accurate copy of the declaration of LALC. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

20. Attached hereto as Exhibit 19 is a true and accurate copy of the declaration of AOGA. This individual has signed the declaration using pseudonymous initials because he or she fears retaliation by U.S. immigration authorities. If the Court requests, Plaintiffs are willing to identify this individual in camera.

21. Attached hereto as Exhibit 20 is a true and accurate copy of the declaration of Daniella Burgi-Palomino.

22. Attached hereto as Exhibit 21 is a true and accurate copy of the declaration of Nicole Ramos.

I declare under penalty of perjury under the laws of the United States of America that the preceding declaration is true and correct.

Executed on this 6th day of December 2019 at Washington, D.C.

*/s/ Melissa Crow*
Melissa Crow