**MAYER BROWN LLP**
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

**SOUTHERN POVERTY LAW CENTER**
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 750
Washington, DC 20036
Telephone:  +1.202.355.4471
Facsimile:  +1.404.221.5857

*Attorneys for Plaintiffs*
*Additional counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>   Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN THE BRIEFING SCHEDULE FOR THEIR MOTION FOR TEMPORARY RESTRAINING ORDER PROHIBITING APPLICATION OF ASYLUM COOPERATIVE AGREEMENT RULE TO PROVISIONAL CLASS MEMBERS** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087)
  (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  +1.212.614.6464
Facsimile:   +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone:  +1.202.507.7523
Facsimile:  +1.202.742.5619

# EX PARTE APPLICATION

PLEASE TAKE NOTICE that, pursuant to Section 7.1(e)(5) of the Local Rules, Plaintiffs, by and through undersigned counsel, hereby apply to this Court for an order shortening the time for briefing and hearing of Plaintiffs' Motion for Temporary Restraining Order Prohibiting Application of Asylum Cooperative Agreement Rule to Provisional Class Members (the "Motion").

As explained in more detail in the Motion, a shortened briefing schedule (and expedited oral argument, should the Court desire such argument) is necessary because members of the provisional class could imminently be denied meaningful access to the U.S. asylum system because they are subject to and may be removed under the Interim Final Rule, "Implementing Bilateral and Multilateral Asylum Cooperative Agreements Under the Immigration and Nationality Act," 84 Fed. Reg. 63,994 (Nov. 19, 2019) ("ACA Rule").

Therefore, Plaintiffs respectfully request that, in light of the above, the shortened briefing schedule be as follows:

- Defendants' opposition to the Motion shall be due on or before **December 13, 2019.**
- Plaintiffs' reply brief in support of the Motion shall be due on or before **December 18, 2019.**

On December 4, 2019, Plaintiffs met-and-conferred by phone with Defendants regarding this *ex parte* application. Defendants oppose this application.

Dated: December 6, 2019

MAYER BROWN LLP
Ori Lev
Matthew H. Marmolejo
Stephen S. Medlock

SOUTHERN POVERTY LAW CENTER
Melissa Crow
Sarah Rich

1

PLAINTIFFS' EX PARTE APPLICATION FOR SHORTENED BRIEFING SCHEDULE

1                           Rebecca Cassler

2                           CENTER FOR CONSTITUTIONAL

3                           RIGHTS
                             Baher Azmy

4                              Ghita Schwarz
                             Angelo Guisado

5

6                           AMERICAN IMMIGRATION

7                           COUNCIL
                             Karolina Walters

8

9                         By: */s/   Stephen M. Medlock*
                               Stephen M. Medlock

10

11                          *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                     2

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated:  December 6, 2019                    MAYER BROWN LLP


                                                          By */s/ Stephen M. Medlock*