MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 13 TO MOTION FOR TEMPORARY RESTRAINING ORDER:** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **DECLARATION OF JAAM** |

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## Declaration of "JAAM"

I, JAAM, hereby declare under penalty of perjury under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2) I am a citizen and national of Honduras.

3) I am 26 years old.

4) I am traveling with my partner of a free union who is four months pregnant. I am also traveling with my adult sister.

5) I fled my country on or about June 8, 2019 because someone followed me and tried to kill me. I am afraid to return to my home country of Honduras because I am afraid that these people could kill me.

6) I traveled through Guatemala and Mexico on the way to the border with the US.

7) I did not apply for asylum in Guatemala because it is very dangerous. One cannot even really be on the streets as a migrant because of all of the danger. Me, my partner, and my sister ~~nosotros~~ were all assaulted and robbed in Guatemala.

①

8) I did not apply for asylum in Mexico either because it is also very dangerous. For example, when we were traveling by train, a Federal Police officer threw rocks at us. Also my ~~husband~~ partner and I saw a dead body in downtown of someone who had recently been murdered. I do not want to be in Mexico because I do not want to be killed or have my unborn child killed or my ~~xxxxxxxxxxxxxxx~~ partner killed.

9) We arrived in Ciudad Juarez in the middle of September 2019. We went to the "Santa Fe Bridge" in the center of the city and tried to cross the bridge. However, a Mexican police officer stopped us right before the entrance to the bridge and said we could not cross. He told us that we had to go to the COESPO office and ask for asylum to get a number to be able to cross. My number on the COESPO list is 18,948.

10) I know what number COESPO calls because my sister tells me. I believe that my sister is in a Facebook group where they post the number. Right now, they have called the number seventeen-thousand and something. I do not remember exactly.

②

11) Had I been allowed to cross the bridge, I would have entered the United States sometime in the middle of September. I do not remember the exact date.

12) I have been living in migrant shelters since I got my number. It is difficult to live in a shelter for such a long time. My partner is pregnant and it is hard to see her suffering. She cannot always eat the food here. It is often very cold in the shelter. We have to shower with cold water. This neighborhood is very dangerous. We have heard from other people that there is much violence around here.

13) I have heard that there is a new policy where they are sending people to Guatemala. This scares me. ~~/////~~ We were already assaulted and robbed in Guatemala once, something bad like this or even worse could happen again.

I declare under penalty of perjury under the laws of the United States of America that the things described here are true and correct. Executed on December 2, 2019 at Ciudad Juarez, Mexico.   _J.A.A.M._

③

## CERTIFICATION

I, __Taylor Levy__ declare that I am proficient in the English and Spanish languages.

On __December 2__ 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __December 2__ 2019 at Ciudad Juarez, Mexico.

_/s/ Taylor Levy_

December 2, 2019

Date