MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 14 TO MOTION FOR TEMPORARY RESTRAINING ORDER:** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **DECLARATION OF LMCP** |

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9     *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030

11 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
12    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
13 Washington, D.C. 20005
   Telephone: +1.202.507.7523
14 Facsimile: +1.202.742.56

Declaration of "LMCP"

I, "LMCP", hereby declare under the penalty of perjury ~~of the~~ under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2) I am a citizen and national of El Salvador.

3) I am twenty-seven years old.

4) I am traveling with my common-law-partner, my daughter of 5-years-old, and my neice of 6-years-old, and my nephew of four-years-old.

5) I fled my home country around the 4 of October because me and my partner received death threats. I am afraid to return to my home country because they could kill me and my family.

①

6) When I left El Salvador, I had to travel through Guatemala. We did not apply for asylum in Guatemala because Guatemala is very dangerous. We stayed for a couple of days with my friend in Guatemala and he told us that it was not safe for us.

7) We arrived in Ciudad Juarez, Mexico approximately October 14, 2019. At that time, I did not know that it was possible to ask for asylum at the Port of Entry. Therefore, I decided to try and cross the border to ask the border agents for asylum. I did not pay a smuggler to help us; we did not need a smuggler because we were not trying to hide. Instead, we tried to cross the border in downtown Ciudad Juarez, right near the main bridge. We tried to cross in daylight with the plan to ask for asylum from US border agents. However, we were instead stopped by Mexican ~~immigration~~ officials. I do not know who they were. They were wearing green shirts and camouflage pants. They only held us for about 20 minutes. They pointed to the office where you can register to get on the asylum waiting list and told us to go there to get a

②

number. They allowed us to leave on our own and go to that office. We went to the office and registered on the asylum wait list.

8) I registered for the asylum waiting list because that is what I was told to do. My number on the asylum waitlist is 18,981. My partner's number is 18,983. My daughter's number is 18,982. My nephew's number is 18,986. My neice's number is 18,987.

9) The people who run the asylum waitlist also run a Facebook group where they post what number has been called to ask for asylum. I have a cell phone and am a member of that Facebook group. Sometimes the numbers change. But according to the Facebook group on November 25, 2019, the last number that entered was 17,044.

10) I did not apply for asylum in Mexico because it is very dangerous. One day I was riding the bus and I saw the body on the street of a man who had just been murdered. We are living at a very humble shelter. It is in a very dangerous neighborhood. We hear shoot-outs all the time. I know two women from the

③

shelter who were kidnapped when they were outside running errands. One man was released because his family paid a ransom. The other man was never released and his family has not heard from him since that time. There is another woman here in the shelter who told us that she and her child were almost kidnapped in the downtown area and barely escaped. Me and my family almost never leave the shelter because we are so afraid.

11) It is very difficult to wait here in the shelter. It is very, very cold. There is no hot water. Everything is very muddy. But the worst thing is the danger and the fear. I am very worried about being separated from my partner and my daughter. I have also heard rumors that it is possible that they might try and deport me and my family to Guatemala to seek asylum there. This scares me very much because I know that we will not be safe in Guatemala.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.
Executed on November 27, 2019 at Ciudad Juarez, Mexico

"LMCP"

④

## CERTIFICATION

I, _____Taylor Kristine Levy_____ declare that I am proficient in the English and Spanish languages.

On _____November 27_____ 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____November 27_____ 2019 at Ciudad Juarez, Mexico.

_____Taylor Kristine Levy_____          11/27/2019
                                          Date