MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 15 TO MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> **DECLARATION OF MEZG** |

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## Declaration of "MEZG"

I, "MEZG", hereby declare under the penalty of perjury under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2) I am a citizen and national of Nicaragua.

3) I am 34 years old.

4) I fled my home country of Nicaragua on or about May 20, 2019 because I was fleeing death threats made against me by government officials because of my political opinion. I am afraid to return to my home country of Nicaragua because I know that I will be attacked and killed.

5) Before arriving at the border with the United States, I traveled through Honduras, El Salvador, Guatemala, and Mexico.

①

6) I did not apply for asylum in Honduras because it is very dangerous and there are many gangs and organized crime. Also, when I was in Honduras, I was harassed by a police officer for being from Nicaragua. He detained me and searched my bag. He also made me take off all of my clothes and accused me of being a criminal. He made me pay him money before he would let me go.

7) I did not apply for asylum in El Salvador because it is very dangerous and there is much gang violence. Even though nothing bad happened to me directly in El Salvador, I heard many things about the gang violence.

8) I did not apply for asylum in Guatemala once again because of the vidence and gangs. In Guatemala I was stopped and robbed by the Guatemalan police two times. The asked me why I was in their country as a migrant. They called me offensive names like, "son of a bitch." I tried to travel through Guatemala as quickly as possible.

9) When I arrived in Mexico, I was arrested by Mexican immigration officials. When I was in

②

detention in Mexico, I applied for asylum. After approximately two weeks, I was released from detention and taken to a migrant shelter. Outside of the shelter was a very bad neighborhood. You could see people selling drugs right in front of the shelter. People who did not live in the shelter would break in and threaten people. I was filled with terror. It was not a safe place. Therefore, I decided to leave the shelter and travel north. I do not know whatever happened to my asylum application in Mexico.

10) I arrived in Ciudad Juarez, Mexico on July 2, 2019. As soon as I got off at the bus station, two men approached me and tried to kidnap me. They grabbed my arms and tried to physically force me to walk with them. Luckily, I was able to escape by yelling for help from the bus station guards. The men ran away. However, a little bit later, another large group of men came again and tried to kidnap me. Once again, I was barely able to escape by running away and finding a guard. I spent the night in the bus station waiting on a friend who was able to pick me up in the morning.

③

11) I already knew about the asylum waitlist before arriving to Ciudad Juarez because I had been told about it by my friends who had also sought asylum. Therefore, I went directly from the bus station to the office where you register to get a number on the asylum waitlist.

12) I registered myself on the asylum waitlist because I wanted to do things the right way. I did not want to break the law. I registered on the asylum waitlist on July 3, 2019. My number on the asylum waitlist is 17,285.

13) I believe that my number will be called any day now. I went to the office today and the sign said that the last number called was 17,185.

14) If I had not been metered at the Port of Entry, I would have entered the United States on July 3, 2019.

15) Since July 3, 2019, I have been living in a very humble migrant shelter. It is located in a very dangerous neighborhood. I do not feel safe when I leave the shelter. For example, about a month ago, I went to the store and

④

two young men followed me all the way to the store and all the way back to the shelter. They scared me because they had no reason to be following me and it is a long walk. I met a Cuban man here who I believe was kidnapped from outside of the shelter. I know another man who was briefly kidnapped but was able to escape. Two times I have heard shoot-outs while living at the shelter. The shelter does not have a gate and I am afraid that bad people can come in and hurt us. Additionally, the shelter is very cold and we do not have heating nor hot water.

16) I know that many people decide to enter the United States illegally rather than waiting their time on the list. I did not do this because I did not want to break the law. However, it is very difficult having to wait. I have been waiting almost five months. Sometimes it makes me depressed, especially when there are many days when they do not call anyone on the asylum waitlist. I have also heard that there is a new policy where they are deporting some people to Guatemala. This seems very unfair to me because I have been waiting so long for my turn to go to the bridge and ask for

Case 3:17-cv-02366-BAS-KSC   Document 346-5   Filed 12/09/19   PageID.23907
Page 8 of 9

asylum in the United States. It has been very difficult waiting all this time and being so scared. I also know that I will not be safe in Guatemala if I am sent there.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.
Executed on November 27, 2019 at Ciudad Juarez, Mexico.

MEZG

(6)

## CERTIFICATION

I, __Taylor Levy__ declare that I am proficient in the English and Spanish languages.

On __November 27, 2019__ 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __November 27, 2019__ 2019 at Ciudad Juarez, Mexico.

_____   __Nov 27, 2019__
Taylor Kristie Levy                        Date