MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 16 TO MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**DECLARATION OF WVUB** |

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

DECLARATION OF WVUB

I, WVUB, hereby declare under the penalty of perjury under the law of the United States of America

1. I make this declaration based on my personal knowledge, except for where I have indicated otherwise. If called as a witness, I could and would testify completely and truthfully to these matters.
2. I am a citizen and national of El Salvador
3. I am twenty-two years old.
4. I am a mother to one child (5 years old) who was fathered by my common law partner. We are travelling together with my neice and nephew.
5. I fled my country around October 4th, 2019 because of threats I recieved on my life and that of my partner. I travelled with my daughter, my neice, my nephew, and my common law partner. I am afraid to return to my home country because I may be killed by gang members if I go back.
6. I left my country and travelled first through Guatemala in a few days. We then crossed into Mexico all the way up into Juarez.
7. I did not apply for asylum in Guatemala because it is just as dangerous to stay there

as El Salvador. I witnessed a neighbor of the person with whom we were briefly staying in Guatemala get threatened by the gangs.

8. I arrived in Ciudad Juarez, Mexico on October 14, 2019 with the intent of seeking asylum in the U.S.

9. I went with my family to the border near downtown Juarez. We were stopped by men in a truck wearing dark green uniforms and the Mexican immigration symbol. These men took us in their truck to a building that I could only imagine was the Mexican immigration office. There they took down our information. We were held there for about half an hour and then sent to Grupos Beta. Grupos Beta then took us to the office where we got our numbers.

10. I put my name on the waiting list at the COESPO office because that's what I was told to do. I was also very worried that Mexican immigration would separate me from my children and deport me to El Salvador. My number on the waiting list is 18,983.

11. As of today's date, I believe that people with the number 17,462 were called to present themselves at the downtown Bridge.

12. I did not apply for asylum here in Mexico because I do not know anyone here and also I know that

~~XXXXXXXXXXXXXXXXXXX~~   ②

it is too dangerous. While waiting in this shelter in Mexico, I have heard about and witnessed various bad things happen. For example, I saw the dead body of someone who had been murdered. I am very worried for my life and the lives of my family.

13) If I had been allowed to cross the day that I tried, I would have entered the United States on October 14, 2019.

14) I have been living in a migrant shelter in Juarez with my partner, daughter, my neice + nephew ever since, waiting for my number to be called.

15) I have heard that there is a new policy where they send people to Guatemala. This scares me very much because Guatemala is just as dangerous as El Salvador. I know that me and my family cannot be safe in Guatemala.

I declare under penalty of perjury under the laws of the United States of America that the things described here are true and correct.

Executed on December 2nd, 2019 in Ciudad Juarez, Mexico.

WVUB

## CERTIFICATION

I, _Taylor Levy_ declare that I am proficient in the English and Spanish languages.

On _December 2,_ 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _December 2_ 2019 at Ciudad Juarez, Mexico.

_Taylor Levy_                                      _12/2/2019_
                                                      Date