1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5     *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6     (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
   Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

15            **UNITED STATES DISTRICT COURT**

16            **SOUTHERN DISTRICT OF CALIFORNIA**

17

18  Al Otro Lado, Inc., *et al.*,          Case No.:  17-cv-02366-BAS-KSC

19            Plaintiffs,

20       v.                                **EXHIBIT 17 TO MOTION FOR
                                           TEMPORARY RESTRAINING
21  Chad F. Wolf,[1] *et al.*,             ORDER**

22            Defendants.                  **DECLARATION OF AMCA**

23

24

25

26

27  _____

28  [1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen
   pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF A.M.C.A.

I, A.M.C.A., hereby declare under the penalty of perjury:

1.    I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2.    I was born in El Salvador. I am 25 years old. I currently reside in Tijuana, Baja California, Mexico. I am here with my partner, our seven-year-old son, and our two-year-old daughter. We arrived in Tijuana on July 3, 2019.

3.    My partner, my children, and I fled El Salvador on April 12, 2019. We were forced to leave because of the numerous threats against our entire family by the Mara 18, the MS-13, and ex-military groups who hunted down people from both of those gangs. The threats started in 2014, when a group of former soldiers threatened to harm our family because my brother joined the Mara 18 and the ex-soldiers incorrectly believed members of my family knew where he was located. I fear that my relationship with my brother will result in all of our deaths, because the MS-13 and the ex-military groups will do anything to hunt him down and kill him, including capturing and killing his family. They also want to hurt us because they think that, because my brother is in the Mara 18, that we must also support the Mara 18, which is not true at all.

4.      In addition to the problems caused by my relationship to my brother, the MS-13 and the Mara 18 both want to kill my family because of the fact that my partner worked as a delivery driver and salesman, and he made deliveries in both of their territories. Both gangs think that my partner supports the other gang, but in reality we support neither gang.

5.      My family has attempted to relocate within El Salvador three times and still could not find safety. We were never able to go to the police because of the police corruption throughout El Salvador, it would have been unsafe for us to go to them. We also couldn't go to the police because my partner would have had to report the threats and attempts against him in the place where those incidents occurred, and it wasn't safe for him to go back to a place where the gang could easily find him.

6.      We fled El Salvador on April 12, 2019. We crossed Guatemala in a single day and entered Mexico near Tapachula, Chiapas, Mexico. We were in Tapachula for almost three months before we continued the journey north to Tijuana, so that we could apply for asylum in the United States. We had to wait in Tapachula because we asked for humanitarian visas to be able to cross Mexico, and it took the Mexican immigration authorities a couple of months to process them.

7.     During the trip from Tapachula to Tijuana, we were stopped on at least three occasions by Mexican police, supposedly to check our visas. On two of those occasions, the police took my partner off the bus and forced him to a pay a bribe. They said that if he did not, they were going to take all of our visas and send us back to El Salvador. We saw that they did the same thing to a Honduran man who was on the bus, even though he had been granted permanent residence in Mexico.

8.     We went to San Ysidro Port of Entry on the 5th of July, 2019. We were walking with our whole family near the wall by Chaparral Port of Entry and approached by a U.S. immigration official on the U.S. side of the wall. We asked him if we could cross the wall there, and we asked him for help. He said that he could not help and that we could not cross the fence. He said that if we did so we would be put in detention, where it would be too cold for the kids, and that it would count as an illegal entry on our criminal record. He told us they would only hold us there for 3 days and then they would send us back. He told us we should present ourselves at the Garita El Chaparral and ask for asylum. We went back to Garita el Chaparral and passed through the walkway until we reached U.S. authorities at the border point of entry. A woman asylum seeker ahead told us she tried to pass after having missed her court date, and told us that the U.S.

immigration authorities turned her away, and on top of that that they did not speak Spanish. She told us they probably would not help us. We exited and went to an information booth where we were told we could present at Chaparral at 7am to receive a number from Mexican authorities. The following morning, we went to the Chaparral and spoke to list keepers to get a number. There were two Mexican authorities there noting names, but we only spoke to the list keepers. We received a number, but dozens of other migrants cut in line, allowed by the list keepers, and we were forced to wait for them to get their numbers first.

9.      We put our name on the waitlist at Chaparral port of entry because a border patrol agent told us, through the border wall near Chaparral, to present for asylum at the PedWest point of entry, and when we attempted to do so, we were told by another civilian woman that the U.S. authorities were probably not going to let us pass and that we should instead ask for a number with Mexican authorities. Our number on the waitlist is 3630.

10.     As of 12/2/2019, people with 3534 were called to present themselves at the San Ysidro port of entry.

11.     We have felt unsafe since we have been in Tijuana. There is a lot of violence here and two people were killed near where we live. My husband is also forced to work a night shift and it is very dangerous for him to go to work when it

is dark and return home when the sun still has not come up. We are afraid for our lives every day that we are forced to stay here. That is why we have never applied for asylum here; we are just as scared here as we were when we left.

12.    We also never applied for asylum in Guatemala, because the same gangs that threatened us in El Salvador are everywhere in Guatemala, too. The MS-13 and the Mara 18 exist everywhere throughout El Salvador, Guatemala, and Honduras, and it is very easy for them to communicate with each other via things like Whatsapp and Facebook. Anyone who wanted to hunt us down would be able to do so very easily. We would be just as likely to die in Guatemala as we were in El Salvador, at the hands of the same groups that tried to kill my partner and threatened to kill our entire family before we left.

13.    The only place that will be safe for us is the United States, because it is the only place that is not overrun by the MS-13 and the Mara 18, and the only place where the police protect people instead of extorting them and threatening to send them back to their deaths. If we stay in Mexico, we are likely to be kidnapped and murdered, or else deported back to El Salvador, where our lives are in danger. If we are forced to apply for asylum in Guatemala, it would be pointless, because the same gangs who have threatened us before will be able to easily finish us off.

Being forced to go to Guatemala would mean certain death, just the same as being forced to return to El Salvador.

14.     For all of these reasons, I respectfully request that I be allowed to apply for asylum in the United States, along with my partner and our children. The United States is the only place that can truly offer us protection from the horrors we suffered in El Salvador. I hope that you will give us a chance to seek that protection. Thank you very much for reading my statement.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on 12/2/2019, 2019 at Tijuana, Baja California, Mexico.

A. M. C. A.

<u>CERTIFICATION</u>

I, Luis F. Camacho-Lovell, declare that I am proficient in the English and Spanish languages.

On the 2nd of December, 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12/2/2019 2019 at Tijuana, Baja California, Mexico.

Luis F. Camacho-Lovell

12/02/2019

Date