MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 18 TO MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **DECLARATION OF LALC** |

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

# DECLARATION OF L.A.L.C.

I, L. A. L. C., swear under penalty of perjury, under the laws of the United States, that the following is true and correct to the best of my knowledge and belief:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. My name is ██████████████████████. I was born in Honduras. I am 42 years old. I currently reside in Tijuana, Baja California, Mexico. I currently live with eight family members—five of my children (three minors) and three of my grandchildren (all minors).

3. I fled Honduras because my family and I face imminent danger.

4. While living in Honduras, in 2015, my eldest daughter was brutally raped and beaten and left for dead by a group of men in an alley. Luckily my daughter survived that night. My daughter believes the men that raped her were part of the Mara—a gang—because she has denied their advances and the men had tattoos on their bodies.

5. After my daughter's attack, my family received threats from the Mara, and members of the Mara were searching for my daughter. My daughter then tried to flee but learned that she was pregnant as a result of the rape. She returned home to have the baby.

6.  After that Mara members learned that she had had the baby and continued to look for her. In 2017, Mara members visited my church and asked around for members of my family. My family moved within Honduras to try to avoid the Mara's threats, but we continued to receive daily death threats from the Mara.

7.  I was so scared for my life and my family.

8.  As a result of these threats to our lives, I fled Honduras around September, 2017 with my daughter, two of my other children (two minors), and my three grandchildren. The officials at the border of Honduras and Guatemala took all of our documents, cash, and phones. Then we traveled across Guatemala, sleeping in cars, trucks and buses that were taking us to Mexico.

9.  My family and I did not seek status in Guatemala because it is too close to Honduras. We are afraid the Mara could reach us in Guatemala. There are many Honduran Mara members in Guatemala. I do not doubt that I would have died in Guatemala if my family and I stayed there any longer.

10. As soon as we arrived in Mexico, my family and I settled in Tapachula, Chiapas, Mexico. We rented a place and attempted to start a new life. We each applied for asylum and were granted asylum in Mexico, and we lived there for about a year. But during that year my family and I were living in fear. My family is mostly women with no adult men to protect us. While in Chiapas we became prey to men who thought they could overpower us. One of our neighbors, a Mexican man, touched my daughters inappropriately and later tried to break into my oldest daughter's room while he was

drunk in the middle of the night. We attempted to make a police report but the police would not take our statement because we did not know the man's real name.

11. After that, one day the man stood outside of our home shouting vulgar statements about us. He yelled that, "no one wanted us in that town because we were Honduran," and that if he killed us "no one would know and nothing would happen to him because he was Mexican and we were not." The man started to shoot at the entrance of our home. That night we did not sleep. We all decided to leave the next morning.

12. My family and I left Chiapas, Mexico around September 2018 and traveled by foot for one month to reach Tijuana.

13. We arrived in Tijuana in November 2018. We planned to present ourselves at the port of entry in order to seek asylum in the United States.

14. In January 2019, I found out that the other two of my children (one of whom is a minor) who had stayed in Honduras were coming to Mexico in a caravan to join us in seeking asylum in the United States. They decided to leave Honduras because the Mara attempted to recruit them and threatened them for refusing to join.

15. In March 2019 both of them arrived in Tijuana.

16. After asking around, my daughter was told by other asylum seekers that this is what we had to do in order to present ourselves before U.S. immigration officials to request asylum.

17. We all went to El Chaparral plaza, near the San Ysidro, PedWest, port of entry[1] on July 28, 2019 at approximately 7:00 a.m. to add our names to the waitlist.

There was a line of people who were all waiting to be added to the waitlist. After waiting for two hours in line, we were told by a woman, who is a volunteer list-keeper, that they would not add people to the waitlist that day and to come back the next day.

18. The next day at around 7:00 a.m., we returned to El Chaparral plaza at around 7:00 a.m. Once again there was a line of people, and we waited for two hours in line. At around 9:00 a.m., a man wearing a uniform, who I believe is a security guard, began calling us to be added to the waitlist. By then all the people in front of us in line had left, so we were the first ones that day. We walked into a parking lot that is surveilled by the security guard, and four women, who are volunteer list-keepers, were sitting behind a table under a tent. They asked us to give them our identification documents. My daughter approached them and gave the identification documents to them. Three of the women checked them while the other woman wrote our names on the waitlist, which is kept in a big notebook. Once they were done, they returned the documents to us and told us to leave. The security guard let us out of the parking lot, and we left. Our numbers on the waitlist are 3639 and 3640. We were not told who is listed under each of the numbers.

19. As of December 4, 2019, people with number 3564 were called to present themselves at the San Ysidro, Ped West, port of entry.

20. If I had not been forced to enter my name on a list and be metered at the

---

[1] Note that the port of entry is designated by the U.S. town, not the town in Mexico. For example: San Ysidro POE, not Tijuana POE, or "at the port of entry called Bridge #1 between Piedras Negras, Mexico and Eagle Pass, Texas."

San Ysidro, PedWest, point of entry, I would have entered the U.S. on July 28, 2019.

21. Since we have been in Mexico, we have all suffered from discrimination by some Mexican individuals. Often, when they realize we are not Mexican, they offensively tell us that we have nothing to do in Mexico and to go back to our home countries. They even blame a supposed crime increase on us. These recurring instances of discrimination make us nervous and afraid that we'll be harmed, including being deported to Honduras. It has gotten to the point that we do not leave home. So, we are living in a constant state of fear. Additionally, when I am looking for work at a flea market, I say I am from Veracruz, Mexico--because I supposedly look like the people from Veracruz--in order to be hired, denying my personal identity as a Honduran. This has resulted in strong feelings of displacement, rejection, and depression.

22. We are currently renting a room, however we do not feel safe in the place we are living because a man has been consistently threatening to kill my son because my son spoke to his daughter. One day, the man came to my house with three other men looking for my son, who was not home at the time, and instead they slapped and bruised my daughter. As a result, my daughter left to stay at a shelter with her three children because she is afraid. We reported the incident to the police, and afterwards the man threatened my daughter to withdraw the complaint or there would be consequences. My daughter was able to calm him down somehow, but I am not aware of the terms of their agreement. I only know that she is still frightened because she is receiving threatening messages, and she suspects it is from him.

23. We can no longer survive in Mexico without being targeted. I do not feel secure living here in Mexico anymore. I fear that if I stay here or if I am deported back to Honduras or Guatemala, my family and I will be killed.

24. I am also fearful to be deported to El Salvador, since la Mara also operates there. So, El Salvador is not a safe place to live for me and my family.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2019 at Tijuana, Mexico

_____          12/04/2019_____

L.A.L.C.                                                Date

# CERTIFICATION OF TRANSLATION

I, Maricarmen Fajardo, declare that I am fluent in the English and Spanish languages.

On December 4, 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2019, at Tijuana, Mexico.

_____          12/04/2019
Maricarmen Fajardo                                      Date