MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 19 TO MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **DECLARATION OF AOGA** |

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF A.O.G.A

I, A.O.G.A., swear under penalty of perjury:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. My name is A. O. G. A. I was born in El Salvador. I am 28 years old. I currently reside in Tijuana, Mexico. I traveled to Tijuana with my common law wife and my two children, ages 7 and 2 years old.

3. I worked as a salesman and deliveryman. In September 2014, the MS 13 started charging me between $10-$20 rent in order to continue working as a delivery man. I knew they were from the MS 13 because they had tattoos, clothing, and hand signs identifying themselves as members of the MS 13. In addition they also displayed guns. I had trouble paying all the rent that they demanded. The gang threatened to kill me and my family and said that he had people with police uniforms. I quit my job and moved to a new place to avoid the threats.

4. However, in my new job the 18th Street gang forced me to pay rent to them. I knew they were from the 18th Street gang because of their tattoos, clothing, and they identified themselves as such. In 2017, the 18th Street gang attempted to kill me while I was on a delivery. I was only able to avoid being killed because my assistant was a family member of one of the gang leaders. I later received death threats from the gang for failing to pay all the money they demanded, so I quit my job again and relocated again.

5. In my new job, I was forced to pay rent to the MS 13 for a second time. I could not afford to pay all the money they demanded, and gang members again threatened to kill me. I continued to receive death threats and eventually was threatened at gunpoint by the gang with death.

6. While in El Salvador, I never went to the police to file a police report because the gang members told me that they have infiltrated the police stations. They surround the police stations so that people cannot enter to report crimes.

7. In April 2019, without having anywhere else to go, or being able to obtain help from the police I had no choice but to flee my country in fear that I and family will be killed. My common law wife, my two children and I fled El Salvador at 4:00 am, early in the morning so that no one will see us leave. We traveled through Guatemala only stopping to sleep. We arrived in Mexico on April 13, 2019. We did not want to stop for a longer period in Guatemala, knowing that the same gangs that are collecting rent in El Salvador are also affiliated with the gangs in Guatemala.

8. We arrived in Tijuana on the first week of July 2019, I believe the third of July. I planned to present myself at the port of entry in order to seek asylum in the United States.

9. My common law wife, two children, and I went together to San Ysidro port of entry on July 3rd, 2019 at 2p.m. in the afternoon. We entered the circular staircases of El Chaparral border crossing to present ourselves to U.S. authorities. When we arrived at the entrance to the United States, there was a woman there who said she had missed her court date and was pleading with border officials to allow her to enter for court. She was turned away. I believe she was from Honduras and she told us as we walked up that we would not be allowed to enter because we had to get a number from the asylum list.

10. Then we proceeded forward with our children. We were about twenty feet from three or four uniformed men on the other side of the gates who then gestured with their hands that we get out of there, waving us away. At that point, we turned around and left the port of entry. In El Chaparral there was an information tent with tourist information. We asked the two women there about how to ask for

asylum. They told us to come back in the morning to obtain a number from the asylum list.

11. On the morning of July 4th, 2019 we returned at 6:00 a.m. and there were about 50 people already waiting. We waited for over three hours until they started to give out numbers. We saw several federal Mexican police alongside the volunteers who were giving out numbers that day. We received the number 3630. After, we heard them calling the numbers for that day of those entering the United States and realized that there were nearly 1,000 numbers between us and those that they were currently calling. I felt stressed and sad because we had already spent several months traveling to the border. With our children in a city where we know no one, my common law wife and I felt overwhelmed.

12. We put our name on the waitlist at El Chaparral San Ysidro port of entry because we thought this was the only way that we could enter the United States. My number on the waitlist is 3630.

13. As of December 4th, 2019 people with 3564 were called to present themselves at the San Ysidro port of entry.

14. If I had not been to San Ysidro, I would have entered the United States July 4th, 2019.

15. While I have been waiting in Tijuana, I started working at a hotel and on my third day as a receptionist an organized crime group called to demand payment from the hotel. They told me I had to take cash from my place of work and deposit it in an ATM, which I did. I come from Central America where people die for not adhering to demands so I did exactly what they told me. When I told my boss what happened, we called the police who started an investigation. I gave an official declaration for the police investigation and I do not know if they found the people who did it.

16. Additionally we were extorted by Mexican Federal police twice in our journey to Tijuana while we were on the bus. Once in Vera Cruz and the other shortly before entering Tijuana.

17. Our family lives in a hotel. I continue to work as a receptionist at a hotel during the night and my common law wife works at a bakery during the day. We take turns taking care of our children when we are not working.

18. I am scared to stay in Mexico because there is a lot of organized crime and I worry that they could kidnap our children. There is not a sense of security here for people from my country.

19. I fear that if I move back to El Salvador, I know that the gangs will continue to make demands from me and threaten me. I fear that they could kill me particularly because where I live there is a conflict between two of the main gangs in El Salvador for territory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4th 2019 at Tijuana, Mexico

_____          _____12/4/19_____
**NAME**   A.O.G.A                                      Date

# CERTIFICATION

I, Elana Gold, declare that I am fluent in the English and Spanish languages.

On December 4th 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4th, 2019, at Tijuana, Mexico.

_____              12/4/19
**Name Elana Gold**                            Date