MAYER BROWN LLP
　Matthew H. Marmolejo (CA Bar No. 242964)
　　*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
　Ori Lev (DC Bar No. 452565)
　　*olev@mayerbrown.com*
　Stephen M. Medlock (VA Bar No. 78819)
　　*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:　+1.202.263.3000
Facsimile:　+1.202.263.3300

SOUTHERN POVERTY LAW CENTER
　Melissa Crow (DC Bar No. 453487)
　(*pro hac vice*)
　　*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' PROVISIONAL CLASS CERTIFICATION PAPERS** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration in support of the parties' Unopposed Motion to Seal Portions of Plaintiffs' Class Certification Reply Papers.

3. The parties seek to seal eleven exhibits to Plaintiffs' Motion for Provisional Class Certification:

   a. The transcript of the November 21, 2019 deposition of a CBP Officer who has blown the whistle on misconduct with respect to asylum seekers;[2]

   b. Exhibit 14 to the whistleblower's November 21, 2019 deposition transcript;

   c. Exhibit 19 to the whistleblower's November 21, 2019 deposition transcript;

   d. Exhibit 18 to the whistleblower's November 21, 2019 deposition transcript;

   e. Exhibit 5 to the whistleblower's November 21, 2019 deposition transcript;

   f. Exhibit 6 to the whistleblower's November 21, 2019 deposition transcript;

   g. Exhibit 7 to the whistleblower's November 21, 2019 deposition transcript;

   h. Exhibit 8 to the whistleblower's November 21, 2019 deposition transcript;

---

[2] The parties have agreed not to name this whistleblower at the whistleblower's request.

      i. Exhibit 9 to the whistleblower's November 21, 2019 deposition transcript;

      j. Exhibit 10 to the whistleblower's November 21, 2019 deposition transcript; and

      k. The December 10, 2019 expert report of Stephanie Leutert.

4. The parties seek to seal the first exhibit and descriptions of it that would reveal sensitive CBP information regarding the number and categorization of detainees and migrants presenting at certain ports of entry, and the personal telephone numbers and email addresses of senior CBP officials. For instance, Exhibits 5-10 to the whistleblower deposition contain detailed information regarding the number of detainees at ports of entry, the capacity at each port of entry, and the impact of the capacity level to port operations, among other types of sensitive data.

5. The parties have conferred regarding the motion, and Defendants do not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 11th day of December 2019 at Washington, D.C.

*/s/ Stephen M. Medlock*
Stephen M. Medlock

DECLARATION OF STEPHEN M. MEDLOCK