MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 10 TO PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION** <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

| | |
|---|---|
| 1 | CENTER FOR CONSTITUTIONAL RIGHTS |
| | Baher Azmy (NY Bar No. 2860740) (*pro hac vice*) |
| 2 | *bazmy@ccrjustice.org* |
| | Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*) |
| 3 | *gschwarz@ccrjustice.org* |
| | Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*) |
| 4 | *aguisado@ccrjustice.org* |
| | 666 Broadway, 7th Floor |
| 5 | New York, NY 10012 |
| | Telephone: +1.212.614.6464 |
| 6 | Facsimile: +1.212.614.6499 |
| 7 | SOUTHERN POVERTY LAW CENTER |
| | Sarah Rich (GA Bar No. 281985) (*pro hac vice*) |
| 8 | *sarah.rich@splcenter.org* |
| | Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*) |
| 9 | *rebecca.cassler@splcenter.org* |
| | 150 E. Ponce de Leon Ave., Suite 340 |
| 10 | Decatur, GA 30030 |
| 11 | AMERICAN IMMIGRATION COUNCIL |
| | Karolina Walters (DC Bar No. 1049113) (*pro hac vice*) |
| 12 | *kwalters@immcouncil.org* |
| | 1331 G St. NW, Suite 200 |
| 13 | Washington, D.C. 20005 |
| | Telephone: +1.202.507.7523 |
| 14 | Facsimile: +1.202.742.561 |