1  JOSEPH H. HUNT
2  Assistant Attorney General
   WILLIAM C. PEACHEY
3  Director, Office of Immigration Litigation
4  KATHERINE J. SHINNERS (DC 978141)
   Senior Litigation Counsel
5  ALEXANDER J. HALASKA (IL 6327002)
6  ARI NAZAROV
   SAIRAH G. SAEED (IL 6290644)
7  Trial Attorneys
8  United States Department of Justice
   Civil Division
9  Office of Immigration Litigation
10 P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
11 Tel: (202) 532-4067 | Fax: (202) 305-7000
12 sairah.g.saeed@usdoj.gov

13 *Counsel for Defendants*

14
15                  **UNITED STATES DISTRICT COURT**
                 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
16                            **(San Diego)**

17
   AL OTRO LADO, Inc., *et al.*,              Case No. 3:17-cv-02366-BAS-KSC
18
                    *Plaintiffs*,             Hon. Cynthia A. Bashant
19
                    v.                        **DEFENDANTS' NOTICE OF**
20                                            **FILING WITH THE NINTH**
   CHAD F. WOLF,* Acting Secretary,           **CIRCUIT COURT OF APPEALS**
21 U.S. Department of Homeland Security,
22 in his official capacity, *et al.*,

23                  *Defendants*

24
25
26
27 —————————————————
28 * Acting Secretary Wolf is automatically substituted for former Acting Secretary
    McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

1

## NOTICE OF FILING WITH THE NINTH CIRCUIT COURT OF APPEALS

2

3     Defendants hereby respectfully notify the Court that today Defendants intend

4 to file with the Ninth Circuit a motion seeking an emergency stay of this Court's

5 November 19, 2019 Order granting Plaintiffs' Motions for Preliminary Injunction

6 and Provisional Class Certification (ECF No. 330) and enjoining the third country

7 transit rule with respect to the provisional class.

8     Defendants filed an Emergency Motion to Stay the Preliminary Injunction

9 Pending Appeal ("Emergency Stay Motion") on December 4, 2019.  ECF No. 336.

10 As Defendants explained in their Emergency Stay Motion, the preliminary injunc-

11 tion is irreparably harming the Government and the public.  *See* ECF Nos. 336 and

12 336-1.  Defendants requested that this Court set an expedited briefing schedule and

13 rule on the Emergency Stay Motion by December 11, 2019.  *See* ECF No. 336-1 at

14 2; ECF No. 337 (Defendants' Ex Parte Application to Shorten Time).  On December

15 9, the Court issued an order denying Defendants' request for expedited briefing and

16 setting the hearing date on the Motion to Stay for January 3, 2020, which sets Plain-

17 tiffs' opposition deadline as December 20, 2019, under Civil Local Rule 7.1(e)(2).

18 The Court has therefore indicated that it will not rule on the Emergency Stay Motion

19 before December 20 (at the soonest).  Given the irreparable harm that the injunction

20 is causing, Defendants cannot wait until December 20 (or thereafter) for a ruling

21 from this Court on the Emergency Stay motion.  Defendants therefore intend to file

22 with the Ninth Circuit today a motion seeking an emergency stay of this Court's

23 November 19, 2019 Order.

24 December 12, 2019                        Respectfully submitted,

25

26                                          JOSEPH H. HUNT

27                                          Assistant Attorney General
                                           Civil Division
28

DEFS.' NOTICE OF FILING WITH
THE NINTH CIRCUIT COURT OF
APPEALS
Case No. 3:17-cv-02366-BAS-KSC

1  WILLIAM C. PEACHEY
   Director
2

3  KATHERINE J. SHINNERS
   Senior Litigation Counsel
4

5  */s/ Sairah G. Saeed*
   SAIRAH G. SAEED
6  Trial Attorney
   United States Department of Justice
7  Civil Division
   Office of Immigration Litigation
8  P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
9  Tel: (202) 532-4067 | Fax: (202) 305-7000
   sairah.g.saeed@usdoj.gov
10

11

12

13 *Counsel for Defendants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DEFS.' NOTICE OF FILING WITH
THE NINTH CIRCUIT COURT OF
APPEALS
Case No. 3:17-cv-02366-BAS-KSC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 12, 2019                    Respectfully submitted,

*/s/ Sairah G. Saeed*
SAIRAH G. SAEED
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067 | Fax: (202) 305-7000
sairah.g.saeed@usdoj.gov

*Counsel for Defendants*

3

DEFS.' NOTICE OF FILING WITH
THE NINTH CIRCUIT COURT OF
APPEALS
Case No. 3:17-cv-02366-BAS-KSC