MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 750
Washington, DC 20036
Telephone:  +1.202.355.4471
Facsimile:   +1.404.221.5857

*Attorneys for Plaintiffs*
*Additional counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>        Plaintiffs, <br><br>  v. <br><br> Chad Wolf[1], *et al.*, <br><br>        Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **DECLARATION OF ORI LEV IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO SUSPEND THE BRIEFING SCHEDULE FOR DEFENDANTS' EMERGENCY MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL (ECF No. 336)** |

---

[1] Acting Secretary Wolf is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

Case 3:17-cv-02366-BAS-KSC   Document 356-1   Filed 12/17/19   PageID.24551
Page 2 of 4

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087)
  (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  +1.212.614.6464
Facsimile:  +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone:  +1.202.507.7523
Facsimile:  +1.202.742.5619

# DECLARATION OF ORI LEV

I, Ori Lev, declare the following:

1. I am a partner at Mayer Brown LLP and counsel for Plaintiffs Al Otro Lado, Inc., Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, Roberto Doe, Maria Doe, Juan Doe, José Doe, Úrsula Doe, Victoria Doe, Bianca Doe, Emiliana Doe, and César Doe in this matter. I make this declaration in support of Plaintiffs' *ex parte* application to suspend the briefing schedule for Defendants' emergency motion to stay preliminary injunction pending appeal.

2. On December 17, 2019, I spoke on the phone with Defendants' counsel Katherine Shinners and Alexander Halaska. I informed them that Plaintiffs intended to ask the Court to suspend the briefing schedule for Defendants' motion to stay, pending the Ninth Circuit's decision on the motion to stay that Defendants filed in that court.

3. Defendants' counsel stated that they opposed suspending the briefing for the motion. After discussing the issue, we were unable to reach an agreement about it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of December 2019 in Washington, District of Columbia.

/s/ Ori Lev
Ori Lev
olev@mayerbrown.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2019, I caused this to be electronically filed using the CM/ECF system. I certify that service will be accomplished by the CM/ECF system, which will send notice to all users registered with CM/ECF.

Dated: December 17, 2019

Respectfully submitted,

*/s/ Matthew H. Marmolejo*
Matthew H. Marmolejo
Mayer Brown LLP
350 S. Grand St., 25th Floor
Los Angeles, CA 90071
(213) 621-9483
