JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ARI NAZAROV (CT 414491)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Chad F. WOLF,* Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

---

* Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

# DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am an attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. Attached hereto as **Exhibit 1** is a true and correct copy of the memorandum issued on April 27, 2018, by Todd C. Owen, the Executive Assistant Commissioner for CBP's Office of Field Operations, entitled "Metering Guidance."

3. Attached hereto as **Exhibit 2** is a true and correct copy of a report by the University of Texas at Austin's Strauss Center for International Security and Law and the University of California-San Diego's School of Global Policy and Strategy's Center for U.S.-Mexican Studies entitled "Metering Update: November 2019." The document is available at https://www.strausscenter.org/images/strauss/18-19/MSI/MeteringUpdate_191107.pdf.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the December 13, 2019 declaration of Michael Ringler, Assistant Chief of U.S. Border Patrol's Specialty Programs/Planning Division in the Law Enforcement Operations Directorate.

5. Attached hereto as **Exhibit 4** are true and correct excerpts of Defendants' First Amended Objections and Responses to Plaintiffs' First Set of Interrogatories to All Defendants, dated June 12, 2019.

6. On November 21, 2019, Defendants' counsel requested via email that Plaintiffs' counsel provide a list of individuals whom Plaintiffs believe are provisional class members based on the waiting lists, and copies of the waiting lists themselves. Plaintiffs' counsel responded on November 26 that Plaintiffs "are working

on obtaining copies of the various waiting lists that are used to implement the metering process at POEs along the US-Mexican border." As of the date of this filing, Defendants' counsel have not received those lists from Plaintiffs, except for the list attached to Plaintiffs' Reply in Support of Their Motion for Class Certification (filed at ECF No. 316-5).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on December 17, 2019, in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA