JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ARI NAZAROV (CT 414491)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **EXHIBIT 3 TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Chad F. WOLF,* Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

---

\* Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf, et. al.,<br><br>Respondents. | Case No. 17-cv-02366-BAS-KSC<br><br>**DECLARATION OF**<br>**MICHAEL RINGLER** |

I, Michael Ringler, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows:

1. I am the Assistant Chief for Border Patrol's Specialty Programs/Planning Division in the Law Enforcement Operations Directorate. I have held this position since July 22, 2018. Prior to occupying this position, I was the Special Operations Supervisor for Strategic Planning and Operations at Yuma Sector from 2014 to 2018. I have held various other positions since joining Border Patrol in 2003.

2. In my current position, I am responsible for supporting enforcement operations by facilitating a national perspective of operational strategies, including the implementation of the interim final rule Implementing Bilateral and Multilateral Asylum Cooperative Agreements under the Immigration and Nationality Act ("ACA Rule"), 84 Fed. Reg. 63,994 (November 19, 2019).

3. This declaration is based upon my personal knowledge, information obtained from other individuals employed by U.S. Border Patrol and U.S. Customs and Border Protection (CBP). I submit this declaration to explain Border Patrol's processing of aliens nationwide pursuant to the ACA Rule.

4. From November 21, 2019 through December 9, 2019, the ACA Rule was applied to approximately 40 individuals.

5. Fewer than 20 of those individuals expressed no fear of being removed to Guatemala and were determined to be eligible for removal. The majority of those individuals have been removed to or scheduled for removal to Guatemala.
6. Of the remaining individuals, to whom the ACA was ultimately found not to apply, fewer than five have received positive fear screenings for removal to Guatemala and were placed into other pathways.
7. Approximately 20 of the individuals originally identified for ACA Rule application withdrew their claims of fear and were processed for removal to their home country.
8. These numbers are approximate and reflect information that is current as of December 9, 2019.
9. The ACA Rule is currently being applied in two Sectors: El Paso (as of November 21, 2019) and Rio Grande Valley (as of December 9, 2019).
10. The ACA Rule is currently being applied only to those aliens who entered without inspection, and not those aliens seeking admission at a port of entry.

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 13th day of December, 2019.

MICHAEL RINGLER
Assistant Chief, Border Patrol