Meryl Holt (SBN 308195)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
mholt@debevoise.com

*With of Counsel*
  Courtney M. Dankworth
  Román J. Rodriguez
  Clifton B. Fels

*Counsel for Amici Curiae
Kids in Need of Defense, et al.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KEVIN K. MCALEENAN, *et al.*, <br><br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Meryl Holt, of Debevoise & Plimpton LLP, hereby withdraws as counsel of record for amici curiae Kids in Need of Defense; the Unaccompanied Minors Program of Catholic Charities Community Services, Archdiocese of New York; Legal Services for Children; Public Counsel; and the Young Center for Immigrant Children's Rights at the University of Chicago Law School. Ms. Holt will be replaced by Matthew Forbes as appearing attorney for Debevoise & Plimpton LLP. Accordingly, please remove Ms. Holt from the ECF service list for this matter.

Dated: December 19, 2019          Respectfully submitted,
       New York, New York

*/s/ Meryl Holt*
Meryl Holt (SBN 308195)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
mholt@debevoise.com

*Counsel for Amici Curiae*
*Kids in Need of Defense; the Unaccompanied Minors Program of Catholic Charities Community Services, Archdiocese of New York; Legal Services for Children; Public Counsel; the Young Center for Immigrant Children's Rights at the University of Chicago Law School*

NOTICE OF WITHDRAWAL                              Case No. 3:17-cv-02366-BAS-KSC