Matthew Forbes (SBN 303012)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
mforbes@debevoise.com

*With of Counsel*
  Courtney M. Dankworth
  Román J. Rodriguez
  Clifton B. Fels

*Counsel for Amici Curiae
Kids in Need of Defense, et al.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | |
| KEVIN K. MCALEENAN, *et al.*, | **NOTICE OF APPEARANCE OF AMICI CURIAE KIDS IN NEED OF DEFENSE,** *ET AL.* |
| *Defendants*. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Matthew Forbes, of Debevoise & Plimpton LLP, hereby appears as counsel of record for amici curiae Kids in Need of Defense; the Unaccompanied Minors Program of Catholic Charities Community Services, Archdiocese of New York; Legal Services for Children; Public Counsel; and the Young Center for Immigrant Children's Rights at the University of Chicago Law School. Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

> Matthew Forbes (SBN 303012)
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, NY 10022
> Tel: (212) 909-6000
> Fax: (212) 909-6836
> mforbes@debevoise.com

Dated:  December 19, 2019         Respectfully submitted,
        New York, New York        */s/ Matthew Forbes*
                                  Matthew Forbes (SBN 303012)
                                  DEBEVOISE & PLIMPTON LLP
                                  919 Third Avenue
                                  New York, NY 10022
                                  Tel: (212) 909-6000
                                  Fax: (212) 909-6836
                                  mforbes@debevoise.com

                                  *Counsel for Amici Curiae*
                                  *Kids in Need of Defense; the Unaccompanied Minors Program of Catholic Charities Community Services, Archdiocese of New York; Legal Services for Children; Public Counsel; the Young Center for Immigrant Children's Rights at the University of Chicago Law School*