JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ARI NAZAROV (CT 414491)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>Chad F. WOLF,* Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>          Defendants | Case No. 3:17-cv-02366-BAS-KSC<br><br>Hon. Cynthia A. Bashant<br><br>**DEFENDANTS' UNOPPOSED MOTION TO AMEND/CORRECT DECLARATION FILED IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date: January 20, 2020<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

---

* Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

**MOTION TO AMEND/CORRECT**

PLEASE TAKE NOTICE that on Monday, January 20, 2020, at a time the Court deems proper, or as soon thereafter as the parties may be heard, Defendants will and hereby do move to amend/correct the Declaration of Michael Ringler (Dec. 13, 2019) (ECF No. 357-4), which was filed in support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order (ECF No. 357). The parties have met and conferred, and Plaintiffs do not oppose this motion.

DATED: December 20, 2019          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

1            DEFS.' MOT. TO AMEND/CORRECT
             Case No. 3:17-cv-02366-BAS-KSC

**CERTIFICATE OF SERVICE**

*Al Otro Lado, Inc. v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

    I certify that I served a copy of this motion, the attached memorandum in support, and the attached declarations on the Court and all parties by filing these documents with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record. I certify that I also served a copy of the two attached declarations on Plaintiffs via email on December 19, 2019.

DATED: December 20, 2019	Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice