JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation – District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
SAIRAH G. SAEED (IL 6290644)
ARI NAZAROV (CT 414491)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED MOTION TO AMEND/CORRECT** |
| Chad F. WOLF,* Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

---

* Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

## MEMORANDUM IN SUPPORT OF MOTION TO AMEND/CORRECT

Defendants respectfully move to amend/correct the Declaration of Michael Ringler (ECF No. 357-4), which was filed in support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order (ECF No. 357). Plaintiffs do not oppose this motion.

After Defendants filed their TRO opposition brief on December 17, 2019, Assistant Chief Ringler realized that the statistics in his December 13, 2019 declaration showing where U.S. Border Patrol is applying the ACA Rule inadvertently omitted cases from the Rio Grande Valley Sector. *See* Decl. of Michael Ringler ¶ 3 (Dec. 19, 2019) (attached hereto). The attached declaration from Assistant Chief Ringler includes statistics from both the El Paso and Rio Grande Valley Border Patrol Sectors. *Id.* ¶¶ 3–8.

Defendants also wish to amend/correct their assertion that the ACA Rule is being applied only by U.S. Border Patrol. *See* TRO Opp'n 6, 9–10. As explained in the attached Declaration of Todd Hoffman (Dec. 19, 2019), Customs and Border Protection's (CBP) Office of Field Operations (OFO) also began applying the ACA Rule on December 16, 2019, in the El Paso Field Office. Hoffman Decl. ¶¶ 4–5. Between December 16 and December 19, OFO processed one individual under the ACA Rule. *Id.* ¶ 5.

Defendants respectfully request that the Court grant this motion to amend/correct and take these declarations into account, instead of the December 13, 2019 declaration that is attached to Defendants' opposition brief (ECF No. 357-4), when ruling on Plaintiffs' TRO motion. Defendants' counsel informed Plaintiffs' counsel of this issue on December 18, 2019. Defendants' counsel provided Plaintiffs' counsel with copies of the December 19, 2019 declarations of Assistant Chief Ringler and Executive Director Hoffman on December 19, 2019, via email. Plaintiffs do not oppose this motion to amend/correct.

| | |
|---|---|
| DATED: December 20, 2019 | Respectfully submitted, |
| | |
| | JOSEPH H. HUNT |
| | Assistant Attorney General |
| | Civil Division |
| | |
| | WILLIAM C. PEACHEY |
| | Director |
| | |
| | KATHERINE J. SHINNERS |
| | Senior Litigation Counsel |
| | |
| | */s/ Alexander J. Halaska* |
| | ALEXANDER J. HALASKA |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Division |
| | Office of Immigration Litigation |
| | District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: (202) 307-8704 | Fax: (202) 305-7000 |
| | alexander.j.halaska@usdoj.gov |
| | |
| | *Counsel for Defendants* |