UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Chad F. Wolf, et. al.,<br><br>    Respondents. | Case No. 17-cv-02366-BAS-KSC<br><br>**DECLARATION OF<br>TODD HOFFMAN** |

I, Todd Hoffman, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows:

1. I am the Executive Director, Admissibility and Passenger Programs (APP), Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP). In this position, I oversee nine Director-level program offices: the Admissibility Review Office; Electronic System for Travel Authorization Program Management Office; Fraudulent Document Analysis Unit; Traveler Entry Programs; Immigration Advisory Programs; Traveler Policy; Enforcement Programs Division; Trusted Traveler Programs; and the Traveler Call Center. I have served in this position since 2015. Prior to serving in this role, I was the Port Director at Los Angeles International Airport.

2. As Executive Director of APP, I am responsible for overseeing and coordinating all OFO programs related to the admission and processing of international visitors and travelers to the United States. This oversight and coordination includes the implementation of the interim final rule Implementing Bilateral and Multilateral Asylum Cooperative Agreements under the Immigration and Nationality Act ("ACA Rule"), 84 Fed. Reg. 63,994 (November 19, 2019).

3. This declaration is based upon my personal knowledge, information obtained from other individuals employed by OFO. I submit this declaration to explain OFO's processing of aliens pursuant to the ACA Rule.

4. OFO began applying the ACA Rule on December 16, 2019. The ACA Rule is currently being applied in one Field Office: El Paso.

5. Between December 16, 2019 and the present date, OFO initially processed one individual to refer to USCIS under the ACA Rule. However, for operational reasons, and prior to any screening by USCIS for the ACA Rule, that individual was not referred for consideration under the ACA Rule and was reprocessed for a different form of removal proceedings.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19th day of December, 2019.

Todd Hoffman
Executive Director
Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection