JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHAD F. WOLF,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants* | Case No. 3:17-cv-02366-BAS-KSC<br><br>Hon. Karen S. Crawford<br><br>**DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF MOTION TO MODIFY SEPTEMBER 9, 2019 ORDER TO EXTEND TIME TO PRODUCE PRIVILEGE LOG** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

# DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ) Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. McAleenan*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California. I submit this declaration in support of Defendants' Joint Motion to Modify September 9, 2019 Order to Extend Time to Produce Privilege Log. These statements are based upon my personal knowledge, my review of Defendants' document productions, and my review of Defendants' document review platform.

2. On December 10, 2019, I sent an email to Plaintiffs' counsel stating that Defendants were making progress on their privilege logs, but anticipated needing to seek an extension of the deadline for Defendants to complete production of the privilege log. Plaintiffs' counsel responded by email on December 10, 2019, stating that they were willing to work with Defendants regarding the privilege log.

3. On Wednesday, December 18, 2019, I sent an email to Plaintiffs' counsel proposing an extension of Defendants' privilege log deadline to February 18, 2020. I also proposed to Plaintiffs' counsel that Defendants produce the remainder of their privilege log on a rolling basis on December 27, 2019, January 13, 2020 and January 27, 2020. On December 18, 2019, Plaintiffs' counsel responded by email that they agreed to this proposal.

**Defendants' Custodians and Non-Custodial Sources and Related Deadlines**

4. During negotiations regarding Defendants' responses to Plaintiffs' First and Second Sets of Requests for Production, the parties agreed that Defendants would search for responsive documents from the following custodians and non-custodial sources.

5. The parties agreed that Defendants would search for responsive documents from the following custodians, who are or were employees of Defendant U.S. Customs and Border Protection (CBP): (1) Pete R. Flores, Director of Field Operations, San Diego Field Office, Office of Field Operation (OFO); (2) David P. Higgerson, Director of Field Operations, Laredo Field Office, OFO; (3) Frank S. Longoria, Assistant Director of Field Operations, Laredo Field Office, OFO; (4) Alberto A. Flores, Acting Port Director, Laredo Port of Entry, Laredo Field Office, OFO; (5) Andres Guerra, Acting Port Director, Hidalgo Port of Entry (September 2018-October 2018), Laredo Field Office, OFO; (6) David John Gonzalez, Acting Port Director, Hidalgo Port of Entry (October 2018-April 2019), Laredo Field Office, OFO; (7) Todd A. Hoffman, Executive Director, Admissibility and Passenger Programs, OFO; (8) Randy Howe, Executive Director, Operations, OFO; (9) Luis Mejia, Director, Enforcement Programs Division, Admissibility and Passenger Programs, OFO; (10) Mariza Marin, Supervisory CBP Officer (Watch Commander), San Ysidro Port of Entry, San Diego Field Office, OFO; (11) Bryan Molnar, Assistant Director, Intake and Analysis, Office of Professional Responsibility, Investigative Operations Division; (12) Todd C. Owen, Executive Assistant Commissioner, OFO; (13) Sidney Aki, Port Director, Say Ysidro Port of Entry, San Diego Field Office, OFO; (14) Carlos Rodriguez, Port Director, Hidalgo Port of Entry, Laredo Field Office, OFO; and (15) Judson Murdock, former Acting Assistant Commissioner, Office of Intelligence (the "Original Custodians").

6. The parties also agreed that Defendants would search for responsive documents within 8 non-custodial sources from CBP and the Office of Inspector General of the Department of Homeland Security.

7. On October 9, 2019, the Court ordered that Defendants search for responsive documents from four additional CBP custodians: (1) David Salazar, Port Director, Calexico Port of Entry, San Diego Field Office, OFO; (2) Hector Mancha, Director of Field Operations, El Paso Field Office, OFO; (3) Michael Humphries,

Port Director, Nogales Port of Entry, Tucson Field Office, OFO; and (4) Tater Ortiz, Port Director, Brownsville Port of Entry, Laredo Field Office, OFO (the "New Custodians").  The parties agreed that Defendants would substantially complete production of documents from custodians Salazar and Mancha by December 3, 2019, and from custodians Humphries and Ortiz by December 20, 2019 (*see* ECF Dkt. Nos. 319 and 320).

8. On November 15, 2019, in response to Defendants' unopposed request, the Court extended the deadline for Defendants to substantially complete production from the following Original Custodians from November 19, 2019, to December 3, 2019: Pete R. Flores, David P. Higgerson, Frank S. Longoria, Alberto A. Flores, Andres Guerra, David John Gonzalez, Luis Mejia, Mariza Marin, Bryan Molnar, and Judson Murdock.

9. On December 3, 2019, in response to Defendants' request, the Court extended the deadline for Defendants to substantially complete production from Custodian David P. Higgerson from December 3, 2019, to December 20, 2019.

**Defendants' Document Productions**

10. Defendants are using DOJ Civil Division's Relativity 9.6 review platform ("Relativity" or "review platform") to apply search terms to documents, review and, if necessary, redact documents for production, and produce documents.

11. By December 20, 2019, Defendants will have produced at least 287,347 documents using their Relativity review platform, totaling 1,385,003 pages.[2]  Defendants have also produced a number of additional documents, including organizational charts, outside of the Relativity platform.

12. Of these 287,347 documents, approximately 54,521 have been either redacted or withheld for privilege or other protections from disclosure.

---

[2] These figures include placeholders for privileged documents that were withheld in full.

13. Defendants served the privilege log for their PDF A-File Production and Production Volume 2 on November 18, 2019.

**Upcoming Depositions**

14. The 30(b)(6) deposition of CBP is scheduled to take place on December 20, 2019 and January 7, 2020.

15. Plaintiffs have noticed the deposition of an additional CBP officer for January 10, 2020.

16. Defendants intend to notice the deposition of an additional named Plaintiff and of Plaintiffs' class-certification expert for January 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on December 19, 2019, in Washington, D.C.

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS