1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

15              **UNITED STATES DISTRICT COURT**

16              **SOUTHERN DISTRICT OF CALIFORNIA**

17

18 | Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |

19 | Plaintiffs, |

20 | v. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION TO SEAL LIMITED PORTIONS OF PLAINTIFFS' TRO REPLY PAPERS** |

21 | Chad F. Wolf,[1] *et al.*, |

22 | Defendants. |

23 | | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

24

25 | | [***Declarations of Stephen M. Medlock Filed Concurrently***] |

26

27

---

28  [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

MOT. TO SEAL.

1
2
3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**

**UNOPPOSED MOTION TO SEAL LIMITED PORTIONS**

**OF PLAINTIFFS' TRO REPLY PAPERS**

4

5

6

7

8

Pursuant to Local Rule 2.2 and Section VI(D) of the Protective Order entered by the Court in this matter (Dkt. 276), Plaintiffs move this Court to file under seal portions of Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Provisional Class Certification to exclude sensitive law enforcement information and personally identifiable information contained therein.

9

10

As is explained in more detail in the accompanying Declaration of Stephen Medlock, these documents consist of:

11

12

13

1)      The transcript of the December 13, 2019 deposition of Todd Owen, Executive Assistant Commissioner of U.S. Customs and Border Protection;

14

2)      Exhibit 34 to the deposition of Todd Owen;

15

3)      Exhibit 47 to the deposition of Todd Owen;

16

4)      Exhibit 30 to the deposition of Todd Owen;

17

18

5)      A document bearing the Bates numbers AOL-DEF-00703133 through AOL-DEF-00703139;

19

20

6)      A document bearing the Bates numbers AOL-DEF-00095566 through AOL-DEF-00095568; and

21

22

7)      A document bearing the Bates numbers AOL-DEF-00615546 through AOL-DEF-00615563.

23

24

The Government designated the first of these documents as "Confidential" under the Protective Order.[2]  As a consequence of this confidentiality designation,

25

26

27

28

---

[2] Plaintiffs recognize that the mere fact that a document has been designated as confidential under a protective order is not determinative.  *See, e.g.*, *Bain v. AstraZeneca LP*, 2011 WL 482767, at *1 (N.D. Cal. 2011) (good cause "cannot be established simply by showing that the document is subject to a protective order" or by stating, in general terms, that "the material is considered to be confidential.").

1  the parties also seek to seal limited portions of Plaintiffs' Memorandum of Points and

2  Authorities in Support of Their Motion for Provisional Class Certification.

3      While Plaintiffs acknowledge the presumptive right of access to court records

4  based upon common law and First Amendment grounds, *see, e.g.*, *Nixon v. Warner*

5  *Comm., Inc.*, 435 U.S. 589, 597 (1978), *Philips ex rel. Estates of Byrd v. Gen. Motors*

6  *Corp.*, 307 F.3d 1206, 1212 (9th Cir. 2002), Plaintiffs nevertheless believe that these

7  should be filed under seal.  Fed. R. Civ. P. 26(c) sets forth the "good cause" standard

8  for sealing documents.  *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172,

9  1179 (9th Cir. 2006).  The test applied is whether "good cause exists to protect th[e]

10  information from being disclosed to the public by balancing the needs for discovery

11  against the need for confidentiality." *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665,

12  678 (9th Cir. 2010).  "In general, 'compelling reasons' sufficient to outweigh the

13  public's interest in disclosure and justify sealing court records exist when such 'court

14  files might have become a vehicle for improper purposes.'" *Kamakana*, 447 F.3d at

15  1179.  For instance, courts "prevent disclosure of law enforcement techniques and

16  procedures, to preserve the confidentiality of sources, to protect witnesses and law

17  enforcement personnel, to safeguard the privacy of individuals involved in an

18  investigation." *In re Dep't of Investigation of City of N.Y.*, 856 F.2d 481, 484 (2d

19  Cir. 1988).

20      Here, Plaintiffs seek to seal eleven exhibits and descriptions of those exhibits

21  that would reveal sensitive CBP information regarding the physical layout,

22  capacities, and operations of ports of entry on the U.S.-Mexico border.  As the

23  Government explains in its recently filed Amended Motion to Seal, the disclosure of

24  this sensitive information could compromise the secure operations of those ports of

25  entry and could expose the email accounts of CBP Officers to threats and harassment.

26  *See* Dkt. 340-1 at 7-21.

27

28

MOT. TO SEAL

1    In addition, the parties have agreed to not disclose the name of a whistleblower

2    that has alleged that CBP violated immigration laws by turning back asylum seekers

3    at the Tecate, California port of entry.  As a result, Plaintiffs seek leave to redact the

4    name of the whistleblower from Exhibit 10 to Plaintiffs' TRO reply.

5    Plaintiffs have conferred with the Government, and understand that the

6    Government does not oppose this motion.

7    Plaintiffs therefore request that the Court grant this unopposed motion to seal

8    limited portions of their Provisional Class Certification Papers.

9

10    Dated: December 20, 2019

MAYER BROWN LLP

11        Matthew H. Marmolejo
          Ori Lev
12        Stephen M. Medlock

13
       SOUTHERN POVERTY LAW CENTER
14        Melissa Crow
          Sarah Rich
15        Rebecca Cassler

16
       CENTER FOR CONSTITUTIONAL
17       RIGHTS
          Baher Azmy
18        Ghita Schwarz
19        Angelo Guisado

20
       AMERICAN IMMIGRATION
21       COUNCIL
          Karolina Walters
22

23     By: */s/ Stephen M. Medlock*
24        Stephen M. Medlock

25     *Attorneys for Plaintiffs*

26

27

28

                                    3                          MOT. TO SEAL

1

## CERTIFICATE OF SERVICE

2        I certify that on December 20, 2019, I served a copy of the foregoing document

3   by filing it with the Clerk of Court through the CM/ECF system, which will provide

4   electronic notice and an electronic link to this document to all attorneys of record.

5                                              */s/ Stephen M. Medlock*

6                                              *Counsel for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28