MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248
   Ori Lev (DC Bar No. 452565)
  *(pro hac vice)*
   *olev@mayerbrown.com*
   Stephen M. Medlock (VA Bar No. 78819)
  *(pro hac vice)*
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  *(pro hac vice)*
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: (202) 355-4471
Facsimile:  (404) 221-5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br> v. <br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK; CASE NO. 17-CV-02366-BAS-KSC

735802503.2

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, state the following under penalty of perjury:

1. I am a partner in Mayer Brown LLP and counsel for Plaintiffs Al Otro Lado, Inc., Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, Roberto Doe, Maria Doe, Juan Doe, Úrsula Doe, Victoria Doe, Bianca Doe, Emiliana Doe, and César Doe in this matter. I make this declaration in support of Plaintiffs' Reply in Support of Motion for Temporary Restraining Order.

## Prior Meet-and-Confers

2. On December 4, 2019, along with Matthew H. Marmolejo of my firm and Karolina Walters of the American Immigration Council, I attended a meet-and-confer session with counsel for the Government to discuss, among other items, Plaintiffs' December 6, 2019 Motion for Temporary Restraining Order Prohibiting Application of Asylum Cooperative Agreement Rule to Provisional Class Members. During this discussion, counsel for the Government would not stipulate that the Government would not apply the ACA Rule to its full extent.

3. On December 18, 2019, along with Rebecca Cassler of the Southern Poverty Law Center, I attended a meet-and-confer session with counsel for the Government to discuss the declarations submitted by the Government in support of its Opposition to Plaintiffs' Motion for Temporary Restraining Order (Dkt. 357). During this discussion, counsel for the Government stated that the Government's assertions about the limited enforcement of the ACA Rule, submitted as part of the Declaration of Michael Ringler (Dkt. 357-4), are already outdated. Counsel for the Government confirmed that the CBP's Office of Field Operations ("OFO") has begun applying the ACA Rule to asylum seekers at POEs. Counsel for the Government represented that an updated Declarations of Michael Ringler and Todd Hoffman would be filed with the Court.

**Exhibits**

4. Attached hereto as Exhibit 1 is a true and correct copy of the December 13, 2019 deposition of Todd Owen, Executive Assistant Commissioner of U.S. Customs and Border Protection. Per the terms of the protective order in this case, the deposition transcript remains designated "Confidential" until January 13, 2020.

5. Attached hereto as Exhibit 2 is a true and correct copy of a document bearing the Bates number NTEU-000132.

6. Attached hereto as Exhibit 3 is a true and correct copy of a document bearing the Bates numbers NTEU-000110 through NTEU-000126.

7. Attached hereto as Exhibit 4 is a true and correct copy of Exhibit 34 to the deposition of Todd Owen, Executive Assistant Commissioner of U.S. Customs and Border Protection. This document is designated "Confidential" under the Court's protective order.

8. Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 47 to the deposition of Todd Owen, Executive Assistant Commissioner of U.S. Customs and Border Protection. This document is designated "Highly Confidential" under the Court's protective order.

9. Attached hereto as Exhibit 6 is a true and correct copy of Exhibit 30 to the deposition of Todd Owen, Executive Assistant Commissioner of U.S. Customs and Border Protection. This document is designated "Highly Confidential" under the Court's protective order.

10. Attached hereto as Exhibit 7 has been intentionally left blank due to a claw back claim made by the Government.

11. Attached hereto as Exhibit 8 is a true and correct copy of a document bearing the Bates numbers AOL-DEF-00095566 through AOL-DEF-00095568. This document is designated "Confidential" under the Court's protective order.

12. Attached hereto as Exhibit 9 is a true and correct copy of a document bearing the Bates numbers AOL-DEF-00205051 through AOL-DEF-00205075.

13. Attached hereto as Exhibit 10 is a true and correct copy of a document bearing the Bates numbers AOL-DEF-00615546 through AOL-DEF-00615563. This document contains the name of a whistleblower that the parties have agreed to not publicly disclose.

14. Attached hereto as Exhibit 11 is a true and correct copy of the declaration of Todd Hoffman.

15. Attached hereto as Exhibit 12 is a true and correct copy of the declaration of Michael Ringler.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of December 2019 at Washington, D.C.

                                    */s/ Stephen M. Medlock*_____

                                    Stephen M. Medlock
                                    Email: smedlock@mayerbrown.com

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on December 20, 2019, with a copy of this document via the Court's CM/ECF system per Local Rules.

*/s/ Stephen M. Medlock*
Stephen M. Medlock
*Attorney for Plaintiffs*
smedlock@mayerbrown.com