MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>               Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 3 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>***FILED UNDER SEAL*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

**Tony Reardon**

| | |
|---|---|
| **From:** | ATKINSON, DAVID <DAVID.ATKINSON@CBP.DHS.GOV> |
| **Sent:** | Tuesday, March 19, 2019 4:35 PM |
| **To:** | Tony Reardon; CADRIEL, DONALD H; GUERRA, RICARDO; FLORES, MIGUEL M; MUNOZ, RICARDO; VEGA, FRANCISCO; MONAHAN, JOHN F |
| **Subject:** | FW: Safety Alert/Rule Clarification. |
| **Attachments:** | Asylees 3192019.pdf |

Fyi

**From:** ATKINSON, DAVID
**Sent:** Tuesday, March 19, 2019 2:55 PM
**To:** MCALEENAN, KEVIN K <KEVIN.K.MCALEENAN@cbp.dhs.gov>
**Cc:** HARALSON, WILLIAM T <WILLIAM.T.HARALSON@cbp.dhs.gov>; IGLESIAS-JR, ROMUALDO <romualdo.iglesias-jr@cbp.dhs.gov>
**Subject:** Safety Alert/Rule Clarification.

Mr. Commissioner,

1st, The Port of Hidalgo, Texas employees would like a written order provided to them that mirrors their instructions to return individuals who enter the U.S. and request asylum back to Mexico without appointment or system for a future appointment. The Agency is allowing the Mexican officials to create a list and detention area mid bridge to facilitate who would be next to enter the United States from that detention site on the Mexican side, which is under the control and direction of CBP Officers on the U.S. side.

The employees would like you to provide them the proper authority and sections of law that allows them to detain these asylum seekers on the Mexican side, and prevent them from entering the U.S. after presenting themselves for inspection and requesting asylum. The Employees would like something in writing to protect their ordered activities, as the Agency is claiming publicly that they are not conducting these activities when they really are.

2nd, the employees are placed at the middle of the bridge out of line of sight of other CBP Staff and outnumbered by the asylum seekers and the possible smugglers who are attempting to enter the U.S. by foot and/or by vehicle. The employees request your intervention in this matter to ensure that they are not injured or killed as Port management is incompetent in assigning the proper amount of or stationing these officers in a safe position. Recently we have had several officers placed in a position of disadvantage without any instant reinforcements as only three are assigned away from the immediate site from all port staff. On one occurrence, an innocent vehicular driver was placed in harm's way of a struggle between a CBP officer and asylum seeker. The driver struck the Officer's holster, mere centimeters away from hitting the body of the Officer and causing grave harm or even death. Furthermore, there are routinely only 3-4 Officers assigned to the Passport Control processing area, thus delaying the wait time of the asylum seekers upwards of three weeks. Again, for this reason along with the others mentioned above, we request your immediate intervention in the matter.

3rd, the local U.S. Border Patrol is doing a poor job in picking up the asylum seekers that have already been processed.

It is surprising that local management would stage such a detention area at the middle of the bridge putting the asylum seekers and employees in pest infected areas known to be susceptible to gunshots. As of yesterday, the standing order by Supervisor Lauro Hinojosa, was not to allow any asylum seekers into the U.S. until the Mexican authorities call them up by a list of which they maintain control. They are to be sent back into Mexico, and not allowed to enter for the U.S. for processing.

1

We respectfully await your immediate response.

David Atkinson, Local President NTEU Chapter 149.



CBP and Mexican detention site, where asylum seekers are returned to Mexico to wait without notice by CBP Officers. As per local management, asylum seekers are not to enter, and detained at the middle of the bridge until they are called up by Mexican Officials to enter. CBP calls Mexican officials and they dictate who enters. The problem with this is that CBP has no control who enters, and at times, as per the interviewing CBP Officers, the people selected are the ones that have cash to bribe Mexican Officials. Also, as substantiated by the interviewing CBP Officers that claim that the Port runners are informing them that the Mexican Officials, for the right price (500), are allowed to run the Northside of the bridge.

