FILED

DEC 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, US Department of Homeland Security; et al., <br><br> Defendants-Appellants. | No.  19-56417 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC <br> Southern District of California, San Diego <br><br> ORDER |

Before: THOMAS, Chief Judge, and BERZON and BRESS, Circuit Judges.

Defendants-Appellants' Unopposed Motion for an extension of time to file opening brief and excerpts of record and to adjust the briefing schedule is GRANTED. The opening brief and excerpts of record are due January 7, 2020; the answering brief is due February 4, 2020, or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due no later than February 20, 2020.