JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV
SAIRAH G. SAEED (IL 6290644)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067 | Fax: (202) 305-7000
sairah.g.saeed@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>CHAD F. WOLF,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br>*Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br>**DECLARATION OF SAIRAH G. SAEED IN SUPPORT OF MOTION TO WITHDRAW DEFENDANTS' COUNSEL OF RECORD SAIRAH G. SAEED** <br><br>Hearing Date: January 27, 2020 <br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

## DECLARATION OF SAIRAH G. SAEED

I, Sairah G. Saeed, declare as follows:

1. I am a Trial Attorney in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation.

2. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Nielsen*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. As of January 4, 2019, I will no longer be employed with the Department of Justice. Accordingly, I respectfully request that my appearance in this case be withdrawn.

4. All other counsel of record will continue to represent Defendants in this case.

5. All parties and their counsel simultaneously received notice of this Motion per the attached certificate of service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on December 30, 2019, in Washington, D.C.

*s/ Sairah G. Saeed*
SAIRAH G. SAEED