JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
Katherine.J.Shinners@usdoj.gov
SAIRAH G. SAEED (IL 6290644)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kevin K. McALEENAN,[*] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

---

[*] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Federal Rule of Civil Procedure 25(d).

**DECLARATION OF KATHERINE J. SHINNERS**

I, Katherine J. Shinners, declare as follows:

1. I am an attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the District of Columbia, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. I submit this declaration in support of "Defendants' Opposition to Plaintiffs' Motion for Provisional Class Certification (ECF No. 352)."

3. Attached hereto as **Defendants' Exhibit 1** is a true and correct copy of the December 17, 2019 Declaration of Randy Howe, Executive Director for Operations, Office of Field Operations, U.S. Customs and Border Protection.

4. Attached hereto as **Defendants' Exhibit 2** is a partially redacted true and correct copy of an April 27, 2018 memorandum from Todd C. Owen, Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection, regarding "Metering Guidance," which version was produced to Plaintiffs in discovery bearing the Bates Numbers CBPALORT000299 and was previously filed in this case at ECF Docket No. 283-1.

5. Attached hereto as **Defendants' Exhibit 3** is a true and correct copy of the October 9, 2019 Declaration of Mariza Marin, Assistant Director of Field Operations, San Diego Field Office, Office of Field Operations, U.S. Customs and Border Protection.

6. Attached hereto as **Defendants' Exhibit 4** is a true and correct copy of a report by the University of Texas at Austin's Strauss Center for International Security and Law and the University of California-San Diego's School of Global Policy and Strategy's Center for U.S.-Mexican studies entitled "Metering Update: November 2019." The document is available at https://www.strausscenter.org/images/strauss/18-19/MSI/MeteringUpdate_191107.pdf.

7. Attached hereto as **Defendants' Exhibit 5** is a true and correct copy of a document submitted by Plaintiffs in support of their Motion for Preliminary Injunction (at ECF No. 294-7) as the Declaration of Roberto Doe, dated October 10, 2018.

8. Attached hereto as **Defendants' Exhibit 6** is a true and correct copy of a document submitted by Plaintiffs in support of their Reply in Support of their prior Motion for Provisional Class Certification (at ECF 316-3) as the Declaration of Robert Doe, dated October 21, 2019.

9. Attached hereto as **Defendants' Exhibit 7** is a partially redacted true and correct copy of Abigail Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00005051-5054. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

10. Attached hereto as **Defendants' Exhibit 8** is a partially redacted true and correct copy of Carolina Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers DHSALOTRO00000341-344. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

11. Attached hereto as **Defendants' Exhibit 9** is a partially redacted true and correct copy of Dinora Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers DHSALOTRO00000684-686. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been

1  made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect
2  the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect
3  confidential information that is not relevant to Defendants' arguments in opposition
4  to Plaintiffs' Motion for Provisional Class Certification.

5        12.     Attached hereto as **Defendants' Exhibit 10** is a partially redacted true
6  and correct copy of Ingrid Doe's I-213, Record of Deportable/Inadmissible Alien,
7  bearing the Bates numbers AOL-DEF-00004903-4905. A redacted copy of this doc-
8  ument was produced to Plaintiffs in discovery. Additional redactions have been
9  made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect
10 the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect
11 confidential information that is not relevant to Defendants' arguments in opposition
12 to Plaintiffs' Motion for Provisional Class Certification.

13       13.     Attached hereto as **Defendants' Exhibit 11** is a partially redacted true
14 and correct copy of Maria Doe's I-213, Record of Deportable/Inadmissible Alien,
15 bearing the Bates numbers AOL-DEF-00004342-4345. A redacted copy of this doc-
16 ument was produced to Plaintiffs in discovery. Additional redactions have been
17 made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect
18 the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect
19 confidential information that is not relevant to Defendants' arguments in opposition
20 to Plaintiffs' Motion for Provisional Class Certification.

