# EXHIBIT 8

**CONFIDENTIAL**

U.S. Department of Homeland Security

SIGMA Event: ▮
Subject ID: ▮

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Carolina Doe | | | F | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | Case No: ▮ | 63 | 118 | |

U.S. Address: DHS CUSTODY

Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 07/15/2017, SYS, 1110, AFOOT | | ▮ | |

Number, Street, City, Province (State) and Country of Permanent Residence: See Narrative

Method of Location/Apprehension: ISP

| Date of Birth | Age: 38 | Date of Action 07/15/2017 | Location Code SND/SYS | At/Near SYS | Date/Hour 07/15/2017 1328 |
|---|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR [X] Form: (Type and No.) Lifted ☐ Not Lifted ☐ |
|---|---|
| CHILPANCINGO, GUERRERO, MEXICO | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| None | None | Asylum | Seeking Immigration |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| None | None | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 1 MEX |

Father's Name, Nationality, and Address, if Known

Mother's Present and Maiden Names, Nationality, and Address, if Known

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? [X] Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) I7A1 |
|---|---|---|---|
| None Claimed | | | |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ▮

Left Index fingerprint        Right Index fingerprint

FOREIGN ADDRESS
----------------
▮

DOCUMENTS
---------
...(CONTINUED ON I-831)

Alien has been advised of communication privileges    ro 7/15/17
(Date/Initials)

CBP Officer
Title of Immigration Officer

Distribution:
AFILE

Received: (Subject and ▮) of Interview)
Officer: RYAN OMANG
on: July 15, 2017   (time)
Disposition: Expedited Removal with Credible Fear
Examining Officer: ▮

08/01/▮

DHSALOTRO00000341

| U.S. Department of Homeland Security | Continuation Page for Form I213 |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| Carolina Doe | SIGMA Event:<br>Event No: | 07/15/2017 |

BIC 2022848

RECORDS CHECKED
----------------

SECTION CODES
-------------
212a7AiI

FUNDS IN POSSESSION
-------------------
Mexican Peso 20.00

On July 15, 2017, Carolina Doe (DOB: ) applied for admission into the United States from Mexico through the San Ysidro Port of Entry pedestrian lanes. Traveling with Carolina Doe is her minor child identified as (DOB: ). Carolina Doe stated she is seeking political asylum because people want to kill her. Carolina Doe stated they are traveling to Oregon. Primary officer referred the family to the Admissibility Enforcement Unit for further processing.

On July 15, 2017, at approximately 1700, CBP Officer Omang conducted the interview in the English language and was translated to Spanish by CBP Officer Ortiz, I. The sworn statement was witnessed by CBP Officer Woodring, E. During the interview Carolina Doe did not appear to be ill, intoxicated or under the influence of drugs. She was alert, responsive and appeared capable of communicating, she offered appropriate responses to questions. She did not appear to be unusually nervous or fearful. Carolina Doe did not request or receive any bodily comforts during the interview and no promises or threats were made to elicit the statement. The interview ended at approximately 1800 hours.

During an oral and sworn statement, Carolina Doe made the following statements: Carolina Doe stated that she is a citizen and national of Mexico by virtue of birth in Chilpancingo, Guerrero, Mexico on . Carolina Doe stated that both of her parents are citizens of Mexico. Carolina Doe stated that she did not claim citizenship in any other country. Carolina Doe stated she is married to who was born in Mexico and is a citizen of Mexico. Carolina Doe stated she has three children , and . Carolina Doe stated were born in Mexico and are citizens of Mexico. Carolina Doe stated her daughter was born in Portland, Oregon and...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
|  | CBP Officer |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHSALOTRO00000342

| U.S. Department of Homeland Security | Continuation Page for Form I-213 |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| Carolina Doe | SIGMA Event: <br> Event No: | 07/15/2017 |

is a United States citizen.

Carolina Doe stated neither she, nor her daughter's have applied for a United States visa. Carolina Doe stated that neither she nor her daughter's have petitions pending with Citizenship and Immigration Services.

Carolina Doe applied for admission to the United States on July 15, 2017. Carolina Doe stated she presented their Mexican ID and birth certificate for herself and daughter to the primary officer. Carolina Doe stated to the officer she left Mexico to ask for asylum in the United States. Carolina Doe stated her husband and brother in-law are police officers in Guerrero. Carolina Doe stated on May 2, 2017, her brother in-law was kidnapped in front of the police station. Carolina Doe stated later that day his body was found cut to pieces. Carolina Doe stated they were looking for her husband because he tried to rescue his brother. Carolina Doe stated they came to the house looking for him so he ran away leaving her and the kids behind. Carolina Doe stated she does not known the where abouts of her husband since May of 2017. Carolina Doe stated she did not move to another part of Mexico because it's not safe anywhere.

Carolina Doe stated she last attempted to enter the United States on May 17, 2017 at the San Ysidro Port of Entry. Carolina Doe stated she returned to Mexico because she was informed her United States citizen daughter would be turned over to Child Protective Services because she couldn't be detained with her. Carolina Doe stated she went on video and claimed she was not afraid to go back to Mexico.

Carolina Doe stated she had been living at a shelter in Tijuana since the kidnapping of her brother in-law. Carolina Doe stated she did not work in Tijuana but was receiving assisstance and stayed in a shelter. Carolina Doe stated 2-3 weeks ago she was talked to by a United States group of lawyers that helps immigrants. Carolina Doe stated they took them out of the shelter and paid for them to stay at a hotel in playas. Carolina Doe identified the lawyer as Elena from El Othro Lado. Carolina Doe stated they did not ask for anything and said they will provide her with another lawyer in the United States.

Carolina Doe stated she does not know she needed entry documents to legally enter the United States.

Carolina Doe stated she plans to go to Portland, Oregon Georgia to where her friend and daughter lives. Carolina Doe provided her friend's phone number as ( ) and address as

Carolina Doe stated she was previously live in Oregon from 2001 through 2008. Carolina Doe stated her mother was living with her and when she got sick with cancer, she wanted to return to Mexico so they all went back.

Carolina Doe stated she left her home country or country of last residence because they are running away of fear. Carolina Doe expressed fear and concern for herself and her child of being returned to her home country or being removed from the United States. Carolina Doe stated she would be harmed if she or her child were returned to their home country or country of last residence.
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
|  | CBP Officer |

3 of 4 Pages

| U.S. Department of Homeland Security | Continuation Page for Form I213 |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| Carolina Doe | SIGMA Event: <br> Event No: | 07/15/2017 |

Carolina Doe ▓ stated that she had not been arrested in Mexico or any other countries.

Carolina Doe ▓ stated she never been removed or deported from the United States.

DISPOSITION: Carolina Doe ▓ and her child ▓ are inadmissible to the United States pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act, as amended. : Carolina Doe ▓ and her child ▓ were served with an M-444 Information about Credible Fear Interview in the Spanish language, provided with a list of free legal services at Oregon and taken into DHS custody pending credible fear interview with an asylum officer; to be determined at a later time, date, and place.

| Signature | Title |
|---|---|
| | CBP Officer |

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)