# EXHIBIT 10

**U.S. Department of Homeland Security**  
SIGMA Event: ▇  
Subject ID: ▇  

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Ingrid Doe | | | F | BLK | BRO | DBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | Case No: SYS1707000559 | 61 | 130 | |

U.S. Address: ▇

Scars and Marks:

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 07/15/2017, SYS, 1523, AFOOT | TIJUANA | LE | |

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension: ISP

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ▇ | Age: 24 | 07/15/2017 | SND/SYS | SYS | 07/15/2017 1237 |

| City, Province (State) and Country of Birth | AR [X] | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| OLACHINTO, N/A, HONDURAS | | | ▇ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| None | None | Other Non-Immigrant | IN TRAVEL |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| None | None | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 2/HONDURAS |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | ▇ NATIONALITY: HONDURAS |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? [X] Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | I7A1 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ▇

Left Index fingerprint   Right Index fingerprint

SECTION CODES
--------------
212a7AiI

On July 15, 2017 at approximately 1100 hours, Ingrid Doe ▇ DOB: ▇ attempted...(CONTINUED ON I-831)

Alien has been advised of communication privileges ▇ 7/15/17  (Date/Initials)   CBP Officer ▇ (Signature and title of Immigration Officer)

Distribution:

Received: (Subject and Doc)  
Officer: S VARGAS  
on July 15, 2017  
Disposition: Notice to Appear Released (I-862)  
Examining Officer: ▇

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form  I213

| Alien's Name | File Number | Date |
|---|---|---|
| Ingrid Doe | SIGMA Event:<br>Event No: | 07/15/2017 |

to enter the United States from Mexico via pedestrian primary lanes at the San Ysidro Port of Entry. Ingrid Doe was traveling with her minor children DOB: ____ and ____ DOB: ____. Ingrid Doe and her children presented themselves for inspection before Customs and Border Protection. Ingrid Doe presented her Identification card her children's birth certificates to the primary officer as proof of identity and nationality. Ingrid Doe and her children did not have valid or proper entry documents into the United States. Primary Customs and Border Protection (CBP) Officer referred Ingrid Doe and her child to secondary and they were transported to the San Ysidro Admissibility Enforcement Unit (AEU) for further disposition.

At SYS POE AEU secure area during processing, Ingrid Doe was determined through her own admission to be a citizen and national of Honduras.
On July 15, 2017, 2017, during an oral interview and sworn statement conducted in Spanish language by myself, CBP Officer S Vargas and witnessed by CBP Officer A Deleon, Ingrid Doe freely and voluntarily made the following statements under oath:

Ingrid Doe stated that she wanted to be interviewed in Spanish language which she understands. Ingrid Doe admitted that she is a citizen and national of Honduras. Ingrid Doe admitted that she does not possess the proper documentation to enter, pass through, or remain in the United States. Ingrid Doe stated that she is a citizen and national of Honduras, born on ____ in Olanchinto, Yoro, Honduras. Ingrid Doe stated that she is single, has two children and is currently eight month pregnant.

Ingrid Doe stated that she is traveling with her minor children ____ DOB: ____ and ____ DOB: ____. Ingrid Doe stated that she attempted to enter the United States from Mexico on, July 15, 2017 at the San Ysidro Port of Entry. Ingrid Doe stated that she left her home country on February 2017 and traveled by bus from Honduras to Guatemala and then Mexico. Ingrid Doe stated she entered Mexico in March 2017 thru Tapachula and stayed there for three months. Ingrid Doe stated she arrived to Tijuana Mexico on June 10, 2017 and stayed there until today July 15, 2017. Ingrid Doe stated while in Mexico she worked cleaning a house, she stated she also lived there.

Ingrid Doe stated she left her home country because her ex-partner wanted to kill her and her daughter. Ingrid Doe stated her intentions are to enter the United States to reside, get legal documents and work. Ingrid Doe stated that if admitted into the United States she will go live with her friend ____ at ____. Ingrid Doe stated that she has $39 US Dollars in her possession.

Ingrid Doe stated she attempted to enter the United States before on June 17, 2017 at the Otay Mesa POE, but she was not allowed to enter the POE. Ingrid Doe stated security guards dressed in gray did not let her enter the port of entry but she could not identify if this people work for the United States or Mexican government.

Ingrid Doe stated she has never been arrested or convicted of a crime. Ingrid Doe expressed fear of returning to her home country of Honduras. Ingrid Doe stated she understood all my questions. Ingrid Doe stated she gave all statements freely and voluntarily. Ingrid Doe stated she was not forced or coerced in any way to answer any of my questions. Ingrid Doe was asked if she had any questions and she said no.

Ingrid Doe is assigned immigration record CIS file number ____, FBI record LE ____..(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| ____ | CBP Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form __I213__ |
|---|---|---|
| Alien's Name<br>Ingrid Doe | File Number<br>SIGMA Event:<br>Event No: | Date<br>07/15/2017 |

: and FINS ▬▬.

DISPOSITION: Ingrid Doe DOB: ▬ and her children ▬ DOB: ▬ and ▬ DOB: ▬, appear to be inadmissible to the United States pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act, as amended. Ingrid Doe and her children were served with an I-862 Notice to Appear and paroled into the United States pending 240 removal proceedings before an Immigration Judge.

| Signature | Title |
|---|---|
| | CBP Officer |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential

AOL-DEF-00004905