# EXHIBIT 11

U.S. Department of Homeland Security

SIGMA Event:
Subject ID:

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Maria Doe | | | F | BLK | BLK | LBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| GUATEMALA | | Case No: | 62 | 150 | |

U.S. Address: DHS CUSTODY

Scars and Marks:

Date, Place, Time, and Manner of Last Entry: 10/18/2018, SYS, 1330, AFOOT

Passenger Boarded at: TIJUANA, BA

F.B.I. Number: LE
☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:

Method of Location/Apprehension: ISP

| Date of Birth | Age: 35 | Date of Action 10/19/2018 | Location Code SND/SYS | At/Near SYS | Date/Hour 10/18/2018 1523 |

City, Province (State) and Country of Birth: ALTA VERAPAZ COBAN, N/A, GUATEMALA

AR ☒  Form (Type and No.) Lifted ☐ Not Lifted ☐

By:

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| None | None | No Documents | IN TRAVEL |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| None | None | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None Known |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):

Number and Nationality of Minor Children: 2 MEXICO

Father's Name, Nationality, and Address, if Known:

Mother's Present and Maiden Names, Nationality, and Address, if Known:
NATIONALITY: GUATEMALA

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) I7A1 |
|---|---|---|---|
| None Claimed | | | |

Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS:

Left Index fingerprint    Right Index fingerprint

RECORDS CHECKED
----------------

...(CONTINUED ON I-831)

Alien has been advised of communication privileges  10/19/2018  (Date/Initials)

CBP OFFICER
Title of Immigration Officer

Distribution: A-FILE

Received: (Subject of Interview)
Officer:
on: October 19, 2018   (time)
Disposition: Notice to Appear
Examining Officer:

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I213

| Alien's Name: Maria Doe | File Number: ▮▮▮ SIGMA Event: ▮▮▮ Event No: ▮▮▮ | Date: 10/18/2018 |

SECTION CODES
--------------
212a7AiI

On or about October 18, 2018, at approximately 13:30 hours, Maria Doe applied for admission into the United States from Mexico through the San Ysidro Port Of Entry primary lanes. Traveling with Maria Doe was her minor children identified as ▮▮▮ and ▮▮▮. Maria Doe stated that she wanted to go to Florida. Primary officer referred the family to the Admissibility Enforcement Unit for further processing.

Maria Doe was determined and verified native and citizen of Guatemala who did not have legal documents to enter, to pass or to remain in the United States. ▮▮▮ and ▮▮▮ were determined and verified native and citizens of Mexico who did not have legal documents to enter, to pass or to remain in the United States. Maria Doe was processed administratively at San Ysidro Port Of Entry in the Admissibility Enforcement Unit area for determination of their admissibility and request for political asylum in the U.S.

CBP system queries on Maria Doe ▮▮▮ result as follows: ▮▮▮. Maria Doe had no immigration encounter in the U.S. Maria Doe had no record of removal from the U.S. Maria Doe was assigned CIS (Central Index System) immigration record file number ▮▮▮, FINS record ▮▮▮ and FBI record ▮▮▮.

CBP system queries on ▮▮▮ result as follows: ▮▮▮ negative. ▮▮▮ had no immigration encounter in the U.S. ▮▮▮ had no record of removal from the U.S. ▮▮▮ was assigned CIS (Central Index System) immigration record file number ▮▮▮, FINS record ▮▮▮.

CBP system queries on ▮▮▮ result as follows: ▮▮▮. ▮▮▮ had no immigration encounter in the U.S. ▮▮▮ had no record of removal from the U.S. ▮▮▮ was assigned CIS (Central Index System) immigration record file number ▮▮▮, FINS record ▮▮▮.

On October 19, 2018, during an oral and sworn statement interview witnessed by CBPO Lopez, G, Maria Doe did not appear to be ill, intoxicated or under the influence of drugs. She was alert, responsive and appeared capable of communicating, she offered appropriate responses to questions. She did not appear to be unusually nervous or fearful. Maria Doe did not request or receive any bodily comforts during the interview and no promises or threats were made to elicit the statement.

During an oral and sworn statement, Maria Doe made the following statements: Maria Doe stated that she wanted the interview to take place in the Spanish language. Maria Doe stated she is a citizen and national of Guatemala by virtue of birth in Coban Alta, Verapaz, Guatemala on ▮▮▮. Maria Doe stated that she did not know anything about her father. Maria Doe ...(CONTINUED ON NEXT PAGE)

| Signature | Title: CBP OFFICER |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security — Continuation Page for Form I213

| Alien's Name | File Number: | Date |
|---|---|---|
| Maria Doe | SIGMA Event:  Event No: | 10/18/2018 |

stated that her mother is a citizen of El Salvador and is living in Guatemala. Maria Doe stated that she did not claim citizenship in any other country.

