# EXHIBIT 18

**U.S. Department of Justice**
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Roberto Doe | | | M | BLK | BRO | LBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| NICARAGUA | | | 64 | 155 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| FAILED TO PROVIDE U.S. ADDRESS | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Single / Divorced / Married / Widower / Separated |
|---|---|---|---|
| 02/20/2005, 2130, .25 mile(s) E of EGP, KWI | | LE | Married |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| ESTELI, ESTELI NICARAGUA | PB 518.3 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| Age: 29 | 02/20/2005 | DRT/EGT | Eagle Pass, Texas | 02/20/2005 2200 |

| City, Province (State) and Country of Birth | AR | Form: (Type and No.) | Lifted | Not Lifted | By |
|---|---|---|---|---|---|
| ESTELI, ESTELI, NICARAGUA | X | | | | |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Other | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | None known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: NICARAGUA | Number and Nationality of Minor Children |
|---|---|
| SAME AS ABOVE | 1, NICARAGUAN |

| Father's Name, Nationality, and Address, if Known Nationality: NICARAGUA | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes [X] No | INS Systems Checks See Narrative | Charge Code Word(s) I6A |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary Hr. | Employed from/to / / / / |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #:

SCARS, MARKS AND TATTOOS
SCAR FOREARM, NONSPECIFIC

MOTHER'S NATIONALITY
NICARAGUA

FUNDS IN POSSESSION
200.00     United States Dollar

INS SYSTEMS CHECKS

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by JIMENEZ

| Alien has been advised of communication privileges. (Date/Initials) | (Signature and Title of INS Official) BORDER PATROL AGENT |
|---|---|

| Distribution: RELEASED DUE TO LACK OF DETENTION FUNDS | Received: (Subject and Documents) (Report of Interview) Officer: |
|---|---|
| | on: February 22, 2005 at 0744 (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: |

12/20/2006 7:08:02 PM 8 of 1

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form  I-213

| Alien's Name | File Number | Date |
|---|---|---|
| Roberto Doe | Case No: A_____ | 02/20/2005 |

Roberto Doe _____ was apprehended at a place near Eagle Pass, Texas. At the time of apprehension Subject claimed to be a citizen and national of Nicaragua and was not in possession of any immigration documents that would allow him to be or remain in the United States legally. Subject claims to have entered the United States illegally by wading across the Rio Grande River downriver from Eagle Pass, Texas.

Subject was advised of his rights as per service form I-214A. Criminal history was negative and immigration checks revealed one prior apprehension in Douglas, Arizona. Subject was informed by the guide of the group to claim Mexican and was granted a voluntary return to Mexico. Removal proceedings are being initiated against subject. Subject is being released on his own recognizance due to a lack of funds. Subject was apprised of the conditions of his release and was provided with a change of address form EIOR-33. The subject was made aware of requirement to send in the change of address form to notify the Immigration Court for a change of venue. The subject was issued service form I-220A.

| Signature | Title |
|---|---|
|  | BORDER PATROL AGENT |

2 of 2 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

12/20/2006 7:08:02 PM 9 of 11