# EXHIBIT 22

U.S. Department of Homeland Security    Subject ID [REDACTED]    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| Roberto Doe | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | | Height | Weight | Occupation |
|---|---|---|---|---|---|
| NICARAGUA | CASE NA [REDACTED] | | 64 | 180 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| [REDACTED] | SCAR CHEEK (FACE), RIGHT |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single |
|---|---|---|---|
| 11/28/2011, 0300, 30.81 mile(s) W of HID, PWAM (BY RAFT) | | LE | ☐ Divorced ☐ Married<br>☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | | Method of Location/Apprehension |
|---|---|---|
| ESTELIN, ESTELIN, NICARAGUA | | PB |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| [REDACTED] Age:36 | | 11/28/2011 | MCA/MCS | HAVANA, TX | 11/28/2011 0730 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| ESTELIN, ESTELIN, NICARAGUA | | | [REDACTED] |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | None Known |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | TWO/ NICARAGUA |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | I9A1 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: [REDACTED]

[REDACTED]

Left Index Print    Right Index Print

ARREST COORDINATES:
--------------------
Latitude:   26.2546
Longitude: -98.5257

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: SOTA

| Alien has been advised of communication privileges | 11/29/2011 (Date/Initials) | [REDACTED] BORDER PATROL AGENT (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| To File<br>MCA/MCS<br>Stats | Officer: [REDACTED]<br>on: November 28, 2011 at 1056 (time)<br>Disposition: REINSTATEMENT OF DEPORT ORDER /-871<br>Examining Officer: [REDACTED] |

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security                    Continuation Page for Form        I213

| Alien's Name | File Number | Date |
|---|---|---|
| Roberto Doe | | 11/28/2011 |
| | Event No: | |

FATHER NAME AND ADDRESS:
------------------------
Nationality:NICARAGUA

ESTELIN, ESTELIN, NICARAGUA

MOTHER NAME AND ADDRESS:
------------------------
Nationality:NICARAGUA

ESTELIN, ESTELIN, NICARAGUA

ASSISTING ASSETS:
-----------------
Air Ops
Canines

FUNDS IN POSSESSION:
--------------------
Mexican Peso 15.00  ✓ DJPA

RECORDS CHECKED:
----------------

NARRATIVE:
----------
ENCOUNTER/ALIENAGE:
Subject, Roberto Doe                    (A#              was encountered by McAllen Border Patrol
Agent Gonzalo Gonzalez on November 28, 2011, near Havana, Texas. Agent Gonzalez questioned
the subject as to his citizenship, which the subject stated that he was a citizen and
national of Nicaragua. Subject has no immigration documents that would allow him to be or
remain in the United States legally.  Subject was taken into custody and transported to
the McAllen, Texas Border Patrol Station for processing.

ENTRY DATA:
Subject freely admitted that he illegally entered the United States aboard a raft across
the Rio Grande River. Subject entered approximately 30.81 miles west of the Hidalgo, Texas

| Signature | Title |
|---|---|
| | BORDER PATROL AGENT |

_____2_____ of _____4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential                                                                    AOL-DEF-00005169

U.S. Department of Homeland Security                    Continuation Page for Form _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| Roberto Doe | A | 11/28/2011 |
| | Event No: | |

Port of Entry on November 28, 2011. Subject entered the United States at a place not designated as a port of entry by the Attorney General of the United States and or the Secretary of Homeland Security, the successor, thus he was not admitted, inspected or paroled by a U.S. Immigration Official.

Subject does not possess any valid U.S. Immigration Documents allowing him to enter or remain in the United States legally. Subject has not applied for nor has anyone applied for a petition on his behalf.

MOTIVATION:
Subject states he entered the United States to reside and seek work in Phoenix, Arizona.

RECORDS CHECKS:
The subject's record checks were ran through Rio Grande Valley Sector Communications, which revealed the following A #          , FBI#          and

IMMIGRATION HISTORY:
ORDERED REMOVED: 06/15/2005
DATE REMOVED: 12/22/2006
REMOVED FROM: San Antonio, Texas

CRIMINAL HISTORY:
No criminal convictions shown.

TRAVEL DATA:
Subject stated he departed his home town on or about October 27, 2011. Subject stated that he traveled through Honduras, El Salvador, Guatemala and then into Mexico. Once in Mexico, subject continued to travel north towards Reynosa, Mexico. Subject then made his illegal entry into the United States.

CREDIBLE FEAR STATEMENT:
Subject was asked whether he feared being returned to his country of citizenship. Subject claimed he had no fear of being returned to his country of origin.

TERRORIST LINK:
Subject was interviewed and appropriate record checks were conducted. No links to terrorism or gang affiliation were found. Subject did not travel through any countries linked to terrorism.

MEDICAL/HEALTH:
Subject states he is in good health and does not need medical attention at this time.

CONSULATE RIGHTS/NOTIFICATION:
Subject was notified of his right, as a non-US citizen, to have a consular representative of his country notified of his arrest. I asked the subject if he wanted his consulate notified at this time. The subject told me he did want his consulate.

| Signature | Title |
|---|---|
| | BORDER PATROL AGENT |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential                                                                    AOL-DEF-00005170

U.S. Department of Homeland Security                    Continuation Page for Form _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| Roberto Doe | | 11/28/2011 |
| | Event No:MCS1211000362 | |

DISPOSITION:
Subject is being processed for 8 USC 1231 (Reinstatement of Prior Order of Removal). As
per I.E.A. _____Camacho___, subject will be held at the Port Isabel Detention Center
pending his removal.
FORMS EXECUTED: I-215B, I-213, I-203, I-871, I-217, R-84 and FD-249

| Signature | Title |
|---|---|
| | BORDER PATROL AGENT |

                                        4  of  4  Pages

Form I-831 Continuation Page (Rev. 08/01/07)