# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Kevin K. McAleenan, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL OF RECORD**<br><br>**[ECF No. 375]** |

Before the Court is a Motion to Withdraw Defendants' Counsel of Record Sairah G. Saeed. (ECF No. 375.) Ms. Saeed attests that as of January 4, 2020, she will no longer be employed with the Department of Justice and thus requests to withdraw her appearance. (ECF No. 375-1, Dec. of Sairah G. Saeed ¶ 3.)

After considering the motion, and good cause appearing, the Court **GRANTS** the motion. Accordingly, **IT IS HEREBY ORDERED** that Sairah G. Saeed is no longer counsel of record for Defendants in this matter.

**IT IS SO ORDERED.**

**Dated: January 3, 2020**

　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　United States District Judge