MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **NOTICE OF MOTION AND UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' PROVISIONAL CLASS CERTIFICATION REPLY PAPERS** <br><br> Hearing Date: February 3, 2020 <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   bazmy@ccrjustice.org
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   gschwarz@ccrjustice.org
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   aguisado@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   sarah.rich@splcenter.org
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   rebecca.cassler@splcenter.org
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   kwalters@immcouncil.org
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' CLASS CERTIFICATION REPLY PAPERS

PLEASE TAKE NOTICE that on Monday, February 3, 2020, at a time the Court deems proper, the parties will and hereby do jointly move to seal certain exhibits to and portions of Plaintiffs' concurrently filed Motion for Provisional Class Certification. Specifically, Plaintiffs move to seal Exhibits 1-5 and 8-11 to their Reply in Support of their Motion for Provisional Class Certification and sections of their memorandum of points and authorities that quote from or summarize those exhibits. This motion is based on the attached memorandum of points and authorities. The parties have conferred regarding this motion and Defendants do not oppose this motion.

Dated: January 6, 2020

MAYER BROWN LLP
  Matthew H. Marmolejo
  Ori Lev
  Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
  Melissa Crow
  Sarah Rich
  Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy
  Ghita Schwarz
  Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters

By: */s/ Stephen M. Medlock*
  Stephen M. Medlock

*Attorneys for Plaintiffs*

1     MOT. AND NOTICE OF MOT. TO SEAL

**CERTIFICATE OF SERVICE**

I certify that on January 6, 2020, I served a copy of the foregoing document by filing it with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Stephen M. Medlock*

*Counsel for Plaintiffs*
