MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a document bearing the Bates numbers AOL-DEF-00041455-57. This document is designated as "Confidential" under the Protective Order.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a transcript of the December 13, 2019 deposition of Todd Owen. Per the terms of the Protective Order in this case, this deposition is considered "Confidential" until January 13, 2020.

4. Attached hereto as Exhibit 3 is a true and accurate copy of a document bearing the Bates numbers AOL-DEF-0027915-16. This document is designated as "Confidential" under the Protective Order.

5. Attached hereto as Exhibit 4 is a true and accurate copy of a document bearing the Bates numbers AOL-DEF-00277740-43. This document is designated as "Confidential" under the Protective Order.

6. Attached hereto as Exhibit 5 is a true and accurate copy of a transcript of the November 21, 2019 deposition of a CBP whistleblower that has requested that his name remain anonymous. Defendants have designated several portions of this transcript as "Confidential." A redacted version of the transcript will be filed on the Court's public docket.

7. Attached hereto as Exhibit 6 is a true and accurate copy of a document bearing the Bates numbers NTEU – 000110 through NTEU – 000114.

8. Attached hereto as Exhibit 7 is a true and accurate copy of a document bearing the Bates numbers NTEU – 000115 through NTEU – 000126.

9. Attached hereto as Exhibit 8 is a true and accurate copy of a document

bearing the Bates numbers AOL-DEF-00205672-74. This document is designated as "Confidential" under the Protective Order.

10. Attached hereto as Exhibit 9 is a true and accurate copy of the metadata associated with a document bearing the Bates numbers AOL-DEF-00205672-74. This document is designated as "Confidential" under the Protective Order.

11. Attached hereto as Exhibit 10 is a true and accurate copy of a document bearing the Bates numbers AOL-DEF-00022783-84. This document is designated as "Confidential" under the Protective Order.

12. Attached hereto as Exhibit 11 is a true and accurate copy of a document bearing the Bates number AOL-DEF-00566881. This document is designated as "Confidential" under the Protective Order.

13. Attached hereto as Exhibit 12 is a true and accurate copy of a document bearing the Bates numbers NTEU – 000132.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 6th day of January 2020 at Washington, D.C.

*/s/ Stephen M. Medlock*
Stephen M. Medlock

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK