MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PROVISIONAL CLASS CERTIFICATION**<br><br>**EXHIBIT 7**<br><br><br>*FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

REPLY IN SUPP. OF MOT. FOR
PROVISIONAL CLASS CERT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CBP Officers

U.S. Customs and Border Protection
U.S. Port of Hidalgo, Texas

March 6, 2019

To: Whom it may Concern:

We CBP Officers assigned the Port of Hidalgo, Texas have been ordered by CBP Supervisors to inspect persons seeking/requesting asylum status near the middle of the United States/Mexico Bridge in Hidalgo, Texas on the United States side. We are posted mere feet into the U.S. from the US/Mexico borderline and are intercepting and immediately preventing asylees who request asylum from entering the United States. After their immediate request, we are instantly sending them back into Mexico without a date, time or appointment to be allowed into the United States for processing. We are not aware of any process used to inform these asylum seekers to return to the Port for processing into the U.S. and feel there is a need for clarification for the authority or law allowing us to immediately deny entry to these asylum seekers into the United States and returning them back into Mexico. Therefore, we are requesting the person of authority or section of law that grants us the power to act as ordered and mentioned above.

Respectfully Submitted, CBP Officers Signed below:

Juan Garcia

Christian Castaneda

Andrea Lopez

Saing Cortes

Marcus Gonzales

Oscar Moleno Jr

Abigael Lugo

Jesus Flores

Amanda Benavides

Javier Rodriguez

Ruben Soders

Roberto C Reyna

Ruben R. Bautello

Gloria S. Onate

Robert Rojas

Martin Correa

Nidia Cean

Chris Ramirez

Ramiro Reyna Jr.

Jesus Gonzalez

| PORT | PRINT NAME | SIGN | DATE |
|------|-----------|------|------|
| 2305 | J. Gaytta | | 9/25/18 |
| 2305 | E. Rios | | 9/25/18 |
| 2305 | M Fuentes | | 9/25/18 |
| 2305 | R. Cano | | 9/25/18 |
| 2805 | C. Rodriguez | | 9-25-18 |
| 2365 | M. OPNAS | | 9/25/18 |
| 2305 | B. Ramirez | | 09/25/2018 |
| 2305 | L. Rodriguez | | 9/25/18 |
| 2305 | C. CASTRO | | 9/25/18 |
| 2305 | G. Ortiz | | 9/25/18 |
| 2305 | A. Lugo | | 9/25/18 |
| 2305 | P. Rodriguez | | 9/25/18 |
| 2305 | P. Quijas | | 9/25/18 |
| 2305 | S. Cortes | | 9/25/18 |
| 2305 | J. Garcia | | 9/25/18 |
| 2305 | M. Rodriguez | | 9/25/18 |
| 2305 | A. OROZCO | | 9/25/18 |
| 2305 | J. Flores | | 9/25/18 |
| 2305 | G. Leal | | 9/25/18 |
| 2305 | R. Hernandez | | 9/25/18 |
| 2305 | A. Castillo | | 9/25/18 |

NTEU - 000117

| | |
|---|---|
| | Joaquin Longoria |
| | Jose Peña |
| | Eli Canales |
| | Romana Iglesias |
| | Michael Rodriguez |
| | Saúl Cortes |
| | Crista Garcia |
| | Pedro Leal |
| | Orwelle Vazquez |
| | Andres Rojos |
| | Abran Gom.. |
| | Reynaldo Torres Gonzalez |
| | Albert Munoz |
| | Rigoberto Gonzalez |
| | Juan Gonzalez |
| | Raul Lopez |
| | Oscar Molano |
| | Contreras Nena |
| | Rolando Ramon |
| | Eduardo Cantú |
| | Manuel Hernandez |

NTEU - 000118

| Name | Signature |
|---|---|
| Juan Sifuentes | |
| Jesus Salinas | |
| Oziel Canto | |
| Jose Garza | |
| Isabel Romero | |
| Nabe Ron | |
| DAVID BOTUYO | |
| Jesus Marroquin | |
| Ignacio L Tijerina Jr | |
| Roel Cano | |
| Crydero Molina | |
| Roel Dela Fuente | |
| JOSE R. LEM | |
| Juan Esparza | |
| Carlos Casares | |
| Francisco Urbina | |
| Mariela Trevino | |
| Carlos Mendoza | |
| Mark Latim | |
| Jaque Herra | |
| JOSE LEM | |
|  | |

NTEU - 000119



NTEU - 000120

| NAMES | SIGNATURES |
|-------|-----------|
| 1 LUCIO JULIAN | |
| 2 BALLI CHARLES | |
| 3 CIFUENTES JORGE | |
| 4 LOPEZ AZAEL | |
| 5 GONZALEZ ENRIQUE | |
| 6 THOMAS BRITTANY | |
| 7 GUAJARDO ADAN | |
| 8 RODRIGUEZ RODRIGO | |
| 9 GARCIA MARTIN | |
| 10 IBARRA JESSICA | |
| 11 ELVIRA ESIQUIO | |

12. David Longoria

13. Mario Buzaldua

14.

NTEU - 000121

| PORT | PRINT NAME | SIGN | DATE |
|------|-----------|------|------|
| 2305 | R. Castillo | | 09/26/18 |
| 2305 | C. Belli | | 9-26-18 |
| 2305 | T. Rose | | 9/27/208 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NTEU - 000122



NTEU - 000123

Bobby Gomez
) Claude Poliard
Javier Rodriguez
Sal Sanchez
Jesus Saenz
Cristal Ramirez
) Gmesir muñoz
) Oscar Moleno
) Amanda Benavides
) Ricardo Casas JR.
) Andrea Lopez
) Reyne Rodriguez
) Manuel Grijalva
) Abraham Peña
) Victoria Casas
) Claudia Gonzalez
1) Aidel Rosado
) Honde Mercado
3) GJ
) Ismael Nocpez
1) Samuel G. Escamilla
2) Manuel Gonzalez
3) Christian Castro
4) Alaric Rodriguez
5) Joaquin Chavez
6)
7)
8)

NTEU - 000124

1) *[signature]*
2) *[signature]*
3) *[signature]* Garcia
4) *[signature]*
5) Adrian *[signature]*
6 Mario Godiney
7. Roys Madijo
8. RL RA
9. Heber Trevino
0. S. *[signature]*

NTEU - 000125

| Name | Signature |
| --- | --- |
| Enrique Gonzalez | *(signature)* |
| John A Rio | *(signature)* |
| Brenda Sarmiento | *(signature)* |
| Bruno Garza | *(signature)* |
| David Herrens | |
| Javier Garza Jr. | *(signature)* |
| Cesar Oviedo | *(signature)* |
| Kurt Reyna | *(signature)* |

NTEU - 000126