MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | **EXHIBIT 12** |
| Defendants. | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REPLY IN SUPP. OF MOT. FOR
PROVISIONAL CLASS CERT.

# HARALSON, WILLIAM T

| | |
|---|---|
| **From:** | HARALSON, WILLIAM T |
| **Sent:** | Wednesday, March 15, 2017 12:09 PM |
| **To:** | HIGGERSON, DAVID P |
| **Cc:** | ATKINSON, DAVID; CLOUGH, ERIC; PONCE, EDUARDO H |
| **Subject:** | Step 3 Grievance (Failure to Process ER/CF & Asylum HID 2017) |
| **Attachments:** | CBP Abuse 1.pdf; Step3GrievanceFailureToProcessERCF&AsylumHID2017.pdf |

Mr. Higgerson,

During the grievance meetings, Agency Representatives acknowledged that the Agency's unilateral work polices broke CBP mandates, Federal immigration rules and Laws in formally processing persons who seek political asylum and screening for possible terrorists or fugitive status. Which places CBP Officers' safety, integrity and position to be questioned as the Agency lacks candor to the public in stating the true facts that the Agency intentionally placed the changes of denying and blocking asylum to persons and families in order to block the flow of asylum applicants in a chilling affects to all others attempting entry in to the United States.

The Agency's actions caused traumatic and emotional injury to children, persons, and families seeking asylum when: denying and blocking entry, threating that they would be processed separately, returned to Mexico without processing, kept in unsafe and unsanitary conditions, which placed CBP Officers in a injurious position to get sick and affected with the same, emotions, illness and infections as the asylum seekers.

The Agency's ill actions have caused Officers' working conditions, character and credibility to be altered and threaten by public and asylum seekers as the agency lacked candor in defending the CBP Officers for their ill implemented practices of denying and blocking asylum seekers to be processed at the Ports of Hidalgo, Texas.

For the reasons above and the back-pay compensation that could not be settled by the parties; the Union is requesting a STEP 3 Grievance with you covering all issues raised in the CBP Form 280 and its attachments.

Please respond within the allotted timeframe with a proposed date and time to meet.

Respectfully Submitted,

**William T. Haralson**
**NTEU Representative**
**NTEU Chapter 149**
**956-843-5749 Union Office**
**956-239-2747 Cell**



NTEU - 000132