JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Chad F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants* | Case No. 3:17-cv-02366-BAS-KSC<br><br>**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE DEADLINE FOR THEM TO FILE THEIR RESPONSE IN SUPPORT OF MOTION TO SEAL LIMITED PORTIONS OF PLAINTIFFS' TRO REPLY PAPERS**<br><br>Current hearing date: January 20, 2020<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

Defendants move the Court to continue the deadline for them to file their response in support of Plaintiffs' Unopposed Motion to Seal Limited Portion of Plaintiffs' TRO Reply Papers (Doc. No. 364) under Federal Rule of Civil Procedure 6(b)(1).

Defendants make this request for the following reasons. Since Plaintiffs filed their Motion to Seal on December 20, 2019, *see* ECF Doc. 364, the counsel for Defendants who had been charged with handling this matter has left the U.S. Department of Justice.  In addition, due in part to various deadlines and events in this litigation since December 20, 2019, as well as the intervening holidays and corresponding government closures, Defendants require additional time to finalize declarations in support of sealing Defendants' confidential documents and testimony.  As such, Defendants seek an additional two weeks, until January 27, 2020, to file their response in support of Plaintiff's Unopposed Motion to Seal Limited Portion of Plaintiffs' TRO Reply Papers in this matter. Defendants further request that the hearing/noting date for this matter, currently set for January 27, 2020, be continued until February 13, 2020 or after, to accommodate this extension.

The parties have met and conferred, and Plaintiffs indicated they are not opposed to this motion.

Based upon the foregoing, Defendants respectfully request that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), continuing the deadline for Defendants to file their response in support of Plaintiff's motion to seal until January 27, 2020; and the hearing/noting date be continued until February 13, 2020.

//

//

UNOPPOSED MOTION TO CONTINUE DEADLINE
FOR DEFENDANTS TO FILE THEIR RESPONSE
IN SUPPORT OF MOTION TO SEAL

Dated: January 10, 2020                Respectfully Submitted,

                                       KATHERINE J. SHINNERS
                                       Senior Litigation Counsel

                                       */s/ Ari Nazarov*
                                       ARI NAZAROV
                                       Trial Attorney
                                       U.S. Department of Justice
                                       Civil Division
                                       Office of Immigration Litigation
                                       District Court Section
                                       P.O. Box 868, Ben Franklin Station
                                       Washington, D.C. 20044
                                       Tel: (202) 514-4120 | Fax: (202) 305-7000
                                       ari.nazarov@usdoj.gov

                                       *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

Case No. 3:17-cv-02366-BAS-KSC

I certify that on January 10, 2020, I served a copy of this motion on the following persons by ECF:

**Matthew Ellis Fenn**
mfenn@mayerbrown.org

**Stephen Medlock**
smedlock@mayerbrown.com

**Matthew M. Marmolejo**
mmarmolejo@mayerbrown.com

**Angelo R. Guisado**
aguisado@ccrjustice.org

**Micah D. Stein**
mstein@mayerbrown.com

**Baher Azmy**
bazmy@ccrjustice.org

**Ori Lev**
olev@mayerbrown.com

**Ghita R. Schwarz**
gschwarz@ccrjustice.org

**Rebecca Cassler**
rebecca.cassler@splcenter.org

**Karolina J. Walters**
kwalters@immcouncil.org

**Sarah Marion Rich**
sarah.rich@splcenter.org

**Melissa E. Crow**
melissa.crow@splcenter.org


*/s/ Ari Nazarov*
Ari Nazarov
Trial Attorney

UNOPPOSED MOTION TO CONTINUE DEADLINE
FOR DEFENDANTS TO FILE THEIR RESPONSE
IN SUPPORT OF MOTION TO SEAL