```
1   MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2     mmarmolejo@mayerbrown.com
    350 S. Grand Avenue
3   25th Floor
    Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
      (pro hac vice)
5     olev@mayerbrown.com
      Stephen M. Medlock (VA Bar No. 78819)
6     (pro hac vice)
      smedlock@mayerbrown.com
7   1999 K Street, N.W.
    Washington, D.C. 20006
8   Telephone:  +1.202.263.3000
    Facsimile:   +1.202.263.3300
9
    SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (pro hac vice)
11    melissa.crow@splcenter.org
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  Additional counsel listed on next page
    Attorneys for Plaintiffs
15
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Al Otro Lado, Inc., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>  Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**JOINT MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN CLASS CERTIFICATION BRIEFING AND TO SET BRIEFING SCHEDULE (UNOPPOSED)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
|---|---|

---

[1] Acting Secretary Wolf is automatically substituted for former Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

MOT. FOR LEAVE TO FILE ADDITIONAL PAGES
AND SET BRIEFING SCHEDULE

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# JOINT MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN CLASS CERTIFICATION BRIEFING AND TO SET BRIEFING SCHEDULE

Pursuant to Local Rule 7.1(h) and Paragraph 7 of the Court's Standing Order for Civil Cases, the parties respectfully request leave to file additional pages in their class certification briefing and request that the Court set a briefing schedule as outlined below and stipulated by the parties.

## I. Additional Pages

Plaintiffs' motion for class certification is due on January 14, 2020. *See* Dkt. 288 at 2. Plaintiffs request thirty-five (35) pages for their Memorandum of Points and Authorities in Support of Motion for Class Certification. Defendants request thirty-five (35) pages for their Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Class Certification. Plaintiffs request fifteen (15) pages for their Reply Memorandum of Points and Authorities in Support of Motion for Class Certification. Local Rule 7.1(h) provides that "[b]riefs or memoranda in support of or in opposition to all motions . . . must not exceed a total of twenty-five (25) pages in length, per party, . . . without leave of the judge who will hear the motion. No reply memorandum will exceed ten (10) pages without leave of the judge." Plaintiffs request additional pages to permit them to fully address the complex legal and factual matters presented by class certification in this case (in which Plaintiffs seek to certify a border-wide class), to clarify the factual record, and to ensure that the Court has a complete and accurate presentation of the issues. Defendants request a commensurate extension of pages for their opposition to allow them to respond to Plaintiffs' legal and factual arguments. The parties have met and conferred, and neither opposes the page-limit extensions requested above.

## II. Briefing Schedule

Similarly, the parties have met and conferred regarding a briefing schedule for Plaintiffs' forthcoming motion for class certification. Pursuant to Judge

Crawford's September 9, 2019 Order, Plaintiff's motion for class certification is to be filed by January 14, 2020. *See* Dkt. 288 at 2. Accordingly, the parties respectfully request that the Court enter the following briefing schedule as stipulated by the parties:

- <u>January 14, 2020</u>: Deadline for Plaintiffs to file Motion for Class Certification and accompanying Memorandum of Points and Authorities.
- <u>February 12, 2020</u>: Deadline for Defendants to file Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Class Certification.
- <u>February 26, 2020</u>: Deadline for Plaintiffs to file Reply Memorandum of Points and Authorities in Support of Motion for Class Certification.

This schedule will permit the parties to fully set forth their arguments for or against class certification and allow each adequate time to respond.

The parties therefore request that the Court grant this motion for leave to file additional pages in their class certification briefs and to set their stipulated briefing schedule as outlined above.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 10, 2020 | MAYER BROWN LLP |
| 3 | |    Matthew H. Marmolejo |
| | |    Ori Lev |
| 4 | |    Stephen S. Medlock |

Dated: January 10, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen S. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/ Stephen M. Medlock*
   Stephen M. Medlock
*Attorneys for Plaintiffs*

Dated: January 10, 2020

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

JOINT MOT. FOR LEAVE TO FILE ADDITIONAL PAGES AND SET BRIEFING SCHEDULE

3

Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV
Trial Attorney
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated:  January 10, 2020              MAYER BROWN LLP

                                     By */s/ Stephen M. Medlock*