# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAD F. WOLF, *et al.*,<br><br>　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO FILE RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL**<br><br>**[ECF No. 385]** |

Before the Court is the parties' joint motion to continue Defendants' deadline to file a response in support of Plaintiffs' Motion to Seal Portions of the TRO Reply Brief. (ECF No. 385.) Good cause appearing, the Court **GRANTS** the joint motion. Defendants' response is due by **January 27, 2020**.

　　　IT IS SO ORDERED.

**DATED: January 13, 2020**

Hon. Cynthia Bashant
United States District Judge

- 1 -

19cv2366