# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Chad F. Wolf, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN CLASS CERTIFICATION BRIEFING AND TO SET BRIEFING SCHEDULE**<br><br>**[ECF No. 384]** |

Before the Court is the parties' Joint Motion for Leave to File Additional Pages in Class Certification Briefing and to Set Briefing Schedule. (ECF No. 384.) Good cause appearing, the Court **GRANTS** the Joint Motion.

Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification, and Defendants' Memorandum of Points and Authorities in Opposition thereto, shall not exceed thirty-five (35) pages each. Plaintiffs shall be allowed fifteen (15) pages for their Reply Memorandum of Points and Authorities in Support of Motion for Class Certification. Further, the parties shall brief the motion for class certification as follows:

- Plaintiffs shall file their Motion for Class Certification and accompanying Memorandum of Points and Authorities by **January 14, 2020**;

- Defendants shall file their Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Class Certification by **February 12, 2020**;
- Plaintiffs shall file their Reply Memorandum of Points and Authorities in Support of Motion for Class Certification by **February 26, 2020**.

**IT IS SO ORDERED.**

DATED: January 14, 2020

Hon. Cynthia Bashant
United States District Judge