MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Reply in Support of their Motion for Provisional Class Certification.

3. Plaintiffs seek to seal nine exhibits to Plaintiffs' Reply in Support of Their Motion for Provisional Class Certification:

    a. The transcript of the January 9, 2020 deposition of Randy Howe, which, per the terms of the Court's Protective Order, is designated "Confidential" for a period of 30 days after the delivery of the final transcript to the parties;

    b. The transcript of the December 13, 2019 deposition of Randy Howe, which, per the terms of the Court's Protective Order, is designated "Confidential" for a period of 30 days after the delivery of the final transcript to the parties;

    c. The transcript of the November 21, 2019 deposition of a whistleblower employed by U.S. Customs and Border Protection, portions of which have been designated as "Confidential" by the Government;

    d. A document bearing the Bates numbers AOL-DEF-00615546-63, which, although it was not designated as confidential by the Government, contains details that could reveal the identity of the CBP whistleblower;

    e. A document bearing the Bates numbers AOL-DEF-00014041-77, which the Government has designated as "Confidential" under the Court's Protective Order;

|   |   |   |
|---|---|---|
| f. | The Expert Report of Stephanie Leutert, which analyzes and summarizes hundreds of documents that the Government designated as "Confidential" or "Highly Confidential;" |
| g. | A document bearing the Bates numbers AOL-DEF-00328857-58, which the Government designated as "Highly Confidential" under the Protective Order; |
| h. | A document bearing the Bates numbers AOL-DEF-00020023-24, which the Government designated as "Confidential" under the Court's Protective Order |
| i. | A document bearing the Bates numbers AOL-DEF-00029916-18, which the Government designated as "Confidential" under the Court's Protective Order; |
| j. | A document bearing the Bates numbers AOL-DEF-00761338-39, which the Government designated as "Confidential" under the Court's Protective Order; |
| k. | A document bearing the Bates numbers AOL-DEF-00243099-100, which the Government designated as "Highly Confidential" under the Court's Protective Order; |
| l. | A document bearing the Bates numbers AOL-DEF-00046740-43, which the Government designated as "Confidential" pursuant to the Court's Protective Order; |
| m. | A document bearing the Bates numbers AOL-DEF-00372629-34, which the Government designated as "Highly Confidential" under the Court's Protective Order; |
| n. | A document bearing the Bates numbers AOL-DEF-00525116-18, which the Government designated as "Highly Confidential" under the Court's Protective Order; |
| o. | A document bearing the Bates numbers AOL-DEF-00041757-58, |

     which the Government designated as "Confidential" under the Court's Protective Order;

p.   A document bearing the Bates numbers AOL-DEF-00041825-36, which the Government designated as "Highly Confidential" under the Court's Protective Order;

q.   A document bearing the Bates numbers AOL-DEF-00027054-55, which the Government designated as "Highly Confidential" under the Court's Protective Order;

r.   A document bearing the Bates numbers AOL-DEF-00060695-96, which the Government designated as "Highly Confidential" under the Court's Protective Order;

s.   A document bearing the Bates numbers AOL-DEF-00028127-30, which the Government designated as "Confidential" under the Court's Protective Order;

t.   A document bearing the Bates numbers AOL-DEF-00274287-91, which the Government designated as "Confidential" under the Court's Protective Order;

u.   A document bearing the Bates numbers AOL-DEF-00063246-47, which the Government designated as "Highly Confidential" under the Court's Protective Order;

v.   A document bearing the Bates numbers AOL-DEF-00041455-57, which the Government designated as "Confidential" under the Court's Protective Order;

w.   A document bearing the Bates numbers AOL-DEF-00060768-69, which the Government designated as "Highly Confidential" under the Court's Protective Order;

x.   A document bearing the Bates numbers AOL-DEF-00027740-43, which the Government designated as "Confidential" under the

1         Court's Protective Order;

2    y.   A document bearing the Bates numbers CBPALOTRO000303-08, which the Government designated as "Confidential" under the Court's Protective Order;

5    z.   A document bearing the Bates numbers AOL-DEF-00190370-74, which the Government designated as "Confidential" under the Court's Protective Order;

8    aa.   A document bearing the Bates numbers AOL-DEF-00090513-15, which the Government designated as "Confidential" under the Court's Protective Order;

