1    MAYER BROWN LLP
        Matthew H. Marmolejo (CA Bar No. 242964)
2        *mmarmolejo@mayerbrown.com*
      350 S. Grand Avenue
3    25th Floor
      Los Angeles, CA 90071-1503
4        Ori Lev (DC Bar No. 452565)
        (*pro hac vice*)
5        *olev@mayerbrown.com*
        Stephen M. Medlock (VA Bar No. 78819)
6        (*pro hac vice*)
        *smedlock@mayerbrown.com*
7    1999 K Street, N.W.
      Washington, D.C. 20006
8    Telephone:   +1.202.263.3000
      Facsimile:    +1.202.263.3300
9
      SOUTHERN POVERTY LAW CENTER
10       Melissa Crow (DC Bar No. 453487)
        (*pro hac vice*)
11       *melissa.crow@splcenter.org*
      1101 17th Street, N.W., Suite 705
12    Washington, D.C. 20036
      Telephone: +1.202.355.4471
13    Facsimile: +1.404.221.5857

14    *Additional counsel listed on next page*
      *Attorneys for Plaintiffs*
15
                  **UNITED STATES DISTRICT COURT**
16
                  **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| 19                 Plaintiffs, | |
| 20       v. | **EXHIBIT 55 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 21  Chad F. Wolf,[1] *et al.*, | |
| 22                 Defendants. | **AOL-DEF-00566881** |
| 23 | |
| 24 | |
| 25 | ***FILED UNDER SEAL*** |
| 26 | |

27

28    [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
      McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8    *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9    *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13   *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

16

17

18

19

20

21

22

23

24

25

26

27

28