1    MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
2       *mmarmolejo@mayerbrown.com*
     350 S. Grand Avenue
3    25th Floor
     Los Angeles, CA 90071-1503
4       Ori Lev (DC Bar No. 452565)
       (*pro hac vice*)
5       *olev@mayerbrown.com*
       Stephen M. Medlock (VA Bar No. 78819)
6       (*pro hac vice*)
       *smedlock@mayerbrown.com*
7    1999 K Street, N.W.
     Washington, D.C. 20006
8    Telephone:  +1.202.263.3000
     Facsimile:   +1.202.263.3300
9
     SOUTHERN POVERTY LAW CENTER
10      Melissa Crow (DC Bar No. 453487)
       (*pro hac vice*)
11      *melissa.crow@splcenter.org*
     1101 17th Street, N.W., Suite 705
12   Washington, D.C. 20036
     Telephone: +1.202.355.4471
13   Facsimile: +1.404.221.5857

14   *Additional counsel listed on next page*
     *Attorneys for Plaintiffs*
15
                 **UNITED STATES DISTRICT COURT**
16
                 **SOUTHERN DISTRICT OF CALIFORNIA**
17

18   Al Otro Lado, Inc., *et al.*,            Case No.:  17-cv-02366-BAS-KSC

19               Plaintiffs,
                                              **EXHIBIT 62 TO**
20        v.                                  **PLAINTIFFS' MOTION FOR**
                                              **CLASS CERTIFICATION**
21   Chad F. Wolf,[1] *et al.*,
                                              **AOL-DEF-00602802 to 602803**
22               Defendants.
                                              *FILED UNDER SEAL*
23

24

25

26

27   _____
28   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
     McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56