MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 70 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Declaration of Jordan Doe** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF JORDAN DOE

I, Jordan Doe, hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am a citizen and national of Cameroon. I am 33 years old.

3. I have a wife and two young children, ages 2 and 1, whom I had to leave behind in Cameroon when fleeing for my life. I fled my home country around March 29, 2019 because I was falsely imprisoned and tortured for 10 months and my father was burned alive because military officers coerced me into falsely confessing to be a separatist in February 2018. I felt I had no choice because the officers shot my friend dead right in front of me for refusing to lie. I am afraid to return to my home country because I will be tortured and killed.

4. I traveled through many countries on my way to Mexico, including Turkey, Ecuador, Colombia, Panama, Costa Rica, Nicaragua, Honduras, and Guatemala.

5. I met other asylum seekers while I was in Ecuador. Together, we travelled from Quito to Colombia. Once we were in Colombia we had to pass through the jungle by foot to Panama. Some people drowned while trying to cross the water from mainland Colombia to Capurgana near the border of Panama. One of the boats capsized and three Cameroonians died. From Capurgana we walked through a large forest for a week. Some people died there, too, while trying to cross. It was a deadly journey. Some died from snake bites, others fell on rocks or slipped into the stream and drowned. We finally arrived in Panama where immigration officials keep you guarded at all times in military camps.

6. After Panama, I traveled with a group of other migrants to Costa Rica

and then through Nicaragua, Honduras, and Guatemala. We finally arrived in Chiapas, Mexico in or about early May 2019. I spent nearly a month in Chiapas. We were held in a camp until they issued us a document permitting us to leave Chiapas.

7. I did not apply for asylum in Ecuador, Colombia, Panama, Costa Rica, Nicaragua, Honduras, Guatemala or Mexico because we were never given such an opportunity. In fact, I was mistreated, robbed at gunpoint, and kept in guarded camps. Moreover, I did not apply for asylum in Mexico because the officials there are completely corrupt and because I do not feel safe here. I have been mistreated and threatened because of my black skin here in Tijuana. There is also a lot of violence. Where I live there was a shooting last week and some of the other migrants carry machetes around wherever they go to protect themselves. Here in Mexico, the immigration officials are completely corrupt. They are taking bribes in the amount of $500 to $1,500 from the asylum seekers to get through to the United States faster or to buy a number that is closer to being called. They even have other migrants working for them.

8. I did not seek asylum in Turkey because I never even left the airport and I did not believe I would be safe in Turkey. I do not know the language and do not have anyone to help me in Turkey. My plan was to seek safety in the United States where my cousin resides.

9. I arrived in Tijuana, Mexico on or about June 8, 2019. I planned to present myself at the port of entry in order to seek asylum in the United States. I thought I was able to walk right up to the U.S. border. A few of us walked up the bridge at the San Ysidro PedWest port of entry when a U.S. official asked us for our documents and where we were going. I showed him my Chiapas issued pass with my information on it and told him I was a migrant from Cameroon that needed to cross into the United States. He told me to go back down the bridge to

the Mexican immigration authorities because I had to get in line to wait to ask for asylum. I walked back down and saw other migrants at the Chaparral Plaza in line. Mexican immigration officials took down my information, reviewed my Chiapas-issued pass and issued me a "ficha" number. I put my name on the waitlist at the San Ysidro port of entry because I was instructed to do so by the U.S. official. Everyone, including other migrants who had been in Tijauna for months, made it clear that it was not possible to enter the U.S. to seek asylum except by waiting on the list. My number on the waitlist is 3341.

10. As of September 19, 2019, people with the number 2983 were called to present themselves at the San Ysidro PedWest port of entry. I am still waiting for my number to be called. If I had not been turned away from the San Ysidro PedWest port of entry, I would have entered the United States on June 8, 2019.

11. I am terrified of being forced to return to Cameroon. I cannot go back or I will be tortured again and killed. When I learned about the new rule that we will not be allowed to seek asylum in the United States unless we were denied asylum in another country we crossed to arrive here, I was devastated. I have lost everything and have been separated from my loving wife and my two babies. I have endured so much struggle just to arrive here in Tijuana. I sometimes feel completely desperate about my situation. I only know that I need to finally be safe and to start my life again. I still have hope that when my number is called, I will be able to seek asylum in the U.S. and finally know some peace.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on September 20, 2019 at Tijuana, Baja California, Mexico.



Jordan Doe