MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 78 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **Declaration of China** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF CHINA

I, China, hereby declare under the penalty of perjury under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2) I am a citizen and national of Honduras.

3) I am twenty-nine (29) years old.

4) I left my country on or about February 5, 2019, because I had to leave to save my life. I am a transgender woman. I am afraid to return to Honduras because I have been attacked in the past and because the men who attacked me told me they would kill me if they saw me again.

5) Before arriving here in Ciudad Juarez, Mexico, I traveled through Guatemala and through the rest of Mexico.

6) I did not apply for asylum in Guatemala because I knew it was the same as my country. I had heard from many people that it was a very dangerous place for

transgender women. I also heard from many people that the transgender Guatemalans dislike transgender Hondurans and also mistreat them. I had a friend who is a transgender woman from Honduras and she was kidnapped by transgender women in Guatemala. When I was walking in Guatemala, people would yell at me words like "culeros" [derogatory term for LGBT people; faggot]. I was only in Guatemala for about one day but even though it was such a short time, I still felt very unsafe.

7) When I entered Mexico in Tapachula, I applied for asylum with COMAR, the Mexican asylum and refugee agency. I stayed in a shelter for approximately fifteen days, but then was not permitted to stay any longer. I tried to find work and was able to rent a place to stay for a little bit. However, then I ran out of work and money for rent and had to go sleep in the park in Tapachula. One night when I was sleeping there, I saw two men from the same gang that attacked me in my neighborhood in Honduras. As soon as they saw me, I ran away and barely escaped. This is why I had to abandon my process with COMAR.

8) I arrived in Ciudad Juarez, Mexico, on or about May 22, 2019. My plan was to present myself at the port of entry in order to seek asylum in the United States. However, I went directly to the LGBT shelter here in Ciudad Juarez. That same day, the people here explained to me the process of getting a number to ask for asylum in the United States. They told me that it was impossible to go directly to the bridge to ask for asylum. Instead, they took me to the office where you register to get a number to wait for your chance to ask for asylum. I also did not personally try to ask for asylum directly at the bridge because two of my friends tried this a couple of days later and they were rejected by the agents standing at the middle of the bridge and they told me all about what happened.

9) I put my name on the waitlist at the office near the Paso del Norte Port of Entry because I thought it was the only way to ask for asylum in the United States.

10) My number on the waitlist is 15,271.

11) There is a facebook group for people waiting on the asylum waitlist here in Ciudad Juarez. I am a member of this group. As of today's date, I believe that the last number called was 12,597. This is depressing for me because it seems like it will be a long, long time before they call my number.

12) If I had not been forced to place myself on the asylum waitlist, I would have entered the United States on or about May 22, 2019.

13) I have been living here at the LGBT shelter in Ciudad Juarez the entire time I have been in this city. In the four months that I have been here in Ciudad Juarez, Mexico, I have heard about four transgender women who have been murdered in this city. This makes me very afraid because I am also a transgender woman. Additionally, I believe that I am at an even higher risk of violence because I am also a migrant. I almost never leave the shelter because I am so scared. One time

I left the shelter to run some errands. I was walking on the street in the daylight and using my phone. A man ran by and grabbed my phone. When I tried to get it back, he yelled at me, "puto!" [faggot]. I am afraid also here in the shelter because there are many people in this neighborhood who use and sell drugs. One night, I was scared because we heard lots of motorcycles and police sirens. We went on the roof and saw two men on the neighbor's roof with assualt rifles, which are illegal in Mexico. It was very scary and we all hid. Later that same night, someone was shining flashlights into our shelter. Other times, I have seen people standing on the street and staring at the shelter. We always have the front door locked, but I am still scared because there is no gate or fence to protect the shelter, and many of the windows are broken.

14) It is very difficult for me to remain waiting here in Mexico. I cry all the time. This is a place where I feel very insecure and not-tranquil. Mexico

is a country where I cannot be free because of the insecurity that we experience daily. I am not wanting to come to the United States to look for the American Dream; I am coming so I can save my life and be free. I want to live somewhere that I can go about each day free from insults, bad looks, beatings, and death threats. I am certain that it is impossible for me to find this kind of safety in Mexico. Instead, I know that every day when I wake up, my life is at risk.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct. Executed on 18th of September, 2019 at Ciudad, Juarez, Mexico

_____Chino_____
"China"

## CERTIFICATION

I, _Taylor Kristine Levy_ declare that I am proficient in the English and Spanish languages.

On _18th of September_ 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _18th of September_ 2019 at Ciudad Juarez, Mexico.

_Taylor Kristine Levy_

_9/18/2019_
Date