MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 80 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **Declaration of A.N.H.** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9     *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

## DECLARATION OF "A.N.H."

I, "A.N.H.", hereby declare under the penalty of perjury under the laws of the United States of America:

1) I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2) I was born in Guatemala. I am a citizen of Guatemala. I am an indigenous woman. I speak Chuj.

3) I am 27 years old.

4) I traveled to Mexico from Guatemala with my son who is 5 years old.

5) I left my country of Guatemala on or about the 23rd of April, because my husband hurts me and he stole my other child and wants to take my son. I am afraid to return to Guatemala because he will hurt me again and my son. I know that if I return to Guatemala, he will kill me.

6) I arrived in Ciudad Juarez on or about May 1, 2019. When I arrived in Juarez, I went to the main bridge

I do not know the name of the bridge. I paid the coins to enter the bridge. I walked up the bridge with my son. In the middle of the bridge, there were men dressed like Police Officers. They had blue uniforms and guns. They stopped me and told me that I could not pass. I was scared, hungry, and thirsty. They told me I had to leave and get a number. They pointed at a building and said I needed to go there for the number. I walked away from them crying and crying, so scared because I did not know what to do. I went to the building where they told me and got my number. That same night, I slept on the ground with my son outside of the office where I got my number. I had nowhere to go and no money. Finally, the next day, the people in the office found a shelter for me and my son.

16) I put my name on the waiting list for asylum because I believed that it was the only way I could safely ask for asylum for me and my son in the United States. My number on the waiting list is 13049. My son's number on the waiting list is 13050.

17) I do not have a cell phone. However, I ask the other people in the shelter to tell me what numbers have been called on the asylum waitlist. They use their phones to find the number. They told me that the last number called was 12,597.

18) If I had not been told to go back at the bridge in the center of Juarez, I would have entered the United States on or about May 1, 2019.

19) It is very hard to wait in Juarez. I do not have money. I do not have a cell phone. I don't have money to buy medicine or clothing for my son. I am very afraid to be here in Juarez. I cannot leave the shelter ever because of my dialect and because I do not speak Spanish well. I cannot leave because people say I could be kidnapped or that the bad men will hurt me. You can see the bad men walking around the shelter. They have guns and tattoos and smoke and do drugs. I almost never leave the shelter. I am so scared. My son is not in school either, because of the fear. My son asks me if we can

go out of the shelter, but I have to tell him no because it is not safe. At night time I am very sad. I cry and cry. I have bad dreams every night about my husband chasing me and trying to kill me. I get very sad because my shelter is on a hill very close to the border and at night we can see all the lights in the United States. I stare at them and get very sad and think about how I cannot go there. Sometimes I think that I cannot take it anymore, all the suffering, but then I remember that only death waits for me in Guatemala and I have to keep putting up with the pain. The list is moving very slowly now.

20) I did not apply for asylum in Mexico because I have nothing here. It is dangerous in Mexico for indigenous people. When I traveled here, sometimes people on the streets would yell mean things to me. I have so much fear in Mexico.

21) Everything that is happening is unfair. Me and my son are suffering so much. My son does not want to eat the food here at the shelter because it is always

the same thing: beans and rice. He is very hungry sometimes. When my son gets sick, I cannot get medicine for him. We sleep on a mat on the floor because there are not enough beds for everyone. Sometimes other people here who come to stay at the shelter make fun of me for saying words wrong in spanish or for being indigenous. The Mexicans who stay here are always the most mean.

I declare under penalty of perjury under the laws of the United States of America that the things described above are true and correct.

Executed on the 20th of September, 2019, at Ciudad Juarez, Mexico.

"A.N.H"

## CERTIFICATION

I, _Taylor Kristine Levy_ declare that I am proficient in the English and Spanish languages.

On _20th of September_ 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _20th of September_ 2019 at Ciudad Juarez, Mexico.

_____     _9/20/19_
Taylor Kristine Levy                                  Date