MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 82 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▮▮▮▮▮▮▮▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮▮▮▮▮▮▮▮. I was born on ▮▮▮▮▮▮ in Guatemala. I am currently detained in the South Texas Family Residential Center with my 1-year old daughter.

2. I fled death threats in Guatemala to seek asylum in the United States. On Friday, April 27, 2018 around 4:10 in the afternoon, I arrived at the port of entry between Piedras Negras, Mexico and Eagle Pass, Texas with my daughter and my 15-year-old sister.

3. We paid coins to enter and crossed the bridge. Before we arrived at the line, four immigration officials with a dog approached us and asked us if we had papers. I said no and that we had come to seek asylum. They told to wait in a corner.

4. All four officials came over. The one that spoke to us was not very tall but was very muscular. He was bald and had glasses. He asked us why we had come. I said I wanted to turn myself in to seek asylum. He asked for my papers and asked our ages. He asked us who the baby belonged to. I said she was mine.

5. My Guatemalan ID had been stolen in Mexico so I only gave him a copy. He said that the copy did not count. I also showed him the original birth certificates of my daughter and sister but he said that those did not count either. I said that they were given to us by our government. Throughout the whole conversation, another official with blue eyes with brown hair who did not speak Spanish was telling the bald official in English what to say to us.

6. The bald official said that we had to go back because there were a lot of people inside so they could not accept us. He asked me how many more people were going to come with us. I said that it was just the three of us. He kept yelling at me how many people had come with us and that he knew we were lying. He said that if I did not tell him the truth, he was going to put me in jail and take away my daughter. I told him that I was telling him the truth and that we were coming ask for help. The other officials walked away one by one.

7. The official said he did not understand why we came if his country is full of people like us aready. He said that we should stop coming and that he did not want us to keep asking because there was no space for us.

8. I said I could not go back because I was out of money. He said I would have to see what I would do because I could not stay there. He walked away very angry. Another official came over and explained that it was not that they did not want to accept us but it was because many people had come and no one had come to get them yet. He told us to stay in a church or another shelter.

9. I left because it was getting to be night and it would be more dangerous for us once it was dark. We had to sleep in the street because we had nowhere else to go.

10. We went back to the port of entry the next morning around 9 in the morning on Saturday April 28. When we had crossed about half of the bridge, a different official that I had not seen the day before said that asylum had ended and that that law did not exist anymore and that we could not pass. He said if I did not go back he would turn me into the Mexican officials and that they would not be patient like him and they would return me to my country. I went back to Mexico because I was afraid for my life if they deported me to Guatemala.

11. We stayed in a migrant shelter that night. On Sunday, April 29, we crossed the river even though we were risking our lives because I felt we had no other choice. I did not want to cross the river because it was very deep and my daughter and sister were sick. None of us know how to swim. The water was very cold and the current was very fast. The three of us sat on one tire and a man pulled us across. We all got completely soaked. I was afraid that my daughter would fall in the water.

I, ▮▮▮▮▮▮▮▮▮▮▮▮, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     5/9/18
Signature                              Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ▮▮▮▮▮▮▮▮▮▮▮ in Spanish.

KR Murdza                    5/9/18
Signature                    Date