MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 84 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▮▮▮▮▮▮▮▮▮▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮▮▮▮▮▮▮▮▮▮. I was born on ▮▮▮▮▮▮▮ in Cuba. I am currently detained in the South Texas Family Residential Center with my 5- and 4-year old sons.

2. I fled Cuba to seek asylum in the United States. On June 2, 2018 around 11 a.m. or noon, I arrived at the port of entry between Nuevo Laredo, Mexico and Laredo, Texas and my two sons.

3. We paid the coins to enter and started to walk across the bridge. There were two immigration officials standing in the middle of the bridge at the border. I told them that I came to seek political asylum. They said that I had to wait in line.

4. There were thirty or forty people already waiting on the Mexican side of the border on the bridge. My sons had only the food and water that people passing by gave them, which was not enough. It is very painful for me as a mother remembering that my children suffered and I was powerless to help them. We were hot during the day and cold at night lying on the cement. I tried to hug my sons to keep them warm but they cried and could not sleep.

5. The bathroom was at the entrance to the bridge on the Mexican side. We waited long periods of time putting off going to the bathroom because we were afraid that we would miss our name being called while we were gone.

6. The officials allowed small groups in one at a time. On June 3 around 5 in the afternoon, after about 27 hours on the bridge, we were finally allowed in. Many people were still waiting outside.

I, ███████████████████████ , swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____     6/11/18
Signature                                          Date

I, Katherine Murdza , certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████ in Spanish.

KaR Murdza                                  6/11/18
Signature                                          Date