MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 85 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** █████████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ████████████████████████ I was born on ███████████ in El Salvador. I am currently detained in the South Texas Family Residential Center with my 6-year old son.

2. I fled El Salvador to seek asylum in the United States. I am not sure of the date, but around May 29, 2018 around 3 p.m., I arrived at the port of entry between Reynosa, Mexico and Hidalgo, Texas with my son.

3. I paid coins to enter and walked across the bridge. I approached two immigration officials, one man and one woman. I told them I had come to turn myself in with my son. They asked for my documents. They looked at my documents and then said that I could not enter because people had to enter in order and there were Cubans who had been there for a week and I had to go to the back of the line.

4. There were already about fifty people waiting on the bridge. The immigration officials did not give us bedding, food, or water so we had to make do with what people passing by gave us. A few people came in a car and gave us pizza and water. An immigration official came over and told them not to give us anything more because we already had enough.

5. We slept for three nights on the sidewalk under a roof. It was very cold at night and very hot during the afternoon. Between about 7:30 p.m. and 7 a.m. the bathroom on the bridge closed. If we needed to go to the bathroom during the night, we had to go in a bucket behind a blanket that other people held up for us. My son had a bad rash but there was no medicine available. My son was begging me for us to leave.

6. On the second day, an official told all of the men to come with him. He allowed about twenty men to enter, leaving the women and children outside. That same day, I approached an immigration official again and asked to enter. I said that I had been told to wait but I still had not been allowed to enter. He told me that I could not enter and that I had to be patient and wait. He told me that there were many people waiting. I told him that I had a child with me. He said that that did not matter.

7. After three days, an immigration official called a woman with two little girls and said that she could enter. I told him that I wanted to enter too because I had been waiting with my son for three days. He thought for a few seconds and then said that I could enter.

I, ███████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____    6/8/18
Signature                                              Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████ in Spanish.

__KR Murdza__                              6/18/18
Signature                                              Date