MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 87 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4      *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8      *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9      *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13     *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

16
17
18
19
20
21
22
23
24
25
26
27
28

**Declaration of** ▮▮▮▮▮▮▮▮▮▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮▮▮▮▮▮▮▮▮▮ I was born on ▮▮▮▮▮▮ in Guatemala. I am currently detained in the South Texas Family Residential Center with my 2-year old son.

2. I fled death threats from the gang in Guatemala. On May 20, 2018 at 4 p.m., I arrived at a port of entry into the United States with my son. I paid coins to enter and walked across the bridge until two immigration officials stopped me.

3. The officials asked me for my papers. I said that I did not have them because I was from Guatemala. They told me that they were not receiving people. They said that they were waiting for a call that would tell them when they could let more people in. They said that they did not know if I would have to wait for hours or days. They said they would not give us any water or food. They said that I could go back or could wait.

4. I told the officials that I could not return to Guatemala. They told me that I would have to wait on the Mexican side of the border until they received the call. I was afraid to be on the Mexican side of the border because there were a lot of armed men. I was afraid that they could harm us or deport us to Guatemala.

5. About half an hour later, another woman arrived with three children. The officials told her the same thing they had told me. That family waited with us. My son asked for water and I did not have any. There was no bathroom and there was nowhere for me to change my son's diaper.

6. Around 7:30 p.m. another two officials came and allowed my son and I inside. They left the other family outside.

7. I spent two nights at the port of entry. On or around May 22, immigration officials brought to the *perrera*. The car ride took about 30 to 45 minutes. I was at the *perrera* for about an hour and was put on a bus for about two hours to the STFRC.

I, ███████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____          5/28/18
Signature                             Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████ in Spanish.

__KRMurdza__                         5/28/18
Signature                             Date