**MAYER BROWN LLP**
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

**SOUTHERN POVERTY LAW CENTER**
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 88 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I was born on ▇▇▇▇▇▇▇▇ in Honduras. I am currently detained in the South Texas Family Residential Center with my 3-year old son.

2. I fled death threats from a gang in Honduras to seek asylum in the United States. On May 18, 2018 around 10 in the morning I arrived at the Bridge #1 port of entry between Piedras Negras, Mexico and Eagle Pass, Texas with my husband and our son. We paid coins to enter and walked across the bridge. A male immigration official motioned for us to stop. He told us we had to go back. We said we were afraid to return to Honduras because of the gangs but he said that was a lie. We begged him but he said in a very angry manner there was nothing we could do to change their mind. The official walked us to the middle of the bridge where there was a line marking the border with Mexico.

3. Next, we went to Bridge #2, arriving around 11 a.m. We started to walk across the bridge but an immigration official blew a whistle at us and yelled that we could not pass. He yelled at us to come over to him. He asked for our papers. We told him we didn't have any and we had come for him to give us an opportunity because we were afraid. The official said that we could not enter. My husband and I both started to cry and begged him to let us in for the sake of our child.

4. The official said we could not enter because the area where they help immigrants was full. He asked us how we had traveled to the United States. We said we had crossed Mexico. He said that we should go back through Mexico then. When we did not leave immediately, he said that if we didn't do this the easy way, we would have to do it the hard way, and gestured to his Taser.

5. We crossed the river that afternoon to enter the United States because we felt we had no other choice. My son and I do not know how to swim. My husband put my son over his arm and held my hand with the other hand. We tried to walk across the river but the water came up to my chest and the current was extremely strong. At one point, my son fell out of my husband's arms into the water and my husband grabbed him. We went back to the Mexican side of the river because we were afraid of the river. My husband crossed the river to test where the best place to cross was, then came back for us. He put my son on his shoulders but my son was crying because he was so afraid. My son has woken up several times here at the STFRC crying that he is drowning.

I, █████████████████████████ swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

████████████████████████████                    5/25/18
Signature                                        Date


I, __Katherine Muidza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to █████████████████████████ in Spanish.

_KR Murdza_                                       5/25/18
Signature                                         Date