MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 95 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Supplemental Declaration of Roberto Doe** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9     *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

Case 3:17-cv-02366-BAS-KSC Document 390-97 Filed 01/14/20 PageID.30691 of 7
Case 3:17-cv-02366-BAS-KSC Document 316-33 Filed 10/29/19 PageID.12196 Page 3 of 7
Page 3 of 7

# DECLARATION OF ROBERTO DOE

I, Roberto Doe, hereby declare under the penalty of perjury:

1. I make this declaration based on my own personal knowledge except where indicated otherwise. If I am called as a witness, I could and would testify competently and truthfully on these matters.

2. This declaration is a supplement to my original declaration dated October 10, 2018.

3. I am willing to be a class representative in this litigation, filed in U.S. federal court in California, challenging the rejection by U.S. officials of asylum seekers at ports of entry on the U.S.-Mexico border.

4. Since a CBP official told me that the Reynosa-Hidalgo Port of Entry was full, I have not relocated to live permanently in Mexico or a third country.

5. I still fear that I will be killed by the government or paramilitaries allied with the government in Nicaragua.

6. I still intend to seek asylum in the United States by presenting myself at a port of entry on the U.S.-Mexico border. For example, on October 18, 2018, I attempted to present myself at the Reynosa-Hidalgo port of entry a second time, but Mexican immigration officials arrested me as I was starting to walk across the bridge and subsequently detained me. I am no longer detained by Mexican immigration authorities and intend to seek access to the U.S. asylum process as soon as possible.

7. While I was detained in Mexico, someone from a nonprofit organization visited me and helped me apply for asylum in Mexico. I would not have known how or been able to apply for asylum in Mexico without the help of the nonprofit organization. I later learned this individual only knew about me because I had joined this litigation. My asylum application was denied in Mexico

because I applied more than 30 days after I had entered Mexico. After that, I was deported from Mexico. I am currently living in hiding in a Latin American country.

I declare under the laws of the United States that the foregoing is true and correct.

Executed on the 21st day of October, 2019.

[Roberto Doe]
Roberto Doe

## TRANSLATOR'S CERTIFICATION

  I, Jacqueline Hurst, declare that I am fluent in the English and Spanish languages.

  I have reviewed the original Spanish declaration and the foregoing English translation thereof, and I certify that the English version is a faithful and accurate translation of the Spanish-language original.

  I hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on the 21st day of October, 2019 in Decatur, Georgia.

Name: Jacqueline Hurst *Jacqueline Hurst*

# DECLARACIÓN DE ROBERTO DOE

Yo, Roberto Doe, declaro bajo pena de perjurio,

1. Hago esta declaración basada en mi conocimiento personal, excepto donde he indicado lo contrario. Si fuera llamado como testigo, podría testificar y testificaría de manera competente y veraz sobre estos asuntos.

2. Esta declaración suplementa mi declaración original fechada el 10 de octubre de 2018.

3. Estoy dispuesto a ser un representante de la clase en este litigio, presentado en un tribunal federal de los EE.UU. en California, desafiando el rechazo por parte de los funcionarios estadounidenses de los solicitantes de asilo en los puertos de entrada en la frontera entre los Estados Unidos y México.

4. Desde que un oficial de CBP me dijo que el puerto de entrada de Reynosa-Hidalgo estaba lleno, no me he reubicado para vivir permanentemente en México ni un tercer país.

5. Aún temo que me van a matar el gobierno o los paramilitares aliados con el gobierno en Nicaragua.

6. Mi intención sigue siendo pedir asilo en los Estados Unidos al presentarme en un puerto de entrada en la frontera entre México y los EE.UU. Por ejemplo, el 18 de octubre de 2018, yo intenté por segunda vez presentarme en el puerto de entrada de Reynosa Hidalgo, pero oficiales de inmigración mexicanos me arrestaron cuando estaba empezando a caminar por el puente que llegaba al puerto de entrada y luego me detuvieron. Las autoridades mexicanas ya no me detienen y planeo buscar asilo nuevamente en los Estados Unidos lo antes posible.

7. Cuando estuve detenido en México, alguien de una organización sin fines de lucro me visitó y me ayudó pedir asilo en México. Yo no hubiera sabido como pedir asilo ni hubiera podido pedir asilo sin la ayuda de la organización sin fines de lucro. Después, me enteré de que esta organización supo de mi solamente

porque fui parte de este litigio. Mi solicitud de asilo fue denegada en México porque la solicité más de 30 días después de haber ingresado a México. Después de eso, fui deportado de México. Actualmente estoy viviendo escondido en un país latinoamericano.

Declaro según las leyes de los Estados Unidos que todo lo anterior es verdadero y correcto.

Ejecutado el día 21 de octubre del año 2019.

*Roberto Doe*

Roberto Doe