MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 98 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Declaration of Bianca Doe** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF [Bianca Doe]

I, [Bianca Doe] hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. My name is [Bianca Doe]. I was born on [redacted] in Honduras. I am currently staying in a shelter in Tijuana, Mexico.

3. I fled Honduras on April 2, 2018. I was forced to leave Honduras because of constant threats of violence and extreme discrimination against me because I am a transgender woman. I went to the police, but they refused to help me. In fact, they insulted me for being a transgender woman.

4. I entered Mexico and arrived in Tapachula, Chiapas, Mexico. After I crossed the border and entered Mexico, I was arrested and taken to a detention center. While I was detained, I told the authorities about my fear of being transgender in Honduras. I was detained for around fifteen days. I was later released and I was given a document that stated I had 45 days to regularize my immigration status in Mexico. I filed the application and, after an interview, I was granted refugee status.

5. During the 45 days that I was in Tapachula, I suffered discrimination and violence similar to what I had endured in Honduras. On one occasion, I was beaten so badly that I still have a scar on my breast. After that, I rarely went outside.

6. On June 24, 2018, after my refugee status was approved, I left Tapachula

---

[1] To protect my life and the lives of my family members, I am proceeding under initials.

1

and went to Mexico City, thinking that I would be safer in a larger town.

7. To my dismay, the situation was just as bad, if not worse, than in Mexico City. For 3 months, I tried to find a job but everywhere I went, people would only hire me if I cut my hair, dressed like, and acted like a man. I was also harassed by police, federal officials, and others because I am transgender.

8. After three months, I left Mexico City and made my way to Tijuana with the intention of seeking political asylum in the United States. I reached Tijuana in late September 2018. The next day, I presented myself at the Port of Entry in Tijuana to seek asylum in the United States. The American guards told me that I could not apply now because they were full. Then a few Mexican officials in white shirts and told me that I could not wait outside the gate, and that I had to move. The officials told me that I had to put my name on a waitlist in order to seek asylum.

9. After speaking to people at the shelter where I was staying, I learned that to put my name on the waitlist, I had to return to the plaza outside the port of entry. I returned the next day, put my name on a list, and received the number "919." At the plaza outside the port of entry I saw two women and two men who were asking for people's documents in order to be placed on the waitlist.They asked me for my identification. I provided my national identification card from Honduras and was then given my number, I was told that when my number came up, I would be able to present my case to U.S. immigration officers. When I learned that my number would not be called for several weeks, I was devastated.

10. I am very afraid to be in Tijuana because I have heard that it is very

2

dangerous for transgender people here. I felt so desperate after I was told that I would have to wait for several weeks that I decided to climb the fence on the beach in Tijuana a few days later.

11. On the day that I climbed over the fence, I went to the beach at around 1:00 a.m.. I was with two other transgender women from El Salvador. We climbed over the fence on the beach and got to the other side. After walking for about ten minutes, we saw a man in a truck. The man was wearing the uniform of the U.S. Border Patrol, and the truck was white with a green stripe. We explained to the officer that we wanted to seek asylum. He said that we could not because all the detention centers were full. After the officer refused to help we continued walking. We did not give importance to what he had told us because we are fleeing for our lives. He became very angry and threatened to call the Mexican police if we did not climb back over the fence and return to Mexico. Terrified, we started walking back towards the fence, and he followed us in his truck. He waited there until we climbed back over the fence into Mexico.

12. We then walked to a different part of the fence near the beach and again climbed the wall. We soon saw another border patrol officer and we tried to hide. However he saw us and got out of his truck. He shined his flashlight on us and told us that we had to return to Mexico. We told him we wanted to seek asylum and he replied that there was "no asylum." After he told us this we climbed back over the wall and returned to Mexico.

13. We began walking toward the ocean to try to climb the fence at a different part. The two border patrol officers watched us from their vehicles. We could not find

3

another place to climb the wall that was not being monitored. We had nowhere else to go at that time because it was too late to travel safely. So we sat down on the concrete near the border wall until morning.

14. On October 8, 2018, I attempted once again to seek asylum by going to the port of entry in Tijuana. At the port of entry, a U.S. Officer by the name of "Soto" told me and other asylum seekers that we could not seek asylum s because they were full. He was wearing a blue uniform. He instructed us to stand aside and wait for a Mexican official. We waited for a while, but no Mexican official ever came.

15. I still wish to apply for asylum in the United States, where I can live safely as a transgender woman. I do not feel safe in Honduras based on my experiences and discrimination against transgender people more generally. In Mexico, even though I have received refugee status based on my status as a transgender woman, I feel very unsafe. I was assaulted in Tapachula. I was not allowed to work in Mexico City unless I acted and dressed like a man. In Tijuana, I feel unsafe because there have been many incidents of violence against transgender people. At the shelter I have heard that around nine transgender women have been killed in Tijuana this year. I have also heard that immigrants are often kidnapped in Tijuana.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2018 at Tijuana, Mexico.



Bianca Doe

## CERTIFICATION

I, RIGOBERTO MARTINEZ AGUILAR, declare that I am fluent in the English and Spanish languages.

On October 12, 2018, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2018 at Tijuana, Mexico.

RIGOBERTO MARTINEZ AGUILAR          October 12, 2018