MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 100 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Declaration of Victoria Doe** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

# DECLARATION OF [Victoria Doe]

I, [Victoria Doe], hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. My name is [Victoria Doe]. I was born in Honduras on [redacted]. I am currently staying at a shelter in Tijuana, Mexico.

3. I fled Honduras at the sixteen because I was threatened and assaulted by members of the 18th Street gang that controlled the neighborhoods and areas where I lived. The abuse started in early 2017 when I lived in San Pedro Sula, Honduras. I was singled out by men who were standing on the corner by my school. They asked me to come with them because their boss wanted me to be his girlfriend. I refused. The gang members threatened me with a knife. Thankfully, I was able to escape.

4. I left school and moved to Colon, Honduras to live with my mother. It was there that I realized that I was pregnant with the child of my then-boyfriend. About two weeks after I got to Colon, I was approached by the same two men. This time they threatened me with a gun. They said that if I did not become their boss's

1

woman, they would hurt my whole family. They encountered me as I was leaving a doctor's office. At that time I was carrying a paper with the results of my pregnancy. They took the paper from me and could see that I was pregnant. The gang members then threatened me and told me that they would make sure that my son would not be born. I understood this to mean that they would kill my child, either during my pregnancy or after he was born. The gang members warned me that "people who do not obey them, suffer consequences."

5. A while later, they assaulted a cousin who used to escort me places in order to protect me. In July 2017, my cousin and I fled to a small village in the mountains where we found jobs. We were both very scared.

6. Scared for our lives, we left Honduras in October 2017. We came through Guatemala to Tapachula, Mexico. We worked in Tapachula for a couple of months. I gave birth to my son. I used to take my baby to my work at a plastic factory. I had no one else to care for him. One evening I was leaving work with my baby, and I was assaulted by a man wearing a hood. He pulled my hair from the back and demanded that I tell him what I knew about some drugs. I told him I did not know anything. He threatened to hurt my baby if I did not tell him. I was so scared that I left with my cousin the next day. Around this time we heard about

a refugee caravan that was traveling toward Tijuana. We joined the caravan so that we could have protection during the journey. We arrived in Tijuana in April 2018.

7. When we got to Tijuana, I was threatened once again by two men who, like the man in Tapachula, demanded that I tell him what I knew about some drugs. I told him that I did not know anything.

8. I was afraid to present myself to the U.S. immigration officers because I did not have a birth certificate for my child. I had to flee Tapachula before I was able to register the baby. I had heard stories about mothers being separated from their children by U.S. border officials and I did not want this to happen to me.

9. In Tijuana, we shared an apartment for a while with another girl. There were a lot of murders and drugs in the neighborhood, but I could not afford to live anywhere else. I was afraid to walk around much because girls could easily be forced into prostitution. I was eventually able to find a shelter for migrant youth, and I moved there.

10. On October 8, 2018, I went to the port of entry to seek political asylum. I wanted to seek asylum much sooner, but I was too afraid to present myself as an asylum seeker to the U.S. officials in the port of entry. I had heard from many people that the U.S. government was taking away people's children. I

was afraid that they would take away my baby because I did not have a birth certificate for him. I was not able to register his birth in the state of Chiapas because of threats that I received there which caused me to flee. I was forced to flee Chiapas because of threats by 18th Street gang. The gang member threatened that if I did not leave from the area as soon as possible or I would be killed. The gang member told me that did not kill me right there because he felt bad for my baby.

11. When I arrived to the port of entry on October 8, 2018, I got to the gate and there were two United States Customs and Border Protection officers. One CBP officer was a black man and the other was a white man. The white guard spoke to me in broken Spanish. I explained to him that I wished to apply for political asylum. He asked me where I was from. I told him Honduras. Then he told me that I had to speak to a Mexican officer and that I could not apply now. He did not tell me who the Mexican officer was or how to find the officer. He also did not ask me any questions about my age or my baby, who was with me. I was confused and scared so I went back to the plaza outside of the port of entry on the Mexican side. I was not given any instructions about how I could apply for political asylum, where I needed to go, or when I could come back. I was too afraid

to look for a Mexican official because I do not have legal status in Mexico.

12. I fear returning to Honduras, and I also fear living in Mexico. I have been targeted in two different places in Mexico. The gangs are so well-informed that they have followed me from San Pedro Sula to Colon in Honduras and then out to Tapachula and Tijuana. I fear for my life and I fear for the life of my son who is barely seven months old.

13. I am at a shelter now, but I am scared. I have no proof that my baby is my biological son. I am terrified that he will be taken away from me and put up for adoption. I wish to apply for protection by seeking political asylum in the United States. I am afraid that I will be turned back again. I am afraid that I will be deported from Mexico back to Honduras. I fear returning to Honduras because I do not want to be forced to be the gang leader's girlfriend. I believe it is my right to choose my relationships.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2018 at Tijuana, Mexico.



Victoria Doe

## CERTIFICATION

I, RIGOBERTO MARTINEZ AGUILAR, declare that I am fluent in the English and Spanish languages.

On October 11, 2018, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2018 at Tijuana, Mexico.

RIGOBERTO MARTINEZ AGUILAR            October 11, 2018