MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 101 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Declaration of Juan Doe** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

## DECLARATION OF Juan Doe

I, [REDACTED] hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am a national and citizen of Honduras. I am 63 years old. I am married and have two children, twin boys who are 13 years old. I have four adult children in Honduras from a previous marriage.

3. I left Honduras with my wife and two sons in early August 2018. We left because we are afraid for our lives and the lives of our children. A gang from Honduras killed my wife's brother in 2014. My wife witnessed the murder and the gang knows that she saw and knows who committed the murder. The gang has been warning that they are going to harm our family. First we were warned on the phone, and then gang members came to the house. They said they would hurt our children. We fled in order to apply for asylum in the United States.

4. We took the train and the bus through Honduras, Guatemala, and Mexico. In Mexico we were robbed at gunpoint by three men who took all the money that we had. They made us lie on the ground with our heads down and said if we raised our heads to look up they would shoot. Afterwards we went to a doctor because we were so traumatized by the robbery. The doctor prescribed medication to help calm our nerves.

5. Eventually we made it to Nuevo Laredo, Mexico in late September 2018. We stayed in a migrant shelter for about eight days. The day after we arrived in Nuevo Laredo, we went to the bridge in Nuevo Laredo around 2 pm. We paid four coins per person in the turnstile to enter the pedestrian sidewalk on the bridge.

6. We walked to the middle of the bridge. There were two or three American officials standing in the middle of the bridge. They said that we could

not pass and that the port was closed. I told the officials that we were there to request protection and apply for asylum. One of the American officials said that we had to wait our turn, the port was closed, and we could not pass.

7. We were afraid because there was also a Mexican official standing nearby who saw the whole conversation and we thought we might be deported from Mexico.

8. We walked back to the Mexican side and returned to the migrant shelter. We eventually were able to get a relative in Honduras to buy us bus tickets to Reynosa because people in Nuevo Laredo were saying it is easier to apply for asylum in Reynosa

9. After about a week, we traveled by bus to Reynosa in mid to late September. We stayed at a migrant shelter trying to decide what to do for about a week. We decided to try to ask to apply for asylum at a port of entry a second time. At the end of September, the four of us went to the bridge in Reynosa. We arrived at the bride around 5 am. We paid four coins per person and entered the pedestrian walkway on the bridge. Shortly after we passed through the turnstile there was a Mexican official standing on the sidewalk checking people's documents before they could reach the American officials standing in the middle of the bridge. He asked to see our documents and we showed him our documents. He grabbed our documents and ordered us to walk with him back toward Mexico. He took us to a waiting room. A different Mexican official took me aside and warned me that the official could do whatever he wanted to us and could deport us. We waited all day without much water or food. Eventually the Mexican official let us leave, around 6 or 7 pm. We came back to a migrant shelter after that. Since then we have been staying at the migrant shelter and we don't know what to do.

10. Our children are desperate to get out of here. They have experienced so much trauma and they are sad and scared.

11. The Mexican official at the bridge told my husband that if we return to the bridge we will be deported back to Honduras. We are too afraid to cross the river because of how dangerous it would be for our children. We are stuck in the migrant shelter. We have heard that it is very dangerous for migrants in Reynosa. We cannot stay here and do not have money to go to another port.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2018 at Reynosa, Mexico.



Juan Doe

JAC

## CERTIFICATION

I, _Jennifer K. Harbury_, declare that I am fluent in the English and Spanish languages.

On _Oct. 10_, 2018, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _Oct. 10_, 2018 at _Reynosa_, Mexico.

_[Signature]_                                     _Oct 10 2018_
Signature                                          Date

_Jennifer K. Harbury_
Printed Name