MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page
Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 103 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Declaration of Emiliana Doe** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

# DECLARATION OF ▓ [Emiliana Doe]

I, ▓ hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. My name is ▓ [Emiliana Doe]. I was born on ▓ in Honduras. I am currently staying in a hotel with a friend in Tijuana, Mexico.

3. I fled Honduras on June 5, 2018. I was forced to leave Honduras because of constant threats of violence against me because I am a transgender woman. Transnational drug dealers threatened me that if I did not leave within 15 days, I would be killed. I asked them whether I could relocate to another part of Honduras, but they warned that if I did not leave Honduras, they would find out and I would be killed.

4. In Honduras, I suffered greatly as a transgender woman. I have been raped many times by police officers who believe that they can treat me like trash because I am transgender. I was also kidnapped and held for three day by a group of transnational drug dealers. They beat me for three days. The group later threw me out of a moving vehicle and I suffered significant injuries. I tried obtaining medical attention at the hospital but they refused to treat my injuries. I later tried to make a report with the police. They took down some information and told me to return with more evidence. When I returned to the police to follow up on my police report, I was told that there was no record of my report.

5. I left Honduras on foot. I crossed the border from Honduras to Guatemala.

---

[1] To protect my life and the lives of my family members, I am proceeding under initials.

1

I would sleep outside wherever I could, and get up early in the morning to keep walking.

6. It took me five months to get to Tijuana. I rode the freight train, "La Bestia," for three weeks, from Coatepeque to Mexico City, and walked and caught rides for the rest of the way. While I was on the train, I was raped six times by different men. They would demand money and since I didn't have any, they would take everything I had. I was threatened with machetes and called terrible names for transgender people.

7. I got off the train in Mexico City, where I stayed for five days, living on the street and sleeping in a park. I then decided to get back on the train. I traveled on the train until it did not go any further. I then met a soft-drink truck driver gave me a ride to Tijuana. I decided to come to Tijuana to seek asylum because I had heard that the other border points are very dangerous for transgender women.

8. I'm not certain of the date when I reached Tijuana but it was sometime in late September. I slept in a park for two nights. Men would tell me the most vulgar things to me and demand sex. I felt very afraid that I would be raped again. I did not have money for food, and was very hungry. After that, I met a young man from El Salvador who is gay, and he let me stay with him in the hotel room that he was renting.

9. Feeling unsafe in Tijuana, I decided to apply for asylum in the United States but I was not sure how. I eventually found out from another asylum seeker that I had to put my name on a "waiting list." The next day I went to the border where he said to go and asked people in a nearby office where I could get on the waiting list. They told me that I needed to go to the parking lot next to the Chaparral Port of Entry and that I should go the next day in the morning.

2

10. The following morning, I went to the parking lot next to the Port of Entry. I asked a woman who was accompanied by two children where to go. She pointed to two women, one sitting on the curb and the other lying in a car nearby.

11. I approached the women and asked them if this was where I could get a number to be placed on the waitlist to ask for political asylum in the United States. They told me that in order to be placed on the list, I had to show them my identification. I showed them my identification card from Honduras ("cedula"), and one of them put my name down on a clipboard and gave me a tiny piece of paper with the number "1014" on it. She told me to come back in six weeks to see what number they were on and if it was my turn yet to enter the United States.

12. On October 8, 2018, I went to the Chaparral Port of Entry in Tijuana. I waited in the line, along with four other transgender women. When it was my turn to speak to the U.S. Customs and Border Protection official, I said that I wanted to ask for asylum. The official spoke to us in Spanish. He told us that everywhere was full and they could not accept any more people. He asked us to wait over on one side until a Mexican immigration official could come. We stood there for some time but nobody came, and we did not see any Mexican immigration officials.

13. I wish to apply for asylum in the United States. I am in as much danger in Mexico as I am in Honduras. Here in Mexico I fear for my life because I am transgender and also because I am a foreigner. For that reason, I have not applied for any kind of legal status in Mexico.

14. Two years ago, I suffered a stroke and I have high blood pressure. The

stress of feeling unsafe as a transgender woman in Mexico—which is very much like the situation in Honduras—causes my blood pressure to elevate. I am worried about the possibility of having another stroke or being attacked for being transgender. I hope that I can go to the United States to save my life.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2018 at Tijuana, Mexico.



Emiliana Doe

## CERTIFICATION

I, RIGOBERTO MARTINEZ AGUILAR, declare that I am fluent in the English and Spanish languages.

On October 12, 2018, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2018 at Tijuana, Mexico.

RIGOBERTO MARTINEZ AGUILAR      October 12, 2018