JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE THEIR RESPONSE IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' PROVISIONAL CLASS CERTIFICATION REPLY PAPERS (ECF No. 378)** |
| v. | |
| Chad F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |
| | NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

|   |   |
|---|---|
| 1 | The parties, through counsel, hereby jointly move the Court to continue the deadline for Defendants to file their response in support of Plaintiffs' Unopposed Motion to Seal Limited Portion of Plaintiffs' Provisional Class Certification Reply Papers (ECF No. 378) under Federal Rule of Civil Procedure 6(b)(1). |

The parties, through counsel, hereby jointly move the Court to continue the deadline for Defendants to file their response in support of Plaintiffs' Unopposed Motion to Seal Limited Portion of Plaintiffs' Provisional Class Certification Reply Papers (ECF No. 378) under Federal Rule of Civil Procedure 6(b)(1).

Plaintiffs filed their Motion to Seal on January 6, 2020, and set a hearing/noting date of February 3, 2020. Accordingly, the current deadline to respond to the Motion is January 17, 2020. The parties request to extend Defendants' deadline to respond to Monday, February 3, 2020.

Defendants make this request for an extension for the following reasons. The counsel for Defendants who had been charged with handling Defendants' responses in support of motions to seal Defendants' confidential documents has left the U.S. Department of Justice. In addition, due in part to various deadlines and events in this litigation in December 2019 and January 2020, Defendants require additional time to finalize declarations in support of sealing Defendants' confidential documents and testimony. As such, Defendants seek an extension until Monday, February 3, 2020, to file their response in support of Plaintiffs' Unopposed Motion to Seal Portions of Plaintiffs' Provisional Class Certification Reply Papers in this matter. Defendants further request that the hearing/noting date for this matter, currently set for February 3, 2020, be continued until February 18, 2020, to accommodate this extension.

The parties have met and conferred, and Plaintiffs do not oppose this request.

Based upon the foregoing, the parties respectfully request that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), continuing the deadline for Defendants to file their response in support of Plaintiff's motion to seal until February 3, 2020; and continuing the hearing/noting date to February 18, 2020.

//
//

| | | |
|---|---|---|
| 1 | Dated: January 16, 2020 | Respectfully Submitted, |
| 2 | | |
| 3 | | WILLIAM C. PEACHEY<br>Director, |
| 4 | | Office of Immigration Litigation – District Court Section |
| 5 | | |
| 6 | | */s/ Katherine J. Shinners*<br>KATHERINE J. SHINNERS |
| 7 | | Senior Litigation Counsel |
| 8 | | U.S. Department of Justice<br>Civil Division |
| 9 | | Office of Immigration Litigation |
| 10 | | District Court Section |
| 11 | | P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 |
| 12 | | Tel: (202) 598-8259 | Fax: (202) 305-7000 |
| 13 | | katherine.j.shinners@usdoj.gov |
| 14 | | ALEXANDER J. HALASKA (IL 6327002) |
| 15 | | ARI NAZAROV (CT 414491) |
| 16 | | Trial Attorneys |
| 17 | | *Counsel for Defendants* |
| 18 | | |
| 19 | Dated: January 16, 2020 | MAYER BROWN LLP |
| 20 | |    Matthew H. Marmolejo |
| 21 | |    Ori Lev |
| 22 | | SOUTHERN POVERTY LAW CENTER |
| 23 | |    Melissa Crow |
| 24 | |    Sarah Rich |
| 25 | |    Rebecca Cassler |
| 26 | | CENTER FOR CONSTITUTIONAL RIGHTS |
| 27 | |    Baher Azmy |
| 28 | |    Ghita Schwarz<br>   Angelo Guisado |

AMERICAN IMMIGRATION COUNCIL
Karolina Walters

By: */s/ Stephen M. Medlock*
Stephen M. Medlock
*Attorneys for Plaintiffs*