# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *et al.*,<br><br>            Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO FILE RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL**<br><br>**[ECF No. 391]** |

Before the Court is the parties' joint motion to continue Defendants' deadline to file a response in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Provisional Class Certification Reply Papers.  (ECF No. 391.)  Good cause appearing, the Court **GRANTS** the joint motion.  Defendants' response is due by **February 3, 2020**.

   **IT IS SO ORDERED.**

**DATED: January 21, 2020**

Hon. Cynthia Bashant
United States District Judge