JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Chad F. WOLF,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> **NOTICE OF APPEARANCE** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

1  PLEASE TAKE NOTICE that Dhruman Y. Sampat, Trial Attorney, United
2  States Department of Justice, enters his appearance in the above-captioned matter
3  on behalf of the named Federal Defendants in their official capacities.
4  //
5  //
6  Dated: January 22, 2020           Respectfully submitted,

                                      JOSEPH H. HUNT
                                      Assistant Attorney General
                                      Civil Division

                                      WILLIAM C. PEACHEY
                                      Director, Office of Immigration Litigation –
                                      District Court Section


                                      *s/ Dhruman Y. Sampat*
                                      DHRUMAN Y. SAMPAT
                                      Trial Attorney
                                      New Jersey State Bar No. 270892018
                                      U.S. Department of Justice
                                      Civil Division
                                      Office of Immigration Litigation
                                      District Court Section
                                      P.O. Box 868, Ben Franklin Station
                                      Washington, D.C. 20044
                                      Tel: (202) 532-4281 | Fax: (202) 305-7000
                                      dhruman.y.sampat@usdoj.gov

                                      *Counsel for Defendants*