JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Chad F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> **JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE THEIR RESPONSE IN SUPPORT OF MOTION TO SEAL LIMITED PORTIONS OF PLAINTIFFS' TRO REPLY PAPERS** <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1 | The parties, through counsel, hereby jointly move the Court to continue the deadline for Defendants to file their response in support of Plaintiffs' Unopposed Motion to Seal Limited Portion of Plaintiffs' TRO Reply Papers (Doc. No. 364) under Federal Rule of Civil Procedure 6(b)(1). The current deadline to respond is January 27, 2020.

Defendants make this additional request for an extension for the following reasons. Since Plaintiffs filed their Motion to Seal on December 20, 2019, *see* ECF Doc. 364, the counsel for Defendants who had been charged with handling this matter has left the U.S. Department of Justice. Further, a short extension is also needed to finalize declarations from the agency in support of sealing Defendants' confidential documents and testimony. In addition, undersigned counsel is on travel from January 23 to January 24, 2020 for the deposition of Plaintiff Cesar Doe in Los Angeles, CA, and from January 27 to January 29, 2020 for the deposition of expert witness Stephanie Leutert in Austin, Texas. Undersigned counsel sincerely regrets the delay and apologizes to the Court and Plaintiffs, and requests that the Court grant him this additional short extension to file their response in support of Plaintiff's Unopposed Motion to Seal Limited Portion of Plaintiffs' TRO Reply Papers in this matter.

Defendants further request that the hearing/noting date for this matter, currently set for January 27, 2020, be continued until February 20, 2020 or after, to accommodate this extension.

The parties have met and conferred, and Plaintiffs do not oppose this request.

Based upon the foregoing, the parties respectfully request that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), continuing the deadline for Defendants to file their response in support of Plaintiff's motion to seal until February 3, 2020; and the hearing/noting date be continued until February 20, 2020.

//
//

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 22, 2020 | Respectfully Submitted, |
| 3 | | |
| 4 | | DHRUMAN Y. SAMPAT<br>Trial Attorney |

*/s/ Ari Nazarov*
ARI NAZAROV
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
ari.nazarov@usdoj.gov

*Counsel for Defendants*


MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Stephen S. Medlock

By: */s/ Stephen M. Medlock*
     Stephen M. Medlock

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Case No. 3:17-cv-02366-BAS-KSC

I certify that on January 22, 2020, I served a copy of this motion on the following persons by email:

| | |
|---|---|
| **Matthew Ellis Fenn**<br>mfenn@mayerbrown.org | **Stephen Medlock**<br>smedlock@mayerbrown.com |
| **Matthew M. Marmolejo**<br>mmarmolejo@mayerbrown.com | **Angelo R. Guisado**<br>aguisado@ccrjustice.org |
| **Micah D. Stein**<br>mstein@mayerbrown.com | **Baher Azmy**<br>bazmy@ccrjustice.org |
| **Ori Lev**<br>olev@mayerbrown.com | **Ghita R. Schwarz**<br>gschwarz@ccrjustice.org |
| **Rebecca Cassler**<br>rebecca.cassler@splcenter.org | **Karolina J. Walters**<br>kwalters@immcouncil.org |
| **Sarah Marion Rich**<br>sarah.rich@splcenter.org | **Melissa E. Crow**<br>melissa.crow@splcenter.org |

*/s/ Ari Nazarov*
Ari Nazarov
Trial Attorney