# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

AL OTRO LADO, INC., *et al.*,

                    Plaintiffs,

    v.

CHAD F. WOLF, *et al.*,

                    Defendants.

Case No. 17-cv-02366-BAS-KSC

**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO FILE RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL**

**[ECF No. 394]**

Before the Court is the parties' second joint motion to continue Defendants' deadline to file a response in support of Plaintiffs' Motion to Seal Portions of the TRO Reply Brief. (ECF No. 394.)  The parties previously requested an extension for this deadline on January 13, 2020, which the Court granted.  (ECF Nos. 385, 386.)

Good cause appearing, the Court **GRANTS** the joint motion and extends Defendants' deadline to file a response in support of Plaintiffs' Motion to Seal to **February 3, 2020**.[1]  The Court will not grant a third extension without a particularized showing of good cause.

    **IT IS SO ORDERED.**

**DATED: January 23, 2020**

**Hon. Cynthia Bashant**
**United States District Judge**

---

[1] The parties also request that the hearing date for this matter be extended to February 20, 2020.  The Court does not find this extension necessary because the hearing date does not indicate when appearances are necessary but rather sets the briefing schedule for the motion.  *See* Hon. Cynthia Bashant's Standing Order for Civil Cases § 4B.  If the Court determines oral argument is necessary, it will issue an order setting the matter for argument two weeks in advance. *Id.* § 4C.