MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 1 TO PLAINTIFFS' NOTICE REGARDING EXHIBIT ATTACHMENT** <br><br> **CORRECTED EXHIBIT 83 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION:** <br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9     *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

16
17
18
19
20
21
22
23
24
25
26
27
28

**Declaration of** ▮▮▮▮▮▮▮▮▮▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮▮▮▮▮▮▮▮▮▮. I was born on ▮▮▮▮▮▮▮▮ in Honduras. I am currently detained in the South Texas Family Residential Center (STFRC) with my 8-month-old daughter.

2. I fled Honduras to seek asylum in the United States. On or around May 2, 2018 around 8:30 PM, I arrived at the San Ysidro port of entry with my daughter.

3. There was no one waiting in line. There were four U.S. immigration officials inside and two Mexican officials outside. I approached an U.S. immigration official who asked for my documents. I gave him my daughter's birth certificate and a photocopy of my Honduran ID card. I said that I was there to seek asylum. The official said that they were not granting asylum and told me to go away. He said something in English and I understood only the word "children". I did not move because I was afraid that the Mexican officials would deport.

4. Another official asked me where I was from. I said Honduras and showed him my Honduran ID too. He said, "Fuck Honduras". The first official told me there was no space and said again to go away. Again, I did not move. The official yelled at me that he was telling me to leave. One of the Mexican officials came over and told me I had to listen to them and walked me out. There was another woman behind me who asked to seek asylum and was also turned away.

5. I sat down and cried because I didn't know what to do. The Mexican official tried to console me and said that I should hurry because it was 8:45 and the shelter closed in 15 minutes. During our conversation he told me that when I heard the word "children", the U.S. official had been saying that they did not want more children in the United States. I told the Mexican official that I had no money and I could not arrive in time. He went and spoke to the U.S. officials.

6. After a little while, one of the U.S. officials came over and told me to go inside. Once I was inside, a woman with dark skin patted me down and asked me if I was pregnant. I said no. She said that that was good because they did not want more children in the United States.

7. My daughter and I were detained at the port of entry for an entire week. We had a mattress for 3 nights but then they moved us to another room and we only had a thin mat that felt the same as sleeping on the floor. We were not given pillows and a thin blanket. There was light and noise all night so that it was difficult to sleep. It was extremely cold there and my daughter shivered and became congested and had a cough. We were only allowed to shower and brush our teeth once during the week.

8. We ate only ham sandwiches, hamburgers, and burritos. Sometimes we were given carrots and celery. The food was so bad that at the end of the week I stepped eating. For the last couple days, the officials just opened the door quickly and threw in food as if we were animals. The officials would get mad at us if we did not walk and eat quickly. They would throw the children's food away if they did not eat quickly. There were many people there are they all left more quickly than me. My daughter was the youngest child there.

9. After a week, I was transferred to the STFRC. The doctor here said that my daughter had bronchitis.

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   5/17/18
Signature   Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ▮▮▮▮▮▮▮▮▮▮▮▮ in Spanish.

*KR Murdza*   5/17/18
Signature   Date