# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAD F. WOLF, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER RE: PLAINTIFFS' NOTICE REGARDING EXHIBIT ATTACHMENT**<br><br>**[ECF No. 396]** |

　　　Before the Court is the Plaintiffs' Notice Regarding Exhibit Attachment seeking to remove ECF No. 390-85 from the docket to protect the personal information of a declarant and replace it with a redacted version. (ECF No. 396.) Defendants do not oppose Plaintiffs' request. (*Id.*) For good cause shown, the Court **ORDERS** that ECF No. 390-85 will be removed from the docket and replaced with the redacted version attached to the Notice. (ECF No. 396-1.)

　　　**IT IS SO ORDERED.**

**DATED: January 24, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge