JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
Trial Attorneys
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Chad F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> **SECOND JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSE IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' PROVISIONAL CLASS CERTIFICATION REPLY PAPERS (ECF No. 378)** <br><br> NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

The parties, through counsel, hereby jointly move the Court to extend the deadline for Defendants to file their response in support of Plaintiffs' Unopposed Motion to Seal Limited Portion of Plaintiffs' Provisional Class Certification Reply Papers (ECF No. 378) under Federal Rule of Civil Procedure 6(b)(1).

Plaintiffs filed their Motion to Seal on January 6, 2020, and set a hearing/noting date of February 3, 2020, rendering Defendants' response in support due on January 17, 2020. The parties requested to extend Defendants' deadline to respond to Monday, February 3, 2020 (ECF No. 391), which the Court granted (ECF No. 392). Defendants now request an additional extension of 11 days to file their briefing in support of the sealing request.

Defendants make this request for a second extension for the following reasons. Due to the departure of team members, various affirmative and responsive discovery obligations and tasks, and the time needed for briefing their opposition to class certification due on February 12, 2020, Defendants require additional time to finalize briefing and declarations in support of sealing Defendants' confidential documents and testimony. As such, Defendants seek an extension until Friday, February 14, 2020, to file their response in support of Plaintiffs' Unopposed Motion to Seal Portions of Plaintiffs' Provisional Class Certification Reply Papers in this matter.[1]

The parties have conferred, and Plaintiffs do not oppose this request.

Based upon the foregoing, the parties respectfully request that the Court enter an order, under Federal Rule of Civil Procedure 6(b)(1), extending the deadline for Defendants to file their response in support of Plaintiffs' motion to seal until February 14, 2020.

//

---

[1] In accordance with the Court's prior advisal (ECF No. 395 n.1), Defendants do not seek any corresponding extension of the noting date.

| | |
|---|---|
| 1  Dated: January 31, 2020 | Respectfully Submitted, |
| 2 | |
| 3 | WILLIAM C. PEACHEY |
|   | Director, |
| 4 | Office of Immigration Litigation – District |
| 5 | Court Section |
| 6 | */s/ Katherine J. Shinners* |
| 7 | KATHERINE J. SHINNERS |
|   | Senior Litigation Counsel |
| 8 | U.S. Department of Justice |
| 9 | Civil Division |
|   | Office of Immigration Litigation |
| 10 | District Court Section |
| 11 | P.O. Box 868, Ben Franklin Station |
|    | Washington, D.C. 20044 |
| 12 | Tel: (202) 598-8259 | Fax: (202) 305-7000 |
| 13 | katherine.j.shinners@usdoj.gov |
| 14 | |
|    | ALEXANDER J. HALASKA (IL 6327002) |
| 15 | ARI NAZAROV (CT 414491) |
| 16 | Trial Attorneys |
| 17 | *Counsel for Defendants* |
| 18 | |
| 19  Dated: January 31, 2020 | MAYER BROWN LLP |
| 20 | Matthew H. Marmolejo |
|    | Ori Lev |
| 21 | |
| 22 | SOUTHERN POVERTY LAW CENTER |
| 23 | Melissa Crow |
| 24 | Sarah Rich |
|    | Rebecca Cassler |
| 25 | |
| 26 | CENTER FOR CONSTITUTIONAL RIGHTS |
| 27 | Baher Azmy |
| 28 | Ghita Schwarz |
|    | Angelo Guisado |

2    JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR RESPONSE IN SUPPORT OF MOTION TO SEAL

|   |   |
|---|---|
| 1 |  |
| 2 | AMERICAN IMMIGRATION COUNCIL |
| 3 | Karolina Walters |
| 4 |  |
| 5 | By: */s/ Stephen M. Medlock*  Stephen M. Medlock |
| 6 | *Attorneys for Plaintiffs* |