JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Chad F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> **JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSE IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' CLASS CERTIFICATION PAPERS (ECF No. 388)** <br><br> NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

The parties, through counsel, hereby jointly move the Court to extend the deadline for Defendants to file their response in support of Plaintiffs' Unopposed Motion to Seal Portions of Plaintiffs' Class Certification Papers (ECF No. 388) under Federal Rule of Civil Procedure 6(b)(1).

Plaintiffs filed their Motion to Seal on January 14, 2020, and set a hearing/noting date of February 17, 2020, rendering Defendants' response in support due on February 4, 2020.[1]  Defendants seek a 24-day extension, until Friday, February 28, 2020, to submit their response in support of this Motion to Seal.

Defendants make this extension request for the following reasons.  Plaintiffs have attached to their Class Certification Motion fifty (50) different documents containing or analyzing information that Defendants have designated as confidential or highly confidential.  Many of these documents have not been the subject of prior motions to seal, and some of the information is still undergoing confidentiality review (in the case of the deposition testimony of Randy Howe).  Due to the departure of team members, various affirmative and responsive discovery obligations and tasks, and the time needed for briefing their opposition to class certification due on February 12, 2020, Defendants require additional time to finalize briefing and declarations in support of sealing this confidential material.  As such, Defendants seek an extension until Friday, February 28, 2020, to file their response in support of Plaintiffs' Unopposed Motion to Seal Portions of Plaintiffs' Class Certification Papers in this matter.[2]

The parties have conferred, and Plaintiffs do not oppose this request.

Based upon the foregoing, the parties respectfully request that the Court enter an order, under Federal Rule of Civil Procedure 6(b)(1), extending the deadline for

---

[1] Because February 17, 2020 is a holiday, the noting date should have been February 18, 2020.  Standing Order in Civil Cases § 4.B.

[2] In accordance with the Court's prior advisal (ECF No. 395 n.1), Defendants do not seek any corresponding extension of the hearing/noting date.

Defendants to file their response in support of Plaintiffs' motion to seal until February 28, 2020.

Dated: January 31, 2020

Respectfully Submitted,

WILLIAM C. PEACHEY
Director,
Office of Immigration Litigation – District Court Section

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
Trial Attorneys

*Counsel for Defendants*

Dated: January 31, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy
 Ghita Schwarz
 Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
 Karolina Walters


By: */s/ Stephen M. Medlock*
 Stephen M. Medlock
*Attorneys for Plaintiffs*