**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>                        Plaintiffs,<br><br>    v.<br><br>CHAD F. WOLF, *et al.*,<br><br>                        Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO FILE RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL PROVISIONAL CLASS CERTIFICATION REPLY PAPERS**<br><br>**[ECF No. 399]** |

Before the Court is the parties' second joint motion to continue Defendants' deadline to file a response in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Provisional Class Certification Reply Papers. (ECF No. 399.) Good cause appearing, the Court **GRANTS** the joint motion. Defendants' response is due by **February 14, 2020**. The Court will not grant a third extension without a particularized showing of good cause.

**IT IS SO ORDERED.**

DATED: January 31, 2020

Hon. Cynthia Bashant
United States District Judge