UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAD F. WOLF, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO FILE RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL CLASS CERTIFICATION PAPERS**<br><br>[ECF No. 400] |

Before the Court is the parties' joint motion to continue Defendants' deadline to file a response in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Class Certification Papers. (ECF No. 400.) Good cause appearing, the Court **GRANTS** the joint motion. Defendants' response is due by **February 28, 2020**.

　　　IT IS SO ORDERED.

**DATED: January 31, 2020**

　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　United States District Judge