JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS
Senior Litigation Counsel
ARI NAZAROV
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Karen S. Crawford <br><br> **DECLARATION OF ARI NAZAROV SUPPORTING DEFENDANTS' RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL LIMITED PORTIONS OF PLAINTIFFS' TRO REPLY PAPERS [ECF No. 364]** |

# DECLARATION OF ARI NAZAROV

I, Ari Nazarov, declare as follows:

1. I am a Trial Attorney in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation.

2. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. Attached hereto as Exhibit 1 are Defendants' Confidentiality Designations for the transcript of the December 13, 2019 deposition of Todd Owen.

4. Attached hereto as Exhibit 2 is a true and correct copy of the declaration of Todd Owen signed and dated January 29, 2020.

5. Attached hereto as Exhibit 3 is a true and correct copy of the declaration of Johnny L. Armijo dated February 3, 2020.

6. Attached hereto as Exhibit 4 is a true and correct copy of the declaration of John Buckley dated December 4, 2019.

7. Attached hereto as Exhibit 5 is a true and correct copy of the declaration of Randy Howe dated December 5, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on February 3, 2020, in Washington, D.C.

*s/ Ari Nazarov*
ARI NAZAROV