# EXHIBIT 1

*Al Otro Lado, Inc., et al. v. Chad F. Wolf,[1] et al.*, No. 17-cv-02366-BAS-KSC

Deposition of TODD OWEN – CONFIDENTIALITY DESIGNATIONS

| Page:Line | Confidentiality Designation | Rationale |
|---|---|---|
| 11:3-10 | Highly Confidential | Personal address of deponent; sensitive, private information of law enforcement personnel. |
| 28:21-22 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |
| 29:1-5 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |
| 40:5-22 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |
| 42:2-4 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |

---

[1] Chad F. Wolf, Acting Secretary, Department of Homeland Security, is automatically substituted for former Acting Secretary McAleenan under Federal Rule of Civil Procedure 25(d).

Page **1** of 6

| Page:Line | Confidentiality Designation | Rationale |
|---|---|---|
| 43:7-9 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |
| 45:20-22 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |
| 46:9-14 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |
| 47:5-8; 47:19-22 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |
| 48:1-4; 48:17-21 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |

| Page:Line | Confidentiality Designation | Rationale |
|---|---|---|
| 49:1-4 | Highly Confidential | Detailed information of sensitive meetings in the SCIF could give bad actors the ability to target senior CBP leadership at a specific location and time. |
| 63:17-22 | Confidential | Reference to confidential metering memo. |
| 84:1-22 | Confidential | Discusses details of confidential queue management report from June 19, 2018. |
| 85:1-7 | Confidential | Discusses details of confidential queue management report from June 19, 2018. |
| 88:1-22 | Confidential | Discusses details of confidential queue management report from June 19, 2018. |
| 89:6-22 | Confidential | Discusses details of confidential queue management report from June 19, 2018. |
| 90:1-22 | Confidential | Discusses details of confidential queue management report from June 19, 2018. |

| Page:Line | Confidentiality Designation | Rationale |
|---|---|---|
| 91:1-5 | Confidential | Discusses details of confidential queue management report from June 19, 2018. |
| 126:1-22 | Highly Confidential | Reference to email discussing Mexican government officials' communications with CBP Attache. |
| 127:1-8; 127:13-15 | Highly Confidential | Reference to email discussing Mexican government officials' communications with CBP Attache. |
| 128:16-22 | Highly Confidential | Reference to email discussing Mexican government officials' communications with CBP Attache. |
| 129:1-22 | Highly Confidential | Reference to email discussing Mexican government officials' communications with CBP Attache |
| 130:1-19 | Highly Confidential | Reference to email discussing Mexican government officials' communications with CBP Attache. |
| 131:15-22 | Highly Confidential | Reference to email discussing Mexican government officials' communications with CBP Attache. |
| 132:1-8; 132:13-15 | Highly Confidential | Reference to email discussing Mexican government officials' communications with CBP Attache. |
| 191:17-22 | Confidential | Reference to confidential queue management memo. |

| Page:Line | Confidentiality Designation | Rationale |
|---|---|---|
| 195:9-22 | Confidential | Reference to confidential queue management memo. |
| 197:12-21 | Confidential | Reference to confidential queue management memo. |
| 198:13-17 | Confidential | Reference to confidential queue management memo. |
| 199:17-22 | Confidential | Reference to confidential queue management memo. |
| 200:6-22 | Confidential | Reference to confidential queue management memo. |
| 201:1-22 | Confidential | Reference to confidential queue management memo. |
| 202:1-22 | Confidential | Reference to confidential queue management memo. |
| 203:1-22 | Confidential | Reference to confidential queue management memo. |
| 212:10-15 | Confidential | Reference to confidential queue management memol. |
| 215:12-22 | Confidential | Reference to confidential queue management memo. |
| 216:1-22 | Confidential | Reference to confidential queue management memo. |
| 217:1-22 | Confidential | Reference to confidential queue management memo. |
| 218:1-22 | Confidential | Reference to confidential queue management memo. |

| Page:Line | Confidentiality Designation | Rationale |
|---|---|---|
| 219:1-12 | Highly Confidential | References to communications with a foreign government and confidential queue management memo. |
| 250:4-12; 250:17-20 | Confidential | Internal agency deliberations |