# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br>  *Plaintiffs,*<br><br>v.<br><br>Chad Wolf, *et al.*,<br>  *Defendants.* | No. 3:17-cv-02366-BAS-KSC |

## DECLARATION OF JOHNNY L. ARMIJO

I, Johnny L. Armijo, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records, and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am the Assistant Director of Field Operations, San Diego, for U.S. Customs and Border Protection. I have been in this role since May 2013.

2. In this capacity, my primary duties include overseeing the planning, directing, and timely execution of Border Security programs and other law enforcement activities in the land, air, and sea environments. I also provide managerial oversight in policy guidance, assure program implementation and compliance, and evaluate program effectiveness throughout CBP's San Diego Field Office (SDFO). Incorporated in my programmatic leadership supervision includes providing management control over SDFO's Intelligence Targeting Units, the Integrated Border Intelligence Group, and other intelligence work functions.

3. Prior to serving in my current capacity, I served as a Deputy Assistant Port Director (Enforcement) at the San Ysidro Port of Entry (POE) for nearly four years. Prior to that, I served in various supervisory and managerial positions for both CBP and the former Immigration & Naturalization Service (INS) for approximately 10 years. I was initially hired as an INS Immigration Inspector approximately 31 years ago.

4. I make this Declaration to support filing Exhibit 47 to Executive Assistant Commissioner Todd Owen's December 13, 2019 deposition under seal.

1

5. The aforementioned San Ysidro POE is one of six ports of entry under the SDFO. The San Ysidro POE is the busiest land border port of entry in the Western Hemisphere, and its operations are extraordinarily complex. In fiscal year 2019, the San Ysidro POE processed more than 11.7 million northbound pedestrians, more than 14.4 million northbound vehicles, and more than 37.2 million northbound travelers.

6. As the Assistant Director of Field Operations with leadership responsibility in implementing SDFO's Intelligence Program, I rely on information collected by the SDFO's Intelligence work units/groups to provide evaluated assessments on the information/intelligence collected. Said protocols are integral to execute CBP's ability to achieve its mission at the San Ysidro POE and elsewhere.

7. Exhibit 47 consists of an email sent on July 3, 2018, from Program Manager Eddie Arias of the SDFO's former Tactical Analytical Unit (TAU) to me, as his 2nd-level supervisor. The TAU's primary function was to analyze and assess all threats impacting SDFO's area of responsibility (AOR) and to develop and maintain an overall threat picture for the SDFO. In the email, Program Manager Arias provided information that he gathered from the San Ysidro's POE's Admissibility Enforcement Unit (AEU) about aliens' views on the U.S. Department of Justice's Zero-Tolerance Policy for Criminal Illegal Entry and CBP's use of metering or queue management; described the methodology by which he gathered that information; and assessed that information.

8. The information in Exhibit 47 should be kept confidential and should be filed under seal for the following reasons:
    a. Public disclosure of the information contained in this email would cause a substantial injurious effect that would impede CBP's law enforcement operations. I depend upon my subordinates—and especially those assigned to specialty units such as the Intelligence Targeting Units, the Integrated Border Intelligence Group, and other similar work groups—to relay sensitive and/or confidential information and findings to me in a full and forthright manner, just as Program Manager Arias did in his email. Reliance in my correspondence and communication with my employees plays a critical role in my ability to assess operational vulnerabilities, ensure sound operational decisions, and plan for contingencies. Further, the line of communication is of heightened significance when the information conveyed

pertains to the San Ysidro POE, given the magnitude of that port's operations and recent attempts by large groups of undocumented aliens to forcefully breach the port of entry.

b. Further, the email details the tactics and techniques that Program Manager Arias used. Public disclosure of the email would impede the SDFO's Integrated Border Intelligence Group, the SDFO's Intelligence Targeting Units, the SDFO itself, and CBP nationwide ability to effectively collect similar information using a like and similar methodology in the future.

9. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3RD day of February, 2020.

_____
Johnny L. Armijo
Assistant Director Field Operations, San Diego
Office of Field Operations
U.S. Customs and Border Protection