JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | |

**DECLARATION OF ALEXANDER J. HALASKA**

I, Alexander J. Halaska, declare as follows:

1. I am an attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. Attached hereto as **Exhibit 1** is a true and accurate copy of the memorandum issued by Todd C. Owen, Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection, on April 27, 2018, with the subject line "Metering Guidance."

3. Attached hereto as **Exhibit 2** are true and accurate excerpts of the December 13, 2019 deposition of Todd C. Owen, Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection. Defendants have moved to keep portions of this document and the portions of their brief that rely on it under seal. *See* Gov't Mot. to Seal (ECF No. 404).

4. Attached hereto as **Exhibit 3** is a true and accurate copy of the memorandum issued by Mark A. Morgan, Acting Commissioner, U.S. Customs and Border Protection, on November 27, 2019, with the subject line "Prioritization-Based Queue Management."

5. Attached hereto as **Exhibit 4** is a true and accurate copy of the Minority Staff Report issued by the U.S. Senate, Committee on Homeland Security & Governmental Affairs, on May 10, 2018, titled "Combating the Opioid Epidemic: Intercepting Illicit Opioids at Ports of Entry." The report is available at https://www.hsgac.senate.gov/imo/media/doc/Combating%20the%20Opioid%20Epidemic%20-%20Intercepting%20Illicit%20Opioids%20at%20Ports%20of%20Entry%20-%20Final.pdf (last accessed Feb. 12, 2020).

6. Attached hereto as **Exhibit 5** is a true and accurate copy of a press release issued by U.S. Customs and Border Protection on December 12, 2019, titled "CBP Announces Fiscal Year 2019 Statistics for Southern California Ports of Entry." This document is available at https://www.cbp.gov/newsroom/local-media-release/cbp-announces-fiscal-year-2019-statistics-southern-california-ports.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of the document bearing the Bates numbers AOL-DEF-00020023–24. Defendants have moved to keep this document and the portions of their brief that rely on it under seal. *See* Gov't Mot. to Seal (ECF No. 404).

8. Attached hereto as **Exhibit 7** is a true and accurate copy of the document bearing the Bates numbers AOL-DEF-00285232–34. Defendants have moved to keep this document and the portions of their brief that rely on it under seal. *See* Gov't Mot. to Seal (ECF No. 404).

9. Attached hereto as **Exhibit 8** is a true and accurate copy of the document bearing the Bates number AOL-DEF-00018728, which was produced natively as a PowerPoint presentation. Defendants have moved to keep this document and the portions of their brief that rely on it under seal. *See* Gov't Mot. to Seal (ECF No. 404).

10. Attached hereto as **Exhibit 9** is a true and accurate copy of the document bearing the Bates numbers AOL-DEF-00219717–23. Defendants have moved to keep this document and the portions of their brief that rely on it under seal. *See* Gov't Mot. to Seal (ECF No. 404).

11. Attached hereto as **Exhibit 10** is a true and accurate copy of the document bearing the Bates number AOL-DEF-00221166, which was produced natively as a PowerPoint presentation. Defendants have moved to keep this document and the portions of their brief that rely on it under seal. *See* Gov't Mot. to Seal (ECF No. 404).

12. Attached hereto as **Exhibit 11** is a true and accurate copy of the

1  webpage entitled "Claims of Fear: CBP Southwest Border and Claims of Credible
2  Fear Total Apprehensions/Inadmissibles (FY2017–FY2018)." This document is
3  available at https://www.cbp.gov/newsroom/stats/sw-border-migration/claims-fear.

4   13.   Attached hereto as **Exhibit 12** is a true and accurate copy of the docu-
5  ment bearing the Bates numbers AOL-DEF-00379492–93. Defendants have moved
6  to keep this document and the portions of their brief that rely on it under seal. *See*
7  Gov't Mot. to Seal (ECF No. 404).

8   14.   Attached hereto as **Exhibit 13** is a true and accurate copy of the
9  webpage entitled "Office of Field Operations Claims of Credible Fear Inadmissibles
10 By Field Office: Southwest Border Claims of Credible Fear Inadmissibles by Field
11 Office (FY2017–FY2018)." This document is available at https://www.cbp.gov/
12 newsroom/stats/sw-border-migration/claims-fear/inadmissibles-field-office.

13  15.   Attached hereto as **Exhibit 14** is a true and accurate copy of the docu-
14 ment titled "Metering Update: November 2019." This document is available at
15 https://www.strausscenter.org/images/strauss/18-19/MSI/MeteringUpdate_191107.
16 pdf.

