1  JOSEPH H. HUNT
2  Assistant Attorney General, Civil Division
   WILLIAM C. PEACHEY
3  Director, Office of Immigration Litigation –
4  District Court Section
   KATHERINE J. SHINNERS (DC 978141)
5  Senior Litigation Counsel
6  ARI NAZAROV (CT 414491)
   DHRUMAN Y. SAMPAT (NJ 270892018)
7  ALEXANDER J. HALASKA (IL 6327002)
8  Trial Attorneys
   United States Department of Justice
9  Civil Division
10 Office of Immigration Litigation
   P.O. Box 868, Ben Franklin Station
11 Washington, D.C. 20044
12 Tel: (202) 307-8704 | Fax: (202) 305-7000
13 alexander.j.halaska@usdoj.gov

14 *Counsel for Defendants*

15

16 **UNITED STATES DISTRICT COURT**
   **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
17 **(San Diego)**

18

19 AL OTRO LADO, Inc., *et al.*,  | Case No. 3:17-cv-02366-BAS-KSC

20 *Plaintiffs*,  | Hon. Cynthia A. Bashant

21
22 v.  | **Exhibit 11 to Defendants' Opposition to Plaintiffs' Motion for Class Certification**
23 Chad F. WOLF, Acting Secretary of
24 Homeland Security, *et al.*, in their official capacities,

25
26 *Defendants*

27
28

Official website of the Department of Homeland Security

(https://www.facebook.com/CBPgov/) (https://instagram.com/customsborder/)
(https://www.flickr.com/photos/cbpphotos/) (https://twitter.com/cbp)
(https://www.linkedin.com/company/2997?trk=tyah)
(https://www.youtube.com/user/customsborderprotect)
(https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new)



U.S. Customs and Border Protection (/)

# Claims of Fear

## CBP Southwest Border and Claims of Credible Fear Total Apprehensions/Inadmissibles (FY2017 - FY2018)

|  | FY17 | FY18 |
| --- | --- | --- |
| Total Apprehensions & Inadmissibles | 415,517 | 521,090 |
| Total Claims of Credible Fear Apprehensions & Inadmissibles | 55,584 | 92,959 |
| CF Apprehensions/Inadmissibles % of Total | 13% | 18% |

**Individuals Claiming Credible Fear**

Those who are apprehended between Ports of Entry and claim credible fear are processed for expedited removal by U.S. Border Patrol. Those who arrive at Ports of Entry, are found inadmissible, and claim credible fear are processed for expedited removal by the Office of Field Operations. All claims of credible fear are referred to Asylum Officers of the U.S. Citizenship and Immigration Services (USCIS).

Under the Expedited Removal Provisions, an agent or officer takes the applicant's sworn statement, including asking four questions regarding any fear the alien may have of returning to his or her home country and the potential of being harmed. During Expedited Removal proceedings, detainees are questioned regarding any fear they may have of returning to their country of origin, to ensure that each detainee is afforded the ability to articulate claims of fear. Those questions are:

1. Why did you leave your home or country of last residence?

2. Do you have any fear or concern about being returned to your home country or being removed from the United States?
3. Would you be harmed if you are returned to your home country or country of last residence?
4. Do you have any questions or is there anything else you would like to add?

CBP Agents and Officers have no discretion as to whether or not to refer an alien for a credible fear interview. CBP Agents and Officers do not make any determination on the validity of such claims and refer the person for an interview with a USCIS Asylum Officer.

Note: Figures are accurate as of December 2018 and are subject to variances based on the adjudication of cases.

## U.S. Border Patrol Southwest Border Apprehensions (FY2017 - FY2018)

| Southwest Border | FY17 | FY18 |
| --- | --- | --- |
| Total Apprehensions | 303,916 | 396,579 |
| Total Claims of Credible Fear Apprehensions | 38,300 | 54,690 |
| CF Apprehensions % of Total | 13% | 14% |

For breakdown by Sector, visit **USBP Claims of Credible Fear Apprehensions by Sector (/newsroom/stats/sw-border-migration/claims-fear/apprehensions-sector)**.

## Office of Field Operations Southwest Border Inadmissibles (FY2017 - FY2018)

| Southwest Border | FY17 | FY18 |
| --- | --- | --- |
| Total Inadmissibles | 111,275 | 124,511 |
| Total Claims of Credible Fear Inadmissibles | 17,284 | 38,269 |
| CF Inadmissibles % of Total | 16% | 31% |

For breakdown by Field Office, visit **Southwest Border Claims of Credible Fear Inadmissibles by Field Office (/newsroom/stats/sw-border-migration/claims-fear/inadmissibles-field-office)**.

**Last modified:** October 23, 2019

 Share This Page.