JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 13 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | |

Official website of the Department of Homeland Security

(https://www.facebook.com/CBPgov/) (https://instagram.com/customsborder/) (https://www.flickr.com/photos/cbpphotos/) (https://twitter.com/cbp) (https://www.linkedin.com/company/2997?trk=tyah) (https://www.youtube.com/user/customsborderprotect) (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new)



U.S. Customs and Border Protection (/)

# Office of Field Operations Claims of Credible Fear Inadmissibles By Field Office

## Southwest Border Claims of Credible Fear Inadmissibles by Field Office (FY2017 - FY2018)

| | Southwest Border by Field Office | | |
|---|---|---|---|
| **Field Office** | FY17 | FY18 | % Change FY17 to FY18 |
| El Paso | 4,198 | 6,824 | 63% |
| Laredo | 6,833 | 15,103 | 121% |
| San Diego | 4,334 | 12,423 | 187% |
| Tucson | 1,919 | 3,919 | 104% |
| **Southwest Border Total** | 17,284 | 38,269 | 121% |

View the **Claims of Fear (/newsroom/stats/sw-border-migration/claims-fear)** webpage.

**Last modified:** October 23, 2019
**Tags:**   Port Security,   Statistics

 Share This Page.