JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 16 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | |

**CONFIDENTIAL**

## U.S. Department of Homeland Security — Record of Deportable/Inadmissible Alien

SIGMA Event: [redacted]
Subject ID: [redacted]

| Field | Value |
|---|---|
| Family Name (CAPS) | Ursula Doe |
| First | |
| Middle | |
| Sex | F |
| Hair | BRO |
| Eyes | BRO |
| Cmplxn | LBR |
| Country of Citizenship | HONDURAS |
| Passport Number and Country of Issue | [redacted] |
| Case No. | [redacted] |
| Height | 62 |
| Weight | 160 |
| Occupation | |
| U.S. Address | [redacted] |
| Scars and Marks | |
| Date, Place, Time, and Manner of Last Entry | 10/19/2018, BBM, 1808, PEDESTRIAN |
| Passenger Boarded at | See Narrative |
| F.B.I. Number | LE[redacted] |
| Marital Status | Married |
| Number, Street, City, Province (State) and Country of Permanent Residence | COL SAN JOSE LA CEIBA ATLANTIDA, HONDURAS |
| Method of Location/Apprehension | ISP |
| Date of Birth | [redacted]  Age: 40 |
| Date of Action | 10/19/2018 |
| Location Code | HLG/BBM |
| At/Near | BBM |
| Date/Hour | 10/19/2018 1736 |
| City, Province (State) and Country of Birth | LA CEIBA, N/A, HONDURAS |
| AR | X |
| NIV Issuing Post and NIV Number | None |
| Social Security Account Name | None |
| Status at Entry | Asylum |
| Status When Found | IN TRAVEL |
| Date Visa Issued | None |
| Social Security Number | None |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | NEGATIVE - See Narrative |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Juan Doe  NATIONALITY: HONDURAS |
| Number and Nationality of Minor Children | 2 |
| Father's Name, Nationality, and Address, if Known | [redacted] NATIONALITY: HONDURAS |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | [redacted] NATIONALITY: HONDURAS |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | Yes |
| Systems Checks | See Narrative |
| Charge Code Words(s) | I7A1 |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: [redacted]

Left Index fingerprint       Right Index fingerprint

[fingerprint images redacted]

BOARDED AT
----------
BROWNSVILLE, TX

RECORDS CHECKED
---------------
[redacted]

...(CONTINUED ON I-831)

Alien has been advised of communication privileges   10/19/18 (Date/Initials)

CBP OFFICER (Signature and Title of Immigration Officer)

Distribution: A FILE

Received: (Subject and Documents) (Report of Interview)
Officer: [redacted]
on October 19, 2018
Disposition: Notice to Appear (I-862)
Examining Officer: [redacted]

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| Ursula Doe | SIGMA Event: | 10/19/2018 |
| | Event No: | |

```
SECTION CODES
-------------
212a7AiI
```

On October 19, 2018, at approximately 1700 HRS subject applied for admission to enter the United States from Mexico at the Brownsville Matamoros International Bridge Port of Entry in Brownsville, Texas, by presenting a birth certificate from HONDURAS to CBPO N. Fuentes at pedestrian lane.  Subject identified herself as Ursula Doe (DOB: COB: HONDURAS COC: HONDURAS).  Subject was traveling with the following persons.

(son) DOB: COB: HONDURAS| COC: HONDURAS (son) DOB , Juan Doe (husband) DOB .

Subject was then referred to Passport Control Secondary for further inspection.  An immediate pat down was conducted on subject by CBPO R. RANGEL for officer safety due to subject entering a secure area.  The immediate pat down yielded negative results.

In Passport Control Secondary, subject stated that she was seeking asylum with her family. Subject Ursula Doe stated her younger brother was killed in 2014 by a local MS-13 gang and she witnessed the murder.  Subject stated she was being followed and threatened by the gang and her children were being harassed and threatened.  Subject stated her and her family have been hiding for about 4 years. Subject said if they were to return to Honduras, they would be killed.

INADMISSIBILITY:
Subject was found to be inadmissible under section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act.

CRIMINAL AND IMMIGRATION HISTORY: The subject fingerprints and photograph were entered into the ███████████████████████████████████████████████, which revealed ███████████

IMMIGRATION HISTORY:
Subject queries were negative for any prior immigration history. The subject does not have any pending applications or petitions on file with a U.S. Consulate or the Bureau of Citizenship and Immigration Services

CONSULAR RIGHTS/NOTIFICATION:
The subject was notified of her right to contact a representative of her consulate if she wished to do so. Subject did not request to make accommodations to contact a consular officer of her country.

CREDIBLE FEAR STATEMENT:
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| | CBP OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**CONFIDENTIAL**

U.S. Department of Homeland Security       Continuation Page for Form **I213**

| Alien's Name | File Number | Date |
|---|---|---|
| Ursula Doe | Ursula Doe  SIGMA Event:  Event No: | 10/19/2018 |

Subject was questioned as to her fear of being returned to her country. Subject expressed fear of being returned to her country.

HEALTH DISCLAIMER:
Subject stated that she had no medical conditions and was in good health.

DISPOSITION:
Subject was processed for Notice to Appear in Lieu of Expedited Removal with Credible Fear and will be transported to Rio Grande Valley Processing Center Ursula, 3700 W. Ursula Ave., McAllen, TX 78503. Case was processed by CBPO ▮▮▮▮ and approved by SCBPO ▮▮▮▮ Z▮▮▮ and Chief ▮▮▮▮.

Signature ▮▮▮▮                                    Title  CBP OFFICER

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHSALOTRO00000215