JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 17 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | |

**CONFIDENTIAL**

U.S. Department of Homeland Security  
SIGMA Event: ▮  
Subject ID: ▮  
**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Juan Doe | | | M | BLK | BRO | LBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number / Case No: | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | ▮ | 68 | 170 | |

U.S. Address: ▮

Scars and Marks:

Date, Place, Time, and Manner of Last Entry: 10/19/2018, BBM, 1805, PEDESTRIAN

Passenger Boarded at:

F.B.I. Number: ▮

☐ Single  ☐ Divorced  ☒ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence: COLONIA SAN JOSE LA CEIBA ATLANTIDA, HONDURAS

Method of Location/Apprehension: ISP

| Date of Birth | Age: 63 | Date of Action 10/19/2018 | Location Code HLG/BBM | At/Near BBM | Date/Hour 10/19/2018 1828 |

City, Province (State) and Country of Birth: TEGUCIGALPA, N/A, HONDURAS

AR [X]  Form: (Type and No.) Lifted ☐ Not Lifted ☐  By: ▮

NIV Issuing Post and NIV Number: None

Social Security Account Name: Juan Doe

Status at Entry: Asylum  
Status When Found: TRAVEL/SEEKING

Date Visa Issued: None

Social Security Number: ▮

Length of Time Illegally in U.S.: AT ENTRY

Immigration Record: NEGATIVE - See Narrative  
Criminal Record: None Known

Name, Address and Nationality of Spouse (Maiden Name, if Appropriate): Ursula Doe ▮ NATIONALITY: HONDURAS

Number and Nationality of Minor Children: 2 - HONDURAS

Father's Name, Nationality, and Address, if Known: ▮ NATIONALITY: HONDURAS

Mother's Present and Maiden Names, Nationality, and Address, if Known: ▮ NATIONALITY: UNITED STATES

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed

Fingerprinted? ☒ Yes ☐ No  
Systems Checks: See Narrative  
Charge Code Words(s): I7A1

Name and Address of (Last)(Current) U.S. Employer:  
Type of Employment:  
Salary: Hr  
Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ▮

Left Index fingerprint  Right Index fingerprint

RECORDS CHECKED
----------------
▮

...(CONTINUED ON I-831)

Alien has been advised of communication privileges: 10/19/2018  M  (Date/Initials)

Customs & Border Protect: ▮ (Signature and Title of I▮)

Distribution:

Received: (Subject and Documents) (Report of Interview)  
Officer: ▮  
on: October 19, 2018 _____ (time)  
Disposition: Notice to Appear (I-862)  
Examining Officer: ▮

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                Continuation Page for Form  I213

| Alien's Name | File Number | Date |
|---|---|---|
| Juan Doe | SIGMA Event: <br> Event No: | 10/19/2018 |

```
SECTION CODES
--------------
212a7AiI


On October 19, 2018, subject Juan Doe                          (DOB:            | COB: HONDURAS |
COC: HONDURAS |             , applied for admission at Brownsville and Matamoros Bridge
Port of Entry in Brownsville, Texas. Subject was seeking asylum to enter the United States
due to fear of returning to Honduras. Subject was travelling with his wife, Ursula Doe
              (DOB:         | COB: HONDURAS | COC: HONDURAS |                , sons,
              (DOB:       | COC: HONDURAS | COB: HONDURAS |              ) and
              (DOB:      | COC: HONDURAS | COB: HONDURAS |
    ). Subject presented his Honduras Identification Card (           ), his wifes
Honduras Identification Card (          ), sons Honduras birth certificates (
and              . Subject and his family were escorted to Passport Control for processing.

In CBP Passport Control Secondary, subject was given an immediate pat-down for weapons with
negative results. Subjects were placed in holding room 5 pending processing.

Advisement of I-877 Sworn Statement:
In holding room subject was place under oath by CBPO Ramiro Rangel. Subject acknowledged
that he was willing to answer any questions. CBP Officer Ramiro Rangel commenced a sworn
statement on CBP form I-877. Subject signed acknowledgement on form I-877 that his sworn
statement is both true and correct. Subject freely admitted under oath to being a citizen
of Honduras, and that he was not in possession of any valid immigration documents that would
allow him to enter the United States.

Credible Fear Statement:
On sworn statement subject was questioned as to his fear of being returned to his native
country. Subject stated that he has fear of returning to Honduras, because a gang in
Honduras (Pumas) wanted him, his wife and his two children. Subject claims that his wife new
the members of the gang that had killed her brother and were now threatening to kill them.
Subject and his family fled Honduras and traveled to the United States to request asylum.

Subject stated that he had lived in the United States for twelve or thirteen years after he
illegally made entry in the Brownsville, TX area. Subject stated that he was never
apprehended or arrested by any authorities in the United States. Subject stated that left
the United States to return to Honduras to get his wife and children.

Immigration Violation(s):
Subject was found inadmissible under section 212a7AiI of the INA.

Criminal History:


Immigration History:
                    Subject had begun the process to attempt to adjust status but ran out
of...(CONTINUED ON NEXT PAGE)
```

| Signature | Title |
|---|---|
|  | Customs & Border Protection Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHSALOTRO00001726

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>Juan Doe | File Number<br>SIGMA Event:<br>Event No: | Date<br>10/19/2018 |

money.

**Alienage:**
Under oath, subject was questioned as to his citizenship and immigration status; subject stated he is a citizen of Honduras by birth in Tegucigalpa, Honduras. Subject stated that his father was a citizen and national of Honduras and his mother was born in Honduras but is now a United States citizen. Subject is not married to a United States citizen or legal permanent resident of the United States. Subject made no claim to United States citizenship.

**Consular Rights/Notification:**
Subject was notified of his right to contact a representative of his consulate if he wished to do so. Subject did not request to make accommodations to contact a consular officer of his country.

**Current Health:**
Subject claims that he is in good health.

**Health Disclaimer:**
Subject stated that he has no medical conditions, nor is he currently taking any medications.

**Disposition:**
Subject and his family are inadmissible pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act, as amended. Subject and his family were processed as Notice to Appear / Detained in Lieu of Expedited Removal pending transport. Case was processed by CBPO Ramiro Rangel and approved by SCBPO Robert Zuniga in concurrence with Chief CBPO Manuel Maldonado.

**Contacts:**

**Funds:**
$20 USD and $40 MX Pesos.

| Signature | Title |
|---|---|
| | Customs & Border Protection Officer |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHSALOTRO00001727