JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 19 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | |

| U.S. Department of Homeland Security | SIGMA Event: ▮▮▮▮<br>Subject ID : ▮▮▮▮▮ | Record of Deportable/Inadmissible Alien |
|---|---|---|

| Family Name (CAPS) | First | Middle | Sex M | Hair BRO | Eyes BRO | Cmplxn LGT |
|---|---|---|---|---|---|---|
| Bianca Doe | | | | | | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height 68 | Weight 150 | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | | | | |

| U.S. Address | | Scars and Marks |
|---|---|---|
| DHS CUSTODY | | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated |
|---|---|---|---|
| 10/18/2018, SYS, 1330, AFOOT | TIJUANA | LE | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | ISP |

| Date of Birth | Age: 20 | Date of Action 10/19/2018 | Location Code SND/SYS | At/Near SYS | Date/Hour 10/18/2018 1519 |
|---|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ |
|---|---|---|
| OCOTEPEQUE, N/A, HONDURAS | | |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| None | None | No Documents | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| None | None | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | NONE |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| ▮▮▮▮ NATIONALITY: HONDURAS | ▮▮▮▮ NATIONALITY: HONDURAS |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) I7A1 |
|---|---|---|---|
| None Claimed | | | |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ▮▮▮▮

Left Index fingerprint             Right Index fingerprint

RECORDS CHECKED
---------------
▮▮▮

...(CONTINUED ON I-831)

| Alien has been advised of communication privileges 10/19/18 ▮ (Date/Initials) | CBP OFFICER ▮▮▮▮ (Signature and Title of Immigration Officer) |
|---|---|

| Distribution | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| AFILE | Officer ▮▮▮▮<br>on: October 19, 2018 _____ (time)<br>Disposition: Expedited Removal with Credible Fear<br>Examining Officer: ▮▮▮▮ |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security        Continuation Page for Form __I213__

| Alien's Name | File Number | Date |
|---|---|---|
| Bianca Doe | SIGMA Event: <br> Event No: | 10/18/2018 |

SECTION CODES
--------------
212a7AiI

FUNDS IN POSSESSION
-------------------
Mexican Peso 200.00

On October 18, 2018 at approximately 1330 hours (hrs), Bianca Doe ▉ applied for admission into the United States from Mexico, at the San Ysidro Port of Entry. Upon inspection, Bianca approached Customs and Border Protection Officer (CBPO) Carrillo, E. Based on the CBPO's I-443 referral, Bianca had no documents and was traveling to Los Angeles. Bianca was escorted to Admissibility Enforcement Unit office for further processing.

In AEU area, CBP systems checks on Bianca were performed. Bianca was assigned A▉, FINS# ▉ and FBI# ▉ LE ▉.

On October 19, 2018 at approximately 0400 hrs, CBPO Saunders interviewed Bianca in the AEU office and took a sworn statement from him witnessed by CBP Officer Pedraza and translated into the Spanish language by CBPO Pedraza employed by DHS/OFO/CBP. During the interview and sworn statement, Bianca made the following statements freely and voluntarily. Bianca requested that the interview be conducted in the Spanish language.

Bianca D requested to be addressed as ▉.

Bianca Doe stated her legal name is ▉.
- stated she identifies as a woman transgender and goes by the name ▉.
- stated she was born a male.
- stated her date of birth was ▉.
- stated she is a citizen of Honduras.
- stated she was born in Ocotepeque, Honduras.
- stated her father and mother were born in Honduras.
- stated her father and mother are citizens of Honduras.
- stated she is not married.
- stated she has no children.
- stated she lives in San Pedro Sula, Honduras.
- stated she left her home in Honduras because of the discrimination and they threatened her.

Bianca Doe
- stated she left Honduras April 2, 2018.
- stated she arrived in Tijuana September 20th.
- stated she did not speak with a lawyer before leaving Honduras.
- stated she met lawyer Nicole Ramos while staying at a rehabilitation center in Tijuana.

Bianca stated she attempted to enter the United States at the San Ysidro Port of Entry on October 18th by walking.
Bianca stated Nicole Ramos brought a group of them to the border.
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| ▉ | CBP OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form __I213__

| Alien's Name | File Number | Date |
|---|---|---|
| Bianca Doe | SIGMA Event: ▮▮▮ | 10/18/2018 |
|  | Event No: ▮▮▮ |  |

Bianca ▮ stated lawyers told her that she should only speak with immigration officers. She also said not to sign any forms because sometimes they put things in for deportation and since the forms are in English they wouldn't know.
Bianca Doe stated she presented her Honduras ID to the primary Officer.
▮ stated her final destination was Los Angeles, California.
▮ stated she has never had a passport.
▮ stated she has fear of being returned to her home country.
▮ stated she would be harmed if returned to her home country.
▮ stated she has never had an entry document for the United States.
▮ stated she has never applied for a U.S. visa.
▮ stated she does not have any applications or petitions pending with U.S. Citizenship and Immigration Services.
Bianca Doe stated she has never been removed or deported from the United States.
▮ stated she does not have any criminal records in Honduras or any other country.
▮ stated she knows that she needs valid documents to legally enter the United States.
▮ stated she understood that if she is not granted asylum she will be removed from the United States and barred from entering and receiving benefits from the United States for a period of five years.
Bianca ▮ stated she understood all the questions that were asked to her in the Spanish language.
Bianca ▮ stated she answered all the questions freely and voluntarily.
Bianca ▮ stated she did not want to review any question nor change any answer from the interview.
Bianca ▮ stated she was not threatened, harmed, or forced to answer any question from the interview.
Bianca ▮ stated she understood the form M-444 that she read in the Spanish language.
Bianca D stated she was satisfied with all of her answers.

DISPOSITION: Bianca Doe ▮▮▮ appears to be inadmissible to the United States pursuant to Section 212(a)(7)(A)(i)(I) of the INA, as amended. Bianca ▮ was served with an I-860, M-444, and was held in DHS custody pending credible fear interview before an asylum officer at a place, date and time to be determined later. Bianca D was provided a list of free legal services providers.

SIGMA event number is ▮▮▮ and ENFORCE event number is ▮▮▮.

POC
▮▮▮

| Signature | Title |
|---|---|
| ▮▮▮ | CBP OFFICER |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential                                                   AOL-DEF-00004737