Page 1 of 4

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 20 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | |

**CONFIDENTIAL**

U.S. Department of Homeland Security  
SIGMA Event: ▮  
Subject ID: ▮  
**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Emiliana Doe | | | M | BLN | BRO | LGT |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | ▮ HONDU | Case No: ▮ | 64 | 175 | |

U.S. Address: DHS CUSTODY  
Scars and Marks:

Date, Place, Time, and Manner of Last Entry: 10/18/2018, SYS, 1330, AFOOT  
Passenger Boarded at: TIJUANA  
F.B.I. Number: LE▮9  
☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:  
Method of Location/Apprehension: ISP

| Date of Birth | Age | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ▮ | 32 | 10/18/2018 | SND/SYS | SYS | 10/18/2018 1456 |

City, Province (State) and Country of Birth: SAN ANTONIO CORTES, N/A, HONDURAS  
AR ☒  Form: (Type and No.) Lifted ☐ Not Lifted ☐  
By: ▮

NIV Issuing Post and NIV Number: None  
Social Security Account Name: None  
Status at Entry: No Documents  
Status When Found: TRAVEL/SEEKING

Date Visa Issued: None  
Social Security Number: None  
Length of Time Illegally in U.S.: AT ENTRY

Immigration Record: NEGATIVE - See Narrative  
Criminal Record: None Known

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):  
Number and Nationality of Minor Children: NONE

Father's Name, Nationality, and Address, if Known: ▮ NATIONALITY: HONDURAS  
Mother's Present and Maiden Names, Nationality, and Address, if Known: ▮ NATIONALITY: HONDURAS

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed  
Fingerprinted? ☒ Yes ☐ No  
Systems Checks: See Narrative  
Charge Code Words(s): I7A1

Name and Address of (Last)(Current) U.S. Employer:  
Type of Employment:  
Salary: Hr  
Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

PINS: ▮

Left Index fingerprint ▮   Right Index fingerprint ▮

RECORDS CHECKED
-----------------
▮

...(CONTINUED ON I-831)

Alien has been advised of communication privileges 10/18/18 ▮ (Date/Initials)  
CBP OFFICER ▮ (Signature and Title of Immigration Officer)

Distribution: AFILE  
Received: (Subject and Documents) (Report of Interview)  
Officer: ▮  
on: October 18, 2018 (time)  
Disposition: Expedited Removal with Credible Fear  
Examining Officer: ▮

Form I-213 (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form I213 |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| Emiliana Doe | SIGMA Event: | 10/18/2018 |
| | Event No: | |

```
SECTION CODES
-------------
212a7AiI

FUNDS IN POSSESSION
-------------------
United States Dollar 109.00
```

On October 18, 2018 at approximately 1330 hours (hrs), Emiliana Doe applied for admission into the United States from Mexico, at the San Ysidro Port of Entry. Upon inspection, Emiliana approached Customs and Border Protection Officer (CBPO) Carrillo, E. Based on the CBPO's I-443 referral, Emiliana had no documents and was traveling to New York. Emiliana D was escorted to Admissibility Enforcement Unit office for further processing.

In AEU area, CBP systems checks on Emiliana were performed. Emiliana Doe was assigned A# _____, FINS# _____ and FBI# LE _____.

On October 18, 2018 at approximately 2330 hrs, CBPO Saunders interviewed Emiliana in the AEU office and took a sworn statement from him witnessed by CBP Officer Pedraza and translated into the Spanish language by CBPO Pedraza employed by DHS/OFO/CBP. During the interview and sworn statement, Emiliana made the following statements freely and voluntarily. Emiliana requested that the interview be conducted in the Spanish language. Emiliana D requested to be addressed as _____.

Emiliana Doe  stated her legal name is Emiliana Doe.
              stated she identifies as a woman transgender and goes by the name _____.
              stated she was born a male.
              stated her date of birth was _____.
              stated she is a citizen of Honduras.
              stated she was born in San Antonio Cortes, Honduras.
              stated her father and mother were born in Honduras.
              stated her father and mother are citizens of Honduras.
              stated she is not married.
              stated she has no children.
              stated she lives in San Pedro Sula, Honduras.
              stated she left her home in Honduras because when she was working in a factory making clothes and her appearance started to change they would make fun of her and harass her. Then one day they made her sign a piece of paper saying she was fired. Then she went to the streets working as a prostitute for like 10 years because the president they have now does not recognize transgender as people.
Emiliana Doe  stated she left Honduras June 5, 2018.
              stated she arrived in Tijuana September 24th.
              stated she did not speak with a lawyer before leaving Honduras.
              stated she contacted lawyer Nicole Ramos while in Tijuana.
              stated she attempted to enter the United States at the San Ysidro Port of Entry on...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| | CBP OFFICER |

2 of 3 Pages

| U.S. Department of Homeland Security | Continuation Page for Form I213 |
|---|---|

| Alien's Name<br>Emiliana Doe | File Number<br>SIGMA Event:<br>Event No: | Date<br>10/18/2018 |
|---|---|---|

October 18th by walking.

Emiliana Doe stated Nicole Ramos brought a group of them to the border. Emiliana Doe stated lawyers told her that she would be interviewed and asked questions about her situation back in Honduras, and if she was asked to sign any papers not to sign them and that she would only be here six days.

Emiliana Doe stated she presented her Honduras passport and ID.
Emiliana Doe stated she has fear of being returned to her home country.
stated she would be harmed if returned to her home country.
stated she has never had an entry document for the United States.
stated she has never applied for a U.S. visa.
stated she does not have any applications or petitions pending with U.S. Citizenship and Immigration Services.
Emiliana Doe stated she has never been removed or deported from the United States.
stated she does not have any criminal records in Honduras or any other country.
stated she knows that she needs valid documents to legally enter the United States.
Emiliana stated she understood that if she is not granted asylum she will be removed from the United States and barred from entering and receiving benefits from the United States for a period of five years.
Emiliana stated she understood all the questions that were asked to her in the Spanish language.
Emiliana Doe stated she answered all the questions freely and voluntarily.
stated she did not want to review any question nor change any answer from the interview.
Emiliana Doe stated she was not threatened, harmed, or forced to answer any question from the interview.
Emiliana Doe stated she understood the form M-444 that she read in the Spanish language.
stated she was satisfied with all of her answers.

DISPOSITION: Emiliana Doe appears to be inadmissible to the United States pursuant to Section 212(a)(7)(A)(i)(I) of the INA, as amended. Emiliana was served with an I-860, M-444, and was held in DHS custody pending credible fear interview before an asylum officer at a place, date and time to be determined later. Emiliana was provided a list of free legal services providers.

SIGMA event number is ▓▓▓▓ and ENFORCE event number is ▓▓▓▓.

*****Emiliana Doe refused to sign all paperwork as advised per her lawyer.

   Witnessed by CBP Officer ▓▓▓▓

| Signature | Title |
|---|---|
|  | CBP OFFICER |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)