JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 21 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | |

**U.S. Department of Homeland Security** — SIGMA Event: [redacted]   Subject ID: [redacted] — **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Cesar Doe | | | M | BRO | BRO | LBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | [redacted] | 65 | 115 | |

U.S. Address: 

Scars and Marks:

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Marital Status |
|---|---|---|---|
| 10/18/2018, SYS, 1812, AFOOT | TIJUANA, B.C. | LE | ☒ Single |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| SANTA CRUZ DE YOJOA, AGUAZUL RANCHO CALL BARRIO BELLA VISTA HONDURAS | ISP |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| [redacted] Age: 18 | 10/18/2018 | SND/SYS | SYS | 10/18/2018 1615 |

| City, Province (State) and Country of Birth | Form (Type and No.) |
|---|---|
| SANTA CRUZ DE YOJOA, CO, N/A, HONDURAS | AR ☒ Lifted ☐ Not Lifted ☐ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| None | None | Non-Immigrant | Seeking Immigration |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| None | None | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None Known |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):

Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known:

Mother's Present and Maiden Names, Nationality, and Address, if Known: [redacted] NATIONALITY: HONDURAS

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | ☒ Yes ☐ No | See Narrative | I7A1 |

Name and Address of (Last)(Current) U.S. Employer:   Type of Employment:   Salary Hr:   Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: [redacted]

Left Index fingerprint        Right Index fingerprint

RECORDS CHECKED
[redacted]

...(CONTINUED ON I-831)

Alien has been advised of communication privileges 10/18/18 a (Date/Initials)   CBP OFFICER [redacted] (Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: [redacted]
on: October 18, 2018 [redacted] (time)
Disposition: Expedited Removal with Credible Fear
Examining Officer: [redacted]

Form I-213 (Rev. 08/01/07)

SCANNED JAN 15 2019 SND

F/S in court on 1/14/19 CB

U.S. Department of Homeland Security                    Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| Cesar Doe | SIGMA Event:<br>Event No: | 10/18/2018 |

```
SECTION CODES
-------------
212a7AiI
```

On October 18, 2018, at approximately 1330 hours, Cesar Doe ▮▮▮▮ DOB: ▮▮▮▮, applied for admission into the United States from Mexico through the San Ysidro Port of Entry Pedestrian inspection. ▮▮▮▮ presented himself before Customs and Border Protection Officer Carrillo/E who was assigned to the Pedestrian lanes. ▮▮▮▮ declared he was a citizen of Honduras who is seeking political asylum in the United States. ▮▮▮▮ was escorted to the Admissibility Enforcement Unit (AEU) for further disposition.

An oral interview and sworn statement was conducted by CBP Officer Miranda/V in the Spanish Language and witnessed by CBP Officer Gomez/J at the San Ysidro, AEU. Cesar D did not appear to be ill, intoxicated or under the influence of drugs. He was alert, responsive and appeared capable of communicating, he offered appropriate responses to questions. He did not appear to be unusually nervous or fearful. During the interview, Cesar D made the following admissions/statements:

Cesar stated that he was born in Santa Cruz De Yojoa, Cortes, Honduras on ▮▮▮▮, from Honduran citizen's parents. Cesar stated that he is a citizen of Honduras and does not claim citizenship in any other country. Cesar stated he is a single male and was traveling alone from Honduras. Cesar claimed his travel route was as follows: "From Cortez, Honduras I took a bus for about 8 hours to Guatemala; from Guatemala I traveled one day into Tenosique, Mexico and continued traveling thru Mexico on bus and train for about one month until I got to Tijuana, BC Mexico. Once I got to Tijuana, B.C. Mexico I stayed at the shelter for two months until today that attorney Nicole brought me here". Cesar stated that he was at "Casa YMCA de Menores Migrantes" in Tijuana, B.C. Mexico for a period of two months. Cesar stated that he received the help of an attorney by the name of "Nicole". Cesar stated the attorney transported him from the shelter to the border and told him to ask for political asylum. Cesar stated he truthfully did not know what "Political Asylum" means, but he thinks it's something to help him enter the United States and be safe.

Cesar stated he worked as a cook helper in Honduras. Cesar stated that he was coming to the United States because the "Panochos" also known as "Los 18's" wanted him to join their gain and he did not want to be part of that. Cesar stated four months ago, he was kidnapped, beat and threatened by "Los 18's" because they wanted him to join their gang. Cesar stated he had never applied for a U.S visa before. Cesar stated that he has never lived nor worked in the United States. Cesar stated he has never been arrested in Honduras, the United States nor any other country. San Ysidro CBP record checks were conducted revealing no immigration nor criminal history for Cesar.

Cesar stated he is afraid to go back to Honduras because he fears that "Los 18" will kill him. Cesar stated that because of the violence in Honduras he decided to come to the United States and seek peace. Cesar stated he wants to stay in the United States to feel safe and study. Cesar intends to live with his sister, ▮▮▮▮ in New York. Cesar stated his sister's phone number is: ▮▮▮▮.

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| ▮▮▮▮ | CBP OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential                                                                AOL-DEF-00004487

| U.S. Department of Homeland Security | | Continuation Page for Form __I213__ |
|---|---|---|
| Alien's Name<br>Cesar Doe | File Number<br>SIGMA Event:<br>Event No: | Date<br>10/18/2018 |

DISPOSITION: Carlos Javier MEJIA Vijil DOB: ▮▮▮▮▮▮ appears inadmissible to the United States pursuant to section 212(a)(7)(A)(I) of the INA, as amended. Cesar was served with Form M-444, a list of Free Legal Service Provider and taken into custody pending Credible Fear interview before an Asylum officer at a later date and time.

| Signature | Title |
|---|---|
| | CBP OFFICER |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)