JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 29 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | Portions Filed Under Seal |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Al Otro Lado, *et al.*, <br> *Plaintiffs,* <br><br> v. <br><br> Chad Wolf, *et al.*, <br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 3:17-cv-02366-BAS-KSC |

## DECLARATION OF MICHAEL HUMPHRIES

I, Michael Humphries, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am currently the Area Port Director, Nogales Port of Entry, Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) in Nogales, Arizona. I have been in this role since June 24, 2018.

2. In this capacity, I am responsible for all personnel and operations at all six facilities that make up the Port of Nogales. I have particularly detailed firsthand knowledge of operations at the Nogales Port of Entry (POE).

3. Prior to this, I served as the Assistant Director-Border Security at the Tucson Field Office in Tucson, Arizona from November 2014 to June 24, 2018. Prior to that, I was Area Port Director of the Douglas POE in Douglas, Arizona from September 2006 to November 2014. I began my career as a U.S. Customs Inspector in March 1987.

4. I make this declaration to explain the factors relevant to determining the capacity of the Nogales POE to process aliens without documents sufficient for lawful entry to the United States. The capacity of the Nogales POE to process such aliens is dependent upon

1

many factors, including the physical capacity of the port of entry, as well as other many other facets of daily operations at the POE.

5. The Nogales POE has a short-term hold capacity of approximately 65, which sets an upper ceiling for the amount of individuals we can hold at any given time. However, our short-term hold space is not used solely to detain individuals without documents sufficient for lawful entry to the United States. These short-term hold rooms are used to detain *all* inadmissible and removable aliens pending their processing, and where appropriate, their transfer to U.S. Immigration and Customs Enforcement (ICE), HHS, or other federal agencies, as well as individuals processed for criminal prosecution awaiting transfer to criminal custody. The actual number of individuals that can be held in the port is generally lower than the designated capacity at any given time, given various other factors.

6. The ability of the port to hold individuals is tied closely to the ability of ICE to transfer individuals out of our custody. For example, when ICE secures placement, they arrive at the POE in a van that can transport 13 persons due to capacity for people and luggage. If more individuals and family units have received placement over the 13 persons that ICE is able to take at that time, it becomes CBP's responsibility to transport those individuals to Tucson, Arizona or Phoenix, Arizona. This takes two Customs and Border Protection Officers (CBPO) about 8 hours round trip, limiting the number of CBPOs available to provide appropriate care to individuals already in our custody, as well as the ability of the port to process additional individuals. Other factors that may prevent ICE from transferring individuals out of OFO custody include whether an individual is medically compromised (for example, with chickenpox or other contagious diseases) or is a minor

2

        child requiring a car seat for travel. Individuals with contagious diseases will continue to remain in OFO custody until they are medically fit for travel. Because ICE does not provide a car seat for travel, OFO will have to transport these individuals to Tucson or Phoenix.

7.    In addition, the actual capacity of our short-term hold rooms is impacted by the characteristics and demographics of the individuals in custody. Aliens who are vulnerable or dangerous have to be isolated and placed alone in a holding room, which normally could hold other aliens together. Vulnerable populations include minors, pregnant women, transgenders, LGBTQ, or gender non-conforming detainees. These vulnerable populations need a special level of care while in custody. Transgender or LGBTQ populations are especially vulnerable to sexual victimization while in detention and may possibly be isolated. Additionally, medical emergencies within the alien population can affect our hold capacity. Contagious diseases such as chicken pox and scabies require isolation. On December 3, 2018, we encountered 12 LBGTQ aliens, one of whom was HIV positive. On December 6, 2019, we received six LGBTQ aliens from the Douglas POE and encountered an unaccompanied alien child (UAC) who required hospitalization for typhoid fever.

