JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **[DISCOVERY MATTER] JOINT MOTION TO EXTEND DEFEND-ANTS' DEADLINE TO PRODUCE PRIVILEGE LOG (UNOPPOSED)** |
| v. | |
| CHAD F. WOLF,* Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| *Defendants* | **[Declaration of Katherine J. Shinners filed concurrently]** |

---

\* Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

**JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE
TO PRODUCE PRIVILEGE LOG**

## I.      DEFENDANTS' POSITION

Defendants respectfully request that the Court extend the deadline for Defendants' to complete production of their privilege log.  The current deadline for Defendants to produce their privilege log is February 18, 2020. *See* Order, ECF No. 365 (Dec. 20, 2019) (granting motion to modify September 9, 2019 Order to Extend Time to Produce Privilege Log). Defendants request that the Court extend the deadline as follows: Defendants shall produce any privilege log for documents responsive to plaintiff's First and Second Sets of Requests for Production by March 17, 2020. This is Defendants' second request for an extension; Plaintiffs do not oppose this request.

Defendants submit that good cause exists to grant this extension to complete the privilege log for their document production.  *Johnson v. Mammoth Recreation, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("Rule 16(b)'s "good cause" standard [for modification of a scheduling order] primarily considers the diligence of the party seeking the amendment.").  Defendants have been diligently working toward completing production of their privilege log, and have produced some privilege logs to Plaintiffs, but were unable to obtain large enough numbers of reviewers to meet the current deadline, particularly in light of other litigation activities and deadlines. Defendants thus require additional time to complete production of their privilege log.  Plaintiffs do not oppose this request and will not be prejudiced by this brief extension.  The requested extension will not affect any other case management deadlines, as discovery has not closed and the status of the privilege log has not prevented the parties from proceeding with class-certification briefing on schedule.

Defendants have been diligent in producing documents from their 27 agreed-upon or Court-ordered data sources in response to Plaintiffs' Five Sets of Requests

for Production.  *See* Shinners Decl. ¶¶ 5-7 (listing data sources).  Defendants have produced almost 300,000 documents and have substantially completed their production from the agreed-upon and Court-ordered sources.  *See* Shinners Decl ¶ 11.

Although the initial schedule provided that this document production be completed on November 19, 2019, *see* September 9 Order ¶ 4, this deadline was extended to December 20, 2019, for two main reasons.  First, as explained in Defendants' extension request filed on November 14, 2019, Defendant CBP experienced various technical and collection issues that required Defendants to seek an extension of the November 19, 2019 deadline to December 3, 2019.  *See* ECF No. 326; Shinners Decl. ¶ 8. Defendants then sought and received a limited extension of that December 3, 2019 deadline due to technical issues with one custodian's documents.  *See* ECF Nos. 333, 334; Shinners Decl. ¶ 9.  Second, on October 9, 2019, the Court ordered production from four additional custodians.  ECF No. 304. The parties agreed that Defendants would substantially complete production from two of these custodians on December 3, 2019, and the two remaining custodians on December 20, 2019.  *See* ECF Nos. 319, 320.  Thus, Defendants' document production continued to December 20, 2019. Defendants accordingly sought an extension of the privilege log deadline to February 18, 2020.

Defendants have been serving privilege logs on a rolling basis.  They have already served the privilege logs for Production Volumes 1 through 8.  Shinners Decl. ¶ 13.  Defendants anticipate producing their privilege logs for their Production Volumes 9 through 13 by February 18, 2020.  However, as of February 11, 2020, there were approximately 47,500 documents that still need to be reviewed for adequate privilege assertions.  Shinners Decl. ¶ 14. Although Defendants have been working diligently to create their privilege logs, they have faced significant other litigation activity—including discovery as well as appellate and class-certification briefing—as well as staffing constraints as outlined in the Declaration of Scott Falk, Chief Counsel for Defendant CBP. *See, e.g.*, ECF No. 363 (outlining

DEFS.' MOT. TO EXTEND TIME TO
PRODUCE PRIVILEGE LOG
Case No. 3:17-cv-02366-BAS-KSC

1    certain discovery activities in January 2020); ECF No. 387 (setting forth class-cer-

2    tification briefing schedule, with Defendants' opposition due February 12, 2020);

3    Ex. 1, Declaration of Scott Falk ¶¶ 7-15 (outlining CBP staffing constraints, in-

4    cluding other litigation and urgent advisory tasks such as addressing the novel

5    coronavirus outbreak). However, despite initial difficulty staffing review, Defend-

6    ant CBP has been able to amass approximately 50 attorneys to conduct part-time

7    privilege log review, such that Defendants anticipate they can complete their privi-

8    lege log production by March 17, 2020.  Falk Decl. ¶ 5; Shinners Decl. ¶¶ 14-15.

9         In light of the above, Defendants request an extension of the privilege log

10   deadline to March 17, 2020.  This extension will not interfere with the class-certifi-

11   cation briefing schedule, and there is currently no close of discovery.  The parties

12   are negotiating a case schedule to propose to the Court that would allow sufficient

13   time to resolve any disputes over privilege claims before summary-judgment brief-

14   ing.  Accordingly, this extension will not prejudice Plaintiffs, who do not oppose

15   the extension.

16   **II.    PLAINTIFFS' POSITION**

17        This is Defendants' second request for an extension of the deadline for their

18   privilege log.  On December 20, 2019, Defendants previously requested (and Plain-

19   tiffs did not oppose) a 60-day extension of the deadline for Defendants' privilege

20   log. Dkts. 363, 365.  Defendants have represented to Plaintiffs that this will be their

21   final request for an extension.  Because of that representation, Plaintiffs will not

22   oppose this one additional extension of the deadline.

23   //

24   //

25

26

27

28

3

DEFS.' MOT. TO EXTEND TIME TO
PRODUCE PRIVILEGE LOG
Case No. 3:17-cv-02366-BAS-KSC

Dated: February 13, 2020

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys
*Counsel for Defendants*

Dated: February 13, 2020

MAYER BROWN LLP
　Matthew H. Marmolejo
　Ori Lev
　Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
　Melissa Crow
　Sarah Rich
　Rebecca Cassler

CENTER　FOR　CONSTITUTIONAL RIGHTS
　Baher Azmy
　Ghita Schwarz
　Angelo Guisado

4

DEFS.' MOT. TO EXTEND TIME TO
PRODUCE PRIVILEGE LOG
Case No. 3:17-cv-02366-BAS-KSC

AMERICAN IMMIGRATION
COUNCIL
Karolina Walters


By: */s/ Stephen M. Medlock*
Stephen M. Medlock

*Attorneys for Plaintiffs*

DEFS.' MOT. TO EXTEND TIME TO
PRODUCE PRIVILEGE LOG
Case No. 3:17-cv-02366-BAS-KSC

## CERTIFICATE OF SERVICE

No. 17-cv-02366-BAS-KSC

I certify that on February 13, 2020 I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: February 13, 2020          Respectfully submitted,

                                  */s/ Katherine J. Shinners*
                                  Senior Litigation Counsel
                                  United States Department of Justice
                                  Civil Division
                                  Office of Immigration Litigation

DEFS.' MOT. TO EXTEND TIME TO
PRODUCE PRIVILEGE LOG
Case No. 3:17-cv-02366-BAS-KSC