JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | |
| CHAD F. WOLF,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF MOTION TO EXTEND DEFENDANTS' DEADLINE TO PRODUCE PRIVILEGE LOG** |
| *Defendants* | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

**DECLARATION OF KATHERINE J. SHINNERS**

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ) Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. McAleenan*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California. I submit this declaration in support of Defendants' Joint Motion to Extend Defendants' Deadline to Produce Privilege Log. These statements are based upon my personal knowledge, my review of Defendants' document productions, and my review of Defendants' document review platform.

2. On February 7, 2019, I sent an email to Plaintiffs' counsel stating that Defendants were making progress on their privilege logs, but needed to seek an extension of the deadline for Defendants to complete production of the privilege log.

3. On Tuesday, February 11, 2020, I conferred by telephone with Stephen Medlock, counsel for Plaintiffs, who stated that the Plaintiffs do not oppose an extension of 20 business days for the privilege-log deadline (until March 17, 2020).

**Defendants' Custodians and Non-Custodial Sources and Related Deadlines**

4. During negotiations regarding Defendants' responses to Plaintiffs' First and Second Sets of Requests for Production, the parties agreed that Defendants would search for responsive documents from various custodians and non-custodial sources.

5. The parties agreed that Defendants would search for responsive documents from the following custodians, who are or were employees of Defendant U.S. Customs and Border Protection (CBP): (1) Pete R. Flores, Director of Field Operations, San Diego Field Office, Office of Field Operation (OFO); (2) David P. Higgerson, Director of Field Operations, Laredo Field Office, OFO; (3) Frank S. Longoria, Assistant Director of Field Operations, Laredo Field Office, OFO; (4) Alberto A.

1  Flores, Acting Port Director, Laredo Port of Entry, Laredo Field Office, OFO; (5)
2  Andres Guerra, Acting Port Director, Hidalgo Port of Entry (September 2018-Octo-
3  ber 2018), Laredo Field Office, OFO; (6) David John Gonzalez, Acting Port Direc-
4  tor, Hidalgo Port of Entry (October 2018-April 2019), Laredo Field Office, OFO; (7)
5  Todd A. Hoffman, Executive Director, Admissibility and Passenger Programs, OFO;
6  (8) Randy Howe, Executive Director, Operations, OFO; (9) Luis Mejia, Director,
7  Enforcement Programs Division, Admissibility and Passenger Programs, OFO; (10)
8  Mariza Marin, Supervisory CBP Officer (Watch Commander), San Ysidro Port of
9  Entry, San Diego Field Office, OFO; (11) Bryan Molnar, Assistant Director, Intake
10 and Analysis, Office of Professional Responsibility, Investigative Operations Divi-
11 sion; (12) Todd C. Owen, Executive Assistant Commissioner, OFO; (13) Sidney
12 Aki, Port Director, Say Ysidro Port of Entry, San Diego Field Office, OFO; (14)
13 Carlos Rodriguez, Port Director, Hidalgo Port of Entry, Laredo Field Office, OFO;
14 and (15) Judson Murdock, former Acting Assistant Commissioner, Office of Intelli-
15 gence (the "Original Custodians").

16      6.   The parties also agreed that Defendants would search for responsive
17 documents within 8 non-custodial sources from CBP and the Office of Inspector
18 General of the Department of Homeland Security.

19      7.   On October 9, 2019, the Court ordered that Defendants search for re-
20 sponsive documents from four additional CBP custodians: (1) David Salazar, Port
21 Director, Calexico Port of Entry, San Diego Field Office, OFO; (2) Hector Mancha,
22 Director of Field Operations, El Paso Field Office, OFO; (3) Michael Humphries,
23 Port Director, Nogales Port of Entry, Tucson Field Office, OFO; and (4) Tater Ortiz,
24 Port Director, Brownsville Port of Entry, Laredo Field Office, OFO (the "New Cus-
25 todians"). The parties agreed that Defendants would substantially complete produc-
26 tion of documents from custodians Salazar and Mancha by December 3, 2019, and
27 from custodians Humphries and Ortiz by December 20, 2019 (*see* ECF Dkt. Nos.
28 319 and 320).

8. On November 15, 2019, in response to Defendants' unopposed request, the Court extended the deadline for Defendants to substantially complete production from the following Original Custodians from November 19, 2019, to December 3, 2019: Pete R. Flores, David P. Higgerson, Frank S. Longoria, Alberto A. Flores, Andres Guerra, David John Gonzalez, Luis Mejia, Mariza Marin, Bryan Molnar, and Judson Murdock.

9. On December 3, 2019, in response to Defendants' request, the Court extended the deadline for Defendants to substantially complete production from Custodian David P. Higgerson from December 3, 2019, to December 20, 2019.

**Defendants' Document and Privilege Log Productions**

10. Defendants are using DOJ Civil Division's Relativity 9.6 review platform ("Relativity" or "review platform") to apply search terms to documents, review and, if necessary, redact documents for production, and produce documents.

11. Defendants have produced at least 287,370 documents using their Relativity review platform, totaling 1,385,402 pages.[2] Defendants have also produced a number of additional documents, including organizational charts, outside of the Relativity platform.

12. Of these 287,370 documents, I estimate that approximately 56,319 have been either redacted or withheld for privilege or other protections from disclosure. This 56,319 figure has changed and may still change, as some documents may be currently coded as privileged in the review platform but were in fact produced in full to Plaintiffs and thus need not appear on any privilege log.

13. Defendants served the privilege log for their PDF A-File Production and Production Volume 2 on November 18, 2019. Defendants served the privilege log for their Production Volume 4 on December 27, 2019. Defendants served the privilege log for Production Volume 5 on January 13, 2020. Defendants served the

---

[2] These figures include placeholders for privileged documents that were withheld in full.

privilege log for Production Volume 6 on January 27, 2020. Defendants served the privilege log for Production Volumes 7 and 8 on February 6, 2020.

14. Attorney reviewers are currently reviewing the documents withheld or redacted for privilege in the review platform to complete or augment the privilege descriptions as necessary. Of the estimated 56,319 documents that were redacted or withheld for privilege, 47,512 remained for review as of 6:10 p.m. on February 11, 2020.

15. Defendants anticipate serving their privilege logs for Production Volumes 9 through 13 on February 18, 2020.

16. Based on the current rate of review of approximately 2,000 to 2,500 documents per day, I estimate that Defendants will be able to complete production of privilege logs by March 17, 2020.

17. Attached hereto as Exhibit 1 is the Declaration of Scott Falk, Chief Counsel for CBP, dated February 10, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on February 12, 2020, in Washington, D.C.

/s/ Katherine J. Shinners
KATHERINE J. SHINNERS