| | |
|---|---|
| 1 | JOSEPH H. HUNT |
| 2 | Assistant Attorney General, Civil Division |
|   | WILLIAM C. PEACHEY |
| 3 | Director, Office of Immigration Litigation – |
| 4 | District Court Section |
|   | KATHERINE J. SHINNERS |
| 5 | Senior Litigation Counsel |
| 6 | ARI NAZAROV |
|   | Trial Attorney |
| 7 | United States Department of Justice |
| 8 | Civil Division |
|   | Office of Immigration Litigation – District |
| 9 | Court Section |
| 10 | P.O. Box 868, Ben Franklin Station |
| 11 | Washington, D.C. 20044 |
|    | Tel: (202) 514-4120 | Fax: (202) 305-7000 |
| 12 | |
| 13 | *Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DECLARATION OF KATHERINE J. SHINNERS SUPPORTING DEFENDANTS' RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL PORTIONS OF PLAINTIFFS' PROVISIONAL CLASS CERTIFICATION REPLY PAPERS [ECF No. 378]** |
| v. | |
| CHAD F. WOLF, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants*. | |

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, pending in the U.S. District Court for the Southern District of California.

2. Attached hereto as Exhibit 1 are Defendants' Confidentiality Designations for the transcript of the December 13, 2019 deposition of Todd Owen.

3. Attached hereto as Exhibit 2 is a true and correct copy of the February 12, 2020, Declaration of Randy Howe.

4. Attached hereto as Exhibit 3 is a true and correct copy of the January 29, 2020 declaration of Todd Owen.

5. Attached hereto as Exhibit 4 is a true and correct copy of the declaration of Johnny L. Armijo dated February 3, 2020.

6. Attached hereto as Exhibit 5 are Defendants' Confidentiality Designations for the transcript of the November 21, 2019 deposition of a CBP Officer/whistleblower.

7. Attached hereto as Exhibit 6 is a true and correct copy of the declaration of John Buckley dated February 11, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on February 14, 2020, in Washington, D.C.

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS