# EXHIBIT 5

## DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS

| Page Number | Line(s) | Confidentiality Designation | Rationale |
|---|---|---|---|
| 6 | 15-17 | Highly Confidential – Attorneys' Eyes Only | Customs and Border Protection (CBP) employee personal address |
| 18 | 1-5 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 18 | 11-25 | Highly Confidential – Attorneys' Eyes Only | Identifies a CBP employee and potential witness to the whistleblower's complaint |
| 19 | Line 2 | Highly Confidential – Attorneys' Eyes Only | Identifies a CBP employee and potential witness to the whistleblower's complaint |
| 20 | 19-23 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 22 | 20-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 23 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 24 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 25 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity (email address) |
| 27 | 5, 17 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity (personal and work email address) |
| 35 | 15-24 | Confidential | Describes training for how cases are processed (could disclose law enforcement |

1

**DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

|  |  |  |  | investigative techniques) |
|---|---|---|---|---|
| 36 | 5-25 |  | Confidential | Describes training for how cases are processed (could disclose law enforcement investigative techniques) |
| 37 | 1-15 |  | Confidential | Describes training for how cases are processed (could disclose law enforcement investigative techniques) |
| 38 | 1-25 |  | Confidential | Describes training for how cases are processed (could disclose law enforcement investigative techniques) |
| 42 | 23-24 |  | Highly Confidential – Attorneys' Eyes Only | Identifies a CBP employee and potential witness to the whistleblower's complaint |
| 43 | 4 |  | Highly Confidential – Attorneys' Eyes Only | Identifies a CBP employee and potential witness to the whistleblower's complaint |
| 78 | 9, 12, 15 |  | Highly Confidential – Attorneys' Eyes Only | Identifies a CBP employee and potential witness to the whistleblower's complaint |
| 90 | 23-24 |  | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 91 | 6-9 |  | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |

2

# DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS

| | | | |
|---|---|---|---|
| 93 | 23-24 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 108 | 5-14, 18-20 | Confidential | Discusses details of confidential queue management report from March 21, 2019 which both parties are seeking to seal. (AOL-DEF-0008760 – AOL-DEF-00087161). *See* Mot. for TRO Ex. 5 (ECF No. 344-7). |
| 109 | 8-25 | Confidential | Discusses details of confidential queue management report from March 21, 2019 which both parties are seeking to seal. (AOL-DEF-0008760 – AOL-DEF-00087161). *See* Mot. for TRO Ex. 5 (ECF No. 344-7). |
| 110 | 1-7, 20-25 | Confidential | Discusses details of confidential queue management report from March 21, 2019 which both parties are seeking to seal. (AOL-DEF-0008760 – AOL-DEF-00087161). *See* Mot. for TRO Ex. 5 (ECF No. 344-7). |
| 111 | 1-25 | Confidential | Discusses details of confidential queue management report from March 21, 2019 which both parties are seeking to seal. (AOL-DEF- |

3

**DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | | 0008760 – AOL-DEF-00087161). *See* Mot. for TRO Ex. 5 (ECF No. 344-7). |
| 112 | 8-25 | Confidential | Discusses details of confidential queue management report from March 21, 2019 which both parties are seeking to seal. (AOL-DEF-0008760 – AOL-DEF-00087161). *See* Mot. for TRO Ex. 5 (ECF No. 344-7). |
| 113 | 1-2 | Confidential | Discusses details of confidential queue management report from March 21, 2019 which both parties are seeking to seal. (AOL-DEF-0008760 – AOL-DEF-00087161). *See* Mot. for TRO Ex. 5 (ECF No. 344-7). |
| 115 | 7-8 | Confidential | Discusses details of confidential queue management report from June 16, 2018 which both parties are seeking to seal (AOL-DEF-00170598). *See* Mot. for TRO Ex. 6 (ECF No. 344-8). |
| 116 | 2-11, 20-21, 23-25 | Confidential | Discusses details of confidential queue management report from June 16, 2018 which both parties are seeking to seal (AOL-DEF- |

4

## DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS

| | | | |
|---|---|---|---|
| | | | 00170598). *See* Mot. for TRO Ex. 6 (ECF No. 344-8). |
| 117 | 10-11, 14-15, 20-25 | Confidential | Discusses details of confidential queue management report from June 16, 2018 which both parties are seeking to seal (AOL-DEF-00170598). *See* Mot. for TRO Ex. 6 (ECF No. 344-8). |
| 118 | 1-23 | Confidential | Discusses details of confidential queue management report from June 16, 2018 which both parties are seeking to seal (AOL-DEF-00170598). *See* Mot. for TRO Ex. 6 (ECF No. 344-8). |
| 122 | 1-25 | Confidential | Reference to confidential metering memo and staffing discussions. |
| 123 | 1-25 | Confidential | discussion of port capacity |
| 124 | 1-25 | Confidential | Discussion of port security problems |
| 125 | 17-25 | Confidential | Reference to port security |
| 129 | 1-25 | Confidential | Discussion of port capacity issues |
| 130 | 1-16 | Confidential | Reference to port capacity issue |
| 134 | 20-25 | Confidential | Discusses details of confidential queue management report from May 2, 2019 which both parties are seeking to seal (AOL-DEF-00086900 – AOL- |

