MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857


AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

DECLARATION OF STEPHEN M. MEDLOCK

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2.      I make this declaration in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Reply in Support of their Motion for Provisional Class Certification.

3.      Plaintiffs seek to seal five exhibits to Plaintiffs' Reply in Support of Their Motion for Class Certification and descriptions of those exhibits in Plaintiffs' reply brief:

> a. A document bearing the Bates numbers AOL-DEF-00026892 through AOL-DEF-00026896, which Defendants have designated as Confidential under the Court's Protective Order;
>
> b. A document bearing the Bates numbers AOL-DEF-00026897 through AOL-DEF-0002690, which Defendants have designated as Confidential under the Court's Protective Order;
>
> c. A document bearing the Bates numbers AOL-DEF-00026902 through AOL-DEF-00026906, which Defendants have designated as Confidential under the Court's Protective Order;
>
> d. A document bearing the Bates number AOL-DEF-00018087, which Defendants have designated as Confidential under the Court's Protective Order; and
>
> e. The transcript of the deposition of Stephanie Leutert.

4.      As described in the accompanying motion to seal, Plaintiffs seek to seal these document and descriptions of them because filing them on the public docket would reveal sensitive law enforcement information regarding the operations of ports of entry on the U.S.-Mexico border.  For instance, the deposition of Plaintiffs' expert, Stephanie Leutert, contains sensitive details of how CBP's senior

1    management oversees and implements immigration policies.

2         5.    The parties have conferred regarding the motion, and Defendants do

3    not oppose this motion.

4         I declare under penalty of perjury under the laws of the United States of

5    America that the proceeding declaration is true and correct.

6         Executed on this 26th day of February 2020 at Washington, D.C.

7

8         */s/ Stephen M. Medlock*

9         Stephen M. Medlock

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4         DECLARATION OF STEPHEN M. MEDLOCK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK