1  JOSEPH H. HUNT
2  Assistant Attorney General, Civil Division
   WILLIAM C. PEACHEY
3  Director, Office of Immigration Litigation –
4  District Court Section
   KATHERINE J. SHINNERS (DC 978141)
5  Senior Litigation Counsel
6  ARI NAZAROV (CT 414491)
   DHRUMAN Y. SAMPAT (NJ 270892018)
7  ALEXANDER J. HALASKA (IL 6327002)
8  Trial Attorneys
   United States Department of Justice
9  Civil Division
10 Office of Immigration Litigation
   P.O. Box 868, Ben Franklin Station
11 Washington, D.C. 20044
12 Tel: (202) 307-8704 | Fax: (202) 305-7000
13 alexander.j.halaska@usdoj.gov

14 *Counsel for Defendants*

15

16              **UNITED STATES DISTRICT COURT**
            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
17                         **(San Diego)**

18

19 AL OTRO LADO, Inc., *et al.*,           Case No. 3:17-cv-02366-BAS-KSC

20              *Plaintiffs*,              Hon. Cynthia A. Bashant

21          v.                            **DEFENDANTS' MOTION TO**
                                          **STRIKE THE DECLARATIONS OF**
22                                        **23 UNIDENTIFIED DECLARANTS**
23 Chad F. WOLF, Acting Secretary of      **FILED IN SUPPORT OF**
   Homeland Security; Mark A. MOR-        **PLAINTIFFS' MOTION FOR**
24 GAN, Acting Commissioner, U.S. Cus-    **CLASS CERTIFICATION**
25 toms and Border Protection; and Todd
   C. OWEN, Executive Assistant Com-
26 missioner, Office of Field Operations,  Hearing Date: March 30, 2020
27 U.S. Customs and Border Protection, in
                                          NO ORAL ARGUMENT UNLESS
28                                        REQUESTED BY THE COURT

1   their official capacities,[*]

2                        *Defendants*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[*] Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

1

## **DEFENDANTS' MOTION TO STRIKE AND NOTICE THEREOF**

2

3

4

5

Please take notice that on Monday, March 30, 2020, Defendants will and hereby do move to strike the following 23 declarations submitted by anonymous or pseudonymous declarants in support of Plaintiffs' Motion for Class Certification (ECF No. 390):

6

- Declaration of O.S. (Pls.' Ex. 65, ECF No. 390-67);

7

- Declaration of M.G. (Pls.' Ex. 66, ECF No. 390-68);

8

- Declaration of J.R. (Pls.' Ex. 67, ECF No. 390-69);

9

- Declaration of C.P. (Pls.' Ex. 68, ECF No. 390-70);

10

- Declaration of King Doe (Pls.' Ex. 69, ECF No. 71);

11

- Declaration of Jordan Doe (Pls.' Ex. 70, ECF No. 390-72);

12

- Declaration of Djamal Doe (Pls.' Ex. 71, ECF No. 390-73);

13

- Declaration of Bianka Doe (Pls.' Ex. 72, ECF No. 390-74);

14

- Declaration of S.N. (Pls.' Ex. 74, ECF No. 390-76);

15

- Declaration of S.M.R.G. (Pls.' Ex. 75, ECF No. 390-77);

16

- Declaration of K.S. (Pls.' Ex. 76, ECF No. 390-78);

17

- Declaration of Courtney Collins[1] (Pls.' Ex. 77, ECF No. 390-79);

18

- Declaration of China (Pls.' Ex. 78, ECF No. 390-80);

19

- Declaration of A.V.M.M. (Pls.' Ex. 79, ECF No. 390-81);

20

- Declaration of A.N.H. (Pls.' Ex. 80, ECF No. 390-82);

21

- Declaration of B.B. (Pls.' Ex. 81, ECF No. 390-83);

22

- Declaration of Unnamed Class Member (Pls.' Ex. 82, ECF No. 390-84);

23

- Declaration of Unnamed Class Member (Pls.' Ex. 83, ECF No. 390-85);

24

- Declaration of Unnamed Class Member (Pls.' Ex. 84, ECF No. 390-86);

25

26

27

28

[1] Plaintiffs' counsel attests that the true identity of the declarant proceedings as "Courtney Collins" "has been redacted." Decl. of Stephen Medlock ¶ 85 (ECF No. 390-2).

1

DEFS.' MOT. TO STRIKE
Case No. 3:17-cv-02366-BAS-KSC

- Declaration of Unnamed Class Member (Pls.' Ex. 85, ECF No. 390-87);
- Declaration of Unnamed Class Member (Pls.' Ex. 86, ECF No. 390-88);
- Declaration of Unnamed Class Member (Pls.' Ex. 87, ECF No. 390-89); and
- Declaration of Unnamed Class Member (Pls.' Ex. 88, ECF No. 390-90).

This motion is based on the attached memorandum of points and authorities, the exhibits referenced therein or attached hereto, and any arguments that may be presented on the matter.

The parties met and conferred on this motion by telephone on January 16, 2020, and continued their discussion through email. They were unable to resolve their dispute. *See* Decl. of Alexander Halaska ¶¶ 2–5 (filed concurrently).

DATED: February 26, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

2

DEFS.' MOT. TO STRIKE
Case No. 3:17-cv-02366-BAS-KSC

1

**CERTIFICATE OF SERVICE**

2

No. 17-cv-02366-BAS-KSC

3

I certify that I served a copy of this document on the Court and all parties by

4

filing this document with the Clerk of the Court through the CM/ECF system, which

5

will provide electronic notice and an electronic link to this document to all counsel

6

of record.

7

8

DATED: February 26, 2020              Respectfully submitted,

9

                                      */s/ Alexander J. Halaska*

10

                                      ALEXANDER J. HALASKA

11

                                      Trial Attorney
                                      United States Department of Justice

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3                              DEFS.' MOT. TO STRIKE
                               Case No. 3:17-cv-02366-BAS-KSC