MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a document bearing the Bates numbers AOL-DEF-00003901 through AOL-DEF-00003909.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the transcript of the deposition of Stephanie Leutert. Plaintiffs have moved to file this document under seal.

4. Attached hereto as Exhibit 3 is a true and accurate copy of a document bearing the Bates numbers AOL-DEF-00026892 through AOL-DEF-00026896. Defendants have designated this document as Confidential under the Court's Protective Order (Dkt. 276). Plaintiffs have moved to file this document under seal.

5. Attached hereto as Exhibit 4 is a true and accurate copy of a document bearing the Bates numbers AOL-DEF-00026897 through AOL-DEF-00026901. Defendants have designated this document as Confidential under the Court's Protective Order (Dkt. 276). Plaintiffs have moved to file this document under seal.

6. Attached hereto as Exhibit 5 is a true and accurate copy of a document bearing the Bates numbers AOL-DEF-00026902 through AOL-DEF-00026906. Defendants have designated this document as Confidential under the Court's Protective Order (Dkt. 276). Plaintiffs have moved to file this document under seal.

7. Attached hereto as Exhibit 6 is a true and accurate copy of a document bearing the Bates number AOL-DEF-00018087, which Defendants produced in native format. Defendants have designated this document as Confidential under the Court's Protective Order (Dkt. 276). Plaintiffs have moved to file this document under seal.

8. Attached hereto as Exhibit 7 is a true and accurate copy of the

declaration of MRV, an asylum seeker whose name has been redacted to protect his or her identity.

9. Attached hereto as Exhibit 8 is a true and accurate copy of the declaration of MPAZ, an asylum seeker whose name has been redacted to protect his or her identity.

10. Attached hereto as Exhibit 9 is a true and accurate copy of the declaration of YCBM, an asylum seeker whose name has been redacted to protect his or her identity.

11. Attached hereto as Exhibit 10 is a true and accurate copy of the declaration of WMCC, an asylum seeker whose name has been redacted to protect his or her identity.

12. Attached hereto as Exhibit 11 is a true and accurate copy of the declaration of VLSM, an asylum seeker whose name has been redacted to protect his or her identity.

13. Attached hereto as Exhibit 12 is a true and accurate copy of the declaration of SOMM, an asylum seeker whose name has been redacted to protect his or her identity.

14. Attached hereto as Exhibit 13 is a true and accurate copy of the declaration of SGH, an asylum seeker whose name has been redacted to protect his or her identity.

15. Attached hereto as Exhibit 14 is a true and accurate copy of the declaration of RGB, an asylum seeker whose name has been redacted to protect his or her identity.

16. Attached hereto as Exhibit 15 is a true and accurate copy of the declaration of RJCM, an asylum seeker whose name has been redacted to protect his or her identity.

17. Attached hereto as Exhibit 16 is a true and accurate copy of the declaration of NSS, an asylum seeker whose name has been redacted to protect his

1   or her identity.

2       18.   Attached hereto as Exhibit 17 is a true and accurate copy of the
3   declaration of MEMG, an asylum seeker whose name has been redacted to protect
4   his or her identity.

5       19.   Attached hereto as Exhibit 18 is a true and accurate copy of the
6   declaration of MLLO, an asylum seeker whose name has been redacted to protect
7   his or her identity.

8       20.   Attached hereto as Exhibit 19 is a true and accurate copy of the
9   declaration of MJBP, an asylum seeker whose name has been redacted to protect his
10   or her identity.

11       21.   Attached hereto as Exhibit 20 is a true and accurate copy of the
12   declaration of MGCC, an asylum seeker whose name has been redacted to protect
13   his or her identity.

14       22.   Attached hereto as Exhibit 21 is a true and accurate copy of the
15   declaration of MCLGI, an asylum seeker whose name has been redacted to protect
16   his or her identity.

17       23.   Attached hereto as Exhibit 22 is a true and accurate copy of the
18   declaration of LM, an asylum seeker whose name has been redacted to protect his or
19   her identity.

20       24.   Attached hereto as Exhibit 23 is a true and accurate copy of the
21   declaration of MI, an asylum seeker whose name has been redacted to protect his or
22   her identity.

23       25.   Attached hereto as Exhibit 24 is a true and accurate copy of the
24   declaration of KPBP, an asylum seeker whose name has been redacted to protect his
25   or her identity.

26       26.   Attached hereto as Exhibit 25 is a true and accurate copy of the
27   declaration of KARP, an asylum seeker whose name has been redacted to protect his
28   or her identity.

1    27.    Attached hereto as Exhibit 26 is a true and accurate copy of the declaration of JIER, an asylum seeker whose name has been redacted to protect his or her identity.

