**MAYER BROWN LLP**
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

**SOUTHERN POVERTY LAW CENTER**
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 8 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8    *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9    *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13   *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

**Declaration of** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I was born on ▇▇▇▇▇▇▇ in El Salvador. I am currently detained in the South Texas Family Residential Center with my 1-year old daughter.

2. I fled El Salvador to seek asylum in the United States. On July 3, 2018 around 4 or 5 in the afternoon I arrived at the port of entry between Piedras Negras, Mexico and Eagle Pass, Texas with my daughter. I paid coins and started to walk across the bridge.

3. Halfway across the bridge, I was stopped by two U.S. immigration officials. I told them that I had come to seek asylum because I could not be in my country because of a problem I had there. They said that there were gangs here in the United States too just like in El Salvador. They said if I entered by the river I would be deported to my country but to enter the port of entry I had to wait because it was too full.

4. I waited on the bridge but my name was not called. When it got dark, the officials said we had to leave. I went to a migrant shelter. Other women there told me they had tried to turn themselves in at the port of entry four days in a row and had always been rejected. One of the times, Mexican officials came and detained everyone except for them because they had Mexican papers. Because of this, I was afraid to return to the port of entry the next day and entered the United States by the river.

I, ██████████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

██████████████ _(signature)_
Signature

7/15/18
Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ██████████████ in Spanish.

_KaRMurphy_ (signature)
Signature

7/15/18
Date