| | |
|---|---|
| 1 | MAYER BROWN LLP |
|   |   Matthew H. Marmolejo (CA Bar No. 242964) |
| 2 |   *mmarmolejo@mayerbrown.com* |
|   | 350 S. Grand Avenue |
| 3 | 25th Floor |
|   | Los Angeles, CA 90071-1503 |
| 4 |   Ori Lev (DC Bar No. 452565) |
|   |   (*pro hac vice*) |
| 5 |   *olev@mayerbrown.com* |
|   |   Stephen M. Medlock (VA Bar No. 78819) |
| 6 |   (*pro hac vice*) |
|   |   *smedlock@mayerbrown.com* |
| 7 | 1999 K Street, N.W. |
|   | Washington, D.C. 20006 |
| 8 | Telephone:  +1.202.263.3000 |
|   | Facsimile:   +1.202.263.3300 |

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 9 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9     *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

16
17
18
19
20
21
22
23
24
25
26
27
28

**Declaration of** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I was born on ▮▮▮▮▮▮▮▮ in Honduras. I am currently detained in the South Texas Family Residential Center with my 7-year old son.

2. I fled death threats in Honduras to seek asylum in the United States. On May 20, 2018 I arrived at the port of entry called Bridge #1 between Piedras Negras, Mexico and Eagle Pass, Texas around 7 or 7:30 in the morning with my son, a friend, her two children, and several other asylum seekers we had met on the journey.

3. We paid the coins and walked across the bridge. Several officials in blue uniforms were standing in the area where they search cars. They flashed a flashlight at us to tell us to stop. They told us we could not enter the United States.

4. We begged on our knees to let us enter because we were afraid to return to our country. I said had been threatened with death. The officials said, "Don't beg us, we aren't going to let you in." They said that if we did not go back willingly, they were going to take us out by force. Because I had to keep repeating the reason we had come in front of my son, he has been very upset since then and asks me frequently if we are going to be killed.

5. We kept begging and saying that we could not go back. Two officials grabbed my shoulders and dragged me out of the port of entry to the border of Mexico. My son was crying and yelling "Leave my mommy alone!" The officials grabbed me so hard that it left marks on my arms. My friend had a lot of bruises on her arms because they did the same thing to her.

6. We spent the rest of the day walking around because we had nowhere else to go, even though we were afraid that Mexican immigration officials. We had to spend the night in the street. The children slept a little but the adults could not sleep because we were afraid.

7. The next day, on May 21, we crossed the river walking to enter the United States because we felt we had no other choice to save our lives. I had to carry my son through the deeper parts. The current was so strong that it pulls at people. We do not know how to swim. It is difficult to stay standing.

I, ████████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____    5/29/18
Signature                                                          Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ████████████████ in Spanish.

__KZR Murdza__                                          5/29/18
Signature                                                          Date