MAYER BROWN LLP
　Matthew H. Marmolejo (CA Bar No. 242964)
　*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
　Ori Lev (DC Bar No. 452565)
　(*pro hac vice*)
　*olev@mayerbrown.com*
　Stephen M. Medlock (VA Bar No. 78819)
　(*pro hac vice*)
　*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:　+1.202.263.3000
Facsimile:　+1.202.263.3300

SOUTHERN POVERTY LAW CENTER
　Melissa Crow (DC Bar No. 453487)
　(*pro hac vice*)
　*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EX. 10 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮. I was born on ▮ in Honduras. I am currently detained in the South Texas Family Residential Center with my 4-year old son.

2. I fled Honduras to seek asylum in the United States. On May 19, 2018 around 3 p.m., I arrived at the port of entry between Reynosa, Mexico and McAllen, Texas with my son. I paid the coins and walked across the bridge. Two immigration officials, one man and one woman, were standing on the American side of the bridge.

3. When I approached the immigration officials, the man asked where I was from. I said that I was from Honduras. He asked for my documents and I showed him my Honduran documents. I said that I could not return to Honduras because I had problems there and was afraid. They said that there was no asylum and I could not pass. He said that either way they were going to deport me so I had to go back where I had come from. I begged him to please let me in but he continued to say no. He said that they had gotten rid of the law that allowed for asylum for children.

4. I was afraid that if I did not go back to Mexico, the U.S. officials could deport me to Honduras so I left. I was also afraid to go back to Mexico because the Mexican officials could also deport me to Honduras, where my life is in danger.

5. That same day, I crossed the river with my son even though I was afraid to do so because I felt I had no other choice. I do not know how to swim very well. I held my son on my lap on an inflatable raft.

I, ███████████████████████████ swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____        5/29/18
Signature                                    Date


I, __Katherine Muroza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████ in Spanish.

__K2R Murphy__                          5/29/18
Signature                                    Date