MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 11 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████████████████. I was born on ████████ in El Salvador. I am currently detained in the South Texas Family Residential Center with my 2-year old daughter.

2. I fled El Salvador to seek asylum in the United States. On May 27, 2018 around 9 a.m. I arrived at the port of entry between Reynosa, Mexico and Hidalgo, Texas with my daughter.

3. I paid coins to enter and started to walk across the bridge. Three U.S. officials stopped me around the middle of the bridge and asked for my documents. I said that I did not have documents to enter the U.S. They told us to stand off to the side. I wanted to tell them why I had come but they immediately walked away to talk to other people.

4. I waited for an hour hoping that they would come back and talk to me about seeking asylum. Instead, five Mexican officials arrived and told me they had to leave with them. I believe that they were called by the U.S. officials.

5. I left with the Mexican officials. They put my daughter and I in a detention center for families in Reynosa for three days. They transferred us to a jail in Cayuca, Mexico for three days. In that jail, everyone could see you when you were using the toilet. The food there was very bad and almost no one ate. Many children were sick. My daughter became sick with diarrhea but they did not give her medicine. A doctor said that she needed different food but the people who ran the jail would not give it to her. They then deported us to El Salvador.

6. I spent ten days in hiding and then traveled in the U.S. again, because I was still afraid for my life and that of my daughter in El Salvador. The second time, I entered the United States through the river. The current was strong and I am not a strong enough swimmer to swim while carrying my daughter.

I, ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

▌▌▌▌▌▌▌▌▌▌▌▌▌▌        7/1/18
Signature                       Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ▌▌▌▌▌▌▌▌▌▌▌ in Spanish.

KR Murdza        7/1/18
Signature              Date