MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EX. 12 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████████████████ I was born on ███████████ in El Salvador. I am currently detained in the South Texas Family Residential Center with my 13-year old son.

2. I fled El Salvador to seek asylum in the United States. On August 25, 2018 around 10:30 a.m., I arrived at the main port of entry between Nogales, Mexico and Nogales, Arizona right next to the train tracks.

3. I stood at the end of a long line. Around 1:30 p.m., I arrived at the front of the line. An official asked me for my documents. I explained that I had come to seek asylum. I wanted to explain more about the fact that I was afraid to return to my country but he did not give me the opportunity.

4. The official walked us outside and told us to sit on the ground outside of the line and wait. There were about ten families there already waiting. They told us we had to wait in a line on the ground with our backs to the wall.

5. We only had food, water, and bedding because people came from humanitarian groups to give it to us twice a day. We had nowhere to shower and sometimes the toilet was locked. We slept on the floor. It was very hot during the day and very cold during the night. It rained twice and we got wet.

6. Americans walking passed us insulted us frequently. It was humiliating. One person said that immigrants were like sperm, because only one out of many was good enough. Another woman spit at us and told us we were disgusting. My son and I were very sad to be treated like this because we had already suffered so much in our country and on the journey,

7. The officials would come out once and a while and count us, but none of us were allowed in Saturday, Sunday, or Monday. Starting on Tuesday, about three families were accepted each day. On Thursday, August 30, immigration officials finally let us enter.

I, ███████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

___█_____        ___9/13/19___
Signature                             Date


I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████ in Spanish.

___KaR Murdza___                      ___9/13/18___
Signature                             Date