MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br>    Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 13 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ████████████████████████ I was born on ████████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 2-year old daughter.

2. I fled gang threats in Honduras to seek asylum in the United States. On August 24, 2018 around 6 a.m., I arrived at the port of entry between Nuevo Laredo, Mexico and Laredo, Texas with my daughter. I paid four pesos to enter the bridge and started to walk across.

3. Halfway across the bridge, where there is a line between Mexico and the U.S. immigration two American officials asked for my documents. I explained that I had come to seek asylum. They told me to sit down and wait because it was going to take a while. My daughter was hungry but we didn't have anything to eat. We were also thirsty. We needed to use the bathroom but there was none available.

4. After about two hours, one of the American officials spoke on a radio. A Mexican immigration official arrived soon after that and asked for documents. I showed him my Honduran ID. He told me to come with him so I did.

5. When we arrived at the office of the Mexican immigration, he asked me where I was from and if I was traveling with my daughter. He said that the Americans were not going to give asylum and they had called him to detain her. He said that because I had a little girl with me, he wasn't going to detain me, but would let me go to give me a chance to cross elsewhere. He said that he did not want to see me around there again.

6. I bought a bus ticket and traveled four hours to Reynosa, where we crossed the river. We crossed on an inflatable raft with 23 people on it in total. I was afraid because I heard that a raft had recently flipped over. My daughter was terrified and was crying. I am not a strong enough swimmer to swim carrying her. I put her between my legs and held her.

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓_       _9/11/18_
Signature                                            Date

I, _Katherine Murdza_ , certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in Spanish.

_K2F Murdza_      _9/11/18_
Signature                                            Date