MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 14 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████. I was born on ██████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 6-year old son.

2. I fled Honduras to seek asylum in the United States. On or around around May 3, 2018 around 6 p.m., I arrived at the port of entry between Reynosa, Mexico and McAllen, Texas with my son. I paid coins to enter and started to cross the bridge. There were two immigration officials halfway across the bridge. They asked for my documents. I showed my Honduran ID and explained that I had come to seek asylum.

3. They told me to go back to the Mexican side of the bridge and wait because there was no space inside. They said it might take two or three days. There were four other mothers and one father each with a child all there to seek asylum. I begged the officials to please help me because a huge storm was coming. They told me I should have thought of that because I left my country.

4. My son and I were very cold and wet from the rain. It was especially difficult for me because my son cannot hear or speak and I could not explain to him why we could not eat or go inside. I returned to the officials several times and begged them again to allowed us in but they would not.

5. I lay down on the ground to try to keep my son warm but I could not sleep. He was shivering in his sleep. When he woke up in the morning, I cried because I had no food to give him. I could not feel my arms from my son sleeping on me all night. I saw that the immigration officials were laughing at us and speaking English. We spent the whole night there until about 9 or 10 in the morning when they allowed us inside.

I, ███████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

███████████████████████                                 5/16/18
Signature                                                Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████████ in Spanish.

KaR Murdza                                              5/16/18
Signature                                                Date