MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 16 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████████ I was born on ████████████ in Cuba. I am currently detained in the South Texas Family Residential Center with my 13-year old son.

2. I fled Cuba to seek asylum in the United States. On June 1, 2018 around 3 p.m., I arrived at the port of entry between Nuevo Laredo, Mexico and Laredo, Texas with my son. I paid the coins to enter the bridge, and started walking across the bridge.

3. An immigration official asked me if I was Cuban. I said yes and that I had come to seek asylum. He said he could tell from a distance what country people were from. He asked for my ID and I showed it to him. He said that there was no room for us to enter and we would have to wait. He said it would be better for us to leave and wait in a hotel until there was room. I did not leave because I was afraid that Mexican officials would deport me. The official told me that we had to wait on the Mexican side of the bridge.

4. About 15 asylum seekers arrived throughout the rest of the evening and waited behind us. The immigration officials did not give us blankets, food, or water. We asked to use the bathroom on the American side of the bridge. The official said we could do what we wanted on the Mexican side but we could not come onto the American side. It was cold at night and hot during the day. My son spent the night sitting on a backpack because we had not come prepared to sleep outside and we did not have anything else.

5. In the morning, even more asylum seekers arrived. My son and I and a family of four were allowed to enter at 5 a.m. on June 2, 2018. I later spoke to other asylum seekers who said that the next group was not allow in until 5 p.m. that day.

I, ███████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____███_____     __6/11/18__
Signature                            Date


I, __Katherine  Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████ in Spanish.

__KaP Murdza__     __6/11/18__
Signature           Date