MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 17 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ████████████████████████ I was born on ████████████ I am currently detained in the South Texas Family Residential Center (STFRC) with my 6-year old son.

2. I fled Honduras to seek asylum in the United States. On Monday May 21, 2018 around 11 a.m. or noon, I arrived at a port of entry into the United States with my son. I am not sure which city I was in. I paid coins to enter and walked across the bridge.

3. I approached an immigration official and told him that I wanted to pass. He asked if I had papers. I said that I did not. He asked where I was from. I said that I was from Honduras. He told me that my two options were to wait in line on the Mexican side of the bridge like everyone else or to go back to Mexico.

4. I went to the end of the line. I thought that I was only going to have to wait for a little while. Hours passed and the officials did not tell us anything. Night arrived and we had to sleep on the cement without blankets. We ended up spending four days outside the port of entry. In the afternoon we were very hot sitting in the son. At night, we were very cold. On Wednesday or Thursday, someone passing by gave us two large blankets to share among the whole group.

5. There were four other families waiting to seek asylum when I arrived. Some of the families had been waiting since Saturday, May 19th. Later in the week two more families arrived, until we were 16 asylum seekers in total. I did not leave the port of entry at all for four days because I was afraid that Mexican immigration would catch me and deport me to Honduras, where my life is in danger.

6. A woman named ████ from a Mexican agency called IDEM sometimes gave us food and water. However, there were many times that we went without meals. After two days, ████ went to speak to U.S. immigration officials and came back and told us that they said they were going to let us in but they could not say when. After ████ spoke to the immigration officials, they started coming out to talk to us once a day. Before that, they had not given us any information. A man wrote down how many people were there and which countries we were from.

7. On Friday May 25, the immigration officials allowed a woman with three children to enter. They said that no one else could come in. They said that if we were lucky, we could come in the following Monday. After seeing only one family enter all week, I believed that they would never let me in and left the port of entry.

8. That same day, I crossed the river with my son to enter the United States on an inflatable raft. I was very afraid because we do not know how to swim. When I reached the American

side of the river, I was detained by immigration officials around 2:30 in the afternoon. They put us in the car and drove around for hours looking for other immigrants. They did not offer us water at first but gave us some when we asked. They did not give us food.

9. We arrived at an immigration station around 7 p.m. The next day, the immigration officials took us to the *perrera,* which was only about 5 minutes away. We spent one night there and then were transferred by a 4-hour bus ride here to the STFRC.

I, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                      5/30/18
Signature                              Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ▇▇▇▇▇▇▇ in Spanish.

_KzR Murdza_                           5/30/18
Signature                              Date