MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page
Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 18 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9     *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

**Declaration of** ██████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ██████████ I was born on ██████████ in Guatemala. I am currently detained in the South Texas Family Residential Center with my 7- and 1-year-old daughters.

2. I fled Guatemala to seek asylum in the United States. On Saturday, June 2, 2018 around 8 a.m., I arrived at the port of entry between Piedras Negras, Mexico and Eagle Pass, Texas with my two daughters. I paid the coins to enter and walked across the bridge. An immigration official said that we had to wait because there was not space inside. He said to be patient and that they would give us asylum but we had to wait. I said that I was afraid to return to Guatemala but the official said that that did not matter and that I still had to wait.

3. There were about ten other asylum seekers waiting there already including children. Throughout the time that we waited, some people gave up waiting and left and others arrived. We had to wait on the sidewalk on the bridge with people walking by us. We did not have food or water and the officials did not give us any. It was very hot. For part of the day we were sitting in the sun. My daughters cried a lot because they were hungry and thirsty.

4. Some of the other asylum seekers had already asked to use the bathroom and the officials had told them they could not. I waited the whole day without urinating. I had to put one of my younger daughter's diapers on my older daughter because she could not wait to use the bathroom.

5. At 11 p.m. an official told us that we could not stay there overnight. I told the official that I did not have money to pay for a hotel and that I was afraid to return to Mexico because Mexican officials could deport us. The official said that if we did not leave they would call Mexican immigration and if we did not obey things would be worse for us.

6. We went to a Catholic church to ask for shelter but it was closed. The immigration officials had told us to stay in the migrant shelter but no one heard us when we knocked because they had closed at 6 p.m. We sat down outside the door. Finally, at 2 a.m. a young man woke up and allowed us in. He said "Thank God that you are okay because this is a very dangerous area."

7. The next day, on Sunday June 3 around 7:30 a.m., we went back to the port of entry and were told that there still was not space. They told us to come back the next morning.

8. When we arrived on Monday, June 4 around 8 a.m., they told us they had already allowed 6 people inside so they could not let me in but maybe in the afternoon or the next day. I

went to the port of entry for the fourth time around 4 p.m. the same day and they allowed me inside.

I, ███████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

███████████████████████████████            6/12/18

Signature                                                                Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████ in Spanish.

__Kar Murdza__                                                6/12/18

Signature                                                                Date