MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 19 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ██████████████████. I was born on ████████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 10-year old son.

2. I fled Honduras to seek asylum in the United States. On May 31, 2018, I arrived at the port of entry between Reynosa, Mexico and Hidalgo, Texas with my son. I paid coins to enter and walked across the bridge. I got in line and when it was my turn, an immigration official asked me for my visa. I said that I did not have one and that I came seeking asylum. He told us to go back and sit on the ground like everyone else. He said that if we tried to come in right now we would have problems.

3. We sat down with about ten other asylum seekers. Another official came out to write down our names and said that we would be called when we could enter but that at that time there was no space.

4. We had been kidnapped and robbed of all of our belongings in Mexico, so we did not have food, water, or a change of clothes. The officials did not give us anything. We had to survive off of volunteers who gave us things. Sometimes we were very hungry because volunteers had not come yet with food.

5. We did not bathe for a week. There was a bathroom open from 9 a.m. to 8 p.m. We had to wait all night to use the bathroom. It was extremely hot. From 1 to 8 p.m., the place we had to sit was in direct sunlight. There were large fans but they did not blow in the direction of the area we had to sit. I shared a sleeping pad and two pillows with my son, another woman, and her two children. We barely had room to lie down. My son and I developed congestion, coughs, and a sunburn. It was humiliating to sleep on the floor next to the line of people entering the U.S. I felt like a beggar.

6. Every day, more asylum seekers arrived. The officials said that only families with children under three were allowed to enter, but then they allowed many single adults pass ahead of us. Even after days had passed, I stayed on the bridge because was afraid to return to Mexico where I had been kidnapped. I was also afraid that Mexican officials could deport me to Honduras, where I am afraid for my life and that of my son.

7. My son and I were allowed to enter after seven days on the bridge. The woman with whom I shared the sleeping pad and her 6- and 8-year-old children were also there for the same seven days. Another woman I saw there and later met here in this detention center said she waited five days.

I, ███████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

███████████████████████                                6/12/18
Signature                                              Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████████ in Spanish.

KaR Murdza                                             6/12/18
Signature                                              Date