MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 20 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I was born on ▇▇▇▇▇▇▇▇ in Michoacán, Mexico. I am currently detained in South Texas Family Residential Center with my 1-year old son, ▇▇▇▇.

2. I traveled to the border of the United States with ▇▇▇▇ because I was fleeing domestic violence. On December 21 around 3 p.m., I arrived at a port of entry in Tijuana. I stood in a very long line for about 30 minutes. Long before I reached the front of the line, an official with dark skin asked me in Spanish if I was there for asylum. I said yes and he said to follow him.

3. The official led me outside the port of entry. There were about eight other asylum seekers there. The official said they had about 360 people inside. He said we could wait in a shelter for there to be room there but it might take days or weeks. He did not write our names on any type of waiting list. He said we could also try another port of entry, such as Nogales or Mexicali.

4. We sat outside hoping that they would let us in soon. I did not see a single asylum seeker allowed in during the time I was there. After about an hour, Grupos Beta, a Mexican government agency arrived and said that we could not be outside the port of entry because there was no space for them to take us.

5. Grupos Beta offered to drive us to a shelter but I was afraid to stay in Mexico and longer than necessary because my husband may have been looking for me. I decided to go to Mexicali with a young gay man who was trying to seek asylum because he faced persecution due to his sexual orientation.

6. We were very nervous because we did not know our way around that part of Mexico. We took a taxi to the bus station and then took a bus to Mexicali. I presented at the port of entry and was allowed to enter the United States.

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____    1/10/18
Signature                          Date


I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ▮▮▮▮▮▮▮▮▮▮ in Spanish.

K∂R Murdya                         1/10/18
Signature                          Date