1    MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
2       *mmarmolejo@mayerbrown.com*
     350 S. Grand Avenue
3    25th Floor
     Los Angeles, CA 90071-1503
4       Ori Lev (DC Bar No. 452565)
       (*pro hac vice*)
5       *olev@mayerbrown.com*
       Stephen M. Medlock (VA Bar No. 78819)
6       (*pro hac vice*)
       *smedlock@mayerbrown.com*
7    1999 K Street, N.W.
     Washington, D.C. 20006
8    Telephone:  +1.202.263.3000
     Facsimile:  +1.202.263.3300
9
     SOUTHERN POVERTY LAW CENTER
10      Melissa Crow (DC Bar No. 453487)
       (*pro hac vice*)
11      *melissa.crow@splcenter.org*
     1101 17th Street, N.W., Suite 705
12   Washington, D.C. 20036
     Telephone: +1.202.355.4471
13   Facsimile: +1.404.221.5857

14   *Additional counsel listed on next page*
     *Attorneys for Plaintiffs*
15
                    **UNITED STATES DISTRICT COURT**
16
                   **SOUTHERN DISTRICT OF CALIFORNIA**
17

18   Al Otro Lado, Inc., *et al.*,            Case No.:  17-cv-02366-BAS-KSC

19              Plaintiffs,
                                              **EX. 21 TO PLAINTIFFS' REPLY IN**
20        v.                                  **SUPPORT OF THEIR MOTION**
                                              **FOR CLASS CERTIFICATION**
21   Chad F. Wolf,[1] *et al.*,
                                              **Class Member Declaration**
22              Defendants.

23

24

25

26

27   _____

28   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
     McAleenan pursuant to Fed. R. Civ. P. 25(d).

1
2
3
4
5
6

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

7
8
9
10
11

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

12
13
14
15

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

16
17
18
19
20
21
22
23
24
25
26
27
28

**Declaration of** █████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████████ I was born on ███████████████ in Guatemala. I am currently detained in the South Texas Family Residential Center with my 8- and 11-year old daughters.

2. I fled Guatemala to seek asylum in the United States. On or around May 12, 2018, around 7:30 in the morning, I arrived at the port of entry between Piedras Negras, Mexico and Eagle Pass, Texas with my daughters.

3. We paid the coins, walked across the bridge, and approached a male immigration official right away as there was no line. He asked for our documents and wrote down our names. When he saw that our documents were from Guatemala, he said "There is no space for you here. Go back to your country. Goodbye, goodbye. Leave!". I wanted to explain why I had fled Guatemala but they did not allow me to speak. There were a few other asylum seekers behind me and they were told the same thing.

4. We turned around to leave but there were two uniformed men halfway across the bridge at right the border. One was from the United States and one was from Mexico. The Mexican said "What are you doing here? If you go back to Mexico, immigration officials will detain you."

5. We went back and forth several times because the U.S. officials kept saying there was no room and the Mexican official kept saying we would be deported if we left. My daughters and I were crying and sat down because we did not know what to do. An official came and told us we could not sit there. People passing by gave us some food or water because we did not have any.

6. Around 5 or 6 p.m., an official told us that they could not let us in but that we could go to a nearby church to sleep. We did so even though we were very afraid we would be detained by Mexican immigration.

7. We went to the port of entry twice a day for about thirteen days. U.S. officials told us to get in line at 6 a.m. so that we would be ready to enter at 7 a.m. when the port of entry opened, which we always did. Every day, they would tell us there was no space, but to check back at 4 p.m. At 4 p.m., they would say that there was no space and to come the next morning. For about the first four days, they would write down our information every time we came. After that, they just told us to come back without writing anything down. During the last few days, the officials stood halfway across the bridge to turn us back, so we could not even approach their office.

8. Some days they would not allow anyone in. Sometimes they would allow just a few families in per day. People would start arriving at 5 a.m. Sometimes we were the first

family in line, sometimes there were a few ahead of us. We were always near the front. Sometimes people would run ahead of us once the port of entry opened to be allowed in.

9.  We slept in a church shelter for all of the days we were waiting to enter the United States. They gave us meals at 8 a.m. and 4 p.m. each day. We did not eat lunch. Sometimes we were very thirsty when we were at the port of entry because we did not have money to buy water.

10.  On Thursday May 24, 2018, I got in line at 6 a.m. as usual. They allowed 3 families ahead of me to enter. An official told me there was no room for me but to come back at noon. I came back at 11 a.m. An official told me, "Today you won the lottery. There is room for you." He allowed us inside.

I, ███████████████████████ , swear under the penalties of perjury that the attached
declaration is true and correct to the best of my abilities. This declaration was read back to me
word for word in Spanish, a language in which I am fluent.

███████████

Signature

6/1/18

Date

I, _Katherine Murдza_ , certify that I am proficient in both Spanish and
English. I read the declaration above in its entirety to ████████████████████████
in Spanish.

_Kar Murдza_

Signature

6/1/118

Date