MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EX. 22 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>**Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

# DECLARATION OF L.M. [1]

I, L.M., hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. My name is L.M. I was born in Guatemala. I currently live in the United States.

3. I, along with a few other individuals, fled Guatemala in April 2018. I identify as LGBTQI, as do the other individuals who fled with me. In Guatemala, I was beaten and threatened with death because of my sexuality. The government and the police are especially hostile to LGBTQI individuals in my country.

4. I intended to reach the United States to ask for asylum. I travelled through Mexico for many weeks. I went to Nuevo Laredo, Mexico, to present at the Laredo Port of Entry, but a cartel threatened me and I was forced to leave. I travelled to many other towns and cities in Mexico in search of a safe place to present at a U.S. Port of Entry, but I was beaten and robbed multiple times. Eventually, I reached Ciudad Juarez, Mexico, on May 20, 2018. I stayed at a local shelter.

5. The next day, on May 21, 2018, I, along with some of the individuals with whom I originally fled Guatemala, went to the Paso Del Norte International Bridge to present myself for asylum at the Paso Del Norte Port of Entry in El Paso, Texas. When I reached the middle of the bridge, three U.S. Customs and Border Protection officers stopped me and asked for my identification. I told them that I didn't have documentation, and that I was from Guatemala and was afraid of returning for the reasons stated above. I told the officers that I wanted to apply for asylum in the United States. I also told them that the other individuals with me

---

[1] To protect my life and the lives of my family members, I am proceeding under initials.

1

wanted to apply for the very same reasons. In response, the CBP officers told me that the United States was not giving asylum to Guatemalans. They told us that Guatemalans make people "sick." At the end, they told me to come back another day. They refused to let me or any of the other individuals with whom I went pass the middle of the bridge, and we were forced to return to Juarez.

6. I returned to the Paso Del Norte International Bridge the next day on May 22, 2018. Again, I was stopped by CBP officers who refused to let me apply for asylum because they were not giving asylum to Guatemalans. They refused to let me or any of the other individuals pass the middle of the bridge, and we were forced to return to Juarez.

7. I returned to the Paso Del Norte International Bridge the next day on May 23, 2018 for the third time. Again, I was stopped by CBP officers who refused to let me apply for asylum because they were not giving asylum to Guatemalans. They refused to let me or any of the other individuals pass the middle of the bridge, and we were forced to return to Juarez.

8. I returned to the Paso Del Norte International Bridge the next day on May 24, 2018 for the fourth time. Again, I was stopped by CBP officers who refused to let me apply for asylum because they were not giving asylum to Guatemalans. They refused to let me or any of the other individuals pass the middle of the bridge, and we were forced to return to Juarez.

9. I returned to the Paso Del Norte International Bridge the next day on May 25, 2018 for the fifth time  Again, I was stopped by CBP officers who refused to let me apply for asylum because they were not giving asylum to Guatemalans. They refused to let me or any of the other individuals pass the middle of the bridge, and we were forced to return to Juarez.

10. Rejected five times, I crossed the U.S.-Mexico border somewhere in a mountain range near New Mexico on May 26, 2018. I was apprehended by Border

Patrol shortly thereafter in New Mexico. I was prosecuted for illegal entry and pled guilty. I passed by credible fear interview and am currently in removal proceedings where I will ask for asylum.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2018 at Las Cruces, New Mexico

*/s/ L.M.*

L.M.

## CERTIFICATION

I, Angelo Guisado, declare that I am fluent in the English and Spanish languages.

On October 4, 2018, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2018 at Las Cruces, New Mexico

*/s/ Angelo Guisado*                                           October 4, 2018

Angelo Guisado

3