Case 3:17-cv-02366-BAS-KSC   Document 413-25   Filed 02/26/20   PageID.32007
Page 1 of 4

1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 24 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████████████ I was born on ████████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 2-year old son.

2. I fled Honduras on June 15, 2018 to seek asylum in the United States. On a Wednesday about 3 weeks later, I believe on July 4, 2018, around 9 p.m. my son and I arrived at the port of entry between Reynosa, Mexico and Hidalgo, Texas. The bridge was named Benito Juarez International Bridge.

3. I paid coins to enter and started to cross the bridge. An America immigration official told me to stop in English. He spoke on the phone in English. I wanted to explain that I had come to seek asylum but he did not give me a chance to speak.

4. I waited hoping the official was going to process me to seek asylum, but a Mexican immigration official arrived about 10 minutes later. The Mexican official asked me if I had documents in Mexico and I said no.

5. The Mexican immigration official took us to a shelter with horrible conditions. We had to wash our clothes in the bathroom. The bathroom was always dirty and often didn't have toilet paper. The food was very bad. An older child hit my child very hard but if you scold or touch another child you get reported so I could not do anything to protect him. The guards there said that Hondurans were bad coming to their country.

6. After 11 days, we were deported to Honduras. Since we were still afraid for our lives there, I made the journey again immediately. This time I crossed the river because I was afraid of being deported again if I went to the port of entry.

7. I was terrified to cross the river. My son and I do not know how to swim. We crossed on a small inflatable raft whose plug had been replaced with a small stick. I was afraid that the stick would fall out and the raft would deflate.

I, ▮▮▮▮▮▮▮▮▮▮ ear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____   9/11/18
Signature                Date

I, Katherine Murdzz , certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ▮▮▮▮▮▮▮▮ in Spanish.

_____   9/11/18
Signature                Date