MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 25 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** █████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████████. I was born on ████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 9-year old son.

2. I fled threats in Honduras to seek asylum in the United States. On or around Monday, April 30, 2018 around 5 p.m. I arrived at the port of entry between Miguel Aleman, Mexico and Roma, Texas with my son. Two immigration officials in blue uniforms were standing on the U.S.-Mexico border halfway across the bridge. They asked us for our documents. I said that we did not have documents and that we were there to seek asylum. They said there was no room and that we would have to wait.

3. There were three other parents there seeking asylum who each had a child with them. One of the children was only one year old. The wind was very strong and the children were very cold and hungry. We waited for four hours but were afraid that the U.S. officials would turn us into the Mexican officials. We left because they kept telling us to wait longer and so we thought they were never going to let us in.

4. My son and I returned to the port of entry on May 1 around noon. Again, when we said that we did not have documents, the officials said that we had to wait. They said that it was full. They recommended that we leave and come back because we might have to wait a long time.

5. We asked them for water for the children and they did not give us any. When we asked to use the bathroom, they said we had to use the one in Mexico. I was afraid to go back to Mexico because the immigration officials there could deport me to Honduras. We waited several hours and then left.

6. On May 2 around 10 a.m., we returned to the port of entry for the third time. Each time that we went we spoke to different immigration officials. The officials told us that it was full and that we were not going to pass. They said every day some people leave and we had to wait for people to leave in order to enter. There were now about ten adults seeking asylum, some of them with children. We waited all day until 8 p.m. The children were very cold and hungry. My son said his head hurt because of the cold. A woman's daughter would not stop crying.

7. We asked the officials if they were going to allow us inside. They said we might have to wait 24 hours if we wanted to enter. We felt that this meant that they were not going to let us in. We left because we felt we had no choice.

8. Because I had been rejected from the port of entry three times, I had to cross the river on an inflatable raft to enter the United States on May 3. My son and I were very afraid because we do not know how to swim.

I, ███████████████████████ , swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____   5/16/18
Signature                 Date

I, Katherine Murdza , certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████████ in Spanish.

_____   5/16/18
Signature                 Date