MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 26 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▋

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▋ I was born on ▋ in Honduras. I am currently detained in the South Texas Family Residential Center with my 4-year old son.

2. I fled Honduras to seek asylum in the United States. On May 21, 2018 around 4:30 a.m. I arrived at Bridge #2 between Piedras Negras, Mexico and Eagle Pass, Texas with my son. I paid four coins to enter and started to walk across the bridge. Two immigration officials, one with a long-sleeve green shirt and one with a short-sleeve gray shirt stopped me next to a tall American flag.

3. The man with the green shirt asked me why I had come to the United States. I said I had come to ask for help. I said I was afraid to return to my country because I had been raped and I would be killed if I return. The man responded that everyone like me said that. I felt that he was referring to my race, that all black people said the same thing. He asked why I thought I could enter into his country for free. He said that if I did not return, they were going to take my son and put charges against me or deport me to my country. He told me that I could cross the river if I wanted to or try Bridge #1.

4. An officer that walked like he had a lot of power was walking towards us. Both officers told me that I would be better off leaving before their supervisor arrived so I walked back across the bridge.

5. Immediately after I was rejected at Bridge #2, I went to Bridge #1. I arrived around 8 a.m., right when they opened. I told an official that I was afraid to return to Honduras. He told me that he would like to let me in but there were too many people so I could not come in. There were about 25 other asylum seekers there being rejected. He told all of us to keep trying every day until they allowed us in.

6. I was too afraid to stay longer at the border because Mexican immigration could deport me to Honduras, where I am afraid for my life. Therefore, I decided I had to cross the river. I put my son on my shoulders and crossed the river alone at about 6 p.m that same day. My son does not know how to swim. The current was very strong and I was afraid and asked God to help us cross safely. We were both crying.

I, ███████████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____          5/19/18
Signature                                Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████ in Spanish.

Kak Murdza          5/29/18
Signature           Date