MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EX. 27 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>**Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** █████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is █████████████████ I was born on █████████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 8-year old son.

2. Around 11 a.m. on December 24, 2018, I arrived with my son at the port of entry at Bridge #2 between Piedras Negras, Mexico and Eagle Pass, Texas. I paid coins to enter the bridge. We walked across half the bridge until we reached a yellow line. Two officials were standing there and said we couldn't pass and that we had to wait behind line so we did.

3. Approximately every four hours the two officials switched off. When the second pair of officials arrived they also did not attend to us. They just laughed at us. It was hot and we were sitting in the sun. We did not have water or food. There was no bathroom inside the bridge. There were about 25 people in line and we would have had to go to the back if we got out of line so we did not go to the bathroom the entire time we were there.

4. As it got later, the officials seemed to be getting annoyed that we were still there. We were getting cold. Around 11 p.m., some private citizens arrived in a car and started to give us mattresses and food. This seemed to irritate the officials further.

5. The officials told us to sneak across the bridge while they looked the other way. We said no, we were going to wait to be legally allowed. Around 11:30 at night, two officials from the Mexican agency Grupos Beta arrived with brown pants and orange shirts. The Grupos Beta officials told us that we had to leave the bridge because the American officials had called them and said we were making them nervous. They said we could spend days there without being allowed in.

6. We did not leave immediately because we had already been waiting for so long and we were afraid to go back to Mexico, but Grupos Beta and the U.S. officials kept insisting we leave. Grupos Beta said they would call the Mexican deportation officials if we did not leave so we left out of fear. The officials took us to a shelter.

7. We spent a few days at the shelter, afraid to go outside because Mexican officials could deport us and there are organized crime groups that kidnap people. I had seen someone mugged in the street in Piedras Negras.

8. Finally, I walked across the river into the U.S. carrying my son because I felt I had no other choice. I was very afraid because the water was above my belly button and turbulent.

I, ███████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

████████████████

Signature

$1/7/19$

Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to _____ in Spanish.

Signature

$1/17/19$

Date