MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 29 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4      *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8      *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9      *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13     *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

**Declaration of** ▮▮▮▮▮▮▮▮▮▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I was born on ▮▮▮▮▮▮▮▮ in Honduras. I am currently detained in the South Texas Family Residential Center with my 10-year old son.

2. I fled Honduras to seek asylum in the United States. On Sunday June 3, 2018 around 10:20 p.m., I arrived at the port of entry between Nuevo Laredo, Mexico and Laredo, Texas. There were about 30 asylum seekers already waiting.

3. I told an official that I was Honduran and I came to ask for safety. They told me that all of the people were waiting to enter because there was no space and he did not know how long we would have to wait. He said that my other option was to go back to where we had come from.

4. I decided to wait because of the fear I had for my son's life if I returned to my country. We were only able to eat and drink because churches brought us food and water. It was very hot and there was no shade. We were sunburnt. We slept on the ground with pillows and blankets that strangers gave us.

5. We used the bathroom in a store but it was only open from 8 a.m. to 8 p.m. On Sundays it opened at 9 or 10. If we had to go to the bathroom at night, we used a bucket and had other people hold up a blanket for us for privacy from the passing cars. We could only pee at night. In the morning, people were waiting desperately for the bathroom to open. Some other asylum seekers told me that the officials had gotten mad at them for using the bucket. We tried to bathe with wet paper towels.

6. On Sunday June 10, after waiting one week, we were allowed to enter the United States.

I, ███████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____     6/16/18
Signature                                    Date

I, **Katherine Murdza**, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████ in Spanish.

*[signature]*                                6/16/18
Signature                                    Date