MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>              Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>              Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EX. 31 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>**Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** █████████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ████████████████████████. I was born on ██████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 4- and 8-year old daughters.

2. I fled Honduras to seek asylum in the United States. On or around May 16, 2018 around 5 p.m., I arrived at the port of entry between Reynosa, Mexico and McAllen, Texas with my daughters. I paid the coins to enter and walked across the bridge. There was no line so I walked right up to an immigration official.

3. I told the official that I had come to ask for asylum. He told me that they are not giving asylum to minors anymore. He told me to go back where I had come from. I left right away because I was afraid if they got mad at me they might call Mexican immigration to deport me. There were about four other asylum seekers there at the same time we were and they were also rejected.

4. A poor family that we did not know let us and another family sleep in their hallway. The next day, I crossed the river to enter the United States because I felt I had no choice. I crossed on an inflatable raft with my two daughters. I was very afraid. Other people crossing the river and others I met since I have been detained told me that they were also turned away when they tried to seek asylum at the port of entry.

I, ███████████████████████ swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

███████████████████████  
Signature

6/1/18  
Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to _____ in Spanish.

KaR Murdza  
Signature

6/1/18  
Date