MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 32 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████████ I was born on ██████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 5-year-old son and my 1-year old daughter.

2. I fled death threats in Honduras to seek asylum in the United States. On May 17, 2018 around 10 a.m., I arrived at the port of entry between Piedras Negras, Mexico and Eagle Pass, Texas with my son, my daughter, and my 17-year-old sister. People had told me that that bridge was called Bridge #1.

3. I paid coins to enter and walked across the bridge. Many people were walking back towards Mexico and told us that the immigration officials said we had to come back the next day, so I turned around and went back to Mexico.

4. The next day, on May 18, 2018 around 11 a.m., we returned to the same port of entry. An immigration official asked where we were from. I said we were from Honduras. He asked if we were immigrants. I said yes. He asked for our papers. I gave him our Honduran identity documents and said that we needed help because we could not return to our country. He said he understood that but I could not come in now and that I had to come back the next day.

5. The official said that if I stayed there they could take away my children. I explained that I did not have any way of feeding my children if I stayed in Piedras Negras longer. The official told me to go to the church. I told him the church had said I could not stay any longer than the three days they had already allowed me to stay.

6. I did not believe that the officials at Bridge #1 were ever going to let me in so we went to Bridge #2 around 3 p.m. There were about four immigration officials there. I told one that we needed help and that we could not return to Honduras because we were afraid. The official there told us that the president had given an order that they were not giving asylum to anyone anymore.

7. I cried and begged him to help me. He said that they could not do anything because the president had already given the order. I said that I would wait there until they let me in. He said that if I did that, they would take my children away from me. Another official with a mustache pushed me with my daughter in my arms. Several officials walked with me to the yellow line in the middle of the bridge and stayed standing there until I exited the bridge.

8. Because I had been rejected three times from ports of entry, I decided to cross the river. I carried our belongings, my sister carried my daughter, and a man we met carried my son.

I held my sister's hand but she and my daughter were almost dragged them away. In that moment I believed they were going to drown.

I, ███████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

████████████████████████████████                               5/28/18
Signature                                                      Date


I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████ in Spanish.

_KaF Murdza_                                                   5/28/18
Signature                                                      Date