MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 34 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ██████████████████████ I was born on ██████████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 8-year-old son and 12-year old daughter.

2. I fled Honduras to seek asylum in the United States. On May 20, 2018 I arrived at the port of entry called Bridge #1 between Piedras Negras, Mexico and Eagle Pass, Texas between 7:10 and 7:45 in the morning right when the port of entry was opening. I was with my children, a friend, her son, and about five other asylum seekers we had met on the journey including an 11-year-old unaccompanied boy. Our entire group are indigenous Garifuna.

3. We paid the coins and walked across the bridge. About eight officials approached us and told us to go back. The other asylum seekers turned around but my friend and I stayed. We said we could not go back because we had been threatened with death. They said that they did not care. An official said that if I did not go back they could take my children. They said that they did not do favors there and that there was no space for more people. They yelled at us in a very angry manner.

4. My children were terrified. They were screaming and crying. An official said "Ma'am, control your children. Make them be quiet." My son's lips turned white and he said "Mommy, let's go, they are going to kill us." Two officials grabbed my friend and dragged her back to Mexico. The same officials and another one came back, bent my arms behind my back, and dragged me and my children back to the border. I had three bruises on my right arm for four days. People who were crossing the port of entry seemed shocked by the way the officials treated us. I saw at least two of them taking videos.

5. The next day, on May 21, we crossed the river to enter the United States because we felt we had no other choice to save our lives. I had to carry my son and grab my daughter by the hand. My son does not know how to swim. We were terrified because we had heard many people have drowned trying to cross the river.

6. Being rejected from the port of entry caused me a lot of psychological harm. I have had to go to a psychologist to try to process how I was treated. It also caused psychological harm to my children. My daughter has told me several times that the official that dragged us out is very bad and she never wants to see him again.

I, ███████████████████████ swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

████████████████████████                    5/30/18
Signature                                    Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ██████████████████ in Spanish.

KZR Murphy                                  5/30/18
Signature                                    Date