MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 35 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** █████████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ████████████████████ I was born on ██████████ in Guatemala. I am currently detained in the South Texas Family Residential Center with my 3-year old son.

2. I fled Guatemala to seek asylum in the United States. On July 4 around 2 p.m., I arrived at the port of entry between San Luis, Mexico and San Luis, Arizona with my son. I told a female immigration officer that I needed to seek asylum because I was in danger in my country. She told me that she was very sorry but she could not allow me in because they were full. I kept begging her and she said if I kept insisting she would call Mexican immigration to take me away.

3. I left out of fear and sat outside a store for two hours. I returned to the port of entry around 5 p.m. I spoke with another female immigration official and once again said that I wanted to seek asylum. She told me in a very angry manner that I could not enter and that my problems in my country did not matter to her. I started to cry because my son had not eaten. She told me that she wasn't going to allow me to enter even if I cried, and if I did not leave she would call Mexican immigration to send me back to my country.

4. A woman who saw that I had been rejected drove me across a small bridge around 7 p.m. I stood in front of a fence and immigration officials came out through a gate and asked for my documents and allowed me inside.

I, ███████████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

███████████████████████         7/15/18
Signature                                    Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████ in Spanish.

_KRMurdz_                7/15/18
Signature                                    Date