MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                     Plaintiffs,<br><br>          v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                     Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EX. 36 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>**Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████████. I was born on ███ ███ ███ in Guatemala. I am currently detained in the South Texas Family Residential Center with my 12-year old daughter.

2. I fled death threats in Guatemala to seek asylum in the United States. On April 23, 2018 in the late afternoon, possibly around 4 p.m., I arrived at the port of entry between Reynosa, Mexico and McAllen, Texas with my daughter and a few people from the shelter we were staying in. I paid the coins to enter and crossed the bridge. We waited in line for about an hour. We met about ten other asylum seekers in the line.

3. Some of the other asylum seekers went ahead of us and I saw that they were being rejected. When it was our turn, we walked up to an immigration official and said we wanted to ask for asylum. He said that they could not receive us because there were too many people. We talked to the other asylum seekers and decided to leave because we felt we had no other choice and we were afraid they would turn us in to the Mexican officials.

4. Two days later, on April 25, my daughter and I crossed the river. We were terrified because we had heard that people die trying to cross and that there were crocodiles. My daughter and I crossed on the same tube with a man pulling us. My daughter does not know how to swim well and the current was very strong.

I, ██████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____
Signature

_5/11/18_____
Date

I, Katherine  Murdza_____, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ██████████████████████, in Spanish.

_____
Signature

_5/11/18_____
Date