MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EX. 37 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████ I was born on ███████ in Honduras. I am currently detained in South Texas Family Residential Center with my 14-year old daughter and my 12-year-old son.

2. I fled Honduras to seek asylum in the United States. On the morning of May 22, 2018, I arrived at the port of entry between Nuevo Laredo, Mexico and Laredo, Texas with my two children and a female friend. I paid the coins and walked across the bridge. There were about four asylum seeking families already waiting. They told me to sit down with them because we could not enter yet.

3. For eight days, no one was allowed to enter. An immigration official would come over occasionally and tell us we had to keep waiting. I did not have food or water, and had to survive off of what strangers gave me, which wasn't always enough.

4. It was very cold at night. We did not have blankets and slept on the ground. My daughter's lips became very chapped. It was hot during the day and we had to sit in the sun. The only bathroom available charged for entry. I did not have any money. We had to wait until someone gave us money to be able to go to the bathroom.

5. On May 30, I was finally allowed to enter the United States.

I, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ , swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬    6/16/18
Signature                                                        Date

I, Katherine Murdza , certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ▬▬▬▬▬▬▬▬▬▬ in Spanish.

*KR Murdza*    6/16/18
Signature                                                        Date