MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 40 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████. I am from Guatemala. I am currently detained in South Texas Family Residential Center with my 6-year old son, who is a United States citizen.

2. I fled Guatemala in order to seek asylum in the United States because I was threatened with death. On Tuesday November 21, I arrived at the port of entry between Reynosa, Mexico and McAllen, Texas around noon or 1 p.m. I paid the coins to cross the bridge and waited in line. When it was my turn, the immigration official asked me to show him my documents.

3. I showed the official my son's birth certificate of my son, which states that he was born in the United States. I also showed a photocopy of my DPI, the Guatemalan personal identification document. I told the official that I had come to turn myself in because I needed to seek asylum to protect my son. I explained that he was receiving death threats in Guatemala.

4. The official told me to wait and then told me to go inside the port of entry with two other officials. Once inside, I explained our situation again in the same way to those two officials. The officials told me that I could not be there and that they were going to return me to my country, without explaining to me why I could not seek asylum.

5. The officials asked if I had a relative who could come pick up my son, since he was a United States citizen. I said that we did not have anyone who could do that. They said that we should both just leave then. I said I did not have anywhere to go, but they both walked with me to the exit. It was clear that I did not have a choice. I had to go with them.

6. As we walked by, the first officials that I had talked to asked in Spanish why they were taking me out. I could tell that he did not want them to take me outside. The officials with me told him, no, let us remove her.

7. I went to a migrant shelter until I could contact my cousin in the United States. My cousin said that I should have turned myself in because then the officials would have called him. I explained that I had tried and that they would not let me. I wanted to do things the right way. Because of this, I decided to cross the river. It was very dangerous

8. After we were turned away from the border, ████ got very sick. He had a high fever, vomiting, and congestion. Because of my son's health, someone helped me cross the river. I do not know what I would have done without that person. We crossed on an inflatable tube. I was carrying ████ while getting into the river and I slipped ████ almost fell into the very fast current. We were very afraid because neither of us know how to swim.

9. I had to leave Guatemala to protect my son. I would not feel comfortable sending him with another relative. I am his mother and need to get him to safety myself. I knew that I had the right to seek asylum in the United States at a port of entry, but was kept from doing so by the officials there. Furthermore, I do not believe my son should have had to be put in danger crossing the river, especially because he is a United States citizen.

I, ███████████████████████ , swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

███████████████  12/12/17
Signature          Date

I, __Katherine Murdza__ , certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████ in Spanish.

__K&R Murdza__   12/12/17
Signature        Date