MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 41 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
 *bazmy@ccrjustice.org*
 Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
 *gschwarz@ccrjustice.org*
 Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
 *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
 Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
 *sarah.rich@splcenter.org*
 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
 *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
 Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
 *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▬▬▬▬▬▬▬▬▬

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▬▬▬▬▬▬▬▬▬ I was born on ▬▬▬▬▬ in El Salvador. I am currently detained in the South Texas Family Residential Center with my 1-year old daughter.

2. I fled El Salvador to seek asylum in the United States. On May 21, 2018 around 11 in the morning, I arrived at the port of entry between Ciudad Juarez, Mexico and El Paso, Texas with my daughter and a friend and her daughter who we had met along the way. We paid coins to enter and started to walk across the bridge.

3. There were two male U.S. immigration officials standing in the middle of the bridge close to the American flag and the line between the U.S. and Mexico. One of the officials asked for our documents. Since my friend had more experience traveling, I let her speak for both of us. My friend said we did not have documents for the United States because we came fleeing our countries.

4. The official interrupted her and said not to try to give explanations. He asked who had told us we could come into the United States. We started to cry and begged him to let us in. He said that if we did not have documents we were not going to enter. He said that it was a lie that if you bring children you will enter. He told us to go back to Mexico or he would call Mexican immigration officials to deports us.

5. My friend asked where we were going to go. The official said that that was not his problem. He said there was no space and all the ports of entry were going to do the same thing so we should go somewhere other than the United States. My friend insisted and kept asking him to let us in. He pushed her with both hands and said that we were blocking the path and pulled out his phone to call Mexican immigration. I was very afraid so I told my friend we should leave and we did.

6. We stayed in a hotel that night. The owner warned us about how dangerous the area was and explained that many people are kidnapped and ransomed there. We returned to the port of entry the next day around 7 a.m. My friend went ahead of me the officials stopped her in the middle of the bridge. I kept walking but saw her crying because they would not allow her to pass. When I arrived at the other side of the bridge, there were three lines. I waited in one of the lines.

7. When I got to the front of the line, I showed a female official my documents and told her that I had fled my country and that I wanted to seek asylum. She allowed me to enter and walked with me to another female official. That official seemed very angry and asked me why I had come to the United States. When I explained my case to her, she told me she was bored of hearing lies about gangs. She became very angry at me and asked why I had not gone to another country or applied for a visa.

I, ███████████████████████████ swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_____   6/1/18
Signature                          Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████████ in Spanish.

__KaR Murdzr_____   6/1/18
Signature                          Date