MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 42 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
 *bazmy@ccrjustice.org*
 Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
 *gschwarz@ccrjustice.org*
 Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
 *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
 Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
 *sarah.rich@splcenter.org*
 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
 *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
 Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
 *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name ███████████████████ I was born on ███████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 13- and 9-year-old daughters.

2. Around 11 a.m. on December 23, 2018, I arrived with my two daughters and my 18-year-old cousin to Bridge #1, a port of entry between Piedras Negras, Mexico and Eagle Pass, Texas. We paid coins to enter the bridge. Halfway across the bridge, I told two U.S. immigration officials that we wanted to seek asylum. The officials said that they did not have information there about asylum, and that for that process we had to go to Bridge #2 the next day to put our names on a list.

3. Around 1:30 p.m. on December 24, 2018, we went to Bridge #2. I paid the coins again and approached an official and explained that we had fled Honduras because someone was trying to kill us. He said, the person who takes the photos just left but get in line until that person comes back. There were about 18 people ahead of us. There were many children, including infants.

4. The officials changed every few hours. Each time, the new officials, would tell us to keep waiting in the line for them to process us. We did not have food or blankets until about 9 p.m. when a private citizen came and gave us some. It was very cold.

5. At about 10 p.m. the two officials there told us that this was going to take a little more time and that it might take until tomorrow and that there were not spaces in the shelters. He told us to leave. We said, no we were going to keep waiting because we had waited all day.

6. Four more officials came in two cars, making six officials. They told us not to try to cross illegally. We said, no, we were just going to wait peacefully. They said it could take a few days. We said we would wait that long.

7. The U.S. officials called Grupos Beta, who came and said that we had to leave or they would call some type of law enforcement official. They said that the process would take two or three months. We asked why they hadn't told us earlier. They said they had just heard this from the U.S. officials.

8. Grupos Beta took us to a shelter. There, they said a man would come and put us on the list of people waiting for asylum but he did not come. We had already spent the nights of the 22nd and 23rd in the shelter, so they only allowed us to sleep one more night. The night of the 25th we had to sleep outside in the street.

9. On December 26, I decided we had to cross the river because we had no other choice. We walked across the river, holding hands with other asylum seekers. The water was up to my

daughter's waist. The current was very fast and I fell. My daughter and many other children's eyes later became red with eye infections from the water.

I, ███████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

███████████ _____    1/7/2019
Signature                                  Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████ in Spanish.

K2R Murdza    1/7/2019
Signature      Date