1  MAYER BROWN LLP
2    Matthew H. Marmolejo (CA Bar No. 242964)
     *mmarmolejo@mayerbrown.com*
3  350 S. Grand Avenue
   25th Floor
4  Los Angeles, CA 90071-1503
     Ori Lev (DC Bar No. 452565)
5    (*pro hac vice*)
     *olev@mayerbrown.com*
6    Stephen M. Medlock (VA Bar No. 78819)
     (*pro hac vice*)
7    *smedlock@mayerbrown.com*
   1999 K Street, N.W.
8  Washington, D.C. 20006
   Telephone:  +1.202.263.3000
9  Facsimile:  +1.202.263.3300

10  SOUTHERN POVERTY LAW CENTER
      Melissa Crow (DC Bar No. 453487)
11    (*pro hac vice*)
      *melissa.crow@splcenter.org*
12  1101 17th Street, N.W., Suite 705
    Washington, D.C. 20036
13  Telephone: +1.202.355.4471
    Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 43 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ████████████████████. I was born on ████████████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 10- and 6-year-old daughters.

2. I fled death threats in Honduras to seek asylum in the United States. On Friday April 27, 2018 around 8 a.m. I arrived at the port of entry into Los Indios, Texas with my two daughters.

3. I crossed the bridge and approached an immigration official. She was fairly heavy with red hair, blue eyes, and pale skin. She asked for my papers and I gave her my temporary humanitarian visa for Mexico. She asked why I had come. I said that I was fleeing my country because they wanted to kill us. She looked at my documents and said, "oh you are Honduran? You can't enter. You have to go to Matamoros and get a visitor's visa to come to the United States. Go back." She pointed back where I had come from.

4. I felt I had no choice but to turn around because I was on foreign territory and I was afraid. Matamoros was 18 miles away. My daughters were exhausted because we had taken the bus for 6 miles too far and had to walk back to the port of entry. My daughters were very thirsty and had to go to the bathroom. I only had 300 pesos left and the hotel nearby costs 280 pesos. I had to depend on strangers to give us food, water, and shelter.

5. I returned the next day, April 28, around 6 p.m., when a different shift of officials was working and they allowed me inside.

I, █████████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

████████████████████████     5/9/18
Signature                    Date

I, Katherine Murdza , certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ████████████████████ in Spanish.

*KaR Murdza*                 5/9/18
Signature                    Date