MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 44 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮ I was born on ▮ in Honduras. I am currently detained in the South Texas Family Residential Center with my 2-year old daughter.

2. I fled domestic violence in Honduras to seek asylum in the United States. I attempted to present myself approximately six times with my daughter at the port of entry at Bridge #2 between Piedras Negras, Mexico and Eagle Pass, Texas between approximately May 8, 2018 and May 10, 2018 but was rejected every time.

3. The first time that I went to the port of entry, on or around May 8 at 9:00 a.m., I told an immigration official that I wanted to seek asylum. He wrote down my information and took copies of my ID and my daughter's birth certificate. He told me to come back at 1 p.m. I asked if I could wait there and he told me I had to go back to Mexico. I returned at 1, and an official told me to come back at 3. I returned at 3 and an immigration official told me to come back the next morning. Each time I went to the port of entry, I spoke to a different official.

4. I returned to the port of entry on May 9 and May 10 and was always told to come back later. Each time, they told me to go back to Mexico. I wanted to explain to them more about why I was afraid to Honduras but they would not let me. After the sixth time I was rejected, I stopped believing that they would eventually let me in.

5. During the days that I was waiting to enter the United States because the officials would not let me in, a man followed me in a truck. He got out of his truck and started to chase me and I had to run away carrying my daughter.

6. On May 10, around 6 p.m. my daughter and I entered the United States by crossing the river because I felt I had no other choice. I was terrified for my life and that of my daughter, who I carried across. The water came up to my chest and I do not know how to swim.

I, ███████████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

_████████████████████_  _5/24/18_
Signature                Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████ in Spanish.

_KPR Murdza_  _5/24/18_
Signature      Date