MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 45 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ███████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████ I was born on ███████ in Honduras. I am currently detained in the South Texas Family Residential Center with my 14-year old daughter.

2. I fled Honduras to seek asylum in the United States. On Friday June 1, 2018 around 8:00 a.m., I arrived at the port of entry between Reynosa, Mexico and Hidalgo, Texas with my daughter. I told an official that I did not want to return to Honduras because I had suffered there. The official said they were going to give us asylum but we had to wait because there was not space for families. We stayed because we were afraid we could be deported if we returned to Mexico and were afraid for our lives in Honduras.

3. We only had food and water from churches who brought it. We slept on the ground on only a sheet and were cold. An insect bit my daughter's eye while she was sleeping and her eye swelled up. The officials saw that her eye was swollen but did not provide medical services. It was very hot and we could not bathe.

4. The officials did not allow us to use the bathroom. A woman allowed us to use the bathroom in her store but it closed at 8 p.m. If we had to go to the bathroom at night, we had to wait until the morning. Some people urinated in plastic gallons but around the time we arrived the officials stopped allowing people to do this.

5. On June 8, after a week of waiting, we were finally allowed to enter the port of entry.

I, ███████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

████████████████████████        6/16/19
Signature                       Date


I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████ in Spanish.

KarMurdza                        6/16/18
Signature                        Date