MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 46 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮ I was born on ▮ in Honduras. I am currently detained in the South Texas Family Residential Center with my 6-year old son.

2. I fled Honduras to seek asylum in the United States. On May 21, 2018 around 8 a.m., I arrived at the port of entry between Ciudad Juarez, Mexico and El Paso, Texas with my son. I paid coins to enter and walked across the bridge.

3. I approached an immigration official and said that I needed help because fleeing my country. He said to go away. I told him that I hadn't eaten for days and that I was very thirsty. I started to cry. The official asked me why I did not ask for asylum in Mexico. He asked why we come bother them here instead of bothering the people in Mexico. He said that if I did not leave they were going to arrest me.

4. I immediately took a bus for about half an hour to another port of entry. I told two male officials there that I was fleeing my country. They said that they were not allowing people to enter and that I had to go back. They said that if I did not leave they would call Mexican immigration officials.

5. I took a bus to another bridge. As I approached, immigration officials were laughing at me, I assume because I had been traveling for several weeks and was very dirty. A woman asked me if I had a visa I said that I did not have one and that I was fleeing. She did not speak Spanish well so she told a man what to tell me. He said that they were no longer letting people enter. I started to cry. He told me not to cry because they were not going to let me in. He said to go away and stop bothering them.

6. The next day, I spent the rest of my money on a bus ticket to Reynosa, Mexico. It took me about two days. People there told me that the U.S. officials were not allowed anyone to enter any of the ports of entry. I decided that I had no choice but to enter the United States through the river. I traded my cell phone for someone to help me across the river on a tire. My son does not know how to swim and we were very afraid.

I, ███████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

██████████████████████████     6/8/18
Signature                                              Date

I, __Katherine Murdza__, certify that ███████████████████ English. I read the declaration above in its entirety to ███████████ in Spanish.

_KaR Murdza_                                      6/8/18
Signature                                              Date