MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page
Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EX. 47 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** <br><br> **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
 *bazmy@ccrjustice.org*
 Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
 *gschwarz@ccrjustice.org*
 Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
 *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
 Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
 *sarah.rich@splcenter.org*
 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
 *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
 Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
 *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▆▆▆▆▆▆▆▆▆▆▆▆▆. I was born on ▆▆▆▆▆▆▆ in Honduras. I am currently detained in the South Texas Family Residential Center with my 7-year old son.

2. My son and I fled Honduras to seek asylum in the United States. On or around Friday August 24, 2018 around 4 the afternoon, we arrived at the port of entry between Piedras Negras, Mexico and Eagle Pass, Texas.

3. I approached the bridge. A Mexican official in a blue uniform with a Mexican flag on the arm was standing next to the bridge. I told him that I wanted to seek political asylum because I was afraid to return to my country. He said that too many people had already entered, so I could not. I left because I was afraid that if I did not he would deport us to Honduras where our lives were in danger.

4. The next day, I walked across the river carrying my son to enter the United States. I knew it was dangerous but I felt I had no other choice to try to save my son's life. The river reached my chest and it was difficult for me to walk because I had twisted my ankle on the journey. Neither of us can swim. We almost drowned. My son was crying because he was so afraid. I could barely keep him above the surface and he swallowed a lot of water.

5. We arrived at an island. I tried to keep crossing but it was too deep. I returned to the island. American immigration officials arrived. They told me not to cross, and that if we drowned it was our own problem. I felt I could neither go forward to the United States or return to Mexico safely. Mexican rescue workers arrived and convinced the American immigration officials to help us, so they detained us.

I, ███████████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me ~~read forward in Span~~ish, a language in which I am fluent.

███████████████████████████  9/12/18
Signature                     Date

I, __Katherine Murdza__, certify that ~~I am proficient in both Spanish and~~ English. I read the declaration above in its entirety to ███████████████████████ in Spanish.

__KR Murdza__  9/12/18
Signature      Date