MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 48 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▮▮▮▮▮▮▮▮▮▮

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▮▮▮▮▮▮▮▮▮▮. I was born on ▮▮ ▮▮ ▮▮ in Honduras. I am currently detained in the South Texas Family Residential Center with my 5-year old daughter.

2. I fled Honduras to seek asylum in the United States. On or around May 28, 2018, I arrived at the port of entry between Ciudad Miguel Aleman, Mexico and Roma, Texas with my daughter.

3. I asked the official for help because we were fleeing our country alone and we were out of money. He said that the office was full of asylum seekers and that we would have to wait three months under the bridge to be able to enter. I asked him 4 times to please have mercy and help us. He said if we kept insisting on entering, they would give us 15 minutes to leave the area or else they would deport us. After he said this, I did not attempt to speak to the officials anymore because I was afraid.

4. My daughter and I sat down under the bridge to wait. There were already more than fifty people there. The officials did not give us food, water, or bedding. We had to survive with what people from churches donated. We slept on some pillows on the ground. It was very cold at night and very hot during the day. There was no bathroom so we had to go outside.

5. After about ten days, my daughter and I began to vomit and had fevers. I asked the officials for medicine but one of them asked who had forced us to come here and told me we had to endure it.

6. After two weeks, only about twenty people had been allowed inside. The officials said they were not going to allow any more people in. I decided to cross the river because I felt I had no other choice. I was very afraid because the current was strong and my daughter does not know how to swim.

I, ███████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

███████████████████                                              7/1/18
Signature                                                         Date

I, __Katherine Murdza__, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ███████████████████ in Spanish.

_K2R Murdza_                                                      7/1/18
Signature                                                         Date