MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 49 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Declaration of** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I was born on ▓▓▓▓▓▓▓▓▓▓ in Honduras. I am currently detained in the South Texas Family Residential Center with my 3-year-old son.

2. I fled Honduras with the intention of seeking asylum in the United States. On or around April 13th, 2018, I arrived at the port of entry between Piedras Negras, Mexico and Eagle Pass, Texas.

3. I paid 4 pesos to cross the bridge. There were two lanes for people to walk in. A U.S. immigration official told me that one was for people with documents and that I should go in the other lane. I did so and approached an immigration official at a desk at the front of the line. The official grabbed my shirt and another official grabbed my arm.

4. The first two officials called another official over. He grabbed my son's hand and asked what my name I was. My son said my name was ▓▓▓▓▓. The official asked my son if I was his mother and he said yes.

5. One of the officials asked me where I was going and said that I was illegal. I said that I had problems in my country and I could not go back. He yelled at me that I had to go back to my country because I could not be there in the United States. I was terrified and did not immediately respond. The official asked me why I wasn't talking. I said because he was yelling. He asked how I expected him to talk to him, still yelling at me.

6. The immigration officials let go of me and I walked back across the bridge with my son. As soon as we exited the bridge, I saw Mexican immigration officials very close by looking at me. I was terrified that they would deport us to Honduras where we were in danger, so I grabbed my son and ran through the park.

7. Three days later, my son and I crossed the river into the United States because I felt I had no other choice. The water was very deep and I had to swim across carrying him. I was afraid that we could drown. He was soaking wet when we got to the other side. He still talks about how the officials would not let us in and how he had to cross the river.

I, ████████████████████████, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

████████████████████  
Signature

4/20/18  
Date

I, Katherine Murdza, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ████████████████ in Spanish.

KER Murdza  
Signature

4/20/18  
Date