1  MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2      *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5     *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6     (*pro hac vice*)
      *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

15

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 50 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Class Member Declaration** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4      *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8      *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9      *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13     *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

**Declaration of** ███████████████████████████

I swear under penalty of perjury of the laws of the United States of America that the following is true and correct.

1. My name is ███████████████████████. I was born on ████████ in Mexico. I am currently detained in South Texas Family Residential Center with my 9-year old son and my 6-year-old daughter.

2. My children and I traveled to the United States with my husband, ███████████████. We were fleeing Mexico because of threats from the cartels. On December 21 around six in the morning, we arrived at the San Ysidro port of entry with my husband and my two children.

3. We approached a U.S. immigration official and asked where we should go to seek asylum. He said the officials at the front of the line would give us information. It was so early that there was barely anyone there and we walked right up to those officials.

4. Again, we explained that we wanted to seek asylum. The official said that there was no space for us right now. He told us to wait to the side and that someone would come out and tell us if we could come in.

5. We waited in a group of other asylum seekers, including a Salvadoran, a Guatemalan, a couple other Mexicans, and many Haitians. After a little while, a man came and told us to make a line. We were happy because we thought we were going inside. However, the man just counted us and left. He said there were 28 of us.

6. A little later, a different two men came out and asked us all what country we were from, counted us again, then left. After about four hours of waiting, an official came out and told us they were not going to let us in so we had to leave.

7. None of us left. Soon afterwards, four Mexican officials with a guns arrived and said if we did not leave voluntarily they would take us by force. The Haitians did not want to leave because they were afraid they would be deported from Mexico so the Mexican officials chased the Haitians out.

8. When there were only Mexicans remaining, the Mexican officials said they were not going to take us out by force because we were Mexican. They asked us to cooperate and go to a shelter because this is a federal area. They said it might take up to a month to be allowed into the port of entry.

9. The Mexican officials also told us that they were allowing people in through the port of entry in Mexicali. My husband asked if they were really going to let us in if we traveled to Mexicali. One of the officials said yes and showed him a message he had received about it from a co-worker. We traveled to Mexicali and were allowed through the port of entry into the United States.

I, ███████████████████████ swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

██████████████████████         1/15/18
Signature                       Date

I, Katherine Murdza _____, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ██████████████████████ in Spanish.

KaR Murdza                      1/15/18
Signature                       Date