1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 51 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Nogales Waitlist as of November 9, 2019, redacted** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

| # | Nombre | Hijos | Localización | Origen | Fecha llegada |
|---|---|---|---|---|---|
| 2482 | | 1 | | Guerrero | 4-8-2019 |
| 2483 | | 3 | | Guerrero | 4-8-2019 |
| | | | | | |
| 2485 | | 1 | | Guerrero | 4-8-2019 |
| 2486 | | 1 | | Honduras | 5/6/1991 |
| 2487 | | s/n | | Cuba | 5/8/2019 |
| 2488 | | s/n | | Cuba | 5/8/2019 |
| 2489 | | s/n | | Cuba | 5/8/2019 |
| 2490 | | | | Cuba | |
| 2491 | | s/n | | Cuba | 5/8/2019 |
| 2492 | | 1 | | Cuba | 6-8-2019 |
| | | | | Cuba | 6-8-2019 |
| 2493 | | s/n | | Honduras | 6-8-2019 |
| 2494 | | s/n | | Sonora | 6-8-2019 |
| | | s/n | | Honduras | 6-8-2019 |
| 2495 | | s/n | | Sonora | 6-8-2019 |
| 2496 | | s/n | | Juarez | 6-8-2019 |
| 2497 | | s/n | | Polonia | 6-8-2019 |
| 2498 | | s/n | | Cuba | 6-8-2019 |
| 2499 | | 2 | | Michoacan | 7-8-2019 |
| 2500 | | s/n | | Cuba | 7-8-2019 |
| | | s/n | | Cuba | 7-8-2019 |
| | | s/n | | Cuba | 7-8-2019 |
| 2501 | | s/n | | Cuba | 7-8-2019 |
| | | s/n | | Cuba | 7-8-2019 |
| 2502 | | s/n | | Guanajuato | 7-8-2019 |
| 2503 | | s/n | | Estado de Mexico | 7-8-2019 |
| 2504 | | s/n | | Cuba | 7-8-2019 |
| 2505 | | s/n | | Cuba | 7-8-2019 |
| 2506 | | s/n | | Cuba | 7-8-2019 |
| 2507 | | 1 | | Guerrero | 8-8-2019 |
| | | | | Guerrero | 8-8-2019 |
| 2508 | | s/n | | Nicaragua | 8-8-2019 |
| 2509 | | s/n | | Honduras | 8-8-2019 |
| 2510 | | s/n | | Venezuela | 8-8-2019 |
| 2511 | | 1 | | Guerrero | 8-8-2019 |
| 2512 | | 3 | | Honduras | 8-8-2019 |
| | | | | Honduras | 8-8-2019 |
| 2513 | | 3 | | Guerrero | 9-8-2019 |
| 2514 | | 2 | | Oaxaca | 9-8-2019 |
| 2515 | | 2 | | Honduras | 9-8-2019 |
| 2516 | | s/n | | Honduras | 9-8-2019 |
| 2517 | | s/n | | Cuba | 9-8-2019 |
| 2518 | | s/n | | Cuba | 9-8-2019 |
| 2519 | | s/n | | Venezuela | 9-8-2019 |
| 2520 | | s/n | | Guerrero | 9-8-2019 |
| 2521 | | s/n | | Estado de Mexico | 9-8-2019 |
| 2522 | | 2 | | Oaxaca | 9-8-2019 |
| 2523 | | s-n | | Honduras | 9-8-2019 |
| 2524 | | s/n | | Nicaragua | 10-8-2019 |
| 2525 | | s/n | | Cuba | 10-8-2019 |
| | | s/n | | Cuba | 10-8-2019 |
| 2526 | | 1 | | Cuba | 10-8-2019 |

| # | | | Count | | Country | Date |
|---|---|---|---|---|---|---|
| 2527 | ■ | | | ■ | Cuba | 10-8-2019 |
| 2528 | ■ | | s/n | ■ | Honduras | 10-8-2019 |
| 2529 | ■ | | s/n | ■ | Oaxaca | 10-8-2019 |
| 2530 | ■ | | s/n | ■ | Oaxaca | 10-8-2019 |
| 2531 | ■ | | s/n | ■ | Cuba | 10-8-2019 |
| 2532 | ■ | | s/n | ■ | Cuba | 10-8-2019 |
| 2533 | ■ | | s/n | ■ | Venezuela | 10-8-2019 |
| 2534 | ■ | | s/n | ■ | Venezuela | 10-8-2019 |
| 2535 | ■ | | 2 | ■ | Chiapas | 11-8-2019 |
| 2536 | ■ | | s/n | ■ | Guerrero | 11-8-2019 |
| 2537 | ■ | | s/n | ■ | Cuba | 11-8-2019 |
| 2538 | ■ | | s/n | ■ | Cuba | 11-8-2019 |
| | ■ | | 3 | ■ | Guerrero | 12-8-2019 |
| 2539 | ■ | | | ■ | Guerrero | 12-8-2019 |
| | ■ | | 4 | ■ | Guerrero | 12-8-2019 |
| 2540 | ■ | | | ■ | Guerrero | 12-8-2019 |
| 2541 | ■ | | 2 | ■ | Guerrero | 12-8-2019 |
| 2542 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2543 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2544 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2545 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2546 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2547 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2548 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2549 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2550 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2551 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2552 | ■ | | s/n | ■ | Cuba | 12-8-2019 |
| 2553 | ■ | | | ■ | Venezuela | 12-8-2019 |
| | ■ | | | ■ | Venezuela | 12-8-2019 |
| | ■ | | 3 | ■ | Venezuela | 12-8-2019 |
| 2554 | ■ | | 2 | ■ | Oaxaca | 12-8-2019 |
| 2555 | ■ | | 3 | ■ | Oaxaca | 12-8-2019 |
| 2556 | ■ | | 2 | ■ | Oaxaca | 12-8-2019 |
| 2557 | ■ | | 3 | ■ | Guerrero | 13-8-2019 |
| | ■ | | | ■ | Guerrero | 13-8-2019 |
| 2558 | ■ | | 2 | ■ | Guerrero | 13-8-2019 |
| 2559 | ■ | | s/n | ■ | Honduras | 13-8-2019 |
| 2560 | ■ | | s/n | ■ | Nicaragua | 13-8-2019 |
| 2561 | ■ | | s/n | ■ | Nicaragua | 13-8-2019 |
| 2562 | ■ | | s/n | ■ | Honduras | 13-8-2019 |
| | ■ | | s/n | ■ | Honduras | 13-8-2019 |
| 2563 | ■ | | 1 | ■ | Honduras | 14-8-2019 |
| 2564 | ■ | | s/n | ■ | Cuba | 14-8-2019 |
| 2565 | ■ | | s/n | ■ | Cuba | 14-8-2019 |
| 2566 | ■ | | s/n | ■ | Cuba | 14-8-2019 |
| 2567 | ■ | | s/n | ■ | Cuba | 14-8-2019 |
| 2568 | ■ | | s/n | ■ | Cuba | 14-8-2019 |
| | ■ | | s/n | ■ | Cuba | 14-8-2019 |
| | ■ | | s/n | ■ | Cuba | 14-8-2019 |
| 2569 | ■ | | 1 | ■ | Cuba | 14-8-2019 |

