| | |
|---|---|
| 1 | **MAYER BROWN LLP** |
| 2 | Matthew H. Marmolejo (CA Bar No. 242964) |
|   | *mmarmolejo@mayerbrown.com* |
| 3 | 350 S. Grand Avenue |
|   | 25th Floor |
| 4 | Los Angeles, CA 90071-1503 |
|   | Ori Lev (DC Bar No. 452565) |
| 5 | (*pro hac vice*) |
|   | *olev@mayerbrown.com* |
| 6 | Stephen M. Medlock (VA Bar No. 78819) |
|   | (*pro hac vice*) |
| 7 | *smedlock@mayerbrown.com* |
|   | 1999 K Street, N.W. |
| 8 | Washington, D.C. 20006 |
|   | Telephone: +1.202.263.3000 |
| 9 | Facsimile: +1.202.263.3300 |
| 10 | **SOUTHERN POVERTY LAW CENTER** |
|   | Melissa Crow (DC Bar No. 453487) |
| 11 | (*pro hac vice*) |
|   | *melissa.crow@splcenter.org* |
| 12 | 1101 17th Street, N.W., Suite 705 |
|   | Washington, D.C. 20036 |
| 13 | Telephone: +1.202.355.4471 |
|   | Facsimile: +1.404.221.5857 |

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 52 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Ciudad Acuña Family Waitlist Photos Taken August 2019, redacted** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56



| # | | País | Sexo | Edad | Fecha |
|---|---|---|---|---|---|
| | | CONGO | M | 13 | |
| | | CONGO | M | 8 | |
| | | CONGO | M | 5 | |
| | | CONGO | M | 40 | 30 DE MAYO DEL 2019 |
| | | CONGO | F | 27 | |
| | | CONGO | M | 5 | |
| | | CONGO | F | 2 | |
| | | CONGO | M | 36 | 30 DE MAYO DEL 2019 |
| | | CONGO | F | 34 | |
| | | CONGO | F | 3 | |
| | | CONGO | M | 37 | 30 DE MAYO DEL 2019 |
| | | ANGOLA | F | 28 | |
| | | ANGOLA | M | 7 | |
| 1 | | CUBA | F | 32 | 30 DE MAYO DEL 2019 |
| | | CUBA | F | 2 | |
| | | CUBA | F | 38 | 30 DE MAYO DEL 2019 |
| 2 | | CUBA | M | 9 | |
| | | CUBA | F | 4 | |
| | | CUBA | F | 31 | 30 DE MAYO DEL 2019 |
| 3 | | CUBA | M | 27 | |
| | | CUBA | F | 2 | |
| | | CONGO | M | 37 | 31 DE MAYO DEL 2019 |
| | | CONGO | F | 35 | |
| | | CONGO | M | 14 | |
| | | CONGO | F | 11 | |
| | | CONGO | F | 4 | |
| | | HAITI | M | 32 | 31 DE MAYO DEL 2019 |
| | | HAITI | F | 33 | |
| | | CHILE | M | 3 | 31 DE MAYO DEL 2019 |
| | | CONGO | M | 44 | |
| | | CONGO | F | 38 | |
| | | CONGO | M | 9 | |
| | | CONGO | M | 1 | 31 DE MAYO DEL 2019 |
| | | CONGO | M | 35 | |
| | | CONGO | F | 32 | |
| | | CONGO | M | 15 | |
| | | CONGO | F | 9 | |
| | | CONGO | M | 6 | |
| | | CONGO | F | 1 | |
| | | CONGO | M | 32 | 31 DE MAYO DEL 2019 |
| | | CONGO | F | 30 | |
| | | CONGO | F | 7 | |
| | | CONGO | M | 3 | 31 DE MAYO DEL 2019 |
| | | CONGO | M | 36 | |
| | | CONGO | F | 32 | |
