1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                **UNITED STATES DISTRICT COURT**
16
               **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 Al Otro Lado, Inc., *et al.*,              Case No.:  17-cv-02366-BAS-KSC

19              Plaintiffs,                    **[DISCOVERY MATTER]**
                                              **UNOPPOSED JOINT MOTION FOR**
20       v.                                    **ENTRY OF SCHEDULING ORDER**

21 Chad F. Wolf,[1] *et al.*,

22              Defendants.

23                                            **NO ORAL ARGUMENT UNLESS**
                                              **REQUESTED BY THE COURT**
24
                                              *DECLARATION OF STEPHEN M.*
25                                            *MEDLOCK FILED CONCURRENTLY*

26 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

27 [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
   McAleenan pursuant to Fed. R. Civ. P. 25(d).
28
                                              UNOPPOSED JOINT MOTION FOR
                                              ENTRY OF SCHEDULING ORDER

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

UNOPPOSED JOINT MOTION FOR
ENTRY OF SCHEDULING ORDER

Since the last telephonic status conference with the Court, the parties have met and conferred regarding a schedule for the completion of merits discovery, merits expert reports, summary judgment, and trial. *See* Medlock Decl. ¶¶ 3-4. The parties have reached an agreement and jointly ask that the Court enter the following case schedule:

| Date | Deadline |
|---|---|
| June 19, 2020 | Close of fact discovery |
| July 10, 2020 | Deadline for Plaintiffs to disclose merits expert reports pursuant to Fed. R. Civ. P. 26(a) |
| July 24, 2020 | Deadline for Plaintiffs to make their merits experts available for deposition |
| August 7, 2020 | Deadline for Defendants to disclose their merits expert reports pursuant to Fed. R. Civ. P. 26(a) |
| August 21, 2020 | Deadline for Defendants to make their merits experts available for deposition |
| September 4, 2020 | Opening summary judgment and *Daubert* briefs are due[2] |
| December 14, 2020, or at an alternate date that is convenient for the Court | Pretrial conference |
| January 11, 2021, or at an alternate date that is convenient for the Court | First day of approximately 5-day bench trial |

---

[2] The parties intend to submit a proposed briefing schedule to the Court before the summary judgment deadline. The parties anticipate filing sequential cross-motions for summary judgment, under which Plaintiffs move for summary judgment no later than the deadline, and Defendants file their opposition to that motion and affirmative motion for summary judgment in one document; Plaintiffs then file their reply in support of their motion and opposition to Defendants' summary judgment motion in one document; and Defendants then file their reply.

UNOPPOSED JOINT MOTION FOR
ENTRY OF SCHEDULING ORDER

**DEFENDANTS' STATEMENT:** Defendants acknowledge, as the Court has also acknowledged, that future events may influence the ensuing case schedule, including but not limited to the outcome of the pending preliminary-injunction appeal to the Ninth Circuit and the outcome of the pending class certification motion.  Defendants have nonetheless agreed to jointly propose the foregoing case schedule as a compromise with Plaintiffs and with the good-faith belief that the schedule provides time to account for such uncertainties.  By agreeing to this schedule proposal, Defendants do not waive their right to request a stay of discovery or of proceedings based on future events.

Dated: February 27, 2020

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen S. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters

By: */s/ Stephen M. Medlock*
    Stephen M. Medlock

*Attorneys for Plaintiffs*

2

UNOPPOSED JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

1

2

3    Dated: February 27, 2020

4                                          WILLIAM C. PEACHEY
                                           Director,
5                                          Office of Immigration Litigation – District
                                           Court Section
6

7                                          */s/ Katherine J. Shinners*
                                           KATHERINE J. SHINNERS
8                                          Senior Litigation Counsel
                                           U.S. Department of Justice
9                                          Civil Division
                                           Office of Immigration Litigation
10                                         District Court Section
11                                         P.O. Box 868, Ben Franklin Station
                                           Washington, D.C. 20044
12                                         Tel: (202) 598-8259 | Fax: (202) 305-7000
13                                         katherine.j.shinners@usdoj.gov
14

15                                         ALEXANDER J. HALASKA
16                                         ARI NAZAROV
                                           DHRUMAN Y. SAMPAT
17                                         Trial Attorneys
18
                                           *Counsel for Defendants*
19

20

21

22

23

24

25

26

27

28

UNOPPOSED JOINT MOTION FOR
ENTRY OF SCHEDULING ORDER

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated:  February 27, 2020                    MAYER BROWN LLP


                                              By  */s/ Stephen M. Medlock*