JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Chad F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> **JOINT MOTION TO CONSOLIDATE RESPONSES IN SUPPORT OF PLAINTIFFS' MOTIONS TO SEAL (ECF Nos. 388 and 410) AND EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL PORTIONS OF THEIR CLASS CERTIFICATION PAPERS (ECF No. 388)** <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

The parties, through counsel, hereby jointly move the Court to consolidate the deadlines and responses for Defendants to file their responses in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Class Certification Papers (ECF No. 388) and their Motion to Seal Limited Portions of their Class Certification Reply (ECF No. 410) under Federal Rule of Civil Procedure 6(b)(1). The consolidation of responses will preserve Court resources and promote efficiency.

The current deadline for Defendants to respond to Plaintiffs' Motion to Seal Portions of Plaintiffs' Class Certification Papers is February 28, 2020 (*see* Order Granting Extension, ECF No. 402). The current deadline for Defendants to respond to respond to Plaintiffs' Motion to Seal Limited Portions of their Class Certification Reply on March 16, 2020. Defendants ask that this Court grant them permission to submit their argument and evidence in support of both Motions in one consolidated response to be due on March 16, 2020.

Defendants make this request in order to streamline the review for the Court and minimize the number of sealing-related filings in this case, especially since the responses involve similar evidentiary support and legal argument. *See* Fed. R. Civ. P. 1 (noting that the parties are to secure the just, speedy, and inexpensive determination of every action and proceeding).

The parties have conferred, and Plaintiffs do not oppose this request.

Accordingly, the parties respectfully request that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), setting the deadline for Defendants to file their consolidated response in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Class Certification Papers (ECF No. 388) and their Motion to Seal Limited Portions of their Class Certification Reply (ECF No. 410) as March 16, 2020.

//
//

| | | |
|---|---|---|
|1| | |
|2|Dated: February 27, 2020|Respectfully Submitted,|
|3| |KATHERINE J. SHINNERS|
|4| |Senior Litigation Counsel|

*/s/ Ari Nazarov*
ARI NAZAROV
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
ari.nazarov@usdoj.gov

*Counsel for Defendants*

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Stephen S. Medlock

By: */s/ Stephen M. Medlock*
　　Stephen M. Medlock

*Attorneys for Plaintiffs*

2   JOINT MOTION TO CONTINUE DEADLINE FOR
DEFENDANTS TO FILE THEIR RESPONSE
IN SUPPORT OF MOTIONS TO SEAL

## CERTIFICATE OF SERVICE

Case No. 3:17-cv-02366-BAS-KSC

I certify that on February 27, 2020, I served a copy of this motion on the following persons by email:

| | |
|---|---|
| **Matthew Ellis Fenn** <br> mfenn@mayerbrown.org | **Stephen Medlock** <br> smedlock@mayerbrown.com |
| **Matthew M. Marmolejo** <br> mmarmolejo@mayerbrown.com | **Angelo R. Guisado** <br> aguisado@ccrjustice.org |
| **Micah D. Stein** <br> mstein@mayerbrown.com | **Baher Azmy** <br> bazmy@ccrjustice.org |
| **Ori Lev** <br> olev@mayerbrown.com | **Ghita R. Schwarz** <br> gschwarz@ccrjustice.org |
| **Rebecca Cassler** <br> rebecca.cassler@splcenter.org | **Karolina J. Walters** <br> kwalters@immcouncil.org |
| **Sarah Marion Rich** <br> sarah.rich@splcenter.org | **Melissa E. Crow** <br> melissa.crow@splcenter.org |

*/s/ Ari Nazarov*
Ari Nazarov
Trial Attorney