UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>                                  Plaintiffs,<br><br>     v.<br><br>CHAD F. WOLF, *et al.*,<br><br>                                  Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE DEFENDANTS' RESPONSES IN SUPPORT OF PLAINTIFFS' MOTIONS TO SEAL AND TO EXTEND DEADLINE TO RESPOND**<br><br>**[ECF No. 415]** |

On February 27, 2020, the parties filed a Joint Motion to consolidate Defendants' responses in support of Plaintiffs' Motions to Seal Portions of the Class Certification Papers (ECF No. 388) and the related Reply (ECF No. 410), and to extend the deadline for Defendants to file this response.  (ECF No. 415.)  Good cause appearing, the Court **GRANTS** the Joint Motion.  Defendants shall file their consolidated response in support of both Motions to Seal by **March 16, 2020**.

   IT IS SO ORDERED.

DATED: February 28, 2020

                                                                  *Cynthia Bashant*
                                                                  Hon. Cynthia Bashant
                                                                  United States District Judge