JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' NOTICE REGARDING UNSEALED DOCUMENTS** |
| Chad F. WOLF, Acting Secretary of Homeland Security; Mark A. MORGAN, Acting Commissioner, U.S. Customs and Border Protection; and Todd C. OWEN, Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection, in | |

1  their official capacities,[*]

2             *Defendants*

---

[*] Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

**DEFENDANTS' NOTICE REGARDING UNSEALED DOCUMENTS**

Defendants respectfully notify the Court that on February 24, 2020, the U.S. Court of Appeals for the Ninth Circuit denied the Government's motion to re-seal the following documents, which had become unsealed on the Ninth Circuit's docket following the Government's inadvertent failure to file a motion to keep the documents sealed:

- Plaintiffs' Reply in Support of Motion for Preliminary Injunction Prohibiting Government from Applying Asylum Ban to Provisional Class Members (ECF No. 313);
- a Laredo Field Office Queue Management Report (dated Feb. 2, 2019) (ECF No. 313-1);
- a Laredo Field Office Queue Management Report (dated Dec. 21, 2018) (ECF No. 313-2);
- a Laredo Field Office Queue Management Report (dated Dec. 20, 2018) (ECF No. 313-3);
- a Laredo Field Office Queue Management Report (dated Dec. 19, 2018) (ECF No. 313-4);
- a Queue Management Report (dated Mar. 6, 2019) (ECF No. 313-5);
- a Queue Management Report (dated Mar. 14, 2019) (ECF No. 313-6);
- Plaintiffs' Motion for Preliminary Injunction Prohibiting Government from Applying Asylum Ban to Provisional Class Members (ECF No. 294-1);
- an MCAT Daily Brief (dated Feb. 25, 2018) (ECF No. 294-43):
- a Queue Management Report (dated Jan. 22, 2019) (ECF No. 294-44);
- a Laredo Field Office Contingency Plan (dated Aug. 31, 2017; Bates numbered AOL-DEF-00011122–AOL-DEF-00011232) (ECF Nos. 293-29 and 294-45);
- the expert report of Plaintiffs' expert witness Stephanie Leutert (ECF Nos.

1  352-13, 390-9, 406-27, and 413-3); and

2  • the deposition of Todd C. Owen (Dec. 13, 2019) (ECF Nos. 368-2, 390-4, and
3  406-3).

4  A copy of the Ninth Circuit's order is attached hereto.

5  Each of these documents are the subject of a pending motion to seal in this
6  Court, which was not opposed by Plaintiffs. *See* Defs.' Am. Mot. to Seal Exhibits
7  Filed In Support of and in Opposition to Pls.' Mots. for Prelim. Inj. and Provisional
8  Class Certification (ECF No. 340); Defs.' Response in Support of Pls.' Mot. to Seal
9  Portions of Pls.' Provisional Class Certification Papers (ECF No. 381); Defs.' Response in Support of Pls.' Mot. to Seal Limited Portions of Pls.' TRO Reply Papers
11 (ECF No. 403). The Ninth Circuit order addresses only the specific documents listed
12 above, and does not concern any other documents that are also the subject of motions
13 to seal pending before this Court.

14 Although the above-listed documents are publicly available on the Ninth Circuit's docket, Defendants' arguments in support of sealing have not changed. *See,*
16 *e.g.*, ECF No. 340 at 11–12. Defendants' position is that the additional public release
17 of these documents may cause additional, distinct harm to Defendants' operations.
18 Defendants are willing to submit supplemental briefing on their position at the
19 Court's request. Further, the documents contain personally-identifying information
20 of CBP employees, such as personal addresses, email addresses, and telephone numbers.

| | | |
|---|---|---|
| 1 | DATED: March 5, 2020 | Respectfully submitted, |
| 2 | | JOSEPH H. HUNT |
| 3 | | Assistant Attorney General |
| 4 | | Civil Division |
| 5 | | WILLIAM C. PEACHEY |
| 6 | | Director |
| 7 | | KATHERINE J. SHINNERS |
| 8 | | Senior Litigation Counsel |
| 9 | | */s/ Alexander J. Halaska* |
| | | ALEXANDER J. HALASKA |
| 10 | | Trial Attorney |
| 11 | | United States Department of Justice |
| | | Civil Division |
| 12 | | Office of Immigration Litigation |
| 13 | | District Court Section |
| | | P.O. Box 868, Ben Franklin Station |
| 14 | | Washington, D.C. 20044 |
| 15 | | Tel: (202) 307-8704 | Fax: (202) 305-7000 |
| 16 | | alexander.j.halaska@usdoj.gov |
| 17 | | *Counsel for Defendants* |

3   DEFS.' NOTICE RE UNSEALED DOCUMENTS
Case No. 3:17-cv-02366-BAS-KSC

# **CERTIFICATE OF SERVICE**

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: March 5, 2020            Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice

4   DEFS.' NOTICE RE UNSEALED DOCUMENTS
Case No. 3:17-cv-02366-BAS-KSC