MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>        Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR ORAL ARGUMENT CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKTS. 389, 390)**<br><br>***DECLARATION OF STEPHEN M. MEDLOCK FILED CONCURRENTLY*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

## EX PARTE APPLICATION

PLEASE TAKE NOTICE that, pursuant to Section 4.C of the Court's Standing Order for Civil Cases, Plaintiffs, by and through the undersigned counsel, hereby apply to this Court for an order setting oral argument on Plaintiffs' motion for class certification.

The parties' motion papers raise complex issues concerning the application of Fed. R. Civ. P. 23 to Plaintiffs' claims under the Administrative Procedure Act, the Immigration and Nationality Act, and the Supreme Court's precedents on extraterritoriality. Therefore, Plaintiffs respectfully submit that it may be of more than ordinary use to the Court to test the parties' positions through oral argument.

On March 5, 2020, the parties met and conferred regarding this *ex parte* application. Defendants take no position on this *ex parte* application.

Plaintiffs therefore respectfully request an opportunity to present oral argument on their motion for class certification (Dkts. 389, 390).

Dated: March 6, 2020

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters

1
2	By: */s/ Stephen M. Medlock*
	Stephen M. Medlock
3	*Attorneys for Plaintiffs*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: March 6, 2020                          MAYER BROWN LLP


By /s/ Stephen M. Medlock