1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR ORAL ARGUMENT CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKTS. 389, 390)** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
 *bazmy@ccrjustice.org*
 Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
 *gschwarz@ccrjustice.org*
 Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
 *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
 Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
 *sarah.rich@splcenter.org*
 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
 *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
 Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
 *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

DECLARATION OF STEPHEN M. MEDLOCK

1

## DECLARATION OF STEPHEN M. MEDLOCK

2

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to

3

28 U.S.C. § 1746:

4

1.     I am a partner at the law firm Mayer Brown LLP, a member of the

5

Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead

6

counsel for the Plaintiffs in this case.

7

2.     Pursuant to Civ. L. R. 83.3(g), I make this declaration in support of

8

Plaintiffs' *Ex Parte* Application for Oral Argument on their Motion for Class

9

Certification (Dkts. 389, 390, 405, 406, 412, 413).

10

3.     On March 5, 2020, I met and conferred with counsel for Defendants

11

regarding the accompanying *ex parte* application for oral argument.  Counsel for

12

Defendants has informed me that Defendants take no position on the *ex parte*

13

application.

14

I declare under penalty of perjury under the laws of the United States of

15

America that the proceeding declaration is true and correct.

16

Executed on this 6th day of March 2020 at Washington, D.C.

17

18

*/s/ Stephen M. Medlock*

19

Stephen M. Medlock

20

21

22

23

24

25

26

27

28

3      DECLARATION OF STEPHEN M. MEDLOCK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN M. MEDLOCK