# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, et al.,<br><br>Defendants. | Case No.: 17CV2366-BAS(KSC)<br><br>**ORDER GRANTING JOINT MOTION [DOC. NO. 414] AND ENTERING SCHEDULING ORDER** |

With good cause appearing, the parties' Joint Motion for Entry of Scheduling Order is GRANTED. **IT IS HEREBY ORDERED**:

1. Plaintiffs shall serve all expert disclosures required by Fed. R. Civ. P. 26(a)(2) on or before **July 10, 2020**. Defendants' expert disclosures shall be served no later than **August 7, 2020**. Fed. R. Civ. P. 26(e)(1) imposes a duty on the parties to supplement the expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the time that pretrial disclosures are due under Fed. R. Civ. P. 26(a)(3) (discussed below). This disclosure requirement applies to all persons retained or specially employed to provide expert testimony, or whose duties as an employee of the party regularly involve the giving of expert testimony.

**Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ.**

**P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

2. All fact discovery shall be completed by all parties by **June 19, 2020**.[1] All expert discovery shall be completed by all parties by **August 21, 2020**. To this end, Plaintiffs shall make their expert witnesses available for deposition by **July 24, 2020** and Defendants shall do so by **August 21, 2020**.

3. All motions, other than motions to amend or join parties, or motions *in limine*, shall be filed on or before **September 4, 2020**. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. **Be advised that the period of time between the date you request a motion date and the hearing date may be up to sixty (60) days. Please plan accordingly.** Failure of counsel to timely request a motion date may result in the motion not being heard.

Any *Daubert* motions shall be filed along with motions for summary judgment unless no motions for summary judgment will be filed, in which case the parties may file *Daubert* motions along with motions *in limine*.

Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of the judge who will hear the motion. No reply memorandum shall exceed ten (10) pages without such leave of court.

//

---

[1] "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel shall file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

4. Pursuant to Local Rule 7.1.f.3.c, **if an opposing party fails to file opposition papers in the time and manner required by Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the Court.** Accordingly, all parties are ordered to abide by the terms of Local Rule 7.1.e.2 or otherwise face the prospect of any pretrial motion being granted as an unopposed motion pursuant to Local Rule 7.1.f.3.c.

5. The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than **November 9, 2020**. **Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

6. The parties shall file Memoranda of Contentions of Fact and Law pursuant to Civil Local Rule 16.1.f.2. no later than **November 9, 2020**.

7. Counsel shall confer and take the action required by Local Rule 16.1.f.4.a on or before **November 16, 2020**.

8. Counsel for the Plaintiffs must provide opposing counsel with the proposed pretrial order for review and approval and take any other action required by Local Rule 16.1.f.6.a on or before **November 23, 2020**.

9. The proposed pretrial order shall be lodged with District Judge Bashant's chambers on or before **November 30, 2020**, and shall be in the form prescribed in Local Rule 16.1.f.6.

10. The final Pretrial Conference is scheduled on the calendar of the **Honorable Cynthia Bashant** for Monday, **December 14, 2020** at **11:00 am**.

11. The trial date and related deadlines (e.g. deadlines to file motions *in limine* and submit trial documents) will be set at the final Pretrial Conference.

12. The dates and times set forth herein will not be modified except for good cause shown.

/ /

13. Plaintiffs' counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: March 10, 2020

Hon. Karen S. Crawford
United States Magistrate Judge