MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>　　　　　Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**UNOPPOSED JOINT MOTION TO SET BRIEFING SCHEDULE**<br><br><br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>*DECLARATION OF STEPHEN M. MEDLOCK FILED CONCURRENTLY* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

On January 14, 2020, Plaintiffs filed their Motion for Class Certification, accompanied by supporting declarations. *See* ECF No. 390. On February 26, 2020, Defendants filed a Motion to Strike the Declarations of 23 Unidentified Declarants Filed in Support of Plaintiffs' Motion for Class Certification. *See* ECF No. 411. Plaintiffs' opposition to that motion is currently due March 16, 2020.

On March 5, 2020, the parties met and conferred. Defendants informed Plaintiffs that they intend to file a substantially similar motion to strike regarding the declarations supporting Plaintiffs' Reply in Support of Motion for Class Certification. *See* ECF No. 413. After further discussion, the parties agreed that, considering that both motions to strike would contain substantially similar legal arguments and content, it would be in the parties' and the Court's best interests to streamline the briefing on these motions by consolidating the opposition and reply briefs and extending the deadlines for each.

Accordingly, the parties respectfully request that the Court enter the following briefing schedule as stipulated by the parties:

| Brief | Due Date |
| --- | --- |
| Plaintiffs' Opposition to Defendants' Motion to Strike (ECF No. 411) and forthcoming Motion to Strike | Two weeks from the date Defendants' forthcoming Motion to Strike is filed |
| Defendants' Reply in Support of Motion to Strike (ECF No. 411) and in support of forthcoming Motion to Strike | Four weeks from the date Defendants' forthcoming Motion to Strike is filed |

This schedule will permit the parties to consolidate their arguments on substantially similar motions, and will allow the Court to address both motions simultaneously.

The parties therefore request that the Court grant this motion to set their stipulated briefing schedule as outlined above.

1

UNOPPOSED JOINT MOTION TO SET BRIEFING SCHEDULE

Dated: March 13, 2020

      MAYER BROWN LLP
         Matthew H. Marmolejo
         Ori Lev
         Stephen M. Medlock

      SOUTHERN POVERTY LAW CENTER
         Melissa Crow
         Sarah Rich
         Rebecca Cassler

      CENTER FOR CONSTITUTIONAL RIGHTS
         Baher Azmy
         Ghita Schwarz
         Angelo Guisado

      AMERICAN IMMIGRATION COUNCIL
         Karolina Walters

      By: */s/ Stephen M. Medlock*
         Stephen M. Medlock

      *Attorneys for Plaintiffs*

Dated: March 13, 2020

WILLIAM C. PEACHEY
Director,
Office of Immigration Litigation – District Court Section

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
U.S. Department of Justice

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Attorneys for Defendants*

UNOPPOSED JOINT MOTION TO
SET BRIEFING SCHEDULE

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: March 13, 2020                        MAYER BROWN LLP

                                             By  */s/ Stephen M. Medlock*