# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAD F. WOLF, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING UNOPPOSED JOINT MOTION TO SET BRIEFING SCHEDULE** |

Before the Court is the parties' Unopposed Joint Motion to Set Briefing Schedule regarding Defendants' Motions to Strike declarations submitted in support of both Plaintiffs' Motion for Class Certification and Reply in support of the motion. (ECF No. 422.)  Good cause appearing, the Court **GRANTS** the Joint Motion and **SETS** the following briefing schedule on the Motions to Strike:

- Plaintiffs' consolidated Opposition to Defendants' Motion to Strike (ECF No. 411) and forthcoming Motion to Strike shall be filed two weeks from the date Defendants' forthcoming Motion to Strike is filed
- Defendants' consolidated Reply in Support of Motion to Strike (ECF No. 411) and in support of forthcoming Motion to Strike shall be filed four weeks from the date Defendants' forthcoming Motion to Strike is filed.

**IT IS SO ORDERED.**

**DATED: March 13, 2020**

Hon. Cynthia Bashant
United States District Judge