| | |
|---|---|
| 1 | JOSEPH H. HUNT |
| 2 | Assistant Attorney General, Civil Division |
|   | WILLIAM C. PEACHEY |
| 3 | Director, Office of Immigration Litigation – |
| 4 | District Court Section |
|   | KATHERINE J. SHINNERS |
| 5 | Senior Litigation Counsel |
| 6 | ARI NAZAROV |
|   | Trial Attorney |
| 7 | United States Department of Justice |
| 8 | Civil Division |
| 9 | Office of Immigration Litigation – District |
|   | Court Section |
| 10 | P.O. Box 868, Ben Franklin Station |
| 11 | Washington, D.C. 20044 |
|    | Tel: (202) 514-4120 | Fax: (202) 305-7000 |
| 12 | |
| 13 | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ARI NAZAROV SUPPORTING DEFENDANTS' CONSOLIDATED RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL PORTIONS OF THEIR CLASS CERTIFICATION PAPERS (ECF No. 388) AND MOTION TO SEAL LIMITED PORTION OF REPLY (ECF No. 410)** |
| CHAD F. WOLF, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants*. | |

# **DECLARATION OF ARI NAZAROV**

I, Ari Nazarov, declare as follows:

- I am a Trial Attorney in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California. I submit this declaration in support of Defendants' Consolidated Response in Support of Plaintiffs' Motion to Seal Portion of Their Class Certification Papers and Motion to Seal Limited Portions of Their Class Certification Reply.

- Attached hereto as Exhibit A is a true and correct copy of the declaration of Vernon Foret, dated March 9, 2020.

- Attached hereto as Exhibit B is a true and correct copy of the declaration of Johnny L. Armijo, dated March 10, 2020.

- Attached hereto as Exhibit C is a true and correct copy of the declaration of Randy Howe, dated March 11, 2020.

- Attached hereto as Exhibit D is a true and correct copy of the declaration of Randy Howe, dated February 12, 2020.

- Attached hereto as Exhibit E is a true and correct copy of the declaration of Johnny L. Armijo, dated February 3, 2020.

- Attached hereto as Exhibit F is a true and correct copy of the declaration of Todd C. Owen, dated January 29, 2020.

- Attached hereto as Exhibit G are the confidentiality designations for the deposition transcript for the whistleblower held on November 21, 2019, and filed with this Court on December 23, 2019.  *See also* ECF No. 370-1.

- Attached hereto as Exhibit H are the confidentiality designations for the deposition transcript for Todd C. Owen, held on December 13, 2019.

1    • Attached hereto as Exhibit I is a true and correct copy of the declaration
2    of John Buckley, dated December 4, 2019.
3    //
4    //

6    I declare under penalty of perjury that the foregoing is true and correct to the
7    best of my knowledge. This declaration was executed on March 16, 2020, in
8    Washington, D.C.

                                    *s/ Ari Nazarov*
                                    ARI NAZAROV