# Appendix A

| Numbering in Plaintiffs' Motion to Seal Portions of Plaintiffs' Class Certification Papers (ECF No. 388) | Relevant Bates Numbers | Exhibit Number in Plaintiffs' Motion for Class Certification filed on January 14, 2020 (ECF No. 390) | Short Description |
|---|---|---|---|
| 1 | | Exh. No. 1 | Jan. 9 2020 Deposition of Randy Howe |
| 2 | | Exh. No. 2 | Dec. 13, 2019 depo of Todd Owen |
| 3 | | Exh. No. 3 | Nov. 21, 2019 Deposition of whistleblower |
| 4 | AOL-DEF-00615546-63 | Exh. No 4 | DHS OIG Tecate Report |
| 5 | OL-DEF-00014041-77 | Exh. No. 5 | CBP OPR Report of Investigation |
| 6 | | Exh. No. 7 | Expert Report of Leutert |
| 7 | AOL-DEF-00328857-58 | Exh. No. 16 | Hood email (Aug. 2, 2017) |
| 8 | AOL-DEF-00020023-24 | Exh. No. 17 | OFO Memo regarding Haitian Migration Surge (Oct. 6, 2016) |
| 9 | AOL-DEF-00029916-18 | Exh. No 19 | Aki Email |
| 10 | AOL-DEF-00243099 | Exh. No. 20 | Owen email (May 25, 2016) |
| 11 | AOL-DEF-00243099-100 | Exh. No. 21 | Hood email regarding Haitian Processing (May 25, 2016) |
| 12 | AOL-DEF-00046740-43 | Exh. No. 22 | Letter from UNHCR Re: San Ysidro |
| 13 | AOL-DEF-00372629-34 | Exh. No. 23 | Email re: Haitian Ambassador Request (Aug. XX, 2016) |
| 14 | AOL-DEF-00525116-18 | Exh. No. 24 | Morgan Email Oct 2016 re: Haitian Migrants |
| | | | |
| 15 | AOL-DEF-00041757-58 | Exh. No 26 | Howe email April 25, 2018 re: Caravan arrival |
| 16 | AOL-DEF-00041825-36 | Exh. No. 29 | Gonzales email April 23, 2018 re: update on Carvan and interaction w Mexico |
| 17 | AOL-DEF-00027054-55 | Exh. No. 30 | MCAT email (April 28, 2018) MCAT related |
| 18 | AOL-DEF-00060695-96 | Exh No. 31 | MCAT Report (April 27, 2018) |
| 19 | AOL-DEF-00028127-30 | Exh No. 32 | MCAT Report (April 28, 2018) |
| 20 | AOL-DEF-00274287-91 | Exh. No. 33 | MCAT Presentation (April 29, 2018) |
| 21 | AOL-DEF-00063246-47 | Exh. No. 34 | Hood email re: mass migration plan (April 18, 2018) |
| 23 | AOL-DEF-00060768-69 | Exh. No. 36 | Longoria email (July 9, 2018) re: Queue mang. |
| 24 | AOL-DEF-00027740-43 | Exh. No. 37 | Field Queue Management Report (Oct 25, 2018) Laredo Field Office |

| 26 | AOL-DEF-00190370-74 | Exh. No. 39 | LFO Queue Mgmt Contingency Plan (June 8, 2018) |
|---|---|---|---|
| 27 | AOL-DEF-0009513-15 | Exh No. 40 | Aki email (Sept 4, 2016) re: San Ysidro end of day reporting AEU for 9/3/16 |
| 28 | AOL-DEF-00517231-33 | Exh. No. 41 | SYS Queue Mang. Brief (undated) |
| 29 | AOL-DEF-00041453-54 | Exh. No. 42 | Howe email (Mar 4, 2019) re: hearing prep questions asylum cases |
| 30 | AOL-DEF-00039597 | Exh. No. 43 | Campbell email (August 29, 2018) re: LFO Queue Mang. Report for 8/29/18 |
| 31 | AOL-DEF-00058200-310 | Exh. No. 44 | Loredo Field Office Contingency Plan (August 31, 2017) |
| 32 | AOL-DEF-00205966-74 | Exh No. 45 | OIG Memo of record (Sept. 12, 2018) re San Ysidro East Separation of asylum-seeking parents from children |
| 33 | AOL-DEF-00205420-22 | Exh. No. 47 | Office of Special Counsel letter (August 23, 2018). |
| 34 | AOL-DEF-00036343-44 | Exh. No. 48 | SFO Memo (undated) Titled on top "Migrant Processing at Limit Line-San Diego Field Office) |
| 35 | AOL-DEF-00087160-61 | Exh. No. 49 | Exhibit 5 from Whistleblower deposition, Field Queue Management Report (Mar 21, 2019). |
| 36 | AOL-DEF-00170598 | Exh. No. 50 | Exhibit 6 from Whistleblower deposition, Field Queue Management Report (June 16, 2018) |
| 37 | AOL-DEF-00086900-01 | Exh. No. 51 | Exhibit 7 from Gibbons depo (FQMR may 2, 2019) |
| 38 | AOL-DEF-00205672-74 | Exh. No. 52 | Arias Email (July 3, 2018). AEU Detainee-Sentiment on Metering, current legislation and SOP at SYS. |
| 39 | AOL-DEF-00205672-74 | Exh. No. 53 | Arias Email metadata |
| 40 | AOL-DEF-00022783-84 | Exh. No. 54 | Owen Email (Nov 22, 2016) re: appointments |
| 41 | AOL-DEF-00566881 | Exh. No. 55 | Saenz Email (April 28, 2018) re: PCS update 1800hrs |
| 42 | AOL-DEF-00036004-05 | Exh No. 56 | Archambeault Email (Dec 6, 2017) re: family units |
| 43 | AOL-DEF-00038633-34 | Exh No. 57 | Howe email (June 18, 2018) re: field office queue management |
| 45 | AOL-DEF-00028473-75 | Exh. No. 59 | Owen Email (Nov. 12, 2018) re: C1 Migrant Processing Direction |
| 46 | AOL-DEF-00028469-70 | Exh. No. 60 | Flores Email (*Nov. 11*, 2018) re:C1 migrant processing direction |
| 47 | AOL-DEF-00050247-50 | Exh. No. 61 | Flores Email (*Nov. 14*, 2018) re:C1 migrant processing direction |
| 48 | AOL-DEF-000602802-03 | Exh. No. 62 | Marin Email (August 6, 2018) re: Queue management |
| 49 | AOL-DEF-00012000-01 | Exh. No. 63 | MCAT Report (Feb. 25, 2018) |
| 50 | AOL-DEF-00027614-15 | Exh. No. 96 | FQMR (Oct 2, 2018) re: Field Queue Management Report |

**Exhibits 2-6 attached to Plaintiffs' Reply in Support of their Motion for Class Certification**

| Numbering in Plaintiffs' Reply in Support of their Motion for Class Certification | Relevant Bates Numbers | Short Description |
|---|---|---|
| 2 | | January 28, 2020 deposition of Stephanie Leutert |
| 3 | AOL-DEF-00026892-96 | July 18, 2018 Field Queue Management Report |
| 4 | AOL-DEF-00026897-2690 | July 19, 2018 Field Queue Management Report |
| 5 | AOL-DEF-00026902-26906 | July 20, 2018 Field Queue Management Report |
| 6 | AOL-DEF-00018087 | December 1, 2017 MCAT PPT Presentation |