JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' MOTION TO STRIKE THE DECLARATIONS OF 44 ANONYMOUS DECLARANTS FILED IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. WOLF, Acting Secretary of Homeland Security; Mark A. MORGAN, Acting Commissioner, U.S. Customs and Border Protection; and Todd C. OWEN, Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection, in | Special Briefing Schedule Ordered |
| | Hearing Date: April 20, 2020 |

| | | |
|---|---|---|
| 1 | their official capacities,* | |
| 2 | *Defendants* | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

* Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

## DEFENDANTS' MOTION TO STRIKE AND NOTICE THEREOF

Please take notice that on Monday, April 20, 2020, Defendants will and hereby do move to strike the following 44 declarations submitted by anonymous declarants in support of Plaintiffs' Reply in Support of Their Motion for Class Certification (ECF No. 413):

- Declaration of MRV[1] (Pls.' Class Cert. Reply Ex. 7, ECF No. 413-8);
- Declaration of MPAZ (Pls.' Class Cert. Reply Ex. 8, ECF No. 413-9);
- Declaration of YCBM (Pls.' Class Cert. Reply Ex. 9, ECF No. 413-10);
- Declaration of WMCC (Pls.' Class Cert. Reply Ex. 10, ECF No. 413-11);
- Declaration of VLSM (Pls.' Class Cert. Reply Ex. 11, ECF No. 413-12);
- Declaration of SOMM (Pls.' Class Cert. Reply Ex. 12, ECF No. 413-13);
- Declaration of SGH (Pls.' Class Cert. Reply Ex. 13, ECF No. 413-14);
- Declaration of RGB (Pls.' Class Cert. Reply Ex. 14, ECF No. 413-15);
- Declaration of RJCM (Pls.' Class Cert. Reply Ex. 15, ECF No. 413-16);
- Declaration of NSS (Pls.' Class Cert. Reply Ex. 16, ECF No. 413-17);
- Declaration of MEMG (Pls.' Class Cert. Reply Ex. 17, ECF No. 413-18);
- Declaration of MLLO (Pls.' Class Cert. Reply Ex. 18, ECF No. 413-19);
- Declaration of MJBP (Pls.' Class Cert. Reply Ex. 19, ECF No. 413-20);
- Declaration of MGCC (Pls.' Class Cert. Reply Ex. 20, ECF No. 413-21);
- Declaration of MCLGI (Pls.' Class Cert. Reply Ex. 21, ECF No. 413-22);
- Declaration of LM (Pls.' Class Cert. Reply Ex. 22, ECF No. 413-23);
- Declaration of MI (Pls.' Class Cert. Reply Ex. 23, ECF No. 413-24);
- Declaration of KPBP (Pls.' Class Cert. Reply Ex. 24, ECF No. 413-25);
- Declaration of KARP (Pls.' Class Cert. Reply Ex. 25, ECF No. 413-26);

---

[1] The declarants' initials are provided in the declaration of Plaintiffs' counsel. *See* Decl. of Stephen M. Medlock in Support of Plaintiffs' Reply Brief in Support of Their Motion for Class Certification ¶¶ 8–51 (ECF No. 413-1).

1

DEFS.' MOT. TO STRIKE
Case No. 3:17-cv-02366-BAS-KSC

- Declaration of JIER (Pls.' Class Cert. Reply Ex. 26, ECF No. 413-27);
- Declaration of JJSP (Pls.' Class Cert. Reply Ex. 27, ECF No. 413-28);
- Declaration of JRMP (Pls.' Class Cert. Reply Ex. 28, ECF No. 413-29);
- Declaration of JRT (Pls.' Class Cert. Reply Ex. 29, ECF No. 413-30);
- Declaration of JV (Pls.' Class Cert. Reply Ex. 30, ECF No. 413-31);
- Declaration of IYHB (Pls.' Class Cert. Reply Ex. 31, ECF No. 413-32);
- Declaration of IEHC (Pls.' Class Cert. Reply Ex. 32, ECF No. 413-33);
- Declaration of II (Pls.' Class Cert. Reply Ex. 33, ECF No. 413-34);
- Declaration of HGG (Pls.' Class Cert. Reply Ex. 34, ECF No. 413-35);
- Declaration of HAC (Pls.' Class Cert. Reply Ex. 35, ECF No. 413-36);
- Declaration of HVPM (Pls.' Class Cert. Reply Ex. 36, ECF No. 413-37);
- Declaration of GP (Pls.' Class Cert. Reply Ex. 37, ECF No. 413-38);
- Declaration of GMM (Pls.' Class Cert. Reply Ex. 38, ECF No. 413-39);
- Declaration of GP (Pls.' Class Cert. Reply Ex. 39, ECF No. 413-40);
- Declaration of FAGR (Pls.' Class Cert. Reply Ex. 40, ECF No. 413-41);
- Declaration of FCAG (Pls.' Class Cert. Reply Ex. 41, ECF No. 413-42);
- Declaration of EELC (Pls.' Class Cert. Reply Ex. 42, ECF No. 413-43);
- Declaration of ESFC (Pls.' Class Cert. Reply Ex. 43, ECF No. 413-44);
- Declaration of ESPT (Pls.' Class Cert. Reply Ex. 44, ECF No. 413-45);
- Declaration of DNP (Pls.' Class Cert. Reply Ex.45, ECF No. 413-46);
- Declaration of DZP (Pls.' Class Cert. Reply Ex. 46, ECF No. 413-47);
- Declaration of DKB (Pls.' Class Cert. Reply Ex. 47, ECF No. 413-48);
- Declaration of CDR (Pls.' Class Cert. Reply Ex. 48, ECF No. 413-49);
- Declaration of CGD (Pls.' Class Cert. Reply Ex. 49, ECF No. 413-50); and
- Declaration of CD (Pls.' Class Cert. Reply Ex. 50, ECF No. 413-51).

This motion is based on the attached memorandum of points and authorities, any

1 exhibits referenced therein or attached hereto, and any arguments that may be pre-
2 sented on the matter.
3     The parties met and conferred on this motion by telephone on March 5, 2020.
4 They were unable to resolve their dispute. *See* Decl. of Alexander Halaska ¶¶ 2–3
5 (filed concurrently).

DATED: March 17, 2020          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

*Al Otro Lado, Inc. v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document and its attachments on the Court and all parties by filing them with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

DATED: March 17, 2020              Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice