JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | |

# DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am an attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I submit this declaration in support of Defendants' Motion to Strike the Declarations of 44 Anonymous Declarants Filed in Support of Plaintiffs' Reply in Support of Their Motion for Class Certification.

2. On March 5, 2020, the parties met and conferred by telephone to discuss, among other topics, Defendants' proposed motion to strike the declarations of 44 unidentified individuals submitted in support of Plaintiffs' Reply in Support of Their Motion for Class Certification, and whether Plaintiffs were amenable to providing the names, dates of birth, and A numbers for those individuals. I handled this aspect of the call for Defendants. Stephen Medlock handled this aspect of the call for Plaintiffs.

3. Plaintiffs' counsel stated that Plaintiffs took the same position on Defendants' request regarding the reply declarations as they took regarding the class certification declarations. Plaintiffs' counsel also stated that Plaintiffs were not willing to withdraw the reply declarations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on March 17, 2020, in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
U.S. Department of Justice