JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **[DISCOVERY MATTER] JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO PRODUCE PRIVILEGE LOG (UNOPPOSED)** |
| v. | |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| *Defendants* | **[Declaration of Katherine J. Shinners filed concurrently]** |

# JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO PRODUCE PRIVILEGE LOG

## I. DEFENDANTS' POSITION

Defendants respectfully request that the Court grant a brief extension of the deadline for Defendants' to complete production of their privilege log to accommodate disruptions due to the current public health situation. The current deadline for Defendants to produce their privilege log is March 17, 2020. *See* Order, ECF No. 408 (Feb. 13, 2020) (granting Joint Motion to Extend Defendants' Deadline to Produce Privilege Log). Defendants request that the Court extend the deadline as follows: Defendants shall produce any privilege log for documents responsive to Plaintiffs' First and Second Sets of Requests for Production by March 23, 2020. This is Defendants' third request for an extension; Plaintiffs do not oppose this request. This brief extension will not interfere with other case management deadlines or discovery events.

Defendants submit that good cause exists to grant this extension to complete the privilege log for their document production. *Johnson v. Mammoth Recreation, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("Rule 16(b)'s "good cause" standard [for modification of a scheduling order] primarily considers the diligence of the party seeking the amendment."). Defendants have been diligently working toward completing production of their privilege log. They are very close to completing production of their privilege logs—and intend to serve the majority of their logs by the current deadline—but request a brief extension of four business days to allow additional time to finalize their production in light of work disruptions experienced as a result of COVID-19.

Defendants have been serving privilege logs on a rolling basis. As of today, Defendants have served privilege logs for Production Volumes 1 through 13. Shinners Decl. ¶ 8. They have completed the review and augmentation of privilege descriptions in their review platform for the 56,000 documents that were redacted

or otherwise withheld for privilege, and Defendants are currently finalizing the remaining privilege logs that were generated from their review platform. Shinners Decl. ¶ 9. The team working on this project consists of attorneys from the Department of Justice (DOJ), and Defendants the Department of Homeland Security and U.S. Customs and Border Protection (CBP). *Id.* Notwithstanding the requested extension, Defendants anticipate serving their privilege logs for Production Volumes 14-17, 19 and 22, on March 17, 2020. Shinners Decl. ¶ 12. However, due to work disruptions this week and last as a result of the current public health situation, Defendants have fallen slightly behind schedule in the time-consuming task of finalizing the privilege logs and do not anticipate being able to meet the March 17 deadline to serve the remainder of the privilege logs for Production Volumes 18, 20, 21, and 23. *See* Shinners Decl. ¶¶ 10, 11.

On March 15, 2020, the Office of Management and Budget issued guidance asking "[a]ll Federal Executive Branch departments and agencies within the National Capital Region (NCR) . . . to offer maximum telework flexibilities to all current telework eligible employees." Shinners Decl. Ex. A. Consistent with the March 15, 2020 guidance from the Office of Management and Budget, as well as guidance from the Deputy Attorney General, the Office of Immigration Litigation-District Court Section has begun to telework to the maximum extent possible. This, combined with the closure of day-care facilities in the Washington, D.C., area has caused certain DOJ attorneys' availability to work on the project to be limited. Shinners Decl. ¶¶ 11. U.S. Customs and Border Protection (CBP) also reports that many of the attorneys assigned to work on finalizing the privilege logs have more limited availability in light of COVID-19 due to school closures and the need to address other mission-critical responsibilities. *See* Declaration of Scott Falk ¶¶ 5-11.

In light of the above, Defendants request a brief extension of the privilege log deadline to March 23, 2020. This brief extension will not interfere with the

1 case management deadlines or any discovery events. Accordingly, this brief exten-
2 sion will not prejudice Plaintiffs, who do not oppose the extension.

## II. PLAINTIFFS' POSITION

Plaintiffs do not oppose the extension request.

//
//

| | |
|---|---|
| Dated: March 17, 2020 | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director<br><br>SAMUEL GO<br>Assistant Director<br><br>*/s/ Katherine J. Shinners*<br>KATHERINE J. SHINNERS<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 598-8259 | Fax: (202) 305-7000<br>katherine.j.shinners@usdoj.gov<br><br>ALEXANDER J. HALASKA<br>ARI NAZAROV<br>DHRUMAN Y. SAMPAT<br>Trial Attorneys<br>*Counsel for Defendants* |
| Dated: March 17, 2020 | MAYER BROWN LLP<br>    Matthew H. Marmolejo<br>    Ori Lev<br>    Stephen M. Medlock<br><br>SOUTHERN POVERTY LAW CENTER<br>    Melissa Crow<br>    Sarah Rich<br>    Rebecca Cassler<br><br>CENTER FOR CONSTITUTIONAL RIGHTS<br>    Baher Azmy |

4

DEFS.' MOT. TO EXTEND TIME TO
PRODUCE PRIVILEGE LOG
Case No. 3:17-cv-02366-BAS-KSC

```
 1                              Ghita Schwarz
                                Angelo Guisado
 2
 3                          AMERICAN IMMIGRATION
                              COUNCIL
 4                              Karolina Walters
 5
 6                          By: /s/ Stephen M. Medlock
                                Stephen M. Medlock
 7
                            Attorneys for Plaintiffs
 8
 9
10
...
28
```

## **CERTIFICATE OF SERVICE**

No. 17-cv-02366-BAS-KSC

I certify that on March 17, 2020 I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: March 17, 2020                    Respectfully submitted,

*/s/ Katherine J. Shinners*
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation