JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN SAMPAT
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Karen S. Crawford <br><br> **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF MOTION TO EXTEND DEFENDANTS' DEADLINE TO PRODUCE PRIVILEGE LOG** |

# DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ) Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California. I submit this declaration in support of Defendants' Joint Motion to Extend Defendants' Deadline to Produce Privilege Log. These statements are based upon my personal knowledge, my review of Defendants' document productions, and my review of Defendants' document review platform.

2. On February 13, 2020, upon Defendants' unopposed request, this Court extended the deadline for Defendants to produce their privilege logs to March 17, 2020. *See* ECF No. 408.

3. On March 16, 2020, I sent an email to Plaintiffs' counsel seeking their agreement to an extension of the deadline for Defendants to complete production of the privilege log from Tuesday, March 17, 2020 to Monday, March 23, 2020.

4. On March 16, 2020, Plaintiffs' counsel responded that Plaintiffs agree to the proposed extension.

5. Defendants are using DOJ Civil Division's Relativity 9.6 review platform ("Relativity" or "review platform") to apply search terms to documents, review and, if necessary, redact documents for production, and produce documents.

6. Defendants have produced at least 287,370 documents using their Relativity review platform, totaling 1,385,402 pages.[1] Defendants have also produced a number of additional documents, including organizational charts, outside of the Relativity platform.

---

[1] These figures include placeholders for privileged documents that were withheld in full.

7. Of these 287,370 documents, approximately 56,000 were redacted or withheld for privilege or other protections from disclosure.

8. Defendants served the privilege log for their PDF A-File Production and Production Volume 2 on November 18, 2019. Defendants served the privilege log for their Production Volume 4 on December 27, 2019. Defendants served the privilege log for Production Volume 5 on January 13, 2020. Defendants served the privilege log for Production Volume 6 on January 27, 2020. Defendants served the privilege log for Production Volumes 7 and 8 on February 6, 2020. Defendants served the privilege logs for Production Volumes 9, 10, and 11 on February 18, 2020. Defendants served the privilege log for Production Volume 12 on February 20, 2020. Defendants served the privilege log for Production Volume 13 on March 13, 2020.

9. Attorney reviewers have completed the initial review in the review platform of documents withheld or redacted for privilege to complete or augment the privilege descriptions. Attorney reviewers from DOJ, as well as attorneys from the Department of Homeland Security and U.S. Customs and Border Protection (CBP) are currently finalizing the remaining logs that have been generated out of the review platform into excel spreadsheets, which is a time-consuming task due to the size of the excel spreadsheets and the need to cross-reference documents in the review platform to conduct quality control.

10. Many attorneys in my office building at DOJ (the Office of Immigration Litigation Section – District Court Section), including attorneys that were assigned to finalize the remaining logs, began teleworking last week due to individuals located in our office building who were experiencing symptoms of COVID-19/coronavirus.

11. Further, consistent with March 15, 2020 guidance from the Office of Management and Budget (attached hereto as Exhibit A), the Deputy Attorney General, and the Justice Management Division of DOJ, my office has begun to telework

1  to the maximum extent possible as of yesterday, March 16, 2020. This, combined
2  with the closure of schools and day-care facilities in the Washington, D.C. area and
3  elsewhere, has limited attorneys' availability and has set Defendants behind sched-
4  ule on finalizing and serving their privilege logs.

5      12.    Defendants anticipate serving their privilege logs for Production Vol-
6  umes 14 through 17, and 19 through 22, on March 17, 2020.

7      I declare under penalty of perjury that the foregoing is true and correct to the
8  best of my knowledge. This declaration was executed on March 17, 2020, in Wash-
9  ington, D.C.

                       */s/ Katherine J. Shinners*
                       KATHERINE J. SHINNERS