# EXHIBIT A



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

March 15, 2020

M-20-15

MEMORANDUM FOR THE HEADS OF DEPARTMENTS AND AGENCIES

FROM:     Russell T. Vought
          Acting Director

SUBJECT:  Updated Guidance for the National Capital Region on Telework Flexibilities in Response to Coronavirus

In light of the evolving situation concerning the coronavirus ("COVID-19") and the National Capitol Region (NCR) experiencing community transmission, the Administration wants to ensure that department and agency leaders assertively safeguard the health and safety of their workforce while remaining open to serve the American people and conduct mission critical functions.

All Federal Executive Branch departments and agencies within the National Capital Region (NCR), consistent with OMB's recent guidance (OMB M-20-13), are asked to offer maximum telework flexibilities to all current telework eligible employees, consistent with operational needs of the departments and agencies as determined by their heads. In addition, we encourage agencies to use all existing authorities to offer telework to additional employees, to the extent their work could be telework enabled. If employees are not eligible for telework, agency heads have the discretion to offer weather and safety leave, or the agency's equivalent, including for employees who may not have been considered "at higher risk" under OMB M-20-13. Furthermore, agency heads should develop an operational plan that maximizes resources and functional areas to most safely and efficiently deliver these mission-critical functions and other Government services (including but not limited to staggered work schedules and other operational mitigation measures).

We encourage agencies to consult with current CDC operating guidance https://www.cdc.gov/coronavirus/2019-ncov/downloads/community-mitigation-strategy.pdf to maximize safe working environments and implement substantial mitigation strategies for the workplace.