JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' NOTICE OF EXHIBIT ATTACHMENTS** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,* | |
| *Defendants* | |

---

[*] Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

# DEFENDANTS' NOTICE OF EXHIBIT ATTACHMENTS

On March 12, 2020, this Court denied Defendants' Amended Motion to Seal various exhibits related to Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification. *See* Order Denying Defs.' Am. Mot. to Seal (Order) (ECF No. 421). The Court ordered Defendants to submit the exhibits by March 19, 2020. Order 3. However, the Court also permitted Defendants to redact CBP employees' office and cell phone numbers and their email addresses before filing. Order 3; Order Denying Without Prejudice the Parties' Motions to Seal 10 (ECF No. 332). Those partially-redacted exhibits are attached hereto.

DATED: March 19, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

1  DEFS.' NOTICE OF EXHIBIT ATTACHMENTS
Case No. 3:17-cv-02366-BAS-KSC

# CERTIFICATE OF SERVICE

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document and its attachments on the Court and all parties by filing the documents with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: March 19, 2020                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Alexander J. Halaska
　　　　　　　　　　　　　　　　　　　　　　　ALEXANDER J. HALASKA
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice