MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 5 TO MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
| Kevin K. McAleenan,[1] *et al.*, | |
| Defendants. | *FILED UNDER SEAL* |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

**From:** HOFFMAN, TODD A
**Sent:** Friday, February 8, 2019 3:35 PM
**To:** HOWE, RANDY J
**Subject:** RE: CBP MCAT C-1 Notes 2/8

Yep, same story.

Todd A. Hoffman
Executive Director, Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** HOWE, RANDY J <​>
**Sent:** Friday, February 8, 2019 3:33 PM
**To:** HOFFMAN, TODD A <​>
**Subject:** FW: CBP MCAT C-1 Notes 2/8

Big numbers…

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
(Office)
(Cell)

---

**From:** MCGURK-DANIEL, PATRICIA <​>
**Sent:** Friday, February 08, 2019 1:57 PM
**To:** MCALEENAN, KEVIN K <​LE​>
**Cc:** PEREZ, ROBERT E ; FLANAGAN, PATRICK S ; BOYD, VALERIE S ; SANDERS, JOHN P ; PROVOST, CARLA (USBP) ; Owen, Todd C (AC OFO) ; HOWE, RANDY J ; VISCONTI, JAY ; LUCK, SCOTT A (USBP) ; MARTINEZ, MICHAEL JOSE ; BLANKS, LISSETTE
**Subject:** CBP MCAT C-1 Notes 2/8

Sir,

Yesterday we expected to have 6600 in custody by Monday. After today's numbers and movements; we are predicting an additional +300 above expected, our current estimate is 6900 in custody for Monday.

***Considerations for the weekend in relation to the current caravan (Laredo) threat along the Southwest Border and facilities that may directly be impacted (numbers pulled from this morning):***

1

Highly Confidential/Attorneys' Eyes Only                                                                                           AOL-DEF-00012141

OFO facilities at high capacity:

- Hidalgo: holding 37 subjects in custody (FMUAs)
- Eagle Pass: holding 15 subjects in custody (FMUAs)

USBP detention facilities that are in the path of the current migrant caravan have low custody numbers

*Current % Holding of Capacity:*
- DRT 10%
- LRT 26%

Both OFO and USBP are diligently working with ERO counterparts to clear out CBP facilities to prepare for the possibility of migrants leaving the Piedras Negras shelter tomorrow (approximately 1600-1800 staged)

***Considerations for the large groups being apprehended in remote locations:***
***\*\*CBP has already apprehended a total of 60 large groups for FY19 as opposed to 13 groups for all of FY18\*\****

*Currently at High Capacity*
EPT 137%
YUM 92%
TCC 77%: AJO apprehended approximately 400 (mostly FMAUs) in the last two days.

CBP facilities that are at high capacity are expected to continue to steadily release FMUAs through the weekend as they are processed.

**CBP Southwest Border Overview:**
Of those in CBP custody, over 50% are FMUA (3325 out of 6138).
On average ICE/ERO moved or released 965 FMUA daily over the past 3 weeks.

Of those in custody approximately 5% are UAC (287 out of 6138)
ICE/ERO moves on average 76 UACs each day resulting in the possibility that all UACs currently in custody will be moved by Monday.

Of those in custody approximately 41% are SA (2526 out of 6138)
ICE/ERO moves on average 414 SA each day through Monday resulting in 872 SAs remaining through the weekend. SAs will be high on Monday.

MCAT will be sending out our afternoon report, which should reflect additional movement from today.

Highly Confidential/Attorneys' Eyes Only                                                                    AOL-DEF-00012142

Respectfully,

Patricia D. McGurk-Daniel
Commander
CBP Migration Crisis Action Team (M-CAT)
Cell: ██████████
██████████████████████

3

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00012143