MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 41 TO MOTION FOR PRELIMINARY INJUNCTION** |
| Kevin K. McAleenan,[1] *et al.*, | *FILED UNDER SEAL* |
| Defendants. | |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

| | |
|---|---|
| From: | CBP-CAT |
| Sent: | Sunday, February 25, 2018 11:10 AM |
| To: | CBP-CAT; CAMPBELL, CARL S; CHAVEZ, GLORIA I; FLANAGAN, PATRICK S; FRIEL, MICHAEL J; HOFFMAN, TODD A; HUTTON, JAMES R; KOLBE, KATHRYN; KOUMANS, MARK; LANDFRIED, PHIL A; LUCK, SCOTT A (USBP); MCALEENAN, KEVIN K; MILLER, TROY A; NUTZHORN, JOSHUA B; Owen, Todd C (AC OFO); PROVOST, CARLA (USBP); SALAZAR, JAIME; SANCHEZ1, EDUARDO; SCHORR, STEPHEN; SMITH, BRENDA BROCKMAN; VISCONTI, JAY; VITIELLO, RONALD D (USBP); WAGNER, JOHN P; Miller, Philip T; MODESTO, ALYCE M; HARDIMAN, TARA; COMMISSIONER BRIEF TEAM; MCCULLY, SHANNON; WATCH CBP INTEL; LEY, JENNIFER E.; EANES, TY; PEREZ, ROBERT E; MANDRYCK, JAMES R; SAUNDERS, IAN C.; Asher, Nathalie R; MORENO, MARCOS; LEY, JENNIFER E.; HOWE, RANDY J; PETERLIN, MEGHANN K; PAULS, TAMARA (OCC); GOLDHAMER, SANDI I; CORE, JERRIE L; HIGGINS, CHRIS A; DRAGANAC, JOSEPH; MIRANDA, EDWARD; FLORES, PETE ROMERO; Sifuentez, Joe M; ARELLANO, BONNIE J; FLANAGAN, PATRICK S; PEREZ, EFRAIN A; BP Field Chiefs; BP Field Deputies; BEESON, PAUL A; Ayala, Janice; Schultz, Karl VADM; DIRECTORS FIELD OPS; BORDER SECURITY ASST DIRECTORS; Asher, Nathalie R; HASTINGS, BRIAN S; Homan, Thomas; Edge, Peter T; Blank, Thomas; Laws, Joseph P; Brown, Erin; Baker, Nikita M; White, Jonathan (ACF); Valverde, Michael; Gnipp, Gregg (ACF); scott.lloyd LE ; CARTER III, WILLIAM J; WILLIAMS, MARC; FABRE, JOSE M; lora.reis ; LEE.F.CISSNA LE ; AMOS, ASHLEY N; DHS JTF-W J3; NIEVES, JOHN M; Drew.W.Cramer2 ; Littlepage, Eric; Anderson, John; Novelliere, Alexander |
| Cc: | OFO-Incident-Management; TWYMAN, GREGORY P; MUMMERT, JOHN E; Urbine, Brandy; BOYER, STEPHEN A; Nicorvo, Richard H; JACKSON, JD; SHAFFER, KELLY A.; Johnson, Michael P.; MONCAYO, ERIK E; CBT (CBP); Johnson, Tae D; CARBERRY, JOHN B; BEALS, ALTA R.; SCHROEDER, DANIEL W; LOWRY, KIM M; HETLAGE, DANIEL; Slocum, Louisa (OCC); KOLLER, JULIE (OCC); HARRIS, RODNEY H; Seemiller, Denice; WATSON, STEPHANIE E; Patel, Visvas; MORENO, MARCOS; BLANKS, LISSETTE; Bauer, Rayna; PEREZ, EFRAIN A; CBP-MCAT-TEAM; Bible, Daniel; GILCHRIST, CHAD L; GALLEGOS, JOSE A; TREJO, JOSE L; BRODSKY, MARCY |
| Subject: | CBP_MCAT_REPORT for February 25, 2018 |
| Attachments: | 20180225 MCAT Daily Brief.pdf |

**U.S. Customs and Border Protection
February 25, 2018**

**Executive Summary:**
The CBP Migration Crisis Action Team (MCAT) was activated November 27, 2017 to monitor and work closely with CBP field personnel and assist in managing issues with migration flow at and between the ports of entry along the Southwest border. The MCAT's objective is to increase and sustain CBP's senior level situational awareness as it relates to migration, holding, and detention issues and possible courses of action to mitigate such issues across the Southwest Border. The attached MCAT report is intended to provide situational awareness on the CBP operational tempo across the Southwest border. For any questions, please contact the MCAT at ▮▮▮▮.

**Details:**

1

| Total | Demographic | App's / Inadmissibles (Previous Day) | Currently in Custody | Processed and Ready for Transfer |
|---|---|---|---|---|
| CBP Southwest Border | UAC | 82 | 107 | 54 |
| | FMUA | 234 | 748 | 345 |
| | Single Adults | 748 | 1,171 | 408 |
| | Total App's | 1,064 | 2,026 | 807 |

| Total | Demographic | Apprehensions (Previous Day) | Currently in Custody | Process Comple |
|---|---|---|---|---|
| USBP Southwest Border | UAC | 56 | 83 | 43 |
| | FMUA | 112 | 510 | 240 |
| | Single Adults | 534 | 946 | 337 |
| | Total App's | 702 | 1,539 | 620 |

| Total | Demographic | Inadmissibles (Previous Day) | Currently in Custody | Process Comple |
|---|---|---|---|---|
| OFO Southwest Border | UAC | 26 | 24 | 11 |
| | FMUA | 122 | 238 | 105 |
| | Singles | 214 | 225 | 71 |
| | Total Subjects | 362 | 487 | 187 |

WARNING: This document is designated UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE (U//LES). It may contain information that is exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or to personnel who do not have a valid need to know and without prior approval from CBP.

Highly Confidential/Attorneys' Eyes Only                                                                                                    AOL-DEF-00012001