MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Kevin K. McAleenan,[1] *et al.*,

Defendants.

Case No.: 17-cv-02366-BAS-KSC

**EXHIBIT 42 TO MOTION FOR PRELIMINARY INJUNCTION**

***FILED UNDER SEAL***

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** CBP-MCAT-TEAM
**Sent:** Tuesday, January 22, 2019 3:19 PM
**Cc:** CBP-MCAT-TEAM
**Subject:** Field Office Queue Management Report 1.22.2018
**Attachments:** Field Queue Management Report 1.22.19.pdf

Good Afternoon All,

Please see attached spreadsheet with updated numbers for each field office.

January 22, 2019

**Laredo Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brownsville | 22 | 32% | 0 | No | 899,056 | 3,030,375 | 11 | 10 | 1293 | 1945 | 2 |
| Progreso | 0 | 0% | 0 | Redirecting to Brownsville as necessary | 298,130 | 994,234 | 0 | 1 | 57 | 151 | 0 |
| Hidalgo | 18 | 45% | 0 | No | 708,904 | 2,519,926 | 11 | 11 | 1218 | 4255 | 5 |
| Rio Grande | 4 | 25% | 0 | Redirecting to Hidalgo as necessary | 12,031 | 53,122 | 1 | 0 | 65 | 195 | 0 |
| Roma | 1 | 6% | 0 | Redirecting to Hidalgo as necessary | 78,193 | 231,723 | 2 | 1 | 101 | 1061 | 0 |
| Laredo | 41 | 33% | 26 | No | 1,337,765 | 4,919,511 | 16 | 25 | 2778 | 5775 | 0 |
| Eagle Pass | 16 | 114% | 0 | No | 342,804 | 1,062,667 | 9 | 9 | 985 | 1595 | 11 |
| Del Rio | 22 | 79% | 0 | No | 28,690 | 115,292 | 11 | 6 | 524 | 147 | 1 |
| Total/Average | 124 | 41% | 26 | | 3,603,563 | 12,916,850 | 61 | 63 | 6,921 | 15,104 | 19 |
| Percentages compared to FY 2018 | | | | | 27.90% | | | | 45.82% | | |

**El Paso Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of El Paso | 105 | 91% | 30 | No | 2,288,404 | 7,319,489 | 16 | 46 | 4422 | 5951 | 50 |
| Santa Teresa | 6 | 0% | 0 | No | 23,367 | 147,145 | 6 | 3 | 406 | 768 | 3 |
| Columbus | 0 | 0% | 0 | No | 81,543 | 282,686 | 0 | 0 | 79 | 53 | 0 |
| Tornillo | 0 | 0% | 0 | No | 11,961 | 38,438 | 0 | 0 | 19 | 52 | 1 |
| Presidio | 1 | 8% | 0 | No | 46,840 | 241,536 | 0 | 2 | 149 | 148 | 0 |
| Total/Average | 106 | 20% | 30 | | 2,452,115 | 8,029,294 | 22 | 51 | 5,075 | 6,832 | 54 |
| Percentages compared to FY 2018 | | | | | 30.54% | | | | 74.28% | | |

**Tucson Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | 0 | 0% | 0 | No | 272,446 | 820,518 | 0 | 3 | 341 | 202 | 2 |
| Lukeville | 0 | 0% | 0 | No | 13,792 | 69,086 | 0 | 0 | 9 | 16 | 0 |
| Naco | 0 | 0% | 0 | No | 1,354 | 33,576 | 0 | 0 | 16 | 4 | 0 |
| Nogales | 24 | 47% | 0 | No | 932,748 | 3,554,943 | 24 | 18 | 2183 | 2808 | 16 |
| San Luis | 11 | 58% | 0 | No | 847,805 | 2,639,266 | 3 | 4 | 590 | 890 | 8 |
| Total/Average | 35 | 21% | 0 | | 2,074,145 | 7,137,389 | 27 | 25 | 3,139 | 3,920 | 26 |
| Percentages compared to FY 2018 | | | | | 29.10% | | | | 80.08% | | |

**San Diego Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| San Ysidro | 297 | 99% | 2500 | No | 3,042,388 | 8,981,830 | 47 | 56 | 5998 | 9821 | 31 |
| Otay Mesa | 0 | 0% | 0 | Referred to San Ysidro | 1,106,699 | 3,717,617 | 0 | 2 | 155 | 581 | 0 |
| Tecate | 0 | 0% | 0 | Referred to San Ysidro | 266,689 | 815,259 | 6 | 0 | 23 | 24 | 0 |
| Calexico West | 43 | 64% | 106 | No | 1,252,092 | 4,388,192 | 0 | 8 | 901 | 1719 | 7 |
| Calexico East | 0 | 0% | 0 | If encountered they will be referred to Calexico West | 148,839 | 494,945 | 2 | 0 | 32 | 267 | 0 |
| Andrade | 0 | 0% | 0 | If encountered they will be referred to Calexico West | 306,830 | 910,895 | 0 | 0 | 7 | 21 | 0 |
| Total/Average | 340 | 27% | 2,606 | | 6,123,557 | 19,308,738 | 55 | 66 | 7,116 | 12,433 | 38 |
| Percentages compared to FY 2018 | | | | | 31.71% | | | | 57.23% | | |

