# DEFENDANTS' EXHIBIT 8

Field Queue Management Report

(Feb. 22, 2019)

**Filed Under Seal**

*Al Otro Lado, Inc., et al. v. Kevin McAleenan, et al.*,

No. 3:17-cv-02366-BAS-KSC (S.D. Cal.)

**From:** CBP-MCAT-TEAM
**Sent:** Friday, February 22, 2019 3:45 PM
**Cc:** CBP-MCAT-TEAM
**Subject:** Field Office Queue Management Report February 22, 2019
**Attachments:** Field Queue Management Report 2.22.19.pdf

Good Afternoon All,

Please see attached spreadsheet with updated numbers for each field office.

### February 22, 2019

#### Laredo Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers |
|---|---|---|---|---|---|---|---|---|---|---|
| Brownsville | 27 | 59% | 0 | No. | 1,182,161 | 3,020,373 | 19 | 11 | 1506 | 1945 |
| Progreso | 0 | 0% | 0 | Redirecting to Brownsville as necessary. | 429,371 | 994,234 | 0 | 1 | 83 | 131 |
| Hidalgo | 30 | 71% | 25 | No. | 917,020 | 2,519,926 | 30 | 12 | 1781 | 4255 |
| Rio Grande | 0 | 0% | 0 | Redirecting to Hidalgo as necessary. | 14,743 | 53,122 | 0 | 1 | 90 | 195 |
| Roma | 7 | 44% | 2 | Redirecting to Hidalgo as necessary. | 96,932 | 231,223 | 3 | 1 | 182 | 1061 |
| Laredo | 67 | 54% | 0 | No. | 1,725,565 | 4,919,511 | 17 | 28 | 3530 | 5775 |
| Eagle Pass | 20 | 143% | 25 | No. | 311,684 | 1,062,667 | 11 | 10 | 1377 | 1595 |
| Del Rio | 2 | 7% | 0 | No. | 45,564 | 115,292 | 3 | 5 | 653 | 147 |
| Total/Average | 153 | 45% | 52 | | 4,723,038 | 12,916,850 | 83 | 64 | 9,202 | 15,104 |
| Percentages compared to FY 2018 | | | | | 36.56% | | | | 60.92% | |

#### El Paso Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers |
|---|---|---|---|---|---|---|---|---|---|---|
| Port of El Paso | 98 | 85% | 1200 | No | 2,879,714 | 7,319,489 | 26 | 49 | 5959 | 5850 |
| Santa Teresa | 0 | 0% | 0 | No | 27,822 | 147,145 | 12 | 4 | 544 | 769 |
| Columbus | 0 | 0% | 0 | No | 104,922 | 282,686 | 0 | 0 | 85 | 33 |
| Tornillo | 0 | 0% | 0 | No | 15,640 | 38,438 | 0 | 0 | 31 | 32 |
| Presidio | 0 | 0% | 0 | No | 56,562 | 241,536 | 0 | 1 | 196 | 149 |
| Total/Average | 98 | 17% | 1200 | | 3,084,660 | 8,029,294 | 38 | 54 | 6,815 | 6,833 |
| Percentages compared to FY 2018 | | | | | 38.41% | | | | 99.74% | |

1

### Tucson Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers |
|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | 19 | 475% | 0 | No | 346,195 | 820,518 | 9 | 2 | 445 | 202 |
| Lukeville | 0 | 0% | 0 | No | 17,567 | 69,086 | 0 | 0 | 10 | 16 |
| Naco | 1 | 50% | 0 | No | 9,870 | 13,376 | 0 | 0 | 19 | 4 |
| Nogales | 44 | 86% | 0 | No | 1,163,183 | 3,554,943 | 29 | 19 | 2792 | 2809 |
| San Luis | 11 | 58% | 0 | No | 1,106,593 | 2,629,266 | 0 | 4 | 659 | 890 |
| Total/Average | 75 | 134% | 0 | | 2,643,408 | 7,127,389 | 38 | 25 | 3,925 | 3,921 |
| Percentages compared to FY 2018 | | | | | 37.09% | | | | 100.10% | |

### San Diego Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers |
|---|---|---|---|---|---|---|---|---|---|---|
| San Ysidro | 254 | 85% | 2450 | No | 3,832,433 | 8,981,830 | 80 | 51 | 7555 | 9820 |
| Otay Mesa | 0 | 0% | 0 | Referred to San Ysidro | 1,396,690 | 3,717,617 | 0 | 1 | 191 | 581 |
| Tecate | 0 | 0% | 0 | Referred to San Ysidro | 332,365 | 815,239 | 0 | 0 | 30 | 24 |
| Calexico West | 28 | 42% | 249 | No | 1,582,709 | 4,388,192 | 25 | 6 | 1112 | 1719 |
| Calexico East | 0 | 0% | 0 | If encountered they will be referred to Calexico West | 180,434 | 494,945 | 0 | 0 | 37 | 267 |
| Andrade | 0 | 0% | 0 | If encountered they will be referred to Calexico West | 425,853 | 910,895 | 0 | 0 | 7 | 21 |
| Total/Average | 282 | 21% | 2,699 | | 7,770,504 | 19,308,718 | 105 | 58 | 8,932 | 12,432 |
| Percentages compared to FY 2018 | | | | | 40.24% | | | | 71.85% | |

