MAYER BROWN LLP
　Matthew H. Marmolejo (CA Bar No. 242964)
　*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
　Ori Lev (DC Bar No. 452565)
　(*pro hac vice*)
　*olev@mayerbrown.com*
　Stephen M. Medlock (VA Bar No. 78819)
　(*pro hac vice*)
　*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:　+1.202.263.3000
Facsimile:　+1.202.263.3300

SOUTHERN POVERTY LAW CENTER
　Melissa Crow (DC Bar No. 453487)
　(*pro hac vice*)
　*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kevin K. McAleenan,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 1 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION** <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
   *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

**From:** FLORES, MARIBEL on behalf of LAREDO OPS CENTER
**Sent:** Saturday, February 2, 2019 1:56 PM
**To:** LAREDO OPS CENTER; HOWE, RANDY J; CAMPBELL, CARL S; DRAGANAC, JOSEPH; HIGGERSON, DAVID P; CBP-MCAT-TEAM; SKINNER, BRADD M.
**CC:** HARRIS, RODNEY H; GUERRA, ADRIAN C; DOVALINA, MUCIA C; FLORES1, LILIANA; GALLEGOS, MARIA; CALDERON, GEORGE G; GARCIA, ENRIQUE A
**Subject:** LFO Queue Management Report for February 2, 2019

ALCON,

Attached is the Laredo Field Office - Queue Management Report for February 2, 2019, @ 1000 hours CST.

Report Date: February 2, 2019 @ 1000 Hrs CST

| Field Office | Port | Total number of Detainees | % of CF Migrant Capacity | Number in Queue @ Boundary Line | Minors Detained | Minors Processed | Minors Medically Screened | Impact to Port Operations |
|---|---|---|---|---|---|---|---|---|
| Laredo | Brownsville | 23 | 33% | 4 | 7 | 7 | 7 | None |
| Laredo | Progreso | 0 | 0% | 0 | 0 | 0 | 0 | None |
| Laredo | Hidalgo | 23 | 55% | 0 | 3 | 0 | 3 | None |
| Laredo | Rio Grande City | 0 | 0% | 0 | 0 | 0 | 0 | None |
| Laredo | Roma | 4 | 25% | 0 | 2 | 2 | 2 | None |
| Laredo | Laredo | 46 | 37% | 36 | 2 | 2 | 2 | No Impact to Port Operations |
| Laredo | Eagle Pass | 3 | 21% | 0 | 0 | 0 | 0 | The number of Credible Fear applicants being processed affects the Port's Operational Capacity. |
| Laredo | Del Rio | 7 | 25% | 0 | 1 | 0 | 0 | None |

Respectfully,

*Maribel Flores*
Customs and Border Protection Officer
Laredo Field Office | Laredo Operations Center
109 Shiloh Dr., Suite 300 | Laredo, TX 78045
Office ▇▇▇▇▇▇



Report Smuggling Activities at: ▇▇▇▇▇▇▇▇▇▇

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). Printouts and/or screen prints from the Automated Targeting System (ATS) are not part of CBP's System of Record Notification (SORN); therefore should not be used as evidence in Court Proceedings. CBP Official records must be obtained through TECS and reviewed by Office of Chief Counsel prior to dissemination of records outside CBP. This document is to be controlled, handled, transmitted, distributed and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released outside of CBP or the public without the prior approval from the Laredo Field Office.