1  MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
2      *mmarmolejo@mayerbrown.com*
    350 S. Grand Avenue
3   25th Floor
    Los Angeles, CA 90071-1503
4      Ori Lev (DC Bar No. 452565)
       (*pro hac vice*)
5      *olev@mayerbrown.com*
       Stephen M. Medlock (VA Bar No. 78819)
6      (*pro hac vice*)
       *smedlock@mayerbrown.com*
7   1999 K Street, N.W.
    Washington, D.C. 20006
8   Telephone:  +1.202.263.3000
    Facsimile:   +1.202.263.3300
9
    SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
       (*pro hac vice*)
11     *melissa.crow@splcenter.org*
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*

15              **UNITED STATES DISTRICT COURT**

16              **SOUTHERN DISTRICT OF CALIFORNIA**

17

18  Al Otro Lado, Inc., *et al.*,            | Case No.:  17-cv-02366-BAS-KSC

19              Plaintiffs,

20      v.                                     **EXHIBIT 2 TO PLAINTIFFS'
                                               REPLY IN SUPPORT OF THEIR
21  Kevin K. McAleenan,[1] *et al.*,           MOTION FOR PRELIMINARY
                                               INJUNCTION**
22              Defendants.

23                                             *FILED UNDER SEAL*

24

25

26

27

28  [1] Acting Secretary McAleenan is automatically substituted for former Secretary
    Nielsen pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2      *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3      *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4      *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
5  New York, NY 10012
Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
    Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
8      *mary.bauer@splcenter.org*
1000 Preston Ave.
9  Charlottesville, VA
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
10     *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
11     *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
12 Decatur, GA 30030

13 AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
14     *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
15 Washington, D.C. 20005
Telephone: +1.202.507.7523
16 Facsimile: +1.202.742.561

17

18

19

20

21

22

23

24

25

26

27

28

**From:** CAMARILLO, ERIKA D on behalf of LAREDO OPS CENTER
**Sent:** Friday, December 21, 2018 1:58 PM
**To:** LAREDO OPS CENTER; HOWE, RANDY J; CAMPBELL, CARL S; DRAGANAC, JOSEPH; HIGGERSON, DAVID P; CBP-MCAT-TEAM; SKINNER, BRADD M.
**CC:** HARRIS, RODNEY H; GUERRA, ADRIAN C; DOVALINA, MUCIA C; FLORES1, LILIANA; 'LONGORIA, FRANK S'; GALLEGOS, MARIA; CALDERON, GEORGE G; GARCIA, ENRIQUE A
**Subject:** LFO Queue Management Report for December 21, 2018 @ 1000 hours CST.

ALCON,

Attached is the Laredo Field Office - Queue Management Report for December 21, 2018 @ 1000 hours CST.

| Field Office | Port | Total number of Detainees | % of Capacity | Number in Queue @ Boundary Line | Impact to Port Operations |
|---|---|---|---|---|---|
| Laredo | Brownsville | 14 | 20% | 34 | None |
| Laredo | Progreso | 2 | 12% | 0 | None |
| Laredo | Hidalgo | 19 | 45% | 0 | None |
| Laredo | Rio Grande City | 0 | 0% | 0 | None |
| Laredo | Roma | 2 | 13% | 0 | Queue Management Staffing Overtime. |
| Laredo | Laredo | 54 | 43% | 32 | No impact to operations. |
| Laredo | Eagle Pass | 9 | 64% | 0 | The number of Credible Fear applicants being processed affects the Port's Operational Capacity. |
| Laredo | Del Rio | 4 | 25% | 17 | None |

Respectfully,

*Erika D. Camarillo*
CBP Officer
▮▮▮▮▮▮▮
Laredo Field Office
Desk: ▮▮▮▮▮▮ / ▮▮▮▮▮

**Laredo**
**Operations**
**Center**

**Report Smuggling Activities at** ▮▮▮▮▮▮▮▮▮▮

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released outside of CBP or the public without the prior approval from the Laredo Field Office.

AOL-DEF-00038927