MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kevin K. McAleenan,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 4 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION** <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

**From:** DOMINGUEZ, ADRIAN NMI on behalf of LAREDO OPS CENTER
**Sent:** Wednesday, December 19, 2018 1:36 PM
**To:** LAREDO OPS CENTER; HOWE, RANDY J; CAMPBELL, CARL S; DRAGANAC, JOSEPH; HIGGERSON, DAVID P; CBP-MCAT-TEAM; SKINNER, BRADD M.
**CC:** HARRIS, RODNEY H; GUERRA, ADRIAN C; DOVALINA, MUCIA C; FLORES1, LILIANA; GALLEGOS, MARIA; CALDERON, GEORGE G; GARCIA, ENRIQUE A; EVERSON, ERIC J.; BLANKS, LISSETTE
**Subject:** LFO Queue Management Report for December 19, 2018
**Attachments:** 12192018 LFO Queue Management Report.xlsx

ALCON,

Attached is the Laredo Field Office - Queue Management Report for December 19, 2018 @ 1000 hours CST.

| Report Date: December 19, 2018 @ 1000 Hrs CST | | | | | |
|---|---|---|---|---|---|
| Field Office | Port | Total number of Detainees | % of Capacity | Number in Queue @ Boundary | Impact to Port Operations |
| Laredo | Brownsville | 13 | 19% | 4 | None |
| Laredo | Progreso | 0 | 0% | 0 | None |
| Laredo | Hidalgo | 10 | 24% | 0 | None |
| Laredo | Rio Grande City | 0 | 0% | 0 | None |
| Laredo | Roma | 1 | 6% | 0 | Queue Management Staffing Overtime. |
| Laredo | Laredo | 27 | 22% | 30 | No impact to operations. |
| Laredo | Eagle Pass | 24 | 171% | 0 | The number of Credible Fear applicants being processed affects the Port's Operational Capacity. |
| Laredo | Del Rio | 4 | 25% | 12 | None |

Respectfully,

*Adrian Dominguez*
CBP Officer

Laredo Field Office
Desk: ▮▮▮▮▮▮▮▮ / ▮▮▮▮▮▮▮▮



**Report Smuggling Activities at** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released outside of CBP or the public without the prior approval from the Laredo Field Office.