MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kevin K. McAleenan,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 5 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION** <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

| | |
|---|---|
| From: | CBP-MCAT-TEAM |
| Sent: | Wednesday, March 6, 2019 3:39 PM |
| Cc: | CBP-MCAT-TEAM |
| Subject: | Field Office Queue Management Report March 6, 2019 |
| Attachments: | Field Queue Management Report 3.6.19.pdf |

Good Afternoon All,

Please see attached spreadsheet with updated numbers for each field office.

### March 6, 2019

#### Laredo Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Numb aliens pi by ICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brownsville | 20 | 29% | 10 | No. | 1,280,869 | 3,020,375 | 31 | 9 | 2654 | 1945 | |
| Progreso | 2 | 12% | 11 | Redirecting to Brownsville as necessary. | 480,183 | 994,234 | 2 | 1 | 96 | 131 | |
| Hidalgo | 25 | 60% | 26 | No. | 990,643 | 2,519,926 | 34 | 18 | 2041 | 4255 | |
| Rio Grande | 0 | 0% | 0 | Redirecting to Hidalgo as necessary. | 16,220 | 53,122 | 0 | 0 | 100 | 195 | |
| Roma | 5 | 31% | 27 | Redirecting to Hidalgo as necessary. | 104,558 | 231,723 | 2 | 3 | 230 | 1061 | |
| Laredo | 66 | 53% | 0 | No. | 1,870,871 | 4,919,511 | 10 | 23 | 3835 | 5775 | |
| Eagle Pass | 13 | 93% | 25 | No | 336,955 | 1,062,667 | 13 | 13 | 2546 | 1595 | |
| Del Rio | 3 | 11% | 0 | No | 51,324 | 115,292 | 6 | 3 | 696 | 147 | |
| Total/Average | 134 | 36% | 99 | | 5,131,623 | 12,916,850 | 98 | 70 | 10,198 | 15,304 | |
| Percentages compared to FY 2018 | | | | | 39.75% | | | | 67.55% | | |

#### El Paso Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Numb aliens pi by ICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of El Paso | 113 | 98% | 2080 | No | 3,125,720 | 7,319,489 | 24 | 43 | 6479 | 5850 | |
| Santa Teresa | 0 | 0% | 0 | No | 29,504 | 147,145 | 4 | 4 | 601 | 769 | |
| Columbus | 0 | 0% | 0 | No | 113,844 | 282,686 | 0 | 0 | 97 | 33 | |
| Tornillo | 7 | 3% | 0 | No | 17,203 | 38,438 | 0 | 2 | 92 | 32 | |
| Presidio | 0 | 0% | 0 | No | 60,455 | 241,536 | 0 | 1 | 217 | 149 | |
| Total/Average | 120 | 21% | 2080 | | 3,346,726 | 8,029,294 | 28 | 50 | 7,486 | 6,833 | |
| Percentages compared to FY 2018 | | | | | 41.68% | | | | 109.56% | | |

1

Confidential                                                                                              AOL-DEF-00012335

### Tucson Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Num aliens p by IC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | 7 | 175% | 0 | No | 375,105 | 820,518 | 10 | 5 | 525 | 202 | |
| Lukeville | 0 | 0% | 0 | No | 19,489 | 69,086 | 0 | 0 | 14 | 16 | |
| Naco | 0 | 0% | 0 | No | 10,909 | 53,576 | 0 | 0 | 19 | 4 | |
| Nogales | 35 | 69% | 0 | No | 1,254,969 | 3,554,943 | 17 | 17 | 2995 | 2809 | |
| San Luis | 13 | 68% | 0 | No | 1,206,783 | 2,629,266 | 13 | 2 | 708 | 890 | |
| Total/Average | 55 | 62% | 0 | | 2,867,255 | 7,127,389 | 40 | 24 | 4,261 | 3,921 | |
| Percentages compared to FY 2018 | | | | | 40.23% | | | | 108.67% | | |

### San Diego Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Num aliens up ICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| San Ysidro | 229 | 76% | 2640 | No | 4,194,033 | 8,981,830 | 66 | 44 | 8147 | 9820 | |
| Otay Mesa | 0 | 0% | 0 | Referred to San Ysidro. | 1,515,031 | 3,717,617 | 0 | 1 | 200 | 581 | |
| Tecate | 0 | 0% | 0 | Referred to San Ysidro. | 359,515 | 815,259 | 0 | 0 | 30 | 24 | |
| Calexico West | 84 | 125% | 340 | No | 1,716,198 | 4,388,192 | 0 | 6 | 1226 | 1719 | |
| Calexico East | 0 | 0% | 0 | If encountered they will be referred to Calexico West | 195,712 | 494,945 | 0 | 0 | 50 | 267 | |
| Andrade | 0 | 0% | 0 | If encountered they will be referred to Calexico West | 471,817 | 910,895 | 0 | 0 | 7 | 21 | |
| Total/Average | 313 | 34% | 2980 | | 8,448,306 | 19,308,738 | 66 | 51 | 9,660 | 12,432 | |
| Percentages compared to FY 2018 | | | | | 43.75% | | | | 77.70% | | |

### OFO SWB

| | Total in Custody | % of Capacity | | | Total pedestrian FY19 YTD | Total pedestrian FY18 | Asylum prev day | 30 day avg | FY 2019 | FY 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total/Average | 622 | 38% | 5,159 | | 19,793,910 | 47,382,271 | 232 | 195 | 31,605 | 38,290 | |
| Percentages compared to FY 2018 | | | | | 41.77% | | | | 82.54% | | |

U.S. Customs and Border Protection
Migrant Crisis Action Team (M-CAT)

2

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AOL-DEF-00012336