MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kevin K. McAleenan,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 6 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION** <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
  *mary.bauer@splcenter.org*
1000 Preston Ave.
Charlottesville, VA
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

March 14, 2019

| Laredo Field Office | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
| Brownsville | 24 | 35% | 0 | No. | 1,346,819 | 3,020,375 | 15 | 9 | 1,732 | 1,946 | 19 |
| Progreso | 4 | 24% | 9 | Redirecting to Brownsville as necessary. | 517,412 | 994,234 | 3 | 1 | 103 | 131 | 3 |
| Hidalgo | 53 | 126% | 35 | No. | 1,040,091 | 2,519,926 | 36 | 18 | 2,227 | 4,255 | 25 |
| Rio Grande | 6 | 38% | 2 | Redirecting to Hidalgo as necessary. | 17,198 | 53,122 | 0 | 0 | 104 | 195 | 0 |
| Roma | 3 | 19% | 35 | Redirecting to Hidalgo as necessary. | 109,130 | 231,723 | 3 | 3 | 253 | 1,061 | 2 |
| Laredo | 50 | 40% | 0 | No | 1,969,359 | 4,919,511 | 10 | 23 | 4,043 | 5,776 | 21 |
| Eagle Pass | 14 | 100% | 25 | No. | 354,452 | 1,062,667 | 13 | 13 | 1,619 | 1,595 | 12 |
| Del Rio | 10 | 36% | 0 | No | 54,468 | 115,292 | 1 | 3 | 718 | 147 | 0 |
| Total/Average | 164 | 52% | 106 |  | 5,408,929 | 12,916,850 | 81 | 70 | 10,799 | 15,106 | 82 |
| Percentages compared to FY 2018 | | | | | 41.87% | | | | 71.49% | | |

Confidential

AOL-DEF-00012407

### El Paso Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of El Paso | 100 | 87% | 2250 | No | 3,280,703 | 7,319,489 | 8 | 43 | 6,910 | 5,851 | 69 |
| Santa Teresa | 0 | 0% | 0 | No | 30,767 | 147,145 | 10 | 4 | 645 | 769 | 8 |
| Columbus | 6 | 50% | 0 | No | 118,744 | 282,686 | 6 | 0 | 126 | 33 | 0 |
| Tornillo | 6 | 7% | 0 | No | 18,100 | 38,438 | 0 | 2 | 92 | 32 | 0 |
| Presidio | 6 | 50% | 0 | No | 63,355 | 241,536 | 4 | 1 | 243 | 149 | 4 |
| Total/Average | 118 | 39% | 2250 | | 3,511,669 | 8,029,294 | 28 | 50 | 8,016 | 6,834 | 81 |
| Percentages compared to FY 2018 | | | | | 43.74% | | | | 117.30% | | |

Confidential

AOL-DEF-00012408

| | Tucson Field Office | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
| Douglas | 15 | 375% | 0 | No | 390,785 | 820,518 | 16 | 5 | 578 | 202 | 11 |
| Lukeville | 0 | 0% | 0 | No | 20,838 | 69,086 | 2 | 0 | 25 | 18 | 4 |
| Naco | 0 | 0% | 0 | No | 11,478 | 53,576 | 0 | 0 | 24 | 4 | 0 |
| Nogales | 42 | 82% | 0 | No | 1,316,232 | 3,554,943 | 12 | 17 | 3,124 | 2,809 | 15 |
| San Luis | 16 | 84% | 0 | No | 1,269,440 | 2,629,266 | 4 | 2 | 732 | 890 | 1 |
| Total/Average | 73 | 108% | 0 | | 3,008,773 | 7,127,389 | 34 | 24 | 4,483 | 3,923 | 31 |
| Percentages compared to FY 2018 | | | | | 42.21% | | | | 114.27% | | |

Confidential

AOL-DEF-00012409

### San Diego Field Office

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| San Ysidro | 266 | 89% | 3015 | No. | 4,415,446 | 8,981,830 | 43 | 44 | 8,574 | 9,823 | 35 |
| Otay Mesa | 0 | 0% | 0 | Referred to San Ysidro. | 1,591,709 | 3,717,617 | 0 | 1 | 214 | 582 | 3 |
| Tecate | 0 | 0% | 0 | Referred to San Ysidro. | 377,627 | 815,259 | 0 | 0 | 30 | 24 | 0 |
| Calexico West | 51 | 76% | 302 | No. | 1,803,570 | 4,388,192 | 3 | 6 | 1,273 | 1,719 | 4 |
| Calexico East | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | 201,836 | 494,945 | 2 | 0 | 52 | 267 | 0 |
| Andrade | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | 503,254 | 910,895 | 0 | 0 | 7 | 21 | 0 |
| Total/Average | 317 | 27% | 3,317 | | 8,893,442 | 19,308,738 | 48 | 51 | 10,150 | 12,436 | 42 |
| Percentages compared to FY 2018 | | | | | 46.06% | | | | 81.62% | | |

### OFO SWB

| | Total in Custody | % of Capacity | UDAs | | Pedestrian FY19 | Pedestrian FY18 | Previous day | 30 day avg | FY 2019 | FY 2018 | ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total/Average | 672 | 57% | 5,673 | | 20,822,813 | 47,382,271 | 191 | 195 | 33,448 | 38,299 | 236 |
| Percentages compared to FY 2018 | | | | | 43.95% | | | | 87.33% | | |

Confidential

AOL-DEF-00012410