1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                 **UNITED STATES DISTRICT COURT**
16              **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 | Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
   |---|---|
19 | Plaintiffs, | |
20 | v. | **EXHIBIT 1 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
21 | Kevin K. McAleenan,[1] *et al.*, | |
22 | Defendants. | *FILED UNDER SEAL* |
23
24
25
26
27
_____
28 [1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Fed. R. Civ. P. 25(d).

1    CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5    New York, NY 10012
   Telephone: +1.212.614.6464
6    Facsimile: +1.212.614.6499

7    SOUTHERN POVERTY LAW CENTER
     Mary Bauer (VA Bar No. 31388) (*pro hac vice*)
8    *mary.bauer@splcenter.org*
   1000 Preston Ave.
9    Charlottesville, VA
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
10    *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
11    *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
12    Decatur, GA 30030

13    AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
14    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
15    Washington, D.C. 20005
   Telephone: +1.202.507.7523
16    Facsimile: +1.202.742.561

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **From:** | GONZALEZ, MARISSA |
| **Sent:** | Tuesday, October 2, 2018 2:09 PM |
| **To:** | MCALEENAN, KEVIN K; PEREZ, ROBERT E; Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; DRAGANAC, JOSEPH; CAMPBELL, CARL S; HOFFMAN, TODD A; BAKOPOULOS, EMILIA; HINKLE, DAVID A.; HYATT, MICHAEL G (NCO); POPKE, SHANE J; GODINO, LOUIS J; GONZALEZ, MARISSA |
| **Subject:** | Field Office Queue Management 10.02.18 |
| **Attachments:** | Field Queue Management Report 10.02.18.pdf |

All,

Please see attached spreadsheet with updated numbers for each field office.

Thank you,

*Marissa Gonzalez*

U.S. Customs and Border Protection
Migration Crisis Action Team (MCAT)

▮▮▮▮▮▮▮▮▮

1

                                                                 AOL-DEF-00027614

**October 2, 2018**

**Laredo Field Office**

| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
|---|---|---|---|---|---|---|---|---|---|
| Brownsville | Yes | Yes | 18 | 26% | 1 | No. | (Brownsville & Matamoros International Bridge) Distance from boundary to primary: 640 feet<br><br>(Gateway International Bridge) Distance from boundary to primary: 292 feet | 2,742,184 | No Impact |
| Progreso | Yes | Yes | 0 | 0% | 0 | Redirecting to Brownsville as necessary. | Distance from boundary to primary: 300 feet | 890,907 | No Impact |
| Hidalgo | Yes | Yes | 9 | 21% | 0 | No. | Distance from boundary to primary: 847 feet | 2,140,703 | No Impact |
| Rio Grande | Yes | Yes | 5 | 31% | 0 | Redirecting to Hidalgo as necessary. | Distance from boundary to primary: 400 feet | 57,510 | No Impact |
| Roma | Yes | Yes | 5 | 31% | 0 | Redirecting to Hidalgo as necessary. | Distance from boundary to primary: 741 feet | 235,665 | No Impact |
| Laredo | Yes | Yes | 45 | 36% | 0 | No. | (Gateway to the Americas) Distance from boundary to primary: 328 feet | 3,192,694 | No Impact |
| Eagle Pass | Yes | Yes | 18 | 129% | 0 | No. | Distance from boundary to primary: 1,730 feet | 848,619 | No Impact |
| Del Rio | Yes | Yes | 4 | 14% | 0 | No. | Distance from boundary to primary: 4,224 feet | 153,604 | No Impact |

AOL-DEF-00027615