MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**JOINT STATUS CONFERENCE STATEMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

2          JOINT STATUS CONFERENCE STATEMENT

Pursuant to the Court's January 24, 2020 Minute Order (Dkt. 397), the parties provide the following Joint Status Conference Statement.

## JOINT STATUS REPORT

### A.     Pending Motions and Appellate Proceedings

On January 14, 2020, Plaintiffs filed their motion for class certification.  The motion is fully briefed and awaiting adjudication by Judge Bashant.  *See* Dkts. 389, 390, 405, 406, 412, 413.

Defendants have filed two motions to strike declarations that were attached to Plaintiffs' class certification motion papers.  The parties are currently briefing those motions to strike.  *See* Dkts. 411, 425.

On March 9, 2020, the parties informed the Court that they have a dispute concerning Defendants' attempt to claw back nine documents (or portions thereof), including exhibits that were filed in support of Plaintiffs' motion for class certification.

On March 5, 2020, the Ninth Circuit denied Defendants' motion to stay Judge Bashant's November 19, 2019 preliminary injunction ruling.  *See Al Otro Lado v. Wolf*, --- F.3d ---, 2020 WL 1059682 (9th Cir. 2020); Dkt. 330.  The merits panel has not scheduled the appeal for oral argument.

### B.     Remaining Case Schedule

On February 27, 2020, the parties proposed a schedule governing the remainder of discovery, merits expert reports, summary judgment, and pre-trial proceedings; the Court approved that schedule and entered a scheduling order on March 10, 2020.  *See* Dkt. 414, 420.  Under the scheduling order, all fact discovery must be completed by June 19, 2020.

### C.     COVID-19

In response to COVID-19, the parties have postponed all pending depositions.  On March 22, 2020, Plaintiffs sent Defendants a proposal for completing deposition discovery via telephone or video conference depositions.

The parties are currently conferring about this proposal.

**D.     Settlement Efforts**

On November 6, 2019, Plaintiffs sent a letter to Defendants expressing a willingness to resume settlement discussions.  Plaintiffs have not received a response to this letter.

Defendants represent that, due to the volume of litigation activity, they have been unable to meaningfully engage in settlement discussions. Defendants are discussing internally whether to resume settlement discussions at this time.

Dated: March 24, 2020

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
Melissa Crow
Sarah Rich
Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Ghita Schwarz
Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters

By: */s/ Stephen M. Medlock*
Stephen M. Medlock

*Attorneys for Plaintiffs*

1
2
3

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

4
5
6

WILLIAM C. PEACHEY
Director, Office of Immigration
Litigation
District Court Section

7

s/ *Katherine J. Shinners*

8
9
10
11
12
13
14
15

KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

16
17

ALEXANDER J. HALASKA
Trial Attorneys

18

*Counsel for Defendants*

19
20
21
22
23
24
25
26
27
28

1      **CERTIFICATE OF SERVICE**

2          I HEREBY CERTIFY that on March 24, 2020 a copy of the foregoing joint

3   status conference statement was served on all counsel of record via CM/ECF.

4                              *s/Stephen M. Medlock*
                              Stephen M. Medlock
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28