MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
　Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
　*bazmy@ccrjustice.org*
　Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
　*gschwarz@ccrjustice.org*
　Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
　*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
　Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
　*sarah.rich@splcenter.org*
　Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
　*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
　Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
　*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Case 3:17-cv-02366-BAS-KSC   Document 432-2   Filed 03/31/20   PageID.32640

**DECLARATION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration in support of the parties' Unopposed Motion to Seal Portions of Plaintiffs' Opposition to Defendants' Motions to Strike Declarations of Unidentified Declarants Filed in Support of Plaintiffs' Motion for Class Certification.

3. The parties seek to seal seven exhibits to Plaintiffs' Opposition to Defendants' Motions to Strike Declarations of Unidentified Declarants Filed in Support of Plaintiffs' Motion for Class Certification and descriptions of those exhibits in Plaintiffs' opposition brief:

   a. A document bearing the Bates numbers AOL-DEF-00070361 through AOL-DEF-00070362, which Defendants have designated as Confidential under the Court's Protective Order;

   b. A document bearing the Bates numbers AOL-DEF-00283080 through AOL-DEF-00283086, which Defendants have designated as Highly Confidential under the Court's Protective Order;

   c. A document bearing the Bates numbers AOL-DEF-00283226 through AOL-DEF-00283233, which Defendants have designated as Highly Confidential under the Court's Protective Order;

   d. A document bearing the Bates numbers AOL-DEF-00516605 through AOL-DEF-00516623, which Defendants have designated as Confidential under the Court's Protective Order;

   e. A document bearing the Bates numbers AOL-DEF-00528691 through AOL-DEF-00528707, which Defendants have designated as Highly Confidential under the Court's Protective Order;

      f. A document bearing the Bates numbers AOL-DEF-00556914 through AOL-DEF-00556918, which Defendants have designated as Highly Confidential under the Court's Protective Order; and

      g. A document bearing the Bates number AOL-DEF-00556928, which Defendants have designated as Confidential under the Court's Protective Order.

4. As described in the accompanying motion to seal, Plaintiffs seek to seal these documents and descriptions of them because filing them on the public docket would reveal sensitive law enforcement information regarding the operations of ports of entry on the U.S.-Mexico border. The documents also contain sensitive and personally identifying information of individuals being monitored by the government.

5. The parties have conferred regarding the motion, and Defendants do not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 31st day of March 2020 at Washington, D.C.

*/s/ Stephen M. Medlock*
Stephen M. Medlock