MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and am co-lead counsel for the Plaintiffs in this case.

2. I make this declaration in support of the contemporaneously-filed Opposition to Defendants' Motions to Strike the Declarations of Unidentified Declarants Filed in Support of Plaintiffs' Motion for Class Certification.

3. On January 14, 2020, Plaintiffs filed their Motion for Class Certification, accompanied by 23 declarations made by putative class members through the use of initials or pseudonyms. *See* ECF Nos. 390, 390-67 to 390-74, 390-76 to 390-90.

4. These declarations were filed anonymously or pseudonymously because the declarants have genuine and reasonable concerns that revealing their names will cause them to be retaliated against by the Government in immigration enforcement proceedings, may cause them to be located and further persecuted, and may chill the participation of absent class members in litigation that could vindicate their rights. In addition, these asylum seekers are fleeing persecution in their home countries and fear that the public disclosure of their names on the Court's docket would increase the risk that their persecutors learn their current whereabouts.

5. Since the inception of this case, Plaintiffs have filed many documents anonymously or using pseudonyms—including the same or similar declarations—for the same reasons as discussed above in Paragraph 4. *See, e.g.*, ECF Nos. 61; 128; 293-9 to 293-27; 294-7 to 294-24 and 294-49 to 294-51; 346-3 to 346-10.

6. On January 16, 2020, the parties began meeting and conferring regarding the declarants' use of initials or pseudonyms. Defendants requested that Plaintiffs disclose the names, dates of birth, and A numbers of the declarants. Plaintiffs articulated their concerns with releasing this information to Defendants

1 without restriction.  During that telephone conference, Plaintiffs offered to share the declarants' names, dates of birth, and A numbers if Defendants could assure that the declarants' information would only be used by attorneys and officials necessary to perform the data retrieval of any CBP or DHS case files regarding the declarants.

7. On January 22, 2020, in an effort to compromise and avoid motion practice, Plaintiffs again offered to share the declarants' names, dates of birth, and A numbers if Defendants could assure that the declarants' information would only be used by attorneys and officials necessary to perform the data retrieval of any CBP or DHS case files regarding the declarants.  Defendants could not provide such an assurance.

8. On February 12, 2020, Defendants filed their Opposition to Plaintiffs' Motion for Class Certification.  *See* ECF No. 406.  Defendants' brief discusses the declarations but makes no mention of the need for the declarants' personally identifying information or any inability to make their arguments in opposition to class certification.  *See id.*

9. On February 26, 2020, Plaintiffs filed their Reply in Support of Motion for Class Certification.  ECF No. 413.  Plaintiffs' Reply was accompanied by 44 additional declarations made by putative class members through the use of initials or pseudonyms.  *See* ECF Nos. 413-8 to 413-51.

10. On February 26, 2020, Defendants filed a Motion to Strike the Declarations of 23 Unidentified Declarants Filed in Support of Plaintiffs' Motion for Class Certification.  *See* ECF No. 411.

11. On March 5, 2020, the parties further met and conferred.  Defendants informed Plaintiffs that they intended to file a substantially similar Motion to Strike regarding the declarations supporting Plaintiffs' Reply in Support of Motion for Class Certification.  As a result, the parties stipulated to (and the Court so-ordered) consolidated briefing on Defendants' motions to strike.  *See* ECF Nos. 422, 423.

12. On March 17, 2020, Defendants filed their Motion to Strike the

1  Declarations of 44 Anonymous Declarants Filed in Support of Plaintiffs' Reply in
2  Support of Their Motion for Class Certification.  ECF No. 425.

3       13.    Plaintiffs submit their Memorandum of Law and this Declaration and
4  accompanying Exhibits in opposition to Defendants' motions to strike.  *See* ECF
5  Nos. 411, 425.

6       14.    Attached hereto as Exhibit 1 is a true and correct copy of a document
7  bearing the Bates numbers AOL-DEF-00070361 through AOL-DEF-00070362.
8  Defendants have designated this document as Confidential under the Court's
9  Protective Order (ECF No. 276).  Plaintiffs have moved to file this document under
10 seal.

11      15.    Attached hereto as Exhibit 2 is a true and correct copy of a document
12 bearing the Bates numbers AOL-DEF-00283080 through AOL-DEF-00283086.
13 Defendants have designated this document as Highly Confidential under the Court's
14 Protective Order (ECF No. 276).  Plaintiffs have moved to file this document under
15 seal.

16      16.    Attached hereto as Exhibit 3 is a true and correct copy of a document
17 bearing the Bates numbers AOL-DEF-00283226 through AOL-DEF-00283233.
18 Defendants have designated this document as Highly Confidential under the Court's
19 Protective Order (ECF No. 276).  Plaintiffs have moved to file this document under
20 seal.

21      17.    Attached hereto as Exhibit 4 is a true and correct copy of a document
22 bearing the Bates numbers AOL-DEF-00516605 through AOL-DEF-00516623.
23 Defendants have designated this document as Confidential under the Court's
24 Protective Order (ECF No. 276).  Plaintiffs have moved to file this document under
25 seal.

26      18.    Attached hereto as Exhibit 5 is a true and correct copy of a document
27 bearing the Bates numbers AOL-DEF-00528691 through AOL-DEF-00528707.
28 Defendants have designated this document as Highly Confidential under the Court's

Protective Order (ECF No. 276). Plaintiffs have moved to file this document under seal.

19. Attached hereto as Exhibit 6 is a true and correct copy of a document bearing the Bates numbers AOL-DEF-00556914 through AOL-DEF-00556918. Defendants have designated this document as Highly Confidential under the Court's Protective Order (ECF No. 276). Plaintiffs have moved to file this document under seal.

20. Attached hereto as Exhibit 7 is a true and correct copy of a document bearing the Bates number AOL-DEF-00556928. Defendants have designated this document as Confidential under the Court's Protective Order (ECF No. 276). Plaintiffs have moved to file this document under seal.

I declare under penalty of perjury under the laws of the United States of America that the preceding declaration is true and correct.

Executed on this 31st day of March 2020 at Washington, D.C.

*/s/ Stephen M. Medlock*

Stephen M. Medlock

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK