MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 4 TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **AOL-DEF-00516605 to 00516623** |
| | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8    *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9    *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.404.221.5857

12 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13   *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.561

16

17

18

19

20

21

22

23

24

25

26

27

28