1   JOSEPH H. HUNT
2   Assistant Attorney General, Civil Division
    WILLIAM C. PEACHEY
3   Director, Office of Immigration Litigation
    District Court Section
4   SAMUEL GO
5   Assistant  Director
6   KATHERINE J. SHINNERS (DC 978141)
    Senior Litigation Counsel
7   United States Department of Justice
8   Civil Division
    Office of Immigration Litigation
9   District Court Section
10  P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
11  Tel: (202) 598-8259 | Fax: (202) 305-7000
12  katherine.j.shinners@usdoj.gov
    ALEXANDER J. HALASKA
13  ARI NAZAROV
14  DHRUMAN SAMPAT
15  Trial Attorneys
16  *Counsel for Defendants*

17            **UNITED STATES DISTRICT COURT**
18      **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
19                    **(San Diego)**

20  AL OTRO LADO, Inc., *et al.*,        Case No. 3:17-cv-02366-BAS-KSC
21              *Plaintiffs*,
                                         Hon. Karen S. Crawford
22
            v.                           **DECLARATION OF KATHERINE J.**
23                                       **SHINNERS WITH RESPECT TO**
24  CHAD F. WOLF, Acting Secretary, U.S.  **JOINT MOTION TO FILE UNDER**
    Department of Homeland Security, in his  **SEAL**
25  official capacity, *et al.*,
26              *Defendants*
27
28

## DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1.     I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ) Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2.     I submit this declaration in support of the Joint Motion to File to Seal Portions of Joint Motion for Determination of Discovery Dispute Concerning Defendants' January 30 Clawback Notice ("Motion to Seal").

3.     Counsel for the parties met and conferred via email on March 30 and April 1, 2020, regarding the Joint Motion to Seal, but were unable to come to an agreement on Defendants' request to seal Exhibit C to the Joint Motion for Determination of Discovery Dispute, the expert report of Stephanie Leutert, submitted by Plaintiffs in support of their portion of that motion.

4.     Attached hereto as Exhibit A is a true and correct copy of the March 10, 2020 Declaration of Todd C. Owen, Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection.

5.     Attached hereto as Exhibit B is a true and correct copy of the March 9, 2020 Declaration of Vernon Foret, Executive Director of Operations, Office of Field Operations, U.S. Customs and Border Protection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on April 1, 2020, in Washington, D.C.

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS

SHINNERS DECLARATION
Case No. 3:17-cv-02366-BAS-KSC