JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **JOINT MOTION FOR EXTENSION OF DEFENDANTS' DEADLINE TO RESPOND IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL LIMITED PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,[*] | |
| *Defendants* | |

---

[*] Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

1

## **INTRODUCTION**

2  Defendants respectfully move this Court for an extension of Defendants'
3  deadline to respond in support of Plaintiffs' Motion to Seal Limited Portions of
4  Plaintiffs' Opposition to Defendants' Motions to Strike (ECF No. 432) until May 4,
5  2020. Plaintiffs take no position, for or against, this request.

6

## **BACKGROUND**

7  On January 14, 2020, Plaintiffs filed a Motion for Class Certification. *See* ECF
8  No. 390. Attached to the Motion were the declarations of 23 putative class members
9  whose names are either redacted or replaced with initials. *See* ECF Nos. 390-67–
10  390-74, 390-76–390-90. On February 26, 2020, Defendants moved to strike these
11  23 declarations. *See* ECF No. 411.

12  On February 26, 2020, Plaintiffs filed their Reply in Support of Their Motion
13  for Class Certification. *See* ECF No. 413. Attached to the Reply were the declara-
14  tions of 44 putative class members whose names are redacted. *See* ECF Nos. 413-8–
15  413-51. On March 17, 2020, Defendants moved to strike these 44 declarations. *See*
16  ECF No. 425.

17  On March 31, 2020, Plaintiffs filed a consolidated Opposition to both Motions
18  to Strike, *see* ECF No. 434, consistent with this Court's order consolidating the brief-
19  ing schedule on the Motions to Strike, *see* ECF No. 423. The Opposition is supported
20  by seven Exhibits that are designated Confidential or Highly Confidential/Attorneys
21  Eyes' Only under the Protective Order (ECF No. 276). *See* ECF Nos. 434-2–434-8.
22  On March 31, before the Exhibits were filed, Defendants served Plaintiffs with a
23  clawback letter, contending that the documents contain privileged material. *See*
24  Decl. of Alexander J. Halaska ¶ 2 (filed concurrently). Plaintiffs dispute Defendants'
25  privilege assertion. The parties will soon present the privilege dispute to Judge
26  Crawford for resolution.

27  On March 31, 2020, Plaintiffs also filed a Motion to Seal Limited Portions of
28  Plaintiffs' Opposition to Defendants' Motions to Strike, including all seven of the

JOINT MOT. FOR EXTENSION
Case No. 3:17-cv-02366-BAS-KSC

Exhibits supporting their Opposition to Defendants' Motions to Strike and the portions of the Opposition brief that rely on the Exhibits. *See* ECF No. 432. Plaintiffs noticed the Motion to Seal for April 30, 2020. *See id.* Defendants intend to file a response in support of the Motion to Seal. By operation of Local Rule 7.1(e)(2), Defendants' response is due April 16, 2020.

## ARGUMENT

Defendants ask this Court to extend Defendants' deadline to respond in support of Plaintiffs' Motion to Seal until May 4, 2020. Defendants submit that good cause exists to grant this request for the following reasons:

*First*, the seven Exhibits include privileged and highly sensitive law enforcement information from U.S. Customs and Border Protection (CBP) and potentially other federal law enforcement agencies. Defendants are preparing detailed declarations from multiple individuals that explain why these documents should, at the very least, be kept sealed.[1] Moreover, because the documents are not similar to any documents that have been the subject of another motion to seal, Defendants must prepare the declarations from scratch. Defendants request more time to allow the declarants to prepare these declarations.

*Second*, undersigned counsel for Defendants has been responsible for briefing and arguing another emergency matter between April 8 and April 15, 2020. *See* Halaska Decl. ¶ 3. Undersigned counsel submits that an extension until May 4, 2020, will allow Defendants and their counsel sufficient time to prepare Defendants' response in support of Plaintiffs' Motion to Seal in light of their litigation responsibilities in this and other cases.

*Finally*, and in the alternative, if the Court denies the request for an extension until May 4, Defendants request that this Court extend Defendants' deadline until April 20, 2020. Under this Court's Standing Order, § 4.B, "[p]arties filing a noticed

---

[1] If Judge Crawford holds that the documents are privileged, Defendants will seek further appropriate relief from this Court.

JOINT MOT. FOR EXTENSION
Case No. 3:17-cv-02366-BAS-KSC

motion may choose any **<u>Monday</u>** between **<u>thirty (30) and sixty (60) days</u>** from the motion's filing date." (Emphases in original.) Thus, the earliest that a motion filed on March 31, 2020 (such as the Motion to Seal), may be noticed for is May 4, 2020. However, the Motion to Seal is noticed for April 30, 2020. Thus, if the Court denies the request for an extension until May 4, Defendants ask the Court to extend the deadline to April 20, 2020, which is the earliest date that Defendants' response would be due if the Motion had been noticed in accordance with Standing Order § 4.B.

<u>**CONCLUSION**</u>

Defendants respectfully request that this Court extend Defendants' deadline to file a response in support of Plaintiffs' Motion to Seal Limited Portions of Their Opposition to Defendants' Motions to Strike to May 4, 2020.

JOINT MOT. FOR EXTENSION
Case No. 3:17-cv-02366-BAS-KSC

1  DATED: April 15, 2020                 Respectfully submitted,

2

3                                          JOSEPH H. HUNT
                                           Assistant Attorney General
4                                          Civil Division

5                                          WILLIAM C. PEACHEY
                                           Director
6

7                                          KATHERINE J. SHINNERS
                                           Senior Litigation Counsel
8

9                                          */s/ Alexander J. Halaska*
10                                         ALEXANDER J. HALASKA
                                           Trial Attorney
11                                         United States Department of Justice
                                           Civil Division
12                                         Office of Immigration Litigation
                                           District Court Section
13                                         P.O. Box 868, Ben Franklin Station
                                           Washington, D.C. 20044
14                                         Tel: (202) 307-8704 | Fax: (202) 305-7000
15                                         alexander.j.halaska@usdoj.gov
16

17                                         *Counsel for Defendants*

18

19

20                                         MAYER BROWN LLP
21                                              Matthew H. Marmolejo
                                                Ori Lev
22                                              Stephen M. Medlock

23                                         SOUTHERN POVERTY LAW CENTER
24                                              Melissa Crow
                                                Sarah Rich
25                                              Rebecca Cassler
26

27                                         CENTER FOR CONSTITUTIONAL
                                           RIGHTS
28                                              Baher Azmy

4                          JOINT MOT. FOR EXTENSION
                           Case No. 3:17-cv-02366-BAS-KSC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ghita Schwarz
Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters

By: */s/ Stephen M. Medlock*
Stephen M. Medlock

*Attorneys for Plaintiffs*

JOINT MOT. FOR EXTENSION
Case No. 3:17-cv-02366-BAS-KSC

# CERTIFICATE OF SERVICE

## No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.


DATED: April 15, 2020                    Respectfully submitted,

                                         */s/ Alexander J. Halaska*
                                         ALEXANDER J. HALASKA
                                         Trial Attorney
                                         United States Department of Justice

JOINT MOT. FOR EXTENSION
Case No. 3:17-cv-02366-BAS-KSC