JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,* | |
| *Defendants* | |

---

* Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

## DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. On March 31, 2020, at 5:31 PM (Eastern), Defendants served Plaintiffs with a letter asserting privilege over and clawing back, in part or in whole, the documents bearing the Bates numbers AOL-DEF-00516605, AOL-DEF-00528691, AOL-DEF-00556914, AOL-DEF-00556919, AOL-DEF-00556920, AOL-DEF-00556921, AOL-DEF-00556922, AOL-DEF-00556923, AOL-DEF-00556924, AOL-DEF-00556925, AOL-DEF-00556926, AOL-DEF-0056927, AOL-DEF-00556928, AOL-DEF-00556929, AOL-DEF-00556930, AOL-DEF-00556931, AOL-DEF-00556931, AOL-DEF-00556933, and AOL-DEF-00556934.

3. Between April 8 and April 15, 2020, I was and am responsible for briefing and arguing another emergency matter, namely, the government's opposition to a motion for temporary restraining order in *NIPNLG v. EOIR*, No. 1:20-cv-00852-CJN (D.D.C.).

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on April 15, 2020, in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
U.S. Department of Justice