**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>     v.<br><br>CHAD F. WOLF, *et al.*,<br><br>                              Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL**<br><br>**[ECF No. 441]** |

Before the Court is the parties' Joint Motion to extend Defendants' deadline to file a response in support of Plaintiffs' Motion to Seal Limited Portions of Plaintiffs' Opposition to Defendants' Motions to Strike. (ECF No. 441.) Good cause appearing, the Court **GRANTS** the Joint Motion. Defendants' response is due by **May 4, 2020**.

     **IT IS SO ORDERED.**

**DATED: April 16, 2020**

Hon. Cynthia Bashant
United States District Judge