JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation – District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **JOINT MOTION FOR EXTENSION OF TIME TO RAISE PRIVILEGE DISPUTE TO THE COURT** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,[*] | |
| *Defendants* | |

---

[*] Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

## INTRODUCTION

Pursuant to this Court's Civil Pretrial Procedures, § VIII.B, Defendants respectfully move this Court to extend the deadline to raise a privilege dispute to the Court from April 30, 2020, until May 7, 2020.

## BACKGROUND

On February 26, 2020, and March 17, 2020, Defendants filed motions to strike 67 declarations that Plaintiffs filed in support of their Motion for Class Certification and Reply in Support of Class Certification. *See* First Mot. to Strike (ECF No. 411); Second Mot. to Strike (ECF No. 425). On March 31, 2020, Plaintiffs filed a consolidated Opposition to both Motions to Strike. *See* ECF No. 434. Plaintiffs attached to their Opposition seven Exhibits that are designated Confidential or Highly Confidential/Attorneys Eyes' Only under the Protective Order (ECF No. 276). *See* ECF Nos. 434-2–434-8. Plaintiffs filed a Motion to Seal the seven Exhibits and the portions of the Opposition that rely on them and lodged the documents under seal. *See* ECF Nos. 432, 433.

Plaintiffs notified Defendants that they intended to file the seven Exhibits on March 30, 2020. Decl. of Alexander J. Halaska ¶ 2 (filed concurrently). On March 31, 2020, before Plaintiffs' Opposition and the Exhibits were filed, Defendants served Plaintiffs with a clawback letter, contending that the documents contain privileged material. *See id.* ¶ 3. On March 31, Plaintiffs informed Defendants that they disputed Defendants' privilege assertion. *Id.* ¶ 4. Accordingly, under this Court's Civil Pretrial Procedures, § VIII.B, the deadline to raise this privilege dispute to the Court is April 30, 2020. The parties have attempted to meet and confer regarding the clawback dispute but are unable to do so meaningfully until May 1, 2020.

## ARGUMENT

### I. Defendants' Position

Defendants ask this Court to extend the deadline to raise a privilege dispute to the Court from April 30, 3030, until May 7, 2020. Defendants submit that good

cause exists to grant this request for the following reasons:

*First*, the seven Exhibits include privileged and highly sensitive law enforcement information from U.S. Customs and Border Protection (CBP). Defendants have been preparing detailed declarations from multiple individuals that explain why these documents contain privileged material. These documents were inadvertently disclosed and had not been used before in the litigation, and Defendants thus did not begin this process of preparing a clawback letter and preparing the declarations in support of their privilege assertions until learning of the inadvertent disclosure on March 31, 2020. *See* Halaska Decl. ¶¶ 2–3. Defendants waited to request that the parties continue to meet and confer until they had developed tentatively final versions of the declarations to allow the meet-and-confer process to be as productive as possible and to be in a position to provide Plaintiffs with more information regarding the documents.

*Second*, undersigned counsel for Defendants was responsible for briefing and arguing another emergency matter seeking nationwide injunctive relief between April 8 and April 23, 2020, and was thus unable to meet and confer earlier. *See* Halaska Decl. ¶ 4.

An extension of the deadline to raise this privilege dispute to the Court until May 7, 2020, will provide the parties with sufficient time to continue their meet-and-confer efforts and to raise the dispute to the Court if necessary.

**II.    Plaintiffs' Position**

Plaintiffs do not oppose Defendants' motion for an extension of time to raise this privilege dispute to the Court.

## CONCLUSION

Defendants respectfully request that this Court extend Defendants' deadline to raise this privilege dispute to the Court until May 7, 2020.

| | |
|---|---|
| DATED: April 29, 2020 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | KATHERINE J. SHINNERS<br>Senior Litigation Counsel |
| | */s/ Alexander J. Halaska*<br>ALEXANDER J. HALASKA<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-8704 \| Fax: (202) 305-7000<br>alexander.j.halaska@usdoj.gov |
| | *Counsel for Defendants* |
| DATED: April 29, 2020 | MAYER BROWN LLP<br>    Matthew H. Marmolejo<br>    Ori Lev<br>    Stephen M. Medlock<br><br>SOUTHERN POVERTY LAW CENTER<br>    Melissa Crow<br>    Sarah Rich<br>    Rebecca Cassler<br><br>CENTER FOR CONSTITUTIONAL RIGHTS<br>    Baher Azmy<br>    Ghita Schwarz<br>    Angelo Guisado |

AMERICAN IMMIGRATION COUNCIL
Karolina Walters

By: */s/ Stephen M. Medlock*
Stephen M. Medlock
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: April 29, 2020        Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice