JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,[*] | |
| *Defendants* | |

---

[*] Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

## DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. On March 30, 2020, at approximately 9:53 PM (Eastern), Defendants' counsel received an email from Plaintiffs' counsel stating that Plaintiffs intended to file the documents bearing the Bates numbers AOL-DEF-00070361, AOL-DEF-00283080, AOL-DEF-00283226, AOL-DEF-00516605, AOL-DEF-00528691, AOL-DEF-00556914, and AOL-DEF-00556928 in support of their consolidated Opposition to Defendants' Motions to Strike. Defendants' counsel forwarded the email to Defendants on March 31, 2020, at approximately 9:17 AM (Eastern).

3. On March 31, 2020, at approximately 5:31 PM (Eastern), Defendants served Plaintiffs with a letter asserting privilege over and clawing back, in part or in whole, the documents bearing the Bates numbers AOL-DEF-00516605, AOL-DEF-00528691, AOL-DEF-00556914, AOL-DEF-00556919, AOL-DEF-00556920, AOL-DEF-00556921, AOL-DEF-00556922, AOL-DEF-00556923, AOL-DEF-00556924, AOL-DEF-00556925, AOL-DEF-00556926, AOL-DEF-0056927, AOL-DEF-00556928, AOL-DEF-00556929, AOL-DEF-00556930, AOL-DEF-00556931, AOL-DEF-00556931, AOL-DEF-00556933, and AOL-DEF-00556934.

4. On March 31, 2020, at approximately 7:09 PM (Eastern), Plaintiffs informed Defendants that that they disputed the privilege assertions.

5. From April 8 to April 23, 2020, I was responsible for briefing and arguing another emergency matter seeking nationwide relief, namely, the government's opposition and supplemental opposition to a motion for temporary restraining order in *NIPNLG v. EOIR*, No. 1:20-cv-00852-CJN (D.D.C.).

1        6.      On April 24, 2020, I asked Plaintiffs' counsel to continue meeting and conferring regarding the privilege dispute and provided my availability for April 27 and April 28.

      7.      On April 26, 2020, Plaintiffs' counsel stated that they were available to meet and confer on May 1, 2020.

      I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on April 29, 2020, in Washington, D.C.

      */s/ Alexander J. Halaska*
      ALEXANDER J. HALASKA
      U.S. Department of Justice