MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **JOINT STATUS CONFERENCE STATEMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Pursuant to the Court's March 27, 2020 Minute Order (Dkt. 431), the parties provide the following Joint Status Conference Statement.

## JOINT STATUS REPORT

### A.   Pending Motions and Appellate Proceedings

On January 14, 2020, Plaintiffs filed their motion for class certification. The motion is fully briefed and awaiting adjudication by Judge Bashant. *See* Dkts. 389, 390, 405, 406, 412, 413.

Defendants have filed two motions to strike declarations that were attached to Plaintiffs' class certification motion papers. Those motions are currently pending. *See* Dkts. 411, 425.

On March 5, 2020, the Ninth Circuit denied Defendants' motion to stay Judge Bashant's November 19, 2019 preliminary injunction ruling. *See Al Otro Lado v. Wolf*, 952 F.3d 999 (9th Cir. 2020); Dkt. 330. The merits panel has scheduled oral argument for July 10, 2020.

### B.   Remaining Case Schedule

Under the current scheduling order, the fact discovery cut-off is June 19, 2020. Expert discovery will be completed by August 21, 2020. Dispositive motions shall be filed on or before September 4, 2020.

### C.   Remote Discovery

On April 29, 2020, the parties have completed an initial remote deposition via a WebEx platform. The parties are currently meeting and conferring regarding scheduling the remaining depositions noticed by Plaintiffs. The parties anticipate submitting a second proposed order permitting these depositions to be taken remotely.

### D.   Document and Written Discovery

The parties are currently meeting and conferring in an effort to resolve their disputes concerning Plaintiffs' Sixth Set of Requests for Production, Fifth Set of Interrogatories, and Third Set of Requests for Admission. The parties' first meet-

and-confer on May 1, 2020 was productive, but some areas of disagreement remain. If necessary, the parties will contact the court should they reach an impasse.

### E. Clawback Dispute

The parties are currently meeting and conferring regarding Defendants' request to claw back a limited number of documents based on Defendants' assertion of the law enforcement privilege. If the parties are unable to resolve their dispute, we will contact the Court.

### F. Settlement Efforts

On November 6, 2019, Plaintiffs sent a letter to Defendants expressing a willingness to resume settlement discussions. Plaintiffs have not received a response to this letter.

Defendants represent that they intend to respond to Plaintiffs' letter proposing a resumption of settlement discussions, but have not yet been able to do so due to the continued high volume of litigation activity in this case and in other matters.

Dated: May 4, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

| | |
|---|---|
| 1 | AMERICAN IMMIGRATION COUNCIL |
| 2 | Karolina Walters |
| 3 | |
| 4 | By: */s/ Stephen M. Medlock* |
| | Stephen M. Medlock |
| 5 | |
| | *Attorneys for Plaintiffs* |
| 6 | |
| 7 | |
| | JOSEPH H. HUNT |
| 8 | Assistant Attorney General |
| | Civil Division |
| 9 | |
| 10 | WILLIAM C. PEACHEY |
| | Director, Office of Immigration |
| 11 | Litigation |
| 12 | District Court Section |
| 13 | |
| | s/ *Katherine J. Shinners* |
| 14 | KATHERINE J. SHINNERS |
| | Senior Litigation Counsel |
| 15 | U.S. Department of Justice |
| 16 | Civil Division |
| | Office of Immigration Litigation |
| 17 | District Court Section |
| 18 | P.O. Box 868, Ben Franklin Station |
| | Washington, D.C. 20044 |
| 19 | Tel: (202) 598-8259 | Fax: (202) 305-7000 |
| 20 | katherine.j.shinners@usdoj.gov |
| 21 | |
| 22 | ALEXANDER J. HALASKA |
| | Trial Attorneys |
| 23 | |
| 24 | *Counsel for Defendants* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 4, 2020 a copy of the foregoing joint status conference statement was served on all counsel of record via CM/ECF.

*s/Stephen M. Medlock*
Stephen M. Medlock