JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

## DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I submit this declaration in support of Defendants' Response in Support of Plaintiffs' Motion to Seal Limited Portions of Their Opposition to Defendants' Motions to Strike.

2. On March 30, 2020, at approximately 9:53 PM (Eastern), Defendants' counsel received an email from Plaintiffs' counsel stating that Plaintiffs intended to file the documents bearing the Bates numbers AOL-DEF-00070361, AOL-DEF-00283080, AOL-DEF-00283226, AOL-DEF-00516605, AOL-DEF-00528691, AOL-DEF-00556914, and AOL-DEF-00556928 in support of their consolidated Opposition to Defendants' Motions to Strike.

3. On March 31, 2020, at approximately 5:31 PM (Eastern), Defendants served Plaintiffs with a letter asserting privilege over and clawing back, in part or in whole, the documents bearing the Bates numbers AOL-DEF-00516605, AOL-DEF-00528691, AOL-DEF-00556914, AOL-DEF-00556919, AOL-DEF-00556920, AOL-DEF-00556921, AOL-DEF-00556922, AOL-DEF-00556923, AOL-DEF-00556924, AOL-DEF-00556925, AOL-DEF-00556926, AOL-DEF-0056927, AOL-DEF-00556928, AOL-DEF-00556929, AOL-DEF-00556930, AOL-DEF-00556931, AOL-DEF-00556931, AOL-DEF-00556933, and AOL-DEF-00556934. Defendants also re-designated the documents bearing the Bates number AOL-DEF-00516605 from "Confidential" to "Highly Confidential – Attorneys' Eyes Only," in accordance with Paragraph V.C of the Stipulated Protective Order (ECF No. 276).

4. On March 31, 2020, at approximately 7:09 PM (Eastern), Plaintiffs informed Defendants that that they disputed the privilege assertions.

**Exhibits**

5. Attached hereto as **Exhibit 1** is a true and accurate copy of the declaration of Mariza Marin (Apr. 30, 2020).

6. Attached hereto as **Exhibit 2** is a true and accurate copy of the declaration of Erik Moncayo (Apr. 28, 2020).

7. Attached hereto as **Exhibit 3** is a true and accurate copy of the declaration of John P. Wagner (May 4, 2020).

8. Attached hereto as **Exhibit 4** is a true and accurate copy of the declaration of Aaron Heitke (Apr. 27, 2020).

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on May 4, 2020, in Washington, D.C.

/s/ Alexander J. Halaska
ALEXANDER J. HALASKA
U.S. Department of Justice