MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Chad F. Wolf,[1] *et al.*,

Defendants.

Case No.: 17-cv-02366-BAS-KSC

**JOINT MOTION FOR EXTENSION OF TIME TO RAISE DISCOVERY DISPUTES TO COURT**

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Pursuant to the Court's Civil Pretrial Procedures § VIII(B), the parties jointly move to extend the deadline for raising disputes concerning Plaintiffs' Sixth Set of Requests for Production from May 8, 2020 to May 22, 2020.

## I.     BACKGROUND

On April 8, 2020, Defendants served their responses and objections to Plaintiffs' Sixth Set of Requests for Production. On April 24, 2020, Plaintiffs sent Defendants a letter noting several apparent deficiencies in Defendants' objections and requesting a meet and confer.

On May 1, 2020, the parties met and conferred by telephone regarding Plaintiffs' Sixth Set of Requests for Production and several other issues for approximately 2.5 hours. The parties were able to narrow several of their disputes but additional work remains to be done. For example, Defendants agreed to evaluate search terms to determine whether those search terms can be used to locate and review potentially responsive documents and to resolve disputes regarding the relevance, proportionality, and burden of Plaintiffs' requests. Plaintiffs sent their proposed search terms to Defendants on May 6, 2020. Later that day, Defendants wrote to Plaintiffs noting some technical issues with the search terms. Plaintiffs anticipate providing Defendants with new search terms on May 8, 2020, and Defendants anticipate testing the revised search terms during the week of May 11, 2020.

## II.    PLAINTIFFS' POSITION

Plaintiffs request that the Court extend the deadline for the parties to contact the Court regarding disputes concerning the Sixth Set of Requests for Production until May 22, 2020. This extension will allow the parties to test and negotiate search terms that may substantially narrow or resolve disputes concerning specific requests for production.

To be sure, the parties have already reached areas of impasse concerning a handful of requests for production that will likely require the Court's attention.

However, Plaintiffs' believe it would be more efficient to present all disputes concerning their Sixth Set of Requests for Production, rather than raising multiple disputes in a serial fashion (potentially requiring multiple joint motions, multiple hearings, and multiple orders).

## III. DEFENDANTS' POSITION

Defendants do not oppose Plaintiffs' request for an extension of time to raise disputes regarding the Sixth Set of Requests for Production with the Court.

## IV. CONCLUSION

For the foregoing reasons, the parties jointly request that the Court extend the deadline for raising disputes concerning Plaintiffs' Sixth Set of Requests for Production from May 8, 2020 to May 22, 2020.

Dated: May 8, 2020

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
Melissa Crow
Sarah Rich
Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Ghita Schwarz
Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters

By: /s/ Stephen M. Medlock
Stephen M. Medlock

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 8, 2020 a copy of the foregoing documents was served on all counsel of record via CM/ECF.

*s/Stephen M. Medlock*
Stephen M. Medlock