1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                    Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br><br>**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO RAISE DISCOVERY DISPUTES TO COURT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

2

### DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.  I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2.  Pursuant to Civ. L. R. 83.3(g), I make this declaration concerning the parties' Joint Motion for Extension of Time to Raise Discovery Disputes to Court.

3.  On April 8, 2020, Defendants served their responses and objections to Plaintiffs' Sixth Set of Requests for Production.

4.  On April 24, 2020, Plaintiffs sent Defendants a letter noting several apparent deficiencies in Defendants' objections and requesting a meet and confer.

5.  On May 1, 2020, the parties met and conferred by telephone regarding Plaintiffs' Sixth Set of Requests for Production and several other issues for approximately 2.5 hours.  The parties were able to narrow several of their disputes but additional work remains to be done.  For example, Defendants agreed to evaluate search terms to determine whether those search terms can be used to locate and review potentially responsive documents and to resolve disputes regarding the relevance, proportionality, and burden of Plaintiffs' requests.

6.  Plaintiffs sent their proposed search terms to Defendants on May 6, 2020.

7.  Later that day, Defendants wrote to Plaintiffs noting some technical issues with the search terms.

8.  Plaintiffs anticipate providing Defendants with new search terms on May 8, 2020, and Defendants anticipate testing the revised search terms during the week of May 11, 2020.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

DECLARATION IN SUPPORT OF
JOINT MOTION FOR EXTENSION

1    Executed on this 8th day of May 2020 at Washington, D.C.

2    */s/ Stephen M. Medlock*

3    Stephen M. Medlock

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF
JOINT MOTION FOR EXTENSION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28