# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                 Plaintiffs,<br><br>        v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                 Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RAISE DISCOVERY DISPUTES TO COURT [DOC. NO. 451]** |

The parties' Joint Motion for Extension of Time to Raise Discovery Disputes to the Court is GRANTED.  The parties shall contact the Court regarding any dispute concerning Plaintiffs' Sixth Set of Requests for Production on or before May 22, 2020.

**IT IS SO ORDERED.**

Dated May 12, 2020

_____
Hon. Karen S. Crawford
United States Magistrate Judge

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

REMOTE DEPOSITION PROTOCOL