JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' NOTICE OF MOTION TO OBJECT TO PORTIONS OF THE MAGISTRATE JUDGE'S MAY 1 DISCOVERY ORDER** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | Hearing Date: June 15, 2020 |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

## DEFENDANTS' NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, June 15, 2020, at a time the Court deems proper, or as soon thereafter as the parties may be heard, Defendants will and hereby do move, pursuant to Federal Rule of Civil Procedure 72(a), to overturn portions of Judge Crawford's Order Denying Defendants' Motion to Claw-Back Documents [Doc. No. 437] and Granting in Part and Denying in Part Defendants' Motion to Seal [Doc. No. 435]. This motion is based on the attached memorandum of points and authorities, all exhibits attached hereto, any documents submitted for *in camera* review, and on any arguments that may be presented orally at a hearing on this motion. This motion is made following the conference of counsel on May 8, 2020, regarding Defendants' intent to object to Judge Crawford's discovery order. Plaintiffs indicated that they intend to oppose such a motion.


Dated: May 15, 2020                  Respectfully submitted,

                                     JOSEPH H. HUNT
                                     Assistant Attorney General
                                     Civil Division

                                     WILLIAM C. PEACHEY
                                     Director

                                     SAMUEL P. GO
                                     Assistant Director

                                     KATHERINE J. SHINNERS
                                     Senior Litigation Counsel

                                     ALEXANDER J. HALASKA
                                     ARI NAZAROV
                                     Trial Attorneys

DEFENDANTS' NOTICE OF
MOT. FOR RULE 72(a) OBJECTIONS
Case No. 3:17-cv-02366-BAS-KSC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281| Fax: (202) 305-7000
dhruman.y.sampat@usdoj.gov

*Counsel for Defendants*

DEFENDANTS' NOTICE OF
MOT. FOR RULE 72(a) OBJECTIONS
Case No. 3:17-cv-02366-BAS-KSC

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: May 15, 2020                    Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*

DEFENDANTS' NOTICE OF
MOT. FOR RULE 72(a) OBJECTIONS
Case No. 3:17-cv-02366-BAS-KSC