1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
      *olev@mayerbrown.com*
5     Stephen M. Medlock (VA Bar No. 78819)
      *smedlock@mayerbrown.com*
6  1999 K Street, N.W.
   Washington, D.C. 20006
7  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
8
   SOUTHERN POVERTY LAW CENTER
9     Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
10     *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
11  Washington, D.C. 20036
   Telephone: +1.202.355.4471
12  Facsimile: +1.404.221.5857

13  *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
14
                 **UNITED STATES DISTRICT COURT**
15
                 **SOUTHERN DISTRICT OF CALIFORNIA**
16

17  Al Otro Lado, Inc., *et al.*,        Case No.:  17-cv-02366-BAS-KSC

18              Plaintiffs,

19        v.                             **DECLARATION OF STEPHEN M.**
                                         **MEDLOCK IN SUPPORT OF**
20  Chad F. Wolf,[1] *et al.*,           **PLAINTIFFS' MOTION TO SEAL**
                                         **PORTIONS OF PLAINTIFFS'**
21              Defendants.              **OPPOSITION TO DEFENDANTS'**
                                         **OBJECTION TO MAGISTRATE**
22                                       **JUDGE CRAWFORD'S MAY 1, 2020**
                                         **ORDER**
23

24

25

26

27  [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28  McAleenan pursuant to Fed. R. Civ. P. 25(d).

                                         DECLARATION OF STEPHEN M. MEDLOCK

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
3       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
        *bazmy@ccrjustice.org*
4       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
        *gschwarz@ccrjustice.org*
5       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
        *aguisado@ccrjustice.org*
6   666 Broadway, 7th Floor
7   New York, NY 10012
    Telephone: +1.212.614.6464
8   Facsimile: +1.212.614.6499

9   SOUTHERN POVERTY LAW CENTER
10      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
        *sarah.rich@splcenter.org*
11      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
        *rebecca.cassler@splcenter.org*
12  150 E. Ponce de Leon Ave., Suite 340
    Decatur, GA 30030
13
    AMERICAN IMMIGRATION COUNCIL
14      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
        *kwalters@immcouncil.org*
15  1331 G St. NW, Suite 200
16  Washington, D.C. 20005
    Telephone: +1.202.507.7523
17  Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

2       DECLARATION OF STEPHEN M. MEDLOCK

## DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2.    I make this declaration in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Opposition to Defendants' Objection to Magistrate Judge Crawford's May 1, 2020 Order.

3.    Plaintiffs seek to seal two exhibits to its motion that have been designated as "Highly Confidential—Attorneys' Eyes Only" under the Protective Order:

    a.  Pages 170 through 171 of the deposition transcript of CBP 30(b)(6) witness Randy Howe;

    b.  Page 187 of the rough deposition transcript of CBP 30(b)(6) witness Mariza Marin;

    c.  Descriptions of the testimony of Mr. Howe and Ms. Marin; and

    d.  Descriptions of "Documents 2-9," which were at issue in Magistrate Judge Crawford's May 1, 2020 Order.

4.    As described in the accompanying motion to seal, Plaintiffs seek to seal these document and descriptions of them because filing them on the public docket would reveal sensitive law enforcement information regarding the operations of ports of entry on the U.S.-Mexico border.

5.    Plaintiffs understand that Defendants do not oppose their motion to seal these documents, but Plaintiffs note that Defendants reserve, and do not waive, any objections to the propriety of attaching these exhibits to the record of this motion.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

DECLARATION OF STEPHEN M. MEDLOCK

1    Executed on this 1st day of June 2020 at Washington, D.C.

2

3    */s/ Stephen M. Medlock*

4    Stephen M. Medlock

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4              DECLARATION OF STEPHEN M. MEDLOCK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN M. MEDLOCK