JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation – District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

AL OTRO LADO, Inc., *et al.*,

*Plaintiffs*,

v.

Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,

*Defendants*

Case No. 3:17-cv-02366-BAS-KSC

Hon. Karen S. Crawford

**DECLARATION OF ALEXANDER J. HALASKA**

# DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. On March 30, 2020, at approximately 9:53 PM (Eastern), Defendants' counsel received an email from Plaintiffs' counsel stating that Plaintiffs intended to file, among others, the documents bearing the Bates numbers AOL-DEF-00516605, AOL-DEF-00528691, AOL-DEF-00556914, and AOL-DEF-00556928 in support of their consolidated Opposition to Defendants' Motions to Strike and requested Defendants' position on a motion to seal the documents.

3. On March 31, 2020, at approximately 5:31 PM (Eastern), Defendants served Plaintiffs with a letter asserting privilege over and clawing back, in part or in whole, the documents bearing the Bates numbers AOL-DEF-00516605, AOL-DEF-00528691, AOL-DEF-00556914, AOL-DEF-00556919, AOL-DEF-00556920, AOL-DEF-00556921, AOL-DEF-00556922, AOL-DEF-00556923, AOL-DEF-00556924, AOL-DEF-00556925, AOL-DEF-00556926, AOL-DEF-0056927, AOL-DEF-00556928, AOL-DEF-00556929, AOL-DEF-00556930, AOL-DEF-00556931, AOL-DEF-00556931, AOL-DEF-00556933, and AOL-DEF-00556934. On March 31, 2020, at approximately 7:09 PM (Eastern), Plaintiffs informed Defendants that that they disputed the privilege assertions.

4. The parties met and conferred regarding the privilege assertions on May 1 and May 7, 2020. They were unable to resolve the dispute in its entirety.

**Exhibits**

5. Attached hereto as **Government Exhibit 1** is the document bearing the

Bates numbers AOL-DEF-00556914–18. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document. Separately, the entirety of the document remains subject to the parties' pending joint motion to seal.

6. Attached hereto as **Government Exhibit 2** is the document bearing the Bates number AOL-DEF-00556919, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

7. Attached hereto as **Government Exhibit 3** is the document bearing the Bates number AOL-DEF-00556920, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

8. Attached hereto as **Government Exhibit 4** is the document bearing the Bates number AOL-DEF-00556921, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

9. Attached hereto as **Government Exhibit 5** is the document bearing the Bates number AOL-DEF-00556922, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

10. Attached hereto as **Government Exhibit 6** is the document bearing the Bates number AOL-DEF-00556923, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or

about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

11. Attached hereto as **Government Exhibit 7** is the document bearing the Bates number AOL-DEF-00556924, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

12. Attached hereto as **Government Exhibit 8** is the document bearing the Bates number AOL-DEF-00556925, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

13. Attached hereto as **Government Exhibit 9** is the document bearing the Bates number AOL-DEF-00556926, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

14. Attached hereto as **Government Exhibit 10** is the document bearing the Bates number AOL-DEF-00556927, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

15. Attached hereto as **Government Exhibit 11** is the document bearing the Bates number AOL-DEF-00556928, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document. Separately, the entirety of the document remains subject to the parties' pending joint motion to seal.

16. Attached hereto as **Government Exhibit 12** is the document bearing the Bates number AOL-DEF-00556929, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

17. Attached hereto as **Government Exhibit 13** is the document bearing the Bates number AOL-DEF-00556930, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

18. Attached hereto as **Government Exhibit 14** is the document bearing the Bates number AOL-DEF-00556931, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

19. Attached hereto as **Government Exhibit 15** is the document bearing the Bates number AOL-DEF-00556932, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

20. Attached hereto as **Government Exhibit 16** is the document bearing the Bates number AOL-DEF-00556933, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

21. Attached hereto as **Government Exhibit 17** is the document bearing the Bates number AOL-DEF-00556934, which is an attachment to Exhibit 1. Defendants' records show that this document was produced to Plaintiffs in discovery

on or about November 15, 2019. Defendants assert the law-enforcement privilege over the entirety of the document.

22. Attached hereto as **Government Exhibit 18** is the document bearing the Bates numbers AOL-DEF-00528691–707. Defendants' records show that this document was produced to Plaintiffs in discovery in this case on or about October 25, 2019. Defendants' disputed assertions of the law-enforcement privilege are marked on p. 703 by red boxes. The portions of the report that remain subject to the parties' pending joint motion to seal are marked throughout by blue boxes.

23. Attached hereto as **Government Exhibit 19** is the document bearing the Bates numbers AOL-DEF-00516605–623. Defendants' records show that this document was produced to Plaintiffs in discovery on or about October 25, 2019. Defendants' disputed assertions of the law-enforcement privilege are marked on pp. 617 and 618 by red boxes. The portions of the document that remain subject to the parties' pending joint motion to seal are marked throughout by blue boxes. Although the document bears a "Confidential" stamp, Defendants re-designated the document as "Highly Confidential – Attorneys' Eyes Only" in their March 31, 2020 letter. Plaintiffs did not dispute the re-designation during the parties' meet-and-confer efforts. Defendants will re-produce the document with the appropriate designation upon resolution of the privilege dispute.

24. Attached hereto as **Government Exhibit 20** is the declaration of John P. Wagner (May 4, 2020).

25. Attached hereto as **Government Exhibit 21** is the declaration of Aaron Heitke (May 19, 2020).

//

//

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on May 20, 2020, in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
U.S. Department of Justice