JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259
Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (San Diego)

| | |
|---|---|
| AL OTRO LADO, INC., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. DHS, in his official capacity; *et al.*,<br><br>Defendants. | Case No. 3:17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>**[DISCOVERY MATTER] NOTICE OF MOTION AND JOINT MOTION TO SEAL PLAINTIFFS' EXHIBIT 1 IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE CONCERNING SCOPE OF 30(b)(6) DEPOSITION**<br><br>[*Declaration of Stephen M. Medlock Filed Concurrently*] |

# JOINT MOTION TO SEAL PLAINTIFFS' EXHIBITS 1 IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE CONCERNING SCOPE OF 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE that the parties will and hereby do jointly move to seal Plaintiffs' Exhibit 1 in support of the parties' Joint Motion for Determination of Discovery Dispute Concerning Scope of 30(b)(6) Deposition. Specifically, the parties move to seal portions of the deposition transcript of Todd Hoffman. The parties have conferred regarding this motion and jointly request the court to grant leave to file the specific exhibit under seal.

Dated: June 18, 2020

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV

1

DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*


MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters


By: */s/ Stephen M. Medlock*
    Stephen M. Medlock

*Attorneys for Plaintiffs*