JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN SAMPAT
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **DECLARATION OF KATHERINE J. SHINNERS WITH RESPECT TO JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE CONCERNING SCOPE OF 30(b)(6) DEPOSITION** |
| *Defendants* | |

**DECLARATION OF KATHERINE J. SHINNERS**

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ), Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I submit this declaration to certify compliance with the Court's meet-and-confer requirements with respect to the parties' Joint Motion for Determination of Discovery Dispute Concerning Scope of 30(b)(6) Deposition (Joint Motion), concerning topics that seek information about Investigations and Inspections, and to provide additional information in support of Defendants' arguments. These statements are based upon my personal knowledge or information provided to me in the course of my supervision of document collection, review, and production.

3. Plaintiffs served a Rule 30(b)(6) Deposition Notice on the Department of Homeland Security (DHS) on January 31, 2020. A redacted copy of the deposition notice is attached hereto as Exhibit A.

4. Plaintiffs originally noticed the DHS deposition for February 18, 2020. Plaintiffs agreed to a 45-day continuance of that deposition at Defendants' request. Deposition scheduling was again put on hold in March 2020, as the parties arranged to proceed with remote depositions in light of the public health situation and stay-at-home orders due to COVID-19. On April 30, 2020, Plaintiffs stated their intent to re-calendar the DHS 30(b)(6) deposition.

5. On May 8, 2020, Defendants served objections to the 43 Topics, after discussing some of those objections at a telephonic conference with Plaintiffs' counsel that took place on May 1, 2020.

6. Counsel for the parties met and conferred via telephone on May 14 and 21, 2020, regarding these objections. The parties conducted these conferences via

telephone due to the current public health situation; further, certain of Plaintiffs' counsel in attendance are not located in the same district as Defendants' counsel. The parties were able to narrow the areas of dispute as a result of these conferences and follow-up emails. The parties were not able to reach a resolution on Defendants' objections to proceeding on Topics 10, 11, 27, and 34.

7. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Joseph V. Cuffari, Inspector General of DHS OIG, dated May 29, 2020.

8. Attached hereto as Exhibit C is a true and correct copy of the "U.S. Department of Homeland Security Office for Civil Rights and Civil Liberties Fiscal Year 2018 Annual Report to Congress (Nov. 18, 2019), as obtained from https://www.dhs.gov/publication/crcl-annual-reports on June 8, 2020.

9. I have supervised the receipt, review, and production of documents from the Defendants in this case.

10. Defendants have produced and/or logged 2,213 documents from the DHS Office of Inspector General (OIG). These documents include documents that were collected from the relevant case file related to the investigation referenced in Topics 10 and 34, including the communications from the CBP Officer discussed in Topic 34; documents collected from OIG's Enterprise Data System concerning certain investigations referenced in Topic 11; and documents that were collected from the relevant case file related to the inspection referenced in Topic 27. Defendants are also in the process of reviewing additional OIG documents from certain of the above-noted sources for potential production as a supplement to their prior production.

11. Defendants have also produced documents from various CBP custodians or sources that relate to investigations into allegations concerning metering or other practices alleged in Plaintiffs' Complaint, including some of the investigations referenced in Topics 10, 11, 27, and/or 34.

1. 12. On November 8, 2019, Defendants served a response to Interrogatory No. 17, which asked Defendants to "[i]dentify each current or former CBP and/or DHS employee that was interviewed by the Office of Inspector General of DHS ("DHS OIG") in connection with the investigation referenced in DHS OIG's September 26, 2019 report entitled *Investigation of Alleged Violations of Immigration Laws at the Tecate, California, Port of Entry by U.S. Customs and Border Protection Personnel* (OIG-19-65), available at https://www.oig.dhs.gov/sites/default/files/assets/2019-09/OIG-19-65-Sep19.pdf, including but not limited to the individual's name, the individual's current title (or former title in the case of a former CBP or DHS employee), the date of the DHS OIG's interview(s) with the individual, and the individual's current business telephone number and business address." The response to Interrogatory No. 17 was verified by an OIG Assistant Inspector General.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on June 18, 2020, in Washington, D.C.

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS