MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE REGARDING SCOPE OF RULE 30(b)(6) DEPOSITION** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF STEPEHEN M. MEDLOCK**

I, Stephen M. Medlock, state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2. Pursuant to Civ. L. R. 83.3(g), I make this declaration in support of the parties' Joint Motion for Determination of Discovery Dispute Concerning Scope of 30(b)(6) Deposition.

3. On January 31, 2020, Plaintiffs served a Rule 30(b)(6) Deposition Notice on the Department of Homeland Security (DHS). The originally noticed date of the deposition was February 18, 2020.

4. At Defendants' request, Plaintiffs agreed to delay the Rule 30(b)(6) deposition of DHS for 45 days. All pending depositions in the case were then delayed in March 2020 due to the COVID-19 public health situation.

5. On April 30, 2020, Plaintiffs sent a proposed remote deposition protocol to Defendants and requested to meet and confer with Defendants to schedule all remaining depositions Plaintiffs had previously noticed, including the Rule 30(b)(6) deposition of DHS. In their letter, Plaintiffs noted that they had not yet received any objections to the topics listed in the Rule 30(b)(6) Deposition Notice served three months prior on DHS.

6. The parties met and conferred by telephone regarding the Rule 30(b)(6) Deposition Notice on May 1, 2020. Following that meet and confer, on May 8, 2020, 98 days after Plaintiffs served the Rule 30(b)(6) Deposition Notice on DHS, Defendants provided written objections to the noticed topics.

7. The parties met and conferred by telephone on May 14 and 21, 2020 regarding Defendants' objections. The parties were able to resolve all disputes on

1 | the scope of the Rule 30(b)(6) deposition of DHS except those related to Topics 10,
2 | 22, 27, and 34, which are the subject of this motion.
3 |     8.    Attached hereto as Exhibit 1 is a true and accurate copy of excerpts
4 | from the deposition transcript of CBP 30(b)(6) witness Todd Hoffman.
5 |     I declare under penalty of perjury under the laws of the United States of
6 | America that the preceding declaration is true and correct.
7 |     Executed on this 16th day of June 2020 at Washington, D.C.
8 |
9 |
10 |     By: */s/ Stephen M. Medlock*
        Stephen M. Medlock

DECLARATION OF STEPHEN M. MEDLOCK
2