# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Al Otro Lado, Inc., *et al.*,

        Plaintiffs,

    v.

Chad F. Wolf,[1] *et al.*,

        Defendants.

Case No.:  17-cv-02366-BAS-KSC

**PLAINTIFFS' EXHIBIT 1 IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE CONCERNING SCOPE OF 30(b)(6) DEPOSITION [FILED UNDER SEAL]**

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).