MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, INC., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. DHS, in his official capacity; *et al.*,<br><br>Defendants. | Case No. 3:17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>**[DISCOVERY MATTER] NOTICE OF MOTION AND JOINT MOTION TO SEAL PLAINTIFFS' EXHIBITS 2-4 IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br><br>[*Declaration of Stephen M. Medlock Filed Concurrently*] |

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# JOINT MOTION TO SEAL PLAINTIFFS' EXHIBITS 2-4 IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE

PLEASE TAKE NOTICE that the parties will and hereby do jointly move to seal Plaintiffs' Exhibits 2-4 in support of the parties' Joint Motion for Determination of Discovery Dispute Regarding Requests for Production 2220 and 222. Specifically, Plaintiffs move to seal the names and A-file numbers of asylum seekers because information pertaining to asylum applications are generally confidential, *see* 8 C.F.R. § 208.6(a), and "the sensitive nature of asylum applications alleging fear of persecution or harassment" warrant sealing such information, *Kharis v. Sessions*, 2018 U.S. Dist. LEXIS 190082, at *8-9 (N.D. Cal. 2018) (granting motion to seal). The parties have conferred regarding this motion and jointly request the court to grant leave to file the specific exhibit under seal.

Dated: June 18, 2020

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000

katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*


MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters


By: */s/ Stephen M. Medlock*
    Stephen M. Medlock

*Attorneys for Plaintiffs*