MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>       Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF JOINT MOTION TO SEAL PLAINTIFFS' EXHIBITS 2-4 IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1 **DECLARATION OF STEPHEN M. MEDLOCK**

2   I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to
3 28 U.S.C. § 1746:

4   1.   I am a partner at the law firm Mayer Brown LLP and co-lead counsel
5 for the Plaintiffs in this case.

6   2.   I make this declaration in support of the parties' Joint Motion to Seal
7 Exhibits 2-4 in Support of the parties' Joint Motion for Determination of Discovery
8 Dispute Regarding Requests for Production 2220 and 224.

9   3.   The parties seek to seal limited portions of three exhibits in support of
10 the joint motion that contain the names and A-File numbers of asylum seekers.

11   4.   As described in the accompanying motion to seal, Plaintiffs seek to seal
12 these portions of Exhibits 2-4 because information pertaining to asylum applications
13 are generally confidential, *see* 8 C.F.R. § 208.6(a), and "the sensitive nature of
14 asylum applications alleging fear of persecution or harassment" warrant sealing such
15 information, *Kharis v. Sessions*, 2018 U.S. Dist. LEXIS 190082, at *8-9 (N.D. Cal.
16 2018) (granting motion to seal).

17   5.   The parties conferred about this Motion and jointly request that the
18 Court grant leave to file limited portions aforementioned exhibits under seal.

19   I declare under penalty of perjury under the laws of the United States of
20 America that the proceeding declaration is true and correct.

21   Executed on this 18th day of June 2020 at Washington, D.C.

22

23   */s/ Stephen M. Medlock*
24   Stephen M. Medlock

25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK