JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN SAMPAT
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Karen S. Crawford <br><br> **DECLARATION OF KATHERINE J. SHINNERS WITH RESPECT TO JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE REGARDING PLAINTIFFS' REQUESTS FOR PRODUCTION 220 AND 222** |

# DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ), Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I submit this declaration to provide additional information in support of Defendants' arguments with respect to the parties' "Joint Motion for Determination of Discovery Dispute Regarding Requests for Production 220 and 222." These statements are based upon my personal knowledge or, where specified, my review of discovery materials in this case.

3. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Randy Howe, dated December 17, 2019, as originally submitted to this Court at ECF Docket No. 376-2.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Randy Howe, taken January 9, 2020.

5. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Ashley B. Caudill-Mirillo, dated December 12, 2019, as originally submitted to the United States Court of Appeals for the Ninth Circuit in Appeal No. 19-56417.

6. I have supervised the review and production of documents from the Defendants in this case and am familiar with the Relativity review platform used by Defendants for the majority of their document productions, as well as the privilege logs produced by Defendants.

7. In this case, Defendants have produced or logged at least 284,646 documents from CBP custodians using their Relativity review platform, including 34,794

documents from custodian Randy Howe.[1]  Defendants have also produced a number of additional documents, including organizational charts, outside of the Relativity platform.

8.    The email transmitting the litigation hold notice to Mr. Howe was sent on December 10, 2018, as evidenced by the privilege log entries for Bates Nos. AOL-DEF-00922962-63, Privilege Log Nos. 53242 and 53243, and Bates Nos. AOL-DEF-00227039-50, Privilege Log Nos. 6712 and 6713.

9.    Defendant CBP distributed litigation hold notices shortly after the litigation commenced in July 2017, as evidenced by the privilege log entries for many documents, including, but not limited to: the email sent on July 20, 2017, transmitting a litigation hold notice, at Bates Nos. AOL-DEF-00353835-36, Privilege Log Nos. 17726 and 17727.

10.   Defendants recently produced to Plaintiffs copies of hard copy notes from custodian Todd Hoffman, who is an Executive Director for CBP's Office of Field Operations, Admissibility and Passenger Programs (as he testified at his June 10, 2020 deposition), and who, as an Executive Director, would have attended daily 8:15 a.m. operational meetings with Executive Assistant Commissioner Todd Owen, according to Mr. Owen's testimony at his December 13, 2019 deposition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on June 17, 2020, in Washington, D.C.

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS

---

[1] These figures include placeholders for privileged documents that were withheld in full.