JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, INC., *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, Secretary, U.S. DHS, in his official capacity; *et al.*, <br><br> Defendants. | Case No. 3:17-cv-02366-BAS-KSC <br> Hon. Karen S. Crawford <br><br> **[DISCOVERY MATTER] UNOPPOSED JOINT MOTION TO ALLOW DEPOSITION OF DHS AFTER CLOSE OF FACT DISCOVERY** <br><br> [*Declaration of Katherine J. Shinners Filed Concurrently*] |

The parties have met and conferred and jointly request that the Court permit the taking of the 30(b)(6) deposition of the Department of Homeland Security (DHS) after the June 19, 2020, close of fact discovery. *See* Scheduling Order ¶ 2 (ECF No. 420). The parties are not at this time seeking a continuance of the case management deadlines set forth in the Scheduling Order, but seek only to take the DHS deposition out of time. In support thereof, the parties state as follows:

Plaintiffs served a Rule 30(b)(6) Deposition Notice on the Department of Homeland Security (DHS) on January 31, 2020. Shinners Decl. ¶ 3. Although Plaintiffs originally noticed the DHS deposition for February 18, 2020, Plaintiffs agreed to a 45-day continuance of that deposition at Defendants' request, due to ongoing class-certification briefing and other discovery obligations. *Id.* ¶ 4. Deposition scheduling was again put on hold in March 2020, as the parties arranged to proceed with remote depositions in light of the public health situation and stay-at-home orders due to COVID-19. *Id.*. On April 30, 2020, Plaintiffs stated their intent to re-calendar the DHS 30(b)(6) deposition, as the parties anticipated coming to an agreement on a remote deposition protocol. *Id.* ¶ 5. On May 7, 2020, Plaintiffs' counsel filed the parties' Joint Motion for Entry of Stipulated Remote Deposition Protocol (ECF No. 450) intended to govern the remaining depositions in the case. The Court entered that Remote Deposition Protocol on May 13, 2020. ECF No. 454.

With respect to the DHS deposition, the parties negotiated the scope of the deposition topics during the month of May 2020, but were unable to come to an agreement with respect to four topics. Shinners Decl. ¶¶ 7-8.  Those four topics are the subject of a discovery dispute that has been briefed at the Court's request. Shinners Decl. ¶ 8.  Further, due to significant medical issues experienced by DHS agency counsel that caused her to be out of the office for over two weeks, Plaintiffs agreed to Defendants' request to schedule the deposition for after June

1

19, 2020 deadline. Shiners Decl. ¶ 9; *see also* Order Granting Remote Deposition Protocol (ECF No. 454) § II(B) (recognizing that continuances of depositions "may include taking previously-scheduled depositions after the fact discovery deadline, if necessary"). The parties are currently working to finalize the date(s) for the DHS deposition. Shinners Decl.¶ 10. At this time, the parties do not anticipate seeking a modification of other case management deadlines as a result of this deposition taking place after the fact discovery deadline.

For the foregoing reasons, the parties respectfully request that the Court allow the deposition of DHS to take place after the June 19, 2020 fact discovery cut-off.

Dated: June 19, 2020

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT

Trial Attorneys

*Counsel for Defendants*

|   |   |   |
|---|---|---|
| Dated: June 19, 2020 | | MAYER BROWN LLP |

Dated: June 19, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Mary Bauer
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/ Stephen M. Medlock*
   Stephen M. Medlock

*Attorneys for Plaintiffs*

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that on June 19, 2020, I served a copy of this document on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide notice and an electronic link to this document to all counsel of record.

Dated:  June 19, 2020              */s/ Katherine J.  Shinners*
                                   Senior Litigation Counsel
                                   United States Department of Justice
                                   Civil Division
                                   Office of Immigration Litigation