1  JOSEPH H. HUNT
2  Assistant Attorney General, Civil Division
   WILLIAM C. PEACHEY
3  Director, Office of Immigration Litigation
4  District Court Section
   SAMUEL GO
5  Assistant Director
6  KATHERINE J. SHINNERS (DC 978141)
   Senior Litigation Counsel
7  United States Department of Justice
8  Civil Division
   Office of Immigration Litigation
9  District Court Section
10 P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
11 Tel: (202) 598-8259 | Fax: (202) 305-7000
12 katherine.j.shinners@usdoj.gov
13 ALEXANDER J. HALASKA
   ARI NAZAROV
14 DHRUMAN SAMPAT
15 Trial Attorneys

16 *Counsel for Defendants*

17
18            **UNITED STATES DISTRICT COURT**
              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
19                        **(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **DECLARATION OF KATHERINE J. SHINNERS WITH RESPECT TO JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE** |
| *Defendants* | |

# DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ), Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I submit this declaration to certify compliance with the Court's meet-and-confer requirements and provide additional information with respect to the parties' Joint Motion to Allow Deposition of DHS After Close of Fact Discovery. These statements are based upon my personal knowledge.

3. Plaintiffs served a Rule 30(b)(6) Deposition Notice on the Department of Homeland Security (DHS) on January 31, 2020.

4. Plaintiffs originally noticed the DHS deposition for February 18, 2020. Plaintiffs agreed to a 45-day continuance of that deposition at Defendants' request. Deposition scheduling was again put on hold in March 2020, as the parties arranged to proceed with remote depositions in light of the public health situation and stay-at-home orders due to COVID-19.

5. On April 30, 2020, Plaintiffs stated their intent to re-calendar the DHS 30(b)(6) deposition, and proposed to Defendants a remote deposition protocol to govern the remaining depositions in the matter.

6. On May 7, 2020, Plaintiffs filed the parties' Joint Motion for Entry of Stipulated Remote Deposition Protocol (ECF No. 450), which this Court granted on May 13, 2020 (ECF No. 454).

7. On May 8, 2020, Defendants served objections to the 43 Topics, after discussing some of those objections at a telephonic conference with Plaintiffs' counsel that took place on May 1, 2020.

8. Counsel for the parties met and conferred via telephone on May 14 and 21, 2020, regarding those objections. The parties conducted these conferences via telephone due to the current public health situation; further, certain of Plaintiffs' counsel in attendance are not located in the same district as Defendants' counsel. The parties were able to narrow the areas of dispute as a result of these conferences and follow-up emails. The parties were not able to reach a resolution on Defendants' objections to proceeding on Topics 10, 11, 27, and 34. The parties presented their dispute to the Court by telephone message on May 22, 2020, and the Court requested that the parties brief that issue in a joint motion for determination of discovery dispute. The parties filed that joint motion on June 18, 2020.

9. At the parties' telephone conference on May 21, the parties conferred regarding the possibility of taking the DHS deposition after the close of fact discovery, due primarily to significant medical issues experienced by DHS agency counsel that caused her to be out of the office for over two weeks. Plaintiffs agreed to Defendants' request to schedule the deposition for after June 19, 2020 deadline, and the parties agreed to file a joint motion to seek permission to take the deposition out of time.

10. The parties are currently working to determine a date for the DHS deposition to go forward.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on June 19, 2020, in Washington, D.C.

                                      */s/ Katherine J. Shinners*
                                      KATHERINE J. SHINNERS