MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **JOINT STATUS CONFERENCE STATEMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Pursuant to the Court's May 8, 2020 Minute Order (Dkt. 452), the parties provide the following Joint Status Conference Statement.

## **JOINT STATUS REPORT**

### **A.     Pending Motions and Appellate Proceedings**

On January 14, 2020, Plaintiffs filed their motion for class certification. The motion is fully briefed and awaiting adjudication by Judge Bashant. *See* Dkts. 389, 390, 405, 406, 412, 413.

Defendants have filed two motions to strike declarations that were attached to Plaintiffs' class certification motion papers. Those motions are currently pending. *See* Dkts. 411, 425.

On March 5, 2020, the Ninth Circuit denied Defendants' motion to stay Judge Bashant's November 19, 2019 preliminary injunction ruling. *See Al Otro Lado v. Wolf*, 952 F.3d 999 (9th Cir. 2020); Dkt. 330. The merits panel has scheduled oral argument for July 10, 2020.

On May 1, 2020, you honor issued an order denying Defendants' request to claw back certain documents based on the deliberative process privilege. On May 15, 2020, Defendants filed objections to certain aspects of that order. Those objections are currently pending before Judge Bashant. *See* Dkts. 446, 456, 459, 460, 464.

On June 4, 2020, the parties filed a joint motion for determination of a discovery dispute regarding whether Defendants can claw back certain documents based on the law enforcement privilege. That motion is currently pending. *See* Dkt. 463.

On June 18, 2020, the parties filed a joint motion for determination of a discovery dispute regarding whether the U.S. Department of Homeland Security ("DHS") will present a Fed. R. Civ. P. 30(b)(6) witness to testify concerning particular topics on inspections and investigations. That joint motion is currently pending. *See* Dkts. 466, 467.

On June 18, 2020, the parties filed a joint motion for determination of a discovery dispute concerning whether the Defendants will produce documents responsive to Plaintiffs' Requests for Production 220 and 222. That joint motion is currently pending. *See* Dkts. 469, 470.

On June 19, 2020, the parties filed an unopposed joint motion to allow for Plaintiffs to take the Fed. R. Civ. P. 30(b)(6) deposition of DHS after the discovery cut-off date. That motion is currently pending. *See* Dkt. 471.

**B.   Remaining Case Schedule**

Under the current scheduling order, the fact discovery cut-off was June 19, 2020. The parties are currently meeting and conferring about the completion of certain discovery matters that necessarily need to be completed after the June 19, 2020 fact discovery cut-off. As a result of these meet and confers, the parties filed an unopposed joint motion to take the Fed. R. Civ. P. 30(b)(6) deposition of DHS after the discovery cut-off date. *See* Dkt. 471. The parties respectfully request that the Court grant that motion. At this time, neither party is seeking an extension of the fact discovery cut-off deadline or other case management deadlines.

Expert discovery will be completed by August 21, 2020. Dispositive motions shall be filed on or before September 4, 2020.

**C.   Anticipated Disputes**

Plaintiffs anticipate filing a motion for sanctions due to document spoliation. Defendants deny that spoliation occurred and/or that sanctions are appropriate under the circumstances. On June 19, 2020, the parties called Judge Bashant's chambers to inquire whether the motion should be directed to Judge Bashant or your honor.

The parties have also met and conferred regarding additional disputes concerning Defendants' privilege assertions over particular documents. Because the resolution of these disputes may be informed by a ruling on Defendants' pending Rule 72(a) Objections, the parties anticipate filing a motion seeking to

extend the deadline to raise those disputes with your honor.

**D.   Settlement Efforts**

On November 6, 2019, Plaintiffs sent a letter to Defendants expressing a willingness to resume settlement discussions. Plaintiffs have not received a response to this letter. Plaintiffs submit that now that fact discovery is substantially complete the parties should take another shot at settlement negotiation.

Defendants represent that they still intend to respond to Plaintiffs' letter proposing a resumption of settlement discussions, but have not yet been able to do so due to the continued high volume of litigation activity in this case.

Dated: June 22, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/ Stephen M. Medlock*
   Stephen M. Medlock

*Attorneys for Plaintiffs*

JOSEPH H. HUNT

Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
Trial Attorneys

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2020 a copy of the foregoing joint status conference statement was served on all counsel of record via CM/ECF.

*s/Stephen M. Medlock*
Stephen M. Medlock