# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>    Defendants. | Case No.: 3:17-cv-2366<br><br>**ORDER GRANTING UNOPPOSED JOINT MOTION TO ALLOW DEPOSITION OF DHS AFTER CLOSE OF FACT DISCOVERY [Doc. No. 471]** |

Before the Court is the parties' Unopposed Joint Motion to Allow Deposition of DHS After Close of Fact Discovery (the "Joint Motion"). Doc. No. 471. The parties report that despite diligent efforts, they were unable to schedule the deposition of the Department of Homeland Security's Rule 30(b)(6) designee before the June 19, 2020 deadline to complete fact discovery cutoff. *Id.* at 2-3. However, the parties have worked cooperatively to schedule the deposition, and represent that taking this deposition after the fact discovery deadline will not result in a request to modify any other case management deadlines. *Id.* at 3.

//
//
//

Accordingly, and for good cause appearing, the Court hereby GRANTS the Joint Motion. Plaintiffs may take the deposition of DHS's Rule 30(b)(6) designee after the close of fact discovery.

**IT IS SO ORDERED.**

Dated: June 26, 2020

Hon. Karen S. Crawford
United States Magistrate Judge