JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **[DISCOVERY MATTER]** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | **JOINT MOTION FOR EXTENSION OF TIME TO RAISE PRIVILEGE DISPUTES TO THE COURT** |
| *Defendants* | *Declaration of Katherine J. Shinners Filed Concurrently* |

## INTRODUCTION

Pursuant to this Court's Civil Pretrial Procedures § VIII.B, the parties respectfully move this Court to extend the deadline to raise two privilege disputes with the Court. These two disputes are due to be raised with the Court by July 1, 2020 and July 15, 2020, respectively. The parties have met and conferred, and jointly request that the Court extend the deadline to raise the disputes until 7 days after the District Court rules on Defendants' pending Rule 72(a) Objections concerning their assertion of deliberative process privilege over 8 documents (ECF No. 456), or until August 3, 2020, whichever is sooner. The parties submit that the District Court's ruling on the pending objections may inform the parties' positions and may narrow the scope of the parties' current dispute. Accordingly, an extension would promote judicial economy and potentially avoid unnecessary motions practice.

## BACKGROUND

On April 2, 2020, the parties filed a Joint Motion for Determination of Discovery Dispute regarding Defendants' assertion of the deliberative-process privilege over 9 documents (ECF No. 437). This Court ruled on that motion on May 1, 2020. Order (ECF No. 456). On May 15, 2020, Defendants filed objections with the District Judge to aspects of that ruling. Defs.' Rule 72(a) Objections (ECF No. 456). In particular, Defendants sought review of the Court's determination that the privilege should yield with respect to certain documents. *See* Mem. in Supp. of Defs.' Rule 72(a) Objections (ECF No. 456-1) at pp. 12-14.

On May 29, 2020, Defendants served a clawback letter on Plaintiffs asserting deliberative-process privilege over 39 documents that had been produced without adequate redactions to protect the privilege. Declaration of Katherine J. Shinners (Shinners Decl.) ¶ 3. On June 1, 2020, Plaintiffs notified Defendants that they disputed these assertions (the "June 1 Dispute"). *Id.*

On June 15, 2020, Defendants served a clawback letter on Plaintiffs asserting

the deliberative-process privilege over 15 documents that had been produced without adequate redactions to protect the privilege. *Id.* ¶ 4. Defendants also asserted attorney-client privilege over 13 of the 15 documents. *Id.* On June 15, 2020, Plaintiffs notified Defendants that they disputed the assertions in Defendants' June 15 letter (the "June 15 dispute"). *Id.*

On June 19, 2020, the parties met and conferred regarding the June 1 and June 15 disputes over Defendants' clawback letters, and were unable to resolve their disputes. *Id.* ¶ 5. The parties discussed, however, that the District Court's ruling on Defendants' pending Rule 72(a) Objections may inform the parties' position or briefing on Defendants' assertions of the deliberative-process privilege with respect to these new disputes. *Id.*

## **ARGUMENT**

The parties ask this Court to extend the deadline to raise two privilege disputes with the Court until 7 days after the District Court rules on Defendants' pending objections concerning their assertion of deliberative process privilege over 8 documents (ECF No. 456), or until August 3, 2020, whichever is sooner.

Good cause exists to grant this request because the two new privilege disputes involve documents over which Defendants assert the deliberative-process privilege. Accordingly, the District Court's ruling on Defendants' pending objections may inform the parties' respective positions on the two new disputes. Although the June 1 and June 15 disputes involve documents that are different from those at issue in the Rule 72(a) Objections, the District Court's rulings regarding the applicability of the deliberative-process privilege in the context of this case may nonetheless provide guidance to the parties that will inform their positions on the new disputes. An extension of the deadline to raise this privilege dispute to the Court until seven days after the District Court's ruling will provide the parties with sufficient time to continue their meet-and-confer efforts after the District Court's ruling and to raise any remaining disputes to the Court if necessary.

| | | |
|---|---|---|
| 1 | DATED: June 29, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | JOSEPH H. HUNT<br>Assistant Attorney General |
| 4 | | Civil Division |

DATED: June 29, 2020                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

DATED: April 29, 2020                   MAYER BROWN LLP
　　Matthew H. Marmolejo
　　Ori Lev
　　Stephen M. Medlock

　SOUTHERN POVERTY LAW CENTER
　　Melissa Crow
　　Sarah Rich
　　Rebecca Cassler

　CENTER FOR CONSTITUTIONAL RIGHTS
　　Baher Azmy

3                                          JOINT MOT. FOR EXTENSION
                                           Case No. 3:17-cv-02366-BAS-KSC

Ghita Schwarz
Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters


By: */s/ Stephen M. Medlock*
    Stephen M. Medlock
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: June 29, 2020                Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice