UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, US Department of Homeland Security; et al., <br><br> Defendants-Appellants. | No.   19-56417 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego <br><br> ORDER |

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

At oral argument, the parties shall be prepared to discuss the effect, if any, that *East Bay Sanctuary Covenant v. Barr*, Nos. 19-16487, 19-16773 (9th Cir. July 6, 2020), and *Capital Area Immigrants' Rights Coalition v. Trump*, No. CV 19-2117, 2020 WL 3542481 (D.D.C. June 30, 2020), have on this case.