MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **UNOPPOSED JOINT MOTION TO EXPAND PAGE LIMITS AND TO EXTEND TIME FOR PRESENTATION OF PLAINTIFFS' SPOLIATION MOTION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

As Plaintiffs' counsel noted during the July 2, 2020 oral argument on pending discovery matters, the parties have been meeting and conferring regarding a forthcoming motion seeking sanctions for Defendants' alleged spoliation of documents and electronically-stored information.  The parties jointly agree that they will need more than five pages to fully explain Defendants' document preservation efforts, the alleged relevance of the materials at issue, and the case law concerning spoliation. Therefore, the parties respectfully request that they be permitted twenty (20) pages per side to explain their respective positions.

Furthermore, as the Court is aware, currently pending before the Court is a motion to compel the production of certain litigation holds.  *See* Dkt. 469.  Plaintiffs respectfully request that the Court extend the deadline for notifying the Court of a dispute concerning Defendants' alleged spoliation of documents and electronically-stored evidence to July 17, 2020, to allow time for the Court to reach a determination of the motion to compel.  Defendants do not oppose Plaintiffs' request for an extension.

Dated: July 8, 2020

                                  MAYER BROWN LLP
                                     Matthew H. Marmolejo
                                     Ori Lev
                                     Stephen M. Medlock

                                SOUTHERN POVERTY LAW CENTER
                                    Melissa Crow
                                     Sarah Rich
                                     Rebecca Cassler

                                CENTER FOR CONSTITUTIONAL RIGHTS
                                     Baher Azmy
                                     Ghita Schwarz
                                     Angelo Guisado

1
2   AMERICAN IMMIGRATION COUNCIL
3   Karolina Walters
4
5   By: */s/ Stephen M. Medlock*
    Stephen M. Medlock
6
    *Attorneys for Plaintiffs*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated:  July 8, 2020                                MAYER BROWN LLP


                                                    By */s/ Stephen M. Medlock*