MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF UNOPPOSED JOINT MOTION TO EXPAND PAGE LIMITS AND TO EXTEND TIME FOR PRESENTATION OF PLAINTIFFS' SPOLIATION MOTION** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
5  666 Broadway, 7th Floor
   New York, NY 10012
6  Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10    *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13
14 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

DECLARATION OF STEPHEN M. MEDLOCK

# DECLARATION OF STEPEHEN M. MEDLOCK

I, Stephen M. Medlock, state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2. Pursuant to Civ. L. R. 83.3(g), I make this declaration in support of the parties' Unopposed Joint Motion to expand page limits and to extend time for presentation of Plaintiffs' spoliation motion.

3. In mid-June 2020, the parties began conferring about the disposition of certain documents, which Plaintiffs contend constitutes spoliation.

4. The parties jointly agree that they will need more than five pages to fully explain Defendants' document preservation efforts, the alleged relevance of the materials at issue, and the case law concerning spoliation. Therefore, the parties respectfully request that they be permitted twenty (20) pages per side to explain their respective positions.

5. Furthermore, as the Court is aware, currently pending before the Court is a motion to compel the production of certain litigation holds. *See* Dkt. 469. Plaintiffs respectfully request that the Court extend the deadline for notifying the Court of a dispute concerning Defendants' alleged spoliation of documents and electronically-stored evidence to July 17, 2020, to allow time for the Court to reach a determination of the motion to compel. Defendants do not oppose Plaintiffs' request for an extension.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 8th day of July 2020 at Washington, D.C.

By: */s/ Stephen M. Medlock*
Stephen M. Medlock

DECLARATION OF STEPHEN M. MEDLOCK

2