ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RAISE DISCOVERY DISPUTE CONCERNING PLAINTIFFS' RESPONSES TO DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION TO THE COURT** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,[*] | |
| *Defendants* | |

---

[*] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan as a Defendant pursuant to Federal Rule of Civil Procedure 25(d).

# INTRODUCTION

Pursuant to this Court's Civil Pretrial Procedures, § VIII.B, Defendants respectfully move this Court to extend the deadline to raise a potential discovery dispute regarding Plaintiff Al Otro Lado, Inc.'s Responses to Defendants' Second Set of Requests for Production (RFPs) until 14 days after Plaintiffs serve their forthcoming privilege log. Plaintiffs do not oppose this motion.

# BACKGROUND

On May 12, 2020, Defendants served their Second Set of RFPs (Nos. 66–72) on Al Otro Lado. Decl. of Alexander J. Halaska ¶ 2.

On June 11, 2020, Al Otro Lado served its objections and responses to Defendants' Second Set of RFPs. In response to RFPs 70–72, Al Otro Lado objected on privilege grounds and stated that it would withhold all documents responsive to the RFPs and log them on a forthcoming privilege log. *Id.* ¶ 3. Al Otro Lado has not yet provided a privilege log. *Id.*

On July 8, 2020, the parties met and conferred through counsel regarding Al Otro Lado's objections and responses. Plaintiffs' counsel stated that Al Otro Lado intends to provide a supplemental production of documents to Defendants on or about July 17, 2020, and that a privilege log would follow. *Id.* ¶ 4.

# ARGUMENT

This Court should extend the deadline for Defendants to raise a potential discovery dispute regarding Al Otro Lado' objections to Defendants RFPs' 70–72 until 14 days after Plaintiffs serve their forthcoming privilege log. Although Al Otro Lado has objected to producing responsive documents on privilege grounds, it has not yet produced a privilege log. Thus, Defendants are presently unable to determine whether a dispute exists between the parties. Further, the parties are unable to meaningfully meet and confer on any potential dispute until a privilege log has been produced and the contours of the dispute defined. Defendants represent that 14 days following service of Plaintiffs' forthcoming privilege log should provide sufficient

time for the parties to meet and confer and, if necessary, raise a potential dispute to the Court regarding Al Otro Lado's objections and responses to Defendants' RFPs 70–72.

## CONCLUSION

Defendants respectfully request that this Court extend Defendants' deadline to raise a potential discovery dispute regarding Al Otro Lado's objections and responses to Defendants' RFPs 70–72 until 14 days after Al Otro Lado serves it forthcoming privilege log.

DATED: July 10, 2020          Respectfully submitted,

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

DATED: April 29, 2020

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters


By: */s/ Stephen M. Medlock*
    Stephen M. Medlock
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: July 10, 2020            Respectfully submitted,

/s/ *Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice