ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DECLARATION OF ALEXANDER J. HALASKA** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,[*] | |
| *Defendants* | |

---

[*] Acting Secretary Wolf and Acting Commissioner Morgan are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

# DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. On May 12, 2020, Defendants served their Second Set of Requests for Production (Nos. 66–72) on Plaintiff Al Otro Lado, Inc.

3. On June 11, 2020, Al Otro Lado served its objections and responses to Defendants' Second Set of RFPs. In response to RFPs 70–72, Al Otro Lado objected on privilege grounds and stated that it would withhold all documents responsive to the RFPs and log them on a forthcoming privilege log. To date, Al Otro Lado has not provided a privilege log.

4. On July 8, 2020, the parties met and conferred through counsel regarding Al Otro Lado's objections and responses to Defendants' Second RFPs. Plaintiffs' counsel stated that Al Otro Lado intends to provide a supplemental production of documents to Defendants on or about July 17, 2020, and that a privilege log would follow.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on July 10, 2020, in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
U.S. Department of Justice