# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>　　　　　　　Defendants. | Case No.: 3:17-cv-2366<br><br>**ORDER GRANTING UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RAISE DISCOVERY DISPUTE CONCERNING PLAINTIFFS' RESPONSES TO DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION TO THE COURT [Doc. No. 483]** |

　　　Before the Court is the parties' Unopposed Joint Motion for Extension of Time to Raise Discovery Dispute Concerning Plaintiffs' Responses to Defendants' Second Set of Requests for Production to the Court (the "Joint Motion"). Doc. No. 483. Defendants report that they are awaiting production of plaintiff Al Otro Lado, Inc.'s ("Al Otro Lado") privilege log, which Al Otro Lado anticipates producing by July 17, 2020, to determine whether a dispute exists as to Al Otro Lado's responses to defendants' Requests for Production Nos. 70-72. Defendants also request time to meet and confer with Al Otro Lado about the dispute, if any.

　　　Upon consideration of the parties' Joint Motion and for good cause shown, the Court hereby GRANTS the Joint Motion. The deadline for Defendants to raise a

discovery dispute regarding Al Otro Lado's Objections and Responses to Defendants' Requests for Production Nos. 70–72 to this Court is extended until 14 days after Al Otro Lado serves its privilege log on Defendants.

**IT IS SO ORDERED.**

Dated: July 10, 2020

Hon. Karen S. Crawford
United States Magistrate Judge