

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AL OTRO LADO, INC., et al.,

                Plaintiffs,

v.

CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, et al.,

                Defendants.

Case No.:  3:17-cv-2366-BAS-KSC

**ORDER GRANTING IN PART AND DENYING IN PART UNOPPOSED JOINT MOTION TO EXPAND PAGE LIMITS AND TO EXTEND TIME FOR PRESENTATION OF PLAINTIFFS' SPOLIATION MOTION [Doc. No. 482]**

Before the Court is the parties' Unopposed Joint Motion to Expand Page Limits and to Extend Time for Presentation of Plaintiffs' Spoliation Motion (the "Joint Motion"). Doc. No. 482.  Plaintiffs anticipate bringing a motion before the Court regarding defendants' alleged spoliation of evidence (the "Spoliation Motion").  *Id.* at 3. Relatedly, plaintiffs have moved to compel production of certain litigation hold notices (the "Motion to Compel"). Doc. No. 469.  Therefore, plaintiffs request additional time so that the Court may rule on the Motion to Compel before the Spoliation Motion is filed. Doc. No. 482 at 3.  Defendants do not oppose the requested for an extension of time.  *Id.*

*//*

*//*

1

Furthermore, because the Spoliation Motion will be brought as a joint motion, the parties jointly request 20 pages of briefing per side to adequately explain their respective positions regarding the alleged spoliation. *Id.*

Upon consideration of the parties' Joint Motion and for good cause shown, the Court GRANTS in part and DENIES in part the Joint Motion, and hereby ORDERS that:

1.    The parties shall have until seven (7) calendar days after the date of the Court's Order on the Motion to Compel to file the Spoliation Motion.

2.    The joint memorandum of points and authorities in support of the Spoliation Motion shall not exceed 30 pages (15 pages per side).

**IT IS SO ORDERED.**

Dated:  July 10, 2020

Hon. Karen S. Crawford
United States Magistrate Judge