ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' NOTICE OF FILING** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,[*] | |
| *Defendants* | |

---

[*] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

# NOTICE OF FILING

Consistent with this Court's Order Regarding Privilege Dispute and Order Granting Motion to Seal, at 15 ¶ 6 (ECF No. 474), Defendants hereby file sealed versions of Government Exhibits 1–13, 18, and 19, and unsealed versions of Government Exhibits 14–17, to the Joint Motion for Determination of Privilege Dispute (ECF No. 463).

| | |
|---|---|
| DATED: July 10, 2020 | Respectfully submitted, |
| | ETHAN P. DAVIS<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | KATHERINE J. SHINNERS<br>Senior Litigation Counsel |
| | */s/ Alexander J. Halaska*<br>ALEXANDER J. HALASKA<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-8704 \| Fax: (202) 305-7000<br>alexander.j.halaska@usdoj.gov |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: July 10, 2020            Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice