1  JOSEPH H. HUNT
   Assistant Attorney General, Civil Division
2  WILLIAM C. PEACHEY
3  Director, Office of Immigration Litigation –
   District Court Section
4  KATHERINE J. SHINNERS (DC 978141)
5  Senior Litigation Counsel
   ARI NAZAROV (CT 414491)
6  DHRUMAN SAMPAT (NJ 270892018)
7  ALEXANDER J. HALASKA (IL 6327002)
8  Trial Attorneys
   United States Department of Justice
9  Civil Division
10 Office of Immigration Litigation
   P.O. Box 868, Ben Franklin Station
11 Washington, D.C. 20044
12 Tel: (202) 307-8704 | Fax: (202) 305-7000
13 alexander.j.halaska@usdoj.gov

14 *Counsel for Defendants*

15

16              **UNITED STATES DISTRICT COURT**
         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
17                     **(San Diego)**

18
   AL OTRO LADO, Inc., *et al.*,          Case No. 3:17-cv-02366-BAS-KSC
19
20              *Plaintiffs*,             Hon. Karen S. Crawford

21      v.                               **GOVERNMENT EXHIBIT 1**
22
23 Chad F. WOLF, Acting Secretary of     *Lodged Under Seal*
   Homeland Security, in his official ca-
24 pacity, *et al.*,
25
               *Defendants*
26
27
28

Sealed by Court Order

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00556914

Sealed by Court Order

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00556915

Sealed by Court Order

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00556916

Sealed by Court Order

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00556917

Sealed by Court Order

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00556918