1  JOSEPH H. HUNT
2  Assistant Attorney General, Civil Division
   WILLIAM C. PEACHEY
3  Director, Office of Immigration Litigation –
4  District Court Section
   KATHERINE J. SHINNERS (DC 978141)
5  Senior Litigation Counsel
6  ARI NAZAROV (CT 414491)
   DHRUMAN SAMPAT (NJ 270892018)
7  ALEXANDER J. HALASKA (IL 6327002)
8  Trial Attorneys
   United States Department of Justice
9  Civil Division
10 Office of Immigration Litigation
   P.O. Box 868, Ben Franklin Station
11 Washington, D.C. 20044
12 Tel: (202) 307-8704 | Fax: (202) 305-7000
13 alexander.j.halaska@usdoj.gov

14 *Counsel for Defendants*

15

16                    **UNITED STATES DISTRICT COURT**
                  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
17                              **(San Diego)**

18
   | AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
19 |---|---|
20 | *Plaintiffs*, | Hon. Karen S. Crawford |
21 | v. | **GOVERNMENT EXHIBIT 7** |
22 | | |
23 | Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | *Lodged Under Seal* |
24 | | |
25 | *Defendants* | |

26
27
28

Sealed by Court Order

Confidential

AOL-DEF-00556924