JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **GOVERNMENT EXHIBIT 14** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | *Lodged Under Seal* |
| *Defendants* | |



January 6 at 11:02 PM

Things that I love so far in 2019-- that my dear law school friend Cee Bee is in town with her bad ass law professor self to volunteer with Al Otro Lado. And that any time I talk to my Mom on video chat she asks me whether the "crossing guards at the border are behaving any better," and she is not even saying that sarcastically. No, Mom. The crossing guards at the border are not behaving any better. You should come tell them something.

 110     5 Comments

Confidential     AOL-DEF-00556931