JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation – District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

AL OTRO LADO, Inc., *et al.*,

*Plaintiffs*,

v.

Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,

*Defendants*

Case No. 3:17-cv-02366-BAS-KSC

Hon. Karen S. Crawford

**GOVERNMENT EXHIBIT 15**

*Lodged Under Seal*

**Nicole Ramos**

December 27, 2018 at 8:56 PM ·

Cool. Let's blame victims. Let's blame them so much we do it twice over. We are definitely a society that is totally into that. Or how about let's not, Kirstjen, k? Let's take some ownership over the fact that two children died in the custody of our government. Let's take some responsibility for the fact that border officers frequently ignore the symptoms of very ill asylum seeking children in their "care" and because of this pattern of conduct two kids are dead in less than a month. Let's not get up on the soapbox about open border activists and irresponsible parents trying to bring their children to a less epically violent place so that their kids can actually live to grow up, particularly when it is US foreign policy that helped create the conditions driving them to flee here in the first place. Also, please take that look of indignation off your face. You simply do not deserve to wear it. That look is the exclusive domain of the parents of the kids your officers' killed with their reckless disregard for human life and criminal neglect.

#MigrarNoEsUnDelito
#RefugeesWelcome