1  JOSEPH H. HUNT
2  Assistant Attorney General, Civil Division
   WILLIAM C. PEACHEY
3  Director, Office of Immigration Litigation –
4  District Court Section
   KATHERINE J. SHINNERS (DC 978141)
5  Senior Litigation Counsel
6  ARI NAZAROV (CT 414491)
   DHRUMAN SAMPAT (NJ 270892018)
7  ALEXANDER J. HALASKA (IL 6327002)
8  Trial Attorneys
   United States Department of Justice
9  Civil Division
10 Office of Immigration Litigation
   P.O. Box 868, Ben Franklin Station
11 Washington, D.C. 20044
12 Tel: (202) 307-8704 | Fax: (202) 305-7000
13 alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **GOVERNMENT EXHIBIT 17** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | *Lodged Under Seal* |
| *Defendants* | |



**Nicole Ramos**
July 28, 2018

You know what's stunning? When a Mexican official in the San Ysidro port of entry tries to school me on US law as it applies to unaccompanied children seeking asylum at the border. No sir, I do not eat from the buffet of the man is always right. Step to the left, you are in the way. We are seven attorneys, 10 parents, and 10 children, one of whom is an unaccompanied child. We are not leaving until they make us. Let the US government tell us they will not accept these refugees in violation of Title 8, Section 1225. Let the Americans do their own dirty work.

#MigrarNoEsUnDelito
#RefugeesWelcome

 259                    25 Comments  21 Shares

Confidential                                                                                                          AOL-DEF-00556934