JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **GOVERNMENT EXHIBIT 18** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | *Lodged Under Seal* |
| *Defendants* | |

UNCLASSIFIED//FOUO/LES/SSI/USPER



# DEPARTMENT OF HOMELAND SECURITY

## CUSTOMS AND BORDER PROTECTION

### SDC-SAN DIEGO BORDER PATROL SECTOR HQS

### SDC-SAN DIEGO SECTOR

---

## FIELD INFORMATION REPORT

**Product Title:** Migrant Caravan-Possible Marriage Fraud

**Product ID:** Sealed by Court Order

---

(U) **FOR OFFICIAL USE ONLY WARNING:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.

(U) **FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES) WARNING:** This document is FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES). This document may be shared with DHS personnel who have a need to know but any sharing outside of DHS requires the written approval of the author. If approved for dissemination outside of DHS, the report may only be used for intelligence and investigative lead purposes. Any other use is prohibited unless prior written authorization is received from the author. Prior written authorization from CBP Office of Chief Counsel is required before providing this material to the Department of Justice or other authority for purposes of litigation, including disclosure in a civil or criminal case.

(U) **SENSITIVE SECURITY INFORMATION WARNING:** This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know", as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil

UNCLASSIFIED//FOUO/LES/SSI/USPER

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00528691

UNCLASSIFIED//FOUO/LES/SSI/USPER                                                     Sealed by Court Order

penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

**(U) US PERSON INFORMATION WARNING:** This product contains U.S. person information that has been deemed necessary for the intended recipient to understand, assess, or act on the information provided. It has been highlighted in this document with the label USPER and should be handled in accordance with the recipient's intelligence oversight/information handling procedures. U.S. person information must be protected in accordance with all relevant laws and policies of the receiving entity.

**Prepared By:** TRUEBLOOD, Nathaniel, Secure (e): Sealed by Court Order @CBP.DHS.GOV

**Published Date:** 01/14/2019

UNCLASSIFIED//FOUO/LES/SSI/USPER



UNCLASSIFIED//FOUO/LES/SSI/USPER    01/14/2019    Page 3 of 17

Highly Confidential/Attorneys' Eyes Only    AOL-DEF-00528693

# REPORT TITLE

Migrant Caravan-Possible Marriage Fraud

# DATE AND TIME OF INFORMATION

From: 11/12/2018 00:00 To: 11/12/2018 00:00

# EXECUTIVE SUMMARY

Imperial Beach Border Patrol Intelligence Group (IMB Intel Group) was able to identify several subjects involved in performing marriages in Tijuana, Mexico (MX) as a tactic to assist members of the migrant caravan with their asylum claims. On December 17, 2018, IMB Strike Team discovered a marriage certificate linking a Virginia notary and reverend with performing a marriage for two Guatemalan Nationals. Further analysis linked the reverend to another open border activist/attorney named Nicole Ramos who works with the migrant caravan, and initiates active protests at the Otay Mesa Port of Entry (OTM POE). RAMOS is linked to another pastor involved in marrying migrant caravan members that was previously identified by the IMB Intelligence Group.

# NARRATIVE

**Narrative:**
On December 17, 2018, IMB Border Patrol Agents apprehended a Guatemala National family unit comprised of [Sealed by Court Order] and three children near the United States/Mexico International Boundary fence south of an area commonly known as "91X" for illegally entering the United States (U.S.). IMB Agents transported all aliens to the IMB Border Patrol Station for further processing [Sealed by Court Order].

During the search of their personal belongings by IMB Strike Team, a marriage certificate was found showing [Sealed by Court Order] and [Sealed by Court Order] were recently married on December 03, 2018 in Tijuana, MX. The certificate has a simple generic overlay with no distinct markings other than an official notary stamp from the Commonwealth of Virginia. The registered notary public is a subject named [Sealed by Court Order]. The reverend who performed the ceremony is a subject named Brittany CAINE-Conley from the United Church of Christ located in Charlottesville, VA.

Imperial Beach Station Intelligence Team (IMB-SIT) conducted a more extensive analysis on the subjects connected to the marriage certificate with the following results.

**Notary:**


**UNCLASSIFIED//FOUO/LES/SSI/USPER**

Sealed by Court Order



Sealed by Court Order

[Sealed by Court Order]

- Sealed by Court Order

**Reverend**



Sealed by Court Order

Highly Confidential/Attorneys' Eyes Only   AOL-DEF-00528695

UNCLASSIFIED//FOUO/LES/SSI/USPER                                    Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

- Sealed by Court Order

Social Media searched revealed the following information.



Highly Confidential/Attorneys' Eyes Only                              AOL-DEF-00528696

UNCLASSIFIED//FOUO/LES/SSI/USPER

Sealed by Court Order



Additional Social Media shows CAINE was possibly part of a December 04, 2018 attempt of eight unaccompanied minors attempt to present themselves at the OTM POE. The minors were stopped by Mexican authorites. The organizer was named Nicole RAMOS who is the organizer of Al Otro Lado and a former public defender in Alabama.

**Associate:**

UNCLASSIFIED//FOUO/LES/SSI/USPER          01/14/2019          Page **7** of 17

Highly Confidential/Attorneys' Eyes Only                                                         AOL-DEF-00528697

UNCLASSIFIED//FOUO/LES/SSI/USPER



Her Facebook Profile is politically active with multiple videos of protests at the POE. RAMOS was attempting to get aslyum seekers past the prelimary checkpoint. Previous public posts show her traveling to Guatemala, pushing for support of the "2018 Refugee Caravan" and working near the Mexico/Guatemala Border.

