JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **GOVERNMENT EXHIBIT 19** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | *Lodged Under Seal* |
| *Defendants* | |

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

All content on page



CBP-OI-BID-388A-19 / Warning Problem: Update 151  Central American Migrant Group Waits at U.S. Southwest Border  EOC REGION IX
Confidential  AOL-DEF-00516615



# Updates

## Marriage Fraud



Sealed by Court Order



Sealed by Court Order



Sealed by Court Order

**Update:**

Sealed by Court Order

Confidential

EOC REGION IX
AOL-DEF-00516617

## Updates



Sealed by Court Order

- Sealed by Court Order
- Sealed by Court Order



Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Confidential

EOC REGION IX
AOL-DEF-00516618

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order

Sealed by Court Order