ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,[*]<br><br>*Defendants* | Case No. 3:17-cv-02366-BAS-KSC<br><br>Hon. Cynthia A. Bashant<br><br>**DEFENDANTS' NOTICE REGARDING DETERMINATION OF PRIVILEGE DISPUTE** |

---

[*] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

## NOTICE OF DETERMINATION OF PRIVILEGE DISPUTE

Please take notice that on June 26, 2020, Magistrate Judge Crawford issued an order in this case (at ECF No. 474) granting in part and denying in part Defendants' motion to claw back and assert the law-enforcement privilege over 19 documents, four of which are attached as Exhibits 4–7 to Plaintiffs' Opposition to Defendants' Motions to Strike (ECF Nos. 434-5–434-8). Specifically, from Plaintiffs' Exhibit 4 (ECF No. 434-5), Judge Crawford granted Defendants' motion to claw back and redact the database identification code on p. -617.[1] *See* Order at 15 ¶ 3. And from Plaintiffs' Exhibit 5 (ECF No. 434-6), Judge Crawford permitted Defendants to claw back and redact the database identification code on p. -703. *See* Order at 15 ¶ 2. Judge Crawford held that the remainder of the documents at issue in the privilege motion—including the entirety of Plaintiffs' Exhibit 6 (ECF No. 434-7) and Plaintiffs' Exhibit 7 (ECF No. 434-8) and the remainder of Plaintiffs' Exhibits 4 and 5—are not law-enforcement privileged and denied Defendants' motion to claw those documents back.

Although Judge Crawford held that the remainder of Exhibits 4 to 7 were not privileged,  Judge Crawford's ruling confirms that there is good cause to grant the pending request to seal Exhibits 4–7. Judge Crawford held: "Although the Court has found that some of the documents in question are not privileged, Defendants' representations that these documents contain confidential and sensitive law-enforcement information that could harm CBP's and other entities' operations if publicly disclosed are sufficient to establish good cause for sealing." Order 14; *see also id.* at 13–15. Consistent with Judge Crawford's holding, and with the arguments presented in Plaintiffs' Unopposed Motion to Seal Limited Portions of Plaintiffs' Opposition to Defendants' Motions to Strike (ECF No. 432) and Defendants' Response in Sup-

---

[1] Pin cites refer to the last three digits of the Bates numbers on the bottom-right corner of the document.

1

1    port of Plaintiffs' Motion to Seal Limited Portions of Plaintiffs' Opposition to De-

2    fendants' Motions to Strike (ECF No. 449), Defendants submit that this Court, too,

3    should hold that there is good cause to seal all seven Exhibits to Plaintiffs' Opposi-

4    tion to Defendants' Motions to Strike.

5                                   *        *        *

6          Exhibits 1–7 to Plaintiffs' Opposition to Defendants' Motions to Strike (ECF

7    Nos. 434-2 – 434-4) remain subject to Plaintiffs' Motion to Seal (ECF No. 432) and

8    Defendants' Response in Support (ECF No. 449). Versions of Exhibits 4–7 that are

9    redacted consistent with Judge Crawford's privilege order are lodged under seal (at

10   ECF No. 486) for this Court's consideration when adjudicating Defendants' Motions

11   to Strike.

12   //

13   //

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS.' NOTICE OF DETERMINATION
OF PRIVILEGE DISPUTE
Case No. 3:17-cv-02366-BAS-KSC

DATED: July 10, 2020     Respectfully submitted,

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

DEFS.' NOTICE OF DETERMINATION
OF PRIVILEGE DISPUTE
Case No. 3:17-cv-02366-BAS-KSC

1

## **CERTIFICATE OF SERVICE**

2

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

3

       I certify that I served a copy of this document on the Court and all parties by

4

filing this document with the Clerk of the Court through the CM/ECF system, which

5

will provide electronic notice and an electronic link to this document to all counsel

6

of record.

7

8

DATED: July 10, 2020             Respectfully submitted,

9

10

                                */s/ Alexander J. Halaska*

                                ALEXANDER J. HALASKA

11

                                Trial Attorney

12

                                United States Department of Justice

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS.' NOTICE OF DETERMINATION
OF PRIVILEGE DISPUTE
Case No. 3:17-cv-02366-BAS-KSC