| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | **TRANSCRIPT ORDER** Please use one form per case *Please read instructions on next page* | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| **1a.** CONTACT PERSON FOR THIS ORDER | **2a.** CONTACT PHONE NUMBER | **3a.** CONTACT EMAIL ADDRESS |
|---|---|---|
| Ori Lev | 202-263-3270 | olev@mayerbrown.com |

| **1b.** ATTORNEY NAME (if different) | **2b.** ATTORNEY PHONE NUMBER | **3b.** ATTORNEY EMAIL ADDRESS |
|---|---|---|
| Same | Same | Same |

| **4.** MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | **5.** CASE NAME | **6.** CASE NUMBER |
|---|---|---|
| Mayer Brown LLP 1999 K Street NW Washington, DC 20006 | Al Otro Lado v. Wolf | 17-cv-2366 |

**7.** TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| **a.** HEARING(S) (OR PORTIONS OF HEARINGS) | | | | **b.** SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)* | | | | | | **c.** DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($31) | ORDINARY (30-day $3.65 pp) | 14-DAY ($4.25 pp) | EXPEDITED (7-day $4.85 pp) | 3-DAY ($5.45 pp) | DAILY (Next Day $6.05 pp) | HOURLY (2 hrs $7.25 pp) |
| 7/2/20 | KSC | Status | Entire transcript | ⊙ | O | O | O | O | O | O | ⊙ | ⊙ | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |

**8.** ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

| ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional). **9.** SIGNATURE   /s/ Ori Lev | **10.** DATE   7-13-20 |
|---|---|