# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>Kevin K. McAleenan, *et al.*,<br><br>   Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER RE: HEARING** |

On July 16, 2020, the Court set oral argument on Plaintiffs' Motion for Class Certification for Thursday, July 30, 2020 at 2:00 p.m. Due to the continuing public health concern posed by COVID-19, the Court will permit counsel to appear telephonically, if they so choose. Plaintiffs' counsel and defense counsel shall email chambers by **July 29, 2020** with the names of the attorneys appearing in-person and the names of those appearing telephonically. **Please consolidate the information into one email per side.**

Information for calling into the teleconference is listed below. The parties and the public may access the hearing by calling the Court's teleconference number before 2:00 p.m. When prompted, enter the access code followed by the pound sign (#).

**Teleconference number**: (888) 557-8511

**Access code**: 6968297

Any members of the public that join the teleconference must mute their lines after joining.

**IT IS SO ORDERED.**

**DATED: July 17, 2020**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366