**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION OF THE PRELIMINARY INJUNCTION** |

**ORDER**

Before the Court is Plaintiffs' Motion for Clarification of the Preliminary Injunction. For good cause shown, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. It is FURTHER ORDERED that:

- The government must take immediate affirmative steps to reopen or reconsider past determinations that potential class members were ineligible for asylum based on the Asylum Ban, regardless of what stage of removal proceedings such potential class members are in. Such steps include identifying affected class members and either directing immigration judges or the BIA to reopen or reconsider their cases or directing DHS attorneys representing the government in such proceedings to affirmatively seek, and not oppose, such reopening or reconsideration;

- EOIR is bound by the terms of the preliminary injunction;

- Because Defendants, unlike Plaintiffs, have the relevant information at their disposal, Defendants must make all reasonable efforts to identify class

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

members, including but not limited to reviewing their records for notations regarding class membership made pursuant to the guidance issued on November 25, 2019, and December 2, 2019, to BP and OFO, respectively; and

- Defendants must inform identified class members, including those already removed from the United States, of their potential class membership and the existence and import of the preliminary injunction.

SO ORDERED.

Dated: _____

_____
Hon. Cynthia A. Bashant
United States District Judge