```
 1  MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
 2     mmarmolejo@mayerbrown.com
    350 S. Grand Avenue
 3  25th Floor
    Los Angeles, CA 90071-1503
 4     Ori Lev (DC Bar No. 452565)
       (pro hac vice)
 5     olev@mayerbrown.com
       Stephen M. Medlock (VA Bar No. 78819)
 6     (pro hac vice)
       smedlock@mayerbrown.com
 7  1999 K Street, N.W.
    Washington, D.C. 20006
 8  Telephone:  +1.202.263.3000
    Facsimile:  +1.202.263.3300
 9
    SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
       (pro hac vice)
11     melissa.crow@splcenter.org
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  Additional counsel listed on next page
    Attorneys for Plaintiffs
15
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF MOTION AND UNOPPOSED MOTION TO SEAL EXHIBITS 1-4 IN SUPPORT OF PLAINTIFFS' MOTION FOR CLARIFICATION OF THE PRELIMINARY INJUNCTION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |
| | Hearing Date: September 14, 2020 |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# UNOPPOSED MOTION TO SEAL EXHIBITS 1-4 IN SUPPORT OF PLAINTIFFS' MOTION FOR CLARIFICATION OF THE PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on Monday, September 14, 2020, Plaintiffs will and hereby do move to seal Exhibits 1-4 in support of Plaintiffs' Motion for Clarification of the Preliminary Injunction. Specifically, Plaintiffs move to seal the names and A-file numbers of asylum seekers in Exhibits 1-3 because information pertaining to asylum applications is generally confidential, *see* 8 C.F.R. § 208.6(a), and "the sensitive nature of asylum applications alleging fear of persecution or harassment" warrant sealing such information, *Kharis v. Sessions*, 2018 U.S. Dist. LEXIS 190082, at *8-9 (N.D. Cal. 2018) (granting motion to seal). Plaintiffs also seek to seal excerpts from the transcript of the June 2, 2002 deposition of Rodney Harris because filing them on the public docket would reveal sensitive law enforcement information regarding the operations of ports of entry on the U.S.-Mexico border. The parties have conferred regarding this motion and Defendants do not oppose this motion.

Dated: July 17, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters

By: */s/ Ori Lev*
Ori Lev

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on July 17, 2020, I served a copy of the foregoing document by filing it with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

<u>*/s/   Ori Lev*</u>

*Counsel for Plaintiffs*

MOT. AND NOTICE OF MOT. TO SEAL