JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259
Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, INC., *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, U.S. DHS, in his official capacity; *et al.*, <br><br> Defendants. | Case No. 3:17-cv-02366-BAS-KSC <br> Hon. Karen S. Crawford <br><br> **[DISCOVERY MATTER] NOTICE REGARDING JOINT MOTION TO SEAL PLAINTIFFS' EXHIBIT 1 IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE CONCERNING SCOPE OF 30(b)(6) DEPOSITION [ECF No. 465]** |

1    The parties jointly provide this notice concerning the pending Motion to Seal Plaintiffs' Exhibit 1 in support of the parties' Joint Motion for Determination of Discovery Dispute Concerning Scope of 30(b)(6) Deposition (ECF No. 465) ("Motion to Seal"), filed on June 18, 2020. In that Motion, the parties jointly sought to seal Plaintiffs' Exhibit 1, which consisted of 30 pages of excerpts from the transcript of the deposition of Todd Hoffman (Hoffman Deposition Excerpts). At that time, the entire transcript was designated confidential until 30 days after the parties' receipt of the final deposition transcript. Shinners Decl. ¶ 3. Both parties submitted in the Motion to Seal that the presumptive confidentiality of the transcripts under the protective order endorsed by this Court provided good cause to seal the Hoffman Deposition Excerpts. *See* Mem. in Supp. of Mot. to Seal at pp. 1-2. Defendants further stated in the Motion to Seal that good cause existed to seal the Hoffman Deposition Excerpts "because they reveal details surrounding privileged communications or information, the disclosure of which would be harmful to the assertion of the privilege as well as have a chilling effect on attorney-client communications and internal deliberative discussions within the government." Mem. in Supp. of Mot. to Seal at p. 2.

As the 30-day period of presumptive confidentiality protection has now expired, Defendants seek to notify the Court that they are narrowing their assertions of confidentiality over the Hoffman Deposition Excerpts, and to submit additional information in support of their existing request to seal with respect to those narrowed confidentiality assertions.

Specifically, Defendants seek to file under seal the following pages and lines of testimony: Pages 153:1, 10-13, 19-22; 154:1; 186:1-8, 22; 187:1-11, 21-22; 200:1-9; 201:3-7, 16-21, 13-20. Defendants attach hereto a redacted version of the Hoffman Deposition Excerpts that reflects these narrower confidentiality assertions. Shinners Decl. Ex. A. As set forth in the attached Declaration from Todd Hoffman, good cause exists to seal these portions of the Excerpts, because they

1

reflect information about specific agency decisionmaking processes concerning the development of metering guidance. Shinners Decl. Ex. B, Declaration of Todd Hoffman (Hoffman Decl.) ¶ 3. Public revelation of the details of this agency decisionmaking process would invite public scrutiny of discretionary decisions relating to law enforcement operations, and would harm the integrity of the process by chilling agency officials' willingness to provide candid, frank, and open input into future policy decisions and hindering their ability to freely make decisions regarding interagency consultation and agency policy. Hoffman Decl. ¶¶ 4-6. Additionally, good cause exists to seal the excerpts located at pages 186, 187, 200, and 201, because they quote the contents of an email and a draft document over which Defendants have asserted both the attorney-client and deliberative-process privilege. Shinners Decl. ¶¶ 6-7.

Dated: July 21, 2020

        JOSEPH H. HUNT
        Assistant Attorney General
        Civil Division

        WILLIAM C. PEACHEY
        Director

        SAMUEL P. GO
        Assistant Director

        */s/ Katherine J. Shinners*
        KATHERINE J. SHINNERS
        Senior Litigation Counsel
        United States Department of Justice
        Civil Division
        Office of Immigration Litigation
        P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
        Tel: (202) 598-8259 | Fax: (202) 305-7000
        katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*


MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters


By: */s/ Stephen M. Medlock*
    Stephen M. Medlock

*Attorneys for Plaintiffs*