JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN SAMPAT
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF NOTICE REGARDING JOINT MOTION TO SEAL PLAINTIFFS' EXHIBIT 1** |
| *Defendants* | |

# DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ), Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I submit this declaration in support of the parties' Joint Notice concerning the pending Motion to Seal Plaintiffs' Exhibit 1 in support of the parties' Joint Motion for Determination of Discovery Dispute.

3. The parties previously moved to seal the entirety of Plaintiffs' Exhibit 1, which consisted of excerpts from the deposition of Todd Hoffman ("Hoffman Deposition Excerpts), because it was confidential for thirty days after receipt of the official transcript, under Section V.B.2.b of the Stipulated Protective Order entered by this Court (Dkt. 276).

4. The presumptive 30-day confidentiality expired on July 16, 2020. On July 16, 2020, I served on Plaintiffs' counsel who conducted the Hoffman deposition, Stephen M. Medlock, specific page and line designations of testimony from the Hoffman deposition over which Defendants are asserting confidentiality protection under the Protective Order.

5. As relevant to Plaintiffs' Exhibit 1 (the "Hoffman Deposition Excerpts"), Defendants designated the following pages and lines of testimony as confidential: Pages 153:1, 10-13, 19-22; 154:1; 186:1-8, 22; 187:1-11, 21-22; 200:1-9; 201:3-7, 16-21, 13-20. Attached hereto as Exhibit A is a redacted version of the Hoffman Deposition Excerpts previously lodged under seal, with the designated portions redacted. Attached hereto as Exhibit B is the Declaration of Todd Hoffman in support of those confidentiality designations.

1   6. Pages 186 and 187 of the Hoffman Deposition Excerpts, including the questioning of Plaintiffs' counsel, refer to the content of an email that Defendants have clawed back as protected by the attorney-client and deliberative-process privileges (see pages 186:6-8, 22 and 187:4). That document bears the beginning Bates number AOL-DEF-00665934, and is the subject of a clawback request formally served on June 15, 2020. Plaintiffs dispute this clawback. *See* Dkt. 480.

7. Pages 187, 200, and 201 of the Hoffman Deposition Excerpts, including the questioning of Plaintiffs' counsel, reflect information obtained from a draft document that Defendants have clawed back as protected by the attorney-client and deliberative-process privileges. That document bears the beginning Bates number AOL-DEF-00094034, and is the subject of a clawback request formally served on June 15, 2020. Plaintiffs dispute this clawback. *See* Dkt. 480.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on July 21, 2020, in Washington, D.C.

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS