ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **JOINT MOTION TO SEEK LEAVE TO DEPOSE PLAINTIFFS' EXPERT AFTER THE JULY 24, 2020, DEADLINE** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

# INTRODUCTION

Pursuant to this Court's Civil Pretrial Procedures, § VI, the parties respectfully seek leave for Defendants to depose Stephanie Leutert, Plaintiffs' proffered merits expert witness, after the deadline set forth by the scheduling order governing this case.

# BACKGROUND

On March 10, 2020, this Court granted the parties' joint motion and entered a scheduling order setting forth deadlines governing expert discovery. ECF No. 420. According to the Court's order, Plaintiffs were required to serve their merits expert disclosures by July 10, 2020. *Id*. ¶ 2. Further, the order required that "Plaintiffs shall make their expert witness available for deposition by July 24, 2020." *Id*., ¶ 2.

On the evening of Friday, July 10, 2020, Plaintiffs served Defendants with Ms. Leutert's expert report. *See* Declaration of Dhruman Y. Sampat (Sampat Decl.) ¶ 4 (filed concurrently). On July 15, 2020, Defendants served a subpoena and noticed Ms. Leutert's deposition to take place on July 22, 2020. *Id.* ¶ 5. Later that evening, Plaintiffs represented that Ms. Leutert was not available for deposition until July 30, 2020, and noted that they do not oppose the deposition taking place after the July 24th fact discovery deadline. *Id.* ¶ 6. On July 16, 2020, Defendants emailed Plaintiffs in an attempt to schedule the deposition for August 5, 2020. *Id.* ¶ 7. On July 17, 2020, Plaintiffs notified Defendants that Ms. Leutert will be traveling between July 31 and August 9 but was available on August 11 or 12. *Id.* ¶ 8. The parties have now agreed to schedule the deposition for August 11, 2020. *Id.* ¶ 9.

# ARGUMENT

The parties respectfully request that Defendants be permitted to conduct Ms. Leutert's deposition beyond the July 24th deadline. ECF No. 420. Good cause exists to grant this request.

Defendants exercised due diligence in trying to conduct the deposition by the

deadline set forth by the Court. Within three business days of having received Plaintiffs' expert report, Defendants sought to schedule the deposition for July 22, 2020, before the deadline. Sampat Decl., ¶ 5. Within a day of being told that Ms. Leutert would not be available on July 22, Defendants attempted to reschedule the deposition for August 5. *Id.*, ¶ 7. Upon learning of Ms. Leutert's further unavailability before August 11, 2020, the parties agreed that, with the Court's permission, the deposition would occur on that date. *Id.*, ¶ 9. Ms. Leutert's availability did not allow for the deposition to take place prior to the Court's deadline, despite Defendants' best efforts to do so. Allowing this deposition on August 11, 2020, should not affect any other deadlines set by the Court.

Plaintiffs do not oppose this motion, and respectfully request that the Court grant this motion.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court allow Defendants to take Ms. Leutert's deposition after the Court's July 24th deadline.

Dated: July 23, 2020                    Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

ALEXANDER J. HALASKA
ARI NAZAROV
Trial Attorneys

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281| Fax: (202) 305-7000
dhruman.y.sampat@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: July 23, 2020            Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*