ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
dhruman.y.sampat@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **DECLARATION OF DHRUMAN Y. SAMPAT** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

## **DECLARATION OF DHRUMAN Y. SAMPAT**

I, Dhruman Y. Sampat, declare as follows:

1. I am a trial attorney in the District Court Section of the U.S. Department of Justice, Civil Division, Office of Immigration Litigation, and I represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I am a member in good standing of the bar of the State of New Jersey and am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

3. These statements are based upon my personal knowledge.

4. On July 10, 2020, at approximately 9:49 pm[1], undersigned counsel received an email with Plaintiffs' expert disclosures, including Stephanie Leutert's expert report.

5. On July 15, 2020, at approximately 1:22 pm, I emailed opposing counsel a subpoena and a notice of deposition along with other attachments, requesting that Ms. Leutert's deposition take place on July 22, 2020, at 10:30 am.

6. On July 15, 2020, at approximately 11:32 pm, Plaintiffs' counsel notified Defendants that Ms. Leutert would not be available for a deposition until July 30, 2020. In the same email, Plaintiffs' counsel also indicated that they would not object to the deposition being taken outside of the time limit set forth in the Court's scheduling order, ECF No. 420, nor would they oppose a motion seeking leave to take the deposition after the July 24 deadline.

7. On July 16, 2020, at approximately 1:32 pm, I requested to take Ms. Leutert's deposition on August 5, 2020. Plaintiffs' counsel responded almost immediately, indicating that he would confirm Ms. Leutert's availability for the proposed

---

[1] All times listed are Eastern Daylight Time.

date.

8. On July 17, 2020, at approximately 3:35 pm, Plaintiffs' counsel informed undersigned counsel that Ms. Leutert would be traveling between July 31 and August 9 and would be available for a deposition on August 11 or 12, 2020.

9. On July 22, 2020, at approximately 5:46 pm, I notified Plaintiffs that Defendants intend to take Ms. Leutert's deposition on August 11, 2020 at 10:30 am.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on July 23, 2020, in Arlington, Virginia.

Dated: July 23, 2020                Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney

*Counsel for Defendants*