UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>                    Defendants. | Case No.: 3:17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO DEPOSE PLAINTIFFS' EXPERT AFTER THE JULY 24, 2020, DEADLINE [Doc. No. 498]** |

Before the Court is the parties' Joint Motion for Leave to Depose Plaintiffs' Expert After the July 24, 3030 Deadline (the "Joint Motion"). Doc. No. 498. Defendants report that they noticed the deposition of plaintiff's expert, Stephanie Leutert, for July 22, 2020. *Id.* at 2. However, Ms. Leutert was unavailable on that date and, due to her schedule, is not available to sit for deposition until August 11, 2020. *Id.* Thus, despite diligent efforts, defendants were unable to depose Ms. Leutert on or before the July 24, 2020 deadline set forth in the Court's Scheduling Order. *Id.* at 3; *see also* Doc. No. 420 at 2 (Scheduling Order). However, the parties have worked cooperatively and have agreed to schedule the deposition on August 11, 2020. Doc. No. 498 at 2. The parties further represent that allowing Ms. Leutert to be deposed after the July 24, 2020 deadline will not affect any other deadlines set by the Court. *Id.* at 3.

1    Accordingly, and for good cause appearing, the Court hereby GRANTS the Joint
2 Motion. Defendants may take the deposition of plaintiffs' expert Stephanie Luetert on or
3 before **August 14, 2020**.
4    **IT IS SO ORDERED.**
5 Dated: July 24, 2020

Hon. Karen S. Crawford
United States Magistrate Judge