ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DECLARATION OF ALEXANDER J. HALASKA** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

## <u>DECLARATION OF ALEXANDER J. HALASKA</u>

Pursuant to 28 U.S.C. § 1746, I, Alexander J. Halaska, declare as follows:

1.      I am a trial attorney for the U.S. Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Clarification of the Preliminary Injunction.

2.      On June 2, 2010, and June 12, 2020, the parties met and conferred by telephone regarding Plaintiffs' Motion. On June 12, Plaintiffs' counsel stated that they had undertaken "extensive" efforts to identify provisional class members, including circulating a flyer in six indigenous languages in shelters in certain countries outside of the United States.

**Exhibits**

3.      Attached hereto as **Government Exhibit 1** is a true and accurate copy of an email sent by Ashley B. Caudill-Mirillo, Deputy Chief, Asylum Division, U.S. Citizenship and Immigration Services (USCIS), on March 16, 2020.

4.      Attached hereto as **Government Exhibit 2** is the declaration of Ashley B. Caudill-Mirillo, Deputy Chief of USCIS's Asylum Division.

5.      Attached hereto as **Government Exhibit 3** is the declaration of Jill W. Anderson, General Counsel, Executive Office for Immigration Review (EOIR).

6.      Attached hereto as **Government Exhibit 4** is the declaration of Adam V. Loiacono, Deputy Principal Legal Advisor for Enforcement and Litigation, U.S. Immigration and Customs Enforcement (ICE).

7.      Attached hereto as **Government Exhibit 5** is a true and accurate copy of an email sent by Joseph P. Laws, Unit Chief, Domestic Operations – West, Enforcement and Removal Operations, ICE, on December 8, 2019.

DECL. OF ALEXANDER J. HALASKA
Case No. 3:17-cv-02366-BAS-KSC

8.      Attached hereto as **Government Exhibit 6** is a true and accurate copy of a broadcast email sent on behalf of Peter Berg, ERO Assistant Director, Field Operations, ICE, on March 16, 2020.

9.      Attached hereto as **Government Exhibit 7** is the declaration of Jay Visconti, Director, STAT Division, Operations Support, U.S. Customs and Border Protection (CBP).

10.     Attached hereto as **Government Exhibit 8** is a true and accurate copy of the May 5, 2020 order issued by the immigration judge in the Matter of A.N.A.

11.     Attached hereto as **Government Exhibit 9** is a true and accurate copy of the May 11, 2020 order issued by the immigration judge in the Matter of A.N.A.

12.     Attached hereto as **Government Exhibit 10** is a true and accurate copy of the May 5, 2020 order of the immigration judge in the Matter of E.T.M.

13.     Attached hereto as **Government Exhibit 11** is a true and accurate copy of the May 11, 2020 order of the immigration judge in the Matter of E.T.M.

14.     Attached hereto as **Government Exhibit 12** is a true and accurate copy of the June 30, 2020 order of the immigration judge in the Matter of M.M.M.

15.     Attached hereto as **Government Exhibit 13** is a true and accurate copy of the May 5, 2020 order of the immigration judge in the Matter of R.N.

16.     Attached hereto as **Government Exhibit 14** is a true and accurate copy of the May 20, 2020 order of the immigration judge in the Matter of R.N.

17.     Attached hereto as **Government Exhibit 15** is a true and accurate copy of the February 13, 2020 order of the immigration judge in the Matter of F.S.S., provided to me by Plaintiffs' counsel on April 20, 2020.

18.     Attached hereto as **Government Exhibit 16** is a true and accurate copy of the March 17, 2020 order of the immigration judge in the Matter of F.S.S., provided to me by Plaintiffs' counsel on April 20, 2020.

19.     Attached hereto as **Government Exhibit 17** is a true and accurate copy of the March 13, 2020 notice of appeal filed by the respondent in the Matter of F.S.S.

2

20.     Attached hereto as **Government Exhibit 18** is a true and accurate copy of the April 13, 2020 notice of appeal filed by the responded in the Matter of F.S.S.

21.     Attached hereto as **Government Exhibit 19** is a true and accurate copy of the June 3, 2020 order of the immigration judge in the Matter of M.T.A.

22.     Attached hereto as **Government Exhibit 20** is a true and accurate copy of the June 10, 2020 filing of the Department of Homeland Security in the Matter of M.T.A.

23.     Attached hereto as **Government Exhibit 21** is a true and accurate copy of the June 11, 2020 filing of the Department of Homeland Security in the Matter of M.T.A.

24.     Attached hereto as **Government Exhibit 22** is a true and accurate copy of the June 15, 2020 order of the immigration judge in the Matter of M.T.A.

25.     Attached hereto as **Government Exhibit 23** is a true and accurate copy of the July 8, 2020 order of the immigration judge in the Matter of M.T.A.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on August 3, 2020, in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
U.S. Department of Justice

DECL. OF ALEXANDER J. HALASKA
Case No. 3:17-cv-02366-BAS-KSC