ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **GOVERNMENT EXHIBIT 5** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

| | |
|---|---|
| **From:** | Laws, Joseph P |
| **To:** | #ERO FODS; #ERO DFODS |
| **Cc:** | McManus, Judd R; Evans, Stephan; Baker, Nikita M; Dalton, Michael D; D"Arrigo, Daniel; Dearaujo, Silvia; Herring, Jeremy L; Lesansky, David A; Oyerinde, Charles; Perez-Otero, Miguel; Rasper, Nathan; Torres, Glenn; Werderitch, Eric J |
| **Subject:** | Z Holds on litigation cases |
| **Date:** | Sunday, December 8, 2019 7:19:00 PM |
| **Attachments:** | Copy of 724 IFR Z-Hold Cases (ver. 2).xlsx |
| **Importance:** | High |

Good evening, Please see the below guidance:

On November 19, 2019, the U.S. District Court for the Southern District of California issued a preliminary injunction preventing application of the Interim Final Rule (IFR), "Asylum Eligibility and Procedural Modifications" (issued July 16, 2019) (Asylum IFR), to members of a class of aliens defined as follows: **"all non-Mexican asylum seekers who were unable to make a direct asylum claim at a U.S. POE before July 16, 2019 because of the U.S. Government's metering policy, and who continue to seek access to the U.S. asylum process."**  At this time, there is no definitive class list.  **ICE ERO will not determine if an alien is a class member and will generally rely on determinations made by CBP, USCIS or EOIR.**

The attached data provides a listing of those aliens who entered the U.S. on or after July 16, 2019 thru November 19, 2019, for whom USCIS applied the IFR (that is, non-Mexicans who entered the U.S. from Mexico and attempted to claim asylum but were barred because of application of the IFR) and for whom USCIS made negative fear determinations.

HQERO NDM &DQI has already placed Z-Holds on the population identified in the attached along with an appropriate case comment

**Please immediately take the following steps regarding the detained aliens included in the attached list for whom USCIS made negative fear determinations**:

1. Suspend all removals of the detained aliens listed in your AOR, effective immediately;
2. Verify whether the aliens identified as detained in your AOR are still detained as indicated;
3. Notify the USCIS counterparts with whom you liaise for your AOR that you are referring aliens listed in your AOR for *Al Otro Lado* rescreening in accord with procedures established by HQ USCIS;
4. Add a note in EARM case comments that "on [ _date_ ] alien was referred to USCIS for screening as a possible *Al Otro Lado* class member"
5. Reprocess aliens depending on the outcome of the USCIS screening:
    a. If the alien was determined not to be a class member, commence original handling of the case,
    b. If result is positive fear determination, handle as any other positive fear case referred from USCIS

**Note: If an alien who had the Asylum IFR applied to them claims to be an *Al Otro Lado* class member, or asserts that he or she was "metered" or otherwise prohibited from making an asylum claim prior to July 16, 2019 because of a metering delay, suspend**

**execution of any removals and refer to USCIS for an *Al Otro Lodo* screening.**

**For any questions on this guidance, please contact HQERO Field Operations.**

**Joseph P. Laws**
*ERO Domestic Operations - West*
*Unit Chief*
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
▇▇▇▇▇▇▇ (Desk)   ▇▇▇▇▇▇▇ (Mobile)