ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **GOVERNMENT EXHIBIT 11** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1623 EAST J STREET, SUITE 3
TACOMA, WA  98421


Law Offices of Adam W. Boyd
Boyd, Adam William
621 Pacific Ave.
Suite 209
Tacoma, WA  98402

In the matter of            File ██████████        DATE: May 12, 2020
M████, E███ T████

__  Unable to forward - No address provided.
__  Attached is a copy of the decision of the Immigration Judge. This decision
    is final unless an appeal is filed with the Board of Immigration Appeals
    within 30 calendar days of the date of the mailing of this written decision.
    See the enclosed forms and instructions for properly preparing your appeal.
    Your notice of appeal, attached documents, and fee or fee waiver request
    must be mailed to:     Board of Immigration Appeals
                           Office of the Clerk
                           5107 Leesburg Pike, Suite 2000
                           Falls Church, VA 22041
__  Attached is a copy of the decision of the immigration judge as the result
    of your Failure to Appear at your scheduled deportation or removal hearing.
    This decision is final unless a Motion to Reopen is filed in accordance
    with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
    1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
    1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
    motion must be filed with this court:
                           IMMIGRATION COURT
                           1623 EAST J STREET, SUITE 3
                           TACOMA, WA  98421
__  Attached is a copy of the decision of the immigration judge relating to a
    Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
    1208.31(g)(1), no administrative appeal is available. However, you may file
    a petition for review within 30 days with the appropriate Circuit Court of
    Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

__  Attached is a copy of the decision of the immigration judge relating to a
    Credible Fear Review. This is a final order. No appeal is available.

_X_ Other: **PLEASE SEE ATTACHED ORDER OF THE IMMIGRATION JUDGE GRANTING ASYLUM.**


                                          COURT CLERK
                                          IMMIGRATION COURT                    FF
        cc: JASON STANLEY, IKCE ASST. CHIEF COUNSEL
            1623 EAST J STREET, SUITE 2
            TACOMA, WA  98421

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
TACOMA IMMIGRATION COURT
TACOMA, WASHINGTON

In the Matter of:

M██████ E██ T███

Respondent

File Number: ████████
In Removal Proceedings

Motion:        Motion to Reopen

On Behalf of Respondent
Adam W. Boyd
Attorney at Law
621 Pacific Avenue, Suite 209
Tacoma, Washington 98402

On Behalf of DHS
Jason Stanley
Immigration and Customs Enforcement
1623 East J Street, Suite 2
Tacoma, Washington 98421

## Order of the Immigration Judge

On October 1, 2019, the court granted respondent's, E██ T██ M█████'s, application for withholding of removal under Immigration and Nationality Act (INA) § 241(b)(3)(A), but denied her application for asylum because she was "metered" at the southern land border of the United States and subject to the safe third country bar under 8 C.F.R. § 1208.13(c)(4). IJ Order (Oct. 1, 2019). On May 4, 2020, respondent filed an untimely Motion to Reopen in light of the Ninth Circuit's subsequent decision in *Al Otro Lado v. Wolf*, 952 F.3d 999 (9th Cir. 2020), which declined to stay an injunction that precludes application of 8 C.F.R. § 1208.13(c)(4) to individuals who were metered and therefore prevented from entering the southern land border of the United States before July 16, 2019. *See Al Otro Lado, Inc., et al. v. McAleenan*, 17-CV-02366, 2019 WL 6134601 (S.D. Cal. Nov. 19, 2019) (granting preliminary injunctions for alien "metered" before July 16, 2019), *appeal docketed*, No. 19-56417 (9th Cir.

1

Dec. 5, 2019); Resp't Mot. at 3 ("[Respondent] is now eligible for asylum under this new case law because she was metered at the U.S.-Mexico border and she is a member of the provisional certified class.") (May 4, 2020).  On May 5, 2020, the court denied respondent's Motion to Reopen.  IJ Order (May 5, 2020).

Based on further consideration, the court sua sponte reopens respondent's case. 8 C.F.R. §§ 1003.0(f), 1003.23(b)(1). Having satisfied the higher burden of proof for withholding of removal, it follows that respondent is entitled to asylum under INA § 208(b)(1)(B)(i). *Cf. Kamalthas v. INS*, 251 F.3d 1279, 1283 (9th Cir. 2001).

Accordingly, the following orders shall enter:

## Orders

Respondent's case is reopened sua sponte.  8 C.F.R. § 1003.23(b)(1)

Respondent's application for asylum under INA § 208 is **GRANTED**.

May 11, 2020
Date

Tammy L. Fitting
Immigration Judge

2