ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **GOVERNMENT EXHIBIT 16** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
10250 RANCHO RD., SUITE 201A
ADELANTO, CA 92301

Kirkland & Ellis LLP
Horowitz, David Ian
333 S. Hope Street
Los Angeles, CA 90004

In the matter of                                              DATE: Mar 18, 2020

___ Unable to forward - No address provided.
___ Attached is a copy of the decision of the Immigration Judge. This decision
    is final unless an appeal is filed with the Board of Immigration Appeals
    within 30 calendar days of the date of the mailing of this written decision.
    See the enclosed forms and instructions for properly preparing your appeal.
    Your notice of appeal, attached documents, and fee or fee waiver request
    must be mailed to:    Board of Immigration Appeals
                          Office of the Clerk
                          5107 Leesburg Pike, Suite 2000
                          Falls Church, VA 22041
___ Attached is a copy of the decision of the immigration judge as the result
    of your Failure to Appear at your scheduled deportation or removal hearing.
    This decision is final unless a Motion to Reopen is filed in accordance
    with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
    1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
    1229a(b)(5)(C) in removal proceedings. If you file a motion to reopen, your
    motion must be filed with this court:
                          IMMIGRATION COURT
                          10250 RANCHO RD., SUITE 201A
                          ADELANTO, CA 92301
___ Attached is a copy of the decision of the immigration judge relating to a
    Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
    1208.31(g)(1), no administrative appeal is available. However, you may file
    a petition for review within 30 days with the appropriate Circuit Court of
    Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

___ Attached is a copy of the decision of the immigration judge relating to a
    Credible Fear Review. This is a final order. No appeal is available.
✓ Other: _On order of the Immigration Judge regarding_
         _motion to reconsider._

                                        _____
                                        COURT CLERK
                                        IMMIGRATION COURT                    FF

    cc: KOHL, ANDRES, ESQ
        10250 Rancho Road
        Adelanto, CA, 92301

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ADELANTO IMMIGRATION COURT

| | |
|---|---|
| **In the Matter of:** | |
| ███████████ | In Removal Proceedings |
| **Respondent** | **DETAINED** |

Motion:        Motion to Reconsider

**On Behalf of Applicant**
David I. Horowitz, Esq.
Kirkland & Ellis, LLP
555 South Flower Street
Los Angeles, California 90071

**On Behalf of DHS**
Andres Kohl, Esq.
Immigration and Customs Enforcement
10250 Rancho Road
Adelanto, California 92301

**Order of the Immigration Judge**

**I.       Factual and Procedural History**

On February 13, 2020, the court granted respondent's, ███████████, application for withholding of removal under Immigration and Nationality Act (INA) § 241(b)(3)(A), but denied her application for asylum because she was "metered" at the southern land border of the United States and subject to the safe third country bar under 8 C.F.R. § 1208.13(c)(4). IJ Order (Feb. 13, 2020). On March 6, 2020, respondent filed a timely Motion to Reconsider in light of the Ninth Circuit's subsequent decision in *Al Otro Lado v. Wolf*, --- F.3d ---, 2020 WL 1059682 (9th Cir. Mar. 5, 2020), which declined to stay of an injunction that precludes application of 8 C.F.R. § 1208.13(c)(4) to individuals who were metered and therefore prevented from entering the southern land border of the United States before July 16, 2019. *See Al Otro Lado, Inc., et al. v. McAleenan*, 17-CV-02366, 2019 WL 6134601 (S.D. Cal. Nov. 19, 2019) (granting preliminary

1

injunctions for alien "metered" before July 16, 2019). The Department of Homeland Security did not respond.

The court denies respondent's timely Motion to Reconsider because she has not identified an error of fact or law at the time of the court's February 13, 2020, decision. INA § 240(c)(6)(C); *see Matter of Cerna*, 20 I&N Dec. 399, 402 (BIA 1991); *cf. United States v. Guzman-Ibarez*, 792 F.3d 1094, 1101 (9th Cir. 2015) ("The change wrought by our decision was one of substantive law about which clairvoyance could not have been expected of the IJ."); *United States v. Vidal-Mendoza*, 705 F.3d 1012, 1017 (9th Cir. 2013) (reviewing an illegal reentry prosecution and explaining that "the IJ need not anticipate post-removal changes in the law."). Moreover, the Ninth Circuit recently held that decisions of Ninth Circuit motions panels are not binding on subsequent merits panels. *See East Bay Sanctuary Covenant, Et al. v. Trump*, — F.3d —, 2020 WL 962336, *6-8 (9th Cir. Feb. 28, 2020) ("Given the preliminary stage of the appellate process at which the motions panel issued the order denying the government's stay motion and the panel's stated reservations, we treat the motions panel's decision as persuasive, but not binding."); *Innovation Law Lab v. Wolf*, — F.3d —, 2020 WL 964402, *6 (9th Cir. Feb. 28, 2020) ("we held that a motions panel's legal analysis, performed during the course of deciding an emergency motion for a stay, is not binding on later merits panels."). Because a published decision of a Ninth Circuit motions panel is a predictive decision that is not binding on later panels of the Ninth Circuit— which could reach a contrary legal determination—respondent cannot show that the court erred because a merits panel in *Al Otro Lado* has not yet issued a decision.

The court notes that by regulation, respondent's timely Motion to Reconsider will be deemed a Motion to Remand by the Board of Immigration Appeals because it was pending when

respondent filed an appeal. 8 C.F.R. § 1003.2(b).

Accordingly, the following orders[1] shall enter:

## Orders

Respondent's Motion to Reconsider is **DENIED**.

Date: March 17, 2020

Tammy L. Fitting
Immigration Judge

---

[1] Respondent has the right to appeal this decision, using a Form EOIR-26, which must be *received* by the Board of Immigration Appeals within 30 calendar days after the mailing of this order. 8 C.F.R. §§ 1003.3(a)(1), 1003.38(b), 1240.15. Respondent has the right to an attorney of her choosing during her appeal at no expense to the United States government. An appeal must be accompanied by a filing-fee, but a fee-waiver is available. 8 C.F.R. § 1003.8(a)(3).

3

■ ■ ■
■ ■

```
                              CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL [M]  PERSONAL SERVICE [P]  ELECTRONIC SERVICE [E]
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [/] ALIEN'S ATT/REP  [/] DHS
DATE:  3/15/2020  BY:  COURT STAFF _____
   Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
```

C1

U.S. Department of Justice
Executive Office for Immigration Review
Immigration Court
10250 Rancho Road, Suite 201A
Adelanto, CA 92301

Official Business





RECEIVED
MAR 2 4 2020
By_____

90071-304825