ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **GOVERNMENT EXHIBIT 19** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
LAS VEGAS, NV

FILE: ▇▇▇▇▇▇                                    IN REMOVAL PROCEEDINGS

IN THE MATTER OF

M▇▇▇ T. A▇▇▇, Respondent

MOTION TO REOPEN AND RECONSIDER

ON BEHALF OF THE RESPONDENT:                ON BEHALF OF THE DHS:
Susan Engonwei Tingwei, Esquire             Clay Plummer
8121 Georgia Avenue, Suite 340              Assistant Chief Counsel
Silver Spring, MD 20910                     501 Las Vegas Blvd., South, Suite 200
                                            Las Vegas, NV 89101

## ORDER OF THE IMMIGRATION JUDGE

The respondent has filed a motion to reopen and reconsider removal proceedings that concluded with the Immigration Judge's decision issued on April 21, 2020. In that decision, the Immigration Judge denied the respondent's application for asylum pursuant to 8 C.F.R. § 1208.13(c)(4), but granted her application for withholding of removal under section 241(b)(3) of the Act. The respondent did not appeal from that decision. On May 21, 2020, the respondent filed a motion asking to reopen her removal proceedings so that the Court may reconsider its denial of her application for asylum. The respondent argues that her request for admission to the United States occurred on June 16, 2019, which places her within the class membership of the Al Otro Lado litigation (*Al Otro Lado v. Wolf et al.*, No. 19-56417 (9th Cir. Filed March 5, 2020). The respondent has submitted evidence corroborating her claimed membership in the Al Otro Lado class since that she sought admission on June 16, 2020. The Department of Homeland Security has not filed an opposition to the motion to reopen and reconsider. The motion to reopen will be GRANTED. Upon reconsideration the Court GRANTS the respondent's application for asylum.

DATE: June 3, 2020

                                                    _____
                                                    Glen R. Baker
                                                    Immigration Judge

1

██

**CERTIFICATE OF SERVICE**

THIS DOCUMENT WAS SERVED BY:   MAIL (M)   PERSONAL SERVICE (P)

TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer   [ M ] ALIEN'S ATTY/REP   [ P ] DHS

DATE: 6/3/20   BY: COURT STAFF _pacey_

Attachments: [ ] EOIR-33   [ ] EOIR-28   [ ] Legal Services List   [ ] Other

2

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
110 N. CITY PARKWAY, STE. 400
LAS VEGAS, NV  89106


Law office of SUSan E Tingwei
TINGWEI, SUSAN ENGONWEI
8121 Georgia Ave ste 340
Silver Spring, MD  20910


In the matter of          File A███████        DATE: Jun 3, 2020
A████, M████ T.

__ Unable to forward - No address provided.
✓ Attached is a copy of the decision of the Immigration Judge. This decision
  is final unless an appeal is filed with the Board of Immigration Appeals
  within 30 calendar days of the date of the mailing of this written decision.
  See the enclosed forms and instructions for properly preparing your appeal.
  Your notice of appeal, attached documents, and fee or fee waiver request
  must be mailed to:   Board of Immigration Appeals
                       Office of the Clerk
                       5107 Leesburg Pike, Suite 2000
                       Falls Church, VA 22041
__ Attached is a copy of the decision of the immigration judge as the result
  of your Failure to Appear at your scheduled deportation or removal hearing.
  This decision is final unless a Motion to Reopen is filed in accordance
  with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
  1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
  1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
  motion must be filed with this court:
                       IMMIGRATION COURT
                       110 N. CITY PARKWAY, STE. 400
                       LAS VEGAS, NV  89106
__ Attached is a copy of the decision of the immigration judge relating to a
  Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
  1208.31(g)(1), no administrative appeal is available. However, you may file
  a petition for review within 30 days with the appropriate Circuit Court of
  Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

__ Attached is a copy of the decision of the immigration judge relating to a
  Credible Fear Review. This is a final order. No appeal is available.

__ Other: _____

                                      _____
                                      COURT/CLERK
                                      IMMIGRATION COURT                FF

   cc: CLAY PLUMMER, ESQUIRE
       501 Las Vegas BLVD. S. STE 200
       Las Vegas, NV, 89101