ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **GOVERNMENT EXHIBIT 21** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

SANDRA ANDERSON
Chief Counsel
DION MORWOOD
Deputy Chief Counsel
CLAY PLUMMER
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
501 S. Las Vegas Blvd., Suite 200
Las Vegas, NV 89101

**NON DETAINED**

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## LAS VEGAS, NEVADA

| | |
|---|---|
| In the Matter of: | |
| M█████ T. A█████ | File Nos.   A█████ |
| In removal proceedings | IJ: Baker |

## DEPARTMENT OF HOMELAND SECURITY'S AMMENDED MOTION TO REOPEN, RECONSIDER AND DENY ASYLUM

## AMMENDMENT

In the Department's last submission, it was mistaken on the current state of the "Al Otro Lado" stay by the 9th Cir. On March 5, 2020, the U.S. Court of Appeals for the Ninth Circuit denied the Government's motion for a stay pending appeal of the November 19, 2019 preliminary injunction entered by the U.S. District Court for the Southern District of California enjoining application of the third-country transit IFR to members of the class. *Al Otro Lado v. Wolf*, --- F.3d ---, 2020 WL 1059682 (9th Cir. Mar. 5, 2020). The department stands by its other arguments.

## CONCLUSION

The Department respectfully requests that the Court reconsider and deny the respondent's motion.

Respectfully submitted

_Clay Plummer_
Clay Plummer, Assistant Chief Counsel

## PROOF OF SERVICE

On _06/11/2020_____, I, Clay Plummer, Assistant Chief Counsel, mailed a copy of this **DEPARTMENT OF HOMELAND SECURITY'S AMMENDED OPPOSITION TO RESPONDENT'S MOTION** to the respondent's counsel of record at:

SUSAN TINGWEI, Esq.
8121 Georgia Ave ste 340
Silver Spring, MD 20910

by placing said copy in an envelope and placing said envelope in my office's receptacle designated for official "out-going" regular mail, said envelope having been addressed to the name and address indicated.

_Clay Plummer_
Clay Plummer, Assistant Chief Counsel

2