ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **GOVERNMENT EXHIBIT 23** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
110 N. CITY PARKWAY, STE. 400
LAS VEGAS, NV  89106

Al Otro Lado
Aranda Teixeira, Diego Javier
511 E. San Ysidro Blvd
#333
San Ysidro, CA  92173

In the matter of            File A ▉▉▉▉▉▉▉      DATE: Jul 9, 2020
A▉▉▉, M▉▉▉▉ T.

\_\_ Unable to forward - No address provided.
\_\_ Attached is a copy of the decision of the Immigration Judge. This decision
    is final unless an appeal is filed with the Board of Immigration Appeals
    within 30 calendar days of the date of the mailing of this written decision.
    See the enclosed forms and instructions for properly preparing your appeal.
    Your notice of appeal, attached documents, and fee or fee waiver request
    must be mailed to:    Board of Immigration Appeals
                          Office of the Clerk
                          5107 Leesburg Pike, Suite 2000
                          Falls Church, VA 22041
\_\_ Attached is a copy of the decision of the immigration judge as the result
    of your Failure to Appear at your scheduled deportation or removal hearing.
    This decision is final unless a Motion to Reopen is filed in accordance
    with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
    1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
    1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
    motion must be filed with this court:
                          IMMIGRATION COURT
                          110 N. CITY PARKWAY, STE. 400
                          LAS VEGAS, NV  89106
\_\_ Attached is a copy of the decision of the immigration judge relating to a
    Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
    1208.31(g)(1), no administrative appeal is available. However, you may file
    a petition for review within 30 days with the appropriate Circuit Court of
    Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

\_\_ Attached is a copy of the decision of the immigration judge relating to a
    Credible Fear Review. This is a final order. No appeal is available.

X Other:  ____ORDER OF THE IMMIGRATION JUDGE_____

                                    _____
                                    COURT CLERK
                                    IMMIGRATION COURT              FF

    cc:

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
LAS VEGAS, NEVADA

In the Matter of:

M█████ T█ A█████                    File No.: A█████████

In Removal Proceedings

### ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the **Respondent's MOTION TO RECONSIDER**, it is **HEREBY ORDERED** that the motion be ☑ **GRANTED** / ☐ **DENIED** because:

☐    DHS does not oppose the motion.
☐    The Respondent does not oppose the motion.
☐    A response to the motion has not been filed with the court.
☑    Good cause has been established for the motion.
☐    The court agrees with the reasons stated in the opposition to the motion.
☐    The motion is untimely per _____.
☑    Other: _PURSUANT TO EAST BAY SANCTUARY COVENANT V. BAR 19-16487 (9TH CIR., 7/6/2020), THE RESPONDENT'S APPLICATION FOR ASYLUM IS GRANTED._

Deadlines:

☐    The application(s) for relief must be filed by _____.
☐    The Respondent must comply with DHS biometrics instructions by _____.

_____
JUL 0 8 2020
Date

_____
                                 Immigration Judge

_____
Certificate of Service
This document was served by: ☑ Mail    [☑] Personal Service
To:    [ ] Alien    [ ] Alien c/o Custodial Officer    ☑ Alien's Atty/Rep    ☑ DHS
Date: ___7/9/2020___    By: Court Staff: _____