1  ETHAN P. DAVIS
2  Acting Assistant Attorney General
   WILLIAM C. PEACHEY
3  Director, Office of Immigration Litigation –
4  District Court Section
   SAMUEL P. GO
5  Assistant Director
6  KATHERINE J. SHINNERS (DC 978141)
   Senior Litigation Counsel
7  United States Department of Justice
8  Civil Division
   Office of Immigration Litigation
9  P.O. Box 868, Ben Franklin Station
10 Washington, D.C. 20044
   Tel: (202) 598-8259 | Fax: (202) 305-7000
11 katherine.j.shinners@usdoj.gov
12 ALEXANDER J. HALASKA
13 ARI NAZAROV
   DHRUMAN Y. SAMPAT
14 Trial Attorneys
15 *Counsel for Defendants*

16
17
**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **[DISCOVERY MATTER] JOINT MOTION TO EXTEND DEADLINES TO BRIEF DISCOVERY DISPUTES (UNOPPOSED)** |
| v. | |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **[Declaration of Katherine J. Shinners filed concurrently]** |
| *Defendants* | |

**JOINT MOTION TO EXTEND DEADLINE TO BRIEF DISCOVERY DIS-PUTES DISCOVERY DISPUTES**

The parties respectfully request that the Court grant extensions of the deadlines for the parties to file three Joint Motions for Determination of Discovery Dispute. After the parties presented the three disputes to the Court on August 3, 2020, the Court set the following deadlines for the parties to submit three joint motions for determination of discovery dispute: Monday August 10, 2020, for the two joint motions regarding the June 1 privilege dispute and the June 15 privilege dispute as described at Dkt. No. 479; and Monday, August 17, 2020 for the joint motion regarding Plaintiffs' spoliation allegations. Shinners Decl. ¶ 8. The parties respectfully request an 8-day extension of the deadline to submit the joint motions concerning the June 1 privilege dispute and the June 15 privilege dispute to August 18, 2020. The parties also request a 14-day extension of the deadline for the joint motion regarding Plaintiffs' spoliation allegations to August 31, 2020.

## I. DEFENDANTS' POSITION

"Good cause" for an extension under Rule 6(b)(1) "is a non-rigorous standard" and "extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc*. 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Author R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)). Defendants submit that good cause exists to grant these extensions. First, this brief extension will not interfere with any scheduling order deadline, *see* Shinners Decl. ¶ 11, and will not prejudice any party. Second, Defendants' counsel's current litigation workload and leave schedules warrant an extension of the deadlines. Shinners Decl. ¶ 9. Third, Defendants submit that the two privilege disputes require submission of declarations supporting the privilege that require additional time for Defendants to obtain. Fourth, the factually complex and serious nature of Plaintiffs'

request for sanctions warrants an expanded briefing schedule on these motions.

Accordingly, the parties jointly request: (1) an extension of the deadline to submit the joint motions concerning the June 1 privilege dispute and the June 15 privilege dispute to August 18, 2020; and (2) an extension of the deadline for the joint motion regarding Plaintiffs' spoliation allegations to August 31, 2020.

## II.   PLAINTIFFS' POSITION

Plaintiffs do not oppose Defendants' request. Defendants and Plaintiffs have agreed that, if there is no ruling on the forthcoming joint motion for determination of privilege dispute by September 4, 2020, the documents subject to the June 1, 2020 privilege dispute[1] may be filed under seal in connection with Plaintiffs' motion for summary judgment. If the Court determines that those documents are privileged, in whole or in part, the parties will file a notice informing Judge Bashant of the ruling concerning those documents. As a result, the extension requested above will not impact the parties' upcoming summary judgment briefing.

//
//

---

[1] For purposes of clarity, those documents have the following leading Bates numbers: AOL-DEF-00095574, AOL-DEF-00090887, AOL-DEF-00090901, AOL-DEF-00377294, AOL-DEF-00095562, AOL-DEF-00095578, AOL-DEF-00095582, AOL-DEF-00095816, AOL-DEF-00276327, AOL-DEF-0095827, AOL-DEF-00095832, AOL-DEF-00224218, AOL-DEF-00288076, AOL-DEF-00228078, AOL-DEF-00224243, AOL-DEF-00351591, AOL-DEF-00074316, AOL-DEF-00371167, AOL-DEF-00371170, AOL-DEF-00790693, AOL-DEF-01269953, AOL-DEF-01269954, AOL-DEF-01269961, AOL-DEF-00902179, AOL-DEF-00902186, AOL-DEF-00902188, AOL-DEF-00908907, AOL-DEF-00908910, AOL-DEF-01037128, AOL-DEF-01037131, AOL-DEF-01037134, AOL-DEF-01037137, AOL-DEF-01037139, AOL-DEF-00766898, AOL-DEF-00766425, AOL-DEF-00766429, AOL-DEF-01102501, AOL-DEF-00288011, AOL-DEF-00288013.

| | |
|---|---|
| Dated: August 7, 2020 | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director<br><br>SAMUEL P. GO<br>Assistant Director<br><br>*/s/ Katherine J. Shinners*<br>KATHERINE J. SHINNERS<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 598-8259 | Fax: (202) 305-7000<br>katherine.j.shinners@usdoj.gov<br><br>ALEXANDER J. HALASKA<br>ARI NAZAROV<br>DHRUMAN Y. SAMPAT<br>Trial Attorneys<br>*Counsel for Defendants* |
| Dated: August 7, 2020 | MAYER BROWN LLP<br>   Matthew H. Marmolejo<br>   Ori Lev<br>   Stephen M. Medlock<br><br>SOUTHERN POVERTY LAW CENTER<br>   Melissa Crow<br>   Sarah Rich<br>   Rebecca Cassler<br><br>CENTER FOR CONSTITUTIONAL RIGHTS<br>   Baher Azmy |

3

JT. MOT. TO EXTEND DEADLINES
TO BRIEF DISCOVERY DISPUTES
Case No. 3:17-cv-02366-BAS-KSC

|   |   |
|---|---|
| 1 | Ghita Schwarz |
| 2 | Angelo Guisado |
| 3 | AMERICAN IMMIGRATION COUNCIL |
| 4 | Karolina Walters |

By: */s/ Stephen M. Medlock*
Stephen M. Medlock

*Attorneys for Plaintiffs*