ETHAN P. DAVIS
Acting Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN SAMPAT
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **DECLARATION OF KATHERINE J. SHINNERS WITH RESPECT TO JOINT MOTION TO EXTEND DEADLINES TO BRIEF DISCOVERY DISPUTES** |
| *Defendants* | |

# DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice (DOJ), Office of Immigration Litigation. I am an attorney for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I submit this declaration to provide additional information with respect to the parties' Joint Motion to Extend Deadlines to Brief Privilege Disputes. These statements are based upon my personal knowledge.

3. On May 29, 2020, Defendants served a clawback letter on Plaintiffs asserting deliberative-process privilege over 39 documents that had been produced without adequate redactions to protect the privilege. On June 1, 2020, Plaintiffs notified Defendants that they disputed these assertions (the "June 1 dispute").

4. On June 15, 2020, Defendants served a clawback letter on Plaintiffs asserting the deliberative-process privilege over 15 documents that had been produced without adequate redactions to protect the privilege. Defendants also asserted attorney-client privilege over 13 of the 15 documents. On June 15, 2020, Plaintiffs notified Defendants that they disputed the assertions in Defendants' June 15 letter (the "June 15 dispute").

5. On June 19, 2020, the parties met and conferred via telephone regarding the June 1 and June 15 disputes over Defendants' clawback letters, and were unable to resolve their disputes. The parties noted, however, that the District Court's ruling on Defendants' pending Rule 72(a) Objections may inform the parties' position or briefing on Defendants' assertions of the deliberative-process privilege with respect to these new disputes, and thus submitted a request to extend the time to raise these disputes before this Court.

1       6. On June 30, 2020, this Court granted the parties' motion to extend time to raise the June 1 and June 15 privilege disputes to August 3, 2020, or 7 days after the District Court rules on Defendants' pending Rule 72(a) objection, whichever is sooner. Dkt. No. 480. At this time, the District Court has not yet ruled on the pending Rule 72(a) objection.

     7. On August 3, 2020, Plaintiffs' counsel, Stephen Medlock, and I presented the June 1 and June 15 disputes, as well as a dispute regarding Plaintiffs' spoliation allegations, with the Court via voice message in accordance with this Court's Chambers Rules.

     8. On August 3, 2020, the Court sent an email setting the following deadlines for briefing these discovery disputes: Monday August 10, 2020, for the two joint motions regarding the June 1 privilege dispute and the June 15 privilege dispute as described at Dkt. No. 479; and Monday, August 17, 2020 for the joint motion regarding Plaintiffs' spoliation allegations.

     9. Defendants seek an extension of these deadlines because the parties require more time to exchange briefing in order to adequately respond to the other sides' arguments and to effectively brief the issues for the Court. In particular, several of Defendants' counsel are on pre-scheduled leave for multiple days in the month of August. This, in addition to Defendants' counsel's current litigation workload—including multiple depositions and expert disclosures in this matter—necessitate this request for additional time.

     10. Defendants also request additional time for the two privilege disputes because they require submission of declarations supporting the privilege that require additional time for Defendants to finalize their portion of the joint motion.

     11. This extension will not interfere with any scheduling order deadline.

1  I declare under penalty of perjury that the foregoing is true and correct to the
2  best of my knowledge. This declaration was executed on August 7, 2020, in Wash-
3  ington, D.C.

                        */s/ Katherine J. Shinners*
                        KATHERINE J. SHINNERS