UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>               Defendants. | Case No.: 3:17-cv-2366<br><br>**ORDER GRANTING UNOPPOSED JOINT MOTION TO EXTEND DEADLINES TO BRIEF DISCOVERY DISPUTES [Doc. No. 514]** |

      Before the Court is the parties' Unopposed Joint Motion to Extend Deadlines to Brief Discovery Disputes (the "Joint Motion"). Doc. No. 514. The parties request an 8-day extension to submit a joint motion concerning two privilege disputes, and a 14-day extension of the deadline to submit the joint motion on plaintiffs' spoliation allegations. Doc. No. 514. Counsel report that there is good cause for the requested extensions based on the press of counsel's workload (including depositions taking place in this matter) and because the complex nature of the disputes will require time to obtain necessary declarations and other supporting evidence. *Id.* Importantly, the parties represent that the requested extensions will not impact the impending September 4, 2020 deadline for plaintiff's summary judgment motion, nor any other pretrial deadline. *Id.* at 2, 3; *see also*

Declaration of Katherine Shinners With Respect to Joint Motion to Extend Deadlines to Brief Discovery Disputes, Doc. No. 514-1, at ¶11.

Upon consideration of the parties' Joint Motion and for good cause shown, the Court hereby GRANTS the Joint Motion. The deadline for the parties to submit a joint motion concerning the June 1 and June 15 privilege disputes is hereby extended to August 18, 2020. The deadline for the parties to submit a joint motion regarding plaintiffs' spoliation allegations is hereby extended to August 31, 2020.

**IT IS SO ORDERED.**

Dated: August 7, 2020

Hon. Karen S. Crawford
United States Magistrate Judge