MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **UNOPPOSED JOINT MOTION AND INCOPROATED MEMORANDUM OF POINTS AND AUTHORITIES TO EXPAND PAGE LIMITS AND TO SET BRIEFING SCHEDULE FOR FORTHCOMING SUMMARY JUDGMENT BRIEFING** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **Hearing Date: September 14, 2020** |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# JOINT MOTION AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Civil Rules 7.1(f)(1) and 7.1(h) and Section 4 of this Court's Standing Order for Civil Cases, the parties jointly move to set a briefing schedule for their forthcoming motions for summary judgment (which are due on September 4, 2020),[2] expand the page limits for those motions, and allow for the parties to file separate statements of undisputed facts in support of their motions for summary judgment. The parties jointly agree that these special briefing procedures are necessary due to the factually complex nature of this case. In particular, this case has involved the production of over 1,000,000 pages of documents by Defendants, over 100 pages of substantive interrogatory answers, and 19 depositions. Given these facts, the parties agree that detailing the relevant facts in the page limits prescribed by the Local Rules would be impossible.

## I. Briefing Schedule

The parties have met and conferred regarding a briefing schedule for their forthcoming cross-motions for summary judgment. Pursuant to Magistrate Judge Crawford's March 10, 2020 Order, motions for summary judgment are due on September 4, 2020. *See* Dkt. 420. Accordingly, the parties respectfully request that the Court enter the following briefing schedule:

- September 4, 2020: Plaintiffs' motion for summary judgment is due.
- September 25, 2020: Defendants' motion for summary judgment and opposition to Plaintiffs' motion for summary judgment are due.
- October 16, 2020: Plaintiffs' opposition to Defendants' motion for summary judgment is due.
- October 30, 2020: Reply briefs in support of motions for summary judgment are due.

---

[2] *See* Dkt. 420.

JOINT MOTION TO SET BRIEFING SCHEDULE

## II. Expanded Page Limits

Local Rule 7.1(h) provides that "[b]riefs in support of or in opposition to all motions . . . must not exceed a total of twenty-five (25) pages in length, per party . . . without leave of the judge who will hear the motion. No reply memorandum will exceed ten (10) pages without leave of the judge." The parties have met and conferred regarding the page limits for summary judgment briefing, and jointly request that the following page limitations apply to their forthcoming motions for summary judgment:

- Plaintiffs' memorandum in support of their motion for summary judgment shall not exceed forty (40) pages.
- Defendants' memorandum in support of their cross-motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment shall not exceed sixty (60) pages.
- Plaintiffs' memorandum in support of their opposition to Defendants' cross-motion for summary judgment shall not exceed twenty-five (25) pages.
- Defendants' reply in support of their cross-motion for summary judgment shall not exceed twenty-five (25) pages. Plaintiffs' reply in support of their motion for summary judgment shall not exceed twenty (20) pages.

Dated: August 10, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS

Baher Azmy
Ghita Schwarz
Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters


By: */s/ Stephen M. Medlock*
　　　Stephen M. Medlock

*Attorneys for Plaintiffs*

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

JOINT MOTION TO SET BRIEFING SCHEDULE

3

# CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: August 10, 2020        MAYER BROWN LLP

By  */s/ Stephen M. Medlock*