# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Chat F. Wolf, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING IN PART JOINT MOTION TO EXPAND PAGE LIMITS AND TO SET BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**<br><br>**[ECF No. 517]** |

Before the Court is the parties' Joint Motion to Expand Page Limits and to Set Briefing Scheduling for Forthcoming Summary Judgment Briefing. (ECF No. 517.) Good cause appearing, the Court **GRANTS IN PART** the Joint Motion. The parties shall file their cross-motions for summary judgment on the following dates:

- September 4, 2020: Plaintiffs' motion for summary judgment is due.
- September 25, 2020: Defendants' motion for summary judgment and opposition to Plaintiffs' motion for summary judgment are due.
- October 16, 2020: Plaintiffs' opposition to Defendants' motion for summary judgment is due.
- October 30, 2020: Reply briefs in support of motions for summary judgment are due.

The following page limits shall apply to the parties' cross-motions for summary judgment:

- Plaintiffs' memorandum in support of their motion for summary judgment shall not exceed forty (40) pages.

- Defendants' memorandum in support of their cross-motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment shall not exceed sixty (60) pages.
- Plaintiffs' memorandum in support of their opposition to Defendants' cross-motion for summary judgment shall not exceed twenty-five (25) pages.
- Defendants' reply in support of their cross-motion for summary judgment shall not exceed twenty-five (25) pages.
- Plaintiffs' reply in support of their motion for summary judgment shall not exceed twenty (20) pages.

However, the parties' request to file separate statements of undisputed facts in support of their motions is **DENIED**. The parties must meet and confer and file a joint statement of undisputed material facts as stated in § 4.G of this Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

**DATED: August 11, 2020**

Hon. Cynthia Bashant
United States District Judge