ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **JOINT MOTION TO SEAL PORTIONS OF THE PARTIES' JOINT MOTION FOR DETERMINATION OF MAY 2020 CLAWBACK DISPUTE** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,* | |
| *Defendants* | |

---

* Acting Commissioner Morgan is automatically substituted as a Defendant for former Commissioner McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

## I.     DEFENDANTS' SECTION

Defendants hereby move to seal portions of the parties' Joint Motion for Determination of May 2020 Clawback Dispute that quote from or reveal the substance of Defendants' privilege assertions. The Joint Motion concerns Plaintiffs' challenges to Defendants' clawback of Documents 1–35 based on the deliberative process privilege. Although Defendants will lodge Documents 1–35 with the Court for *in camera* review, the Joint Motion itself quotes from and discuss the substance of those documents that Defendants maintain are privileged and should be protected from public disclosure. This Court should seal the portions of the Joint Motion that quote from and refer to Documents 1–35. Publicly filing the Joint Motion would reveal the Documents' contents and moot Defendants' privilege arguments before this Court even has an opportunity to address them in connection with the Joint Motion.

There are both compelling reasons and good cause to seal the portions of the Joint Motions that quote from or otherwise reveal the substance of Documents 1–35. Allowing those portions of the Joint Motion to be filed publicly would reveal the substance of the Documents and moot Defendants' privilege assertions to the same extent as revealing the Documents themselves would. Defendants have articulated the harms that would result from the disclosure of each Document, or the substance of those Documents, in the declaration of U.S. Customs and Border Protection's (CBP) Deputy Executive Director for Operations Joseph Draganac (attached hereto).

Although there is "a general right to inspect and copy public records and documents," *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978), a party may still overcome the presumption of access, *Heldt v. Guardian Life Ins. Co. of America*, No. 16-cv-885, 2018 WL 5920029, at *1 (S.D. Cal. Nov. 13, 2018). The presumption of access is "based on the need for federal courts ... to have a measure of accountability and for the public to have confidence in the administration of justice." *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (quoting

DEFS.' JOINT MOT. TO SEAL
MAY 2020 CLAWBACK MOTION
Case No. 3:17-cv-02366-BAS-KSC

*United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir. 1995)). Thus, when the documents to be protected are "more than tangentially related to the merits," parties must show compelling reasons to keep those documents sealed. *Heldt*, 2018 WL 5920029 at *1 (quoting *Ctr. for Auto Safety*, 809 F.3d 1092, 1096–98); *see also McCurley v. Royal Seas Cruises, Inc.*, No. 17-cv-296, 2018 WL 3629945, at *2 (S.D. Cal. July 31, 2018). "When the underlying motion does not surpass the tangential relevance threshold, the 'good cause' standard applies." *Heldt*, 2018 WL 5920029 at *1 (quoting *Ctr. for Auto Safety*, 809 F.3d at 1096–98).

This Court should seal any portions of the Joint Motion that discusses the contents or substance of Documents 1–35, which consist of several related email chains that pertain to the government's high-level deliberative processes with respect to queue management. *First*, Defendants assert the deliberative-process privilege over the entirety of each Document, *see* Draganac Decl. ¶¶ 3–4, 5–8; *see also* Joint Mot. 1–7, and that dispute is currently pending before this Court. Even though Plaintiffs disagree with the assertions of privilege, Plaintiffs are prohibited from publicly disclosing the contents of the Documents under the clawback provisions of the ESI Order entered in this case. *See* ESI Order § VI(G)(5)(b) (ECF No. 277) ("The receiving party's motion challenging the assertion must not publicly disclose the information claimed to be privileged."). *Second*, revealing the substance of Documents 1–35 would cause Defendants harm because, as explained more fully in Defendants' section of the Joint Motion, it "would severely stifle individuals' willingness to fully participate in" the process of developing the agency's policies. Draganac Decl. ¶ 11; *see also id.* ¶¶ 9–12. Disclosure of the Documents would inevitably chill officials' frank and open communication, which compromises future decisionmaking and ultimately harms the public.

Because of the privileged nature of the Documents described above, and the harm that would result from the public disclosure of the Documents' contents, there are both compelling reasons and good cause to seal the portions of the Joint Motion

that would reveal the content of the Documents.

## II.    PLAINTIFFS' SECTION

Plaintiffs do not oppose this motion.

DATED: August 18, 2020                    Respectfully submitted,

                                          ETHAN P. DAVIS
                                          Acting Assistant Attorney General
                                          Civil Division

                                          WILLIAM C. PEACHEY
                                          Director

                                          KATHERINE J. SHINNERS
                                          Senior Litigation Counsel

                                          */s/ Alexander J. Halaska*
                                          ALEXANDER J. HALASKA
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division
                                          Office of Immigration Litigation
                                          District Court Section
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, D.C. 20044
                                          Tel: (202) 307-8704 | Fax: (202) 305-7000
                                          alexander.j.halaska@usdoj.gov

                                          *Counsel for Defendants*

                                              MAYER BROWN LLP
                                                  Matthew H. Marmolejo
                                                  Ori Lev
                                                  Stephen M. Medlock

                                              SOUTHERN POVERTY LAW CENTER
                                                  Melissa Crow
                                                  Sarah Rich
                                                  Rebecca Cassler

DEFS.' JOINT MOT. TO SEAL
MAY 2020 CLAWBACK MOTION
Case No. 3:17-cv-02366-BAS-KSC

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/ Stephen M. Medlock*
      Stephen M. Medlock

*Attorneys for Plaintiffs*

DEFS.' JOINT MOT. TO SEAL
MAY 2020 CLAWBACK MOTION
Case No. 3:17-cv-02366-BAS-KSC

## **CERTIFICATE OF SERVICE**

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: August 18, 2020                    Respectfully submitted,

                                                  */s/ Alexander J. Halaska*
                                                  ALEXANDER J. HALASKA
                                                  Trial Attorney
                                                  United States Department of Justice

DEFS.' JOINT MOT. TO SEAL
MAY 2020 CLAWBACK MOTION
Case No. 3:17-cv-02366-BAS-KSC