ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **DECLARATION OF ALEXANDER J. HALASKA IN SUPPORT OF MOTION TO SEAL PORTIONS OF THE PARTIES' JOINT MOTION FOR DETERMINATION OF MAY 2020 CLAWBACK DISPUTE** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

# DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I make this declaration in support of the Motion to Seal Portions of the Parties' Joint Motion for Determination of May 2020 Clawback Dispute.

2. Attached hereto as **Government Exhibit 1** is the declaration of U.S. Customs and Border Protection's Deputy Executive Director for Operations Joseph Draganac.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on August 18, 2020, in Washington, D.C.

                                               */s/ Alexander J. Halaska*
                                               ALEXANDER J. HALASKA
                                               U.S. Department of Justice