ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **JOINT MOTION TO SEAL PORTIONS OF THE PARTIES' JOINT MOTION FOR DETERMINATION OF JUNE 2020 CLAWBACK DISPUTE** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,[*] | |
| *Defendants* | |

---

[*] Acting Commissioner Morgan is automatically substituted as a Defendant for former Commissioner McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

## I.    DEFENDANTS' SECTION

Defendants hereby move to seal portions of the parties' Joint Motion for Determination of June 2020 Clawback Dispute that quote from or reveal the substance of Defendants' privilege assertions. The Joint Motion concerns Plaintiffs' challenges to Defendants' clawback of Documents A–Q based on the attorney-client and deliberative-process privileges. Although Defendants will lodge Documents A–Q with the Court for *in camera* review, the Joint Motion itself quotes from and discuss the substance of those Documents that Defendants maintain are privileged and should be protected from public disclosure. This Court should seal the portions of the Joint Motion that quote from and refer to Documents A–Q. Publicly filing the Joint Motion would reveal the Documents' contents and moot Defendants' privilege arguments before this Court even has an opportunity to address them in connection with the Joint Motion.

There are both compelling reasons and good cause to seal the portions of the Joint Motions that quote from or otherwise reveal the substance of Documents A–Q. Allowing those portions of the Joint Motion to be filed publicly would reveal the substance of the Documents and moot Defendants' privilege assertions to the same extent as revealing the Documents themselves would. Defendants have articulated the harms that would result from the disclosure of particular portions of each Document, or the substance of those Documents, in the declaration of U.S. Customs and Border Protection's (CBP) Deputy Executive Director for Admissibility and Passenger Programs Matthew S. Davies (attached hereto).

Although there is "a general right to inspect and copy public records and documents," *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978), a party may still overcome the presumption of access, *Heldt v. Guardian Life Ins. Co. of America*, No. 16-cv-885, 2018 WL 5920029, at *1 (S.D. Cal. Nov. 13, 2018). The presumption of access is "based on the need for federal courts ... to have a measure of accountability and for the public to have confidence in the administration of justice." *Ctr. for*

1   *Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (quoting

2   *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir. 1995)). Thus, when the docu-

3   ments to be protected are "more than tangentially related to the merits," parties must

4   show compelling reasons to keep those documents sealed. *Heldt*, 2018 WL 5920029

5   at *1 (quoting *Ctr. for Auto Safety*, 809 F.3d 1092, 1096–98); *see also McCurley v.*

6   *Royal Seas Cruises, Inc.*, No. 17-cv-296, 2018 WL 3629945, at *2 (S.D. Cal. July

7   31, 2018). "When the underlying motion does not surpass the tangential relevance

8   threshold, the 'good cause' standard applies." *Heldt*, 2018 WL 5920029 at *1 (quot-

9   ing *Ctr. for Auto Safety*, 809 F.3d at 1096–98).

10          This Court should seal any portions of the Joint Motion that discuss the con-

11   tents or substance of Documents A–Q, which consist of several email chains and

12   their attachments that reflect internal agency deliberations and communications and

13   advice from counsel. *First*, Defendants assert the deliberative-process privilege over

14   the entirety of each Document, *see* Davies Decl. ¶¶ 3–4, and the attorney-client priv-

15   ilege over thirteen of the Documents, *see id.* ¶¶ 3, 5; *see also* Joint Mot. 1–4, and

16   that dispute is currently pending before this Court. Even though Plaintiffs disagree

17   with the assertions of privilege, Plaintiffs are prohibited from publicly disclosing the

18   contents of the Documents under the clawback provisions of the ESI Order entered

19   in this case. *See* ESI Order § VI(G)(5)(b) (ECF No. 277) ("The receiving party's

20   motion challenging the assertion must not publicly disclose the information claimed

21   to be privileged."). *Second*, revealing the substance of Documents A–Q would cause

22   Defendants harm because, as explained more fully in Defendants' section of the

23   Joint Motion, the documents "were prepared to inform agency decisions and reflect

24   analyses undertaken as part of that decision-making process," Davies Decl. ¶ 16, and

25   their public revelation "would severely stifle individuals' willingness to fully partic-

26   ipate in" the policymaking process, *id.* ¶ 18. Moreover, some of the Documents con-

27   tain communications protected by the attorney-client privilege, and revealing those

28

DEFS.' JOINT MOT. TO SEAL
JUNE 2020 CLAWBACK MOTION
Case No. 3:17-cv-02366-BAS-KSC

1  communications would negatively impact CBP's ability to have full and frank dis-

2  cussions with counsel. *Id.* ¶ 19.

3        Because of the privileged nature of the Documents described above, and the

4  harm that would result from the public disclosure of the Documents' contents, there

5  are both compelling reasons and good cause to seal the portions of the Joint Motion

6  that would reveal the content of the Documents.

7  **II.    PLAINTIFFS' SECTION**

8        Plaintiffs do not oppose this motion.

9

10  DATED: August 18, 2020                Respectfully submitted,

11                                        ETHAN P. DAVIS
12                                        Acting Assistant Attorney General
                                          Civil Division
13

14                                        WILLIAM C. PEACHEY
                                          Director
15

16                                        KATHERINE J. SHINNERS
                                          Senior Litigation Counsel
17

18                                        */s/ Alexander J. Halaska*
19                                        ALEXANDER J. HALASKA
                                          Trial Attorney
20                                        United States Department of Justice
                                          Civil Division
21                                        Office of Immigration Litigation
                                          District Court Section
22                                        P.O. Box 868, Ben Franklin Station
23                                        Washington, D.C. 20044
                                          Tel: (202) 307-8704 | Fax: (202) 305-7000
24                                        alexander.j.halaska@usdoj.gov
25

26                                        *Counsel for Defendants*
27

28

3                                        DEFS.' JOINT MOT. TO SEAL
                                         JUNE 2020 CLAWBACK MOTION
                                         Case No. 3:17-cv-02366-BAS-KSC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: August 18, 2020          Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice

4

DEFS.' JOINT MOT. TO SEAL
JUNE 2020 CLAWBACK MOTION
Case No. 3:17-cv-02366-BAS-KSC