MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                    Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 2 TO DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF JUNE 2020 CLAWBACK** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT IN SUPPORT OF JOINT MOTION FOR
DETERMINATION OF DISCOVERY DISPUTE

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


AL OTRO LADO, INC., et al.,


        Plaintiffs,


        vs.            Case No.

                           17-cv-02366-BAS-KSC


KEVIN K. McALEENAN1, et al.,


        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~



VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

MARIZA MARIN


THURSDAY, MAY 28, 2020

8:37 A.M.


SAN DIEGO, CALIFORNIA





Reported remotely by Megan M. Grossman-Sinclair,

CSR No. 12586

```
 1                    APPEARANCES OF COUNSEL
 2
 3          For Plaintiffs:
 4               MAYER BROWN LLP
 5               STEPHEN M. MEDLOCK, ESQ.
 6               (By Videoconference)
 7               1999 K Street, N.W.
 8               Washington, D.C.  20006
 9               T:  (202) 263-3000
10               smedlock@mayerbrown.com
11
12               CENTER FOR CONSTITUTIONAL RIGHTS
13               ANGELO GUISADO, ESQ.
14               (By Videoconference)
15               666 Broadway
16               7th Floor
17               New York, New York  10012
18               T:  (212) 614-6464
19               aguisado@ccrjustice.org
20
21          For Defendants:
22               U.S. Department of Justice
23               OFFICE OF IMMIGRATION LITIGATION
24               KATHERINE J. SHINNERS, ESQ.
25               (By Videoconference)
26               SUSAN IMERMAN, ESQ.
27               (By Telephone)
28               Ben Franklin Square
29               P.O. Box 868
30               Washington, D.C.  20044
31               T:  (202) 598-8259
32               katherine.j.shinners@usdoj.gov
33
34
35
36
37
```

1                  APPEARANCES (Continued)

2

3          Also Present:

4                  JOSEPH NEW, Videographer

5                  (By Videoconference)

6

7                  KEVIN CRANFORD, technical support

8                  (By Videoconference)

9                  LOUISA SLOCUM, ESQ., CBP

10                 (By Telephone)

11

12                 STACEY FALKOFF, ESQ., CBP

13                 (By Telephone)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

```
                                                          Page 4
 1                   INDEX OF EXAMINATION

 2      WITNESS:  MARIZA MARIN

 3

 4      EXAMINATION                              PAGE

 5      By Mr. Medlock                           13, 303

 6      By Mr. Guisado                           243

 7      By Ms. Shinners                          308

 8

 9                INSTRUCTIONS NOT TO ANSWER

10                    PAGE    LINE

11                     29      25

12                     30      21

13                     31      11

14                     43       2

15                     84       4

16                     84      12

17                    263       9

18

19                INFORMATION REQUESTED

20                    PAGE    LINE

21                     (None)

22

23

24

25                       *  *  *
```

```
 1                    INDEX TO EXHIBITS
 2     MARKED                                          PAGE
 3     Exhibit 182   E-mail chain, top e-mail            23
 4                   from Robert Hood to Sidney
 5                   Aki, April 26, 2018.
 6                   (Bates AOL-DEF-00072448)
 7
 8     Exhibit 183   Definition of "Capacity"            79
 9                   from Ballentine's Law
10                   Dictionary.
11
12     Exhibit 184   Exhibit 27 to Defendants'           80
13                   Opposition to Plaintiffs'
14                   Motion for Class
15                   Certification.
16     Exhibit 185   Standard Operating Procedure        94
17                   San Ysidro Port of Entry
18                   Admissibility Enforcement,
19                   Date:  January 2017
20                   Review Date:  August 2017
21                   Subject:  Admissibility
22                   Enforcement Unit Standard
23                   Operating Procedure.
24
25     Exhibit 186   U.S. Customs and Border            113
26                   Protection Directive,
27                   August 8, 2008, Subject:
28                   Secure Detention, Transport
29                   and Escort Procedures at
30                   Ports of Entry.
31                   (Bates AOL-DEF-00372536 -
32                    00372570)
33     Exhibit 187   E-mail from Mariza Marin to        123
34                   Robert Hood, April 18, 2018,
35                   Subject:  Intake.
36                   (Bates AOL-DEF-00600149)
37
38     Exhibit 188   E-mail chain, top e-mail           133
39                   from Robert Hood to Sidney
40                   Aki, November 9, 2018,
41                   Subject: Re: Surge efforts
42                   at SYS.
43                   (Bates AOL-DEF-00348763 -
44                    00348764)
45
```

