MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Chad F. Wolf,[1] *et al.*,

Defendants.

Case No.: 17-cv-02366-BAS-KSC

**EXHIBIT 5 TO DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF JUNE 2020 CLAWBACK**

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., ET AL., | ) |
| PLAINTIFFS, | ) |
| | ) |
| VS. | ) CASE NO. |
| | ) 17-cv-02366-BAS-KSC |
| | ) |
| KEVIN K. MCALEENAN, ET AL., | ) |
| DEFENDANTS. | ) |

*******************************************************

ORAL AND VIDEOTAPED DEPOSITION OF
RODNEY HARRIS
JUNE 2, 2020

*******************************************************

ORAL AND VIDEOTAPED DEPOSITION of RODNEY HARRIS, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on June 2, 2020, from 10:23 a.m. to 6:27 p.m., before Delia Ordonez, CSR in and for the State of Texas, reported by machine shorthand, via Webex Magna LegalVision.

A P P E A R A N C E S

FOR THE PLAINTIFFS:

Rebecca Cassler
Sara Rich
Southern Poverty Law Center
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
202.355.4471
Rebecca.cassler@splcenter.org
Sara.rich@splcenter.org

Allison Parr
Steve Medlock
Mayer Brown
1999 K Street, N.W.
Washington, D.C. 20006
202.263.3221
AWParr@mayerbrown.com

FOR THE DEFENDANTS:

Ari Nazarov
Dhruman Y. Sampat
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202.598.8259
Ari.Nazarov@usdoj.gov
Dhruman.y.sampat@usdoj.gov

ALSO PRESENT:

Louisa Slocum, CBP
Benjamin Wolarsky

THE VIDEOGRAPHER:

Noah Fox

THE MAGNA LEGAL TECHNICIAN:

Kevin Cranford

INDEX

ORAL AND VIDEOTAPED DEPOSITION OF

RODNEY HARRIS

JUNE 2, 2020

E X A M I N A T I O N


RODNEY HARRIS PAGE

By Ms. Rebecca Cassler........... 6

By Ms. Allison Parr.............. 236

By Mr. Ari Nazarov............... 286

FURTHER EXAMINATION

By Ms. Rebecca Cassler........... 291

Signature and Changes................. 294

Reporter's Certificate................ 296

EXHIBITS

ORAL AND VIDEOTAPED DEPOSITION OF

RODNEY HARRIS

JUNE 2, 2020

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 222 | AOL-DEF-00011374 | 57 |
| Exhibit 223 | AOL-DEF-00028834 | 68 |
| Exhibit 224 | AOL-DEF-00911036 | 68 |
| Exhibit 228 | AOL-DEF-00095894 | 118 |
| Exhibit 230 | AOL-DEF-00027826 | 131 |
| Exhibit 231 | FRE 1006 Exhibit Laredo QM Reports | 134 |
| Exhibit 233 | AOL-DEF-00911232 | 138 |
| Exhibit 234 | AOL-DEF-01037408 | 150 |
| Exhibit 238 | AOL-DEF-00094682 | 214 |
| Exhibit 239 | AOL-DEF-00060248 | 161 |
| Exhibit 243 | AOL-DEF-00909668 | 143 |
| Exhibit 247 | AOL-DEF-00576995 | 239 |
| Exhibit 249 | AOL-DEF-00563847 | 255 |
| Exhibit 250 | AOL-DEF-00579234 | 268 |
| Exhibit 251 | AOL-DEF-00585486 | 278 |

THE VIDEOGRAPHER: We are now on the record. This begins Media 1 in the deposition of Rodney Harris. Today is Tuesday, June 2nd, 2020, and the time is 10:23 a.m. This deposition is being taken remote- --

MS. CASSLER: Uh --

THE VIDEOGRAPHER: Yes, Counsel.

MS. CASSLER: Sorry. We're actually -- the deponent is in -- is in Central Time, so could we -- could we use Central Time for the record, please?

THE VIDEOGRAPHER: Yes. Stand by, please.

MS. CASSLER: Great. Sorry about that.

THE VIDEOGRAPHER: That's fine. I can start over.

We're now on the record. This begins Media 1 in the deposition of Rodney Harris. Today is Tuesday, June 2nd, 2020, and the time is 9:23 a.m. This deposition is being taken remotely by way of Magna LegalVision. The videographer is Noah Fox, and the court reporter is Delia Ordonez, both of Magna Legal Services. All counsel will be noted on the stenographic record.

Will the court reporter please swear in the witness? And then we can proceed.

RODNEY HARRIS,

having been first duly sworn, testified as follows:

MS. CASSLER: Cool.
Q. (BY MS. CASSLER) So this is an e-mail chain with the top e-mail, so the most recent, an -- it's an e-mail from Frank Longoria to Bradd Skinner, dated June 13th, 2018. Do you see that?
A. Yes.
Q. And Mr. Longoria -- we've talked about through there. Okay. Yeah.
So this e-mail is a cover e-mail for sending a draft queue management plan for Laredo, right?
A. That would -- you know, without the attachment, that would appear to be the case. Yes, this --
Q. Uh-huh. Uh-huh.
A. -- seems to pertain to that.
Q. So the Laredo Field Office created a queue management plan, right?
A. Yes.
Q. Yeah. And that was in early 2018; is that correct?
A. In early 2018? Well --
Q. Or in June 2018. I'm sorry.
A. Yeah, mid-2018, so June 2018.
Q. Great. So could you please read out the second line in this e-mail from Frank Longoria?
A. "Do we need to revisit since we have moved from

'detention capacity' to 'operational capacity'?"

Q. So that's consistent with your thought that operational capacity was a term that CBP started using in June 2018, right?

A. From what I remember, yes. That appears to be the case.

Q. Uh-huh. Uh-huh. Then could you read the next two sentences?

A. "Recommend we send to the ports for their review and comment before we go final. This way we can have port directors tell us what 'operational capacity' means to them. What say you?"

Q. Uh-huh. So I read this e-mail, and I think Frank Longoria and Bradd Skinner don't know what operational capacity means. Is that --

MR. NAZAROV: Objection, form.

Q. (BY MS. CASSLER) -- how you read it?

MR. NAZAROV: Objection, form.

A. Okay. No. The way I read it is there's not a definition of operational capacity that we were giving, so it would be up to interpretation. So they wanted to hear what the port directors think it means. Well, Mr. Longoria --

Q. (BY MS. CASSLER) Okay.

A. -- wants to hear what the port directors think

it means -- thinks it means.

Q. Okay.

A. That's how I would interpret it.

MS. CASSLER: Okay. We can -- okay. We can put that away.

Q. (BY MS. CASSLER) Since queue management started, ports in LFO have metered asylum seekers after they cross onto U.S. soil, right?

MR. NAZAROV: Objection, form.

A. They have not --

Q. (BY MS. CASSLER) What did you say?

A. Talk -- talking to me or to the attorney?

Q. To you, Mr. Harris. I couldn't hear --

A. Okay. Yeah.

Q. -- what you said.

A. So, yeah. No, that has happened in very limited circumstances. It -- it's -- you know, and we were made aware of the situation, corrective actions were taken. It was, of course, in accordance with our policy or the EEC's guidance.

Q. Okay. So you don't --

A. I can't say that it hasn't happened. It just hasn't happened on a wide scale. It's been very limited --

Q. Uh-huh.