JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Chad F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> **JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANTS TO LODGE REDACTED EXHIBITS AND FILE THEIR RESPONSE TO THIS COURT'S AUGUST 6, 2020 ORDER** <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1 | The parties, through counsel, under Federal Rule of Civil Procedure 6(b)(1), hereby jointly move the Court to continue the deadline for Defendants to file their response to this Court's August 6, 2020 order (ECF No. 510) which granted in part and denied in part the Motions to Seal the Class Certification Papers and Opposition (ECF Nos. 388, 404), and denied without prejudice Plaintiffs' Motion to Seal the Reply (ECF No. 410).

The Court in its August 6, 2020, order gave Defendants until August 21, 2020 to lodge redacted exhibits and either provide additional facts to support their request to seal or propose additional targeted redactions. In short, the current deadline to respond is August 21, 2020, and Defendants are seeking a six-day extension until August 27, 2020.

Defendants make this request for an extension for the following reasons. Since the Court's order, a number of key individuals from the Department of Justice and Customs and Border Protection have been out of the office on leave, and as a result, additional time is needed to determine if more briefing on sealing and redactions is warranted.

In addition, undersigned counsel was in depositions related to this case on August 11, August 13 and August 18, 2020. Undersigned counsel sincerely regrets the delay and apologizes to the Court and Plaintiffs, and requests that the Court grant him this short extension to file a response to this Court's August 6 order.

As such, Defendants seek a six-day extension of time until August 27, 2020, to file a response to this Court's August 6, 2020 order.

The parties have met and conferred via email, and Plaintiffs do not oppose this request.

Based upon the foregoing, the parties respectfully request that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), continuing the deadline for Defendants to file their response to this Court's August 6, 2020 order until August 27, 2020.

Dated: August 20, 2020

Respectfully Submitted,

ALEXANDER J. HALASKA
Trial Attorney

*/s/ Ari Nazarov*
ARI NAZAROV
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
ari.nazarov@usdoj.gov

*Counsel for Defendants*

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Stephen S. Medlock

By: */s/ Stephen M. Medlock*
Stephen M. Medlock

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Case No. 3:17-cv-02366-BAS-KSC

I certify that on August 20, 2020, I served a copy of this motion on the following persons by email:

| | |
|---|---|
| **Matthew Ellis Fenn**<br>mfenn@mayerbrown.org | **Stephen Medlock**<br>smedlock@mayerbrown.com |
| **Matthew M. Marmolejo**<br>mmarmolejo@mayerbrown.com | **Angelo R. Guisado**<br>aguisado@ccrjustice.org |
| **Micah D. Stein**<br>mstein@mayerbrown.com | **Baher Azmy**<br>bazmy@ccrjustice.org |
| **Ori Lev**<br>olev@mayerbrown.com | **Ghita R. Schwarz**<br>gschwarz@ccrjustice.org |
| **Rebecca Cassler**<br>rebecca.cassler@splcenter.org | **Karolina J. Walters**<br>kwalters@immcouncil.org |
| **Sarah Marion Rich**<br>sarah.rich@splcenter.org | **Melissa E. Crow**<br>melissa.crow@splcenter.org |

*/s/ Ari Nazarov*
Ari Nazarov
Trial Attorney

3 — JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO THE COURT'S AUGUST 6, 2020 ORDER