UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                          Plaintiffs,<br>  v.<br>Chad F. Wolf, *et al.*,<br>                          Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO ORDER RE: SEALING MOTION**<br><br>**[ECF No. 525]** |

     Before the Court is the parties' Joint Motion to continue the deadline for Defendants to file a response to this Court's August 6, 2020 order. (ECF No. 525.) Defendant states that, due to scheduling issues, additional time is needed to determine if further redactions or sealing requests are warranted. Good cause appearing, the Court **GRANTS** the Joint Motion. Defendants shall file their response by **August 27, 2020**.

     **IT IS SO ORDERED.**

**DATED: August 20, 2020**

Hon. Cynthia Bashant
United States District Judge