UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| AL OTRO LADO, INC., et al., | Case No.: 3:17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | |
| v. | **FURTHER ORDER REGARDING MOTION FOR DETERMINATION OF DISCOVERY DISPUTE REGARDING REQUEST FOR PRODUCTION 220** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, et al., | |
| Defendants. | |

On June 18, 2020, plaintiffs moved to compel production of documents responsive to their Request for Production No. 220. *See* Doc. No. 469. On July 31, 2020, the Court granted plaintiffs' motion, subject to the Court's *in camera* review of the documents. *See* Doc. No. 506 at 5. Defendants lodged the documents potentially responsive to plaintiff's Request for Production No. 220 with the Court on August 6, 2020.

The Court has now completed its *in camera* inspection and has determined that the documents contain information that is appropriately redacted. Accordingly, these documents will be returned electronically to defendants for redaction and production to

/ /

/ /

plaintiffs. Defendants shall produce the documents to plaintiff **within 7 days** of the date of this Order. Defendants may designate the documents as appropriate under the protective order in place in the litigation. Doc. No. 276.

The deadline for plaintiffs to file their anticipated motion regarding potential spoliation of evidence is hereby extended to **September 8, 2020.**

**IT IS SO ORDERED.**

Dated: August 24, 2020

Hon. Karen S. Crawford
United States Magistrate Judge