MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 16 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> AOL-DEF-00328857 to AOL-DEF-00328858 <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
　Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
　*bazmy@ccrjustice.org*
　Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
　*gschwarz@ccrjustice.org*
　Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
　*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
　Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
　*sarah.rich@splcenter.org*
　Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
　*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
　Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
　*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** HOOD, ROBERT W
**Sent:** Wednesday, August 2, 2017 7:10 PM
**To:** AKI, SIDNEY K; ARMIJO, JOHNNY L
**CC:** CASTILLO, MOISES; TAITAGUE, CLAUDIA
**Subject:** RE: Re: Interview with OIG Special Agents

Correct, I think right before Memorial Day weekend in May 2016 (5/24?).

---

**From:** AKI, SIDNEY K
**Sent:** Wednesday, August 02, 2017 3:39:46 PM
**To:** ARMIJO, JOHNNY L
**Cc:** HOOD, ROBERT W; CASTILLO, MOISES; TAITAGUE, CLAUDIA
**Subject:** RE: Re: Interview with OIG Special Agents

Johnny,

I believe the metering started in May 2016. Thx.

---

**From:** ARMIJO, JOHNNY L
**Sent:** Wednesday, August 02, 2017 5:50 PM
**To:** AKI, SIDNEY K
**Cc:** HOOD, ROBERT W ; CASTILLO, MOISES ; TAITAGUE, CLAUDIA
**Subject:** Re: Interview with OIG Special Agents

Greetings, Sir.

I met with OIG Special Agents Paul Torres and Daniel Webb last week.

Although the interview went long (2 ½ hours), I believe that, overall, it went well.

As a follow up to our conversation, the following list are the get-backs.

I ran these through your command staff and they concur.

DP

1) They wanted me to identify the non-governmental organizations (NGOs) who've we've been meeting and collaborating with during the migration surge; see list below. I'm sure there have been others and would like to include them accordingly. <u>List</u>:
   - Alliance San Diego
   - American Immigration Lawyers Association (AILA) San Diego
   - American Civil Liberties Union (ACLU) San Diego
   - Haitian Ministries @ Christ Ministry Center
   - Alliance for African Assistance
   - Council on American Islamic Relations
   - American friends Service Committee
   - Interfaith Center for Worker Justice
   - Interface Center for Worker Justice (ICWJ)
   - Catholic Charities
   - Immigrant Rights Consortium
2) Holding Capacity in AEU prior to moving/transitioning to the trailers.
   - OTM AEU = 40
3) Metering Start and Stop Time Frames?
   - I indicated the 1st week of June 2016 at the start and the 1st week of February 2017 as the stop.
4) A copy of Operation Overflow ConOp.
   - DP
5) Credible Fear Totals (ER/CF and NTA-D/R) for 2016 and 2017 (Jan-June).

| | Disposition Name | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SYS and OTAY | | | | | | | | | | | | |
| 2016 | EXPEDITED REMOVAL (I-860) | 310 | 354 | 476 | 584 | 427 | 247 | 476 | 474 | 931 | 1902 | 744 | 434 | 7359 |
| | EXPEDITED REMOVAL WITH CREDIBLE FEAR | 593 | 712 | 1032 | 1498 | 844 | 487 | 518 | 571 | 471 | 313 | 162 | 153 | 7354 |
| | NOTICE TO APPEAR DETAINED (I-862) | 961 | 1053 | 1014 | 597 | 1416 | 1339 | 1322 | 1340 | 1575 | 879 | 467 | 323 | 12286 |
| | NOTICE TO APPEAR RELEASED (I-862) | 51 | 65 | 56 | 53 | 611 | 666 | 949 | 1338 | 601 | 50 | 751 | 764 | 5955 |
| | TOTAL | 1915 | 2184 | 2578 | 2732 | 3298 | 2739 | 3265 | 3723 | 3578 | 3144 | 2124 | 1674 | 32954 |
| 2017 | EXPEDITED REMOVAL (I-860) | 1235 | 393 | 265 | 235 | 263 | 271 | | | | | | | 2662 |
| | EXPEDITED REMOVAL WITH CREDIBLE FEAR | 161 | 175 | 197 | 114 | 275 | 284 | | | | | | | 1206 |
| | NOTICE TO APPEAR DETAINED (I-862) | 238 | 82 | 34 | 60 | 45 | 31 | | | | | | | 490 |
| | NOTICE TO APPEAR RELEASED (I-862) | 373 | 11 | 10 | 24 | 23 | 12 | | | | | | | 453 |
| | TOTAL | 2007 | 661 | 506 | 433 | 606 | 598 | | | | | | | 4811 |
| | GRAND TOTAL | 3922 | 2845 | 3084 | 3165 | 3904 | 3337 | 3265 | 3723 | 3578 | 3144 | 2124 | 1674 | 37765 |

6) AEU Detention totals for the following dates: July 04th, July 11-14th, July 19-20th, 2016 and July 04, 2017.

| DETAINEES FROM AEU REPORT | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 7/11/2016 | 7/12/2016 | 7/13/2016 | 7/14/2016 | 7/19/2016 | 7/20/2016 | 7/4/2017 |
| SYS | 316 | 278 | 213 | 272 | 204 | 233 | 35 |
| OTAY | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BP Barracks | 14 | 37 | 41 | 16 | 29 | 6 | 0 |
| TOTAL | 330 | 315 | 254 | 288 | 233 | 239 | 35 |

Johnny Armijo
Assistant Director Field Operations
San Diego, California

[redacted]

Highly Confidential/Attorneys' Eyes Only