1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

15
16                **UNITED STATES DISTRICT COURT**
                  **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 19 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | AOL-DEF-00029916 to AOL-DEF-00029918 |
| Defendants. | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** AKI, SIDNEY K
**Sent:** Saturday, July 30, 2016 10:11 AM
**To:** MARIN, MARIZA; HOOD, ROBERT W; CASTILLO, MOISES
**Subject:** RE: San Ysidro End Of Day AEU Reporting for July 29, 2016

Thx.

---

**From:** MARIN, MARIZA
**Sent:** Saturday, July 30, 2016 8:46:59 AM
**To:** AKI, SIDNEY K; HOOD, ROBERT W; CASTILLO, MOISES
**Subject:** RE: San Ysidro End Of Day AEU Reporting for July 29, 2016

That is correct sir. Every once in a while one of them will claim fear but they claim fear of the economy and living conditions. None claim fear of persecution.

---

**From:** AKI, SIDNEY K
**Sent:** Saturday, July 30, 2016 6:12:41 AM
**To:** HOOD, ROBERT W; CASTILLO, MOISES; MARIN, MARIZA
**Subject:** FW: San Ysidro End Of Day AEU Reporting for July 29, 2016

Bob/Mo/Marin,

Are the Haitians still claiming that they want a work permit/TPS status and not claiming fear?

---

**From:** DEALMEIDA-AMARAL, JOAO M
**Sent:** Saturday, July 30, 2016 4:16:03 AM
**To:** FLORES, PETE ROMERO; AKI, SIDNEY K; HOOD, ROBERT W; RODRIGUEZ, CARLOS C; CARRILLO, SALLY R; FORD, STEPHEN C; MCCULLOCH, CHANTELLE; MILLER, CHRIS; ROSSILLI, VONA M; ARMIJO, JOHNNY L; TAITAGUE, CLAUDIA; OLIVERI, SARO; WARD, WILLIAM B; GRANADOS, ANDREA M; KIRKMAN, JOSEPH E; DELGADO, ALBERT F; KAPCZYNSKI, ROBERT A; CASTILLO, MOISES; AVILA, EDWARD; MARIN, MARIZA; KIRKMAN, JOSEPH E; HERNANDEZ, ROSA E; SALAZAR, DAVID A; SARRASIN, DAVID A; SILVA, CARLOS NMI; SNYDER, WILLIAM P; DELGADO, SIGIFREDO; MERRIAM, MITCHELL M; GOLDSBERRY, SHERRY L
**Cc:** SYS AEU
**Subject:** San Ysidro End Of Day AEU Reporting for July 29, 2016

# Admissibility Enforcement Unit
## 24 Hour Reporting for July 29, 2016

### Current Detainees in CBP Custody

| | |
|---|---|
| ONSITE (including OTAY) | 379 |
| HOSPITAL | 0 |
| BARRACKS 5 | 21 |
| BROWN FIELD | 0 |
| IMPERIAL BEACH | 44 |
| ASYLUM LINE | 0 |
| TOTAL | 444 |

### Case work

- ➢ **VP Cases processed at Offsite Ports**
    - ○ 7   **San Ysidro/OTM POE**
    - ○ 7   **Calexico**
    - ○ 0   **Otay Cargo**
    - ○ 0   **Port of San Diego**
    - ○ 0   **Tecate**
    - ○ 0   **Andrade**
    - ○ 0   **Miami**
    - ○ 0   **FT Lauderdale**
    - ○ 0   **Long Beach**

- **0**   LAX
- **16**  El Centro Border Patrol
- **0**   Calexico Border Patrol
- **0**   Campo Border Patrol
- **0**   Detroit
- **30**  Total

### Processed

| | |
|---|---|
| 11 | ER'S |
| 24 | ER/CF |
| 69 | NTA's |
| 0  | Paroles |
| 0  | 240 |
| 2  | WD |
| 1  | Cubans |
| 7  | UAC |
| 2  | TTRT Match |
| 8  | TTRT Mismatch |
| 1  | TTRT Vetting |
| 1  | TGIS |
| 0  | Ped Case |
| 0  | Vehicle Case |

**Total Processed: 126**

# Detainee Movement

### Location:

| | |
|---|---|
| 20 | Transported to W-3 |
| 24 | Family Units to ICE Juvi Coordinator |
| 0  | ICE ERO (Midnight Family Units) |
| 4  | UAC's TOT ICE Juvi Coordinator |
| 24 | Paroled from POE/ IMB/BK5 by ICE |
| 1  | Paroled from POE by CBP |
| 0  | Transported to CAI |
| 36 | Transported to CCA/ODF |
| 0  | Transported to MCC |
| 1  | Cuban Paroles |
| 0  | Minor TOT CPS, |
| 0  | USC/LPR released |
| 0  | Transported to San Diego Airport |
| 0  | Transported to the Grey Hound |

**Total Moved: 110**

# Total Intake
# Expedited Removal w/Credible Fear
# Nationality Breakdown

### OTM Breakdown:

**ER**

0

**ER/CF**

| | |
|---|---|
| 1 | El Salvador |
| 1 | Ivory coast |

**NTA/DT/R OTM**

7     Guatemala
46    Haiti

**CUBAN/PAROLE**

0     Cuba

**Mexico Breakdown:**

**ER/CF**

1     Mexico

**NTA/DT**

42    Mexico

**Total Intake for All Nationalities: 98**

Very respectfully,

Joao DeAlmeida Amaral
Supervisory CBP Officer
Admissibility Enforcement Unit
San Ysidro Port of Entry
Office of Field Operations
U.S. Customs and Border Protection

