1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

15
16                    **UNITED STATES DISTRICT COURT**
                      **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 21 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | AOL-DEF-00243099 to AOL-DEF-00243100 |
| Defendants. | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** HOOD, ROBERT W
**Sent:** Wednesday, May 25, 2016 2:29 PM
**To:** AKI, SIDNEY K
**CC:** CASTILLO, MOISES; MARIN, MARIZA; HOOD, ROBERT W
**Subject:** Haitian Processing Action Plan
**Attachments:** Haitian Processing Action Plan.docx

**Importance:** High

Sir,

Below is our initial Haitian Processing Action plan:

**Situational Summary:** There has been a significant increase in Haitians requesting asylum and/or Temporary Protected Status at the POE. The current surge of Haitians has created lengthy detentions and undesirable conditions at the POE. Limited space, movement and placement of Haitians and lone males and females by ICE/ERO has also created cramped conditions for detainees. As such, management has identified the need for an off-site processing center with a large capacity to process and house detainees until ICE/ERO can move them NTA-Release with ATD.

Currently San Ysidro and Otay Mesa have 533 detainees on site with 340 in the Asylum Line for a total of ▮▮. Approximately ▮▮ of the total detainees on site are Haitians. Currently there are ▮▮ detainees at Barracks 5, ▮▮ at Brown Field Station, and ▮▮ at Imperial Beach Station.

**Action Plan:** Process and house Haitian detainees at Brown Field Station, with the potential to house up to ▮▮ detainees.

**Staffing:**
Eight officers and one Supervisor will be assigned per shift. The AEU supervisor will prepare the daily schedules for this location and coordinate with Miami Field Office for Virtual Processing with Creole speakers.

- Two (2) officers will intake and fingerprint.
- Two (2) officers will prep cases.
- Three (3) officers will process cases.
- One (1) officer will serve as the detention control officer and will take care of the detainee's needs.
- One (1) supervisor will be assigned to supervise the team and review case files.

Three (3) officers have been identified who speak Creole and will be assigned to conduct interviews. Miami has identified 20 officers who speak Creole and will schedule Virtual Processing of Haitians with the team assigned to Brown Field Station. Brown Field Station has 13 work stations and 3 IAFIS machines.

**Meals:**
Detainees will be fed breakfast, lunch and dinner (delivered by Quality Coast Inc.). The AEU duty supervisors will be responsible for coordinating with the off-site supervisor to ensure that sufficient meals are on hand.

- Additionally, juice, water and snacks will be readily available on site.
- Water will be delivered to the station as needed.
- The port will provide blankets for all detainees held at Brown Field Station.

**Transportation:**
Transportation of detainees between the POE and Brown Field will be coordinated by AEU and a dedicated transportation team of officers comprised of A-TCET, SRT and ATU. The transportation team will take Haitian detainees directly from the Asylum line and transport. Each detainee will be patted down for weapons prior to getting into the bus or van. Once at the station, detainees will receive a full pat down and an Appendix D will be completed by the transport team.

AEU is attempting to obtain a bus to transport Haitians directly from the Asylum Line to Brown Field Station. If a bus is obtained, the team will transport ▮▮ Haitians per trip with three (3) officers. If not, four (4) vans with two officers each (8) will be used to transport 12 per van load.

**Communication:** phones and contact numbers:
AEU Duty Supervisors ▮▮

BC Marin: ▮▮

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00243099

WC Castillo
Brown Field

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00243100