MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 23 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **AOL-DEF-00372629 to AOL-DEF-00372634** <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** MCALEENAN, KEVIN K
**Sent:** Tuesday, August 9, 2016 6:56 AM
**To:** Owen, Todd C (AC OFO); WAGNER, JOHN P
**CC:** MARTEL, CARLOS C; HOFFMAN, TODD A
**Subject:** RE: Urgent: Haitian Ambassador Requests Assistance

And they wonder why more are coming... Where is the Credible Fear? Hasn't the TPS been lifted. Seems like economic migration. Should be removing to Haiti.

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Tuesday, August 09, 2016 4:03:32 AM
**To:** MCALEENAN, KEVIN K; WAGNER, JOHN P
**Cc:** MARTEL, CARLOS C; HOFFMAN, TODD A
**Subject:** RE: Urgent: Haitian Ambassador Requests Assistance

Deputy, for the past 2-3 weeks, ERO has been picking them up from the POE, parole them, and immediately drop them off at Haitian ministries, the airport or Greyhound station.


Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

---

From: MCALEENAN, KEVIN K
Sent: Tuesday, August 09, 2016 5:56:39 AM
To: Owen, Todd C (AC OFO); WAGNER, JOHN P
Cc: MARTEL, CARLOS C; HOFFMAN, TODD A
Subject: FW: Urgent: Haitian Ambassador Requests Assistance

ICE is not detaining at all?

---

From: Hamelin, Scott C
Sent: Monday, August 08, 2016 6:52:13 PM
To: Snyderman, Eric; Schultz, John A; MARTEL, CARLOS C; MCALEENAN, KEVIN K; Merten, Kenneth H; Brokenshire, Kent C; Owen, Todd C (AC OFO); WAGNER, JOHN P; Pineiro, Marlen
Cc: Rogal, Leah
Subject: RE: Urgent: Haitian Ambassador Requests Assistance

Eric,

I do not believe it would be due to the fact we do not have any of the recent Haitian migrants in custody at the present time and do not expect to bring any into custody in the foreseeable future. They have been paroled and released straight from CBP custody.


Sent with Good (www.good.com)

---

From: Snyderman, Eric
Sent: Monday, August 08, 2016 6:38:58 PM
To: Schultz, John A; MARTEL, CARLOS C; MCALEENAN, KEVIN K; Merten, Kenneth H; Brokenshire, Kent C; Owen, Todd C (AC OFO); WAGNER, JOHN P; Pineiro, Marlen; Hamelin, Scott C
Cc: Rogal, Leah
Subject: RE: Urgent: Haitian Ambassador Requests Assistance

State Department colleagues, ICE Enforcement and Removal Operations' Acting Field Office Director for San Diego Scott Hamelin can be reached at:

█████████ or ████████████████████████████████████

Unclear how many of the Haitian inadmissibles would be in ERO detention vs. temporary CBP custody.

DP ████████████████████████████████████████████████████████████

State: you may recall from the 2014 Unaccompanied Minor situation that ERO facilities are designed to house migrants for significantly longer periods of time compared to CBP holding facilities that are temporary.

From: Schultz, John A ██████████████
Sent: Monday, August 08, 2016 6:26 PM
To: Snyderman, Eric ████████████████ MARTEL, CARLOS C ████████████████████ MCALEENAN, KEVIN K
LE ██████████ Merten, Kenneth H ██████████ Brokenshire, Kent C ████████████ Owen, Todd C (AC OFO) ██████████████ ; WAGNER, JOHN P ████████ ; Pineiro, Marlen ████████ ; Hamelin, Scott C ████████████

Highly Confidential/Attorneys' Eyes Only

Cc: Rogal, Leah ████████████████
Subject: RE: Urgent: Haitian Ambassador Requests Assistance

+ Scott Hamelin who is the ERO San Diego POC

Sent with Good (www.good.com<http://www.good.com>)

------------------------------------

From: Snyderman, Eric
Sent: Monday, August 08, 2016 3:44:00 PM
To: MARTEL, CARLOS C; MCALEENAN, KEVIN K; Merten, Kenneth H; Brokenshire, Kent C; Owen, Todd C (AC OFO); WAGNER, JOHN P; Pineiro, Marlen; Schultz, John A
Cc: Rogal, Leah
Subject: RE: Urgent: Haitian Ambassador Requests Assistance
+ ICE ERO for a contact on their side of things

Best regards,

Eric Snyderman

From: MARTEL, CARLOS C
Sent: Monday, August 08, 2016 3:42 PM
To: MCALEENAN, KEVIN K; Merten, Kenneth H; Brokenshire, Kent C; Snyderman, Eric; Owen, Todd C (AC OFO); WAGNER, JOHN P
Cc: Rogal, Leah
Subject: RE: Urgent: Haitian Ambassador Requests Assistance

Port Director Sydney Aki will be the Ambassador's POC for asylum seekers being held in temporary custody at the CBP San Ysidro/Otay Mesa ports of entry.  He can be reached at the following:

Sidney K. Aki
████████████████████████████████████████

Carlos C. Martel
Acting Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
███████████████████

From: MCALEENAN, KEVIN K
Sent: Monday, August 08, 2016 3:15 PM
To: Merten, Kenneth H ████████████████ Brokenshire, Kent C ███████████████████████████; Snyderman, Eric <██████████████████████████████>; Owen, Todd C (AC OFO) ███████████████████████████████████████>>; WAGNER, JOHN P ███████████████████ MARTEL, CARLOS C
Cc: Rogal, Leah ████████████████████████████████████
Subject: RE: Urgent: Haitian Ambassador Requests Assistance

Looping in CBP's Office of Field Operations.

