MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page
Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>  Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 26 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>AOL-DEF-00041757 to AOL-DEF-00041758<br><br>*FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9     *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.401.221.5857

12 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.56

| | |
|---|---|
| **From:** | HOWE, RANDY J <RANDY.J.HOWE@cbp.dhs.gov> |
| **Sent:** | Wednesday, April 25, 2018 6:16 AM |
| **To:** | HOFFMAN, TODD A <TODD.A.HOFFMAN@CBP.DHS.GOV> |
| **Subject:** | FW: Increased Flow and Caravan Anticipated Arrival |

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

[redacted]

**From:** Owen, Todd C (AC OFO)
**Sent:** Wednesday, April 25, 2018 5:53:26 AM
**To:** FLORES, PETE ROMERO; MCALEENAN, KEVIN K; WAGNER, JOHN P; HOWE, RANDY J; AKI, SIDNEY K
**Cc:** FLANAGAN, PATRICK S
**Subject:** RE: Increased Flow and Caravan Anticipated Arrival

Commissioner,

Message received. OFO will address arrivals in accordance with law and policy and will issue ER for credible fear claims and turn over to ICE. We will not release from the ports unless exceptional circumstances dictate such as medical issues.

We will only intake those we have capacity for and will hold at the limit line until processing and temporary detention space becomes available. Holding the migrants at the limit line will generate media as well, as you are aware.

We will monitor in real time and provide updates.


Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection


**From:** FLORES, PETE ROMERO
**Sent:** Wednesday, April 25, 2018 4:53:46 AM
**To:** MCALEENAN, KEVIN K; Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; AKI, SIDNEY K
**Cc:** FLANAGAN, PATRICK S
**Subject:** RE: Increased Flow and Caravan Anticipated Arrival

Sir,

Message acknowledge. We have started verbal briefing on the importance of being professional and ensuring our limit line (border gate area) personnel are using appropriate messaging. We are also coordinating with

Mexican authorities and local partners (BP and ERO).

Caravan subjects are arriving in separate waves into Tijuana, hopefully they will not arrive all together at the San Ysidro POE.

Pete

---

**From:** MCALEENAN, KEVIN K
**Sent:** Tuesday, April 24, 2018 8:26:43 PM
**To:** Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; FLORES, PETE ROMERO; AKI, SIDNEY K
**Cc:** FLANAGAN, PATRICK S
**Subject:** Increased Flow and Caravan Anticipated Arrival

FOR OFFICIAL USE ONLY//PRE-DECISIONAL//DELIBERATIVE

EAC and team,

While we are working diligently with Mexico to address as many caravan members as possible, pressing ICE and others to prepare effective coordination of detention and immigration proceedings, and recommending strong posture changes for S1 decision, it is increasingly likely that we will face the arrival of a large portion of these 500-600 individuals (along with lawyers, activists, and media) in the coming days without a change in enforcement posture, and without new processing options (such as 235(b)(2)(c)) in place.

That said, I know that you have been planning and preparing, and that your field leadership and our officers will act with utmost professionalism and competence, in accordance with law, regulation, and CBP policy, as well as the guidance from the Secretary to effectively enforce the immigration laws of the United States, while appropriately considering and processing claims of fear for those seeking protection.  Please confirm that you have sent out guidance regarding safe processing and port security and capacity issues relating to queue management.  Please confirm that, absent special circumstances, we will utilize ER, vice NTA, and that release decisions will be made by ICE unless there is a medical emergency or humanitarian exigency.  Please also advise if you have any questions or concerns.

Given the attention and generalized concern, I would appreciate updates in near real-time as we manage this unique circumstance among your already busy San Diego Field Office POEs.

I appreciate your good work.  Thank you in advance for how you will manage this effort as well,

KM

Confidential                                                                                                                                                                           AOL-DEF-00041758