1   MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
    350 S. Grand Avenue
3   25th Floor
    Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5     *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6     (*pro hac vice*)
      *smedlock@mayerbrown.com*
7   1999 K Street, N.W.
    Washington, D.C. 20006
8   Telephone:  +1.202.263.3000
    Facsimile:  +1.202.263.3300
9
    SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*

15
16              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 30 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | AOL-DEF-00027054 to AOL-DEF-00027055 |
| Defendants. | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1   CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2       *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3       *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4       *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
5   New York, NY 10012
    Telephone: +1.212.614.6464
6   Facsimile: +1.212.614.6499

7   SOUTHERN POVERTY LAW CENTER
        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8       *sarah.rich@splcenter.org*
        Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9       *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
10  Decatur, GA 30030
    Telephone: +1.404.521.6700
11  Facsimile: +1.401.221.5857

12  AMERICAN IMMIGRATION COUNCIL
        Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13      *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
14  Washington, D.C. 20005
    Telephone: +1.202.507.7523
15  Facsimile: +1.202.742.56

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **From:** | Urbine, Brandy |
| **Sent:** | Saturday, April 28, 2018 9:34 AM |
| **To:** | DIKMAN, SABRI Y; BOYD, VALERIE S; CAMPBELL, CARL S; CBP-MCAT-TEAM; DRAGANAC, JOSEPH; FLANAGAN, PATRICK S; FRIEL, MICHAEL J; GARRISON, SHAWNA; HARDIMAN, TARA; HASTINGS, BRIAN S; HOFFMAN, TODD A; HOWE, RANDY J; HUDSON, RICHARD M; HUTTON, JAMES R; LEY, JENNIFER E.; LUCK, SCOTT A (USBP); MANDRYCK, JAMES R; MCALEENAN, KEVIN K; MEEHAN, ANDREW C; MILLER, TROY A; MORGAN, JAMESON; NUTZHORN, JOSHUA B; PETERLIN, MEGHANN K; PROVOST, CARLA (USBP); ROGGOW, MATTHEW J; SAUNDERS, IAN C.; SCHIERMEYER, CORRY N; VISCONTI, JAY; VITIELLO, RONALD D (USBP) |
| **Subject:** | Caravan SITREP - 042818 @0900 |
| **Attachments:** | Caravan Update 4.28.2018 0900.pdf |

Good Evening Commissioner,

Please note, as of 0900, the morning MCAT enforcement action emails have not been received, we are coordinating with the stats shops to obtain these reports for a comprehensive overview of yesterday's arrests/inadmissibles and holding capacity. Please see below for local open source articles regarding planned weekend/Sunday crossings. Attached is a more thorough breakdown of yesterday's encounters.

**Reporting Period**: April 28, 2018: 0000-2359 hrs.

**Issue:** Migrant caravan group arriving at the U.S. Southwest Border.

**Current Status:**

As of 0600 ET on April 28, 2018:
- A total of **100** individuals have claimed association with the migrant caravan.
  - Since last report, 24 individuals have claimed to be a member of the caravan. Subjects were arrested by USBP in San Diego and Tucson Sectors.
- A total of **29** individuals have confirmed name and DOB matches.
  - Since last report, 2 single adult females from El Salvador were apprehended. 1 has a prior violation/removal and asserted fear. The other has no prior and asserted fear. Both are held pending interview.

No new information from GOM has been reported.

**Media attention on planned protests (article links enabled):**
- From Lampoc Record (13 hrs ago, includes photos): About 170 migrants in a caravan of Central American asylum-seekers have arrived in Tijuana, joining about nearly 200 others on their final stop before entering the United States. Three tourist buses were guarded by a Mexican police escort on a curvy, mountainous road from the Mexican border city of Mexicali.
- From Zloto News (yesterday): Sometime this weekend, the group of 500 Honduran, Guatemalan and Salvadorans refugees are expected to cross the pedestrian bridge into the U.S. at the San Ysidro Port of Entry just south of San Diego to ask for asylum.
- From Brinkwire (yesterday): Central American migrants are gathering near the U.S. border and say they plan to request asylum from the U.S. government on Sunday.

1

Sincerely,
CBP-MCAT-Team
███████████

Highly Confidential/Attorneys' Eyes Only          AOL-DEF-00027055