MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 31 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**AOL-DEF-00060695 to AOL-DEF-00060696**<br><br>*FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** LONGORIA, FRANK S
**Sent:** Friday, April 27, 2018 10:10 AM
**To:** DELRINCON, PAUL; DOVALINA, MUCIA C; FLORES, ALBERTO A; GUERRA, ANDRES; ORTIZ, TATER; RECIO, IMELDA; RODRIGUEZ, CARLOS; WEAVER, WALTER W; CANTU, JAVIER N; GALVAN, JORGE; PARKER, BOB B; SULLIVAN, JOHN D
**CC:** HIGGERSON, DAVID P; SKINNER, BRADD M.; CRAWFORD, EUGENE E; TABOADA, ARMANDO; HARRIS, RODNEY H; LFO-Admissibility; LAREDO OPS CENTER; BRUMFIELD, BONITA; MARES, LIZET M; ALVAREZ, GREGORY; HORNE, PETRA
**Subject:** FW: MCAT Daily Report 4/27/2018 - For Review
**Attachments:** 20180427 MCAT Daily Brief.pdf

For your situational awareness/visibility.



Frank S. Longoria
Assistant Director Field Operations – Border Security
Office of Field Operations
Laredo Field Office
█████ (office)
█████ (cell)

**From:** BLANKS, LISSETTE **On Behalf Of** CBP-MCAT-TEAM
**Sent:** Friday, April 27, 2018 8:04 AM

[remainder of message redacted]

Highly Confidential/Attorneys' Eyes Only                                                                                                       AOL-DEF-00060695

**Subject:** MCAT Daily Report 4/27/2018 - For Review

Good Morning,

**MCAT Daily Report April 27, 2018**

 

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
**U.S. Customs and Border Protection**
**Office of Field Operations / U.S. Border Patrol**
**Migration Crisis Action Team**

Data is through: 4/26/2018 — Preliminary Data and Subject to Change — Report Run Date: 4/27/2018 6:44:29 AM

| Total | Demographic | App's / Inadmissibles (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOT's/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| CBP Southwest Border | UAC | 165 | 184 | 274 | 29 | 130 | 87 | 132 |
| | FMUA | 423 | 526 | 1,627 | 50 | 947 | 555 | 297 |
| | Single Adults | 1,076 | 1,057 | 1,594 | 37 | 654 | 385 | 1,289 |
| | Total App's | 1,664 | 1,767 | 3,495 | 42 | 1,731 | 1,027 | 1,718 |

| Total | Demographic | Apprehensions (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOT's/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| USBP Southwest Border | UAC | 140 | 149 | 231 | 26 | 113 | 61 | 124 |
| | FMUA | 299 | 337 | 1,253 | 49 | 794 | 417 | 248 |
| | Single Adults | 882 | 841 | 1,300 | 30 | 577 | 324 | 1,190 |
| | Total App's | 1,321 | 1,327 | 2,784 | 38 | 1,484 | 802 | 1,562 |

| Total | Demographic | Inadmissibles (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOT's/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| OFO Southwest Border | UAC | 25 | 37 | 43 | 46 | 17 | 26 | 8 |
| | FMUA* | 124 | 199 | 374 | 54 | 153 | 138 | 49 |
| | Singles | 194 | 227 | 294 | 68 | 77 | 61 | 99 |
| | Total Subjects | 343 | 462 | 711 | 60 | 247 | 225 | 156 |

*OFO did not start tracking FMUA until March 2016

U.S. Customs and Border Protection
Migration Crisis Action Team (MCAT)