1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                **UNITED STATES DISTRICT COURT**
16              **SOUTHERN DISTRICT OF CALIFORNIA**

17

18 | Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |

19 |                Plaintiffs, |

20 |         v. | **EXHIBIT 32 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

21 | Chad F. Wolf,[1] *et al.*, |

22 |                Defendants. | **AOL-DEF-00028127 to AOL-DEF-00028130** |

23 | | ***FILED UNDER SEAL*** |

24

25

26

27 _____

28 [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1   CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2       *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3       *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4       *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
5   New York, NY 10012
    Telephone: +1.212.614.6464
6   Facsimile: +1.212.614.6499

7   SOUTHERN POVERTY LAW CENTER
        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8       *sarah.rich@splcenter.org*
        Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9       *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
10  Decatur, GA 30030
    Telephone: +1.404.521.6700
11  Facsimile: +1.401.221.5857

12  AMERICAN IMMIGRATION COUNCIL
        Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13      *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
14  Washington, D.C. 20005
    Telephone: +1.202.507.7523
15  Facsimile: +1.202.742.56

16

17

18

19

20

21

22

23

24

25

26

27

28

Confidential

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

## U.S. Customs and Border Protection
## Office of Field Operations / U.S. Border Patrol
## Migration Crisis Action Team

Data is through:  4/27/2018

Preliminary Data and Subject to Change

Report Run Date:  4/28/2018 10:57:38 AM

| CBP Southwest Border | Demographic | App's / Inadmissibles (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOTs/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| | UAC | 181 | 187 | 232 | 27 | 109 | 108 | 134 |
| | FMUA | 514 | 536 | 1,607 | 56 | 830 | 548 | 312 |
| | Single Adults | 1,057 | 1,057 | 1,733 | 41 | 756 | 374 | 1,150 |
| Total | Total App's | 1,752 | 1,780 | 3,572 | 46 | 1,695 | 1,030 | 1,596 |

| USBP Southwest Border | Demographic | Apprehensions (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOTs/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| | UAC | 146 | 151 | 197 | 26 | 99 | 82 | 113 |
| | FMUA | 397 | 346 | 1,288 | 55 | 663 | 391 | 265 |
| | Single Adults | 761 | 838 | 1,409 | 36 | 702 | 299 | 1,033 |
| Total | Total App's | 1,304 | 1,335 | 2,894 | 43 | 1,464 | 772 | 1,411 |

| OFO Southwest Border | Demographic | Inadmissibles (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOTs/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| | UAC | 35 | 38 | 35 | 31 | 10 | 26 | 21 |
| | FMUA* | 117 | 199 | 319 | 57 | 167 | 157 | 47 |
| | Singles | 296 | 231 | 324 | 63 | 54 | 75 | 117 |
| Total | Total Subjects | 448 | 468 | 678 | 58 | 231 | 258 | 185 |

*OFO did not start tracking FMUA until March 2016

AOL-DEF-00028127

 

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Customs and Border Protection**
**Migration Crisis Action Team**
**April 28, 2018**
Preliminary Data and Subject to Change

| Sector | Capacity | In Custody | % Capacity |
|---|---|---|---|
| BBT | | | |
| DRT | | | |
| ELC | | | |
| EPT | | | |
| LRT | | | |
| RGV | | | |
| SDC | | | |
| TCA | | | |
| YUM | | | |
| Total | | | |

| Field Office | Capacity | In Custody | % Capacity |
|---|---|---|---|
| EL PASO | | | |
| LAREDO | | | |
| SAN DIEGO | | | |
| TUCSON | | | |
| Total | | | |

| Central Processing | Capacity | In Custody | % Capacity |
|---|---|---|---|
| RGV/CPC | | | |
| TCA/TCC | | | |

*RGV sector capacity and in-custody numbers include the CPC figures*
**Tucson sector capacity and in-custody numbers include the TCC figures*

| OFO Port | Capacity | In Custody | % Capacity |
|---|---|---|---|
| BROWNSVILLE, TX (2301) | | | |
| CALEXICO, CA (2503/2507) | | | |
| EL PASO, TX (2402) | | | |
| HIDALGO,TX (2305) | | | |
| LAREDO, TX (2304) | | | |
| NOGALES, AZ (2604) | | | |
| OTAY MESA (2506) | | | |
| SAN LUIS, AZ (2608) | | | |
| SAN YSIDRO (2504) | | | |
| TORNILLO,TX (2404) | | | |

| Demographic | USBP SBO Avg TIC (HRS) | OFO SBO Avg TIC (HRS) | CBP SBO Avg TIC (HRS) |
|---|---|---|---|
| UAC | 26 | 31 | 27 |
| FMUA | 55 | 57 | 56 |
| Single Adults | 36 | 63 | 41 |
| Total App's | 43 | 58 | 46 |

