Case 3:17-cv-02366-BAS-KSC Document 529-14 Filed 08/28/20 PageID.36371 Page 1 of 2
Case 3:17-cv-02366-BAS-KSC Document 390-35 Filed 01/14/20 PageID.30271 Page 1 of 7
Page 1 of 7

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 33 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> AOL-DEF-00274287 to AOL-DEF-00274291 <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

Confidential



# U.S. Customs and Border Protection
## Migration Crisis Action Team

### April 29, 2018

WARNING: This document is designated UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE (U//LES). It may contain information that is exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or to personnel who do not have a valid need to know without prior approval from CBP.

# Southwest Border Daily Snapshot
Case 3:17-cv-02366-BAS-KSC    Document 529-14    Filed 08/28/20    PageID.36374    Page 4 of 7

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

U.S. Customs and Border Protection
Office of Field Operations / U.S. Border Patrol
Migration Crisis Action Team

Data is through: 4/28/2018     Preliminary Data and Subject to Change     Report Run Date: 4/29/2018 6:44:36 AM

| | Demographic | App's / Inadmissibles (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOTs/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| CBP Southwest Border | UAC | 143 | 188 | 196 | 27 | 108 | 117 | 128 |
| | FMUA | 458 | 540 | 1,595 | 49 | 853 | 405 | 398 |
| | Single Adults | 992 | 1,051 | 1,752 | 42 | 828 | 292 | 872 |
| Total | Total App's | 1,593 | 1,779 | 3,543 | 44 | 1,789 | 814 | 1,398 |

| | Demographic | Apprehensions (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOTs/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| USBP Southwest Border | UAC | 108 | 150 | 153 | 24 | 80 | 101 | 118 |
| | FMUA | 313 | 347 | 1,253 | 47 | 647 | 287 | 368 |
| | Single Adults | 777 | 833 | 1,444 | 36 | 751 | 225 | 792 |
| Total | Total App's | 1,198 | 1,331 | 2,850 | 40 | 1,478 | 613 | 1,278 |

| | Demographic | Inadmissibles (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOTs/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| OFO Southwest Border | UAC | 35 | 39 | 43 | 37 | 28 | 16 | 10 |
| | FMUA* | 145 | 203 | 342 | 57 | 206 | 118 | 30 |
| | Singles | 215 | 228 | 308 | 70 | 77 | 67 | 80 |
| Total | Total Subjects | 395 | 470 | 693 | 61 | 311 | 201 | 120 |

*OFO did not start tracking FMUA until March 2016



Confidential

**FOR OFFICIAL USE ONLY //LAW ENFORCEMENT SENSITIVE**



2

AOL-DEF-00274288

# Southwest Holding



| Sector | Capacity | In Custody | % Capacity |
|---|---|---|---|
| BBT | | | |
| DRT | | | |
| ELC | | | |
| EPT | | | |
| LRT | | | |
| RGV | | | |
| SDC | | | |
| TCA | | | |
| YUM | | | |
| Total | | | |

| Central Processing | Capacity | In Custody | % Capacity |
|---|---|---|---|
| RGV/CPC | | | |
| TCA/TCC | | | |

*RGV sector capacity and in-custody numbers include the CPC figures
**Tucson sector capacity and in-custody numbers include the TCC figures

| Field Office | Capacity | In Custody | % Capacity |
|---|---|---|---|
| EL PASO | | | |
| LAREDO | | | |
| SAN DIEGO | | | |
| TUCSON | | | |
| Total | | | |

| OFO Port | Capacity | In Custody | % Capacity |
|---|---|---|---|
| BROWNSVILLE, TX (2301) | | | |
| CALEXICO, CA (2503/2507) | | | |
| EL PASO, TX (2402) | | | |
| HIDALGO,TX (2305) | | | |
| LAREDO, TX (2304) | | | |
| NOGALES, AZ (2604) | | | |
| OTAY MESA (2506) | | | |
| SAN LUIS, AZ (2608) | | | |
| SAN YSIDRO (2504) | | | |
| TORNILLO,TX (2404) | | | |

Confidential

FOR OFFICIAL USE ONLY //LAW ENFORCEMENT SENSITIVE

AOL-DEF-00274289

3

# CBP Southwest Border 21-Day Totals by Demographics



Confidential

# CANAM Border

**USBP Sensor Tracking:**
- 11,334 persons have entered Canada, from the U.S., between the ports of entry in FY18.
- 94% in the Swanton Sector

## USBP Northern Border TSM Outbound Report (FYTD)

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Report Run Date: 4/29/2018 6:44:36 AM

Preliminary Data and Subject to Change

### Outbound by Sector/Month

|       | October | November | December | January | February | March | April | Total  |
|-------|---------|----------|----------|---------|----------|-------|-------|--------|
| BLW   | 90      | 69       | 63       | 53      | 56       | 49    | 32    | 412    |
| BUN   | 2       | 0        | 0        | 0       | 0        | 0     | 0     | 2      |
| GFN   | 67      | 38       | 22       | 20      | 31       | 53    | 13    | 244    |
| HLT   | 0       | 0        | 0        | 0       | 0        | 0     | 2     | 2      |
| HVM   | 2       | 1        | 1        | 1       | 8        | 1     | 0     | 14     |
| SWB   | 1,652   | 1,500    | 1,505    | 1,260   | 1,307    | 1,634 | 1,802 | 10,660 |
| Total | 1,813   | 1,608    | 1,591    | 1,334   | 1,402    | 1,737 | 1,849 | 11,334 |





Confidential

FOR OFFICIAL USE ONLY

5

AOL-DEF-00274291