MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 36 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> AOL-DEF-00060768 to AOL-DEF-00060769 <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** LONGORIA, FRANK S
**Sent:** Monday, July 9, 2018 12:41 PM
**To:** CHAVEZ, JUAN; FLORES, ALBERTO A; GONZALEZ, DAVID JOHN; GUERRA, ANDRES; MERCADO, DANIEL; ORTIZ, TATER; RODRIGUEZ, CARLOS; WEAVER, WALTER W; CANTU, JAVIER N; GALVAN, JORGE; PARKER, BOB B; SULLIVAN, JOHN D
**CC:** HIGGERSON, DAVID P; SKINNER, BRADD M.; CRAWFORD, EUGENE E; TABOADA, ARMANDO; HARRIS, RODNEY H
**Subject:** RE: Queue Management: 30 Days In

Port Directors:

Just a friendly reminder that your response is due COB today, Monday, July 9, 2018.

**Progreso and Roma:** I have your responses. Thank you.


Frank S. Longoria
Assistant Director Field Operations
Office of Field Operations
Laredo Field Office
(956) 753-1788 (office)
(956) 744-1707 (mobile)

---

**From:** LONGORIA, FRANK S
**Sent:** Friday, July 6, 2018 2:59 PM
**To:** CHAVEZ, JUAN ; FLORES, ALBERTO A <...DHS.GOV>; GONZALEZ, DAVID JOHN <...>; GUERRA, ANDRES <...>; MERCADO, DANIEL <...>; ORTIZ, TATER <...>; RODRIGUEZ, CARLOS <...>; WEAVER, WALTER W <...>; CANTU, JAVIER N <...>; GALVAN, JORGE <...>; PARKER, BOB B <...>
**Cc:** HIGGERSON, DAVID P <...>; SKINNER, BRADD M <...>; CRAWFORD, EUGENE E <...>; TABOADA, ARMANDO <...>; HARRIS, RODNEY H <...>
**Subject:** Queue Management: 30 Days In

Port Directors:

It's been approximately 30 days since we initiated the Queue Management Strategy and shifted from "detention" capacity to "operational" capacity. We'll need to provide OFO an assessment in the very near future on the impact the strategy has had at LFO ports of entry. Therefore, please provide a response to each of the items below by COB Monday, July 9, 2018.

1. Identify each international crossing you are conducting Queue Management at.

2. Are you assigning officers at your Queue Management point(s) 24/7?

3. Regarding processing undocumented aliens based on operational capacity:

    a. How many officers assigned to passport control were reassigned to enforcement operations on a daily basis?

    b. Any enforcement actions directly linked to the reassignment of passport control officer to enforcement operations? If yes, provide a brief summary of the enforcement action.

4. Has your overtime expenditures increased/decreased? If yes, how much?

5. Any national security achievements?

6. Any other measureable impact (positive or negative) to your operations?

We'll compile your responses and provide an overall LFO assessment. It's critical that you provide an honest assessment on the impact (good or bad) the Queue Management Strategy has had to your operations.

Please call me at the numbers indicated below if you have any questions.

Highly Confidential/Attorneys' Eyes Only

Frank S. Longoria
Assistant Director Field Operations
Office of Field Operations
Laredo Field Office
███████ (office)
███████ (mobile)

Highly Confidential/Attorneys' Eyes Only                                                         AOL-DEF-00060769