Case 3:17-cv-02366-BAS-KSC   Document 390-39   Filed 01/14/20   PageID.3027
Page 1 of 6

1   MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
    350 S. Grand Avenue
3   25th Floor
    Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5     *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6     (*pro hac vice*)
      *smedlock@mayerbrown.com*
7   1999 K Street, N.W.
    Washington, D.C. 20006
8   Telephone:   +1.202.263.3000
    Facsimile:   +1.202.263.3300
9
    SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*

15              **UNITED STATES DISTRICT COURT**

16            **SOUTHERN DISTRICT OF CALIFORNIA**

17

18  Al Otro Lado, Inc., *et al.*,            Case No.:  17-cv-02366-BAS-KSC

19              Plaintiffs,

20        v.                               **EXHIBIT 37 TO
                                           PLAINTIFFS' MOTION FOR
21  Chad F. Wolf,[1] *et al.*,             CLASS CERTIFICATION**

22              Defendants.                **AOL-DEF-00027740 to AOL-
                                           DEF-00027743**

23                                         ***FILED UNDER SEAL***

24

25

26

27  _____

28  [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
    McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**October 25, 2018**

| | Laredo Field Office | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
| Brownsville | ███ | ███ | 20 | 29% | 4 | No. | ███ | 2,742,184 | No Impact |
| Progreso | | | 0 | 0% | 0 | Redirecting to Brownsville as necessary. | | 890,907 | No Impact |
| Hidalgo | | | 8 | 19% | 0 | No. | | 2,140,703 | No Impact |
| Rio Grande | | | 2 | 13% | 0 | Redirecting to Hidalgo as necessary. | | 57,510 | No Impact |
| Roma | | | 2 | 13% | 0 | Redirecting to Hidalgo as necessary. | | 235,665 | No Impact |
| Laredo | | | 32 | 26% | 6 | No | | 3,192,694 | No Impact |
| Eagle Pass | | | 13 | 93% | 0 | No. | | 848,619 | No Impact |
| Del Rio | | | 0 | 0% | 0 | No | | 153,604 | No Impact |

AOL-DEF-00027740

| El Paso Field Office | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
| Port of El Paso | | | 120 | 104% | 0 | No | | 6,853,169 | No Impact |
| Santa Teresa | | | 1 | 0% | 0 | No | | 137,374 | No Impact |
| Columbus | | | 0 | 0% | 0 | No | | 253,786 | No Impact |
| Tornillo | | | 0 | 0% | 0 | No | | 31,685 | No Impact |
| Presidio | | | 7 | 58% | 0 | No | | 52,146 | No Impact |

AOL-DEF-00027741

| Tucson Field Office | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
| Douglas | | | 0 | 0% | 0 | No | | 827,566 | No Impact |
| Lukeville | | | 0 | 0% | 0 | No | | 41,545 | No Impact |
| Naco | | | 0 | 0% | 0 | No | | 100,174 | No Impact |
| Nogales | | | 15 | 23% | 8 | No | | 3,336,397 | No Impact |
| San Luis | | | 3 | 6% | 35 | No | | 2,649,401 | No Impact |

AOL-DEF-00027742



| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
|---|---|---|---|---|---|---|---|---|---|
| San Ysidro | | | 245 | 76% | 2575 | No. | | 8,143.093 | No Impact |
| Otay Mesa | | | 0 | 0% | 0 | Referred to San Ysidro. | | 3,430,122 | No Impact |
| Tecate | | | 0 | 0% | 0 | Referred to San Ysidro. | | 752,699 | No Impact |
| Calexico West | | | 45 | 67% | 176 | No. | | 4,116,340 | No Impact |
| Calexico East | | | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | | 259,523 | No Impact |
| Andrade | | | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | | 822,660 | No Impact |

San Diego Field Office

AOL-DEF-00027743