1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

15
16 **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 40 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | **AOL-DEF-00090513 to 90515** |
| Defendants. | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1   CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4      *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
5   New York, NY 10012
    Telephone: +1.212.614.6464
6   Facsimile: +1.212.614.6499

7   SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8      *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9      *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
10  Decatur, GA 30030
    Telephone: +1.404.521.6700
11  Facsimile: +1.401.221.5857

12  AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13     *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
14  Washington, D.C. 20005
    Telephone: +1.202.507.7523
15  Facsimile: +1.202.742.56

**From:** AKI, SIDNEY K
**Sent:** Sunday, September 4, 2016 10:05 AM
**To:** FLORES, PETE ROMERO; ARMIJO, JOHNNY L
**Subject:** FW: San Ysidro End Of Day AEU Reporting for September 03, 2016

Pete,

FYI.

Yesterday was the first day we have coordinated with grupo beta to slowdown the intake process. We will be continuing this throughout the next couple of days till we can get on track. Thx.

---

**From:** PORTOCARRERO, WILSON
**Sent:** Sunday, September 04, 2016 2:12:28 AM
**To:** FLORES, PETE ROMERO; AKI, SIDNEY K; HOOD, ROBERT W; RODRIGUEZ, CARLOS C; CARRILLO, SALLY R; FORD, STEPHEN C; MCCULLOCH, CHANTELLE; MILLER, CHRIS; ROSSILLI, VONA M; ARMIJO, JOHNNY L; TAITAGUE, CLAUDIA; OLIVERI, SARO; WARD, WILLIAM B; GRANADOS, ANDREA M; KIRKMAN, JOSEPH E; DELGADO, ALBERT F; KAPCZYNSKI, ROBERT A; CASTILLO, MOISES; AVILA, EDWARD; MARIN, MARIZA; KIRKMAN, JOSEPH E; HERNANDEZ, ROSA E; SALAZAR, DAVID A; SARRASIN, DAVID A; SILVA, CARLOS NMI; SNYDER, WILLIAM P; DELGADO, SIGIFREDO; MERRIAM, MITCHELL M; GOLDSBERRY, SHERRY L
**Cc:** SYS AEU
**Subject:** San Ysidro End Of Day AEU Reporting for September 03, 2016

# Admissibility Enforcement Unit
## 24 Hour Reporting for September 03, 2016

## Current Detainees in CBP Custody

| | |
|---|---|
| ONSITE | 278 |
| HOSPITAL | 0 |
| BARRACKS 5 | 52 |
| BROWN FIELD | 0 |
| IMPERIAL BEACH | 39 |
| ASYLUM LINE | 0 |
| **TOTAL** | **369** |

## Case work

- **VP Cases processed at Offsite Ports**
    - 0      San Ysidro/OTM POE
    - 4      Calexico
    - 6      Palomar
    - 0      Downtown
    - 0      Vancouver
    - 8      Murrieta
    - 0      LAX
    - 13     El Centro Border Patrol
    - 0      Calexico Border Patrol
    - **25      Total**

### Processed

- 98      Notice to Appear
- 18      Expedited Removal-Credible Fear
- 15      Expedited Removal
- 0       Cuban
- 0       Withdrawal
- 5       Vehicle Case
- 0       Unaccompanied Child

- 0   TGIS

**Total Processed: 136**

**TTRT Cases:**

- 4   TTRT Match / CTR
- 2   TTRT Mismatch
- 4   TTRT Vetting

**Total Processed: 10**

# Detainee Movement

**Location:**

- 31   Transported to W-3
- 2    Family Units to ICE Juvi Coordinator
- 26   ICE ERO (Midnight Family Units)
- 2    UAC's TOT ICE Juvi Coordinator
- 47   Paroled from POE/ IMB/BK5 by ICE
- 0    Paroled from POE by CBP
- 0    Transported to CAI
- 0    Transported to CCA/ODF
- 0    Transported to MCC
- 1    Cuban Paroles
- 0    Minor TOT CPS,
- 0    USC/LPR released
- 0    Transported to San Diego Airport
- 0    Transported to the Grey Hound

**Total Moved: 109**

# Total Intake
# Expedited Removal w/Credible Fear
# Nationality Breakdown

**OTM Breakdown:**

**ER**


**ER/CF**

1   Brazil
2   Somalia

**NTA/DT/R OTM**

33   Haiti

**CUBAN/PAROLE**

5   Cuban

**Mexico Breakdown:**

**ER/CF**

0   Mexico

**NTA/DT**

0   Mexico

**FRAUD INTAKE (ALL PORTS): 37**
**ASYLUM INTAKE (SYS EAST/CBX/OTAY): 3**
**ASYLUM (PED WEST): 6**

**Total Intake for All Nationalities: 87**

Very respectfully,

Wilson Portocarrero
Supervisory Customs and Border Protection Officer
SD National Frontline Recruiting Command
Tactical Terrorism Response Team
Admissibility Enforcement Unit
San Ysidro Port of Entry

Confidential                                                                                                                       AOL-DEF-00090515