MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 41 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **AOL-DEF-00517231 to 517233** <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**Queue Management Brief**
**Admissibility Enforcement Unit (AEU)**

The San Ysidro Port of Entry continues to experience a surge in the migration of large groups of people, from various geographical areas around the world, arriving and asserting Credible Fear (CF) claims. The significant volume of arriving undocumented travelers has surpassed the physical capacity of the port and has resulted in a tremendous strain on all available local resources, including personnel.

The San Ysidro Admissibility Enforcement Unit (AEU) has a need to balance the number of individuals that are able to be brought in versus the ability to humanely provide for their needs. In order to balance the influx of asylum seekers with the ability to provide humanitarian care, a Queue Management System has been developed.

CBP has established a collaborative bi-national effort with The Government of Mexico (GoM) and Non-Government Organizations (NGOs) to assist in slowing the flow of individuals to the border, based on capacity and infrastructural constraints. Grupo Beta, Instituto Nacional de Migracion's (INM) humanitarian branch, has developed a first-come first-served process in order to address the number of asylum seekers waiting in Mexico. GoM works with NGOs to include Desarrollos Sociales (social development workers) and Derechos Humanos (Human Rights) to assist individuals who have to wait for an intake time by providing services at one of the humanitarian relief shelters in Tijuana. CBP coordinates with Grupo Beta daily, to advise them the number of spaces available for intake, and Grupo Beta coordinates with the NGOs to bring that number of asylum seekers to the Port of Entry.

The current process of queueing asylum seekers by GoM Grupo Beta will remain in place as long as the current surge continues unabated.

AEU is committed to remaining in compliance with TEDS Policy and balancing intake levels with maintain a safe and humane level of occupancy. Detention Control Officers (DCOs) are assigned on every shift to ensure that anyone in CBP custody is humanely cared for in sanitary conditions. Steps taken to ensure compliance with TEDS and the Flores Settlement include:
- Cell Temperature is checked twice per shift to ensure temperatures remain between 68 and 80 degrees Fahrenheit.
- Fresh drinking water is available at all times in each holding area.
- Cells are cleaned thoroughly once per shift and spot checked as needed.
- Holding rooms are segregated as needed (i.e. Family units, Unaccompanied minors, adult males, adult females)
- A physician's assistant remains onsite 10-12 hours daily to tend to any medical issues that arise while an individual is in custody.
    o Any required medication is prescribed and delivered to AEU
    o DCOs ensure medication is available at required dosage times
- Meals are provided 3 times daily for adult males and females (0600, 1100 and 1700). Pregnant women and minors (whether accompanied or not) are provided a fourth meal at 2200.

1

- o Hot meals are delivered twice daily by quality Coast and Savor Catering.
- o All subjects in custody are given a minimum of two hot meals a day.
- Snacks and juice are available at any time
- Any person with a dietary restriction is accommodated. Vegetarian, vegan, gluten-free, and kosher meals are available on request.
- Toothbrushes are provided with every meal.
- Anyone remaining in custody over 48 hours is allowed to shower.
    - o Soap, shampoo, and clean towels are provided. Towels are single use.
- All subjects are provided with a clean blanket and mat to sleep on. Blankets are single use.
- A washer and dryer and detergent are available for anyone in custody requesting clean clothes. AEU also has clothes available for those without an alternate set.
- Costco makes deliveries of supplies 3 times a week to include:
    - o Diapers (infant through Toddler sizes)
    - o Toilet Paper and feminine hygiene products
    - o Baby formula (Several types) and Baby Bottles
    - o Hand Sanitizer
    - o Cereal
    - o Juice
    - o Crackers
    - o Fruit Snacks
    - o Milk
    - o Soup



Highly Confidential/Attorneys' Eyes Only                                                          AOL-DEF-00517232



3

Highly Confidential/Attorneys' Eyes Only                                                                                                                                                                        AOL-DEF-00517233