MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 43 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **AOL-DEF-00039597** <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** CAMPBELL, CARL S
**Sent:** Wednesday, August 29, 2018 4:46 PM
**To:** KOSEOR, RYAN M
**CC:** HOWE, RANDY J; DRAGANAC, JOSEPH
**Subject:** Re: LFO Queue Management Report for August 29, 2018

Info from Laredo: this was temporary due to operational constraints, not facility constrains. The line has already been cleared.

Thank you,

C. Shane Campbell
Deputy Executive Director
Office of Field Operations – Operations Directorate
US Customs and Border Protection
███████ (o)
███████ (c)

On Aug 29, 2018, at 2:46 PM, KOSEOR, RYAN M <███████████████████> wrote:

Sir,

I know you are extremely busy but didn't you send some guidance out on keeping our capacity numbers around 60-70%? Why do we have people waiting in line in Laredo when we are at 14%. Just want to make sure we don't get in the press again. Let me know if you want me to address.

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*
*Cell:* ███████
*MCAT:* ███████
███████████████████

---

**From:** ROJAS, FELIPE **On Behalf Of** LAREDO OPS CENTER
**Sent:** Wednesday, August 29, 2018 2:19 PM
**To:** GUARDIOLA, RODOLFO <███████████████>; LAREDO OPS CENTER <███████████████>; HOWE, RANDY J <███████████████>; CAMPBELL, CARL S ███████████████; DRAGANAC, JOSEPH <███████████████>; HIGGERSON, DAVID P <███████████████>; CBP-MCAT-TEAM ███████████████; SKINNER, BRADD M ███████████████; HARRIS, RODNEY H <███████████████>; GUERRA, ADRIAN C ███████████████; DOVALINA, MUCIA C ███████████████; FLORES1, LILIANA <███████████████>; LONGORIA, FRANK S ███████████████; GALLEGOS, MARIA <███████████████>; CALDERON, GEORGE G <███████████████>; GARCIA, ENRIQUE A
**Subject:** LFO Queue Management Report for August 29, 2018

ALCON,

Attached is the Laredo Field Office - Queue Management Report for August 29, 2018 @ 1000 hours CDT.

| Field Office | Port | Total number of Detainees | % of Capacity | Number in Queue @ Boundary Line | Impact to Port Operations |
|---|---|---|---|---|---|
| Laredo | Brownsville | ███ | 13% | 0 | None |
| Laredo | Progreso | ███ | 0% | 0 | None |
| Laredo | Hidalgo | ███ | 38% | 0 | None |
| Laredo | Rio Grande City | ███ | 13% | 0 | None |
| Laredo | Roma | ███ | 13% | 0 | None |
| Laredo | Laredo | ███ | 14% | 10 | None |
| Laredo | Eagle Pass | ███ | 93% | 0 | None |
| Laredo | Del Rio | ███ | 11% | 0 | None |

Respectfully,

***Felipe Rojas***
*CBP Officer*
*Email:* ███████████████
*Laredo Field Office | Laredo, Texas* ███████

<image003.png>

Report Smuggling Activities at ███████████████

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). Printouts and/or screen prints from the Automated Targeting System (ATS) are not part of CBP's System of Record Notification (SORN); therefore should not be used as evidence in Court Proceedings. CBP Official records must be obtained through TECS and reviewed by Office of Chief Counsel prior to dissemination of records outside CBP. This document is to be controlled, handled, transmitted, distributed and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released outside of CBP or the public without the prior approval from the Laredo Field Office.