1    MAYER BROWN LLP
         Matthew H. Marmolejo (CA Bar No. 242964)
2         *mmarmolejo@mayerbrown.com*
      350 S. Grand Avenue
3      25th Floor
      Los Angeles, CA 90071-1503
4         Ori Lev (DC Bar No. 452565)
         (*pro hac vice*)
5         *olev@mayerbrown.com*
         Stephen M. Medlock (VA Bar No. 78819)
6         (*pro hac vice*)
         *smedlock@mayerbrown.com*
7      1999 K Street, N.W.
      Washington, D.C. 20006
8      Telephone:   +1.202.263.3000
      Facsimile:    +1.202.263.3300
9
      SOUTHERN POVERTY LAW CENTER
10        Melissa Crow (DC Bar No. 453487)
         (*pro hac vice*)
11        *melissa.crow@splcenter.org*
      1101 17th Street, N.W., Suite 705
12     Washington, D.C. 20036
      Telephone: +1.202.355.4471
13     Facsimile: +1.404.221.5857

14     *Additional counsel listed on next page*
      *Attorneys for Plaintiffs*

15                  **UNITED STATES DISTRICT COURT**

16                  **SOUTHERN DISTRICT OF CALIFORNIA**

17

18     Al Otro Lado, Inc., *et al.*,            Case No.:  17-cv-02366-BAS-KSC

19                    Plaintiffs,

20           v.                                 **EXHIBIT 49 TO
                                                PLAINTIFFS' MOTION FOR
21     Chad F. Wolf,[1] *et al.*,               CLASS CERTIFICATION**

22                    Defendants.               **Whistleblower Deposition Exhibit 5**

23                                              *FILED UNDER SEAL*

24

25

26

27   _____
28   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
     McAleenan pursuant to Fed. R. Civ. P. 25(d).

Case 3:17-cv-02366-BAS-KSC     Document 529-22     Filed 08/28/20     PageID.36417     Page 2 of 2
Case 3:17-cv-02366-BAS-KSC     Document 390-51     Filed 01/14/20     PageID.30931     Page 2 of 4
Page 2 of 4

1  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)

2     *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)

3     *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)

4     *aguisado@ccrjustice.org*
  666 Broadway, 7th Floor

5  New York, NY 10012
  Telephone: +1.212.614.6464

6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)

8     *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)

9     *rebecca.cassler@splcenter.org*
  150 E. Ponce de Leon Ave., Suite 340

10  Decatur, GA 30030
  Telephone: +1.404.521.6700

11  Facsimile: +1.401.221.5857

12  AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)

13     *kwalters@immcouncil.org*
  1331 G St. NW, Suite 200

14  Washington, D.C. 20005
  Telephone: +1.202.507.7523

15  Facsimile: +1.202.742.56

16

17

18

19

20

21

22

23

24

25

26

27

28

From: EVERSON, ERIC J. on behalf of CBP-MCAT-TEAM
Sent: Thursday, March 21, 2019 3:56 PM
CC: CBP-MCAT-TEAM
Subject: Field Office Queue Management Report March 21, 2019
Attachments: Field Queue Management Report 3.21.19.xlsx

Good Afternoon All,

Please see attached spreadsheet with updated numbers for each field office.

**March 21, 2019**

**Laredo Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brownsville | | 41% | 0 | No. | 1,402,499 | 3,020,375 | 17 | 9 | 1,802 | 1,946 | 10 |
| Progreso | | 12% | 7 | Redirecting to Brownsville as necessary. | 545,422 | 994,234 | 0 | 1 | 106 | 131 | 0 |
| Hidalgo | | 186% | 0 | No. | 1,085,279 | 2,519,926 | 34 | 18 | 2,408 | 4,255 | 0 |
| Rio Grande | | 31% | 0 | Redirecting to Hidalgo as necessary. | 18,914 | 53,122 | 0 | 0 | 116 | 195 | 0 |
| Roma | | 38% | 32 | Redirecting to Hidalgo as necessary. | 113,772 | 231,723 | 6 | 3 | 290 | 1,061 | 2 |
| Laredo | | 33% | 0 | No | 2,067,888 | 4,919,511 | 30 | 23 | 4,194 | 5,776 | 7 |
| Eagle Pass | | 100% | 25 | No | 371,876 | 1,062,687 | 12 | 13 | 1,695 | 1,595 | 12 |
| Del Rio | | 25% | 0 | No | 58,195 | 115,292 | 2 | 3 | 731 | 147 | 0 |
| Total/Average | | 58% | 64 | | 5,662,945 | 12,916,850 | 101 | 71 | 11,342 | 15,106 | 31 |
| Percentages compared to FY 2018 | | | | | 43.84% | | | | 75.08% | | |

**El Paso Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of El Paso | | 71% | 3147 | No | 3,419,876 | 7,319,489 | 12 | 43 | 7,218 | 5,851 | 27 |
| Santa Teresa | | 50% | 0 | No | 32,346 | 147,145 | 0 | 4 | 680 | 769 | 3 |
| Columbus | | 17% | 0 | No | 122,523 | 282,686 | 0 | 0 | 133 | 33 | 4 |
| Tornillo | | 6% | 0 | No | 18,523 | 38,438 | 0 | 2 | 94 | 32 | 2 |
| Presidio | | 33% | 0 | No | 66,590 | 241,536 | 4 | 1 | 253 | 149 | 0 |
| Total/Average | | 35% | 3147 | | 3,659,858 | 8,029,294 | 16 | 50 | 8,378 | 6,834 | 36 |
| Percentages compared to FY 2018 | | | | | 45.58% | | | | 122.59% | | |

**Tucson Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18. | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | | 100% | 0 | No | 408,403 | 820,518 | 15 | 5 | 618 | 202 | 7 |
| Lukeville | | 0% | 0 | No | 22,167 | 69,086 | 0 | 0 | 31 | 18 | 0 |
| Naco | | 0% | 0 | No | 22,156 | 53,576 | 0 | 0 | 24 | 4 | 0 |
| Nogales | | 84% | 0 | No | 1,377,145 | 3,554,943 | 19 | 17 | 3,219 | 2,809 | 21 |
| San Luis | | 58% | 0 | No | 1,330,271 | 2,629,266 | 11 | 2 | 758 | 890 | 8 |
| Total/Average | | 48% | 0 | | 3,150,142 | 7,127,389 | 45 | 24 | 4,650 | 3,923 | 36 |
| Percentages compared to FY 2018 | | | | | 44.20% | | | | 118.53% | | |

**EXHIBIT 5**

11/21/19

Confidential

AOL-DEF-00087160

Page 2

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18 | Number of asylum seekers processed the previous day | 30 day average of asylum seekers processed | FY 2019 asylum seekers | FY 2018 asylum seekers | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| San Ysidro | | 96% | 2800 | No. | 4,627,281 | 3,981,830 | 43 | 44 | 8,890 | 9,823 | 49 |
| Otay Mesa | | 0% | 0 | Referred to San Ysidro. | 1,665,473 | 3,717,617 | 7 | 1 | 222 | 582 | 0 |
| Tecate | | 0% | 0 | Referred to San Ysidro. | 396,058 | 815,259 | 0 | 0 | 30 | 24 | 0 |
| Calexico West | | 64% | 297 | No. | 1,884,876 | 4,388,192 | 3 | 6 | 1,326 | 1,719 | 6 |
| Calexico East | | 0% | 0 | If encountered they will be referred to Calexico West. | 211,076 | 494,945 | 0 | 0 | 54 | 267 | 1 |
| Andrade | | 0% | 0 | If encountered they will be referred to Calexico West. | 530,130 | 910,895 | 0 | 0 | 7 | 21 | 0 |
| Total/Average | | 27% | 3,097 | | 9,314,894 | 19,308,738 | 53 | 51 | 10,529 | 12,436 | 56 |
| Percentages compared to FY 2018 | | | | | 48.24% | | | | 84.67% | | |

**OFO SWB**

| Total/Average | | 42% | 6,308 | | 21,787,839 | 47,382,271 | 215 | 195.5737705 | 34,899 | 38,299 | 159 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Percentages compared to FY 2018 | | | | | 45.98% | | | | 91.12% | | |

San Diego Field Office

U.S. Customs and Border Protection
Migrant Crisis Action Team (M-CAT)

Confidential

AOL-DEF-00087161