MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 50 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **AOL-DEF-00170598** |
| | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

From: KOSEOR, RYAN M
Sent: Saturday, June 16, 2018 7:17 PM
To: HOWE, RANDY J
CC: DRAGANAC, JOSEPH; CAMPBELL, CARL S
Subject: SWB Queue Management Update

Good Evening Sir,

Here is an updated report on queue management along the SWB.

Report Date: June 16, 2018

| Field Office | Port | Total number of Detainees | % of Capacity | Number in Queue @ Boundary Line | Impact to Port Operations |
|---|---|---|---|---|---|
| San Diego | San Ysidro | ■ | 63% | 850 in Tijuana Shelters | Negative |
| San Diego | Otay Mesa | ■ | 0% | 0 | Redirecting to San Ysidro |
| San Diego | Tecate | ■ | 0% | 0 | Redirecting to San Ysidro |
| San Diego | Calexico | ■ | 21% | 50 in Mexicali Shelters | |
| San Diego | Andrade | ■ | 0% | 0 | Redirecting to Calexico |
| Tucson | Douglas | ■ | 0% | 0 | Negative |
| Tucson | Lukeville | ■ | 0% | 0 | Negative |
| Tucson | Naco | ■ | 0% | 0 | Negative |
| Tucson | Nogales | ■ | 70% | 15 | The Port processed a family unit earlier with head lice. Prevention & Control Measures have been taken. |
| Tucson | San Luis | ■ | 60% | 0 | Negative |
| El Paso | El Paso | ■ | 50% | 0 | Negative |
| El Paso | Santa Teresa | ■ | 58% | 0 | Not currently holding the line |
| El Paso | Columbus | ■ | 0% | 0 | Not currently holding the line |
| El Paso | Tornillo | ■ | 0% | 0 | Not currently holding the line |
| El Paso | Presidio | ■ | 0% | 0 | Not currently holding the line |
| Laredo | Brownville | ■ | 10% | 0 | Negative |
| Laredo | Progreso | ■ | 0% | 0 | Negative |
| Laredo | Hidalgo | ■ | 48% | 4 | |
| Laredo | Rio Grande City | ■ | 0% | 0 | Negative |
| Laredo | Roma | ■ | 16% | 0 | Negative |
| Laredo | Laredo | ■ | 30% | 1 | Negative |
| Laredo | Eagle Pass | ■ | 64% | | Negative |
| Laredo | Del Rio | ■ | 0% | 0 | Negative |

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*

EXHIBIT 6
GIBBONS
11/21/19

Confidential

AOL-DEF-00170598