MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 51 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**AOL-DEF-00086900 to 86901**<br><br>***FILED UNDER SEAL*** |

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** ESTRADA, MICHAEL (TCA) on behalf of CBP-MCAT-TEAM
**Sent:** Thursday, May 2, 2019 3:25 PM
**CC:** CBPSTATS-Team;DistroList-CBP MCAT Team
**Subject:** Field Office Queue Management Report May 2, 2019
**Attachments:** Field Queue Management Report 5.2.19.pdf

Good Afternoon All,

Please see attached spreadsheet with updated numbers for each field office.

**May 2, 2019**

**Laredo Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18. | Number of Expedited Removal - Credible Fear processed the previous day | 30 day average of Removal - Credible Fear processed | FY 2019 Removal - Credible Fear | FY 2018 Removal - Credible Fear | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brownsville** | | 70% | 8 | No. | 1,774,408 | 3,020,375 | 34 | 16 | 2,440 | 1,946 | 15 |
| **Progreso** | | 12% | 55 | Redirecting to Brownsville as necessary. | 683,013 | 994,234 | 1 | 1 | 165 | 131 | 1 |
| **Hidalgo** | | 252% | 0 | No. | 1,360,743 | 2,519,926 | 45 | 37 | 3,879 | 4,255 | 25 |
| **Rio Grande** | | 6% | 0 | Redirecting to Hidalgo as necessary. | 20,277 | 53,122 | 0 | 1 | 149 | 195 | 1 |
| **Roma** | | 75% | 33 | Redirecting to Hidalgo as necessary. | 161,495 | 231,723 | 4 | 4 | 455 | 1,061 | 0 |
| **Laredo** | | 38% | 0 | No | 2,655,952 | 4,919,511 | 22 | 20 | 5,078 | 5,776 | 15 |
| **Eagle Pass** | | 114% | 25 | No | 491,675 | 1,062,667 | 7 | 6 | 1,971 | 1,595 | 4 |
| **Del Rio** | | 64% | 0 | No | 85,335 | 115,292 | 4 | 3 | 852 | 147 | 4 |
| **Total/Average** | | 79% | 121 | | 7,232,898 | 12,916,850 | 117 | 88 | 14,989 | 15,106 | 65 |
| **Percentages compared to FY 2018** | | | | | 56.00% | | | | 99.23% | | |

**El Paso Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18. | Number of Expedited Removal - Credible Fear processed the previous day | 30 day average of Removal - Credible Fear processed | FY 2019 Removal - Credible Fear | FY 2018 Removal - Credible Fear | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Port of El Paso** | | 76% | 4220 | No | 4,359,013 | 7,319,489 | 32 | 39 | 9,054 | 5,851 | 33 |
| **Santa Teresa** | | 0% | 0 | No | 48,522 | 147,145 | 0 | 2 | 783 | 769 | 5 |
| **Columbus** | | 0% | 0 | No | 153,414 | 282,686 | 0 | 2 | 201 | 33 | 4 |
| **Tornillo** | | 0% | 0 | No | 24,211 | 38,438 | 0 | 0 | 107 | 32 | 0 |
| **Presidio** | | 42% | 0 | No | 91,017 | 241,536 | 5 | 3 | 393 | 149 | 5 |
| **Total/Average** | | 23% | 4220 | | 4,676,177 | 8,029,294 | 37 | 46 | 10.538 | 6,834 | 47 |
| **Percentages compared to FY 2018** | | | | | 58.24% | | | | 154.20% | | |

**Tucson Field Office**

| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD. | Total number of pedestrian traffic for FY18 | Number of Expedited Removal - Credible Fear processed the previous day | 30 day average of Removal - Credible Fear processed | FY 2019 Removal - Credible Fear | FY 2018 Removal - Credible Fear | Number of aliens picked up by ICE/ERO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Douglas** | | 100% | 10 | No | 522,161 | 820,518 | 0 | 4 | 790 | 202 | 4 |
| **Lukeville** | | 0% | 0 | No | 28,580 | 69,086 | 0 | 1 | 57 | 18 | 0 |
| **Naco** | | 0% | 0 | No | 15,509 | 53,576 | 0 | 0 | 33 | 4 | 0 |
| **Nogales** | | 86% | 0 | No | 1,745,351 | 3,554,943 | 14 | 14 | 3,830 | 2,809 | 17 |
| **San Luis** | | 53% | 0 | No | 1,613,479 | 2,629,266 | 5 | 4 | 930 | 890 | 3 |
| **Total/Average** | | 48% | 10 | | 3,925,080 | 7,127,389 | 19 | 23 | 5,640 | 3,923 | 24 |
| **Percentages compared to FY 2018** | | | | | 55.07% | | | | 143.77% | | |

EXHIBIT 7
GIBBONS
11/21/19

| San Diego Field Office | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port of Entry | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Total number of pedestrian traffic for FY19 YTD | Total number of pedestrian traffic for FY18. | Number of Expedited Removal - Credible Fear processed the previous day | 30 day average of Removal - Credible Fear processed | FY 2019 Removal - Credible Fear | FY 2018 Removal - Credible Fear | Number of aliens picked up by ICE/ERO |
| San Ysidro | | 93% | 4000 | No. | 5,863,107 | 8,981,830 | 72 | 42 | 10,728 | 9,823 | 55 |
| Otay Mesa | | 0% | 0 | Referred to San Ysidro. | 2,082,167 | 3,717,617 | 0 | 1 | 261 | 582 | 2 |
| Tecate | | 0% | 0 | Referred to San Ysidro. | 504,734 | 815,259 | 0 | 0 | 36 | 24 | 0 |
| Calexico West | | 46% | 424 | No. | 2,336,880 | 4,388,192 | 10 | 7 | 1,612 | 1,719 | 2 |
| Calexico East | | 0% | 0 | If encountered they will be referred to Calexico West. | 259,387 | 494,945 | 0 | 0 | 70 | 267 | 0 |
| Andrade | | 0% | 0 | If encountered they will be referred to Calexico West. | 647,335 | 910,895 | 0 | 0 | 10 | 21 | 2 |
| Total/Average | | 23% | 4,424 | | 11,693,610 | 19,308,738 | 82 | 50 | 12,717 | 12,436 | 94 |
| Percentages compared to FY 2018 | | | | | 60.56% | | | | 102.26% | | |
| OFO SWB | | | | | | | | | | | |
| Total/Average | | 43% | 8,775 | | 27,527,765 | 47,382,271 | 255 | 207.5409836 | 43,884 | 38,299 | 230 |
| Percentages compared to FY 2018 | | | | | 58.10% | | | | 114.58% | | |

U.S. Customs and Border Protection
Migrant Crisis Action Team (M-CAT)