MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 56 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | AOL-DEF-00036004 to 36005 |
| | |
| | ***FILED UNDER SEAL*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** Archambeault, Gregory J
**Sent:** Wednesday, December 6, 2017 10:09 PM
**To:** FLORES, PETE ROMERO
**CC:** Garzon, John A; Hamelin, Scott C; ARMIJO, JOHNNY L; MARICICH, ANNE L; AKI, SIDNEY K
**Subject:** RE: Family Units

Thanks Pete. Just to clairfy, the BP is processing FAMU with NTAs if there is no bed space available at the Family Residential Centers.

It does not apply to non-FAMU cases (single males, females) so your assumption that there are less requests for bed space from BP is not the case.

Greg


Gregory J. Archambeault
Field Office Director
U.S. Immigration & Customs Enforcement
San Diego, CA

---

**From:** FLORES, PETE ROMERO
**Date:** Wednesday, Dec 06, 2017, 6:54 PM
**To:** Archambeault, Gregory J
**Cc:** Garzon, John A                    , Hamelin, Scott C           >, ARMIJO, JOHNNY L              , MARICICH, ANNE L <                    AKI, SIDNEY K
**Subject:** RE: Family Units

Thanks Greg,

We will reach out to John tomorrow. I will be in TJ tomorrow and then Calexico in the evening and Friday for funnel services.

As we know San Ysidro is a big draw for many things, hard narco, SIA's, Haitians and I believe the large groups of Mexican family units claiming CF starting at San Ysidro as well, a couple of years ago.

We want to create deterrence from coming to San Ysidro which would help us both but we understand there are limitations to what can be done. If BP across the SWB has switch to NTAs then there will be less request for bed space, which could allow us to focus detention space for SYS arrivals. We have seen in the past that undocumented aliens will use the path of least resistance whether that be another port or between the port.

Would like to see how much we can push and keep as ER/CFs and work on subsection of the family units that we should consider for NTA's.

We appreciate the work and movement that has been provided. Look forward to working towards a solution that creates the best deterrence that works for both of us.

Thanks,
Pete


**From:** Archambeault, Gregory J
**Sent:** Wednesday, December 06, 2017 5:06:07 PM
**To:** FLORES, PETE ROMERO
**Cc:** Garzon, John A; Hamelin, Scott C; ARMIJO, JOHNNY L; MARICICH, ANNE L
**Subject:** RE: Family Units

Pete,

I'm out of town the rest of the week but Mr. Garzon and staff are available.

There was a meeting at the MCAT and Hutton from OFO HQ will be sending out a clarification tomorrow on processing of FAMU. In essence it will say that OFO will work with ERO on appropriate case processing, wether ER or NTA.

We've asked that SYS process as NTA unless we know there is bed space at an FRC (which is limited and all the border offices are seeing an increase in FAMU). This will assist greatly in that an ERO officer will be able to process ▇ FAMU that are processed with an NTA by OFO, as opposed to ▇ This will assist SYS in clearing cases faster, ERO in handling the releases and reduce those queued at the border.

Lastly, there has been movement from SYS - including non-FAMU - and that will continue. We're looking to clear things out then

we'll most likely have capacity to further taking about [redacted] a day. Obviously this is an estimate and I know both of our staffs can continue to collaborate and works things out.

Challenging times just like last year (ground hog day....)!

Greg

Gregory J. Archambeault
Field Office Director
U.S. Immigration & Customs Enforcement
San Diego, CA

---

**From:** FLORES, PETE ROMERO <[redacted]>
**Date:** Wednesday, Dec 06, 2017, 4:22 PM
**To:** Archambeault, Gregory J [redacted]
**Cc:** Garzon, John A [redacted]>, Hamelin, Scott C [redacted] ARMIJO, JOHNNY L [redacted], MARICICH, ANNE L [redacted]
**Subject:** RE: Family Units

Greg,

You are available tomorrow morning to discuss options?

Pete Flores
Director, Field Operations
San Diego, CA
U.S. Customs and Border Protection
Work Phone: [redacted]
Fax: [redacted]

---

**From:** Archambeault, Gregory J [mailto:Gregory.J.Archambeault@ice.dhs.gov]
**Sent:** Wednesday, December 06, 2017 10:07 AM
**To:** FLORES, PETE ROMERO <[redacted]>
**Cc:** Garzon, John A [redacted]; Hamelin, Scott C <[redacted]>
**Subject:** Family Units

Pete,

A couple of weeks ago in coordination with HQCBP and HQICE/ERO, the agreement was made that both OBP and OFO would contact ERO upon encounter with a family group to determine if there was bed space at a Family Residential Center. If ERO had space then OBP/OFO would process as ER, if there was no space available then OBP/OFO would process as NTA. I sent a message to Chief Scott and acting Chief Scudder and thought I had included you but looking back at my sent messages, I did not (my bad).

Considering the latest guidance regarding placement and processing of family units, my Special Vulnerability Unit (SVU) will continue to be the point of contact regarding family bed space and family processing needs for OFO. ERO/SVU communicates daily with the Family Residential Centers to determine availability of bed space. The personnel in my SVU will communicate the availability of bed space and processing needs on my behalf.

Please advise your personnel of this delegation so we can continue to accept custody of family units in the most expedient manner possible.

Also, in follow up to our conversation yesterday, I'm still working on a plan to move a static number of detainees every day from SYS. I'll keep you informed and anticipate further details later today.

If you have any questions please let me know. Both Deputy Field Office Directors are included on this email.

Best,

Greg

Gregory J. Archambeault
Field Office Director
U.S. Immigration & Customs Enforcement
San Diego, CA 92101
[redacted]

Confidential

AOL-DEF-00036005