MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 61 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | **AOL-DEF-00050247 to 50250** |
| Defendants. | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** FLORES, PETE ROMERO
**Sent:** Wednesday, November 14, 2018 7:16 AM
**To:** HOWE, RANDY J
**CC:** WAGNER, JOHN P; Owen, Todd C (AC OFO)
**Subject:** Re: C1 Migrant Processing Direction

Sent from my iPhone

On Nov 14, 2018, at 4:07 AM, HOWE, RANDY J <​​​​​​​> wrote:

> Pete. Guidance below from the Commissioner. Let's discuss today.
>
> Randy J. Howe
> Executive Director, Operations
> Office of Field Operations
> U.S. Customs and Border Protection
>
> Begin forwarded message:
>
>> **From:** "MCALEENAN, KEVIN K" <​​​ LE ​​​>
>> **Date:** November 13, 2018 at 11:23:21 PM EST
>> **To:** "Owen, Todd C (AC OFO)" <​​​​​​​>
>> **Cc:** "PEREZ, ROBERT E" <​​​​​​​> "FLANAGAN, PATRICK S" <​​​​​​​> "HOWE, RANDY J" <​​​​​​​> "WAGNER, JOHN P" <​​​​​​​> "BOYD, VALERIE S" <​​​​​​​> "PETERLIN, MEGHANN K" <​​​​​​​>
>> **Subject: Re: C1 Migrant Processing Direction**
>>
>> EAC,
>>
>> This is a very good and productive plan. I briefed the Secretary this evening and received guidance on next steps.
>>
>> At this planning stage, the Secretary's preferred approach is:
>>
>> (1) to maintain queue management as currently balanced against all mission sets, including security and passenger/trade facilitation at land border POEs and international airports; and
>>
>> (2) to pursue accelerated planning for a Return to Territory approach to be applied to caravan participants and other arrivals as soon as practicable, pending GoM agreement.
>>
>> Thank you,
>>
>> KM
>>
>> Sent from my iPhone
>>
>> On Nov 11, 2018, at 6:30 PM, Owen, Todd C (AC OFO) <​​​​​​​​​​​​​​> wrote:
>>
>>> Commissioner,

Highly Confidential/Attorneys' Eyes Only                                AOL-DEF-00050247



Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 11:57:02 PM
**To:** Owen, Todd C (AC OFO); HOWE, RANDY J
**Cc:** AKI, SIDNEY K; MARICICH, ANNE L; CASTILLO, MOISES; ARMIJO, JOHNNY L
**Subject:** Re: C1 Migrant Processing Direction

<Ped West.docx>

Hopefully the document is attached now.

Sent from my iPhone

On Nov 11, 2018, at 3:55 PM, FLORES, PETE ROMERO wrote:

> EAC,
>
> [redacted]
>
> Pete
>
> Sent from my iPhone
>
> On Nov 11, 2018, at 11:53 AM, Owen, Todd C (AC OFO) wrote:
>
>> [redacted]
>>
>> Todd C. Owen
>> Executive Assistant Commissioner
>> Office of Field Operations

Highly Confidential/Attorneys' Eyes Only

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 7:50:12 PM
**To:** MCALEENAN, KEVIN K
**Cc:** Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; PEREZ, ROBERT E; FLANAGAN, PATRICK S; BOYD, VALERIE S; PETERLIN, MEGHANN K
**Subject:** Re: C1 Migrant Processing Direction

Sir,

[DP redacted] As of yesterday we started to increase intake of asylum seekers to match our capacity space based processing, holdings and release. The transfer of adult singles are the biggest concern and have the longest dwell times. Family units will be a large composition of our daily intake and additional ERO resources at the port to handle the releases will be need.

[DP redacted]

Pete
Sent from my iPhone

On Nov 11, 2018, at 11:30 AM, MCALEENAN, KEVIN K <LE> wrote:

Team,

Please provide, very specifically, the numbers and types (SA, FMUA, UAC) you are looking to have moved by ICE each day out of SYS. Thanks,

KM

Sent from my iPhone

Begin forwarded message:

**From:** "Vitiello, Ronald D" <LE>
**Date:** November 11, 2018 at 2:04:08 PM EST
**To:** "MCALEENAN, KEVIN K" <LE>
**Subject: RE: C1 Migrant Processing Direction**

Okay,

Thanks. The memo is light on detail. Do you have another description (Con-ops)?

Highly Confidential/Attorneys' Eyes Only

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, November 11, 2018 11:32 AM
**To:** Vitiello, Ronald D

LE

**Subject:** Fwd: C1 Migrant Processing Direction

Director,

Wanted to share my guidance to OFO on implementing the surge directed in the President's proclamation. We really need ERO's support, starting over this weekend in San Diego, to get the POE process running. Let me know if you want to talk through. Thanks,

Kevin

Sent from my iPhone

Begin forwarded message:

> **From:** "FLANAGAN, PATRICK S"
>
> **Date:** November 10, 2018 at 1:31:58 PM EST
> **To:** "MCALEENAN, KEVIN K"
>
> LE
>
> **Subject:** Fwd: C1 Migrant Processing Direction

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00050250