MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 62 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | **AOL-DEF-00602802 to 602803** |
| Defendants. | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
 *bazmy@ccrjustice.org*
 Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
 *gschwarz@ccrjustice.org*
 Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
 *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
 Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
 *sarah.rich@splcenter.org*
 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
 *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
 Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
 *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

**From:** MARIZA, MARIN
**Sent:** Monday, August 6, 2018 5:22 PM
**To:** KOSEOR, RYAN M
**Subject:** RE: Queue Management.xlsx

Here we go, fixing things that aren't broken….I'll keep you posted on how you screw up our process…

**From:** KOSEOR, RYAN M
**Sent:** Monday, August 6, 2018 2:21 PM
**To:** MARIN, MARIZA <█████████████>
**Subject:** RE: Queue Management.xlsx

10-4. Front Office just tasked me with finding some solutions. I will try to work this from here. I know C1 and the EAC don't want to just throw money at it because that would defeat the purpose of queue management.

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*
*Cell:* █████████
*MCAT:* █████████

**From:** MARIN, MARIZA
**Sent:** Monday, August 6, 2018 5:18 PM
**To:** KOSEOR, RYAN M <█████████████>
**Subject:** RE: Queue Management.xlsx

Well, if we didn't have over half of the officers at the cap about █ or so

**From:** KOSEOR, RYAN M
**Sent:** Monday, August 6, 2018 2:08 PM
**To:** MARIN, MARIZA <█████████████>
**Subject:** RE: Queue Management.xlsx

One more question. How many cases could SYS process a day if ERO moved them out the next day?

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*
*Cell:* █████████
*MCAT:* █████████

1

Highly Confidential/Attorneys' Eyes Only                                                        AOL-DEF-00602802

**From:** MARIN, MARIZA
**Sent:** Monday, August 6, 2018 1:16 PM
**To:** CAL AEU
**Cc:** sys aeu <
**Subject:** Queue Management.xlsx

2

Highly Confidential/Attorneys' Eyes Only                                AOL-DEF-00602803