Case 3:17-cv-02366-BAS-KSC   Document 390-95   Filed 07/14/20   PageID.30898   Page 1 of 2

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 96 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **AOL-DEF-00027614 to 27615** |
| | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

| | |
|---|---|
| **From:** | GONZALEZ, MARISSA |
| **Sent:** | Tuesday, October 2, 2018 2:09 PM |
| **To:** | MCALEENAN, KEVIN K; PEREZ, ROBERT E; Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; DRAGANAC, JOSEPH; CAMPBELL, CARL S; HOFFMAN, TODD A; BAKOPOULOS, EMILIA; HINKLE, DAVID A.; HYATT, MICHAEL G (NCO); POPKE, SHANE J; GODINO, LOUIS J; GONZALEZ, MARISSA |
| **Subject:** | Field Office Queue Management 10.02.18 |
| **Attachments:** | Field Queue Management Report 10.02.18.pdf |

All,

Please see attached spreadsheet with updated numbers for each field office.

Thank you,

*Marissa Gonzalez*

U.S. Customs and Border Protection
Migration Crisis Action Team (MCAT)

███████████

1

Confidential                                                                          AOL-DEF-00027614

October 2, 2018

| **Laredo Field Office** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
| Brownsville | | | 18 | 26% | 1 | No. | | 2,742,184 | No Impact |
| Progreso | | | 0 | 0% | 0 | Redirecting to Brownsville as necessary. | | 890,907 | No Impact |
| Hidalgo | | | 9 | 21% | 0 | No. | | 2,140,703 | No Impact |
| Rio Grande | | | 5 | 31% | 0 | Redirecting to Hidalgo as necessary. | | 57,510 | No Impact |
| Roma | | | 5 | 31% | 0 | Redirecting to Hidalgo as necessary. | | 235,665 | No Impact |
| Laredo | | | 45 | 36% | 0 | No | | 3,192,694 | No Impact |
| Eagle Pass | | | 18 | 129% | 0 | No | | 848,619 | No Impact |
| Del Rio | | | 4 | 14% | 0 | No | | 153,604 | No Impact |

AOL-DEF-00027615