Case 3:17-cv-02366-BAS-KSC Document 529-24 Filed 08/28/20 PageID.36466 of 1
Case 3:17-cv-02366-BAS-KSC Document 406-7 Filed 02/12/20 PageID.31109 Page 1 of 1
Page 1 of 3

1  JOSEPH H. HUNT
2  Assistant Attorney General, Civil Division
   WILLIAM C. PEACHEY
3  Director, Office of Immigration Litigation –
4  District Court Section
   KATHERINE J. SHINNERS (DC 978141)
5  Senior Litigation Counsel
6  ARI NAZAROV (CT 414491)
   DHRUMAN Y. SAMPAT (NJ 270892018)
7  ALEXANDER J. HALASKA (IL 6327002)
8  Trial Attorneys
   United States Department of Justice
9  Civil Division
10 Office of Immigration Litigation
   P.O. Box 868, Ben Franklin Station
11 Washington, D.C. 20044
12 Tel: (202) 307-8704 | Fax: (202) 305-7000
13 alexander.j.halaska@usdoj.gov

14 *Counsel for Defendants*

15

16            **UNITED STATES DISTRICT COURT**
               **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
17                         **(San Diego)**

18

| | |
|---|---|
| 19  AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| 20  *Plaintiffs*, | Hon. Cynthia A. Bashant |
| 21  v. | **Exhibit 6 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| 23  Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| 24  | Filed Under Seal |
| 25  *Defendants* | |

27

28

Office of Field Operations
Incident Management Division
October 6, 2016

**Issue**   Haitian Migration Surge

**Executive Summary:**
Since February 2016, the CBP Office of Field Operations Ports-of-Entry (POE) within the San Diego Field Office began experiencing a surge of inadmissible Haitian nationals seeking entry to the United States without proper documents to enter or reside. The massive pooling of Haitian, African, Mexican, and other migrants to Tijuana and Mexicali, Baja California enroute to the U.S. border, has caused an extraordinary situation and demand for services. ███████████████████████████████████████████████████████████████████████████████████

**Background:**
- The current surge of Haitian migrants is partially tied to the designation and reauthorization of Temporary Protective Status (TPS) following the January 12, 2010 Haitian earthquake.
- Haitians who were in the United States prior to January 12, 2011 and have a pending or approved application for TPS are generally not subject to removal.
    - Temporary Protective Status (TPS): An alien granted TPS, shall not be removed from the United States during the period in which such status is in effect [8USC1254a(A)].
- Based on field interviews with Haitian nationals encountered at the POEs, most have lived and worked in Brazil between one (1) to three (3) years before starting their journey to the United States.
- If encountered during travel through Latin America, Haitians generally to be Congolese (or other French specking nationality form Africa) to avoid removal.
- Applicant arrive to U.S. boarder, indicating their documents are either lost, stolen, or destroyed, and admit to Haitian nationality.

**Current Status:**
- OFO has deployed 100 additional officers to support the San Diego Field Office ports of entry;
- CBP has deployed (16) CBP personnel with special language fluency (Creole) to support the processing of Haitian nationals at the POE.
- OFO has leveraged remote processing capabilities at impacted POE.
- OFO, in collaboration with the Office of Chief Counsel, ICE, and USCIS is streamlining administrative case processes.
- CBP San Diego continues their partnership with USBP to support the overflow of inadmissible aliens in custody.
    - USBP provided CBP San Diego with temporary holding space at the Imperial Beach Border Patrol Station and Barracks Five/Chula Vista location in South San Diego.

- Inadmissible adult males, such as Haitians are relocated to the Imperial Beach Border Patrol Station where ICE/ERO then employs alternatives to detention (ATD) programs prior to release, if appropriate.
- OFO has requested support from ICE/ERO with the placement of staff at San Ysidro and Calexico. ICE/ERO has deployed 2-3 over two shifts.
    - With limited ICE/ERO staff and this process can take up to 6 days as migrants remain in CBP custody. OFO is coordinating requests for additional staff.
    - To support ICE/ERO and speed the custodial transfer of aliens, CBP San Diego has integrated a vast amount of ICE/ERO administrative functions to their processing procedures which requires additional time to fulfill case processing requirements; this process has been the focus of streamlining discussion to increase OFO throughput.
- This surge in inadmissible migrants and space constraints requires CBP San Diego to assume non-traditional detention functions as a result of ICE/ERO San Diego's inability to meet their mandated function of assuming custody of inadmissible migrants.
- To manage the increased surge of inadmissible aliens at POEs, and comply with legal obligations, case processing is conducted by prioritization:
    1. Unaccompanied Children (UAC)
    2. Family Units and accompanied children
    3. Aggravated Criminal Aliens
    4. Criminal Aliens
    5. Single Adults

## Operational Perspective:

CBP deployed personnel to the impacted ports of entry, streamlining administrative processes, utilized technology applications as a force-multiplier, and re-framing the distribution of workload. To further improve developing workflow efficiencies, CBP recommends pursuing options to:
- Holistically reduce administrative paperwork in case processing;
- Maximize leveraging of nation-wide remote processing for all inadmissible alien encounters;
- Pursue establishment of centralized collection and processing centers at the Department level; and,
- Pursue (emergency) regulatory change to de-incentivize frivolous credible fear claims and reinvigorate removals through the expedited removal process.

**Prepared by**: OFO, Migration Coordination Center
**Date:** October 6, 2016