Case 3:17-cv-02366-BAS-KSC Document 529-25 Filed 08/28/20 PageID.36469 Page 1 of 1
Case 3:17-cv-02366-BAS-KSC Document 406-8 Filed 02/12/20 PageID.31190 Page 1 of 4
Page 1 of 4

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **Exhibit 7 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** <br><br> Filed Under Seal |

| | |
|---|---|
| From: | NUNEZ-NETO, BLAS |
| Sent: | Thursday, September 15, 2016 12:34 PM |
| To: | WATSON, STEPHANIE E |
| Cc: | HOFFMAN, TODD A; GOOD, BEVERLY; HUTTON, JAMES R; TAMAYO, ENRIQUE S; SCHROEDER-FAWCETT, JENNIFER L; DONNELLY, STEVEN J |
| Subject: | RE: Haitian Migration Surge Briefing |

Thank you very much—the Deputies Committee was moved to tomorrow.    DP

DP

**From:** WATSON, STEPHANIE E
**Sent:** Wednesday, September 14, 2016 9:20 PM
**To:** NUNEZ-NETO, BLAS <███>
**Cc:** HOFFMAN, TODD A <███>; GOOD, BEVERLY <███>; HUTTON, JAMES R <███>; TAMAYO, ENRIQUE S <███>; SCHROEDER-FAWCETT, JENNIFER L <███>; DONNELLY, STEVEN J <███>
**Subject:** Haitian Migration Surge Briefing

Sir,

Please find attached and below the OFO Haitian Migration Surge brief.

*Stephanie E. Watson*
*Admissibility and Passenger Programs*
*RRB #2.5B-38*
*Office:* ███
*Cell:* ███

**Office of Field Operations**
**Admissibility and Passenger Programs**
**And Operations - Incident Management Division**
**September 14, 2016**

**Action Required:** Information Only

**Time Constraint:** None

**Issue:** San Diego Field Office - Haitian Migration Surge – ERO Delays

**Situation:**
Beginning in February 2016, CBP San Diego Field Office (SDFO) began experiencing a surge of inadmissible Haitian migrants seeking entry into the U.S. To date, 4,876 Haitian inadmissible migrants have been processed at San Ysidro in FY16. The Government of Mexico (GOM) is reporting that there are more than 1,000

1

Haitians currently staged in Tijuana, and an additional 500 Haitians on Mexico's southern border. The Government of Panama is reporting more than 3,000 migrants are currently in humanitarian camps, awaiting passage north. The Government of Brazil is reporting that as many as 25,000 Haitian nationals are leaving that country, en route to the U.S. Additionally, CBP interviews have shown a new trend of Haitian nationals applying for a Mexican Visa and flying directly from Haiti, Cuba, Panama, and the Dominican Republic to Mexico, then transiting to the U.S. at the Port of San Ysidro. The impact to CBP operations at the Port of San Ysidro, and throughout San Diego, continues to be a strain on current staffing, budget, and all other border processes. The Mexican Immigration Commissioner has advised CBP that there is increasing pressure from local government officials in Tijuana to stop the current staging and metering process. CBP believes that a migrant surge, which will overwhelm current Department capabilities in San Diego, is eminent and immediate.

**Mission**:
The majority of the arriving Haitian nationals are processed under §240 removal proceedings, in lieu of expedited removal under §235 of the INA. This action circumvents the mandatory detention provisions under §235 of the INA and allows ERO to parole the aliens, utilizing existing alternatives to detention, while awaiting removal proceedings. [redacted] he average volume of encountered individuals result in aliens remaining in CBP custody for 4-7 days as ICE/ERO is unable to take custody in a timely manner. The situation is further exacerbated by the current construction at the Port of San Ysidro which has substantially limited OFO's operational footprint and short term holding capacity. CBP is working to identify alternate facilities that could be used to transfer Haitians out of the port of San Ysidro. [DP redacted]

**Execution**:
In an effort to expedite the transfer of aliens to ERO custody, CBP San Diego has assumed a large portion of ICE/ERO administrative functions which has added substantially to processing time, but has not yielded any efficiencies for ERO in accepting transfer. The current influx of inadmissible aliens coupled with added administrative functions and decreased operational capacity due to construction has created an untenable situation for which ERO assistance is critical. In response to this influx, U.S. Border Patrol (USBP) is providing SYS POE with temporary holding space for approximately 75 individuals at the Imperial Beach Border Patrol Station and Chula Vista Border Patrol Station (Barracks Five).

**Administration**:
To address the current needs, SYS POE has undertaken the following to maximize operational output:
1. Temporarily assigned personnel to support increased San Ysidro workload;
2. Utilized USBP Stations to temporarily hold migrants awaiting custodial transfer to ICE/ERO;
3. Converted administrative work space to accommodate increase surge of migrants;
4. Transferred inadmissibility case processing to alternate areas utilizing virtual processing;
5. Increased AEU staffing assignments;
6. Committed outlying ports of entry to augment resources with virtual processing efforts; and,
7. Integrated Haitian Creole speakers throughout the whole of CBP to conduct virtual processing.

**Command**:
[DP redacted]

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00285233

3

Highly Confidential/Attorneys' Eyes Only                                                                                                                                           AOL-DEF-00285234