Case 3:17-cv-02366-BAS-KSC Document 529-26 Filed 08/28/20 PageID.36473 of 1
Case 3:17-cv-02366-BAS-KSC Document 406-9 Filed 02/12/20 PageID.31191 Page 1 of 1
Page 1 of 15

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 8 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | Filed Under Seal |

THIS DOCUMENT WAS PRODUCED NATIVELY.

Confidential                                                                                                    AOL-DEF-00018728



# SWB DFO/XD Panel Discussion

November 16, 2016

# OPS/APP Executive Directors



## OPERATIONAL AND POLICY RESPONSES TO MASS MIGRATION AT SWB

 **Intel**
Migration Flow

 **Overcrowding**
The Immigration Process Downstream from POE Cannot Match CBP Processing

 **Current State**
SWB DFO's

 **Transportation**
OFO is Continually Required to Occupy ERO Mission Space

 **El Centro**
Expansion of Calexico POE

 **Considerations**
Future State

# Intel - Predicted Arrivals



Tijuana 2715▼  Mexicali 1842▲   Tapachula, MX 113▼   Panama 2328▼

SDFO

## FY TOTALS

|  | FY15 | FY16 | % change FY 15-16 | FY17TD |
|---|---|---|---|---|
| UACs | 44,613 | 70,806 | 59% | 9,712 |
| FMUAs | 61,743 | 108,823 | 76% | 20,405 |
| Single | 461,875 | 503,852 | 9% | 52,831 |

## MONTH TO DATE TOTALS

|  | SEP | OCT | NOV |
|---|---|---|---|
| UACs | 7,287 | 8,626 | 1,036 |
| FMUAs | 13,564 | 17,518 | 2,712 |
| Single | 44,566 | 47,726 | 5,105 |

Est. 12,000 Haitians enroute to US

Brazil

## CAPACITY STRESS POINTS

|  | LIMIT | CURRENT | CAPACITY % |
|---|---|---|---|
| El Paso | ■ | 524 | ■ |
| San Diego | ■ | 627 | ■ |
| Tucson | ■ | 197 | ■ |
| Laredo | ■ | 147 | ■ |

UNCLASSIFIED // FOR OFFICIAL USE ONLY

# San Diego Field Office



   

San Ysidro POE, Holding Cells    San Ysidro POE

 

Calexico POE, Secondary Processing    Calexico POE, Secondary Processing

UNCLASSIFIED // FOR OFFICIAL USE ONLY

4

# Tucson Field Office





Nogales POE, Holding Cell



Nogales POE, Holding Cell



San Luis POE



San Luis POE

UNCLASSIFIED // FOR OFFICIAL USE ONLY

5

# El Paso Field Office




Yesleta POE


Tornillo POE


Bridge of the Americas POE


Paso Del Norte POE

UNCLASSIFIED // FOR OFFICIAL USE ONLY

6

# Laredo Field Office




Brownsville POE, Converted Cargo Lot


Laredo POE


Hidalgo POE


Hidalgo POE

# El Centro Processing Center



## Expansion of Calexico POE

**01**
DHS mandated a **CBP response to influx of Haitians.**

**02**
**El Centro** was identified to process Haitians coming through Mexicali with a **goal of processing** ▮ **Haitians daily**.

**03**
**74 enforcement officers and supervisors** will be sent TDY to support this processing center

**04**
ERO has committed to move all processed Haitians **within 24 hours** from El Centro.

**05**
Tiered launch starting **Nov 14** with **30 officers** to process approximately ▮ aitians daily to test ERO's capacity to match OFO processing.

**06**
**Full operational capacity** to start on **Nov 28** pending ERO capacity.

UNCLASSIFIED // FOR OFFICIAL USE ONLY

8

# Overcrowding



 **The Immigration Process Downstream from POE Cannot Match CBP Processing**



DP

UNCLASSIFIED // FOR OFFICIAL USE ONLY

9

# Overcrowding – cont.



 **The Immigration Process Downstream from POE Cannot Match CBP Processing**



DP

# Transportation



 ## OFO is Continually Required to Occupy ERO Mission Space

**ERO transportation disparity/deficiency**

**Other options?**


DP

**CBP agency-wide transportation mechanism and acceptance of ERO assets**

- Different job series
- Appropriated funds
- ERO assets vs. CBP mission-space

UNCLASSIFIED // FOR OFFICIAL USE ONLY

11

# Considerations



 **Future State**





# QUESTIONS?