Case 3:17-cv-02366-BAS-KSC    Document 529-37    Filed 08/28/20   PageID.36489   Page 1 of 1
Case 3:17-cv-02366-BAS-KSC    Document 406-10    Filed 02/12/20   PageID.31972   Page 1 of 1
Page 1 of 8

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 9 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants* | Filed Under Seal |

Office of Field Operations
Incident Management Division
October 13, 2016

**Action Requested:** Approval

**Issue:** Haitian Migration Surge

**Executive Summary:**
Since February 2016, the CBP Office of Field Operations (OFO) Ports of Entry (POE) within the San Diego Field Office began experiencing a surge of inadmissible Haitian nationals seeking entry to the United States. In addition to increased numbers of Haitian nationals along the US-Mexican border, CBP intelligence estimates that at least 12,700 Haitian nationals are enroute to the U.S. ████████████████████████████████████████████████ In response, OFO headquarters is proposing to expand Haitian processing at a processing facility at El Centro, California.

**Background:**
- Since the surge of Haitian nationals began in February 2016, the majority of the arriving Haitian nationals were being processed under §240 removal proceedings, in lieu of expedited removal under §235 of the Immigration and Nationality Act (INA). This action circumvented the mandatory detention provisions under §235 of the INA and allowed ERO to parole most Haitian nationals.
- On September 20, 2016 DHS announced their intent to resume removal operations to Haiti.

**Current Status:**
- Construction at the Port of San Ysidro has substantially limited OFO's operational capabilities and short term holding capacity. As a result of ongoing construction, the Port of San Ysidro Admissibility Enforcement Unit's (AEU) demand for space substantially exceeds existing temporary detention capacity.
- Since the beginning of FY 2016, more than ████ Haitian inadmissible migrants have been processed at the Port of San Ysidro.
  - Based on CBP intelligence, in consultation with the Department of State, there are an estimated 12,700 Haitian migrants in transit from Brazil through Central America and Mexico; 3,600 Haitians are currently in Tijuana and 1,700 in Calexico.
- The San Diego Field Office currently processes an averages between ████ Haitian nationals daily.
- To avoid congestion at the SYS POE, Haitian arrivals were metered to ██ per day, with the POE requesting additional arrivals if resources permit. The arrival of additional Creole speakers to SYS served to achieve greater efficiency, permitting Haitian arrivals to raise to ██ per day.
- The current volume of inadmissible Haitians encountered at the ports of entry (POE) has resulted in subjects remaining in custody with CBP for protracted periods pending ICE/ERO placement (often for days).

- ███████████████████████████████████████████████████████

**Proposal:**
- OFO proposes to establish a joint processing center with OFO, United States Border Patrol (USBP) and ERO assets at a vacant ERO facility located in El Centro, California. The intent of this proposal is to create a unified approach to effectively processing Haitians and immediately turning those processed over to ERO for a custody/release determination.
- The facility is divided between two dorms (Alpha and Bravo pods). OFO will utilize Alpha Pod for unprocessed aliens. Upon the completion of case processing, OFO will transfer custody to ERO who have committed to fully staffing Bravo Pod.
- The proposal assumes provisions for *Instituto National de Migracion* (Mexican Immigration/INAMI) to encourage movement of Haitian Nationals in a metered fashion to the Calexico POE at a rate of ███ adult Haitians per day.
- If INAMI is unable to transport Haitian nationals to Calexico, transportation would have to be coordinated from the San Ysidro POE. Travel time from San Ysidro to El Centro is approximately 2 hours.
- The proposal also requires CBP San Ysidro to maintain its existing processing rate.
- To support staffing at the El Centro Processing Center, OFO estimates that 76 TDY staff, including 8 Creole speakers currently on TDY to San Ysidro, will be required *(see staffing below)*.
- Upon completion Haitian processing, OFO will have the ability to turn subjects over immediately to ERO custody. ERO has committed sufficient staff on site (also TDY) to support transfer/release of 100 Haitians per day at the El Centro Facility.

**Transportation:**
The El Centro facility is located approximately 12 miles north of the Calexico POE. Travel time from Calexico is approximately 20 minutes via bus or van.
- USBP has committed to the oversight of transportation of ███ Haitians a day from Calexico POE to El Centro Processing Center. In the event of an unexpected surge of Haitian nationals at the Calexico POE, USBP will provide support processing staff.

**Facility:**
- The ICE/ERO facility in El Centro, California is located approximately 12 miles north of the Calexico POE.
- ERO's Office of Facility Administration (ERO-OFA) owns the facility. ERO-OFA personnel indicate that barring facility systems failures, ███ beds could be brought on-line in approximately 30 days from the time CBP/ERO formally agree to transition the use of the facility for CBP processing.
- The facility has been in off-line for approximately 2 years; with minimal systems (HVAC, electric, water) being maintained during this time period.
- It is anticipated not all systems may function when brought back to full operation.

- Per discussions with ERO, this proposal assumes that ERO will be responsible for the startup of essential systems to include: HVAC, electric, water, fire, and other building services required for public use.

**Staffing:**
- Jump team deployment: OFO estimates a jump team will need to be deployed to assess facility suitability and to create an accurate proposal of costs for implementation. Total Jump team costs will be approximately $10,000.
- To meet desired output, staffing requirements for each shift are estimated as follows:
    - Shift 1: 0000-0800 12 CBPO + 1-2 SCBPO
    - Shift 2: 0800-1600 17 CBPO + 1-2 SCBPO + 1 Chief
    - Shift 3: 1600-2000 14 CBPO + 1-2 SCBPO + 1 Chief
- To attain the above daily staffing levels, OFO estimates 68 CBPO's, 6 First-Line Supervisory CBPO's, and 2 Second-Line Supervisory CBPO's (74 total TDY staff), will be required to support remote processing.
- To further support Haitian processing operations, an onsite Mission Support representative would be required to respond to urgent operational and unforeseeable needs, preferably a representative with a major purchase card account.
- The total staffing costs are estimated to be $391,760 per 30 days, broken down as follows:
    - Travel:    $500 x 76 TDY         = $38,000
    - M&IE:      $51 x 76 x 30 days    = $116,280
    - Lodging:   $91 x 76 x 30 days    = $207,480
    - Van rental $100 x 10 x 30 days   = $30,000
- Projected TDY costs per 30 day increments are:
    - 30 day TDY of 76 - $391,760
    - 60 day TDY of 76 - $783,520
    - 90 day TDY of 76 - $1,175,280
- Overtime expenses are not included in this request.

**IT and Equipment:**
- The proposal envisions a breakdown of case processing into stages to increase efficiency to gain maximum throughput. In order to streamline Haitian processing, OFO estimates acquisition of 30 work stations with connectivity to CBP data bases and sufficient peripheral equipment to support case processing (camera, fingerprint scanners, etc.) will be required.
- An additional 10 Jump Kits have been provisioned, which may be utilized to increase efficiency.
- OFO is coordinating with Facilities Management and Engineering (FM&E) to finalize business requirements and facility/workstation costs ($5,290 for full IDENT work station/$2,790 for processing work stations)
- ERO-FU indicates T-1 lines are on site and functional.
- ERO-FU indicates switches and LAN equipment are on site and functional.
- ERO-FU indicates phone lines are operational and active.
- The cost of IT provisioning to transfer to CBP compliant systems is unknown at this time.
- There appears to be sufficient detention/hold furniture on site.

- There is no sufficient office/desk furniture to accommodate workstations. OFO is working with FM&E to develop costs for furniture for 30 work areas.

## Next Steps:

- Jump Team will be deployed to assess facility readiness and IT requirements.
- OFO/ERO/USBP to compile detailed operational plan.
- OFO will solicit 68 CBPO's (including 6 SCBPOs and 2 Chiefs) for a 90-120 day TDY. Priority will be given to CBPOs fluent in the Creole language and those who possess Commercial Drivers Licenses (CDLs).
- CBP to execute interagency agreement (IAA) between CBP and ERO will be established to assume responsibility for facility operational expenses.
- OFO/ERO to coordinate communication plan for impacted communities receiving Haitian migrants.

## Total Costs Summary:

| Startup Costs: | Cost: |
| --- | --- |
| Jump team Deployement | $10,000.00 |
| 30 Work Stations (including 6 Ten-Print Scanners and 6 Printers) | $102,300.00 |
| IT - Onsite and Operational (Jump Team to assess ) | $0.00 |
| Total: | $112,300.00 |

| Recurring Expenses : | Monthly Cost: |
| --- | --- |
| Utilities/Janitorial Services: | $54,000.00 |
| CBPO TDY Costs (76 CBPOs) | $391,760.00 |
| Furniture | TBD |
| Food Contract | $27,000.00 |
| Transportation: | $0.00 |
| Total Monthly Cost: | $472,760.00 |

**Strengths/Risks:**

[redacted]

**Recommendation**:

Approve deployment of a Jump Team to assess facility for completion of Concept of Operation and Implementation plans.

**Approve:** _____   **Disapprove:** _____

Approve concept of utilization of El Centro facility for a remote adverse action processing center.

**Approve:** _____   **Disapprove:** _____

**Proposed Concept of Operations:**

The San Ysidro Admissibility Enforcement Unit's (AEU) management team has implemented streamlined operational plan to address the current Haitian surge. Barring facility/infrastructure constraints El Centro Processing should mirror this process.

Case processing has been separated into administrative stages, with designated teams performing specific functions. This includes case processing templates that are already in place. The final step, of transfer to from El Centro will be accomplished by ICE/ERO

Upon arrival of single adult aliens at the POEs, CBP will process the group utilizing assembly line protocol. These alien's information will be input into SIGMA and biometrics will be taken.

1. **Arrival and transport – 20 minutes – maximum of 50 per transport:**

    a. USBP will oversee all aspects of transportation from Calexico POE to El Centro.
    b. USBP has agreed has committed sufficient resources to ensure transportation of ▓▓ Haitian nationals per day.

2. **Intake –** ▓▓▓▓ per alien

    a. Gather biographic information,
    b. Ask health questions,
    c. Obtain POC information,
    d. Complete pat downs,
    e. Bag and tag all property.

3. **IAFIS and SIGMA -** input ▓▓▓▓ per alien; once at El Centro CBPOs will:

    a. Complete SIGMA input
    b. SIGMA input of biographical information

4. **Case Prepping** ▓▓▓▓ per case file

    c. Systems checks and printout of records
    d. Booking and A# input
    e. Input of IOIL
    f. Print copies of records/forms for A-File
    g. Collate and put together A-File

5. **Case Processing and Interview** ▓▓▓▓ per case –

    *Note: Creole speaking officers will interview the subjects and complete the I-213. Non-Creole speaking CBPOs will add all charging documents and prepare the files for review and turn over to ICE/ERO.*

    h. Review A-file for correct information
    i. Add appropriate forms to case file
    j. Conduct interview with Creole speaker
    k. Complete case I-213 for A-File
    l. Add charging documents
    m. Obtain Supervisory review and signatures

6. **ICE/ERO Support:** ERO has increased support relating to the file review process and movement of detainees in AEU. The following are steps ERO has taken:

    a. ICE/ERO has committed to provide sufficient Deportation Officers (DO). The number on site will vary, however there should always be at least one DO on site reviewing files and making corrections on site, in addition to one Supervisory DO.
    b. Additional DO and Supervisory DO staff will be required to review and approve A-file for immediate transfer.
    c. ICE/ERO stated that they will be transporting approximately 100 aliens from El Centro upon custody determination.

Confidential