JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **Exhibit 30 to Defendants' Opposition to Plaintiffs' Motion for Class Certification** |
| Chad F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| | Filed Under Seal |
| *Defendants* | |

**From:** DE LOS SANTOS, EFRAIN
**Sent:** Wednesday, October 3, 2018 8:35 AM
**To:** ORTIZ, TATER; PARKER, BOB B; WEAVER, WALTER W; GALVAN, JORGE; GUERRA, ANDRES; CANTU, JAVIER N; BRIONES, SYLVIA; GONZALEZ, DAVID JOHN; FLORES, JORGE ALBERTO; CONTRERAS, JESUS; ALVAREZ, DAVID
**CC:** OFO-SOUTHERN OPERATIONS COMMAND; BROWNSVILLE OPS CENTER; PGRCOM; HIDALGO OPERATIONS CENTER; RIO001A-RIO-SUPERVISOR GML; RMA002A RMA SUPERVISOR GML; LFO-Admissibility
**Subject:** Adverse Action Traffic- October 2, 2018
**Attachments:** Adverse Actions 10_02_18.pdf; Current Custody Log (SOC).pdf

Good Morning Port Directors,

On behalf of the (A)DSO, please see attached adverse action traffic for October 2, 2018 at the ports of entry & today's current 7:00 AM Detention Custody Log.


Efrain De Los Santos
CBP Chief Supervisor
Southern Operations Command

|  | 2301 | 2305 | 2307 | 2309 | 2310 | TOTAL |
|---|---|---|---|---|---|---|
| EXPEDITED REMOVAL (ER) | 1 | 3 | 1 |  | 1 | 6 |
| EXPEDITED REMOVAL- (ERCF) | 2 | 11 | 1 |  | 1 | 15 |
| NOTICE TO APPEAR (NTA) | 7 | 9 | 3 |  | 1 | 20 |
| REINSTATEMENT OF DEPORT ORDER I-871 |  | 2 |  |  |  | 2 |
| VOLUNTARY RETURN | 1 |  |  |  |  | 1 |
| WD IN LIEU OF ER |  |  |  | 1 | 1 | 2 |
| WITHDRAWAL (WD2) |  | 3 |  |  |  | 3 |
| TOTAL | 11 | 28 | 5 | 1 | 4 | 49 |

| Juvenile Description | Count | Family Unit Indicator | Unit Count |
|---|---|---|---|
| UNACCOMPANIED | 3 | Y | 4 |

| Medical Clearance |  |
|---|---|
| Criminal Prosecution | 1 |

| Juvenile Description | Count | Family Unit Indicator | Person Count |
|---|---|---|---|
| ACCOMPANIED | 8 | Credible Fear | 11 |

| SINGLES | Count | Family Unit Indicator | Person Count |
|---|---|---|---|
| ADULTS | 33 | No Fear Claim | 2 |



- 2301: 22.45 %
- 2305: 57.14 %
- 2307: 10.2 %
- 2309: 2.04 %
- 2310: 8.16 %

|  | TOTAL ALIENS IN CUSTODY | FAMU COUNT | UAC COUNT | READY FOR TRANSPORT | NOT READY FOR TRANSPORT |
|---|---|---|---|---|---|
|  |  | 6 | 2 | 39 | 7 |
| BROWNSVILLE (2301) | 25 |  |  |  |  |
| HIDALGO (2305) | 12 |  |  |  |  |
| RIO GRANDE CITY (2307) | 5 |  |  |  |  |
| ROMA (2310) | 4 |  |  |  |  |
| TOTAL | 46 |  |  |  |  |

| PORT | SIGMA ID | CUSTODY STATUS | COC | G | AGE | FAMU | JUVENILE | TIME IN CUSTODY |
|---|---|---|---|---|---|---|---|---|
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | M | 55 | N |  | 1 days 7:59 |
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | F | 31 | N |  | 1 days 4:16 |
| 2307 | PII | READY FOR TRANSP. | HONDURAS | F | 25 | Y |  | 1 days 17:24 |
| 2307 | PII | READY FOR TRANSP. | HONDURAS | M | 10 | Y | ACCOMPANIED | 1 days 17:24 |
| 2307 | PII | IN CUSTODY | NICARAGUA | M | 29 | N |  | 1 days 13:9 |
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | M | 46 | N |  | 1 days 12:43 |
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | F | 25 | N |  | 1 days 12:41 |
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | M | 36 | N |  | 1 days 12:38 |
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | M | 41 | N |  | 1 days 12:37 |
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | F | 34 | N |  | 1 days 12:33 |
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | M | 27 | N |  | 1 days 12:28 |
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | M | 23 | N |  | 1 days 12:26 |
| 2301 | PII | READY FOR TRANSP. | HONDURAS | M | 17 | N | UAC | 0 days 9:34 |
| 2307 | PII | IN CUSTODY | GUATEMALA | F | 35 | Y |  | 0 days 9:16 |
| 2307 | PII | IN CUSTODY | GUATEMALA | M | 4 | Y | ACCOMPANIED | 0 days 8:55 |
| 2301-LOI | PII | READY FOR TRANSP. | BRAZIL | F | 20 | Y |  | 0 days 7:57 |
| 2301-LOI | PII | READY FOR TRANSP. | BRAZIL | M | 1 | Y | ACCOMPANIED | 0 days 7:57 |
| 2301-LOI | PII | READY FOR TRANSP. | BRAZIL | M | 22 | N |  | 0 days 7:56 |
| 2301-VIB | PII | IN CUSTODY | CUBA | M | 29 | N |  | 0 days 7:27 |
| 2301 | PII | IN CUSTODY | CAMEROON | M | 25 | N |  | 0 days 7:23 |
| 2301-VIB | PII | READY FOR TRANSP. | CUBA | M | 46 | N |  | 0 days 7:19 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2301-VIB | | READY FOR TRANSP. | CUBA | M | 32 | N | | 0 days 7:17 |
| 2301 | | READY FOR TRANSP. | GUATEMALA | M | 17 | N | UAC | 0 days 6:36 |
| 2301 | | IN CUSTODY | UNITED STATES | M | 40 | N | | 0 days 6:22 |
| 2305 | | READY FOR TRANSP. | CUBA | F | 31 | N | | 0 days 22:59 |
| 2305 | | READY FOR TRANSP. | CUBA | F | 26 | N | | 0 days 22:55 |
| 2305 | | READY FOR TRANSP. | CUBA | F | 30 | N | | 0 days 22:54 |
| 2305 | | READY FOR TRANSP. | CUBA | F | 30 | N | | 0 days 22:52 |
| 2305 | | READY FOR TRANSP. | CUBA | M | 36 | N | | 0 days 22:50 |
| 2305 | | READY FOR TRANSP. | CUBA | F | 26 | N | | 0 days 22:49 |
| 2310 | | READY FOR TRANSP. | MEXICO | F | 39 | N | | 0 days 21:9 |
| 2310 | | READY FOR TRANSP. | UNITED STATES | M | 12 | Y | ACCOMPANIED | 0 days 21:9 |
| 2310 | PII | READY FOR TRANSP. | UNITED STATES | M | 14 | Y | ACCOMPANIED | 0 days 21:9 |
| 2310 | | READY FOR TRANSP. | MEXICO | M | 18 | N | | 0 days 21:9 |
| 2301-VIB | | READY FOR TRANSP. | CUBA | M | 30 | N | | 0 days 21:56 |
| 2301-VIB | | READY FOR TRANSP. | CUBA | F | 38 | Y | | 0 days 21:43 |
| 2301-VIB | | READY FOR TRANSP. | CUBA | M | 17 | Y | ACCOMPANIED | 0 days 21:42 |
| 2305 | | READY FOR TRANSP. | CUBA | M | 30 | N | | 0 days 19:33 |
| 2305 | | READY FOR TRANSP. | CUBA | M | 27 | N | | 0 days 18:57 |
| 2301-VIB | | READY FOR TRANSP. | CUBA | F | 25 | N | | 0 days 16:6 |
| 2305 | | READY FOR TRANSP. | CUBA | M | 24 | N | | 0 days 16:29 |
| 2305 | | READY FOR TRANSP. | CUBA | F | 22 | N | | 0 days 16:21 |
| 2305 | | READY FOR TRANSP. | CUBA | M | 31 | N | | 0 days 16:13 |
| 2301 | | READY FOR TRANSP. | CUBA | M | 27 | N | | 0 days 13:55 |
| 2301-BBM | | IN CUSTODY | UNITED STATES | F | 33 | Y | | 0 days 10:54 |
| 2305 | | READY FOR TRANSP. | MEXICO | M | 25 | N | | 0 days 10:41 |

Confidential