ETHAN P. DAVIS
Acting Asst. Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation – District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **DEFENDANTS' SUPPLEMENTAL RESPONSE TO THIS COURT'S AUGUST 6, 2020 ORDER (ECF No. 510)** |
| Chad F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

1  Defendants hereby file a supplemental list of exhibits that were listed in the
2  earlier filed response (ECF No. 529) but not attached due to filing difficulties.  They
3  are now attached as exhibits and again listed below.

**Redacted Exhibits Attached Hereto**

Defendants attach the following exhibits to this response, with additional targeted redactions as permitted by the Court's Order or as otherwise noted above:

1. Ex. 2 to Motion (ECF No. 389-4) (Owen Deposition) (identical to Ex. 2 to Opp. (ECF No. 405-1))
2. Ex. 3 to Motion (ECF No. 389-5) (Whistleblower Deposition)
3. Ex. 1 to Motion (ECF No. 389-1)
4. Exs. 2–6 to Reply (ECF No. 413-3 through ECF No. 413-7)

//
//

| | |
|---|---|
| Dated: August 28, 2020 | Respectfully Submitted, |

<div style="margin-left:50%">

*/s/ Ari Nazarov*
ARI NAZAROV
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000
ari.nazarov@usdoj.gov

*Counsel for Defendants*

</div>

# CERTIFICATE OF SERVICE

Case No. 3:17-cv-02366-BAS-KSC

I certify that on August 28, 2020, I served a copy of this motion on the following persons by ECF:

**Matthew Ellis Fenn**
mfenn@mayerbrown.org

**Stephen Medlock**
smedlock@mayerbrown.com

**Matthew M. Marmolejo**
mmarmolejo@mayerbrown.com

**Angelo R. Guisado**
aguisado@ccrjustice.org

**Micah D. Stein**
mstein@mayerbrown.com

**Baher Azmy**
bazmy@ccrjustice.org

**Ori Lev**
olev@mayerbrown.com

**Ghita R. Schwarz**
gschwarz@ccrjustice.org

**Rebecca Cassler**
rebecca.cassler@splcenter.org

**Karolina J. Walters**
kwalters@immcouncil.org

**Sarah Marion Rich**
sarah.rich@splcenter.org

**Melissa E. Crow**
melissa.crow@splcenter.org

*/s/ Ari Nazarov*
Ari Nazarov
Trial Attorney

3

DEFENDANTS' RESPONSE
TO THIS COURT'S AUGUST 6, 2020 ORDER
Case No. 3:17-cv-02366-BAS-KSC