Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

----------------------------x

AL OTRO LADO, INC., et al., :

    Plaintiff,          :

  -vs-              : Case No.

KEVIN K. McALEENAN, et al., : 17-cv-02366-BAS-KSC

    Defendants.      :

----------------------------x

CONFIDENTIAL

30(b)(6) Deposition of

U.S. CUSTOMS & BORDER PROTECTION

By and Through

RANDY J. HOWE

Washington, D.C.

Thursday, January 9, 2019

9:34 a.m.

Job No.:  541878

Pages 1 - 305

Reported by:  Tammy S. Newton

Magna Legal Services
866-624-6221
www.MagnaLS.com



Page 2

1

2    30(b)(6) Deposition of Randy J. Howe held at the

3    offices of:

4        Mayer Brown

5        1999 K Street, N.W.

6        Washington, D.C. 20006

7

8

9

10   Pursuant to agreement, before Tammy S. Newton, a

11   Notary Public in and for the District of

12   Columbia.

13

14

15

16

17

18

19

20

21

22



Page 3

1                    A P P E A R A N C E S

2         ON BEHALF OF PLAINTIFFS:

3               STEPHEN M. MEDLOCK, ESQUIRE

4               Mayer Brown

5               1999 K Street, N.W.

6               Washington, D.C. 20006

7               (202) 263-3221

8               smedlock@mayerbrown.com

9                     and

10              ANGELO GUISADO, ESQUIRE

11              Center for Constitutional Rights

12              666 Broadway, 7th Floor

13              New York, New York 10012

14              (212) 614-6454

15              aguisado@ccrjustice.org

16

17

18

19

20

21

22



Page 4

```
 1          ON BEHALF OF DEFENDANTS:

 2               KATHERINE J. SHINNERS, ESQUIRE

 3               SUSAN IMERMAN, ESQUIRE

 4               U.S. Department of Justice

 5               Office of Immigration Litigation

 6               Ben Franklin Square, P.O. Box 868

 7               Washington, D.C. 20044

 8               (202) 598-8259

 9               katherine.j.shinners@usdoj.gov

10                    and

11               SARAH RICH, ESQUIRE

12               REBECCA CASSLER, ESQUIRE

13               Southern Poverty Law Center

14               1101 17th Street, N.W.

15               Suite 705

16               Washington, D.C. 20036

17               (202) 355-4471

18               sarah.rich@splcenter.org

19               (Appeared via Telephone)

20

21

22
```



Page 5

1        Also Present:

2              Louisa Slocum, Esquire, CBP

3              Kristine King, Esquire, CBP

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22



Page 6

```
 1                C O N T E N T S

 2   EXAMINATION OF RANDY J. HOWE              PAGE:

 3        By Mr. Medlock                           9

 4        By Mr. Guisado                         257

 5        By Ms. Shinners                        297

 6

 7   DEPOSITION EXHIBITS                       PAGE:

 8   Number 78 - January 8, 2020 Letter          18

 9   Number 79 - Notice of Deposition            33

10   Number 80 - Expert Designation              59

11   Number 81 - LinkedIn Profile                63

12   Number 82 - February 20, 2017 Memo          96

13   Number 83 - E-mail Chain                    98

14   Number 84 - E-mail Chain                   108

15   Number 85 - E-mail Chain                   111

16   Number 86 - June 5, 2018 Memo              120

17   Number 87 - E-mail Chain                   137

18   Number 88 - E-mail Chain                   140

19   Number 89 - E-mail Chain                   144

20   Number 90 - E-mail Chain                   150

21   Number 91 - Contingency Plan               158

22   Number 92 - E-mail Chain                   177
```



```
                                                        Page 7

 1    DEPOSITION EXHIBITS                          PAGE:

 2    Number 93 - E-mail Chain                     180

 3    Number 94 - April 27, 2018 Memo             182

 4    Number 95 - E-mail Chain                     184

 5    Number 96 - E-mail                           186

 6    Number 97 - E-mail Chain                     189

 7    Number 98 - E-mail Chain                     195

 8    Number 99 - MCAT Report                      198

 9    Number 100 - MCAT Report                     200

10    Number 101 - E-mail Chain                    202

11    Number 102 - Document Clawed Back            204

12    Number 103 - Contingency Plan                211

13    Number 104 - BuzzFeed News Article           218

14    Number 105 - E-mail Chain                    221

15    Number 106 - E-mail Chain                    224

16    Number 107 - E-mail                          228

17    Number 108 - E-mail Chain                    232

18    Number 109 - E-mail Chain                    236

19    Number 110 - OIG Special Report              239

20    Number 111 - October 29, 2018 Memo          243

21    Number 112 - Information Request             245

22    Number 113 - OIG Report                      247
```



Page 8

1    DEPOSITION EXHIBITS                          PAGE:

2    Number 114 - E-mail Chain                     252

3    Number 115 - Region IV Executive Summary

4              Update                              266

5    Number 116 - E-mail Chain                     269

6    Number 117 - Mass Migration Surges Document   282

7    Number 118 - Significant Visit Summary        286

8    Number 119 - E-mail Chain                     290

9

10         (All exhibits attached to transcript.)

11

12

13

14

15

16

17

18

19

20

21

22



Page 9

```
 1              P R O C E E D I N G S

 2                   Randy J. Howe,

 3    having been sworn by the notary, testified as

 4    follows:

 5         EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

 6    BY MR. MEDLOCK:

 7         Q    Good morning, sir.

 8         A    Good morning.

 9         Q    Will you please state and spell your

10    full name.

11         A    Sure.  Randy James Howe.  R-A-N-D-Y;

12    J-A-M-E-S; H-O-W-E.

13         Q    Have you ever gone by another name,

14    Mr. Howe?

15         A    No.

16         Q    Are you presently employed?

17         A    I am.

18         Q    Where are you employed?

19         A    U.S. Customs & Border Protection.

20         Q    What's your present job title?

21         A    I'm the executive director for

22    operations for the Office of Field Operations.
```



Page 10

1      Q    And if I refer to U.S. Customs &

2   Border Protection as "CBP", you'll understand

3   that today?

4      A    Yes.

5      Q    How long have you worked at CBP?

6      A    This year, it will be 32 years.

7      Q    And you mentioned the Office of Field

8   Operations, if I refer to that as "OFO" today,

9   will you understand that?

10     A    Yes.

11          MR. MEDLOCK:  And we have people on

12   the phone, if you could please mute your line.

13   Thank you.

14   BY MR. MEDLOCK:

15     Q    Sir, have you ever testified in court

16   before?

17     A    I have not.

18     Q    Have you ever testified in a

19   deposition before?

20     A    I have.

21     Q    How many times?

22     A    Twice.



Page 11

```
1       Q       When was the last time you were

2    deposed?

3       A       Last year.  I don't remember how many

4    months ago.

5       Q       So sometime in 2019; is that right?

6       A       Yes.

7       Q       Do you recall whether it was spring,

8    summer, fall?

9       A       I really don't remember.

10      Q       What was the nature of the case that

11   you were deposed in?

12      A       It was on our CBP search of electronic

13   media policy.

14      Q       And in that case, were you testifying

15   as a witness in your personal capacity or as a

16   30(b)(6) witness like you are today?

17      A       I believe it was 30(b)(6).

18      Q       And you mentioned there was another

19   case where you testified at a deposition.  When

20   did that deposition take place, to the best of

21   your recollection?

22      A       Again, it was last year, the beginning
```



Page 12

1    of the year.  It was for CBP's terrorist

2    screening policy.

3        Q    And in that case were you testifying

4    in your personal capacity or as a 30(b)(6)

5    witness?

6        A    30(b)(6), I believe.

7        Q    Okay.  Have you ever testified in any

8    sort of arbitration proceeding before?

9        A    Arbitration?  I don't recall.  There

10   was an EEO hearing I testified.

11       Q    What was the -- when did that EEO

12   hearing take place?

13       A    Boy, I want to say -- to the best of

14   my recollection, 2013 or '14.

15       Q    What was the EEO hearing about?

16       A    Non-selection.

17       Q    Can you explain what you mean by

18   non-selection?

19       A    Somebody filed an EEO for not being

20   selected for a position.

21       Q    When you gave that testimony, was it

22   at an evidentiary hearing or was your deposition



Page 13

1    taken?

2        A    It was -- I was before an EEO judge.

3        Q    Okay.  I understand now.  Thank you.

4             And you've testified before

5    Congressional committees before?

6        A    I have.

7        Q    And on June 26, 2019, you testified

8    for the Senate Homeland Security and Governmental

9    Affairs Committee; is that correct?

10       A    That's correct.

11       Q    And you testified -- the title of that

12   day of testimony was "Human Smuggling at the

13   U.S.-Mexico Border;" is that right?

14       A    That's correct.

15       Q    Did you testify truthfully and

16   accurately during that hearing?

17       A    I did.

18       Q    You testified before the Senate

19   Homeland Security Committee on April 9th, 2019;

20   is that right?

21       A    That's correct.

22       Q    The title of that hearing was



Page 14

1    "Migration at the U.S. Southern Border," correct?

2        A    Correct.

3        Q    Did you testify truthfully and

4    accurately during that hearing?

5        A    I did.

6        Q    Have you provided any other oral or

7    written testimony before a Congressional

8    committee or subcommittee?

9        A    Nothing that wasn't related to those

10   two hearings.

11       Q    Outside of this case, have you ever

12   provided written testimony in the form of an

13   affidavit or declaration?

14       A    Just those -- let's see.  Maybe some

15   employee-related affidavits for non-selection.

16       Q    Related to the EEO proceeding?

17       A    No, not that one.  Just other

18   non-selection as a DFO, director of field

19   operations, and my two previous positions.

20       Q    So it sounds like you've got a fair

21   amount of experience as a 30(b)(6) witness.  If

22   you'll indulge me, I'll go over some of the



Page 15

1    ground rules --

2         A    Yes.

3         Q    -- so we're all on the same page.

4    Today's deposition is taking place in a

5    question-and-answer format in which I ask

6    questions and you answer them to the best of your

7    ability.

8              Do you understand that?

9         A    I do.

10        Q    It's important that you give audible

11   answers to my questions.  Our court reporter is

12   very capable, but shakes of the head are hard to

13   interpret after the fact.

14        A    Understood.

15        Q    And "uh-huh" and "uh-uh" can sound

16   very similar.

17        A    Sure.  Understood.

18        Q    Most importantly, if you don't

19   understand anything I'm saying today, any of my

20   questions, just say so.  I'll try to improve

21   them, okay?

22        A    Yes, sir.



Page 16

1      Q      From time to time your counsel may

2    object, and that is your counsel's right.

3    However, those objections are something that the

4    judge will rule on later.  So unless your counsel

5    instructs you not to answer one of my questions

6    today, I'm going to ask that you answer them.

7            Do you understand that?

8      A      I understand.

9      Q      From time to time we'll take breaks.

10   I'll try to take them every hour.  My only

11   request is that if I've got a question pending or

12   you're in the middle of an answer that you finish

13   the answer before we go on the break, okay?

14     A      Understood.

15     Q      Unless I say otherwise, my questions

16   today are going to relate to the time period from

17   January 1st, 2016, to the present.

18            Do you understand that?

19     A      I do.

20     Q      And we went over a few definitions,

21   but let me just go over a couple more.

22            During this deposition, I'm going to



Page 17

1    refer to the U.S. Department of Homeland Security

2    as "DHS".  Do you understand that term?

3         A     Yes, sir.

4         Q     And we went over CBP and OFO with you.

5               You understand you have taken an oath

6    to tell the truth today?

7         A     I do.

8         Q     And you understand it's the same oath

9    you would take in a courtroom?

10        A     I do.

11        Q     Is there any reason why you can't

12   testify truthfully and fully in answer to my

13   questions today?

14        A     No, sir.

15        Q     Other than traffic offenses, have you

16   ever been convicted of a crime?

17        A     No, sir.

18        Q     Other than traffic offenses, have you

19   ever been charged with a crime?

20        A     No.

21        Q     Other than traffic offenses, have you

22   ever been arrested?



Page 18

1         A      No, sir.

2         Q      Have you ever been sued in your

3    personal capacity before?

4         A      No.

5         Q      Have you ever been a party to a

6    lawsuit?

7         A      No.

8         Q      Have you ever been disciplined in any

9    way for your conduct while employed by CBP or its

10   predecessor organizations?

11        A      No.

12        Q      Are you a member of any social

13   networking platforms such as LinkedIn or

14   Facebook?

15        A      I'm in LinkedIn.

16        Q      Do you have a Facebook account?

17        A      No.

18               MR. MEDLOCK:  Mark the first exhibit

19   as 78.

20               (Deposition Exhibit Number 78 was

21   marked for identification and attached to the

22   transcript.)



Page 19

1    BY MR. MEDLOCK:

2        Q    Sir, I put in front of you marked

3    Exhibit 78 to your deposition.  It is a two-page

4    letter from Katherine J. Shinners to myself dated

5    January 8th, 2020.  Do you see that, sir?

6        A    Yes, sir.

7        Q    Have you seen a copy of this letter

8    before?

9        A    No.

10       Q    Okay.  I'll -- beneath the salutation,

11   "Dear Counsel," it reads, "I write to advise you

12   that defendants' counsel recently learned that

13   Custodian Randy Howe has not retained personal,

14   hard-copy notes that he has taken at daily

15   internal operations meetings."

16            Did I read that correctly?

17       A    You did.

18            MS. SHINNERS:  I just -- go ahead.

19   BY MR. MEDLOCK:

20       Q    Okay.  So I want to understand what

21   that sentence means to the best of your

22   understanding.  What are the daily internal



Page 20

1    operations meetings that are referred to here?

2              MS. SHINNERS:  Objection to the scope.

3    Just to make clear, this is not within the scope

4    of the 30(b)(6) topics and two, to the extent

5    that you know, you can answer.

6              THE WITNESS:  Each day EAC Owen has a

7    morning 8:15 operational meeting.

8    BY MR. MEDLOCK:

9        Q     And so when you say "each day", that's

10   each weekday?

11       A     Each weekday.

12       Q     So that morning operational meeting at

13   8:15, how long does it last for?

14       A     Typically 20 to 30 minutes.

15       Q     And your practice has been to take

16   notes during that meeting?

17       A     Not substantive notes but the intent

18   of that meeting is to brief Mr. Owen on the daily

19   happenings of the last 24-hour period, maybe some

20   things that he needs to be aware of.  So I would

21   go in there with -- just things in my mind to

22   trigger that I need to advise him of.



Page 21

1          Q      So these are sort of your bullet

2    points to organize your briefing of EAC Owen?

3          A      Pretty much.  Just very basic words to

4    trigger my mind on events that happened in the

5    last 24 hours.

6          Q      And where do you write these bullet

7    points down?

8          A      Piece of paper.

9          Q      Do you have a notebook, or is it just

10   looseleaf paper you're using?

11         A      Looseleaf paper.

12         Q      And after you brief EAC Owen at that

13   8:15 meeting, what do you do with that looseleaf

14   paper with the bullet points on it?

15         A      I have a nine o'clock meeting with my

16   direct reports that are in headquarters.  So if

17   there's anything from the 8:15 meeting that I

18   need to pass on to them, a request from EAC Owen,

19   an update on a particular issue, I would keep it

20   for that meeting, and then after that, I'd

21   commonly just place it in my shred bin.

22         Q      So that I get this process down, you



Page 22

1    bring the bullet points that you jot down before

2    the 8:15 to your meeting with EAC Owen; is that

3    right?

4          A     Correct.

5          Q     Then during the meeting, do you take

6    notes on what EAC Owen tells you as sort of

7    follow-up items you may need to take to the 9

8    a.m. meeting?

9          A     Yes.  If there is a request from him,

10   update on a particular program, I might -- or

11   follow-up with a particular director of field

12   operations, I might make a little note just to

13   trigger my memory so I follow my boss' request.

14         Q     Sure.  And the briefing bullet points

15   that you take to the 8:15 meeting, have those

16   bullet points ever included information about the

17   operation of ports of entry on the U.S.-Mexico

18   border?

19         A     Have they?

20         Q     Yes.

21         A     Yes.

22         Q     Have those bullet points ever included



Page 23

1    information on processing an inspection of

2    individuals without proper travel documents at

3    ports of entry on the U.S.-Mexico border?

4         A    I don't recall a specific instance

5    but --

6         Q    Is it possible?

7         A    It's possible.  There's a vast -- vast

8    variety of things that occur within our daily

9    operations.  So it could be anywhere from a large

10   seizure, an NCIC arrest at a port of entry, an

11   employee matter where maybe somebody was

12   arrested.  So it's really a wide scope of things.

13        Q    How about migrant caravans, could that

14   also be in those notes?

15        A    There may have been.

16        Q    And you were instructed by counsel to

17   retain information related to this case, correct?

18             MS. SHINNERS:  Objection to the scope.

19   You can answer.

20             THE WITNESS:  I was.

21   BY MR. MEDLOCK:

22        Q    When did you receive that direction?



Page 24

 1              MS. SHINNERS:  Same objection to this

 2   line of questioning.  Go ahead.

 3              THE WITNESS:  I don't recall.

 4              MR. MEDLOCK:  You can have a standing

 5   objection.

 6              MS. SHINNERS:  I was going to say.

 7   I'll just object to this line of questioning as

 8   beyond the scope.

 9              THE WITNESS:  I don't recall.

10   BY MR. MEDLOCK:

11       Q    Do you recall whether it was in 2017?

12       A    I don't recall.

13       Q    When you were writing down these notes

14   and then -- and then putting them in your shred

15   bin, at some point you knew that this litigation

16   was going on and you needed to preserve relevant

17   information, correct?

18       A    I would like to point out that --

19   although I -- I'm assuming I got notified.  I've

20   only been in this position since October of '17.

21   So I don't know exactly when I may have received

22   it.  So I'm assuming I have been.  I don't



MAGNA
LEGAL SERVICES

Page 25

1    remember when.  I certainly -- I wasn't in this

2    current role.  So I probably wouldn't have

3    received it before October of '17, if that makes

4    sense.

5         Q     Okay.  So sometime after October 2017,

6    to the best of your knowledge, you were told by

7    legal counsel that you needed to preserve

8    documents that were relevant to this case; is

9    that right?

10        A     Yes.

11        Q     And you understood that this case

12    related to the processing and inspection of

13   individuals without proper travel documents at

14   ports of entry on the U.S.-Mexico border,

15   correct?

16        A     Correct.

17        Q     And to the best of your knowledge,

18   there may have been some notes regarding the

19   processing of individuals without proper travel

20   documents at ports of entry on the U.S.-Mexico

21   border that you did place into your shred bin; is

22   that right?



Page 26

1       A     I wouldn't say there's substantive

2    notes.

3       Q     I'm just asking.  There are notes

4    though that were placed in the shred bin that

5    dealt with that topic; is that right?

6       A     They weren't substantive notes.

7    Everything that I would have brought up to Mr.

8    Owen would have been captured in electronic form.

9    So significant events, anything that I would

10   typically bring up would have been captured in

11   electronically.  Any follow-up to Mr. Owen's

12   requests for additional information always would

13   have been kept electronically.

14           And then again, my notes weren't

15   substantive.  They were only things to trigger

16   me.  So in my mind I was not throwing out

17   anything that was in violation to this.  It was

18   just little notes to me.  Nothing in great detail

19   other than notes to me to follow-up with Mr.

20   Owen.

21      Q     So when you say "captured

22   electronically," how is it that the substance of



Page 27

1    your briefing to EAC Owen at the 8:15 operational

2    meeting was captured electronically?

3        A    So if I'm briefing him on a

4    significant seizure or significant event, it's

5    all reportable.  It's all -- he would have

6    received it.  So he would have had that

7    electronically.  It would have been -- that was

8    just a trigger point for me to say, "As you know,

9    sir, yesterday there was a seizure at one of the

10   crossings."  A follow-up to that discussion.

11       Q    Is there a hard copy or electronic

12   agenda that goes to the participants at the 8:15

13   meeting --

14       A    No, sir.

15       Q    -- beforehand?  Is there any sort of

16   preread materials that go to the participants at

17   that meeting?

18       A    No, sir.

19       Q    Do you provide any sort of minutes or

20   summary of the 8:15 meeting after it occurs?

21       A    No, sir.

22       Q    So while I understand there would be



Page 28

1    some paper trail related to items that were

2    discussed during the meeting, the best way to

3    understand whether those were actually discussed

4    at the meeting is looking at your bullet points,

5    right?

6            MS. SHINNERS:  Objection.

7            THE WITNESS:  I don't understand your

8    question.

9    BY MR. MEDLOCK:

10    Q    I get that if there's a NCIC event or

11    there's a large seizure, EAC Owen would find out

12    about that, correct?

13    A    Correct.

14    Q    And the question is, the best way to

15    understand whether that was actually raised

16    during this 8:15 meeting and what request, if

17    any, Mr. Owen had as a result of that briefing is

18    to look at your notes; is that right?

19            MS. SHINNERS:  Objection;

20    argumentative.

21            THE WITNESS:  I don't get what you're

22    saying.  All the information that was discussed



Page 29

1   was captured electronically in reports.  Any

2   follow-up to him would have been an e-mail to him

3   as a follow-up.

4   BY MR. MEDLOCK:

5        Q     Is there any paper or electronic

6   summary of what is actually discussed during the

7   8:15 meeting?

8        A     No.

9        Q     Does anyone, to your knowledge, take

10  regular notes at the 8:15 meeting besides

11  yourself?

12       A     I don't know.

13       Q     Have you ever seen anybody else doing

14  it?

15       A     I don't recall.

16       Q     So as you sit here today, you can't

17  actually recall ever seeing anyone else take

18  notes during that meeting?

19       A     No -- no.

20       Q     So as you sit here today, you're the

21  only person that you know of that would take

22  notes on requests from EAC Owen during the 8:15



Page 30

1   meeting?

2       A     You're asking me if they have

3   knowledge of people taking notes?

4       Q     Right.

5       A     I don't know what people are doing

6   when they have a piece of paper and a pen in

7   their hand.  I have no idea.

8       Q     Has anybody ever shown you notes that

9   they took --

10      A     No.

11      Q     -- from the 8:15 meeting?  Has anyone

12  ever indicated to you that they were taking notes

13  during the 8:15 meeting?

14      A     It's never come up.

15      Q     Have you ever seen anyone come to the

16  8:15 meeting with bullet points that they were

17  prepared to read off?

18      A     People have paper in front of them.

19  What they have in front of them, I don't know.

20      Q     Okay.  And does anyone else at CBP or

21  OFO have a copy of the bullet points that you

22  used to jog your memory?



Page 31

1       A    No.

2       Q    Have there been occasions when you

3    couldn't attend these 8:15 meetings?

4       A    Yes.

5       Q    During -- when you missed the 8:15

6    meeting, do you ever ask for anybody to fill you

7    in on what happened during the meeting?

8       A    Sure.

9       Q    And have you ever asked for somebody's

10   notes or summary of the meeting?

11      A    No.

12      Q    When that occurs that you have missed

13   the meeting, you just ask them verbally to tell

14   you what was discussed?

15      A    Yes.

16      Q    And vice -- does that occur -- when

17   somebody misses the meeting, have they ever asked

18   you to fill them in on what happened at the 8:15

19   meeting?

20      A    I don't recall.

21      Q    Isn't it the case that they -- the

22   best evidence of what you actually said during



Page 32

```
 1   this 8:15 meeting is the bullet points on your

 2   notes?

 3              MS. SHINNERS:  Objection; legal

 4   argument.

 5              THE WITNESS:  I don't understand your

 6   question.

 7   BY MR. MEDLOCK:

 8        Q    Sure.  Is there any other evidence out

 9   there of what was -- of what you actually talked

10   about at these 8:15 meetings other than the

11   bullet points that you wrote down?

12        A    No.

13        Q    And is there any other evidence about

14   what you -- what items you took from the 8:15

15   meeting to the 9 o'clock meeting with your team

16   other than what you wrote down on those pieces of

17   paper?

18        A    There may be e-mail traffic.

19        Q    In some cases there might be?

20        A    In some cases.

21        Q    But not in all; is that right?

22        A    Correct.
```



Page 33

1            MR. MEDLOCK:  Mark the next exhibit.

2            (Deposition Exhibit Number 79 was

3    marked for identification and attached to the

4    transcript.)

5    BY MR. MEDLOCK:

6        Q     Sir, I put in front of you what we

7    marked as Exhibit 79 to your deposition.  It's a

8    multipage document that on the front page says,

9    "Plaintiff's Notice of Federal Rules of Civil

10   Procedure 30(b)(6) Deposition of U.S. Customs &

11   Border Protection."

12           Do you see that?

13       A     I do.

14       Q     Have you seen a copy of this document

15   before, sir?

16       A     I believe so, yes.

17       Q     When did you see it?

18       A     I don't recall.

19       Q     Who showed it to you?  Counsel?

20       A     CBP counsel, yes.

21       Q     Do you understand that you're here to

22   testify as a 30(b)(6) representative?



Page 34

1      A     I do.

2      Q     In your own words, what does it mean

3   to be a 30(b)(6) representative?

4      A     I'm the agency witness for this

5   matter.

6      Q     Turn to Page 7 of Exhibit 79.  About

7   two-thirds down the way of the page, there's a

8   section called -- with Roman Numeral III "Topics

9   for Examination."

10          Do you see that?

11     A     I do.

12     Q     And behind that there are several

13   topics for examination.  Do you see that?

14     A     Yes, sir.

15     Q     What's your understanding of which

16   topics you're here to testify about today?

17     A     I would say most -- most of them.  I

18   think counsel has objected to a few.

19     Q     When you say "most of them", do you

20   know which ones you're not here to testify about

21   today?

22     A     I don't know if I could recall.



1       Q     Okay.  When did you find out you were

2     going to be a 30(b)(6) representative in this

3     case?

4       A     Several weeks or a month ago, I guess.

5       Q     Who told you that?

6       A     Counsel.

7       Q     Did that discussion occur over e-mail,

8     via phone, in person?

9       A     I don't remember.

10      Q     When did you begin to prepare to

11    testify as a 30(b)(6) witness?

12      A     Probably when I met with chief counsel

13    for the first time.

14      Q     And you said that -- when did that

15    first meeting with chief counsel happen?

16      A     About two weeks ago.

17      Q     And in the last two weeks, what have

18    you done to prepare to testify as a 30(b)(6)

19    representative?

20      A     Had three or four meetings with

21    counsel and with DOJ counsel.

22      Q     Those three or four meetings, when did



Page 36

1    they occur over the last two weeks?

2        A    The first meeting was two weeks ago.

3    I don't remember the specific day.

4        Q    Okay.

5        A    I had another meeting with CBP counsel

6    last week and then counsel with DOJ counsel on

7    Friday last week.  Friday, yeah.

8        Q    Okay.

9        A    And then yesterday we had a brief

10   meeting as well with both CBP and DOJ counsel.

11       Q    All right.  And this brief meeting

12   yesterday, how long did it last for?

13       A    I think it was four hours, on and off.

14       Q    You define that as brief?

15       A    Did I say brief?

16       Q    Yeah, you did.

17       A    Okay.

18       Q    To each their own.  That's fine.

19       A    A lot of moving parts and there was

20   lots of things I'm responsible for.  So we met

21   throughout the day a couple times.

22       Q    Okay.  And when you say four hours on



Page 37

1    and off, that's the total time of the meeting?

2         A     Yes.

3         Q     You said you met two weeks ago with

4    chief counsel.  How long did that meeting last?

5         A     The first one I think was about 45

6    minutes to an hour.

7         Q     Where did that meeting take place?

8         A     In my office.

9         Q     Was anybody present besides yourself

10   and chief counsel?

11        A     No.

12        Q     During that initial meeting between

13   yourself and chief counsel, were you shown any

14   documents?

15        A     I was.

16        Q     How many documents?

17        A     I don't have an exact number.

18   Multiple.

19        Q     Were they e-mails or business

20   documents or documents generated in the court

21   case?

22               MS. SHINNERS:  Object to -- object on



Page 38

1    work product grounds.  I'm going to object to

2    answering questions that would reveal the

3    selection of documents or compilation of

4    documents by counsel for preparation.

5    BY MR. MEDLOCK:

6        Q    Were those documents left with you to

7    review or were you -- did you just review them in

8    that 45-minute meeting?

9        A    I believe most of them were left with

10   me.  Pretty sure.

11       Q    Did you do anything to follow-up on

12   the documents after reading them?

13       A    Follow-up with -- with who?

14       Q    Did you, for instance, go to speak

15   with any of the individuals that were mentioned

16   in the documents?

17       A    No.

18       Q    How long did you spend reviewing the

19   documents that were left with you?

20       A    It's difficult for me to say an exact

21   amount because those documents were left with me

22   and they were with me through all these different



Page 39

1    meetings.  I may have glanced at them a couple

2    times during all these meetings.  I don't have a

3    specific time period.

4         Q    Do you take any notes or underline

5    those documents in any way?

6         A    No.

7         Q    Highlight them?

8         A    No.

9         Q    Do you still have copies of those

10   documents?

11        A    I do.

12        Q    In your possession?

13        A    Not here.

14        Q    Oh, sure.  In your office?

15        A    Yes.

16        Q    Did you -- besides talking to counsel

17   and reviewing those documents, is there anything

18   else that you did as a result of looking at those

19   documents?

20        A    No.

21        Q    Did you review any deposition

22   transcripts during that meeting, the 45-minute



Page 40

1    meeting two weeks ago with chief counsel?

2         A     I did review a deposition, but I don't

3    remember if it was at that meeting.

4         Q     Besides meeting with chief counsel and

5    being shown -- being shown several documents,

6    some which were left with you, did you do

7    anything else to prepare for today's deposition

8    during that initial meeting with chief counsel?

9         A     During that initial meeting?

10        Q     Yes.

11        A     No.

12        Q     You said you had a meeting with CBP

13   counsel last week.  Do you recall when last week

14   that meeting occurred?

15        A     No.

16        Q     Where did that meeting take place?

17        A     At a conference room outside of my

18   office.

19        Q     How long did that meeting take place

20   for?

21        A     I think it was a little over an hour.

22        Q     Who attended the meeting?



Page 41

1     A     Chief counsel.  Had some subject

2  matter experts attend and dial into a phone call.

3     Q     Who were the subject matter experts

4  that dialed in?

5     A     People that -- I don't know their

6  names.  I don't recall their names -- that work

7  kind of in our OIT database type employees.

8     Q     How long did you spend speaking to

9  those subject matter experts?

10     A     Those particular subject matter

11  experts, 15, 20 minutes.

12     Q     15, 20 minutes each or 15, 20 minutes

13  total?

14     A     Just for -- if we're talking about

15  those subject matter experts with OIT?

16     Q     Yes.

17     A     About 15, 20 minutes.

18     Q     Besides the individuals -- the subject

19  matter experts at OIT, did you talk to any other

20  subject matter experts during the meeting with

21  CBP counsel that occurred in the conference room

22  last week?



Page 42

1     A     Yes.  There was a couple people from

2   our admissibility policy programs.

3     Q     Who were those people from the

4   admissibility policy programs?

5     A     Two of them I recall their names is

6   Katrina Deyo and Lauren Colgan.

7     Q     Do you know how to spell their last

8   names?

9     A     Colgan is C-O-L-G-A-N.  Deyo, I

10  believe, is D-E-Y-O.

11    Q     What did you specifically speak to

12  these subject matter experts on admissibility

13  policy programs about?

14    A     They gave me a little tune-up on our

15  asylum processing what occurs at the Southwest

16  border.

17    Q     What was covered during that tune-up?

18          MS. SHINNERS:  Object to the extent it

19  would reveal work product under the direction of

20  counsel or attorney-client communications.

21  BY MR. MEDLOCK:

22    Q     I'm just trying to get at what you did



Page 43

1    to prepare for today's deposition.  So what --

2    can you answer the question about what was

3    covered during that tune-up process, or are you

4    instructing him not to answer?

5            MS. SHINNERS:  No.  I mean I think --

6    I think if you asked about just the subjects that

7    were covered, that seems fine.

8    BY MR. MEDLOCK:

9        Q     All right.  Let me do this.  What

10   subjects were covered during that tune-up

11   process?

12       A     Talked about the asylum process.

13       Q     Can you be more specific?

14       A     What occurs at -- when somebody

15   applies for asylum, just generally high level,

16   that process of questioning the migrants, sworn

17   statements, working with ERO, CIS, the whole

18   process of asylum processing.

19       Q     How long did your telephone

20   conversation with the subject matter experts on

21   admissibility policy programs last?

22       A     For clarity, they were in person.



Page 44

```
1        Q      Oh, okay.

2        A      Again, I think 15, 20 minutes.

3        Q      Did you take any notes of that

4   conversation?

5        A      I did not.

6        Q      Did the subject matter experts on

7   admissibility policy programs provide you with

8   any documents during that discussion?

9        A      They may have given me -- yes, they

10  gave me like a handout -- like an informational

11  handout.  I didn't spend a lot of time looking at

12  it.  It's hard for me to articulate exactly what

13  it was.  It's just -- I think at a high level,

14  sections of law when we process individuals for

15  asylum.  Again, I didn't spend a lot of time.

16       Q      When you say not a lot of time, what's

17  your best estimate how long you spent looking at

18  that handout?

19       A      I think I skimmed the document.

20       Q      And how long was the document that you

21  were provided by the subject matter experts?

22       A      I think it was a two-page document.
```



Page 45

```
 1       Q     Besides the people that work for OIT

 2  and the individuals at admissibility policy

 3  programs, did you speak to any other subject

 4  matter experts during the meeting that took place

 5  with CBP counsel last week?

 6       A     No.

 7       Q     During the meeting with CBP counsel

 8  last week, were you shown any documents other

 9  than the handout that we just discussed?

10       A     Which meeting and which handout?

11       Q     Sorry.  During the meeting with CBP

12  counsel last week, you said the admissibility

13  policy programs --

14       A     That meeting?

15       Q     -- the people gave you a handout.

16  Besides that handout, were you shown any other

17  documents during that meeting?

18             MS. SHINNERS:  The question is just

19  were you shown.

20             MR. MEDLOCK:  Please don't coach the

21  witness.  I understand, but please don't coach

22  the witness.
```



Page 46

1          MS. SHINNERS:  It's to avoid an

2    instruction not to answer.

3          MR. MEDLOCK:  I understand, but please

4    don't coach the witness.  Go ahead.

5          THE WITNESS:  I may have been shown

6    it.  I don't recall.

7    BY MR. MEDLOCK:

8       Q    Do you recall whether your meetings

9    with these subject matter experts caused you to

10   do any additional work to prepare for your

11   deposition today?

12      A    No, sir.

13      Q    Based on your meetings with the

14   subject matter experts, did you request any

15   additional documents or additional people to

16   speak to prepare for your deposition today?

17      A    No, sir.

18      Q    You said you met with DOJ counsel last

19   Friday; is that right?

20      A    Correct.

21      Q    How long did that meeting last for?

22      A    It started at 9:30.  Took an hour for



Page 47

1    lunch and I think we finished at 4:00.

2         Q    So nearly a full day; is that right?

3         A    Yes.

4         Q    When you say DOJ counsel, who were the

5    DOJ counsel that were in the room?

6         A    Right here today present.

7         Q    Besides Ms. Shinners, anyone else?

8         A    No.

9         Q    Was it just Ms. Shinners and yourself,

10   or were there other attendees at the meeting?

11        A    The two counsel from CBP today.

12        Q    So it was just you and legal counsel

13   in the room; is that right?

14        A    Yes, sir.

15        Q    At any point did you call anyone

16   during the course of that meeting?

17        A    No, sir.

18        Q    Did anyone attend the meeting remotely

19   via video conference or any other means?

20        A    No, sir.

21        Q    During the meeting that occurred with

22   DOJ counsel, were you shown any documents?



Page 48

1       A       I was.

2       Q       How many documents?

3       A       Multiple.  I don't recall.

4       Q       Was it a binder full of documents, or

5   are we talking less than 10?

6       A       Individual, less than 10.

7       Q       Did any of those documents that you

8   were shown by DOJ counsel on Friday refresh your

9   memory about how CBP processes asylum seekers at

10  the Southwestern border?

11      A       Refresh my memory and informed me

12  because I wasn't in this position back in 2016.

13      Q       How did it inform you?

14      A       Just the documents had information

15  that related to what occurred in 2016.

16      Q       When you say what occurred in 20 --

17              MS. SHINNERS:  Go ahead.

18  BY MR. MEDLOCK:

19      Q       Sorry.  When you say what occurred in

20  2016, can you be more specific?

21              MS. SHINNERS:  So I'm going to object

22  and assert an objection to the prior question to



Page 49

1    the extent these lines of questioning, it does

2    ask for revelations of the selection of documents

3    by counsel.  And if you are asking in the context

4    of specific -- so basically if you ask him

5    specific questions about specific topics and you

6    want to know what documents that he refreshed

7    his -- that he used to refresh his recollection

8    on those specific topics, I would allow that.

9              In this general abstract, did you -- I

10   mean, we don't even know if he's going to testify

11   as to any of those topics yet.

12   BY MR. MEDLOCK:

13       Q    All right.  Let's do this.  You still

14   have Exhibit 79 in front of you, sir?

15       A    Yes.

16       Q    That's the deposition notice.  Topics

17   for examination, Topic 1 says, "The organization

18   and structure of CBP, including the reporting

19   relationships between CBP's leadership, DHS

20   leadership, the Office of Field Operations, POEs,

21   and CBP's officers working at POEs."

22              Do you see that?



Page 50

1       A     I do.

2       Q     Did you review any documents related

3   to that topic, for example?

4             MS. SHINNERS:  It's the same

5   objection.  So --

6             MR. MEDLOCK:  You told me to ask him

7   about subjects.  I'm asking about subjects.

8             MS. SHINNERS:  What I'm saying, if you

9   ask him substantive about specific subjects and

10  you want to know what he used -- I don't know

11  what his testimony is going to be at this time.

12  I don't know what you're going to ask him at this

13  time.

14            And I do think it's improper for you

15  to go through each topic and say what did you use

16  to refresh your recollection when you haven't

17  even asked him substantive questions about that.

18  BY MR. MEDLOCK:

19      Q     Did you prepare -- sir, did you

20  prepare at all to testify about Topic 1?

21      A     Did I prepare?

22      Q     Yes.



Page 51

```
 1        A     No.

 2              MS. SHINNERS:  Object.

 3              THE WITNESS:  I believe I could answer

 4   without any preparation.

 5   BY MR. MEDLOCK:

 6        Q     I understand.  So you think you can

 7   answer without preparation, but you didn't

 8   specifically prepare to testify about this topic;

 9   is that right?

10        A     I did not.

11        Q     Okay.  Topic 2 reads --

12              MS. SHINNERS:  Objection.  Go ahead.

13   Sorry.

14              MR. MEDLOCK:  Wow, that was quick.

15   Let me finish, and then you can object.

16              MS. SHINNERS:  Absolutely.

17   BY MR. MEDLOCK:

18        Q     Topic 2 reads, "Your practice of

19   metering, queue management, and/or turnbacks at

20   ports of entry, including but not limited to the

21   development of the practice, the reasons for its

22   adoption, and its implementation."
```



Page 52

1                Did I read that correctly, sir?

2        A      You did.

3        Q      Did you do anything to prepare to

4    testify on that topic today?

5        A      Yes.

6        Q      Did your preparation to testify on

7    that topic include reviewing documents?

8        A      Yes.

9        Q      Did reviewing those documents refresh

10   your recollection about the practice of metering,

11   queue management, and/or turnbacks at ports of

12   entry?

13       A      It did.

14       Q      How did it refresh your recollection?

15       A      By reviewing them, it refreshed my

16   recollection.

17       Q      What was your -- what was the specific

18   memory that was refreshed as a result of

19   reviewing those documents?

20       A      All the topics that's listed in Number

21   2.

22       Q      So what specifically did you recall



Page 53

1    that you did not recall before based on reviewing

2    those documents?

3         A    I didn't say I didn't recall.  It

4    refreshed.

5         Q    Okay.  What specifically did -- was

6    refreshed?

7         A    Everything that's listed there.

8         Q    Can you be more specific than

9    everything that's listed there?

10        A    I'm not sure what you're asking.

11        Q    Sure.  It says, "The practice of

12   metering."  How was your memory refreshed about

13   the practice of metering?

14             MS. SHINNERS:  I have the same

15   objection.  I do not understand the propriety of

16   this questioning.

17             MR. MEDLOCK:  You don't have to

18   understand the propriety.  It's whether it's

19   objectionable.

20             MS. SHINNERS:  I think you are using a

21   roundabout way to get at the selection of

22   documents by counsel.



Page 54

1               MR. MEDLOCK:  No.  I'm asking how his

2      memory was refreshed.

3               MS. SHINNERS:  You haven't asked any

4      specific questions.  The whole point of

5      refreshing people's recollection --

6               MR. MEDLOCK:  Are you going to object

7      to my question and tell him not to answer, or are

8      you just going to give a speech?  Because Rule

9      30(b)(1) says that your objections should be

10     concisely stated.

11              I let you speak considerably in your

12     objections.  So please either object and instruct

13     him not to answer or stop giving speaking

14     objections.

15              MS. SHINNERS:  I'm explaining our

16     claim of privilege.

17              MR. MEDLOCK:  Okay.  Are you going to

18     instruct him not to answer?

19              MS. SHINNERS:  I am laying the

20     groundwork for objection.  I -- if you could

21     repeat the question.

22              MR. MEDLOCK:  Can you read it back?



Page 55

1          (The record was read by the reporter.).

2               MS. SHINNERS:  I'm going to instruct

3     the witness not to answer.

4               MR. MEDLOCK:  That's fine.  We're

5     going to move on this issue.  We'll call you

6     back.  We'll take the deposition again.  Okay.

7               And to be clear, so I can make a

8     record, if I ask that question regarding any

9     other portion of topics for examination, would

10    you have the same objection and the same

11    instruction?

12              MS. SHINNERS:  Yes.  And the same

13    objection is based on the fact the question is --

14    you're using the question to attempt to obtain

15    the mental impressions and work product of

16    counsel.  So my instruction is the same.  If you

17    want to ask it again after you have asked

18    specific questions about metering, queue

19    management, my objection would probably not be

20    the same.

21              MR. MEDLOCK:  Let's look at the Spoch

22    versus Pyle, case out of the Third Circuit.  I am



Page 56

1    100 percent sure I'm in the right on this, and I

2    would really commend that you look at that case

3    during a break.

4    BY MR. MEDLOCK:

5         Q    Sir, besides the interviews that you

6    talked about of the individuals from OIT and the

7    subject matter experts, did you interview anyone

8    else --

9         A    No, sir.

10        Q    -- to prepare today?

11        A    No.

12        Q    Did you review any documents that were

13   produced by Al Otro Lado, Incorporated in this

14   litigation to prepare to testify today?

15        A    I'm not sure what you mean, what those

16   documents would be.

17        Q    You said that you reviewed a

18   transcript to prepare for your deposition today.

19   At what meeting did you review the transcript?

20        A    When I was with chief counsel.  So one

21   of those meetings.  Probably the second one.

22        Q    How long did you spend reviewing the



Page 57

1    transcript?

2        A    Well, at that meeting probably not

3    very long.  But I retained it.

4        Q    Whose deposition transcript was it?

5        A    Mr. Owen's.

6        Q    And when you said you retained it, how

7    much time did you spend reviewing Mr. Owen's

8    deposition?

9        A    It's quite a lengthy document.  I

10   skimmed through it.  20, 30 minutes.

11       Q    Were there particular areas of the

12   deposition testimony that you skimmed?

13       A    I wouldn't say particular areas.  I

14   was just flipping through and looking for areas

15   that just -- it's a long document.

16       Q    It is.  I apologize.  I asked too many

17   questions.

18       A    It's 300 or more pages.  So there was

19   no methodology.  I was just kind of skimming and

20   read a page, skim and read a page kind of thing.

21       Q    Besides reading the transcript of Mr.

22   Owen's deposition, did you read any other



Page 58

 1  deposition transcripts to prepare for today's

 2  deposition?

 3       A     No, sir.

 4       Q     Did you review any Interrogatories or

 5  requests for admission to prepare for today's

 6  deposition?

 7       A     I'm not sure what those are.  I'm

 8  sorry.

 9       Q     You may have answered my question.

10  That's all right.  Interrogatories are written

11  questions, and then your counsel answers them

12  under oath.  CBP would answer them under oath.

13            Did you do anything like that?

14       A     I signed a few in relation to this,

15  and I did ask to review them again.

16       Q     Okay.  How long did you spend

17  reviewing those Interrogatory answers?

18       A     Reviewed it again yesterday very

19  quickly.  Just a couple minutes.

20       Q     Did you review any of the Court's

21  orders in this case in preparation for your

22  testimony today?



Page 59

1     A     I'm not sure what they are, but I

2     don't believe so.

3     Q     Did you review any expert reports in

4     preparation for your deposition today?

5     A     No.

6     Q     In preparation for your deposition

7     today, did you speak with any consultants hired

8     by your counsel or CBP to assist in this

9     litigation?

10     A     No.

11     Q     Were you provided written statements

12     or documents to refer to when testifying today?

13     A     I'm not sure what your question is.

14     Q     Did your counsel give you any

15     documents that you could look at to refresh your

16     memory in -- when answering my questions today?

17     A     They gave me multiple documents.

18     Q     Sure.  Did you bring any of those to

19     the deposition with you today?

20     A     No.  No, sir.

21          (Deposition Exhibit Number 80 was

22     marked for identification and attached to the



Page 60

1   transcript.)

2   BY MR. MEDLOCK:

3       Q    I put in front of you what we marked

4   as Exhibit 80 to your deposition.  It's a

5   multipage letter from Mr. Shinners to myself

6   dated December 9, 2019, with a subject line of

7   "Al Otro Lado, Inc. versus McAleenan."

8            My first question to you is, sir, have

9   you ever seen this letter before?

10      A    I don't recall that I did.

11      Q    Let's go to the bottom of the first

12  page, there's section that says, "Designations".

13  Do you see that?

14      A    Yes.

15      Q    And that's sort of a -- beneath that

16  is a chart that goes from the first page to the

17  second page.

18           Do you see that?

19      A    I do.

20      Q    And it lists the individuals who will

21  be designated to testify as 30(b)(6) witnesses as

22  of December 9, 2019.



Page 61

1          Do you see that?

2      A    I do.

3      Q    And one of the individuals who is

4  designated to testify is Suzanne Kinnahan.

5          Do you see that?

6      A    I do.

7      Q    Have you spoken to Ms. Kinnahan in

8  preparation for your deposition?

9      A    I have not.

10     Q    The next individual who is listed as a

11 designee is Brian Molnar.

12         Do you see that?

13     A    I do.

14     Q    Have you spoken to Mr. Molnar in

15 preparation for your deposition today?

16     A    I have not.

17     Q    Have you spoken to Mr. Molnar about

18 this litigation in any way?

19     A    No, sir.

20     Q    And then the final person listed is

21 yourself; is that right?

22     A    Correct.



Page 62

```
 1        Q     Okay.  And you're listed as testifying

 2   about Topics 1 through 8, 12 through 19, 21

 3   through 23 and 25 as to CSIS data.

 4              Do you see that?

 5        A     I do.

 6        Q     Do you know whether that designation

 7   has changed since December 9, 2019?

 8        A     I don't know.

 9        Q     Outside of the meetings with lawyers

10   and the document review you've discussed and the

11   interviews you discussed, have you done anything

12   else to prepare for your deposition today?

13        A     No, sir.

14        Q     Have you read any news stories about

15   this lawsuit?

16        A     I don't recall.

17        Q     Outside of any of the preparation

18   we've discussed, have you discussed this lawsuit

19   with anyone?

20        A     No.

21        Q     Have you discussed the fact of this

22   deposition with anyone outside of the preparation
```



Page 63

1    we've discussed?

2        A    Just the people who work in my office.

3    They know where I am.

4        Q    Besides that, nobody else?

5        A    No, sir.

6            (Deposition Exhibit Number 81 was

7    marked for identification and attached to the

8    transcript.)

9    BY MR. MEDLOCK:

10       Q    Showing you what we marked as Exhibit

11   81 to your deposition, it's a multipage document

12   that I'll represent to you is a printout from

13   your LinkedIn profile.

14           Do you see that?

15       A    I do.

16       Q    And I apologize.  For some reason it

17   took your face off of it.  Not my intention.

18       A    I don't have a picture listed.

19       Q    Okay, fair enough.  Let's turn to the

20   second page.  Do you see the "Experience"

21   section?

22       A    I do.



Page 64

1      Q      And that lists your -- the positions

2    you've held between January 2012 and the present

3    at U.S. Customs & Border Protection, correct?

4      A      Correct.

5      Q      And I take it from your answer earlier

6    today that you have prior job experience at CBP

7    and its predecessor organizations before 2012?

8      A      I do.

9      Q      When did you joined, I guess it

10   wouldn't have been CBP at the time but its

11   predecessor organization?

12     A      I joined INS in 1988.

13     Q      So you joined INS immediately after

14   graduating from Niagara University?

15     A      Yes.

16     Q      The Eagles, right?

17     A      Good.   Purple Eagles.

18     Q      And when you joined INS, what was your

19   first position at INS?

20     A      I was a Border Patrol agent.

21     Q      What -- where were you assigned to

22   worked?



Page 65

1      A      Imperial Beach, California.

2      Q      Not a bad first assignment in terms of

3  location.

4             How long were you working as a Border

5  Patrol agent at Imperial Beach, California?

6      A      Less than a year.

7      Q      So you left Imperial Beach in 1988 as

8  well?

9      A      '89, actually.

10     Q      When in 1988 did you join INS?

11     A      September 11th, 1988.

12     Q      When you joined INS, did you receive

13  any training?

14     A      Yes.  I went to the academy for Border

15  Patrol.

16     Q      Where was the Border Patrol academy

17  located?

18     A      The academy I went to was in Fort

19  McClellan, Alabama.  It was a temporary academy

20  that they created for that year.

21     Q      During your time at INS's academy in

22  Fort McClellan, Alabama, did you receive any



Page 66

1    training regarding inspecting and processing

2    asylum seekers?

3        A    I don't recall.

4        Q    In 1989 you left Imperial Beach,

5    California -- oh, I should add.

6             Were you at the main Imperial Beach

7    station or were you a substation?

8        A    The main.

9        Q    In 1989, where did you go -- what was

10   your next position within INS?

11       A    I started in Buffalo, New York as an

12   immigration inspector in November of -- I'm

13   sorry, not November, May of '89.

14       Q    They moved you in the summer to

15   Buffalo.  That was nice of them.

16       A    Yeah.

17       Q    Okay.  So you became an immigration

18   inspector in 1989?

19       A    I did.

20       Q    How long were you in that position?

21       A    I was in Buffalo until November of

22   that year.



Page 67

```
 1        Q      November of '89.  And then in November

 2   of '89, where did you go to work next?

 3        A      Went to Montreal preclearance.

 4   Montreal, Canada.

 5        Q      What does "preclearance" mean?

 6        A      Well, we perform all of the CBP

 7   functions in a foreign country.  So when the

 8   plane lands, individuals can just go about -- you

 9   basically clear customs or immigration in that

10   foreign country.

11        Q      I got it.  How long were you in

12   Montreal preclearance for?

13        A      Three years and two months.

14        Q      So that would take us up to '92,

15   January '92?

16        A      Correct.

17        Q      In January '92, where did you work

18   next?

19        A      To Niagara Falls, New York as

20   immigration inspector.

21        Q      When did you leave that position?

22        A      I went to Toronto preclearance in
```



Page 68

1   September of '96.

2       Q    And how long were you working in

3   Toronto as a preclearance?

4       A    I was there until 2005.

5       Q    Okay.  And then in 2005, this would

6   have now been at CBP?

7       A    Correct.

8       Q    What was your next position at CBP?

9       A    Worked as a program manager in our CBP

10  headquarters in Washington.

11      Q    Program manager with respect to what?

12      A    Immigration advisory program.

13      Q    What month in 2005 did you join as a

14  CBP program manager?

15      A    May.

16      Q    And how long were you in that

17  position?

18      A    I was there until August of 2008.

19      Q    Okay.  And then in August 2008, what

20  was your next position?

21      A    Back to Buffalo, New York in August of

22  2008 as the border security coordinator at the



Page 69

1   Buffalo field office.

2       Q    And how long were you in that

3   position?

4       A    Until 2010, became assistant director

5   for border security in 2010 at the Buffalo field

6   office.

7       Q    Okay.  And then were you in that

8   position until January 2012?

9       A    Yes.

10      Q    Okay.  And then everything else --

11  every other position you've had at CBP is listed

12  on your LinkedIn profile; is that correct?

13      A    Correct.

14      Q    And are the dates and positions listed

15  in your LinkedIn profile correct?

16           MS. SHINNERS:  And you're referring to

17  Page 2 of Exhibit --

18  BY MR. MEDLOCK:

19      Q    Page 2, yes, of Exhibit 81.

20      A    Yes.

21      Q    So you haven't worked near the

22  Southwestern border since 1989; is that correct?



Page 70

1         A      Correct.

2         Q      And you've never worked at a port of

3    entry on the Southwestern border; is that right?

4         A      I have not.

5         Q      During your time at Imperial Beach,

6    did you ever have reason to go to the San Ysidro

7    port of entry?

8         A      I believe we did.

9         Q      Besides those interactions in the late

10   '80s in San Ysidro, have you ever gone to the San

11   Ysidro port of entry for any reason?

12        A      I have.

13        Q      And that was -- that would be related

14   to your work in -- as director of field

15   operations; is that right?

16        A      That, yes, and then as the director of

17   field operations Buffalo, there was a director of

18   field operations off-site that was held in San

19   Diego in 2016.  So I visited San Ysidro that year

20   in my capacity as a DFO from Buffalo.

21        Q      Got it.  And you've never had a

22   position as an assistant port director or port



Page 71

1    director on the Southwestern border; is that

2    right?

3        A    Correct.

4        Q    In your current position, how many

5    people report to you?

6        A    In Washington, I have six direct

7    reports.

8        Q    Do you have any indirect reports?

9        A    Total staff has about 80.

10       Q    And all of them could be an indirect

11   report to you in some way; is that right?

12       A    What do you mean by "indirect"?

13       Q    They have a dotted line relationship

14   to you.  They report to you occasionally, but

15   you're not their direct supervisor.

16       A    No.  They report to their direct

17   reports who report to me.

18       Q    Okay.  Who are your six direct

19   reports?

20       A    Six different programs.  So Josh

21   Nutzhorn who's over our Special Response Team --

22   actually, I probably have more than six, sorry.



Page 72

1      Q     That's all right.

2      A     I'm just remembering my two deputies.

3  So let me give you my two deputies.  Joe

4  Draganac, Shane Campbell.  They are my deputy

5  executive directors.

6            Going back to the others, Enrique

7  Tamayo, director for field liaison, Elmer Jarava

8  is a director for workforce liaison.  Greta

9  Campos, my director for tactical operations, and

10 Alyce Modesto is director of field readiness.

11           I think that's all.

12     Q     What does "field readiness" mean?

13     A     That's our equipment -- I'm sorry,

14 equipment -- I'm drawing a blank.  Sorry.

15     Q     That's all right.  Don't worry about

16 it.  It happens.

17     A     I'm getting ready to turn 50.  All of

18 our incident management, our use of force, things

19 like that.

20     Q     Okay.  And what does SRT mean?

21     A     Special Response Team.  They're our

22 special response -- specially trained CBPOs that



Page 73

1    are out in the field and their headquarters

2    components falls underneath operations.

3         Q    Sort of a tactical team?

4         A    Yes, like a SWAT, if you will.

5         Q    And you mentioned Shane Campbell as

6    one of your deputies.  I have the first initial

7    "C" in his name.  Shane is his middle name,

8    right?

9         A    Yes.  I think his birth name is Carl.

10        Q    Just clearing up something I see in

11   the e-mails.  Thank you.

12             Have you ever had a port director on

13   the U.S.-Mexico border who directly reported to

14   you in any of your positions?

15        A    If they were up on TDY temporary

16   assignment up here maybe.

17        Q    Outside of TDY, just normal reporting?

18        A    I never worked in the Southwest

19   border, so no.

20        Q    In your time at CBP, have you become

21   familiar with the chain of command for ports of

22   entry on the U.S.-Mexico border?



Page 74

1        A      I am.

2        Q      Can you explain the reporting

3    relationships at CBP starting with a CBPO on the

4    border --

5        A      Sure.

6        Q      -- and going up to OFO?

7        A      Sure.  So that would -- you asked for

8    Southwestern border, but it would be virtually

9    everywhere.  So all of our CBP ports of entry are

10   structured the same way, be it Southwest border,

11   be it Northern border or the seaport border.  So

12   you have CBPO who reports to a first-line

13   supervisor.  And that first-line supervisor would

14   report to a chief.  And then above chief would be

15   a watch commander.

16              And then to the port structure, then

17   we have assistant port directors that would

18   report to the port director.  And then branching

19   out further from ports of entry, we have port

20   director would be a direct report to a director

21   of field operations or DFO.  To a field office

22   component, you have the DFO, and then you have



Page 75

1    assistant directors for trade, passenger,

2    tactical, in some cases agriculture.

3         Q    And then from the field office level,

4    how does that reporting go up to OFO in

5    Washington, D.C.?

6         A    So my position is executive director

7    for operations, all of those 19 field directors

8    report to me.  I'm their direct report.  At the

9    end of the day, we all work for Mr. Owen.  But as

10   far as ratings -- they report to him.  But as far

11   as ratings, I do their ratings.

12        Q    Okay.  That's obviously -- they

13   probably see that as your main -- as -- you being

14   the direct report because you control their

15   performance eval, right?

16        A    Right.  But they work for Mr. Owen,

17   and he provides a lot of feedback.

18        Q    Sure.  Understood.  Have you ever

19   heard the term Class A port of entry before?

20        A    I have.

21        Q    What does Class A port of entry mean?

22        A    Class A is a designation that



Page 76

1    indicates that the port of entry can do the full

2    scope of work.

3        Q    So they're open to all travelers; is

4    that right?

5        A    They are.

6        Q    And would include asylum seekers as

7    well?

8        A    Correct.

9        Q    How many Class A ports of entry are

10   there on the U.S.-Mexico border?

11       A    I don't know.

12       Q    Would San Ysidro be a Class A port of

13   entry?

14       A    Yes.

15       Q    Would Otay Mesa be?

16       A    I believe it is.

17       Q    Is Hidalgo a Class A port of entry?

18       A    I have believe.

19       Q    Is Laredo a Class A port of entry?

20       A    I believe it is.

21       Q    Is El Paso a Class A port of entry?

22       A    Well, it gets a little nuance because



Page 77

1    a port of entry could have four different

2    crossings.

3         Q    Right.

4         A    So if -- so I may have to go back to

5    my answer to Hidalgo as well.  Did you ask about

6    Hidalgo?

7         Q    I did.

8         A    I may be incorrect in this.  If

9    there's a port of entry that only does cargo

10   processing, it may not have that full

11   designation.

12        Q    Okay.  So within Hidalgo, there could

13   be portions of the port that are open to all

14   travelers?

15        A    Yes.

16        Q    And there's portions of the port that

17   are specifically for cargo?

18        A    Yes, sir.

19        Q    Within El Paso, the Paso del Norte,

20   the PDN, is that a Class A port of entry?

21        A    I believe it is.

22        Q    How about in Brownsville?  Is



Page 78

1    Brownsville generally a Class A port of entry?

2         A     Again, there's four different

3    crossings there.  I know they have at least one,

4    I believe, dedicated cargo, so I don't know.

5    Many of them are Class A.

6         Q     Okay.  In Nogales, are there crossings

7    that are Class A ports of entry?

8         A     There are.

9         Q     Calexico, are there crossings that are

10   Class A ports of entry?

11        A     There are.

12        Q     And Tecate, are there Class A ports of

13   entry?

14        A     Yes, sir.

15        Q     What's a Class B port of entry?

16        A     Class B port of entry, as I understand

17   it, is there are certain limitations as to what

18   we can process.  If there's any -- somebody who

19   requires further immigration processing, the

20   documents that they present on their face value

21   are not sufficient to be admitted in the United

22   States, then they wouldn't be able to apply for



Page 79

1    admission there.

2          Say a visitor from a country that

3    requires a visa that doesn't -- not from Mexico,

4    if they came to a Class B, we wouldn't be able to

5    issue them an I-94.  So they would have to go to

6    a Class A.  But a Mexican national, they have a

7    crossing card, so they would be.

8          Q    So a Class B you can process U.S.

9    citizens with valid I.D.s.  You can process

10   people with permanent resident cards, noncitizens

11   with border crossing identification cards.  Is

12   that right?

13         A    Yes.

14         Q    Okay.  Do you know -- can you give me

15   an example of a Class B port of entry on the

16   Southwestern border?

17         A    I can't.

18         Q    Do you know how many there are?

19         A    I don't.

20         Q    And there's something else called a

21   Class C port of entry, correct?

22         A    There is.  I'm not really clear on



Page 80

 1    what the difference is.

 2         Q      That has to do with crew members

 3    coming in by sea; is that right?

 4         A      I don't know.

 5         Q      Fair enough.  Are you familiar with

 6    the term "muster"?

 7         A      Yes.

 8         Q      What is -- within CBP, what does the

 9    term "muster" mean?

10         A      Well, it takes various forms.  So a

11    muster could be in the raw form a supervisor

12    standing before a shift and giving verbal

13    instruction to the officers, the expectations on

14    the day or things to look out for.  A muster

15    could also be in written form.  That's it.

16         Q      Who at CBP has an authority to issue a

17    muster?

18         A      I don't know if it's really

19    designated.  I know that our headquarters

20    initiate musters.  I know there are field office

21    initiated musters, and there are port of entry

22    initiated musters.



Page 81

1      Q      And there are some musters that are

2    done verbally and just not written down; is that

3    right?

4      A      Yes -- well, I should say that the

5    first -- my first example, the first-line

6    supervisor is delivering a muster orally, that

7    could have been initiated by something he

8    received in writing.

9      Q      Sure.  Understood.  Are you familiar

10   with the term "standard operating procedures" as

11   it's used at CBP?

12     A      Sure.

13     Q      What does it mean?

14     A      SOP, standard operating procedure,

15   it's a guideline of how things should be

16   followed.

17     Q      How is a SOP different from a muster,

18   if at all?

19     A      Well, muster is informing people of an

20   expectation, and a SOP provides specific,

21   normally written guidelines, expectations how

22   things should happen.



Page 82

1      Q     Have you heard the term "UDA" used

2   before at CBP?

3      A     I believe so.

4      Q     What does UDA mean?

5      A     Undocumented alien, I believe.

6      Q     Have you heard the term "FAMU" or

7   "FAMU" used before?

8      A     Yes.

9      Q     What does that mean?

10     A     Family units.

11     Q     Have you heard the term "UAC" used

12  before?

13     A     I have.

14     Q     What does that mean?

15     A     Undocumented alien child.

16     Q     And have you heard the term "OTM" used

17  before?

18     A     Yes.

19     Q     What does that mean?

20     A     Other than Mexican.

21     Q     Have you heard the term "ICRO" before?

22     A     I have.



Page 83

1       Q       What does ICRO mean?

2       A       Immigration customs enforcement --

3    enforcement for mobile operations.

4       Q       What role, if any, does ICRO play in

5    processing asylum seekers who present themselves

6    at ports of entry at the U.S.-Mexico border?

7               MS. SHINNERS:  Object to the scope.

8               THE WITNESS:  Can you repeat the

9    question?

10   BY MR. MEDLOCK:

11      Q       What role does ICRO play in processing

12   asylum seekers, if you know?

13              MS. SHINNERS:  Object to the scope.

14              THE WITNESS:  At the ports of entry?

15   BY MR. MEDLOCK:

16      Q       Yes.

17      A       None.

18      Q       Does ICRO have any role in maintaining

19   the throughput of asylum seekers at the ports of

20   entry?

21      A       Restate the question.

22      Q       Sure.  Do you understand what the term



Page 84

1    "throughput" means --

2         A    I do.

3         Q    -- with respect to processing asylum

4    seekers?

5         A    Yes.

6         Q    How do you define that term?

7         A    Throughput is the amount that's going

8    through at a period of time.

9         Q    Does ICRO have any role to play in

10   maintaining the throughput of ports of entry with

11   respect to processing and inspecting asylum

12   seekers?

13        A    Their ability to house migrants that

14   are processed at a port of entry certainly has an

15   impact on our ability.  Our ports of entry are

16   only initially encountering migrants that are

17   applying for asylum and ideally for short-term

18   reliant on ERO to be able to take them into

19   custody.

20        Q    ERO provides longer term detention; is

21   that right?

22        A    They do.



Page 85

1      Q      And to your knowledge, does ERO also

2    detain individuals that are picked up in

3    enforcement operations that are not located near

4    the border?

5            MS. SHINNERS:  Object to the scope.

6    You can answer.

7            THE WITNESS:  Repeat the question.

8    BY MR. MEDLOCK:

9      Q      Sure.  There's immigration enforcement

10   that occurs at ports of entry and along the

11   border, correct?

12     A      Yes.

13     Q      And there's internal immigration

14   enforcement as well?

15     A      I understand that, yes.

16     Q      So does ICRO provide long-term

17   detention facilities for both individuals who are

18   picked up near the border and individuals who are

19   picked up at internal enforcement, to your

20   knowledge?

21            MS. SHINNERS:  Object to the scope.

22   You can answer.



Page 86

 1              THE WITNESS:  That's what I

 2    understand.

 3    BY MR. MEDLOCK:

 4        Q      Have you heard the term "USCIS"

 5    before?

 6        A      Yes.

 7        Q      What does USCIS mean?

 8        A      United States Citizenship Immigration

 9    Services.

10        Q      What role, if any, does USCIS play in

11    maintaining the throughput of asylum seekers at

12    ports of entry on the U.S.-Mexico border?

13        A      I would say none.

14        Q      Have you heard of "EOIR" before?

15        A      Yes.

16        Q      What does EOIR mean?

17        A      I'm a little fuzzy on that acronym.

18    It's the court system.

19        Q      Executive Office of Immigration

20    Review?

21        A      Yes.

22        Q      What role, if any, does EOIR play in



Page 87

1    maintaining the throughput of asylum seekers at

2    ports of entry on the U.S.-Mexico border?

3         A     It's all part of the immigration

4    asylum process.  Initial encounter with CBP,

5    ERO's capability and EOIR's capability through

6    the court system.  They're all connected in some

7    way.

8         Q     What is the -- what agency plays the

9    most important role in maintaining the throughput

10   of asylum seekers at ports of entry on the

11   U.S.-Mexico border?

12        A     Can you repeat the question?

13        Q     Sure.  We talked a little bit about

14   ICRO, EOIR, USCIS, and we also talked about CBP

15   OFO.

16              Amongst those, which of those

17   organizations plays the most important role in

18   maintaining the throughput of asylum seekers at

19   ports of entry on the Southwestern border?

20        A     That's a complicated question, I

21   think.  The whole process all feeds into each

22   other.  So our ability to process, their ability



Page 88

1    to take them from us, and the EOIR's ability,

2    they're all interconnected.  I don't know if

3    there's a straight answer on that.

4        Q      Okay.  Starting with the moment that a

5    noncitizen arrives in the primary inspection lane

6    at a port of entry and expresses a desire to seek

7    asylum, can you describe how CBP OFO processes

8    and inspects that individual?

9        A      In the United States?

10       Q      Yes.

11       A      So --

12       Q      Go ahead, sir.

13       A      They're taken to a secondary

14   environment where we're able to question the

15   individual and process, collect biometrics, sworn

16   statements, and process the other paper that's

17   associated with their asylum application.

18       Q      That secondary environment is

19   generally referred to secondary inspection; is

20   that right?

21       A      Yes.

22       Q      What happens after secondary



Page 89

1    inspection?

2        A    There's a communication with ICRO on

3    their capability of picking up that individual,

4    taking custody of them.

5        Q    Have you ever heard of the term "AEU"

6    used with respect to processing asylum seekers?

7        A    Yes.

8        Q    Stands for admissibility enforcement

9    unit, correct?

10        A    Yes.

11        Q    And admissibility enforcement units

12    are particular units within ports of entry,

13    correct?

14        A    They are.  But I don't believe that

15    term is used at every single port of entry.

16        Q    Sure.  It's referred to differently at

17    different ports of entry, correct?

18        A    It is.

19            MS. SHINNERS:  Can we take a quick

20    break?

21            MR. MEDLOCK:  Sure.

22            (A brief recess was taken.)



Page 90

```
 1   BY MR. MEDLOCK:

 2        Q     Sir, is tracking the throughput ports

 3   of entry on the U.S.-Mexico border operationally

 4   important for CBP?

 5        A     Yes.

 6        Q     Is it important to have up-to-date

 7   information about the throughput of port of entry

 8   on the U.S.-Mexico border?

 9        A     It is.

10        Q     Does CBP track the throughput of ports

11   of entry on the U.S.-Mexico border on a daily

12   basis?

13              MR. MEDLOCK:  If you're on the phone,

14   can you please mute please.

15   BY MR. MEDLOCK:

16        Q     Sorry.  Go ahead, sir.

17        A     Could you repeat?  I'm sorry.

18        Q     Sure.  Does CBP track the throughput

19   of ports of entry on the U.S.-Mexico border?

20        A     We do.

21        Q     How often does it do that?

22        A     It's daily.
```



Page 91

1      Q     What sort of report is generated to

2   track the throughput of ports of entry on the

3   U.S.-Mexico border?

4      A     There are multiple reports, but many

5   of the reports are just automated.  Information

6   is withdrawn from our systems to show how many

7   people are being refused admission, just to track

8   or operational tempo.

9      Q     Is the -- are reports from the

10  Migration Crisis Action Team or MCAT used to

11  track operational tempo?

12     A     Yes.

13     Q     Are reports from the Migration Crisis

14  Action Team used to track the throughput of ports

15  of entry?

16     A     The team isn't.  The report is -- the

17  report is what it is.  It's -- as I understand,

18  it's fully automated.

19     Q     But the reports are used.  Those

20  reports generated by MCAT are used to track

21  throughput; is that right?

22     A     That's one of the things, yes.



Page 92

```
 1        Q     Is it true that a U.S. -- a non-U.S.
 2   citizen who's seeking asylum in the country can
 3   be paroled and released into the United States
 4   under certain circumstances?
 5        A     Yes.
 6        Q     Who makes the determination regarding
 7   whether an asylum seeker should be paroled and
 8   released into the U.S.?
 9        A     That decision is made in collaboration
10   with ICRO.
11        Q     And who makes that decision in
12   collaboration with ICRO?
13        A     I think it's done jointly.
14        Q     When it's done jointly, who on the OFO
15   side is part of that joint decision-making
16   process?
17        A     It's the port management, those that
18   are responsible for the processing of migrants.
19        Q     Currently under what circumstances
20   will asylum seekers be paroled and released into
21   the U.S.?
22        A     The main reason would be when ICRO is
```



Page 93

```
 1   unable to take custody of individuals for certain

 2   demographics.

 3        Q     When you say "certain demographics,"

 4   what do you mean?

 5        A     Generally they have plenty of space

 6   for single adults.  They are challenged when it

 7   comes to housing and detaining family units.

 8        Q     Has the policy that CBP follows with

 9   respect to paroling asylum seekers changed at all

10   since 2016?

11        A     Not sure if I understand your

12   question.

13        Q     Sure.  Have the circumstances under

14   which an asylum seeker will be paroled and

15   released into the U.S. changed at all since 2016?

16        A     I don't recall any changes.

17        Q     Is it the case that noncitizens

18   seeking asylum in the U.S. can be processed in

19   regular removal proceedings and given a notice to

20   appear?

21        A     I guess I don't understand your

22   question.  I'm sorry.
```



Page 94

1     Q     Do you understand the difference

2    between a regular removal proceeding and

3    expedited removal proceeding?

4     A     I do.

5     Q     When a noncitizen is seeking asylum in

6    the U.S. at a port of entry, they can be

7    processed under either regular removal

8    proceedings or expedited removal proceedings; is

9    that right?

10     A     Correct.

11     Q     And if they're processed under regular

12    removal proceedings, they can be given a NTA or

13    notice to appear; is that right?

14          MS. SHINNERS:  Object to the scope.

15    Go ahead.

16          THE WITNESS:  CBP has mandatory

17    detention for individuals we're encountering.  So

18    in working with the ERO, if they are at a

19    position where they can't take individuals, then

20    in coordination with ICRO, ERO would be paroling

21    that person.

22    BY MR. MEDLOCK:



Page 95

1      Q      You mentioned that CBP has mandatory

2   detention.  Has that always been the case?

3      A      Yes.  Sorry.  Go ahead.

4             MS. SHINNERS:  Objection; vague.  Go

5   ahead.

6   BY MR. MEDLOCK:

7      Q      Did you understand my question?

8      A      Could you repeat it one more time?

9      Q      Sure.  In your answer -- prior answer

10  you said CBP has mandatory detention.  What did

11  you mean by that?

12     A      We're required by law to detain those

13  that we're encountering.  There are situations,

14  as you brought up, where we have discretion to

15  parole individuals or in collaboration with ERO

16  individuals that are paroled.

17     Q      Has the -- has there been any policies

18  that have been issued since 2016 that restrict

19  the discretion of CBP to parole asylum seekers

20  who are processed at ports of entry?

21     A      If the premise is we detain everybody

22  when ERO is unable to take individuals, then we



Page 96

1    may invoke the parole along with ERO.

2              MR. MEDLOCK:  Mark the next exhibit.

3              (Deposition Exhibit Number 82 was

4    marked for identification and attached to the

5    transcript.)

6    BY MR. MEDLOCK:

7         Q    I've marked Exhibit 82 to your

8    deposition, sir.  It's a multipage document that

9    bears the Bates numbers -- those are the numbers

10   in the bottom right AOL-DEF-4 through AOL-DEF-16.

11             My first question to you, does this

12   appear to be a February 20, 2017 memorandum from

13   John Kelly who was at the time secretary of DHS?

14        A    What's the question?

15        Q    Does this appear to be --

16        A    Yes, sir.

17        Q    Okay.  Amongst others, this memorandum

18   is for Kevin McAleenan who at the time was acting

19   commissioner of CBP, correct?

20        A    Correct.

21        Q    I'd like to direct your attention to

22   the second page, which is AOL-DEF-5.  At the top



Page 97

1   of the page there is a section header that is

2   entitled "A. Policies regarding the apprehension

3   and detention of aliens described in Section 235

4   of the Immigration and Nationality Act."

5           Do you see that?

6   A    I do.

7   Q    That section begins, "The president

8   has determined that the lawful detention of

9   aliens arriving in the United States and deemed

10  inadmissible or otherwise described in Section

11  235(b) of the Immigration and Nationality Act

12  pending a final determination of whether to order

13  them removed, including determining eligibility

14  for immigration relief, is the most efficient

15  means by which to enforce the immigration laws at

16  our borders."

17          Can I read that correctly?

18  A    You did.

19  Q    To your knowledge, does CBP still

20  follow this policy described in this memorandum?

21  A    I don't know.  I don't recall seeing

22  this memo.  I don't know.



Page 98

1        Q    Did you discuss this memo with anyone

2   during your preparation to testify at this

3   deposition?

4        A    No.

5        Q    Did you -- I take it you didn't review

6   a copy of this memo to prepare either?

7        A    I did not.  I don't know if I received

8   this when it was issued.

9             (Deposition Exhibit Number 83 was

10   marked for identification and attached to the

11   transcript.)

12   BY MR. MEDLOCK:

13        Q    I have marked Exhibit 83 to your

14   deposition, sir.  It's a multipage e-mail that

15   begins with the Bates number AOL-DEF-00019429

16   through AOL-DEF-00019432.  And Exhibit 83 is an

17   e-mail exchange between Todd Hoffman and

18   distribution lists for directors of field ops,

19   border security assistant directors, and

20   executive directors --

21        A    Yes, sir.

22        Q    -- of field ops, correct?



Page 99

1       A    Correct.

2       Q    The e-mail chain occurs on February

3  21st, 2017, correct?

4       A    Correct.

5       Q    I'd like to focus on the e-mail that

6  Mr. Hoffman sent on February 21st, 2017, at 11:33

7  a.m.

8            Do you see that e-mail, sir?

9       A    I do.

10      Q    The subject line of that e-mail is

11  "Executive Orders 13767 and 13768 and the

12  Secretary's implementation directions of February

13  20th, 2017."

14           Do you see that?

15      A    I do.

16      Q    Okay.  You still have Exhibit 82 in

17  the pile in front of you?

18      A    I do.

19      Q    Exhibit 82 was sent on February 20th,

20  2017, correct?

21      A    Correct.

22      Q    And this e-mail was sent the next day,



Page 100

1    correct?

2         A    Appears as so, yes.

3         Q    All right.  Can you turn to the page

4    that's Bates numbered AOL-DEF-00019430, which is

5    the second page of the e-mail chain.

6         A    Okay.

7         Q    On that page do you see a section that

8    is labeled "1. Processing, inspection, and

9    detention of aliens arriving at ports of entry."

10        A    Yes, sir.

11        Q    I'd like to focus with you on the

12   second paragraph of that section that begins with

13   "Arriving aliens should be."

14             Do you see that?

15        A    Yes, sir.

16        Q    That section begins, "Arriving aliens

17   should be referred to ICE/Enforcement and Removal

18   Operations (ERO) for mandatory detention as

19   applicable.  In general, aliens should be placed

20   in removal proceedings, ordered removed, refused

21   entry under the visa waiver program or permitted

22   to withdraw from the port of entry for immediate



Page 101

1    return."

2              Did I read that correctly?

3        A    Yes, sir.

4        Q    What's your understanding of what the

5    phrase "permitted to withdraw from the port of

6    entry for immediate return" means?

7        A    It means that they're allowed to

8    withdraw that application for admission and

9    returned to where they came.

10       Q    This paragraph goes on to state,

11   "Absent an urgent circumstance such as a medical

12   emergency requiring parole from custody, aliens

13   should not be released/paroled from the port of

14   entry."

15             Did I read that correctly?

16       A    You did.

17       Q    To your knowledge, is the policy

18   described by Todd Hoffman in this e-mail still in

19   effect today?

20       A    It is, and it seems to comport with

21   what I said earlier.

22       Q    Correct.  I just want to make sure.



Page 102

1    These documents form the basis of the mandatory

2    detention policy you were describing, correct?

3         A     Okay, sir.  Thank you.

4               MS. SHINNERS:  Objection; calls for

5    speculation for a legal conclusion.  Go ahead.

6    BY MR. MEDLOCK:

7         Q     So under the policy described in Mr.

8    Hoffman's e-mail and the Secretary's February

9    20th, 2017, memorandum, the default rule is that

10   noncitizens arriving at ports of entry should be

11   placed into removal proceedings and detained; is

12   that right?

13              MS. SHINNERS:  Objection.  Objection;

14   misstates testimony -- misstates the document.

15   BY MR. MEDLOCK:

16        Q     Is that your understanding of what the

17   default rule is when an alien arrives at a port

18   of entry?

19        A     That's what I understand by reading

20   this.

21        Q     Since the -- this -- the mandatory

22   detention policy announced in Exhibits 82 and 83



Page 103

1    went into effect, the number of aliens arriving

2    at ports of entry has increased, correct?

3          A      They have.

4          Q      During the time period from February

5    20th, 2017, to the present, do you know whether

6    the number of aliens paroled and released into

7    the U.S. has increased or decreased?

8          A      I don't know.

9          Q      Is that covered in the reports you get

10   on throughput at the ports of entry?

11         A      I'm not sure.

12         Q      Since February 20th, 2017, the number

13   of arriving aliens who are detained by OFO and

14   ICRO has increased; is that right?

15              MS. SHINNERS:  Objection; scope.

16              THE WITNESS:  I'm not sure what you

17   mean by "increased."  Compared to what?

18   BY MR. MEDLOCK:

19         Q      Increased prior to February 20th,

20   2017.

21              MS. SHINNERS:  Same objection.

22              THE WITNESS:  I'm not sure, to be



Page 104

1    honest with you.

2    BY MR. MEDLOCK:

3        Q    Have you heard the term "detention

4    capacity" used with respect to processing asylum

5    seekers at ports of entry on the U.S.-Mexico

6    border?

7        A    I have.

8        Q    How does CBP define the term

9    "detention capacity"?

10        A    It's a couple different variables --

11    multiple variables but two main kind of buckets

12    I'll call them is our actual physical capacity

13    and then based on our operational priorities and

14    impact that falls from that and the attention

15    that we provide our priority mission, that all

16    feeds into our capacity.  Not only that, but also

17    the demographics of the individuals that we're

18    encountering, the types of situations that we're

19    interacting with, vehicle seizures, criminal

20    arrests, migrants processing are lots of

21    different factors that will feed into that

22    operational capacity.



Page 105

```
 1        Q     I want to be clear.  I'm asking about
 2    detention capacity, not operational capacity.  Do
 3    you understand there's a difference between the
 4    two terms?
 5        A     I think my answer still stands.
 6    Detention capacity, our ability to process
 7    individuals is not solely on physical capacity.
 8    It's what we're doing with the grand scope of
 9    what we're doing at the port of entry feeds into
10    what we're able to.
11        Q     Is there any difference between
12    detention capacity and operational capacity as
13    those two terms are used at CBP?
14        A     They're totally different.
15        Q     How is detention capacity different
16    from operational capacity?
17        A     Detention capacity -- well, depends on
18    how you view it.  Detention capacity really is
19    the number of individuals that we're able to take
20    in a particular room.  So an example would be
21    Hidalgo port of entry,      different detention
22    rooms,        of them have they're wet cells where
```



Page 106

```
 1    they have full facilities, one doesn't.  So if

 2    they were -- depending upon the demographics of

 3    what we're dealing with, criminal arrests,

 4    unaccompanied children, a family that is ill, our

 5    capacity to take in per room really dictates upon

 6    what we're dealing with.

 7             So to say that a room -- you can only

 8    take four people in that room really gets fed

 9    into what we're dealing with.  So four people

10    aren't just four people.  If we have one person

11    who's traveling alone, a felon, he's going to

12    take up that whole room.  We don't have the

13    capacity to put three more people in there.  Does

14    that make sense?

15        Q    That makes sense.  I'm trying to get

16    to something a little more fundamental than what

17    you're getting at there.  Let me give you another

18    example.

19             Is there a known detention capacity

20    for the AEU at San Ysidro?

21        A    There's a known physical capacity.

22        Q    And that's ███ individuals currently,
```



Page 107

```
 1   correct?

 2        A    Yes.

 3        Q    When used with respect to AEU at San

 4   Ysidro, what does the term "detention capacity"

 5   refer to?

 6        A    Repeat the question again.

 7        Q    Sure.  So you have a physical capacity

 8   of ███ individuals at the AEU at San Ysidro.

 9   What does -- what would the detention capacity of

10   the AEU at San Ysidro be?

11        A    That is the physical capacity.

12        Q    Okay.  And the operational capacity

13   would depend on the factors that you were just

14   describing?

15        A    Yes, sir.

16        Q    That's the difference between

17   detention capacity and operational capacity,

18   correct?

19        A    Correct.

20        Q    At some point did OFO move from using

21   detention capacity as a metric to using

22   operational capacity as its metric?
```



Page 108

1        A     No.

2              (Deposition Exhibit Number 84 was

3    marked for identification and attached to the

4    transcript.)

5    BY MR. MEDLOCK:

6        Q     Sir, I put in front of you marked as

7    Exhibit 84 to your deposition.  It's a multipage

8    document that bears the Bates numbers

9    AOL-DEF-00274915 through 916.  And Exhibit 84,

10   sir, is a July 6 through July 9, 2018, e-mail

11   chain from Frank Longoria to Juan Chavez, Alberto

12   Flores, David Gonzalez, and others, correct?

13       A     I see that, yes.

14       Q     I want to focus on the July 6, 2018,

15   e-mail that Frank Longoria sent at 2:59 p.m.

16       A     Okay.

17       Q     If you just flip to that e-mail, Frank

18   Longoria was assistant director of field

19   operations for the Laredo field office, correct?

20       A     Correct.

21       Q     And the subject line of that e-mail is

22   "Queue management: 30 days in."



Page 109

1            Do you see that?

2       A    I do.

3       Q    Beneath that Mr. Longoria writes,

4   "Port directors:  It's been approximately 30 days

5   since we initiated the queue management strategy

6   and shifted from detention capacity to

7   operational capacity."

8            Did I read that correctly?

9       A    You did.

10      Q    So sometime in approximately June 2018

11  there was a shift from detention capacity to

12  operational capacity, correct?

13           MS. SHINNERS:  Objection.  Go ahead.

14           THE WITNESS:  That's what the e-mail

15  says.

16  BY MR. MEDLOCK:

17      Q    Is the e-mail incorrect about that?

18      A    I don't know what Mr. Longoria was --

19  I didn't help him author the e-mail, so I don't

20  know what he was thinking.

21      Q    In your preparation to be a 30(b)(6)

22  witness in this case, did you do any -- anything



Page 110

1    to investigate any particular -- any sort of

2    shift from detention capacity to operational

3    capacity?

4         A    No.

5         Q    Isn't it true that OFO field office

6    leadership was concerned that a detention -- that

7    a shift from detention capacity to operational

8    capacity could lead ports of entry to choose to

9    use less than their total detention capacity?

10        A    Can you repeat?  I'm sorry.

11        Q    Sure.  Do you know whether anyone in

12   field office leadership was concerned that the

13   transition from using detention capacity to using

14   operational capacity could lead ports of entry to

15   choose to use less than their total detention

16   capacity?

17        A    Not that I'm aware of.

18        Q    Isn't it true that ports of entry

19   believe that the transition from detention

20   capacity to operational capacity enabled them to

21   decrease the throughput of asylum seekers at

22   their ports by over 70 percent?



Page 111

 1        A     I don't know that.

 2              (Deposition Exhibit Number 85 was

 3    marked for identification and attached to the

 4    transcript.)

 5    BY MR. MEDLOCK:

 6        Q     Sir, put in front of you marked as

 7    Exhibit 85 to your deposition.  It has a leading

 8    Bates number of AOL-DEF-00899313 through 316.

 9    And exhibit 85 is an e-mail exchange between

10    Frank Longoria, Ryan Koseor, and others between

11    June 7th and June 11th, 2018.

12              Do you see that?

13        A     I do.

14        Q     Do you know who Ryan Koseor is?

15        A     That's Koseor.  Yes, I do.

16        Q     At this time he's a deputy commander

17    of the Migration Crisis Action Team or MCAT,

18    right?

19        A     Correct.

20        Q     Does he still hold that position

21    today?

22        A     No.



Page 112

1          Q      What is his position today?

2          A      I believe he's assistant port director

3    in Calexico.

4          Q      Was that a promotion?

5          A      No.  He was on temporary assignment to

6    Washington to work at the MCAT temporarily.

7          Q      When you say "temporary assignment",

8    that's sometimes referred to as TDY?

9          A      Yes, sir.

10         Q      What is the Migration Crisis Action

11   Team?

12         A      It was a team that was put together a

13   number of years ago to create better awareness

14   for our senior leadership and also initially to

15   put the different DHS components kind of in the

16   same room to ensure we're all aware of the

17   different challenges.  It's kind of morphed from

18   a team sitting together in different DHS

19   components to more of a reporting function now.

20         Q      Okay.  You used the term "was" in your

21   last answer.  Does the MCAT still exist today?

22         A      It does.  Sort of what I said was it



Page 113

1    used to be.

2         Q     It doesn't exist in the same form as

3    it had initially?

4         A     Yes, sir.  It's transitioned.

5         Q     I understand.  To your knowledge, when

6    was the Migration Crisis Action Team initially

7    formed?

8         A     I think late '16, maybe early '17.  I

9    don't know for sure.

10         Q     Who made the decision to create the

11    Migration Crisis Action Team?

12         A     I believe it was then Deputy

13    Commissioner McAleenan.

14         Q     How many CBP employees are currently

15    involved in the Migration Crisis Action Team

16    today?

17         A     CBP employees, I'm not sure.  I think

18    OFO has at least one person in there.

19         Q     How many total employees of DHS are on

20    the Migration Crisis Action Team?

21         A     Talking about now or at the beginning?

22         Q     Now.



Page 114

1        A      At least one OFO, at least one Border

2    Patrol, and again, I don't believe any other DHS

3    components participate in that now in one room.

4        Q      At the beginning, how many DHS

5    components participated?

6        A      It was a lot larger.  I think we had

7    at least two OFO, at least two Border Patrol, at

8    least one ERO.  I think EOIR may have sat in

9    there a little while as well.

10       Q      I want to focus on the e-mail that

11   Frank Longoria sent at June 11th of 2018 at 11:41

12   a.m.  It's the second e-mail from the top in the

13   chain.

14              Do you see that?

15       A    Yes, sir.

16       Q      All right.  And this is an e-mail

17   directly from Frank Longoria to Ryan Koseor; is

18   that right?

19       A      That's what I read, yes.

20       Q      And Mr. Longoria writes, "You need to

21   clear up the 'operational' capacity issue.

22   There's confusion on this point, and the field



Page 115

1    keeps alluding to the fact that immigration

2    processing is not our priority anymore.  That's

3    the issue with Roma."

4              Did I read that correctly?

5    A      That's what it says.

6    Q      And "Roma" refers to the Roma, Texas

7    port of entry, correct?

8    A      It does.

9    Q      Mr. Longoria then goes on to write,

10   "It should be detention capacity because that's a

11   clearly defined number.  If you leave it at

12   'operational capacity', you are leaving it up to

13   the discretion of the port."  Although they

14   may -- "Although they may have the detention

15   capacity, they will only take ███████ at a

16   time because operationally that's all they can

17   do."

18             Did I read that correctly?

19   A      You did.

20   Q      And does that describe how operational

21   capacity works as you were describing it in your

22   earlier answer?



Page 116

1      A     I'm reading it again.

2      Q     Sure.

3      A     Kind of.

4      Q     When you say "kind of", why do you say

5  kind of instead of yes?

6      A     It's not my words.  It's somebody

7  else's.

8      Q     Besides that, do you think it

9  accurately describes the operational capacity

10  concept?

11      A     It does.

12      Q     Okay.  Ryan Koseor responds to Mr.

13  Longoria on June 11, 2018, at 1 p.m.  Do you see

14  that?

15      A     I do.

16      Q     He writes in part, "If ███████ a

17  day allows Roma to continue to process traffic

18  and conduct enforcement, then that is your

19  capacity."

20            Did I read that correctly?

21      A     That's what it says.

22      Q     So in other words, if the -- if the



Page 117

1    Roma port of entry assesses its capacity to be

2    four individuals, then that is its operational

3    capacity; is that right?

4         A    That operational flexibility is

5    provided to the ports.

6         Q    And the ports determine what their

7    operational capacity is given the mission --

8         A    There is port management there that

9    has that discretion.  It's their operation.

10        Q    What sort of guidance is given to port

11   management regarding how they should exercise

12   their discretion when determining the operational

13   capacity of a port?

14        A    There was a memorandum from Secretary

15   talking about our priorities.

16        Q    This is the prioritization-based queue

17   management policy?

18        A    Yes.

19        Q    Besides that, is there any other

20   guidance that's given to port management

21   regarding how they should define the operational

22   capacity of a port with respect to throughput of



Page 118

1    asylum seekers?

2          A       That same memorandum was sent out

3    again in a similar fashion by our current acting

4    commissioner.

5          Q       Mr. Morgan?

6          A       Mr. Morgan.

7          Q       Besides those two memorandums, is

8    there any other guidance that is given to port

9    management regarding how they should assess and

10   define the operational capacity of a port with

11   respect to the processing of asylum seekers?

12         A       Not that I'm aware of.

13         Q       Do ports of entry report what their

14   daily operational capacity is to OFO management

15   in any way?

16         A       It's at a local level.  So again,

17   that's a discretionary balance that we afford our

18   local port managers to control based on what they

19   see, boots on the ground.

20         Q       So there is no regular reporting chain

21   where a port of entry reports its operational

22   capacity to OFO management; is that right?



Page 119

1        A     There are some reports that are sent

2   up, but I don't know if the operational capacity

3   is mentioned in that.

4        Q     If I wanted to go back and determine

5   what the operational capacity of the Roma, Texas

6   port of entry was on June 11, 2018, is there any

7   report that would define for me the factors that

8   were used when determining the operational

9   capacity of that port on that day?

10       A     I don't know.

11       Q     Have you seen any such report or --

12       A     From that particular day?

13       Q     For any day that would define the

14  factors that should be used when determining

15  operational capacity.

16       A     There was an earlier iteration of the

17  MCAT report that had some information about

18  operational capacity that I recall.  I don't have

19  a lot of memory as to the background on that,

20  what the intent was.

21       Q     Is there any formula that can be used

22  to determine what the operational capacity of a



Page 120

1   port is?

2       A     Oh, yeah.  That's that discretionary

3   balance.  We have to allow our port managers --

4   because they're on the ground.  They know what

5   they're dealing with.  They have to have that

6   flexibility.

7       Q     Is there any formal definition of the

8   term "operational capacity" as that term is used

9   at CBP?

10      A     I think prioritization memo provides

11  specific guidance on our priorities and how we

12  should address those at the ports of entry.

13      Q     The prioritization based queue

14  management memo, is that the best definition of

15  the operational capacity of a port of entry that

16  you know of?

17      A     I'd have to look at it again to really

18  think that through.

19            (Deposition Exhibit Number 86 was

20  marked for identification and attached to the

21  transcript.)

22  BY MR. MEDLOCK:



Page 121

1        Q      Sir, I put in front of you marked as

2    Exhibit 86 to your deposition a multipage

3    memorandum bearing the beginning Bates number

4    AOL-DEF-00041455 through 457.  This is a

5    memorandum from Secretary Nielsen to Kevin

6    McAleenan at the time Commissioner of U.S. CBP

7    dated June 5th, 2018, correct?

8        A      Correct.

9        Q      And the subject of the memorandum is

10   "Prioritization-based queue management," correct?

11       A      Correct.

12       Q      This is the first of the

13   prioritization queue management memorandum that

14   you were discussing in your earlier answers,

15   correct?

16       A      Correct.

17       Q      I want to focus on the second page of

18   the prioritization-based queue management

19   memorandum.  On the second page there is a

20   highlighted section, and this is how the document

21   was originally given to us, that reads, "CBP

22   personnel and resources that would otherwise be



Page 122

1    deployed to process inadmissible arriving aliens

2    can focus on the detention and apprehension of

3    narcotics and currency smugglers."

4            Did I read that correctly?

5    A    You did.

6    Q    Does that describe the current policy

7    of CBP today?

8            MS. SHINNERS:  Objection to the term

9    policy.

10   BY MR. MEDLOCK:

11   Q    Does that describe the current policy

12   of CBP today as you sit -- as you understand it?

13   A    I'd refer to the next page, the first

14   sentence, "Processing persons without --

15           COURT REPORTER:  You have to slow

16   down.

17           THE WITNESS:  "Processing persons

18   without documents required by law for admission

19   arriving in the Southwest border remains a

20   component of CBP's mission, but priority should

21   be given to the efforts described above in the

22   prescribed order."



Page 123

1      Q    Sure.  And I will get there.  My

2   question is, the sentence I read to you, is that

3   still the policy of CBP today?

4           MS. SHINNERS:  Objection to the term

5   "policy."  Continue.

6           THE WITNESS:  Yes, along with the

7   sentence that I also read to you.

8           MR. MEDLOCK:  What's your objection to

9   the term policy?

10          THE WITNESS:  I don't have an

11  objection.

12          MR. MEDLOCK:  I know.  I'm asking

13  counsel to try and get -- to get it to

14  understand.

15          MS. SHINNERS:  I don't think you

16  defined policy.  I think it's misleading --

17          MR. MEDLOCK:  You think it's vague or

18  it's ambiguous?

19          MS. SHINNERS:  Objection; vague as to

20  the term "policy," yes.  Undefined, ambiguous.

21          MR. MEDLOCK:  Got it.

22  BY MR. MEDLOCK:



Page 124

1     Q     Do you understand what the word

2     "policy" means, sir?

3     A     Generally, yes.

4     Q     Okay.  And are you having trouble

5     understanding my prior question when I used the

6     word "policy"?

7     A     I stand by what I responded to.  You

8     can't just slice and dice this memo to one

9     sentence.

10    Q     Sure.  I understand.

11    A     I think the other sentence is

12    important as well.

13    Q     Let's get there.  So the third page --

14    I'm on the third page of the memo ending in 457.

15    On the third page there is a -- there's a list

16    that goes 1 through 4, correct?

17    A     Yes, sir.

18    Q     And above that, the sentence

19    immediately above that reads in part, "I direct

20    you to initiate a 30-day pilot program to

21    prioritize staffing and operations in accordance

22    with the following order of priority at all



MAGNA
LEGAL SERVICES

Page 125

1    Southwest border ports of entry."

2            Did I read that correctly?

3    A    You did.

4    Q    Do you know whether that 30-day pilot

5    program described in this memorandum was

6    extended?

7    A    I don't know if it was extended is the

8    right way to put it.  It's the current policy.

9    Q    Regardless of whether it was extended

10   or not, this is still the policy?

11   A    It is.

12   Q    And beneath that, there's an order of

13   1 through 4 priority.  The first ordered priority

14   is "National security efforts," correct?

15   A    Correct.

16   Q    The second is "Counter-narcotics

17   operations"; is that correct, sir?

18   A    Yes, sir.

19   Q    The third is "Economic security"; is

20   that right?

21   A    Correct.

22   Q    The fourth is "Trade and travel



Page 126

1    facilitation," correct?

2        A     Correct.

3        Q     Beneath that 1 through 4 priority the

4    memo reads, "Processing persons without documents

5    required by law for admission arriving at the

6    Southwest border remains a component of CBP's

7    mission, but priority should be given to the

8    efforts described above in the prescribed order."

9              Did I read that correctly?

10       A     You did.

11       Q     Okay.  And -- so what that means is

12   processing asylum seekers is a lower-ordered

13   priority than those four priorities I just read

14   to you, correct?

15       A     You're asking me what that last

16   sentence says "remains a component of CBP's

17   mission"?

18       Q     Sure.  But the other four priorities

19   come first, right?

20       A     But priorities should be given to the

21   efforts described above in the prescribed order.

22       Q     Right.  So those first four priorities



Page 127

1    are given higher importance than processing

2    asylum seekers; is that right?

3         A    That's what the memo says.

4         Q    And that's the current policy of CBP,

5    correct?

6         A    It is.

7         Q    So when a port of entry is determining

8    their operational capacity, they give priority to

9    those four factors before determining their

10   capabilities that day to process asylum seekers;

11   is that right?

12        A    That's what the memo says.

13        Q    And that's still the policy of CBP

14   today; is that right?

15        A    That is.

16        Q    Has this been the policy of CBP since

17   it was founded in 2003?

18        A    The memo was dated June of 2018.

19        Q    I understand that.  Is this memo

20   actually just memorializing a policy that had

21   previously existed at CBP or is this a new

22   policy?



Page 128

 1        A      It never had been written before June

 2    of '18.

 3        Q      I understand that.  Was it an

 4    unwritten policy of CBP prior to June 5th, 2018?

 5        A      CBP was founded --

 6               MS. SHINNERS:  Object to the scope,

 7    time.  Continue.

 8               THE WITNESS:  CBP was founded as a

 9    national security organization, and our border

10    security and national security is the foundation

11    of what we do.

12    BY MR. MEDLOCK:

13        Q      Sure.  My question was different.

14    Whether it has been written down or not, was CBP

15    giving priority to those -- to the four

16    priorities listed on Page 457 above processing

17    asylum seekers prior to June 5th, 2018?

18        A      Again, I believe CBP was founded

19    for -- as a national security organization, and

20    our priority mission is border security and

21    protecting the homeland.  So part of that from

22    the foundation in 2003, focusing on that, I would



Page 129

1    say even before this was written that our

2    priority would be national security,

3    counter-narcotics, and all the things prescribed

4    there.  It have been first memorialized here, but

5    I think -- I think at the foundation of what we

6    do, 2003, is border security.

7         Q    CBP has other mission sets besides the

8    four priorities listed in this memo in processing

9    asylum seekers; is that right?

10        A    There's a lot we do.

11             MS. SHINNERS:  Object to the scope.

12   Go ahead.

13             THE WITNESS:  There's a lot we do.

14   BY MR. MEDLOCK:

15        Q    A lot that's not described as national

16   security, counter-narcotics, economic security,

17   trade and travel facilitation or processing

18   arriving aliens without proper travel documents;

19   is that right?

20        A    This is pretty encompassing.

21        Q    Okay.

22        A    We enforce all the laws for other



Page 130

1    agencies.

2         Q     Under the prioritization-based queue

3    management policy that's described in this memo,

4    it only applies to all Southwest border ports of

5    entry, correct?

6         A     I believe that's correct.

7         Q     Do you have an understanding why this

8    isn't being applied to Canada, a border with

9    Canada?

10        A     We don't have people applying for

11   asylum in large numbers.

12        Q     Got it.  So -- this policy doesn't

13   apply to ports of entry that are at airports or

14   seaports of entry, does it?

15        A     No.

16        Q     It only applies to U.S.-Mexico border,

17   correct?

18        A     That's what the memo says, first

19   sentence.

20        Q     And the memo only applies to the

21   Southwest border ports of entry because that's

22   where the asylum seekers are; is that right?



Page 131

1            MS. SHINNERS:  Objection; misstates

2    testimony.

3            THE WITNESS:  I think it's quite

4    evident what the memo is and what it's

5    addressing.

6    BY MR. MEDLOCK:

7        Q    Okay.  My question is, if these are

8    CBP's priorities everywhere they are, why not

9    just say this applies everywhere, not just the

10   Mexican border?

11           MS. SHINNERS:  Objection; calls for

12   speculation, scope -- excuse me.  Calls for

13   speculation.

14           THE WITNESS:  It's addressing one

15   particular challenge that CBP is dealing with.

16   BY MR. MEDLOCK:

17       Q    That challenge is asylum seekers,

18   correct?

19           MS. SHINNERS:  Objection; misstates

20   testimony.

21           THE WITNESS:  The large number of

22   arrivals on the Southwest border.



Page 132

1   BY MR. MEDLOCK:

2       Q       Large number of arrivals of asylum

3   seekers; is that right?

4       A       And the complexity of our operations

5   at the Southwest border, yes.

6       Q       Well, your -- CBP's operations are

7   complex at the Canadian border too, correct?

8       A       Yeah, but there's no comparison to the

9   different threats from the Northern and Southern

10  border.

11      Q       When you say different threats, is the

12  large number of arriving asylum seekers a threat?

13      A       No.  I was referring to narcotics,

14  national security.

15      Q       Isn't it a fact that CBP has a

16  statutory duty to process asylum seekers as they

17  arrive at the port of entry?

18      A       That's memorialized in the memo.

19      Q       That's a yes?

20      A       Yes, and it's memorialized in the

21  memo.

22      Q       So CBP has a duty to achieve its



Page 133

1    national security mission, its counter-narcotics

2    mission, its economic security mission, and its

3    trade and travel facilitation mission, along with

4    processing asylum seekers, correct?

5         A    Yes, sir.

6         Q    CBP just made a decision to

7    prioritize -- to put asylum seekers last in that

8    order of priority; is that right?

9         A    No.  It's complex work that we do.

10   Let me finish.

11        Q    Okay.  Go ahead.

12        A    And we continue to process migrants in

13   the midst of prioritizing all these different

14   things.  We don't stop processing migrants.  But

15   our resources are redistributed for our

16   priorities and foundation of CBP and why we were

17   formed, and we continue to process migrants.  It

18   doesn't stop.

19        Q    So my question was a little bit

20   different.  There's a 1 through 4 prioritization

21   here, and asylum seekers -- process asylum

22   seekers arriving at the ports of entry at the


MAGNA
LEGAL SERVICES

Page 134

1   U.S.-Mexico border comes after those four

2   priorities; is that right?

3        A     I can read that memo back.  It's

4   pretty clear.  It's also important, but the memo

5   is asking us to prioritize those four things.

6        Q     And that's -- this is a conscious

7   decision that was made by DHS and CBP to

8   prioritize those four missions over processing

9   asylum seekers; is that right?

10            MS. SHINNERS:  Objection; calls for

11   speculation.  Go ahead.

12            THE WITNESS:  We continue to process

13   migrants.  So they're not -- they're not not

14   being processed.  But the priority of -- the

15   description of our resources consider all of our

16   priorities.

17            MR. MEDLOCK:  Can you read back my

18   last question?

19        (The record was read by the reporter.)

20   BY MR. MEDLOCK:

21        Q     Is the answer to that question yes?

22        A     Pardon me?



Page 135

```
 1              MS. SHINNERS:  Same objection;

 2    compound.

 3    BY MR. MEDLOCK:

 4         Q     Is the answer to that question yes?

 5         A     Yes.

 6         Q     Thank you.

 7              Has CBP ever or DHS ever reordered the

 8    prioritization on Page 457 of Exhibit 86?

 9         A     Not that I'm aware of.

10         Q     Has CBP ever prioritized processing

11    asylum seekers on the U.S.-Mexico border over any

12    of the four missions listed on 457?

13         A     Could you repeat one more time?

14         Q     You got the ordered four priorities.

15    Has CBP ever prioritized, as a matter of policy,

16    processing asylum seekers over those four

17    priorities?

18         A     Yes.

19         Q     When?

20         A     When we have individuals that apply

21    for -- present themselves at the ports of entry

22    and they're vulnerable population, so we have
```



MAGNA
LEGAL SERVICES

Page 136

1    undocumented alien children.  We have elderly.

2    We have individuals that are in medical distress

3    that we would take them in to be processed

4    without regard to those things.

5         Q     In those instances, would you redirect

6    resources from other missions to helping to

7    process those vulnerable populations who are

8    seeking asylum?

9         A     We would not -- we would not redirect

10   from our priority mission, but we would find some

11   way to accommodate those individuals.

12        Q     Going back to operational capacity,

13   isn't it true -- let's go back to Exhibit 85.

14   You have the exhibit in front of you, sir?

15        A     Yes, sir.

16        Q     Okay.  Exhibit 85 is discussing in

17   part the Roma, Texas port of entry, correct?

18        A     Yes.

19        Q     Isn't it true that the Roma, Texas

20   port of entry moved to this operational capacity

21   of ███████ at a time, even though the number

22   of credible fear cases it was handling was



Page 137

1    actually decreasing?

2         MS. SHINNERS:  Objection; assumes

3    facts not in evidence.

4         THE WITNESS:  I don't have the details

5    of exactly what was happening then.

6         MR. MEDLOCK:  Mark the next exhibit.

7         (Deposition Exhibit Number 87 was

8    marked for identification and attached to the

9    transcript.)

10   BY MR. MEDLOCK:

11   Q    Sir, I put in front of you what we

12   marked as Exhibit 87 to your deposition.  It's a

13   multipage e-mail that bears the Bates number

14   AOL-DEF-01037220 through 222.  And Exhibit 87 is

15   a June 2nd, 2018, e-mail exchange between Frank

16   Longoria, Sabri Dikman, Ryan Koseor, David

17   Higgerson, Brad Skinner and -- is that correct?

18   A    Yes.

19   Q    At this time what was David

20   Higgerson's position?  Do you know?

21   A    He was a director of field operations

22   for Laredo field office.



Page 138

```
 1        Q     What was Brad Skinner's position at

 2   this time?

 3        A     His deputy.

 4        Q     And Sabri Dikman, according to the

 5   e-mail, was the commander of the MCAT; is that

 6   correct?

 7        A     Correct.

 8        Q     And we saw in an earlier e-mail that

 9   Ryan Koseor would have been Sabri's deputy

10   commander; is that correct?

11        A     Yes, sir.

12        Q     I want to focus on the June 2nd, 2018,

13   e-mail that Frank Longoria sent at 5:32 a.m.

14              Do you see that?

15        A     I do.

16        Q     He writes, "Gentlemen:  This is in

17   response to the questions concerning the Roma

18   port of entry and the fact they had 41

19   undocumented aliens (UDAs) on the bridge today

20   pending processing."

21              Do you see that?

22        A     I do.
```



Page 139

```
 1      Q     He then goes on to say, "The May 2018

 2   numbers for Roma do not reflect an increase in

 3   arriving undocumented aliens expressing credible

 4   fear when compared to the previous month.  In

 5   fact, the numbers indicate a significant

 6   decrease.  See below."

 7           Do you see that?

 8      A     I do.

 9      Q     Isn't it the case that the Roma port

10   of entry's number of credible fear cases was

11   actually decreasing prior to the shift to

12   operational capacity in June 2018?

13      A     Just reading the e-mail, that's what

14   it seems to indicate.

15      Q     Isn't it true that the -- after the

16   transition to operational capacity, the Roma port

17   of entry was at times operating at a zero percent

18   capacity and simply referring asylum seekers to

19   other ports of entry?

20           MS. SHINNERS:  Objection; vague,

21   ambiguous as to capacity.

22           THE WITNESS:  I don't know.
```



Page 140

1              (Deposition Exhibit Number 88 was

2     marked for identification and attached to the

3     transcript.)

4     BY MR. MEDLOCK:

5          Q     Sir, I have marked Exhibit 88 to your

6     deposition.  It's a two-page e-mail that bears

7     the Bates number AOL-DEF-00037849 through 850.

8     There is an e-mail chain between Jose Garza,

9     yourself, Ryan Koseor, Shane Campbell, and

10    others.

11             Do you see that?

12         A     I do.

13         Q     Okay.  And it contains a queue

14    management report for Laredo field office for

15    June 17, 2018, at 4 p.m. Central Standard Time;

16    is that correct?

17         A     Yes.

18         Q     And you were referring earlier to a

19    version of a MCAT report that had information

20    about port operations.  Is this one of the types

21    of e-mails you were discussing?

22         A     I think so.  This is one of the first



Page 141

1    iterations of the MCAT report.

2        Q    And let's just go through the MCAT

3    report.  It's essentially a table or spreadsheet;

4    is that right, sir?

5        A    Yes.

6        Q    Okay.

7        A    Excuse me.  Yes.

8        Q    And it has vertical columns from left

9    to right reading "Field office," "Port," "Total

10   number of detainees," "Percentage of CF migrant

11   capacity," "Number in queue line," "Queue at

12   boundary line" and "Impact to port operations."

13            Do you see that?

14       A    I do.

15       Q    And the percentage of CF migrant

16   capacity, that's -- that refers to credible fear;

17   is that right?

18       A    Yes.

19       Q    And credible fear is shorthand for

20   asylum seekers; is that right?

21       A    It is.

22       Q    When it says, "Number in queue at



Page 142

1    boundary line," the boundary line refers to the

2    actual demarcation point between the United

3    States and Mexico; is that right?

4         A    It does.

5         Q    So these people at the boundary line

6    could be just on the Mexico side of the bridge;

7    is that right?

8         A    Yes, sir.

9         Q    And in this particular report, it

10   lists all of the ports of entry in the Laredo

11   field office, correct?

12        A    Correct.

13        Q    And the Roma port of entry has a total

14   number of detainees of zero; is that right?

15        A    That's what it says.

16        Q    And it's using zero percent of its CF

17   migrant capacity; is that right?

18        A    Yes.

19        Q    And there's nobody in the boundary

20   line -- at the boundary line; is that right?

21        A    That's what it says.

22        Q    And the impact to port operations is



Page 143

1    listed as none; is that right?

2         A    Yes, sir.

3         Q    You said earlier that this is an early

4    iteration of the MCAT reports.  How did the MCAT

5    reports change over time from June 2018 to the

6    present?

7         A    It included more information, the

8    newer reports.

9         Q    When you say "more information," what

10   information contained in Exhibit 88 would not be

11   contained in a MCAT report generated today?

12        A    I would have to look at one to refresh

13   myself.  I'm not sure.

14        Q    You just know it's less?

15        A    Less here.  There's more columns in

16   the -- in this report.

17        Q    Okay.  So just to make sure I

18   understand your answer, there's more information

19   in Exhibit 88 than there would be a MCAT report

20   generated today; is that right?

21        A    No.  There's less information.

22        Q    I got it.  Thank you for explaining.



Page 144

1    I wanted to make sure I understood.

2              Isn't it true that leadership at ports

3    of entry did not understand why queue management

4    reports showed the ports were using less than 100

5    percent of their capacity?

6        A    I don't know that for a fact.

7              (Deposition Exhibit Number 89 was

8    marked for identification and attached to the

9    transcript.)

10   BY MR. MEDLOCK:

11       Q    Sir, marked Exhibit 89 to your

12   deposition.  It is a one page e-mail that bears

13   the Bates number AOL-DEF-00899300.

14             Do you see that?

15       A    I do.

16       Q    And this is a June 8th, 2018, e-mail

17   between Frank Longoria, Javier Vasquez, and

18   others, correct?

19       A    I do.

20       Q    And I want to focus on the June 8,

21   2018, e-mail that Mr. Vasquez sent at 4:01 p.m.

22   Do you see that e-mail?



Page 145

1      A     I do.

2      Q     Mr. Vasquez writes, "I don't

3  understand why ports are doing queue management

4  if they are not at capacity.  There was no

5  confusion on yesterday's LFO guidance call."

6            Did I read that correctly?

7      A     Yes.

8      Q     Do you know what the LFO guidance call

9  refers to?

10     A     Laredo field office.  They must have

11  had an internal guidance call.

12     Q     Do you ever participate in those

13  guidance calls?

14     A     No.

15     Q     Do you ever get a readout or summary

16  of those guidance calls?

17     A     I don't recall.

18     Q     Mr. Longoria goes on to write in

19  response on June 8, 2018, at 5:44 p.m., "No

20  argument from me."  Is that right?

21     A     Yes, sir.

22     Q     Are you aware of an April 2018



Page 146

1    metering memorandum that was issued by Todd Owen?

2        A    Yes.

3        Q    And are you generally familiar with

4    the term "metering," sir?

5        A    I am.

6        Q    What does the operational capacity

7    have to be of a port of entry before it begins

8    metering?  What do they have to be at?  100

9    percent capacity, 50, 60?

10       A    I believe that's a decision we afford

11   our local managers, that discretionary balance.

12       Q    Could a -- does a port manager have

13   the discretion to utilize metering when a port is

14   only at 50 percent of its operational capacity

15   for processing and inspecting asylum seekers?

16       A    That's a decision that's got to be

17   made locally based on the demographics, what

18   they're looking at.

19       Q    Does a -- does port management have

20   the discretion to -- actually, let me back up.

21            Is the answer to my last question yes,

22   that a port manager can meter asylum seekers when



Page 147

```
 1    the port is only at 50 percent of its operational

 2    capacity?

 3         A     I think I want to refer to the last

 4    Exhibit 89 in that this is three days after the

 5    prioritization memo.  So I believe that the port

 6    managers didn't have visibility of that document

 7    and probably didn't understand it.

 8         Q     I'm not talking about that actual --

 9    the last exhibit.  I'm just saying generally.

10         A     I know.  I think it's all related.

11         Q     Okay.  My question was, if a port's at

12    50 percent of its operational capacity, is there

13    any guidance that tells a port manager that they

14    cannot engage in metering when they're at that

15    operational capacity?

16         A     Again, we afford that operational

17    oversight and that day-to-day discretionary

18    balance to our local managers.

19         Q     So a port can do that; is that right?

20         A     We give them that authority.

21         Q     They have the authority to do that?

22         A     They have the authority to run their
```



Page 148

1    operation and to use their discretionary balance

2    as they see fit.

3          Q      So a port has the authority to meter

4    at any given operational capacity; is that right?

5          A      I don't understand your question.

6          Q      Sure.  If a port is at 1 percent

7    operational capacity, does a -- for processing

8    asylum seekers, does port management have the

9    authority to make the decision on the ground to

10   meter, even if they're at 1 percent operational

11   capacity?

12         A      That's a difficult question to answer.

13   That discretionary balance that we provide them,

14   they have full awareness of what they're looking

15   at.  So in a snapshot of time, it's difficult.

16   So they know what they're expecting an hour from

17   now, two hours from now, three hours from now,

18   maybe intelligence, the complexities of what

19   they're doing.  It's really fluid.  So -- in a

20   snapshot of time, it's difficult.

21         Q      If a port director tells you that a

22   port has reached full operational capacity with



1    respect to processing asylum seekers, how can you

2    verify whether that statement is correct?

3        A    Again, we give them -- we give them

4    that full discretion.

5        Q    I know.  Say you wanted to verify it

6    say in D.C. that a port is at full operational

7    capacity, how can you do that?

8        A    We'd have to do a review of what was

9    taking place at the time, if asked.

10        Q    Is there any sort of report you can

11    look at to do that review?

12        A    There are multiple ways to do that

13    through our systems.

14        Q    What systems are you referring to?

15        A    Just our databases that we process

16    individuals.

17        Q    Which databases?

18        A    I'm not an expert in that field.  So

19    the databases that we use to capture the work

20    that we do.

21        Q    CSIS, would that be a database you

22    would go to?  Consolidated Secondary Inspection



Page 150

1    System, would you look at that?

2         A    Again, I'm not an expert in that

3    field.  So the experts, if asked to do that,

4    would be able to identify what systems and to

5    take a look at it.  I don't know which systems.

6         Q    Have you ever asked for any sort of --

7    any sort of report to be run to determine whether

8    a port was actually at its operational capacity?

9         A    We trust our field managers.  If we

10   have any reason not to trust them, then they're

11   going to hear from us.  They're going to explain.

12   That's my answer.

13        Q    Isn't it true that there is a -- there

14   is guidance to ports of entry to keep their

15   detention capacity around 60 or 70 percent?

16        A    Not that I'm aware of.

17             (Deposition Exhibit Number 90 was

18   marked for identification and attached to the

19   transcript.)

20   BY MR. MEDLOCK:

21        Q    Showing you what we marked as Exhibit

22   90 to your deposition, it bears the Bates



Page 151

1    number -- it's a one-page document.  It bears the

2    Bates number AOL-DEF-00039597, and it is an

3    e-mail chain from August 29th, 2018, between Ryan

4    Koseor, Shane Campbell, yourself, and Mr.

5    Draganac.

6         A    Yes, Draganac.

7         Q    Do you see that, sir?

8         A    I do.

9         Q    Okay.  And I think you previously

10   testified Mr. Campbell, Mr. Draganac are your

11   deputies; is that correct?

12        A    That's correct.

13        Q    I want to focus on the August 29,

14   2018, e-mail that Mr. Koseor sent at 2:46 p.m.

15             Do you see that e-mail, sir?

16        A    I do.

17        Q    It reads sir, "I know you are

18   extremely busy, but didn't you send some guidance

19   out on keeping our capacity numbers around 60 to

20   70 percent?  Why do we have people in line in

21   Laredo when we are at 14 percent?  Just want to

22   make sure we don't get in the press again.  Let



Page 152

1  me know if you want me to address."

2          Did I read that correctly?

3      A    You did.

4      Q    Beneath Mr. Koseor's e-mail, there's

5  an e-mail that contains the Laredo field office

6  queue management report for August 29, 2018, at

7  10 a.m. Central Daylight Time.

8          Do you see that?

9      A    I do.

10     Q    And it appears that the line -- the

11  line in the queue management report for the

12  Laredo port of entry has been highlighted,

13  correct?

14     A    I see that, yes.

15     Q    And at that time the Laredo port of

16  entry was operating at 14 percent capacity with

17  10 individuals in queue at the boundary line,

18  correct?

19     A    Correct.

20          MS. SHINNERS:  Objection; vague.

21  BY MR. MEDLOCK:

22     Q    All right.  Do you recall responding



Page 153

```
 1    to Mr. Koseor's e-mail?

 2         A    I don't.

 3         Q    Do you recall Mr. Draganac responding?

 4         A    I don't.

 5         Q    And Mr. Campbell responded saying --

 6    saying that this was a -- was temporary due to

 7    operational issues, not facility constraints,

 8    correct?

 9         A    Yes.

10         Q    Besides Mr. Campbell's response, do

11    you know whether there's any other response to

12    Mr. Koseor's question?

13         A    I really don't recall.

14         Q    As you sit here today, do you know

15    whether there is any sort of guidance on keeping

16    capacity numbers around 60 to 70 percent?

17         A    Not that I can recall.

18         Q    Did you ever tell Mr. Koseor that he

19    was mistaken about the existence of that

20    guidance?

21         A    I really don't remember.

22         Q    You've worked with Mr. Koseor on many
```



Page 154

1    occasions, correct?

2        A    Not many.  For the 120 days he was in

3    Washington.

4        Q    So he was TDY to Washington for 120

5    days?

6        A    Correct.

7        Q    With the MCAT?

8        A    Yes, sir.

9        Q    During that time, did you interact

10   with him?

11       A    I did.

12       Q    During that time, did you find him to

13   be reliable?

14       A    No reason not to.

15       Q    Did you find any reason to believe he

16   was not paying attention to the policies that

17   were being and guidance that were coming from OFO

18   leadership?

19       A    No.

20       Q    And if Mr. Koseor asked you a

21   question, would you have tried to answer it?

22       A    I don't know where I was on August



Page 155

1    29th.

2        Q    Would you have asked one of your

3    deputies to answer it?

4        A    If I was in the office.  I may have

5    been out.  I don't know this day.  I don't

6    remember this day, I should say.

7        Q    Did you ever, in response to getting

8    this e-mail, ever issue any sort of statement or

9    correction to clarify that there was no policy

10   regarding or guidance about keeping numbers at ███

11   ████████████?

12            MS. SHINNERS:  Objection; assumes --

13   misstates the documents, but go ahead.

14            THE WITNESS:  I don't recall.

15            MR. MEDLOCK:  It's 12:15.  I'm getting

16   ready to move to a different topic.  Why don't we

17   take lunch.

18            (A lunch recess was taken.)

19   BY MR. MEDLOCK:

20       Q    Welcome back, sir.

21       A    Thanks.

22       Q    I want to follow-up on a couple of



Page 156

1    loose ends from earlier.

2            Under what circumstances would it be

3    permissible for port managers to engage in

4    metering of asylum seekers?

5        A    So it's that discretionary balance

6    that we provide our port managers to look at the

7    scope of the responsibilities.  So the

8    counter-narcotic strategy, facilitation, all the

9    different priorities, and assign our resources

10   accordingly based on what our priorities are

11   against what our physical capacity as well.

12   That's a factor.

13       Q    If a port director told you that they

14   needed to meter the flow of asylum seekers and

15   you asked for the reason why, what would be a

16   permissible reason, in your book, for engaging in

17   metering?

18       A    It's just my last answer.  Their view

19   of their priorities and the impact on the

20   operations and what their overall

21   responsibilities are.

22       Q    Is there any circumstance in which OFO



Page 157

1    leadership would countermand the decision from a

2    port director to engage in metering?

3        A    Countermand?

4        Q    Tell them they can't do it.

5        A    I guess I can't think of one off the

6    top of my head.

7        Q    When looking at the factors that you

8    described that could lead to a port engaging in

9    metering, are port managers supposed to take into

10   account ways that they can expand the throughput

11   of the port of entry before engaging in metering?

12       A    I don't understand the question.

13       Q    Sure.  You said there's a lot of

14   factors that could constrain capacity at a port,

15   right, and that that might justify it in the

16   direct -- in the discretion of a port director

17   engaging in metering of asylum seekers, correct?

18       A    Yes.

19       Q    When port directors use that

20   discretion, are they supposed to take into

21   account ways that the port could expand or

22   increase the throughput of asylum seekers without



Page 158

1    engaging in metering?

2         A     Your question doesn't make sense.

3         Q     Let me make it more concrete.  I'll

4    mark an exhibit.

5               (Deposition Exhibit Number 91 was

6    marked for identification and attached to the

7    transcript.)

8    BY MR. MEDLOCK:

9         Q     Sir, I marked for you a multipage

10   document that has the title " Laredo field office

11   contingency plan."

12              Do you see that, sir?

13        A     I do.

14        Q     This didn't get printed with Bates

15   numbers, but I'll say that this was originally

16   designated highly confidential for the record.

17              Have you seen a copy of this

18   contingency plan?

19        A     I don't think so.  It doesn't look

20   familiar.

21        Q     Do you know what role or purpose

22   contingency plans serve for field offices or



Page 159

1    ports?

2         A     Just looking at the cover, it looks

3    like a mass migration contingency plan.

4         Q     And if you look beneath the title "

5    Laredo field office contingency plan", it's a

6    little hard to read, but it reads ████████████

7    ████████████████████████████████████████████

8    ████████████████████████████████████████████

9    ████████████████████████████████████████████

10   ████████████████████████████████████████████

11   ████████████████████████████████████████████

12   ████████████████████████████████████████████

13             Do you see that?

14        A     I do.

15        Q     If you could flip with me to the

16   appendices to the back of this report.  I'd like

17   to take a look at, if you would, ████████████

18   ████████████████████████████████████████████

19   ████████████████████████████████████████████

20   ████████████████████████████████████████████

21   ████████████████████████████████████████████

22        A     I don't see any page numbers.



Page 160

1        Q        In the bottom right-hand corner it

2    should say Page 2, Page 3.

3        A        No.  I don't have page numbers.

4        Q        You're way beyond me.  If you can flip

5    at the beginning of the document.  Do you see

6    where it says Page 1, Page 2?

7        A        Got it.

8        Q        Just keeping going past Page 8.  Ninth

9    page is Annex A.

10        A        Got it.

11        Q        Are you with me?

12        A        Appendices generally are at the back

13    of the document.  That's why I flipped to the

14    back.

15        Q        Correct.  It seems the back of the

16    document seems to start after Page 8 in this

17    particular one, sir.  So at the top of that page

18    it reads, █████████████████████████████

19    ████████████████████████████████████████

20    ████████████████████████████████████████

21              Do you see that?

22        A        I do.



Page 161



```
 1     Q    ████████████████████████████
 2     ████████████████████████████
 3          Do you see that?
 4     A    I do.
 5     Q    I'm on subsection B of that that
 6     begins with ████████████████████████
 7     A    Okay.
 8     Q    That reads, ██████████████████
 9     ████████████████████████████████
10     ████████████████████████████████
11          Did I read that correctly?
12     A    Yes.
13     Q    And then there's a reference to ████
14     ████████████████████████████████
15          Do you see that?
16     A    Yes.
17     Q    And then ████████████████████
18     ████████████████████
19          Do you see that?
20     A    I do.
21     Q    And it indicates when ██████████
22     ████████████████████████████████
```



Page 162



```
1
2
3
4      A      I do.
5      Q
6
7
8
9             Do you see that?
10     A      I do.
11     Q
12
13
14
15
16
17
18
19
20     Q      I'm asking when you say -- when we say
21   that operational capacity has gotten to a point
22   where a port needs to engage in metering, does
```



Page 163



1

2

3

4     A

5     Q     So ports can increase their throughput

6     in certain ways, correct?

7

8

9     A

10    Q

11    A

12

13    Q

14

15

16

17

18    A     You asked a couple different questions

19    there.

20    Q     What are the two different questions?

21    A

22    Q



Page 164

6      A      This document is referencing a

7   significant event.  It's not -- this is not a

8   current state.  This is not a day-to-day -- this

9   is not a standard operation procedures for port

10  of entry.  So mass migration event document.

11     Q      I understand that.  But this is --

12     A      That's the answer.

13     Q      Okay.  And my question is, this is an

14  option that's available to a port of entry when

15  their resources become constrained because of the

16  number of asylum seekers they have to process; is

17  that right?

18     A      In relation to an event that this is

19  put together for.

20     Q      Is that a yes in relation to that

21  event?

22     A      That was my answer.



Page 165

1    Q    Okay.  So my question is, a port

2  director has a situation where a number of asylum

3  seekers that are waiting either in shelters in

4  Mexico or at the boundary line exceed the

5  operational capacity of the port, one of the

6  options that the port director has is to increase

7  the throughput of the port by relying on U.S.

8  Border Patrol substations; is that right?

9    A    In relation to a specific event --

10    Q    Just generally they can do that.  Do

11  they have the discretion to do that?

12    A    You're asking me about a document that

13  references --

14    Q    You can put the document aside.

15    A    Okay.

16    Q    Let's just talk generally.  You said

17  that port directors have discretion to deal with

18  processing asylum seekers with respect -- when

19  taking into account the other mission sets --

20    A    They do.

21    Q    -- that CBP has; is that right?

22    A    Correct.



Page 166

```
 1        Q    Do port directors also have the
 2   discretion to use Border Patrol substations and
 3   stations to increase the throughput of asylum
 4   seekers?
 5        A    We have at times -- we have at times
 6   had that capability, yes.  So PDN in our current
 7   MPP process, when individuals are being returned
 8   to Mexico after their first hearing, in some
 9   instances they're claiming asylum -- fear of
10   Mexico, so in very large numbers.  So in those
11   unique circumstances, in El Paso for example, the
12   Border Patrol station's right below our operation
13   at PDN, we would use Border Patrol facilities for
14   that unique situation with our officers providing
15   the care, feeding, and security of those
16   migrants.
17        Q    Do port directors also have the
18   discretion to increase the throughput of asylum
19   seekers by using waiting areas, lobbies, other
20   buildings in the port facility to temporarily
21   house and process asylum seekers?
22        A    We have done that in the past.  In
```



Page 167

1    particular, in San Diego during the Haitian

2    migration influx where we converted spaces that

3    weren't intended for detention, hallways,

4    conference rooms, lunch rooms, et cetera.  But

5    that was a very difficult time and something that

6    we learned from.

7            We're very, very fortunate that nobody

8    was hurt or there was any dangerous situations,

9    medical situations.  It was difficult and

10   something that we don't want to do again for the

11   health, safety of the migrants and for our

12   employees.

13       Q    So does a port director have

14   discretion to use those spaces or has OFO

15   headquarters decided that that cannot happen in

16   the future?

17       A    The instruction has been following

18   2016 that we will not take that risky approach of

19   placing people in unsafe situations where in

20   rooms where -- not designed for detention, unsafe

21   for the migrants and unsafe for our employees.

22       Q    Are you aware of something called



Page 168

1   virtual processing?

2       A    I am.  The -- yeah, the notion of it.

3       Q    What is virtual processing?

4       A    It's where some portion of the

5   processing is done virtually.

6       Q    And with respect to asylum seekers,

7   this could be the interview that's done at

8   secondary inspection; is that right?

9       A    I believe that's one portion of it,

10  sure.

11      Q    And do port directors have the

12  discretion to utilize virtual processing to

13  increase the throughput of asylum seekers at

14  ports of entry?

15      A    I don't believe OFO has exercised

16  that, Office of Field Operations, but it's

17  something Border Patrol has looked at or has done

18  before.

19      Q    So port directors don't have that

20  discretion currently; is that right?

21      A    I don't believe we have that

22  capability.



Page 169

1      Q     Have port directors asked for the

2   capability?

3      A     It comes back to our resources and our

4   priority mission and our duties.  So if you're

5   going to have somebody do that virtually, where

6   is that going to come from?  Who is going to be

7   doing that work?  If you're suggesting that an

8   officer from another port be doing that, then who

9   will be doing that person's work.  So that's --

10  that would be difficult.

11     Q     Does OFO headquarters have the ability

12  to TDY individuals from one port to another?

13     A     Yes.

14     Q     In response to increased numbers of

15  asylum seekers, could OFO headquarters TDY CBP

16  officers from the Canadian border or seaports of

17  entry to ports of entry on the U.S.-Mexico

18  border?

19     A     We can and we have.  Again, that comes

20  at a cost because those officers are gainfully

21  employed where they've come from, and it comes at

22  an impact.  And just recently I think the



Page 170

1    operation was operation secure line where we had

2    731 officers from around the country that were on

3    temporary assignment to assist Border Patrol and

4    -- from the Canadian border, from airports, from

5    other Southern border locations, and the impact

6    was felt and -- from stakeholders and the like.

7    It comes at a cost.

8         Q    Understood.  I'd like to move to

9    talking a little bit more directly about the

10   metering policy.  Is it the case currently that

11   when metering is in effect, CBP officers are

12   placed in positions at or near the limit line

13   between the U.S. and Mexico?

14        A    Yes.

15        Q    And is it the case that when a port of

16   entry is engaged in metering, when a noncitizen

17   without proper travel documents arrives at the

18   border, they will be told that the port is at

19   capacity and that they should return to Mexico

20   and put their name on a wait list?

21        A    We do explain to the individual that

22   our port is at capacity and that we're not able



Page 171

1    to process them at that time.

2        Q    Okay.

3        A    We do not refer them to somebody to

4    get on a list.

5        Q    Okay.  Let me ask the question again.

6    I'll take that predicate out.

7              Is it the case currently that when a

8    port is engaged in metering, when a noncitizen

9    without proper travel documents arrives at the

10   border, they will be told that the port is at

11   capacity and that they should return to be

12   processed later?

13       A    Yes.

14       Q    It has been the case there have been

15   instances where noncitizens without proper travel

16   documents have actually crossed onto U.S. soil

17   before being told by a CBP officer that they

18   should -- that the port's at capacity and they

19   should return later; is that right?

20       A    I'm aware of instances where

21   individuals did cross the boundary line and --

22   can you repeat your question to make sure I



Page 172

1    answer it right?

2         Q     Sure.  I'll try to reask it.

3         A     Sorry.  I apologize.

4         Q     There are instances that have occurred

5    where noncitizens without proper travel documents

6    crossed the boundary line from Mexico to the U.S.

7    and were actually standing on U.S. soil when they

8    were told that the port was at capacity and they

9    should return at a later date?

10        A     I am aware of some situations.

11        Q     Okay.  How many such situations are

12   you aware of?

13        A     One firsthand full knowledge because

14   it was brought to my attention in my current

15   capacity.

16        Q     Okay.

17        A     That was in Eagle Pass, which is in

18   the Laredo field office.  And I believe there's

19   three other ones in various locations on the

20   Southwest border where that did occur.

21        Q     Okay.  The Eagle Pass instance, when

22   did that happen?



Page 173

1          A     Sometime last year.

2          Q     How many asylum seekers stepped onto

3     U.S. soil before they were metered?

4          A     I really don't recall.

5          Q     What was the result of you learning

6     about that instance occurring?

7          A     It was reported to me.  The local port

8     management handled the results in that they

9     reported it to our Office of Professional

10    Responsibility to the joint intake center.  So

11    filing a formal notification that something

12    wasn't handled properly at the port of entry.

13         Q     Okay.  And you said there were two

14    other instances where you were aware of it but

15    less directly.

16         A     I think it was three other ones.  One

17    other in Eagle Pass, if I'm right, one in San

18    Diego and one in Tecate, I believe.

19         Q     And in San Diego, was that at San

20    Ysidro or is that --

21         A     I believe so.

22         Q     The incidents that occurred at the San



Page 174

1    Ysidro port of entry, when did that occur?

2        A    I don't recall.

3        Q    Did it occur when you were in your

4    current position or --

5        A    I think so.

6        Q    What occurred during the incident at

7    the San Ysidro port of entry?

8        A    I don't have the finer details, but

9    essentially individuals that crossed the boundary

10   line and somebody, an officer or supervisor or

11   both, did not process their application for

12   asylum and returned them to Mexico, as I

13   understand it.

14       Q    And what -- in the Tecate incidents

15   that you were describing, this is the incident

16   that resulted in a report from the Office of

17   Inspector General of the Department of Homeland

18   Security; is that right?

19       A    There's that report but then I think

20   there was a separate incident more recently

21   where -- sometime in November.

22       Q    When did the November -- when in



Page 175

1    November 2019 did this separate incident occur?

2        A    I don't know the exact date, but I

3    know it was November '19, November of 2019.

4        Q    Before or after Thanksgiving?

5        A    Probably before.

6        Q    All right.  I cut five days out, so

7    we're getting more specific.  What happened

8    during the incident in November 2019 at the

9    Tecate port of entry?

10       A    I believe a manager was involved in

11   returning at least one or maybe a group of

12   individuals without properly processing them.

13       Q    What happened as a result of that

14   incident?

15       A    That's ongoing.  It's still in the

16   OPR, Office of Professional Responsibility --

17       Q    -- process?

18       A    -- review process.

19       Q    The incident that occurred at San

20   Ysidro, what happened as a result of that

21   incident?

22       A    I believe there was discipline that



Page 176

1    was delivered.  I don't recall the specifics.

2         Q     You said there were two incidents that

3    occurred at Eagle Pass, and we described the

4    first one.

5         A     The other one I don't have any

6    recollection.  I just --

7         Q     Just a vague recollection that there

8    were two at Eagle Pass?

9         A     Yeah, that there was another one.

10        Q     Okay.  Was there ever a time that

11   you're aware of in which migrants without proper

12   travel documents were allowed to cross the

13   boundary line and simply sit outside the port of

14   entry while they were told to wait to be

15   processed?

16        A     I think that occurred before we

17   started queue management process.

18        Q     Is there any difference between

19   metering and queue management?

20        A     No.

21        Q     They're just synonyms for one another?

22        A     Yes.



Page 177

1        Q     The metering guidance that was issued

2    in April 2018, was that issued in response to a

3    migrant caravan approaching the United States?

4        A     I don't know.  I don't -- I don't

5    think so.  I think it was to memorialize the

6    practice of metering, which was called at the

7    time queue management.  That was the first time

8    that specific guidance came out of our

9    headquarters in April of '18.

10       Q     Okay.

11             (Deposition Exhibit Number 92 was

12   marked for identification and attached to the

13   transcript.)

14   BY MR. MEDLOCK:

15       Q     I put in front of you what we marked

16   as Exhibit 92 to your deposition.  It's a

17   multipage e-mail chain that bears the Bates

18   number AOL-DEF-00041757 through 58.  And Exhibit

19   92 is an April 24th through 25th, 2018, e-mail

20   chain amongst Kevin McAleenan, Todd Owen, John

21   Wagner, yourself, Pete Flores, and Sidney Aki; is

22   that right?



Page 178

1       A      Yes.

2       Q      At this time what was Sidney Aki's

3   role?

4       A      Port director of San Ysidro -- let me

5   double-check.  That is his current position.  But

6   I do know he was up at headquarters at some point

7   on temporary assignment.

8       Q      Okay.

9       A      I don't know exactly.

10      Q      So he would have either been on TDY or

11  port director at San Ysidro?

12      A      Yes.

13      Q      How about Pete Flores?

14      A      He's the DFO in San Diego.

15      Q      And John Wagner?

16      A      He's the deputy executive assistant

17  commissioner.  So he's Mr. Owen's deputy.

18      Q      Got it.  So I'm looking at the e-mail

19  sent from Kevin McAleenan on April 24th, 2018, at

20  8:26 p.m.  It's on the second page.

21             Do you see that?

22      A      Yes.



Page 179

1     Q     And the subject line of that e-mail is

2     "Increased flow and caravan anticipated arrival."

3               Did I read that correctly?

4     A     Yes.

5     Q     In that e-mail, Mr. McAleenan makes

6     reference to a migrant caravan consisting of ██████

7     ████████ individuals; is that right?

8     A     Yes.

9     Q     In the second paragraph of the e-mail

10    Mr. McAleenan writes in part, and this is four

11    lines into the paragraph, "Please confirm that

12    you have sent out guidance regarding safe

13    processing and port security and capacity issues

14    relating to queue management."

15              Did I read that correctly?

16    A     Yes.

17    Q     And then if you work your way up in

18    the e-mail chain, do you see the e-mail that Todd

19    Owen sent on April 25th, 2018, at 5:53 a.m.?

20    A     Yes.

21    Q     Okay.  Mr. Owen writes in the second

22    paragraph, "We will only intake those we have



Page 180

 1    capacity for and will hold the limit line until

 2    processing and temporary detention space becomes

 3    available.  Holding the migrants at the limit

 4    line will generate media as well, as you are

 5    aware."

 6              Did I read that correctly?

 7        A    You did.

 8        Q    In this paragraph, is Mr. Owen

 9    describing, in essence, the metering guidance?

10              MS. SHINNERS:  Objection; calls for

11    speculation.

12              THE WITNESS:  It appears so, yes.

13    BY MR. MEDLOCK:

14        Q    And you initially interpret

15    Commissioner McAleenan's request for guidance to

16    be a request for something to be disseminated

17    regarding capacity and queue management; is that

18    right?

19        A    That's what this sentence says.

20              (Deposition Exhibit Number 93 was

21    marked for identification and attached to the

22    transcript.)



Page 181

 1    BY MR. MEDLOCK:

 2         Q     Marked Exhibit 93 to your deposition,

 3    it's a multipage e-mail chain that appears to be

 4    a continuation of a chain of Exhibit 92.  It

 5    bears the Bates number AOL-DEF-00041777 through

 6    778.  And this is an e-mail chain between

 7    yourself, Kevin McAleenan, and Todd Owen, John

 8    Wagner, Pete Flores, Sidney Aki, and Todd

 9    Hoffman; is that right?

10         A     Correct.

11         Q     And it looks like you forwarded

12    Commissioner McAleenan's e-mail on April 25th,

13    2018, at 2:39 a.m.; is that right?

14         A     Correct.

15         Q     You keep some odd hours, man.

16         A     I don't know what that's all about.

17    I'm curious myself.

18         Q     The -- you sent this e-mail to James

19    Hutton and Todd Hoffman, correct?

20         A     I did.

21         Q     What was James Hutton's role at this

22    time?



Page 182

1    A    He would have been Mr. Hoffman's

2    deputy at that time.

3    Q    And you write, "Info.  Direction from

4    the Commissioner on handling of the caravan."

5         Did I read that correctly?

6    A    You did.

7         (Deposition Exhibit Number 94 was

8    marked for identification and attached to the

9    transcript.)

10   BY MR. MEDLOCK:

11   Q    All right, sir.  Showing you what we

12   marked as Exhibit 94 to your deposition.  It's a

13   one-page memorandum entitled "Metering guidance"

14   from Todd Owen on April 27, 2018.

15        Do you see that?

16   A    I do.

17   Q    And I'll represent for you at the top

18   there's some language about case numbers and

19   document numbers.  That's all generated

20   automatically because this was filed on the

21   docket in this case.

22        Is this a copy of the metering



Page 183

1    guidance that you have been referencing earlier

2    in your testimony today?

3         A    Yes.

4         Q    And this is -- this date of April 27,

5    2018, is two to three days after the e-mail chain

6    you were looking at in Exhibits 92 and 93,

7    correct?

8         A    Correct.

9         Q    Does this metering guidance at any

10   point reference a migrant caravan approaching the

11   United States?

12        A    I would have to read it again, but I

13   don't believe so.

14        Q    Okay.  You can read it.  Just let me

15   know if it's in there.

16        A    No.

17        Q    Do you have any reason to believe that

18   this is not the guidance that Commissioner

19   McAleenan was referring to in his April 24th,

20   e-mail?

21        A    I don't recall or recollect this

22   e-mail string or the issuance of this, but it



Page 184

1    would seem to be directly related.

2        Q    Okay.  But isn't it true that even

3    before the migrant caravan that was approaching

4    the United States in April 2018 got to the

5    border, Mexican authorities were already working

6    to break up the caravan?

7        A    I don't remember.

8             MS. SHINNERS:  Sorry.  Excuse me.

9             (Discussion off the record.)

10            (Deposition Exhibit Number 95 was

11   marked for identification and attached to the

12   transcript.)

13   BY MR. MEDLOCK:

14       Q    Marked Exhibit 95, Exhibit 95 is a

15   multipage e-mail chain.  It bears the Bates

16   number AOL-DEF-00041825 through 836.  And Exhibit

17   95 is an e-mail chain from March 31st, 2018, to

18   April 23rd, 2018, between you, Kevin McAleenan,

19   Todd Hoffman, Patrick Flanagan, and several

20   others; is that right?

21       A    Yes, it looks like I received the last

22   message here.



Page 185

1      Q     Right.  You say the last message, the

2   top of the e-mail chain?

3      A     Yes.

4      Q     So I'm looking at the e-mail that's

5   immediately below the top of the e-mail chain

6   that was sent by Carlos Gonzalez on April 23rd,

7   2018, at 10:40 a.m.

8            Do you see that?

9      A     I do.

10     Q     The subject line of that is "Re:

11  General update on migrant caravan."

12           Do you see that?

13     A     I do.

14     Q     And that -- and at the time that this

15  e-mail was sent, Carlos Gonzalez was the attache

16  for CBP at the U.S. Embassy in Mexico City,

17  correct?

18     A     Correct.

19     Q     Carlos Gonzalez writes in part in the

20  e-mail,

21

22



Page 186

1  ▆▆▆▆▆▆▆▆

2        Did I read that correctly?

3    A    Yes.

4    Q    INM is a Mexican immigration

5  authority, correct?

6    A    Yes.

7    Q    Isn't it the case that shortly after

8  the metering policy was issued, the migrant

9  caravan did in fact break up and only about 150

10  individuals ended up applying for asylum in the

11  U.S. from that caravan?

12        MS. SHINNERS:  Object to the scope.

13        THE WITNESS:  I don't remember.

14        (Deposition Exhibit Number 96 was

15  marked for identification and attached to the

16  transcript.)

17  BY MR. MEDLOCK:

18    Q    Sir, marked Exhibit 96 to your

19  deposition, this is a two page e-mail sent on

20  April 28, 2018, at 9:34 a.m. by Brandy Urbine.

21        Do you see that?

22    A    Yes.



Page 187

1        Q      And the e-mail was sent to, amongst

2    others, a Kevin McAleenan, Todd Hoffman, Sabri

3    Dikman, and several other people; is that right?

4        A      Correct.

5        Q      Including Shane Campbell who is your

6    deputy at this time?

7        A      Correct.

8        Q      And the subject line of the e-mail is

9    "Caravan SITREP 042818 at 0900," right?

10       A      Right.

11       Q      In this e-mail there's a section that

12   says, "Current status:  As of 6 --" it notes that

13   that status is as of 6 a.m. Eastern Time on April

14   28, 2018, correct?

15       A      Yes.

16       Q      And it goes on to note that a total of

17   100 individuals have claimed association with the

18   migrant caravan, correct?

19       A      Yes.

20       Q      And there were a total of 29

21   individuals that had been confirmed either by

22   name and date of birth; is that right?



Page 188

```
 1        A      That's right.

 2        Q      Do you recall getting e-mail updates

 3   like this sent to you or being briefed on e-mail

 4   updates like this from your deputies regarding

 5   the migrant caravan?

 6        A      I also received this.

 7        Q      Right.  Do you recall --

 8        A      No.

 9        Q      -- any of these SITREPs?

10        A      No.

11        Q      Isn't it true that the San Ysidro port

12   of entry could have processed ████ asylum seekers

13   in less than a week?

14               MS. SHINNERS:  Object to the scope,

15   vague as to time.

16   BY MR. MEDLOCK:

17        Q      Sure.  Isn't it true that around April

18   2018, the San Ysidro port of entry could have

19   processed ████ asylum cases in less than a week?

20        A      I'm trying to understand your

21   question.  I apologize.

22        Q      Sorry.
```



Page 189

1      A     I'm reading this and listening to what

2   you're saying.  It's not making sense.

3      Q     Sure.  You can put the document aside.

4   I'm not asking in reference to that document.

5            Isn't it true in April 2018 the San

6   Ysidro port of entry had the capacity to process

7   ███ credible fear or asylum cases in less than a

8   week?

9      A     It's impossible for me to speculate,

10  but I think generally they process -- they would

11  normally process that -- that number in a week's

12  time.

13           (Deposition Exhibit Number 97 was

14  marked for identification and attached to the

15  transcript.)

16  BY MR. MEDLOCK:

17     Q     Sir, I put in front of you marked

18  Exhibit 97 to your deposition.  It's a two-page

19  e-mail chain.  It has the Bates number

20  AOL-DEF-00063246 through 247.  And it is an

21  e-mail chain that goes from April 17th to April

22  18th and is an exchange between Robert Hood,



Page 190

1    Mariza Marin, Veronica Chavez, and others,

2    correct?

3         A    Yes.

4         Q    I'm focused on the e-mail that Robert

5    Hood sent on April 18, 2018, at 3:55 p.m.

6              Do you see that e-mail?

7         A    Yes.

8         Q    Okay.  And the attachment to the

9    e-mail is listed as "Mass migration plan_SDFO

10   2018.docx."

11             Do you see that?

12        A    Yes.

13        Q    And the subject line is "Forward: AEU

14   intake 4/17/2018 (1400-2200)."

15             Do you see that?

16        A    I do.

17        Q    In about halfway into that e-mail

18   there's a reference to "Normal/Organic steady

19   state for San Ysidro hub."

20             Do you see that?

21        A    No.  Oh, there it is in bold.  I do

22   now.



Page 191

1      Q      Beneath that there is a bullet that

2    says, "Processing capability equals ██

3    cases/day."

4            Do you see that?

5      A      I do.

6      Q      Does that lead you to believe that the

7    San Ysidro port of entry has the organic or

8    normal steady state of processing about ██ cases

9    per day through its AEU?

10     A      I don't believe that takes into

11   consideration their priority assessment.  So that

12   might be their actual capacity, but when you look

13   at capacity to do things and the demographics of

14   those individuals that they're dealing with, that

15   might not be ██.

16     Q      Okay.  So above that section it notes

17   that the San Ysidro port of entry has ██ holding

18   cells.

19     A      Yes.

20     Q      And has a detention capacity of ██

21     A      The actual capacity, physical

22   capacity, yes, ██.



Page 192

1      Q      And it has ▇ work stations; is that

2   right?

3      A      That's what it says.

4      Q      And it has a staffing of ▇ employees

5   or ▇ per shift; is that right?

6      A      Yes.

7      Q      And it has video equipment for

8   virtual -- it says, "Video equipment for virtual

9   processing equal ▇ "

10             Do you see that?

11     A      Yes.

12     Q      Does that change your testimony

13  earlier about whether OFO has done virtual

14  processing at its ports of entry?

15     A      I'm not aware what that's been used

16  for or it's ever been used.  I really don't have

17  knowledge of it.

18     Q      Did you ever endeavor in preparation

19  for this deposition to figure out whether any

20  ports of entry on the Southwestern border are

21  using virtual processing?

22     A      I think when I was talking to the



Page 193

1    individuals from APP about virtual processing, it

2    was unclear to me that we've actually engaged in

3    it.

4         Q    As you sit here today, you don't know

5    whether those virtual processing units that are

6    referenced in this e-mail are actually being

7    used?

8         A    I really don't know.

9         Q    And is it your testimony that

10   normal/organic steady state for the San Ysidro

11   hub does not take into account the prioritization

12   factors that we discussed earlier?

13        A    You saying normal steady state?

14        Q    It says normal/organic steady state.

15   Does that take into account or not take into

16   account the prioritization factors that we

17   discussed earlier today?

18        A    I really don't know.

19        Q    So when you testified earlier that it

20   might not take in a -- those factors into

21   account, you don't actually know that?

22        A    I don't know.



Page 194

1       Q      But you wouldn't be surprised if the

2    San Ysidro port of entry could have processed █

3    asylum cases in less than a week?

4       A      Without any other factors being

5    considered, priorities and the impact on what

6    they're dealing with, not having any insight

7    what's happening, the capability to do █ and

8    what?  How many?

9       Q      █

10      A      █ in a week seems as though they can

11   handle it.

12      Q      Even given the other missions?

13      A      I don't know.

14      Q      You just don't know?

15      A      That's boots on the ground fluid

16   situation.

17      Q      Did you ever talk to anybody at San

18   Ysidro port of entry in preparation for this

19   deposition?

20      A      No.

21      Q      Talk to anybody at the port of entry

22   on the Southwestern border in preparation for



Page 195

1     this deposition?

2          A     No.

3          Q     Did you talk to any port director on

4     any border in preparation for this deposition?

5          A     No.

6          Q     Do you think that was necessary?

7                MS. SHINNERS:  Objection; calls for a

8     legal conclusion.

9     BY MR. MEDLOCK:

10         Q     Do you think it was necessary to

11    prepare for this deposition to talk to the

12    individuals that actually had the discretion to,

13    in your words, to determine what their

14    capabilities are on the ground?

15         A     I didn't think it was necessary.

16         Q     Isn't it true that San Ysidro port of

17    entry was actually operating well below 100

18    percent detention capacity between April 27th and

19    April 30th, 2018, when the migrant caravan

20    arrived at the border?

21         A     I don't know.

22                (Deposition Exhibit Number 98 was



Page 196

 1    marked for identification and attached to the

 2    transcript.)

 3    BY MR. MEDLOCK:

 4         Q     Sir, I put in front of you marked as

 5    Exhibit 98 to your deposition, it's a multipage

 6    e-mail that begins with AOL-DEF-00060695 through

 7    96, and this is an April 27th e-mail that Frank

 8    Longoria -- it's an April 27th e-mail chain that

 9    Frank Longoria forwarded to several individuals;

10    is that right?

11         A     I see that, yes.

12         Q     From the subject line of Mr.

13    Longoria's April 27, 2018, e-mail at 10:10 a.m.,

14    is "Forward: MCAT daily report 4/27/2018 for

15    review."

16              Do you see that?

17         A     I do.

18         Q     And Mr. Longoria writes, "For your

19    awareness/visibility," correct?

20         A     Yes.

21         Q     And this is an older version of an

22    MCAT report, correct?



Page 197

1        A      This is a portion.

2        Q      A portion of an older?

3        A      This is a copy and paste section of

4   it.

5        Q      That's fair.  And the sections that

6   Mr. Longoria has copied and pasted are the

7   "Location," "Capacity," "In custody," and

8   "Percentage capacity" columns from the MCAT

9   report?

10       A      Correct.

11       Q      And he's copied and pasted both the

12  sections for the field offices and for ports of

13  entry, correct?

14       A      Correct.

15       Q      For every field office on the

16  Southwestern border in this April -- this data

17  from April 27, 2018, the detention capacity is

18  below 100 percent, correct?

19       A      The actual capacity, yes.

20       Q      And in fact, the highest capacity

21  listed here is 51 percent, correct, for the field

22  offices I said?



Page 198

1       A     Yes.  I saw 62 down here.

2       Q     So the highest capacity for field

3    office is the San Diego field office at a 51

4    percent, correct?

5       A     That's the actual capacity, correct.

6       Q     And the highest actual capacity for a

7    port of entry is Nogales, Arizona port of entry

8    at 65 percent, correct?

9       A     Correct.

10      Q     And the actual capacity read for San

11   Ysidro is 62 percent on April 27, 2018, correct?

12      A     Correct.

13            (Deposition Exhibit Number 99 was

14   marked for identification and attached to the

15   transcript.)

16   BY MR. MEDLOCK:

17      Q     Sir, I put in front of you marked as

18   Exhibit 99 to your deposition.  It is a multipage

19   MCAT report that bears the Bates numbers

20   AOL-DEF-00028127 to 28130.  This is the more

21   fulsome MCAT report that you were referring to?

22      A     Yes, sir.



Page 199

1        Q     Okay.  And if you look at the top, the

2   report run date for this report is April 28,

3   2018, at 10:57 a.m., correct?

4        A     Correct.

5        Q     I'd like to move to the second page of

6   the MCAT report on the page Bates numbered

7   AOL-DEF-00028128.  Are you on that page with me,

8   sir?

9        A     I am.

10       Q     On the right side of that page, there

11  is a listing of field offices, OFO ports of

12  entry, and the actual capacities for these ports

13  of entry, correct?

14       A     Yes, sir.

15       Q     The -- for every single field office,

16  the actual capacity listed is below 100 percent,

17  correct?

18       A     For actual capacity, yes.

19       Q     And the actual capacity listed for the

20  San Diego field office is 76 percent, correct?

21       A     Yes.

22       Q     And if you go down to the San Ysidro



Page 200

1    port of entry, the actual capacity listed is 93

2    percent, correct?

3         A     Yes.

4         Q     So the actual capacity of San Ysidro

5    port of entry was below 100 percent at the time

6    this report was run; is that right?

7         A     Yes, sir.

8              (Deposition Exhibit Number 100 was

9    marked for identification and attached to the

10   transcript.)

11   BY MR. MEDLOCK:

12        Q     Sir, I put in front of you marked as

13   Exhibit 100 to your deposition.  It's a Migration

14   Crisis Action Team Report dated April 29, 2018,

15   that bears the Bates number AOL-DEF-00274287

16   through 291.

17              Do you see that, sir?

18        A     I do.

19        Q     This is a -- it's in a slightly

20   different format, but this is a MCAT report from

21   approximately the same time period as the one we

22   looked at before, correct?



Page 201

1       A       It's the next day, isn't it?

2       Q       It's the next day.  If you turn to the

3   third page of the report to the page that's Bates

4   numbered AOL-DEF-00274289, the top of that page

5   it says, "Southwest holding," correct?

6       A       Yes.

7       Q       On the right side there are -- there's

8   a list of the actual capacities for the OFO ports

9   of entry and the field offices, correct?

10      A       Correct.

11      Q       And on April 29, 2018, the actual

12  capacity of the San Diego -- for the San Diego

13  field office was 75 percent, correct?

14      A       Correct.

15      Q       And the actual capacity listed for the

16  San Ysidro port of entry is 91 percent, correct?

17      A       Correct.

18      Q       If you look at -- compare Exhibit 99

19  to Exhibit 100, from April 28 to April 29, the

20  actual capacity that was being utilized at the

21  San Ysidro port of entry actually ticked down a

22  couple percentage points; is that right?



MAGNA
LEGAL SERVICES

Page 202

1        A      It did.

2        Q      And if you look on Exhibit 100, none

3    of the ports of entry are at 100 percent actual

4    capacity, correct?

5        A      Correct.

6        Q      And if you look at Exhibit 99, the

7    same page, none of the ports of entry are

8    actually at 100 percent actual capacity; is that

9    right?

10       A      Correct.

11              MR. MEDLOCK:  Mark the next exhibit.

12              (Deposition Exhibit Number 101 was

13   marked for identification and attached to the

14   transcript.)

15   BY MR. MEDLOCK:

16       Q      I put in front of you what we marked

17   as Exhibit 101 to your deposition.  It is a

18   multipage e-mail that bears the Bates numbers

19   AOL-DEF-00041869 through 41875.  It is an e-mail

20   chain between Ralph Desio, Scott Rodney, Michael

21   Scappechio, and Roberto Del-Villar, and others;

22   is that right?



Page 203

```
 1        A     Yes.

 2        Q     On the subject line of the e-mail is

 3   "Re: Statement."

 4              Do you see that?

 5        A     Yes.

 6        Q     And beneath -- I'm looking at the

 7   Sunday, April 29th, 2018, e-mail from Ralph Desio

 8   at 2:07 p.m.

 9              Do you see that e-mail?

10        A     I do.

11        Q     Right underneath at the top of the

12   e-mail, there is a section in bold that says,

13   "Statement attributable to Commissioner Kevin

14   McAleenan."

15              Do you see that?

16        A     I do.

17        Q     And that statement begins, "At this

18   time, we have reached capacity at the San Ysidro

19   port of entry for CBP officers to be able to

20   bring additional persons traveling without

21   appropriate entry documentation into the port of

22   entry for processing."
```



Page 204

1           Did I read that correctly?

2       A       You did.

3       Q       Just so I'm clear, the MCAT reports we

4    just looked at for April 27, 28, and 29th, all

5    show that the actual capacity of the San Ysidro

6    port of entry was below 100 percent, correct?

7       A       Yes.

8       Q       In the past, have you ever believed

9    that DHS was reversing the queue management

10   protocols?

11      A       I don't know what you mean.

12      Q       Have you ever come to believe that

13   DHS -- anyone at DHS wanted to reverse the queue

14   management protocols?

15      A       Not that I'm aware of.

16      Q       Have you ever come to the belief that

17   increasing the capacity of ports to process

18   additional migrants would conflict with CBP's

19   recent efforts towards queue management?

20      A       I don't get your question.

21              (Deposition Exhibit Number 102 was

22   marked for identification and attached to the



Page 205

1    transcript.)

2    BY MR. MEDLOCK:

3        Q    I have put in front of you what we

4    marked as Exhibit 102 to your deposition.  It is

5    a multipage e-mail chain that begins with the

6    Bates number AOL-DEF-030273358 through 3360, and

7    it is an August 7, 2018 -- August 6 through 7,

8    2018, e-mail chain between yourself, John Wagner,

9    Todd Owen, Valerie Boyd, and others; is that

10   right?

11       A    Yes.

12       Q    I want to focus on --

13            MS. SHINNERS:  So if I may interrupt.

14   There's a couple portions that looks to be --

15   require review for deliberative process.  May I

16   take a moment off the record to confer?

17            MR. MEDLOCK:  Yeah, sure.  Let's take

18   five minutes or so.  Let's take a break.

19            (A brief recess was taken.)

20            MR. MEDLOCK:  Okay.  Go ahead and make

21   your clawback and state for the record.

22            MS. SHINNERS:  Defendants are clawing



Page 206

 1    back the document that had been marked as Exhibit

 2    Howe Number 102, the beginning Bates number is

 3    AOL-DEF-00273358, and the Bates range goes to

 4    AOL-DEF-00273360.

 5              This document reflects deliberations

 6    regarding decisions, including recommendations or

 7    considerations, regarding potential plans --

 8    potential proposals with respect to policy and

 9    operations of an executive agency.  It is

10    predecisional and is subject to the deliberative

11    process privilege.

12              MR. MEDLOCK:  Okay.  We will need to

13    see your -- any sort of privilege log for this,

14    but I'll note for the record that deliberative

15    process privilege only exempts from discovery

16    information reflecting advisory opinions,

17    recommendations, and deliberations comprising the

18    part of a process by which the government

19    decisions are formulated.  That's from Thomas

20    versus Cate, 715 F. Supp. 2d 1012, 1019 (E.D.

21    California 2010) and the burden of establishing

22    the application of the deliberative process



Page 207

1    privilege is on the party asserting this, in this

2    case the government, and the assertion of

3    deliberative process privilege requires 1, of

4    formal claim of privilege; 2, the assertion of

5    the privilege based on actual personal

6    consideration by that official; 3, a detailed

7    specification of the information for which the

8    privilege is claimed with an explanation of why

9    it properly falls within the scope of the

10   privilege; and 4, showing that the material for

11   which the privilege is asserted has been kept

12   confidential.

13            The deliberative process privilege is

14   a qualified privilege importantly, and a litigant

15   may obtain deliberative materials if his or her

16   need for the materials and the need for acute and

17   accurate fact-finding override the government's

18   interest in nondisclosure, and in determining

19   whether the qualified privilege is overwritten

20   the District Court's usually consider 1, the

21   relevance of the evidence; 2, the ability of the

22   availability of other evidence; 3, the



Page 208

1    government's role in the litigation; and 4, the

2    extent to which disclosure would hinder frank and

3    independent discussion regarding contemplated

4    policies and decisions.

5              In this case, I will just state for

6    the record, and it's by way of an offer of proof

7    in case motion practice is needed, that the only

8    sections of this e-mail which we would have

9    questioned Mr. Howe about today are the reference

10   to quote increasing capacity to process

11   additional migrants on -- in the August 7, 2018,

12   e-mail at 7:21 a.m. and his follow-on e-mail from

13   August 7 at 7:23 a.m.

14             So with that, I understand you clawed

15   it back, and we will have to deal with this in

16   additional correspondence, but we will definitely

17   need to understand more about why those specific

18   portions of the document were clawed back.

19             MS. SHINNERS:  We're happy to engage

20   in discussions, including discussions about the

21   privilege and the requirements for a formal

22   assertion over correspondence or the telephone.



Page 209

1          MR. MEDLOCK:  I'm done with my speech.

2    I'll ask you questions about.

3    BY MR. MEDLOCK:

4          Q     I want focus on specific access of

5    operations that occurred at the limit line.

6    Isn't it true that in June 2018, ports of entry

7    were instructed to implement plans to move their

8    queue management control points to the

9    U.S.-Mexico border?

10         A     In establishing queue management, it's

11   important that we are indeed on the boundary

12   line.  So those instructions -- if we weren't on

13   the boundary line, instructions would have been

14   in line with where we should be.

15         Q     And why was it important that the

16   queue management control points be moved to the

17   boundary line?

18         A     In order to properly implement the

19   queue management protocols, we need to interact

20   with those migrants before they cross the

21   boundary line.

22         Q     Isn't it true that after the metering



Page 210

1    policy was disseminated by Todd Owen, field

2    officers began funneling asylum seekers from

3    smaller ports of entry to larger ports of entry?

4         A    There are circumstances where migrants

5    were redirected from smaller locations to hub

6    locations, such as San Ysidro.

7         Q    And Calexico West is also another hub,

8    correct?

9         A    Yes, sir.

10        Q    Is the Laredo port of entry also a

11   hub?

12        A    There may have been some ports that at

13   times redirected.  From memory, I don't recall

14   specific ports that have in Laredo.

15        Q    Have there been instances in which

16   migrants without proper travel documents have run

17   through the vehicle lanes to get to U.S. soil and

18   then sought asylum in the United States?

19        A    Yes.

20        Q    How often has that occurred?

21        A    It ebbs and flows.  More recently,

22   we've had that occur a lot in Nogales in Arizona.



Page 211

1   Nogales is in Douglas, Arizona where they're

2   circumventing the normal processing by either

3   coming through -- coming through the vehicle

4   lanes.

5        Q     When asylum seekers get onto U.S. soil

6   by the vehicle lanes, are they processed and

7   inspected in the United States?

8        A     Yes.

9             MR. MEDLOCK:  Mark Exhibit 103.

10             (Deposition Exhibit Number 103 was

11   marked for identification and attached to the

12   transcript.)

13   BY MR. MEDLOCK:

14        Q     Sir, I put in front of you an exhibit

15   marked 103 to your deposition.  It is a multipage

16   document that is titled "Laredo field office

17   queue management process contingency plan" dated

18   June 8th, 2018.

19             Do you see that?

20        A     I do.

21        Q     And I'll just state for the record

22   this has the Bates number AOL-DEF-300190370



Page 212

1    through 374.  I'm looking at the executive

2    summary section on the first page.

3            Do you see that, sir?

4    A    I do.

5    Q    And there's several dark major bullet

6    points underneath that, correct?

7    A    I don't see dark.

8    Q    There's black circular bullet points.

9    A    Yes.

10   Q    And the second of those reads,

11   "'Funneling' to designated ports (Phase 2)."

12           Do you see that?

13   A    I do.

14   Q    So the -- moving up from that, the

15   first of those black circular bullet points

16   reads, "Queue management at mid-bridge (Phase

17   1)," correct?

18   A    Yes.

19   Q    All right.  And beneath that there's a

20   sub-bullet point that reads, "All ports within

21   the Laredo field office (LFO) have implemented

22   mid-bridge queue management as of midnight June



Page 213

1   8, 2018."

2              Did I read that correctly?

3        A    Yes.

4        Q    So prior to June 8, 2018, this seems

5   to indicate that not all ports in the Laredo

6   field office were -- had queue management control

7   points at the mid-bridge; is that right?

8        A    It's hard to say.

9        Q    Did you do anything to research that

10  question in preparation for this deposition?

11       A    What question?

12       Q    In preparation for this deposition,

13  did you do anything to research when port of

14  entry implemented queue management control points

15  at the boundary line between the U.S. and Mexico?

16       A    No.

17       Q    Can you tell me, as you sit here

18  today, when particular ports of entry moved CBP

19  officers to the limit line between the U.S. and

20  Mexico to implement the queue management policy?

21       A    No, I cannot.

22       Q    And you didn't research that question?



1        A    No.

2        Q    Did you think that question was

3    relevant to your testimony today?

4        A    Well, I knew it was -- started in San

5    Diego, and then as the migration numbers

6    increased across the Southwest border, we

7    implemented queue management in kind of a fluid

8    way.  I didn't think -- I didn't think I needed

9    to know exactly what date each and every port

10   started it.

11       Q    Okay.  Going down to the bullet point

12   that talks about funneling, there's a sub-bullet

13   beneath that that reads, "As soon as Phase 1 is

14   complete, ports will prepare to implement Phase 2

15   operations and offer UDAs the opportunities to

16   report to a larger port.  When the following

17   ports reach capacity, they will advise UDAs they

18   may be processed at another port," and then it

19   goes on to list several ports, correct?

20       A    Correct.

21       Q    And this is consistent with the use of

22   ports of entry that are hubs and other ports that



Page 215

1    refer asylum seekers to those hubs; is that

2    right?

3          A    It's a little bit different than San

4    Diego.  So we're continuing to process migrants,

5    but when we reach capacity, if we're talking

6    about Laredo, we offer them the capability of

7    going to another port that may not be at

8    capacity.

9          Q    So let's talk about the San Diego

10   field office and how they implement those for a

11   second.

12               In the San Diego field office, the

13   Tecate point of entry is a Class A port of entry?

14         A    Yes, it is.

15         Q    Class A means it should be able to

16   process everyone that comes; is that right?

17         A    It is.  Within certain time

18   constraints, it's only open until like ten

19   o'clock at night.

20         Q    And sure.  After that, there is a

21   non-CBP guard who's at the gate, and the border

22   is closed?



Page 216

```
 1         A     I don't know how secured, but it

 2    doesn't operate past 10:00.

 3         Q     During its operating hours, it's

 4    supposed to process everybody that comes; is that

 5    right?

 6         A     Yes.

 7         Q     And what in fact happens is that the

 8    Tecate point of entry oftentimes refers asylum

 9    seekers to the San Ysidro or Calexico West ports

10    of entry, which are hubs?

11         A     Calexico more appropriately.

12         Q     But that's what happens; is that

13    right?

14         A     Yes.

15         Q     And there's a much smaller port of

16    entry in the San Ysidro -- in the San Diego field

17    office.  I believe it begins with a "A".

18         A     Andrade.

19         Q     Andrade, is that a Class A port of

20    entry?

21         A     I don't know.

22         Q     If Andrade is a Class A port of entry
```



Page 217

1    during the hours it's open, it's supposed to

2    process everybody that comes, correct?

3              MS. SHINNERS:  Objection to scope.

4              THE WITNESS:  If it's a Class A, yes.

5    BY MR. MEDLOCK:

6        Q    And what in fact happens at Andrade is

7    that asylum seekers that arrive at the port of

8    entry are referred to Calexico West; is that

9    right?

10             MS. SHINNERS:  Object to the scope.

11   You can answer.

12             THE WITNESS:  That's what happens in

13   practicality.

14   BY MR. MEDLOCK:

15       Q    Did you speak to Jud Murdock to

16   prepare for your deposition?

17       A    I did not.

18       Q    Do you have regular interaction with

19   him in your day-to-day work?

20       A    He's one of my direct reports.  He's

21   DFO for Houston.

22       Q    Was one of the motivations for the



Page 218

1  metering policy that the more asylum seekers CBP

2  would process, the more that would come?

3      A    I don't understand your question.

4      Q    Sure.  Is -- was -- did CBP implement

5  the metering policy because the more asylum

6  seekers that were processed, the more would come?

7      A    No.

8      Q    If someone expressed that as a

9  motivation for the policy, would that be

10  inaccurate?

11      A    Absolutely.

12          MR. MEDLOCK:  Mark the next exhibit.

13          (Deposition Exhibit Number 104 was

14  marked for identification and attached to the

15  transcript.)

16  BY MR. MEDLOCK:

17      Q    Showing you a copy of an article from

18  BuzzFeed News by Hamed Aleaziz dated December 17,

19  2018, entitled "The Trump administration is

20  slowing the asylum process to discourage

21  applicants, an official told Congress."

22          Do you see that, sir?



Page 219

1     A     What did you just read?  I'm sorry.

2     Q     Sorry, the title of the article.

3     A     Okay, yes.

4     Q     Have you seen a copy of this article

5     before?

6     A     If I did, I don't recall.

7     Q     I'm on the second page of the article,

8     and there is a -- the first full body paragraph

9     begins with "The statement by Jud Murdock."

10          Do you see that?

11    A     I do.

12    Q     That section reads, "The statement by

13    Jud Murdock, CBP's acting assistant commissioner,

14    contradicted official claims that the practice of

15    'metering' - when officials limit the number of

16    individuals who can make asylum claims at ports

17    of entry on any given day - was due to resource

18    constraints, including a lack of detention space

19    and personnel."

20          Did I read that sentence correctly?

21    A     You did.

22    Q     The next paragraph reads, "On December



Page 220

1    6, Murdock said in a closed Congressional

2    briefing that CBP had chosen to limit asylum

3    seekers at ports of entry because 'the more we

4    process, the more will come', according to the

5    letter."

6              Did I read that correctly?

7         A    You did.

8         Q    Do you recall there being claims that

9    Mr. Murdock said, "The more we process, the more

10   will come"?

11        A    Did I recall what?

12        Q    Do you recall there being news

13   accounts that Mr. Murdock said, "The more we

14   process, the more will come" during a briefing to

15   Congressional staffers?

16        A    I don't recall media, but I do recall

17   this occurring.  I don't remember the context,

18   but I do know that Mr. Murdock believed that he

19   was misquoted and taken out of context.  But

20   that's what I -- that's my understanding.

21        Q    Did you ever talk to Mr. Murdock to

22   determine whether this is actually what he said



Page 221

1    or whether he actually said, "The more we

2    process, the more will come"?

3        A     When I was interacting with him within

4    the last few months, nothing to do with this

5    deposition, somehow it came up, and that's what

6    he told me, that it was a misstatement and taken

7    out of context, that he never said that.

8        Q     What did he actually say that was

9    misinterpreted to mean "The more we process, the

10   more will come"?

11       A     I didn't push him.  I don't know.

12            (Deposition Exhibit Number 105 was

13   marked for identification and attached to the

14   transcript.)

15   BY MR. MEDLOCK:

16       Q     Sir, I put in front of you a multipage

17   e-mail that bears the Bates number

18   AOL-DEF-00028451 through 453.  It is an e-mail

19   chain from December 17th, 2018, that includes

20   Patrick Flanagan, Kevin McAleenan, Robert Perez,

21   and Todd Owen, amongst others.

22            Do you see that?



Page 222

```
1          A      I do.

2          Q      And the subject line of this e-mail is

3    "Re: BuzzFeed: The Trump administration slowing

4    the asylum process to discourage applicants, an

5    official told Congress."

6                 Do you see that?

7          A      Yes.

8          Q      There is -- I'm focused on the e-mail

9    on December 17, 2018, at 6:50 p.m. --

10         A      Okay.

11         Q      -- from Corry Schiermeyer.  Do you

12   know who Corry Schiermeyer is?

13         A      No, I've never seen that name.

14         Q      Okay.  And Corry Schiermeyer writes in

15   this e-mail there's a statement from a -- that's

16   attributable to a CBP spokesperson.

17                Do you see that?

18         A      I do.

19         Q      And the e-mail states in the section

20   that's attributable to a CBP spokesperson, "CBP

21   routinely briefs members of Congress and staff on

22   important issues across our agency.
```



Page 223

```
 1   Unfortunately, comments made by CBP recently were

 2   taken out of context."

 3             Did I read that correctly?

 4   A     Yes.

 5   Q     Anywhere in this statement -- is there

 6   anywhere in this prepared statement attributable

 7   to a CBP spokesperson in this e-mail that

 8   these -- the spokesperson says that Mr. Murdock

 9   never said "The more we process, the more will

10   come"?

11   A     I haven't read it yet.

12   Q     Go ahead.

13   A     Sure.  Okay.

14   Q     Anywhere --

15   A     Your question again?

16   Q     Is there anywhere in this press

17   statement where the CBP spokesperson says that

18   Mr. Murdock was misquoted or did not say "The

19   more we process, the more will come"?

20   A     I didn't -- I didn't pick up on that.

21   Q     And if you look above the statement at

22   the very beginning of this e-mail, it says,
```



Page 224

1    "Katie ... in working with Patrick and AC

2    Murdock, this is our statement."

3            Did I read that correctly?

4    A    You did.

5    Q    So Mr. Murdock had input on this

6    statement, and the statement doesn't say that he

7    was misquoted; is that right?

8    A    That's not what the e-mail says.  I

9    guess that could be inferred.

10    Q    Isn't it true that field offices on

11    the Southwest border believe the metering was

12    having a deterrent effect?

13    A    I don't know.

14            (Deposition Exhibit Number 106 was

15    marked for identification and attached to the

16    transcript.)

17    BY MR. MEDLOCK:

18    Q    Sir, I put in front of you what's been

19    marked Exhibit 106 to your deposition.

20    A    Okay.

21    Q    It's an e-mail chain that has Bates

22    numbers AOL-DEF-00022783 through 784.  And this



Page 225

1    is an e-mail chain from November 22nd, 2016,

2    amongst Beverly Good, Todd Owen, Enrique Tamayo,

3    Todd Hoffman, and John Wagner; is that right?

4         A    Yes.

5         Q    And I think you mentioned Enrique

6    Tamayo in one of your answers this morning.

7         A    He's my direct report.  At this time

8    I'm not sure why he would have been copied.

9         Q    And do you recall what Beverly Good's

10   position would have been at this time?

11        A    Beverly Good is the port director for

12   El Paso.  At this time, I think she was acting in

13   my -- my position capacity executive director for

14   operations.

15        Q    In an acting capacity?

16        A    Yes, sir.

17        Q    I'm focused on the e-mail that Beverly

18   Good sent on November 22nd, 2016, at 4:41 p.m.

19             Do you see that e-mail?

20        A    I do.

21        Q    Okay.  And I'm focused on the section

22   for Laredo.  Do you see that section?



Page 226

1          A      I do.

2          Q      It reads, "Laredo - Laredo gives them

3    an appointment (verbally) and tells them when to

4    come back.  Officers are on the bridge now as

5    well but the metering seems to have had a

6    deterrent effect and they are not seeing too many

7    cases daily, so they don't really have to meter

8    at the moment."

9                 Did I read that correctly?

10         A      You did.

11         Q      So at least in November 2016, Ms. Good

12   wrote that metering was having a deterrent

13   effect; is that right?

14         A      That's one way to read it.  But it

15   could also be read as just a statement of fact,

16   not the intent.

17         Q      It's a statement of fact that it's

18   having a deterrent effect; is that right?

19         A      Seems to have a deterrent effect but

20   does not state that is the intent of queue

21   management.

22         Q      That wasn't my question.



Page 227

```
 1        A     That was your earlier question I
 2    thought.
 3        Q     Okay.  If it was, it wasn't my -- it
 4    wasn't my intent.
 5              But by November 2016, the person who
 6    was in an acting capacity in your role wrote in
 7    an e-mail that metering had a deterrent effect?
 8        A     Seems to have a deterrent effect.
 9        Q     Right.  And this was before Mr. Owen
10    wrote the April 27, 2018, metering guidance,
11    correct?
12        A     Correct.
13        Q     So several months before the metering
14    guidance was issued, Mr. Owen was told metering
15    has a deterrent effect; is that right?
16        A     On this particular e-mail in Laredo.
17        Q     Right.
18        A     It seems as though she was indicating
19    that it may have a deterrent effect.
20        Q     Have you ever attended strategy
21    sessions for directors of field operations, an
22    off-site strategy session?
```



Page 228

1      A      Yes.

2      Q      How often are those off-site strategy

3   sessions held?

4      A      We have one main one that's held

5   annually in the summer that all DFOs go to, and

6   then we have off-sites specific for the Northern

7   border DFOs.  We have a separate off-site for

8   Southern border DFOs, and we have a separate

9   off-site for air and sea DFOs.  So four.

10     Q      In your current role do you attend

11  those?

12     A      I do.

13     Q      Do you attend all of them?

14     A      I have unless I missed one.

15     Q      It's your goal to attend all of them

16  at least?

17     A      Yes.

18            (Deposition Exhibit Number 107 was

19  marked for identification and attached to the

20  transcript.)

21  BY MR. MEDLOCK:

22     Q      I put in front of you a one-page



Page 229

1    e-mail that has the Bates number

2    AOL-DEF-00040029.  It's an October 12th, 2018,

3    e-mail from Chris Candela to yourself and Joseph

4    Draganac.  Is that how you say his last name?

5         A     Yes.

6         Q     Do you see that, sir?

7         A     I do.

8         Q     And the subject line is "SWB DFO

9    strategy session material."

10               Do you see that?

11        A     I do.

12        Q     And this refers to the Southwestern

13   border DFO meeting that you were talking about in

14   your earlier answer, correct?

15        A     Yes, sir.

16        Q     And amongst the -- there's many, many

17   attachments to this e-mail, right?

18        A     Correct.

19        Q     Would these have been printed out for

20   you and put in some sort of a briefing book, or

21   would you have just opened these and looked at

22   them on your own time?



Page 230

```
 1        A     Good question.  I don't recall.  I

 2   really don't know.  Generally I like to keep

 3   things electronic.

 4        Q     Okay.  If you look at some of the

 5   attachments to this e-mail, on the last line

 6   there is a reference to queue management

 7   formalization.pdf.

 8              Do you see that?

 9        A     I do.

10        Q     Do you know what queue management

11   formalization means?

12        A     I don't.

13        Q     Was there ever -- after the April 27,

14   2018, issuance of the metering guidance, was

15   there ever any effort to follow-up on that and

16   formalize the queue management policy further?

17        A     Could you repeat your question?  I

18   apologize.

19        Q     That's no problem.  So April 27, 2018,

20   the metering guidance was issued, right?

21        A     Right.

22        Q     After April 27, 2018, was there ever
```



Page 231

1    any follow-up, any formal follow-up or additional

2    guidance, on how queue management should be --

3    the queue management policy should be formalized

4    at Southwestern border ports of entry?

5        A    I don't recall.  This may be bleeding

6    with our prioritization memo.  So maybe it's a

7    combination of things that continuing that 30-day

8    pilot.  I think it may be a part of those two

9    things, but I don't recall.  I really don't.

10       Q    You kind of have to read the queue

11   management policy and the prioritization memo

12   together, right, to understand the policy of how

13   asylum seekers are processed at ports of entry;

14   is that right?

15       A    They are two different documents.

16       Q    I understand they're two different

17   documents.  A port director has to consider both

18   of those pieces of guidance when setting up --

19   when deploying resources to process asylum

20   seekers; is that right?

21       A    They're both independent guidance that

22   the port directors receive.



Page 232

1     Q     Right.  And they have to consider both

2     those pieces of independent guidance?

3     A     Both independent pieces that they both

4     consider.

5     Q     Okay.

6          (Deposition Exhibit Number 108 was

7     marked for identification and attached to the

8     transcript.)

9     BY MR. MEDLOCK:

10     Q     Sir, I put in front of you what we

11     marked as Exhibit 108 to your deposition.  It is

12     a two-page e-mail chain that begins with

13     AOL-DEF-00250231 and goes to 232.  And this is a

14     September 19th through 25th, 2018, e-mail chain

15     amongst Anne Maricich, David Salazar, Sidney Aki,

16     and several others; is that right?

17     A     Yes.

18     Q     What was Anne Maricich's role at this

19     time?

20     A     She's a deputy DFO under Pete Flores

21     who's the DFO.

22     Q     For which field office?



Page 233

1     A     I'm sorry.  For San Diego.

2     Q     What was David Salazar's role at this

3     time?

4     A     I'm not sure.  He is the port director

5     for Calexico currently.

6     Q     I'm focused on Ms. Maricich's e-mail

7     from September 25th, 2018, at 7:15 p.m. Pacific

8     Daylight Time to Pete Flores and Johnny Armijo.

9     Do you know what Johnny Armijo's role would have

10    been?

11    A     He works for Pete Flores in San Diego.

12    He's assistant director for border security.

13    Q     In the field office there?

14    A     In San Diego.

15    Q     Ms. Maricich writes that "The

16    Southwest border agenda is packed with several

17    topics," and then she goes to list seven of them,

18    correct?

19    A     Yes.

20    Q     And the seventh is "queue management,"

21    correct?

22    A     Correct.



1       Q       And in parentheses she writes next to

2    that "Sid and Dave."

3               Do you see that?

4       A       I do.

5       Q       And do you have any recollection of --

6    that Sidney Aki and David Salazar giving a

7    presentation on queue management at the 2018 DFO

8    strategy session for the Southwest border?

9       A       No.  So we get together with all the

10   Southwest border DFOs and their port directors,

11   their two SES port directors.  So those are the

12   two SES port directors from San Diego.  As I read

13   this, Anne Maricich is letting them know when

14   this topic comes up, you guys are going to be

15   engaged in discussing it.

16      Q       Not that they would give a

17   presentation but they would be expected to have

18   significant input on it?

19      A       Yes, sir.

20      Q       Okay.  Do you recall attending this

21   discussion of queue management in -- at the 2018

22   Southwestern border DFO conference?



Page 235

1       A     I do.

2       Q     Were any decisions made regarding

3   queue management at that conference?

4       A     I don't recall.  I think it was more

5   just getting everybody together to discuss it.

6   It's always good just to have everybody in the

7   room to ensure we're on the same sheet of music

8   and understanding what we're doing.

9       Q     Would you have taken notes during that

10  conference?

11      A     Generally, no.

12      Q     Do you know if anybody did?

13      A     I don't know.

14      Q     Do you know if there were any meeting

15  minutes or summary of what was discussed at the

16  conference sent around after it concluded?

17      A     There may have been.

18      Q     When you say, "there may have been,"

19  who might have sent those meeting minutes or

20  summary around?

21      A     One of my two deputies.

22      Q     So either Mr. Draganac or Mr.



Page 236

1    Campbell?

2        A    Correct.

3            (Deposition Exhibit Number 109 was

4    marked for identification and attached to the

5    transcript.)

6    BY MR. MEDLOCK:

7        Q    I put in front of you a one-page

8    e-mail marked as Exhibit 109 to your deposition.

9    It bears the Bates number AOL-DEF-00910155.  This

10   is an August 29th through 30th e-mail chain

11   between Frank Longoria, Rodney Harris, and Brad

12   Skinner, and a few others; is that right?

13       A    That's correct.

14       Q    And the subject line of the e-mail is

15   topic -- "Topics for SWB DFO conference."

16           Do you see that?

17       A    Correct.

18       Q    And I'm focused on the e-mail that

19   Frank Longoria sent on August 29, 2018, at 10

20   p.m.

21           Do you see that?

22       A    I do.



Page 237

```
 1       Q     He writes, "As discussed, an agenda

 2    item should be queue management."

 3             Did I read that correctly?

 4       A     Yes.

 5       Q     And he writes below that, "Queue

 6    management: Detention capacity or operational

 7    capacity."

 8             Did I read that correctly?

 9       A     Correct.

10       Q     Was there an ongoing discussion

11    amongst the DFOs about the use of detention

12    capacity or operational capacity with respect to

13    queue management at the time of this e-mail?

14       A     I don't recall, but at the time of

15    this e-mail, we were looking for topics to

16    discuss at the off-site.  So this was the message

17    from the Laredo field office as the topic they

18    wished to table at that conference at that

19    off-site.

20       Q     Do you recall whether during that

21    off-site in 2018 for the Southwestern border DFOs

22    whether there was discussion of the use of
```



Page 238

1  detention capacity or operational capacity as a

2  metric for queue management?

3       A     I really don't recall.

4       Q     In preparation for this deposition,

5  did you do anything to research investigations by

6  the Department of Homeland Security's Office of

7  the Inspector General related to the processing

8  of asylum seekers at ports of entry?

9       A     I'm aware of the report from OIG on

10 Tecate.  I'm sorry.  The report from OIG on the

11 Tecate port of entry.

12      Q     When you say "OIG", that's short of

13 the Office of Inspector General?

14      A     Yes.

15      Q     Are you aware of any other OIG reports

16 that relate to metering?

17      A     I don't think so.

18      Q     Did you ever have cause to review a

19 September 27, 2018, OIG report entitled "Special

20 review - initial observations regarding family

21 separation issues under the zero tolerance

22 policy"?



Page 239

1      A      I don't know.  If that's the Tecate

2   one, then yes.

3      Q      It's not.

4      A      I have to take a look at it.

5            MS. SHINNERS:  I'll object to this --

6   well, it all depends on your questions.

7            (Deposition Exhibit Number 110 was

8   marked for identification and attached to the

9   transcript.)

10  BY MR. MEDLOCK:

11     Q      I put in front of you Exhibit 110 to

12  this -- to your deposition.  It's a September 27,

13  2018, report from the Office of Inspector General

14  of the Department of Homeland Security entitled

15  "Special review - initial observations regarding

16  family separation issues under the zero tolerance

17  policy."  Take a moment to look at it, but my

18  question for you is, have you ever seen this

19  document before?

20     A      If I did, I don't recall, and just at

21  the first quick glance, I think this really is

22  more directed toward Border Patrol, but I may be



Page 240

1    wrong.

2        Q    Can you turn to the page at the bottom

3    that has the Bates number AOL-DEF-00205057.

4              Are you on that page, sir?

5        A    I am.

6        Q    I'm looking towards the bottom of the

7    page.  There's an underlined section that reads,

8    "CBP regulated the number of asylum seekers

9    entering the port of entry, which may have

10   resulted in additional illegal border crossings."

11             Did I read that correctly?

12       A    You did.

13       Q    Did you do anything in preparation for

14   this deposition to determine whether CBP or OFO

15   disagree with the findings in the section of this

16   report entitled "CBP regulated a number of asylum

17   seekers entering at ports of entry, which may

18   have resulted in additional illegal border

19   crossings"?

20             MS. SHINNERS:  Object to the scope.

21   You can answer.

22             THE WITNESS:  I believe this is the



Page 241

1    first time I've seen it and not familiar with it.

2    BY MR. MEDLOCK:

3         Q     Okay.  In that section there is a

4    sentence that begins with "However" about two

5    lines up from the bottom.

6         A     Yes.

7         Q     Do you see that sentence, sir?

8         A     I do.

9         Q     That sentence reads, "However, at the

10   same time, CBP was regulating the flow of asylum

11   seekers at ports of entry through 'metering', a

12   practice CBP has utilized at least as far back as

13   2016 to regulate the flow of individuals at ports

14   of entry."

15             Did I read that correctly, sir?

16        A     You did.

17        Q     And is it your understanding that CBP

18   did in fact begin metering at ports of entry

19   going back as far as 2016?

20        A     I think what we discussed earlier.

21        Q     When in 2016 did CBP start metering?

22        A     Sometime in '16 when we had the large



Page 242

1    number of Haitian migrants present themselves in

2    San Diego.

3        Q     Do you know if that occurred around --

4    in the summer of 2016?

5        A     I really don't know.

6        Q     Did you interview anybody who was

7    stationed at the San Ysidro port of entry in 2016

8    in preparation for your deposition today?

9        A     No.

10       Q     Did you ever ask anybody at CBP what

11   the motivation was for beginning metering at the

12   San Ysidro port of entry in 2016 when the influx

13   of Haitian immigrants grants arrived?

14       A     I just know what the reason is based

15   on my knowledge of why we're doing queue

16   management now.

17       Q     But beyond that, you didn't do any

18   independent investigation?

19       A     No.

20       Q     And you weren't actually -- you didn't

21   actually have any managerial responsibility for

22   the San Ysidro port of entry in 2016?



Page 243

1       A     I did not.

2       Q     Do you know whether the Haitian

3    immigrants that you talked about that were

4    outside the San Ysidro port of entry in 2016 were

5    requesting asylum in the United States or some

6    sort of other immigration relief?

7       A     I don't know for sure, but I would

8    assume asylum.

9       Q     And that's just your assumption

10   though?

11      A     Yes.

12            (Deposition Exhibit Number 111 was

13   marked for identification and attached to the

14   transcript.)

15   BY MR. MEDLOCK:

16      Q     I put in front of you what's been

17   marked as Exhibit 111 to your deposition.  It's a

18   multipage memorandum from John V. Kelly, senior

19   official performing the duties of the Inspector

20   General of DHS dated October 29, 2018.

21            Do you see that?

22      A     I do.



Page 244

1      Q      And the subject line is "CBP's

2  processing of asylum seekers at ports of entry."

3             Did I read that correctly?

4      A      Yes.

5      Q      And in this memorandum, Mr. Kelly

6  states that CBP is continuing to review CBP's

7  policies with respect to processing asylum

8  seekers at ports of entry, correct?

9      A      Are you reading a sentence?

10     Q      I'm summarizing the sentence.

11     A      I've never read it before, so I don't

12 know what it says.

13     Q      Okay.  Can you read it now?

14     A      Sure.  Okay.  Can you ask the question

15 again?

16     Q      Sure.  In this memorandum, Mr. Kelly

17 states that DHS OIG is continuing its

18 investigation into the processing of asylum

19 seekers at ports of entry; is that right?

20     A      Yes.

21     Q      He says there are two objectives they

22 are trying to determine; is that right?



Page 245

1          A      Yes.

2          Q      And one of them is whether CBP Office

3     of Field Operations is turning away those who

4     present themselves for an asylum at ports of

5     entry; is that right?

6          A      That's what it says.

7                 (Deposition Exhibit Number 112 was

8     marked for identification and attached to the

9     transcript.)

10    BY MR. MEDLOCK:

11         Q      Sir, I put in front of you what we

12    have marked as Exhibit 112 to your deposition.

13    It's a multi -- it's a two-page, I should say,

14    information request dated February 22nd, 2019.

15    It has the Bates number AOL-DEF-00208172 through

16    173.  Have you ever seen this document before,

17    sir?

18         A      I don't recall.

19         Q      Have you ever gotten an information

20    request from the Office of Inspector General

21    before?

22         A      Me directly, I don't know.  Perhaps.



Page 246

```
 1        Q      They might have been directed to your

 2   staff who handled it?

 3        A      Yeah.  We have a correspondence staff

 4   that handles these types of inquiries and then

 5   coordinates the responses.

 6        Q      Understood.  This is a -- this

 7   document states it's related to DHS OIG project

 8   18-122, CBP's processing asylum seekers at ports

 9   of entry.

10               Do you see that, sir?

11        A      Yes, sir.

12        Q      And then there's several numbered

13   requests that go from the first page to the

14   second page, correct?

15        A      Yes.

16        Q      The second request reads, "Any policy,

17   guidance, musters, et cetera related to a change

18   from SWB POEs detention capacity to operational

19   capacity."

20               Did I read that correctly, sir?

21        A      Yes.

22        Q      Do you know whether any such policy
```



Page 247

1    guidance or musters exist?

2         A     They must be referring to the

3    prioritization memo, that documentation similar

4    to that.

5         Q     Is that a guess or do you know that to

6    be so?

7         A     I don't know.  I don't know firsthand.

8              MR. MEDLOCK:  Mark the next exhibit.

9              (Deposition Exhibit Number 113 was

10   marked for identification and attached to the

11   transcript.)

12   BY MR. MEDLOCK:

13        Q     Sir, I put in front of you Exhibit 113

14   to your deposition.  It is a multipage report

15   from the Office of Inspector General, the

16   Department of Homeland Security dated September

17   26, 2019, entitled "Investigation of alleged

18   violations of immigration laws at Tecate,

19   California, port of entry by U.S. Customs &

20   Border Protection personnel."

21             Do you see that, sir?

22        A     I do.



Page 248

1        Q      I state for the record that is Bates

2    number AOL-DEF-00615546 through 563?

3               MS. SHINNERS:  And if I may note for

4    the record, this is an unredacted version of the

5    report.  So were you going to say this should be

6    designated -- the pages with the lawyer's names

7    should be designated highly confidential?

8               MR. MEDLOCK:  Correct.  I will

9    endeavor not to read the name.

10              MS. SHINNERS:  Absolutely, just for

11   the purposes of the exhibit that's going to be

12   attached to the deposition.

13   BY MR. MEDLOCK:

14       Q      Sir, have you seen a copy of this OIG

15   report before?

16       A      I have.

17       Q      When did you first see a copy?

18       A      I don't know exactly, but I am

19   assuming soon after it was issued or whenever it

20   was released to CBP.  So sometime late September,

21   October last year.

22       Q      Were you ever involved in any



Page 249

1    discussions regarding a response to this OIG

2    report?

3         A     I don't think so.

4         Q     Do you know whether CBP OFO changed

5    any of its policies or practices as a result of

6    the findings in this OIG report?

7         A     I understand that the port took this

8    and the management team took this and reviewed it

9    carefully and ensured that -- and all the

10   employees were briefed up and reassured that they

11   understand how queue management should work and

12   just to reiterate the policy so that there's no

13   missteps.

14        Q     When you say "the port", are you

15   referring to the port of Tecate?

16        A     Yes.

17        Q     On the second page of the document,

18   the one that ends in 547, there's a section that

19   says "What we found."

20              Do you see that?

21        A     Sorry.  I don't.

22        Q     Sorry.  I'm actually looking before



Page 250

1    you get to that.  Just the cover that says "What

2    we found."

3        A    Yes.

4        Q    And on Page 547 under "What we found",

5    there's three main body paragraphs, one that

6    begins "First", one that says "Second", and one

7    that says "Finally", correct?

8        A    Yes.

9        Q    I'm on the one that begins with

10   "First."  That reads, "First, we found that

11   contrary to federal law and U.S. Customs and

12   Border Protection (CBP) policy, CBP officials at

13   the Tecate, California, port of entry returned

14   some asylum applicants from inside the United

15   States back to Mexico and instructed those

16   individuals to go to other ports of entry to make

17   their asylum claims."

18            Did I read that correctly?

19       A    You did.

20       Q    And after these -- after OFO

21   management got these findings, there was an

22   effort made to ensure that the CBP officers at



Page 251

```
 1   the Tecate port of entry understood how queue

 2   management was supposed to work, correct?

 3        A    Right.

 4        Q    And then later on in November 2019,

 5   there was a separate incident at the Tecate port

 6   of entry; is that right?

 7        A    Yes.

 8        Q    And that incident at the Tecate port

 9   of entry involved an asylum seeker coming onto

10   U.S. soil and being returned to Mexico and told

11   to wait to be processed?

12        A    Yes.

13        Q    Isn't it true that the field office

14   staff tipped off some port directors that OIG

15   would soon be conducting unannounced visits to

16   the ports of entry?

17        A    Not sure what you're referencing.

18        Q    Isn't it true the port directors in

19   turn tipped off their staffers that OIG would be

20   coming to conduct unannounced visits?

21        A    Again, I don't know what you're

22   referring to.
```



Page 252

1      Q      Isn't it true that port directors sent

2    talking points to their staffers regarding the

3    metering policy in advance of OIG conducting

4    supposedly unannounced visits to the ports of

5    entry?

6      A      I don't know if that's accurate or

7    not.

8              (Deposition Exhibit Number 114 was

9    marked for identification and attached to the

10   transcript.)

11   BY MR. MEDLOCK:

12     Q      Sir, put in front of you marked as

13   Exhibit 114 to your deposition.  It's a one-page

14   e-mail, bears the Bates number AOL-DEF-00094644.

15   And this is an e-mail chain between Alberto

16   Flores, Francisco Garcia, Adriana Arce, and

17   others; is that correct?

18     A      Yes.

19     Q      At the time of this e-mail, Alberto

20   Flores was the acting port director for the

21   Laredo port of entry, correct?

22     A      Correct.



Page 253

1      Q      I'm focused on Mr. Flores' e-mail from

2  August 30th, 2018, at 4:16 p.m. at the bottom of

3  this chain.

4             Do you see that?

5      A      I do.

6      Q      Okay.  He writes -- the subject line

7  of that e-mail is "OIG unannounced visit,"

8  correct?

9      A      Yes.

10     Q      He writes, "Gino and team, heads up.

11 I just received a call from the field office

12 advising OIG will be showing up unannounced.  No

13 ETA but it could be as early as this

14 afternoon/tomorrow morning.  Please ensure to

15 communicate this down to our third-line managers

16 on shift this afternoon."

17             Did I read that correctly?

18     A      You did.

19     Q      And then he goes on to state, "Focus

20 of the visit will be asylum seekers."

21             Did I read that correctly?

22     A      You did.



Page 254

1    Q    What does third-line managers mean if

2    you understand that in this e-mail?

3    A    That would be in the chain port of

4    entry a watch commander.  You've got supervisor,

5    chief, watch commander.

6    Q    Got it.  Thank you.  And then Alberto

7    Flores replies to his own e-mail on August 30th,

8    2018 at 5:38 p.m.

9         Do you see that?

10   A    I do.

11   Q    And he adds an attachment to this

12   e-mail.  The attachment -- two attachments

13   actually.  The attachments are metering guidance

14   memo.pdf and capacity credible fear metering

15   statement/talking points.

16        Do you see that?

17   A    Correct.

18   Q    Mr. Flores writes in his e-mail,

19   "Team, I suspect part of OIG's visit is to

20   observe port operations as it relates to our

21   asylum-seeker processing.  I'm confident you are

22   all familiar with why we are metering at



Page 255

1    mid-bridge and the entire asylum-seeker process

2    to include big challenges the port encounters

3    with transportation, bed space, et cetera.  To

4    refresh your memory, attached is talking

5    points/memo guidance related to metering/queue

6    management."

7            Did I read that correctly?

8        A    Yes.

9        Q    So in advance of an unannounced visit,

10   the acting port director at Laredo port of entry

11   tipped off his management that the -- that the

12   visit was happening and provided them talking

13   points about metering/queue management before the

14   unannounced visit occurred; is that right?

15       A    Your characterization is a tip-off.

16   That's your characterization.

17       Q    Okay.  How do you want to characterize

18   it?

19       A    He's providing situational awareness.

20   He is the port director.  He was notified that

21   OIG is coming, and now he's ensuring his

22   management team is squared away when we talk



Page 256

1    to -- talk to OIG.

2         Q    He wanted to get them ready before the

3    investigators came, right?

4         A    To be prepared to talk to them.

5         Q    Right.  That's right, correct?

6         A    I'm not sure -- is that a question?  I

7    don't get --

8         Q    The acting port director is making

9    sure that his -- that the management of the port

10   is ready to talk to investigators regarding

11   metering before a supposedly unannounced visit

12   happens; is that right?

13        A    It's been announced now, hasn't it?

14   Maybe I'm misunderstanding what you're saying.

15        Q    He says they will be showing up

16   unannounced.  But he then goes on to explain when

17   it's happening, what it will be about, and what

18   talking points they should review before the

19   investigators get there; is that right?

20        A    Yes.

21        Q    Okay.  Can we take, like, five

22   minutes?



Page 257

```
 1        A      Sure.

 2               (A brief recess was taken.)

 3               MR. MEDLOCK:  I'm going to hand over

 4    the questioning to my colleague, Mr. Guisado.

 5        FURTHER EXAMINATION BY COUNSEL FOR THE

 6    PLAINTIFFS

 7    BY MR. GUISADO:

 8        Q      Good afternoon, Mr. Howe.

 9               MS. SHINNERS:  May I interrupt off the

10    record.

11               (Discussion off the record.)

12    BY MR. GUISADO:

13        Q      Good afternoon, Mr. Howe.  I'm going

14    to be talking to you a little bit today asking

15    questions about generally communications between

16    CBP and the Mexican government.

17        A      Okay.

18        Q      Generally INM but perhaps some

19    subsidiary entities and maybe if it's relevant

20    and you can speak knowledgeably about it, any

21    other subagencies within DHS.

22        A      Okay.
```



Page 258

```
 1      Q     Earlier today my colleague asked you

 2   what you did to prepare for the deposition.

 3            Do you remember that?

 4      A     Correct.

 5      Q     You said you met with certain subject

 6   matter experts; is that right?

 7      A     I did.

 8      Q     You said that you got a little tune-up

 9   on asylum processing; is that right?

10      A     Right.

11      Q     You said generally at a high level you

12   discussed some topics relating to asylum

13   processing; is that right?

14      A     Correct.

15      Q     Do you recall specifically, without

16   getting into the substance of any conversations

17   with your lawyers, anything specifically relating

18   to intergovernmental communication, so between

19   CBP and INM?

20      A     Outside of --

21      Q     Yes, outside of counsel.

22      A     No.  We did talk about that.
```



Page 259

1      Q      You spoke with your lawyer about it?

2      A      Yes.

3      Q      Outside of speaking with your counsel,

4  did you review any documents relating to

5  intergovernmental communications?

6      A      Outside of counsel, no.

7      Q      Did you speak to anyone who's employed

8  at CBP in preparation for this deposition about

9  intergovernmental communications?

10     A      Not outside of counsel.

11     Q      Okay.  Great.  From 2016 to the

12  present, did CBP ever communicate with any

13  Mexican government agencies?

14     A      We communicate with Mexican government

15  agencies on a daily basis.

16     Q      On a daily basis.  About what?

17     A      At a local level.

18     Q      At a local level?

19     A      Yes.

20     Q      As opposed to?

21     A      Well you mentioned CBP.

22     Q      Yes.



Page 260

```
 1      A     So I work at CBP headquarters, so now

 2   I reference the communication that we have with

 3   Mexican authorities at a local level.

 4      Q     Can you describe to me the

 5   communications on a local level?

 6      A     Sure.

 7            MS. SHINNERS:  I just -- I object to

 8   the scope to the extent it exceeds the scope of

 9   the Topic 15 and object to vagueness as to -- in

10   that regard as well to the type of

11   communications.

12   BY MR. GUISADO:

13      Q     You can answer.

14      A     So on a day-to-day basis based on our

15   operational tempo and some of the things we may

16   be encountering at the border, in the Southwest

17   border,
```



Page 261

1

2

3          Q     Thank you.  Generally, which Mexican

4     government agencies or entities does CBP discuss

5     these matters with on a local level?

6               MS. SHINNERS:  Object to the scope.

7               THE WITNESS:  I think it's Mexican

8     immigration.  So the local immigration

9     authorities that are right there at the border.

10    BY MR. GUISADO:

11         Q     And can you think of any other ones?

12         A     No.

13         Q     Generally on a local level, which CBP

14    subagencies, if any, are discussing these

15    communications with the Mexican government?

16              MS. SHINNERS:  Object to the scope.

17              THE WITNESS:  I don't understand the

18    question.

19              MR. GUISADO:  I'm going to give you a

20    standing objection until I get specifically to

21    queue management.

22    BY MR. GUISADO:



Page 262

```
1        Q      Who within CBP, for example, would

2   discuss matters relating to queue management with

3   the Mexican government?

4        A      I think probably varies by port. ████

█████████████████████████████████████████████████

5   ███████████████████████████████████████████████

6   ███████████████████████████████████████████████

7   ███████████████████████████████████████████████

8        Q      Are there any particular units within

9   CBP that communicate with Mexican immigration?

10       A      Units?

11       Q      For instance, would the AEU ever have

12  the occasion to discuss queue management with any

13  Mexican government entities?

14       A      ██████████████████████████████████

█████████████████████████████████████████████████

15  ███████████████████████████████████████████████

16  ███████████████████████████████████████████████

17       Q      Thank you.  Sorry.  What's the AEU for

18  the record?

19       A      Admissibility enforcement unit, I

20  think.

21       Q      What about the IOU?

22       A      Not sure what that is.
```



Page 263

1      Q    If I told you it stood for the

2   international liaison unit, would that ring any

3   bells?

4      A    I know that there are government

5   agencies around the world that have immigration

6   liaison officers.  Generally, they're stationed

7   at airports.  Our equivalents would be the

8   immigration advisory program.  So we may be

9   talking about the same thing.  We may be talking

10  about two different things.  I don't know.

11     Q    I'll show you a document in a bit, and

12  maybe that will clear that up.  Thank you for

13  that.

14          Are there any -- stating your

15  knowledge, are there any policies or best

16  practices that are in place that relate to

17  communications between CBP employees and Mexican

18  immigration?

19     A    Not that I'm aware of.

20     Q    Are there any guidances?

21     A    Not that I'm aware of.

22     Q    I'm just trying to understand a little



Page 264

1   bit better who from CBP is tasked with

2   communicating and coordinating with the various

3   Mexican immigration officials?

4           MS. SHINNERS:  Object to the scope.

5           THE WITNESS:  Again, at the local

6   level?

7   BY MR. GUISADO:

8       Q    Yes.

9       A    It's operational.  So those boots on

10  the ground managers on the real day-to-day work.

11  If you're talking at a higher level, I mean we

12  have an attache that's stationed in Mexico City

13  that communicates with the Mexican government

14  daily who works for CBP.  It depends, I guess,

15  what you're asking.

16      Q    Let's focus on queue management or

17  metering for right now.  To the best of your

18  knowledge, since when has CBP communicated with

19  Mexican immigration about metering?

20      A    ███████████████████████████████████

21  ████████████████████████████

22      Q    Can you describe how that began?



Page 265

1        A      We talked about it earlier today.

2    During the Haitian influx.

3        Q      No, that much I understand.  Sorry.

4    I'll ask a better question.

5        A      I don't understand.

6        Q      Describe how communication with

7    Mexican immigration began.

8        A      When?

9        Q      How.  Who decided from CBP that they

10   had to start talking to Mexico about metering or

11   vice versa?

12       A      I don't know.  But it would -- I can't

13   speak to the experiences on the Southwest border,

14   but as a former port director on the Northern

15   border,

16

17

18

19

20

21

22



Page 266



```
 1
 2
 3
 4    Q
 5
 6
 7    A
 8
 9
10
11
12
13
14
15
16
```

17       Q       Thank you.

18             (Deposition Exhibit Number 115 was

19    marked for identification and attached to the

20    transcript.)

21    BY MR. GUISADO:

22       Q       Mr. Howe, I'm showing you what's been



Page 267

1    marked as Exhibit 115 for your deposition, Bates

2    number AOL-DEF-00261937 running all the way

3    through 00261946.  Exhibit 115 is a Region VI

4    executive summary update regarding Central

5    American migrant caravan dated February, 2019.

6              Do you see that?

7        A    I do.

8        Q    Have you seen this document before?

9        A    If I did, I don't recall.

10       Q    I'd like to focus on Bates stamp

11   ending 1942.  That's Page 6 of 10 of the

12   document.  Do you see where it says, "Line of

13   effort 5: foreign partner/stakeholder

14   activities"?

15       A    I do.

16       Q    It says, "OFO - Laredo field

17   office/Northern operations command."

18              Do you see that?

19       A    I do.

20       Q    I'd like to focus on the line that

21   says, ███████████████████████████████████

22   ████████████████████████████████████████████



Page 268

1    then below that says, █████████████████████

2    ████████████████████████████████████████

3    ██████████████     Mr. Howe, what is Grupo Beta?

4         A     I'm not sure.  It sounds familiar.

5         Q     If I told you it was a subagency under

6    INM responsible for asylum seeking, would that

7    ring any bells?

8         A     Not really.  I certainly have heard

9    the name before.

10        Q     Did you ever -- when you had occasion

11   to see the name Grupo Beta before, did you ever

12   ask anyone what it meant?

13        A     I don't recall.

14        Q     Did you ever investigate?

15        A     In the context that I saw it before,

16   heard it before, probably was pretty clear to me.

17   But not seeing or hearing that name very

18   frequently, I can't recall.

19        Q     Maybe I have a document that might

20   refresh your recollection.

21        A     Very good.

22        Q     You can put 115 to the side.



Page 269

1              (Deposition Exhibit Number 116 was

2     marked for identification and attached to the

3     transcript.)

4     BY MR. GUISADO:

5         Q    Mr. Howe, I'm showing you what's

6     marked as Exhibit 116 to your deposition, Bates

7     number AOL-DEF-00706277 running through 6278.

8     Have you seen this document before?

9         A    I don't recall.  It doesn't look

10    familiar.

11        Q    I apologize for the small print, but

12    can you see that it's a series of e-mail

13    exchanges in November 2016 from CBP employees?

14    Do you see that?

15        A    I do.

16        Q    Okay.  I'd like to focus on the bottom

17    e-mail on the bottom of 6277 from CBP CAT sent at

18    9:22 a.m.

19             Do you see that?

20        A    I do.

21        Q    What is CBP CAT?

22        A    I don't know.



Page 270

1      Q     You never heard it before?

2      A     Yeah, I can't think what the acronym

3  is, but I don't remember that.  Crisis Action

4  Team?

5      Q     Better guess than I had.  So the

6  subject of the e-mail says, "RFI.  Please provide

7  response by COB today."  That's a request for

8  information?

9      A     Yes, sir.

10     Q     And it sets out a series of questions

11  on the next page regarding ports of entry and

12  bridge on the Southwest border.

13           Do you see that?

14     A     I do.

15     Q     I'd like to focus your attention to

16  Number 6.  It states, "If the metering is done by

17  Mexico, how is the POE communicating the number

18  of OTMs to be metered to the POE."

19           What is OTMs?

20     A     Other than Mexican.

21     Q     Other than Mexicans.  In parentheses

22  it says, ███████████████████████████████



Page 271

1    ███████████"

2         Do you see that?

3    A    I do.

4    Q    It says, ████████████████████

5    ██████████████████████████████████████

6    ██████████████████████████████████████

7         Does this refresh your recollection as

8    to who or what Grupo Beta is?

9    A    Not really.  But it seems as though

10   it's the entity within the Mexican government

11   that has direct interaction with the port of

12   entry and the migrants that are in Tijuana.

13   Q    ████████████████████████████████

14   A    I can't speculate.  But I -- that's

15   the answer to the question, right?

16   Q    I'm sorry?

17   A    Six is a question, and the answer to

18   the question that was put in there, that was the

19   response from San Diego, right?

20   Q    I don't know what CAT is.  You told me

21   it was the Crisis Action Team?

22   A    Right.  So it appears as though they



Page 272

1    sent this to the port of entry.  The port of

2    entry went to the originating e-mail and then

3    answered the questions.  So that was San Diego's

4    response as I read this.

5         Q    Okay.

6         A    As to how the --

7

8         Q    Does it seem fair to say that based on

9    this document

10

11

12

13

14        A    No.  I think it's just phrasing it

15    differently.

16        Q    How would you phrase it?

17        A

18

19

20

21

22



Page 273



```
 1
 2
 3
 4    Q
 5
 6    A
 7    Q
 8
 9    A     I don't.
10    Q
11
12
13    A     I can't speculate.
14    Q
15
16    A     No.
17    Q
18
19    A
20    Q
21
22
```



MAGNA
LEGAL SERVICES

Page 274

1        A      Isn't that what we're talking about?

2   I thought I already answered that question.

3              So it's done at the local level.  It's

4   dependent upon the port structure and who --

5   who's going to be that person within the port

6   management structure.  It could be first-line

7   supervisor.  It could be second.  It could be

8   watch commander.

9        Q      Are you familiar with the AEU?

10       A      That's a term that one particular port

11  of entry uses.

12       Q      That's specific to San Ysidro?

13       A      Yes.  There may be some other ports

14  that use that same term, but it really is -- I

15  think it originated in San Diego.

16       Q      Which CBP employees constitute the AEU

17  to the best of your knowledge?

18              MS. SHINNERS:  Object; vague as to

19  time frame.

20  BY MR. GUISADO:

21       Q      Between 2016 and 2019 at San Ysidro,

22  which CBP employees constitute the AEU?



Page 275

1      A    Those that are specially trained in

2   processing applicants for admissions beyond the

3   simple -- I call it simple -- beyond the basic

4   primary inspection, the host of different

5   documents that we would need to be processed in

6   secondary dealing with drug seizures, criminal

7   aliens, the breadth of work we do in secondary to

8   include asylum seekers.

9      Q    ███████████████████████████████

10  ███████████████████████████████████████████████

11  ███████████████████████████████████████████████

12  ███████████████████████████████████████████████

13  ███████████████████████████████████████████████

14  ███████████████████████████████████████████████

15     A    I can only see what they wrote, and

16  that was the answer to the question.  So unless

17  -- ███████████████████████████████████      I

18  don't know.

19     Q    Is this document that I have shown you

20  here today the only source of knowledge that you

21  have about communication at San Ysidro between

22  CBP and Grupo Beta?



Page 276

```
 1       A    I know they communicate.  The
 2  communication takes place.  The mode of
 3  communication has not been made clear to me.
 4       Q    What other sources of information
 5  inform your knowledge about communication between
 6  CBP and Grupo Beta specific to metering at San
 7  Ysidro?
 8       A    In previous discussions,
 9  understandings, and perhaps when I was there in
10  2016, ████████████████████████████████████
11  ████████████████████████████████████
12       Q    Can we take a five-minute break?
13       A    Sure.
14            (A brief recess was taken.)
15  BY MR. GUISADO:
16       Q    Mr. Howe, we were discussing before
17  the break, intergovernmental communications
18  between CBP and Grupo Beta.  Do you recall that?
19       A    I do.
20       Q    You testified earlier in this
21  deposition that you spent about four days with
22  your counsel preparing for this deposition; is
```



Page 277

1     that right?

2          A     Four days, no.

3          Q     Not four total days.  Tell me how long

4     did you spend preparing for this deposition with

5     your counsel.

6          A     So we had -- we talked about it

7     before.  But last Friday we did it for 9:00 to

8     4:00, and then earlier in the week for about an

9     hour and a half and the week before 45 minutes.

10    So some time.

11         Q     Did you go over -- and excuse me,

12    because I don't have it in front of me.  There

13    was a previous exhibit that listed all of the

14    30(b)(6) topics.  Do you recall being shown that

15    exhibit today?

16         A     Yes, sir.

17         Q     Do you recall, not off the top of your

18    head, but there was a Topic Number 15 that

19    related to intergovernmental communications

20    between CBP and Mexican immigration?

21         A     Yes.

22         Q     Do you remember that?



Page 278

1              Roughly how much of your time spent

2     with counsel related to that topic number?

3         A     I don't recall specifically.

4         Q     Without telling me anything about the

5     substance of the document, did you review any

6     documents that related to Topic Number 15?

7         A     I believe so, but I -- maybe a couple

8     documents.

9         Q     A couple documents.

10        A     Yeah.

11        Q     You testified that you met with

12    certain subject matter experts; is that right?

13        A     Correct.

14        Q     Did any of those subject matter

15    experts discuss with you intergovernmental

16    communications between CBP and INM?

17        A     No.

18        Q     Did you discuss intergovernmental

19    communications in preparation for this deposition

20    with anyone else at CBP?

21        A     No.

22        Q     Did you, at any point in preparation



Page 279

1    for this deposition, visit any ports of entry?

2        A     I visited ports of entry in the

3    Southwest border previously.

4        Q     During those visits, did you ever have

5    occasion to discuss intergovernmental

6    communications with -- between CBP and Mexico

7    relating to metering?

8        A     I'm sure we did.

9        Q     But you can't recall specifically?

10       A     No.  I think it's -- for me when

11   looking at that topic, I think it's fairly

12   similar across the Southwest border in that

13   communication.  I didn't believe there needed to

14   be an in-depth review.  It was day to day we

15   talked to INAMI.

16       Q     Who is we?

17       A     CBP at the ports of entry in the

18   Southwest border.

19       Q     Could you specify who at CBP?

20       A     As we talked about before, our

21

22



Page 280

1    ███████  and that free-flowing communication

2    includes discussions about our ability to take on

3    additional migrants based on our queue management

4    and our capacity.  So I didn't think there was a

5    lot of research to be done here.  That

6    communication occurs as frequent as it needs to,

7    depending upon our ability to take on additional

8    migrants and whether or not there are any

9    migrants that are in queue.

10        Q    The last document I showed you,

11   Exhibit Number 116, you stated that it appeared

12   that Grupo Beta was the Mexican immigration

13   agency responsible for communicating with CBP

14   about metering; is that right?

15        A    Correct.

16        Q    And that's at the San Ysidro and

17   possibly also Otay Mesa port of entry?

18        A    Correct.

19        Q    Is San Ysidro the busiest pedestrian

20   crossing port of entry in the country?

21        A    I believe it's the busiest port of

22   entry, not only for pedestrians but for vehicles.



Page 281

```
 1        Q     For vehicles as well?

 2        A     Yeah.

 3        Q     Does it receive the most, if you know,

 4   applications for asylum compared to other ports

 5   of entry?

 6        A     Based on sheer volume, probably.  When

 7   you're looking at pedestrians, on average they

 8   process at San Diego about 13 to 15,000

 9   pedestrians a day.  The other -- some of the

10   other Southwest border crossings, one in Laredo,

11   I think it's Lincoln Bridge, about 10 to 13,000.

12   PDN, about 13,000 on average.

13        Q     PDN is El Paso?

14        A     Yes, El Paso.  Paso del Norte.

15        Q     El Paso is either in second or third.

16        A     About 10 to 13,000.  But San Diego is

17   very busy.

18        Q     Okay.  In preparation for this

19   deposition, did you ever speak to any first-,

20   second-, or third-line managers about asylum --

21   the asylum process?

22        A     No.
```



Page 282

1     Q     Even though, as you stated, San

2  Ysidro, San Diego is generally the busiest

3  pedestrian crossing?

4     A     It is generally.

5           (Deposition Exhibit Number 117 was

6  marked for identification and attached to the

7  transcript.)

8  BY MR. GUISADO:

9     Q     Mr. Howe, showing what we marked as

10  Exhibit 117, Bates number AOL-DEF-00349672 that's

11  going through AOL-DEF-00349674.

12           Do you see that?

13    A     I do.

14    Q     Exhibit 117 doesn't seem to have a

15  title; is that right?

16    A     I don't see a title.

17    Q     And it doesn't have a date on it

18  either; is that right?

19    A     I don't see a date.

20    Q     Okay.  I'd like to direct your

21  attention very briefly, maybe a third of the way

22  down the page, that says "Haitians."  It says,



Page 283

1   "Beginning in February 2016," that leads me to

2   believe this document was created after February

3   2016.  Does that sound right to you?

4        A    It seems to be true.

5        Q    I'd like to direct your attention to

6   the last page where it says, "Best practices."

7   It says, ██████████████████████████████████████

8   ████████████████████████████████████████████████

9   ██████████████████████████████████████████

10            Have you seen this document before?

11       A    I don't recall that I have.

12       Q    ████████████████████████████████

13   ████████████████████████████████████████████████

14   ████████████████████████████████████████████████

15   ████████████████████████████████████████████████

16       A    That's what the document states.  I'm

17   not sure what your question is.

18       Q    Is it a best practice to the extent of

19   your knowledge?

20            MS. SHINNERS:  Objection to the

21   scope -- excuse me.  Objection; vague as

22   practices as to where.



Page 284

```
 1                    THE WITNESS:  I don't understand your

 2       question.

 3       BY MR. GUISADO:

 4            Q     Let me ask a better question.

 5            A     The document doesn't have a title.

 6            Q     ███████████████████████████████

 7       ████████████████████████████████████████

 8       ████████████████████████████████████████

 9            A     The metering and queue management is

10       being done by CBP.  ████████████████████████

11       ████████████████████████████████████████████

12       ████████████████████████████████████████████

13       ████████████████████████████████████████████

14       ████████████████████████████████████████████

15       ████████████████████████████████████    So

16       they're not metering.  We are.  We're conducting

17       our queue management, and the communication is

18       from us to them and them to us as to what our

19       capacity is to allow additional migrants to

20       present themselves.

21            Q     Do you know how this relationship

22       began?
```



Page 285

1      A    Well, at a local level, we had a

2  relationship with the Mexican authorities well

3  before February of 2016.  So at a local level

4  through those normal relationships, I'm sure that

5  the management team engaged with them, probably

6  more formally initially during regular

7  reoccurring meetings we have.

8      Q    What do you mean by "more formally"?

9      A    I mean this is something that we

10  haven't been doing forever.  So --

11     Q    ████████████████████████████

12     A    ████████████████████████████

13     Q    ████████████████████████████

14          MS. SHINNERS:  Objection; vague.

15          THE WITNESS:  You're asking me how

16  this started?

17          MR. GUISADO:  Yeah.

18          THE WITNESS:  ████████████████

19  ████████████████████████████████████

20  ████████████████████████████████████

21  ████████████████████████████████████

22  BY MR. GUISADO:



Page 286

1    Q    

2

3    A

4

5

6

7

8    Q    You've never attended any of these

9    meetings?

10   A    Never worked on the San Diego during

11   this time period.

12   Q    Do you know how regularly they occur?

13   A    I don't.

14   Q    Have you ever asked anyone how

15   regularly they occur?

16   A    No.

17   Q    Have you ever spoken with anyone at

18   CBP about meetings between CBP and Mexican

19   immigration about metering?

20   A    No.

21        (Deposition Exhibit Number 118 was

22   marked for identification and attached to the



Page 287

1    transcript.)

2    BY MR. GUISADO:

3        Q     Mr. Howe, I'm showing you what's been

4    marked as Exhibit 118 bearing the Bates stamp

5    AOL-DEF-00274019 through 4020.  Do you see that?

6        A     I do.

7        Q     Exhibit 118 appears to be an e-mail

8    sent Friday, September 6th, 2019.  It's a

9    significant visit summary from OFO.

10               Do you see that?

11       A     Excuse me.  I do.

12       Q     I'd like to focus somewhere in the

13   middle down the page beginning with the sentence

14   "Attorney Linda Rivas."

15               Do you see that?

16       A     Yes, I do.

17       Q     It says, "Attorney Linda Rivas from

18   the Las Americas Immigrant Advocacy Center

19   provided an advocate perspective of the Migrant

20   Protection Protocols (MPP).  She indicated a

21   concern that a ███████████████████████████████

22   ██████████████████████████████████████████████



Page 288

1 ████████████████████████████████████

2 ██████████████████     What's COESPO?

3      A     I'm not sure.

4      Q     Is this the first time you've ever

5 seen the name before?

6      A     In my position, I would have been

7 copied on this when it was sent out.  So whether

8 or not I read it very carefully at that time, I

9 don't know.  I'm trying to skim it quickly here.

10 It seems vaguely familiar.  But I'm not familiar

11 with that COESPO.

12      Q     Do you know what they refer to when --

13 excuse me.  Do you know what the document refers

14 to when it says "metering list"?

15      A     I know that there are individuals that

16 are on the Mexican side waiting to cross to be

17 processed.  So they may be referring to that

18 number of people.  What I don't know is if this

19 Chihuahua state is only talking about the area

20 adjacent to El Paso or is that a Southwest border

21 entity.  Are they speaking on behalf of the whole

22 Southwest border, or is it just the state across



Page 289

```
 1   from El Paso?  I don't know enough about that

 2   state agency to know what their scope is.

 3        Q     Why would that state agency maintain a

 4   metering list?

 5              MS. SHINNERS:  Objection; calls for

 6   speculation.

 7   BY MR. GUISADO:

 8        Q     You can answer, if you know.

 9        A     I really don't know.

10        Q     Do you know if COESPO is under INM as

11   a subagency?

12        A     I do not know that.

13        Q     Do you know if CBP communicates with

14   COESPO with respect metering?

15        A     I don't know.

16        Q     How does an asylum seeker apply for

17   asylum at the El Paso port of entry?  Let's take

18   PDN, specifically.

19        A     That's one of the crossings.  It's an

20   international boundary where -- it's a bridge.

21   So it's a border crossing, and the boundary line

22   is in the middle of the bridge.  So undocumented
```



MAGNA ▶
LEGAL SERVICES

Page 290

1   individuals present themselves at that boundary

2   line based on our queue management.  We have the

3   capability of taking migrants from that boundary

4   point to our port of entry.

5        Q    What happens if -- because of queue

6   management, you cannot accept the asylum seeker

7   at that time?

8        A    They don't cross.  They stay in Mexico

9   until we have the capacity.

10       Q    Do you have any knowledge of how an

11  asylum seeker would know when to come back?

12       A    It varies by location.  So in San

13  Diego -- the Mexican immigration work closely

14  with shelters, and they kind of manage that whole

15  process.

16       Q    How does that information get to CBP?

17       A    We don't have that information.

18       Q    You don't have that information?

19       A    No.

20       Q    You can put the document to the side.

21       A    Thank you.

22            (Deposition Exhibit Number 119 was



Page 291

1  marked for identification and attached to the

2  transcript.)

3  BY MR. GUISADO:

4      Q    Mr. Howe, I'm showing you what's been

5  marked as Exhibit 119, bearing Bates stamp

6  AOL-DEF-00238212 through 213.  This exhibit is an

7  e-mail chain between certain individuals who work

8  for CBP, including Sidney Aki.

9      A    Aki.

10     Q    Aki, sorry.  I'd like to focus your

11 attention to the e-mail sent on Saturday, April

12 14th at 2018 at 4:10 p.m.

13          Do you see that?

14     A    I do.

15     Q    It's from Sergio Guzman who's the

16 branch chief of CBP.  He's e-mailing Mariza

17 Marin, Robert Hood, Anne Maricich, Sidney Aki.

18 Do you see where it says,

19

20

21

22



Page 292



```
 1
 2
 3
 4
 5              MS. SHINNERS:  Object; beyond the
 6    scope.
 7    BY MR. GUISADO:
 8         Q     You can answer.
 9         A     I don't have any insight as to -- I've
10    never seen this before.  As far as I know, it's
11    still who they're looking for and why.
12
13
14
15
16         Q
17
18
19         A     I do.
20         Q     -- for queue management purposes?
21         A     Yes, sir.
22         Q
```



Page 293



```
1

2

3      A

4

5

6

7

8

9

10

11      Q    You can read it.

12      A    Okay.  Generally, you know, Mexico is

13  a sovereign country.  How they present

14  individuals to us, we don't control -- we don't

15  get involved in that.

16      Q    Why not?

17      A    Because Mexico is a sovereign country,

18  and that's -- that's the way they're managing it.

19      Q    Why would you contact Grupo Beta then?

20      A    I don't know.

21      Q    Same reason you don't know why CBP

22  would contact COESPO?
```



Page 294

```
 1        A     Let's finish the first thing.  Can I
 2   go back to this and read this?
 3        Q     Of course.  Take your time.
 4        A     After reading it, it seems to be just
 5   looking to gain situational awareness as to the
 6   caravan that they're focusing on, whether or not
 7   they have arrived south of Tijuana.
 8        Q     Why would you need situational
 9   awareness about that?
10              MS. SHINNERS:  Objection; scope.
11   BY MR. GUISADO:
12        Q     You can answer.
13        A     To be able to be better prepared to --
14   be better prepared to be able to deal with the
15   complexities of what we do.
16        Q     Can you be more specific?
17        A     It's hard to speculate.  I mean back
18   in that time frame, San Diego, what we were
19   thinking about on April -- in April of 2018.
20        Q     I'd like to focus your attention to
21   the e-mail sent from Robert Hood about two-thirds
22   of the way down the page, sent Saturday, April
```



Page 295

1    14, 3:51 to Mariza Marin and Sergio Guzman.  It

2    says, ████████████████████████████████

3    ████████████████████████████████████████

4    ████████████████████████████████████████

5    ████████████████████████████████████████

6    ████████████████████████████████████████

7         A     It's hard to tell.

8         Q     You never discussed this with any

9    subject matter experts?

10        A     No, not that I recall.

11        Q     Without getting into the substance of

12   the conversation, did you discuss this generally

13   with your counsel at any of the four meetings?

14        A     Discuss what?

15        Q     ████████████████████████████████

16   ████████████████████████████████

17        A     We did talk about --

18              MS. SHINNERS:  Objection.  Go ahead.

19   Objection; scope.

20              THE WITNESS:  We did talk.

21   BY MR. GUISADO:

22        Q     And you can't -- after that



Page 296

```
 1   communication, you can't tell me today whether
 2
 3
 4
 5              MS. SHINNERS:  Objection; misstates
 6   testimony and prior questions.
 7              THE WITNESS:  I don't know.
 8              MR. GUISADO:  You don't know.  Take
 9   five minutes.
10              THE WITNESS:  Yes, sir.
11          (A brief recess was taken.)
12              MR. MEDLOCK:  Sir, those are the
13   questions we have for you at this time.  I don't
14   know if your counsel has questions.
15              MS. SHINNERS:  I do.  Would it be
16   okay -- I know we just took a break, but we
17   didn't -- would it be okay if we just took about
18   10 to 13 minutes -- 10 to 15 minutes to just go
19   over everything?  I do -- I do have some
20   questions.  I don't think it will be super long.
21              MR. MEDLOCK:  That's fine.
22          (A brief recess was taken.)
```



Page 297

1          EXAMINATION BY COUNSEL FOR THE DEFENDANTS

2     BY MS. SHINNERS:

3          Q     Mr. Howe, you have in front of you

4     what was earlier marked by the court reporter as

5     Exhibit 88, correct?

6          A     Correct.

7          Q     I'm just going to ask you one

8     question.  On the top e-mail of this document,

9     there's a table.  And do you see the column that

10    at the heading for the column says "percentage of

11    CF migrant capacity"?

12         A     Correct.

13         Q     What type of capacity is that column

14    referring to?

15               MR. MEDLOCK:  Objection.  That's two

16    questions.  You said you'd only ask him one.

17    BY MS. SHINNERS:

18         Q     Sorry.  What type of capacity is that

19    column referring to?

20         A     That's referencing the actual physical

21    capacity.

22         Q     Okay.



Page 298

1          A      For those ports of entry.

2          Q      Thank you.  Earlier in your testimony

3     you referred -- you were asked the acronym or

4     initial UAC and what that stands for, and I

5     believe you said undocumented alien children.  Is

6     that what UAC stands for?

7          A      If I did, I was tongue-tied.  It's

8     unaccompanied alien child.

9          Q      Great.  Thank you.

10         A      Not undocumented.

11         Q      Okay.  So earlier in your testimony,

12    Mr. Medlock asked you -- I believe he asked you

13    about times when CBP OFO would prioritize the

14    processing of aliens without documents, and you

15    discussed -- you discussed circumstances where

16    aliens who are members of vulnerable populations

17    might be processed as a matter of priority.

18              Would CBP or OFO have to divert

19    resources to process the vulnerable populations?

20         A      Depending upon the impact and how many

21    people we're talking about.  It would have to

22    come at a cost because all of our officers are



Page 299

1    focused on our priority mission.  So we wouldn't

2    divert our resources from our counter-terrorism,

3    our counter-narcotic.  If we had a group of

4    vulnerable population, it would have to come at a

5    cost to be able to process them, the care and

6    feeding, security.  So most likely it would come

7    from our facilitation mission.

8              So at a port of entry that has, let's

9    say, 25 auto lanes or 12 pedestrian lanes, ████

10   ████████████████████████████████████████████████

11   ████████████████████████████████████████████████

12   ████████████████████████████████████████████████

13        Q    Okay.  Switching gears -- switching

14   topics, you were discussing early in your

15   testimony about communications between port

16   operations from ports of entry along the

17   Southwest border with Mexican government

18   officials.  Do you recall that testimony?

19        A    I do.

20        Q    My question is, not every port of

21   entry -- not every land port of entry along the

22   Southwest border communicates with Mexican



Page 300

```
 1   governmental entities relating to metering queue

 2   management; is that correct?

 3        A     That's correct.

 4              MR. MEDLOCK:  Object to form as

 5   leading.

 6              THE WITNESS:  I didn't hear what was

 7   said.

 8              MR. MEDLOCK:  I objected to the form

 9   of the question as leading.  It's all right.  You

10   can go ahead.

11              THE WITNESS:  I'm sorry.  Could you

12   restate?

13   BY MS. SHINNERS:

14        Q     I'll ask a different way.

15        A     Okay.

16        Q     Does every port of entry along the

17   Southwest border communicate with Mexican

18   government officials concerning metering or queue

19   management?

20              MR. MEDLOCK:  Object to the form for

21   the same reason.

22              THE WITNESS:  No.  There are some
```



Page 301

1    ports where --

2

3

4

5

6

7

8

9

10

11              MS. SHINNERS:  That's all the

12    questions I have for you.

13              MR. MEDLOCK:  No redirect.  Thank you.

14              MS. SHINNERS:  Just want to note that

15    the witness would like to read and sign and that,

16    just for the record, just note the transcript is

17    designated confidential for 30 days from receipt.

18    (Whereupon, the signature not having been waived,

19    the deposition concluded at 4:53 p.m.)

20

21

22



Page 302

1                          *    *    *

2                ACKNOWLEDGMENT OF DEPONENT

3

4     I, Randy J. Howe, do hereby acknowledge I have

5     read and examined the foregoing pages of

6     testimony, and the same is a true, correct and

7     complete transcription of the testimony given by

8     me, and any changes and/or corrections, if any,

9     appear in the attached errata sheet signed by me.

10

11

12    _____    _____

13    Date        Randy J. Howe

14

15

16

17

18

19

20

21

22



Page 303

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2              I, Tammy S. Newton, the officer before

3    whom the foregoing proceedings was taken, do

4    hereby certify that the foregoing transcript is a

5    true and correct record of the proceedings; that

6    said proceedings were taken by me

7    stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by

10   any of the parties to this case and have no

11   interest, financial or otherwise, in its outcome.

12             IN WITNESS WHEREOF, I have hereunto set

13   my hand and affixed my notarial seal this 13th

14   day of January, 2020.

15   My commission expires:

16   7/31/2022

17

18                        _____

19                        Notary Public in and for the

20                        District of Columbia

21

22



Page 304

1               DEPOSITION ERRATA SHEET

2     Page No. _____ Line No. _____ Change to:

3     _____

4     Reason for Change: _____

5     PageNo. _____ Line No. _____ Change to:

6     _____

7     Reason for Change: _____

8     Page No. _____ Line No. _____ Change to:

9     _____

10    Reason for Change: _____

11    Page No. _____ Line No. _____ Change to:

12    _____

13    Reason for Change: _____

14    Page No. _____ Line No. _____ Change to:

15    _____

16    Reason for Change: _____

17    Page No. _____ Line No. _____ Change to:

18    _____

19    Reason for Change: _____

20

21    SIGNATURE:_____

22            Randy J. Howe



Page 305

1                   DEPOSITION ERRATA SHEET

2     Page No. _____ Line No. _____ Change to:

3     _____

4     Reason for Change: _____

5     Page No. _____ Line No. _____ Change to:

6     _____

7     Reason for Change: _____

8     Page No. _____ Line No. _____ Change to:

9     _____

10    Reason for Change: _____

11    Page No. _____ Line No. _____ Change to:

12    _____

13    Reason for Change: _____

14    Page No. _____ Line No. _____ Change to:

15    _____

16    Reason for Change: _____

17    Page No. _____ Line No. _____ Change to:

18    _____

19    Reason for Change: _____

20

21    SIGNATURE: _____

22              Randy J. Howe



**A**

**ability** 15:7
84:13,15 87:22
87:22 88:1
105:6 163:1
169:11 207:21
262:15 272:21
280:2,7
**able** 78:22 79:4
84:18 88:14
105:10,19
150:4 170:22
203:19 215:15
294:13,14
299:5
**Absent** 101:11
**Absolutely**
51:16 218:11
248:10
**abstract** 49:9
**AC** 224:1
**academy** 65:14
65:16,18,19,21
**accept** 290:6
**access** 209:4
**accommodate**
136:11
**account** 18:16
157:10,21
162:14 163:1
165:19 193:11
193:15,16,21
273:15
**accounts** 220:13
**accurate** 207:17
252:6
**accurately** 13:16
14:4 116:9
**achieve** 132:22
**acknowledge**
302:4
**ACKNOWLE...**
302:2
**acronym** 86:17
270:2 298:3

**Act** 97:4,11
**acting** 96:18
118:3 219:13
225:12,15
227:6 252:20
255:10 256:8
**Action** 91:10,14
111:17 112:10
113:6,11,15,20
200:14 270:3
271:21
**activities** 267:14
**activity** 260:19
**actual** 104:12
142:2 147:8
191:12,21
197:19 198:5,6
198:10 199:12
199:16,18,19
200:1,4 201:8
201:11,15,20
202:3,8 204:5
207:5 297:20
**acute** 207:16
**add** 66:5
**additional** 26:12
46:10,15,15
203:20 204:18
208:11,16
231:1 240:10
240:18 280:3,7
284:19 301:10
**address** 120:12
152:1 159:8
**addressing**
131:5,14
160:19
**adds** 254:11
**adjacent** 288:20
**administration**
218:19 222:3
**admissibility**
42:2,4,12
43:21 44:7
45:2,12 89:8
89:11 262:19

**admission** 58:5
79:1 91:7
101:8 122:18
126:5
**admissions**
275:2
**admitted** 78:21
**adoption** 51:22
**Adriana** 252:16
**adults** 93:6
**advance** 252:3
255:9
**advise** 19:11
20:22 214:17
292:2
**advised** 291:19
**advising** 253:12
**advisory** 68:12
206:16 263:8
**Advocacy**
287:18
**advocate** 287:19
**AEU** 89:5
106:20 107:3,8
107:10 190:13
191:9 262:11
262:14,17
271:4,13
272:12 274:9
274:16,22
275:9
**Affairs** 13:9
**affidavit** 14:13
**affidavits** 14:15
**affixed** 303:13
**afford** 118:17
146:10 147:16
**afternoon**
253:16 257:8
257:13
**afternoon/tom...**
253:14
**agencies** 130:1
259:13,15
261:4 263:5
**agency** 34:4 87:8

206:9 222:22
280:13 287:21
289:2,3
**agenda** 27:12
233:16 237:1
**agent** 64:20 65:5
**ago** 11:4 35:4,16
36:2 37:3 40:1
112:13
**agreement** 2:10
**agriculture** 75:2
**aguisado@ccr...**
3:15
**ahead** 19:18
24:2 46:4
48:17 51:12
88:12 90:16
94:15 95:3,5
102:5 109:13
129:12 133:11
134:11 155:13
205:20 223:12
295:18 300:10
**aimed** 185:22
**air** 228:9
**airports** 130:13
170:4 263:7
**Aki** 177:21
181:8 232:15
234:6 291:8,9
291:10,17
**Aki's** 178:2
**al** 1:4,4,7 56:13
60:7
**Alabama** 65:19
65:22
**Alberto** 108:11
252:15,19
254:6
**Aleaziz** 218:18
**Alex** 291:18
**alien** 82:5,15
102:17 136:1
159:8,9 298:5
298:8
**aliens** 97:3,9

100:9,13,16,19
101:12 103:1,6
103:13 122:1
129:18 138:19
139:3 275:7
298:14,16
**alleged** 247:17
**allow** 49:8 120:3
284:14,19
**allowed** 101:7
176:12
**allows** 116:17
**alluding** 115:1
**Alyce** 72:10
**ambiguous**
123:18,20
139:21
**American** 267:5
**Americas**
287:18
**amount** 14:21
38:21 84:7
**Andrade** 216:18
216:19,22
217:6
**and/or** 51:19
52:11 159:11
162:1 271:5
272:12 275:10
302:8
**ANGELO** 3:10
**Anne** 232:15,18
234:13 291:17
**Annex** 159:17
160:9,18
**announced**
102:22 256:13
**annually** 228:5
**answer** 15:6
16:5,6,12,13
17:12 20:5
23:19 43:2,4
46:2 51:3,7
54:7,13,18
55:3 58:12
64:5 77:5 85:6



85:22 88:3
95:9,9 105:5
112:21 115:22
134:21 135:4
143:18 146:21
148:12 150:12
154:21 155:3
156:18 164:12
164:22 172:1
217:11 229:14
240:21 260:13
271:15,17
275:16 289:8
292:8 294:12
**answered** 58:9
272:3 274:2
**answering** 38:2
59:16
**answers** 15:11
58:11,17
121:14 225:6
**anticipated**
179:2
**anybody** 29:13
30:8 31:6 37:9
194:17,21
235:12 242:6
242:10
**anymore** 115:2
**AOL-DEF-00...**
98:15
**AOL-DEF-00...**
100:4
**AOL-DEF-00...**
98:16
**AOL-DEF-00...**
224:22
**AOL-DEF-00...**
198:20
**AOL-DEF-00...**
199:7
**AOL-DEF-00...**
221:18
**AOL-DEF-00...**
140:7
**AOL-DEF-00...**

151:2
**AOL-DEF-00...**
229:2
**AOL-DEF-00...**
121:4
**AOL-DEF-00...**
177:18
**AOL-DEF-00...**
181:5
**AOL-DEF-00...**
184:16
**AOL-DEF-00...**
202:19
**AOL-DEF-00...**
196:6
**AOL-DEF-00...**
189:20
**AOL-DEF-00...**
252:14
**AOL-DEF-00...**
240:3
**AOL-DEF-00...**
245:15
**AOL-DEF-00...**
291:6
**AOL-DEF-00...**
232:13
**AOL-DEF-00...**
267:2
**AOL-DEF-00...**
206:3
**AOL-DEF-00...**
206:4
**AOL-DEF-00...**
287:5
**AOL-DEF-00...**
200:15
**AOL-DEF-00...**
201:4
**AOL-DEF-00...**
108:9
**AOL-DEF-00...**
282:10
**AOL-DEF-00...**
282:11
**AOL-DEF-00...**

248:2
**AOL-DEF-00...**
269:7
**AOL-DEF-00...**
144:13
**AOL-DEF-00...**
111:8
**AOL-DEF-00...**
236:9
**AOL-DEF-01...**
137:14
**AOL-DEF-03...**
205:6
**AOL-DEF-16**
96:10
**AOL-DEF-30...**
211:22
**AOL-DEF-4**
96:10
**AOL-DEF-5**
96:22
**apologize** 57:16
63:16 172:3
188:21 230:18
269:11
**App** 193:1 271:5
273:11,15,18
275:11
**appear** 93:20
94:13 96:12,15
302:9
**appeared** 4:19
280:11
**appears** 100:2
152:10 180:12
181:3 271:22
287:7
**appendices**
159:16 160:12
**applicable**
100:19
**applicants**
218:21 222:4
250:14 275:2
**application**
88:17 101:8

174:11 206:22
**applications**
281:4
**applied** 130:8
**applies** 43:15
130:4,16,20
131:9
**apply** 78:22
130:13 135:20
265:19 289:16
**applying** 84:17
130:10 186:10
265:22 266:12
**appointment**
226:3
**apprehension**
97:2 122:2
**approach** 161:9
167:18 301:3
**approaching**
177:3 183:10
184:3
**appropriate**
203:21
**appropriately**
216:11
**approximately**
109:4,10
200:21
**April** 7:3 13:19
145:22 177:2,9
177:19 178:19
179:19 181:12
182:14 183:4
183:19 184:4
184:18 185:6
186:20 187:13
188:17 189:5
189:21,21
190:5 195:18
195:19 196:7,8
196:13 197:16
197:17 198:11
199:2 200:14
201:11,19,19
203:7 204:4

227:10 230:13
230:19,22
291:11 294:19
294:19,22
**arbitration** 12:8
12:9
**Arce** 252:16
**area** 288:19
**areas** 57:11,13
57:14 166:19
**argument** 32:4
145:20
**argumentative**
28:20
**Arizona** 198:7
210:22 211:1
**Armijo** 233:8
**Armijo's** 233:9
**arrest** 23:10
**arrested** 17:22
23:12
**arrests** 104:20
106:3
**arrival** 179:2
**arrivals** 131:22
132:2
**arrive** 132:17
217:7
**arrived** 195:20
242:13 294:7
**arrives** 88:5
102:17 170:17
171:9
**arriving** 97:9
100:9,13,16
102:10 103:1
103:13 122:1
122:19 126:5
129:18 132:12
133:22 139:3
295:3 296:3
**article** 7:13
218:17 219:2,4
219:7
**articulate** 44:12
**aside** 165:14



189:3
**asked** 31:9,17
43:6 50:17
54:3 55:17
57:16 74:7
149:9 150:3,6
154:20 155:2
156:15 163:18
163:21 169:1
258:1 286:14
298:3,12,12
**asking** 26:3 30:2
49:3 50:7
53:10 54:1
105:1 123:12
126:15 134:5
162:18,20
165:12 189:4
257:14 264:15
285:15
**assert** 48:22
**asserted** 207:11
**asserting** 207:1
**assertion** 207:2
207:4 208:22
**assess** 118:9
**assesses** 117:1
**assessment**
191:11
**assign** 156:9
**assigned** 64:21
**assignment** 65:2
73:16 112:5,7
170:3 178:7
**assist** 59:8 170:3
**assistance** 162:2
162:8,15
**assistant** 69:4
70:22 74:17
75:1 98:19
108:18 112:2
178:16 219:13
233:12
**associated** 88:17
**association**
187:17

**assume** 243:8
**assumes** 137:2
155:12
**assuming** 24:19
24:22 248:19
**assumption**
243:9
**asylum** 42:15
43:12,15,18
44:15 48:9
66:2 76:6 83:5
83:12,19 84:3
84:11,17 86:11
87:1,4,10,18
88:7,17 89:6
92:2,7,20 93:9
93:14,18 94:5
95:19 104:4
110:21 118:1
118:11 126:12
127:2,10
128:17 129:9
130:11,22
131:17 132:2
132:12,16
133:4,7,21,21
134:9 135:11
135:16 136:8
139:18 141:20
146:15,22
148:8 149:1
156:4,14
157:17,22
163:16 164:4
164:16 165:2
165:18 166:3,9
166:18,21
168:6,13
169:15 173:2
174:12 186:10
188:12,19
189:7 194:3
210:2,18 211:5
215:1 216:8
217:7 218:1,5
218:20 219:16

220:2 222:4
231:13,19
238:8 240:8,16
241:10 243:5,8
244:2,7,18
245:4 246:8
250:14,17
251:9 253:20
258:9,12 268:6
275:8 281:4,20
281:21 283:8
283:14 284:8
289:16,17
290:6,11
**asylum-seeker**
254:21 255:1
**attache** 185:15
264:12
**attached** 8:10
18:21 33:3
59:22 63:7
96:4 98:10
108:3 111:3
120:20 137:8
140:2 144:8
150:18 158:6
177:12 180:21
182:8 184:11
186:15 189:14
196:1 198:14
200:9 202:13
204:22 211:11
218:14 221:13
224:15 228:19
232:7 236:4
239:8 243:13
245:8 247:10
248:12 252:9
255:4 266:19
269:2 282:6
286:22 291:1
302:9
**attachment**
190:8 254:11
254:12
**attachments**

229:17 230:5
254:12,13
**attempt** 55:14
**attend** 31:3 41:2
47:18 228:10
228:13,15
**attended** 40:22
227:20 286:8
**attendees** 47:10
**attending**
234:20
**attention** 96:21
104:14 154:16
172:14 270:15
282:21 283:5
291:11 294:20
**Attorney** 287:14
287:17
**attorney-client**
42:20
**attributable**
203:13 222:16
222:20 223:6
**audible** 15:10
**August** 68:18,19
68:21 151:3,13
152:6 154:22
205:7,7 208:11
208:13 236:10
236:19 253:2
254:7
**author** 109:19
**authorities**
184:5 260:3,22
261:9 266:8
272:7,22
284:11 285:2
285:21 286:4
**authority** 80:16
147:20,21,22
148:3,9 186:5
**auto** 299:9
**automated** 91:5
91:18
**automatically**
182:20

**availability**
207:22
**available** 164:14
180:3
**average** 281:7
281:12
**avoid** 46:1
**aware** 20:20
110:17 112:16
118:12 135:9
145:22 150:16
167:22 171:20
172:10,12
173:14 176:11
180:5 192:15
204:15 238:9
238:15 263:19
263:21 273:19
**awareness**
112:13 148:14
255:19 294:5,9
**awareness/visi...**
196:19
**a.m** 1:17 22:8
99:7 114:12
138:13 152:7
179:19 181:13
185:7 186:20
187:13 196:13
199:3 208:12
208:13 269:18

**B**

**B** 78:15,16 79:4
79:8,15 161:5
**back** 7:11 48:12
54:22 55:6
68:21 72:6
77:4 119:4
134:3,17
136:12,13
146:20 155:20
159:16 160:12
160:14,15
169:3 206:1
208:15,18



226:4 241:12
241:19 250:15
290:11 294:2
294:17
**background**
119:19 293:4,8
**bad** 65:2
**balance** 118:17
120:3 146:11
147:18 148:1
148:13 156:5
**based** 46:13 53:1
55:13 104:13
118:18 120:13
146:17 156:10
207:5 242:14
280:3 281:6
290:2
**basic** 21:3 275:3
**basically** 49:4
67:9
**basis** 90:12
102:1 259:15
259:16 260:14
280:1
**Bates** 96:9 98:15
100:4 108:8
111:8 121:3
137:13 140:7
144:13 150:22
151:2 158:14
177:17 181:5
184:15 189:19
198:19 199:6
200:15 201:3
202:18 205:6
206:2,3 211:22
221:17 224:21
229:1 236:9
240:3 245:15
248:1 252:14
267:1,10 269:6
282:10 287:4
291:5
**Beach** 65:1,5,7

66:4,6 70:5
**bearing** 121:3
287:4 291:5
**bears** 96:9 108:8
137:13 140:6
144:12 150:22
151:1 177:17
181:5 184:15
198:19 200:15
202:18 221:17
236:9 252:14
**bed** 255:3
**began** 210:2
264:21,22
265:7 273:5
284:22
**beginning** 11:22
113:21 114:4
121:3 160:5
206:2 223:22
242:11 283:1
287:13
**begins** 97:7
98:15 100:12
100:16 146:7
161:6 196:6
203:17 205:5
216:17 219:9
232:12 241:4
250:6,9
**behalf** 3:2 4:1
288:21
**belief** 204:16
**believe** 11:17
12:6 33:16
38:9 42:10
51:3 59:2 70:8
76:16,18,20
77:21 78:4
82:3,5 89:14
110:19 112:2
113:12 114:2
128:18 130:6
146:10 147:5
154:15 168:9
168:15,21

172:18 173:18
173:21 175:10
175:22 183:13
183:17 191:6
191:10 204:12
216:17 224:11
240:22 278:7
279:13 280:21
283:2 298:5,12
301:3
**believed** 204:8
248:12
**bells** 263:3 268:7
**Ben** 4:6
**beneath** 19:10
60:15 109:3
125:12 126:3
152:4 159:4
191:1 203:6
212:19 214:13
**benefits** 185:21
**best** 11:20 12:13
15:6 19:21
25:6,17 28:2
28:14 31:22
44:17 120:14
263:15 264:17
264:20 274:17
283:6,12,18
**Beta** 268:2,3,11
271:4,8 272:11
273:21 275:11
275:22 276:6
276:18 280:12
283:8,13 284:7
291:19 292:17
292:22 293:19
295:3,15 296:2
**better** 112:13
264:1 265:4
270:5 284:4
294:13,14
**Beverly** 225:2,9
225:11,17
**beyond** 24:8
160:4 242:17

275:2,3 292:5
**big** 255:2
**bin** 21:21 24:15
25:21 26:4
**binder** 48:4
**biometrics**
88:15
**birth** 73:9
187:22
**bit** 87:13 133:19
170:9 215:3
257:14 263:11
264:1
**black** 212:8,15
**blacked** 162:3
**blank** 72:14
**bleeding** 231:5
**body** 219:8
250:5
**bold** 190:21
203:12
**book** 156:16
229:20
**boots** 118:19
194:15 264:9
**border** 1:12 9:19
10:2 13:13
14:1 22:18
23:3 25:14,21
33:11 42:16
48:10 64:3,20
65:4,14,16
68:22 69:5,22
70:3 71:1
73:13,19,22
74:4,8,10,11
74:11 76:10
79:11,16 83:6
85:4,11,18
86:12 87:2,11
87:19 90:3,8
90:11,19 91:3
98:19 104:6
114:1,7 122:19
125:1 126:6
128:9,20 129:6

130:4,8,16,21
131:10,22
132:5,7,10
134:1 135:11
162:16 163:2,6
165:8 166:2,12
166:13 168:17
169:16,18
170:3,4,5,18
171:10 172:20
184:5 192:20
194:22 195:4
195:20 197:16
209:9 214:6
215:21 224:11
228:7,8 229:13
231:4 233:12
233:16 234:8
234:10,22
237:21 239:22
240:10,18
247:20 250:12
260:16,17
261:9 265:13
265:15,20
266:1,10,12
270:12 279:3
279:12,18
281:10 288:20
288:22 289:21
292:1 299:17
299:22 300:17
**borders** 97:16
**boss** 22:13
**bottom** 60:11
96:10 160:1
240:2,6 241:5
253:2 269:16
269:17
**boundary**
141:12 142:1,1
142:5,19,20
152:17 165:4
171:21 172:6
174:9 176:13
209:11,13,17



209:21 213:15
289:20,21
290:1,3
**Box** 4:6
**Boy** 12:13
**Boyd** 205:9
**Brad** 137:17
138:1 236:11
**branch** 291:16
**branching** 74:18
**Brandy** 186:20
**breadth** 275:7
**break** 16:13
56:3 89:20
184:6 185:22
186:9 205:18
276:12,17
296:16
**breaks** 16:9
**Brian** 61:11
**bridge** 138:19
142:6 226:4
270:12 281:11
289:20,22
**brief** 20:18
21:12 36:9,11
36:14,15 89:22
205:19 257:2
276:14 296:11
296:22
**briefed** 188:3
249:10
**briefing** 21:2
22:14 27:1,3
28:17 220:2,14
229:20
**briefly** 282:21
**briefs** 222:21
**bring** 22:1 26:10
59:18 203:20
**Broadway** 3:12
**brought** 26:7
95:14 172:14
**Brown** 2:4 3:4
162:6
**Brownsville**

77:22 78:1
159:18 160:18
162:7
**buckets** 104:11
**Buffalo** 66:11,15
66:21 68:21
69:1,5 70:17
70:20
**buildings** 166:20
**bullet** 21:1,6,14
22:1,14,16,22
28:4 30:16,21
32:1,11 191:1
212:5,8,15
214:11
**burden** 206:21
**busiest** 280:19
280:21 282:2
**business** 37:19
**busy** 151:18
281:17
**BuzzFeed** 7:13
218:18 222:3

─────────
**C**

**C** 3:1 6:1 9:1
73:7 79:21
**Calexico** 78:9
112:3 210:7
216:9,11 217:8
233:5
**California** 1:2
65:1,5 66:5
206:21 247:19
250:13
**call** 41:2 47:15
55:5 104:12
145:5,8,11
253:11 270:22
271:6 273:11
275:3,11
**called** 34:8
79:20 167:22
177:6
**calling** 301:8
**calls** 102:4

131:11,12
134:10 145:13
145:16 180:10
195:7 289:5
**Campbell** 72:4
73:5 140:9
151:4,10 153:5
187:5 236:1
**Campbell's**
153:10
**Campos** 72:9
**Canada** 67:4
130:8,9
**Canadian** 132:7
169:16 170:4
265:17
**Candela** 229:3
**cap** 163:16
**capabilities**
127:10 161:14
161:18,22
195:14
**capability** 87:5,5
89:3 166:6
168:22 169:2
191:2 194:7
215:6 272:19
290:3
**capable** 15:12
**capacities**
199:12 201:8
**capacity** 11:15
12:4 18:3
70:20 104:4,9
104:12,16,22
105:2,2,6,7,12
105:12,15,16
105:17,18
106:5,13,19,21
107:4,7,9,11
107:12,17,17
107:21,22
109:6,7,11,12
110:2,3,7,8,9
110:13,14,16
110:20,20

114:21 115:10
115:12,15,21
116:9,19 117:1
117:3,7,13,22
118:10,14,22
119:2,5,9,15
119:18,22
120:8,15 127:8
136:12,20
139:12,16,18
139:21 141:11
141:16 142:17
144:5 145:4
146:6,9,14
147:2,12,15
148:4,7,11,22
149:7 150:8,15
151:19 152:16
153:16 156:11
157:14 162:21
165:5 170:19
170:22 171:11
171:18 172:8
172:15 179:13
180:1,17 189:6
191:12,13,20
191:21,22
195:18 197:7,8
197:17,19,20
198:2,5,6,10
199:16,18,19
200:1,4 201:12
201:15,20
202:4,8 203:18
204:5,17
208:10 214:17
215:5,8 225:13
225:15 227:6
237:6,7,12,12
238:1,1 246:18
246:19 254:14
273:2 280:4
284:14,19
286:7 290:9
297:11,13,18
297:21

**caps** 163:21
**capture** 149:19
**captured** 26:8
26:10,21 27:2
29:1
**caravan** 177:3
179:2,6 182:4
183:10 184:3,6
185:11 186:9
186:11 187:9
187:18 188:5
195:19 267:5
294:6
**caravans** 23:13
**card** 79:7
**cards** 79:10,11
**care** 166:15
299:5
**carefully** 249:9
288:8
**cargo** 77:9,17
78:4
**Carl** 73:9
**Carlos** 185:6,15
185:19
**case** 1:6 11:10
11:14,19 12:3
14:11 23:17
25:8,11 31:21
35:3 37:21
55:22 56:2
58:21 93:17
95:2 109:22
139:9 170:10
170:15 171:7
171:14 182:18
182:21 186:7
207:2 208:5,7
293:4 303:10
**cases** 32:19,20
75:2 136:22
139:10 188:19
189:7 191:8
194:3 226:7
283:9,15 284:8
**cases/day** 191:3



CASSLER 4:12
CAT 269:17,21
271:20
Cate 206:20
cause 238:18
caused 46:9
CBP 5:2,3 10:2
10:5 11:12
17:4 18:9
30:20 33:20
36:5,10 40:12
41:21 45:5,7
45:11 47:11
48:9 49:18
58:12 59:8
64:6,10 67:6
68:6,8,9,14
69:11 73:20
74:3,9 80:8,16
81:11 82:2
87:4,14 88:7
90:4,10,18
93:8 94:16
95:1,10,19
96:19 97:19
104:8 105:13
113:14,17
120:9 121:6,21
122:7,12 123:3
127:4,13,16,21
128:4,5,8,14
128:18 129:7
131:15 132:15
132:22 133:6
133:16 134:7
135:7,10,15
165:21 169:15
170:11 171:17
185:16 203:19
213:18 218:1,4
220:2 222:16
222:20,20
223:1,7,17
240:8,14,16
241:10,12,17
241:21 242:10

244:6 245:2
248:20 249:4
250:12,12,22
257:16 258:19
259:8,12,21
260:1 261:4,13
262:1,9 263:17
264:1,14,18
265:9 266:4
269:13,17,21
272:11 273:17
273:20 274:16
274:22 275:12
275:22 276:6
276:18 277:20
278:16,20
279:6,17,19
280:13 284:6
284:10 285:13
286:18,18
289:13 290:16
291:8,16 292:3
292:17,22
293:21 298:13
298:18
CBPO 74:3,12
CBPOs 72:22
CBP's 12:1
49:19,21
122:20 126:6
126:16 131:8
132:6 204:18
219:13 244:1,6
246:8 283:12
295:15 296:2
cells 105:22
191:18
center 3:11 4:13
173:10 287:18
Central 140:15
152:7 267:4
certain 78:17
92:4 93:1,3
163:6 215:17
258:5 278:12
291:7

certainly 25:1
84:14 268:8
CERTIFICATE
303:1
certify 303:4
cetera 167:4
246:17 255:3
271:1
CF 141:10,15
142:16 297:11
chain 6:13,14,15
6:17,18,19,20
6:22 7:2,4,6,7
7:10,14,15,17
7:18 8:2,5,8
73:21 99:2
100:5 108:11
114:13 118:20
140:8 151:3
177:17,20
179:18 181:3,4
181:6 183:5
184:15,17
185:2,5 189:19
189:21 196:8
202:20 205:5,8
221:19 224:21
225:1 232:12
232:14 236:10
252:15 253:3
254:3 291:7
challenge
131:15,17
challenged 93:6
challenges
112:17 255:2
change 143:5
192:12 246:17
304:2,4,5,7,8
304:10,11,13
304:14,16,17
304:19 305:2,4
305:5,7,8,10
305:11,13,14
305:16,17,19
changed 62:7

93:9,15 249:4
changes 93:16
302:8
characterizati...
255:15,16
characterize
255:17
charged 17:19
chart 60:16
Chavez 108:11
190:1
checked 291:19
chief 35:12,15
37:4,10,13
40:1,4,8 41:1
56:20 74:14,14
254:5 291:16
Chihuahua
287:21 288:19
child 82:15
298:8
children 106:4
136:1 159:9
298:5
choose 110:8,15
chosen 220:2
Chris 229:3
Circuit 55:22
circular 212:8
212:15
circumstance
101:11 156:22
circumstances
92:4,19 93:13
156:2 166:11
210:4 298:15
circumventing
211:2
CIS 43:17
citizen 92:2
citizens 79:9
288:2
Citizenship 86:8
City 185:16
264:12
Civil 33:9

claim 54:16
207:4
claimed 187:17
207:8 287:22
claiming 166:9
claims 219:14,16
220:8 250:17
clarify 155:9
clarity 43:22
Class 75:19,21
75:22 76:9,12
76:17,19,21
77:20 78:1,5,7
78:10,12,15,16
79:4,6,8,15,21
215:13,15
216:19,22
217:4
clawback
205:21
clawed 7:11
208:14,18
clawing 205:22
clear 20:3 55:7
67:9 79:22
105:1 114:21
134:4 204:3
263:12 268:16
276:3
clearing 73:10
clearly 115:11
close 299:10
closed 215:22
220:1
closely 290:13
coach 45:20,21
46:4
COB 270:7
COESPO
287:21 288:2
288:11 289:10
289:14 293:22
Colgan 42:6,9
collaboration
92:9,12 95:15
colleague 257:4



258:1
collect 88:15
Columbia 2:12
303:20
column 297:9,10
297:13,19
columns 141:8
143:15 197:8
combination
231:7
come 30:14,15
126:19 169:6
169:21 204:12
204:16 218:2,6
220:4,10,14
221:2,10
223:10,19
226:4 290:11
292:2 298:22
299:4,6
comes 93:7
134:1 169:3,19
169:21 170:7
215:16 216:4
217:2 234:14
coming 80:3
154:17 211:3,3
251:9,20
255:21 261:2
command 73:21
267:17
commander
74:15 111:16
138:5,10 254:4
254:5 274:8
commend 56:2
comments 223:1
commission
303:15
commissioner
96:19 113:13
118:4 121:6
178:17 180:15
181:12 182:4
183:18 203:13
219:13

committee 13:9
13:19 14:8
committees 13:5
commonly 21:21
communicate
253:15 259:12
259:14 260:21
262:9 273:1,3
273:21 275:13
276:1 283:13
284:7,10
292:22 300:17
communicated
264:18 272:11
communicates
264:13 275:10
289:13 299:22
communicating
264:2 270:17
276:10 280:13
301:8
communication
89:2 258:18
260:2 265:6
266:15 267:21
268:1 272:6
275:12,21
276:2,3,5
279:13,22
280:1,6 283:7
284:17 295:15
296:1
communicatio...
42:20 257:15
259:5,9 260:5
260:11 261:15
263:17 276:17
277:19 278:16
278:19 279:6
296:2 299:15
compare 201:18
compared
103:17 139:4
281:4
comparison
132:8

compilation
38:3
complete 214:14
302:7
complex 132:7
133:9
complexities
148:18 294:15
complexity
132:4
complicated
87:20
component
74:22 122:20
126:6,16
components
73:2 112:15,19
114:3,5
comport 101:20
compound
135:2
comprising
206:17
concept 116:10
concern 287:21
concerned 110:6
110:12
concerning
138:17 300:18
concisely 54:10
concluded
235:16 301:19
conclusion
102:5 195:8
concrete 158:3
conduct 18:9
116:18 251:20
conducting
251:15 252:3
284:16
confer 205:16
conference
40:17 41:21
47:19 167:4
234:22 235:3
235:10,16

236:15 237:18
confident
254:21
confidential
1:10 158:16
207:12 248:7
301:17
confirm 179:11
confirmed
187:21
conflict 204:18
confusion
114:22 145:5
Congress 218:21
222:5,21
Congressional
13:5 14:7
220:1,15
connected 87:6
conscious 134:6
consider 134:15
207:20 231:17
232:1,4
considerably
54:11
consideration
191:11 207:6
considerations
206:7
considered
194:5
consistent
214:21
consisting 179:6
Consolidated
149:22
Constant 268:1
constitute
274:16,22
Constitutional
3:11
constrain
157:14
constrained
164:15
constraints

153:7 215:18
219:18
consultants 59:7
contact 271:13
292:13,17
293:19,22
contacts 271:4
272:12
contained
143:10,11
contains 140:13
152:5
contemplated
208:3
context 49:3
220:17,19
221:7 223:2
268:15
contingency
6:21 7:12
158:11,18,22
159:3,5 160:19
211:17
continuation
181:4
continue 116:17
123:5 128:7
133:12,17
134:12
continuing
215:4 231:7
244:6,17
contradicted
219:14
contrary 250:11
control 75:14
118:18 209:8
209:16 213:6
213:14 293:14
conversation
43:20 44:4
295:12
conversations
258:16
converted 167:2
convicted 17:16



**coordinate**
162:1,6 283:13
284:6 301:9
**coordinates**
246:5
**coordinating**
264:2
**coordination**
94:20 283:7
**coordinator**
68:22
**copied** 197:6,11
225:8 288:7
**copies** 39:9
**copy** 19:7 27:11
30:21 33:14
98:6 158:17
182:22 197:3
218:17 219:4
248:14,17
**corner** 160:1
**correct** 13:9,10
13:14,21 14:1
14:2 22:4
23:17 24:17
25:15,16 28:12
28:13 32:22
46:20 61:22
64:3,4 67:16
68:7 69:12,13
69:15,22 70:1
71:3 76:8
79:21 85:11
89:9,13,17
94:10 96:19,20
98:22 99:1,3,4
99:20,21 100:1
101:22 102:2
103:2 107:1,18
107:19 108:12
108:19,20
109:12 111:19
115:7 121:7,8
121:10,11,15
121:16 124:16
125:14,15,17

125:21 126:1,2
126:14 127:5
130:5,6,17
131:18 132:7
133:4 136:17
137:17 138:6,7
138:10 140:16
142:11,12
144:18 149:2
151:11,12
152:13,18,19
153:8 154:1,6
157:17 160:15
163:6,17
165:22 181:10
181:14,19
183:7,8 185:17
185:18 186:5
187:4,7,14,18
190:2 196:19
196:22 197:10
197:13,14,18
197:21 198:4,5
198:8,9,11,12
199:3,4,13,17
199:20 200:2
200:22 201:5,9
201:10,13,14
201:16,17
202:4,5,10
204:6 210:8
212:6,17
214:19,20
217:2 227:11
227:12 229:14
229:18 233:18
233:21,22
236:2,13,17
237:9 244:8
246:14 248:8
250:7 251:2
252:17,21,22
253:8 254:17
256:5 258:4,14
278:13 280:15
280:18 297:5,6

297:12 300:2,3
302:6 303:5
**correction** 155:9
**corrections**
302:8
**correctly** 19:16
52:1 97:17
101:2,15 109:8
115:4,18
116:20 122:4
125:2 126:9
145:6 152:2
161:11 179:3
179:15 180:6
182:5 186:2
204:1 213:2
219:20 220:6
223:3 224:3
226:9 237:3,8
240:11 241:15
244:3 246:20
250:18 253:17
253:21 255:7
**correspondence**
208:16,22
246:3
**Corry** 222:11,12
222:14
**cost** 169:20
170:7 298:22
299:5
**counsel** 9:5 16:1
16:4 19:11,12
23:16 25:7
33:19,20 34:18
35:6,12,15,21
35:21 36:5,6,6
36:10 37:4,10
37:13 38:4
39:16 40:1,4,8
40:13 41:1,21
42:20 45:5,7
45:12 46:18
47:4,5,11,12
47:22 48:8
49:3 53:22

55:16 56:20
58:11 59:8,14
123:13 257:5
258:21 259:3,6
259:10 276:22
277:5 278:2
295:13 296:14
297:1 303:9
**counsel's** 16:2
**countermand**
157:1,3
**counterpart**
265:17 266:11
**counter-narco...**
156:8 299:3
**counter-narco...**
125:16 129:3
129:16 133:1
**counter-terro...**
299:2
**country** 67:7,10
79:2 92:2
159:11 170:2
280:20 293:13
293:17
**couple** 16:21
36:21 39:1
42:1 58:19
104:10 155:22
163:18 201:22
205:14 278:7,9
**course** 47:16
294:3
**court** 1:1 10:15
15:11 37:20
86:18 87:6
122:15 297:4
**courtroom** 17:9
**Court's** 58:20
207:20
**cover** 159:2
250:1
**covered** 42:17
43:3,7,10
103:9
**create** 112:13

113:10
**created** 65:20
283:2
**credible** 136:22
139:3,10
141:16,19
189:7 254:14
283:9,14 284:8
**crew** 80:2
**crime** 17:16,19
**criminal** 104:19
106:3 275:6
**Crisis** 91:10,13
111:17 112:10
113:6,11,15,20
200:14 270:3
271:21
**cross** 171:21
176:12 209:20
288:16 290:8
301:7
**crossed** 171:16
172:6 174:9
185:21
**crossing** 79:7,11
280:20 282:3
289:21
**crossings** 27:10
77:2 78:3,6,9
240:10,19
281:10 289:19
**CSIS** 62:3
149:21
**curious** 181:17
**currency** 122:3
**current** 25:2
71:4 118:3
122:6,11 125:8
127:4 164:8
166:6 172:14
174:4 178:5
187:12 228:10
**currently** 92:19
106:22 113:14
168:20 170:10
171:7 233:5



291:22
**Custodian** 19:13
**custody** 84:19
   89:4 93:1
   101:12 197:7
**customs** 1:12
   9:19 10:1
   33:10 64:3
   67:9 83:2
   247:19 250:11
**cut** 175:6
**C-O-L-G-A-N**
   42:9

**D**

**D** 9:1
**daily** 19:14,22
   20:18 23:8
   90:11,22
   118:14 196:14
   226:7 259:15
   259:16 264:14
   279:22
**dangerous** 167:8
**dark** 212:5,7
**data** 62:3 197:16
**database** 41:7
   149:21
**databases**
   149:15,17,19
**date** 172:9 175:2
   183:4 187:22
   199:2 214:9
   282:17,19
   302:13
**dated** 19:4 60:6
   121:7 127:18
   200:14 211:17
   218:18 243:20
   245:14 247:16
   267:5
**dates** 69:14
**Dave** 234:2
**David** 108:12
   137:16,19
   232:15 233:2

234:6
**day** 13:12 20:6,9
   36:3,21 47:2
   75:9 80:14
   99:22 116:17
   119:9,12,13
   127:10 155:5,6
   164:2,3 191:9
   201:1,2 219:17
   271:6 273:8
   279:14,14
   281:9 292:18
   303:14
**Daylight** 152:7
   233:8
**days** 108:22
   109:4 147:4
   154:2,5 164:2
   164:3 175:6
   183:5 276:21
   277:2,3 301:17
**day-to-day**
   147:17 164:8
   217:19 260:14
   264:10 265:15
**de** 267:22
**deal** 165:17
   208:15 294:14
**dealing** 106:3,6
   106:9 120:5
   131:15 163:22
   191:14 194:6
   275:6
**dealt** 26:5
**Dear** 19:11
**December** 60:6
   60:22 62:7
   218:18 219:22
   221:19 222:9
**decided** 167:15
   265:9 272:20
**decision** 92:9,11
   113:10 133:6
   134:7 146:10
   146:16 148:9
   157:1

**decisions** 206:6
   206:19 208:4
   235:2
**decision-maki...**
   92:15
**declaration**
   14:13
**decrease** 110:21
   139:6
**decreased** 103:7
**decreasing**
   137:1 139:11
**dedicated** 78:4
**deemed** 97:9
**default** 102:9,17
**defendants** 1:8
   4:1 19:12
   205:22 297:1
**define** 36:14
   84:6 104:8
   117:21 118:10
   119:7,13
**defined** 115:11
   123:16
**definitely**
   208:16
**definition** 120:7
   120:14
**definitions**
   16:20
**del** 77:19 281:14
**deliberations**
   206:5,17
**deliberative**
   205:15 206:10
   206:14,22
   207:3,13,15
**delivered** 176:1
**delivering** 81:6
**Del-Villar**
   202:21
**demarcation**
   142:2
**demographics**
   93:2,3 104:17
   106:2 146:17

191:13
**departing**
   260:20
**Department** 4:4
   17:1 174:17
   238:6 239:14
   247:16
**depend** 107:13
**dependent** 274:4
**depending** 106:2
   280:7 298:20
**depends** 105:17
   239:6 264:14
**deployed** 122:1
**deploying**
   231:19
**DEPONENT**
   302:2
**deposed** 11:2,11
**deposition** 1:11
   2:2 6:7,9 7:1
   8:1 10:19
   11:19,20 12:22
   15:4 16:22
   18:20 19:3
   33:2,7,10
   39:21 40:2,7
   43:1 46:11,16
   49:16 55:6
   56:18 57:4,8
   57:12,22 58:1
   58:2,6 59:4,6
   59:19,21 60:4
   61:8,15 62:12
   62:22 63:6,11
   96:3,8 98:3,9
   98:14 108:2,7
   111:2,7 120:19
   121:2 137:7,12
   140:1,6 144:7
   144:12 150:17
   150:22 158:5
   177:11,16
   180:20 181:2
   182:7,12
   184:10 186:14

186:19 189:13
   189:18 192:19
   194:19 195:1,4
   195:11,22
   196:5 198:13
   198:18 200:8
   200:13 202:12
   202:17 204:21
   205:4 211:10
   211:15 213:10
   213:12 217:16
   218:13 221:5
   221:12 224:14
   224:19 228:18
   232:6,11 236:3
   236:8 238:4
   239:7,12
   240:14 242:8
   243:12,17
   245:7,12 247:9
   247:14 248:12
   252:8,13 258:2
   259:8 266:18
   267:1 269:1,6
   276:21,22
   277:4 278:19
   279:1 281:19
   282:5 286:21
   290:22 301:19
   304:1 305:1
**deputies** 72:2,3
   73:6 151:11
   155:3 188:4
   235:21
**deputy** 72:4
   111:16 113:12
   138:3,9 178:16
   178:17 182:2
   187:6 232:20
**describe** 88:7
   115:20 122:6
   122:11 260:4
   264:22 265:6
**described** 97:3
   97:10,20
   101:18 102:7



122:21 125:5
126:8,21
129:15 130:3
157:8 176:3
**describes** 116:9
**describing** 102:2
107:14 115:21
174:15 180:9
**description**
134:15
**designated**
60:21 61:4
80:19 158:16
212:11 248:6,7
301:17
**designation** 6:10
62:6 75:22
77:11
**Designations**
60:12
**designed** 167:20
**designee** 61:11
162:1
**Desio** 202:20
203:7
**desire** 88:6
**detail** 26:18
**detailed** 207:6
**details** 137:4
174:8
**detain** 85:2
95:12,21
**detained** 102:11
103:13
**detainees** 141:10
142:14
**detaining** 93:7
**detention** 84:20
85:17 94:17
95:2,10 97:3,8
100:9,18 102:2
102:22 104:3,9
105:2,6,12,15
105:17,18,21
106:19 107:4,9
107:17,21

109:6,11 110:2
110:6,7,9,13
110:15,19
115:10,14
122:2 150:15
167:3,20 180:2
191:20 195:18
197:17 219:18
237:6,11 238:1
246:18
**determination**
92:6 97:12
**determine** 117:6
119:4,22 150:7
195:13 220:22
240:14 244:22
**determined** 97:8
**determining**
97:13 117:12
119:8,14 127:7
127:9 162:11
207:18
**deterrent**
224:12 226:6
226:12,18,19
227:7,8,15,19
**development**
51:21
**developments**
268:3
**Deyo** 42:6,9
**DFO** 14:18
70:20 74:21,22
178:14 217:21
229:8,13
232:20,21
234:7,22
236:15
**DFOs** 228:5,7,8
228:9 234:10
237:11,21
**DHS** 17:2 49:19
96:13 112:15
112:18 113:19
114:2,4 134:7
135:7 204:9,13

204:13 243:20
244:17 246:7
257:21
**dial** 41:2
**dialed** 41:4
**dice** 124:8
**dictates** 106:5
**Diego** 70:19
167:1 173:18
173:19 178:14
198:3 199:20
201:12,12
214:5 215:4,9
215:12 216:16
233:1,11,14
234:12 242:2
264:21 271:19
274:15 281:8
281:16 282:2
284:12 286:10
290:13 294:18
**Diego's** 272:3
**difference** 80:1
94:1 105:3,11
107:16 176:18
**different** 38:22
71:20 77:1
78:2 81:17
89:17 104:10
104:21 105:14
105:15,21
112:15,17,18
128:13 132:9
132:11 133:13
133:20 155:16
156:9 163:18
163:20 200:20
215:3 231:15
231:16 263:10
275:4 286:5
300:14
**differently**
89:16 272:15
**difficult** 38:20
148:12,15,20
167:5,9 169:10

**Dikman** 137:16
138:4 187:3
**direct** 21:16
71:6,15,16,18
74:20 75:8,14
96:21 124:19
157:16 217:20
225:7 271:11
282:20 283:5
**directed** 239:22
246:1
**direction** 23:22
42:19 182:3
**directions** 99:12
**directly** 73:13
114:17 170:9
173:15 184:1
245:22
**director** 9:21
14:18 22:11
69:4 70:14,16
70:17,22 71:1
72:7,8,9,10
73:12 74:18,20
74:20 75:6
108:18 112:2
137:21 148:21
156:13 157:2
157:16 161:6,8
161:22 162:6
162:12 165:2,6
167:13 178:4
178:11 195:3
225:11,13
231:17 233:4
233:12 252:20
255:10,20
256:8 265:14
266:10
**directors** 72:5
74:17 75:1,7
98:18,19,20
109:4 157:19
162:14 165:17
166:1,17
168:11,19

169:1 227:21
231:22 234:10
234:11,12
251:14,18
252:1 266:1
**disagree** 240:15
**discipline**
175:22
**disciplined** 18:8
**disclosure** 208:2
**discourage**
218:20 222:4
**discovery**
206:15
**discretion** 95:14
95:19 115:13
117:9,12
146:13,20
149:4 157:16
157:20 162:13
165:11,17
166:2,18
167:14 168:12
168:20 195:12
**discretionary**
118:17 120:2
146:11 147:17
148:1,13 156:5
**discuss** 98:1
235:5 237:16
261:4 262:2,12
278:15,18
279:5 286:2
295:12,14
**discussed** 28:2,3
28:22 29:6
31:14 45:9
62:10,11,18,18
62:21 63:1
193:12,17
235:15 237:1
241:20 258:12
285:20 295:8
298:15,15
**discussing**
121:14 136:16



140:21 234:15
261:14 262:14
276:16 299:14
**discussion** 27:10
35:7 44:8
184:9 208:3
234:21 237:10
237:22 257:11
262:16
**discussions**
208:20,20
249:1 276:8
280:2
**disseminated**
180:16 210:1
**distress** 136:2
**distribution**
98:18
**District** 1:1,2
2:11 207:20
303:20
**divert** 298:18
299:2
**docket** 182:21
**document** 7:11
8:6 33:8,14
44:19,20,22
57:9,15 62:10
63:11 96:8
102:14 108:8
121:20 147:6
151:1 158:10
159:19,20,21
160:5,13,16
162:19 163:4,9
163:12 164:6
164:10 165:12
165:14 182:19
189:3,4 206:1
206:5 208:18
211:16 239:19
245:16 246:7
249:17 263:11
267:8,12
268:19 269:8
272:9 275:19

278:5 280:10
283:2,10,16
284:5 288:13
290:20 297:8
**documentation**
203:21 247:3
**documents** 23:2
25:8,13,20
37:14,16,20,20
38:3,4,6,12,16
38:19,21 39:5
39:10,17,19
40:5 44:8 45:8
45:17 46:15
47:22 48:2,4,7
48:14 49:2,6
50:2 52:7,9,19
53:2,22 56:12
56:16 59:12,15
59:17 78:20
102:1 122:18
126:4 129:18
155:13 170:17
171:9,16 172:5
176:12 210:16
231:15,17
259:4 275:5
278:6,8,9
298:14
**doing** 29:13 30:5
105:8,9 145:3
148:19 169:7,8
169:9 235:8
242:15 260:19
285:10
**DOJ** 35:21 36:6
36:10 46:18
47:4,5,22 48:8
**dotted** 71:13
**double-check**
178:5
**Douglas** 211:1
**Draganac** 72:4
151:5,6,10
153:3 229:4
235:22

**drawing** 72:14
**drug** 275:6
**due** 153:6
219:17
**duties** 169:4
243:19
**duty** 132:16,22
**D-E-Y-O** 42:10
**D.C** 1:15 2:6 3:6
4:7,16 75:5
149:6

—————
**E**
—————

**E** 3:1,1 6:1 9:1,1
**EAC** 20:6 21:2
21:12,18 22:2
22:6 27:1
28:11 29:22
**Eagle** 172:17,21
173:17 176:3,8
**Eagles** 64:16,17
**earlier** 64:5
101:21 115:22
119:16 121:14
138:8 140:18
143:3 156:1
183:1 192:13
193:12,17,19
227:1 229:14
241:20 258:1
265:1 276:20
277:8 297:4
298:2,11
**early** 113:8
143:3 253:13
299:14
**Eastern** 187:13
**ebbs** 210:21
**economic**
125:19 129:16
133:2
**EEO** 12:10,11
12:15,19 13:2
14:16
**effect** 101:19
103:1 170:11

224:12 226:6
226:13,18,19
227:7,8,15,19
**efficient** 97:14
**effort** 230:15
250:22 267:13
**efforts** 122:21
125:14 126:8
126:21 185:22
204:19
**either** 54:12
94:7 98:6
165:3 178:10
187:21 211:2
235:22 281:15
282:18
**EI** 76:21 77:19
166:11 225:12
281:13,14,15
288:20 289:1
289:17 291:21
**elderly** 136:1
**electronic** 11:12
26:8 27:11
29:5 230:3
**electronically**
26:11,13,22
27:2,7 29:1
**eligibility** 97:13
**Elmer** 72:7
**else's** 116:7
**Embassy** 185:16
**emergency**
101:12
**employed** 9:16
9:18 18:9
169:21 259:7
303:9
**employee** 23:11
**employees** 41:7
113:14,17,19
167:12,21
192:4 249:10
263:17 269:13
274:16,22
**employee-rela...**

14:15
**enabled** 110:20
**encompassing**
129:20
**encounter** 87:4
**encountered**
261:1
**encountering**
84:16 94:17
95:13 104:18
260:16
**encounters**
255:2
**endeavor** 192:18
248:9
**ended** 186:10
**ends** 156:1
249:18
**enforce** 97:15
129:22
**enforcement**
83:2,3 85:3,9
85:14,19 89:8
89:11 116:18
262:19
**engage** 147:14
156:3 157:2
162:13,22
208:19 301:5
**engaged** 170:16
171:8 193:2
234:15 285:5
**engaging** 156:16
157:8,11,17
158:1 185:20
**Enrique** 72:6
225:2,5
**ensure** 112:16
159:6 235:7
250:22 253:14
268:2
**ensured** 249:9
**ensuring** 255:21
**entering** 240:9
240:17
**entire** 255:1



entities 257:19
261:4 262:13
300:1
entitled 97:2
182:13 218:19
238:19 239:14
240:16 247:17
entity 271:10
288:21
entry 22:17 23:3
23:10 25:14,20
51:20 52:12
70:3,7,11
73:22 74:9,19
75:19,21 76:1
76:9,13,17,19
76:21 77:1,9
77:20 78:1,7
78:10,13,15,16
79:15,21 80:21
83:6,14,20
84:10,14,15
85:10 86:12
87:2,10,19
88:6 89:12,15
89:17 90:3,7
90:11,19 91:2
91:15 94:6
95:20 100:9,21
100:22 101:6
101:14 102:10
102:18 103:2
103:10 104:5
105:9,21 110:8
110:14,18
115:7 117:1
118:13,21
119:6 120:12
120:15 125:1
127:7 130:5,13
130:14,21
132:17 133:22
135:21 136:17
136:20 138:18
139:17,19
142:10,13

144:3 146:7
150:14 152:12
152:16 157:11
162:2,15 163:8
164:10,14
168:14 169:17
169:17 170:16
173:12 174:1,7
175:9 176:14
188:12,18
189:6 191:7,17
192:14,20
194:2,18,21
195:17 197:13
198:7,7 199:12
199:13 200:1,5
201:9,16,21
202:3,7 203:19
203:21,22
204:6 209:6
210:3,3,10
213:14,18
214:22 215:13
215:13 216:8
216:10,16,20
216:22 217:8
219:17 220:3
231:4,13 238:8
238:11 240:9
240:17 241:11
241:14,18
242:7,12,22
243:4 244:2,8
244:19 245:5
246:9 247:19
250:13,16
251:1,6,9,16
252:5,21 254:4
255:10 270:11
271:12 272:1,2
272:10 274:11
279:1,2,17
280:17,20,22
281:5 284:15
289:17 290:4
293:2 298:1

299:8,16,21,21
300:16 301:9
entry's 139:10
environment
88:14,18
EOIR 86:14,16
86:22 87:14
114:8
EOIR's 87:5
88:1
equals 191:2
192:9
equipment
72:13,14 192:7
192:8
equivalents
263:7
ERO 43:17
84:18,20 85:1
94:18,20 95:15
95:22 96:1
100:18 114:8
ERO's 87:5
errata 302:9
304:1 305:1
Esquire 3:3,10
4:2,3,11,12 5:2
5:3
essence 180:9
essentially 141:3
174:9
establishing
206:21 209:10
estimate 44:17
et 1:4,7 167:4
246:17 255:3
270:22
ETA 253:13
eval 75:15
event 27:4 28:10
164:7,10,18,21
165:9
events 21:4 26:9
everybody 95:21
216:4 217:2
235:5,6

evidence 31:22
32:8,13 137:3
207:21,22
evident 131:4
evidentiary
12:22
exact 37:17
38:20 175:2
exactly 24:21
44:12 137:5
178:9 214:9
248:18
examination 6:2
9:5 34:9,13
49:17 55:9
257:5 297:1
examined 302:5
example 50:3
79:15 81:5
105:20 106:18
166:11 260:22
262:1 266:9
exceed 165:4
exceeds 260:8
exchange 98:17
111:9 137:15
189:22
exchanges
269:13
excuse 131:12
141:7 184:8
277:11 283:21
287:11 288:13
Execution 161:2
executive 8:3
9:21 72:5 75:6
86:19 98:20
99:11 178:16
206:9 212:1
225:13 267:4
exempts 206:15
exercise 117:11
162:12
exercised 168:15
exhibit 18:18,20
19:3 33:1,2,7

34:6 49:14
59:21 60:4
63:6,10 69:17
69:19 96:2,3,7
98:9,13,16
99:16,19 108:2
108:7,9 111:2
111:7,9 120:19
121:2 135:8
136:13,14,16
137:6,7,12,14
140:1,5 143:10
143:19 144:7
144:11 147:4,9
150:17,21
158:4,5 177:11
177:16,18
180:20 181:2,4
182:7,12
184:10,14,14
184:16 186:14
186:18 189:13
189:18 195:22
196:5 198:13
198:18 200:8
200:13 201:18
201:19 202:2,6
202:11,12,17
204:21 205:4
206:1 211:9,10
211:14 218:12
218:13 221:12
224:14,19
228:18 232:6
232:11 236:3,8
239:7,11
243:12,17
245:7,12 247:8
247:9,13
248:11 252:8
252:13 266:18
267:1,3 269:1
269:6 277:13
277:15 280:11
282:5,10,14
286:21 287:4,7



290:22 291:5,6
292:16 293:5
297:5
**exhibits** 6:7 7:1
8:1,10 102:22
183:6
**exist** 112:21
113:2 247:1
**existed** 127:21
**existence** 153:19
**expand** 157:10
157:21
**expectation**
81:20
**expectations**
80:13 81:21
**expected** 234:17
**expecting**
148:16
**expedited** 94:3,8
**experience**
14:21 63:20
64:6 265:22
**experiences**
265:13
**expert** 6:10 59:3
149:18 150:2
**experts** 41:2,3,9
41:11,15,19,20
42:12 43:20
44:6,21 45:4
46:9,14 56:7
150:3 258:6
278:12,15
295:9
**expires** 303:15
**explain** 12:17
74:2 150:11
170:21 256:16
**explaining** 54:15
143:22
**explanation**
207:8
**expressed** 218:8
**expresses** 88:6
**expressing**

139:3 159:10
**extended** 125:6
125:7,9
**extent** 20:4
42:18 49:1
208:2 260:8
283:18
**extremely**
151:18
**e-mail** 6:13,14
6:15,17,18,19
6:20,22 7:2,4,5
7:6,7,10,14,15
7:16,17,18 8:2
8:5,8 29:2
32:18 35:7
98:14,17 99:2
99:5,8,10,22
100:5 101:18
102:8 108:10
108:15,17,21
109:14,17,19
111:9 114:10
114:12,16
137:13,15
138:5,8,13
139:13 140:6,8
144:12,16,21
144:22 151:3
151:14,15
152:4,5 153:1
155:8 177:17
177:19 178:18
179:1,5,9,18
179:18 181:3,6
181:12,18
183:5,20,22
184:15,17
185:2,4,5,15
185:20 186:19
187:1,8,11
188:2,3 189:19
189:21 190:4,6
190:9,17 193:6
196:6,7,8,13
202:18,19

203:2,7,9,12
205:5,8 208:8
208:12,12
221:17,18
222:2,8,15,19
223:7,22 224:8
224:21 225:1
225:17,19
227:7,16 229:1
229:3,17 230:5
232:12,14
233:6 236:8,10
236:14,18
237:13,15
252:14,15,19
253:1,7 254:2
254:7,12,18
269:12,17
270:6 272:2
275:17 287:7
291:7,11
293:10 294:21
297:8
**e-mailing**
291:16
**e-mails** 37:19
73:11 140:21
**E.D** 206:20

---

**F**

**F** 206:20
**face** 63:17 78:20
**Facebook** 18:14
18:16
**facilitation**
126:1 129:17
133:3 156:8
299:7
**facilities** 85:17
106:1 166:13
**facility** 153:7
166:20 272:18
**fact** 15:13 55:13
62:21 115:1
132:15 138:18
139:5 144:6

186:9 197:20
216:7 217:6
226:15,17
241:18 265:22
**factor** 156:12
**factors** 104:21
107:13 119:7
119:14 127:9
157:7,14
193:12,16,20
194:4
**facts** 137:3
**fact-finding**
207:17
**fair** 14:20 63:19
80:5 197:5
272:8
**fairly** 279:11
**fall** 11:8
**falls** 67:19 73:2
104:14 207:9
**familiar** 73:21
80:5 81:9
146:3 158:20
241:1 254:22
268:4 269:10
274:9 288:10
288:10
**family** 82:10
93:7 106:4
115:15 116:16
136:21 159:9
238:20 239:16
**FAMU** 82:6,7
**far** 75:10,10
241:12,19
292:10
**fashion** 118:3
**fear** 136:22
139:4,10
141:16,19
159:10 166:9
189:7 254:14
283:9,14 284:8
**February** 6:12
96:12 99:2,6

99:12,19 102:8
103:4,12,19
245:14 267:5
283:1,2 285:3
**fed** 106:8
**federal** 33:9
250:11
**feed** 104:21
**feedback** 75:17
**feeding** 166:15
299:6
**feeds** 87:21
104:16 105:9
**felon** 106:11
**felt** 170:6
**field** 9:22 10:7
14:18 22:11
49:20 69:1,5
70:14,17,18
72:7,10,12
73:1 74:21,21
75:3,7 80:20
98:18,22
108:18,19
110:5,12
114:22 137:21
137:22 140:14
141:9 142:11
145:10 149:18
150:3,9 152:5
158:10,22
159:5 160:19
168:16 172:18
197:12,15,21
198:2,3 199:11
199:15,20
201:9,13 210:1
211:16 212:21
213:6 215:10
215:12 216:16
224:10 227:21
232:22 233:13
237:17 245:3
251:13 253:11
267:16 301:4
**figure** 192:19



**filed** 12:19
182:20
**filing** 173:11
**fill** 31:6,18
**final** 61:20 97:12
**Finally** 250:7
**financial** 303:11
**find** 28:11 35:1
136:10 154:12
154:15 273:1
292:14
**findings** 240:15
249:6 250:21
**fine** 36:18 43:7
55:4 296:21
**finer** 174:8
**finish** 16:12
51:15 133:10
294:1
**finished** 47:1
**first** 18:18 35:13
35:15 36:2
37:5 60:8,11
60:16 64:19
65:2 73:6 81:5
81:5 96:11
121:12 122:13
125:13 126:19
126:22 129:4
130:18 140:22
166:8 176:4
177:7 212:2,15
219:8 239:21
241:1 246:13
248:17 250:6
250:10,10
281:19 288:4
294:1
**firsthand** 172:13
247:7
**first-line** 74:12
74:13 81:5
262:5 274:6
279:21
**fit** 148:2
**five** 175:6

205:18 256:21
271:6 273:8
292:17 296:9
**five-minute**
276:12
**Flanagan**
184:19 221:20
**flexibility** 117:4
120:6
**flip** 108:17
159:15 160:4
**flipped** 160:13
**flipping** 57:14
**Floor** 3:12
**Flores** 108:12
177:21 178:13
181:8 232:20
233:8,11
252:16,20
253:1 254:7,18
**flow** 156:14
179:2 241:10
241:13
**flows** 210:21
**fluid** 148:19
194:15 214:7
**focus** 99:5
100:11 108:14
114:10 121:17
122:2 138:12
144:20 151:13
205:12 209:4
253:19 264:16
267:10,20
269:16 270:15
287:12 291:10
294:20
**focused** 190:4
222:8 225:17
225:21 233:6
236:18 253:1
299:1
**focusing** 128:22
294:6
**folks** 292:13
**follow** 22:13

97:20
**followed** 81:16
**following** 124:22
167:17 214:16
**follows** 9:4 93:8
**follow-on**
208:12
**follow-up** 22:7
22:11 26:11,19
27:10 29:2,3
38:11,13
155:22 230:15
231:1,1
**force** 72:18
**foregoing** 302:5
303:3,4
**foreign** 67:7,10
267:13
**forever** 285:10
**form** 14:12 26:8
80:11,15 102:1
113:2 300:4,8
300:20
**formal** 120:7
173:11 207:4
208:21 231:1
284:13 285:20
**formalization**
230:11
**formalization....**
230:7
**formalize**
230:16
**formalized**
231:3
**formally** 285:6,8
**format** 15:5
200:20
**formed** 113:7
133:17
**former** 265:14
266:9
**forms** 80:10
**formula** 119:21
**formulated**
206:19

**Fort** 65:18,22
162:6
**fortunate** 167:7
**Forward** 190:13
196:14
**forwarded**
181:11 196:9
**found** 249:19
250:2,4,10
**foundation**
128:10,22
129:5 133:16
266:3
**founded** 127:17
128:5,8,18
**four** 35:20,22
36:13,22 77:1
78:2 105:21
106:8,9,10
117:2 126:13
126:18,22
127:9 128:15
129:8 134:1,5
134:8 135:12
135:14,16
179:10 228:9
276:21 277:2,3
295:13
**fourth** 125:22
**frame** 274:19
294:18
**Francisco**
252:16
**frank** 108:11,15
108:17 111:10
114:11,17
137:15 138:13
144:17 196:7,9
208:2 236:11
236:19
**Franklin** 4:6
**free-flowing**
280:1
**frequent** 280:6
**frequently**
268:18

**Friday** 36:7,7
46:19 48:8
277:7 287:8
**front** 19:2 30:18
30:19 33:6,8
49:14 60:3
99:17 108:6
111:6 121:1
136:14 137:11
177:15 189:17
196:4 198:17
200:12 202:16
205:3 211:14
221:16 224:18
228:22 232:10
236:7 239:11
243:16 245:11
247:13 252:12
277:12 297:3
**full** 9:10 47:2
48:4 76:1
77:10 106:1
148:14,22
149:4,6 172:13
219:8
**fully** 17:12 91:18
**fulsome** 198:21
**function** 112:19
299:11
**functions** 67:7
**fundamental**
106:16
**funneling** 210:2
212:11 214:12
**further** 74:19
78:19 230:16
257:5
**future** 167:16
**fuzzy** 86:17

———————
**G**

**G** 9:1
**gain** 294:5
**gainfully** 169:20
**Garcia** 252:16
**Garza** 140:8



gate 215:21
gears 299:13
general 49:9
  100:19 174:17
  185:11 238:7
  238:13 239:13
  243:20 245:20
  247:15
generally 43:15
  78:1 88:19
  93:5 124:3
  146:3 147:9
  160:12 165:10
  165:16 189:10
  230:2 235:11
  257:15,18
  258:11 261:3
  261:13 263:6
  282:2,4 293:12
  295:12
generate 180:4
generated 37:20
  91:1,20 143:11
  143:20 182:19
genesis 273:4
Gentlemen
  138:16
getting 72:17
  106:17 155:7
  155:15 175:7
  188:2 235:5
  258:16 295:11
Gino 253:10
give 15:10 54:8
  59:14 72:3
  79:14 106:17
  127:8 147:20
  149:3,3 234:16
  261:19
given 44:9 93:19
  94:12 117:7,10
  117:20 118:8
  121:21 122:21
  126:7,20 127:1
  148:4 194:12
  219:17 302:7

gives 226:2
giving 54:13
  80:12 128:15
  234:6 266:9
glance 239:21
glanced 39:1
go 14:22 16:13
  16:21 19:18
  20:21 24:2
  27:16 38:14
  46:4 48:17
  50:15 51:12
  60:11 66:9
  67:2,8 70:6
  75:4 77:4 79:5
  88:12 90:16
  94:15 95:3,4
  102:5 109:13
  119:4 129:12
  133:11 134:11
  136:13 141:2
  149:22 155:13
  199:22 205:20
  223:12 228:5
  246:13 250:16
  277:11 294:2
  295:18 296:18
  300:10
goal 228:15
goes 27:12 60:16
  101:10 115:9
  124:16 139:1
  145:18 187:16
  189:21 206:3
  214:19 232:13
  233:17 253:19
  256:16
going 16:6,16,22
  24:6,16 35:2
  38:1 48:21
  49:10 50:11,12
  54:6,8,17 55:2
  55:5 72:6 74:6
  84:7 106:11
  136:12 150:11
  150:11 160:8

163:15 169:5,6
169:6 214:11
215:7 234:14
241:19 248:5
248:11 257:3
257:13 261:19
274:5 282:11
297:7
Gonzalez 108:12
  185:6,15,19
good 9:7,8 64:17
  225:2,11,18
  226:11 230:1
  235:6 257:8,13
  268:21
Good's 225:9
gotten 162:21
  245:19
government
  206:18 207:2
  257:16 259:13
  259:14 261:4
  261:15 262:3
  262:13 263:4
  264:13 271:10
  272:20 275:14
  299:17 300:18
governmental
  13:8 300:1
government's
  207:17 208:1
graduating
  64:14
grand 105:8
grants 242:13
great 26:18
  259:11 298:9
Greta 72:8
ground 15:1
  118:19 120:4
  148:9 194:15
  195:14 264:10
grounds 38:1
groundwork
  54:20
group 175:11

185:20 186:1
291:22 299:3
Grupo 268:2,3
  268:11 271:4,8
  272:11 273:21
  275:10,22
  276:6,18
  280:12 283:8
  283:13 284:7
  291:19 292:17
  292:22 293:19
  295:2,15 296:2
guard 215:21
Guatemala
  185:21
guess 35:4 64:9
  93:21 157:5
  224:9 247:5
  264:14 270:5
guidance 117:10
  117:20 118:8
  120:11 145:5,8
  145:11,13,16
  147:13 150:14
  151:18 153:15
  153:20 154:17
  155:10 177:1,8
  179:12 180:9
  180:15 182:13
  183:1,9,18
  227:10,14
  230:14,20
  231:2,18,21
  232:2 246:17
  247:1 254:13
  255:5
guidances
  263:20
guideline 81:15
guidelines 81:21
Guisado 3:10
  6:4 257:4,7,12
  260:12 261:10
  261:19,22
  264:7 266:21
  269:4 274:20

276:15 282:8
284:3 285:17
285:22 287:2
289:7 291:3
292:7 294:11
295:21 296:8
guys 234:14
Guzman 291:15
  295:1

H
Haitian 167:1
  242:1,13 243:2
  265:2
Haitians 282:22
half 277:9
halfway 190:17
hallways 167:3
Hamed 218:18
hand 30:7 257:3
  303:13
handle 194:11
handled 173:8
  173:12 246:2
handles 246:4
handling 136:22
  182:4
handout 44:10
  44:11,18 45:9
  45:10,15,16
hands-off 301:3
happen 35:15
  81:22 167:15
  172:22 273:7
happened 21:4
  31:7,18 175:7
  175:13,20
happening
  137:5 194:7
  255:12 256:17
  266:15,16
happenings
  20:19
happens 72:16
  88:22 216:7,12
  217:6,12



256:12 266:2
290:5
**happy** 208:19
**hard** 15:12
27:11 44:12
159:6 213:8
294:17 295:7
**hard-copy** 19:14
**Harlingen** 162:7
**Harris** 236:11
**head** 15:12
157:6 277:18
**header** 97:1
**heading** 297:10
**headquarters**
21:16 68:10
73:1 80:19
167:15 169:11
169:15 177:9
178:6 260:1
**heads** 253:10
**health** 167:11
**hear** 150:11
300:6
**heard** 75:19
82:1,6,11,16
82:21 86:4,14
89:5 104:3
268:8,16 270:1
**hearing** 12:10
12:12,15,22
13:16,22 14:4
166:8 268:17
**hearings** 14:10
**held** 2:2 64:2
70:18 228:3,4
**help** 109:19
**helping** 136:6
**hereunto** 303:12
**Hidalgo** 76:17
77:5,6,12
105:21
**Higgerson**
137:17
**Higgerson's**
137:20

**high** 43:15 44:13
258:11
**higher** 127:1
264:11
**highest** 197:20
198:2,6
**Highlight** 39:7
highlighted
121:20 152:12
**highly** 158:16
248:7
**hinder** 208:2
**hired** 59:7
**Hoffman** 98:17
99:6 101:18
181:9,19
184:19 187:2
225:3
**Hoffman's**
102:8 182:1
**hold** 111:20
180:1
**holding** 180:3
191:17 201:5
**holds** 288:1
**homeland** 13:8
13:19 17:1
128:21 174:17
238:6 239:14
247:16
**Honduras**
291:21
**honest** 104:1
**Hood** 189:22
190:5 291:17
294:21
**host** 275:4 286:5
**hour** 16:10 37:6
40:21 46:22
**hours** 21:5 36:13
36:22 148:17
148:17 164:2,3
181:15 216:3
217:1
**house** 84:13

166:21
**housing** 93:7
**Houston** 217:21
**Howe** 1:14 2:2
6:2 9:2,11,14
19:13 206:2
208:9 257:8,13
266:22 268:3
269:5 276:16
282:9 287:3
291:4 297:3
302:4,13
304:22 305:22
**hub** 190:19
193:11 210:5,7
210:11
**hubs** 214:22
215:1 216:10
**Human** 13:12
**hurt** 167:8
**Hutton** 181:19
**Hutton's** 181:21
**H-O-W-E** 9:12

————————
**I**
————————
**ICE/Enforce...**
100:17
**ICRO** 82:21
83:1,4,11,18
84:9 85:16
87:14 89:2
92:10,12,22
94:20 103:14
**idea** 30:7
**ideally** 84:17
**identification**
18:21 33:3
59:22 63:7
79:11 96:4
98:10 108:3
111:3 120:20
137:8 140:2
144:8 150:18
158:6 177:12
180:21 182:8
184:11 186:15

189:14 196:1
198:14 200:9
202:13 204:22
211:11 218:14
221:13 224:15
228:19 232:7
236:4 239:8
243:13 245:8
247:10 252:9
266:19 269:2
282:6 286:22
291:1
**identify** 150:4
292:12
**III** 34:8 161:2
**ill** 106:4
**illegal** 240:10,18
**ILU** 271:5
272:12 275:10
**IMERMAN** 4:3
**immediate**
100:22 101:6
**immediately**
64:13 124:19
185:5
**Immigrant**
287:18
**immigrants**
242:13 243:3
**immigration** 4:5
66:12,17 67:9
67:20 68:12
78:19 83:2
85:9,13 86:8
86:19 87:3
97:4,11,14,15
115:1 186:4
243:6 247:18
261:8,8 262:9
263:5,8,18
264:3,19 265:7
266:5 277:20
280:12 286:19
290:13 301:1
**impact** 84:15
104:14 141:12

142:22 156:19
159:12 169:22
170:5 194:5
298:20
**Imperial** 65:1,5
65:7 66:4,6
70:5
**implement**
161:6,9 209:7
209:18 213:20
214:14 215:10
218:4
**implementation**
51:22 99:12
**implemented**
212:21 213:14
214:7
**importance**
127:1
**important** 15:10
87:9,17 90:4,6
124:12 134:4
209:11,15
222:22
**importantly**
15:18 207:14
**impossible**
189:9
**impressions**
55:15
**improper** 50:14
**improve** 15:20
**inaccurate**
218:10
**inadmissible**
97:10 122:1
**INAME** 284:7
**INAMI** 267:22
279:15,22
283:8,13 301:1
**incident** 72:18
174:6,15,20
175:1,8,14,19
175:21 251:5,8
**incidents** 173:22
174:14 176:2



**include** 52:7
76:6 255:2
275:8
**included** 22:16
22:22 143:7
**includes** 221:19
280:2
**including** 49:18
51:20 97:13
187:5 206:6
208:20 219:18
288:1 291:8
**Incorporated**
56:13
**incorrect** 77:8
109:17
**increase** 139:2
157:22 163:1,5
163:15 164:4
165:6 166:3,18
168:13
**increased** 103:2
103:7,14,17,19
169:14 179:2
214:6
**increasing**
204:17 208:10
**independent**
208:3 231:21
232:2,3 242:18
**indicate** 139:5
139:14 213:5
**indicated** 30:12
287:20
**indicates** 76:1
161:21
**indicating**
227:18
**indirect** 71:8,10
71:12
**individual** 48:6
61:10 88:8,15
89:3 170:21
**individuals** 23:2
25:13,19 38:15
41:18 44:14

45:2 56:6
60:20 61:3
67:8 85:2,17
85:18 93:1
94:17,19 95:15
95:16,22
104:17 105:7
105:19 106:22
107:8 117:2
135:20 136:2
136:11 149:16
152:17 166:7
169:12 171:21
174:9 175:12
179:7 186:10
187:17,21
191:14 193:1
195:12 196:9
219:16 241:13
250:16 260:17
260:18,20
261:1 288:15
290:1 291:7,20
293:6,14 301:6
**indulge** 14:22
**inferred** 224:9
**influx** 159:8
167:2 242:12
265:2
**influxes** 160:20
**Info** 182:3
**inform** 48:13
276:5
**information**
7:21 22:16
23:1,17 24:17
26:12 28:22
48:14 90:7
91:5 119:17
140:19 143:7,9
143:10,18,21
206:16 207:7
245:14,19
270:8 276:4
290:16,17,18
**informational**

44:10
**informed** 48:11
**informing** 81:19
**initial** 37:12
40:8,9 73:6
87:4 238:20
239:15 298:4
**initially** 84:16
112:14 113:3,6
180:14 285:6
**initiate** 80:20
124:20
**initiated** 80:21
80:22 81:7
109:5
**INM** 185:20
186:4 257:18
258:19 268:6
278:16 289:10
**INM's** 185:22
**input** 224:5
234:18
**inquiries** 246:4
**INS** 64:12,13,18
64:19 65:10,12
66:10
**inside** 250:14
**insight** 194:6
292:9
**inspected** 211:7
**inspecting** 66:1
84:11 146:15
**inspection** 23:1
25:12 88:5,19
89:1 100:8
149:22 168:8
275:4
**inspector** 66:12
66:18 67:20
174:17 238:7
238:13 239:13
243:19 245:20
247:15
**inspects** 88:8
**instance** 23:4
38:14 172:21

173:6 262:11
**instances** 136:5
166:9 171:15
171:20 172:4
173:14 210:15
**institutional**
273:17
**Instituto** 267:21
**instruct** 54:12
54:18 55:2
**instructed** 23:16
209:7 250:15
**instructing** 43:4
**instruction** 46:2
55:11,16 80:13
167:17
**instructions**
209:12,13
**instructs** 16:5
**INS's** 65:21
**intake** 173:10
179:22 190:14
**intelligence**
148:18
**intended** 167:3
**intent** 20:17
119:20 226:16
226:20 227:4
293:8
**intention** 63:17
**interact** 154:9
209:19 301:2
**interacting**
104:19 221:3
**interaction**
217:18 271:11
**interactions**
70:9 265:15,16
286:4
**interconnected**
88:2
**interest** 207:18
303:11
**intergovernm...**
258:18 259:5,9
276:17 277:19

278:15,18
279:5
**internal** 19:15
19:22 85:13,19
145:11
**international**
263:2 289:20
**interpret** 15:13
180:14
**Interrogatories**
58:4,10
**Interrogatory**
58:17
**interrupt** 205:13
257:9
**interview** 56:7
168:7 242:6
**interviews** 56:5
62:11
**investigate**
110:1 268:14
**investigation**
242:18 244:18
247:17
**investigations**
238:5
**investigators**
256:3,10,19
**invoke** 96:1
**involved** 113:15
175:10 248:22
251:9 293:15
**in-depth** 279:14
**IOU** 262:21
**issuance** 183:22
230:14
**issue** 21:19 55:5
79:5 80:16
114:21 115:3
155:8
**issued** 95:18
98:8 146:1
177:1,2 186:8
227:14 230:20
248:19
**issues** 153:7



179:13 222:22
238:21 239:16
**item** 237:2
**items** 22:7 28:1
32:14
**iteration** 119:16
143:4
**iterations** 141:1
**IV** 8:3
**I-94** 79:5
**I.D.s** 79:9

### J

**J** 1:14 2:2 4:2
6:2 9:2 19:4
302:4,13
304:22 305:22
**James** 9:11
181:18,21
**January** 1:16
6:8 16:17 19:5
64:2 67:15,17
69:8 303:14
**Jarava** 72:7
**Javier** 144:17
**job** 1:18 9:20
64:6
**Joe** 72:3
**jog** 30:22
**John** 96:13
177:20 178:15
181:7 205:8
225:3 243:18
**Johnny** 233:8,9
**join** 65:10 68:13
**joined** 64:9,12
64:13,18 65:12
**joint** 92:15
173:10
**jointly** 92:13,14
**Jose** 140:8
**Joseph** 229:3
**Josh** 71:20
**jot** 22:1
**Juan** 108:11
**Jud** 217:15

219:9,13
**judge** 13:2 16:4
**July** 108:10,10
108:14
**June** 6:16 13:7
109:10 111:11
111:11 114:11
116:13 119:6
121:7 127:18
128:1,4,17
137:15 138:12
139:12 140:15
143:5 144:16
144:20 145:19
209:6 211:18
212:22 213:4
**Justice** 4:4
**justify** 157:15
**Juventud** 292:1
**J-A-M-E-S** 9:12

### K

**K** 1:7 2:5 3:5
**Katherine** 4:2
19:4
**katherine.j.shi...**
4:9
**Katie** 224:1
**Katrina** 42:6
**keep** 21:19
150:14 181:15
230:2
**keeping** 151:19
153:15 155:10
160:8
**keeps** 115:1
**Kelly** 96:13
243:18 244:5
244:16
**kept** 26:13
207:11 268:2
**Kevin** 1:7 96:18
121:5 177:20
178:19 181:7
184:18 187:2
203:13 221:20

**kind** 41:7 57:19
57:20 104:11
112:15,17
116:3,4,5
214:7 231:10
290:14
**King** 5:3
**Kinnahan** 61:4
61:7
**knew** 24:15
214:4
**know** 20:5 24:21
27:8 29:12,21
30:5,19 34:20
34:22 41:5
42:7 49:6,10
50:10,10,12
62:6,8 63:3
76:11 78:3,4
79:14,18 80:4
80:18,19,20
83:12 88:2
97:21,22 98:7
103:5,8 109:18
109:20 110:11
111:1,14 113:9
119:2,10 120:4
120:16 123:12
125:4,7 137:20
139:22 143:14
144:6 145:8
147:10 148:16
149:5 150:5
151:17 152:1
153:11,14
154:22 155:5
158:21 175:2,3
177:4 178:6,9
181:16 183:15
193:4,8,18,21
193:22 194:13
194:14 195:21
204:11 214:9
216:1,21
220:18 221:11
222:12 224:13

230:2,10 233:9
234:13 235:12
235:13,14
239:1 242:3,5
242:14 243:2,7
244:12 245:22
246:22 247:5,7
247:7 248:18
249:4 251:21
252:6 263:4,10
265:12,21
266:14 269:22
271:20 273:4,7
273:10,14
275:18 276:1
281:3 284:21
286:12 288:9
288:12,13,15
288:18 289:1,2
289:8,9,10,12
289:13,15
290:11 292:3
292:10,15
293:12,20,21
296:7,8,14,16
**knowledge** 25:6
25:17 29:9
30:3 85:1,20
97:19 101:17
113:5 172:13
192:17 242:15
263:15 264:18
264:20 274:17
275:20 276:5
283:19 290:10
**knowledgeably**
257:20
**known** 106:19
106:21
**Koseor** 111:10
111:14,15
114:17 116:12
137:16 138:9
140:9 151:4,14
153:18,22
154:20

**Koseor's** 152:4
153:1,12
**Kristine** 5:3

### L

**labeled** 100:8
**lack** 219:18
**Lado** 1:4 56:13
60:7
**land** 299:21
**lands** 67:8
**lane** 88:5
**lanes** 210:17
211:4,6 299:9
299:9,10
**language** 182:18
**Laredo** 76:19
108:19 137:22
140:14 142:10
145:10 151:21
152:5,12,15
158:10 159:5
160:18 172:18
210:10,14
211:16 212:21
213:5 215:6
225:22 226:2,2
227:16 237:17
252:21 255:10
267:16 281:10
301:4
**large** 23:9 28:11
130:11 131:21
132:2,12
166:10 241:22
**larger** 114:6
210:3 214:16
**Las** 287:18
**late** 70:9 113:8
248:20
**Lauren** 42:6
**law** 4:13 44:14
95:12 122:18
126:5 250:11
**lawful** 97:8
**laws** 97:15



129:22 247:18
**lawsuit** 18:6
  62:15,18
**lawyer** 259:1
**lawyers** 62:9
  258:17
**lawyer's** 248:6
**laying** 54:19
**lead** 110:8,14
  157:8 191:6
**leadership** 49:19
  49:20 110:6,12
  112:14 144:2
  154:18 157:1
**leading** 111:7
  300:5,9
**leads** 283:1
**learned** 19:12
  167:6
**learning** 173:5
**leave** 67:21
  115:11
**leaving** 115:12
**left** 38:6,9,19,21
  40:6 65:7 66:4
  141:8
**legal** 1:21 25:7
  32:3 47:12
  102:5 195:8
**legitimate**
  159:12
**lengthy** 57:9
**letter** 6:8 19:4,7
  60:5,9 220:5
**letting** 234:13
**let's** 14:14 49:13
  55:21 60:11
  63:19 124:13
  136:13 141:2
  165:16 205:17
  205:18 215:9
  264:16 289:17
  294:1 299:8
**level** 43:15 44:13
  75:3 118:16
  258:11 259:17

259:18 260:3,5
  261:5,13 264:6
  264:11 274:3
  285:1,3
**LFO** 145:5,8
  212:21
**liaison** 72:7,8
  263:2,6
**limit** 170:12
  180:1,3 209:5
  213:19 219:15
  220:2
**limitations**
  78:17
**limited** 51:20
**Lincoln** 281:11
**Linda** 287:14,17
**line** 10:12 24:2,7
  60:6 71:13
  99:10 108:21
  141:11,12
  142:1,1,5,20
  142:20 151:20
  152:10,11,17
  165:4 170:1,12
  171:21 172:6
  174:10 176:13
  179:1 180:1,4
  185:10 187:8
  190:13 196:12
  203:2 209:5,12
  209:13,14,17
  209:21 213:15
  213:19 222:2
  229:8 230:5
  236:14 244:1
  253:6 267:12
  267:20 289:21
  290:2 304:2,5
  304:8,11,14,17
  305:2,5,8,11
  305:14,17
**lines** 49:1 179:11
  241:5
**LinkedIn** 6:11
  18:13,15 63:13

69:12,15
**list** 124:15
  170:20 171:4
  201:8 214:19
  233:17 287:22
  288:14 289:4
**listed** 52:20 53:7
  53:9 61:10,20
  62:1 63:18
  69:11,14
  128:16 129:8
  135:12 143:1
  190:9 197:21
  199:16,19
  200:1 201:15
  277:13
**listening** 189:1
**listing** 199:11
**lists** 60:20 64:1
  98:18 142:10
**litigant** 207:14
**litigation** 4:5
  24:15 56:14
  59:9 61:18
  208:1
**little** 22:12 26:18
  40:21 42:14
  76:22 86:17
  87:13 106:16
  114:9 133:19
  159:6 170:9
  215:3 257:14
  258:8 263:22
**lobbies** 166:19
**local** 118:16,18
  146:11 147:18
  173:7 259:17
  259:18 260:3,5
  261:5,8,13
  264:5 273:6
  274:3 285:1,3
  301:7
**locally** 146:17
**located** 65:17
  85:3
**location** 65:3

197:7 290:12
**locations** 170:5
  172:19 210:5,6
  284:13 301:4
**log** 206:13
**long** 10:5 20:13
  36:12 37:4
  38:18 40:19
  41:8 43:19
  44:17,20 46:21
  56:22 57:3,15
  58:16 65:4
  66:20 67:11
  68:2,16 69:2
  277:3 296:20
**longer** 84:20
**Longoria** 108:11
  108:15,18
  109:3,18
  111:10 114:11
  114:17,20
  115:9 116:13
  137:16 138:13
  144:17 145:18
  196:8,9,18
  197:6 236:11
  236:19
**Longoria's**
  196:13
**long-term** 85:16
**look** 28:18 55:21
  56:2 59:15
  80:14 120:17
  143:12 149:11
  150:1,5 156:6
  158:19 159:4
  159:17 191:12
  199:1 201:18
  202:2,6 223:21
  230:4 239:4,17
  269:9
**looked** 168:17
  200:22 204:4
  229:21
**looking** 28:4
  39:18 44:11,17

57:14 146:18
  148:14 157:7
  159:2 178:18
  183:6 185:4
  203:6 212:1
  237:15 240:6
  249:22 279:11
  281:7 292:11
  293:6 294:5
**looks** 159:2
  181:11 184:21
  205:14
**loose** 156:1
**looseleaf** 21:10
  21:11,13
**lot** 36:19 44:11
  44:15,16 75:17
  114:6 119:19
  129:10,13,15
  157:13 210:22
  280:5
**lots** 36:20
  104:20
**Louisa** 5:2
**lower-ordered**
  126:12
**lunch** 47:1
  155:17,18
  167:4

——————
**M**
——————
**M** 3:3
**Magna** 1:21
**main** 66:6,8
  75:13 92:22
  104:11 228:4
  250:5
**maintain** 289:3
**Maintained**
  267:21
**maintaining**
  83:18 84:10
  86:11 87:1,9
  87:18
**maintains**
  273:14 287:22



major 212:5
making 189:2
  256:8
man 181:15
manage 272:20
  284:12 290:14
managed 161:9
management
  51:19 52:11
  55:19 72:18
  92:17 108:22
  109:5 117:8,11
  117:17,20
  118:9,14,22
  120:14 121:10
  121:13,18
  130:3 140:14
  144:3 145:3
  146:19 148:8
  152:6,11 159:7
  173:8 176:17
  176:19 177:7
  179:14 180:17
  204:9,14,19
  209:8,10,16,19
  211:17 212:16
  212:22 213:6
  213:14,20
  214:7 226:21
  230:6,10,16
  231:2,3,11
  233:20 234:7
  234:21 235:3
  237:2,6,13
  238:2 242:16
  249:8,11
  250:21 251:2
  255:6,11,13,22
  256:9 261:21
  262:2,12,15
  264:16 265:16
  265:21 271:5
  271:13 272:12
  272:18 273:22
  274:6 275:10
  280:3 284:9,17

285:5,13 286:7
  290:2,6 292:20
  295:6 296:4
  300:2,19
manager 68:9
  68:11,14
  146:12,22
  147:13 175:10
  262:5,6,7,14
managerial
  242:21
managers
  118:18 120:3
  146:11 147:6
  147:18 150:9
  156:3,6 157:9
  253:15 254:1
  264:10 279:21
  281:20
managing
  293:18
mandatory
  94:16 95:1,10
  100:18 102:1
  102:21
March 184:17
Maricich 232:15
  233:15 234:13
  291:17
Maricich's
  232:18 233:6
Marin 190:1
  291:17 295:1
Mariza 190:1
  291:16 295:1
Mariza/Sergio
  295:2
mark 18:18 33:1
  96:2 137:6
  158:4 202:11
  211:9 218:12
  247:8
marked 18:21
  19:2 33:3,7
  59:22 60:3
  63:7,10 96:4,7

98:10,13 108:3
  108:6 111:3,6
  120:20 121:1
  137:8,12 140:2
  140:5 144:8,11
  150:18,21
  158:6,9 177:12
  177:15 180:21
  181:2 182:8,12
  184:11,14
  186:15,18
  189:14,17
  196:1,4 198:14
  198:17 200:9
  200:12 202:13
  202:16 204:22
  205:4 206:1
  211:11,15
  218:14 221:13
  224:15,19
  228:19 232:7
  232:11 236:4,8
  239:8 243:13
  243:17 245:8
  245:12 247:10
  252:9,12
  266:19 267:1
  269:2,6 282:6
  282:9 286:22
  287:4 291:1,5
  297:4
mass 8:6 159:3
  160:20 161:9
  163:9,14 164:1
  164:10 190:9
material 207:10
  229:9
materials 27:16
  207:15,16
matter 23:11
  34:5 41:2,3,9
  41:10,15,19,20
  42:12 43:20
  44:6,21 45:4
  46:9,14 56:7
  135:15 258:6

278:12,14
  295:9 298:17
matters 261:5
  262:2
Mayer 2:4 3:4
McALEENAN
  1:7 60:7 96:18
  113:13 121:6
  177:20 178:19
  179:5,10 181:7
  183:19 184:18
  187:2 203:14
  221:20
McAleenan's
  180:15 181:12
MCAT 7:8,9
  91:10,20
  111:17 112:6
  112:21 119:17
  138:5 140:19
  141:1,2 143:4
  143:4,11,19
  154:7 196:14
  196:22 197:8
  198:19,21
  199:6 200:20
  204:3
McClellan 65:19
  65:22
mean 12:17 34:2
  43:5 49:10
  56:15 67:5
  71:12 72:12,20
  75:21 80:9
  81:13 82:4,9
  82:14,19 83:1
  86:7,16 93:4
  95:11 103:17
  204:11 221:9
  254:1 264:11
  285:8,9,11
  294:17
means 19:21
  47:19 84:1
  97:15 101:6,7
  124:2 126:11

215:15 230:11
meant 268:12
media 11:13
  180:4 220:16
medical 101:11
  136:2 167:9
Medlock 3:3 6:3
  9:6 10:11,14
  18:18 19:1,19
  20:8 23:21
  24:4,10 28:9
  29:4 32:7 33:1
  33:5 38:5
  42:21 43:8
  45:20 46:3,7
  48:18 49:12
  50:6,18 51:5
  51:14,17 53:17
  54:1,6,17,22
  55:4,21 56:4
  60:2 63:9
  69:18 83:10,15
  85:8 86:3
  89:21 90:1,13
  90:15 94:22
  95:6 96:2,6
  98:12 102:6,15
  103:18 104:2
  108:5 109:16
  111:5 120:22
  122:10 123:8
  123:12,17,21
  123:22 128:12
  129:14 131:6
  131:16 132:1
  134:17,20
  135:3 137:6,10
  140:4 144:10
  150:20 152:21
  155:15,19
  158:8 177:14
  180:13 181:1
  182:10 184:13
  186:17 188:16
  189:16 195:9
  196:3 198:16



200:11 202:11
202:15 205:2
205:17,20
206:12 209:1,3
211:9,13 217:5
217:14 218:12
218:16 221:15
224:17 228:21
232:9 236:6
239:10 241:2
243:15 245:10
247:8,12 248:8
248:13 252:11
257:3 296:12
296:21 297:15
298:12 300:4,8
300:20 301:13
**meet** 265:16,17
**meeting** 20:7,12
20:16,18 21:13
21:15,17,20
22:2,5,8,15
27:2,13,17,20
28:2,4,16 29:7
29:10,18 30:1
30:11,13,16
31:6,7,10,13
31:17,19 32:1
32:15,15 35:15
36:2,5,10,11
37:1,4,7,12
38:8 39:22
40:1,3,4,8,9,12
40:14,16,19,22
41:20 45:4,7
45:10,11,14,17
46:21 47:10,16
47:18,21 56:19
57:2 229:13
235:14,19
285:11,12,20
**meetings** 19:15
20:1 31:3
32:10 35:20,22
39:1,2 46:8,13
56:21 62:9

265:20 266:4,6
266:8,11,14
285:7 286:1,6
286:9,18
295:13
**member** 18:12
**members** 80:2
222:21 298:16
**memo** 6:12,16
7:3,20 97:22
98:1,6 120:10
120:14 124:8
124:14 126:4
127:3,12,18,19
129:8 130:3,18
130:20 131:4
132:18,21
134:3,4 147:5
231:6,11 247:3
**memorandum**
96:12,17 97:20
102:9 117:14
118:2 121:3,5
121:9,13,19
125:5 146:1
182:13 243:18
244:5,16
**memorandums**
118:7
**memorialize**
177:5
**memorialized**
129:4 132:18
132:20
**memorializing**
127:20
**memory** 22:13
30:22 48:9,11
52:18 53:12
54:2 59:16
119:19 210:13
255:4
**memo.pdf**
254:14
**mental** 55:15
**mentioned** 10:7

11:18 38:15
73:5 95:1
119:3 225:5
259:21
**Mesa** 76:15
280:17
**message** 184:22
185:1 237:16
**met** 35:12 36:20
37:3 46:18
258:5 278:11
**meter** 146:22
148:3,10
156:14 226:7
283:8,14 284:7
**metered** 173:3
270:18 272:10
**metering** 51:19
52:10 53:12,13
55:18 146:1,4
146:8,13
147:14 156:4
156:17 157:2,9
157:11,17
158:1 162:13
162:22 170:10
170:11,16
171:8 176:19
177:1,6 180:9
182:13,22
183:9 186:8
209:22 218:1,5
219:15 224:11
226:5,12 227:7
227:10,13,14
230:14,20
238:16 241:11
241:18,21
242:11 252:3
254:13,14,22
256:11 264:17
264:19 265:10
270:16 273:22
276:6 279:7
280:14 284:9
284:16 286:2

286:19 287:22
288:14 289:4
289:14 300:1
300:18
**metering/queue**
255:5,13
**methodology**
57:19
**metric** 107:21
107:22 238:2
**Mexican** 79:6
82:20 131:10
184:5 186:4
257:16 259:13
259:14 260:3
260:22 261:3,7
261:15 262:3,9
262:13 263:17
264:3,13,19
265:7 266:5,8
266:12 270:20
271:10 272:7
272:20,22
275:13 277:20
280:12 284:11
285:2,21 286:4
286:18 288:2
288:16 290:13
299:17,22
300:17 301:1
**Mexicans**
270:21 272:9
**Mexico** 13:13
22:17 23:3
25:14,20 73:13
73:22 76:10
79:3 83:6
86:12 87:2,11
90:3,8,11,19
91:3 104:5
130:16 134:1
135:11 142:3,6
159:11 165:4
166:8,10
169:17 170:13
170:19 172:6

174:12 185:16
185:22 209:9
213:15,20
250:15 251:10
260:18 264:12
265:10 266:13
270:17 279:6
290:8 292:14
293:12,17
**Michael** 202:20
**middle** 16:12
73:7 287:13
289:22
**midnight** 212:22
**midst** 133:13
**mid-bridge**
212:16,22
213:7 255:1
**Migracion**
267:22
**migrant** 23:13
141:10,15
142:17 177:3
179:6 183:10
184:3 185:11
186:8 187:18
188:5 195:19
267:5 287:19
297:11
**migrants** 43:16
84:13,16 92:18
104:20 133:12
133:14,17
134:13 162:17
166:16 167:11
167:21 176:11
180:3 204:18
208:11 209:20
210:4,16 215:4
242:1 262:16
271:12 272:17
272:19,22
280:3,8,9
284:14,19
290:3 292:4
293:1 295:3,16



296:3 301:10
**migration** 8:6
  14:1 91:10,13
  111:17 112:10
  113:6,11,15,20
  159:3 160:20
  161:10 163:9
  163:14 164:1
  164:10 167:2
  190:9 200:13
  214:5
**mind** 20:21 21:4
  26:16
**minimize** 159:11
**minutes** 20:14
  27:19 37:6
  41:11,12,12,17
  44:2 57:10
  58:19 205:18
  235:15,19
  256:22 277:9
  296:9,18,18
**misinterpreted**
  221:9
**misleading**
  123:16
**misquoted**
  220:19 223:18
  224:7
**missed** 31:5,12
  228:14
**misses** 31:17
**mission** 104:15
  117:7 122:20
  126:7,17
  128:20 129:7
  133:1,2,2,3
  136:10 165:19
  169:4 299:1,7
**missions** 134:8
  135:12 136:6
  194:12
**misstatement**
  221:6
**misstates** 102:14
  102:14 131:1

131:19 155:13
  296:5
**missteps** 249:13
**mistaken** 153:19
**misunderstan...**
  256:14
**mobile** 83:3
**mode** 276:2
**modes** 275:12
**Modesto** 72:10
**Molnar** 61:11,14
  61:17
**moment** 88:4
  205:16 226:8
  239:17
**month** 35:4
  68:13 139:4
**monthly** 266:11
**months** 11:4
  67:13 221:4
  227:13
**Montreal** 67:3,4
  67:12
**Morgan** 118:5,6
**morning** 9:7,8
  20:7,12 225:6
  253:14 291:20
**morphed** 112:17
**motion** 208:7
**motivation**
  218:9 242:11
**motivations**
  217:22
**move** 55:5
  107:20 155:16
  164:3 170:8
  199:5 209:7
**moved** 66:14
  136:20 209:16
  213:18
**movement**
  272:17 301:9
**moving** 36:19
  212:14
**MPP** 166:7
  287:20

**multi** 245:13
**multipage** 33:8
  60:5 63:11
  96:8 98:14
  108:7 121:2
  137:13 158:9
  177:17 181:3
  184:15 196:5
  198:18 202:18
  205:5 211:15
  221:16 243:18
  247:14
**multiple** 37:18
  48:3 59:17
  91:4 104:11
  149:12
**Murdock**
  217:15 219:9
  219:13 220:1,9
  220:13,18,21
  223:8,18 224:2
  224:5
**music** 235:7
**muster** 80:6,9
  80:11,14,17
  81:6,17,19
**musters** 80:20
  80:21,22 81:1
  246:17 247:1
**mute** 10:12
  90:14

_____
**N**

**N** 3:1 6:1,1 9:1
**Nacional** 267:22
**name** 9:10,13
  73:7,7,9
  170:20 187:22
  222:13 229:4
  248:9 268:9,11
  268:17 288:5
**names** 41:6,6
  42:5,8 162:2
  248:6 288:1,1
**narcotics** 122:3
  132:13 260:18

**national** 79:6
  125:14 128:9
  128:10,19
  129:2,15
  132:14 133:1
**Nationality** 97:4
  97:11
**nature** 11:10
  292:14
**NCIC** 23:10
  28:10
**near** 69:21 85:3
  85:18 170:12
  292:1
**nearly** 47:2
**necessary** 159:7
  195:6,10,15
**need** 20:22
  21:18 22:7
  114:20 206:12
  207:16,16
  208:17 209:19
  275:5 292:12
  294:8
**needed** 24:16
  25:7 156:14
  208:7 214:8
  279:13 292:15
**needs** 20:20
  162:22 280:6
**neither** 303:9
**networking**
  18:13
**never** 30:14 70:2
  70:21 73:18
  128:1 221:7
  222:13 223:9
  244:11 270:1
  286:8,10
  292:10 295:8
**new** 3:13,13
  66:11 67:19
  68:21 127:21
  268:2 285:19
**newer** 143:8
**news** 7:13 62:14

218:18 220:12
**Newton** 1:20
  2:10 303:2
**NGOs** 301:7
**Niagara** 64:14
  67:19
**nice** 66:15
**Nielsen** 121:5
**night** 215:19
**nine** 21:15
  291:20 293:6
**Ninth** 160:8
**Nogales** 78:6
  198:7 210:22
  211:1
**noncitizen** 88:5
  94:5 170:16
  171:8
**noncitizens**
  79:10 93:17
  102:10 171:15
  172:5
**nondisclosure**
  207:18
**non-CBP** 215:21
**non-selection**
  12:16,18 14:15
  14:18
**non-U.S** 92:1
**normal** 73:17
  191:8 193:13
  211:2 285:4
**normally** 81:21
  189:11
**normal/organic**
  190:18 193:10
  193:14
**Norte** 77:19
  281:14
**Northern** 74:11
  132:9 228:6
  265:14 266:1
  266:10
**notarial** 303:13
**notary** 2:11 9:3
  303:1,19



note 22:12
  187:16 206:14
  248:3 301:14
  301:16
notebook 21:9
notes 19:14
  20:16,17 22:6
  23:14 24:13
  25:18 26:2,3,6
  26:14,18,19
  28:18 29:10,18
  29:22 30:3,8
  30:12 31:10
  32:2 39:4 44:3
  187:12 191:16
  235:9 266:5
notice 6:9 33:9
  49:16 93:19
  94:13
notification
  173:11
notified 24:19
  255:20
notion 168:2
November 66:12
  66:13,21 67:1
  67:1 174:21,22
  175:1,3,3,8
  225:1,18
  226:11 227:5
  251:4 269:13
NTA 94:12
nuance 76:22
number 6:8,9,10
  6:11,12,13,14
  6:15,16,17,18
  6:19,20,21,22
  7:2,3,4,5,6,7,8
  7:9,10,11,12
  7:13,14,15,16
  7:17,18,19,20
  7:21,22 8:2,3,5
  8:6,7,8 18:20
  33:2 37:17
  52:20 59:21
  63:6 96:3 98:9

98:15 103:1,6
  103:12 105:19
  108:2 111:2,8
  112:13 115:11
  120:19 121:3
  131:21 132:2
  132:12 136:21
  137:7,13
  139:10 140:1,7
  141:10,11,22
  142:14 144:7
  144:13 150:17
  151:1,2 158:5
  164:16 165:2
  177:11,18
  180:20 181:5
  182:7 184:10
  184:16 186:14
  189:11,13,19
  195:22 198:13
  200:8,15
  202:12 204:21
  205:6 206:2,2
  211:10,22
  218:13 219:15
  221:12,17
  224:14 228:18
  229:1 232:6
  236:3,9 239:7
  240:3,8,16
  242:1 243:12
  245:7,15 247:9
  248:2 252:8,14
  266:18 267:2
  269:1,7 270:16
  270:17 272:9
  277:18 278:2,6
  280:11 282:5
  282:10 283:8
  283:14 284:8
  286:21 288:18
  290:22
numbered 100:4
  199:6 201:4
  246:12
numbers 96:9,9

108:8 130:11
  139:2,5 151:19
  153:16 155:10
  158:15 159:22
  160:3 166:10
  169:14 182:18
  182:19 198:19
  202:18 214:5
  224:22 273:18
Numeral 34:8
  161:2
Nutzhorn 71:21
N.W 2:5 3:5
  4:14

_____
O
_____

O 6:1 9:1
oath 17:5,8
  58:12,12
object 16:2 24:7
  37:22,22 38:1
  42:18 48:21
  51:2,15 54:6
  54:12 83:7,13
  85:5,21 94:14
  128:6 129:11
  186:12 188:14
  217:10 239:5
  240:20 260:7,9
  261:6,16 264:4
  274:18 292:5
  300:4,20
objected 34:18
  300:8
objection 20:2
  23:18 24:1,5
  28:6,19 32:3
  48:22 50:5
  51:12 53:15
  54:20 55:10,13
  55:19 95:4
  102:4,13,13
  103:15,21
  109:13 122:8
  123:4,8,11,19
  131:1,11,19

134:10 135:1
  137:2 139:20
  152:20 155:12
  180:10 195:7
  217:3 261:20
  283:20,21
  285:14 289:5
  294:10 295:18
  295:19 296:5
  297:15
objectionable
  53:19
objections 16:3
  54:9,12,14
objectives
  244:21
observations
  238:20 239:15
observe 254:20
obtain 55:14
  207:15
obviously 75:12
occasion 262:12
  268:10 279:5
occasionally
  71:14
occasions 31:2
  154:1
occur 23:8 31:16
  35:7 36:1
  172:20 174:1,3
  175:1 210:22
  286:12,15
occurred 40:14
  41:21 47:21
  48:15,16,19
  172:4 173:22
  174:6 175:19
  176:3,16 209:5
  210:20 242:3
  255:14
occurring 173:6
  220:17
occurs 27:20
  31:12 42:15
  43:14 85:10

99:2 280:6
October 7:20
  24:20 25:3,5
  229:2 243:20
  248:21
odd 181:15
offenses 17:15
  17:18,21
offer 185:21
  208:6 214:15
  215:6
office 4:5 9:22
  10:7 37:8
  39:14 40:18
  49:20 63:2
  69:1,6 74:21
  75:3 80:20
  86:19 108:19
  110:5,12
  137:22 140:14
  141:9 142:11
  145:10 152:5
  155:4 158:10
  159:5 160:19
  168:16 172:18
  173:9 174:16
  175:16 197:15
  198:3,3 199:15
  199:20 201:13
  211:16 212:21
  213:6 215:10
  215:12 216:17
  232:22 233:13
  237:17 238:6
  238:13 239:13
  245:2,20
  247:15 251:13
  253:11 301:4
officer 169:8
  171:17 174:10
  299:11 303:2
officers 49:21
  80:13 166:14
  169:16,20
  170:2,11
  203:19 210:2



213:19 226:4
250:22 263:6
298:22
**offices** 2:3
158:22 197:12
197:22 199:11
201:9 224:10
**office/Northern**
267:17
**official** 207:6
218:21 219:14
222:5 243:19
**officials** 219:15
250:12 264:3
265:21 299:18
300:18
**off-site** 70:18
227:22 228:2,7
228:9 237:16
237:19,21
**off-sites** 228:6
**OFO** 10:8 17:4
30:21 74:6
75:4 87:15
88:7 92:14
103:13 107:20
110:5 113:18
114:1,7 118:14
118:22 154:17
156:22 167:14
168:15 169:11
169:15 192:13
199:11 201:8
240:14 249:4
250:20 267:16
287:9 298:13
298:18
**oftentimes** 216:8
**oh** 39:14 44:1
66:5 120:2
190:21
**OIG** 7:19,22
238:9,10,12,15
238:19 244:17
246:7 248:14
249:1,6 251:14

251:19 252:3
253:7,12
255:21 256:1
**OIG's** 254:19
**OIT** 41:7,15,19
45:1 56:6
**okay** 12:7 13:3
15:21 16:13
19:10,20 25:5
30:20 35:1
36:4,8,17,22
44:1 51:11
53:5 54:17
55:6 58:16
62:1 63:19
66:17 68:5,19
69:7,10 71:18
72:20 75:12
77:12 78:6
79:14 88:4
96:17 99:16
100:6 102:3
107:12 108:16
112:20 116:12
124:4 126:11
129:21 131:7
133:11 136:16
140:13 141:6
143:17 147:11
151:9 161:7
164:13 165:1
165:15 171:2,5
172:11,16,21
173:13 176:10
177:10 178:8
179:21 183:14
184:2 190:8
191:16 199:1
205:20 206:12
214:11 219:3
222:10,14
223:13 224:20
225:21 227:3
230:4 232:5
234:20 241:3
244:13,14

253:6 255:17
256:21 257:17
257:22 259:11
269:16 272:5
281:18 282:20
293:12 296:16
296:17 297:22
298:11 299:13
300:15
**older** 196:21
197:2
**once** 265:18
**ones** 34:20
172:19 173:16
261:11
**one-page** 151:1
182:13 228:22
236:7 252:13
**ongoing** 175:15
237:10
**open** 76:3 77:13
163:15 164:2,3
215:18 217:1
**opened** 229:21
**operate** 216:2
**operating** 81:10
81:14 139:17
152:16 195:17
216:3
**operation** 22:17
117:9 148:1
164:9 166:12
170:1,1
**operational** 20:7
20:12 27:1
91:8,11 104:13
104:22 105:2
105:12,16
107:12,17,22
109:7,12 110:2
110:7,14,20
114:21 115:12
115:20 116:9
117:2,4,7,12
117:21 118:10
118:14,21

119:2,5,8,15
119:18,22
120:8,15 127:8
136:12,20
139:12,16
146:6,14 147:1
147:12,15,16
148:4,7,10,22
149:6 150:8
153:7 162:21
165:5 237:6,12
238:1 246:18
260:15 264:9
**operationally**
90:3 115:16
**operations** 9:22
9:22 10:8
14:19 19:15
20:1 22:12
23:9 49:20
70:15,17,18
72:9 73:2
74:21 75:7
83:3 85:3
100:18 108:19
124:21 125:17
132:4,6 137:21
140:20 141:12
142:22 156:20
168:16 206:9
209:5 214:15
225:14 227:21
245:3 254:20
267:17 299:16
**opinions** 206:16
**opportunities**
214:15
**opposed** 259:20
**OPR** 175:16
**ops** 98:18,22
**option** 164:14
**options** 165:6
**oral** 14:6
**orally** 81:6
**order** 97:12
122:22 124:22

125:12 126:8
126:21 133:8
209:18
**ordered** 100:20
125:13 135:14
**orders** 58:21
99:11
**organic** 161:14
161:17,21
191:7
**organization**
49:17 64:11
128:9,19
**organizations**
18:10 64:7
87:17
**organize** 21:2
**origin** 159:11
**originally**
121:21 158:15
**originated**
274:15
**originating**
272:2
**Otay** 76:15
280:17
**OTM** 82:16
**OTMs** 270:18
270:19
**Otro** 1:4 56:13
60:7
**outbound**
260:19
**outcome** 303:11
**outside** 14:11
40:17 62:9,17
62:22 73:17
176:13 243:4
258:20,21
259:3,6,10
**overall** 156:20
159:21
**override** 207:17
**oversight** 147:17
**overtime** 163:16
163:21



**overwritten**
207:19
**Owen** 20:6,18
21:2,12,18
22:2,6 26:8,20
27:1 28:11,17
29:22 75:9,16
146:1 177:20
179:19,21
180:8 181:7
182:14 205:9
210:1 221:21
225:2 227:9,14
**Owen's** 26:11
57:5,7,22
178:17
**o'clock** 21:15
32:15 215:19

————————
**P**
**P** 3:1,1 9:1
**Pacific** 233:7
**packed** 233:16
**page** 6:2,7 7:1
8:1 15:3 33:8
34:6,7 57:20
57:20 60:12,16
60:17 63:20
69:17,19 96:22
97:1 100:3,5,7
121:17,19
122:13 124:13
124:14,15
128:16 135:8
144:12 159:19
159:20,22
160:2,2,3,6,6,8
160:9,16,17
161:1 178:20
186:19 199:5,6
199:7,10 201:3
201:3,4 202:7
212:2 219:7
240:2,4,7
246:13,14
249:17 250:4

267:11 270:11
282:22 283:6
287:13 294:22
304:2,8,11,14
304:17 305:2,5
305:8,11,14,17
**PageNo** 304:5
**pages** 1:19 57:18
248:6 302:5
**paper** 21:8,10
21:11,14 28:1
29:5 30:6,18
32:17 88:16
**paragraph**
100:12 101:10
179:9,11,22
180:8 219:8,22
**paragraphs**
250:5
**Pardon** 134:22
**parentheses**
234:1 270:21
**parole** 95:15,19
96:1 101:12
**paroled** 92:3,7
92:20 93:14
95:16 103:6
**paroling** 93:9
94:20
**part** 87:3 92:15
116:16 124:19
128:21 136:17
179:10 185:19
206:18 231:8
254:19 293:9
**participants**
27:12,16
**participate**
114:3 145:12
**participated**
114:5
**particular** 21:19
22:10,11 41:10
57:11,13 89:12
105:20 110:1
119:12 131:15

142:9 160:17
167:1 213:18
227:16 262:8
274:10
**parties** 303:10
**partner/stake...**
267:13
**parts** 36:19
**party** 18:5 207:1
**Paso** 76:21
77:19,19
166:11 225:12
281:13,14,14
281:15 288:20
289:1,17
**pass** 21:18
172:17,21
173:17 176:3,8
**passenger** 75:1
**paste** 197:3
**pasted** 197:6,11
**Patrick** 184:19
221:20 224:1
**Patrol** 64:20
65:5,15,16
114:2,7 162:16
163:2,7 165:8
166:2,12,13
168:17 170:3
239:22
**paying** 154:16
**PDN** 77:20
166:6,13
281:12,13
289:18
**pedestrian**
280:19 282:3
299:9
**pedestrians**
280:22 281:7,9
**pen** 30:6
**pending** 16:11
97:12 138:20
**people** 10:11
30:3,5,18 41:5
42:1,3 45:1,15

46:15 63:2
71:5 79:10
81:19 91:7
106:8,9,10,13
130:10 142:5
151:20 167:19
187:3 288:18
298:21
**people's** 54:5
**percent** 56:1
110:22 139:17
142:16 144:5
146:9,14 147:1
147:12 148:6
148:10 150:15
151:20,21
152:16 153:16
155:11 195:18
197:18,21
198:4,8,11
199:16,20
200:2,5 201:13
201:16 202:3,8
204:6
**percentage**
141:10,15
197:8 201:22
297:10
**Perez** 221:20
**perform** 67:6
**performance**
75:15
**performing**
243:19
**period** 16:16
20:19 39:3
84:8 103:4
200:21 286:11
**permanent**
79:10
**permissible**
156:3,16
**permitted**
100:21 101:5
**person** 29:21
35:8 43:22

61:20 94:21
106:10 113:18
227:5 274:5
**personal** 11:15
12:4 18:3
19:13 207:5
**personnel**
121:22 219:19
247:20
**persons** 122:14
122:17 126:4
203:20
**person's** 169:9
**perspective**
287:19
**Pete** 177:21
178:13 181:8
232:20 233:8
233:11
**phase** 161:13,17
212:11,16
214:13,14
**phased** 161:9
**phone** 10:12
35:8 41:2
90:13 270:22
271:5 273:11
275:11 276:11
**phrase** 101:5
272:16
**phrasing** 272:14
**physical** 104:12
105:7 106:21
107:7,11
156:11 191:21
297:20
**pick** 223:20
**picked** 85:2,18
85:19
**picking** 89:3
**picture** 63:18
**piece** 21:8 30:6
**pieces** 32:16
231:18 232:2,3
**pile** 99:17
**pilot** 124:20



125:4 231:8
**place** 11:20
12:12 15:4
21:21 25:21
37:7 40:16,19
45:4 149:9
263:16 272:7
276:2
**placed** 26:4
100:19 102:11
170:12
**placing** 167:19
**Plaintiff** 1:5
**PLAINTIFFS**
3:2 9:5 257:6
**Plaintiff's** 33:9
**plan** 6:21 7:12
158:11,18
159:3,5,18
160:19 211:17
**plane** 67:8
**plans** 158:22
163:11 206:7
209:7
**plan_SDFO**
190:9
**platforms** 18:13
**play** 83:4,11
84:9 86:10,22
**plays** 87:8,17
**please** 9:9 10:12
45:20,21 46:3
54:12 90:14,14
179:11 253:14
270:6 295:3
**plenty** 93:5
**POE** 270:17,18
**POEs** 49:20,21
246:18
**point** 24:15,18
27:8 47:15
54:4 107:20
114:22 142:2
162:21 178:6
183:10 212:20
214:11 215:13

216:8 262:5
278:22 290:4
**points** 21:2,7,14
22:1,14,16,22
28:4 30:16,21
32:1,11 201:22
209:8,16 212:6
212:8,15 213:7
213:14 252:2
254:15 255:13
256:18
**points/memo**
255:5
**policies** 95:17
97:2 154:16
208:4 244:7
249:5 263:15
**policy** 11:13
12:2 42:2,4,13
43:21 44:7
45:2,13 93:8
97:20 101:17
102:2,7,22
117:17 122:6,9
122:11 123:3,5
123:9,16,20
124:2,6 125:8
125:10 127:4
127:13,16,20
127:22 128:4
130:3,12
135:15 155:9
170:10 186:8
206:8 210:1
213:20 218:1,5
218:9 230:16
231:3,11,12
238:22 239:17
246:16,22
249:12 250:12
252:3
**population**
135:22 299:4
**populations**
136:7 159:10
298:16,19

299:12
**port** 23:10 70:2
70:7,11,22,22
73:12 74:16,17
74:18,19 75:19
75:21 76:1,12
76:17,19,21
77:1,9,13,16
77:20 78:1,15
78:16 79:15,21
80:21 84:14
88:6 89:15
90:7 92:17
94:6 100:22
101:5,13
102:17 105:9
105:21 109:4
112:2 115:7,13
117:1,8,10,13
117:20,22
118:8,10,18,21
119:6,9 120:1
120:3,15 127:7
132:17 136:17
136:20 138:18
139:9,16
140:20 141:9
141:12 142:13
142:22 146:7
146:12,13,19
146:22 147:1,5
147:13,19
148:3,6,8,21
148:22 149:6
150:8 152:12
152:15 156:3,6
156:13 157:2,8
157:9,11,14,16
157:19,21
159:6,17
160:18 161:6,8
161:22 162:5
162:12,14,22
163:14,22
164:1,2,9,14
165:1,5,6,7,17

166:1,17,20
167:13 168:11
168:19 169:1,8
169:12 170:15
170:18,22
171:8,10 172:8
173:7,12 174:1
174:7 175:9
176:13 178:4
178:11 179:13
188:11,18
189:6 191:7,17
194:2,18,21
195:3,16 198:7
198:7 200:1,5
201:16,21
203:19,21
204:6 210:10
213:13 214:9
214:16,18
215:7,13
216:15,19,22
217:7 225:11
231:17,22
233:4 234:10
234:11,12
238:11 240:9
242:7,12,22
243:4 247:19
249:7,14,15
250:13 251:1,5
251:8,14,18
252:1,20,21
254:3,20 255:2
255:10,10,20
256:8,9 262:4
265:14,16
266:1,9 271:11
272:1,1,10
274:4,5,10
280:17,20,21
284:15 289:17
290:4 292:2
299:8,15,20,21
300:16
**portion** 55:9

168:4,9 197:1
197:2
**portions** 77:13
77:16 205:14
208:18
**ports** 22:17 23:3
25:14,20 51:20
52:11 73:21
74:9,19 76:9
78:7,10,12
83:6,14,19
84:10,15 85:10
86:12 87:2,10
87:19 89:12,17
90:2,10,19
91:2,14 95:20
100:9 102:10
103:2,10 104:5
110:8,14,18,22
117:5,6 118:13
120:12 125:1
130:4,13,21
133:22 135:21
139:19 142:10
144:2,4 145:3
150:14 159:1
162:2,15 163:2
163:5,7 168:14
169:17 192:14
192:20 197:12
199:11,12
201:8 202:3,7
204:17 209:6
210:3,3,12,14
212:11,20
213:5,18
214:14,17,19
214:22,22
216:9 219:16
220:3 231:4,13
238:8 240:17
241:11,13,18
244:2,8,19
245:4 246:8
250:16 251:16
252:4 270:11



274:13 275:17
279:1,2,17
281:4 293:2
298:1 299:16
301:1,9
**port's** 147:11
171:18
**position** 12:20
24:20 48:12
64:19 66:10,20
67:21 68:8,17
68:20 69:3,8
69:11 70:22
71:4 75:6
94:19 111:20
112:1 137:20
138:1 174:4
178:5 225:10
225:13 288:6
**positions** 14:19
64:1 69:14
73:14 170:12
**possession** 39:12
**possible** 23:6,7
160:19
**possibly** 280:17
**potential** 206:7
206:8
**Poverty** 4:13
**practicality**
217:13
**practice** 20:15
51:18,21 52:10
53:11,13 177:6
208:7 219:14
241:12 283:12
283:18
**practices** 249:5
263:16 283:6
283:22
**preclearance**
67:3,5,12,22
68:3
**predecessor**
18:10 64:7,11
**predecisional**

206:10
**predicate** 171:6
**premise** 95:21
**preparation**
38:4 51:4,7
52:6 58:21
59:4,6 61:8,15
62:17,22 98:2
109:21 192:18
194:18,22
195:4 213:10
213:12 238:4
240:13 242:8
259:8 278:19
278:22 281:18
**prepare** 35:10
35:18 40:7
43:1 46:10,16
50:19,20,21
51:8 52:3
56:10,14,18
58:1,5 62:12
98:6 195:11
214:14 217:16
258:2
**prepared** 30:17
223:6 256:4
294:13,14
**preparing**
276:22 277:4
**preread** 27:16
**prescribed**
122:22 126:8
126:21 129:3
**present** 5:1 9:20
16:17 37:9
47:6 64:2
78:20 83:5
103:5 135:21
143:6 242:1
245:4 259:12
284:15,20
290:1 293:1,13
**presentation**
234:7,17
**presently** 9:16

**preserve** 24:16
25:7
**president** 97:7
**press** 151:22
223:16
**presumed**
276:11
**pretty** 21:3
38:10 129:20
134:4 268:16
**previous** 14:19
139:4 276:8
277:13
**previously**
127:21 151:9
279:3
**primary** 88:5
275:4
**print** 269:11
**printed** 158:14
229:19
**printout** 63:12
**prior** 48:22 64:6
95:9 103:19
124:5 128:4,17
139:11 213:4
296:6
**priorities** 104:13
117:15 120:11
126:13,18,20
126:22 128:16
129:8 131:8
133:16 134:2
134:16 135:14
135:17 156:9
156:10,19
194:5
**prioritization**
120:10,13
121:13 133:20
135:8 147:5
193:11,16
231:6,11 247:3
**prioritization-...**
117:16 121:10
121:18 130:2

**prioritize**
124:21 133:7
134:5,8 298:13
**prioritized**
135:10,15
**prioritizing**
133:13
**priority** 104:15
115:2 122:20
124:22 125:13
125:13 126:3,7
126:13 127:8
128:15,20
129:2 133:8
134:14 136:10
169:4 191:11
298:17 299:1
**privilege** 54:16
206:11,13,15
207:1,3,4,5,8
207:10,11,13
207:14,19
208:21
**probably** 25:2
35:12 55:19
56:21 57:2
71:22 75:13
147:7 175:5
262:4 264:20
265:20 266:2
268:16 281:6
285:5
**problem** 230:19
**procedure** 33:10
81:14
**procedures**
81:10 164:9
**proceeding** 12:8
14:16 94:2,3
**proceedings**
93:19 94:8,8
94:12 100:20
102:11 303:3,5
303:6
**process** 21:22
43:3,11,12,16

43:18 44:14
78:18 79:8,9
87:4,21,22
88:15,16 92:16
105:6 116:17
122:1 127:10
132:16 133:12
133:17,21
134:12 136:7
149:15 164:16
166:7,21 171:1
174:11 175:17
175:18 176:17
189:6,10,11
204:17 205:15
206:11,15,18
206:22 207:3
207:13 208:10
211:17 215:4
215:16 216:4
217:2 218:2,20
220:4,9,14
221:2,9 222:4
223:9,19
231:19 255:1
281:8,21
284:13 286:7
290:15 298:19
299:5,11
**processed** 84:14
93:18 94:7,11
95:20 134:14
136:3 171:12
176:15 188:12
188:19 194:2
211:6 214:18
218:6 231:13
251:11 275:5
288:17 298:17
**processes** 48:9
88:7
**processing** 23:1
25:12,19 42:15
43:18 66:1
77:10 78:19
83:5,11 84:3



84:11 89:6
92:18 100:8
104:4,20 115:2
118:11 122:14
122:17 126:4
126:12 127:1
128:16 129:8
129:17 133:4
133:14 134:8
135:10,16
138:20 146:15
148:7 149:1
162:17 163:16
165:18 168:1,3
168:5,12
175:12 179:13
180:2 191:2,8
192:9,14,21
193:1,5 203:22
211:2 238:7
244:2,7,18
246:8 254:21
258:9,13 275:2
298:14
**produced** 56:13
**product** 38:1
42:19 55:15
**Professional**
173:9 175:16
**profile** 6:11
63:13 69:12,15
**program** 22:10
68:9,11,12,14
100:21 124:20
125:5 263:8
**programs** 42:2,4
42:13 43:21
44:7 45:3,13
71:20
**project** 246:7
**promotion**
112:4
**proof** 208:6
**proper** 23:2
25:13,19
129:18 170:17

171:9,15 172:5
176:11 210:16
**properly** 173:12
175:12 207:9
209:18
**proposals** 206:8
**propriety** 53:15
53:18
**protecting**
128:21
**Protection** 1:12
9:19 10:2
33:11 64:3
247:20 250:12
287:20
**protocols** 204:10
204:14 209:19
287:20
**provide** 27:19
44:7 85:16
104:15 148:13
156:6 270:6
**provided** 14:6
14:12 44:21
59:11 117:5
159:7 255:12
287:19
**provides** 75:17
81:20 84:20
120:10
**providing**
166:14 255:19
**Public** 2:11
303:1,19
**Purple** 64:17
**purpose** 158:21
**purposes** 248:11
292:20
**Pursuant** 2:10
**push** 221:11
**put** 19:2 33:6
60:3 106:13
108:6 111:6
112:12,15
121:1 125:8
133:7 137:11

164:19 165:14
170:20 177:15
189:3,17 196:4
198:17 200:12
202:16 205:3
211:14 221:16
224:18 228:22
229:20 232:10
236:7 239:11
243:16 245:11
247:13 252:12
268:22 271:18
290:20
**putting** 24:14
**Pyle** 55:22
**p.m** 108:15
116:13 140:15
144:21 145:19
151:14 178:20
190:5 203:8
222:9 225:18
233:7 236:20
253:2 254:8
291:12 301:19
**P.O** 4:6

_____
**Q**
**qualified** 207:14
207:19
**question** 16:11
28:8,14 32:6
43:2 45:18
48:22 54:7,21
55:8,13,14
58:9 59:13
60:8 83:9,21
85:7 87:12,20
88:14 93:12,22
95:7 96:11,14
107:6 123:2
124:5 128:13
131:7 133:19
134:18,21
135:4 146:21
147:11 148:5
148:12 153:12

154:21 157:12
158:2 162:11
164:13 165:1
171:5,22
188:21 204:20
213:10,11,22
214:2 218:3
223:15 226:22
227:1 230:1,17
239:18 244:14
256:6 261:18
265:4 271:15
271:17,18
274:2 275:16
283:17 284:2,4
297:8 299:20
300:9
**questioned**
208:9
**questioning** 24:2
24:7 43:16
49:1 53:16
257:4
**questions** 15:6
15:11,20 16:5
16:15 17:13
38:2 49:5
50:17 54:4
55:18 57:17
58:11 59:16
138:17 163:18
163:20 209:2
239:6 257:15
270:10 272:3
296:6,13,14,20
297:16 301:12
**question-and-...**
15:5
**queue** 51:19
52:11 55:18
108:22 109:5
117:16 120:13
121:10,13,18
130:2 140:13
141:11,11,22
144:3 145:3

152:6,11,17
176:17,19
177:7 179:14
180:17 204:9
204:13,19
209:8,10,16,19
211:17 212:16
212:22 213:6
213:14,20
214:7 226:20
230:6,10,16
231:2,3,10
233:20 234:7
234:21 235:3
237:2,5,13
238:2 242:15
249:11 251:1
261:21 262:2
262:12,15
264:16 272:18
273:21 280:3,9
284:9,17 286:6
290:2,5 292:20
295:6 296:4
300:1,18
**quick** 51:14
89:19 239:21
**quickly** 58:19
288:9
**quite** 57:9 131:3
**quote** 208:10

_____
**R**
**R** 3:1 9:1
**raised** 28:15
**Ralph** 202:20
203:7
**Randy** 1:14 2:2
6:2 9:2,11
19:13 302:4,13
304:22 305:22
**range** 206:3
**ratings** 75:10,11
75:11
**raw** 80:11
**reach** 214:17



215:5 295:2
**reached** 148:22
203:18 292:13
293:6
**read** 19:16 30:17
52:1 54:22
55:1 57:20,20
57:22 62:14
97:17 101:2,15
109:8 114:19
115:4,18
116:20 122:4
123:2,7 125:2
126:9,13 134:3
134:17,19
145:6 152:2
159:6 161:11
179:3,15 180:6
182:5 183:12
183:14 186:2
198:10 204:1
213:2 219:1,20
220:6 223:3,11
224:3 226:9,14
226:15 231:10
234:12 237:3,8
240:11 241:15
244:3,11,13
246:20 248:9
250:18 253:17
253:21 255:7
272:4 273:3
288:8 293:10
293:11 294:2
301:15 302:5
**readiness** 72:10
72:12
**reading** 38:12
57:21 102:19
116:1 139:13
141:9 189:1
244:9 294:4
**readout** 145:15
**reads** 19:11
51:11,18
121:21 124:19

126:4 151:17
159:6 160:18
161:8 212:10
212:16,20
214:13 219:12
219:22 226:2
240:7 241:9
246:16 250:10
**ready** 72:17
155:16 256:2
256:10 292:2
**real** 264:10
**really** 11:9 23:12
56:2 79:22
80:18 105:18
106:5,8 120:17
148:19 153:13
153:21 173:4
192:16 193:8
193:18 226:7
230:2 231:9
238:3 239:21
242:5 268:8
271:9 274:14
289:9
**reask** 172:2
**reason** 17:11
63:16 70:6,11
92:22 150:10
154:14,15
156:15,16
183:17 242:14
293:21 300:21
301:2 304:4,7
304:10,13,16
304:19 305:4,7
305:10,13,16
305:19
**reasons** 51:21
**reassured**
249:10
**REBECCA** 4:12
**recall** 11:7 12:9
23:4 24:3,9,11
24:12 29:15,17
31:20 33:18

34:22 40:13
41:6 42:5 46:6
46:8 48:3
52:22 53:1,3
60:10 62:16
66:3 93:16
97:21 119:18
145:17 152:22
153:3,13,17
155:14 173:4
174:2 176:1
183:21 188:2,7
210:13 219:6
220:8,11,12,16
220:16 225:9
230:1 231:5,9
234:20 235:4
237:14,20
238:3 239:20
245:18 258:15
267:9 268:13
268:18 269:9
276:18 277:14
277:17 278:3
279:9 283:11
292:16 295:10
299:18
**receipt** 301:17
**receive** 23:22
65:12,22
231:22 281:3
**received** 24:21
25:3 27:6 81:8
98:7 184:21
188:6 253:11
**recess** 89:22
155:18 205:19
257:2 276:14
296:11,22
**recollect** 183:21
**recollection**
11:21 12:14
49:7 50:16
52:10,14,16
54:5 176:6,7
234:5 268:20

271:7
**recommendati...**
206:6,17
**record** 55:1,8
134:19 158:16
184:9 205:16
205:21 206:14
208:6 211:21
248:1,4 257:10
257:11 262:18
301:16 303:5
**redirect** 136:5,9
299:10 301:13
**redirected** 210:5
210:13
**redistributed**
133:15
**reduced** 303:7
**refer** 10:1,8 17:1
59:12 107:5
122:13 147:3
171:3 215:1
288:12 293:5
**reference**
161:13 179:6
183:10 189:4
190:18 208:9
230:6 260:2
**referenced**
193:6 273:15
**references**
165:13
**referencing**
164:6 183:1
251:17 266:6
297:20
**referred** 20:1
88:19 89:16
100:17 112:8
217:8 298:3
**referring** 69:16
132:13 139:18
140:18 149:14
183:19 198:21
247:2 249:15
251:22 288:17

297:14,19
**refers** 115:6
141:16 142:1
145:9 216:8
229:12 288:13
**reflect** 139:2
**reflecting**
206:16
**reflects** 206:5
**refresh** 48:8,11
49:7 50:16
52:9,14 59:15
143:12 255:4
268:20 271:7
**refreshed** 49:6
52:15,18 53:4
53:6,12 54:2
**refreshing** 54:5
**refused** 91:7
100:20
**regard** 136:4
260:10
**regarding** 25:18
55:8 66:1 92:6
97:2 117:11,21
118:9 155:10
179:12 180:17
188:4 206:6,7
208:3 235:2
238:20 239:15
249:1 252:2
256:10 267:4
270:11 295:3
**Regardless**
125:9
**regards** 162:18
**Region** 8:3
267:3
**regular** 29:10
93:19 94:2,7
94:11 118:20
217:18 265:15
279:22 285:6
286:3,6
**regularly** 266:2
286:12,15



regulate 241:13
regulated 240:8
  240:16
regulating
  241:10
reiterate 249:12
relate 16:16
  238:16 263:16
related 14:9,16
  23:17 25:12
  28:1 48:15
  50:2 70:13
  147:10 184:1
  238:7 246:7,17
  255:5 277:19
  278:2,6 303:9
relates 254:20
  296:3
relating 179:14
  258:12,17
  259:4 262:2
  279:7 295:16
  300:1
relation 58:14
  164:18,20
  165:9
relationship
  71:13 266:3
  273:5,6 284:21
  285:2
relationships
  49:19 74:3
  285:4
released 92:3,8
  92:20 93:15
  103:6 248:20
released/parol...
  101:13
relevance
  207:21
relevant 24:16
  25:8 214:3
  257:19
reliable 154:13
reliant 84:18
relief 97:14

243:6
relying 165:7
remains 122:19
  126:6,16
remember 11:3
  11:9 25:1 35:9
  36:3 40:3
  153:21 155:6
  184:7 186:13
  220:17 258:3
  270:3 277:22
remembering
  72:2
remotely 47:18
removal 93:19
  94:2,3,7,8,12
  100:17,20
  102:11
removed 97:13
  100:20
reoccurring
  285:7 286:3
reordered 135:7
repeat 54:21
  83:8 85:7
  87:12 90:17
  95:8 107:6
  110:10 135:13
  171:22 230:17
replies 254:7
report 7:8,9,19
  7:22 71:5,11
  71:14,16,17
  74:14,18,20
  75:8,8,10,14
  91:1,16,17
  118:13 119:7
  119:11,17
  140:14,19
  141:1,3 142:9
  143:11,16,19
  149:10 150:7
  152:6,11
  159:16,18
  174:16,19
  196:14,22

197:9 198:19
  198:21 199:2,2
  199:6 200:6,14
  200:20 201:3
  214:16 225:7
  238:9,10,19
  239:13 240:16
  247:14 248:5
  248:15 249:2,6
reportable 27:5
reported 1:20
  73:13 173:7,9
reporter 15:11
  55:1 122:15
  134:19 297:4
  303:1
reporting 49:18
  73:17 74:2
  75:4 112:19
  118:20
reports 21:16
  29:1 59:3 71:7
  71:8,17,19
  74:12 91:4,5,9
  91:13,19,20
  103:9 118:21
  119:1 143:4,5
  143:8 144:4
  204:3 217:20
  238:15
represent 63:12
  182:17
representative
  33:22 34:3
  35:2,19
request 7:21
  16:11 21:18
  22:9,13 28:16
  46:14 180:15
  180:16 245:14
  245:20 246:16
  270:7
requesting
  243:5
requests 26:12
  29:22 58:5

246:13
require 205:15
required 95:12
  122:18 126:5
requirements
  208:21
requires 78:19
  79:3 207:3
requiring
  101:12
research 213:9
  213:13,22
  238:5 280:5
resident 79:10
resource 219:17
resources
  121:22 133:15
  134:15 136:6
  156:9 159:7
  164:15 169:3
  231:19 298:19
  299:2,11
respect 68:11
  84:3,11 89:6
  93:9 104:4
  107:3 117:22
  118:11 149:1
  165:18 168:6
  206:8 237:12
  244:7 289:14
responded 124:7
  153:5
responding
  152:22 153:3
responds 116:12
response 71:21
  72:21,22
  138:17 145:19
  153:10,11
  155:7 169:14
  177:2 249:1
  270:7 271:19
  272:4 284:14
responses 246:5
responsibilities
  156:7,21

responsibility
  173:10 175:16
  242:21 273:20
responsible
  36:20 92:18
  268:6 280:13
restate 83:21
  300:12
restrict 95:18
result 28:17
  39:18 52:18
  173:5 175:13
  175:20 249:5
resulted 174:16
  240:10,18
results 173:8
retain 23:17
retained 19:13
  57:3,6
return 101:1,6
  170:19 171:11
  171:19 172:9
returned 101:9
  166:7 174:12
  250:13 251:10
returning
  159:10 175:11
  260:17
reveal 38:2
  42:19
revelations 49:2
reverse 204:13
reversing 204:9
review 38:7,7
  39:21 40:2
  50:2 56:12,19
  58:4,15,20
  59:3 62:10
  86:20 98:5
  149:8,11
  175:18 196:15
  205:15 238:18
  238:20 239:15
  244:6 256:18
  259:4 278:5
  279:14



reviewed 56:17
58:18 249:8
reviewing 38:18
39:17 52:7,9
52:15,19 53:1
56:22 57:7
58:17
**RFI** 270:6
**RICH** 4:11
**right** 11:5 13:13
13:20 16:2
22:3 25:9,22
26:5 28:5,18
30:4 32:21
36:11 43:9
46:19 47:2,6
47:13 49:13
51:9 56:1
58:10 61:21
64:16 70:3,15
71:2,11 72:1
72:15 73:8
75:15,16 76:4
77:3 79:12
80:3 81:3
84:21 88:20
91:21 94:9,13
96:10 100:3
102:12 103:14
111:18 114:16
114:18 117:3
118:22 125:8
125:20 126:19
126:22 127:2
127:11,14
129:9,19
130:22 132:3
133:8 134:2,9
141:4,9,17,20
142:3,7,14,17
142:20 143:1
143:20 145:20
147:19 148:4
152:22 157:15
163:8 164:5,17
165:8,21

166:12 168:8
168:20 171:19
172:1 173:17
174:18 175:6
177:22 179:7
180:18 181:9
181:13 182:11
184:20 185:1
187:3,9,10,22
188:1,7 192:2
192:5 196:10
199:10 200:6
201:7,22 202:9
202:22 203:11
205:10 212:19
213:7 215:2,16
216:5,13 217:9
224:7 225:3
226:13,18
227:9,15,17
229:17 230:20
230:21 231:12
231:14,20
232:1,16
236:12 244:19
244:22 245:5
251:3,6 255:14
256:3,5,5,12
256:19 258:6,9
258:10,13
261:9 264:17
271:15,19,22
272:13 277:1
278:12 280:14
282:15,18
283:3 300:9
**Rights** 3:11
**right-hand**
160:1
**ring** 263:2 268:7
**risky** 167:18
**Rivas** 287:14,17
**Robert** 189:22
190:4 221:20
291:17 294:21
**Roberto** 202:21

**Rodney** 202:20
236:11
**role** 25:2 83:4,11
83:18 84:9
86:10,22 87:9
87:17 158:21
178:3 181:21
208:1 227:6
228:10 232:18
233:2,9
**Roma** 115:3,6,6
116:17 117:1
119:5 136:17
136:19 138:17
139:2,9,16
142:13
**Roman** 34:8
161:1
**room** 40:17
41:21 47:5,13
105:20 106:5,7
106:8,12
112:16 114:3
235:7
**rooms** 105:22
167:4,4,20
**Roughly** 278:1
**roundabout**
53:21
**routinely** 222:21
**rule** 16:4 54:8
102:9,17
**rules** 15:1 33:9
**run** 147:22
150:7 199:2
200:6 210:16
**running** 267:2
269:7 301:7
**Ryan** 111:10,14
114:17 116:12
137:16 138:9
140:9 151:3
**R-A-N-D-Y** 9:11

—————————
**S**
—————————
**S** 1:20 2:10 3:1

6:1 9:1 303:2
**Sabri** 137:16
138:4 187:2
**Sabri's** 138:9
**safe** 179:12
**safety** 167:11
**Salazar** 232:15
234:6
**Salazar's** 233:2
**Salinas** 291:18
**salutation** 19:10
**Salvador** 291:21
**San** 70:6,10,10
70:18,19 76:12
106:20 107:3,8
107:10 167:1
173:17,19,19
173:22 174:7
175:19 178:4
178:11,14
188:11,18
189:5 190:19
191:7,17
193:10 194:2
194:17 195:16
198:3,10
199:20,22
200:4 201:12
201:12,16,21
203:18 204:5
210:6 214:4
215:3,9,12
216:9,16,16
233:1,11,14
234:12 242:2,7
242:12,22
243:4 264:21
271:19 272:3
274:12,15,21
275:21 276:6
280:16,19
281:8,16 282:1
282:2 284:12
286:10 290:12
292:1 294:18
**SARAH** 4:11

sarah.rich@s...
4:18
**sat** 114:8
**Saturday** 291:11
294:22
**saw** 138:8 198:1
268:15
**saying** 15:19
28:22 50:8
147:9 153:5,6
189:2 193:13
256:14 285:18
**says** 33:8 49:17
53:11 54:9
60:12 109:15
115:5 116:21
126:16 127:3
127:12 130:18
141:22 142:15
142:21 160:6
161:2 162:5
163:4,12
180:19 187:12
191:2 192:3,8
193:14 201:5
203:12 223:8
223:17,22
224:8 244:12
244:21 245:6
249:19 250:1,6
250:7 256:15
267:12,16,21
268:1 270:6,22
271:4 275:9
282:22,22
283:6,7 287:17
288:14 291:18
295:2 297:10
**Scappechio**
202:21
**Schiermeyer**
222:11,12,14
**scope** 20:2,3
23:12,18 24:8
76:2 83:7,13
85:5,21 94:14



103:15 105:8
128:6 129:11
131:12 156:7
186:12 188:14
207:9 217:3,10
240:20 260:8,8
261:6,16 264:4
283:21 289:2
292:6 294:10
295:19
**Scott** 202:20
**screening** 12:2
**sea** 80:3 228:9
**seal** 303:13
**seaport** 74:11
**seaports** 130:14
169:16
**search** 11:12
**second** 56:21
60:17 63:20
96:22 100:5,12
114:12 121:17
121:19 125:16
178:20 179:9
179:21 199:5
212:10 215:11
219:7 246:14
246:16 249:17
250:6 274:7
281:15,20
**secondary** 88:13
88:18,19,22
149:22 168:8
275:6,7
**second-line**
262:6 279:21
**secretary** 96:13
117:14 121:5
**Secretary's**
99:12 102:8
**section** 34:8
60:12 63:21
97:1,3,7,10
100:7,12,16
121:20 187:11
191:16 197:3

203:12 212:2
219:12 222:19
225:21,22
240:7,15 241:3
249:18
**sections** 44:14
197:5,12 208:8
**secure** 170:1
**secured** 216:1
**security** 13:8,19
17:1 68:22
69:5 98:19
125:14,19
128:9,10,10,19
128:20 129:2,6
129:16,16
132:14 133:1,2
166:15 174:18
179:13 233:12
239:14 247:16
299:6
**Security's** 238:6
**see** 14:14 19:5
33:12,17 34:10
34:13 49:22
60:13,18 61:1
61:5,12 62:4
63:14,20 73:10
75:13 97:5
99:8,14 100:7
100:14 108:13
109:1 111:12
114:14 116:13
118:19 138:14
138:21 139:6,7
140:11 141:13
144:14,22
148:2 151:7,15
152:8,14
158:12 159:13
159:22 160:5
160:21 161:3
161:15,19
162:3,9 178:21
179:18 182:15
185:8,12

186:21 190:6
190:11,15,20
191:4 192:10
196:11,16
200:17 203:4,9
203:15 206:13
211:19 212:3,7
212:12 218:22
219:10 221:22
222:6,17
225:19,22
229:6,10 230:8
234:3 236:16
236:21 241:7
243:21 246:10
247:21 248:17
249:20 253:4
254:9,16 267:6
267:12,18
268:11 269:12
269:14,19
270:13 271:2
275:15 282:12
282:16,19
287:5,10,15
291:13,18
297:9
**seeing** 29:17
97:21 226:6
268:17
**seek** 88:6
**seeker** 92:7
93:14 251:9
289:16 290:6
290:11
**seekers** 48:9
66:2 76:6 83:5
83:12,19 84:4
84:12 86:11
87:1,10,18
89:6 92:20
93:9 95:19
104:5 110:21
118:1,11
126:12 127:2
127:10 128:17

129:9 130:22
131:17 132:3
132:12,16
133:4,7,21,22
134:9 135:11
135:16 139:18
141:20 146:15
146:22 148:8
149:1 156:4,14
157:17,22
163:16 164:4
164:16 165:3
165:18 166:4
166:19,21
168:6,13
169:15 173:2
188:12 210:2
211:5 215:1
216:9 217:7
218:1,6 220:3
231:13,20
238:8 240:8,17
241:11 244:2,8
244:19 246:8
253:20 275:8
**seeking** 92:2
93:18 94:5
136:8 268:6
**seen** 19:7 29:13
30:15 33:14
60:9 119:11
158:17 219:4
222:13 239:18
241:1 245:16
248:14 266:5
267:8 269:8
283:10 288:5
292:10
**seize** 260:18
**seizure** 23:10
27:4,9 28:11
**seizures** 104:19
275:6
**selected** 12:20
**selection** 38:3
49:2 53:21

**Senate** 13:8,18
**send** 151:18
**senior** 112:14
243:18
**sense** 25:4
106:14,15
158:2 189:2
**sent** 99:6,19,22
108:15 114:11
118:2 119:1
138:13 144:21
151:14 178:19
179:12,19
181:18 185:6
185:15 186:19
187:1 188:3
190:5 225:18
235:16,19
236:19 252:1
269:17 272:1
287:8 288:7
291:11 294:21
294:22
**sentence** 19:21
122:14 123:2,7
124:9,11,18
126:16 130:19
180:19 219:20
241:4,7,9
244:9,10
287:13
**separate** 174:20
175:1 228:7,8
251:5
**separation**
238:21 239:16
**September**
65:11 68:1
232:14 233:7
238:19 239:12
247:16 248:20
287:8
**Sergio** 291:15
295:1
**series** 269:12
270:10


MAGNA
LEGAL SERVICES

serve 158:22
Services 1:21
  86:9
SES 234:11,12
session 227:22
  229:9 234:8
sessions 227:21
  228:3
set 303:12
sets 129:7
  165:19 270:10
setting 231:18
seven 233:17
seventh 233:20
shakes 15:12
Shane 72:4 73:5
  73:7 140:9
  151:4 187:5
sheer 281:6
sheet 235:7
  302:9 304:1
  305:1
Shelter 291:22
shelters 165:3
  290:14 291:20
  292:3 295:4,16
  296:3 301:8
shift 80:12
  109:11 110:2,7
  139:11 192:5
  253:16
shifted 109:6
Shinners 4:2 6:5
  19:4,18 20:2
  23:18 24:1,6
  28:6,19 32:3
  37:22 42:18
  43:5 45:18
  46:1 47:7,9
  48:17,21 50:4
  50:8 51:2,12
  51:16 53:14,20
  54:3,15,19
  55:2,12 60:5
  69:16 83:7,13
  85:5,21 89:19

94:14 95:4
102:4,13
103:15,21
109:13 122:8
123:4,15,19
128:6 129:11
131:1,11,19
134:10 135:1
137:2 139:20
152:20 155:12
180:10 184:8
186:12 188:14
195:7 205:13
205:22 208:19
217:3,10 239:5
240:20 248:3
248:10 257:9
260:7 261:6,16
264:4 274:18
283:20 285:14
289:5 292:5
294:10 295:18
296:5,15 297:2
297:17 300:13
301:11,14
short 238:12
shorthand
  141:19 303:1
shortly 186:7
short-term
  84:17
show 91:6 204:5
  263:11
showed 33:19
  144:4 280:10
showing 63:10
  150:21 182:11
  207:10 218:17
  253:12 256:15
  266:22 269:5
  282:9 287:3
  291:4
shown 30:6
  37:13 40:5,5
  45:8,16,19
  46:5 47:22

48:8 275:19
277:14
shred 21:21
  24:14 25:21
  26:4
Sid 234:2
side 92:15 142:6
  199:10 201:7
  265:18 268:22
  288:16 290:20
Sidney 177:21
  178:2 181:8
  232:15 234:6
  291:8,17
sign 301:15
signature
  301:18 304:21
  305:21
signed 58:14
  302:9
significant 8:7
  26:9 27:4,4
  139:5 164:7
  234:18 287:9
similar 15:16
  118:3 247:3
  279:12
simple 275:3,3
simply 139:18
  176:13
single 89:15 93:6
  199:15
sir 9:7 10:15
  15:22 17:3,14
  17:17 18:1
  19:2,5,6 27:9
  27:14,18,21
  33:6,15 34:14
  46:12,17 47:14
  47:17,20 49:14
  50:19 52:1
  56:5,9 58:3
  59:20 60:8
  61:19 62:13
  63:5 77:18
  78:14 88:12

90:2,16 96:8
96:16 98:14,21
99:8 100:10,15
101:3 102:3
107:15 108:6
108:10 111:6
112:9 113:4
114:15 121:1
124:2,17
125:17,18
133:5 136:14
136:15 137:11
138:11 140:5
141:4 142:8
143:2 144:11
145:21 146:4
151:7,15,17
154:8 155:20
158:9,12
159:21 160:17
182:11 186:18
189:17 196:4
198:17,22
199:8,14 200:7
200:12,17
210:9 211:14
212:3 218:22
221:16 224:18
225:16 229:6
229:15 232:10
234:19 240:4
241:7,15
245:11,17
246:10,11,20
247:13,21
248:14 252:12
270:9 277:16
292:21 296:10
296:12
sit 29:16,20
  122:12 153:14
  176:13 193:4
  213:17
SITREP 187:9
SITREPs 188:9
sitting 112:18

situation 165:2
  166:14 194:16
situational
  255:19 294:5,8
situations 95:13
  104:18 167:8,9
  167:19 172:10
  172:11
six 71:6,18,20,22
  271:17
skim 57:20
  288:9
skimmed 44:19
  57:10,12
skimming 57:19
Skinner 137:17
  236:12
Skinner's 138:1
slice 124:8
slightly 200:19
Slocum 5:2
slow 122:15
slowing 218:20
  222:3
small 269:11
smaller 210:3,5
  216:15
smedlock@m...
  3:8
smugglers 122:3
Smuggling
  13:12
snapshot 148:15
  148:20
social 18:12
soil 171:16 172:7
  173:3 210:17
  211:5 251:10
solely 105:7
somebody 12:19
  23:11 31:17
  43:14 78:18
  116:6 169:5
  171:3 174:10
somebody's 31:9
soon 214:13



248:19 251:15
**SOP** 81:14,17,20
**sorry** 45:11
  48:19 51:13
  58:8 66:13
  71:22 72:13,14
  90:16,17 93:22
  95:3 110:10
  172:3 184:8
  188:22 219:1,2
  233:1 238:10
  249:21,22
  262:17 265:3
  271:16 291:10
  297:18 300:11
**sort** 12:8 21:1
  22:6 27:15,19
  60:15 73:3
  91:1 110:1
  112:22 117:10
  149:10 150:6,7
  153:15 155:8
  206:13 229:20
  243:6
**sought** 210:18
**sound** 15:15
  272:13 283:3
**sounds** 14:20
  268:4
**source** 275:20
**sources** 276:4
**south** 294:7
**Southern** 1:2
  4:13 14:1
  132:9 170:5
  228:8
**Southwest** 42:15
  73:18 74:10
  122:19 125:1
  126:6 130:4,21
  131:22 132:5
  172:20 201:5
  214:6 224:11
  233:16 234:8
  234:10 260:16
  265:13,19

270:12 279:3
  279:12,18
  281:10 288:20
  288:22 299:17
  299:22 300:17
**Southwestern**
  48:10 69:22
  70:3 71:1 74:8
  79:16 87:19
  192:20 194:22
  197:16 229:12
  231:4 234:22
  237:21
**sovereign**
  293:13,17
**space** 93:5 180:2
  219:18 255:3
**spaces** 167:2,14
**speak** 38:14
  42:11 45:3
  46:16 54:11
  59:7 217:15
  257:20 259:7
  265:13 281:19
**speaking** 41:8
  54:13 259:3
  288:21
**special** 7:19
  71:21 72:21,22
  238:19 239:15
**specially** 72:22
  275:1
**specific** 23:4
  36:3 39:3
  43:13 48:20
  49:4,5,5,8 50:9
  52:17 53:8
  54:4 55:18
  81:20 120:11
  159:18 165:9
  175:7 177:8
  208:17 209:4
  210:14 228:6
  274:12 276:6
  292:12 294:16
**specifically**

42:11 51:8
  52:22 53:5
  77:17 258:15
  258:17 261:20
  278:3 279:9
  289:18 293:7
**specification**
  207:7
**specifics** 176:1
**specify** 279:19
**speculate** 189:9
  271:14 273:13
  294:17
**speculation**
  102:5 131:12
  131:13 134:11
  180:11 289:6
**speech** 54:8
  209:1
**spell** 9:9 42:7
**spend** 38:18
  41:8 44:11,15
  56:22 57:7
  58:16 277:4
**spent** 44:17
  276:21 278:1
**Spoch** 55:21
**spoke** 259:1
  291:18
**spoken** 61:7,14
  61:17 286:17
**spokesperson**
  222:16,20
  223:7,8,17
**spreadsheet**
  141:3
**spring** 11:7
**Square** 4:6
**squared** 255:22
**SRT** 72:20
**staff** 71:9 222:21
  246:2,3 251:14
**staffers** 220:15
  251:19 252:2
**staffing** 124:21
  192:4

**stakeholders**
  170:6
**stamp** 267:10
  287:4 291:5
**stand** 124:7
**standard** 81:10
  81:14 140:15
  164:9
**standing** 24:4
  80:12 172:7
  261:20
**stands** 89:8
  105:5 298:4,6
**start** 159:19
  160:16 163:16
  241:21 265:10
**started** 46:22
  66:11 176:17
  214:4,10
  285:16
**starting** 74:3
  88:4
**state** 9:9 101:10
  164:8 190:19
  191:8 193:10
  193:13,14
  205:21 208:5
  211:21 226:20
  248:1 253:19
  287:21 288:19
  288:22 289:2,3
**stated** 54:10
  280:11 282:1
**statement** 149:2
  155:8 203:3,13
  203:17 219:9
  219:12 222:15
  223:5,6,17,21
  224:2,6,6
  226:15,17
**statements**
  43:17 59:11
  88:16
**statement/talk...**
  254:15
**states** 1:1 78:22

86:8 88:9 92:3
  97:9 142:3
  177:3 183:11
  184:4 210:18
  211:7 222:19
  243:5 244:6,17
  246:7 250:15
  260:21 270:16
  283:16
**stating** 263:14
**station** 66:7
**stationed** 242:7
  263:6 264:12
**stations** 162:7
  162:16 163:3
  166:3 192:1
**station's** 166:12
**status** 187:12,13
**statutory** 132:16
**stay** 290:8 292:4
**steady** 190:18
  191:8 193:10
  193:13,14
**stenographica...**
  303:7
**STEPHEN** 3:3
**stepped** 173:2
**stood** 263:1
**stop** 54:13
  133:14,18
**stories** 62:14
**straight** 88:3
**strained** 161:18
  161:22
**strategy** 109:5
  156:8 227:20
  227:22 228:2
  229:9 234:8
**Street** 2:5 3:5
  4:14
**string** 183:22
**structure** 49:18
  74:16 274:4,6
**structured**
  74:10
**subagencies**



257:21 261:14
**subagency** 268:5
289:11
**subcommittee**
14:8
**subject** 41:1,3,9
41:10,15,18,20
42:12 43:20
44:6,21 45:3
46:9,14 56:7
60:6 99:10
108:21 121:9
179:1 185:10
187:8 190:13
196:12 203:2
206:10 222:2
229:8 236:14
244:1 253:6
258:5 270:6
278:12,14
295:9
**subjects** 43:6,10
50:7,7,9
**subsection** 161:5
**subsidiary**
257:19
**substance** 26:22
258:16 278:5
295:11
**substantive**
20:17 26:1,6
26:15 50:9,17
**substation** 66:7
**substations**
162:16 163:7
165:8 166:2
**sub-bullet**
212:20 214:12
**sued** 18:2
**sufficient** 78:21
**suggesting** 169:7
**Suite** 4:15
**summarizing**
244:10
**summary** 8:3,7
27:20 29:6

31:10 145:15
212:2 235:15
235:20 267:4
287:9
**summer** 11:8
66:14 228:5
242:4
**Sunday** 203:7
**super** 296:20
**supervision**
303:8
**supervisor**
71:15 74:13,13
80:11 81:6
174:10 254:4
274:7
**Supp** 206:20
**supposed** 157:9
157:20 216:4
217:1 251:2
**supposedly**
252:4 256:11
**sure** 9:11 15:17
22:14 31:8
32:8 38:10
39:14 53:10,11
56:1,15 58:7
59:1,13,18
74:5,7 75:18
81:9,12 83:22
85:9 87:13
89:16,21 90:18
93:11,13 95:9
101:22 103:11
103:16,22
107:7 110:11
113:9,17 116:2
123:1 124:10
126:18 128:13
143:13,17
144:1 148:6
151:22 157:13
163:10,13,22
168:10 171:22
172:2 188:17
189:3 205:17

215:20 218:4
223:13 225:8
233:4 243:7
244:14,16
251:17 256:6,9
257:1 260:6
262:22 266:16
268:4 276:13
279:8 283:17
285:4 288:3
**Surges** 8:6
**surprised** 194:1
**SUSAN** 4:3
**suspect** 254:19
**sustained**
161:14
**Suzanne** 61:4
**SWAT** 73:4
**SWB** 229:8
236:15 246:18
**switching**
299:13,13
**sworn** 9:3 43:16
88:15
**synonyms**
176:21
**system** 86:18
87:6 150:1
**systems** 91:6
149:13,14
150:4,5

—————————
**T**
—————————
**T** 6:1,1
**table** 141:3
237:18 297:9
**tactical** 72:9
73:3 75:2
**take** 11:20 12:12
16:9,10 17:9
20:15 22:5,7
22:15 29:9,17
29:21 37:7
39:4 40:16,19
44:3 55:6 64:5
67:14 84:18

88:1 89:19
93:1 94:19
95:22 98:5
105:19 106:5,8
106:12 115:15
136:3 150:5
155:17 157:9
157:20 159:17
162:14 163:1
167:18 171:6
193:11,15,15
193:20 205:16
205:17,18
239:4,17
256:21 262:15
272:19,22
273:2 276:12
280:2,7 289:17
294:3 296:8
**taken** 13:1 17:5
19:14 88:13
89:22 155:18
205:19 220:19
221:6 223:2
235:9 257:2
276:14 284:11
296:11,22
303:3,6
**takes** 80:10
191:10 272:7
276:2
**talk** 41:19
165:16 194:17
194:21 195:3
195:11 215:9
220:21 255:22
256:1,4,10
258:22 295:17
295:20
**talked** 32:9
43:12 56:6
87:13,14 243:3
265:1 277:6
279:15,20
**talking** 39:16
41:14 48:5

113:21 117:15
147:8 170:9
192:22 215:5
229:13 252:2
255:4,12
256:18 257:14
260:20 263:9,9
264:11 265:10
274:1 276:10
288:19 298:21
**talks** 214:12
**Tamayo** 72:7
225:2,6
**Tammy** 1:20
2:10 303:2
**tasked** 264:1
**TDY** 73:15,17
112:8 154:4
169:12,15
178:10
**team** 32:15
71:21 72:21
73:3 91:10,14
91:16 111:17
112:11,12,18
113:6,11,15,20
200:14 249:8
253:10 254:19
255:22 270:4
271:21 285:5
**Tecate** 78:12
173:18 174:14
175:9 215:13
216:8 238:10
238:11 239:1
247:18 249:15
250:13 251:1,5
251:8
**telephone** 4:19
43:19 208:22
**tell** 17:6 31:13
54:7 153:18
157:4 213:17
277:3 295:7
296:1
**telling** 278:4



148:21 226:3
**tempo** 91:8,11
260:15
**temporarily**
112:6 166:20
**temporary**
65:19 73:15
112:5,7 153:6
170:3 178:7
180:2
**ten** 215:18
**term** 17:2 75:19
80:6,9 81:10
82:1,6,11,16
82:21 83:22
84:6,20 86:4
89:5,15 104:3
104:8 107:4
112:20 120:8,8
122:8 123:4,9
123:20 146:4
274:10,14
**terms** 65:2 105:4
105:13
**terrorist** 12:1
**testified** 9:3
10:15,18 11:19
12:7,10 13:4,7
13:11,18
151:10 193:19
276:20 278:11
**testify** 13:15
14:3 17:12
33:22 34:16,20
35:11,18 49:10
50:20 51:8
52:4,6 56:14
60:21 61:4
98:2
**testifying** 11:14
12:3 59:12
62:1
**testimony** 12:21
13:12 14:7,12
50:11 57:12
58:22 102:14

131:2,20 183:2
192:12 193:9
214:3 296:6
298:2,11
299:15,18
302:6,7
**Texas** 115:6
119:5 136:17
136:19
**Thank** 10:13
13:3 73:11
102:3 135:6
143:22 254:6
261:3 262:17
263:12 266:17
290:21 298:2,9
301:13
**Thanks** 155:21
**Thanksgiving**
175:4
**thing** 57:20
263:9 294:1
**things** 20:20,21
23:8,12 26:15
36:20 72:18
80:14 81:15,22
91:22 129:3
133:14 134:5
136:4 191:13
230:3 231:7,9
260:15 263:10
286:5
**think** 34:18
36:13 37:5
40:21 43:5,6
44:2,13,19,22
47:1 50:14
51:6 53:20
72:11 73:9
87:21 92:13
105:5 113:8,17
114:6,8 116:8
120:10,18
123:15,16,17
124:11 129:5,5
131:3 140:22

147:3,10 151:9
157:5 158:19
169:22 173:16
174:5,19
176:16 177:5,5
189:10 192:22
195:6,10,15
214:2,8,8
225:5,12 231:8
235:4 238:17
239:21 241:20
249:3 261:7,11
262:4,20 266:7
270:2 272:14
274:15 275:11
276:11 279:10
279:11 280:4
281:11 296:20
**thinking** 109:20
294:19
**third** 55:22
124:13,14,15
125:19 201:3
281:15 282:21
**third-line**
253:15 254:1
262:7 279:21
281:20
**Thomas** 206:19
**thought** 227:2
274:2
**threat** 132:12
**threats** 132:9,11
**three** 35:20,22
67:13 105:22
106:13 147:4
148:17 172:19
173:16 183:5
250:5 271:6
273:8 292:17
**throughput**
83:19 84:1,7
84:10 86:11
87:1,9,18 90:2
90:7,10,18
91:2,14,21

103:10 110:21
117:22 157:10
157:22 163:2,5
164:4 165:7
166:3,18
168:13
**throwing** 26:16
**Thursday** 1:16
**ticked** 201:21
**Tijuana** 271:12
294:7
**time** 11:1 16:1,1
16:9,9,16
35:13 37:1
39:3 44:11,15
44:16 50:11,13
57:7 64:10
65:21 70:5
73:20 84:8
95:8 96:13,18
103:4 111:16
115:16 121:6
128:7 135:13
136:21 137:19
138:2 140:15
143:5 148:15
148:20 149:4
152:7,15 154:9
154:12 167:5
171:1 176:10
177:7,7 178:2
181:22 182:2
185:14 187:6
187:13 188:15
189:12 200:5
200:21 203:18
215:17 225:7
225:10,12
229:22 232:19
233:3,8 237:13
237:14 241:1
241:10 252:19
274:19 277:10
278:1 285:19
286:11 288:4,8
290:7 294:3,18

296:13
**times** 10:21
36:21 39:2
139:17 166:5,5
210:13 271:6
273:8 292:17
298:13
**tipped** 251:14,19
255:11
**tip-off** 255:15
**title** 9:20 13:11
13:22 158:10
159:4 219:2
282:15,16
284:5
**titled** 211:16
**today** 10:3,8
11:16 15:19
16:6,16 17:6
17:13 29:16,20
34:16,21 46:11
46:16 47:6,11
52:4 56:10,14
56:18 58:22
59:4,7,12,16
59:19 61:15
62:12 64:6
101:19 111:21
112:1,21
113:16 122:7
122:12 123:3
127:14 138:19
143:11,20
153:14 183:2
193:4,17 208:9
213:18 214:3
242:8 257:14
258:1 265:1
270:7 275:20
277:15 296:1
**today's** 15:4
40:7 43:1 58:1
58:5
**Todd** 98:17
101:18 146:1
177:20 179:18



MAGNA
LEGAL SERVICES

181:7,8,19
182:14 184:19
187:2 205:9
210:1 221:21
225:2,3
**told** 25:6 35:5
50:6 156:13
170:18 171:10
171:17 172:8
176:14 218:21
221:6 222:5
227:14 251:10
263:1 268:5
271:20
**tolerance** 238:21
239:16
**tongue-tied**
298:7
**top** 96:22 114:12
157:6 160:17
182:17 185:2,5
199:1 201:4
203:11 277:17
297:8
**topic** 26:5 49:17
50:3,15,20
51:8,11,18
52:4,7 155:16
234:14 236:15
237:17 260:9
277:18 278:2,6
279:11
**topics** 20:4 34:8
34:13,16 49:5
49:8,11,16
52:20 55:9
62:2 233:17
236:15 237:15
258:12 277:14
286:5 299:14
**Toronto** 67:22
68:3
**total** 37:1 41:13
71:9 110:9,15
113:19 141:9
142:13 187:16

187:20 277:3
**totally** 105:14
**track** 90:10,18
91:2,7,11,14
91:20
**tracking** 90:2
**trade** 75:1
125:22 129:17
133:3 159:12
**traffic** 17:15,18
17:21 32:18
116:17
**trail** 28:1
**trained** 72:22
275:1
**training** 65:13
66:1
**transcript** 8:10
18:22 33:4
56:18,19 57:1
57:4,21 60:1
63:8 96:5
98:11 108:4
111:4 120:21
137:9 140:3
144:9 150:19
158:7 177:13
180:22 182:9
184:12 186:16
189:15 196:2
198:15 200:10
202:14 205:1
211:12 218:15
221:14 224:16
228:20 232:8
236:5 239:9
243:14 245:9
247:11 252:10
266:20 269:3
282:7 287:1
291:2 301:16
303:4
**transcription**
302:7
**transcripts**
39:22 58:1

**transition**
110:13,19
139:16
**transitioned**
113:4
**transportation**
255:3
**travel** 23:2
25:13,19
125:22 129:17
129:18 133:3
159:12 170:17
171:9,15 172:5
176:12 210:16
**traveled** 291:21
**travelers** 76:3
77:14
**traveling** 106:11
203:20
**tried** 154:21
**trigger** 20:22
21:4 22:13
26:15 27:8
**trouble** 124:4
**true** 92:1 110:5
110:18 136:13
136:19 139:15
144:2 150:13
184:2 188:11
188:17 189:5
195:16 209:6
209:22 224:10
251:13,18
252:1 283:4
302:6 303:5
**Trump** 218:19
222:3
**trust** 150:9,10
**truth** 17:6
**truthfully** 13:15
14:3 17:12
**try** 15:20 16:10
123:13 172:2
**trying** 42:22
106:15 188:20
244:22 263:22

288:9
**tune-up** 42:14
42:17 43:3,10
258:8
**turn** 34:6 63:19
72:17 100:3
201:2 240:2
251:19
**turnbacks** 51:19
52:11
**turning** 245:3
**Twice** 10:22
**two** 14:10,19
20:4 35:16,17
36:1,2 37:3
40:1 42:5
47:11 67:13
72:2,3 104:11
105:4,13 114:7
114:7 118:7
148:17 162:1
163:20 173:13
176:2,8 183:5
186:19 231:8
231:15,16
234:11,12
235:21 241:4
244:21 254:12
263:10 297:15
**two-page** 19:3
44:22 140:6
189:18 232:12
245:13
**two-thirds** 34:7
294:21
**type** 41:7 260:10
266:15 297:13
297:18
**types** 104:18
140:20 246:4
**typewriting**
303:8
**typically** 20:14
26:10

_____
**U**
_____

**UAC** 82:11
298:4,6
**UDA** 82:1,4
**UDAs** 138:19
214:15,17
**uh-huh** 15:15
**uh-uh** 15:15
**unable** 93:1
95:22
**unaccompanied**
106:4 159:8
298:8
**unannounced**
251:15,20
252:4 253:7,12
255:9,14
256:11,16
**unclear** 193:2
**Undefined**
123:20
**underline** 39:4
**underlined**
240:7
**underneath** 73:2
203:11 212:6
**understand** 10:2
10:9 13:3 15:8
15:19 16:7,8
16:18 17:2,5,8
19:20 27:22
28:3,7,15 32:5
33:21 45:21
46:3 51:6
53:15,18 78:16
83:22 85:15
86:2 91:17
93:11,21 94:1
95:7 102:19
105:3 113:5
122:12 123:14
124:1,10
127:19 128:3
143:18 144:3
145:3 147:7
148:5 157:12
164:11 174:13


MAGNA
LEGAL SERVICES

188:20 208:14
208:17 218:3
231:12,16
249:7,11 254:2
261:17 263:22
265:3,5 284:1
**understanding**
19:22 34:15
101:4 102:16
124:5 130:7
220:20 235:8
241:17
**understandings**
276:9
**understood**
15:14,17 16:14
25:11 75:18
81:9 144:1
170:8 246:6
251:1
**undocumented**
82:5,15 136:1
138:19 139:3
289:22 298:5
298:10
**Unfortunately**
223:1
**unique** 166:11
166:14
**unit** 89:9 262:19
263:2
**United** 1:1 78:21
86:8 88:9 92:3
97:9 142:2
177:3 183:11
184:4 210:18
211:7 243:5
250:14 260:21
**units** 82:10
89:11,12 93:7
159:9 193:5
262:8,10
**University** 64:14
**unredacted**
248:4
**unsafe** 167:19

167:20,21
**unwritten** 128:4
**update** 8:4 21:19
22:10 185:11
267:4
**updates** 188:2,4
267:22
**up-to-date** 90:6
**Urbine** 186:20
**urgent** 101:11
**USBP** 162:7
**USCIS** 86:4,7,10
87:14
**use** 50:15 72:18
110:9,15 148:1
149:19 157:19
163:6,7 166:2
166:13 167:14
214:21 237:11
237:22 274:14
275:13
**uses** 274:11
**usually** 207:20
**utilize** 146:13
168:12
**utilized** 201:20
241:12
**U.S** 1:12 4:4
9:19 10:1
13:13 14:1
17:1 22:17
23:3 25:14,20
33:10 64:3
73:13,22 76:10
79:8 83:6
86:12 87:2,11
90:3,8,11,19
91:3 92:1,8,21
93:15,18 94:6
103:7 104:5
121:6 130:16
134:1 135:11
162:16 165:7
169:17 170:13
171:16 172:6,7
173:3 185:16

186:11 209:9
210:17 211:5
213:15,19
247:19 250:11
251:10 266:13

_____
**V**
_____

**V** 243:18
**vague** 95:4
123:17,19
139:20 152:20
176:7 188:15
274:18 283:21
285:14
**vaguely** 288:10
**vagueness** 260:9
**Valerie** 205:9
**valid** 79:9
**value** 78:20
**variables** 104:10
104:11
**varies** 262:4
290:12
**variety** 23:8
**various** 80:10
172:19 264:2
**Vasquez** 144:17
144:21 145:2
**vast** 23:7,7
**vehicle** 104:19
210:17 211:3,6
**vehicles** 280:22
281:1
**verbal** 80:12
**verbally** 31:13
81:2 226:3
**verify** 149:2,5
**Veronica** 190:1
**versa** 265:11
273:12
**version** 140:19
196:21 248:4
**versus** 55:22
60:7 206:20
**vertical** 141:8
**VI** 267:3

**vice** 31:16
265:11 273:12
**video** 47:19
192:7,8
**view** 105:18
156:18
**violation** 26:17
**violations**
247:18
**virtual** 168:1,3
168:12 192:8,8
192:13,21
193:1,5
**virtually** 74:8
168:5 169:5
**visa** 79:3 100:21
**visibility** 147:6
**visit** 8:7 253:7
253:20 254:19
255:9,12,14
256:11 279:1
287:9
**visited** 70:19
279:2
**visitor** 79:2
**visits** 251:15,20
252:4 279:4
**volume** 281:6
**vs** 1:6
**vulnerable**
135:22 136:7
298:16,19
299:4,12

_____
**W**
_____

**Wagner** 177:21
178:15 181:8
205:8 225:3
**wait** 170:20
176:14 251:11
**waiting** 165:3
166:19 288:16
301:6
**waived** 301:18
**waiver** 100:21
**want** 12:13

19:20 49:6
50:10 55:17
101:22 105:1
108:14 114:10
121:17 138:12
144:20 147:3
151:13,21
152:1 155:22
167:10 205:12
209:4 255:17
301:14
**wanted** 119:4
144:1 149:5
204:13 256:2
**Washington**
1:15 2:6 3:6
4:7,16 68:10
71:6 75:5
112:6 154:3,4
**wasn't** 14:9 25:1
48:12 173:12
226:22 227:3,4
**watch** 74:15
254:4,5 274:8
**way** 18:9 28:2
28:14 34:7
39:5 53:21
61:18 71:11
74:10 87:7
118:15 125:8
136:11 160:4
179:17 208:6
214:8 226:14
261:2 267:2
282:21 293:18
294:22 300:14
**ways** 149:12
157:10,21
163:6
**week** 36:6,7
40:13,13 41:22
45:5,8,12
164:2,3 188:13
188:19 189:8
194:3,10
265:18 277:8,9



MAGNA
LEGAL SERVICES

**weekday** 20:10
20:11
**weekly** 265:20
266:4,8,11,13
**weeks** 35:4,16
35:17 36:1,2
37:3 40:1
**week's** 189:11
**Welcome** 155:20
**went** 16:20 17:4
65:14,18 67:3
67:22 103:1
272:2
**weren't** 26:6,14
167:3 209:12
242:20
**West** 210:7
216:9 217:8
**wet** 105:22
**we'll** 16:9 55:5,6
**we're** 15:3 41:14
55:4 88:14
94:17 95:12,13
104:17,18
105:8,9,10,19
106:3,6,9
112:16 167:7
170:22 175:7
208:19 215:4,5
235:7,8 242:15
260:19 274:1
284:16 293:6
298:21
**we've** 62:18 63:1
193:2 210:22
**WHEREOF**
303:12
**wide** 23:12
**wished** 237:18
**withdraw**
100:22 101:5,8
**withdrawn** 91:6
**witness** 11:15,16
12:5 14:21
20:6 23:20
24:3,9 28:7,21

32:5 34:4
35:11 45:21,22
46:4,5 51:3
55:3 83:8,14
85:7 86:1
94:16 103:16
103:22 109:14
109:22 122:17
123:6,10 128:8
129:13 131:3
131:14,21
134:12 137:4
139:22 155:14
180:12 186:13
217:4,12
240:22 261:7
261:17 264:5
284:1 285:15
285:18 295:20
296:7,10 300:6
300:11,22
301:15 303:12
**witnesses** 60:21
**word** 124:1,6
**words** 21:3 34:2
116:6,22
195:13
**work** 38:1 41:6
42:19 45:1
46:10 55:15
63:2 67:2,17
70:14 75:9,16
76:2 112:6
133:9 149:19
169:7,9 179:17
192:1 217:19
249:11 251:2
260:1 264:10
275:7 290:13
291:7
**worked** 10:5
64:22 68:9
69:21 70:2
73:18 153:22
286:10
**workforce** 72:8

**working** 43:17
49:21 65:4
68:2 94:18
184:5 224:1
**works** 115:21
233:11 264:14
**world** 263:5
**worry** 72:15
**wouldn't** 25:2
26:1 57:13
64:10 78:22
79:4 194:1
299:1
**Wow** 51:14
**write** 19:11 21:6
115:9 145:18
182:3
**writes** 109:3
114:20 116:16
138:16 145:2
179:10,21
185:19 196:18
222:14 233:15
234:1 237:1,5
253:6,10
254:18
**writing** 24:13
81:8
**written** 14:7,12
58:10 59:11
80:15 81:2,21
128:1,14 129:1
**wrong** 240:1
**wrote** 32:11,16
226:12 227:6
227:10 275:15
**www.MagnaL...**
1:22

___
**X**
___
**x** 1:3,9

___
**Y**
___
**yeah** 36:7,16
66:16 120:2
132:8 168:2

176:9 205:17
246:3 270:2
278:10 281:2
285:12,17
**year** 10:6 11:3
11:22 12:1
65:6,20 66:22
70:19 173:1
248:21
**years** 10:6 67:13
112:13
**yesterday** 27:9
36:9,12 58:18
**yesterday's**
145:5
**York** 3:13,13
66:11 67:19
68:21
**Ysidro** 70:6,10
70:11,19 76:12
106:20 107:4,8
107:10 173:20
174:1,7 175:20
178:4,11
188:11,18
189:6 190:19
191:7,17
193:10 194:2
194:18 195:16
198:11 199:22
200:4 201:16
201:21 203:18
204:5 210:6
216:9,16 242:7
242:12,22
243:4 274:12
274:21 275:21
276:7 280:16
280:19 282:2
292:1

___
**Z**
___
**zero** 139:17
142:14,16
238:21 239:16

___
**0**
___
**00261946** 267:3
**042818** 187:9
**0900** 187:9

___
**1**
___
**1** 1:19 49:17
50:20 62:2
100:8 116:13
124:16 125:13
126:3 133:20
148:6,10 160:6
161:14 207:3
207:20 212:17
214:13
**1st** 16:17
**10** 48:5,6 152:7
152:17 192:9
236:19 267:11
281:11,16
296:18,18
**10:00** 216:2
**10:10** 196:13
**10:40** 185:7
**10:57** 199:3
**100** 7:9 56:1
144:4 146:8
187:17 194:7
195:17 197:18
199:16 200:5,8
200:13 201:19
202:2,3,8
204:6
**10012** 3:13
**101** 7:10 202:12
202:17
**1012** 206:20
**1019** 206:20
**102** 7:11 204:21
205:4 206:2
**103** 7:12 211:9
211:10,15
**104** 7:13 218:13
**105** 7:14 192:4
221:12
**106** 7:15 224:14



224:19
**107** 7:16 228:18
**108** 6:14 7:17
232:6,11
**109** 7:18 236:3,8
**11** 116:13 119:6
**11th** 65:11
111:11 114:11
**11:33** 99:6
**11:41** 114:11
**110** 7:19 239:7
239:11
**1101** 4:14
**111** 6:15 7:20
243:12,17
**112** 7:21 245:7
245:12
**113** 7:22 247:9
247:13
**114** 8:2 252:8,13
**115** 8:3 266:18
267:1,3 268:22
**116** 8:5 269:1,6
280:11
**117** 8:6 282:5,10
282:14
**118** 8:7 286:21
287:4,7
**119** 8:8 290:22
291:5 293:5
**12** 62:2 191:17
299:9
**12th** 229:2
**12:15** 155:15
**120** 6:16 154:2,4
**13** 281:8 296:18
**13th** 303:13
**13,000** 281:11
281:12,16
**137** 6:17
**13767** 99:11
**13768** 99:11
**14** 12:14 151:21
152:16 295:1
**14th** 291:12
**140** 6:18

**1400-2200**
190:14
**144** 6:19
**15** 41:11,12,12
41:17 44:2
260:9 277:18
278:6 296:18
**15,000** 281:8
**150** 6:20 186:9
188:12,19
189:7 194:2,10
**158** 6:21
**16** 113:8 241:22
**17** 24:20 25:3
113:8 140:15
218:18 222:9
**17th** 4:14 189:21
221:19
**17-cv-02366-B...**
1:7
**173** 245:16
**177** 6:22
**18** 6:8 128:2
177:9 190:5
192:5
**18th** 189:22
**18,000** 288:1
**18-122** 246:8
**180** 7:2
**182** 7:3
**184** 7:4
**186** 7:5
**189** 7:6
**19** 62:2 75:7
175:3
**19th** 232:14
**1942** 267:11
**195** 7:7
**198** 7:8
**1988** 64:12 65:7
65:10,11
**1989** 66:4,9,18
69:22
**1999** 2:5 3:5
————— **2** —————

**2** 51:11,18 52:21
69:17,19 160:2
160:6 161:17
207:4,21
212:11 214:14
**2d** 206:20
**2nd** 137:15
138:12
**2:07** 203:8
**2:39** 181:13
**2:46** 151:14
**2:59** 108:15
**20** 6:12 20:14
41:11,12,12,17
44:2 48:16
57:10 96:12
**20th** 99:13,19
102:9 103:5,12
103:19
**200** 7:9
**2000** 292:1
**20006** 2:6 3:6
**2003** 127:17
128:22 129:6
**20036** 4:16
**20044** 4:7
**2005** 68:4,5,13
**2008** 68:18,19
68:22
**2010** 69:4,5
206:21
**2012** 64:2,7 69:8
**2013** 12:14
**2016** 16:17
48:12,15,20
70:19 93:10,15
95:18 167:18
225:1,18
226:11 227:5
241:13,19,21
242:4,7,12,22
243:4 259:11
264:21 269:13
274:21 276:10
283:1,3 285:3
**2017** 6:12 24:11

25:5 96:12
99:3,6,13,20
102:9 103:5,12
103:20
**2018** 6:16 7:3,20
108:10,14
109:10 111:11
114:11 116:13
119:6 121:7
127:18 128:4
128:17 137:15
138:12 139:1
139:12 140:15
143:5 144:16
144:21 145:19
145:22 151:3
151:14 152:6
177:2,19
178:19 179:19
181:13 182:14
183:5 184:4,17
184:18 185:7
186:20 187:14
188:18 189:5
190:5 195:19
196:13 197:17
198:11 199:3
200:14 201:11
203:7 205:7,8
208:11 209:6
211:18 213:1,4
218:19 221:19
222:9 227:10
229:2 230:14
230:19,22
232:14 233:7
234:7,21
236:19 237:21
238:19 239:13
243:20 253:2
254:8 291:12
294:19
**2018.docx**
190:10
**2019** 1:16 11:5
13:7,19 60:6

60:22 62:7
175:1,3,8
245:14 247:17
251:4 267:5
274:21 287:8
**202** 3:7 4:8,17
7:10
**2020** 6:8 19:5
303:14
**204** 7:11
**21** 62:2
**21st** 99:3,6
**211** 7:12
**212** 3:14
**213** 291:6
**218** 7:13
**22nd** 225:1,18
245:14
**221** 7:14
**222** 137:14
**224** 7:15
**228** 7:16
**23** 62:3
**23rd** 184:18
185:6
**232** 7:17 232:13
**235** 97:3
**235(b)** 97:11
**236** 7:18
**239** 7:19
**24** 21:5 164:2,3
**24th** 177:19
178:19 183:19
**24-hour** 20:19
**24/7** 163:15,17
**243** 7:20
**245** 7:21
**247** 7:22 189:20
**25** 62:3 299:9
**25th** 177:19
179:19 181:12
232:14 233:7
**252** 8:2
**257** 6:4
**26** 13:7 247:17
**263-3221** 3:7



**266** 8:4
**269** 8:5
**27** 7:3 182:14
183:4 192:1
196:13 197:17
198:11 204:4
227:10 230:13
230:19,22
238:19 239:12
**27th** 195:18
196:7,8
**28** 186:20
187:14 199:2
201:19 204:4
**28130** 198:20
**282** 8:6
**286** 8:7
**29** 7:20 151:13
152:6 187:20
200:14 201:11
201:19 236:19
243:20
**29th** 151:3 155:1
203:7 204:4
236:10
**290** 8:8
**291** 200:16
**297** 6:5

---
                           **3**
**3** 160:2 207:6,22
**3:51** 295:1
**3:55** 190:5
**30** 20:14 57:10
108:22 109:4
301:17
**30th** 195:19
236:10 253:2
254:7
**30(b)(1)** 54:9
**30(b)(6)** 1:11 2:2
11:16,17 12:4
12:6 14:21
20:4 33:10,22
34:3 35:2,11
35:18 60:21

109:21 277:14
**30-day** 124:20
125:4 231:7
**300** 57:18
**305** 1:19
**31st** 184:17
**316** 106:22
107:8 111:8
191:20,22
**32** 10:6
**33** 6:9
**3360** 205:6
**355-4471** 4:17
**374** 212:1

---
                           **4**
**4** 124:16 125:13
126:3 133:20
140:15 207:10
208:1
**4/17/2018**
190:14
**4/27/2018**
196:14
**4:00** 47:1 277:8
**4:01** 144:21
**4:10** 291:12
**4:16** 253:2
**4:41** 225:18
**4:53** 301:19
**4020** 287:5
**41** 138:18
**41875** 202:19
**45** 37:5 277:9
**45-minute** 38:8
39:22
**453** 221:18
**457** 121:4
124:14 128:16
135:8,12

---
                           **5**
**5** 6:16 267:13
**5th** 121:7 128:4
128:17
**5:32** 138:13

**5:38** 254:8
**5:44** 145:19
**5:53** 179:19
**50** 72:17 146:9
146:14 147:1
147:12 194:9
**500** 179:6
**51** 197:21 198:3
**541878** 1:18
**547** 249:18
250:4
**563** 248:2
**58** 177:18
**59** 6:10
**598-8259** 4:8

---
                           **6**
**6** 108:10,14
187:12,13
205:7 220:1
267:11 270:16
**6th** 287:8
**6:50** 272:9
**60** 146:9 150:15
151:19 153:16
155:10
**600** 179:7
**614-6454** 3:14
**62** 198:1,11
**6277** 269:17
**6278** 269:7
**63** 6:11
**65** 198:8
**666** 3:12

---
                           **7**
**7** 34:6 164:2,3
205:7,7 208:11
208:13
**7th** 3:12 111:11
**7/31/2022**
303:16
**7:15** 233:7
**7:21** 208:12
**7:23** 208:13
**70** 110:22

150:15 151:20
153:16 155:11
**705** 4:15
**715** 206:20
**731** 170:2
**75** 191:2,8,15
201:13
**76** 199:20
**778** 181:6
**78** 6:8 18:19,20
19:3
**784** 224:22
**79** 6:9 33:2,7
34:6 49:14

---
                           **8**
**8** 6:8 62:2
144:20 145:19
160:8,16 213:1
213:4
**8th** 19:5 144:16
211:18
**8:15** 20:7,13
21:13,17 22:2
22:15 27:1,12
27:20 28:16
29:7,10,22
30:11,13,16
31:3,5,18 32:1
32:10,14
**8:26** 178:20
**80** 6:10 59:21
60:4 71:9
**80s** 70:10
**81** 6:11 63:6,11
69:19
**82** 6:12 96:3,7
99:16,19
102:22
**83** 6:13 98:9,13
98:16 102:22
**836** 184:16
**84** 6:14 108:2,7
108:9
**85** 6:15 111:2,7
111:9 136:13

136:16
**850** 140:7
**86** 6:16 120:19
121:2 135:8
**866-624-6221**
1:21
**868** 4:6
**87** 6:17 137:7,12
137:14
**88** 6:18 140:1,5
143:10,19
297:5
**89** 6:19 65:9
66:13 67:1,2
144:7,11 147:4

---
                           **9**
**9** 1:16 6:3 22:7
32:15 60:6,22
62:7 108:10
159:19,20
**9th** 13:19
**9:00** 277:7
**9:22** 269:18
**9:30** 46:22
**9:34** 1:17 186:20
**90** 6:20 150:17
150:22
**91** 6:21 158:5
201:16
**916** 108:9
**92** 6:22 67:14,15
67:17 177:11
177:16,19
181:4 183:6
**93** 7:2 180:20
181:2 183:6
200:1
**94** 7:3 182:7,12
**95** 7:4 184:10,14
184:14,17
**96** 6:12 7:5 68:1
186:14,18
196:7
**97** 7:6 189:13,18
**98** 6:13 7:7



195:22 196:5
**99** 7:8 198:13,18
201:18 202:6

