MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EX. 4 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **AOL-DEF-00026897 to 26901** |
| | *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

| | |
|---|---|
| **From:** | GONZALEZ, MARISSA |
| **Sent:** | Thursday, July 19, 2018 3:26 PM |
| **To:** | MCALEENAN, KEVIN K; Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; DRAGANAC, JOSEPH; CAMPBELL, CARL S; DIKMAN, SABRI Y; KOSEOR, RYAN M; HUTTON, JAMES R; HOFFMAN, TODD A; BAKOPOULOS, EMILIA; HINKLE, DAVID A.; GONZALEZ, MARISSA |
| **Subject:** | Field Office Queue Management 7.19.18 |
| **Attachments:** | Field Queue Management Report 7.19.18.pdf |

All,

Please see attached spreadsheet with updated numbers for each field office.

Thank you,

*Marissa Gonzalez*
U.S. Customs and Border Protection
Migration Crisis Action Team (MCAT)

1

Confidential                                                                                                         AOL-DEF-00026897

| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
|---|---|---|---|---|---|---|---|---|---|
| **Laredo Field Office July 19, 2018** ||||||||||
| Brownsville | ■ | ■ | 20 | 29% | 0 | No. | ■ | 2,742,184 | No Impact |
| Progreso | ■ | ■ | 4 | 24% | 0 | Redirecting to Brownsville as necessary. | ■ | 890,907 | No Impact |
| Hidalgo | ■ | ■ | 15 | 36% | 0 | No. | ■ | 2,140,703 | No Impact |
| Rio Grande | ■ | ■ | 0 | 0% | 0 | Redirecting to Hidalgo as necessary. | ■ | 57,510 | No Impact |
| Roma | ■ | ■ | 0 | 0% | 0 | Redirecting to Hidalgo as necessary. | ■ | 235,665 | No Impact |
| Laredo | ■ | ■ | 32 | 26% | 15 | N/A | ■ | 3,192,694 | No Impact |
| Eagle Pass | ■ | ■ | 9 | 64% | 9 | N/A | ■ | 848,619 | No Impact |
| Del Rio | ■ | ■ | 0 | 0% | 0 | N/A | ■ | 153,604 | No Impact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **El Paso Field Office** | | |
| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
| Port of El Paso | | | 98 | 85% | 0 | No | | 6,853,169 | Minimal Impact - Queue Mitigation in Process |
| Santa Teresa | | | 4 | 33% | 0 | No | | 137,374 | No Impact |
| Columbus | | | 3 | 25% | 0 | No | | 253,786 | No Impact |
| Tornillo | | | 0 | 0% | 0 | No | | 31,685 | No Impact |
| Presidio | | | 0 | 0% | 0 | No | | 52,146 | No Impact |

## Tucson Field Office

| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
|---|---|---|---|---|---|---|---|---|---|
| Douglas | ■ | ■ | 1 | 13% | 0 | No | ■ | 827,566 | No Impact |
| Lukeville | ■ | ■ | 0 | 0% | 0 | No | ■ | 41,545 | No Impact |
| Naco | ■ | ■ | 0 | 0% | 0 | No | ■ | 100,174 | No Impact |
| Nogales | ■ | ■ | 39 | 59% | 10 | No | ■ | 3,336,397 | No Impact |
| San Luis | ■ | ■ | 4 | 8% | 0 | No | ■ | 2,649,401 | No Impact |

Confidential

AOL-DEF-00026900

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **San Diego Field Office** | | | | | | | | | |
| Port of Entry | Is your Queue Management point at the U.S./Mexico border line? | Do you currently have officers and/or supervisors posted at the Queue Management point? Yes or No | Total in Custody | % of Capacity | Do you have any UDAs in line waiting on the Mexico side? If yes, how many? | Are you directing UDAs to other Ports of Entry? If yes, which Port of Entry? | Infrastructure Required? If yes, include number of feet of fencing and if turnstile is required. If no, state if infrastructure already exists or if no pedestrians are received. | Total number of pedestrian traffic for FY17. | What are your issues and/or challenges? |
| San Ysidro | | | 229 | 72% | 1500 (in Mex) | No. | | 8,143,093 | No Impact |
| Otay Mesa | | | 0 | 0% | 0 | Referred to San Ysidro. | | 3,430,122 | No Impact |
| Tecate | | | 0 | 0% | 0 | Referred to San Ysidro. | | 752,699 | No Impact |
| Calexico West | | | 35 | 52% | 6 | No. | | 4,116,340 | No Impact |
| Calexico East | | | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | | 259,523 | No Impact |
| Andrade | | | 0 | 0% | 0 | If encountered they will be referred to Calexico West. | | 822,660 | No Impact |

Confidential

AOL-DEF-00026901