# U.S. Customs and Border Protection Migration Crisis Action Team

## December 1, 2017

*\*\*The MCAT brief is UNCLASSIFIED//FOR OFFICIAL USE ONLY\*\**

# Southwest Border FY Comparison

*Pre-decisional*

November's total apprehensions and inadmissibles are 13% over October, exceeding fiscal years 2013, 2014, and 2015, but lower than 2016 and 2017.

- UAC = 23% increase over October;
- FMUA = 32% increase over October; and,
- Single adults = 3% increase over October.

FOR OFFICIAL USE ONLY //LAW ENFORCMENT SENSITIVE

# Southwest Border Daily Status Report

| Total | Demographic | App's / Inadmissibles (Previous Day) | Currently in Custody | Ready for ERO Pick-Up | TOT ERO (Previous Day) |
|---|---|---|---|---|---|
| CBP Southwest Border | UAC | 173 | 203 | 76 | 75 |
| | FMUA | 395 | 1201 | 580 | 300 |
| | Single Adults | 876 | 1477 | 540 | 472 |
| | Total App's | 1444 | 2881 | 1196 | 847 |

| Total | Demographic | Apprehensions (Previous Day) | Currently in Custody | Processed Complete |
|---|---|---|---|---|
| USBP Southwest Border | UAC | 153 | 176 | 73 |
| | FMUA | 267 | 857 | 465 |
| | Single Adults | 648 | 1219 | 446 |
| | Total App's | 1068 | 2252 | 984 |

| Total | Demographic | Inadmissibles (Previous Day) | Currently in Custody | Processed Complete |
|---|---|---|---|---|
| OFO Southwest Border | UAC | 20 | 27 | 3 |
| | FMUA* | 128 | 344 | 115 |
| | Singles | 228 | 258 | 94 |
| | Total Subjects | 376 | 629 | 212 |

Source: OFO BorderStat / USBP BPERT

FOR OFFICIAL USE ONLY //LAW ENFORCMENT SENSITIVE

3

# Southwest Border November 2017 Trending



| | 1-Nov | 2-Nov | 3-Nov | 4-Nov | 5-Nov | 6-Nov | 7-Nov | 8-Nov | 9-Nov | 10-Nov | 11-Nov | 12-Nov | 13-Nov | 14-Nov | 15-Nov | 16-Nov | 17-Nov | 18-Nov | 19-Nov | 20-Nov | 21-Nov | 22-Nov | 23-Nov | 24-Nov | 25-Nov | 26-Nov | 27-Nov | 28-Nov | 29-Nov | 30-Nov | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UAC | 151 | 146 | 132 | 139 | 127 | 130 | 125 | 164 | 142 | 168 | 135 | 99 | 166 | 212 | 168 | 188 | 134 | 149 | 159 | 188 | 165 | 165 | 151 | 190 | 168 | 136 | 166 | 175 | 193 | 173 | 157 |
| FMUA | 270 | 273 | 412 | 343 | 254 | 322 | 322 | 347 | 311 | 432 | 277 | 229 | 310 | 429 | 362 | 409 | 341 | 410 | 326 | 385 | 321 | 311 | 399 | 497 | 380 | 281 | 438 | 409 | 431 | 395 | 354 |
| Singles | 847 | 764 | 869 | 642 | 632 | 739 | 843 | 836 | 678 | 745 | 739 | 676 | 800 | 883 | 847 | 772 | 727 | 768 | 826 | 927 | 754 | 807 | 750 | 810 | 846 | 802 | 773 | 925 | 895 | 876 | |
| Total | 1,268 | 1,183 | 1,413 | 1,124 | 1,013 | 1,191 | 1,290 | 1,347 | 1,131 | 1,345 | 1,151 | 1,004 | 1,276 | 1,524 | 1,377 | 1,369 | 1,202 | 1,327 | 1,311 | 1,500 | 1,240 | 1,283 | 1,300 | 1,497 | 1,394 | 1,219 | 1,377 | 1,509 | 1,519 | 1,444 | 1,304 |

FOR OFFICIAL USE ONLY //LAW ENFORCMENT SENSITIVE

4

# Southwest Border Daily Detention Capacity

| Location | Capacity | In Custody | % Capacity |
|---|---|---|---|
| USBP/EPT | | | |
| USBP/RGV | | | |
| USBP/SDC | | | |
| USBP/TCA | | | |
| USBP/YUM | | | |

| Location | Capacity | In Custody | % Capacity |
|---|---|---|---|
| RGV/CPC | | | |
| RGV/WSL | | | |
| TCA/TCC | | | |

| Location | Capacity | In Custody | % Capacity |
|---|---|---|---|
| BROWNSVILLE, TX (2301) | | | |
| CALEXICO, CA (2503/2507) | | | |
| EL PASO, TX (2402) | | | |
| HIDALGO, TX (2305) | | | |
| LAREDO, TX (2304) | | | |
| NOGALES, AZ (2604) | | | |
| SAN LUIS, AZ (2608) | | | |
| SAN YSIDRO (2504) | | | |

➢ MCAT is collaborating with ERO and the San Diego Field Office to address time-in-custody challenges.

➢ MCAT is collaborating with the RGV Sector to increase processing efficiencies.

*Data report for 12/01/2017*

# Southwest Border Daily Detention (cont.)

- USBP southwest sectors currently have ▮▮▮ individuals in custody
  - ▮▮▮ have completed processing (44%).

- OFO southwest border field offices currently have ▮▮▮ individuals in custody.
  - ▮▮▮ have completed processing (34%).

*Data report for 12/01/2017*

FOR OFFICIAL USE ONLY //LAW ENFORCMENT SENSITIVE

6

# HHS Shelter Capacity*

- ORR's overall funded capacity is ▮▮▮▮ permanent shelter beds.
  - 1,408 beds added since September 1st.
- ACF is at **88%** capacity with ▮▮▮▮ UACs in care.
- Open beds = 955.
- Estimated # of days until maximum capacity target is reached ▮▮▮▮ = **Now**.
- Estimated # of days until maximum operational capacity is reached ▮▮▮▮ **3** days.

*ACF report for 11/30/2017*

FOR OFFICIAL USE ONLY //LAW ENFORCMENT SENSITIVE

# Nationwide SIA Encounters

- For FY18TD, 74% (4,904) of all SIA encounters occurred at ports of entry – 26% (1,738) occurred between the ports of entry.
- CBP OI will provide a field intelligence note on Bangladesh routes of travel.

FOR OFFICIAL USE ONLY //LAW ENFORCMENT SENSITIVE

8

# Northern Border Migration to Canada

- 3,401 alien nationals tracked by USBP entering Canada between the ports of entry in FY18TD

- Average 56/day

|       | November | October | Total |
|-------|----------|---------|-------|
| BLW   | 69       | 90      | 159   |
| BUN   | 0        | 2       | 2     |
| GFN   | 20       | 67      | 87    |
| HVM   | 1        | 2       | 3     |
| SWB   | 1498     | 1652    | 3150  |
| Total | 1588     | 1813    | 3401  |

# U.S. Customs and Border Protection Migration Crisis Action Team
## December 1, 2017

*\*\*The MCAT brief is UNCLASSIFIED//FOR OFFICIAL USE ONLY\*\**