ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DECLARATION OF ALEXANDER J. HALASKA** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF ALEXANDER J. HALASKA

Pursuant to 28 U.S.C. § 1746, I, Alexander J. Halaska, declare as follows:

1.      I am a trial attorney for the U.S. Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I make this declaration in support of Defendants' Response in Support of Plaintiffs' Motion to Seal Exhibits 1–4 in Support of Plaintiffs' Motion for Clarification of the Preliminary Injunction.

2.      Attached hereto as **Government Exhibit 1** is the August 31, 2020 declaration of Rodney Harris.

3.      Attached hereto as **Government Exhibit 2** is a version of Exhibit 4 to Plaintiffs' Motion for Clarification of the Preliminary Injunction that contains the government's proposed redactions to the Exhibit.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on August 31, 2020, in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
U.S. Department of Justice

1                    DECL. OF ALEXANDER J. HALASKA
Case No. 3:17-cv-02366-BAS-KSC