ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **GOVERNMENT EXHIBIT 2** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

MAYER BROWN LLP
　Matthew H. Marmolejo (CA Bar No. 242964)
　*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
　Ori Lev (DC Bar No. 452565)
　(*pro hac vice*)
　*olev@mayerbrown.com*
　Stephen M. Medlock (VA Bar No. 78819)
　(*pro hac vice*)
　*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:　+1.202.263.3000
Facsimile:　+1.202.263.3300

SOUTHERN POVERTY LAW CENTER
　Melissa Crow (DC Bar No. 453487)
　(*pro hac vice*)
　*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 4 TO PLAINTIFFS' MOTION FOR CLARIFICATION OF THE PRELIMINARY INJUNCTION** <br><br> *FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AL OTRO LADO, INC., ET AL., )
   PLAINTIFFS, )
)
VS. ) CASE NO.
) 17-cv-02366-BAS-KSC
)
KEVIN K. MCALEENAN, ET AL., )
   DEFENDANTS. )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ORAL AND VIDEOTAPED DEPOSITION OF
RODNEY HARRIS
JUNE 2, 2020
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

     ORAL AND VIDEOTAPED DEPOSITION of RODNEY HARRIS, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on June 2, 2020, from 10:23 a.m. to 6:27 p.m., before Delia Ordonez, CSR in and for the State of Texas, reported by machine shorthand, via Webex Magna LegalVision.

                Magna Legal Services
                   866.624.6221
                 www.MagnaLS.com



```
                                                              Page 2
 1                    A P P E A R A N C E S
 2    FOR THE PLAINTIFFS:
 3         Rebecca Cassler
           Sara Rich
 4         Southern Poverty Law Center
           1101 17th Street, N.W., Suite 705
 5         Washington, D.C. 20036
           202.355.4471
 6         Rebecca.cassler@splcenter.org
           Sara.rich@splcenter.org
 7
           Allison Parr
 8         Steve Medlock
           Mayer Brown
 9         1999 K Street, N.W.
           Washington, D.C. 20006
10         202.263.3221
           AWParr@mayerbrown.com
11
      FOR THE DEFENDANTS:
12
           Ari Nazarov
13         Dhruman Y. Sampat
           U.S. Department of Justice
14         Office of Immigration Litigation
           P.O. Box 868, Ben Franklin Station
15         Washington, D.C. 20044
           202.598.8259
16         Ari.Nazarov@usdoj.gov
           Dhruman.y.sampat@usdoj.gov
17
18    ALSO PRESENT:
19         Louisa Slocum, CBP
20         Benjamin Wolarsky
21    THE VIDEOGRAPHER:
           Noah Fox
22
      THE MAGNA LEGAL TECHNICIAN:
23
           Kevin Cranford
24
25
```



Page 224

1  it, I don't recall it ever having affected our
2  operations.  If we were ordered to do something with
3  the -- regarding the injunction to it, then I don't
4  recall.  I don't recall.  I'm sorry.
5       Q.  (BY MS. CASSLER)  No, it's okay.  Okay.  Let's
6  move on to a different topic.
7           We talked about the list keepers in Mexico
8  earlier today.  Do you remember that?
9       A.  Yes.
10      Q.  Would it be possible for LFO port personnel to
11 obtain copies of the wait list from the Mexican list
12 keepers?
13          MR. NAZAROV:  Objection, form.
14      A.  ███████████████ ███ ███████████
15 ███
16      Q.  (BY MS. CASSLER)  After the Ninth Circuit
17 listed -- this question doesn't make sense.  Hold on.
18                 ███████████████████████████
19 ████████████████████████████████████████████
20 ██████████████████████
21          MR. NAZAROV:  Objection, form.
22      A.  ████████████████ █████████
23 █████████████████████████████████████████
24 ████████████████████████████████████████████████
25 ████████ ██████████████████████████████████



Page 280

```
 1       A.   Is it just the one page here?
 2       Q.   Yes, it's just the one page.
 3       A.   Yes.  Yes, I read the three -- the three
 4   messages.
 5       Q.   Great.  Thank you.  So I wanted to start at the
 6   bottom of the page.  This is an e-mail from Chad Wesen.
 7   His e-mail address indicates that he is a State
 8   Department employee.  And the subject line of the e-mail
 9   is:  "List of asylum seekers at casa migrants Nazareth."
10            Is that correct?
11       A.   Yes.
12       Q.   And in this e-mail, he states:  ███████
13   ████████████████████████████████████████████████████
14   ████████████████████████████████████████████████████
15   ████████████████████████████████████████████████████
16   ████████    ███████████████████████████    ████████
17   ████████████████████████████████████████████████████
18   ██████████████████████████
19            Did I read that correctly?
20       A.   Yes.
21       Q.   Thank you.  In looking at the next message up,
22   you've forwarded Mr. Wesen's communication to
23   Mr. Crawford and Mr. Barrera; is that correct?
24       A.   Yes.
25       Q.   And Mr. Barrera, is he the -- what was his role
```



MAGNA
LEGAL SERVICES

Page 281

```
 1   at Laredo?
 2        A.   He's held several positions over the years, but
 3   I think at this particular time, if you look at that
 4   last -- the top of the message, it says chief of staff.
 5        Q.   Thank you.  And Mr. Crawford?
 6        A.   At that time, I believe he was the deputy port
 7   director.
 8        Q.   Thank you so much.  And in this e-mail, you ask
 9   them:  ███████████████████████████████████████
10   ███████
11             ████████
12        A.   ████
13        Q.   ██████████████████████████████████
14   ████████████████████████    ████████████████████████
15   █████████████████████████████████████████████████████
16   █████████████████████████████████████████████████████
17             ████████
18        A.   ████
19        Q.   ██████████████████████████████████████
20   █████████████████████████████████████████████████████
21   █████████████████████
22        A.   ████████████████████████
23        Q.   ███████████████████████████████████
24   █████████████████████████████████████████████████████
25        A.   ████   ████████████████████████
```



Page 282

1  [redacted]
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14      Q.  [redacted]
15      A.  [redacted]
16      Q.  [redacted]
17          [redacted]
18 [redacted]
19      A.  [redacted]
20      Q.  [redacted]
21 [redacted]
22      A.  [redacted]
23 [redacted]
24      Q.  [redacted]
25 [redacted]

MAGNA LEGAL SERVICES

```
                                                              Page 283
 1         A.   Oh, yes.  As mentioned before, I made it a
 2    point to save anything even remotely similar to this as
 3    part of the litigation hold that we're under.
 4         Q.   Got it.  ████████████████████████████████████
 5    ████████████████████████████████████████████████
 6    ████████████████████████████████
 7         A.   ████████████████████████████████████████
 8    ████████████████████████████████████████████████
 9    ██████████
10         Q.   ████████████  ████████████████████████████
11    ████████████████████████████████████████████████████
12    ████████████████████████████████████████
13         A.   ████
14         Q.   ████████████████████████████████████████
15    ██████████████████████
16         A.   ████████████  ████████████████  ████████████
17    ████████████████████████████████
18    ████████████████████████████████████████████████
19    ████████████████████████████████████████
20         Q.   ████████████  ████████████████████████████
21    ████████████████████████████████████████████████████
22    ████████████████████████████████████████████████
23    ████████████████████████████████████████████████
24              MR. NAZAROV:  Objection, form.
25              MS. PARR:  I apologize.  I'll restate that.
```



```
                                                        Page 284
 1      Q.   ████████████     ████████████████████████
 2   ████████████████████████████████████████████
 3      A.   ████████████     ██████████████████████
 4   ██████████████████████████████████████████████
 5   ████████████████████████████████████████████████
 6   ████████████████████████████████████████████████
 7   ██████████████████████   ██████████████████████████
 8   ██████████████████████████████████████████████
 9   ████████████████████████████████████████████████
10   ████████████████████████████   ████████████████████
11   ██████████████████████████████████████████████
12   ████
13      Q.   ████████████████████████   ██████████████
14   ██████████████████████████
15      A.   ████████████████████████████████████████
16   ██████████████████
17      Q.   ██████████████████████████████████████
18   ██████████████████████████
19      A.   ████████████████████████████████████████
20   ████████   ████████████████   ██████████████████████
21      Q.   ██████████████████████████
22      A.   ████████████████████████████████████████
23   ████
24      Q.   ██████████   ██████████████████████████████
25      A.   ████████████████████████████████████████
```



```
                                                    Page 285
 1      █████ ████████████████████████████████████████████████
 2      ████████████████████████████████████████████████████
 3      ████████████████
 4          Q.  ██████ ████████████████████████████████████
 5      ████████████████████████████████████████████████████
 6          A.  ██████████████████████████████████████████████
 7      ████████████████████████████████████████████████████
 8      ██████████████████████████████████████████████
 9      ████████████████████████████████████████████████████
10      ████████████████████████████████████████████████████
11      ████ ████████████████████████████████  ██████████████
12      ████████████████████████████████████████████████████
13      ████████████████
14          Q.  ██████
15          A.  ██████████████████████████████████████  ██
16      ██████
17          Q.  Thank you so much, Mr. Harris.  I really
18      appreciate your time.
19              MS. PARR:  Can we go off the record just
20      very briefly?
21              THE VIDEOGRAPHER:  We're going off the
22      video record.  The time is 5:43 p.m.
23              (Break was taken.)
24              THE VIDEOGRAPHER:  We are back on the video
25      record.  The time is 6:10 p.m.  Counsel, you may
```



MAGNA
LEGAL SERVICES