MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Chad F. Wolf,[1] *et al.*,

Defendants.

Case No.: 17-cv-02366-BAS-KSC

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY AND MOTION FOR SUMMARY JUDGMENT**

Hearing Date: November 2, 2020

**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Pursuant to Local Rule 2.2 and Section VI(D) of the Protective Order entered by the Court in this matter (Dkt. 276), Plaintiffs move this Court to file under seal limited portions of their Memorandum of Points and Authorities In Support of Their Motion to Exclude Expert Testimony, Plaintiffs' Memorandum of Points and Authorities In Support of Their Motion for Summary Judgment, and the exhibits attached to both motions, in order to protect sensitive law enforcement information contained in those documents from public disclosure.

As is explained in more detail in the accompanying Declaration of Stephen Medlock, the documents attached to Plaintiffs' Memorandum of Points and Authorities In Support of Their Motion to Exclude Expert Testimony consist of:

1) The transcript of the deposition of David Atkinson;
2) The transcript of the deposition of Frank Longoria;
3) Defendants' Responses and Objections to Plaintiffs' Sixth Set of Interrogatories;
4) The transcript of the deposition of Mariza Marin;
5) The transcript of the deposition of Samuel Cleaves;
6) The transcript of the deposition of Rodney Harris;
7) The transcript of the deposition of Stephanie Leutert;
8) The Expert Report of Stephanie Leutert, dated December 10, 2019, which Plaintiffs have designated Attorneys' Eyes Only under this Court's Protective Order;
9) Exhibit 200 to the deposition of Mariza Marin;
10) Exhibit 201 to the deposition of Mariza Marin;
11) Exhibit 202 to the deposition of Mariza Marin;
12) Exhibit 163 to the deposition of Samuel Cleaves;
13) Exhibit 231 to the deposition of Rodney Harris;
14) A document bearing the Bates number AOL-DEF-00042453;

15) A document bearing the Bates number DOL-DEF-00046740;

16) A document bearing the Bates number AOL-DEF-01037408, which Defendants have designated Confidential under the Court's Protective Order;

17) A document bearing the Bates number AOL-DEF-00039597, which Defendants have designated Confidential under the Court's Protective Order;

18) Exhibit 27 to the Deposition of Todd Owen, which bears the Bates number AOL-DEF-00762746, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

19) A document bearing the Bates number AOL-DEF-00288009, which Defendants designated Attorneys' Eyes Only under the Court's Protective Order;

20) The transcript of the deposition of the whistleblower;

21) The transcript of the deposition of Joseph Eaton;

22) The transcript of the deposition of James Beauchamp;

23) A document bearing the Bates number AOL-DEF-00038620, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

24) A document bearing the Bates number AOL-DEF-00014041;

25) A document bearing the Bates number AOL-DEF-0074316, which Defendants designated Attorneys' Eyes Only under the Court's Protective Order;

The documents attached to Plaintiffs' Memorandum of Points and Authorities In Support of Their Motion for Summary Judgment consist of:

1) The transcript of the deposition of the whistleblower;

2) The transcript of the deposition of David Atkinson;

3) The transcript of the deposition of Randy Howe;

4) A document bearing the Bates number AOL-DEF-00210364, which Defendants have designated Confidential under the Court's Protective Order;

5) A document bearing the Bates number AOL-DEF-00353883, which Defendants have designated Confidential under the Court's Protective Order;

6) Exhibit 209 deposition of Mariza Marin, which bears the Bates number AOL-DEF-00069611, and which Defendants have designated as Confidential under the Court's Protective Order;

7) A document bearing the Bates number AOL-DEF-00014041;

8) The transcript of the deposition of Todd Hoffman;

9) The transcript of the deposition of Todd Owen;

10) A document bearing the Bates number AOL-DEF-00030298, which Defendants have designated Confidential under the Court's Protective Order;

11) A document bearing the Bates number AOL-DEF-00046740;

12) Exhibit 35 to the deposition of Todd Owen, which bears the Bates number AOL-DEF-00575507, and which Plaintiffs have designated Attorneys' Eyes Only under the Court's Protective Order.

13) The transcript of the deposition of Rodney Harris;

14) A document bearing the Bates number AOL-DEF-00205966;

15) The transcript of the deposition of Michael Humphries;

16) The transcript of the deposition of Mariza Marin;

17) The Expert Report of Stephanie Leutert, dated December 10, 2019, which Plaintiffs have designated Attorneys' Eyes Only under this Court's Protective Order;

18) Exhibit 200 to the deposition of Mariza Marin;

19) Exhibit 201 to the deposition of Mariza Marin;

20) Exhibit 202 to the deposition of Mariza Marin;

21) Exhibit 163 to the deposition of Samuel Cleaves;

22) Exhibit 231 to the deposition of Rodney Harris;

23) A document bearing the Bates number AOL-DEF-00030002, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

24) A document bearing the Bates number AOL-DEF-00023574, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

25) A document bearing the Bates number AOL-DEF-00094256, which Defendants have designated Confidential under the Court's Protective Order;

26) A document bearing the Bates number AOL-DEF-000237660, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

27) A document bearing the Bates number AOL-DEF-00011011, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

28) A document bearing the Bates number AOL-DEF-00050864, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

29) A document bearing the Bates number AOL-DEF-00056315, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

30) A document bearing the Bates number AOL-DEF-00031442, which

Defendants have designated Confidential under the Court's Protective Order;

31) Exhibit 26 to the deposition of Todd Owen, which bears the Bates number AOL-DEF-00761338, and which Defendants have designated Confidential under the Court's Protective Order.

32) A document bearing the Bates number AOL-DEF-00030271, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

33) A document bearing the Bates number AOL-DEF-00018639, which Defendants have designated Confidential under the Court's Protective Order;

34) A document bearing the Bates number AOL-DEF-00020023;

35) A document bearing the Bates number AOL-DEF-00243099;

36) A document bearing the Bates number AOL-DEF-00034741, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

37) A document bearing the Bates number AOL-DEF-00063869, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

38) A document bearing the Bates number AOL-DEF-00067551, which Defendants have designated Confidential under the Court's Protective Order;

39) A document bearing the Bates number AOL-DEF-00243127, which Defendants have designated Confidential under the Court's Protective Order;

40) A document bearing the Bates number AOL-DEF-0030657, which Defendants have designated Attorneys' Eyes Only under the Court's

Protective Order;

41) A document bearing the Bates number AOL-DEF-00321316, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

42) A document bearing the Bates number AOL-DEF-00741876, which Defendants have designated Confidential under the Court's Protective Order;

43) A document bearing the Bates number AOL-DEF-00321325, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

44) A document bearing the Bates number AOL-DEF-00525116, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

45) Exhibit 279 to the deposition of Todd Hoffman, which bears the Bates number AOL-DEF-00090986, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

46) A document bearing the Bates number AOL-DEF-00023715, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

47) Exhibit 27 to the deposition of Todd Owen, which bears the Bates number AOL-DEF-00762746, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

48) A document bearing the Bates number AOL-DEF-00069150, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

49) Exhibit 29 to the deposition of Todd Owen, which bears the Bates number AOL-DEF-00761290, and which Defendants have designated

Attorneys' Eyes Only under the Court's Protective Order;

50) Exhibit 322 to the deposition of Scott Glabe, which bears the Bates number AOL-DEF-00802340, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

51) Exhibit 323 to the deposition of Scott Glabe, which bears the Bates number AOL-DEF-00258173, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

52) A document bearing the Bates number AOL-DEF-00019314, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

53) Exhibit 256 to the deposition of Todd Hoffman, which bears the Bates number AOL-DEF-00043575, which Defendants have designated Confidential under the Court's Protective Order;

54) A document bearing the Bates number AOL-DEF-00258210, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

55) A document bearing the Bates number AOL-DEF-00272845, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

56) A document bearing the Bates number AOL-DEF-00815228, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

57) A document bearing the Bates number AOL-DEF-00904527, which Defendants have designated Confidential under the Court's Protective Order;

58) A document bearing the Bates number AOL-DEF-00272790, which Defendants have designated Confidential under the Court's Protective

Order;

59) The transcript of the deposition of Scott Glabe;

60) Exhibit 327 to the deposition of Scott Glabe, which bears the Bates number AOL-DEF-00272878, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

61) A document bearing the Bates number AOL-DEF-00314214, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

62) Exhibit 31 to the deposition of Todd Owen, which bears the Bates number AOL-DEF-00272936, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

63) Exhibit 328 to the deposition of Scott Glabe, which bears the Bates number AOL-DEF-00353880, and which Defendants have designated Confidential under the Court's Protective Order;

64) Exhibit 167 to the deposition of Samuel Cleaves, which bears the Bates number AOL-DEF-00272935, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

65) A document bearing the Bates number AOL-DEF-01266662, which Defendants have designated Confidential under the Court's Protective Order;

66) Exhibit 166 to the deposition of Samuel Cleaves, which bears the Bates number AOL-DEF-01267496, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

67) Exhibit 329 to the deposition of Scott Glabe, which bears the Bates number AOL-DEF-00272938, and which Defendants have designated Confidential under the Court's Protective Order;

68) Exhibit 175 to the deposition of Samuel Cleaves, which bears the Bates

number AOL-DEF-00799450, and which Defendants have designated Confidential under the Court's Protective Order;

69) Exhibit 171 to the deposition of Samuel Cleaves, which bears the Bates number AOL-DEF-00038270, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

70) A document bearing the Bates number AOL-DEF-00280783, which Defendants designated Attorneys' Eyes Only under the Court's Protective Order;

71) Exhibit 93 to the deposition of Randy Howe, which bears the Bates number AOL-DEF-00041777, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

72) Exhibit 269 to the deposition of Todd Hoffman, which bears the Bates number AOL-DEF-00091332, which Defendants have designated Confidential under the Court's Protective Order;

73) A document bearing the Bates number AOL-DEF-00010764, which Defendants have designated Confidential under the Court's Protective Order;

74) A document bearing the Bates number AOL-DEF-00010718, which Defendants have designated Confidential under the Court's Protective Order;

75) A document bearing the Bates number AOL-DEF-00010722, which Defendants have designated Confidential under the Court's Protective Order;

76) Exhibit 336 to the deposition of Scott Glabe, which bears the Bates number AOL-DEF-00048757, which Defendants have designated Confidential under the Court's Protective Order;

77) Exhibit 335 to the deposition of Scott Glabe, which bears the Bates

number AOL-DEF-00047694, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

78) A document bearing the Bates number AOL-DEF-00041825, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

79) Exhibit 97 to the deposition of Randy Howe, which bears the Bates number AOL-DEF-00063246, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

80) Exhibit 207 to the deposition of Mariza Marin, which bears the Bates number AOL-DEF-00073676, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

81) Exhibit 208 to the deposition of Mariza Marin, which bears the Bates number AOL-DEF-00072964, and which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

82) A document bearing the Bates number AOL-DEF-00074316, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

83) A document bearing the Bates number AOL-DEF-00095574, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

84) A document bearing the Bates number AOL-DEF-00277294, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

85) A document bearing the Bates number AOL-DEF-00288009, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

86) A document bearing the Bates number AOL-DEF-00288011, which

Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

87) Exhibit 39 to the deposition of Todd Owen, which bears the Bates number AOL-DEF-00273294, which Defendants have designated Confidential under the Court's Protective Order;

88) A document bearing the Bates stamp AOL-DEF-00812864, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

89) The transcript of the deposition of Frank Longoria;

90) Exhibit 185 to the deposition of Mariza Marin, which bears the Bates number AOL-DEF-00749854, and which Defendants have designated Confidential under the Court's Protective Order;

91) The transcript of the deposition of Samuel Cleaves;

92) The transcript of the deposition of Stephanie Leutert;

93) Exhibit 234 to the deposition of Rodney Harris, which bears the Bates number AOL-DEF-1037408, and which Defendants have designated Confidential under the Court's Protective Order;

94) A document bearing the Bates stamp AOL-DEF-00039597, which Defendants have designated Confidential under the Court's Protective Order;

95) Exhibit 33 to the deposition of Todd Owen, which bears the Bates number AOL-DEF-00081089, and which Defendants have designated Confidential under the Court's Protective Order;

96) Exhibit 47 to the deposition of Todd Owen, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

97) A document bearing the Bates stamp AOL-DEF-00566881;

98) A document bearing the Bates stamp AOL-DEF-00028473;

99) A document bearing the Bates stamp AOL-DEF-00028469;

100) A document bearing the Bates stamp AOL-DEF-00050247;

101) A document bearing the Bates stamp AOL-DEF-00602802, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

102) Plaintiffs' Consolidated Responses and Objections to First Set of Interrogatories;

103) A document bearing the Bates stamp AOL-DEF-00038620, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order;

104) The transcript of the deposition of Joseph Eaton;

105) A document bearing the Bates stamp AOL-DEF-00043545, which Defendants have designated Attorneys' Eyes Only under the Court's Protective Order; and

106) Exhibit 272 to the deposition of Todd Hoffman, which bears the Bates stamp AOL-DEF-00560270, and which Defendants have designated Confidential under the Court's Protective Order.

Defendants designated many of these documents as "Confidential" or "Attorneys' Eyes Only" under the Protective Order.[2] Moreover, the referenced deposition testimony contains detailed information concerning the operations of ports of entry on the U.S.-Mexico border that is not publicly known. As a consequence, the parties also seek to seal limited portions of Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion to Exclude Expert Testimony, Plaintiffs'

---

[2] Plaintiffs recognize that the mere fact that a document has been designated as confidential under a protective order is not determinative. *See, e.g.*, *Bain v. AstraZeneca LP*, 2011 WL 482767, at *1 (N.D. Cal. 2011) (good cause "cannot be established simply by showing that the document is subject to a protective order" or by stating, in general terms, that "the material is considered to be confidential.").

Memorandum of Points and Authorities in Support of Their Motion for Summary Judgment, and the exhibits thereto that reference, discuss, and consist of these documents.

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 597 (1978). "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access' is the starting point." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). "The presumption of access is 'based on the need for federal courts, although independent—indeed, particularly because they are independent—to have a measure of accountability and for the public to have confidence in the administration of justice." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir. 1995)). A party seeking to seal a judicial record bears the burden of overcoming the strong presumption of access. *Foltz*, 331 F.3d at 1135. The showing required to meet that burden depend upon whether the documents to be sealed relate to a motion that is "more than tangentially related to the merits of the case." *Ctr. for Auto Safety*, 809 F.3d at 1102. When the underlying motion is related to the merits of the case, a party must offer "compelling reasons" to seal particular information. *Id.* at 1096-98.

Generally, "'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing records exist when such 'court files might . . . become the vehicle for improper purposes.'" *Kamakana*, 447 F.3d at 1179. Therefore, the party seeking to seal documents must "make a particularized showing . . . supported by specific factual findings that outweigh the important public policies favoring disclosure of the document." *Unknown Parties v. Johnson*, 2016 WL 8199309, at *4 (D. Ariz. 2016) (citation omitted). Thus, "blanket claims of privacy or law

enforcement [need] are insufficient." *Al Otro Lado, Inc. v. Wolf*, 2020 U.S. Dist. LEXIS 141152, at *10 (S.D. Cal. 2020).

Here, the documents that Plaintiffs seek to file under seal would reveal confidential and sensitive information concerning how U.S. Customs and Border Protection ("CBP") deploys resources and its procedures for inspecting, processing, and detaining asylum seekers. Further, the documents contain categories of information that the Court has already rule should be sealed, such as "the times and frequencies of meetings," "internal memos and communications with the Government of Mexico," a "[w]histleblower['s] name and other identifying information," and "information related to port capacity." *Al Otro Lado*, 2020 U.S. Dist. LEXIS 141152, at *12-21. Accordingly, Plaintiffs move to seal these materials.[3]

Plaintiffs have conferred with the Government, and understand that the Government does not oppose this motion. In an effort to obviate the need for this Court to conduct a similar redaction exercise as in Dkt. 510, the parties will meet and confer about proposed redactions to these materials.

Therefore, Plaintiffs request that the Court grant this unopposed motion to seal limited portions of Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion to Exclude Expert Testimony, Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Summary Judgment, and the exhibits thereto that reference, discuss, and consist of these documents.

Dated: September 4, 2020

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Stephen M. Medlock

---

[3] Where the Court has already ruled on which portions of a document or deposition transcript should be sealed, Plaintiffs have complied with that Order.

SOUTHERN POVERTY LAW CENTER
Melissa Crow
Sarah Rich
Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Ghita Schwarz
Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters

By: /s/ Stephen M. Medlock
Stephen M. Medlock

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2020, I served a copy of the foregoing document by filing it with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Stephen M. Medlock*

*Counsel for Plaintiffs*