MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

Case 3:17-cv-02366-BAS-KSC   Document 532-2   Filed 09/04/20   PageID.37771
Page 2 of 19

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Motion for Summary Judgment and Plaintiffs' Motion to Seal Portions of Plaintiffs' Motion to Exclude Defendants' Purported Expert Testimony.

3. Plaintiffs seek to seal portions of 25 exhibits to Plaintiffs' Motion to Exclude Defendants' Purported Expert Testimony and descriptions of those exhibits in Plaintiffs' brief are as follows:

    a. Exhibit 2, the transcript of the June 12, 2020 deposition of David Atkinson, portions of which Defendants have designated as Confidential under the Court's Protective Order;

    b. Exhibit 3, the transcript of the June 18, 2020 deposition of Frank Longoria, which Defendants have designated as Confidential under the Court's Protective Order;

    c. Exhibit 5, Defendants' Responses and Objections to Plaintiffs' Sixth Set of Interrogatories, portions of which Defendants have designated as Confidential under the Court's Protective Order;

    d. Exhibit 6, the transcript of the May 28, 2020 deposition of Mariza Marin, portions of which Defendants have designated as Confidential under the Court's Protective Order;

    e. Exhibit 7, the transcript of the May 20, 2020 deposition of Samuel Cleaves, portions of which Defendants have designated as Confidential under the Court's Protective Order;

    f. Exhibit 8, the transcript of the June 02, 2020 deposition of Rodney Harris, portions of which Defendants have designated as

Confidential under the Court's Protective Order;

g. Exhibit 9, the transcript of the August 11, 2020 expert deposition of Stephanie Leutert, portions of which Plaintiffs have designated as Confidential under the Court's Protective Order;

h. Exhibit 10, the December 12, 2019 Expert Report of Stephanie Leutert, which Plaintiffs have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

i. Exhibit 11, Exhibit 200 to the May 28, 2020 Deposition of Mariza Marin, which Defendants have designated Confidential under the Court's Protective Order;

j. Exhibit 12, Exhibit 201 to the May 28, 2020 Deposition of Mariza Marin, which Defendants have designated Confidential under the Court's Protective Order;

k. Exhibit 13, Exhibit 202 to the May 28, 2020 Deposition of Mariza Marin, which Defendants have designated Confidential under the Court's Protective Order;

l. Exhibit 14, Exhibit 163 to the May 20, 2020 Deposition of Samuel Cleaves, which Defendants have designated Confidential under the Court's Protective Order;

m. Exhibit 15, Exhibit 231 to the June 2, 2020 Deposition of Rodney Harris, which Defendants have designated Confidential under the Court's Protective Order;

n. Exhibit 16, a document bates stamped AOL-DEF-00041453, portions of which Defendants have designated Confidential under the Court's Protective Order;

o. Exhibit 17, a document bates stamped AOL-DEF-00046740, portions of which Defendants have designated Confidential under

      the Court's Protective Order;

p. Exhibit 18, a document bates stamped AOL-DEF-01037408, which Defendants have designated Confidential under the Court's Protective Order;

q. Exhibit 19, a document bates stamped AOL-DEF-00039597, which Defendants have designated Confidential under the Court's Protective Order;

r. Exhibit 20, Exhibit 27 to the December 13, 2019 deposition of Todd Owen, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

s. Exhibit 22, a document bates stamped AOL-DEF-00288009, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

t. Exhibit 23, the transcript to the November 21, 2019 deposition of the whistleblower, portions of which Defendants have designated Confidential under the Court's Protective Order;

u. Exhibit 24, the transcript to the August 13, 2020 deposition of Joseph Eaton, which Defendants have designated Confidential under the Court's Protective Order;

v. Exhibit 25, the transcript to the August 13, 2020 deposition of James Beauchamp, which Defendants have designated Confidential under the Court's Protective Order;

w. Exhibit 26, a document bates stamped AOL-DEF-00038620, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

x. Exhibit 27, a document bates stamped AOL-DEF-00014041, portions of which Defendants have designated Highly

Confidential/Attorneys' Eyes Only under the Court's Protective Order;

y. Exhibit 29, a document bates stamped AOL-DEF-0074316, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order.

4. Plaintiffs seek to seal portions of 105 exhibits to Plaintiffs' Motion for Summary Judgment and the descriptions of those exhibits in Plaintiffs' brief are as follows:

a. Exhibit 1, the transcript to the November 21, 2019 deposition of the whistleblower, portions of which Defendants have designated Confidential under the Court's Protective Order;

b. Exhibit 3, the transcript of the June 12, 2020 deposition of David Atkinson, portions of which Defendants have designated as Confidential under the Court's Protective Order;

c. Exhibit 4, the transcript of the January 9, 2020 deposition of Randy Howe, portions of which Defendants have designated as Confidential under the Court's Protective Order;

d. Exhibit 5, a document bates stamped AOL-DEF-00210364, which Defendants have designated Confidential under the Court's Protective Order;

e. Exhibit 6, a document bates stamped AOL-DEF-00353883, which Defendants have designated Confidential under the Court's Protective Order;

f. Exhibit 7, Exhibit 209 to the May 28, 2020 deposition of Mariza Marin, which Defendants have designated Confidential under the Protective Order;

g. Exhibit 8, a document bates stamped AOL-DEF-00014041, portions of which Defendants have designated Confidential under the Court's

1   Protective Order;

2   h. Exhibit 9, the transcript of the June 10, 2020 deposition of Todd
3      Hoffman, portions of which Defendants have designated
4      Confidential under the Court's Protective Order;

5   i. Exhibit 10, the transcript of the December 13, 2019 deposition of
6      Todd Owen, portions of which Defendants have designated
7      Confidential under the Court's Protective Order;

8   j. Exhibit 11, a document bates stamped AOL-DEF-00030298, which
9      Defendants have designated Confidential under the Court's
10     Protective Order;

11  k. Exhibit 12, a document bates stamped AOL-DEF-00046740,
12     portions of which Defendants have designated Confidential under
13     the Court's Protective Order;

14  l. Exhibit 13, Exhibit 35 to the December 13, 2019 deposition of Todd
15     Owen, which Defendants have designated Highly
16     Confidential/Attorneys' Eyes Only under the Court's Protective
17     Order;

18  m. Exhibit 14, the transcript of the June 2, 2020 deposition of Rodney
19     Harris, portions of which Defendants have designated Confidential
20     under the Court's Protective Order;

21  n. Exhibit 15, a document bates stamped AOL-DEF-00205966,
22     portions of which Defendants have designated Confidential under
23     the Court's Protective Order;

24  o. Exhibit 16, the transcript of the April 29, 2020 deposition of Todd
25     Hoffman, portions of which Defendants have designated
26     Confidential under the Court's Protective Order;

27  p. Exhibit 17, the transcript of the May 28, 2020 deposition of Mariza
28     Marin, portions of which have been designated Confidential under

the Court's Protective Order;

q. Exhibit 20, the December 12, 2019 Expert Report of Stephanie Leutert, which Plaintiffs have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

r. Exhibit 21, Exhibit 200 to the May 28, 2020 Deposition of Mariza Marin, which Defendants have designated Confidential under the Court's Protective Order;

s. Exhibit 22, Exhibit 201 to the May 28, 2020 Deposition of Mariza Marin, which Defendants have designated Confidential under the Court's Protective Order;

t. Exhibit 23, Exhibit 202 to the May 28, 2020 Deposition of Mariza Marin, which Defendants have designated Confidential under the Court's Protective Order;

u. Exhibit 24, Exhibit 163 to the May 20, 2020 Deposition of Samuel Cleaves, which Defendants have designated Confidential under the Court's Protective Order;

v. Exhibit 25, Exhibit 231 to the June 2, 2020 Deposition of Rodney Harris, which Defendants have designated Confidential under the Court's Protective Order;

w. Exhibit 26, a document bates stamped AOL-DEF-00030002, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

x. Exhibit 27, a document bates stamped AOL-DEF-00023574, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

y. Exhibit 28, a document bates stamped AOL-DEF-00094256, which Defendants have designated Confidential under the Court's

Protective Order;

z. Exhibit 29, a document bates stamped AOL-DEF-00237660, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

aa. Exhibit 30, a document bates stamped AOL-DEF-00011011, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

bb. Exhibit 31, a document bates stamped AOL-DEF-00050864, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

cc. Exhibit 32, a document bates stamped AOL-DEF-00056315, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

dd. Exhibit 33, a document bates stamped AOL-DEF-00031442, which Defendants have designated Confidential under the Court's Protective Order;

ee. Exhibit 34, Exhibit 26 to the December 13, 2019 deposition of Todd Owen, which Defendants designated Confidential under the Court's Protective Order;

ff. Exhibit 35, a document bates stamped AOL-DEF-00030271, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

gg. Exhibit 36, a document bates stamped AOL-DEF-00018639, which Defendants have designated Confidential under the Court's Protective Order;

hh. Exhibit 37, a document bates stamped AOL-DEF-00020023, portions of which Defendants designated Confidential under the Court's Protective Order;

  ii. Exhibit 38, a document bates stamped AOL-DEF-00243099, portions of which Defendants designated Confidential under the Court's Protective Order;

 jj. Exhibit 39, a document bates stamped AOL-DEF-00034741, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

 kk. Exhibit 40, a document bates stamped AOL-DEF-00063869, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

 ll. Exhibit 41, a document bates stamped AOL-DEF-00067551, which Defendants have designated Confidential under the Court's Protective Order;

 mm. Exhibit 42, a document bates stamped AOL-DEF-00243127, which Defendants have designated Confidential under the Court's Protective Order;

 nn. Exhibit 43, a document bates stamped AOL-DEF-00303657, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

 oo. Exhibit 44, a document bates stamped AOL-DEF-00321316, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

 pp. Exhibit 45, a document bates stamped AOL-DEF-00741876, which Defendants have designated Confidential under the Court's Protective Order;

 qq. Exhibit 46, a document bates stamped AOL-DEF-00321325, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

 rr. Exhibit 47, a document bates stamped AOL-DEF-00525116, which

  Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

ss. Exhibit 48, Exhibit 279 to the June 10, 2020 deposition of Todd Hoffman, which Defendants have designated Confidential under the Court's Protective Order;

tt. Exhibit 49, a document bates stamped AOL-DEF-00023715, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

uu. Exhibit 50, Exhibit 27 to the December 13, 2019 deposition of Todd Owen, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

vv. Exhibit 52, a document bates stamped AOL-DEF-00069150, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

ww. Exhibit 53, Exhibit 29 to the December 13, 2019 deposition of Todd Owen, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

xx. Exhibit 54, Exhibit 322 to the July 1, 2020 deposition of Scott Glabe, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

yy. Exhibit 55, Exhibit 323 to the July 1, 2020 deposition of Scott Glabe, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

zz. Exhibit 56, a document bates stamped AOL-DEF-00019314, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

    aaa.   Exhibit 57, Exhibit 256 to the June 10, 2020 deposition of Todd Hoffman, which Defendants have designated Confidential under the Court's Protective Order;

    bbb.   Exhibit 58, a document bates stamped AOL-DEF-00258210, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

    ccc.   Exhibit 59, a document bates stamped AOL-DEF-00272845, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

    ddd.   Exhibit 60, a document bates stamped AOL-DEF-00815228, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

    eee.   Exhibit 61, a document bates stamped AOL-DEF-00904527, which Defendants have designated Confidential under the Court's Protective Order;

    fff. Exhibit 62, a document bates stamped AOL-DEF-00272790, which Defendants have designated Confidential under the Court's Protective Order;

    ggg.   Exhibit 63, transcript to the July 1, 2020 deposition of Scott Glabe, which Defendants have designated Confidential under the Court's Protective Order;

    hhh.   Exhibit 65, Exhibit 327 to the July 1, 2020 Deposition of Scott Glabe, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

    iii. Exhibit 66, a document bates stamped AOL-DEF-00314214, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

jjj. Exhibit 67, Exhibit 31 to the December 13, 2019 deposition of Todd Owen, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

kkk. Exhibit 68, Exhibit 328 to the July 1, 2020 deposition of Scott Glabe, which Defendants have designated Confidential under the Court's Protective Order;

lll. Exhibit 26, Exhibit 167 to the May 20, 2020 deposition of Samuel Cleaves, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

mmm. Exhibit 70, a document bates stamped AOL-DEF-01266662, which Defendants have designated Confidential under the Court's Protective Order;

nnn. Exhibit 71, Exhibit 166 to the May 20, 2020 deposition of Samuel Cleaves, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

ooo. Exhibit 72, Exhibit 329 to the July 1, 2020 deposition of Scott Glabe, which Defendants have designated Confidential under the Court's Protective Order;

ppp. Exhibit 74, Exhibit 175 to the May 20, 2020 deposition of Samuel Cleaves, which Defendants have designated Confidential under the Court's Protective Order;

qqq. Exhibit 75, Exhibit 171 to the May 20, 2020 deposition of Samuel Cleaves, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

rrr. Exhibit 80, a document bates stamped AOL-DEF-00280783, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

sss. Exhibit 81, Exhibit 93 to the January 9, 2020 deposition of Randy Howe, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

ttt. Exhibit 83, Exhibit 269 to the June 10, 2020 deposition of Todd Hoffman, which Defendants have designated Confidential under the Court's Protective Order;

uuu. Exhibit 84, a document bates stamped AOL-DEF-00010764, which Defendants have designated Confidential under the Court's Protective Order;

vvv. Exhibit 85, a document bates stamped AOL-DEF-00010718, which Defendants have designated Confidential under the Court's Protective Order;

www. Exhibit 86, a document bates stamped AOL-DEF-00010722, which Defendants have designated Confidential under the Court's Protective Order;

xxx. Exhibit 87, Exhibit 336 to the July 1, 2020 deposition of Scott Glabe, which Defendants have designated Confidential under the Court's Protective Order;

yyy. Exhibit 88, Exhibit 335 to the July 1, 2020 deposition of Scott Glabe, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

zzz. Exhibit 89, a document bates stamped AOL-DEF-00041825, which Defendants have designated Highly Confidential/Attorneys'

Eyes Only under the Court's Protective Order;

aaaa. Exhibit 90, Exhibit 97 to the June 9, 2020 deposition of Randy Howe, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

bbbb. Exhibit 91, Exhibit 207 to the May 28, 2020 deposition of Mariza Marin, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

cccc. Exhibit 92, Exhibit 208 to the May 28, 2020 deposition of Mariza Marin, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

dddd. Exhibit 93, a document bates stamped AOL-DEF-00074316, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

eeee. Exhibit 94, a document bates stamped AOL-DEF-00095574, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

ffff. Exhibit 95, a document bates stamped AOL-DEF-00277294, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

gggg. Exhibit 96, a document bates stamped AOL-DEF-00288009, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

hhhh. Exhibit 97, a document bates stamped AOL-DEF-00288011, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

iiii. Exhibit 98, Ex. 39 to the December 13, 2019 deposition of Todd Owen, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

jjjj. Exhibit 99, a document bates stamped AOL-DEF-00812864, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

kkkk. Exhibit 100, transcript for the June 18, 2020 deposition of Frank Longoria, which Defendants have designated Confidential under the Court's Protective Order;

llll. Exhibit 101, Exhibit 185 to the May 28, 2020 deposition of Mariza Marin, which Defendants have designated Confidential under the Court's Protective Order;

mmmm. Exhibit 102, transcript for the May 20, 2020 deposition of Samuel Cleaves, portions of which Defendants have designated Confidential under the Court's Protective Order;

nnnn. Exhibit 103, transcript of the August 11, 2020 deposition of Stephanie Leutert, portions of which Plaintiffs have designated Confidential under the Court's Protective Order;

oooo. Exhibit 104, Exhibit 234 to the June 2, 2020 deposition of Rodney Harris, which Defendants have designated Confidential under the Court's Protective Order;

pppp. Exhibit 105, a document bates stamped AOL-DEF-00039597, which Defendants have designated Confidential under the Court's Protective Order;

qqqq. Exhibit 106, Exhibit 33 to the December 13, 2019 deposition of Todd Owen, which Defendants have designated Confidential under the Court's Protective Order;

rrrr. Exhibit 107, Exhibit 47 to the December 13, 2019 deposition of Todd Owen, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

ssss. Exhibit 108, a document bates stamped AOL-DEF-00566881, portions of which Defendants have designated Confidential under the Court's Protective Order;

tttt. Exhibit 109, a document bates stamped AOL-DEF-00028473, portions of which Defendants have designated Confidential under the Court's Protective Order;

uuuu. Exhibit 110, a document bates stamped AOL-DEF-00028469, portions of which Defendants have designated Confidential under the Court's Protective Order;

vvvv. Exhibit 111, a document bates stamped AOL-DEF-00050247, portions of which Defendants have designated Confidential under the Court's Protective Order;

wwww. Exhibit 112, a document bates stamped AOL-DEF-00602802, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

xxxx. Exhibit 115, Plaintiffs' Consolidated Responses and Objections to the 1st Set of Defendants' Interrogatories, portions of which Plaintiffs have been designated Confidential under the Court's Protective Order;

yyyy. Exhibit 117, a document bates stamped AOL-DEF-00038620, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

zzzz. Exhibit 118, the transcript to the August 13, 2020 deposition of

Joseph Eaton, which Defendants have designated Confidential under this Court's Protective Order;

aaaaa. Exhibit 119, a document bates stamped AOL-DEF-00043545 which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

bbbbb. Exhibit 120, Exhibit 272 to the June 10, 2020 deposition of Todd Hoffman, which Defendants have designated Confidential under the Court's Protective Order.

5. As described in the accompanying motion to seal, Plaintiffs seek to seal these document and descriptions of them because filing them on the public docket would reveal sensitive law enforcement information regarding the operations of ports of entry on the U.S.-Mexico border. For instance, the deposition of Plaintiffs' expert, Stephanie Leutert, contains sensitive details of how CBP's senior management oversees and implements immigration policies.

6. The parties have conferred regarding the motion, and Defendants do not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 4th day of September 2020 at Washington, D.C.

*/s/ Stephen M. Medlock*
Stephen M. Medlock

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK