MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**DECLARATION OF STEPHEN M. MEDLOCK CONCERNING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Special Briefing Schedule Ordered (*See* Dkt. 518) |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hfexac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2. I respectfully submit this Declaration in support of Plaintiffs' Motion for Summary Judgment.

**Exhibits**

3. Attached hereto as Exhibit 1 is a true and correct copy of the November 21, 2019 deposition of a whistleblower working at CBP.[2]

4. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit 292 to the June 12, 2020 deposition of David Atkinson.

5. Attached hereto as Exhibit 3 is a true and correct copy of the June 12, 2020 deposition of David Atkinson.

6. Attached hereto as Exhibit 4 is a true and correct copy of the January 9, 2020 deposition of Randy J. Howe.

7. Attached hereto as Exhibit 5 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00210364.

8. Attached hereto as Exhibit 6 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00353883.

9. Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 209 to the May 28, 2020 deposition of Mariza Marin.

10. Attached hereto as Exhibit 8 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00014041.

11. Attached hereto as Exhibit 9 is a true and correct copy of the June 10,

---

[2] The parties have agreed to protect the identity of the whistleblower by not mentioning his or her name in docket filings in this matter.

2020 deposition of Todd Hoffman.

12. Attached hereto as Exhibit 10 is a true and correct copy of the December 13, 2019 deposition of Todd Owen.

13. Attached hereto as Exhibit 11 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00030298.

14. Attached hereto as Exhibit 12 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00046740.

15. Attached hereto as Exhibit 13 is a true and correct copy of Exhibit 35 to the December 13, 2019 deposition of Todd Owen.

16. Attached hereto as Exhibit 14 is a true and correct copy of the June 2, 2020 deposition of Rodney Harris.

17. Attached hereto as Exhibit 15 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00205966.

18. Attached hereto as Exhibit 16 is a true and correct copy of the April 29, 2020 deposition of Michael Humphries.

19. Attached hereto as Exhibit 17 is a true and correct copy of the May 28, 2020 deposition of Mariza Marin.

20. Attached hereto as Exhibit 18 is a true and correct copy of the document bearing the Bates stamp ALOTROLADO_00018604.

21. Attached hereto as Exhibit 19 is a true and correct copy of Exhibit 19 to the November 21, 2019 deposition of the CBP whistleblower.

22. Attached hereto as Exhibit 20 is a true and correct copy of the December 10, 2019 Expert Report of Stephanie Leutert.

23. Attached hereto as Exhibit 21 is a true and correct copy of Exhibit 200 to the May 28, 2020 deposition of Mariza Marin.

24. Attached hereto as Exhibit 22 is a true and correct copy of Exhibit 201 to the May 28, 2020 deposition of Mariza Marin.

25. Attached hereto as Exhibit 23 is a true and correct copy of Exhibit 202

1  to the May 28, 2020 deposition of Mariza Marin.

2  26.   Attached hereto as Exhibit 24 is a true and correct copy of Exhibit 163
3  to the May 20, 2020 deposition of Samuel Cleaves.

4  27.   Attached hereto as Exhibit 25 is a true and correct copy of Exhibit 231
5  to the June 2, 2020 deposition of Rodney Harris.

6  28.   Attached hereto as Exhibit 26 is a true and correct copy of the document
7  bearing the Bates stamp AOL-DEF-00030002.

8  29.   Attached hereto as Exhibit 27 is a true and correct copy of the document
9  bearing the Bates stamp AOL-DEF-00023574.

10  30.   Attached hereto as Exhibit 28 is a true and correct copy of the document
11  bearing the Bates stamp AOL-DEF-00094256.

12  31.   Attached hereto as Exhibit 29 is a true and correct copy of the document
13  bearing the Bates stamp AOL-DEF-00237660.

14  32.   Attached hereto as Exhibit 30 is a true and correct copy of the document
15  bearing the Bates stamp AOL-DEF-00011011.

16  33.   Attached hereto as Exhibit 31 is a true and correct copy of the document
17  bearing the Bates stamp AOL-DEF-00050864.

18  34.   Attached hereto as Exhibit 32 is a true and correct copy of the document
19  bearing the Bates stamp AOL-DEF-00056315.

20  35.   Attached hereto as Exhibit 33 is a true and correct copy of the document
21  bearing the Bates stamp AOL-DEF-00031442.

22  36.   Attached hereto as Exhibit 34 is a true and correct copy of Exhibit 26
23  to the December 13, 2019 deposition of Todd Owen.

24  37.   Attached hereto as Exhibit 35 is a true and correct copy of the document
25  bearing the Bates stamp AOL-DEF-00030271.

26  38.   Attached hereto as Exhibit 36 is a true and correct copy of the document
27  bearing the Bates stamp AOL-DEF-00018639.

28  39.   Attached hereto as Exhibit 37 is a true and correct copy of the document

bearing the Bates stamp AOL-DEF-00020023.

40. Attached hereto as Exhibit 38 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00243099.

41. Attached hereto as Exhibit 39 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00034741.

42. Attached hereto as Exhibit 40 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00063869.

43. Attached hereto as Exhibit 41 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00067551.

44. Attached hereto as Exhibit 42 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00243127.

45. Attached hereto as Exhibit 43 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00303657.

46. Attached hereto as Exhibit 44 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00321316.

47. Attached hereto as Exhibit 45 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00741876.

48. Attached hereto as Exhibit 46 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00321325.

49. Attached hereto as Exhibit 47 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00525116.

50. Attached hereto as Exhibit 48 is a true and correct copy of Exhibit 279 to the June 10, 2020 deposition of Todd Hoffman.

51. Attached hereto as Exhibit 49 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00023715.

52. Attached hereto as Exhibit 50 is a true and correct copy of Exhibit 27 to the December 13, 2019 deposition of Todd Owen.

53. Attached hereto as Exhibit 51 is a true and correct copy of the document

1 | bearing the Bates stamp AOL-DEF-00339435.

54. Attached hereto as Exhibit 52 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00069150.

55. Attached hereto as Exhibit 53 is a true and correct copy of Exhibit 29 to the December 13, 2019 deposition of Todd Owen.

56. Attached hereto as Exhibit 54 is a true and correct copy of Exhibit 322 to the July 1, 2020 deposition of Scott Glabe.

57. Attached hereto as Exhibit 55 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00258173.

58. Attached hereto as Exhibit 56 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00019314.

59. Attached hereto as Exhibit 57 is a true and correct copy of Exhibit 256 to the June 10, 2020 deposition of Todd Hoffman.

60. Attached hereto as Exhibit 58 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00258210.

61. Attached hereto as Exhibit 59 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00272845.

62. Attached hereto as Exhibit 60 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00815228.

63. Attached hereto as Exhibit 61 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00904527.

64. Attached hereto as Exhibit 62 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00272790.

65. Attached hereto as Exhibit 63 is a true and correct copy of Exhibit 325 to the July 1, 2020 deposition of Scott Glabe.

66. Attached hereto as Exhibit 64 is a true and correct copy of the July 1, 2020 deposition of Scott Glabe.

67. Attached hereto as Exhibit 65 is a true and correct copy of Exhibit 327

to the July 1, 2020 deposition of Scott Glabe.

68. Attached hereto as Exhibit 66 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00314214.

69. Attached hereto as Exhibit 67 is a true and correct copy of Exhibit 31 to the December 13, 2019 deposition of Todd Owen.

70. Attached hereto as Exhibit 68 is a true and correct copy of Exhibit 328 to the July 1, 2020 deposition of Scott Glabe.

71. Attached hereto as Exhibit 69 is a true and correct copy of Exhibit 167 to the May 20, 2020 deposition of Samuel Cleaves.

72. Attached hereto as Exhibit 70 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-01266662.

73. Attached hereto as Exhibit 71 is a true and correct copy of Exhibit 166 to the May 20, 2020 deposition of Samuel Cleaves.

74. Attached hereto as Exhibit 72 is a true and correct copy of Exhibit 329 to the July 1, 2020 deposition of Scott Glabe.

75. Attached hereto as Exhibit 73 is a true and correct copy of Defendants' Responses to Plaintiffs' Third Set of Requests for Admissions.

76. Attached hereto as Exhibit 74 is a true and correct copy of Exhibit 175 to the May 20, 2020 deposition of Samuel Cleaves.

77. Attached hereto as Exhibit 75 is a true and correct copy of Exhibit 171 to the May 20, 2020 deposition of Samuel Cleaves.

78. Attached hereto as Exhibit 76 is a true and correct copy of Exhibit 294 to the June 12, 2020 deposition of David Atkinson.

79. Attached hereto as Exhibit 77 is a true and correct copy of Exhibit 288 to the June 12, 2020 deposition of David Atkinson.

80. Attached hereto as Exhibit 78 is a true and correct copy of Exhibit 290 to the June 12, 2020 deposition of David Atkinson.

81. Attached hereto as Exhibit 79 is a true and correct copy of Exhibit 291

1. to the June 12, 2020 deposition of David Atkinson.

82. Attached hereto as Exhibit 80 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00280783.

83. Attached hereto as Exhibit 81 is a true and correct copy of Exhibit 93 to the January 9, 2020 deposition of Randy J. Howe.

84. Attached hereto as Exhibit 82 is a true and correct copy of Exhibit 3 to the November 21, 2019 deposition of the CBP whistleblower.

85. Attached hereto as Exhibit 83 is a true and correct copy of Exhibit 269 to the June 10, 2020 deposition of Todd Hoffman.

86. Attached hereto as Exhibit 84 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00010764.

87. Attached hereto as Exhibit 85 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00010718.

88. Attached hereto as Exhibit 86 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00010722.

89. Attached hereto as Exhibit 87 is a true and correct copy of Exhibit 336 to the July 1, 2020 deposition of Scott Glabe.

90. Attached hereto as Exhibit 88 is a true and correct copy of Exhibit 335 to the July 1, 2020 deposition of Scott Glabe.

91. Attached hereto as Exhibit 89 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00041825.

92. Attached hereto as Exhibit 90 is a true and correct copy of Exhibit 97 to the January 9, 2020 deposition of Randy J. Howe.

93. Attached hereto as Exhibit 91 is a true and correct copy of Exhibit 207 to the May 28, 2020 deposition of Mariza Marin.

94. Attached hereto as Exhibit 92 is a true and correct copy of Exhibit 208 to the May 28, 2020 deposition of Mariza Marin.

95. Attached hereto as Exhibit 93 is a true and correct copy of the document

bearing the Bates stamp AOL-DEF-00074316.

96. Attached hereto as Exhibit 94 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00095574.

97. Attached hereto as Exhibit 95 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00377294.

98. Attached hereto as Exhibit 96 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00288009.

99. Attached hereto as Exhibit 97 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00288011.

100. Attached hereto as Exhibit 98 is a true and correct copy of Exhibit 39 to the December 13, 2019 deposition of Todd Owen.

101. Attached hereto as Exhibit 99 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00812864.

102. Attached hereto as Exhibit 100 is a true and correct copy of the June 18, 2020 deposition of Frank Longoria.

103. Attached hereto as Exhibit 101 is a true and correct copy of Exhibit 185 to the May 28, 2020 deposition of Mariza Marin.

104. Attached hereto as Exhibit 102 is a true and correct copy of the May 20, 2020 deposition of Samuel Cleaves.

105. Attached hereto as Exhibit 103 is a true and correct copy of the August 11, 2020 deposition of Stephanie Leutert.

106. Attached hereto as Exhibit 104 is a true and correct copy of Exhibit 234 to the June 2, 2020 deposition of Rodney Harris.

107. Attached hereto as Exhibit 105 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00039597.

108. Attached hereto as Exhibit 106 is a true and correct copy of Exhibit 33 to the December 13, 2019 deposition of Todd Owen.

109. Attached hereto as Exhibit 107 is a true and correct copy of Exhibit 47

1 | to the December 13, 2019 deposition of Todd Owen.

110. Attached hereto as Exhibit 108 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00566881.

111. Attached hereto as Exhibit 109 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00028473.

112. Attached hereto as Exhibit 110 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00028469.

113. Attached hereto as Exhibit 111 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00050247.

114. Attached hereto as Exhibit 112 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00602802.

115. Attached hereto as Exhibit 113 is a true and correct copy of the June 18, 2020 deposition of Erika Pinheiro.

116. Attached hereto as Exhibit 114 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00211138.

117. Attached hereto as Exhibit 115 is a true and correct copy of Plaintiffs' Interrogatory Responses.

118. Attached hereto as Exhibit 116 is a true and correct copy of Exhibit 51 to the December 13, 2019 deposition of Todd Owen.

119. Attached hereto as Exhibit 117 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00038620.

120. Attached hereto as Exhibit 118 is a true and correct copy of the August 13, 2020 deposition of Joseph Eaton.

121. Attached hereto as Exhibit 119 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00043545.

122. Attached hereto as Exhibit 120 is a true and correct copy of Exhibit 272 to the June 10, 2020 deposition of Todd Hoffman.

I declare under penalty of perjury under the laws of the United States of

1   America that the proceeding declaration is true and correct.
2       Executed on this 4th day of September 2020 at Washington, D.C.
3   <u>*/s/ Stephen M. Medlock*</u>
4   Stephen M. Medlock