2

NTEU - 000111



Cannot see the 2 officers one quarter on top of the bridge. The problem is, when the lanes get filled up during peak times, the officers completely vanish into the surrounding vehicles who park in line right after them.



quarter on top of the bridge / cannot see bridge employees or primary booths for back-up.

3

NTEU - 000112



Chairs reduced to minimize the amount of persons held in the seating area leaving a huge blank space.

4

NTEU - 000113



No officers stationed to process work at 10-11pm, and only 4 employees to process the family unit creditable fear cases.

NTEU - 000114

## CBP Officers

U.S. Customs and Border Protection
U.S. Port of Hidalgo, Texas

March 6, 2019

To: Whom it may Concern:

We CBP Officers assigned the Port of Hidalgo, Texas have been ordered by CBP
Supervisors to inspect persons seeking/requesting asylum status near the middle of the
United States/Mexico Bridge in Hidalgo, Texas on the United States side. We are
posted mere feet into the U.S. from the US/Mexico borderline and are intercepting and
immediately preventing asylees who request asylum from entering the United States.
After their immediate request, we are instantly sending them back into Mexico without a
date, time or appointment to be allowed into the United States for processing. We are
not aware of any process used to inform these asylum seekers to return to the Port for
processing into the U.S. and feel there is a need for clarification for the authority or law
allowing us to immediately deny entry to these asylum seekers into the United States
and returning them back into Mexico. Therefore, we are requesting the person of
authority or section of law that grants us the power to act as ordered and mentioned
above.

Respectfully Submitted, CBP Officers Signed below:

Ramuka Iglesia

Danielle Vazquez                               Manuel Hernandez

Juan Gonzalez                                  Lauren L. Gonzalez

Abram Guerra                                   Maurita E. Davila

                                               Flor Guerrero

                                               CHARLIE BALLARD

                                               Daniel Longoria

Gabriel Ortiz                                  Eduardo Amantine

                                               Ornelas, Juan

Israel Nogues                                  I. Salinas

Leonardo Cantu                                 R Castillo

Federico Martinez                              R Torres Cisneros

Juan Garcia

Christian Castaneda

Andrea Lopez

Saing Cortes

Marcus Gonzales

Oscar Moreno Jr.

Abigael Lugo

Jesus Flores

Amanda Benavides

Javier Rodriguez

Esteban Solers

Roberto C Reyna

Ruben R. Bautello

Gloria S. Cuarte

Robert Rojas

Martin Garcia

Nidia Cean

Chris Ramirez

Ramiro Reyna Jr.

Jesus Gonzalez

NTEU - 000116

| PORT | PRINT NAME | SIGN | DATE |
|------|-----------|------|------|
| 2305 | J. Grayta | | 9/25/18 |
| 2305 | E. Rios | | 9/25/18 |
| 2305 | M. Fuentes | | 9/25/18 |
| 2305 | R. Cano | | 9/25/18 |
| 2805 | C. Rodriguez | | 9-25-18 |
| 2365 | M. Ornelas | | 9/25/18 |
| 2305 | B. Ramirez | | 09/25/2018 |
| 2305 | L. Rodriguez | | 9/25/18 |
| 2305 | C. CASTRO | | 9/25/18 |
| 2305 | G. Ortiz | | 9/25/18 |
| 2305 | A. Lugo | | 9/25/18 |
| 2305 | P. Rodriguez | | 9/25/18 |
| 2305 | P. Quijas | | 9/25/18 |
| 2305 | S. Cortes | | 9/25/18 |
| 2305 | J. Garcia | | 9/25/18 |
| 2305 | M. Rodriguez | | 9/25/18 |
| 2365 | A. OROZCO | | 9/25/18 |
| 2305 | J. Flores | | 9/25/18 |
| 2305 | G. Leal | | 9/25/18 |
| 2305 | R. Hernandez | | 9/25/18 |
| 2305 | A. Cisneros | | 9/25/18 |

NTEU - 000117

| | |
|---|---|
| | Joaquin Longoria |
| | Jose Peña |
| | Eli Canales |
| | Romana Iglesias |
| | Michael Rodriguez |
| | Saira Cortes |
| | Crista Garcia |
| | Pedro Leal |
| | Orvelle Vasquez |
| | Andres Rios |
| | Abram Cua |
| | Reynaldo Torres Gonzales |
| | Albert Munoz |
| | Rigoberto Gonzalez |
| | Juan Gonzalez |
| | Raul Lopez |
| | |
| | Oscar Molano |
| | Constantino Mena |
| | Rolando Ramon |
| | Eduardo Castú |
| | Manuel Hernandez |

NTEU - 000118

| Name | Signature |
|---|---|
| Juan Sifuentes | |
| Jesus Salinas | |
| Oziel Cantu | |
| Jose Garza | |
| Isabela Romero | |
| Nabor Ron | |
| DAVID BOTELLO | |
| Jesus Marroquin | |
| Ignacio L. Tijerina Jr | |
| Roel Cano | |
| Cayetano Mora | |
| Roel Dela Fuente | |
| JOSE R. LEM | |
| Juan Esparza | |
| Carlos Casares | |
| Francisco Urbina | |
| Mariela Trevino | |
| Carlos Mendoza | |
| Mark Latigo | |
| Jorge Huerta | |
| JOSE LEM | |
| | |

NTEU - 000119

| | | |
|---|---|---|
| *(signature)* Aldovara | | |
| E. ROSAS | | |
| *(signature)* | | |
| G. RNOIA | | |
| *(signature)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NTEU - 000120

| NAMES | SIGNATURES |
|---|---|
| 1 LUCIO JULIAN | |
| 2 BALLI CHARLES | |
| 3 CIFUENTES JORGE | |
| 4 LOPEZ AZAEL | |
| 5 GONZALEZ ENRIQUE | |
| 6 THOMAS BRITTANY | |
| 7 GUAJARDO ADAN | |
| 8 RODRIGUEZ RODRIGO | |
| 9 GARCIA MARTIN | |
| 10 IBARRA JESSICA | |
| 11 ELVIRA ESIQUIO | |

12. David Longoria

13. Mario Buzaldua

14.

NTEU - 000121

| PORT | PRINT NAME | SIGN | DATE |
|------|-----------|------|------|
| 2305 | R. Castillo | | 09/26/18 |
| 2305 | C. Belli | | 9-26-18 |
| 2305 | Rosa | | 9/27/2018 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NTEU - 000122

| | |
|---|---|
| Juan Serna | *(signature)* |
| Rebeca Cano | *(signature)* |
| *(signature)* | *(signature)* |
| Ruben R. Brumfield | Karl R. Buttell |
| *(signature)* | *(signature)* |
| Ismael Noguez | |
| *(signature)* | |
| Christian *(signature)* | |
| *(signature)* | |
| Edna K. Rios | *(signature)* |
| Javier Rodriguez | *(signature)* |
| Claude Poltant | *(signature)* |
| Lauren Gonzalez | |

NTEU - 000123

Bobby Gomez
) Claude Pollard
Javier Rodriguez
Sal Sanchez
Jesus Saraz
Cristal Ramirez
) Gilesir munoz
) Oscar Moleno
) Amanda Benavides
) Ricardo Casas JR.
) Andrea Lopez
) Reyne Rodriguez
) Manuel Grijalva
) Abraham Peña
) Victoria Casas
) Claudia Gonzalez
) Aidel Rosledo
) Hank Mavcenals
3) Gt
) Ismael Nogez
1) Samuel G. Escamilla
2) Manuel Gonzalez
3) Christian Castro
4) Alanis Rodriguez
5) Joaquin Chavez
6)
7)
8)

1) _[signature]_
2) _[signature]_
3) Gabriel Garcia
4) _[signature]_
5) Adrian _[signature]_

6 Mario Godinez
7. Roger Madrigal
8. RL RA
9. Heber Trevino
0. S. _[signature]_

| | |
|---|---|
| Enrique Gonzalez *[signature]* | |
| John D Rio *[signature]* | |
| Brenda Sarmiento *[signature]* | |
| Bruno Garza *[signature]* | |
| David Huggins | |
| Javier Garcia Jr. *[signature]* | |
| Cesar Oviedo *[signature]* | |
| Kurt Reyna | *[signature]* |

NTEU - 000126