21       14.     Attached hereto as **Defendants' Exhibit 12** is a partially redacted true
22 and correct copy of Ursula Doe's I-213, Record of Deportable/Inadmissible Alien,
23 bearing the Bates numbers DHSALOTRO00000213-215. A redacted copy of this
24 document was produced to Plaintiffs in discovery. Additional redactions have been
25 made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect
26 the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect
27 confidential information that is not relevant to Defendants' arguments in opposition
28 to Plaintiffs' Motion for Provisional Class Certification.

15. Attached hereto as **Defendants' Exhibit 13** is a partially redacted true and correct copy of Juan Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers DHSALOTRO00001725-1727. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

16. Attached hereto as **Defendants' Exhibit 14** is a partially redacted true and correct copy of Victoria Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00004240-4242. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

17. Attached hereto as **Defendants' Exhibit 15** is a partially redacted true and correct copy of Bianca Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00004735-4737. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

18. Attached hereto as **Defendants' Exhibit 16** is a partially redacted true and correct copy of Emiliana Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers DHSALOTRO00000563-565. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been

1 made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

19. Attached hereto as **Defendants' Exhibit 17** is a partially redacted true and correct copy of Cesar Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00004486-4488. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

20. Attached hereto as **Defendants' Exhibit 18** is a partially redacted true and correct copy of Roberto Doe's 2005 I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00005125-5126. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Provisional Class Certification.

21. Attached hereto as **Defendants' Exhibit 19** is a partially redacted true and correct copy of Roberto Doe's 2005 I-862, Notice to Appear, bearing the Bates numbers AOL-DEF-00005144-5145. A copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym.

22. Attached hereto as **Defendants' Exhibit 20** is a partially redacted true and correct copy of Roberto Doe's 2005 *in absentia* removal order, bearing the Bates

1　numbers AOL-DEF-00005139-5140. A copy of this document was produced to
2　Plaintiffs in discovery. Additional redactions have been made to this document pur-
3　suant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs
4　who are proceeding under pseudonym.

5　　　　23.　Attached hereto as **Defendants' Exhibit 21** is a partially redacted true
6　and correct copy of Roberto Doe's 2011 I-871, Notice of Intent/Decision to Rein-
7　state Prior Order, bearing the Bates number AOL-DEF-00005107. A copy of this
8　document was produced to Plaintiffs in discovery. Additional redactions have been
9　made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect
10　the identity of Plaintiffs who are proceeding under pseudonym.

11　　　　24.　Attached hereto as **Defendants' Exhibit 22** is a partially redacted true
12　and correct copy of Roberto Doe's 2011 I-213, Record of Deportable/Inadmissible
13　Alien, bearing the Bates numbers AOL-DEF-00005168-5171. A redacted copy of
14　this document was produced to Plaintiffs in discovery. Additional redactions have
15　been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to
16　protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to
17　protect confidential information that is not relevant to Defendants' arguments in op-
18　position to Plaintiffs' Motion for Provisional Class Certification.

19　　　　25.　Attached hereto as **Defendants' Exhibit 23** is a partially redacted true
20　and correct copy of Roberto Doe's 2011 I-205, Warrant of Removal/Deportation,
21　bearing the Bates numbers AOL-DEF-00005102-5103. A copy of this document
22　was produced to Plaintiffs in discovery. Additional redactions have been made to
23　this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the
24　identity of Plaintiffs who are proceeding under pseudonym.

25　　　　26.　Attached hereto as **Defendants' Exhibit 24** is a true and correct copy
26　of the December 30, 2019 Declaration of Ashley B. Caudill-Mirillo, Deputy Chief,
27　Asylum Division, U.S. Citizenship and Immigration Services.

28　　　　I declare under penalty of perjury that the foregoing is true and correct to the

1  best of my knowledge. Executed on December 30, 2019, in Washington, D.C.

          */s/ Katherine J. Shinners*
          KATHERINE J. SHINNERS