Maria Doe stated that she has a total of three children. Maria Doe stated that she is traveling with her minor children. Maria Doe identified her minor children as ▮. Maira Doe stated that her daughter was born in Chiapas, Mexico on ▮. Maria Doe stated that her son ▮ was born in Chiapas, Mexico on ▮. Maria Doe stated that her children are citizen of Mexico and do not claim citizenship in any other country. Maria Doe stated that her children's father's name is ▮ a citizen of Mexico. Maria Doe stated that she does not know ▮ whereabouts. Maria Doe stated that her eldest daughter, ▮, was born in Puerto Barrios Issabal, Guatemala on ▮.

Maria Doe stated that ▮ father is ▮ a Mexican citizen. Maria Doe stated that she does not know ▮ whereabouts. Maria Doe stated that ▮ stayed in Guatemala living with her grandparents and is studying.

Maria Doe stated she is aware that you need to have documents that allows you to enter the United States. Maria Doe stated that she and her children have never had valid documents to enter, pass, or reside in the United States. Maria Doe denied pending applications with USCIS. Maria Doe stated that she, has never applied for a United States visa. Maria Doe stated she has never been arrested in any country. Maria Doe stated she has never been removed from the U.S. Maria Doe denied living in any other country other than Guatemala and Mexico. Maria Doe stated she has no connection to criminal organizations, narcotic or terrorists groups. Maria Doe stated she does not have problems with the government of Guatemala or Mexico.

Maria Doe stated that she is coming to the United States to live with her friend ▮. Maria Doe provided his phone number and address. ▮

Maria Doe stated that she last spoke to ▮ on Wednesday, October 17, 2018. Maria Doe stated that her friend will support her financially while in the asylum process. Maria Doe stated that with money she made while working in Chiapas, money that immigrants gathered and her attorney and her coworkers help finance her travel to the United States. Maria Doe stated that no one told her to come to the United States to claim asylum. Maria Doe stated that she knew about the asylum and the process. Maria Doe stated that when she and her child arrived in Tijuana on October 12, 2018, she stayed a week at the shelter, "House of Immigrants" to wait for her turn to come to the U.S / Mexico border and apply for asylum.

Maria Doe stated that she and her children walked to the US border. She stated that she told the officer that she was requesting asylum in the United States. Maria Doe stated that she left Guatemala to come to the United States to seek asylum because she is being followed by a group that her children's father, ▮ belongs to. Maria Doe states that she does not know the group's name. Maria Doe stated that this group has found her in Guatemala and last, in Mexico. Maria ▮ stated that, the group is looking for her because they want her to tell them where her children's father is. Maria Doe stated that she does not know his whereabouts. Maria Doe stated that this group, "Organized crime" threatened to kill her if she did not tell them where the father of her children is. When asked, which father they were referring to, Maria Doe stated, "▮" Maria Doe expressed fear and/or concern if she and her children are returned to Guatemala or Mexico. Maria Doe stated that she and her children would be harmed if they were returned to Guatemala or Mexico. Maria Doe stated that the group will not
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| ▮ | CBP OFFICER |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential

AOL-DEF-00004344

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>Maria Doe | File Number<br>SIGMA Event:<br>Event No: | Date<br>10/18/2018 |

find her in the United States because this country is safe. When asked, Maria Doe stated that she had not been involved in criminal acts while in Guatemala, Mexico or any other country. Maria Doe stated that she had not been a member of or had been asked to join a gang or cartel while in Guatemala, Mexico or any other country. Maria Doe also denied having a problem with the Guatemalan or Mexican government and declared that she was not being persecuted by any government agency or institution. Maria Doe admitted never asking for help from the Guatemalan or Mexican authorities regarding her fear or concern. Maria Doe stated that she was not persecuted due to her sexual preference, race, religious belief, age, and physical disability. Maria Doe claimed not being a member of any political party in Guatemala or in Mexico, or being persecuted for political reasons

Maria Doe was notified that in the event her asylum request is denied that she and her children will be removed from the United States for a period of five years. Maria Doe declared that she answered all questions truthfully and admitted that she was not threatened, forced or coerced when she provided her answers to the interviewing CBPO during the entire RSS. Maria Doe was provided with a list of organizations and attorneys which provide free legal services. Maria Doe did not want any questions repeated nor any of her answers changed. Maria Doe closed by stating that she had no other questions and nothing else to add. Maria Doe stated that she understood she and her children were going to be held in the custody of the Department of Homeland Security until a decision was made on their case.

REMARKS:
While detained at the SYS POE AEU area of operations, Maria Doe and her children were provided with meals, sleeping cushions and blankets. Maria Doe was also questioned about her and her children's well-being by successfully answering the In-Processing Health Screening Form. Maria Doe denied any medical issues and / or health concerns for her and her child at time of processing under Department of Homeland Security (DHS) - Customs and Border Protection's (CBP) custody.

DISPOSITION: Maria Doe and her minor children and appear inadmissible to the United States pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act, as amended. Maria Doe and her minor children and were served with an I-862 (Notice to Appear), given a list of free legal services, and TOT ICE/ Juvenile Coordinator.

****************NOTHING FOLLOWS***************

| Signature | Title<br>CBP OFFICER |
|---|---|

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)