11    bb.   A document bearing the Bates numbers AOL-DEF-00517231-33, which the Government designated as "Highly Confidential" under the Court's Protective Order;

14    cc.   A document bearing the Bates numbers AOL-DEF-00041453-54, which the Government designated as "Confidential" under the Court's Protective Order;

17    dd.   A document bearing the Bates number AOL-DEF-00039597, which the Government designated as "Confidential" under the Court's Protective Order;

20    ee.   A document bearing the Bates numbers AOL-DEF-00058200-310, which the Government designated as "Highly Confidential" under the Court's Protective Order;

23    ff.   A document bearing the Bates numbers AOL-DEF-00205966-74, which the Government designated as "Highly Confidential" under the Court's Protective Order;

26    gg.   A document bearing the Bates numbers AOL-DEF-00205420-22, which the Government designated as "Confidential" under the Court's Protective Order;

1  hh.  A document bearing the Bates numbers AOL-DEF-00036343-44,
2      which the Government designated as "Confidential" under the
3      Court's Protective Order;

4  ii.  A document bearing the Bates numbers AOL-DEF-00087160-61,
5      which the Government designated as "Confidential" under the
6      Court's Protective Order;

7  jj.  A document bearing the Bates number AOL-DEF-00170598, which
8      the Government designated as "Confidential" under the Court's
9      Protective Order;

10 kk.  A document bearing the Bates numbers AOL-DEF-00086900-01,
11     which the Government designated as "Confidential" under the
12     Court's Protective Order;

13 ll.  A document bearing the Bates numbers AOL-DEF-00205672-74,
14     which the Government designated as "Confidential" under the
15     Court's Protective Order;

16 mm.  A copy of extracted text metadata from a document bearing the
17     Bates numbers AOL-DEF-00205672-74, which the Government
18     designated as "Confidential" under the Court's Protective Order;

19 nn.  A document bearing the Bates numbers AOL-DEF-00022783-84,
20     which the Government designated as "Confidential" under the
21     Court's Protective Order;

22 oo.  A document bearing the Bates number AOL-DEF-00566881, which
23     the Government designated as "Confidential" under the Court's
24     Protective Order;

25 pp.  A document bearing the Bates numbers AOL-DEF-00036004-05,
26     which the Government designated as "Confidential" under the
27     Court's Protective Order;

28 qq.  A document bearing the Bates numbers AOL-DEF-00038633-34,

Page 8 of 10

1 | which the Government designated as "Confidential" under the Court's Protective Order;

rr. A document bearing the Bates numbers AOL-DEF-00028457-59, which the Government designated as "Confidential" under the Court's Protective Order;

ss. A document bearing the Bates numbers AOL-DEF-00028473-75, which the Government designated as "Highly Confidential" under the Court's Protective Order;

tt. A document bearing the Bates numbers AOL-DEF-00028469-70, which the Government designated as "Highly Confidential" under the Court's Protective Order;

uu. A document bearing the Bates numbers AOL-DEF-00050247-50, which the Government designated as "Highly Confidential" under the Court's Protective Order;

vv. A document bearing the Bates numbers AOL-DEF-000602802-03, which the Government designated as "Highly Confidential" under the Court's Protective Order;

ww. A document bearing the Bates numbers AOL-DEF-00012000-01, which the Government designated as "Highly Confidential" under the Court's Protective Order; and

xx. A document bearing the Bates numbers AOL-DEF-00027614-15, which the Government designated as "Confidential" under the Court's Protective Order.

4. Plaintiffs seek to seal these document and descriptions of them because filing them on the public docket would reveal sensitive CBP information regarding the number and categorization of detainees and migrants presenting at certain ports of entry, and the personal telephone numbers and email addresses of senior CBP officials. For instance, the depositions of Todd Owen and Randy Howe contain

1  sensitive details of how CBP's senior management oversees and implements
2  immigration policies.
3     5.   The parties have conferred regarding the motion, and Defendants do
4  not oppose this motion.
5     I declare under penalty of perjury under the laws of the United States of
6  America that the proceeding declaration is true and correct.
7     Executed on this 14th day of January 2020 at Washington, D.C.
8
9     */s/ Stephen M. Medlock*
10    Stephen M. Medlock

DECLARATION OF STEPHEN M. MEDLOCK