17  16.   Attached hereto as **Exhibit 15** is a partially redacted, true and accurate
18 copy of Maria Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the
19 Bates numbers AOL-DEF-00004342–45. A redacted copy of this document was pro-
20 duced to Plaintiffs in discovery. Additional redactions have been made to this docu-
21 ment pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of
22 Plaintiffs who are proceeding under pseudonym, as well as to protect confidential
23 information that is not relevant to Defendants' arguments in opposition to Plaintiffs'
24 Motion for Class Certification.

25  17.   Attached hereto as **Exhibit 16** is a partially redacted, true and accurate
26 copy of Úrsula Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the
27 Bates numbers DHSALOTRO00000213–15. A redacted copy of this document was
28 produced to Plaintiffs in discovery. Additional redactions have been made to this

1  document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity
2  of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential
3  information that is not relevant to Defendants' arguments in opposition to Plaintiffs'
4  Motion for Class Certification.

5       18.    Attached hereto as **Exhibit 17** is a partially redacted, true and accurate
6  copy of Juan Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the
7  Bates numbers DHSALOTRO00001725–27. A redacted copy of this document was
8  produced to Plaintiffs in discovery. Additional redactions have been made to this
9  document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity
10 of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential
11 information that is not relevant to Defendants' arguments in opposition to Plaintiffs'
12 Motion for Class Certification.

13      19.    Attached hereto as **Exhibit 18** is a partially redacted, true and accurate
14 copy of Victoria Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the
15 Bates numbers AOL-DEF-00004240–42. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Class Certification.

21      20.    Attached hereto as **Exhibit 19** is a partially redacted, true and accurate
22 copy of Bianca Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the
23 Bates numbers AOL-DEF-00004735–37. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Class Certification.

21. Attached hereto as **Exhibit 20** is a partially redacted, true and accurate copy of Emiliana Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers DHSALOTRO00000563–65. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Class Certification.

22. Attached hereto as **Exhibit 21** is a partially redacted, true and accurate copy of César Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00004486–88. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Class Certification.

23. Attached hereto as **Exhibit 22** is a partially redacted, true and accurate copy of Abigail Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers AOL-DEF-00005051–54. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential information that is not relevant to Defendants' arguments in opposition to Plaintiffs' Motion for Class Certification.

24. Attached hereto as **Exhibit 23** is a partially redacted, true and accurate copy of Carolina Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the Bates numbers DHSALOTRO00000341–44. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this

1  document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity
2  of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential
3  information that is not relevant to Defendants' arguments in opposition to Plaintiffs'
4  Motion for Class Certification.

5      25.    Attached hereto as **Exhibit 24** is a partially redacted, true and accurate
6  copy of Dinora Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the
7  Bates numbers DHSALOTRO00000684–86. A redacted copy of this document was
8  produced to Plaintiffs in discovery. Additional redactions have been made to this
9  document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity
10 of Plaintiffs who are proceeding under pseudonym, as well as to protect confidential
11 information that is not relevant to Defendants' arguments in opposition to Plaintiffs'
12 Motion for Class Certification.

13     26.    Attached hereto as **Exhibit 25** is a partially redacted, true and accurate
14 copy of Ingrid Doe's I-213, Record of Deportable/Inadmissible Alien, bearing the
15 Bates numbers AOL-DEF-00004903–05. A redacted copy of this document was produced to Plaintiffs in discovery. Additional redactions have been made to this document pursuant to Federal Rule of Civil Procedure 5.2 and to protect the identity of
18 Plaintiffs who are proceeding under pseudonym, as well as to protect confidential
19 information that is not relevant to Defendants' arguments in opposition to Plaintiffs'
20 Motion for Class Certification.

21     27.    Attached hereto as **Exhibit 26** are true and accurate excerpts of the January 28, 2020 deposition of Plaintiffs' expert witness Stephanie Leutert. Ms. Leutert's deposition transcript is designated Confidential for 30 days following the deposition.

25     28.    Attached hereto as **Exhibit 27** is a true and accurate copy of the October
26 9, 2019 declaration of Mariza Marin.

27     29.    Attached hereto as **Exhibit 28** is a partially redacted, true and accurate
28 copy of the February 10, 2020 declaration of Rodney H. Harris. Defendants have

1  moved to keep portions of this document under seal. *See* Gov't Mot. to Seal (ECF
2  No. 404).

3      30.    Attached hereto as **Exhibit 29** is a true and accurate copy of the February 11, 2020 declaration of Michael Humphries.

5      31.    Attached hereto as **Exhibit 30** is a true and accurate copy of the documents bearing the Bates numbers AOL-DEF-00235700–03. Defendants have moved to keep this document under seal. *See* Gov't Mot. to Seal (ECF No. 404).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 12, 2020, in Washington, D.C.

                                */s/ Alexander J. Halaska*
                                ALEXANDER J. HALASKA