8.    Moreover, it is critical that the port maintain enough detention space to account for rapid and unpredictable changes in the number of individuals in custody. For example, on November 25, 2019 at 9:00 pm, 14 undocumented aliens, after crossing the international boundary line, applied for admission at the Nogales POE in a van. At 9:40 pm, on the same day, another van with 13 undocumented aliens, after crossing the international boundary line, applied for admission. On December 1, 2019, 25 undocumented aliens,

3

after crossing the international boundary line, applied for admission in a 16-passenger van. The next day a van with 14 undocumented aliens drove past the primary booth without stopping. The vehicle only came to a rest after it had travelled 50 yards beyond the primary booth after a CBPO deployed a device to puncture the tires of the van. Nine aliens in one vehicle, after crossing the international boundary line, applied for admission a few days later on December 5, 2019. If the port was already at its maximum physical holding capacity, it would not be able to accommodate for these unpredictable events. Flexibility is critical to ensure hold conditions are safe and manageable.

9.  Individual cases alone can also require significant manpower and affect our ability to process and hold other aliens. On August 24, 2019, an adult male Mexican national arrived at the POE seeking asylum. Upon inspection, we discovered he was badly burned and required immediate hospitalization. He claimed members of the Mexican cartel blindfolded, restrained, and tortured him by burning his feet. The local hospital transferred him to Tucson, Arizona, which is over an hour away from Nogales. Two CBPOs remained with him around the clock until he was released from the hospital 27 days later, on September 20, 2019. Three times a day, two CBPOs would have to drive from Nogales to the hospital in Tucson to relieve the CBPOs guarding at the hospital. It is operationally infeasible to maintain 100 percent physical holding capacity when we lose that many CBPOs to manage one case. CBP has many priorities. However, the highest priorities are to prevent terrorists and implements of terror from entering the U.S., followed by stopping the flow of opioids and other dangerous narcotics, and facilitating legal trade and travel. To accomplish the above tasks of transportation or patient monitoring requires port management to pull CBPOs from these higher priorities and to

4

provide overtime for CBPOs already performing tasks related to the higher priorities of stopping the flow of opioids and other dangerous narcotics.

10. Additionally, undocumented aliens seeking admission are not the only population we hold for processing. The Nogales POE was ranked third in CBP for methamphetamine, heroin and fentanyl seizures, and is a major entry point for illegal hard narcotics. In FY19, the Nogales POE seized approximately 10,000 pounds of methamphetamine, a record year for the port and an increase of over 45% over the previous year. Last year, Nogales also seized over 1,000 pounds of heroin, 600 pounds of suspected fentanyl, and over 1,300 pounds of cocaine. Individuals who are found to be transporting these drugs must be held in custody and processed appropriately, often for prosecution. We can encounter multiple seizures on the same day, requiring multiple individuals involved to remain in custody and processed for criminal prosecution. For example, on May 29, 2019, we processed four narcotic seizures. On June 16, 2019 and June 26, 2019 we processed three narcotics seizures and four narcotics seizures, respectively. Many of the seizures on these days were accepted by the U.S. Attorney's Office for prosecution. In addition, many of these cases involved non-U.S. citizens, which required further immigration processing. Moreover, this means that the port had to dedicate a portion of its holding capacity to detain these individuals pending their criminal prosecution, instead of using that space to detain inadmissible aliens.

11. Each POE has its own unique challenges and infrastructure issues. The capacity of the Nogales POE to inspect and process aliens without documents sufficient for lawful entry is also tied to resource allocations, which are complex and evolving. For an extended period, CBP had challenges hiring new CBPOs. Nogales POE was approximately over

5

125 CBPOs below our authorized staffing level in November of 2017. Even when the new hires arrived, academy and post-academy training took about 10 months before the new CBPOs could work independently. Port management is responsible for directing all CBPOs assigned to the Nogales POE the highest priorities of the agency, which include preventing terrorists from entering the United States, stopping the flow of opioids and other dangerous narcotics, and facilitating legal trade and travel.

12. As stated earlier, CBP has many priorities. However, the highest priorities are to prevent terrorists and implements of terror from entering the U.S., followed by stopping the flow of opioids and other dangerous narcotics, and facilitating legal trade and travel. In FY19, Nogales processed over 349,000 commercial trucks bringing over $15 billion dollars in merchandise; 9,300 buses; 3.4 million vehicles; and 10.6 million people crossing the border into Nogales, Arizona.

13. I have reviewed the pertinent records from the Nogales POE's Passport Control Unit for several days in April 2018. I offer this information to illustrate why the Nogales POE may be limited in its ability to process aliens without documents for lawful entry to the United States on any given day:

   a. On April 24, 2019, 21 aliens in custody were taken for medical screening throughout the 24-hour period, on eight trips to the medical facility. Each trip required two CBPOs away from the port and processing duties. The time CBPOs spent at the hospital on these eight trips ranged from 1 hour and 10 minutes to 3 hours.

   b. On April 27, 2019, Nogales POE had in custody: 25 Mexican nationals, two El Salvadoran nationals, three Guatemalan nationals, five Azerbaijan nationals, three Honduran nationals, one Nicaraguan national, one Cuban national, and two

6

Ecuadoran nationals. Many of these aliens require language services for translation and completion of the cases. On numerous occasions, the specific translator was unavailable, making our hold times longer for the required translator.

c. On April 28, 2019, CBPOs at Nogales seized 15 pounds of methamphetamine and 5.77 pounds of fentanyl pills from an adult Mexican national. That same day, our CBPOs seized another 18 pounds of methamphetamine and encountered a vehicle attempting to leave the country with parts for an AR-15 semi-auto rifle and part of a handgun.

14. I have reviewed the pertinent records from the Nogales POE's Passport Control Unit for information on days on or about June 16, 2018. I offer this information to illustrate why the Nogales POE may be limited in its ability to process aliens without documents for lawful entry to the United States on any given day:

a. In addition to our normal immigration processing on June 16, 2018, an adult Mexican national traveling with her juvenile son was found to have 44 pounds of heroin, 1.3 pounds of cocaine and 2.20 pounds of fentanyl pills. The adult Mexican national was held for criminal prosecution and for further immigration processing.

15. I have reviewed the pertinent records from the Nogales POE's Passport Control Unit for information on days on or about March 21, 2019. I offer this information to illustrate why the Nogales POE may be limited in its ability to process aliens without documents for lawful entry to the United States on any given day:

a. On March 21, 2019, we had numerous aliens who were unable to be transferred out of OFO custody in a timely manner, resulting in our inability to hold and process other aliens seeking admission. ICE had reached their hold capacity and would not accept

the transfer of the aliens in our custody, resulting in hold times exceeding 98 hours in some cases. We also were working a drug seizure case involving two Mexican nationals who concealed a combined amount of approximately 10 pounds of cocaine on their bodies.

b. Nogales POE CBPOs made six trips to the emergency room that day to medically assess 13 juveniles under our care during processing. The first trip was at 3:30 am for two brothers, aged five and nine, who had been coughing. The last hospital run was completed just before 9:00 pm. Each run to the hospital requires two CBPOs to accompany children to the hospital along with a parent, if present. On this day, nine of the 13 juveniles were UACs with no parent present. CBP CBPOs provide comfort and support to all children, especially the UACs that are in our custody.

16. I have reviewed the pertinent records from the Nogales POE's Passport Control Unit for information on days on or about May 2, 2019. I offer this information to illustrate why the Nogales POE may be limited in its ability to process aliens without documents for lawful entry to the United States on any given day:

a. On May 1, 2019, there were 56 detainees in custody, approximately 10 below the upper ceiling. Included in the 56 detainees were nationals from Kazakhstan, Russia, and Kyrgyzstan. As noted earlier, translation services caused delay in processing these nationals, requiring longer hold time. On May 3, 2019, we encountered three major drug seizures and were processing and holding these criminal aliens in addition to our undocumented alien population. By May 8, 2019, the Nogales POE was holding over 72 aliens for processing.

17. On many occasions we have exceeded our maximum capacity, working at unmanageable levels to ensure aliens without documents can be held and processed. For example, at 21:00 on May 26, 2019, we were at 132% of our physical holding capacity.

18. Even if OFO at the Nogales POE were to fashion new measures to increase its capacity to process aliens without documents sufficient for lawful entry, in all likelihood, OFO at the Nogales POE would reach its new increased designated holding capacity almost immediately and then need to continue metering the flow of aliens without documents sufficient for lawful entry in order to effectively manage its resources and ensure safe and sanitary conditions for those in custody.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 11th day of February, 2020.

_____
Michael Humphries
Area Port Director
Nogales Port of Entry
U.S. Customs and Border Protection