5

**DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | | DEF-00086901). See Mot. for TRO Ex. 7 (ECF No. 344-9). |
| 135 | 6-25 | Confidential | Discusses details of confidential queue management report from May 2, 2019 which both parties are seeking to seal (AOL-DEF-00086900 – AOL-DEF-00086901). See Mot. for TRO Ex. 7 (ECF No. 344-9). |
| 136 | 1-18 | Confidential | Discusses details of confidential queue management report from May 2, 2019 which both parties are seeking to seal (AOL-DEF-00086900 – AOL-DEF-00086901). See Mot. for TRO Ex. 7 (ECF No. 344-9). |
| 137 | 6-9, 20-25 | Confidential | Discusses details of confidential queue management report from February 5, 2019 which both parties are seeking to seal (AOL-DEF-00088202 – AOL-DEF-00088203). See Mot. for TRO Ex. 8 (ECF No. 344-10). |
| 138 | 1-7, 11-25 | Confidential | Discusses details of confidential queue management report from February 5, 2019 which both parties are seeking |

**DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | | to seal (AOL-DEF-00088202 – AOL-DEF-00088203). See Mot. for TRO Ex. 8 (ECF No. 344-10). |
| 139 | 1-11 | Confidential | Discusses details of confidential queue management report from February 5, 2019 which both parties are seeking to seal (AOL-DEF-00088202 – AOL-DEF-00088203). See Mot. for TRO Ex. 8 (ECF No. 344-10). |
| 140 | 3-5, 11-25 | Confidential | Discusses details of confidential queue management report from January 10, 2019 which both parties are seeking to seal (AOL-DEF-00050964 – AOL-DEF-00050965). See Mot. for TRO Ex. 9 (ECF No. 344-11). |
| 141 | 1-13 | Confidential | Discusses details of confidential queue management report from January 10, 2019 which both parties are seeking to seal (AOL-DEF-00050964 – AOL-DEF-00050965). See Mot. for TRO Ex. 9 (ECF No. 344-11). |
| 142 | 9-25 | Confidential | Discusses details of confidential queue management report from December 26, |

7

**DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | | 2018 which both parties are seeking to seal (AOL-DEF-00195859 – AOL-DEF-00195860). See Mot. for TRO Ex. 10 (ECF No. 344-11). |
| 143 | 1-16 | Confidential | Discusses details of confidential queue management report from December 26, 2018 which both parties are seeking to seal (AOL-DEF-00195859 – AOL-DEF-00195860). See Mot. for TRO Ex. 10 (ECF No. 344-11). |
| 145 | 9-25 | Confidential | Discusses port capacity issues |
| 146 | 3-22 | Confidential | Discusses port capacity issues |
| 147 | 13-25 | Confidential | Discussion of a muster that could reveal sensitive law enforcement information. |
| 148 | 1-25 | Confidential | Discussion of a muster that could reveal sensitive law enforcement information. |
| 149 | 1-25 | Confidential | Discussion of a muster that could reveal sensitive law enforcement information |
| 150 | 1-25 | Confidential | Discussion of a muster that could reveal sensitive law enforcement information |
| 152 | 1-25 | Confidential | Discussion of a muster that could |

**DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

| | | | | |
|---|---|---|---|---|
| | | | | reveal sensitive law enforcement information |
| 153 | 1-23 | | Confidential | Discussion of a muster and standard operating procedure that could reveal sensitive law enforcement information. |
| 154 | 2-25 | | Confi dential | Discussion of a muster that could reveal sensitive law enforcement information. |
| 155 | 1-25 | | Confidential | Port processing issues |
| 156 | 3-17 | | Confidential | Port operational concerns |
| 157 | 9-25 | | Confidential | Discussion of a standard operating procedure that could reveal sensitive law enforcement information. |
| 158 | 1-25 | | Confidential | Quoting from and discussing a standard operating procedure that could reveal sensitive law enforcement information. |
| 160 | 1-25 | | Confidential | Quoting from and discussing a standard operating procedure that could reveal sensitive law enforcement information. |
| 162 | 18-25 | | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |

9

**DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

| | | | |
|---|---|---|---|
| 163 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 164 | 1-8 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 166 | 5-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 167 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 168 | 7-10 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 169 | 7-9; 17-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 170 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 171 | 1-4 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 179 | 17-19 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 180 | 13-19 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 181 | 3-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 182 | 12-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 183 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 184 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 185 | 1-14 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |

Case 3:17-cv-02366-BAS-KSC Document 409-6 Filed 02/14/20 PageID.31259 Page 11 of
Case 3:17-cv-02366-BAS-KSC Document 370-1 Filed 12/23/19 PageID.25355 Page 11 of
Page 12 of 17

## DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS

| | | | |
|---|---|---|---|
| 186 | 24-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 187 | 3-8; 16-23 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 188 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 189 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 190 | 14-16 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 191-205 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 206 | 1-5; 9-14; 24-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 207 | 1-2; 21-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 209-214 | 1-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 215 | 1-16 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 216 | 4 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 217 | 21-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 218 | 2-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 219 | 8-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 221 | 2-25 | Confidential | Pertains to confidential muster and references sensitive |

Case 3:17-cv-02366-BAS-KSC Document 409-6 Filed 02/14/20 PageID.31260 Page 12 of
Case 3:17-cv-02366-BAS-KSC Document 370-1 Filed 12/23/19 PageID.25356 Page 12 of
Page 13 of 17

**DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | | information contained therein regarding law enforcement processes and procedures |
| 222 | 1-8 | Confidential | Pertains to confidential muster and references sensitive information contained therein regarding law enforcement processes and procedures |
| 225 | 6-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 226 | 1-3 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 227 | 3-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 228 | 1-12 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 231 | 20-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 232 | 1-8 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 232 | 9-13 | Confidential | Discussions of contents of confidential queue management reports |
| 233 | 3-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 234 | 2-4 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |

Case 3:17-cv-02366-BAS-KSC Document 409-6 Filed 02/14/20 PageID.31261 Page 13 of
Case 3:17-cv-02366-BAS-KSC Document 370-1 Filed 12/23/19 PageID.25357 Page 14 of 17
Page 16 of 17

## **DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

| | | | |
|---|---|---|---|
| 234 | 16-25 | Confidential | Discussions of contents of confidential queue management reports |
| 238 | 8-13; 23-25 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 239 | 1-3 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 240 | 14-16 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 242 | 10-14; 21-24 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 247 | 7-9 | Highly Confidential – Attorneys' Eyes Only | Reveals whistleblower's identity |
| 254 | 1-7, 16-23 | | pertains to muster and references sensitive information contained therein regarding law enforcement processes and procedures |
| 255 | 11-25 | Confidential | Discusses details of confidential queue management report from March 21, 2019 which both parties are seeking to seal. (AOL-DEF-0008760 – AOL-DEF-00087161). *See* Mot. for TRO Ex. 5 (ECF No. 344-7). |
| 256 | 1-3 | Confidential | Discusses details of confidential queue management report from March 21, 2019 which both |

13

**DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | | parties are seeking to seal. (AOL-DEF-0008760 – AOL-DEF-00087161). *See* Mot. for TRO Ex. 5 (ECF No. 344-7). |
| 256 | 4-25 | Confidential | Discusses details of confidential queue management report from June 16, 2018 which both parties are seeking to seal (AOL-DEF-00170598). *See* Mot. for TRO Ex. 6 (ECF No. 344-8). |
| 257 | 1-25 | Confidential | Discusses details of confidential queue management report from June 16, 2018 which both parties are seeking to seal (AOL-DEF-00170598). *See* Mot. for TRO Ex. 6 (ECF No. 344-8). |
| 258 | 1-18 | Confidential | Discusses details of confidential queue management report from June 16, 2018 which both parties are seeking to seal (AOL-DEF-00170598). *See* Mot. for TRO Ex. 6 (ECF No. 344-8). |
| 258 | 19-25 | Confidential | Discusses details of confidential queue management report from May 2, 2019 which both parties are seeking to seal (AOL-DEF-00086900 – AOL-DEF-00086901). |

14

Case 3:17-cv-02366-BAS-KSC Document 409-6 Filed 02/14/20 PageID.31263 Page 15 of
Case 3:17-cv-02366-BAS-KSC Document 370-1 Filed 12/23/19 PageID.25359 Page 15 of
Page 16 of 17

## **DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | See Mot. for TRO Ex. 7 (ECF No. 344-9). |
| 259 | 1-23 |  | Confidential | Discusses details of confidential queue management report from May 2, 2019 which both parties are seeking to seal (AOL-DEF-00086900 – AOL-DEF-00086901). See Mot. for TRO Ex. 7 (ECF No. 344-9). |
| 259 | 24-25 |  | Confidential | Discusses details of confidential queue management report from January 10, 2019 which both parties are seeking to seal (AOL-DEF-00050964 – AOL-DEF-00050965). See Mot. for TRO Ex. 9 (ECF No. 344-11). |
| 260 | 1-12 |  | Confidential | Discusses details of confidential queue management report from January 10, 2019 which both parties are seeking to seal (AOL-DEF-00050964 – AOL-DEF-00050965). See Mot. for TRO Ex. 9 (ECF No. 344-11). |
| 260 | 13-25 |  | Confidential | Discusses details of confidential queue management report from December 26, 2018 which both parties are seeking to seal (AOL-DEF- |

15

## DEPOSITION TRANSCRIPT TESTIMONY CONFIDENTIALITY DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| | | | | 00195859 – AOL-DEF-00195860). See Mot. for TRO Ex. 10 (ECF No. 344-11). |
| 261 | 1-2 | | Confidential | Discusses details of confidential queue management report from December 26, 2018 which both parties are seeking to seal (AOL-DEF-00195859 – AOL-DEF-00195860). See Mot. for TRO Ex. 10 (ECF No. 344-11). |

16