28.    Attached hereto as Exhibit 27 is a true and accurate copy of the declaration of JJSP, an asylum seeker whose name has been redacted to protect his or her identity.

29.    Attached hereto as Exhibit 28 is a true and accurate copy of the declaration of JRMP, an asylum seeker whose name has been redacted to protect his or her identity.

30.    Attached hereto as Exhibit 29 is a true and accurate copy of the declaration of JRT, an asylum seeker whose name has been redacted to protect his or her identity.

31.    Attached hereto as Exhibit 30 is a true and accurate copy of the declaration of JV, an asylum seeker whose name has been redacted to protect his or her identity.

32.    Attached hereto as Exhibit 31 is a true and accurate copy of the declaration of IYHB, an asylum seeker whose name has been redacted to protect his or her identity.

33.    Attached hereto as Exhibit 32 is a true and accurate copy of the declaration of IEHC, an asylum seeker whose name has been redacted to protect his or her identity.

34.    Attached hereto as Exhibit 33 is a true and accurate copy of the declaration of II, an asylum seeker whose name has been redacted to protect his or her identity.

35.    Attached hereto as Exhibit 34 is a true and accurate copy of the declaration of HGG, an asylum seeker whose name has been redacted to protect his or her identity.

36.    Attached hereto as Exhibit 35 is a true and accurate copy of the

1  declaration of HAC, an asylum seeker whose name has been redacted to protect his
2  or her identity.

3       37.    Attached hereto as Exhibit 36 is a true and accurate copy of the
4  declaration of HVPM, an asylum seeker whose name has been redacted to protect
5  his or her identity.

6       38.    Attached hereto as Exhibit 37 is a true and accurate copy of the
7  declaration of GP, an asylum seeker whose name has been redacted to protect his or
8  her identity.

9       39.    Attached hereto as Exhibit 38 is a true and accurate copy of the
10 declaration of GMM, an asylum seeker whose name has been redacted to protect his
11 or her identity.

12      40.    Attached hereto as Exhibit 39 is a true and accurate copy of the
13 declaration of GP, an asylum seeker whose name has been redacted to protect his or
14 her identity.

15      41.    Attached hereto as Exhibit 40 is a true and accurate copy of the
16 declaration of FAGR, an asylum seeker whose name has been redacted to protect his
17 or her identity.

18      42.    Attached hereto as Exhibit 41 is a true and accurate copy of the
19 declaration of FCAG, an asylum seeker whose name has been redacted to protect his
20 or her identity.

21      43.    Attached hereto as Exhibit 42 is a true and accurate copy of the
22 declaration of ELLC, an asylum seeker whose name has been redacted to protect his
23 or her identity.

24      44.    Attached hereto as Exhibit 43 is a true and accurate copy of the
25 declaration of ESFC, an asylum seeker whose name has been redacted to protect his
26 or her identity.

27      45.    Attached hereto as Exhibit 44 is a true and accurate copy of the
28 declaration of ESPT, an asylum seeker whose name has been redacted to protect his

or her identity.

46. Attached hereto as Exhibit 45 is a true and accurate copy of the declaration of DNP, an asylum seeker whose name has been redacted to protect his or her identity.

47. Attached hereto as Exhibit 46 is a true and accurate copy of the declaration of DZP, an asylum seeker whose name has been redacted to protect his or her identity.

48. Attached hereto as Exhibit 47 is a true and accurate copy of the declaration of DKB, an asylum seeker whose name has been redacted to protect his or her identity.

49. Attached hereto as Exhibit 48 is a true and accurate copy of the declaration of CDR, an asylum seeker whose name has been redacted to protect his or her identity.

50. Attached hereto as Exhibit 49 is a true and accurate copy of the declaration of CGD, an asylum seeker whose name has been redacted to protect his or her identity.

51. Attached hereto as Exhibit 50 is a true and accurate copy of the declaration of CD, an asylum seeker whose name has been redacted to protect his or her identity.

52. Attached hereto as Exhibit 51 is a true and accurate copy of the waitlist for asylum seekers in Nogales, Mexico as of November 9, 2019. Pursuant to this Court's prior order (Dkt. 332), Plaintiffs have redacted the names and dates of birth of asylum seekers from the wait list.

53. Attached hereto as Exhibit 52 is a true and accurate copy of photographs of the family waitlist for asylum seekers in Ciudad Acuña, Mexico taken in August 2019. Pursuant to this Court's prior order (Dkt. 332), Plaintiffs have redacted from the wait list the names of asylum seekers and their temporary location while waiting to be inspected.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 26th day of February 2020 at Washington, D.C.

*/s/ Stephen M. Medlock*

Stephen M. Medlock

DECLARATION OF STEPHEN M. MEDLOCK