| # | | | Origin | Date |
|---|---|---|---|---|
| | | s/n | | Cuba | 14-8-2019 |
| | | s/n | | Cuba | 14-8-2019 |
| 2570 | | s/n | | Cuba | 14-8-2019 |
| 2571 | | s/n | | Cuba | 14-8-2019 |
| | | s/n | | Cuba | 14-8-2019 |
| 2572 | | s/n | | Cuba | 14-8-2019 |
| 2573 | | s/n | | Cuba | 14-8-2019 |
| 2574 | | s/n | | Cuba | 14-8-2019 |
| 2575 | | s/n | | Cuba | 14-8-2019 |
| 2576 | | s/n | | Cuba | 14-8-2019 |
| 2577 | | s/n | | Sonora | 14-8-2019 |
| 2578 | | 1 | | Guerrero | 15-8-2019 |
| | | | | Guerrero | 15-8-2019 |
| 2579 | | 1 | | Guerrero | 15-8-2019 |
| | | | | Guerrero | 15-8-2019 |
| 2580 | | s/n | | Cuba | 15-8-2019 |
| 2581 | | s/n | | Cuba | 15-8-2019 |
| 2582 | | s/n | | Cuba | 15-8-2019 |
| 2583 | | s/n | | Oaxaca | 15-8-2019 |
| 2584 | | s/n | | Guerrero | 15-8-2019 |
| 2585 | | s/n | | Cuba | 15-8-2019 |
| 2586 | | 1 | | Honduras | 15-8-2019 |
| 2587 | | s/n | | Honduras | 15-8-2019 |
| 2588 | | s/n | | Venezuela | 15-8-2019 |
| | | s/n | | Venezuela | 15-8-2019 |
| | | s/n | | Venezuela | 15-8-2019 |
| 2589 | | s/n | | Cuba | 16-8-2019 |
| | | s/n | | Cuba | 16-8-2019 |
| 2590 | | 1 | | Oaxaca | 16-8-2019 |
| 2591 | | 3 | | Sonora | 16-8-2019 |
| 2592 | | 1 | | Guatemala | 17-8-2019 |
| 2593 | | s/n | | Russia | 17-8-2019 |
| | | s/n | | Russia | 17-8-2019 |
| 2594 | | 2 | | Russia | 17-8-2019 |
| | | | | Russia | 17-8-2019 |
| 2595 | | s/n | | Cuba | 17-8-2019 |
| | | s/n | | Cuba | 17-8-2019 |
| 2596 | | 2 | | Venezuela | 17-8-2019 |
| | | | | Venezuela | 17-8-2019 |
| 2597 | | s/n | | Cuba | 17-8-2019 |
| 2598 | | 2 | | Guerrero | 17-8-2019 |
| 2599 | | s/n | | Venezuela | 17-8-2019 |
| 2600 | | s/n | | Venezuela | 17-8-2019 |
| | | s/n | | Venezuela | 17-8-2019 |
| 2601 | | 4 | | Guerrero | 17-8-2019 |
| | | | | Guerrero | 17-8-2019 |
| | | | | Guerrero | 17-8-2019 |
| 2602 | | s/n | | Nicaragua | 17-8-2019 |
| 2603 | | 1 | | Guerrero | 17-8-2019 |
| 2604 | | s/n | | Honduras | 18-8-2019 |
| 2605 | | s/n | | Cuba | 19-8-2019 |
| 2606 | | s/n | | Cuba | 19-8-2019 |
| 2607 | | s/n | | Estado de Mexico | 19-8-2019 |
| 2608 | | s/n | | Cuba | 19-8-2019 |
| | | s/n | | Cuba | 19-8-2019 |

| # | | | | | |
|---|---|---|---|---|---|
| 2609 | | s/n | | Cuba | 19-8-2019 |
| | | s/n | | Cuba | 19-8-2019 |
| 2610 | | s/n | | Cuba | 19-8-2019 |
| 2611 | | s/n | | Cuba | 19-8-2019 |
| 2612 | | s/n | | Cuba | 19-8-2019 |
| 2613 | | s/n | | Cuba | 19-8-2019 |
| 2614 | | s/n | | Cuba | 19-8-2019 |
| 2615 | | s/n | | Cuba | 19-8-2019 |
| 2616 | | s/n | | Cuba | 19-8-2019 |
| 2617 | | s/n | | Cuba | 19-8-2019 |
| | | s/n | | Cuba | 19-8-2019 |
| 2618 | | s/n | | Cuba | 19-8-2019 |
| 2619 | | s/n | | Cuba | 19-8-2019 |
| 2620 | | s/n | | Cuba | 19-8-2019 |
| 2621 | | 2 | | Guerrero | 19-8-2019 |
| 2622 | | s/n | | Cuba | 19-8-2019 |
| 2623 | | 2 | | Cuba | 19-8-2019 |
| | | | | Cuba | 19-8-2019 |
| 2624 | | 3 | | Guerrero | 19-8-2019 |
| | | | | Guerrero | 19-8-2019 |
| 2625 | J | s/n | | Guatemala | 19-8-2019 |
| 2626 | Y | s/n | | Cuba | 19-8-2019 |
| 2627 | | s/n | | Cuba | 19-8-2019 |
| 2628 | | s/n | | Cuba | 19-8-2019 |
| 2629 | | 2 | | Guanajuato | 19-8-2019 |
| 2630 | | s/n | | Venezuela | 21-8-2019 |
| 2631 | | s/n | | Cuba | 21-8-2019 |
| 2632 | | s/n | | Cuba | 21-8-2019 |
| 2633 | | s/n | | Cuba | 21-8-2019 |
| | | s/n | | Cuba | 21-8-2019 |
| 2634 | | s/n | | Cuba | 21-8-2019 |
| 2635 | | s/n | | Cuba | 21-8-2019 |
| 2636 | | s/n | | Cuba | 21-8-2019 |
| | | s/n | | Cuba | 21-8-2019 |
| 2637 | | s/n | | Cuba | 21-8-2019 |
| 2638 | | 1 | | Venezuela | 21-8-2019 |
| | | | | Venezuela | 21-8-2019 |
| 2639 | | 1 | | Cuba | 21-8-2019 |
| | | | | Cuba | 21-8-2019 |
| 2640 | | 1 | | Venezuela | 21-8-2019 |
| 2641 | | s-n | | Venezuela | 21-8-2019 |
| 2642 | | s-n | | Venezuela | 21-8-2019 |
| 2643 | | s-n | | Venezuela | 21-8-2019 |
| 2644 | | s-n | | Venezuela | 21-8-2019 |
| | | s-n | | Venezuela | 21-8-2019 |
| 2645 | | s-n | | Cuba | 21-8-2019 |
| 2646 | | 1 | | Guatemala | 21-8-2019 |
| | | | | Guerrero | 21-8-2019 |
| 2647 | | s-n | | Cuba | 21-8-2019 |
| 2648 | | s-n | | Cuba | 21-8-2019 |
| 2649 | | s-n | | Cuba | 21-8-2019 |
| 2650 | | s-n | | Cuba | 21-8-2019 |
| 2651 | | s-n | | Cuba | 21-8-2019 |
| 2652 | | s-n | | Cuba | 21-8-2019 |
| 2653 | | s-n | | Cuba | 21-8-2019 |

| ID | | | | Location | Date |
|---|---|---|---|---|---|
| 2654 | | s-n | | Puebla | 21-8-2019 |
| 2655 | | 3 | | Guerrero | 21-8-2019 |
| | | | | Guerrero | 21-8-2019 |
| 2656 | | 4 | | Guerrero | 21-8-2019 |
| 2657 | | 1 | | Guerrero | 21-8-2019 |
| 2658 | | 1 | | Guerrero | 21-8-2019 |
| 2659 | | s-n | | Cuba | 21-8-2019 |
| | | s-n | | Cuba | 21-8-2019 |
| 2660 | | s-n | | Cuba | 21-8-2019 |
| 2661 | | s-n | | Cuba | 21-8-2019 |
| | | s-n | | Cuba | 21-8-2019 |
| 2662 | | 1 | | Honduras | 21-8-2019 |
| 2663 | | s-n | | Cuba | 21-8-2019 |
| 2664 | | s-n | | Cuba | 21-8-2019 |
| 2665 | | s-n | | Cuba | 21-8-2019 |
| | | s-n | | Cuba | 21-8-2019 |
| 2666 | | s-n | | Cuba | 21-8-2019 |
| 2667 | | s-n | | Cuba | 21-8-2019 |
| 2668 | | s-n | | Cuba | 21-8-2019 |
| | | s-n | | Cuba | 21-8-2019 |
| 2669 | | s-n | | Cuba | 21-8-2019 |
| 2670 | | 5 | | Venezuela | 21-8-2019 |
| | | | | Venezuela | 21-8-2019 |
| 2671 | | 4 | | Guatemala | 21-8-2019 |
| 2672 | | 1 | | Guerrero | 21-8-2019 |
| | | | | Guerrero | 21-8-2019 |
| 2673 | | 1 | | Guerrero | 21-8-2019 |
| 2674 | | s-n | | Guerrero | 21-8-2019 |
| 2675 | | s-n | | Cuba | 22-8-2019 |
| 2676 | | s-n | | Cuba | 22-8-2019 |
| | | s-n | | Cuba | 22-8-2019 |
| 2677 | | s-n | | Cuba | 22-8-2019 |
| 2678 | | s-n | | Cuba | 22-8-2019 |
| 2679 | | s-n | | Cuba | 22-8-2019 |
| 2680 | | s-n | | Cuba | 22-8-2019 |
| 2681 | | s-n | | Cuba | 22-8-2019 |
| 2682 | | s-n | | Cuba | 22-8-2019 |
| | | s-n | | Cuba | 22-8-2019 |
| 2683 | | s-n | | Cuba | 22-8-2019 |
| | | s-n | | Cuba | 22-8-2019 |
| 2684 | | s-n | | Cuba | 22-8-2019 |
| | | s-n | | Cuba | 22-8-2019 |
| 2685 | | s-n | | Cuba | 22-8-2019 |
| 2686 | | s-n | | Cuba | 22-8-2019 |
| 2687 | | s-n | | Cuba | 22-8-2019 |
| 2688 | | s-n | | Cuba | 22-8-2019 |
| 2689 | | s-n | | Venezuela | 22-8-2019 |
| 2690 | | s-n | | Cuba | 22-8-2019 |
| 2691 | | s-n | | Cuba | 22-8-2019 |
| 2692 | | s-n | | Cuba | 22-8-2019 |
| 2693 | | s-n | | Cuba | 22-8-2019 |
| 2694 | | s-n | | Cuba | 22-8-2019 |
| 2695 | | s-n | | Cuba | 22-8-2019 |
| 2696 | | s-n | | Cuba | 22-8-2019 |
| 2697 | | s-n | | Cuba | 22-8-2019 |

| # | | | Col | | Location | Date |
|---|---|---|---|---|---|---|
| 2698 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| 2699 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| 2700 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| 2701 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| 2702 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| | ■ | | 1 | ■ | Venezuela | 22-8-2019 |
| 2703 | ■ | | | ■ | Venezuela | 22-8-2019 |
| 2704 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| 2705 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| 2706 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| 2707 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| 2708 | ■ | | s-n | ■ | Cuba | 22-8-2019 |
| 2709 | ■ | | 3 | ■ | Michoacan | 22-8-2019 |
| 2710 | ■ | | 2 | ■ | Michoacan | 22-8-2019 |
| | ■ | | 2 | ■ | Venezuela | 23-8-2019 |
| | ■ | | | ■ | Venezuela | 23-8-2019 |
| 2711 | ■ | | | ■ | Venezuela | 23-8-2019 |
| | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2712 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2713 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2714 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2715 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2716 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2717 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2718 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2719 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2720 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2721 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2722 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2723 | ■ | | 2 | ■ | Guerrero | 23-8-2019 |
| | ■ | | | ■ | Guerrero | 23-8-2019 |
| 2724 | ■ | | 2 | ■ | Guerrero | 23-8-2019 |
| 2725 | ■ | | 1 | ■ | Cuba | 23-8-2019 |
| | ■ | | | ■ | Cuba | 23-8-2019 |
| 2726 | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| | ■ | | s-n | ■ | Cuba | 23-8-2019 |
| 2727 | ■ | | 1 | ■ | Guerrero | 23-8-2019 |
| | ■ | | | ■ | Guerrero | 23-8-2019 |
| 2728 | ■ | | 3 | ■ | Guerrero | 23-8-2019 |
| 2729 | ■ | | 3 | ■ | Guerrero | 23-8-2019 |
| | ■ | | | ■ | Guerrero | 23-8-2019 |
| 2730 | ■ | | s-n | ■ | Tabasco | 23-8-2019 |
| 2731 | ■ | | 4 | ■ | Michoacan | 23-8-2019 |
| 2732 | ■ | | 1 | ■ | Guerrero | 23-8-2019 |
| 2733 | ■ | | s-n | ■ | Cuba | 24-8-2019 |
| 2734 | ■ | | s-n | ■ | Cuba | 24-8-2019 |
| | ■ | | s-n | ■ | Cuba | 24-8-2019 |
| 2735 | ■ | | s-n | ■ | Cuba | 24-8-2019 |
| 2736 | ■ | | s-n | ■ | Cuba | 24-8-2019 |
| 2737 | ■ | | s-n | ■ | Cuba | 24-8-2019 |

| # | | Qty | | Origin | Date |
|---|---|---|---|---|---|
| 2738 | | s-n | | Cuba | 24-8-2019 |
| 2739 | | s-n | | Cuba | 24-8-2019 |
| | | S/n | | Cuba | 24-8-2019 |
| | | S/n | | Cuba | 24-8-2019 |
| 2740 | | S/n | | Cuba | 24-8-2019 |
| 2741 | | s-n | | Cuba | 24-8-2019 |
| | | s-n | | Cuba | 24-8-2019 |
| 2742 | | s-n | | Cuba | 24-8-2019 |
| 2743 | | s-n | | Cuba | 24-8-2019 |
| 2744 | | s-n | | Cuba | 24-8-2019 |
| 2745 | | s-n | | Guerrero | 24-8-2019 |
| | | s-n | | Guerrero | 24-8-2019 |
| 2746 | | s-n | | Cuba | 24-8-2019 |
| 2747 | | s-n | | Cuba | 24-8-2019 |
| 2748 | | s-n | | Cuba | 24-8-2019 |
| 2749 | | s-n | | Cuba | 24-8-2019 |
| 2750 | | s-n | | Cuba | 24-8-2019 |
| 2751 | | 2 | | Cuba | 24-8-2019 |
| | | | | Cuba | 24-8-2019 |
| 2752 | | 1 | | Guerrero | 24-8-2019 |
| 2753 | | 1 | | Guerrero | 24-8-2019 |
| 2754 | | 1 | | Oaxaca | 24-8-2019 |
| 2755 | | 2 | | Oaxaca | 24-8-2019 |
| 2756 | | 1 | | Guerrero | 24-8-2019 |
| 2757 | | s-n | | Cuba | 24-8-2019 |
| 2758 | | s-n | | Cuba | 24-8-2019 |
| 2759 | | s-n | | Cuba | 24-8-2019 |
| 2760 | | s-n | | Cuba | 24-8-2019 |
| 2761 | | s-n | | Cuba | 24-8-2019 |
| 2762 | | s-n | | Cuba | 24-8-2019 |
| 2763 | | s-n | | Cuba | 24-8-2019 |
| 2764 | | s-n | | Cuba | 24-8-2019 |
| 2765 | | 1 | | Guerrero | 24-8-2019 |
| | | | | Guerrero | 24-8-2019 |
| 2766 | | 3 | | Venezuela | 24-8-2019 |
| | | | | Venezuela | 24-8-2019 |
| 2767 | | 1 | | Venezuela | 24-8-2019 |
| | | | | Venezuela | 24-8-2019 |
| 2768 | | s-n | | Venezuela | 24-8-2019 |
| 2769 | | s-n | | Venezuela | 24-8-2019 |
| | | s-n | | Venezuela | 24-8-2019 |
| 2770 | | s-n | | Honduras | 24-8-2019 |
| 2771 | | 2 | | Guerrero | 24-8-2019 |
| | | | | Guerrero | 24-8-2019 |
| 2772 | | 2 | | Guerrero | 24-8-2019 |
| 2773 | | s-n | | Cuba | 26-8-2019 |
| 2774 | | 1 | | Venezuela | 26-8-2019 |
| | | | | Venezuela | 26-8-2019 |
| 2775 | | 3 | | Venezuela | 26-8-2019 |
| | | | | Venezuela | 26-8-2019 |
| 2776 | | 1 | | Morelos | 26-8-2019 |
| | | | | Morelos | 26-8-2019 |
| 2777 | | 2 | | Chiapas | 26-8-2019 |
| 2778 | | 1 | | Guatemala | 26-8-2019 |
| 2779 | | s/n | | Cuba | 26-8-2019 |

| # | | | | Location | Date |
|---|---|---|---|---|---|
| 2780 | ■ | 3 | ■ | Michoacan | 26-8-2019 |
| 2781 | ■ | | ■ | Michoacan | 26-8-2019 |
| 2782 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2783 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2784 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2785 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| | ■ | s/n | ■ | Venezuela | 26-8-2019 |
| 2786 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| | ■ | 2 | ■ | Nicaragua | 26-8-2019 |
| 2787 | ■ | | ■ | Nicaragua | 26-8-2019 |
| | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2788 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2789 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2790 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2791 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2792 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2793 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2794 | ■ | s/n | ■ | Venezuela | 26-8-2019 |
| 2795 | ■ | s/n | ■ | Venezuela | 26-8-2019 |
| 2796 | ■ | s/n | ■ | Venezuela | 26-8-2019 |
| | ■ | 2 | ■ | Venezuela | 26-8-2019 |
| 2797 | ■ | | ■ | Venezuela | 26-8-2019 |
| | ■ | 1 | ■ | Venezuela | 26-8-2019 |
| 2798 | ■ | | ■ | Venezuela | 26-8-2019 |
| | ■ | s/n | ■ | Cuba | 26-8-2019 |
| | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2799 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2800 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2801 | ■ | | ■ | Cuba | 26-8-2019 |
| | ■ | | ■ | Cuba | 26-8-2019 |
| 2802 | ■ | 1 | ■ | Venezuela | 26-8-2019 |
| 2803 | ■ | 1 | ■ | Venezuela | 26-8-2019 |
| 2804 | ■ | 5 | ■ | Guerrero | 26-8-2019 |
| | ■ | | ■ | Guerrero | 26-8-2019 |
| 2805 | ■ | 3 | ■ | Guerrero | 26-8-2019 |
| | ■ | | ■ | Guerrero | 26-8-2019 |
| 2806 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2807 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2808 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2809 | ■ | | ■ | Cuba | 26-8-2019 |
| 2810 | ■ | | ■ | Cuba | 26-8-2019 |
| 2811 | ■ | 1 | ■ | Cuba | 26-8-2019 |
| 2812 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2813 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2814 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2815 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2816 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2817 | ■ | s/n | ■ | Cuba | 26-8-2019 |
| 2818 | ■ | s/n | ■ | Guerrero | 26-8-2019 |
| 2819 | ■ | 1 | ■ | Venezuela | 26-8-2019 |
| | ■ | | ■ | Venezuela | 26-8-2019 |

| # | | | Country | Date |
|---|---|---|---|---|
| 2820 | | | Venezuela | 26-8-2019 |
| 2821 | s/n | | Venezuela | 26-8-2019 |
| | 1 | | Venezuela | 26-8-2019 |
| 2822 | | | Venezuela | 26-8-2019 |
| 2823 | s/n | | Cuba | 26-8-2019 |
| | 1 | | Venezuela | 26-8-2019 |
| 2824 | | | Venezuela | 26-8-2019 |
| 2825 | s/n | | Cuba | 26-8-2019 |
| 2826 | s/n | | Honduras | 26-8-2019 |
| | 1 | | Chiapas | 26-8-2019 |
| 2827 | | | Chiapas | 26-8-2019 |
| 2828 | 1 | | Chiapas | 26-8-2019 |
| 2829 | s-n | | Cuba | 27-8-2019 |
| 2830 | s-n | | Cuba | 27-8-2019 |
| 2831 | s-n | | Cuba | 27-8-2019 |
| 2832 | s-n | | Cuba | 27-8-2019 |
| | 2 | | Venezuela | 27-8-2019 |
| | | | Venezuela | 27-8-2019 |
| | | | Venezuela | 27-8-2019 |
| | | | Venezuela | 27-8-2019 |
| 2833 | s-n | | Cuba | 27-8-2019 |
| 2834 | s-n | | Cuba | 27-8-2019 |
| 2835 | s-n | | Cuba | 27-8-2019 |
| 2836 | s-n | | Cuba | 27-8-2019 |
| 2837 | s-n | | Cuba | 27-8-2019 |
| 2838 | s-n | | Venezuela | 27-8-2019 |
| | s-n | | Venezuela | 27-8-2019 |
| | s-n | | Venezuela | 27-8-2019 |
| | s-n | | Venezuela | 27-8-2019 |
| 2839 | s-n | | Cuba | 27-8-2019 |
| 2840 | s-n | | Cuba | 27-8-2019 |
| 2841 | s-n | | Honduras | 27-8-2019 |
| 2842 | s/n | | Venezuela | 27-8-2019 |
| 2843 | s-n | | Cuba | 27-8-2019 |
| 2844 | s-n | | Cuba | 27-8-2019 |
| | S-n | | Cuba | 27-8-2019 |
| 2845 | s-n | | Cuba | 27-8-2019 |
| | s-n | | Cuba | 27-8-2019 |
| 2846 | s-n | | Cuba | 27-8-2019 |
| 2847 | s-n | | Cuba | 27-8-2019 |
| | s-n | | Cuba | 27-8-2019 |
| 2848 | s-n | | Cuba | 27-8-2019 |
| 2849 | 1 | | Venezuela | 27-8-2019 |
| 2850 | s-n | | Venezuela | 27-8-2019 |
| 2851 | s-n | | Venezuela | 27-8-2019 |
| | s-n | | Venezuela | 27-8-2019 |
| 2852 | s-n | | Venezuela | 27-8-2019 |
| 2853 | s-n | | Guerrero | 27-8-2019 |
| 2854 | s-n | | Cuba | 27-8-2019 |
| 2855 | s-n | | Cuba | 28-8-2019 |
| 2856 | s-n | | Cuba | 28-8-2019 |
| 2857 | s-n | | Cuba | 28-8-2019 |
| 2858 | s-n | | Cuba | 28-8-2019 |
| 2859 | s-n | | Cuba | 28-8-2019 |
| 2860 | s-n | | Cuba | 28-8-2019 |

| # | | | Location | Date |
|---|---|---|---|---|
| 2861 | ▇ | s-n | Venezuela | 28-8-2019 |
| | | s-n | Venezuela | 28-8-2019 |
| 2862 | | s-n | Cuba | 28-8-2019 |
| 2863 | | s-n | Venezuela | 28-8-2019 |
| 2864 | | s-n | Venezuela | 28-8-2019 |
| 2865 | | s-n | Cuba | 28-8-2019 |
| 2866 | | s-n | Cuba | 28-8-2019 |
| 2867 | | s-n | Cuba | 28-8-2019 |
| 2868 | | s-n | Cuba | 28-8-2019 |
| 2869 | | s-n | Cuba | 28-8-2019 |
| 2870 | | s-n | Cuba | 28-8-2019 |
| 2871 | | s-n | Cuba | 28-8-2019 |
| 2872 | | s-n | Cuba | 28-8-2019 |
| 2873 | | s-n | Cuba | 28-8-2019 |
| 2874 | | s-n | Cuba | 28-8-2019 |
| 2875 | | 2 | Cuba | 28-8-2019 |
| | | | Cuba | 28-8-2019 |
| 2876 | | 1 | Guerrero | 28-8-2019 |
| 2877 | | s/n | Cuba | 28-8-2019 |
| 2878 | | s/n | Cuba | 28-8-2019 |
| 2879 | | s/n | Cuba | 28-8-2019 |
| 2880 | | s/n | Cuba | 28-8-2019 |
| 2881 | | s/n | Cuba | 28-8-2019 |
| | | s/n | Cuba | 28-8-2019 |
| 2882 | | 3 | Guerrero | 28-8-2019 |
| 2883 | | 1 | Guerrero | 28-8-2019 |
| 2884 | | 4 | Guerrero | 29-8-2019 |
| | | | Guerrero | 29-8-2019 |
| 2885 | | 1 | Guatemala | 29-8-2019 |
| | | | Guatemala | 29-8-2019 |
| 2886 | | 1 | Cuba | 29-8-2019 |
| | | | Cuba | 29-8-2019 |
| 2887 | | s/n | Venezuela | 29-8-2019 |
| 2888 | | s/n | Venezuela | 29-8-2019 |
| 2889 | | s/n | Venezuela | 29-8-2019 |
| | | s/n | Venezuela | 29-8-2019 |
| | | s/n | Venezuela | 29-8-2019 |
| | | s/n | Venezuela | 29-8-2019 |
| 2890 | | 1 | Venezuela | 29-8-2019 |
| | | | Venezuela | 29-8-2019 |
| | | | Venezuela | 29-8-2019 |
| 2891 | | s/n | Venezuela | 29-8-2019 |
| 2892 | | s/n | Venezuela | 29-8-2019 |
| | | s/n | Venezuela | 29-8-2019 |
| 2893 | | 1 | Venezuela | 29-8-2019 |
| | | | Venezuela | 29-8-2019 |
| 2894 | | 2 | Venezuela | 29-8-2019 |
| | | | Venezuela | 29-8-2019 |
| 2895 | | s/n | Cuba | 29-8-2019 |
| 2896 | | s/n | Cuba | 29-8-2019 |
| 2897 | | s/n | Cuba | 29-8-2019 |
| 2898 | | s/n | Cuba | 29-8-2019 |
| 2899 | | s/n | Cuba | 29-8-2019 |
| 2900 | | s/n | Cuba | 29-8-2019 |
| 2901 | | 2 | Guerrero | 29-8-2019 |

| # | | | | Country | Date |
|---|---|---|---|---|---|
| 2902 | ■ | | ■ | Guerrero | 29-8-2019 |
| | | 1 | | Cuba | 29-8-2019 |
| 2903 | | | | Cuba | 29-8-2019 |
| 2904 | | s/n | | Honduras | 29-8-2019 |
| 2905 | | 1 | | Guerrero | 29-8-2019 |
| 2906 | | 3 | | Guerrero | 29-8-2019 |
| | | 4 | | Guerrero | 30-8-2019 |
| 2907 | | | | Guerrero | 30-8-2019 |
| 2908 | | s/n | | Guerrero | 30-8-2019 |
| 2909 | | s/n | | Guerrero | 30-8-2019 |
| 2910 | | s/n | | Guerrero | 30-8-2019 |
| 2911 | | 1 | | Guerrero | 30-8-2019 |
| 2912 | | s/n | | Guerrero | 30-8-2019 |
| 2913 | | 2 | | Guerrero | 30-8-2019 |
| | | 2 | | Honduras | 30-8-2019 |
| 2914 | | | | Honduras | 30-8-2019 |
| 2915 | | s/n | | Cuba | 30-8-2019 |
| | | s/n | | Cuba | 30-8-2019 |
| 2916 | | s/n | | Cuba | 30-8-2019 |
| 2917 | | s/n | | Cuba | 30-8-2019 |
| 2918 | | s/n | | Cuba | 30-8-2019 |
| 2919 | | s/n | | Cuba | 30-8-2019 |
| 2920 | | s/n | | Cuba | 30-8-2019 |
| | | s/n | | Cuba | 30-8-2019 |
| 2921 | | s/n | | Cuba | 30-8-2019 |
| 2922 | | s/n | | Cuba | 30-8-2019 |
| 2923 | | s/n | | Cuba | 30-8-2019 |
| | | s/n | | Cuba | 30-8-2019 |
| 2924 | | s/n | | Cuba | 30-8-2019 |
| | | s/n | | Cuba | 30-8-2019 |
| 2925 | | 1 | | Cuba | 30-8-2019 |
| 2926 | | s/n | | Cuba | 30-8-2019 |
| | | s/n | | Cuba | 30-8-2019 |
| 2927 | | s/n | | Venezuela | 30-8-2019 |
| 2928 | | s/n | | Cuba | 31-8-2019 |
| 2929 | | s/n | | Cuba | 31-8-2019 |
| 2930 | | s/n | | Cuba | 31-8-2019 |
| 2931 | | s/n | | Cuba | 31-8-2019 |
| 2932 | | s/n | | Cuba | 31-8-2019 |
| 2933 | | 2 | | Guerrero | 31-8-2019 |
| 2934 | | 2 | | Guerrero | 31-8-2019 |
| 2935 | | s/n | | Cuba | 31-8-2019 |
| 2936 | | s/n | | Cuba | 31-8-2019 |
| 2937 | | s/n | | Cuba | 31-8-2019 |
| 2938 | | s/n | | Cuba | 31-8-2019 |
| | | s/n | | Cuba | 31-8-2019 |
| 2939 | | s/n | | Cuba | 31-8-2019 |
| | | s/n | | Cuba | 31-8-2019 |
| 2940 | | 1 | | Cuba | 31-8-2019 |
| | | | | Cuba | 31-8-2019 |
| | | | | Cuba | 31-8-2019 |
| | | | | Cuba | 31-8-2019 |
| | | 1 | | Honduras | 31-8-2019 |
| 2941 | | | | Honduras | 31-8-2019 |

| # | | col | | Location | Date |
|---|---|---|---|---|---|
| 2942 | | 2 | | Guerrero | 31-8-2019 |
| | | | | Guerrero | 31-8-2019 |
| 2943 | | s/n | | Venezuela | 31-8-2019 |
| 2944 | | s/n | | Cuba | 31-8-2019 |
| 2945 | | s/n | | Guerrero | 31-8-2019 |
| 2946 | | 1 | | Guerrero | 31-8-2019 |
| 2947 | | s/n | | Cuba | 1-9-2019 |
| 2948 | | s/n | | Cuba | 1-9-2019 |
| 2949 | | s/n | | Cuba | 1-9-2019 |
| 2950 | | s/n | | Cuba | 1-9-2019 |
| 2951 | | s/n | | Cuba | 1-9-2019 |
| 2952 | | s/n | | Cuba | 1-9-2019 |
| 2953 | | s/n | | Cuba | 1-9-2019 |
| 2954 | | s/n | | Cuba | 1-9-2019 |
| 2955 | | s/n | | Cuba | 1-9-2019 |
| 2956 | | 2 | | Guerrero | 1-9-2019 |
| | | | | Guerrero | 1-9-2019 |
| 2957 | | 2 | | Guerrero | 1-9-2019 |
| 2958 | | s/n | | Cuba | 1-9-2019 |
| 2959 | | s/n | | Cuba | 1-9-2019 |
| 2960 | | s/n | | Cuba | 1-9-2019 |
| 2961 | | 2 | | Sonora | 1-9-2019 |
| | | | | Sonora | 1-9-2019 |
| 2962 | | s/n | | Cuba | 1-9-2019 |
| 2963 | | s/n | | Cuba | 1-9-2019 |
| 2964 | | s/n | | Cuba | 1-9-2019 |
| 2965 | | 1 | | Russia | 1-9-2019 |
| 2966 | | s/n | | Cuba | 2-9-2019 |
| 2967 | | s/n | | Cuba | 2-9-2019 |
| 2968 | | s/n | | Cuba | 2-9-2019 |
| 2969 | | s/n | | Cuba | 2-9-2019 |
| | | s/n | | Cuba | 2-9-2019 |
| 2970 | | s/n | | Cuba | 2-9-2019 |
| 2971 | | s/n | | Cuba | 2-9-2019 |
| | | s/n | | Cuba | 2-9-2019 |
| 2972 | | s/n | | Venezuela | 2-9-2019 |
| 2973 | | 2 | | Venezuela | 2-9-2019 |
| | | | | Venezuela | 2-9-2019 |
| 2974 | | s/n | | Venezuela | 2-9-2019 |
| | | s/n | | Venezuela | 2-9-2019 |
| 2975 | | s/n | | Venezuela | 2-9-2019 |
| | | s/n | | Venezuela | 2-9-2019 |
| 2976 | | s/n | | Cuba | 2-9-2019 |
| 2977 | | s/n | | Cuba | 2-9-2019 |
| 2978 | | s/n | | Cuba | 2-9-2019 |
| 2979 | | s/n | | Cuba | 2-9-2019 |
| 2980 | | s/n | | Cuba | 2-9-2019 |
| 2981 | | s/n | | Cuba | 2-9-2019 |
| 2982 | | 2 | | Chiapas | 2-9-2019 |
| | | | | Chiapas | 2-9-2019 |
| 2983 | | s/n | | Guanajuato | 2-9-2019 |
| 2984 | | s/n | | Cuba | 2-9-2019 |
| | | s/n | | Cuba | 2-9-2019 |
| 2985 | | s/n | | Cuba | 2-9-2019 |
| 2986 | | s/n | | Cuba | 2-9-2019 |

| # | | | | Location | Date |
|---|---|---|---|---|---|
| 2987 | ■ | s/n | ■ | Michoacan | 2-9-2019 |
| 2988 | ■ | s/n | ■ | Venezuela | 2-9-2019 |
| | ■ | s/n | ■ | Venezuela | 2-9-2019 |
| 2989 | ■ | s/n | ■ | Cuba | 2-9-2019 |
| 2990 | ■ | s/n | ■ | Cuba | 3-9-2019 |
| | ■ | s/n | ■ | Cuba | 3-9-2019 |
| 2991 | ■ | s/n | ■ | Cuba | 3-9-2019 |
| 2992 | ■ | 3 | ■ | Guerrero | 3-9-2019 |
| | ■ | | ■ | Guerrero | 3-9-2019 |
| 2993 | ■ | 2 | ■ | Guerrero | 3-9-2019 |
| 2994 | ■ | 2 | ■ | Guerrero | 3-9-2019 |
| 2995 | ■ | 1 | ■ | Cuba | 3-9-2019 |
| 2996 | ■ | s/n | ■ | Cuba | 3-9-2019 |
| 2997 | ■ | 2 | ■ | Russia | 3-9-2019 |
| | ■ | | ■ | Russia | 3-9-2019 |
| 2998 | ■ | 1 | ■ | Russia | 3-9-2019 |
| 2999 | ■ | s/n | ■ | Guerrero | 3-9-2019 |
| | ■ | s/n | ■ | Guerrero | 3-9-2019 |
| 3000 | ■ | 2 | ■ | Guerrero | 3-9-2019 |
| 3001 | ■ | s/n | ■ | Guerrero | 3-9-2019 |
| 3002 | ■ | s/n | ■ | Guerrero | 3-9-2019 |
| 3003 | ■ | s/n | ■ | Chihuahua | 3-9-2019 |
| 3004 | ■ | s/n | ■ | Chihuahua | 3-9-2019 |
| 3005 | ■ | 2 | ■ | Chiapas | 3-9-2019 |
| 3006 | ■ | 1 | ■ | Sonora | 3-9-2019 |
| 3007 | ■ | s/n | ■ | Venezuela | 3-9-2019 |
| 3008 | ■ | s/n | ■ | Cuba | 3-9-2019 |
| | ■ | s/n | ■ | Cuba | 3-9-2019 |
| 3009 | ■ | s/n | ■ | Cuba | 3-9-2019 |
| 3010 | ■ | s/n | ■ | Cuba | 3-9-2019 |
| 3011 | ■ | s/n | ■ | Cuba | 3-9-2019 |
| 3012 | ■ | 1 | ■ | Guerrero | 3-9-2019 |
| | ■ | | ■ | Guerrero | 3-9-2019 |
| 3013 | ■ | 2 | ■ | Guerrero | 3-9-2019 |
| | ■ | | ■ | Guerrero | 3-9-2019 |
| 3014 | ■ | s/n | ■ | Cuba | 3-9-2019 |
| 3015 | ■ | s/n | ■ | Cuba | 3-9-2019 |
| 3016 | ■ | s/n | ■ | Salvador | 4-9-2019 |
| | ■ | s/n | ■ | Salvador | 4-9-2019 |
| 3017 | ■ | s/n | ■ | Venezuela | 4-9-2019 |
| 3018 | ■ | s/n | ■ | Venezuela | 4-9-2019 |
| 3019 | ■ | s/n | ■ | Cuba | 4-9-2019 |
| | ■ | s/n | ■ | Cuba | 4-9-2019 |
| 3020 | ■ | s/n | ■ | Cuba | 4-9-2019 |
| 3021 | ■ | s/n | ■ | Cuba | 4-9-2019 |
| 3022 | ■ | s/n | ■ | Cuba | 4-9-2019 |
| 3023 | ■ | 2 | ■ | Guerrero | 4-9-2019 |
| 3024 | ■ | 3 | ■ | Guerrero | 4-9-2019 |
| 3025 | ■ | 2 | ■ | Venezuela | 4-9-2019 |
| | ■ | | ■ | Venezuela | 4-9-2019 |
| 3026 | ■ | s/n | ■ | Honduras | 4-9-2019 |
| 3027 | ■ | s/n | ■ | Cuba | 4-9-2019 |
| 3028 | ■ | s/n | ■ | Cuba | 4-9-2019 |
| 3029 | ■ | s/n | ■ | Venezuela | 4-9-2019 |
| 3030 | ■ | s/n | ■ | Cuba | 4-9-2019 |

| ID | | | | Origin | Date |
|---|---|---|---|---|---|
| 3031 | | s/n | | Tabasco | 4-9-2019 |
| 3032 | | 2 | | Honduras | 4-9-2019 |
| 3033 | | 1 | | Guerrero | 5-9-2019 |
| 3034 | | s/n | | Cuba | 5-9-2019 |
| | | s/n | | Cuba | 5-9-2019 |
| 3035 | | s/n | | Honduras | 5-9-2019 |
| 3036 | | s/n | | Venezuela | 6-9-2019 |
| | | s/n | | Venezuela | 6-9-2019 |
| 3037 | | 1 | | Guerrero | 6-9-2019 |
| 3038 | | s/n | | Cuba | 6-9-2019 |
| 3039 | | s/n | | Venezuela | 6-9-2019 |
| | | s/n | | Venezuela | 6-9-2019 |
| 3040 | | s/n | | Venezuela | 6-9-2019 |
| 3041 | | s/n | | Cuba | 6-9-2019 |
| 3042 | | s/n | | Cuba | 6-9-2019 |
| 3043 | | s/n | | Honduras | 6-9-2019 |
| 3044 | | s/n | | Cuba | 6-9-2019 |
| 3045 | | s/n | | Venezuela | 6-9-2019 |
| 3046 | | s/n | | Venezuela | 6-9-2019 |
| | | s/n | | Venezuela | 6-9-2019 |
| 3047 | | s/n | | Venezuela | 6-9-2019 |
| 3048 | | 3 | | Venezuela | 6-9-2019 |
| | | | | Venezuela | 6-9-2019 |
| 3049 | | 2 | | Venezuela | 6-9-2019 |
| 3050 | | s/n | | Cuba | 7-9-2019 |
| 3051 | | s/n | | Cuba | 7-9-2019 |
| 3052 | | s/n | | Cuba | 7-9-2019 |
| 3053 | | 1 | | Cuba | 7-9-2019 |
| 3054 | | s/n | | Venezuela | 7-9-2019 |
| 3055 | | s/n | | Cuba | 7-9-2019 |
| 3056 | | 1 | | Honduras | 7-9-2019 |
| 3057 | | 2 | | Honduras | 7-9-2019 |
| | | | | Honduras | 7-9-2019 |
| 3058 | | 1 | | Cuba | 7-9-2019 |
| | | | | Cuba | 7-9-2019 |
| 3059 | | s/n | | Cuba | 7-9-2019 |
| 3060 | | s/n | | Cuba | 7-9-2019 |
| 3061 | | s/n | | Hidalgo | 7-9-2019 |
| 3062 | | 1 | | Venezuela | 7-9-2019 |
| 3063 | | s/n | | Venezuela | 7-9-2019 |
| 3064 | | s/n | | Cuba | 7-9-2019 |
| 3065 | | 3 | | Guerrero | 7-9-2019 |
| | | | | Guerrero | 7-9-2019 |
| 3066 | | s/n | | Sonora | 7-9-2019 |
| 3067 | | 1 | | Guerrero | 9-9-2019 |
| 3068 | | 2 | | Guerrero | 9-9-2019 |
| 3069 | | 1 | | Estado de Mexico | 9-9-2019 |
| | | | | Estado de Mexico | 9-9-2019 |
| 3070 | | 1 | | Cuba | 9-9-2019 |
| | | | | Cuba | 9-9-2019 |
| 3071 | | 1 | | Venezuela | 9-9-2019 |
| | | | | Venezuela | 9-9-2019 |
| 3072 | | s/n | | Honduras | 9-9-2019 |
| 3073 | | s/n | | Chiapas | 10-9-2019 |
| 3074 | | s/n | | Cuba | 10-9-2019 |

| # | | | Col | | Country | Date |
|---|---|---|---|---|---|---|
|  |  |  | S/n |  | Cuba | 10-9-2019 |
| 3075 |  |  | S/n |  | Venezuela | 10-9-2019 |
| 3076 |  |  | S/n |  | Cuba | 10-9-2019 |
| 3077 |  |  | S/n |  | Cuba | 10-9-2019 |
| 3078 |  |  | S/n |  | Cuba | 10-9-2019 |
| 3079 |  |  | S/n |  | Cuba | 10-9-2019 |
| 3080 |  |  | 1 |  | Guerrero | 10-9-2019 |
|  |  |  |  |  | Guerrero | 10-9-2019 |
| 3081 |  |  | 1 |  | Guerrero | 10-9-2019 |
| 3082 |  |  | 1 |  | Guerrero | 10-9-2019 |
| 3083 |  |  | s/n |  | Cuba | 10-9-2019 |
| 3084 |  |  |  |  | Cuba | 10-9-2019 |
|  |  |  | 1 |  | Venezuela | 10-9-2019 |
| 3085 |  |  | 3 |  | Sonora | 10-9-2019 |
|  |  |  |  |  | Sonora | 10-9-2019 |
| 3086 |  |  | 4 |  | Colima | 10-9-2019 |
|  |  |  |  |  | Colima | 10-9-2019 |
| 3087 |  |  | 1 |  | Michoacan | 10-9-2019 |
| 3088 |  |  | s/n |  | Guerrero | 10-9-2019 |
| 3089 |  |  | 2 |  | Guerrero | 10-9-2019 |
|  |  |  |  |  | Guerrero | 10-9-2019 |
| 3090 |  |  | s/n |  | Venezuela | 10-9-2019 |
|  |  |  | s/n |  | Venezuela | 10-9-2019 |
| 3091 |  |  | s/n |  | Venezuela | 10-9-2019 |
| 3092 |  |  | 2 |  | Cuba | 10-9-2019 |
| 3093 |  |  | s/n |  | Cuba | 10-9-2019 |
| 3094 |  |  | s/n |  | Honduras | 10-9-2019 |
| 3095 |  |  | 2 |  | Guerrero | 10-9-2019 |
|  |  |  |  |  | Guerrero | 10-9-2019 |
| 3096 |  |  | s/n |  | Cuba | 10-9-2019 |
| 3097 |  |  | 1 |  | Guerrero | 10-9-2019 |
| 3098 |  |  |  |  | Chiapas | 10-9-2019 |
|  |  |  | 3 |  | Chiapas | 10-9-2019 |
| 3099 |  |  | s/n |  | Cuba | 10-9-2019 |
| 3100 |  |  | s/n |  | Cuba | 10-9-2019 |
| 3101 |  |  | s/n |  | Russia | 11-9-2019 |
| 3102 |  |  | 2 |  | Honduras | 11-9-2019 |
| 3103 |  |  | 4 |  | Oaxaca | 11-9-2019 |
| 3104 |  |  | 2 |  | Cuba | 11-9-2019 |
| 3105 |  |  | s/n |  | Cuba | 11-9-2019 |
| 3106 |  |  | s/n |  | Guerrero | 11-9-2019 |
| 3107 |  |  | s/n |  | Honduras | 11-9-2019 |
| 3108 |  |  | 2 |  | Guerrero | 11-9-2019 |
| 3109 |  |  | s/n |  | Guatemala | 11-9-2019 |
| 3110 |  |  | s/n |  | Cuba | 11-9-2019 |
| 3111 |  |  | 1 |  | Cuba | 11-9-2019 |
| 3112 |  |  | 1 |  | Cuba | 11-9-2019 |
| 3113 |  |  | 1 |  | Cuba | 11-9-2019 |