| | | CONGO | F | 10 | |
| | | CONGO | F | 6 | |
| | | CONGO | F | 4 | |
| | | CONGO | F | 1 | 31 DE MAYO DEL 2019 |
| 4 | | GUERRERO | F | 23 | |
| | | GUERRERO | M | 28 | |
| | | GUERRERO | M | 2 | |
| | | GUERRERO | F | 5 | 31 DE MAYO DEL 2019 |
| | | GUERRERO | M | 40 | |
| 5 | | GUERRERO | F | 37 | |
| | | GUERRERO | M | 10 | 31 DE MAYO DEL 2019 |
| | | GUERRERO | M | 21 | |
| 6 | | GUERRERO | F | 18 | |
| | | GUERRERO | M | 11 MESES | 31 DE MAYO DEL 2019 |
| | | GUERRERO | F | 20 | |
| | | GUERRERO | M | 23 | |
| | | GUERRERO | F | 1 | 31 DE MAYO DEL 2019 |
| 7 | | CONGO | M | 39 | |
| | | CONGO | F | 25 | |
| | | CONGO | F | 4 | |

| País | Sexo | Edad | Fecha |
|---|---|---|---|
| CONGO | F | 2 | |
| CONGO | M | 37 | 31 DE MAYO DEL 2019 |
| CONGO | F | 35 | |
| CONGO | M | 14 | |
| CONGO | F | 11 | |
| CONGO | F | 4 | |
| HAITI | M | 32 | 31 DE MAYO DEL 2019 |
| HAITI | F | 33 | |
| CHILE | M | 3 | |
| CONGO | M | 44 | 31 DE MAYO DEL 2019 |
| CONGO | F | 38 | |
| CONGO | M | 9 | |
| CONGO | M | 1 | |
| CONGO | M | 35 | 31 DE MAYO DEL 2019 |
| CONGO | F | 32 | |
| CONGO | M | 15 | |
| CONGO | F | 9 | |
| CONGO | M | 6 | |
| CONGO | F | 1 | |
| CONGO | M | 32 | 31 DE MAYO DEL 2019 |
| CONGO | F | 30 | |
| CONGO | F | 7 | |
| CONGO | M | 3 | |
| CONGO | M | 36 | 31 DE MAYO DEL 2019 |
| CONGO | F | 32 | |
| CONGO | F | 10 | |
| CONGO | F | 6 | |
| CONGO | F | 4 | |
| CONGO | F | 1 | |
| GUERRERO | F | 23 | 31 DE MAYO DEL 2019 |
| GUERRERO | M | 28 | |
| GUERRERO | M | 2 | |
| GUERRERO | F | 5 | |
| GUERRERO | M | 40 | 31 DE MAYO DEL 2019 |
| GUERRERO | F | 37 | |
| GUERRERO | M | 10 | |
| GUERRERO | M | 21 | 31 DE MAYO DEL 2019 |
| GUERRERO | F | 18 | |
| GUERRERO | M | 11 MESES | |
| GUERRERO | F | 20 | 31 DE MAYO DEL 2019 |
| GUERRERO | M | 23 | |
| GUERRERO | F | 1 | |
| CONGO | M | 39 | 31 DE MAYO DEL 2019 |
| CONGO | F | 25 | |
| CONGO | F | 4 | |
| BRASIL | F | 3 | 31 DE MAYO DEL 2019 |
| CONGO | M | 31 | |
| CONGO | F | 30 | |
| CONGO | F | 5 | |
| CONGO | M | 1 | |
| CONGO | M | 42 | 31 DE MAYO DEL 2019 |
| CONGO | F | 31 | |
| CONGO | M | 7 | |
| CONGO | M | 5 | |
| CONGO | M | 3 | 03 DE JUNIO DE 2019 |
| ANGOLA | M | 42 | |
| ANGOLA | F | 34 | |
| ANGOLA | M | 15 | |
| ANGOLA | F | 13 | |
| ANGOLA | F | 4 | 03 DE JUNIO DE 2019 |
| CONGO | F | 34 | |
| CONGO | M | 13 | 03 DE JUNIO DE 2019 |
| ANGOLA | F | 47 | |
| ANGOLA | F | 15 | |
| ANGOLA | F | 9 | |
| ANGOLA | M | 7 | 03 DE JUNIO DE 2019 |
| ANGOLA | F | 31 | |
| ANGOLA | F | 9 | |
| ANGOLA | M | 7 | |
| ANGOLA | M | 5 | |
| ANGOLA | M | 3 | 03 DE JUNIO DE 2019 |
| ANGOLA | F | 29 | |

| País | Sexo | Edad | Fecha |
|---|---|---|---|
| GUERRERO | | 23 | |
| CONGO | F | 1 | |
| CONGO | M | 39 | 31 DE MAYO DEL 2019 |
| CONGO | F | 25 | |
| BRASIL | F | 4 | |
| CONGO | F | 3 | |
| CONGO | M | 31 | 31 DE MAYO DEL 2019 |
| CONGO | F | 30 | |
| CONGO | F | 5 | |
| CONGO | M | 1 | |
| CONGO | M | 42 | |
| CONGO | F | 31 | 31 DE MAYO DEL 2019 |
| CONGO | M | 7 | |
| CONGO | M | 5 | |
| ANGOLA | M | 3 | |
| ANGOLA | M | 42 | |
| ANGOLA | F | 34 | 03 DE JUNIO DE 2019 |
| ANGOLA | M | 15 | |
| ANGOLA | F | 13 | |
| CONGO | F | 4 | |
| CONGO | F | 34 | 03 DE JUNIO DE 2019 |
| CONGO | M | 13 | |
| ANGOLA | F | 47 | |
| ANGOLA | F | 15 | 03 DE JUNIO DE 2019 |
| ANGOLA | F | 9 | |
| ANGOLA | M | 7 | |
| ANGOLA | F | 31 | |
| ANGOLA | F | 9 | 03 DE JUNIO DE 2019 |
| ANGOLA | M | 7 | |
| ANGOLA | M | 5 | |
| ANGOLA | M | 3 | |
| ANGOLA | F | 29 | 03 DE JUNIO DE 2019 |
| ANGOLA | F | 5 | |
| CONGO | M | 28 | |
| CONGO | F | 28 | 03 DE JUNIO DE 2019 |
| CONGO | M | 2 | |
| CONGO | F | 8 MESES | |
| HONDURAS | F | 23 | |
| HONDURAS | M | 26 | 03 DE JUNIO DE 2019 |
| HONDURAS | M | 9 | |
| CUBA | F | 28 | 03 DE JUNIO DE 2019 |
| CUBA | F | 8 | |
| ANGOLA | M | 34 | 03 DE JUNIO DE 2019 |
| ANGOLA | F | 27 | |
| ANGOLA | F | 6 | |
| ANGOLA | F | 4 | |
| BRASIL | M | 1 | |
| HAITI | M | 35 | 04 DE JUNIO DE 2019 |
| HAITI | F | 29 | |
| HAITI | M | 6 MESES | |
| CONGO | M | 34 | 04 DE JUNIO DE 2019 |
| CONGO | F | 32 | |
| CONGO | F | 2 | |
| CONGO | M | 9 MESES | |
| ANGOLA | M | 36 | 04 DE JUNIO DE 2019 |
| ANGOLA | F | 30 | |
| ANGOLA | M | 8 | |
| ANGOLA | M | 4 | |
| ANGOLA | M | 3 | |
| CAMERUN | M | 38 | 04 DE JUNIO DE 2019 |
| CAMERUN | F | 34 | |
| CAMERUN | M | 10 | |
| CAMERUN | M | 13 | |
| CAMERUN | M | 6 | |
| CAMERUN | F | 13 | 04 DE JUNIO DE 2019 |
| CAMERUN | F | 35 | |
| CHIAPAS | M | 44 | 04 DE JUNIO DE 2019 |
| CHIAPAS | F | 42 | |
| USA | M | 14 | |
| USA | M | 13 | |
| USA | F | 11 | |
| USA | F | 11 | |
| USA | M | 10 | |
| USA | F | 9 | |
| HONDURAS | M | 32 | 04 DE JUNIO DE 2019 |
| HONDURAS | F | 24 | |
| HONDURAS | F | 7 | |
| HONDURAS | M | 4 | |



| # | Country | Sex | Age | Date |
|---|---|---|---|---|
| 13 | CONGO | M | 36 | |
| | CONGO | F | 48 | 12 DE JUNIO DE 2019 |
| | CONGO | F | 45 | |
| | CONGO | F | 15 | |
| | CONGO | M | 13 | |
| | CONGO | M | 11 | |
| | CONGO | M | 9 | |
| | CONGO | M | 6 | |
| 14 | CONGO | M | 32 | 12 DE JUNIO DE 2019 |
| | CONGO | F | 29 | |
| | CONGO | F | 1 | |
| | ANGOLA | M | 43 | 12 DE JUNIO DE 2019 |
| | ANGOLA | F | 14 | |
| | ANGOLA | F | 28 | 13 DE JUNIO DE 2019 |
| | ANGOLA | M | 12 | |
| | ANGOLA | M | 7 | |
| | ANGOLA | M | 4 | |
| | CONGO | M | 36 | 13 DE JUNIO DE 2019 |
| | CONGO | F | 28 | |
| | CONGO | M | 4 | |
| | CONGO | M | 1 | |
| | CONGO | M | 29 | 14 DE JUNIO DE 2019 |
| | CONGO | M | 15 | |
| | HAITI | F | 35 | 14 DE JUNIO DE 2019 |
| | BRASIL | M | 5 | |
| | HAITI | F | 45 | 14 DE JUNIO DE 2019 |
| | HAITI | M | 9 | |
| | HAITI | F | 27 | 15 DE JUNIO DE 2019 |
| | BRASIL | F | 3 | |
| 15 | HAITI | F | 43 | 15 DE JUNIO DE 2019 |
| | HAITI | M | 17 | |
| | HAITI | M | 34 | 15 DE JUNIO DE 2019 |
| | HAITI | F | 34 | |
| | HAITI | M | 12 | |
| | GUERRERO | M | 24 | 16 DE JUNIO DE 2019 |
| | GUERRERO | F | 27 | |
| | GUERRERO | F | 7 | |
| | GUERRERO | F | 2 | |
| 16 | CONGO | M | 42 | 16 DE JUNIO DE 2019 |
| | CONGO | F | 36 | |
| | CONGO | F | 2 | |
| | CONGO | F | 34 | 16 DE JUNIO DE 2019 |
| | CONGO | M | 17 | |
| | CONGO | F | 16 | |
| | CONGO | F | 13 | |
| | CONGO | F | 8 | |
| | CONGO | F | 6 | |
| | CONGO | F | 2 | |
| 17 | CONGO | M | 27 | 17 DE JUNIO DE 2019 |
| | CONGO | F | 24 | |
| | CONGO | F | 5 | |
| | GUERRERO | F | 23 | 17 DE JUNIO DE 2019 |
| | GUERRERO | M | 34 | |
| | GUERRERO | F | 5 | |
| 18 | GUERRERO | F | 3 | |
| | GUERRERO | F | 7 MESES | 18 DE JUNIO DE 2019 |
| | CUBA | F | 26 | |
| | CUBA | F | 10 | 19 DE JUNIO DE 2019 |
| 19 | HAITI | M | 32 | |
| | HAITI | M | 1 | |
| | HAITI | F | 26 | 19 DE JUNIO DE 2019 |
| | CONGO | M | 33 | |
| | CONGO | F | 26 | |
| 20 | CONGO | M | 11 | 21 DE JUNIO DE 2019 |
| | HONDURAS | F | 32 | |
| | HONDURAS | F | 2 | |
| | HONDURAS | F | 4 | |
| 21 | HONDURAS | M | 32 | 22 DE JUNIO DE 2019 |
| | HAITI | F | 36 | |
| | HAITI | F | 1 | |
| | HAITI | M | 41 | 22 DE JUNIO DE 2019 |
| | HAITI | F | 24 | |
| | HAITI | F | 10 MESES | |
| | HAITI | M | 28 | 22 DE JUNIO DE 2019 |
| | HAITI | F | 27 | |
| | HAITI | M | 5 | |
| | BRASIL | M | 35 | 22 DE JUNIO DE 2019 |
| | HAITI | F | 38 | |
| | HAITI | F | 15 | |
| | HAITI | F | 14 | |
| | HAITI | F | 1 | |
| | CHILE | M | 39 | |
| | HAITI | | | 26 DE MARZO DE 2016 |



| # | Country | Sex | Age | Date |
|---|---------|-----|-----|------|
|  | HONDURAS | M | 32 | 22 DE JUNIO DE 2019 |
|  | HONDURAS | F | 30 | |
|  | HONDURAS | M | 10 | |
|  | HONDURAS | F | 14 | |
|  | ANGOLA | F | 34 | 23 DE JUNIO DE 2019 |
|  | ANGOLA | F | 15 | |
|  | CONGO | M | 39 | 23 DE JUNIO DE 2019 |
|  | CONGO | F | 32 | |
|  | ANGOLA | F | 8 | |
|  | ANGOLA | M | 45 | 23 DE JUNIO DE 2019 |
|  | ANGOLA | F | 40 | |
|  | ANGOLA | M | 10 | |
|  | ANGOLA | F | 7 | |
|  | ANGOLA | M | 4 | |
|  | CONGO | M | 31 | 23 DE JUNIO DE 2019 |
|  | CONGO | M | 11 | |
|  | CONGO | M | 36 | 23 DE JUNIO DE 2019 |
|  | CONGO | F | 31 | |
|  | CONGO | M | 4 | |
|  | CONGO | F | 37 | 24 DE JUNIO DE 2019 |
|  | CONGO | M | 7 | |
|  | BRASIL | M | 2 | |
| 22 | ANGOLA | M | 38 | 24 DE JUNIO DE 2019 |
|  | ANGOLA | F | 23 | |
|  | ANGOLA | F | 15 | |
|  | ANGOLA | M | 8 | |
|  | ANGOLA | M | 9 MESES | |
| 23 | CUBA | F | 6 | 24 DE JUNIO DE 2019 |
|  | CUBA | F | 27 | |
| 24 | MICHOACAN | F | 26 | 24 DE JUNIO DE 2019 |
|  | MICHOACAN | F | 7 | |
|  | MICHOACAN | F | 5 | |
|  | MICHOACAN | M | 4 | |
|  | MICHOACAN | M | 37 | 25 DE JUNIO DE 2019 |
|  | HAITI | F | 27 | |
|  | HAITI | M | 6 | |
|  | HAITI | M | 1 | |
|  | CONGO | M | 37 | 29 DE JUNIO DE 2019 |
|  | CONGO | F | 32 | |
|  | CONGO | M | 5 | |
|  | CONGO | F | 2 | |
|  | HONDURAS | F | 23 | 30 DE JUNIO DE 2019 |
|  | HONDURAS | M | 4 | |
|  | HAITI | F | 41 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 43 | |
|  | HAITI | F | 16 | |
|  | HAITI | F | 1 | |
|  | MEXICO | F | 22 | 30 DE JUNIO DE 2019 |
|  | MEXICO | F | 4 | |
|  | CUBA | M | 24 | |
|  | HAITI | M | 32 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 5 | |
|  | HAITI | F | 33 | |
|  | HAITI | F | 3 MESES | |
|  | HAITI | M | 28 | 30 DE JUNIO DE 2019 |
|  | HAITI | F | 32 | |
|  | BRASIL | M | 1 | |
|  | HAITI | F | 29 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 26 | |
|  | CHILE | F | 7 MESES | |
|  | HAITI | F | 27 | 30 DE JUNIO DE 2019 |
|  | CHILE | M | 8 | |
|  | HONDURAS | M | 8 | 30 DE JUNIO DE 2019 |
| 26 | HONDURAS | F | 25 | |
|  | ANGOLA | M | 33 | 30 DE JUNIO DE 2019 |
| 27 | ANGOLA | F | 30 | |
|  | ANGOLA | F | 7 | |
|  | HAITI | M | 36 | 30 DE JUNIO DE 2019 |
|  | HAITI | F | 40 | |
|  | BRASIL | F | 1 | |
|  | HAITI | F | 28 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 44 | |
|  | HAITI | F | 13 | |
|  | VENEZUELA | F | 8 | |
|  | BRASIL | F | 11 MESES | |
|  | HAITI | M | 38 | 30 DE JUNIO DE 2019 |
|  | HAITI | F | 39 | |
|  | HAITI | F | 16 | |
|  | HAITI | F | 9 | |
|  | VENEZUELA | F | 3 | |
|  | HAITI | M | 30 | 30 DE JUNIO DE 2019 |
|  | CHILE | M | 1 | |
|  | HAITI | F | 33 | |
|  | HAITI | F | 22 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 27 | |
|  | HAITI | M | 2 | |
|  | HAITI | M | 35 | 30 DE JUNIO DE 2019 |
|  | HAITI | F | 26 | |
|  | HAITI | F | 7 | |
|  | HAITI | F | 25 | 30 DE JUNIO DE 2019 |

| # | | País | Sexo | Edad | Fecha |
|---|---|---|---|---|---|
| 22 | | BRASIL | | 38 | |
| | | ANGOLA | F | 25 | |
| | | ANGOLA | F | 15 | |
| | | ANGOLA | M | 8 | |
| | | ANGOLA | M | 9 MESES | |
| | | ANGOLA | | 6 | 24 DE JUNIO DE 2019 |
| | | CUBA | F | 27 | |
| 23 | | CUBA | F | 26 | 24 DE JUNIO DE 2019 |
| | | MICHOACAN | F | 7 | |
| 24 | | MICHOACAN | F | 5 | |
| | | MICHOACAN | F | 4 | |
| | | MICHOACAN | M | 37 | |
| | | MICHOACAN | M | 27 | 25 DE JUNIO DE 2019 |
| | | HAITI | F | 6 | |
| | | HAITI | M | 1 | |
| | | HAITI | M | 37 | 29 DE JUNIO DE 2019 |
| | | CONGO | M | 32 | |
| | | CONGO | F | 5 | |
| | | CONGO | M | 2 | |
| | | CONGO | F | 23 | 30 DE JUNIO DE 2019 |
| | | HONDURAS | F | 4 | |
| | | HONDURAS | M | 41 | 30 DE JUNIO DE 2019 |
| | | HAITI | F | 43 | |
| | | HAITI | M | 16 | |
| | | HAITI | F | 1 | |
| | | HAITI | F | 22 | 30 DE JUNIO DE 2019 |
| 25 | | MEXICO | F | 4 | |
| | | MEXICO | F | 24 | |
| | | CUBA | M | 32 | 30 DE JUNIO DE 2019 |
| | | HAITI | M | 5 | |
| | | HAITI | M | 33 | |
| | | HAITI | F | 3 MESES | |
| | | HAITI | F | 28 | 30 DE JUNIO DE 2019 |
| | | HAITI | M | 32 | |
| | | HAITI | F | 1 | |
| | | BRASIL | M | 29 | 30 DE JUNIO DE 2019 |
| | | HAITI | F | 26 | |
| | | HAITI | M | 7 MESES | |
| | | CHILE | F | 27 | 30 DE JUNIO DE 2019 |
| | | HAITI | F | 8 | |
| | | CHILE | M | 8 | 30 DE JUNIO DE 2019 |
| 26 | | HONDURAS | M | 25 | |
| | | HONDURAS | F | 33 | 30 DE JUNIO DE 2019 |
| 27 | | ANGOLA | M | 30 | |
| | | ANGOLA | F | 7 | |
| | | ANGOLA | F | 36 | 30 DE JUNIO DE 2019 |
| | | HAITI | M | 40 | |
| | | HAITI | F | 1 | |
| | | BRASIL | F | 28 | 30 DE JUNIO DE 2019 |
| | | HAITI | F | 44 | |
| | | HAITI | M | 13 | |
| | | HAITI | F | 8 | |
| | | VENEZUELA | F | 11 MESES | |
| | | BRASIL | F | 38 | 30 DE JUNIO DE 2019 |
| | | HAITI | M | 39 | |
| | | HAITI | F | 16 | |
| | | HAITI | F | 9 | |
| | | HAITI | F | 3 | |
| | | VENEZUELA | F | 30 | 30 DE JUNIO DE 2019 |
| | | HAITI | M | 1 | |
| | | CHILE | M | 33 | |
| | | HAITI | F | 22 | 30 DE JUNIO DE 2019 |
| | | HAITI | F | 27 | |
| | | HAITI | M | 2 | |
| | | HAITI | M | 35 | 30 DE JUNIO DE 2019 |
| | | HAITI | M | 26 | |
| | | HAITI | F | 7 | |
| | | HAITI | F | 25 | 30 DE JUNIO DE 2019 |
| | | HAITI | F | 30 | |
| | | HAITI | M | 2 | |
| | | BRASIL | F | 3 | |
| | | BRASIL | M | 41 | 30 DE JUNIO DE 2019 |
| | | HAITI | F | 9 | |
| | | HAITI | M | 17 | |
| | | HAITI | M | 41 | 30 DE JUNIO DE 2019 |
| | | HAITI | M | 43 | |
| | | HAITI | F | 16 | |
| | | HAITI | F | 13 | |
| | | HAITI | M | 3 | |
| | | HAITI | M | 33 | 30 DE JUNIO DE 2019 |
| | | HAITI | F | 15 | |
| | | HAITI | M | 35 | |
| | | HAITI | M | 29 | 30 DE JUNIO DE 2019 |
| 28 | | HONDURAS | F | 24 | |
| | | HONDURAS | M | 4 | |
| | | HONDURAS | M | | |

| # | País | Sexo | Edad | Fecha |
|---|---|---|---|---|
|  | HONDURAS | M | 8 | 30 DE JUNIO DE 2019 |
|  | HONDURAS | F | 25 |  |
|  | ANGOLA | M | 33 | 30 DE JUNIO DE 2019 |
|  | ANGOLA | F | 30 |  |
|  | ANGOLA | F | 7 |  |
|  | HAITI | M | 36 | 30 DE JUNIO DE 2019 |
|  | HAITI | F | 40 |  |
|  | BRASIL | F | 1 |  |
|  | HAITI | F | 28 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 44 |  |
|  | HAITI | F | 13 |  |
|  | VENEZUELA | F | 8 |  |
|  | BRASIL | F | 11 MESES |  |
|  | HAITI | M | 38 | 30 DE JUNIO DE 2019 |
|  | HAITI | F | 39 |  |
|  | HAITI | F | 16 |  |
|  | HAITI | F | 9 |  |
|  | VENEZUELA | F | 3 |  |
|  | HAITI | M | 30 | 30 DE JUNIO DE 2019 |
|  | CHILE | M | 1 |  |
|  | HAITI | F | 33 |  |
|  | HAITI | F | 22 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 27 |  |
|  | HAITI | M | 2 |  |
|  | HAITI | M | 35 | 30 DE JUNIO DE 2019 |
|  | HAITI | F | 26 |  |
|  | HAITI | F | 7 |  |
|  | HAITI | F | 25 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 30 |  |
|  | BRASIL | F | 2 |  |
|  | BRASIL | M | 3 |  |
|  | HAITI | F | 41 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 9 |  |
|  | HAITI | M | 17 |  |
|  | HAITI | M | 41 | 30 DE JUNIO DE 2019 |
|  | HAITI | F | 43 |  |
|  | HAITI | F | 16 |  |
|  | HAITI | M | 13 |  |
|  | HAITI | M | 3 |  |
|  | HAITI | F | 33 | 30 DE JUNIO DE 2019 |
|  | HAITI | M | 15 |  |
|  | HAITI | M | 35 |  |
| 28 | HONDURAS | F | 29 | 30 DE JUNIO DE 2019 |
|  | HONDURAS | M | 24 |  |
|  | HONDURAS | M | 4 |  |
|  | HONDURAS | F | 3 |  |
|  | HONDURAS | M | 8 |  |
|  | HAITI | M | 22 | 01 DE JULIO DE 2019 |
|  | HAITI | F | 25 |  |
|  | MEXICO | F | 5 MESES |  |
| 29 | GUERRERO | F | 38 | 01 DE AGOSTO DE 2019 |
|  | GUERRERO | M | 16 |  |
| 30 | GUERRERO | F | 32 | 01 DE AGOSTO DE 2019 |
|  | GUERRERO | M | 34 |  |
|  | GUERRERO | M | 15 |  |
|  | GUERRERO | M | 14 |  |
|  | GUERRERO | F | 11 |  |
|  | GUERRERO | F | 7 |  |