**OFO SWB**

| | Total in Custody | % of Capacity | UDAs waiting | Directing UDAs | Pedestrian traffic FY19 YTD | Pedestrian traffic FY18 | Asylum seekers previous day | 30 day average | FY 2019 asylum seekers | FY 2018 asylum seekers | Aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total/Average | 605 | 27% | 2,662 | | 14,253,380 | 47,382,271 | 169 | 205 | 22,251 | 38,289 | 137 |
| Percentages compared to FY 2018 | | | | | 30.08% | | | | 58.12% | | |

U.S. Customs and Border Protection
Migrant Crisis Action Team (M-CAT)

**January 22, 2019**

**Laredo Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brownsville** | 22 | 32% | 0 | No. | 899,056 | 3,020,375 | 11 | 10 | 1193 | 1945 | 2 |
| **Progreso** | 0 | 0% | 0 | Redirecting to Brownsville as necessary. | 298,120 | 994,234 | 0 | 1 | 57 | 131 | 0 |
| **Hidalgo** | 18 | 43% | 0 | No. | 708,904 | 2,519,926 | 11 | 11 | 1218 | 4255 | 5 |
| **Rio Grande** | 4 | 25% | 0 | Redirecting to Hidalgo as necessary. | 12,031 | 53,122 | 1 | 0 | 65 | 195 | 0 |
| **Roma** | 1 | 6% | 0 | Redirecting to Hidalgo as necessary. | 76,193 | 231,723 | 2 | 1 | 101 | 1061 | 0 |
| **Laredo** | 41 | 33% | 26 | No | 1,337,765 | 4,919,511 | 16 | 25 | 2778 | 5775 | 0 |
| **Eagle Pass** | 16 | 114% | 0 | No | 242,804 | 1,062,667 | 9 | 9 | 985 | 1595 | 11 |
| **Del Rio** | 22 | 79% | 0 | No | 28,690 | 115,292 | 11 | 6 | 524 | 147 | 1 |
| **Total/Average** | 124 | 41% | 26 | | 3,603,563 | 12,916,850 | 61 | 63 | 6,921 | 15,104 | 19 |
| **Percentages compared to FY 2018** | | | | | 27.90% | | | | 45.82% | | |

| El Paso Field Office | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
| **Port of El Paso** | 105 | 91% | 30 | No | 2,288,404 | 7,319,489 | 16 | 46 | 4422 | 5851 | 50 |
| **Santa Teresa** | 0 | 0% | 0 | No | 23,367 | 147,145 | 6 | 3 | 406 | 768 | 3 |
| **Columbus** | 0 | 0% | 0 | No | 81,543 | 282,686 | 0 | 0 | 79 | 33 | 0 |
| **Tornillo** | 0 | 0% | 0 | No | 11,961 | 38,438 | 0 | 0 | 19 | 32 | 1 |
| **Presidio** | 1 | 8% | 0 | No | 46,840 | 241,536 | 0 | 2 | 149 | 148 | 0 |
| **Total/Average** | 106 | 20% | 30 | | 2,452,115 | 8,029,294 | 22 | 51 | 5,075 | 6,832 | 54 |
| **Percentages compared to FY 2018** | | | | | 30.54% | | | | 74.28% | | |

**Tucson Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Douglas** | 0 | 0% | 0 | No | 272,446 | 820,518 | 0 | 3 | 341 | 202 | 2 |
| **Lukeville** | 0 | 0% | 0 | No | 13,792 | 69,086 | 0 | 0 | 9 | 16 | 0 |
| **Naco** | 0 | 0% | 0 | No | 7,354 | 53,576 | 0 | 0 | 16 | 4 | 0 |
| **Nogales** | 24 | 47% | 0 | No | 932,748 | 3,554,943 | 24 | 18 | 2183 | 2808 | 18 |
| **San Luis** | 11 | 58% | 0 | No | 847,805 | 2,629,266 | 3 | 4 | 590 | 890 | 6 |
| **Total/Average** | 35 | 21% | 0 | | 2,074,145 | 7,127,389 | 27 | 25 | 3,139 | 3,920 | 26 |
| **Percentages compared to FY 2018** | | | | | 29.10% | | | | 80.08% | | |

**San Diego Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **San Ysidro** | 297 | 99% | 2500 | No. | 3,042,388 | 8,981,830 | 47 | 56 | 5998 | 9821 | 31 |
| **Otay Mesa** | 0 | 0% | 0 | Referred to San Ysidro. | 1,106,699 | 3,717,617 | 0 | 2 | 155 | 581 | 0 |
| **Tecate** | 0 | 0% | 0 | Referred to San Ysidro. | 266,689 | 815,259 | 6 | 0 | 23 | 24 | 0 |
| **Calexico West** | 43 | 64% | 106 | No. | 1,252,092 | 4,388,192 | 0 | 8 | 901 | 1719 | 7 |
| **Calexico East** | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | 148,839 | 494,945 | 2 | 0 | 32 | 267 | 0 |
| **Andrade** | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | 306,850 | 910,895 | 0 | 0 | 7 | 21 | 0 |
| **Total/Average** | 340 | 27% | 2,606 | | 6,123,557 | 19,308,738 | 55 | 66 | 7,116 | 12,433 | 38 |
| **Percentages compared to FY 2018** | | | | | 31.71% | | | | 57.23% | | |

**OFO SWB**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total/Average** | 605 | 27% | 2,662 | | 14,253,380 | 47,382,271 | 165 | 205 | 22,251 | 38,289 | 137 |
| **Percentages compared to FY 2018** | | | | | 30.08% | | | | 58.11% | | |