### OFO SWB

| | Total in Custody | % of Capacity | | | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | | | FY 2019 asylum seekers | FY 2018 asylum seekers |
|---|---|---|---|---|---|---|---|---|---|---|
| Total/Average | 608 | 54% | 3,951 | | 18,221,310 | 47,382,271 | 264 | 201 | 28,874 | 38,290 |
| Percentages compared to FY 2018 | | | | | 38.46% | | | | 75.41% | |

U.S. Customs and Border Protection
Migrant Crisis Action Team (M-CAT)

Confidential                                                                                                                                      AOL-DEF-00012237

February 22, 2019

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Laredo Field Office** | | | | | | | | | | | |
| Brownsville | 27 | 39% | 0 | No. | 1,182,161 | 3,020,375 | 19 | 11 | 1506 | 1945 | 13 |
| Progreso | 0 | 0% | 0 | Redirecting to Brownsville as necessary. | 429,371 | 994,234 | 0 | 1 | 83 | 131 | 0 |
| Hidalgo | 30 | 71% | 25 | No. | 917,020 | 2,519,926 | 30 | 12 | 1781 | 4255 | 7 |
| Rio Grande | 0 | 0% | 0 | Redirecting to Hidalgo as necessary. | 14,741 | 53,122 | 0 | 1 | 90 | 195 | 0 |
| Roma | 7 | 44% | 2 | Redirecting to Hidalgo as necessary. | 96,932 | 231,723 | 3 | 1 | 182 | 1061 | 0 |
| Laredo | 67 | 54% | 0 | No | 1,725,565 | 4,919,511 | 17 | 23 | 3530 | 5775 | 39 |
| Eagle Pass | 20 | 143% | 25 | No. | 311,684 | 1,062,667 | 11 | 10 | 1377 | 1595 | 25 |
| Del Rio | 2 | 7% | 0 | No | 45,564 | 115,292 | 3 | 5 | 653 | 147 | 3 |
| **Total/Average** | 153 | 45% | 52 | | 4,723,038 | 12,916,850 | 83 | 64 | 9,202 | 15,104 | 87 |
| Percentages compared to FY 2018 | | | | | 36.56% | | | | 60.92% | | |

Confidential                                                                                                                         AOL-DEF-00012238

| | | | | | El Paso Field Office | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
| Port of El Paso | 98 | 85% | 1200 | No | 2,879,714 | 7,319,489 | 26 | 49 | 5959 | 5850 | 50 |
| Santa Teresa | 0 | 0% | 0 | No | 27,522 | 147,145 | 12 | 4 | 544 | 769 | 5 |
| Columbus | 0 | 0% | 0 | No | 104,922 | 282,686 | 0 | 0 | 85 | 33 | 2 |
| Tornillo | 0 | 0% | 0 | No | 15,640 | 38,438 | 0 | 0 | 31 | 32 | 0 |
| Presidio | 0 | 0% | 0 | No | 56,562 | 241,536 | 0 | 1 | 196 | 149 | 0 |
| Total/Average | 98 | 17% | 1200 | | 3,084,360 | 8,029,294 | 38 | 54 | 6,815 | 6,833 | 57 |
| Percentages compared to FY 2018 | | | | | 38.41% | | | | 99.74% | | |

Confidential

AOL-DEF-00012239

### Tucson Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | 19 | 475% | 0 | No | 346,195 | 820,518 | 9 | 2 | 445 | 202 | 4 |
| Lukeville | 0 | 0% | 0 | No | 17,567 | 69,086 | 0 | 0 | 10 | 16 | 0 |
| Naco | 1 | 50% | 0 | No | 9,870 | 53,576 | 0 | 0 | 19 | 4 | 0 |
| Nogales | 44 | 86% | 0 | No | 1,163,183 | 3,554,943 | 29 | 19 | 2792 | 2809 | 13 |
| San Luis | 11 | 58% | 0 | No | 1,106,593 | 2,629,266 | 0 | 4 | 659 | 890 | 0 |
| Total/Average | 75 | 134% | 0 | | 2,643,408 | 7,127,389 | 38 | 25 | 3,925 | 3,921 | 17 |
| Percentages compared to FY 2018 | | | | | 37.09% | | | | 100.10% | | |

Confidential

| San Diego Field Office | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
| San Ysidro | 254 | 85% | 2450 | No. | 3,852,453 | 8,981,830 | 80 | 51 | 7555 | 9820 | 66 |
| Otay Mesa | 0 | 0% | 0 | Referred to San Ysidro. | 1,396,690 | 3,717,617 | 0 | 1 | 191 | 581 | 3 |
| Tecate | 0 | 0% | 0 | Referred to San Ysidro. | 332,365 | 815,259 | 0 | 0 | 30 | 24 | 1 |
| Calexico West | 28 | 42% | 249 | No. | 1,582,709 | 4,388,192 | 25 | 6 | 1112 | 1719 | 9 |
| Calexico East | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | 180,434 | 494,945 | 0 | 0 | 37 | 267 | 0 |
| Andrade | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | 425,853 | 910,895 | 0 | 0 | 7 | 21 | 0 |
| Total/Average | 282 | 21% | 2,699 | | 7,770,504 | 19,308,738 | 105 | 58 | 8,932 | 12,432 | 79 |
| Percentages compared to FY 2018 | | | | | 40.24% | | | | 71.85% | | |

| OFO SWB | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total/Average | 608 | 54% | 3,951 | | 18,221,310 | 47,382,271 | 264 | 201 | 28,874 | 38,290 | 240 |
| Percentages compared to FY 2018 | | | | | 38.46% | | | | 75.41% | | |

Confidential

AOL-DEF-00012241