UNCLASSIFIED//FOUO/LES/SSI/USPER    Sealed by Court Order







**Profile Page**    **Oct 2018 Trip to Guatemala**




**Oct 2018 Trip to Guatemala**     **Support for "2018 Refugee Caravan"**

UNCLASSIFIED//FOUO/LES/SSI/USPER                                    Sealed by Court Order



**August Trip to Mexico/Guatemala Border**

On November 27, 2018, RAMOS posted about how Al Otro Lado was partnering with New Sanctuary Coalition. She linked Kaji DOUSA and DOUSA was in the photograph. DOUSA was previously indentified by IMB Strike Team as another pastor performing marriage cermonies in Tijuana, MX (See Sealed by Court Order for more informaiton).

UNCLASSIFIED//FOUO/LES/SSI/USPER

Sealed by Court Order



**Post with DOUSA**  **Photo with DOUSA (third from the left)**

**Associate:**




**CAL PHOTO: 09/09/2013**   **FB Profile:**

UNCLASSIFIED//FOUO/LES/SSI/USPER   01/14/2019   Page 12 of 17

Highly Confidential/Attorneys' Eyes Only   AOL-DEF-00528702

UNCLASSIFIED//FOUO/LES/SSI/USPER                                                                Sealed by Court Order

**Name:** Kaji Rosa DOUSA Spellman
**DOB:** Sealed by Court Order
**Association:** Pastor for Park Avenue Christian Church/Coordinator for the Migrant Caravan
**CA DL:** Sealed by Court Order    **DOI:** 09/09/2013
**CA DL Address:** Sealed by Court Order
**US PP:** Sealed by Court Order    **DOI:** 05/06/2015
**US PP Address:** Sealed by Court Order

**Criminal History/TECS Alert:**
12/02/2018: [Sealed by Court Order] MIGRANT CARAVAN FY2019 SECONDARY FOR A TTRT EXAM

On November 30, 2018, an illegal alien named [Sealed by Court Order] was interviewed regarding her role in the migrant caravan. [Sealed by Court Order] stated that while in Tijuana, she was sitting with other members of the caravan at their campsite when an organizer began addressing the crowd. CANALES states was Reverend Kaji S. DOUSA. [Sealed by Court Order] stated that DOUSA told her and others that were present at the migrant campsite that they should all get married to each other. According to [Sealed by Court Order], DOUSA told everyone that if they get married, they would get papers to live in the United States.

**Conclusion**
The Migrant Caravan is a common cause for numerous open border, humanitarian, and other groups with the goal to challenge U.S. immigration laws. RAMOS works for one of these groups named Al Otro Lado. According to their website, this organization assists deportees, migrants, and refugees in Tijuana, MX. They attempt to use mechanisms such as the U Visa, the Credible Fear screening process for refugees, and Humanitarian Parole to allow aliens to gain legal status in the U.S. RAMOS has documented travel to Guatemala and the southern Mexico Border in order to assist migrants with their goal of entering the U.S. RAMOS is a common connection between both DOUSA and CAINE who have married an unknown number of migrants with a promise it will help their asylum claims.

Further investigation into the regulations pertaining to the violations of notary law of the Commonwealth of Virginia shows possible violations and/or criminal activity. [Sealed by Court Order] possibly violated the prohibition of a notary public to offer legal advice on immigration or other legal matters, unless she is authorized or licensed to practice law within the Commonwealth or accredited pursuant to 8 C.F.R 292.2 to practice immigration law (Handbook for Virginia, 2017 pg. 16).

## INFORMATION GAPS

It is unknown if [Sealed by Court Order] or AL Otro Lado is directly involved in any marriage ceremonies.

It is unknown how involved Kaji Rosa DOUSA, [Sealed by Court Order] is with the organization of the Migrant Caravan.

## REPORTING NOTICE

Respectfully,

Nathaniel M. Trueblood
Border Patrol Agent-(Intel)
San Diego Sector Intelligence Unit

UNCLASSIFIED//FOUO/LES/SSI/USPER                          01/14/2019                  Page 13 of 17

Highly Confidential/Attorneys' Eyes Only                                                              AOL-DEF-00528703

UNCLASSIFIED//FOUO/LES/SSI/USPER                                              Sealed by Court Order

Imperial Beach SIT
Office: Sealed by Court Order
Cell: Sealed by Court Order
Sealed by Court Order @cbp.dhs.gov

Prepared By: TRUEBLOOD, Nathaniel, Secure (e): Sealed by Court Order @CBP.DHS.GOV

UNCLASSIFIED//FOUO/LES/SSI/USPER                                    Sealed by Court Order

## ENTITIES

## PERSONS (4)

**Person 1 - DOUSA SPELLMAN, Kaji**

Sealed by Court Order

**Person 2 -** Sealed by Court Order

Sealed by Court Order

Highly Confidential/Attorneys' Eyes Only                            AOL-DEF-00528705

UNCLASSIFIED//FOUO/LES/SSI/USPER

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

UNCLASSIFIED//FOUO/LES/SSI/USPER    01/14/2019    Page **16** of **17**

UNCLASSIFIED//FOUO/LES/SSI/USPER  Sealed by Court Order



Highly Confidential/Attorneys' Eyes Only   AOL-DEF-00528707