Page 6

```
 1                  INDEX TO EXHIBITS (Continuing)
 2    MARKED                                              PAGE
 3    Exhibit 189  E-mail chain, top e-mail        138
 4                 from Robert Hood to Sidney
 5                 Aki, November 9, 2018,
 6                 Subject: CBP UAC FMUA CAT
 7                 REPORT 6:15.
 8                 (Bates AOL-DEF-00072448)
 9
10    Exhibit 190  E-mail chain, top e-mail        141
11                 from Johnny Armijo to Robert
12                 Hood, October 12, 2016,
13                 Subject:  Capacity.
14                 (Bates AOL-DEF-00062088 -
15                  00062089)
16    Exhibit 191  E-mail chain, top e-mail        162
17                 from Sidney Aki to Robert
18                 Hood and others, September
19                 10, 2016, Subject:
20                 San Ysidro End of Day AEU
21                 Reporting for September 9,
22                 2016.
23                 (Bates AOL-DEF-00065872 -
24                  00065874)
25    Exhibit 192  E-mail from Justin Kelemen      163
26                 to various recipients, July
27                 27, 2016, Subject:  San
28                 Ysidro End of Day AEU
29                 Reporting for July 26, 2016.
30                 (Bates AOL-DEF-00065048 -
31                  00065050)
32    Exhibit 193  E-mail chain, top e-mail        166
33                 from Mariza Marin to Kylvin
34                 Gomez, September 8, 2018,
35                 Subject:  Intake.
36                 (Bates AOL-DEF-00603278)
37    Exhibit 194  E-mail chain, top e-mail        176
38                 from Eric Crouston to Sidney
39                 Aki and others, July 12,
40                 2019, Subject:  SYS Daily
41                 Custody Intake and ERO
42                 Movement 7/10/2019.
43                 (Bates AOL-DEF-00084038)
```

Page 7

1              INDEX TO EXHIBITS (Continuing)
2    MARKED                                      PAGE
3    Exhibit 195   Admissibility Enforcement    155/227
4                  Unit 24 Hour Reporting for
5                  September 11, 2016.
6                  (Bates AOL-DEF-00073938 -
7                   00073940)
8    Exhibit 196   Queue Management Report for     181
9                  July 1st, 2019, spreadsheet.
10                 (Bates AOL-DEF-00083448)
11   Exhibit 197   Queue Management Report for     186
12                 July 2nd, 2019, spreadsheet.
13                 (Bates AOL-DEF-00523370)
14   Exhibit 200   Federal Rules of Evidence       190
15                 1006 Summary Exhibit for
16                 San Ysidro Port of Entry:
17                 Impact to Port Operations.
18
19   Exhibit 201   Federal Rules of Evidence       191
20                 1006 Summary Exhibits for
21                 Calexico Port of Entry:
22                 Impact to Port Operations.
23   Exhibit 202   Federal Rules of Evidence       192
24                 1006 Summary Exhibits for
25                 Otay Mesa Port of Entry:
26                 Impact to Port Operations.
27
28   Exhibit 203   Lesson 11: Processing           199
29                 Expedited Removals.
30                 (Bates AOL-DEF-01090765 -
31                  01090828)
32   Exhibit 204   Memorandum April 6, 2012        201
33                 Subject:  Providing
34                 Inadmissible Travelers with
35                 Documentation of an Adverse
36                 Action Case.
37                 (Bates AOL-DEF-00596511 -
38                  00596513)
39
40

1                    INDEX TO EXHIBITS (Continuing)
2      MARKED                                              PAGE
3      Exhibit 205  Defendants' Supplemental and    207
4                   Amended Responses to
5                   Plaintiffs' Fourth Set of
6                   Interrogatories to All
7                   Defendants.
8      Exhibit 206  San Ysidro Pedestrian           211
9                   Facilities May 2018.
10                  (Bates AOL-DEF-00036093 -
11                   00036096)
12
13     Exhibit 207  E-mail from Mariza Marin to     215
14                  Sidney Aki, November 9,
15                  2018, Subject:  AEU
16                  Processing Plan.
17                  (Bates AOL-DEF-00073676)
18
19     Exhibit 208  E-mail chain, top e-mail        218
20                  from Mariza Marin to Robert
21                  Hood, August 7, 2018,
22                  Subject:  AEU Data.
23                  (Bates AOL-DEF-00072964)
24
25     Exhibit 209  E-mail chain, top e-mail        220
26                  from Robert Hood to Sidney
27                  Aki, September 1, 2017,
28                  Subject:  Streamlined
29                  Withdrawals and I-275's.
30                  (Bates AOL-DEF-00069611 -
31                   00069612)
32
33     Exhibit 210  E-mail chain, top e-mail        223
34                  from Claudia Taitague to
35                  various recipients,
36                  January 3, 2016, Subject:
37                  SIGMA 5063573.
38                  (Bates AOL-DEF-00707315 -
39                   00707316)
40
41
42
43

Page 9

```
 1                    INDEX TO EXHIBITS (Continuing)
 2      MARKED                                          PAGE
 3      211          E-mail chain, top e-mail            229
 4                   from Kevin McAleen to Todd
 5                   Owen, June 16, 2018,
 6                   Subject:  SWB Queue
 7                   Management Update.
 8                   (Bates AOL-DEF-00047772 -
 9                    00047773)
10      212          Memorandum April 30, 2020          235
11                   Subject:  Metering Guidance.
12                   (Bates CBPALOTRO000314 -
13                    000315)
14
15      213          E-mail chain, top e-mail           244
16                   from Robert Hood to Mariza
17                   Marin, November 17, 2016,
18                   Subject:  **RFI** Please
19                   Provide Response by COB
20                   today.
21                   (Bates AOL-DEF-00030087)
22
23      214          E-mail chain, top e-mail           244
24                   from Moises Castillo to
25                   Robert Hood, November 17,
26                   2016, Subject:  **RFI**
27                   Please Provide Response by
28                   COB today.
29                   (Bates AOL-DEF-00706277 -
30                    00706278)
31      215          Letter from Katherine              256
32                   Shinners, Esq., to Stephen
33                   Medlock, Esq., May 27, 2020.
34      216          U.S. Customs and Border            269
35                   Protection and Mexico's
36                   National Migration Institute
37                   Joint Pedestrian Pilot at
38                   the San Ysidro-El Chaparral
39                   Port of Entry Pedestrian
40                   West Facility
41                   January 25, 2018, Meeting
42                   Readout.
43                   (Bates AOL-DEF-00243914 -
44                    00243918)
```

INDEX TO EXHIBITS (Continuing)

| MARKED | | PAGE |
|---|---|---|
| 217 | E-mail from Evan Sandoval to Peter Flores and Mariza Marin, December 9, 2018, Subject: ILU Tijuana Area Command Center EOSR 12-09-18. (Bates AOL-DEF-00036576) | 275 |
| 218 | E-mail chain, top e-mail from Edward Chavoya to Sidney Aki and others, August 16, 2016, Subject: Numbers on the Mexico Side. (Bates AOL-DEF-00065471) | 282 |
| 219 | E-mail chain, top e-mail from Robert Hood to various recipients, May 8, 2017, Subject: AEU Detention Space and Asylum Seekers. (Bates AOL-DEF-00753684 - 00753685) | 285 |
| 220 | E-mail chain, top e-mail from Pete Flores to Mariza Marin, January 29, 2019, Subject: Asylum Book. (Bates AOL-DEF-00083821) | 292 |
| 221 | Audio recording from June 13, 2017. (Bates ALOTROLADO 00018604) | 305 |

PRIOR EXHIBITS REFERENCED

| Exhibit | Page |
|---|---|
| 3 | 229 |

* * *

Page 11

1                    SAN DIEGO, CALIFORNIA

2             THURSDAY, MAY 28, 2020; 8:37 A.M.

3

4                    VIDEOGRAPHER:  We are now on the

5     record.  This begins video -- the video deposition

6     of Mariza Maria (sic) in the matter of Al Otro

7     Lado v. McAleenan in the United States District

8     Court, Southern District of California.  Today is

9     Thursday, May 28th, 2020.  The time is 8:38 a.m.

10    This deposition is being taken remotely at the

11    request of Mayer Brown.

12                    The videographer is Joseph New, and

13    the court reporter is Megan Grossman-Sinclair of

14    Magna Legal Services.

15                    Will counsel and all parties

16    present state their appearances and whom they

17    represent.

18                    MR. MEDLOCK:  Good morning.  This

19    is Stephen Medlock, Mayer Brown LLP, on behalf of

20    plaintiffs and the putative class.

21                    MR. GUISADO:  Good morning.  This

22    is Angelo Guisado, Center for Constitutional

23    Rights, on behalf of the plaintiffs and the

24    putative class.

25                    MS. SHINNERS:  Good morning.  This

Page 67

1    "capacity" used with respect to any of those ports

2    of entry?

3              A.   Capacity in general or just have I

4    ever heard it?

5              Q.   Have you ever heard the term

6    "capacity" used with respect to inspecting and

7    processing noncitizens who present themselves at

8    those five land ports of entry?

9              A.   Yes, I have.

10             Q.   What does the term "capacity" mean

11   to you as it's used with respect to processing and

12   inspecting noncitizens that present themselves at

13   the five land ports of entry in the San Diego

14   field office?

15             MS. SHINNERS:  I just want to

16   clarify.  Are you asking her personally or asking

17   her view as a CBP?

18             MR. MEDLOCK:  So I am asking her

19   personally because I think that's not encompassed

20   in the two topics that she is being asked to

21   testify about.

22             MS. SHINNERS:  Okay.

23             THE WITNESS:  So I think we really

24   need to define "capacity," and so the term

25   "capacity," plus there are really two different

Page 68

1    terms for that.  There is a physical capacity

2    that's kind of a set number that's -- that really

3    is not operationally feasible.  There is an

4    operational capacity that fluctuates from day to

5    day, minute to minute.  So there are different

6    capacities of ports of entry.

7    BY MR. MEDLOCK:

8            Q.   To your knowledge, is the

9    distinction between physical capacity and

10   operational capacity memorialized in any sort of

11   regulation?

12           MS. SHINNERS:  Object to the scope.

13           THE WITNESS:  So to my knowledge, I

14   don't know that there is any regulation where

15   that's memorialized.

16   BY MR. MEDLOCK:

17           Q.   Is there any sort of statute that

18   makes a distinction between physical capacity and

19   operational capacity, to your knowledge?

20           MS. SHINNERS:  Object to the scope.

21           THE WITNESS:  My -- not to my

22   knowledge.

23   BY MR. MEDLOCK:

24           Q.   Is there any form of guidance from

25   OFO leadership that makes a distinction between

Page 69

1    physical capacity and operational capacity that

2    you are aware of?

3                MS. SHINNERS:  Object to the scope.

4                THE WITNESS:  So we have always had

5    an operational capacity, you know, for as long as

6    I have kind of worked in detention, and so that

7    there is specific guidance on what is and what is

8    not operational capacity, to my knowledge, no.

9    BY MR. MEDLOCK:

10               Q.   So the answer is you are not aware

11   of any guidance from OFO leadership that defines

12   the difference between physical capacity and

13   operational capacity; is that right?

14               MS. SHINNERS:  Object to the scope.

15               THE WITNESS:  I'm not sure I

16   understand your question fully.

17   BY MR. MEDLOCK:

18               Q.   Have you ever received a memorandum

19   from anybody in the leadership of OFO that

20   explained the difference between operational

21   capacity and physical capacity?

22               MS. SHINNERS:  Object to the scope.

23               THE WITNESS:  So I have seen a

24   memorandum that talks about operational capacity,

25   but to the extent that it defines it and gives us

Page 70

1    guidance on what that is, I would say it does not

2    do that.

3    BY MR. MEDLOCK:

4              Q.    Have you ever seen a standard

5    operating procedure that defines the term

6    "operational capacity" and explains what it is?

7                   MS. SHINNERS:  Object to the scope.

8                   THE WITNESS:  That defines it, no.

9    And I'm not sure.  I would have to look back at

10   any of the standard operating procedures, but,

11   again, for as long as I have worked in detention

12   as a manager, going back to '15-'16, we have

13   always used operational capacity.

14   BY MR. MEDLOCK:

15             Q.    Have you ever seen a written muster

16   that defines the term "operational capacity"?

17                  MS. SHINNERS:  Object to the scope.

18                  THE WITNESS:  That defines

19   "operational capacity"?  Not that I can recall,

20   no.

21   BY MR. MEDLOCK:

22             Q.    Are you aware of any sort of

23   official document at CBP that defines the term

24   "operational capacity"?

25                  MS. SHINNERS:  Object to the scope.

Page 71

1                    THE WITNESS:  Again, I have seen

2      documents that say "operational capacity" and

3      discuss it, but that actually define what that is,

4      I am not aware, no.

5                    MS. SHINNERS:  Is now --

6                    MR. MEDLOCK:  I have just got a

7      couple more questions.  I have just got a couple

8      more questions and we can take a break.  Thank

9      you, Katie.

10     BY MR. MEDLOCK:

11             Q.  So that I understand, you

12     understand what the term "operational capacity"

13     means, but you have never seen any sort of

14     document at CBP that defines the term?

15                    MS. SHINNERS:  Object to the scope.

16                    THE WITNESS:  That specifically

17     define what exactly it is, I have not seen that.

18     BY MR. MEDLOCK:

19             Q.  There is no official guidance that

20     tells CBP employees how they should define the

21     term "operational capacity"; correct?

22                    MS. SHINNERS:  Object to the scope.

23                    THE WITNESS:  Again, in my

24     knowledge, no.

25     ///

Page 72

```
 1    BY MR. MEDLOCK:

 2              Q.   Do you know whether your definition

 3    of "operational capacity" is the same

 4    understanding of operational capacity that a CBP

 5    officer would have at the port of entry in Texas?

 6              MS. SHINNERS:   Object to the scope.

 7              THE WITNESS:   So all of the

 8    dynamics that go into operational capacity, it

 9    would not be the same understanding and it would

10    differ from port of entry to port of entry, from

11    day to day and sometimes by hour, you know, from

12    hour to hour because really ports of entry don't

13    know what's coming in towards them.

14    BY MR. MEDLOCK:

15              Q.   My question is a little different.

16              Have you ever spoken to somebody at

17    a port of entry in Texas to determine how they

18    define the term "operational capacity"?

19              A.   To define it --

20              MS. SHINNERS:   Object to the scope.

21    BY MR. MEDLOCK:

22              Q.   I couldn't hear you, Ms. Marin.

23    I'm sorry.

24              A.   I have not spoken to someone in

25    Texas to define "operational capacity."
```

Page 73

1          Q.    So you don't know how they define

2    it in the land ports of entry in Texas, do you?

3                MS. SHINNERS:  Object to the scope.

4                THE WITNESS:  I don't.

5    BY MR. MEDLOCK:

6          Q.    So "operational capacity" is a term

7    that has never been officially defined by CBP, as

8    far as you know?

9                MS. SHINNERS:  Object to the scope.

10               THE WITNESS:  As far as I know, it

11   has not been officially defined, no.

12               MR. MEDLOCK:  Okay.  Now would be a

13   good time for a break.

14               MS. SHINNERS:  Okay, great.  Thank

15   you.

16               MR. MEDLOCK:  Want to take ten

17   minutes?

18               MS. SHINNERS:  I think -- yeah.

19   Like, 10 or 12 would be great.

20               MR. MEDLOCK:  Okay.

21               VIDEOGRAPHER:  The time is 9:56

22   a.m.  We are now off the record.

23               (Whereupon, a recess was held from

24               9:56 a.m. to 10:12 a.m.)

25               VIDEOGRAPHER:  The time is 12:13

Page 74

1    a.m.  We are now back on the record.

2    BY MR. MEDLOCK:

3              Q.    Welcome back, Ms. Marin.

4                    During the break, did you discuss

5    the substance of your testimony with your counsel?

6              A.    I did.

7              Q.    Which counsel did you discuss the

8    substance of your testimony with?

9              A.    All of them.

10             Q.    And what was discussed about the

11   substance of your testimony?

12                   MS. SHINNERS:  Objection.  Calls

13   for attorney-client communication.

14                   MR. MEDLOCK:  No, it doesn't.  Hill

15   versus Clifton.  There is a lot of other cases

16   about this that when the witness is sworn in and

17   discusses the substance of their testimony during

18   the break, it is a -- it is proper grounds for

19   examination.  So I will ask my question again.

20                   Sure, it's an Eastern District of

21   Pennsylvania case from, I believe, 1995, and

22   there's many, many cases that have followed it.

23                   MS. SHINNERS:  Well, I am going to

24   ask what you mean by discussing the substance of

25   her testimony because otherwise I don't know

Page 101

1    individuals were in the AEU; correct?

2              A.   At the time this was drafted, yes.

3              Q.   Do you have any explanation for why

4    the overflow contingency doesn't consider

5    operational capacity?

6              MS. SHINNERS:  Object to the scope.

7              You can answer.

8              THE WITNESS:  Operational capacity

9    is not -- for us is not a hard number or hard

10   ceiling.  It's a ballpark that we attempt to stay

11   around to safely have the resources available to

12   process and adequately care for people in our

13   custody.  That does not mean that that is a

14   maximum ceiling of capacity for us.

15   BY MR. MEDLOCK:

16             Q.   So the maximum ceiling of capacity

17   can be higher than operational capacity; correct?

18             A.   Right, because operational capacity

19   will vary each day based on all of those factors.

20             Q.   And it can be the case that the

21   port -- a port of entry can physically hold more

22   people than the operational capacity of the port;

23   is that right?

24             A.   Could physically hold more, but we

25   have to weigh the ability to humanely uphold all

1    of the detention standards that are required of us

2    by policy.

3              Q.   If you wanted to humanely uphold

4    those policies, why doesn't the overflow

5    contingency plan shown in Subsection 11.1 of

6    Exhibit 185 reference operational capacity?

7              MS. SHINNERS:  Object to the scope.

8              THE WITNESS:  I don't know the

9    answer to that.

10             MR. MEDLOCK:  Kevin, if you could

11   bring down the box for overflow contingency plan?

12   BY MR. MEDLOCK:

13             Q.   I am going to have Kevin flip

14   through this document, and please stop him when

15   you find a reference to the phrase "operational

16   capacity" anywhere in this AEU standard operating

17   procedure.

18             (Document reviewed by witness on

19             screen.)

20             MS. SHINNERS:  Object to the scope.

21             THE WITNESS:  I don't see it on

22   that page.

23             MR. MEDLOCK:  Okay.  Let's move to

24   the second page of the exhibit.

25             (Document reviewed by witness on

Page 103

1                    screen.)

2      BY MR. MEDLOCK:

3              Q.   Do you see a reference to the

4      phrase "operational capacity" anywhere on the

5      second page of Exhibit 185?

6                    MS. SHINNERS:  Object to the scope

7      and for this line of questioning.

8                    THE WITNESS:  I do not see it.

9      BY MR. MEDLOCK:

10             Q.   Okay.  Let's turn to the third page

11     of Exhibit 185.  Please let me know if you see the

12     phrase "operational capacity" mentioned anywhere

13     on the third page of Exhibit 185.

14                   (Document reviewed by witness on

15                   screen.)

16                   THE WITNESS:  I do not see it

17     there.

18     BY MR. MEDLOCK:

19             Q.   Let's go to the next page of

20     Exhibit 185, and let me know whether you see a

21     reference to operational capacity on this page of

22     Exhibit 185.

23                   (Document reviewed by witness on

24                   screen.)

25                   THE WITNESS:  I do not see it

Page 104

1    there.

2    BY MR. MEDLOCK:

3         Q.    Let's move to the next page of

4    Exhibit 185.  Let me know if you see the phrase

5    "operational capacity" referenced anywhere on this

6    page of Exhibit 185.

7              (Document reviewed by witness on

8              screen.)

9              THE WITNESS:  I do not see that

10   phrase.

11   BY MR. MEDLOCK:

12        Q.    All right.  Let's move to the next

13   page of Exhibit 185, and let me know if you see a

14   reference to the phrase "operational capacity" on

15   this page of Exhibit 185.

16             (Document reviewed by witness on

17             screen.)

18             THE WITNESS:  I do not see that

19   phrase.

20   BY MR. MEDLOCK:

21        Q.    Let's move to the next page of

22   Exhibit 185.  Do you see a reference to the phrase

23   "operational capacity" anywhere on this page of

24   Exhibit 185?

25             (Document reviewed by witness on

Page 105

1                    screen.)

2                    THE WITNESS:  I do not see a

3      reference to the phrase "operational capacity,"

4      but I do see several reasons why physical capacity

5      may not be reached.

6      BY MR. MEDLOCK:

7                    Q.    But the phrase "operational

8      capacity" is not used anywhere on that page, is

9      it?

10                   A.    It is not.

11                   Q.    And there is no definition of

12     "operational capacity" anywhere on that page, is

13     there?

14                   A.    There is not.

15                   Q.    Okay.  Let's move to the next page.

16                   Ms. Marin, do you see any reference

17     to the phrase "operational capacity" anywhere on

18     this page of Exhibit 185?

19                   MS. SHINNERS:  I am just going to

20     reiterate the objection to scope to this line of

21     questioning which I previously stated.

22                   (Document reviewed by witness on

23                   screen.)

24                   THE WITNESS:  I do not see the

25     phrase there.

Page 106

```
 1    BY MR. MEDLOCK:

 2              Q.  Let's move to the next page.

 3              Do you see a reference to

 4    "operational capacity" anywhere on this page of

 5    Exhibit 185?

 6              (Document reviewed by witness on

 7              screen.)

 8              THE WITNESS:  I do not see it

 9    there.

10    BY MR. MEDLOCK:

11              Q.  Let's move to the next page.

12              And as before, let me know if you

13    see a reference to the phrase "operational

14    capacity" anywhere on this page of Exhibit 185.

15              (Document reviewed by witness on

16              screen.)

17              THE WITNESS:  I do not see it.

18    BY MR. MEDLOCK:

19              Q.  All right.  Let's move to the next

20    page.  Let me know whether you see a reference to

21    "operational capacity" on this page of

22    Exhibit 185.

23              (Document reviewed by witness on

24              screen.)

25              THE WITNESS:  No, I don't.
```

Page 107

1    BY MR. MEDLOCK:

2            Q.   Okay.  Let's move to the next page,

3    and let me know whether you see a reference to the

4    phrase "operational capacity" anywhere on the page

5    Bates numbered AOL-DEF-00749865.

6            (Document reviewed by witness on

7            screen.)

8            THE WITNESS:  I do not see it

9    there.

10   BY MR. MEDLOCK:

11           Q.   All right.  Let's move to the last

12   page of the document Bates numbered

13   ALO-DEF-00749866.

14           Let me know if you see the phrase

15   "operational capacity" mentioned anywhere on this

16   page of Exhibit 185.

17           (Document reviewed by witness on

18           screen.)

19           THE WITNESS:  I do not see it

20   there.

21   BY MR. MEDLOCK:

22           Q.   Okay.  So we have been through

23   every page of Exhibit 185, and the phrase

24   "operational capacity" appears nowhere in the

25   standard operating procedures for the San Ysidro

Page 108

1    port of entry's admissibility enforcement unit;

2    correct?

3              A.   Correct.

4              Q.   And you participated in drafting

5    this document in 2015; correct?

6              A.   Correct.

7              Q.   And at that time you understood

8    what the phrase -- you have already testified you

9    understand what the phrase "operational capacity"

10   meant; correct?

11             A.   Correct.

12             MS. SHINNERS:  Object to the scope.

13   BY MR. MEDLOCK:

14             Q.   And do you believe that Mr. Hood

15   and Mr. Castillo also understood what "operational

16   capacity" meant?

17             MS. SHINNERS:  Objection; calls for

18   speculation, scope.

19             THE WITNESS:  I believe I did.

20   BY MR. MEDLOCK:

21             Q.   Did you -- and you never included a

22   definition of the phrase "operational capacity"

23   anywhere in these standard operating procedures;

24   correct?

25             MS. SHINNERS:  Object to the form,

Page 109

1    scope.

2                    THE WITNESS:  No.

3    BY MR. MEDLOCK:

4          Q.   Operational capacity, as you said,

5    is an important concept for the San Ysidro

6    admissibility enforcement unit; correct?

7          A.   It is.

8          Q.   It's an important concept for the

9    AEU, but it appears nowhere in the standard

10   operating procedures; is that right?

11                   MS. SHINNERS:  Object to the scope.

12                   THE WITNESS:  Correct.

13   BY MR. MEDLOCK:

14         Q.   So you expect the court in this

15   case to believe that operational capacity is so

16   important that it drives everything that's done on

17   a daily basis at the San Ysidro AEU but when it

18   was time to put together the standard operating

19   procedures that govern day-to-day business at that

20   AEU, the concept of operational capacity wasn't

21   mentioned once.

22                   Is that what you expect the court

23   to believe?

24                   MS. SHINNERS:  Object to the scope.

25   Argumentative.

Page 110

1                      THE WITNESS:  That was a given for

2       us.  Even during the drafting of that, we knew

3       that we always had the discretion to operate

4       within operational capacity.

5       BY MR. MEDLOCK:

6              Q.   So it was just a given, so you

7       didn't write it down.

8                      Is that your testimony?

9                      MS. SHINNERS:  Object to the scope.

10                     THE WITNESS:  Yes.

11      BY MR. MEDLOCK:

12             Q.   Is it your testimony that

13      "operational capacity" never needed to be defined

14      because everybody understood what it meant and

15      acted accordingly?

16                     MS. SHINNERS:  Object to the scope.

17                     THE WITNESS:  I can't speak to what

18      everyone knew, whether it meant or not, but the

19      decision-makers in the unit clearly understood

20      what operational capacity was and that it

21      fluctuated on any given day on what the detention

22      capacity.

23      BY MR. MEDLOCK:

24             Q.   Can you explain to me why, if

25      operational capacity was such an important concept

Page 111

1      for day-to-day operations of the admissibility

2      enforcement unit at San Ysidro, why it was never

3      defined or written down once?

4                    MS. SHINNERS:  Object to the scope.

5                    THE WITNESS:  I can't explain why

6      it was never written down, but why it's not

7      defined is that there isn't -- there isn't a

8      concrete definition of what that is.  There are

9      several factors that are always changing in

10     dynamic that would affect the capacity on any

11     given day.

12     BY MR. MEDLOCK:

13                    Q.  Did anyone that you are aware of

14     any level at CBP ever write down what the factors

15     were that determined the operational capacity on

16     any given day?

17                    MS. SHINNERS:  Object to the scope.

18                    THE WITNESS:  Not to my knowledge.

19     BY MR. MEDLOCK:

20                    Q.  And you certainly didn't do that in

21     the standard operating procedures for the

22     San Ysidro admissibility enforcement unit;

23     correct?

24                    MS. SHINNERS:  Object to the scope.

25                    THE WITNESS:  I did not.

Page 112

1    BY MR. MEDLOCK:

2              Q.   Are you aware of any form of

3    official or unofficial document at CBP that lays

4    out the factors to be considered when determining

5    what operational capacity is?

6              MS. SHINNERS:  Object to the scope.

7              THE WITNESS:  I am not aware.

8    BY MR. MEDLOCK:

9              Q.   So to your knowledge, no policy

10   exists defining the factors to be used when

11   determining operational capacity?

12             MS. SHINNERS:  Object to the scope.

13             THE WITNESS:  To my knowledge, no.

14   BY MR. MEDLOCK:

15             Q.   So operational capacity is really

16   just an unwritten policy that's based on the gut

17   of the officials at a port of entry; correct?

18             MS. SHINNERS:  Object to the scope.

19             THE WITNESS:  Operational capacity

20   is not based on the gut of officials.  I would not

21   say that, no.  There are several factors that go

22   into operational capacity.  If I have a family

23   unit that comes in and they have -- one of the

24   children in the family unit has chicken pox, a

25   hold room that could hold 24 -- that's a family

Page 113

1    unit of four is going to affect my capacity that

2    day because I can't potentially put anyone else at

3    risk of contracting a contagious illness.  If they

4    have --

5    BY MR. MEDLOCK:

6              Q.   Okay.  And that's your testimony,

7    that's the actual policy of CBP that a family has

8    to be put into an isolation unit; is that correct?

9              MS. SHINNERS:  Object to the scope.

10             THE WITNESS:  I cannot speak to the

11   policy of CBP, but at San Ysidro in the

12   admissibility enforcement unit, if there is a

13   contagious illness, we will absolutely take every

14   step possible to make sure that the ill parties

15   are taken care of, but we also have a

16   responsibility to ensure that they are isolated

17   from the rest of the population to ensure that we

18   don't have an outbreak.

19   BY MR. MEDLOCK:

20             Q.   But you don't actually know what

21   the policy of CBP is on housing individuals with

22   chicken pox or another communicable disease, do

23   you?

24             MS. SHINNERS:  Object to the scope.

25             THE WITNESS:  I don't know the

Page 128

1    would have been what I decided that day to be my

2    operational capacity.

3              Q.   Okay.  So it's just a coincidence

4    that the operational capacity that day was the

5    actual maximum capacity at the AEU?

6              A.   I can't speculate if it was

7    coincidence or not.

8              Q.   On how many days in a year is the

9    actual operational capacity of the San Ysidro port

10   of entry 316?

11             A.   I don't have that number.

12             Q.   You couldn't tell me -- you

13   couldn't tell me a percentage of days in which 316

14   is the actual operational capacity in any given

15   year?

16             A.   I cannot.  And even on that day, we

17   could have reached 316 from the limit line, and

18   then four imposters and eight vehicle cases come

19   in, and my new operational capacity was 328.  So,

20   again, that number is fluid for us when I am

21   talking operational capacity.

22             Q.   Do you know if the operational

23   capacity of the San Ysidro port of entry changed

24   on April 18, 2018?

25             A.   At any time?

Page 129

1                Q.    Yeah.

2                A.    I don't know off the top of my

3       head, no.

4                Q.    Do you know if it changed after

5       6:35 p.m. on April 18, 2018?

6                A.    I don't know.

7                Q.    Can you, as you sit here today, go

8       back and reconstruct for me what the operational

9       capacity of the San Ysidro port of entry was on

10      any given day between May 2016 and the present?

11               A.    Are you asking me to reconstruct

12      the daily operational capacity?

13               Q.    Yes, correct.

14               A.    I cannot do that.

15               Q.    Do you know of anybody at CBP who

16      can do that?

17               A.    Again, that number --

18               MS. SHINNERS:  Object to the scope.

19               THE WITNESS:  That number is fluid

20      and varies from day to day.  So no, I do not

21      believe anyone can do that.

22      BY MR. MEDLOCK:

23               Q.    Do you know of any sort of report

24      or data that exists at CBP that would enable

25      anyone at CBP or otherwise to determine what the

Page 130

1    daily operational capacity of any port of entry

2    was?

3                    MS. SHINNERS:  Object to the scope.

4                    THE WITNESS:  I do not know of any

5    report that's going to give you a daily

6    operational capacity.  Again, that's fluid, it's

7    very dynamic, and it changes multiple times even

8    within a day.

9    BY MR. MEDLOCK:

10              Q.   So let me get this straight.

11                   The operational capacity of a port

12   of entry is not defined in any official document;

13   correct?

14              A.   To my knowledge --

15                   MS. SHINNERS:  Object to the scope.

16   BY MR. MEDLOCK:

17              Q.   And you can't tell me what it is on

18   any given day; correct?

19              A.   Correct.

20              Q.   And you can't even tell me what the

21   factors were that would have led to the

22   operational capacity changing at any given point

23   in time, can you?

24              A.   I can tell you several factors that

25   would change our operational capacity at any given