------------------------------------

From: Merten, Kenneth H
Sent: Monday, August 08, 2016 3:12:26 PM
To: Brokenshire, Kent C; Snyderman, Eric
Cc: Rogal, Leah; MCALEENAN, KEVIN K
Subject: RE: Urgent: Haitian Ambassador Requests Assistance
He'd like to see the folks on Wednesday, I believe. KM

This email is UNCLASSIFIED.

From: Brokenshire, Kent C
Sent: Monday, August 08, 2016 3:11 PM
To: Snyderman, Eric
Cc: Rogal, Leah; MCALEENAN, KEVIN K; Merten, Kenneth H
Subject: Urgent: Haitian Ambassador Requests Assistance
Importance: High

Eric:

We learned a short time ago that Haitian Ambassador Paul Altidor plans to travel to San Diego tomorrow to visit with Haitian asylum seekers in detention.

He would like access to these Haitians and has requested our assistance.

Could you please provide us with contact information on DHS or CBP officials in the San Ysidro area who might be able to assist Ambassador Altidor?

                     AOL-DEF-00372630

He departs tomorrow, so any assistance you can provide is most appreciated.

Thanks, as always, Eric,

Kent

Kent C. Brokenshire
Deputy Haiti Special Coordinator
Office Director
WHA/HSC - Rm 4908
Department of State

This email is UNCLASSIFIED.

From: Friedman, Bruce W
Sent: Wednesday, June 29, 2016 9:08 AM
To: Merten, Kenneth H; Brokenshire, Kent C; Baran, Amanda; Stodder, Seth; Rogal, Leah; Snyderman, Eric; Giovagnoli, Mary; MCALEENAN, KEVIN K
Cc: Hoy, Serena; Stater, Timothy M; Callan, John P
Subject: RE: Haitian numbers

…A very important question that only PRM can answer.

From: Merten, Kenneth H
Sent: Wednesday, June 29, 2016 9:03 AM
To: Friedman, Bruce W; Brokenshire, Kent C; Baran, Amanda; Stodder, Seth; Rogal, Leah; Snyderman, Eric; Giovagnoli, Mary; MCALEENAN, KEVIN K
Cc: Hoy, Serena; Stater, Timothy M; Callan, John P
Subject: RE: Haitian numbers

I don't think these Haitians meet the criteria for "refugees" though, do they?  KM

SBU
This email is UNCLASSIFIED.

From: Friedman, Bruce W
Sent: Wednesday, June 29, 2016 8:50 AM
To: Brokenshire, Kent C; Baran, Amanda; Stodder, Seth; Rogal, Leah; Snyderman, Eric; Giovagnoli, Mary; Merten, Kenneth H; MCALEENAN, KEVIN K
Cc: Hoy, Serena; Stater, Timothy M; Callan, John P
Subject: RE: Haitian numbers

Kent,

DP

Bruce

From: Brokenshire, Kent C
Sent: Tuesday, June 28, 2016 5:05 PM
To: Baran, Amanda; Stodder, Seth; Rogal, Leah; Snyderman, Eric; Giovagnoli, Mary; Merten, Kenneth H; MCALEENAN, KEVIN K
Cc: Hoy, Serena; Stater, Timothy M; Friedman, Bruce W
Subject: RE: Haitian numbers

Dear Amanda:

Thank you for your message.

DP

However, we will keep DHS apprised as this process moves forward.

Best,
Kent

Kent C. Brokenshire
Deputy Haiti Special Coordinator
Office Director
WHA/HSC - Rm 4908

Highly Confidential/Attorneys' Eyes Only

Department of State



This email is UNCLASSIFIED.

From: Baran, Amanda 
Sent: Monday, June 27, 2016 9:01 PM
To: Brokenshire, Kent C; Stodder, Seth; Rogal, Leah; Snyderman, Eric; Giovagnoli, Mary; Merten, Kenneth H; MCALEENAN, KEVIN K
Cc: Hoy, Serena
Subject: RE: Haitian numbers

Thanks, Kent. I look forward to hearing the readout from my DHS colleagues tomorrow.

DP

Re-adding Serena, who was inadvertently dropped from the chain.

Thanks!
Amanda

_____

From: Brokenshire, Kent C
Sent: Monday, June 27, 2016 12:55:39 PM
To: Stodder, Seth; Rogal, Leah; Snyderman, Eric; Baran, Amanda; Giovagnoli, Mary; Merten, Kenneth H; MCALEENAN, KEVIN K
Subject: RE: Haitian numbers
Dear DHS Colleagues:

Ahead of our sub-IPC this afternoon, I wanted to let you know that I have communicated with Embassy Port-au-Prince on the need for an update on the Country Conditions Report.

DP

Best,
Kent

This email is UNCLASSIFIED.

From: Brokenshire, Kent C
Sent: Friday, June 24, 2016 7:04 PM
To: 'Stodder, Seth'; Rogal, Leah; Snyderman, Eric; Baran, Amanda; Giovagnoli, Mary; Merten, Kenneth H; MCALEENAN, KEVIN K
Subject: RE: Haitian numbers

Dear Colleagues:

DP

Best,
Kent



This email is UNCLASSIFIED.

From: Stodder, Seth 
Sent: Thursday, June 23, 2016 5:39 PM
To: Brokenshire, Kent C; Rogal, Leah; Snyderman, Eric; Baran, Amanda; Giovagnoli, Mary; Merten, Kenneth H; MCALEENAN, KEVIN K
Subject: RE: Haitian numbers

Highly Confidential/Attorneys' Eyes Only

Thanks Kent. Much appreciated. Good seeing you both the other day.

Best,
Seth


Seth M.M. Stodder
U.S. Department of Homeland Security
Assistant Secretary for Border, Immigration & Trade Policy

████████████████████████████████████

From: Brokenshire, Kent C ██████████████████ Thursday, June 23, 2016 5:35 PM
To: Rogal, Leah ████████████████████████████████████ >>; Snyderman, Eric
████████████████████████████████████ Stodder, Seth
████████████████████████████████████ Baran, Amanda
████████████████████████████████████ ; Giovagnoli, Mary
████████████████████████████████████ ; Merten, Kenneth H
████████████████████████████████ MCALEENAN, KEVIN K
████████████████████ LE ████████████████████████
Subject: RE: Haitian numbers

Leah:

We are working on both issues now.

Kent

Kent C. Brokenshire
Deputy Haiti Special Coordinator
Office Director
WHA/HSC - Rm 4908
Department of State
██████████


This email is UNCLASSIFIED.


From: Rogal, Leah [http://redirect.state.sbu/?url=""] Thursday, June 23, 2016 3:01 PM
To: Brokenshire, Kent C; Snyderman, Eric; Stodder, Seth; Baran, Amanda; Giovagnoli, Mary; Merten, Kenneth H; MCALEENAN, KEVIN K
Subject: RE: Haitian numbers

It was a pleasure for us to meet you as well. DP
DP ████████████████████████████████████████████████
████████████████████████████████

Thank you.


Leah L. Rogal | DHS | Immigration Policy | NAC-17, Rm. 312-6 ████████████

From: Brokenshire, Kent C
Sent: Wednesday, June 22, 2016 10:14:38 AM
To: Hoy, Serena; Snyderman, Eric; Stodder, Seth; Baran, Amanda; Rogal, Leah; Giovagnoli, Mary; Merten, Kenneth H; MCALEENAN, KEVIN K
Cc: Rosenblum, Marc
Subject: RE: Haitian numbers
Serena:

It was a pleasure for DAS Merten and me to meet you and your team yesterday morning.

Thank for passing along the nod from ICE. We will now start working on the items we discussed yesterday, and will keep you apprised as this moves forward.

Please feel free to contact me any time on this issue. Meanwhile, I will remain in touch with Eric Snyderman.

Best,
Kent

Kent C. Brokenshire
Deputy Haiti Special Coordinator
Office Director
WHA/HSC - Rm 4908
Department of State
██████████


This email is UNCLASSIFIED.

From: Hoy, Serena [http://redirect.state.sbu/?url="" Tuesday, June 21, 2016 4:37 PM
To: Snyderman, Eric; Stodder, Seth; Baran, Amanda; Rogal, Leah; Giovagnoli, Mary; Merten, Kenneth H; Brokenshire, Kent C; MCALEENAN, KEVIN K
Cc: Rosenblum, Marc
Subject: RE: Haitian numbers

Thank you. Following up on this morning's discussion DP

DP

Thank you
Serena

From: Snyderman, Eric
Sent: Tuesday, June 21, 2016 10:33 AM
To: Hoy, Serena ▮▮▮▮▮▮▮▮▮▮▮<http://redirect.state.sbu/?url="" Stodder, Seth▮▮▮▮▮▮▮▮▮▮▮▮▮<http://redirect.state.sbu/?url="" Baran, Amanda▮▮▮▮▮▮▮▮▮▮<http://redirect.state.sbu/?url="" Rogal, Leah▮▮▮▮▮▮▮▮▮▮▮<http://redirect.state.sbu/?url="" Giovagnoli, Mary ▮▮▮▮▮▮▮▮▮▮▮▮v<http://redirect.state.sbu/?url="▮▮▮▮▮▮▮▮tp://redirect.state.sbu/?url="" Brokenshire, Kent C ▮▮▮▮▮▮▮▮<http://redirect.state.sbu/?url="" Rosenblum, Marc▮▮▮▮▮▮▮▮▮▮v<http://redirect.state.sbu/?url="" RE: Haitian numbers

+ Amb. Merten and his deputy Kent Brokenshire.

Best regards,

Eric Snyderman

From: Hoy, Serena
Sent: Tuesday, June 21, 2016 10:29 AM
To: Stodder, Seth; Baran, Amanda; Snyderman, Eric; Rogal, Leah; Giovagnoli, Mary
Cc: Rosenblum, Marc
Subject: Haitian numbers

Fyi - A couple of documents attached, covering Haitian migrants at San Ysidro since Jan 1 and total Haitian migrants since FY15, as well as interdictions at sea. Not for public distribution, but feel free to share with State Department colleagues, if you think they might find these useful.

Serena

AOL-DEF-00372634

1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5     *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6     (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
               **UNITED STATES DISTRICT COURT**
16             **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 24 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | **AOL-DEF-00525116 to AOL-DEF-00525118** |
| Defendants. | ***FILED UNDER SEAL*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** MORGAN, MARK A.
**Sent:** Tuesday, October 18, 2016 5:07 PM
**To:** MCALEENAN, KEVIN K; Owen, Todd C (AC OFO)
**Subject:** RE: Haitian Migrants - Updates and policy decision re El Centro Processing Center concept

The CF and asylum is also the problem. I know you know this but why after all these years of everyone knowing its wrong have we made little progress. The troop are demoralized re: the front door/back door – knowing we are not vetting these folks because there is no way to vet them. If I was a citizen in Yuma I would be outraged!!

**From:** MCALEENAN, KEVIN K
**Sent:** Tuesday, October 18, 2016 4:54 PM
**To:** MORGAN, MARK A **LE**                     Owen, Todd C (AC OFO) <TODD.OWEN@CBP.DHS.GOV>
**Subject:** RE: Haitian Migrants - Updates and policy decision re El Centro Processing Center concept

I just asked this question—how they are handling in AZ—of Field Ops as Senator McCain's office is already calling. I'm not surprised by your intel below.

On the broader question, Chief, you have crystallized the issue. If they can't remove to Haiti, and can't remove to Brazil, they are going to be simply releasing them. That is what ICE-ERO did with the first 5,000 that showed up at San Ysidro, and now that they have 2,000 detained, they are going back to releases. (On that note, Todd, are we still ER'ing?

**DP**

**From:** MORGAN, MARK A.
**Sent:** Tuesday, October 18, 2016 4:25 PM
**To:** MCALEENAN, KEVIN K **LE**                     Owen, Todd C (AC OFO) <TODD.OWEN@CBP.DHS.GOV>
**Subject:** RE: Haitian Migrants - Updates and policy decision re El Centro Processing Center concept

Gents,

Its my understanding that in the Yuma AOR - ERO, once after picking up from USBP, they are driving the Haitians to local bus stations via an NTA, and dropping them off. The migrants are remaining in the area rather than departing. They are going into the community and attempting to get work, etc... This has caused concern from the local Mayor's office, council members, an community. The Mayor has called for a meeting and contacted the Governor.

So we are, as a U.S., continuing to allow these migrants into the U.S. via an NTA? I'm being told if they are first time migrants, our ability to be able to effectively "vet" them" is nonexistent. The end result is, they come in the front door of the El Centro processing center and ERO will take them out the back door and release them into the U.S.? If we are expecting thousands – doesn't ERO need to have a better strategy than letting them go out the back door into the community?

Is ERO doing the same in other AORs?

Mark

**From:** MCALEENAN, KEVIN K
**Sent:** Tuesday, October 18, 2016 2:41 PM
**To:** Owen, Todd C (AC OFO) <TODD.OWEN@CBP.DHS.GOV>; MORGAN, MARK A. **LE**             ALLES, RANDOLPH D
<RANDOLPH.D.ALLES@cbp.dhs.gov>; VITIELLO, RONALD D (USBP) <RONALD.D.VITIELLO@cbp.dhs.gov>
**Cc:** WAGNER, JOHN P <JOHN.P.WAGNER@CBP.DHS.GOV>; LUCK, SCOTT A (USBP) <SCOTT.A.LUCK@CBP.DHS.GOV>; GOOD, BEVERLY
<BEVERLY.GOOD@cbp.dhs.gov>; HOFFMAN, TODD A <TODD.A.HOFFMAN@CBP.DHS.GOV>; CHAVEZ, GLORIA I
<GLORIA.I.CHAVEZ@CBP.DHS.GOV>; WILLIAMS, JAYE M <JAYE.M.WILLIAMS@cbp.dhs.gov>; QUINN, TIMOTHY <timothy.quinn@cbp.dhs.gov>;
HANNA, RENE <rene.hanna@cbp.dhs.gov>; NUNEZ-NETO, BLAS <blas.nunez-neto@cbp.dhs.gov>; VISCONTI, JAY
<JAY.VISCONTI@CBP.DHS.GOV>; FLANAGAN, PATRICK S <Patrick.Flanagan@dhs.gov>; NUTZHORN, JOSHUA B
<JOSHUA.B.NUTZHORN@CBP.DHS.GOV>
**Subject:** Haitian Migrants - Updates and policy decision re El Centro Processing Center concept

EAC Owen and Team,

The Commissioner and Secretary have both approved initiating this effort and establishing a *temporary* Haitian processing capability in El Centro. ICE has promised full partnership and support in this joint effort. DHS CFO has advised that we should track our expenses for potential reimbursement after we have a full FY 17 budget.

The following factors supported this decision: (1) current numbers in Baja California and throughout the transit route from Panama through Tapachula, Mexico; (2) lack of near-term removals to Haiti due to the ongoing impact of Hurricane Matthew; (3) no near-term agreement with Brazil for returns of Haitians with residency status there; (4) pressure on Mexico and Central American partners presented by over 12,000 Haitian nationals in various stages of transit and high-level requests from Mexico and others for US assistance; and (5) no immediately available path for providing foreign assistance for Central American partners to conduct detention and removal operations. While each of these issues is being worked by DHS and interagency partners, this is current status.

Other notable factors:

                                                                            AOL-DEF-00525116

- Secretary reiterated his commitment to resume removals to Haiti as soon as hurricane recovery efforts allow;
- Secretary did not make a decision on extending the effective date of TPS status for Haitians in the US;
- ICE-ERO has over 2,000 Haitians in custody and has crested 41,000 beds overall.

I recognize the burden of this effort with costs, TDY resources etc, but this appears to be our best near-term option given the already challenging ops tempo and custody situation at SYS, CLX, and San Luis POEs. I am asking OFO to lead the effort to establish this center with full support from USBP. Please engage with OF and Facilities to implement, and with OCA and OPA for appropriate messaging as overt actions are taken. Please also include regular updates in Migration CAT reports and advise when we have a solid timeline.

Thank you in advance,
KM



Kevin K. McAleenan
Deputy Commissioner
U.S. Customs and Border Protection

*We are the guardians of our Nation's borders. We are America's frontline.*

*V   i   g   i   l   a   n   c   e   •   S   e   r   v   i   c   e   •   I   n   t   e   g   r*

---

**From:** NUTZHORN, JOSHUA B
**Sent:** Thursday, October 13, 2016 3:36:57 PM
**To:** MCALEENAN, KEVIN K
**Cc:** FLANAGAN, PATRICK S
**Subject:** FW: Updated El Centro IP

Sir,

Attached is the E-copy of the El Centro IP from OFO.

Joshua Nutzhorn
Adjutant for Deputy Commissioner McAleenan
202-344-1514 (desk)
202-431-0854 (bb)
Joshua.B.Nutzhorn@cbp.dhs.gov

---

**From:** HUTTON, JAMES R
**Sent:** Thursday, October 13, 2016 2:38 PM
**To:** NUTZHORN, JOSHUA B <JOSHUA.B.NUTZHORN@CBP.DHS.GOV>
**Subject:** FW: Updated El Centro IP

---

**From:** VAQUERO, ROBERTO
**Sent:** Thursday, October 13, 2016 2:26:14 PM
**To:** SCHROEDER-FAWCETT, JENNIFER L; HUTTON, JAMES R; TAMAYO, ENRIQUE S; OFO-OPS-CAT; BANKS, DAVID L; Brown, Jim; HOFFMAN, TODD A; WATSON, STEPHANIE E; FANG, JASMINE I
**Subject:** Updated El Centro IP

All,

Attached is the latest version of the El Centro IP.

Robert Vaquero
Supervisory Program Manager
Admissibility and Passenger Programs-HQ
Office of Field Operations
U.S. Customs and Border Protection
Office:  (202) 344-1581
Mobile: (202) 304-6525
Email:   Roberto.Vaquero@dhs.gov

Highly Confidential/Attorneys' Eyes Only

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00525118

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (pro hac vice)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (pro hac vice)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (pro hac vice)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                    Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 59 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**AOL-DEF-00028473 to 28475**<br><br><br>*FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** Owen, Todd C (AC OFO)
**Sent:** Monday, November 12, 2018 9:36 AM
**To:** FLORES, PETE ROMERO
**Subject:** FW: C1 Migrant Processing Direction

FYI

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** MCALEENAN, KEVIN K
**Sent:** Monday, November 12, 2018 3:49:40 AM
**To:** Owen, Todd C (AC OFO)
**Cc:** PEREZ, ROBERT E; FLANAGAN, PATRICK S; HOWE, RANDY J; WAGNER, JOHN P
**Subject:** Re: C1 Migrant Processing Direction

Thanks EAC. I will review and set up a time to discuss tomorrow.

Sent from my iPhone

On Nov 11, 2018, at 7:30 PM, Owen, Todd C (AC OFO) <TODD.OWEN@CBP.DHS.GOV> wrote:



Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 11:57:02 PM
**To:** Owen, Todd C (AC OFO); HOWE, RANDY J
**Cc:** AKI, SIDNEY K; MARICICH, ANNE L; CASTILLO, MOISES; ARMIJO, JOHNNY L
**Subject:** Re: C1 Migrant Processing Direction

<Ped West.docx>

Hopefully the document is attached now.

Highly Confidential/Attorneys' Eyes Only    AOL-DEF-00028473

Sent from my iPhone

On Nov 11, 2018, at 3:55 PM, FLORES, PETE ROMERO <P███████████████ ▪ wrote:

EAC,

DP

Pete

Sent from my iPhone

On Nov 11, 2018, at 11:53 AM, Owen, Todd C (AC OFO) <████████████████ wrote:

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 7:50:12 PM
**To:** MCALEENAN, KEVIN K
**Cc:** Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; PEREZ, ROBERT E; FLANAGAN, PATRICK S; BOYD, VALERIE S; PETERLIN, MEGHANN K
**Subject:** Re: C1 Migrant Processing Direction

Sir,

DP ████████████████████████████████████████████ As of yesterday we started to
increase intake of asylum seekers to match our capacity space based processing, holdings and release.
The transfer of adult singles are the biggest concern and have the longest dwell times. Family units will be a
large composition of our daily intake and additional ERO resources at the port to handle the releases will
be need.



Pete
Sent from my iPhone

On Nov 11, 2018, at 11:30 AM, MCALEENAN, KEVIN K
< LE ┊ wrote:

Team,

Please provide, very specifically, the numbers and types (SA, FMUA, UAC) you are looking
to have moved by ICE each day out of SYS. Thanks,

Highly Confidential/Attorneys' Eyes Only

Sent from my iPhone

Begin forwarded message:

> **From:** "Vitiello, Ronald D" < **LE**
> **Date:** November 11, 2018 at 2:04:08 PM EST
> **To:** "MCALEENAN, KEVIN K"
>
> **LE**
>
> **Subject: RE: C1 Migrant Processing Direction**
>
> Okay,
>
> Thanks.  The memo is light on detail.  Do you have another
> description (Con-ops)?
>
> ---
>
> **From:** MCALEENAN, KEVIN K
> **Sent:** Sunday, November 11, 2018 11:32 AM
> **To:** Vitiello, Ronald D < **LE**
> **Subject:** Fwd: C1 Migrant Processing Direction
>
> Director,
>
> Wanted to share my guidance to OFO on implementing the surge directed in
> the President's proclamation.  We really need ERO's support, starting over
> this weekend in San Diego, to get the POE process running.  Let me know if
> you want to talk through.  Thanks,
>
> Kevin
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** "FLANAGAN, PATRICK S" ████████████████
> > **Date:** November 10, 2018 at 1:31:58 PM EST
> > **To:** "MCALEENAN, KEVIN K"
> > **LE**
> > **Subject: Fwd: C1 Migrant Processing Direction**

Highly Confidential/Attorneys' Eyes Only

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>        Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 60 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**AOL-DEF-00028469 to 28470**<br><br>*FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

ISACSON DECLARATION

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 2:55 PM
**To:** Owen, Todd C (AC OFO)
**CC:** HOWE, RANDY J
**Subject:** Re: C1 Migrant Processing Direction

 DP

Sent from my iPhone

On Nov 11, 2018, at 11:53 AM, Owen, Todd C (AC OFO)                              wrote:

DP

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 7:50:12 PM
**To:** MCALEENAN, KEVIN K
**Cc:** Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; PEREZ, ROBERT E; FLANAGAN, PATRICK S; BOYD, VALERIE S; PETERLIN, MEGHANN K
**Subject:** Re: C1 Migrant Processing Direction

Sir,



DP ........................................................s of yesterday we started to increase intake of asylum
seekers to match our capacity space based processing, holdings and release. The transfer of adult singles are the biggest concern and have the longest dwell times. Family units will be a large composition of our daily intake and additional ERO resources at the port to handle the releases will be need.

DP

Pete
Sent from my iPhone

On Nov 11, 2018, at 11:30 AM, MCALEENAN, KEVIN K [ **LE** ] wrote:

Team,

Please provide, very specifically, the numbers and types (SA, FMUA, UAC) you are looking to have moved by ICE each day out of SYS. Thanks,

KM

Sent from my iPhone

Begin forwarded message:

Highly Confidential/Attorneys' Eyes Only

**From:** "Vitiello, Ronald D" <span style="background:black"> </span>
**Date:** November 11, 2018 at 2:04:08 PM EST
**To:** "MCALEENAN, KEVIN K" <span style="background:black">LE</span>
**Subject: RE: C1 Migrant Processing Direction**

Okay,

Thanks.  The memo is light on detail.  Do you have another description (Con-ops)?

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, November 11, 2018 11:32 AM
**To:** Vitiello, Ronald D <span style="background:black"> </span>
**Subject:** Fwd: C1 Migrant Processing Direction

Director,

Wanted to share my guidance to OFO on implementing the surge directed in the President's proclamation.  We really need ERO's support, starting over this weekend in San Diego, to get the POE process running.  Let me know if you want to talk through.  Thanks,

Kevin

Sent from my iPhone

Begin forwarded message:

> **From:** "FLANAGAN, PATRICK S" <span style="background:black"> </span>
> **Date:** November 10, 2018 at 1:31:58 PM EST
> **To:** "MCALEENAN, KEVIN K" <span style="background:black">LE</span>
> **Subject: Fwd: C1 Migrant Processing Direction**

Highly Confidential/Attorneys' Eyes Only

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 61 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**AOL-DEF-00050247 to 50250**<br><br>*FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** FLORES, PETE ROMERO
**Sent:** Wednesday, November 14, 2018 7:16 AM
**To:** HOWE, RANDY J
**CC:** WAGNER, JOHN P; Owen, Todd C (AC OFO)
**Subject:** Re: C1 Migrant Processing Direction

Sent from my iPhone

On Nov 14, 2018, at 4:07 AM, HOWE, RANDY J                                    wrote:

Pete. Guidance below from the Commissioner. Let's discuss today.

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

Begin forwarded message:

**From:** "MCALEENAN, KEVIN K" -                    **LE**
**Date:** November 13, 2018 at 11:23:21 PM EST
**To:** "Owen, Todd C (AC OFO)"
**Cc:** "PEREZ, ROBERT E                                        "FLANAGAN, PATRICK S"
                        "HOWE, RANDY J"                                        "WAGNER, JOHN P"
                                , "BOYD, VALERIE S"                                        "PETERLIN,
MEGHANN K"
**Subject: Re: C1 Migrant Processing Direction**

EAC,

This is a very good and productive plan.  I briefed the Secretary this evening and received guidance on next steps.

At this planning stage, the Secretary's preferred approach is:

(1) to maintain queue management as currently balanced against all mission sets, including security and passenger/trade facilitation at land border POEs and international airports; and

(2) to pursue accelerated planning for a Return to Territory approach to be applied to caravan participants and other arrivals as soon as practicable, pending GoM agreement.

Thank you,

KM

Sent from my iPhone

On Nov 11, 2018, at 6:30 PM, Owen, Todd C (AC OFO) -                                    wrote:

Commissioner,



Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 11:57:02 PM
**To:** Owen, Todd C (AC OFO); HOWE, RANDY J
**Cc:** AKI, SIDNEY K; MARICICH, ANNE L; CASTILLO, MOISES; ARMIJO, JOHNNY L
**Subject:** Re: C1 Migrant Processing Direction

<Ped West.docx>

Hopefully the document is attached now.

Sent from my iPhone

On Nov 11, 2018, at 3:55 PM, FLORES, PETE ROMERO
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ wrote:

> EAC,
>
> ⬛⬛⬛ DP ⬛⬛⬛
>
> Pete
>
> Sent from my iPhone
>
> On Nov 11, 2018, at 11:53 AM, Owen, Todd C (AC OFO)
> ⬛⬛⬛⬛⬛⬛⬛⬛ wrote:
>
> > ⬛⬛⬛ DP ⬛⬛⬛
> >
> > Todd C. Owen
> > Executive Assistant Commissioner
> > Office of Field Operations

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00050248

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 7:50:12 PM
**To:** MCALEENAN, KEVIN K
**Cc:** Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; PEREZ, ROBERT E; FLANAGAN, PATRICK S; BOYD, VALERIE S; PETERLIN, MEGHANN K
**Subject:** Re: C1 Migrant Processing Direction

Sir,

████████████████ **DP** ████████████ As of yesterday we started to increase intake of asylum seekers to match our capacity space based processing, holdings and release. The transfer of adult singles are the biggest concern and have the longest dwell times. Family units will be a large composition of our daily intake and additional ERO resources at the port to handle the releases will be need.



Pete
Sent from my iPhone

On Nov 11, 2018, at 11:30 AM, MCALEENAN, KEVIN K **LE** > wrote:

Team,

Please provide, very specifically, the numbers and types (SA, FMUA, UAC) you are looking to have moved by ICE each day out of SYS. Thanks,

KM

Sent from my iPhone

Begin forwarded message:

**From:** "Vitiello, Ronald D" **LE**
**Date:** November 11, 2018 at 2:04:08 PM EST
**To:** "MCALEENAN, KEVIN K" **LE**
**Subject: RE: C1 Migrant Processing Direction**

Okay,

Thanks. The memo is light on detail. Do you have another description (Con-ops)?

    AOL-DEF-00050249

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, November 11, 2018 11:32 AM
**To:** Vitiello, Ronald D

LE

**Subject:** Fwd: C1 Migrant Processing Direction

Director,

Wanted to share my guidance to OFO on implementing the surge directed in the President's proclamation.  We really need ERO's support, starting over this weekend in San Diego, to get the POE process running.  Let me know if you want to talk through.  Thanks,

Kevin

Sent from my iPhone

Begin forwarded message:

> **From:** "FLANAGAN, PATRICK S"
>
> **Date:** November 10, 2018 at 1:31:58 PM EST
> **To:** "MCALEENAN, KEVIN K"
>
> LE
>
> **Subject: Fwd: C1 Migrant Processing Direction**

Highly Confidential/Attorneys' Eyes Only

**From:** MOLNAR, BRYAN T (OPR)
**Sent:** Monday, July 31, 2017 1:37 PM
**To:** PIGNONE, CHRIS W (OPR); SAMUEL, JESSICA R (OPR)
**Subject:** RE: Asylum_Credible Fear_Metering

Sir,

See the breakdowns below. Let me know if you have any questions. If you need to find me, I'm holed up in conference room 8.3-E for the duration of the construction.

To date, JICMS file openings associated with Asylum-Credible Fear complaints/allegations in FY16 and FY17 is 46 cases (Numbers assume OIG is taking all the AIC complaints as they stated initially):

OIG Pending Decision: 5
OIG Accepted: 8
OPR Investigated: 1
OPR Pending: 1
Management Referral: 26
Information Only: 5

**Of the six (6) JICMS cases associated with the Class Action lawsuit the breakdown is as follows:**

| 201709246 | Jose Doe | Open | Open | Declined IG, DP |
| DP | | | | |
| 201709242 | Beatrice Doe | Allegation | Unopened | Pending IG Response |
| 201709243 | Carolina Doe | Allegation | Unopened | Pending IG Response |
| 201709244 | Dinora Doe | Allegation | Unopened | Pending IG Response |
| 201709245 | Ingrid Doe | Allegation | Unopened | Pending IG Response |
| 201709241 | Abigail Doe | Investigation IG | Open | With OIG For Investigation |

**Of the seven (7) JICMS cases associated with the CRCL retention memo dated July 5th the breakdown is as follows:** DP
DP  The working group will be making final (hopefully) determinations on these specific cases this Thursday. I have requested supporting documentation and video from numerous different locations as well as audio/video I was able to track down from outside agencies/sources that may help us make final determinations. However, as of this date none of the requested resources have come in. I expect to see some of them as early as this afternoon.

| 201706316 | 17-07-CBP-0258 | Management Referral | Closed |
| 201708904 | 17-06-CBP-0219 | Info Req.-Civil Rights/Liberty | Open |
| 201703830 | 17-04-CBP-0186 | Management Referral | Closed |
| 201706025 | 17-04-CBP-0110 | Management Referral | Open Management Assigned |
| 201702722 | 17-03-CBP-0091 | Management Referral | Closed |
| 201704357 | 16-10-CBP-0508 | Mgmt.Ref-Civil rights/Liberty | Closed Management Assigned |
| 201708903 | I17-07833 | 16-12-CBP-0574, AIC #2 Allegation | Unopened With OIG For Investigation |

Of the five (5) JICMS cases associated with the AIC-referral DP int letter to CRCL and DHS OIG the breakdown is as follows: DP
DP Mr. Thorne sent email Jessica saying they were taking everything in the AIC complaint. However, they declined another case that they said they were accepting on July 28th. Jessica followed up on the 28th and again today but has still not heard anything back yet. The only thing we have saying they were taking everything was Mr. Thorne's email even though some of the cases were electronically declined. We are still working on this today.

| 201709491 | I17-07833 | AIC #4 Allegation | Unopened | Pending IG Response |
| 201709490 | I17-07833 | AIC #3 Allegation | Unopened | Pending IG Response |
| 201709489 | I17-07833 | AIC #1 Management Review | Unopened | Review in Progress |
| 201708903 | I17-07833 | AIC #2 Allegation | Unopened | With OIG For Investigation |
| 201709492 | I17-07833 | AIC #5 Investigation IG | Open | With OIG For Investigation |

The one (1) JICMS case associated with the "metering" grievance filed by NTEU in Laredo and the one (1) JICMS case associated with the encounter at SYSPOE that was video/audio recorded were both accepted by the OIG.

Bryan Molnar
Senior Special Agent | Headquarters
U.S. Customs and Border Protection
Office of Professional Responsibility
Investigative Operations Division
Cellular 202-374-7909
Desk 202-344-3791
bryan.t.molnar@cbp.dhs.gov

EXHIBIT 70
WIT: B Molnar
DATE: 12/20/19
Goldy Gold, RPR

AOL-DEF-00702304



**From:** PIGNONE, CHRIS W (OPR)
**Sent:** Monday, July 31, 2017 11:52 AM
**To:** MOLNAR, BRYAN T (OPR) <bryan.t.molnar@cbp.dhs.gov>; SAMUEL, JESSICA R (OPR) <JESSICA.R.SAMUEL@CBP.DHS.GOV>
**Subject:** Asylum_Credible Fear_Metering

Bryan/Jessica

To date, in terms of JICMS file openings associated with Asylum-Credible Fear complaints/allegations in FY16 and FY17, what's our total case count? _____

I know we still need to see if Human Rights First is willing to assist us in identifying any of their complainants.

Sub-groups

       Of the six (6) JICMS cases associated with the Class Action lawsuit...
           OIG accepted how many?
           CBP OPR owns many?

       Of the seven (7) JICMS cases associated with the CRCL retention memo dated July 5th ...
           OIG accepted how many?
           CBP OPR owns how many?
           How many were referred to component management?  Are we pulling any back or no?

       Of the five (5) JICMS cases associated with the AIC complaint letter to CRCL and DHS OIG...
           OIG accepted how many?
           CBP OPR owns how many?

       The one (1) JICMS case associated with the "metering" grievance filed by NTEU in Laredo...
           OIG accepted

       The one (1) JICMS case associated with the encounter at SYSPOE that was video/audio recorded...
           OIG accepted

Confidential