Preliminary Data and Subject to Change
UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Confidential

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

## U.S. Customs and Border Protection
## Office of Field Operations / U.S. Border Patrol
## Migration Crisis Action Team
### Total CBP Southwest Border Apprehensions/Inadmissibles (UAC/FMUA/Singles)
Preliminary Data and Subject to Change



Legend:
- Singles (blue)
- FMUA (green)
- UAC (orange)

| Date | Singles | FMUA | UAC |
|---|---|---|---|
| 4/7/2018 | 1,087 | 426 | 147 |
| 4/8/2018 | 910 | 359 | 130 |
| 4/9/2018 | 1,063 | 374 | 147 |
| 4/10/2018 | 1,109 | 435 | 193 |
| 4/11/2018 | 1,124 | 507 | 192 |
| 4/12/2018 | 1,226 | 539 | 200 |
| 4/13/2018 | 928 | 451 | 150 |
| 4/14/2018 | 1,069 | 564 | 204 |
| 4/15/2018 | 887 | 549 | 160 |
| 4/16/2018 | 945 | 544 | 160 |
| 4/17/2018 | 1,120 | 810 | 269 |
| 4/18/2018 | 1,134 | 751 | 252 |
| 4/19/2018 | 1,280 | 620 | 217 |
| 4/20/2018 | 1,087 | 534 | 196 |
| 4/21/2018 | 1,071 | 525 | 217 |
| 4/22/2018 | 821 | 519 | 144 |
| 4/23/2018 | 1,022 | 477 | 164 |
| 4/24/2018 | 1,118 | 660 | 245 |
| 4/25/2018 | 1,018 | 605 | 182 |
| 4/26/2018 | 1,127 | 491 | 182 |
| 4/27/2018 | 1,056 | 515 | 181 |



UAC breakdown last 21 days
- HONDU (23.7 %)
- MEXIC (20.47 %)
- OTHER (2.59 %)
- ELSAL (9.16 %)
- GUATE (44.07 %)





FMUA breakdown last 21 days
- HONDU (34.3 %)
- MEXIC (13.1 %)
- OTHER (5.12 %)
- ELSAL (9.52 %)
- GUATE (37.96 %)



Singles breakdown last 21 days
- MEXIC (64.32 %)
- OTHER (8.13 %)
- ELSAL (3.91 %)
- GUATE (14.49 %)
- HONDU (9.14 %)

Preliminary Data and Subject to Change
UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

# USBP Northern Border TSw Outbound Report (FYTD)



Report Run Date:  4/28/2018 10:57:38 AM

**Preliminary Data and Subject to Change**

## Outbound by Sector/Month

|  | October | November | December | January | February | March | April | Total |
|---|---|---|---|---|---|---|---|---|
| **BLW** | 90 | 69 | 63 | 53 | 56 | 49 | 30 | 410 |
| **BUN** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| **GFN** | 67 | 38 | 22 | 20 | 31 | 53 | 13 | 244 |
| **HLT** | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| **HVM** | 2 | 1 | 1 | 1 | 8 | 1 | 0 | 14 |
| **SWB** | 1,652 | 1,500 | 1,505 | 1,260 | 1,307 | 1,634 | 1,720 | 10,578 |
| **Total** | 1,813 | 1,608 | 1,591 | 1,334 | 1,402 | 1,737 | 1,765 | 11,250 |

## Outbound by Sector/Station

| Sector | Station | Outbound | Outbound Camera* Assist | Outbound Sensor Assist |
|---|---|---|---|---|
| **BLW** | BLH | 7 | 0 | 0 |
|  | BLS | 381 | 104 | 0 |
|  | SMS | 22 | 7 | 0 |
| **BUN** | BUS | 2 | 1 | 0 |
| **GFN** | PMB | 244 | 25 | 0 |
| **HLT** | RGM | 2 | 0 | 0 |
| **HVM** | PLB | 2 | 1 | 0 |
|  | SWG | 12 | 0 | 0 |
| **SWB** | BKB | 23 | 4 | 0 |
|  | BVB | 2 | 2 | 0 |
|  | CNB | 10,481 | 1,784 | 0 |
|  | NVB | 48 | 3 | 0 |
|  | RIB | 3 | 0 | 0 |
|  | SWS | 21 | 9 | 0 |
| **Total** |  | 11,250 | 1,940 |  |

*Cameras defined as Outbound Assists with National Asset Assist of CAMERA*

**Preliminary Data and Subject to Change**

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE