1   MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
    350 S. Grand Avenue
3   25th Floor
    Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5     *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6     (*pro hac vice*)
      *smedlock@mayerbrown.com*
7   1999 K Street, N.W.
    Washington, D.C. 20006
8   Telephone:  +1.202.263.3000
    Facsimile:    +1.202.263.3300
9
    SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*
15
            **UNITED STATES DISTRICT COURT**
16
         **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 4 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **REDACTED VERSION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

---------------------------x

AL OTRO LADO, INC., et al., :

    Plaintiff,        :

  -vs-           : Case No.

KEVIN K. McALEENAN, et al., : 17-cv-02366-BAS-KSC

    Defendants.    :

---------------------------x

CONFIDENTIAL

30(b)(6) Deposition of

U.S. CUSTOMS & BORDER PROTECTION

By and Through

RANDY J. HOWE

Washington, D.C.

Thursday, January 9, 2019

9:34 a.m.

Job No.:  541878

Pages 1 - 305

Reported by:  Tammy S. Newton

Magna Legal Services
866-624-6221
www.MagnaLS.com



Page 2

1

2     30(b)(6) Deposition of Randy J. Howe held at the

3     offices of:

4          Mayer Brown

5          1999 K Street, N.W.

6          Washington, D.C. 20006

7

8

9

10    Pursuant to agreement, before Tammy S. Newton, a

11    Notary Public in and for the District of

12    Columbia.

13

14

15

16

17

18

19

20

21

22



Page 3

1                A P P E A R A N C E S

2        ON BEHALF OF PLAINTIFFS:

3            STEPHEN M. MEDLOCK, ESQUIRE

4            Mayer Brown

5            1999 K Street, N.W.

6            Washington, D.C. 20006

7            (202) 263-3221

8            smedlock@mayerbrown.com

9                  and

10           ANGELO GUISADO, ESQUIRE

11           Center for Constitutional Rights

12           666 Broadway, 7th Floor

13           New York, New York 10012

14           (212) 614-6454

15           aguisado@ccrjustice.org

16

17

18

19

20

21

22



Page 4

1       ON BEHALF OF DEFENDANTS:

2           KATHERINE J. SHINNERS, ESQUIRE

3           SUSAN IMERMAN, ESQUIRE

4           U.S. Department of Justice

5           Office of Immigration Litigation

6           Ben Franklin Square, P.O. Box 868

7           Washington, D.C. 20044

8           (202) 598-8259

9           katherine.j.shinners@usdoj.gov

10              and

11          SARAH RICH, ESQUIRE

12          REBECCA CASSLER, ESQUIRE

13          Southern Poverty Law Center

14          1101 17th Street, N.W.

15          Suite 705

16          Washington, D.C. 20036

17          (202) 355-4471

18          sarah.rich@splcenter.org

19          (Appeared via Telephone)

20

21

22



1       Also Present:

2              Louisa Slocum, Esquire, CBP

3              Kristine King, Esquire, CBP

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22



Page 6

1                    C O N T E N T S

2    EXAMINATION OF RANDY J. HOWE              PAGE:

3         By Mr. Medlock                          9

4         By Mr. Guisado                        257

5         By Ms. Shinners                       297

6

7    DEPOSITION EXHIBITS                       PAGE:

8    Number 78 - January 8, 2020 Letter         18

9    Number 79 - Notice of Deposition           33

10   Number 80 - Expert Designation             59

11   Number 81 - LinkedIn Profile               63

12   Number 82 - February 20, 2017 Memo         96

13   Number 83 - E-mail Chain                   98

14   Number 84 - E-mail Chain                  108

15   Number 85 - E-mail Chain                  111

16   Number 86 - June 5, 2018 Memo             120

17   Number 87 - E-mail Chain                  137

18   Number 88 - E-mail Chain                  140

19   Number 89 - E-mail Chain                  144

20   Number 90 - E-mail Chain                  150

21   Number 91 - Contingency Plan              158

22   Number 92 - E-mail Chain                  177



Page 7

```
 1   DEPOSITION EXHIBITS                              PAGE:

 2   Number 93 - E-mail Chain                         180

 3   Number 94 - April 27, 2018 Memo                  182

 4   Number 95 - E-mail Chain                         184

 5   Number 96 - E-mail                               186

 6   Number 97 - E-mail Chain                         189

 7   Number 98 - E-mail Chain                         195

 8   Number 99 - MCAT Report                          198

 9   Number 100 - MCAT Report                         200

10   Number 101 - E-mail Chain                        202

11   Number 102 - Document Clawed Back                204

12   Number 103 - Contingency Plan                    211

13   Number 104 - BuzzFeed News Article               218

14   Number 105 - E-mail Chain                        221

15   Number 106 - E-mail Chain                        224

16   Number 107 - E-mail                              228

17   Number 108 - E-mail Chain                        232

18   Number 109 - E-mail Chain                        236

19   Number 110 - OIG Special Report                  239

20   Number 111 - October 29, 2018 Memo               243

21   Number 112 - Information Request                 245

22   Number 113 - OIG Report                          247
```



```
                                                   Page 8
 1   DEPOSITION EXHIBITS                       PAGE:

 2   Number 114 - E-mail Chain                  252

 3   Number 115 - Region IV Executive Summary

 4            Update                            266

 5   Number 116 - E-mail Chain                  269

 6   Number 117 - Mass Migration Surges Document 282

 7   Number 118 - Significant Visit Summary     286

 8   Number 119 - E-mail Chain                  290

 9

10        (All exhibits attached to transcript.)

11

12

13

14

15

16

17

18

19

20

21

22
```



Page 9

1                    P R O C E E D I N G S

2                         Randy J. Howe,

3      having been sworn by the notary, testified as

4      follows:

5           EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

6      BY MR. MEDLOCK:

7           Q     Good morning, sir.

8           A     Good morning.

9           Q     Will you please state and spell your

10     full name.

11          A     Sure.  Randy James Howe.  R-A-N-D-Y;

12     J-A-M-E-S; H-O-W-E.

13          Q     Have you ever gone by another name,

14     Mr. Howe?

15          A     No.

16          Q     Are you presently employed?

17          A     I am.

18          Q     Where are you employed?

19          A     U.S. Customs & Border Protection.

20          Q     What's your present job title?

21          A     I'm the executive director for

22     operations for the Office of Field Operations.



Page 10

1       Q     And if I refer to U.S. Customs &

2   Border Protection as "CBP", you'll understand

3   that today?

4       A     Yes.

5       Q     How long have you worked at CBP?

6       A     This year, it will be 32 years.

7       Q     And you mentioned the Office of Field

8   Operations, if I refer to that as "OFO" today,

9   will you understand that?

10      A     Yes.

11            MR. MEDLOCK:  And we have people on

12   the phone, if you could please mute your line.

13   Thank you.

14   BY MR. MEDLOCK:

15      Q     Sir, have you ever testified in court

16   before?

17      A     I have not.

18      Q     Have you ever testified in a

19   deposition before?

20      A     I have.

21      Q     How many times?

22      A     Twice.



Page 11

1       Q      When was the last time you were

2  deposed?

3       A      Last year.  I don't remember how many

4  months ago.

5       Q      So sometime in 2019; is that right?

6       A      Yes.

7       Q      Do you recall whether it was spring,

8  summer, fall?

9       A      I really don't remember.

10      Q      What was the nature of the case that

11  you were deposed in?

12      A      It was on our CBP search of electronic

13  media policy.

14      Q      And in that case, were you testifying

15  as a witness in your personal capacity or as a

16  30(b)(6) witness like you are today?

17      A      I believe it was 30(b)(6).

18      Q      And you mentioned there was another

19  case where you testified at a deposition.  When

20  did that deposition take place, to the best of

21  your recollection?

22      A      Again, it was last year, the beginning



Page 12

1    of the year.  It was for CBP's terrorist

2    screening policy.

3        Q     And in that case were you testifying

4    in your personal capacity or as a 30(b)(6)

5    witness?

6        A     30(b)(6), I believe.

7        Q     Okay.  Have you ever testified in any

8    sort of arbitration proceeding before?

9        A     Arbitration?  I don't recall.  There

10   was an EEO hearing I testified.

11       Q     What was the -- when did that EEO

12   hearing take place?

13       A     Boy, I want to say -- to the best of

14   my recollection, 2013 or '14.

15       Q     What was the EEO hearing about?

16       A     Non-selection.

17       Q     Can you explain what you mean by

18   non-selection?

19       A     Somebody filed an EEO for not being

20   selected for a position.

21       Q     When you gave that testimony, was it

22   at an evidentiary hearing or was your deposition



Page 13

1   taken?

2        A      It was -- I was before an EEO judge.

3        Q      Okay.  I understand now.  Thank you.

4               And you've testified before

5   Congressional committees before?

6        A      I have.

7        Q      And on June 26, 2019, you testified

8   for the Senate Homeland Security and Governmental

9   Affairs Committee; is that correct?

10       A      That's correct.

11       Q      And you testified -- the title of that

12  day of testimony was "Human Smuggling at the

13  U.S.-Mexico Border;" is that right?

14       A      That's correct.

15       Q      Did you testify truthfully and

16  accurately during that hearing?

17       A      I did.

18       Q      You testified before the Senate

19  Homeland Security Committee on April 9th, 2019;

20  is that right?

21       A      That's correct.

22       Q      The title of that hearing was



Page 14

1    "Migration at the U.S. Southern Border," correct?

2         A    Correct.

3         Q    Did you testify truthfully and

4    accurately during that hearing?

5         A    I did.

6         Q    Have you provided any other oral or

7    written testimony before a Congressional

8    committee or subcommittee?

9         A    Nothing that wasn't related to those

10   two hearings.

11        Q    Outside of this case, have you ever

12   provided written testimony in the form of an

13   affidavit or declaration?

14        A    Just those -- let's see.  Maybe some

15   employee-related affidavits for non-selection.

16        Q    Related to the EEO proceeding?

17        A    No, not that one.  Just other

18   non-selection as a DFO, director of field

19   operations, and my two previous positions.

20        Q    So it sounds like you've got a fair

21   amount of experience as a 30(b)(6) witness.  If

22   you'll indulge me, I'll go over some of the



Page 15

1    ground rules --

2         A     Yes.

3         Q     -- so we're all on the same page.

4    Today's deposition is taking place in a

5    question-and-answer format in which I ask

6    questions and you answer them to the best of your

7    ability.

8              Do you understand that?

9         A     I do.

10        Q     It's important that you give audible

11   answers to my questions.  Our court reporter is

12   very capable, but shakes of the head are hard to

13   interpret after the fact.

14        A     Understood.

15        Q     And "uh-huh" and "uh-uh" can sound

16   very similar.

17        A     Sure.  Understood.

18        Q     Most importantly, if you don't

19   understand anything I'm saying today, any of my

20   questions, just say so.  I'll try to improve

21   them, okay?

22        A     Yes, sir.



Page 16

1        Q      From time to time your counsel may

2    object, and that is your counsel's right.

3    However, those objections are something that the

4    judge will rule on later.  So unless your counsel

5    instructs you not to answer one of my questions

6    today, I'm going to ask that you answer them.

7              Do you understand that?

8        A      I understand.

9        Q      From time to time we'll take breaks.

10   I'll try to take them every hour.  My only

11   request is that if I've got a question pending or

12   you're in the middle of an answer that you finish

13   the answer before we go on the break, okay?

14       A      Understood.

15       Q      Unless I say otherwise, my questions

16   today are going to relate to the time period from

17   January 1st, 2016, to the present.

18              Do you understand that?

19       A      I do.

20       Q      And we went over a few definitions,

21   but let me just go over a couple more.

22              During this deposition, I'm going to



1    refer to the U.S. Department of Homeland Security

2    as "DHS".  Do you understand that term?

3         A    Yes, sir.

4         Q    And we went over CBP and OFO with you.

5              You understand you have taken an oath

6    to tell the truth today?

7         A    I do.

8         Q    And you understand it's the same oath

9    you would take in a courtroom?

10        A    I do.

11        Q    Is there any reason why you can't

12   testify truthfully and fully in answer to my

13   questions today?

14        A    No, sir.

15        Q    Other than traffic offenses, have you

16   ever been convicted of a crime?

17        A    No, sir.

18        Q    Other than traffic offenses, have you

19   ever been charged with a crime?

20        A    No.

21        Q    Other than traffic offenses, have you

22   ever been arrested?



Page 18

```
 1        A      No, sir.

 2        Q      Have you ever been sued in your

 3   personal capacity before?

 4        A      No.

 5        Q      Have you ever been a party to a

 6   lawsuit?

 7        A      No.

 8        Q      Have you ever been disciplined in any

 9   way for your conduct while employed by CBP or its

10   predecessor organizations?

11        A      No.

12        Q      Are you a member of any social

13   networking platforms such as LinkedIn or

14   Facebook?

15        A      I'm in LinkedIn.

16        Q      Do you have a Facebook account?

17        A      No.

18               MR. MEDLOCK:  Mark the first exhibit

19   as 78.

20               (Deposition Exhibit Number 78 was

21   marked for identification and attached to the

22   transcript.)
```



Page 19

1   BY MR. MEDLOCK:

2        Q    Sir, I put in front of you marked

3   Exhibit 78 to your deposition.  It is a two-page

4   letter from Katherine J. Shinners to myself dated

5   January 8th, 2020.  Do you see that, sir?

6        A    Yes, sir.

7        Q    Have you seen a copy of this letter

8   before?

9        A    No.

10       Q    Okay.  I'll -- beneath the salutation,

11  "Dear Counsel," it reads, "I write to advise you

12  that defendants' counsel recently learned that

13  Custodian Randy Howe has not retained personal,

14  hard-copy notes that he has taken at daily

15  internal operations meetings."

16            Did I read that correctly?

17       A    You did.

18            MS. SHINNERS:  I just -- go ahead.

19  BY MR. MEDLOCK:

20       Q    Okay.  So I want to understand what

21  that sentence means to the best of your

22  understanding.  What are the daily internal



Page 20

1   operations meetings that are referred to here?

2           MS. SHINNERS:  Objection to the scope.

3   Just to make clear, this is not within the scope

4   of the 30(b)(6) topics and two, to the extent

5   that you know, you can answer.

6           THE WITNESS:  Each day EAC Owen has a

7   morning 8:15 operational meeting.

8   BY MR. MEDLOCK:

9       Q    And so when you say "each day", that's

10  each weekday?

11      A    Each weekday.

12      Q    So that morning operational meeting at

13  8:15, how long does it last for?

14      A    Typically 20 to 30 minutes.

15      Q    And your practice has been to take

16  notes during that meeting?

17      A    Not substantive notes but the intent

18  of that meeting is to brief Mr. Owen on the daily

19  happenings of the last 24-hour period, maybe some

20  things that he needs to be aware of.  So I would

21  go in there with -- just things in my mind to

22  trigger that I need to advise him of.



Page 21

1      Q      So these are sort of your bullet

2   points to organize your briefing of EAC Owen?

3      A      Pretty much.  Just very basic words to

4   trigger my mind on events that happened in the

5   last 24 hours.

6      Q      And where do you write these bullet

7   points down?

8      A      Piece of paper.

9      Q      Do you have a notebook, or is it just

10  looseleaf paper you're using?

11     A      Looseleaf paper.

12     Q      And after you brief EAC Owen at that

13  8:15 meeting, what do you do with that looseleaf

14  paper with the bullet points on it?

15     A      I have a nine o'clock meeting with my

16  direct reports that are in headquarters.  So if

17  there's anything from the 8:15 meeting that I

18  need to pass on to them, a request from EAC Owen,

19  an update on a particular issue, I would keep it

20  for that meeting, and then after that, I'd

21  commonly just place it in my shred bin.

22     Q      So that I get this process down, you



Page 22

1    bring the bullet points that you jot down before

2    the 8:15 to your meeting with EAC Owen; is that

3    right?

4          A     Correct.

5          Q     Then during the meeting, do you take

6    notes on what EAC Owen tells you as sort of

7    follow-up items you may need to take to the 9

8    a.m. meeting?

9          A     Yes.  If there is a request from him,

10   update on a particular program, I might -- or

11   follow-up with a particular director of field

12   operations, I might make a little note just to

13   trigger my memory so I follow my boss' request.

14         Q     Sure.  And the briefing bullet points

15   that you take to the 8:15 meeting, have those

16   bullet points ever included information about the

17   operation of ports of entry on the U.S.-Mexico

18   border?

19         A     Have they?

20         Q     Yes.

21         A     Yes.

22         Q     Have those bullet points ever included



Page 23

1    information on processing an inspection of

2    individuals without proper travel documents at

3    ports of entry on the U.S.-Mexico border?

4         A     I don't recall a specific instance

5    but --

6         Q     Is it possible?

7         A     It's possible.  There's a vast -- vast

8    variety of things that occur within our daily

9    operations.  So it could be anywhere from a large

10   seizure, an NCIC arrest at a port of entry, an

11   employee matter where maybe somebody was

12   arrested.  So it's really a wide scope of things.

13        Q     How about migrant caravans, could that

14   also be in those notes?

15        A     There may have been.

16        Q     And you were instructed by counsel to

17   retain information related to this case, correct?

18              MS. SHINNERS:  Objection to the scope.

19   You can answer.

20              THE WITNESS:  I was.

21   BY MR. MEDLOCK:

22        Q     When did you receive that direction?



Page 24

```
 1              MS. SHINNERS:  Same objection to this

 2    line of questioning.  Go ahead.

 3              THE WITNESS:  I don't recall.

 4              MR. MEDLOCK:  You can have a standing

 5    objection.

 6              MS. SHINNERS:  I was going to say.

 7    I'll just object to this line of questioning as

 8    beyond the scope.

 9              THE WITNESS:  I don't recall.

10    BY MR. MEDLOCK:

11        Q    Do you recall whether it was in 2017?

12        A    I don't recall.

13        Q    When you were writing down these notes

14    and then -- and then putting them in your shred

15    bin, at some point you knew that this litigation

16    was going on and you needed to preserve relevant

17    information, correct?

18        A    I would like to point out that --

19    although I -- I'm assuming I got notified.  I've

20    only been in this position since October of '17.

21    So I don't know exactly when I may have received

22    it.  So I'm assuming I have been.  I don't
```



Page 25

1    remember when.  I certainly -- I wasn't in this

2    current role.  So I probably wouldn't have

3    received it before October of '17, if that makes

4    sense.

5         Q     Okay.  So sometime after October 2017,

6    to the best of your knowledge, you were told by

7    legal counsel that you needed to preserve

8    documents that were relevant to this case; is

9    that right?

10        A     Yes.

11        Q     And you understood that this case

12   related to the processing and inspection of

13   individuals without proper travel documents at

14   ports of entry on the U.S.-Mexico border,

15   correct?

16        A     Correct.

17        Q     And to the best of your knowledge,

18   there may have been some notes regarding the

19   processing of individuals without proper travel

20   documents at ports of entry on the U.S.-Mexico

21   border that you did place into your shred bin; is

22   that right?



Page 26

1       A       I wouldn't say there's substantive

2    notes.

3       Q       I'm just asking.  There are notes

4    though that were placed in the shred bin that

5    dealt with that topic; is that right?

6       A       They weren't substantive notes.

7    Everything that I would have brought up to Mr.

8    Owen would have been captured in electronic form.

9    So significant events, anything that I would

10   typically bring up would have been captured in

11   electronically.  Any follow-up to Mr. Owen's

12   requests for additional information always would

13   have been kept electronically.

14              And then again, my notes weren't

15   substantive.  They were only things to trigger

16   me.  So in my mind I was not throwing out

17   anything that was in violation to this.  It was

18   just little notes to me.  Nothing in great detail

19   other than notes to me to follow-up with Mr.

20   Owen.

21      Q       So when you say "captured

22   electronically," how is it that the substance of



Page 27

1    your briefing to EAC Owen at the 8:15 operational

2    meeting was captured electronically?

3        A    So if I'm briefing him on a

4    significant seizure or significant event, it's

5    all reportable.  It's all -- he would have

6    received it.  So he would have had that

7    electronically.  It would have been -- that was

8    just a trigger point for me to say, "As you know,

9    sir, yesterday there was a seizure at one of the

10   crossings."  A follow-up to that discussion.

11       Q    Is there a hard copy or electronic

12   agenda that goes to the participants at the 8:15

13   meeting --

14       A    No, sir.

15       Q    -- beforehand?  Is there any sort of

16   preread materials that go to the participants at

17   that meeting?

18       A    No, sir.

19       Q    Do you provide any sort of minutes or

20   summary of the 8:15 meeting after it occurs?

21       A    No, sir.

22       Q    So while I understand there would be



Page 28

1    some paper trail related to items that were

2    discussed during the meeting, the best way to

3    understand whether those were actually discussed

4    at the meeting is looking at your bullet points,

5    right?

6              MS. SHINNERS:  Objection.

7              THE WITNESS:  I don't understand your

8    question.

9    BY MR. MEDLOCK:

10    Q    I get that if there's a NCIC event or

11   there's a large seizure, EAC Owen would find out

12   about that, correct?

13    A    Correct.

14    Q    And the question is, the best way to

15   understand whether that was actually raised

16   during this 8:15 meeting and what request, if

17   any, Mr. Owen had as a result of that briefing is

18   to look at your notes; is that right?

19              MS. SHINNERS:  Objection;

20   argumentative.

21              THE WITNESS:  I don't get what you're

22   saying.  All the information that was discussed



Page 29

1   was captured electronically in reports.  Any

2   follow-up to him would have been an e-mail to him

3   as a follow-up.

4   BY MR. MEDLOCK:

5       Q     Is there any paper or electronic

6   summary of what is actually discussed during the

7   8:15 meeting?

8       A     No.

9       Q     Does anyone, to your knowledge, take

10  regular notes at the 8:15 meeting besides

11  yourself?

12      A     I don't know.

13      Q     Have you ever seen anybody else doing

14  it?

15      A     I don't recall.

16      Q     So as you sit here today, you can't

17  actually recall ever seeing anyone else take

18  notes during that meeting?

19      A     No -- no.

20      Q     So as you sit here today, you're the

21  only person that you know of that would take

22  notes on requests from EAC Owen during the 8:15



Page  30

1    meeting?

2         A     You're asking me if they have

3    knowledge of people taking notes?

4         Q     Right.

5         A     I don't know what people are doing

6    when they have a piece of paper and a pen in

7    their hand.  I have no idea.

8         Q     Has anybody ever shown you notes that

9    they took --

10        A     No.

11        Q     -- from the 8:15 meeting?  Has anyone

12   ever indicated to you that they were taking notes

13   during the 8:15 meeting?

14        A     It's never come up.

15        Q     Have you ever seen anyone come to the

16   8:15 meeting with bullet points that they were

17   prepared to read off?

18        A     People have paper in front of them.

19   What they have in front of them, I don't know.

20        Q     Okay.  And does anyone else at CBP or

21   OFO have a copy of the bullet points that you

22   used to jog your memory?



Page 31

1       A     No.

2       Q     Have there been occasions when you

3   couldn't attend these 8:15 meetings?

4       A     Yes.

5       Q     During -- when you missed the 8:15

6   meeting, do you ever ask for anybody to fill you

7   in on what happened during the meeting?

8       A     Sure.

9       Q     And have you ever asked for somebody's

10  notes or summary of the meeting?

11      A     No.

12      Q     When that occurs that you have missed

13  the meeting, you just ask them verbally to tell

14  you what was discussed?

15      A     Yes.

16      Q     And vice -- does that occur -- when

17  somebody misses the meeting, have they ever asked

18  you to fill them in on what happened at the 8:15

19  meeting?

20      A     I don't recall.

21      Q     Isn't it the case that they -- the

22  best evidence of what you actually said during



Page 32

1  this 8:15 meeting is the bullet points on your

2  notes?

3          MS. SHINNERS:  Objection; legal

4  argument.

5          THE WITNESS:  I don't understand your

6  question.

7  BY MR. MEDLOCK:

8      Q    Sure.  Is there any other evidence out

9  there of what was -- of what you actually talked

10  about at these 8:15 meetings other than the

11  bullet points that you wrote down?

12     A    No.

13     Q    And is there any other evidence about

14  what you -- what items you took from the 8:15

15  meeting to the 9 o'clock meeting with your team

16  other than what you wrote down on those pieces of

17  paper?

18     A    There may be e-mail traffic.

19     Q    In some cases there might be?

20     A    In some cases.

21     Q    But not in all; is that right?

22     A    Correct.



Page 33

1           MR. MEDLOCK:  Mark the next exhibit.

2           (Deposition Exhibit Number 79 was

3   marked for identification and attached to the

4   transcript.)

5   BY MR. MEDLOCK:

6       Q     Sir, I put in front of you what we

7   marked as Exhibit 79 to your deposition.  It's a

8   multipage document that on the front page says,

9   "Plaintiff's Notice of Federal Rules of Civil

10  Procedure 30(b)(6) Deposition of U.S. Customs &

11  Border Protection."

12          Do you see that?

13      A     I do.

14      Q     Have you seen a copy of this document

15  before, sir?

16      A     I believe so, yes.

17      Q     When did you see it?

18      A     I don't recall.

19      Q     Who showed it to you?  Counsel?

20      A     CBP counsel, yes.

21      Q     Do you understand that you're here to

22  testify as a 30(b)(6) representative?



Page 34

```
 1        A     I do.

 2        Q     In your own words, what does it mean

 3    to be a 30(b)(6) representative?

 4        A     I'm the agency witness for this

 5    matter.

 6        Q     Turn to Page 7 of Exhibit 79.  About

 7    two-thirds down the way of the page, there's a

 8    section called -- with Roman Numeral III "Topics

 9    for Examination."

10              Do you see that?

11        A     I do.

12        Q     And behind that there are several

13    topics for examination.  Do you see that?

14        A     Yes, sir.

15        Q     What's your understanding of which

16    topics you're here to testify about today?

17        A     I would say most -- most of them.  I

18    think counsel has objected to a few.

19        Q     When you say "most of them", do you

20    know which ones you're not here to testify about

21    today?

22        A     I don't know if I could recall.
```



1       Q       Okay.  When did you find out you were

2    going to be a 30(b)(6) representative in this

3    case?

4       A       Several weeks or a month ago, I guess.

5       Q       Who told you that?

6       A       Counsel.

7       Q       Did that discussion occur over e-mail,

8    via phone, in person?

9       A       I don't remember.

10      Q       When did you begin to prepare to

11   testify as a 30(b)(6) witness?

12      A       Probably when I met with chief counsel

13   for the first time.

14      Q       And you said that -- when did that

15   first meeting with chief counsel happen?

16      A       About two weeks ago.

17      Q       And in the last two weeks, what have

18   you done to prepare to testify as a 30(b)(6)

19   representative?

20      A       Had three or four meetings with

21   counsel and with DOJ counsel.

22      Q       Those three or four meetings, when did



Page 36

1    they occur over the last two weeks?

2         A     The first meeting was two weeks ago.

3    I don't remember the specific day.

4         Q     Okay.

5         A     I had another meeting with CBP counsel

6    last week and then counsel with DOJ counsel on

7    Friday last week.  Friday, yeah.

8         Q     Okay.

9         A     And then yesterday we had a brief

10   meeting as well with both CBP and DOJ counsel.

11        Q     All right.  And this brief meeting

12   yesterday, how long did it last for?

13        A     I think it was four hours, on and off.

14        Q     You define that as brief?

15        A     Did I say brief?

16        Q     Yeah, you did.

17        A     Okay.

18        Q     To each their own.  That's fine.

19        A     A lot of moving parts and there was

20   lots of things I'm responsible for.  So we met

21   throughout the day a couple times.

22        Q     Okay.  And when you say four hours on



Page 37

1     and off, that's the total time of the meeting?

2          A     Yes.

3          Q     You said you met two weeks ago with

4     chief counsel.  How long did that meeting last?

5          A     The first one I think was about 45

6     minutes to an hour.

7          Q     Where did that meeting take place?

8          A     In my office.

9          Q     Was anybody present besides yourself

10    and chief counsel?

11         A     No.

12         Q     During that initial meeting between

13    yourself and chief counsel, were you shown any

14    documents?

15         A     I was.

16         Q     How many documents?

17         A     I don't have an exact number.

18    Multiple.

19         Q     Were they e-mails or business

20    documents or documents generated in the court

21    case?

22               MS. SHINNERS:  Object to -- object on



Page 38

1    work product grounds.  I'm going to object to

2    answering questions that would reveal the

3    selection of documents or compilation of

4    documents by counsel for preparation.

5    BY MR. MEDLOCK:

6        Q     Were those documents left with you to

7    review or were you -- did you just review them in

8    that 45-minute meeting?

9        A     I believe most of them were left with

10   me.  Pretty sure.

11       Q     Did you do anything to follow-up on

12   the documents after reading them?

13       A     Follow-up with -- with who?

14       Q     Did you, for instance, go to speak

15   with any of the individuals that were mentioned

16   in the documents?

17       A     No.

18       Q     How long did you spend reviewing the

19   documents that were left with you?

20       A     It's difficult for me to say an exact

21   amount because those documents were left with me

22   and they were with me through all these different



Page 39

1    meetings.  I may have glanced at them a couple

2    times during all these meetings.  I don't have a

3    specific time period.

4         Q    Do you take any notes or underline

5    those documents in any way?

6         A    No.

7         Q    Highlight them?

8         A    No.

9         Q    Do you still have copies of those

10   documents?

11        A    I do.

12        Q    In your possession?

13        A    Not here.

14        Q    Oh, sure.  In your office?

15        A    Yes.

16        Q    Did you -- besides talking to counsel

17   and reviewing those documents, is there anything

18   else that you did as a result of looking at those

19   documents?

20        A    No.

21        Q    Did you review any deposition

22   transcripts during that meeting, the 45-minute



Page 40

1    meeting two weeks ago with chief counsel?

2         A     I did review a deposition, but I don't

3    remember if it was at that meeting.

4         Q     Besides meeting with chief counsel and

5    being shown -- being shown several documents,

6    some which were left with you, did you do

7    anything else to prepare for today's deposition

8    during that initial meeting with chief counsel?

9         A     During that initial meeting?

10        Q     Yes.

11        A     No.

12        Q     You said you had a meeting with CBP

13   counsel last week.  Do you recall when last week

14   that meeting occurred?

15        A     No.

16        Q     Where did that meeting take place?

17        A     At a conference room outside of my

18   office.

19        Q     How long did that meeting take place

20   for?

21        A     I think it was a little over an hour.

22        Q     Who attended the meeting?



Page 41

1      A      Chief counsel.  Had some subject

2   matter experts attend and dial into a phone call.

3      Q      Who were the subject matter experts

4   that dialed in?

5      A      People that -- I don't know their

6   names.  I don't recall their names -- that work

7   kind of in our OIT database type employees.

8      Q      How long did you spend speaking to

9   those subject matter experts?

10     A      Those particular subject matter

11  experts, 15, 20 minutes.

12     Q      15, 20 minutes each or 15, 20 minutes

13  total?

14     A      Just for -- if we're talking about

15  those subject matter experts with OIT?

16     Q      Yes.

17     A      About 15, 20 minutes.

18     Q      Besides the individuals -- the subject

19  matter experts at OIT, did you talk to any other

20  subject matter experts during the meeting with

21  CBP counsel that occurred in the conference room

22  last week?



Page 42

1       A       Yes.   There was a couple people from

2   our admissibility policy programs.

3       Q       Who were those people from the

4   admissibility policy programs?

5       A       Two of them I recall their names is

6   Katrina Deyo and Lauren Colgan.

7       Q       Do you know how to spell their last

8   names?

9       A       Colgan is C-O-L-G-A-N.   Deyo, I

10  believe, is D-E-Y-O.

11      Q       What did you specifically speak to

12  these subject matter experts on admissibility

13  policy programs about?

14      A       They gave me a little tune-up on our

15  asylum processing what occurs at the Southwest

16  border.

17      Q       What was covered during that tune-up?

18              MS. SHINNERS:   Object to the extent it

19  would reveal work product under the direction of

20  counsel or attorney-client communications.

21  BY MR. MEDLOCK:

22      Q       I'm just trying to get at what you did



Page 43

1   to prepare for today's deposition.  So what --

2   can you answer the question about what was

3   covered during that tune-up process, or are you

4   instructing him not to answer?

5          MS. SHINNERS:  No.  I mean I think --

6   I think if you asked about just the subjects that

7   were covered, that seems fine.

8   BY MR. MEDLOCK:

9      Q     All right.  Let me do this.  What

10  subjects were covered during that tune-up

11  process?

12     A     Talked about the asylum process.

13     Q     Can you be more specific?

14     A     What occurs at -- when somebody

15  applies for asylum, just generally high level,

16  that process of questioning the migrants, sworn

17  statements, working with ERO, CIS, the whole

18  process of asylum processing.

19     Q     How long did your telephone

20  conversation with the subject matter experts on

21  admissibility policy programs last?

22     A     For clarity, they were in person.



Page 44

1       Q       Oh, okay.

2       A       Again, I think 15, 20 minutes.

3       Q       Did you take any notes of that

4    conversation?

5       A       I did not.

6       Q       Did the subject matter experts on

7    admissibility policy programs provide you with

8    any documents during that discussion?

9       A       They may have given me -- yes, they

10   gave me like a handout -- like an informational

11   handout.  I didn't spend a lot of time looking at

12   it.  It's hard for me to articulate exactly what

13   it was.  It's just -- I think at a high level,

14   sections of law when we process individuals for

15   asylum.  Again, I didn't spend a lot of time.

16      Q       When you say not a lot of time, what's

17   your best estimate how long you spent looking at

18   that handout?

19      A       I think I skimmed the document.

20      Q       And how long was the document that you

21   were provided by the subject matter experts?

22      A       I think it was a two-page document.



Page 45

1      Q      Besides the people that work for OIT

2   and the individuals at admissibility policy

3   programs, did you speak to any other subject

4   matter experts during the meeting that took place

5   with CBP counsel last week?

6      A      No.

7      Q      During the meeting with CBP counsel

8   last week, were you shown any documents other

9   than the handout that we just discussed?

10     A      Which meeting and which handout?

11     Q      Sorry.  During the meeting with CBP

12   counsel last week, you said the admissibility

13   policy programs --

14     A      That meeting?

15     Q      -- the people gave you a handout.

16   Besides that handout, were you shown any other

17   documents during that meeting?

18            MS. SHINNERS:  The question is just

19   were you shown.

20            MR. MEDLOCK:  Please don't coach the

21   witness.  I understand, but please don't coach

22   the witness.



Page 46

1              MS. SHINNERS:  It's to avoid an

2    instruction not to answer.

3              MR. MEDLOCK:  I understand, but please

4    don't coach the witness.  Go ahead.

5              THE WITNESS:  I may have been shown

6    it.  I don't recall.

7    BY MR. MEDLOCK:

8         Q    Do you recall whether your meetings

9    with these subject matter experts caused you to

10   do any additional work to prepare for your

11   deposition today?

12        A    No, sir.

13        Q    Based on your meetings with the

14   subject matter experts, did you request any

15   additional documents or additional people to

16   speak to prepare for your deposition today?

17        A    No, sir.

18        Q    You said you met with DOJ counsel last

19   Friday; is that right?

20        A    Correct.

21        Q    How long did that meeting last for?

22        A    It started at 9:30.  Took an hour for



Page 47

1    lunch and I think we finished at 4:00.

2        Q    So nearly a full day; is that right?

3        A    Yes.

4        Q    When you say DOJ counsel, who were the

5    DOJ counsel that were in the room?

6        A    Right here today present.

7        Q    Besides Ms. Shinners, anyone else?

8        A    No.

9        Q    Was it just Ms. Shinners and yourself,

10   or were there other attendees at the meeting?

11       A    The two counsel from CBP today.

12       Q    So it was just you and legal counsel

13   in the room; is that right?

14       A    Yes, sir.

15       Q    At any point did you call anyone

16   during the course of that meeting?

17       A    No, sir.

18       Q    Did anyone attend the meeting remotely

19   via video conference or any other means?

20       A    No, sir.

21       Q    During the meeting that occurred with

22   DOJ counsel, were you shown any documents?



Page 48

1        A      I was.

2        Q      How many documents?

3        A      Multiple.  I don't recall.

4        Q      Was it a binder full of documents, or

5   are we talking less than 10?

6        A      Individual, less than 10.

7        Q      Did any of those documents that you

8   were shown by DOJ counsel on Friday refresh your

9   memory about how CBP processes asylum seekers at

10  the Southwestern border?

11       A      Refresh my memory and informed me

12  because I wasn't in this position back in 2016.

13       Q      How did it inform you?

14       A      Just the documents had information

15  that related to what occurred in 2016.

16       Q      When you say what occurred in 20 --

17              MS. SHINNERS:  Go ahead.

18  BY MR. MEDLOCK:

19       Q      Sorry.  When you say what occurred in

20  2016, can you be more specific?

21              MS. SHINNERS:  So I'm going to object

22  and assert an objection to the prior question to



Page 49

1    the extent these lines of questioning, it does

2    ask for revelations of the selection of documents

3    by counsel.  And if you are asking in the context

4    of specific -- so basically if you ask him

5    specific questions about specific topics and you

6    want to know what documents that he refreshed

7    his -- that he used to refresh his recollection

8    on those specific topics, I would allow that.

9              In this general abstract, did you -- I

10    mean, we don't even know if he's going to testify

11    as to any of those topics yet.

12    BY MR. MEDLOCK:

13    Q    All right.  Let's do this.  You still

14    have Exhibit 79 in front of you, sir?

15    A    Yes.

16    Q    That's the deposition notice.  Topics

17    for examination, Topic 1 says, "The organization

18    and structure of CBP, including the reporting

19    relationships between CBP's leadership, DHS

20    leadership, the Office of Field Operations, POEs,

21    and CBP's officers working at POEs."

22              Do you see that?



Page 50

1          A     I do.

2          Q     Did you review any documents related

3     to that topic, for example?

4                MS. SHINNERS:  It's the same

5     objection.  So --

6                MR. MEDLOCK:  You told me to ask him

7     about subjects.  I'm asking about subjects.

8                MS. SHINNERS:  What I'm saying, if you

9     ask him substantive about specific subjects and

10    you want to know what he used -- I don't know

11    what his testimony is going to be at this time.

12    I don't know what you're going to ask him at this

13    time.

14               And I do think it's improper for you

15    to go through each topic and say what did you use

16    to refresh your recollection when you haven't

17    even asked him substantive questions about that.

18    BY MR. MEDLOCK:

19         Q     Did you prepare -- sir, did you

20    prepare at all to testify about Topic 1?

21         A     Did I prepare?

22         Q     Yes.



Page 51

```
 1        A      No.

 2               MS. SHINNERS:  Object.

 3               THE WITNESS:  I believe I could answer

 4   without any preparation.

 5   BY MR. MEDLOCK:

 6        Q      I understand.  So you think you can

 7   answer without preparation, but you didn't

 8   specifically prepare to testify about this topic;

 9   is that right?

10        A      I did not.

11        Q      Okay.  Topic 2 reads --

12               MS. SHINNERS:  Objection.  Go ahead.

13   Sorry.

14               MR. MEDLOCK:  Wow, that was quick.

15   Let me finish, and then you can object.

16               MS. SHINNERS:  Absolutely.

17   BY MR. MEDLOCK:

18        Q      Topic 2 reads, "Your practice of

19   metering, queue management, and/or turnbacks at

20   ports of entry, including but not limited to the

21   development of the practice, the reasons for its

22   adoption, and its implementation."
```



Page 52

1             Did I read that correctly, sir?

2      A     You did.

3      Q     Did you do anything to prepare to

4    testify on that topic today?

5      A     Yes.

6      Q     Did your preparation to testify on

7    that topic include reviewing documents?

8      A     Yes.

9      Q     Did reviewing those documents refresh

10   your recollection about the practice of metering,

11   queue management, and/or turnbacks at ports of

12   entry?

13     A     It did.

14     Q     How did it refresh your recollection?

15     A     By reviewing them, it refreshed my

16   recollection.

17     Q     What was your -- what was the specific

18   memory that was refreshed as a result of

19   reviewing those documents?

20     A     All the topics that's listed in Number

21   2.

22     Q     So what specifically did you recall



Page 53

1    that you did not recall before based on reviewing

2    those documents?

3         A    I didn't say I didn't recall.  It

4    refreshed.

5         Q    Okay.  What specifically did -- was

6    refreshed?

7         A    Everything that's listed there.

8         Q    Can you be more specific than

9    everything that's listed there?

10        A    I'm not sure what you're asking.

11        Q    Sure.  It says, "The practice of

12   metering."  How was your memory refreshed about

13   the practice of metering?

14             MS. SHINNERS:  I have the same

15   objection.  I do not understand the propriety of

16   this questioning.

17             MR. MEDLOCK:  You don't have to

18   understand the propriety.  It's whether it's

19   objectionable.

20             MS. SHINNERS:  I think you are using a

21   roundabout way to get at the selection of

22   documents by counsel.



Page 54

```
 1                  MR. MEDLOCK:  No.  I'm asking how his

 2     memory was refreshed.

 3                  MS. SHINNERS:  You haven't asked any

 4     specific questions.  The whole point of

 5     refreshing people's recollection --

 6                  MR. MEDLOCK:  Are you going to object

 7     to my question and tell him not to answer, or are

 8     you just going to give a speech?  Because Rule

 9     30(b)(1) says that your objections should be

10     concisely stated.

11                  I let you speak considerably in your

12     objections.  So please either object and instruct

13     him not to answer or stop giving speaking

14     objections.

15                  MS. SHINNERS:  I'm explaining our

16     claim of privilege.

17                  MR. MEDLOCK:  Okay.  Are you going to

18     instruct him not to answer?

19                  MS. SHINNERS:  I am laying the

20     groundwork for objection.  I -- if you could

21     repeat the question.

22                  MR. MEDLOCK:  Can you read it back?
```



Page 55

1          (The record was read by the reporter.).

2               MS. SHINNERS:  I'm going to instruct

3     the witness not to answer.

4               MR. MEDLOCK:  That's fine.  We're

5     going to move on this issue.  We'll call you

6     back.  We'll take the deposition again.  Okay.

7               And to be clear, so I can make a

8     record, if I ask that question regarding any

9     other portion of topics for examination, would

10    you have the same objection and the same

11    instruction?

12              MS. SHINNERS:  Yes.  And the same

13    objection is based on the fact the question is --

14    you're using the question to attempt to obtain

15    the mental impressions and work product of

16    counsel.  So my instruction is the same.  If you

17    want to ask it again after you have asked

18    specific questions about metering, queue

19    management, my objection would probably not be

20    the same.

21              MR. MEDLOCK:  Let's look at the Spoch

22    versus Pyle, case out of the Third Circuit.  I am



Page 56

1    100 percent sure I'm in the right on this, and I

2    would really commend that you look at that case

3    during a break.

4    BY MR. MEDLOCK:

5         Q     Sir, besides the interviews that you

6    talked about of the individuals from OIT and the

7    subject matter experts, did you interview anyone

8    else --

9         A     No, sir.

10        Q     -- to prepare today?

11        A     No.

12        Q     Did you review any documents that were

13   produced by Al Otro Lado, Incorporated in this

14   litigation to prepare to testify today?

15        A     I'm not sure what you mean, what those

16   documents would be.

17        Q     You said that you reviewed a

18   transcript to prepare for your deposition today.

19   At what meeting did you review the transcript?

20        A     When I was with chief counsel.  So one

21   of those meetings.  Probably the second one.

22        Q     How long did you spend reviewing the



Page 57

1    transcript?

2         A     Well, at that meeting probably not

3    very long.  But I retained it.

4         Q     Whose deposition transcript was it?

5         A     Mr. Owen's.

6         Q     And when you said you retained it, how

7    much time did you spend reviewing Mr. Owen's

8    deposition?

9         A     It's quite a lengthy document.  I

10   skimmed through it.  20, 30 minutes.

11        Q     Were there particular areas of the

12   deposition testimony that you skimmed?

13        A     I wouldn't say particular areas.  I

14   was just flipping through and looking for areas

15   that just -- it's a long document.

16        Q     It is.  I apologize.  I asked too many

17   questions.

18        A     It's 300 or more pages.  So there was

19   no methodology.  I was just kind of skimming and

20   read a page, skim and read a page kind of thing.

21        Q     Besides reading the transcript of Mr.

22   Owen's deposition, did you read any other



Page 58

1    deposition transcripts to prepare for today's

2    deposition?

3         A     No, sir.

4         Q     Did you review any Interrogatories or

5    requests for admission to prepare for today's

6    deposition?

7         A     I'm not sure what those are.  I'm

8    sorry.

9         Q     You may have answered my question.

10   That's all right.  Interrogatories are written

11   questions, and then your counsel answers them

12   under oath.  CBP would answer them under oath.

13            Did you do anything like that?

14        A     I signed a few in relation to this,

15   and I did ask to review them again.

16        Q     Okay.  How long did you spend

17   reviewing those Interrogatory answers?

18        A     Reviewed it again yesterday very

19   quickly.  Just a couple minutes.

20        Q     Did you review any of the Court's

21   orders in this case in preparation for your

22   testimony today?



Page 59

1      A      I'm not sure what they are, but I

2   don't believe so.

3      Q      Did you review any expert reports in

4   preparation for your deposition today?

5      A      No.

6      Q      In preparation for your deposition

7   today, did you speak with any consultants hired

8   by your counsel or CBP to assist in this

9   litigation?

10      A      No.

11      Q      Were you provided written statements

12   or documents to refer to when testifying today?

13      A      I'm not sure what your question is.

14      Q      Did your counsel give you any

15   documents that you could look at to refresh your

16   memory in -- when answering my questions today?

17      A      They gave me multiple documents.

18      Q      Sure.  Did you bring any of those to

19   the deposition with you today?

20      A      No.  No, sir.

21             (Deposition Exhibit Number 80 was

22   marked for identification and attached to the



Page 60

1    transcript.)

2    BY MR. MEDLOCK:

3        Q    I put in front of you what we marked

4    as Exhibit 80 to your deposition.  It's a

5    multipage letter from Mr. Shinners to myself

6    dated December 9, 2019, with a subject line of

7    "Al Otro Lado, Inc. versus McAleenan."

8              My first question to you is, sir, have

9    you ever seen this letter before?

10       A    I don't recall that I did.

11       Q    Let's go to the bottom of the first

12   page, there's section that says, "Designations".

13   Do you see that?

14       A    Yes.

15       Q    And that's sort of a -- beneath that

16   is a chart that goes from the first page to the

17   second page.

18             Do you see that?

19       A    I do.

20       Q    And it lists the individuals who will

21   be designated to testify as 30(b)(6) witnesses as

22   of December 9, 2019.



Page 61

1           Do you see that?

2      A    I do.

3      Q    And one of the individuals who is

4  designated to testify is Suzanne Kinnahan.

5           Do you see that?

6      A    I do.

7      Q    Have you spoken to Ms. Kinnahan in

8  preparation for your deposition?

9      A    I have not.

10     Q    The next individual who is listed as a

11 designee is Brian Molnar.

12          Do you see that?

13     A    I do.

14     Q    Have you spoken to Mr. Molnar in

15 preparation for your deposition today?

16     A    I have not.

17     Q    Have you spoken to Mr. Molnar about

18 this litigation in any way?

19     A    No, sir.

20     Q    And then the final person listed is

21 yourself; is that right?

22     A    Correct.



Page 62

```
 1       Q     Okay.  And you're listed as testifying

 2   about Topics 1 through 8, 12 through 19, 21

 3   through 23 and 25 as to CSIS data.

 4             Do you see that?

 5       A     I do.

 6       Q     Do you know whether that designation

 7   has changed since December 9, 2019?

 8       A     I don't know.

 9       Q     Outside of the meetings with lawyers

10   and the document review you've discussed and the

11   interviews you discussed, have you done anything

12   else to prepare for your deposition today?

13       A     No, sir.

14       Q     Have you read any news stories about

15   this lawsuit?

16       A     I don't recall.

17       Q     Outside of any of the preparation

18   we've discussed, have you discussed this lawsuit

19   with anyone?

20       A     No.

21       Q     Have you discussed the fact of this

22   deposition with anyone outside of the preparation
```



Page 63

 1   we've discussed?

 2        A     Just the people who work in my office.

 3   They know where I am.

 4        Q     Besides that, nobody else?

 5        A     No, sir.

 6              (Deposition Exhibit Number 81 was

 7   marked for identification and attached to the

 8   transcript.)

 9   BY MR. MEDLOCK:

10        Q     Showing you what we marked as Exhibit

11   81 to your deposition, it's a multipage document

12   that I'll represent to you is a printout from

13   your LinkedIn profile.

14              Do you see that?

15        A     I do.

16        Q     And I apologize.  For some reason it

17   took your face off of it.  Not my intention.

18        A     I don't have a picture listed.

19        Q     Okay, fair enough.  Let's turn to the

20   second page.  Do you see the "Experience"

21   section?

22        A     I do.



Page 64

1       Q      And that lists your -- the positions

2    you've held between January 2012 and the present

3    at U.S. Customs & Border Protection, correct?

4       A      Correct.

5       Q      And I take it from your answer earlier

6    today that you have prior job experience at CBP

7    and its predecessor organizations before 2012?

8       A      I do.

9       Q      When did you joined, I guess it

10   wouldn't have been CBP at the time but its

11   predecessor organization?

12      A      I joined INS in 1988.

13      Q      So you joined INS immediately after

14   graduating from Niagara University?

15      A      Yes.

16      Q      The Eagles, right?

17      A      Good.  Purple Eagles.

18      Q      And when you joined INS, what was your

19   first position at INS?

20      A      I was a Border Patrol agent.

21      Q      What -- where were you assigned to

22   worked?



Page 65

```
 1        A      Imperial Beach, California.

 2        Q      Not a bad first assignment in terms of

 3   location.

 4               How long were you working as a Border

 5   Patrol agent at Imperial Beach, California?

 6        A      Less than a year.

 7        Q      So you left Imperial Beach in 1988 as

 8   well?

 9        A      '89, actually.

10        Q      When in 1988 did you join INS?

11        A      September 11th, 1988.

12        Q      When you joined INS, did you receive

13   any training?

14        A      Yes.  I went to the academy for Border

15   Patrol.

16        Q      Where was the Border Patrol academy

17   located?

18        A      The academy I went to was in Fort

19   McClellan, Alabama.  It was a temporary academy

20   that they created for that year.

21        Q      During your time at INS's academy in

22   Fort McClellan, Alabama, did you receive any
```



Page 66

1    training regarding inspecting and processing

2    asylum seekers?

3         A    I don't recall.

4         Q    In 1989 you left Imperial Beach,

5    California -- oh, I should add.

6              Were you at the main Imperial Beach

7    station or were you a substation?

8         A    The main.

9         Q    In 1989, where did you go -- what was

10   your next position within INS?

11        A    I started in Buffalo, New York as an

12   immigration inspector in November of -- I'm

13   sorry, not November, May of '89.

14        Q    They moved you in the summer to

15   Buffalo.  That was nice of them.

16        A    Yeah.

17        Q    Okay.  So you became an immigration

18   inspector in 1989?

19        A    I did.

20        Q    How long were you in that position?

21        A    I was in Buffalo until November of

22   that year.



Page 67

```
 1        Q      November of '89.  And then in November
 2   of '89, where did you go to work next?
 3        A      Went to Montreal preclearance.
 4   Montreal, Canada.
 5        Q      What does "preclearance" mean?
 6        A      Well, we perform all of the CBP
 7   functions in a foreign country.  So when the
 8   plane lands, individuals can just go about -- you
 9   basically clear customs or immigration in that
10   foreign country.
11        Q      I got it.  How long were you in
12   Montreal preclearance for?
13        A      Three years and two months.
14        Q      So that would take us up to '92,
15   January '92?
16        A      Correct.
17        Q      In January '92, where did you work
18   next?
19        A      To Niagara Falls, New York as
20   immigration inspector.
21        Q      When did you leave that position?
22        A      I went to Toronto preclearance in
```



Page 68

1    September of '96.

2        Q    And how long were you working in

3    Toronto as a preclearance?

4        A    I was there until 2005.

5        Q    Okay.  And then in 2005, this would

6    have now been at CBP?

7        A    Correct.

8        Q    What was your next position at CBP?

9        A    Worked as a program manager in our CBP

10   headquarters in Washington.

11       Q    Program manager with respect to what?

12       A    Immigration advisory program.

13       Q    What month in 2005 did you join as a

14   CBP program manager?

15       A    May.

16       Q    And how long were you in that

17   position?

18       A    I was there until August of 2008.

19       Q    Okay.  And then in August 2008, what

20   was your next position?

21       A    Back to Buffalo, New York in August of

22   2008 as the border security coordinator at the



Page 69

1    Buffalo field office.

2        Q     And how long were you in that

3    position?

4        A     Until 2010, became assistant director

5    for border security in 2010 at the Buffalo field

6    office.

7        Q     Okay.  And then were you in that

8    position until January 2012?

9        A     Yes.

10       Q     Okay.  And then everything else --

11   every other position you've had at CBP is listed

12   on your LinkedIn profile; is that correct?

13       A     Correct.

14       Q     And are the dates and positions listed

15   in your LinkedIn profile correct?

16             MS. SHINNERS:  And you're referring to

17   Page 2 of Exhibit --

18   BY MR. MEDLOCK:

19       Q     Page 2, yes, of Exhibit 81.

20       A     Yes.

21       Q     So you haven't worked near the

22   Southwestern border since 1989; is that correct?



Page 70

```
 1        A      Correct.

 2        Q      And you've never worked at a port of

 3   entry on the Southwestern border; is that right?

 4        A      I have not.

 5        Q      During your time at Imperial Beach,

 6   did you ever have reason to go to the San Ysidro

 7   port of entry?

 8        A      I believe we did.

 9        Q      Besides those interactions in the late

10   '80s in San Ysidro, have you ever gone to the San

11   Ysidro port of entry for any reason?

12        A      I have.

13        Q      And that was -- that would be related

14   to your work in -- as director of field

15   operations; is that right?

16        A      That, yes, and then as the director of

17   field operations Buffalo, there was a director of

18   field operations off-site that was held in San

19   Diego in 2016.  So I visited San Ysidro that year

20   in my capacity as a DFO from Buffalo.

21        Q      Got it.  And you've never had a

22   position as an assistant port director or port
```



Page 71

1    director on the Southwestern border; is that

2    right?

3         A     Correct.

4         Q     In your current position, how many

5    people report to you?

6         A     In Washington, I have six direct

7    reports.

8         Q     Do you have any indirect reports?

9         A     Total staff has about 80.

10        Q     And all of them could be an indirect

11   report to you in some way; is that right?

12        A     What do you mean by "indirect"?

13        Q     They have a dotted line relationship

14   to you.  They report to you occasionally, but

15   you're not their direct supervisor.

16        A     No.  They report to their direct

17   reports who report to me.

18        Q     Okay.  Who are your six direct

19   reports?

20        A     Six different programs.  So Josh

21   Nutzhorn who's over our Special Response Team --

22   actually, I probably have more than six, sorry.



Page 72

1        Q     That's all right.

2        A     I'm just remembering my two deputies.

3    So let me give you my two deputies.  Joe

4    Draganac, Shane Campbell.  They are my deputy

5    executive directors.

6              Going back to the others, Enrique

7    Tamayo, director for field liaison, Elmer Jarava

8    is a director for workforce liaison.  Greta

9    Campos, my director for tactical operations, and

10   Alyce Modesto is director of field readiness.

11             I think that's all.

12       Q     What does "field readiness" mean?

13       A     That's our equipment -- I'm sorry,

14   equipment -- I'm drawing a blank.  Sorry.

15       Q     That's all right.  Don't worry about

16   it.  It happens.

17       A     I'm getting ready to turn 50.  All of

18   our incident management, our use of force, things

19   like that.

20       Q     Okay.  And what does SRT mean?

21       A     Special Response Team.  They're our

22   special response -- specially trained CBPOs that



Page 73

1     are out in the field and their headquarters

2     components falls underneath operations.

3          Q     Sort of a tactical team?

4          A     Yes, like a SWAT, if you will.

5          Q     And you mentioned Shane Campbell as

6     one of your deputies.  I have the first initial

7     "C" in his name.  Shane is his middle name,

8     right?

9          A     Yes.  I think his birth name is Carl.

10          Q     Just clearing up something I see in

11     the e-mails.  Thank you.

12               Have you ever had a port director on

13     the U.S.-Mexico border who directly reported to

14     you in any of your positions?

15          A     If they were up on TDY temporary

16     assignment up here maybe.

17          Q     Outside of TDY, just normal reporting?

18          A     I never worked in the Southwest

19     border, so no.

20          Q     In your time at CBP, have you become

21     familiar with the chain of command for ports of

22     entry on the U.S.-Mexico border?



Page 74

1        A      I am.

2        Q      Can you explain the reporting

3    relationships at CBP starting with a CBPO on the

4    border --

5        A      Sure.

6        Q      -- and going up to OFO?

7        A      Sure.  So that would -- you asked for

8    Southwestern border, but it would be virtually

9    everywhere.  So all of our CBP ports of entry are

10   structured the same way, be it Southwest border,

11   be it Northern border or the seaport border.  So

12   you have CBPO who reports to a first-line

13   supervisor.  And that first-line supervisor would

14   report to a chief.  And then above chief would be

15   a watch commander.

16              And then to the port structure, then

17   we have assistant port directors that would

18   report to the port director.  And then branching

19   out further from ports of entry, we have port

20   director would be a direct report to a director

21   of field operations or DFO.  To a field office

22   component, you have the DFO, and then you have



Page 75

1    assistant directors for trade, passenger,

2    tactical, in some cases agriculture.

3         Q    And then from the field office level,

4    how does that reporting go up to OFO in

5    Washington, D.C.?

6         A    So my position is executive director

7    for operations, all of those 19 field directors

8    report to me.  I'm their direct report.  At the

9    end of the day, we all work for Mr. Owen.  But as

10   far as ratings -- they report to him.  But as far

11   as ratings, I do their ratings.

12        Q    Okay.  That's obviously -- they

13   probably see that as your main -- as -- you being

14   the direct report because you control their

15   performance eval, right?

16        A    Right.  But they work for Mr. Owen,

17   and he provides a lot of feedback.

18        Q    Sure.  Understood.  Have you ever

19   heard the term Class A port of entry before?

20        A    I have.

21        Q    What does Class A port of entry mean?

22        A    Class A is a designation that



Page 76

1    indicates that the port of entry can do the full

2    scope of work.

3         Q    So they're open to all travelers; is

4    that right?

5         A    They are.

6         Q    And would include asylum seekers as

7    well?

8         A    Correct.

9         Q    How many Class A ports of entry are

10   there on the U.S.-Mexico border?

11        A    I don't know.

12        Q    Would San Ysidro be a Class A port of

13   entry?

14        A    Yes.

15        Q    Would Otay Mesa be?

16        A    I believe it is.

17        Q    Is Hidalgo a Class A port of entry?

18        A    I have believe.

19        Q    Is Laredo a Class A port of entry?

20        A    I believe it is.

21        Q    Is El Paso a Class A port of entry?

22        A    Well, it gets a little nuance because



Page 77

1    a port of entry could have four different

2    crossings.

3         Q    Right.

4         A    So if -- so I may have to go back to

5    my answer to Hidalgo as well.  Did you ask about

6    Hidalgo?

7         Q    I did.

8         A    I may be incorrect in this.  If

9    there's a port of entry that only does cargo

10   processing, it may not have that full

11   designation.

12        Q    Okay.  So within Hidalgo, there could

13   be portions of the port that are open to all

14   travelers?

15        A    Yes.

16        Q    And there's portions of the port that

17   are specifically for cargo?

18        A    Yes, sir.

19        Q    Within El Paso, the Paso del Norte,

20   the PDN, is that a Class A port of entry?

21        A    I believe it is.

22        Q    How about in Brownsville?  Is



Page 78

1     Brownsville generally a Class A port of entry?

2          A     Again, there's four different

3     crossings there.  I know they have at least one,

4     I believe, dedicated cargo, so I don't know.

5     Many of them are Class A.

6          Q     Okay.  In Nogales, are there crossings

7     that are Class A ports of entry?

8          A     There are.

9          Q     Calexico, are there crossings that are

10    Class A ports of entry?

11         A     There are.

12         Q     And Tecate, are there Class A ports of

13    entry?

14         A     Yes, sir.

15         Q     What's a Class B port of entry?

16         A     Class B port of entry, as I understand

17    it, is there are certain limitations as to what

18    we can process.  If there's any -- somebody who

19    requires further immigration processing, the

20    documents that they present on their face value

21    are not sufficient to be admitted in the United

22    States, then they wouldn't be able to apply for



Page 79

1   admission there.

2           Say a visitor from a country that

3   requires a visa that doesn't -- not from Mexico,

4   if they came to a Class B, we wouldn't be able to

5   issue them an I-94.  So they would have to go to

6   a Class A.  But a Mexican national, they have a

7   crossing card, so they would be.

8       Q    So a Class B you can process U.S.

9   citizens with valid I.D.s.  You can process

10  people with permanent resident cards, noncitizens

11  with border crossing identification cards.  Is

12  that right?

13      A    Yes.

14      Q    Okay.  Do you know -- can you give me

15  an example of a Class B port of entry on the

16  Southwestern border?

17      A    I can't.

18      Q    Do you know how many there are?

19      A    I don't.

20      Q    And there's something else called a

21  Class C port of entry, correct?

22      A    There is.  I'm not really clear on



Page 80

1    what the difference is.

2         Q      That has to do with crew members

3    coming in by sea; is that right?

4         A      I don't know.

5         Q      Fair enough.  Are you familiar with

6    the term "muster"?

7         A      Yes.

8         Q      What is -- within CBP, what does the

9    term "muster" mean?

10        A      Well, it takes various forms.  So a

11   muster could be in the raw form a supervisor

12   standing before a shift and giving verbal

13   instruction to the officers, the expectations on

14   the day or things to look out for.  A muster

15   could also be in written form.  That's it.

16        Q      Who at CBP has an authority to issue a

17   muster?

18        A      I don't know if it's really

19   designated.  I know that our headquarters

20   initiate musters.  I know there are field office

21   initiated musters, and there are port of entry

22   initiated musters.



Page 81

1       Q       And there are some musters that are

2    done verbally and just not written down; is that

3    right?

4       A       Yes -- well, I should say that the

5    first -- my first example, the first-line

6    supervisor is delivering a muster orally, that

7    could have been initiated by something he

8    received in writing.

9       Q       Sure.  Understood.  Are you familiar

10   with the term "standard operating procedures" as

11   it's used at CBP?

12      A       Sure.

13      Q       What does it mean?

14      A       SOP, standard operating procedure,

15   it's a guideline of how things should be

16   followed.

17      Q       How is a SOP different from a muster,

18   if at all?

19      A       Well, muster is informing people of an

20   expectation, and a SOP provides specific,

21   normally written guidelines, expectations how

22   things should happen.



Page 82

1      Q     Have you heard the term "UDA" used

2   before at CBP?

3      A     I believe so.

4      Q     What does UDA mean?

5      A     Undocumented alien, I believe.

6      Q     Have you heard the term "FAMU" or

7   "FAMU" used before?

8      A     Yes.

9      Q     What does that mean?

10      A     Family units.

11      Q     Have you heard the term "UAC" used

12   before?

13      A     I have.

14      Q     What does that mean?

15      A     Undocumented alien child.

16      Q     And have you heard the term "OTM" used

17   before?

18      A     Yes.

19      Q     What does that mean?

20      A     Other than Mexican.

21      Q     Have you heard the term "ICRO" before?

22      A     I have.



Page 83

1       Q       What does ICRO mean?

2       A       Immigration customs enforcement --

3   enforcement for mobile operations.

4       Q       What role, if any, does ICRO play in

5   processing asylum seekers who present themselves

6   at ports of entry at the U.S.-Mexico border?

7               MS. SHINNERS:  Object to the scope.

8               THE WITNESS:  Can you repeat the

9   question?

10  BY MR. MEDLOCK:

11      Q       What role does ICRO play in processing

12  asylum seekers, if you know?

13              MS. SHINNERS:  Object to the scope.

14              THE WITNESS:  At the ports of entry?

15  BY MR. MEDLOCK:

16      Q       Yes.

17      A       None.

18      Q       Does ICRO have any role in maintaining

19  the throughput of asylum seekers at the ports of

20  entry?

21      A       Restate the question.

22      Q       Sure.  Do you understand what the term



Page 84

1    "throughput" means --

2         A     I do.

3         Q     -- with respect to processing asylum

4    seekers?

5         A     Yes.

6         Q     How do you define that term?

7         A     Throughput is the amount that's going

8    through at a period of time.

9         Q     Does ICRO have any role to play in

10   maintaining the throughput of ports of entry with

11   respect to processing and inspecting asylum

12   seekers?

13        A     Their ability to house migrants that

14   are processed at a port of entry certainly has an

15   impact on our ability.  Our ports of entry are

16   only initially encountering migrants that are

17   applying for asylum and ideally for short-term

18   reliant on ERO to be able to take them into

19   custody.

20        Q     ERO provides longer term detention; is

21   that right?

22        A     They do.



Page 85

1        Q     And to your knowledge, does ERO also

2    detain individuals that are picked up in

3    enforcement operations that are not located near

4    the border?

5              MS. SHINNERS:  Object to the scope.

6    You can answer.

7              THE WITNESS:  Repeat the question.

8    BY MR. MEDLOCK:

9        Q     Sure.  There's immigration enforcement

10   that occurs at ports of entry and along the

11   border, correct?

12       A     Yes.

13       Q     And there's internal immigration

14   enforcement as well?

15       A     I understand that, yes.

16       Q     So does ICRO provide long-term

17   detention facilities for both individuals who are

18   picked up near the border and individuals who are

19   picked up at internal enforcement, to your

20   knowledge?

21             MS. SHINNERS:  Object to the scope.

22   You can answer.



Page 86

1                 THE WITNESS:  That's what I

2    understand.

3    BY MR. MEDLOCK:

4         Q      Have you heard the term "USCIS"

5    before?

6         A      Yes.

7         Q      What does USCIS mean?

8         A      United States Citizenship Immigration

9    Services.

10        Q      What role, if any, does USCIS play in

11   maintaining the throughput of asylum seekers at

12   ports of entry on the U.S.-Mexico border?

13        A      I would say none.

14        Q      Have you heard of "EOIR" before?

15        A      Yes.

16        Q      What does EOIR mean?

17        A      I'm a little fuzzy on that acronym.

18   It's the court system.

19        Q      Executive Office of Immigration

20   Review?

21        A      Yes.

22        Q      What role, if any, does EOIR play in



Page 87

1    maintaining the throughput of asylum seekers at

2    ports of entry on the U.S.-Mexico border?

3         A     It's all part of the immigration

4    asylum process.  Initial encounter with CBP,

5    ERO's capability and EOIR's capability through

6    the court system.  They're all connected in some

7    way.

8         Q     What is the -- what agency plays the

9    most important role in maintaining the throughput

10   of asylum seekers at ports of entry on the

11   U.S.-Mexico border?

12        A     Can you repeat the question?

13        Q     Sure.  We talked a little bit about

14   ICRO, EOIR, USCIS, and we also talked about CBP

15   OFO.

16              Amongst those, which of those

17   organizations plays the most important role in

18   maintaining the throughput of asylum seekers at

19   ports of entry on the Southwestern border?

20        A     That's a complicated question, I

21   think.  The whole process all feeds into each

22   other.  So our ability to process, their ability



Page 88

1    to take them from us, and the EOIR's ability,

2    they're all interconnected.  I don't know if

3    there's a straight answer on that.

4        Q    Okay.  Starting with the moment that a

5    noncitizen arrives in the primary inspection lane

6    at a port of entry and expresses a desire to seek

7    asylum, can you describe how CBP OFO processes

8    and inspects that individual?

9        A    In the United States?

10       Q    Yes.

11       A    So --

12       Q    Go ahead, sir.

13       A    They're taken to a secondary

14   environment where we're able to question the

15   individual and process, collect biometrics, sworn

16   statements, and process the other paper that's

17   associated with their asylum application.

18       Q    That secondary environment is

19   generally referred to secondary inspection; is

20   that right?

21       A    Yes.

22       Q    What happens after secondary



Page 89

1    inspection?

2        A    There's a communication with ICRO on

3    their capability of picking up that individual,

4    taking custody of them.

5        Q    Have you ever heard of the term "AEU"

6    used with respect to processing asylum seekers?

7        A    Yes.

8        Q    Stands for admissibility enforcement

9    unit, correct?

10       A    Yes.

11       Q    And admissibility enforcement units

12   are particular units within ports of entry,

13   correct?

14       A    They are.  But I don't believe that

15   term is used at every single port of entry.

16       Q    Sure.  It's referred to differently at

17   different ports of entry, correct?

18       A    It is.

19           MS. SHINNERS:  Can we take a quick

20   break?

21           MR. MEDLOCK:  Sure.

22           (A brief recess was taken.)



Page 90

```
 1   BY MR. MEDLOCK:

 2       Q     Sir, is tracking the throughput ports

 3   of entry on the U.S.-Mexico border operationally

 4   important for CBP?

 5       A     Yes.

 6       Q     Is it important to have up-to-date

 7   information about the throughput of port of entry

 8   on the U.S.-Mexico border?

 9       A     It is.

10       Q     Does CBP track the throughput of ports

11   of entry on the U.S.-Mexico border on a daily

12   basis?

13             MR. MEDLOCK:  If you're on the phone,

14   can you please mute please.

15   BY MR. MEDLOCK:

16       Q     Sorry.  Go ahead, sir.

17       A     Could you repeat?  I'm sorry.

18       Q     Sure.  Does CBP track the throughput

19   of ports of entry on the U.S.-Mexico border?

20       A     We do.

21       Q     How often does it do that?

22       A     It's daily.
```



Page 91

1    Q    What sort of report is generated to

2  track the throughput of ports of entry on the

3  U.S.-Mexico border?

4    A    There are multiple reports, but many

5  of the reports are just automated.  Information

6  is withdrawn from our systems to show how many

7  people are being refused admission, just to track

8  or operational tempo.

9    Q    Is the -- are reports from the

10  Migration Crisis Action Team or MCAT used to

11  track operational tempo?

12    A    Yes.

13    Q    Are reports from the Migration Crisis

14  Action Team used to track the throughput of ports

15  of entry?

16    A    The team isn't.  The report is -- the

17  report is what it is.  It's -- as I understand,

18  it's fully automated.

19    Q    But the reports are used.  Those

20  reports generated by MCAT are used to track

21  throughput; is that right?

22    A    That's one of the things, yes.



Page 92

```
 1        Q      Is it true that a U.S. -- a non-U.S.

 2   citizen who's seeking asylum in the country can

 3   be paroled and released into the United States

 4   under certain circumstances?

 5        A      Yes.

 6        Q      Who makes the determination regarding

 7   whether an asylum seeker should be paroled and

 8   released into the U.S.?

 9        A      That decision is made in collaboration

10   with ICRO.

11        Q      And who makes that decision in

12   collaboration with ICRO?

13        A      I think it's done jointly.

14        Q      When it's done jointly, who on the OFO

15   side is part of that joint decision-making

16   process?

17        A      It's the port management, those that

18   are responsible for the processing of migrants.

19        Q      Currently under what circumstances

20   will asylum seekers be paroled and released into

21   the U.S.?

22        A      The main reason would be when ICRO is
```



Page 93

1    unable to take custody of individuals for certain

2    demographics.

3        Q     When you say "certain demographics,"

4    what do you mean?

5        A     Generally they have plenty of space

6    for single adults.  They are challenged when it

7    comes to housing and detaining family units.

8        Q     Has the policy that CBP follows with

9    respect to paroling asylum seekers changed at all

10   since 2016?

11       A     Not sure if I understand your

12   question.

13       Q     Sure.  Have the circumstances under

14   which an asylum seeker will be paroled and

15   released into the U.S. changed at all since 2016?

16       A     I don't recall any changes.

17       Q     Is it the case that noncitizens

18   seeking asylum in the U.S. can be processed in

19   regular removal proceedings and given a notice to

20   appear?

21       A     I guess I don't understand your

22   question.  I'm sorry.



Page 94

1       Q     Do you understand the difference

2   between a regular removal proceeding and

3   expedited removal proceeding?

4       A     I do.

5       Q     When a noncitizen is seeking asylum in

6   the U.S. at a port of entry, they can be

7   processed under either regular removal

8   proceedings or expedited removal proceedings; is

9   that right?

10      A     Correct.

11      Q     And if they're processed under regular

12  removal proceedings, they can be given a NTA or

13  notice to appear; is that right?

14           MS. SHINNERS:  Object to the scope.

15  Go ahead.

16           THE WITNESS:  CBP has mandatory

17  detention for individuals we're encountering.  So

18  in working with the ERO, if they are at a

19  position where they can't take individuals, then

20  in coordination with ICRO, ERO would be paroling

21  that person.

22  BY MR. MEDLOCK:



Page 95

1      Q     You mentioned that CBP has mandatory

2  detention.  Has that always been the case?

3      A     Yes.  Sorry.  Go ahead.

4            MS. SHINNERS:  Objection; vague.  Go

5  ahead.

6  BY MR. MEDLOCK:

7      Q     Did you understand my question?

8      A     Could you repeat it one more time?

9      Q     Sure.  In your answer -- prior answer

10  you said CBP has mandatory detention.  What did

11  you mean by that?

12      A     We're required by law to detain those

13  that we're encountering.  There are situations,

14  as you brought up, where we have discretion to

15  parole individuals or in collaboration with ERO

16  individuals that are paroled.

17      Q     Has the -- has there been any policies

18  that have been issued since 2016 that restrict

19  the discretion of CBP to parole asylum seekers

20  who are processed at ports of entry?

21      A     If the premise is we detain everybody

22  when ERO is unable to take individuals, then we



Page 96

1    may invoke the parole along with ERO.

2              MR. MEDLOCK:  Mark the next exhibit.

3              (Deposition Exhibit Number 82 was

4    marked for identification and attached to the

5    transcript.)

6    BY MR. MEDLOCK:

7        Q    I've marked Exhibit 82 to your



Page 97





Page 98

1        Q     Did you discuss this memo with anyone

2   during your preparation to testify at this

3   deposition?

4        A     No.

5        Q     Did you -- I take it you didn't review

6   a copy of this memo to prepare either?

7        A     I did not.  I don't know if I received

8   this when it was issued.

9              (Deposition Exhibit Number 83 was

10  marked for identification and attached to the

11  transcript.)

12  BY MR. MEDLOCK:



Page 99





Page 100









Page 102

1    These documents form the basis of the mandatory

2    detention policy you were describing, correct?

3         A    Okay, sir.  Thank you.

4              MS. SHINNERS:  Objection; calls for

5    speculation for a legal conclusion.  Go ahead.

6    BY MR. MEDLOCK:

7         Q    So under the policy described in Mr.

8    Hoffman's e-mail and the Secretary's February

9    20th, 2017, memorandum, the default rule is that

10   noncitizens arriving at ports of entry should be

11   placed into removal proceedings and detained; is

12   that right?

13             MS. SHINNERS:  Objection.  Objection;

14   misstates testimony -- misstates the document.

15   BY MR. MEDLOCK:

16        Q    Is that your understanding of what the

17   default rule is when an alien arrives at a port

18   of entry?

19        A    That's what I understand by reading

20   this.

21        Q    Since the -- this -- the mandatory

22   detention policy announced in Exhibits 82 and 83



Page 103

1    went into effect, the number of aliens arriving

2    at ports of entry has increased, correct?

3         A    They have.

4         Q    During the time period from February

5    20th, 2017, to the present, do you know whether

6    the number of aliens paroled and released into

7    the U.S. has increased or decreased?

8         A    I don't know.

9         Q    Is that covered in the reports you get

10   on throughput at the ports of entry?

11        A    I'm not sure.

12        Q    Since February 20th, 2017, the number

13   of arriving aliens who are detained by OFO and

14   ICRO has increased; is that right?

15             MS. SHINNERS:  Objection; scope.

16             THE WITNESS:  I'm not sure what you

17   mean by "increased."  Compared to what?

18   BY MR. MEDLOCK:

19        Q    Increased prior to February 20th,

20   2017.

21             MS. SHINNERS:  Same objection.

22             THE WITNESS:  I'm not sure, to be



Page 104

1    honest with you.

2    BY MR. MEDLOCK:

3        Q      Have you heard the term "detention

4    capacity" used with respect to processing asylum

5    seekers at ports of entry on the U.S.-Mexico

6    border?

7        A      I have.

8        Q      How does CBP define the term

9    "detention capacity"?

10       A      It's a couple different variables --

11   multiple variables but two main kind of buckets

12   I'll call them is our actual physical capacity

13   and then based on our operational priorities and

14   impact that falls from that and the attention

15   that we provide our priority mission, that all

16   feeds into our capacity.  Not only that, but also

17   the demographics of the individuals that we're

18   encountering, the types of situations that we're

19   interacting with, vehicle seizures, criminal

20   arrests, migrants processing are lots of

21   different factors that will feed into that

22   operational capacity.



Page 105

1    Q    I want to be clear.  I'm asking about

2  detention capacity, not operational capacity.  Do

3  you understand there's a difference between the

4  two terms?

5    A    I think my answer still stands.

6  Detention capacity, our ability to process

7  individuals is not solely on physical capacity.

8  It's what we're doing with the grand scope of

9  what we're doing at the port of entry feeds into

10  what we're able to.

11    Q    Is there any difference between

12  detention capacity and operational capacity as

13  those two terms are used at CBP?

14    A    They're totally different.

15    Q    How is detention capacity different

16  from operational capacity?

17    A    Detention capacity -- well, depends on

18  how you view it.  Detention capacity really is

19  the number of individuals that we're able to take



Page 106

1    they have full facilities, one doesn't.  So if

2    they were -- depending upon the demographics of

3    what we're dealing with, criminal arrests,

4    unaccompanied children, a family that is ill, our

5    capacity to take in per room really dictates upon

6    what we're dealing with.

7         So to say that a room -- you can only

8    take four people in that room really gets fed

9    into what we're dealing with.  So four people

10   aren't just four people.  If we have one person

11   who's traveling alone, a felon, he's going to

12   take up that whole room.  We don't have the

13   capacity to put three more people in there.  Does

14   that make sense?

15        Q    That makes sense.  I'm trying to get

16   to something a little more fundamental than what

17   you're getting at there.  Let me give you another

18   example.



Page 107

1    correct?

2         A     Yes.

3         Q     When used with respect to AEU at San

4    Ysidro, what does the term "detention capacity"

5    refer to?

6         A     Repeat the question again.

█    █         ██████████████████████████████████████

█    ██████████████████████████████████████

9    What does -- what would the detention capacity of

10   the AEU at San Ysidro be?

11        A     That is the physical capacity.

12        Q     Okay.  And the operational capacity

13   would depend on the factors that you were just

14   describing?

15        A     Yes, sir.

16        Q     That's the difference between

17   detention capacity and operational capacity,

18   correct?

19        A     Correct.

20        Q     At some point did OFO move from using

21   detention capacity as a metric to using

22   operational capacity as its metric?



Page 108

 1      A      No.

 2             (Deposition Exhibit Number 84 was

 3      marked for identification and attached to the

 4      transcript.)

 5      BY MR. MEDLOCK:

 6      Q      Sir, I put in front of you marked as

 7      Exhibit 84 to your deposition.  It's a multipage

 8      document that bears the Bates numbers

 9      AOL-DEF-00274915 through 916.  And Exhibit 84,

10      sir, is a July 6 through July 9, 2018, e-mail

11      chain from Frank Longoria to Juan Chavez, Alberto

12      Flores, David Gonzalez, and others, correct?

13      A      I see that, yes.

14      Q      I want to focus on the July 6, 2018,

15      e-mail that Frank Longoria sent at 2:59 p.m.

16      A      Okay.

17      Q      If you just flip to that e-mail, Frank

18      Longoria was assistant director of field

19      operations for the Laredo field office, correct?

20      A      Correct.

21      Q      And the subject line of that e-mail is

22      "Queue management: 30 days in."



Page 109

1              Do you see that?

2       A    I do.

3       Q    Beneath that Mr. Longoria writes,

4  "Port directors:  It's been approximately 30 days

5  since we initiated the queue management strategy

6  and shifted from detention capacity to

7  operational capacity."

8              Did I read that correctly?

9       A    You did.

10      Q    So sometime in approximately June 2018

11 there was a shift from detention capacity to

12 operational capacity, correct?

13           MS. SHINNERS:  Objection.  Go ahead.

14           THE WITNESS:  That's what the e-mail

15 says.

16 BY MR. MEDLOCK:

17      Q    Is the e-mail incorrect about that?

18      A    I don't know what Mr. Longoria was --

19 I didn't help him author the e-mail, so I don't

20 know what he was thinking.

21      Q    In your preparation to be a 30(b)(6)

22 witness in this case, did you do any -- anything



Page 110

1    to investigate any particular -- any sort of

2    shift from detention capacity to operational

3    capacity?

4         A     No.

5         Q     Isn't it true that OFO field office

6    leadership was concerned that a detention -- that

7    a shift from detention capacity to operational

8    capacity could lead ports of entry to choose to

9    use less than their total detention capacity?

10        A     Can you repeat?  I'm sorry.

11        Q     Sure.  Do you know whether anyone in

12   field office leadership was concerned that the

13   transition from using detention capacity to using

14   operational capacity could lead ports of entry to

15   choose to use less than their total detention

16   capacity?

17        A     Not that I'm aware of.

18        Q     Isn't it true that ports of entry

19   believe that the transition from detention

20   capacity to operational capacity enabled them to

21   decrease the throughput of asylum seekers at

22   their ports by over 70 percent?



Page 111

1          A     I don't know that.

2                (Deposition Exhibit Number 85 was

3     marked for identification and attached to the

4     transcript.)

5     BY MR. MEDLOCK:

6          Q     Sir, put in front of you marked as

7     Exhibit 85 to your deposition.  It has a leading

8     Bates number of AOL-DEF-00899313 through 316.

9     And exhibit 85 is an e-mail exchange between

10    Frank Longoria, Ryan Koseor, and others between

11    June 7th and June 11th, 2018.

12                Do you see that?

13         A     I do.

14         Q     Do you know who Ryan Koseor is?

15         A     That's Koseor.  Yes, I do.

16         Q     At this time he's a deputy commander

17    of the Migration Crisis Action Team or MCAT,

18    right?

19         A     Correct.

20         Q     Does he still hold that position

21    today?

22         A     No.



Page 112

```
 1        Q      What is his position today?

 2        A      I believe he's assistant port director

 3   in Calexico.

 4        Q      Was that a promotion?

 5        A      No.  He was on temporary assignment to

 6   Washington to work at the MCAT temporarily.

 7        Q      When you say "temporary assignment",

 8   that's sometimes referred to as TDY?

 9        A      Yes, sir.

10        Q      What is the Migration Crisis Action

11   Team?

12        A      It was a team that was put together a

13   number of years ago to create better awareness

14   for our senior leadership and also initially to

15   put the different DHS components kind of in the

16   same room to ensure we're all aware of the

17   different challenges.  It's kind of morphed from

18   a team sitting together in different DHS

19   components to more of a reporting function now.

20        Q      Okay.  You used the term "was" in your

21   last answer.  Does the MCAT still exist today?

22        A      It does.  Sort of what I said was it
```



Page 113

1    used to be.

2          Q    It doesn't exist in the same form as

3    it had initially?

4          A    Yes, sir.  It's transitioned.

5          Q    I understand.  To your knowledge, when

6    was the Migration Crisis Action Team initially

7    formed?

8          A    I think late '16, maybe early '17.  I

9    don't know for sure.

10         Q    Who made the decision to create the

11   Migration Crisis Action Team?

12         A    I believe it was then Deputy

13   Commissioner McAleenan.

14         Q    How many CBP employees are currently

15   involved in the Migration Crisis Action Team

16   today?

17         A    CBP employees, I'm not sure.  I think

18   OFO has at least one person in there.

19         Q    How many total employees of DHS are on

20   the Migration Crisis Action Team?

21         A    Talking about now or at the beginning?

22         Q    Now.



Page 114

```
 1        A     At least one OFO, at least one Border

 2    Patrol, and again, I don't believe any other DHS

 3    components participate in that now in one room.

 4        Q     At the beginning, how many DHS

 5    components participated?

 6        A     It was a lot larger.  I think we had

 7    at least two OFO, at least two Border Patrol, at

 8    least one ERO.  I think EOIR may have sat in

 9    there a little while as well.

10        Q     I want to focus on the e-mail that

11    Frank Longoria sent at June 11th of 2018 at 11:41

12    a.m.  It's the second e-mail from the top in the

13    chain.

14              Do you see that?

15        A     Yes, sir.

16        Q     All right.  And this is an e-mail

17    directly from Frank Longoria to Ryan Koseor; is

18    that right?

19        A     That's what I read, yes.

20        Q     And Mr. Longoria writes, "You need to

21    clear up the 'operational' capacity issue.

22    There's confusion on this point, and the field
```



Page 115

1    keeps alluding to the fact that immigration

2    processing is not our priority anymore.  That's

3    the issue with Roma."

4              Did I read that correctly?

5         A    That's what it says.

6         Q    And "Roma" refers to the Roma, Texas

7    port of entry, correct?

8         A    It does.

9         Q    Mr. Longoria then goes on to write,

10   "It should be detention capacity because that's a

11   clearly defined number.  If you leave it at

12   'operational capacity', you are leaving it up to

13   the discretion of the port."  Although they

14   may -- "Although they may have the detention

15   capacity, they will only take one family at a

16   time because operationally that's all they can

17   do."

18             Did I read that correctly?

19        A    You did.

20        Q    And does that describe how operational

21   capacity works as you were describing it in your

22   earlier answer?



Page 116

1      A      I'm reading it again.

2      Q      Sure.

3      A      Kind of.

4      Q      When you say "kind of", why do you say

5   kind of instead of yes?

6      A      It's not my words.  It's somebody

7   else's.

8      Q      Besides that, do you think it

9   accurately describes the operational capacity

10  concept?

11     A      It does.

12     Q      Okay.  Ryan Koseor responds to Mr.

13  Longoria on June 11, 2018, at 1 p.m.  Do you see

14  that?

15     A      I do.

16     Q      He writes in part, "If one family a

17  day allows Roma to continue to process traffic

18  and conduct enforcement, then that is your

19  capacity."

20            Did I read that correctly?

21     A      That's what it says.

22     Q      So in other words, if the -- if the



Page 117

1    Roma port of entry assesses its capacity to be

2    four individuals, then that is its operational

3    capacity; is that right?

4         A     That operational flexibility is

5    provided to the ports.

6         Q     And the ports determine what their

7    operational capacity is given the mission --

8         A     There is port management there that

9    has that discretion.  It's their operation.

10        Q     What sort of guidance is given to port

11   management regarding how they should exercise

12   their discretion when determining the operational

13   capacity of a port?

14        A     There was a memorandum from Secretary

15   talking about our priorities.

16        Q     This is the prioritization-based queue

17   management policy?

18        A     Yes.

19        Q     Besides that, is there any other

20   guidance that's given to port management

21   regarding how they should define the operational

22   capacity of a port with respect to throughput of



Page 118

1    asylum seekers?

2        A    That same memorandum was sent out

3    again in a similar fashion by our current acting

4    commissioner.

5        Q    Mr. Morgan?

6        A    Mr. Morgan.

7        Q    Besides those two memorandums, is

8    there any other guidance that is given to port

9    management regarding how they should assess and

10    define the operational capacity of a port with

11    respect to the processing of asylum seekers?

12        A    Not that I'm aware of.

13        Q    Do ports of entry report what their

14    daily operational capacity is to OFO management

15    in any way?

16        A    It's at a local level.  So again,

17    that's a discretionary balance that we afford our

18    local port managers to control based on what they

19    see, boots on the ground.

20        Q    So there is no regular reporting chain

21    where a port of entry reports its operational

22    capacity to OFO management; is that right?



Page 119

1       A       There are some reports that are sent

2    up, but I don't know if the operational capacity

3    is mentioned in that.

4       Q       If I wanted to go back and determine

5    what the operational capacity of the Roma, Texas

6    port of entry was on June 11, 2018, is there any

7    report that would define for me the factors that

8    were used when determining the operational

9    capacity of that port on that day?

10      A       I don't know.

11      Q       Have you seen any such report or --

12      A       From that particular day?

13      Q       For any day that would define the

14   factors that should be used when determining

15   operational capacity.

16      A       There was an earlier iteration of the

17   MCAT report that had some information about

18   operational capacity that I recall.  I don't have

19   a lot of memory as to the background on that,

20   what the intent was.

21      Q       Is there any formula that can be used

22   to determine what the operational capacity of a



Page 120

1    port is?

2         A     Oh, yeah.  That's that discretionary

3    balance.  We have to allow our port managers --

4    because they're on the ground.  They know what

5    they're dealing with.  They have to have that

6    flexibility.

7         Q     Is there any formal definition of the

8    term "operational capacity" as that term is used

9    at CBP?

10        A     I think prioritization memo provides

11   specific guidance on our priorities and how we

12   should address those at the ports of entry.

13        Q     The prioritization based queue

14   management memo, is that the best definition of

15   the operational capacity of a port of entry that

16   you know of?

17        A     I'd have to look at it again to really

18   think that through.

19               (Deposition Exhibit Number 86 was

20   marked for identification and attached to the

21   transcript.)

22   BY MR. MEDLOCK:



Page 121

1        Q     Sir, I put in front of you marked as

2    Exhibit 86 to your deposition a multipage

3    memorandum bearing the beginning Bates number

4    AOL-DEF-00041455 through 457.  This is a

5    memorandum from Secretary Nielsen to Kevin

6    McAleenan at the time Commissioner of U.S. CBP

7    dated June 5th, 2018, correct?

8        A     Correct.

9        Q     And the subject of the memorandum is

10   "Prioritization-based queue management," correct?

11       A     Correct.

12       Q     This is the first of the

13   prioritization queue management memorandum that

14   you were discussing in your earlier answers,

15   correct?

16       A     Correct.

17       Q     I want to focus on the second page of

18   the prioritization-based queue management

19   memorandum.  On the second page there is a

20   highlighted section, and this is how the document

21   was originally given to us, that reads, "CBP

22   personnel and resources that would otherwise be



Page 122

1    deployed to process inadmissible arriving aliens

2    can focus on the detention and apprehension of

3    narcotics and currency smugglers."

4            Did I read that correctly?

5        A    You did.

6        Q    Does that describe the current policy

7    of CBP today?

8            MS. SHINNERS:  Objection to the term

9    policy.

10   BY MR. MEDLOCK:

11       Q    Does that describe the current policy

12   of CBP today as you sit -- as you understand it?

13       A    I'd refer to the next page, the first

14   sentence, "Processing persons without --

15           COURT REPORTER:  You have to slow

16   down.

17           THE WITNESS:  "Processing persons

18   without documents required by law for admission

19   arriving in the Southwest border remains a

20   component of CBP's mission, but priority should

21   be given to the efforts described above in the

22   prescribed order."



Page 123

1          Q     Sure.  And I will get there.  My

2    question is, the sentence I read to you, is that

3    still the policy of CBP today?

4              MS. SHINNERS:  Objection to the term

5    "policy."  Continue.

6              THE WITNESS:  Yes, along with the

7    sentence that I also read to you.

8              MR. MEDLOCK:  What's your objection to

9    the term policy?

10             THE WITNESS:  I don't have an

11   objection.

12             MR. MEDLOCK:  I know.  I'm asking

13   counsel to try and get -- to get it to

14   understand.

15             MS. SHINNERS:  I don't think you

16   defined policy.  I think it's misleading --

17             MR. MEDLOCK:  You think it's vague or

18   it's ambiguous?

19             MS. SHINNERS:  Objection; vague as to

20   the term "policy," yes.  Undefined, ambiguous.

21             MR. MEDLOCK:  Got it.

22   BY MR. MEDLOCK:



Page 124

```
 1        Q     Do you understand what the word

 2   "policy" means, sir?

 3        A     Generally, yes.

 4        Q     Okay.  And are you having trouble

 5   understanding my prior question when I used the

 6   word "policy"?

 7        A     I stand by what I responded to.  You

 8   can't just slice and dice this memo to one

 9   sentence.

10        Q     Sure.  I understand.

11        A     I think the other sentence is

12   important as well.

13        Q     Let's get there.  So the third page --

14   I'm on the third page of the memo ending in 457.

15   On the third page there is a -- there's a list

16   that goes 1 through 4, correct?

17        A     Yes, sir.

18        Q     And above that, the sentence

19   immediately above that reads in part, "I direct

20   you to initiate a 30-day pilot program to

21   prioritize staffing and operations in accordance

22   with the following order of priority at all
```



Page 125

1    Southwest border ports of entry."

2              Did I read that correctly?

3        A     You did.

4        Q     Do you know whether that 30-day pilot

5    program described in this memorandum was

6    extended?

7        A     I don't know if it was extended is the

8    right way to put it.  It's the current policy.

9        Q     Regardless of whether it was extended

10   or not, this is still the policy?

11       A     It is.

12       Q     And beneath that, there's an order of

13   1 through 4 priority.  The first ordered priority

14   is "National security efforts," correct?

15       A     Correct.

16       Q     The second is "Counter-narcotics

17   operations"; is that correct, sir?

18       A     Yes, sir.

19       Q     The third is "Economic security"; is

20   that right?

21       A     Correct.

22       Q     The fourth is "Trade and travel



Page 126

1   facilitation," correct?

2        A    Correct.

3        Q    Beneath that 1 through 4 priority the

4   memo reads, "Processing persons without documents

5   required by law for admission arriving at the

6   Southwest border remains a component of CBP's

7   mission, but priority should be given to the

8   efforts described above in the prescribed order."

9             Did I read that correctly?

10       A    You did.

11       Q    Okay.  And -- so what that means is

12  processing asylum seekers is a lower-ordered

13  priority than those four priorities I just read

14  to you, correct?

15       A    You're asking me what that last

16  sentence says "remains a component of CBP's

17  mission"?

18       Q    Sure.  But the other four priorities

19  come first, right?

20       A    But priorities should be given to the

21  efforts described above in the prescribed order.

22       Q    Right.  So those first four priorities



Page 127

1   are given higher importance than processing

2   asylum seekers; is that right?

3        A     That's what the memo says.

4        Q     And that's the current policy of CBP,

5   correct?

6        A     It is.

7        Q     So when a port of entry is determining

8   their operational capacity, they give priority to

9   those four factors before determining their

10  capabilities that day to process asylum seekers;

11  is that right?

12       A     That's what the memo says.

13       Q     And that's still the policy of CBP

14  today; is that right?

15       A     That is.

16       Q     Has this been the policy of CBP since

17  it was founded in 2003?

18       A     The memo was dated June of 2018.

19       Q     I understand that.  Is this memo

20  actually just memorializing a policy that had

21  previously existed at CBP or is this a new

22  policy?



Page 128

```
 1      A      It never had been written before June
 2  of '18.
 3      Q      I understand that.  Was it an
 4  unwritten policy of CBP prior to June 5th, 2018?
 5      A      CBP was founded --
 6             MS. SHINNERS:  Object to the scope,
 7  time.  Continue.
 8             THE WITNESS:  CBP was founded as a
 9  national security organization, and our border
10  security and national security is the foundation
11  of what we do.
12  BY MR. MEDLOCK:
13      Q      Sure.  My question was different.
14  Whether it has been written down or not, was CBP
15  giving priority to those -- to the four
16  priorities listed on Page 457 above processing
17  asylum seekers prior to June 5th, 2018?
18      A      Again, I believe CBP was founded
19  for -- as a national security organization, and
20  our priority mission is border security and
21  protecting the homeland.  So part of that from
22  the foundation in 2003, focusing on that, I would
```



Page 129

1    say even before this was written that our

2    priority would be national security,

3    counter-narcotics, and all the things prescribed

4    there.  It have been first memorialized here, but

5    I think -- I think at the foundation of what we

6    do, 2003, is border security.

7         Q    CBP has other mission sets besides the

8    four priorities listed in this memo in processing

9    asylum seekers; is that right?

10        A    There's a lot we do.

11             MS. SHINNERS:  Object to the scope.

12   Go ahead.

13             THE WITNESS:  There's a lot we do.

14   BY MR. MEDLOCK:

15        Q    A lot that's not described as national

16   security, counter-narcotics, economic security,

17   trade and travel facilitation or processing

18   arriving aliens without proper travel documents;

19   is that right?

20        A    This is pretty encompassing.

21        Q    Okay.

22        A    We enforce all the laws for other



Page 130

1    agencies.

2        Q    Under the prioritization-based queue

3    management policy that's described in this memo,

4    it only applies to all Southwest border ports of

5    entry, correct?

6        A    I believe that's correct.

7        Q    Do you have an understanding why this

8    isn't being applied to Canada, a border with

9    Canada?

10       A    We don't have people applying for

11   asylum in large numbers.

12       Q    Got it.  So -- this policy doesn't

13   apply to ports of entry that are at airports or

14   seaports of entry, does it?

15       A    No.

16       Q    It only applies to U.S.-Mexico border,

17   correct?

18       A    That's what the memo says, first

19   sentence.

20       Q    And the memo only applies to the

21   Southwest border ports of entry because that's

22   where the asylum seekers are; is that right?



Page 131

1            MS. SHINNERS:  Objection; misstates

2    testimony.

3            THE WITNESS:  I think it's quite

4    evident what the memo is and what it's

5    addressing.

6    BY MR. MEDLOCK:

7       Q    Okay.  My question is, if these are

8    CBP's priorities everywhere they are, why not

9    just say this applies everywhere, not just the

10   Mexican border?

11           MS. SHINNERS:  Objection; calls for

12   speculation, scope -- excuse me.  Calls for

13   speculation.

14           THE WITNESS:  It's addressing one

15   particular challenge that CBP is dealing with.

16   BY MR. MEDLOCK:

17      Q    That challenge is asylum seekers,

18   correct?

19           MS. SHINNERS:  Objection; misstates

20   testimony.

21           THE WITNESS:  The large number of

22   arrivals on the Southwest border.



Page 132

1    BY MR. MEDLOCK:

2        Q      Large number of arrivals of asylum

3    seekers; is that right?

4        A      And the complexity of our operations

5    at the Southwest border, yes.

6        Q      Well, your -- CBP's operations are

7    complex at the Canadian border too, correct?

8        A      Yeah, but there's no comparison to the

9    different threats from the Northern and Southern

10   border.

11       Q      When you say different threats, is the

12   large number of arriving asylum seekers a threat?

13       A      No.  I was referring to narcotics,

14   national security.

15       Q      Isn't it a fact that CBP has a

16   statutory duty to process asylum seekers as they

17   arrive at the port of entry?

18       A      That's memorialized in the memo.

19       Q      That's a yes?

20       A      Yes, and it's memorialized in the

21   memo.

22       Q      So CBP has a duty to achieve its



Page 133

1   national security mission, its counter-narcotics

2   mission, its economic security mission, and its

3   trade and travel facilitation mission, along with

4   processing asylum seekers, correct?

5        A     Yes, sir.

6        Q     CBP just made a decision to

7   prioritize -- to put asylum seekers last in that

8   order of priority; is that right?

9        A     No.  It's complex work that we do.

10  Let me finish.

11       Q     Okay.  Go ahead.

12       A     And we continue to process migrants in

13  the midst of prioritizing all these different

14  things.  We don't stop processing migrants.  But

15  our resources are redistributed for our

16  priorities and foundation of CBP and why we were

17  formed, and we continue to process migrants.  It

18  doesn't stop.

19       Q     So my question was a little bit

20  different.  There's a 1 through 4 prioritization

21  here, and asylum seekers -- process asylum

22  seekers arriving at the ports of entry at the



Page 134

1    U.S.-Mexico border comes after those four

2    priorities; is that right?

3         A    I can read that memo back.  It's

4    pretty clear.  It's also important, but the memo

5    is asking us to prioritize those four things.

6         Q    And that's -- this is a conscious

7    decision that was made by DHS and CBP to

8    prioritize those four missions over processing

9    asylum seekers; is that right?

10              MS. SHINNERS:  Objection; calls for

11   speculation.  Go ahead.

12              THE WITNESS:  We continue to process

13   migrants.  So they're not -- they're not not

14   being processed.  But the priority of -- the

15   description of our resources consider all of our

16   priorities.

17              MR. MEDLOCK:  Can you read back my

18   last question?

19        (The record was read by the reporter.)

20   BY MR. MEDLOCK:

21        Q    Is the answer to that question yes?

22        A    Pardon me?



Page 135

 1              MS. SHINNERS:  Same objection;

 2     compound.

 3     BY MR. MEDLOCK:

 4        Q     Is the answer to that question yes?

 5        A     Yes.

 6        Q     Thank you.

 7              Has CBP ever or DHS ever reordered the

 8     prioritization on Page 457 of Exhibit 86?

 9        A     Not that I'm aware of.

10        Q     Has CBP ever prioritized processing

11     asylum seekers on the U.S.-Mexico border over any

12     of the four missions listed on 457?

13        A     Could you repeat one more time?

14        Q     You got the ordered four priorities.

15     Has CBP ever prioritized, as a matter of policy,

16     processing asylum seekers over those four

17     priorities?

18        A     Yes.

19        Q     When?

20        A     When we have individuals that apply

21     for -- present themselves at the ports of entry

22     and they're vulnerable population, so we have



Page 136

1    undocumented alien children.  We have elderly.

2    We have individuals that are in medical distress

3    that we would take them in to be processed

4    without regard to those things.

5         Q     In those instances, would you redirect

6    resources from other missions to helping to

7    process those vulnerable populations who are

8    seeking asylum?

9         A     We would not -- we would not redirect

10   from our priority mission, but we would find some

11   way to accommodate those individuals.

12        Q     Going back to operational capacity,

13   isn't it true -- let's go back to Exhibit 85.

14   You have the exhibit in front of you, sir?

15        A     Yes, sir.

16        Q     Okay.  Exhibit 85 is discussing in

17   part the Roma, Texas port of entry, correct?

18        A     Yes.

19        Q     Isn't it true that the Roma, Texas

20   port of entry moved to this operational capacity

21   of one family at a time, even though the number

22   of credible fear cases it was handling was



Page 137

1    actually decreasing?

2              MS. SHINNERS:  Objection; assumes

3    facts not in evidence.

4              THE WITNESS:  I don't have the details

5    of exactly what was happening then.

6              MR. MEDLOCK:  Mark the next exhibit.

7              (Deposition Exhibit Number 87 was

8    marked for identification and attached to the

9    transcript.)

10   BY MR. MEDLOCK:

11      Q    Sir, I put in front of you what we

12   marked as Exhibit 87 to your deposition.  It's a



Page 138

1　　　Q　　What was Brad Skinner's position at

2　this time?

3　　　A　　His deputy.

4　　　Q　　And Sabri Dikman, according to the

5　e-mail, was the commander of the MCAT; is that

6　correct?

7　　　A　　Correct.

8　　　Q　　And we saw in an earlier e-mail that

9　Ryan Koseor would have been Sabri's deputy

10　commander; is that correct?

11　　　A　　Yes, sir.



Page 139





Page 140

 1                  (Deposition Exhibit Number 88 was

 2     marked for identification and attached to the

 3     transcript.)

 4     BY MR. MEDLOCK:

 5          Q     Sir, I have marked Exhibit 88 to your

 6     deposition.  It's a two-page e-mail that bears

 7     the Bates number AOL-DEF-00037849 through 850.

 8     There is an e-mail chain between Jose Garza,

 9     yourself, Ryan Koseor, Shane Campbell, and

10     others.

11                  Do you see that?

12          A     I do.

13          Q     Okay.  And it contains a queue

14     management report for Laredo field office for

15     June 17, 2018, at 4 p.m. Central Standard Time;

16     is that correct?

17          A     Yes.

18          Q     And you were referring earlier to a

19     version of a MCAT report that had information

20     about port operations.  Is this one of the types

21     of e-mails you were discussing?

22          A     I think so.  This is one of the first



Page 141





Page 142





Page 143

1   listed as none; is that right?

2        A    Yes, sir.

3        Q    You said earlier that this is an early

4   iteration of the MCAT reports.  How did the MCAT

5   reports change over time from June 2018 to the

6   present?

7        A    It included more information, the

8   newer reports.

9        Q    When you say "more information," what

10  information contained in Exhibit 88 would not be

11  contained in a MCAT report generated today?

12       A    I would have to look at one to refresh

13  myself.  I'm not sure.

14       Q    You just know it's less?

15       A    Less here.  There's more columns in

16  the -- in this report.

17       Q    Okay.  So just to make sure I

18  understand your answer, there's more information

19  in Exhibit 88 than there would be a MCAT report

20  generated today; is that right?

21       A    No.  There's less information.

22       Q    I got it.  Thank you for explaining.



Page 144

1    I wanted to make sure I understood.

2            Isn't it true that leadership at ports

3    of entry did not understand why queue management

4    reports showed the ports were using less than 100

5    percent of their capacity?

6    A     I don't know that for a fact.

7            (Deposition Exhibit Number 89 was

8    marked for identification and attached to the

9    transcript.)

10   BY MR. MEDLOCK:



Page 145





Page 146

1    metering memorandum that was issued by Todd Owen?

2        A    Yes.

3        Q    And are you generally familiar with

4    the term "metering," sir?

5        A    I am.

6        Q    What does the operational capacity

7    have to be of a port of entry before it begins

8    metering?  What do they have to be at?  100

9    percent capacity, 50, 60?

10       A    I believe that's a decision we afford

11   our local managers, that discretionary balance.

12       Q    Could a -- does a port manager have

13   the discretion to utilize metering when a port is

14   only at 50 percent of its operational capacity

15   for processing and inspecting asylum seekers?

16       A    That's a decision that's got to be

17   made locally based on the demographics, what

18   they're looking at.

19       Q    Does a -- does port management have

20   the discretion to -- actually, let me back up.

21            Is the answer to my last question yes,

22   that a port manager can meter asylum seekers when



Page 147

1    the port is only at 50 percent of its operational

2    capacity?

3         A    I think I want to refer to the last

4    Exhibit 89 in that this is three days after the

5    prioritization memo.  So I believe that the port

6    managers didn't have visibility of that document

7    and probably didn't understand it.

8         Q    I'm not talking about that actual --

9    the last exhibit.  I'm just saying generally.

10        A    I know.  I think it's all related.

11        Q    Okay.  My question was, if a port's at

12   50 percent of its operational capacity, is there

13   any guidance that tells a port manager that they

14   cannot engage in metering when they're at that

15   operational capacity?

16        A    Again, we afford that operational

17   oversight and that day-to-day discretionary

18   balance to our local managers.

19        Q    So a port can do that; is that right?

20        A    We give them that authority.

21        Q    They have the authority to do that?

22        A    They have the authority to run their



Page 148

1    operation and to use their discretionary balance

2    as they see fit.

3        Q    So a port has the authority to meter

4    at any given operational capacity; is that right?

5        A    I don't understand your question.

6        Q    Sure.  If a port is at 1 percent

7    operational capacity, does a -- for processing

8    asylum seekers, does port management have the

9    authority to make the decision on the ground to

10   meter, even if they're at 1 percent operational

11   capacity?

12       A    That's a difficult question to answer.

13   That discretionary balance that we provide them,

14   they have full awareness of what they're looking

15   at.  So in a snapshot of time, it's difficult.

16   So they know what they're expecting an hour from

17   now, two hours from now, three hours from now,

18   maybe intelligence, the complexities of what

19   they're doing.  It's really fluid.  So -- in a

20   snapshot of time, it's difficult.

21       Q    If a port director tells you that a

22   port has reached full operational capacity with



Page 149

1    respect to processing asylum seekers, how can you

2    verify whether that statement is correct?

3        A    Again, we give them -- we give them

4    that full discretion.

5        Q    I know.  Say you wanted to verify it

6    say in D.C. that a port is at full operational

7    capacity, how can you do that?

8        A    We'd have to do a review of what was

9    taking place at the time, if asked.

10       Q    Is there any sort of report you can

11   look at to do that review?

12       A    There are multiple ways to do that

13   through our systems.

14       Q    What systems are you referring to?

15       A    Just our databases that we process

16   individuals.

17       Q    Which databases?

18       A    I'm not an expert in that field.  So

19   the databases that we use to capture the work

20   that we do.

21       Q    CSIS, would that be a database you

22   would go to?  Consolidated Secondary Inspection



Page 150

1    System, would you look at that?

2         A    Again, I'm not an expert in that

3    field.  So the experts, if asked to do that,

4    would be able to identify what systems and to

5    take a look at it.  I don't know which systems.

6         Q    Have you ever asked for any sort of --

7    any sort of report to be run to determine whether

8    a port was actually at its operational capacity?

9         A    We trust our field managers.  If we

10   have any reason not to trust them, then they're

11   going to hear from us.  They're going to explain.

12   That's my answer.

13        Q    Isn't it true that there is a -- there

14   is guidance to ports of entry to keep their

15   detention capacity around 60 or 70 percent?

16        A    Not that I'm aware of.

17             (Deposition Exhibit Number 90 was

18   marked for identification and attached to the

19   transcript.)

20   BY MR. MEDLOCK:

21        Q    Showing you what we marked as Exhibit

22   90 to your deposition, it bears the Bates



Page 151

████████████████████████████████████

████████████████████████████████

████████████████████████████████████

██████████████████████████████

██████████

6        A       Yes, Draganac.

7        Q       Do you see that, sir?

8        A       I do.

9        Q       Okay.  And I think you previously

10   testified Mr. Campbell, Mr. Draganac are your

11   deputies; is that correct?

12       A       That's correct.

██████ ██      █████████████████████████

██████████████████████████████████████

██████████████████████████████

██████ █   ██████

██████ █   ██████████████████████

████████████████████████████████████

███████████████████████████████████

██████████████████████████████████

████████████████████████████████████

███████████████████████████████████



Page 152



20          MS. SHINNERS:  Objection; vague.

21    BY MR. MEDLOCK:

22        Q    All right.  Do you recall responding



Page 153

12    Mr. Koseor's question?

13        A    I really don't recall.

14        Q    As you sit here today, do you know

15    whether there is any sort of guidance on keeping

16    capacity numbers around 60 to 70 percent?

17        A    Not that I can recall.

18        Q    Did you ever tell Mr. Koseor that he

19    was mistaken about the existence of that

20    guidance?

21        A    I really don't remember.

22        Q    You've worked with Mr. Koseor on many



Page 154

1    occasions, correct?

2        A    Not many.  For the 120 days he was in

3    Washington.

4        Q    So he was TDY to Washington for 120

5    days?

6        A    Correct.

7        Q    With the MCAT?

8        A    Yes, sir.

9        Q    During that time, did you interact

10   with him?

11       A    I did.

12       Q    During that time, did you find him to

13   be reliable?

14       A    No reason not to.

15       Q    Did you find any reason to believe he

16   was not paying attention to the policies that

17   were being and guidance that were coming from OFO

18   leadership?

19       A    No.

20       Q    And if Mr. Koseor asked you a

21   question, would you have tried to answer it?

22       A    I don't know where I was on August



Page 155

1    29th.

2        Q    Would you have asked one of your

3    deputies to answer it?

4        A    If I was in the office.  I may have

5    been out.  I don't know this day.  I don't

6    remember this day, I should say.

7        Q    Did you ever, in response to getting

8    this e-mail, ever issue any sort of statement or

9    correction to clarify that there was no policy

10   regarding or guidance about keeping numbers at 60

11   to 70 percent?

12            MS. SHINNERS:  Objection; assumes --

13   misstates the documents, but go ahead.

14            THE WITNESS:  I don't recall.

15            MR. MEDLOCK:  It's 12:15.  I'm getting

16   ready to move to a different topic.  Why don't we

17   take lunch.

18            (A lunch recess was taken.)

19   BY MR. MEDLOCK:

20       Q    Welcome back, sir.

21       A    Thanks.

22       Q    I want to follow-up on a couple of



Page 156

1    loose ends from earlier.



Page 157





Page 158

1    engaging in metering?

2         A     Your question doesn't make sense.

3         Q     Let me make it more concrete.  I'll

4    mark an exhibit.

5              (Deposition Exhibit Number 91 was

6    marked for identification and attached to the

7    transcript.)

8    BY MR. MEDLOCK:



Page 159





Page 160





Page 161





Page 162





Page 163





Page 164



Page 165

1          Q     Okay.  So my question is, a port

2     director has a situation where a number of asylum

3     seekers that are waiting either in shelters in

4     Mexico or at the boundary line exceed the

5     operational capacity of the port, one of the

6     options that the port director has is to increase

7     the throughput of the port by relying on U.S.

8     Border Patrol substations; is that right?

9          A     In relation to a specific event --

10         Q     Just generally they can do that.  Do

11    they have the discretion to do that?

12         A     You're asking me about a document that

13    references --

14         Q     You can put the document aside.

15         A     Okay.

16         Q     Let's just talk generally.  You said

17    that port directors have discretion to deal with

18    processing asylum seekers with respect -- when

19    taking into account the other mission sets --

20         A     They do.

21         Q     -- that CBP has; is that right?

22         A     Correct.



Page 166

```
 1        Q    Do port directors also have the
 2   discretion to use Border Patrol substations and
 3   stations to increase the throughput of asylum
 4   seekers?
 5        A    We have at times -- we have at times
 6   had that capability, yes.  So PDN in our current
 7   MPP process, when individuals are being returned
 8   to Mexico after their first hearing, in some
 9   instances they're claiming asylum -- fear of
10   Mexico, so in very large numbers.  So in those
11   unique circumstances, in El Paso for example, the
12   Border Patrol station's right below our operation
13   at PDN, we would use Border Patrol facilities for
14   that unique situation with our officers providing
15   the care, feeding, and security of those
16   migrants.
17        Q    Do port directors also have the
18   discretion to increase the throughput of asylum
19   seekers by using waiting areas, lobbies, other
20   buildings in the port facility to temporarily
21   house and process asylum seekers?
22        A    We have done that in the past.  In
```



Page 167

1    particular, in San Diego during the Haitian

2    migration influx where we converted spaces that

3    weren't intended for detention, hallways,

4    conference rooms, lunch rooms, et cetera.  But

5    that was a very difficult time and something that

6    we learned from.

7              We're very, very fortunate that nobody

8    was hurt or there was any dangerous situations,

9    medical situations.  It was difficult and

10   something that we don't want to do again for the

11   health, safety of the migrants and for our

12   employees.

13        Q    So does a port director have

14   discretion to use those spaces or has OFO

15   headquarters decided that that cannot happen in

16   the future?

17        A    The instruction has been following

18   2016 that we will not take that risky approach of

19   placing people in unsafe situations where in

20   rooms where -- not designed for detention, unsafe

21   for the migrants and unsafe for our employees.

22        Q    Are you aware of something called



Page 168

1   virtual processing?

2        A     I am.  The -- yeah, the notion of it.

3        Q     What is virtual processing?

4        A     It's where some portion of the

5   processing is done virtually.

6        Q     And with respect to asylum seekers,

7   this could be the interview that's done at

8   secondary inspection; is that right?

9        A     I believe that's one portion of it,

10  sure.

11       Q     And do port directors have the

12  discretion to utilize virtual processing to

13  increase the throughput of asylum seekers at

14  ports of entry?

15       A     I don't believe OFO has exercised

16  that, Office of Field Operations, but it's

17  something Border Patrol has looked at or has done

18  before.

19       Q     So port directors don't have that

20  discretion currently; is that right?

21       A     I don't believe we have that

22  capability.



Page 169

1      Q      Have port directors asked for the

2  capability?

3      A      It comes back to our resources and our

4  priority mission and our duties.  So if you're

5  going to have somebody do that virtually, where

6  is that going to come from?  Who is going to be

7  doing that work?  If you're suggesting that an

8  officer from another port be doing that, then who

9  will be doing that person's work.  So that's --

10 that would be difficult.

11     Q      Does OFO headquarters have the ability

12 to TDY individuals from one port to another?

13     A      Yes.

14     Q      In response to increased numbers of

15 asylum seekers, could OFO headquarters TDY CBP

16 officers from the Canadian border or seaports of

17 entry to ports of entry on the U.S.-Mexico

18 border?

19     A      We can and we have.  Again, that comes

20 at a cost because those officers are gainfully

21 employed where they've come from, and it comes at

22 an impact.  And just recently I think the



Page 170

1    operation was operation secure line where we had

2    731 officers from around the country that were on

3    temporary assignment to assist Border Patrol and

4    -- from the Canadian border, from airports, from

5    other Southern border locations, and the impact

6    was felt and -- from stakeholders and the like.

7    It comes at a cost.

8        Q    Understood.  I'd like to move to

9    talking a little bit more directly about the

10   metering policy.  Is it the case currently that

11   when metering is in effect, CBP officers are

12   placed in positions at or near the limit line

13   between the U.S. and Mexico?

14       A    Yes.

15       Q    And is it the case that when a port of

16   entry is engaged in metering, when a noncitizen

17   without proper travel documents arrives at the

18   border, they will be told that the port is at

19   capacity and that they should return to Mexico

20   and put their name on a wait list?

21       A    We do explain to the individual that

22   our port is at capacity and that we're not able



Page 171

1    to process them at that time.

2         Q    Okay.

3         A    We do not refer them to somebody to

4    get on a list.

5         Q    Okay.  Let me ask the question again.

6    I'll take that predicate out.

7              Is it the case currently that when a

8    port is engaged in metering, when a noncitizen

9    without proper travel documents arrives at the

10   border, they will be told that the port is at

11   capacity and that they should return to be

12   processed later?

13        A    Yes.

14        Q    It has been the case there have been

15   instances where noncitizens without proper travel

16   documents have actually crossed onto U.S. soil

17   before being told by a CBP officer that they

18   should -- that the port's at capacity and they

19   should return later; is that right?

20        A    I'm aware of instances where

21   individuals did cross the boundary line and --

22   can you repeat your question to make sure I



Page 172

1    answer it right?

2        Q    Sure.  I'll try to reask it.

3        A    Sorry.  I apologize.



Page 173





Page 174





Page 175





Page 176

██ ███████████████████████████████████

██    ██    ████████████████████████████████████

██ ██████████████████████████████████████

██ ████████████

██    ██    ███████████████████████████

██ █████████████████████

██    ██    █████████████████████████████████

██ ████████████████████

██    ██    ██████████████████████████████

10        Q      Okay.  Was there ever a time that

11    you're aware of in which migrants without proper

12    travel documents were allowed to cross the

13    boundary line and simply sit outside the port of

14    entry while they were told to wait to be

15    processed?

16        A      I think that occurred before we

17    started queue management process.

18        Q      Is there any difference between

19    metering and queue management?

20        A      No.

21        Q      They're just synonyms for one another?

22        A      Yes.



Page 177

1    Q    The metering guidance that was issued

2    in April 2018, was that issued in response to a

3    migrant caravan approaching the United States?

4    A    I don't know.  I don't -- I don't

5    think so.  I think it was to memorialize the

6    practice of metering, which was called at the

7    time queue management.  That was the first time

8    that specific guidance came out of our

9    headquarters in April of '18.

10   Q    Okay.

11        (Deposition Exhibit Number 92 was

12   marked for identification and attached to the

13   transcript.)

14   BY MR. MEDLOCK:

15   Q    I put in front of you what we marked

16   as Exhibit 92 to your deposition.  It's a

17   multipage e-mail chain that bears the Bates

18   number AOL-DEF-00041757 through 58.  And Exhibit

19   92 is an April 24th through 25th, 2018, e-mail

20   chain amongst Kevin McAleenan, Todd Owen, John

21   Wagner, yourself, Pete Flores, and Sidney Aki; is

22   that right?



Page 178

1    A    Yes.

2    Q    At this time what was Sidney Aki's

3    role?

4    A    Port director of San Ysidro -- let me

5    double-check.  That is his current position.  But

6    I do know he was up at headquarters at some point

7    on temporary assignment.

8    Q    Okay.

9    A    I don't know exactly.

10    Q    So he would have either been on TDY or

11    port director at San Ysidro?

12    A    Yes.

13    Q    How about Pete Flores?

14    A    He's the DFO in San Diego.

15    Q    And John Wagner?

16    A    He's the deputy executive assistant

17    commissioner.  So he's Mr. Owen's deputy.

18    Q    Got it.  So I'm looking at the e-mail

19    sent from Kevin McAleenan on April 24th, 2018, at

20    8:26 p.m.  It's on the second page.

21         Do you see that?

22    A    Yes.







Page 180





Page 181



Page 182





Page 183

1    guidance that you have been referencing earlier

2    in your testimony today?

3          A     Yes.

4          Q     And this is -- this date of April 27,

5    2018, is two to three days after the e-mail chain

6    you were looking at in Exhibits 92 and 93,

7    correct?

8          A     Correct.

9          Q     Does this metering guidance at any

10   point reference a migrant caravan approaching the

11   United States?

12         A     I would have to read it again, but I

13   don't believe so.

14         Q     Okay.  You can read it.  Just let me

15   know if it's in there.

16         A     No.

17         Q     Do you have any reason to believe that

18   this is not the guidance that Commissioner

19   McAleenan was referring to in his April 24th,

20   e-mail?

21         A     I don't recall or recollect this

22   e-mail string or the issuance of this, but it



Page 184

1    would seem to be directly related.

2         Q    Okay.  But isn't it true that even

3    before the migrant caravan that was approaching

4    the United States in April 2018 got to the

5    border, Mexican authorities were already working

6    to break up the caravan?

7         A    I don't remember.

8              MS. SHINNERS:  Sorry.  Excuse me.

9              (Discussion off the record.)

10             (Deposition Exhibit Number 95 was

11   marked for identification and attached to the

12   transcript.)

13   BY MR. MEDLOCK:



Page 185





Page 186

1    the group up."

2              Did I read that correctly?

3        A    Yes.

4        Q    INM is a Mexican immigration

5    authority, correct?

6        A    Yes.

7        Q    Isn't it the case that shortly after

8    the metering policy was issued, the migrant

9    caravan did in fact break up and only about 150

10   individuals ended up applying for asylum in the

11   U.S. from that caravan?

12             MS. SHINNERS:  Object to the scope.

13             THE WITNESS:  I don't remember.

14             (Deposition Exhibit Number 96 was

15   marked for identification and attached to the

16   transcript.)

17   BY MR. MEDLOCK:

18       Q    Sir, marked Exhibit 96 to your

19   deposition, this is a two page e-mail sent on

20   April 28, 2018, at 9:34 a.m. by Brandy Urbine.

21             Do you see that?

22       A    Yes.



Page 187





Page 188

1          A      That's right.

2          Q      Do you recall getting e-mail updates

3     like this sent to you or being briefed on e-mail

4     updates like this from your deputies regarding

5     the migrant caravan?

6          A      I also received this.

7          Q      Right.  Do you recall --

8          A      No.

9          Q      -- any of these SITREPs?

10         A      No.

11         Q      Isn't it true that the San Ysidro port

12    of entry could have processed 150 asylum seekers

13    in less than a week?

14              MS. SHINNERS:  Object to the scope,

15    vague as to time.

16    BY MR. MEDLOCK:



Page 189

1     A     I'm reading this and listening to what

2   you're saying.  It's not making sense.

3     Q     Sure.  You can put the document aside.

4   I'm not asking in reference to that document.







Page 191





Page 192





Page 193





Page 194





Page 195

1    this deposition?

2         A    No.

3         Q    Did you talk to any port director on

4    any border in preparation for this deposition?

5         A    No.

6         Q    Do you think that was necessary?

7              MS. SHINNERS:  Objection; calls for a

8    legal conclusion.

9    BY MR. MEDLOCK:

10        Q    Do you think it was necessary to

11   prepare for this deposition to talk to the

12   individuals that actually had the discretion to,

13   in your words, to determine what their

14   capabilities are on the ground?

15        A    I didn't think it was necessary.



Page 196

1    marked for identification and attached to the

2    transcript.)

3    BY MR. MEDLOCK:



Page 197





Page 198





Page 199





Page 200





Page 201

1        A      It's the next day, isn't it?

2        Q      It's the next day.  If you turn to the

3    third page of the report to the page that's Bates

4    numbered AOL-DEF-00274289, the top of that page

█ ███████████████████████████████████

█    █    ████

█    █    ████████████████████████████████

█ ████████████████████████████████████████

█ ██████████████████████████████

█    █    ██████

█    █    ████████████████████████

█ ████████████████████████████████

█ ██████████████████████████

█    █    ██████

█    █    █████████████████████████████████

█ ███████████████████████████████████

█    █    ██████

█    █    █████████████████████████████

█ ██████████████████████████████

█ ██████████████████████████████

█ █████████████████████████████████

█ ████████████████████████



Page 202

1          A      It did.

2          Q      And if you look on Exhibit 100, none

3    of the ports of entry are at 100 percent actual

4    capacity, correct?

5          A      Correct.

6          Q      And if you look at Exhibit 99, the

7    same page, none of the ports of entry are

8    actually at 100 percent actual capacity; is that

9    right?

10         A      Correct.

11                MR. MEDLOCK:  Mark the next exhibit.

12                (Deposition Exhibit Number 101 was

13    marked for identification and attached to the

14    transcript.)

15    BY MR. MEDLOCK:



Page 203





Page 204

1          Did I read that correctly?

2     A    You did.

█    █    ████████████████████████████

█    ██████████████████████████████

█    ███████████████████████████████

█    ████████████████████████████

7     A    Yes.

█    █    ████████████████████████

█    ███████████████████████████

█    ████████

█    █    █████████████████

█    █    █████████████████████

█    █████████████████████████████

█    ███████████████

█    █    ██████████████

█    █    ████████████████████████

█    ██████████████████████

█    ██████████████████████

█    ██████████████████

20    A    I don't get your question.

21          (Deposition Exhibit Number 102 was

22    marked for identification and attached to the



Page 205

1    transcript.)

2    BY MR. MEDLOCK:

11        A      Yes.

12        Q      I want to focus on --

13               MS. SHINNERS:  So if I may interrupt.

14    There's a couple portions that looks to be --

15    require review for deliberative process.  May I

16    take a moment off the record to confer?

17               MR. MEDLOCK:  Yeah, sure.  Let's take

18    five minutes or so.  Let's take a break.

19               (A brief recess was taken.)

20               MR. MEDLOCK:  Okay.  Go ahead and make

21    your clawback and state for the record.

22               MS. SHINNERS:  Defendants are clawing



Page 206

1     back the document that had been marked as Exhibit

2     Howe Number 102, the beginning Bates number is

3     AOL-DEF-00273358, and the Bates range goes to

4     AOL-DEF-00273360.

5             This document reflects deliberations

6     regarding decisions, including recommendations or

7     considerations, regarding potential plans --

8     potential proposals with respect to policy and

9     operations of an executive agency.  It is

10    predecisional and is subject to the deliberative

11    process privilege.

12            MR. MEDLOCK:  Okay.  We will need to

13    see your -- any sort of privilege log for this,

14    but I'll note for the record that deliberative

15    process privilege only exempts from discovery

16    information reflecting advisory opinions,

17    recommendations, and deliberations comprising the

18    part of a process by which the government

19    decisions are formulated.  That's from Thomas

20    versus Cate, 715 F. Supp. 2d 1012, 1019 (E.D.

21    California 2010) and the burden of establishing

22    the application of the deliberative process



Page 207

1    privilege is on the party asserting this, in this

2    case the government, and the assertion of

3    deliberative process privilege requires 1, of

4    formal claim of privilege; 2, the assertion of

5    the privilege based on actual personal

6    consideration by that official; 3, a detailed

7    specification of the information for which the

8    privilege is claimed with an explanation of why

9    it properly falls within the scope of the

10   privilege; and 4, showing that the material for

11   which the privilege is asserted has been kept

12   confidential.

13              The deliberative process privilege is

14   a qualified privilege importantly, and a litigant

15   may obtain deliberative materials if his or her

16   need for the materials and the need for acute and

17   accurate fact-finding override the government's

18   interest in nondisclosure, and in determining

19   whether the qualified privilege is overwritten

20   the District Court's usually consider 1, the

21   relevance of the evidence; 2, the ability of the

22   availability of other evidence; 3, the



Page 208

1    government's role in the litigation; and 4, the

2    extent to which disclosure would hinder frank and

3    independent discussion regarding contemplated

4    policies and decisions.

5            In this case, I will just state for

6    the record, and it's by way of an offer of proof

7    in case motion practice is needed, that the only

8    sections of this e-mail which we would have

9    questioned Mr. Howe about today are the reference

10   to quote increasing capacity to process

11   additional migrants on -- in the August 7, 2018,

12   e-mail at 7:21 a.m. and his follow-on e-mail from

13   August 7 at 7:23 a.m.

14           So with that, I understand you clawed

15   it back, and we will have to deal with this in

16   additional correspondence, but we will definitely

17   need to understand more about why those specific

18   portions of the document were clawed back.

19           MS. SHINNERS:  We're happy to engage

20   in discussions, including discussions about the

21   privilege and the requirements for a formal

22   assertion over correspondence or the telephone.



Page 209

1           MR. MEDLOCK:  I'm done with my speech.

2     I'll ask you questions about.

3     BY MR. MEDLOCK:



Page 210





Page 211

9            MR. MEDLOCK:  Mark Exhibit 103.

10            (Deposition Exhibit Number 103 was

11    marked for identification and attached to the

12    transcript.)

13    BY MR. MEDLOCK:

14        Q    Sir, I put in front of you an exhibit

15    marked 103 to your deposition.  It is a multipage

16    document that is titled "Laredo field office

17    queue management process contingency plan" dated

18    June 8th, 2018.

19            Do you see that?

20        A    I do.

21        Q    And I'll just state for the record

22    this has the Bates number AOL-DEF-300190370



Page 212

1    through 374.  I'm looking at the executive

2    summary section on the first page.

3            Do you see that, sir?

4        A    I do.

5        Q    And there's several dark major bullet

6    points underneath that, correct?

7        A    I don't see dark.

8        Q    There's black circular bullet points.

9        A    Yes.

██      █          ███████████████████████████

██      ███████████████████████████████████████

██          ███████████████████████

██      █      █████████

██      █          ████████████████████████████

██      ██████████████████████████████████

██      █████████████████████████████████████

██      ████████████████

██      █      ██████

██      █          ██████████████████████████████

██      █████████████████████████████████

██      ███████████████████████████████████

██      █████████████████████████████████



Page 213

1    8, 2018."

2            Did I read that correctly?

3       A   Yes.

22      Q   And you didn't research that question?



Page 214

1       A       No.

2       Q       Did you think that question was

3       relevant to your testimony today?



Page  215

9        Q      So let's talk about the San Diego

10   field office and how they implement those for a

11   second.

12              In the San Diego field office, the

13   Tecate point of entry is a Class A port of entry?

14        A      Yes, it is.

15        Q      Class A means it should be able to

16   process everyone that comes; is that right?

17        A      It is.  Within certain time

18   constraints, it's only open until like ten

19   o'clock at night.

20        Q      And sure.  After that, there is a

21   non-CBP guard who's at the gate, and the border

22   is closed?



Page 216

1          A     I don't know how secured, but it

2     doesn't operate past 10:00.

█    █    ████████████████████

█    ████████████████████████████

█    █████

█    █    ████

█    █    ██████████████████████

█    ████████████████████████

█    ██████████████████████████

█    ███████████

█    █    █████████████████

█    █    █████████████████

█    █████

█    █    █████

15          Q     And there's a much smaller port of

16    entry in the San Ysidro -- in the San Diego field

17    office.  I believe it begins with a "A".

18          A     Andrade.

19          Q     Andrade, is that a Class A port of

20    entry?

21          A     I don't know.

█    █    ████████████████████████



Page 217

14    BY MR. MEDLOCK:

15        Q    Did you speak to Jud Murdock to

16    prepare for your deposition?

17        A    I did not.

18        Q    Do you have regular interaction with

19    him in your day-to-day work?

20        A    He's one of my direct reports.  He's

21    DFO for Houston.

22        Q    Was one of the motivations for the



Page 218

1    metering policy that the more asylum seekers CBP

2    would process, the more that would come?

3        A    I don't understand your question.

4        Q    Sure.  Is -- was -- did CBP implement

5    the metering policy because the more asylum

6    seekers that were processed, the more would come?

7        A    No.

8        Q    If someone expressed that as a

9    motivation for the policy, would that be

10   inaccurate?

11       A    Absolutely.

12            MR. MEDLOCK:  Mark the next exhibit.

13            (Deposition Exhibit Number 104 was

14   marked for identification and attached to the

15   transcript.)

16   BY MR. MEDLOCK:

17       Q    Showing you a copy of an article from

18   BuzzFeed News by Hamed Aleaziz dated December 17,

19   2018, entitled "The Trump administration is

20   slowing the asylum process to discourage

21   applicants, an official told Congress."

22            Do you see that, sir?



Page 219

1      A      What did you just read?  I'm sorry.

2      Q      Sorry, the title of the article.

3      A      Okay, yes.

4      Q      Have you seen a copy of this article

5  before?

6      A      If I did, I don't recall.

7      Q      I'm on the second page of the article,

8  and there is a -- the first full body paragraph

9  begins with "The statement by Jud Murdock."

10          Do you see that?

11     A      I do.

12     Q      That section reads, "The statement by

13 Jud Murdock, CBP's acting assistant commissioner,

14 contradicted official claims that the practice of

15 'metering' - when officials limit the number of

16 individuals who can make asylum claims at ports

17 of entry on any given day - was due to resource

18 constraints, including a lack of detention space

19 and personnel."

20          Did I read that sentence correctly?

21     A      You did.

22     Q      The next paragraph reads, "On December



Page 220

1    6, Murdock said in a closed Congressional

2    briefing that CBP had chosen to limit asylum

3    seekers at ports of entry because 'the more we

4    process, the more will come', according to the

5    letter."

6              Did I read that correctly?

7    A      You did.

8        Q      Do you recall there being claims that

9    Mr. Murdock said, "The more we process, the more

10   will come"?

11       A      Did I recall what?

12       Q      Do you recall there being news

13   accounts that Mr. Murdock said, "The more we

14   process, the more will come" during a briefing to

15   Congressional staffers?

16       A      I don't recall media, but I do recall

17   this occurring.  I don't remember the context,

18   but I do know that Mr. Murdock believed that he

19   was misquoted and taken out of context.  But

20   that's what I -- that's my understanding.



Page 221



12          (Deposition Exhibit Number 105 was

13    marked for identification and attached to the

14    transcript.)

15    BY MR. MEDLOCK:

16        Q      Sir, I put in front of you a multipage

17    e-mail that bears the Bates number

18    AOL-DEF-00028451 through 453.  It is an e-mail

22          Do you see that?



Page 222



1        A      I do.

17              Do you see that?

18       A      I do.

19       Q      And the e-mail states in the section

20   that's attributable to a CBP spokesperson, "CBP

21   routinely briefs members of Congress and staff on

22   important issues across our agency.


MAGNA
LEGAL SERVICES

Page 223

1    Unfortunately, comments made by CBP recently were

2    taken out of context."

3              Did I read that correctly?

4    A    Yes.

5    Q    Anywhere in this statement -- is there

6    anywhere in this prepared statement attributable

7    to a CBP spokesperson in this e-mail that

8    these -- the spokesperson says that Mr. Murdock

9    never said "The more we process, the more will

10   come"?

11   A    I haven't read it yet.

12   Q    Go ahead.

13   A    Sure.  Okay.

14   Q    Anywhere --

15   A    Your question again?

16   Q    Is there anywhere in this press

17   statement where the CBP spokesperson says that

18   Mr. Murdock was misquoted or did not say "The

19   more we process, the more will come"?

20   A    I didn't -- I didn't pick up on that.

21   Q    And if you look above the statement at

22   the very beginning of this e-mail, it says,



Page 224



14            (Deposition Exhibit Number 106 was

15   marked for identification and attached to the

16   transcript.)

17   BY MR. MEDLOCK:

18        Q    Sir, I put in front of you what's been

19   marked Exhibit 106 to your deposition.

20        A    Okay.

21        Q    It's an e-mail chain that has Bates

22   numbers AOL-DEF-00022783 through 784.  And this



Page 225







Page 226



Page 227

1       A    That was your earlier question I

2  thought.

3       Q    Okay.  If it was, it wasn't my -- it

4  wasn't my intent.

20      Q    Have you ever attended strategy

21  sessions for directors of field operations, an

22  off-site strategy session?



Page 228

1    A    Yes.

2    Q    How often are those off-site strategy

3    sessions held?

4    A    We have one main one that's held

5    annually in the summer that all DFOs go to, and

6    then we have off-sites specific for the Northern

7    border DFOs.  We have a separate off-site for

8    Southern border DFOs, and we have a separate

9    off-site for air and sea DFOs.  So four.

10   Q    In your current role do you attend

11   those?

12   A    I do.

13   Q    Do you attend all of them?

14   A    I have unless I missed one.

15   Q    It's your goal to attend all of them

16   at least?

17   A    Yes.

18        (Deposition Exhibit Number 107 was

19   marked for identification and attached to the

20   transcript.)

21   BY MR. MEDLOCK:

22   Q    I put in front of you a one-page



Page 229

1    e-mail that has the Bates number

███  ████████████████████████████████████

███  █████████████████████████████████████

███  ████████████████████████████████████

███      ██    █████

███      ██    ████████████████████

███      ██    ██████

███      ██    █████████████████████████

███  ████████████████████

10              Do you see that?

11      A    I do.

12      Q    And this refers to the Southwestern

13   border DFO meeting that you were talking about in

14   your earlier answer, correct?

15      A    Yes, sir.

16      Q    And amongst the -- there's many, many

17   attachments to this e-mail, right?

18      A    Correct.

19      Q    Would these have been printed out for

20   you and put in some sort of a briefing book, or

21   would you have just opened these and looked at

22   them on your own time?



Page 230

1        A      Good question.  I don't recall.  I

2    really don't know.  Generally I like to keep

3    things electronic.

█    █    ███████████████████████

█    ████████████████████████████

█    ███████████████████████████

█    ████████████

8              Do you see that?

9        A      I do.

█    █    ███████████████████████

█    █████████████████████

█    █    ██████████

█    █    █████████████████████████

█    ████████████████████████

█    █████████████████████████████

█    ████████████████████████████

█    █    ████████████████████████

█    ████████████

█    █    ██████████████████████████

█    ██████████████████████████

█    █    ████████

█    █    █████████████████████████



Page 231





Page 232

█  █  ███████████████████

█  ██████████████████

█  █  ███████████████████

█  █████████

```
 5        Q     Okay.

 6               (Deposition Exhibit Number 108 was

 7    marked for identification and attached to the

 8    transcript.)

 9    BY MR. MEDLOCK:

10        Q     Sir, I put in front of you what we

11    marked as Exhibit 108 to your deposition.  It is

12    a two-page e-mail chain that begins with

13    AOL-DEF-00250231 and goes to 232.  And this is a
```

█  ██████████████████████

█  ███████████████████████

█  █████████████████

```
17        A     Yes.

18        Q     What was Anne Maricich's role at this

19    time?

20        A     She's a deputy DFO under Pete Flores

21    who's the DFO.

22        Q     For which field office?
```



Page 233

1        A      I'm sorry.  For San Diego.

2        Q      What was David Salazar's role at this

3    time?

4        A      I'm not sure.  He is the port director

5    for Calexico currently.

██      ██      ████████████████████████

██    ██████████████████████████████████

██    ██████████████████████████████████

9    Do you know what Johnny Armijo's role would have

10   been?

11       A      He works for Pete Flores in San Diego.

12   He's assistant director for border security.

13       Q      In the field office there?

14       A      In San Diego.

██      ██      ████████████████████

██    █████████████████████████████

██    ██████████████████████████████████

██    ███████

██      ██      ████

██      ██      ████████████████████████

██    ███████

██      ██      ██████



Page 234



4        A       I do.



Page 235



22        Q        So either Mr. Draganac or Mr.



Page 236

1    Campbell?

2         A     Correct.

3               (Deposition Exhibit Number 109 was

4    marked for identification and attached to the

5    transcript.)

6    BY MR. MEDLOCK:

7         Q     I put in front of you a one-page

8    e-mail marked as Exhibit 109 to your deposition.

9    It bears the Bates number AOL-DEF-00910155.  This



Page 237





Page  238

███  ████████████████████████████████████████

███  ██████████████████████████

███      ███  ████████████████████████

```
 4        Q        In preparation for this deposition,

 5   did you do anything to research investigations by

 6   the Department of Homeland Security's Office of

 7   the Inspector General related to the processing

 8   of asylum seekers at ports of entry?

 9        A        I'm aware of the report from OIG on

10   Tecate.  I'm sorry.  The report from OIG on the

11   Tecate port of entry.

12        Q        When you say "OIG", that's short of

13   the Office of Inspector General?

14        A        Yes.

15        Q        Are you aware of any other OIG reports

16   that relate to metering?

17        A        I don't think so.

18        Q        Did you ever have cause to review a

19   September 27, 2018, OIG report entitled "Special

20   review - initial observations regarding family

21   separation issues under the zero tolerance

22   policy"?
```



MAGNA
LEGAL SERVICES

Page 239

 1      A     I don't know.  If that's the Tecate

 2   one, then yes.

 3      Q     It's not.

 4      A     I have to take a look at it.

 5            MS. SHINNERS:  I'll object to this --

 6   well, it all depends on your questions.

 7            (Deposition Exhibit Number 110 was

 8   marked for identification and attached to the

 9   transcript.)

10   BY MR. MEDLOCK:

11      Q     I put in front of you Exhibit 110 to

12   this -- to your deposition.  It's a September 27,

13   2018, report from the Office of Inspector General

14   of the Department of Homeland Security entitled

15   "Special review - initial observations regarding

16   family separation issues under the zero tolerance

17   policy."  Take a moment to look at it, but my

18   question for you is, have you ever seen this

19   document before?

20      A     If I did, I don't recall, and just at

21   the first quick glance, I think this really is

22   more directed toward Border Patrol, but I may be



Page 240

1    wrong.

2         Q     Can you turn to the page at the bottom

3    that has the Bates number AOL-DEF-00205057.

4               Are you on that page, sir?

5         A     I am.

6         Q     I'm looking towards the bottom of the

7    page.  There's an underlined section that reads,

8    "CBP regulated the number of asylum seekers

9    entering the port of entry, which may have

10   resulted in additional illegal border crossings."

11              Did I read that correctly?

12        A     You did.

13        Q     Did you do anything in preparation for

14   this deposition to determine whether CBP or OFO

15   disagree with the findings in the section of this

16   report entitled "CBP regulated a number of asylum

17   seekers entering at ports of entry, which may

18   have resulted in additional illegal border

19   crossings"?

20              MS. SHINNERS:  Object to the scope.

21   You can answer.

22              THE WITNESS:  I believe this is the



Page 241

1    first time I've seen it and not familiar with it.

2    BY MR. MEDLOCK:

3        Q     Okay.  In that section there is a

4    sentence that begins with "However" about two

5    lines up from the bottom.

6        A     Yes.

7        Q     Do you see that sentence, sir?

8        A     I do.

9        Q     That sentence reads, "However, at the

10   same time, CBP was regulating the flow of asylum

11   seekers at ports of entry through 'metering', a

12   practice CBP has utilized at least as far back as

13   2016 to regulate the flow of individuals at ports

14   of entry."

15            Did I read that correctly, sir?

16       A     You did.

17       Q     And is it your understanding that CBP

18   did in fact begin metering at ports of entry

19   going back as far as 2016?

20       A     I think what we discussed earlier.

21       Q     When in 2016 did CBP start metering?

22       A     Sometime in '16 when we had the large



MAGNA
LEGAL SERVICES

Page 242

1    number of Haitian migrants present themselves in

2    San Diego.

3         Q     Do you know if that occurred around --

4    in the summer of 2016?

5         A     I really don't know.

6         Q     Did you interview anybody who was

7    stationed at the San Ysidro port of entry in 2016

8    in preparation for your deposition today?

9         A     No.

10        Q     Did you ever ask anybody at CBP what

11   the motivation was for beginning metering at the

12   San Ysidro port of entry in 2016 when the influx

13   of Haitian immigrants grants arrived?

14        A     I just know what the reason is based

15   on my knowledge of why we're doing queue

16   management now.

17        Q     But beyond that, you didn't do any

18   independent investigation?

19        A     No.

20        Q     And you weren't actually -- you didn't

21   actually have any managerial responsibility for

22   the San Ysidro port of entry in 2016?



Page 243

1        A     I did not.

2        Q     Do you know whether the Haitian

3   immigrants that you talked about that were

4   outside the San Ysidro port of entry in 2016 were

5   requesting asylum in the United States or some

6   sort of other immigration relief?

7        A     I don't know for sure, but I would

8   assume asylum.

9        Q     And that's just your assumption

10   though?

11        A     Yes.

12              (Deposition Exhibit Number 111 was

13   marked for identification and attached to the

14   transcript.)

15   BY MR. MEDLOCK:

16        Q     I put in front of you what's been

17   marked as Exhibit 111 to your deposition.  It's a

18   multipage memorandum from John V. Kelly, senior

19   official performing the duties of the Inspector

20   General of DHS dated October 29, 2018.

21              Do you see that?

22        A     I do.



Page 244

```
 1       Q     And the subject line is "CBP's

 2   processing of asylum seekers at ports of entry."

 3             Did I read that correctly?

 4       A     Yes.

 5       Q     And in this memorandum, Mr. Kelly

 6   states that CBP is continuing to review CBP's

 7   policies with respect to processing asylum

 8   seekers at ports of entry, correct?

 9       A     Are you reading a sentence?

10       Q     I'm summarizing the sentence.

11       A     I've never read it before, so I don't

12   know what it says.

13       Q     Okay.  Can you read it now?

14       A     Sure.  Okay.  Can you ask the question

15   again?

16       Q     Sure.  In this memorandum, Mr. Kelly

17   states that DHS OIG is continuing its

18   investigation into the processing of asylum

19   seekers at ports of entry; is that right?

20       A     Yes.

21       Q     He says there are two objectives they

22   are trying to determine; is that right?
```



Page 245

1          A     Yes.

2          Q     And one of them is whether CBP Office

3     of Field Operations is turning away those who

4     present themselves for an asylum at ports of

5     entry; is that right?

6          A     That's what it says.

7                (Deposition Exhibit Number 112 was

8     marked for identification and attached to the

9     transcript.)

10    BY MR. MEDLOCK:

11         Q     Sir, I put in front of you what we

12    have marked as Exhibit 112 to your deposition.

13    It's a multi -- it's a two-page, I should say,

14    information request dated February 22nd, 2019.

15    It has the Bates number AOL-DEF-00208172 through

16    173.  Have you ever seen this document before,

17    sir?

18         A     I don't recall.

19         Q     Have you ever gotten an information

20    request from the Office of Inspector General

21    before?

22         A     Me directly, I don't know.  Perhaps.



Page 246

```
 1        Q      They might have been directed to your

 2   staff who handled it?

 3        A      Yeah.  We have a correspondence staff

 4   that handles these types of inquiries and then

 5   coordinates the responses.

 6        Q      Understood.  This is a -- this

 7   document states it's related to DHS OIG project

 8   18-122, CBP's processing asylum seekers at ports

 9   of entry.

10               Do you see that, sir?

11        A      Yes, sir.

12        Q      And then there's several numbered

13   requests that go from the first page to the

14   second page, correct?

15        A      Yes.

16        Q      The second request reads, "Any policy,

17   guidance, musters, et cetera related to a change

18   from SWB POEs detention capacity to operational

19   capacity."

20               Did I read that correctly, sir?

21        A      Yes.
```



Page 247

█  ████████████████████

█    █    ██████████████████

█  ████████████████████████████████

█  ███████

█    █    ████████████████████████

█  █████

█    █    ████████████████████████

 8          MR. MEDLOCK:  Mark the next exhibit.

 9          (Deposition Exhibit Number 113 was

10    marked for identification and attached to the

11    transcript.)

12    BY MR. MEDLOCK:

13    Q    Sir, I put in front of you Exhibit 113

14    to your deposition.  It is a multipage report

15    from the Office of Inspector General, the

16    Department of Homeland Security dated September

17    26, 2019, entitled "Investigation of alleged

18    violations of immigration laws at Tecate,

19    California, port of entry by U.S. Customs &

20    Border Protection personnel."

21          Do you see that, sir?

22    A    I do.



Page 248

 1       Q      I state for the record that is Bates

 2    number AOL-DEF-00615546 through 563?

 3              MS. SHINNERS:  And if I may note for

 4    the record, this is an unredacted version of the

 5    report.  So were you going to say this should be

 6    designated -- the pages with the lawyer's names

 7    should be designated highly confidential?

 8              MR. MEDLOCK:  Correct.  I will

 9    endeavor not to read the name.

10              MS. SHINNERS:  Absolutely, just for

11    the purposes of the exhibit that's going to be

12    attached to the deposition.

13    BY MR. MEDLOCK:

14       Q      Sir, have you seen a copy of this OIG

15    report before?

16       A      I have.

17       Q      When did you first see a copy?

18       A      I don't know exactly, but I am

19    assuming soon after it was issued or whenever it

20    was released to CBP.  So sometime late September,

21    October last year.



Page 249



17        Q        On the second page of the document,

18    the one that ends in 547, there's a section that

19    says "What we found."

20            Do you see that?

21        A        Sorry.  I don't.

22        Q        Sorry.  I'm actually looking before


MAGNA
LEGAL SERVICES

Page 250

1    you get to that.  Just the cover that says "What

2    we found."

3          A      Yes.

4          Q      And on Page 547 under "What we found",

5    there's three main body paragraphs, one that

6    begins "First", one that says "Second", and one

7    that says "Finally", correct?

8          A      Yes.

9          Q      I'm on the one that begins with

10   "First."  That reads, "First, we found that

11   contrary to federal law and U.S. Customs and

12   Border Protection (CBP) policy, CBP officials at

13   the Tecate, California, port of entry returned

14   some asylum applicants from inside the United

15   States back to Mexico and instructed those

16   individuals to go to other ports of entry to make

17   their asylum claims."

18               Did I read that correctly?

19          A      You did.

██      █      ████████████████████

██    ████████████████████████████

██    ████████████████████████████



Page 251





Page 252

████  █           ████████████████████████████

████  ████████████████████████████████

████  ████████████████████████████████

████  ████████████████████████████████████

████  ██████

████  █       ████████████████████████████

████  █████

```
 8              (Deposition Exhibit Number 114 was

 9      marked for identification and attached to the

10      transcript.)

11      BY MR. MEDLOCK:

12          Q    Sir, put in front of you marked as

13      Exhibit 114 to your deposition.  It's a one-page

14      e-mail, bears the Bates number AOL-DEF-00094644.
```

███  ████████████████████████████

███  ████████████████████████████

███  ██████████████████

```
18          A    Yes.

19          Q    At the time of this e-mail, Alberto

20      Flores was the acting port director for the

21      Laredo port of entry, correct?

22          A    Correct.
```



Page 253





Page 254





Page 255





Page 256



21        Q        Okay.  Can we take, like, five

22     minutes?



Page 257

1        A      Sure.

2               (A brief recess was taken.)

3               MR. MEDLOCK:   I'm going to hand over

4    the questioning to my colleague, Mr. Guisado.

5        FURTHER EXAMINATION BY COUNSEL FOR THE

6    PLAINTIFFS

7    BY MR. GUISADO:

8        Q     Good afternoon, Mr. Howe.

9               MS. SHINNERS:   May I interrupt off the

10   record.

11              (Discussion off the record.)

12   BY MR. GUISADO:

13       Q     Good afternoon, Mr. Howe.   I'm going

14   to be talking to you a little bit today asking

15   questions about generally communications between

16   CBP and the Mexican government.

17       A     Okay.

18       Q     Generally INM but perhaps some

19   subsidiary entities and maybe if it's relevant

20   and you can speak knowledgeably about it, any

21   other subagencies within DHS.

22       A     Okay.


MAGNA
LEGAL SERVICES

Page 258

1      Q      Earlier today my colleague asked you

2    what you did to prepare for the deposition.

3             Do you remember that?

4      A      Correct.

5      Q      You said you met with certain subject

6    matter experts; is that right?

7      A      I did.

8      Q      You said that you got a little tune-up

9    on asylum processing; is that right?

10     A      Right.

11     Q      You said generally at a high level you

12   discussed some topics relating to asylum

13   processing; is that right?

14     A      Correct.

15     Q      Do you recall specifically, without

16   getting into the substance of any conversations

17   with your lawyers, anything specifically relating

18   to intergovernmental communication, so between

19   CBP and INM?

20     A      Outside of --

21     Q      Yes, outside of counsel.

22     A      No.  We did talk about that.



Page 259

1        Q        You spoke with your lawyer about it?

2        A        Yes.

3        Q        Outside of speaking with your counsel,

4     did you review any documents relating to

5     intergovernmental communications?

6        A        Outside of counsel, no.

7        Q        Did you speak to anyone who's employed

8     at CBP in preparation for this deposition about

9     intergovernmental communications?

10       A        Not outside of counsel.

11       Q        Okay.  Great.  From 2016 to the

12    present, did CBP ever communicate with any

13    Mexican government agencies?

14       A        We communicate with Mexican government

15    agencies on a daily basis.

16       Q        On a daily basis.  About what?

17       A        At a local level.

18       Q        At a local level?

19       A        Yes.

20       Q        As opposed to?

21       A        Well you mentioned CBP.

22       Q        Yes.



Page 260

1      A    So I work at CBP headquarters, so now

2  I reference the communication that we have with

3  Mexican authorities at a local level.

4      Q    Can you describe to me the

5  communications on a local level?

6      A    Sure.

7           MS. SHINNERS:  I just -- I object to

8  the scope to the extent it exceeds the scope of

9  the Topic 15 and object to vagueness as to -- in

10 that regard as well to the type of

11 communications.

12 BY MR. GUISADO:

13     Q    You can answer.



Page 261

 6          MS. SHINNERS:  Object to the scope.

16          MS. SHINNERS:  Object to the scope.

17          THE WITNESS:  I don't understand the

18   question.

19          MR. GUISADO:  I'm going to give you a

20   standing objection until I get specifically to

21   queue management.

22   BY MR. GUISADO:



Page 262



17      Q      Thank you.  Sorry.  What's the AEU for

18  the record?

19      A      Admissibility enforcement unit, I

20  think.

21      Q      What about the IOU?

22      A      Not sure what that is.



Page 263

1      Q     If I told you it stood for the

2   international liaison unit, would that ring any

3   bells?

4      A     I know that there are government

5   agencies around the world that have immigration

6   liaison officers.  Generally, they're stationed

7   at airports.  Our equivalents would be the

8   immigration advisory program.  So we may be

9   talking about the same thing.  We may be talking

10  about two different things.  I don't know.

11     Q     I'll show you a document in a bit, and

12  maybe that will clear that up.  Thank you for

13  that.



Page 264





Page 265





Page 266



17     Q     Thank you.

18            (Deposition Exhibit Number 115 was

19     marked for identification and attached to the

20     transcript.)

21     BY MR. GUISADO:

22     Q     Mr. Howe, I'm showing you what's been



Page 267

1    marked as Exhibit 115 for your deposition, Bates

2    number AOL-DEF-00261937 running all the way

▮    ████████████████████████████████████

▮    ███████████████████████████████

▮    ████████████████████████████████████

6         Do you see that?

7    A    I do.

8    Q    Have you seen this document before?

9    A    If I did, I don't recall.

10   Q    I'd like to focus on Bates stamp

11   ending 1942.  That's Page 6 of 10 of the

▮    ████████████████████████████████████

▮    ██████████████████████████

▮    ██████████

▮         ▮    ██████

▮         ▮    ████████████████

▮    ████████████████████████

▮              ████████████

▮         ▮    ██████

▮         ▮    ██████████████████

▮    ████████████████████████████████████

▮    ████████████████████████████████████



Page 268

████████████████████████

██████████████████████

████████████████████████

 4      A      I'm not sure.  It sounds familiar.

 5      Q      If I told you it was a subagency under

 6    INM responsible for asylum seeking, would that

 7    ring any bells?

 8      A      Not really.  I certainly have heard

 9    the name before.

10      Q      Did you ever -- when you had occasion

11    to see the name Grupo Beta before, did you ever

12    ask anyone what it meant?

13      A      I don't recall.

14      Q      Did you ever investigate?

15      A      In the context that I saw it before,

16    heard it before, probably was pretty clear to me.

17    But not seeing or hearing that name very

18    frequently, I can't recall.

19      Q      Maybe I have a document that might

20    refresh your recollection.

21      A      Very good.

22      Q      You can put 115 to the side.



Page 269

1              (Deposition Exhibit Number 116 was

2    marked for identification and attached to the

3    transcript.)

4    BY MR. GUISADO:

5        Q    Mr. Howe, I'm showing you what's

6    marked as Exhibit 116 to your deposition, Bates

7    number AOL-DEF-00706277 running through 6278.

8    Have you seen this document before?

9        A    I don't recall.  It doesn't look

10   familiar.

11       Q    I apologize for the small print, but

12   can you see that it's a series of e-mail

13   exchanges in November 2016 from CBP employees?

14   Do you see that?

15       A    I do.

19             Do you see that?

20       A    I do.

21       Q    What is CBP CAT?

22       A    I don't know.


MAGNA
LEGAL SERVICES

Page 270

1       Q      You never heard it before?

2       A      Yeah, I can't think what the acronym

3    is, but I don't remember that.  Crisis Action

4    Team?

5       Q      Better guess than I had.  So the





15   the answer to the question, right?

16        Q    I'm sorry?



Page 272





Page 273





Page 274

█  █  ████████████████████████

█  ██████████████████████

█  ████████████████████████████

█  ██████████████████████████

█  ████████████████████████████

█  ████████████████████████████

█  ████████████████████████████

█  █████████████

9        Q    Are you familiar with the AEU?

10       A    That's a term that one particular port

11  of entry uses.

12       Q    That's specific to San Ysidro?

13       A    Yes.  There may be some other ports

14  that use that same term, but it really is -- I

15  think it originated in San Diego.

16       Q    Which CBP employees constitute the AEU

17  to the best of your knowledge?

18            MS. SHINNERS:  Object; vague as to

19  time frame.

20  BY MR. GUISADO:

21       Q    Between 2016 and 2019 at San Ysidro,

22  which CBP employees constitute the AEU?


MAGNA
LEGAL SERVICES

Page 275



Page 276

████  ███  ████████████████████████

███  ██████████████████████████████

███  █████████████████████████████████████

███  ███  ████████████████████████████████

███  ████████████████████████████████████████████

███  ███████████████████████████████████████

███  ██████

███  ███  ███████████████████████

███  ████████████████████████████████████

███  ████████████████████████████████████████

███  ██████████████████████████████████

12        Q      Can we take a five-minute break?

13        A      Sure.

14               (A brief recess was taken.)

15    BY MR. GUISADO:

16        Q      Mr. Howe, we were discussing before

17    the break, intergovernmental communications

18    between CBP and Grupo Beta.  Do you recall that?

19        A      I do.

20        Q      You testified earlier in this

21    deposition that you spent about four days with

22    your counsel preparing for this deposition; is



Page 277

1    that right?

2         A    Four days, no.

3         Q    Not four total days.  Tell me how long

4    did you spend preparing for this deposition with

5    your counsel.

6         A    So we had -- we talked about it

7    before.  But last Friday we did it for 9:00 to

8    4:00, and then earlier in the week for about an

9    hour and a half and the week before 45 minutes.

10   So some time.

11        Q    Did you go over -- and excuse me,

12   because I don't have it in front of me.  There

13   was a previous exhibit that listed all of the

14   30(b)(6) topics.  Do you recall being shown that

15   exhibit today?

16        A    Yes, sir.

17        Q    Do you recall, not off the top of your

18   head, but there was a Topic Number 15 that

19   related to intergovernmental communications

20   between CBP and Mexican immigration?

21        A    Yes.

22        Q    Do you remember that?



Page 278

1              Roughly how much of your time spent

2     with counsel related to that topic number?

3         A    I don't recall specifically.

4         Q    Without telling me anything about the

5     substance of the document, did you review any

6     documents that related to Topic Number 15?

7         A    I believe so, but I -- maybe a couple

8     documents.

9         Q    A couple documents.

10        A    Yeah.

11        Q    You testified that you met with

12    certain subject matter experts; is that right?

13        A    Correct.

14        Q    Did any of those subject matter

15    experts discuss with you intergovernmental

16    communications between CBP and INM?

17        A    No.

18        Q    Did you discuss intergovernmental

19    communications in preparation for this deposition

20    with anyone else at CBP?

21        A    No.

22        Q    Did you, at any point in preparation



Page 279

1    for this deposition, visit any ports of entry?

2         A       I visited ports of entry in the

3    Southwest border previously.

4         Q       During those visits, did you ever have

5    occasion to discuss intergovernmental

6    communications with -- between CBP and Mexico

7    relating to metering?

8         A       I'm sure we did.

9         Q       But you can't recall specifically?



Page 280



19        Q      Is San Ysidro the busiest pedestrian

20    crossing port of entry in the country?

21        A      I believe it's the busiest port of

22    entry, not only for pedestrians but for vehicles.



Page 281

1        Q      For vehicles as well?

2        A      Yeah.

3        Q      Does it receive the most, if you know,

4    applications for asylum compared to other ports

5    of entry?

6        A      Based on sheer volume, probably.  When

7    you're looking at pedestrians, on average they

8    process at San Diego about 13 to 15,000

9    pedestrians a day.  The other -- some of the

10   other Southwest border crossings, one in Laredo,

11   I think it's Lincoln Bridge, about 10 to 13,000.

12   PDN, about 13,000 on average.

13       Q      PDN is El Paso?

14       A      Yes, El Paso.  Paso del Norte.

15       Q      El Paso is either in second or third.

16       A      About 10 to 13,000.  But San Diego is

17   very busy.

18       Q      Okay.  In preparation for this

19   deposition, did you ever speak to any first-,

20   second-, or third-line managers about asylum --

21   the asylum process?

22       A      No.



Page 282

1       Q       Even though, as you stated, San

2    Ysidro, San Diego is generally the busiest

3    pedestrian crossing?

4       A       It is generally.

5               (Deposition Exhibit Number 117 was

6    marked for identification and attached to the

7    transcript.)

8    BY MR. GUISADO:

9       Q       Mr. Howe, showing what we marked as

10   Exhibit 117, Bates number AOL-DEF-00349672 that's

11   going through AOL-DEF-00349674.

12              Do you see that?

13      A       I do.

14      Q       Exhibit 117 doesn't seem to have a

15   title; is that right?

16      A       I don't see a title.

17      Q       And it doesn't have a date on it

18   either; is that right?

19      A       I don't see a date.



Page 283

10          Have you seen this document before?

11     A     I don't recall that I have.

16     A     That's what the document states.  I'm

17     not sure what your question is.

18     Q     Is it a best practice to the extent of

19     your knowledge?

20          MS. SHINNERS:  Objection to the

21     scope -- excuse me.  Objection; vague as

22     practices as to where.



Page 284

```
1              THE WITNESS:  I don't understand your

2     question.

3     BY MR. GUISADO:

4          Q    Let me ask a better question.

5          A    The document doesn't have a title.
```



Page 285



14          MS. SHINNERS:  Objection; vague.

22      BY MR. GUISADO:



Page 286

███  ██  ████████████████████████

███  █████████████████

███  ██  ████████████████

███████████████████████████████████████

██████████████████████████████████

████████████████████████████████

██████████████████████████████

8      Q      You've never attended any of these

9  meetings?

10     A      Never worked on the San Diego during

11  this time period.

12     Q      Do you know how regularly they occur?

13     A      I don't.

14     Q      Have you ever asked anyone how

15  regularly they occur?

16     A      No.

17     Q      Have you ever spoken with anyone at

18  CBP about meetings between CBP and Mexican

19  immigration about metering?

20     A      No.

21          (Deposition Exhibit Number 118 was

22  marked for identification and attached to the



Page 287

1    transcript.)

2    BY MR. GUISADO:

3        Q    Mr. Howe, I'm showing you what's been

4    marked as Exhibit 118 bearing the Bates stamp

5    AOL-DEF-00274019 through 4020.  Do you see that?

6        A    I do.

7        Q    Exhibit 118 appears to be an e-mail

8    sent Friday, September 6th, 2019.  It's a

9    significant visit summary from OFO.

10              Do you see that?

11        A    Excuse me.  I do.

          ██    ██    ████████████████████████████████

          ██    ████████████████████████████████████████

          ██    ██████████████████████

15              Do you see that?

16        A    Yes, I do.

          ██    ██    ████████████████████████████████

          ██    ██████████████████████████████

          ██    ████████████████████████████████████████

          ██    ████████████████████████████

          ██    ████████████████████████████████████████

          ██    ██████████████████████████



▮    ███████████████████████████████████████

▮    ██████████████████████████████

3        A     I'm not sure.

4        Q     Is this the first time you've ever

5   seen the name before?

6        A     In my position, I would have been

7   copied on this when it was sent out.  So whether

8   or not I read it very carefully at that time, I

9   don't know.  I'm trying to skim it quickly here.

10  It seems vaguely familiar.  But I'm not familiar

11  with that COESPO.

12       Q     Do you know what they refer to when --

13  excuse me.  Do you know what the document refers

14  to when it says "metering list"?

15       A     I know that there are individuals that

16  are on the Mexican side waiting to cross to be

17  processed.  So they may be referring to that

18  number of people.  What I don't know is if this

19  Chihuahua state is only talking about the area

20  adjacent to El Paso or is that a Southwest border

21  entity.  Are they speaking on behalf of the whole

22  Southwest border, or is it just the state across



Page 289

1    from El Paso?  I don't know enough about that

2    state agency to know what their scope is.

3        Q    Why would that state agency maintain a

4    metering list?

5            MS. SHINNERS:  Objection; calls for

6    speculation.

7    BY MR. GUISADO:

8        Q    You can answer, if you know.

9        A    I really don't know.

10       Q    Do you know if COESPO is under INM as

11   a subagency?

12       A    I do not know that.

13       Q    Do you know if CBP communicates with

14   COESPO with respect metering?

15       A    I don't know.

16       Q    How does an asylum seeker apply for

17   asylum at the El Paso port of entry?  Let's take

18   PDN, specifically.

19       A    That's one of the crossings.  It's an

20   international boundary where -- it's a bridge.

21   So it's a border crossing, and the boundary line

22   is in the middle of the bridge.  So undocumented



Page 290

1    individuals present themselves at that boundary

2    line based on our queue management.  We have the

3    capability of taking migrants from that boundary

4    point to our port of entry.

5         Q     What happens if -- because of queue

6    management, you cannot accept the asylum seeker

7    at that time?

8         A     They don't cross.  They stay in Mexico

9    until we have the capacity.

10        Q     Do you have any knowledge of how an

11   asylum seeker would know when to come back?

12        A     It varies by location.  So in San

13   Diego -- the Mexican immigration work closely

14   with shelters, and they kind of manage that whole

15   process.

16        Q     How does that information get to CBP?

17        A     We don't have that information.

18        Q     You don't have that information?

19        A     No.

20        Q     You can put the document to the side.

21        A     Thank you.

22             (Deposition Exhibit Number 119 was



Page 291

1    marked for identification and attached to the

2    transcript.)

3    BY MR. GUISADO:

4        Q    Mr. Howe, I'm showing you what's been

5    marked as Exhibit 119, bearing Bates stamp



Page 292



7    BY MR. GUISADO:

8        Q    You can answer.



Page 293



```
21        Q       Same reason you don't know why CBP

22   would contact COESPO?
```



Page 294

1        A    Let's finish the first thing.  Can I

2    go back to this and read this?

3        Q    Of course.  Take your time.

10            MS. SHINNERS:  Objection; scope.

11   BY MR. GUISADO:

12        Q    You can answer.

13        A    To be able to be better prepared to --

14   be better prepared to be able to deal with the

15   complexities of what we do.

16        Q    Can you be more specific?

17        A    It's hard to speculate.  I mean back

18   in that time frame, San Diego, what we were



Page 295





5          MS. SHINNERS:  Objection; misstates

6    testimony and prior questions.

7          THE WITNESS:  I don't know.

8          MR. GUISADO:  You don't know.  Take

9    five minutes.

10         THE WITNESS:  Yes, sir.

11         (A brief recess was taken.)

12         MR. MEDLOCK:  Sir, those are the

13   questions we have for you at this time.  I don't

14   know if your counsel has questions.

15         MS. SHINNERS:  I do.  Would it be

16   okay -- I know we just took a break, but we

17   didn't -- would it be okay if we just took about

18   10 to 13 minutes -- 10 to 15 minutes to just go

19   over everything?  I do -- I do have some

20   questions.  I don't think it will be super long.

21         MR. MEDLOCK:  That's fine.

22         (A brief recess was taken.)



Page 297

1          EXAMINATION BY COUNSEL FOR THE DEFENDANTS

2     BY MS. SHINNERS:

3          Q     Mr. Howe, you have in front of you

4     what was earlier marked by the court reporter as

5     Exhibit 88, correct?

6          A     Correct.

7          Q     I'm just going to ask you one

15               MR. MEDLOCK:  Objection.  That's two

16    questions.  You said you'd only ask him one.

17    BY MS. SHINNERS:

22          Q     Okay.



Page 298

1       A       For those ports of entry.

2       Q       Thank you.  Earlier in your testimony

3  you referred -- you were asked the acronym or

4  initial UAC and what that stands for, and I

5  believe you said undocumented alien children.  Is

6  that what UAC stands for?

7       A       If I did, I was tongue-tied.  It's

8  unaccompanied alien child.

9       Q       Great.  Thank you.

10      A       Not undocumented.

11      Q       Okay.  So earlier in your testimony,

12  Mr. Medlock asked you -- I believe he asked you

13  about times when CBP OFO would prioritize the

14  processing of aliens without documents, and you

15  discussed -- you discussed circumstances where

16  aliens who are members of vulnerable populations

17  might be processed as a matter of priority.

18              Would CBP or OFO have to divert

19  resources to process the vulnerable populations?

20      A       Depending upon the impact and how many

21  people we're talking about.  It would have to

22  come at a cost because all of our officers are



Page 299

1    focused on our priority mission.  So we wouldn't

2    divert our resources from our counter-terrorism,

3    our counter-narcotic.  If we had a group of

4    vulnerable population, it would have to come at a

5    cost to be able to process them, the care and

6    feeding, security.  So most likely it would come

7    from our facilitation mission.

8              So at a port of entry that has, let's

9    say, 25 auto lanes or 12 pedestrian lanes, we may

10   have to close down lanes and redirect those

11   officer resources from that function to process

12   those vulnerable populations.

13       Q    Okay.  Switching gears -- switching

14   topics, you were discussing early in your

15   testimony about communications between port

16   operations from ports of entry along the

17   Southwest border with Mexican government

18   officials.  Do you recall that testimony?

19       A    I do.



Page 300

▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬▬

▮       ▮    ▬▬▬▬▬▬

4            MR. MEDLOCK:  Object to form as

5   leading.

6            THE WITNESS:  I didn't hear what was

7   said.

8            MR. MEDLOCK:  I objected to the form

9   of the question as leading.  It's all right.  You

10  can go ahead.

11           THE WITNESS:  I'm sorry.  Could you

12  restate?

13  BY MS. SHINNERS:

14      Q    I'll ask a different way.

15      A    Okay.

▮       ▮    ▬▬▬▬▬▬▬▬▬

▮   ▬▬▬▬▬▬▬▬▬▬▬▬

▮   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮   ▬▬▬▬

20           MR. MEDLOCK:  Object to the form for

21  the same reason.

▮            ▬▬▬▬▬▬▬▬▬



Page 301

██   ████████████████████████████████████
██   ██████████████████████████████████████
██   ███████████████████████████████████
██   ███████████████████████████████████
██   ██████████████████████████████████
██   ███████████████████████████████████
██   █████████████████████████████████████
██   ██████████████████████████████████████
██   █████████████████████████████████████
██   ████████████████████

11          MS. SHINNERS:  That's all the

12   questions I have for you.

13          MR. MEDLOCK:  No redirect.  Thank you.

14          MS. SHINNERS:  Just want to note that

15   the witness would like to read and sign and that,

16   just for the record, just note the transcript is

17   designated confidential for 30 days from receipt.

18   (Whereupon, the signature not having been waived,

19   the deposition concluded at 4:53 p.m.)

20

21

22



Page 302

1                           *    *    *

2                ACKNOWLEDGMENT OF DEPONENT

3

4    I, Randy J. Howe, do hereby acknowledge I have

5    read and examined the foregoing pages of

6    testimony, and the same is a true, correct and

7    complete transcription of the testimony given by

8    me, and any changes and/or corrections, if any,

9    appear in the attached errata sheet signed by me.

10

11

12    _____    _____

13    Date        Randy J. Howe

14

15

16

17

18

19

20

21

22



Page 303

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2              I, Tammy S. Newton, the officer before

3    whom the foregoing proceedings was taken, do

4    hereby certify that the foregoing transcript is a

5    true and correct record of the proceedings; that

6    said proceedings were taken by me

7    stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by

10   any of the parties to this case and have no

11   interest, financial or otherwise, in its outcome.

12             IN WITNESS WHEREOF, I have hereunto set

13   my hand and affixed my notarial seal this 13th

14   day of January, 2020.

15   My commission expires:

16   7/31/2022

17

18                       _____

19                       Notary Public in and for the

20                       District of Columbia

21

22



Page 304

1                DEPOSITION ERRATA SHEET

2    Page No. _____ Line No. _____ Change to:

3    _____

4    Reason for Change: _____

5    PageNo. _____ Line No. _____ Change to:

6    _____

7    Reason for Change: _____

8    Page No. _____ Line No. _____ Change to:

9    _____

10   Reason for Change: _____

11   Page No. _____ Line No. _____ Change to:

12   _____

13   Reason for Change: _____

14   Page No. _____ Line No. _____ Change to:

15   _____

16   Reason for Change: _____

17   Page No. _____ Line No. _____ Change to:

18   _____

19   Reason for Change: _____

20

21   SIGNATURE:_____

22            Randy J. Howe



Page 305

1                    DEPOSITION ERRATA SHEET

2       Page No. _____ Line No. _____ Change to:

3       _____

4       Reason for Change: _____

5       Page No. _____ Line No. _____ Change to:

6       _____

7       Reason for Change: _____

8       Page No. _____ Line No. _____ Change to:

9       _____

10      Reason for Change: _____

11      Page No. _____ Line No. _____ Change to:

12      _____

13      Reason for Change: _____

14      Page No. _____ Line No. _____ Change to:

15      _____

16      Reason for Change: _____

17      Page No. _____ Line No. _____ Change to:

18      _____

19      Reason for Change: _____

20

21      SIGNATURE: _____

22              Randy J. Howe



## A

**ability** 15:7
84:13,15 87:22
87:22 88:1
105:6 163:1
169:11 207:21
262:15 272:21
280:2,7
**able** 78:22 79:4
84:18 88:14
105:10,19
150:4 170:22
203:19 215:15
294:13,14
299:5
**Absent** 101:11
**Absolutely**
51:16 218:11
248:10
**abstract** 49:9
**AC** 224:1
**academy** 65:14
65:16,18,19,21
**accept** 290:6
**access** 209:4
**accommodate**
136:11
**account** 18:16
157:10,21
162:14 163:1
165:19 193:11
193:15,16,21
273:15
**accounts** 220:13
**accurate** 207:17
252:6
**accurately** 13:16
14:4 116:9
**achieve** 132:22
**acknowledge**
302:4
**ACKNOWLE...**
302:2
**acronym** 86:17
270:2 298:3

**Act** 97:4,11
**acting** 96:18
118:3 219:13
225:12,15
227:6 252:20
255:10 256:8
**Action** 91:10,14
111:17 112:10
113:6,11,15,20
200:14 270:3
271:21
**activities** 267:14
**activity** 260:19
**actual** 104:12
142:2 147:8
191:12,21
197:19 198:5,6
198:10 199:12
199:16,18,19
200:1,4 201:8
201:11,15,20
202:3,8 204:5
207:5 297:20
**acute** 207:16
**add** 66:5
**additional** 26:12
46:10,15,15
203:20 204:18
208:11,16
231:1 240:10
240:18 280:3,7
284:19 301:10
**address** 120:12
152:1 159:8
**addressing**
131:5,14
160:19
**adds** 254:11
**adjacent** 288:20
**administration**
218:19 222:3
**admissibility**
42:2,4,12
43:21 44:7
45:2,12 89:8
89:11 262:19

**admission** 58:5
79:1 91:7
101:8 122:18
126:5
**admissions**
275:2
**admitted** 78:21
**adoption** 51:22
**Adriana** 252:16
**adults** 93:6
**advance** 252:3
255:9
**advise** 19:11
20:22 214:17
292:2
**advised** 291:19
**advising** 253:12
**advisory** 68:12
206:16 263:8
**Advocacy**
287:18
**advocate** 287:19
**AEU** 89:5
106:20 107:3,8
107:10 190:13
191:9 262:11
262:14,17
271:4,13
272:12 274:9
274:16,22
275:9
**Affairs** 13:9
**affidavit** 14:13
**affidavits** 14:15
**affixed** 303:13
**afford** 118:17
146:10 147:16
**afternoon**
253:16 257:8
257:13
**afternoon/tom...**
253:14
**agencies** 130:1
259:13,15
261:4 263:5
**agency** 34:4 87:8

206:9 222:22
280:13 287:21
289:2,3
**agenda** 27:12
233:16 237:1
**agent** 64:20 65:5
**ago** 11:4 35:4,16
36:2 37:3 40:1
112:13
**agreement** 2:10
**agriculture** 75:2
**aguisado@ccr...**
3:15
**ahead** 19:18
24:2 46:4
48:17 51:12
88:12 90:16
94:15 95:3,5
102:5 109:13
129:12 133:11
134:11 155:13
205:20 223:12
295:18 300:10
**aimed** 185:22
**air** 228:9
**airports** 130:13
170:4 263:7
**Aki** 177:21
181:8 232:15
234:6 291:8,9
291:10,17
**Aki's** 178:2
**al** 1:4,4,7 56:13
60:7
**Alabama** 65:19
65:22
**Alberto** 108:11
252:15,19
254:6
**Aleaziz** 218:18
**Alex** 291:18
**alien** 82:5,15
102:17 136:1
159:8,9 298:5
298:8
**aliens** 97:3,9

100:9,13,16,19
101:12 103:1,6
103:13 122:1
129:18 138:19
139:3 275:7
298:14,16
**alleged** 247:17
**allow** 49:8 120:3
284:14,19
**allowed** 101:7
176:12
**allows** 116:17
**alluding** 115:1
**Alyce** 72:10
**ambiguous**
123:18,20
139:21
**American** 267:5
**Americas**
287:18
**amount** 14:21
38:21 84:7
**Andrade** 216:18
216:19,22
217:6
**and/or** 51:19
52:11 159:11
162:1 271:5
272:12 275:10
302:8
**ANGELO** 3:10
**Anne** 232:15,18
234:13 291:17
**Annex** 159:17
160:9,18
**announced**
102:22 256:13
**annually** 228:5
**answer** 15:6
16:5,6,12,13
17:12 20:5
23:19 43:2,4
46:2 51:3,7
54:7,13,18
55:3 58:12
64:5 77:5 85:6



85:22 88:3
95:9,9 105:5
112:21 115:22
134:21 135:4
143:18 146:21
148:12 150:12
154:21 155:3
156:18 164:12
164:22 172:1
217:11 229:14
240:21 260:13
271:15,17
275:16 289:8
292:8 294:12
**answered** 58:9
272:3 274:2
**answering** 38:2
59:16
**answers** 15:11
58:11,17
121:14 225:6
**anticipated**
179:2
**anybody** 29:13
30:8 31:6 37:9
194:17,21
235:12 242:6
242:10
**anymore** 115:2
**AOL-DEF-00...**
98:15
**AOL-DEF-00...**
100:4
**AOL-DEF-00...**
98:16
**AOL-DEF-00...**
224:22
**AOL-DEF-00...**
198:20
**AOL-DEF-00...**
199:7
**AOL-DEF-00...**
221:18
**AOL-DEF-00...**
140:7
**AOL-DEF-00...**

151:2
**AOL-DEF-00...**
229:2
**AOL-DEF-00...**
121:4
**AOL-DEF-00...**
177:18
**AOL-DEF-00...**
181:5
**AOL-DEF-00...**
184:16
**AOL-DEF-00...**
202:19
**AOL-DEF-00...**
196:6
**AOL-DEF-00...**
189:20
**AOL-DEF-00...**
252:14
**AOL-DEF-00...**
240:3
**AOL-DEF-00...**
245:15
**AOL-DEF-00...**
291:6
**AOL-DEF-00...**
232:13
**AOL-DEF-00...**
267:2
**AOL-DEF-00...**
206:3
**AOL-DEF-00...**
206:4
**AOL-DEF-00...**
287:5
**AOL-DEF-00...**
200:15
**AOL-DEF-00...**
201:4
**AOL-DEF-00...**
108:9
**AOL-DEF-00...**
282:10
**AOL-DEF-00...**
282:11
**AOL-DEF-00...**

248:2
**AOL-DEF-00...**
269:7
**AOL-DEF-00...**
144:13
**AOL-DEF-00...**
111:8
**AOL-DEF-00...**
236:9
**AOL-DEF-01...**
137:14
**AOL-DEF-03...**
205:6
**AOL-DEF-16**
96:10
**AOL-DEF-30...**
211:22
**AOL-DEF-4**
96:10
**AOL-DEF-5**
96:22
**apologize** 57:16
63:16 172:3
188:21 230:18
269:11
**App** 193:1 271:5
273:11,15,18
275:11
**appear** 93:20
94:13 96:12,15
302:9
**appeared** 4:19
280:11
**appears** 100:2
152:10 180:12
181:3 271:22
287:7
**appendices**
159:16 160:12
**applicable**
100:19
**applicants**
218:21 222:4
250:14 275:2
**application**
88:17 101:8

174:11 206:22
**applications**
281:4
**applied** 130:8
**applies** 43:15
130:4,16,20
131:9
**apply** 78:22
130:13 135:20
265:19 289:16
**applying** 84:17
130:10 186:10
265:22 266:12
**appointment**
226:3
**apprehension**
97:2 122:2
**approach** 161:9
167:18 301:3
**approaching**
177:3 183:10
184:3
**appropriate**
203:21
**appropriately**
216:11
**approximately**
109:4,10
200:21
**April** 7:3 13:19
145:22 177:2,9
177:19 178:19
179:19 181:12
182:14 183:4
183:19 184:4
184:18 185:6
186:20 187:13
188:17 189:5
189:21,21
190:5 195:18
195:19 196:7,8
196:13 197:16
197:17 198:11
199:2 200:14
201:11,19,19
203:7 204:4

227:10 230:13
230:19,22
291:11 294:19
294:19,22
**arbitration** 12:8
12:9
**Arce** 252:16
**area** 288:19
**areas** 57:11,13
57:14 166:19
**argument** 32:4
145:20
**argumentative**
28:20
**Arizona** 198:7
210:22 211:1
**Armijo** 233:8
**Armijo's** 233:9
**arrest** 23:10
**arrested** 17:22
23:12
**arrests** 104:20
106:3
**arrival** 179:2
**arrivals** 131:22
132:2
**arrive** 132:17
217:7
**arrived** 195:20
242:13 294:7
**arrives** 88:5
102:17 170:17
171:9
**arriving** 97:9
100:9,13,16
102:10 103:1
103:13 122:1
122:19 126:5
129:18 132:12
133:22 139:3
295:3 296:3
**article** 7:13
218:17 219:2,4
219:7
**articulate** 44:12
**aside** 165:14



189:3
asked 31:9,17
  43:6 50:17
  54:3 55:17
  57:16 74:7
  149:9 150:3,6
  154:20 155:2
  156:15 163:18
  163:21 169:1
  258:1 286:14
  298:3,12,12
asking 26:3 30:2
  49:3 50:7
  53:10 54:1
  105:1 123:12
  126:15 134:5
  162:18,20
  165:12 189:4
  257:14 264:15
  285:15
assert 48:22
asserted 207:11
asserting 207:1
assertion 207:2
  207:4 208:22
assess 118:9
assesses 117:1
assessment
  191:11
assign 156:9
assigned 64:21
assignment 65:2
  73:16 112:5,7
  170:3 178:7
assist 59:8 170:3
assistance 162:2
  162:8,15
assistant 69:4
  70:22 74:17
  75:1 98:19
  108:18 112:2
  178:16 219:13
  233:12
associated 88:17
association
  187:17

assume 243:8
assumes 137:2
  155:12
assuming 24:19
  24:22 248:19
assumption
  243:9
asylum 42:15
  43:12,15,18
  44:15 48:9
  66:2 76:6 83:5
  83:12,19 84:3
  84:11,17 86:11
  87:1,4,10,18
  88:7,17 89:6
  92:2,7,20 93:9
  93:14,18 94:5
  95:19 104:4
  110:21 118:1
  118:11 126:12
  127:2,10
  128:17 129:9
  130:11,22
  131:17 132:2
  132:12,16
  133:4,7,21,21
  134:9 135:11
  135:16 136:8
  139:18 141:20
  146:15,22
  148:8 149:1
  156:4,14
  157:17,22
  163:16 164:4
  164:16 165:2
  165:18 166:3,9
  166:18,21
  168:6,13
  169:15 173:2
  174:12 186:10
  188:12,19
  189:7 194:3
  210:2,18 211:5
  215:1 216:8
  217:7 218:1,5
  218:20 219:16

220:2 222:4
231:13,19
238:8 240:8,16
241:10 243:5,8
244:2,7,18
245:4 246:8
250:14,17
251:9 253:20
258:9,12 268:6
275:8 281:4,20
281:21 283:8
283:14 284:8
289:16,17
290:6,11
asylum-seeker
  254:21 255:1
attache 185:15
  264:12
attached 8:10
  18:21 33:3
  59:22 63:7
  96:4 98:10
  108:3 111:3
  120:20 137:8
  140:2 144:8
  150:18 158:6
  177:12 180:21
  182:8 184:11
  186:15 189:14
  196:1 198:14
  200:9 202:13
  204:22 211:11
  218:14 221:13
  224:15 228:19
  232:7 236:4
  239:8 243:13
  245:8 247:10
  248:12 252:9
  255:4 266:19
  269:2 282:6
  286:22 291:1
  302:9
attachment
  190:8 254:11
  254:12
attachments

229:17 230:5
  254:12,13
attempt 55:14
attend 31:3 41:2
  47:18 228:10
  228:13,15
attended 40:22
  227:20 286:8
attendees 47:10
attending
  234:20
attention 96:21
  104:14 154:16
  172:14 270:15
  282:21 283:5
  291:11 294:20
Attorney 287:14
  287:17
attorney-client
  42:20
attributable
  203:13 222:16
  222:20 223:6
audible 15:10
August 68:18,19
  68:21 151:3,13
  152:6 154:22
  205:7,7 208:11
  208:13 236:10
  236:19 253:2
  254:7
author 109:19
authorities
  184:5 260:3,22
  261:9 266:8
  272:7,22
  284:11 285:2
  285:21 286:4
authority 80:16
  147:20,21,22
  148:3,9 186:5
auto 299:9
automated 91:5
  91:18
automatically
  182:20

availability
  207:22
available 164:14
  180:3
average 281:7
  281:12
avoid 46:1
aware 20:20
  110:17 112:16
  118:12 135:9
  145:22 150:16
  167:22 171:20
  172:10,12
  173:14 176:11
  180:5 192:15
  204:15 238:9
  238:15 263:19
  263:21 273:19
awareness
  112:13 148:14
  255:19 294:5,9
awareness/visi...
  196:19
a.m 1:17 22:8
  99:7 114:12
  138:13 152:7
  179:19 181:13
  185:7 186:20
  187:13 196:13
  199:3 208:12
  208:13 269:18

_____
      B
_____
B 78:15,16 79:4
  79:8,15 161:5
back 7:11 48:12
  54:22 55:6
  68:21 72:6
  77:4 119:4
  134:3,17
  136:12,13
  146:20 155:20
  159:16 160:12
  160:14,15
  169:3 206:1
  208:15,18



226:4 241:12
241:19 250:15
290:11 294:2
294:17
**background**
119:19 293:4,8
**bad** 65:2
**balance** 118:17
120:3 146:11
147:18 148:1
148:13 156:5
**based** 46:13 53:1
55:13 104:13
118:18 120:13
146:17 156:10
207:5 242:14
260:14 272:8
280:3 281:6
290:2
**basic** 21:3 275:3
**basically** 49:4
67:9
**basis** 90:12
102:1 259:15
259:16 260:14
280:1
**Bates** 96:9 98:15
100:4 108:8
111:8 121:3
137:13 140:7
144:13 150:22
151:2 158:14
177:17 181:5
184:15 189:19
198:19 199:6
200:15 201:3
202:18 205:6
206:2,3 211:22
221:17 224:21
229:1 236:9
240:3 245:15
248:1 252:14
267:1,10 269:6
282:10 287:4
291:5
**Beach** 65:1,5,7

66:4,6 70:5
**bearing** 121:3
287:4 291:5
**bears** 96:9 108:8
137:13 140:6
144:12 150:22
151:1 177:17
181:5 184:15
198:19 200:15
202:18 221:17
236:9 252:14
**bed** 255:3
**began** 210:2
264:21,22
265:7 273:5
284:22
**beginning** 11:22
113:21 114:4
121:3 160:5
206:2 223:22
242:11 283:1
287:13
**begins** 97:7
98:15 100:12
100:16 146:7
161:6 196:6
203:17 205:5
216:17 219:9
232:12 241:4
250:6,9
**behalf** 3:2 4:1
288:21
**belief** 204:16
**believe** 11:17
12:6 33:16
38:9 42:10
51:3 59:2 70:8
76:16,18,20
77:21 78:4
82:3,5 89:14
110:19 112:2
113:12 114:2
128:18 130:6
146:10 147:5
154:15 168:9
168:15,21

172:18 173:18
173:21 175:10
175:22 183:13
183:17 191:6
191:10 204:12
216:17 224:11
240:22 278:7
279:13 280:21
283:2 298:5,12
301:3
**believed** 204:8
223:18
**bells** 263:3 268:7
**Ben** 4:6
**beneath** 19:10
60:15 109:3
125:12 126:3
152:4 159:4
191:1 203:6
212:19 214:13
**benefits** 185:21
**best** 11:20 12:13
15:6 19:21
25:6,17 28:2
28:14 31:22
44:17 120:14
263:15 264:17
264:20 274:17
283:6,12,18
**Beta** 268:2,3,11
271:4,8 272:11
273:21 275:11
275:22 276:6
276:18 280:12
283:8,13 284:7
291:19 292:17
292:22 293:19
295:3,15 296:2
**better** 112:13
264:1 265:4
270:5 284:4
294:13,14
**Beverly** 225:2,9
225:11,17
**beyond** 24:8
160:4 242:17

275:2,3 292:5
**big** 255:2
**bin** 21:21 24:15
25:21 26:4
**binder** 48:4
**biometrics**
88:15
**birth** 73:9
187:22
**bit** 87:13 133:19
170:9 215:3
257:14 263:11
264:1
**black** 212:8,15
**blacked** 162:3
**blank** 72:14
**bleeding** 231:5
**body** 219:8
250:5
**bold** 190:21
203:12
**book** 156:16
229:20
**boots** 118:19
194:15 264:9
**border** 1:12 9:19
10:2 13:13
14:1 22:18
23:3 25:14,21
33:11 42:16
48:10 64:3,20
65:4,14,16
68:22 69:5,22
70:3 71:1
73:13,19,22
74:4,8,10,11
74:11 76:10
79:11,16 83:6
85:4,11,18
86:12 87:2,11
87:19 90:3,8
90:11,19 91:3
98:19 104:6
114:1,7 122:19
125:1 126:6
128:9,20 129:6

130:4,8,16,21
131:10,22
132:5,7,10
134:1 135:11
162:16 163:2,6
165:8 166:2,12
166:13 168:17
169:16,18
170:3,4,5,18
171:10 172:20
184:5 192:20
194:22 195:4
195:20 197:16
209:9 214:6
215:21 224:11
228:7,8 229:13
231:4 233:12
233:16 234:8
234:10,22
237:21 239:22
240:10,18
247:20 250:12
260:16,17
261:9 265:13
265:15,20
266:1,10,12
270:12 279:3
279:12,18
281:10 288:20
288:22 289:21
292:1 299:17
299:22 300:17
**borders** 97:16
**boss** 22:13
**bottom** 60:11
96:10 160:1
240:2,6 241:5
253:2 269:16
269:17
**boundary**
141:12 142:1,1
142:5,19,20
152:17 165:4
171:21 172:6
174:9 176:13
209:11,13,17



209:21 213:15
289:20,21
290:1,3
**Box** 4:6
**Boy** 12:13
**Boyd** 205:9
**Brad** 137:17
138:1 236:11
**branch** 291:16
**branching** 74:18
**Brandy** 186:20
**breadth** 275:7
**break** 16:13
56:3 89:20
184:6 185:22
186:9 205:18
276:12,17
296:16
**breaks** 16:9
**Brian** 61:11
**bridge** 138:19
142:6 226:4
270:12 281:11
289:20,22
**brief** 20:18
21:12 36:9,11
36:14,15 89:22
205:19 257:2
276:14 296:11
296:22
**briefed** 188:3
249:10
**briefing** 21:2
22:14 27:1,3
28:17 220:2,14
229:20
**briefly** 282:21
**briefs** 222:21
**bring** 22:1 26:10
59:18 203:20
**Broadway** 3:12
**brought** 26:7
95:14 172:14
**Brown** 2:4 3:4
162:6
**Brownsville**

77:22 78:1
159:18 160:18
162:7
**buckets** 104:11
**Buffalo** 66:11,15
66:21 68:21
69:1,5 70:17
70:20
**buildings** 166:20
**bullet** 21:1,6,14
22:1,14,16,22
28:4 30:16,21
32:1,11 191:1
212:5,8,15
214:11
**burden** 206:21
**busiest** 280:19
280:21 282:2
**business** 37:19
**busy** 151:18
281:17
**BuzzFeed** 7:13
218:18 222:3

---

**C**

**C** 3:1 6:1 9:1
73:7 79:21
**Calexico** 78:9
112:3 210:7
216:9,11 217:8
233:5
**California** 1:2
65:1,5 66:5
206:21 247:19
250:13
**call** 41:2 47:15
55:5 104:12
145:5,8,11
253:11 270:22
271:6 273:11
275:3,11
**called** 34:8
79:20 167:22
177:6
**calling** 301:8
**calls** 102:4

131:11,12
134:10 145:13
145:16 180:10
195:7 289:5
**Campbell** 72:4
73:5 140:9
151:4,10 153:5
187:5 236:1
**Campbell's**
153:10
**Campos** 72:9
**Canada** 67:4
130:8,9
**Canadian** 132:7
169:16 170:4
265:17
**Candela** 229:3
**cap** 163:16
**capabilities**
127:10 161:14
161:18,22
195:14
**capability** 87:5,5
89:3 166:6
168:22 169:2
191:2 194:7
215:6 272:19
290:3
**capable** 15:12
**capacities**
199:12 201:8
**capacity** 11:15
12:4 18:3
70:20 104:4,9
104:12,16,22
105:2,2,6,7,12
105:12,15,16
105:17,18
106:5,13,19,21
107:4,7,9,11
107:12,17,17
107:21,22
109:6,7,11,12
110:2,3,7,8,9
110:13,14,16
110:20,20

114:21 115:10
115:12,15,21
116:9,19 117:1
117:3,7,13,22
118:10,14,22
119:2,5,9,15
119:18,22
120:8,15 127:8
136:12,20
139:12,16,18
139:21 141:11
141:16 142:17
144:5 145:4
146:6,9,14
147:2,12,15
148:4,7,11,22
149:7 150:8,15
151:19 152:16
153:16 156:11
157:14 162:21
165:5 170:19
170:22 171:11
171:18 172:8
172:15 179:13
180:1,17 189:6
191:12,13,20
191:21,22
195:18 197:7,8
197:17,19,20
198:2,5,6,10
199:16,18,19
200:1,4 201:12
201:15,20
202:4,8 203:18
204:5,17
208:10 214:17
215:5,8 225:13
225:15 227:6
237:6,7,12,12
238:1,1 246:18
246:19 254:14
273:2 280:4
284:14,19
286:7 290:9
297:11,13,18
297:21

**caps** 163:21
**capture** 149:19
**captured** 26:8
26:10,21 27:2
29:1
**caravan** 177:3
179:2,6 182:4
183:10 184:3,6
185:11 186:9
186:11 187:9
187:18 188:5
195:19 267:5
294:6
**caravans** 23:13
**card** 79:7
**cards** 79:10,11
**care** 166:15
299:5
**carefully** 249:9
288:8
**cargo** 77:9,17
78:4
**Carl** 73:9
**Carlos** 185:6,15
185:19
**case** 1:6 11:10
11:14,19 12:3
14:11 23:17
25:8,11 31:21
35:3 37:21
55:22 56:2
58:21 93:17
95:2 109:22
139:9 170:10
170:15 171:7
171:14 182:18
182:21 186:7
207:2 208:5,7
293:4 303:10
**cases** 32:19,20
75:2 136:22
139:10 188:19
189:7 191:8
194:3 226:7
283:9,15 284:8
**cases/day** 191:3



**CASSLER** 4:12
**CAT** 269:17,21
271:20
**Cate** 206:20
**cause** 238:18
**caused** 46:9
**CBP** 5:2,3 10:2
10:5 11:12
17:4 18:9
30:20 33:20
36:5,10 40:12
41:21 45:5,7
45:11 47:11
48:9 49:18
58:12 59:8
64:6,10 67:6
68:6,8,9,14
69:11 73:20
74:3,9 80:8,16
81:11 82:2
87:4,14 88:7
90:4,10,18
93:8 94:16
95:1,10,19
96:19 97:19
104:8 105:13
113:14,17
120:9 121:6,21
122:7,12 123:3
127:4,13,16,21
128:4,5,8,14
128:18 129:7
131:15 132:15
132:22 133:6
133:16 134:7
135:7,10,15
165:21 169:15
170:11 171:17
185:16 203:19
213:18 218:1,4
220:2 222:16
222:20,20
223:1,7,17
240:8,14,16
241:10,12,17
241:21 242:10

244:6 245:2
248:20 249:4
250:12,12,22
257:16 258:19
259:8,12,21
260:1 261:4,13
262:1,9 263:17
264:1,14,18
265:9 266:4
269:13,17,21
272:11 273:17
273:20 274:16
274:22 275:12
275:22 276:6
276:18 277:20
278:16,20
279:6,17,19
280:13 284:6
284:10 285:13
286:18,18
289:13 290:16
291:8,16 292:3
292:17,22
293:21 298:13
298:18
**CBPO** 74:3,12
**CBPOs** 72:22
**CBP's** 12:1
49:19,21
122:20 126:6
126:16 131:8
132:6 204:18
219:13 244:1,6
246:8 283:12
295:15 296:2
**cells** 105:22
191:18
**center** 3:11 4:13
173:10 287:18
**Central** 140:15
152:7 267:4
**certain** 78:17
92:4 93:1,3
163:6 215:17
258:5 278:12
291:7

**certainly** 25:1
84:14 268:8
**CERTIFICATE**
303:1
**certify** 303:4
**cetera** 167:4
246:17 255:3
271:1
**CF** 141:10,15
142:16 297:11
**chain** 6:13,14,15
6:17,18,19,20
6:22 7:2,4,6,7
7:10,14,15,17
7:18 8:2,5,8
73:21 99:2
100:5 108:11
114:13 118:20
140:8 151:3
177:17,20
179:18 181:3,4
181:6 183:5
184:15,17
185:2,5 189:19
189:21 196:8
202:20 205:5,8
221:19 224:21
225:1 232:12
232:14 236:10
252:15 253:3
254:3 291:7
**challenge**
131:15,17
**challenged** 93:6
**challenges**
112:17 255:2
**change** 143:5
192:12 246:17
304:2,4,5,7,8
304:10,11,13
304:14,16,17
304:19 305:2,4
305:5,7,8,10
305:11,13,14
305:16,17,19
**changed** 62:7

93:9,15 249:4
**changes** 93:16
302:8
**characterizati...**
255:15,16
**characterize**
255:17
**charged** 17:19
**chart** 60:16
**Chavez** 108:11
190:1
**checked** 291:19
**chief** 35:12,15
37:4,10,13
40:1,4,8 41:1
56:20 74:14,14
254:5 291:16
**Chihuahua**
287:21 288:19
**child** 82:15
298:8
**children** 106:4
136:1 159:9
298:5
**choose** 110:8,15
**chosen** 220:2
**Chris** 229:3
**Circuit** 55:22
**circular** 212:8
212:15
**circumstance**
101:11 156:22
**circumstances**
92:4,19 93:13
156:2 166:11
210:4 298:15
**circumventing**
211:2
**CIS** 43:17
**citizen** 92:2
**citizens** 79:9
288:2
**Citizenship** 86:8
**City** 185:16
264:12
**Civil** 33:9

**claim** 54:16
207:4
**claimed** 187:17
207:8 287:22
**claiming** 166:9
**claims** 219:14,16
220:8 250:17
**clarify** 155:9
**clarity** 43:22
**Class** 75:19,21
75:22 76:9,12
76:17,19,21
77:20 78:1,5,7
78:10,12,15,16
79:4,6,8,15,21
215:13,15
216:19,22
217:4
**clawback**
205:21
**clawed** 7:11
208:14,18
**clawing** 205:22
**clear** 20:3 55:7
67:9 79:22
105:1 114:21
134:4 204:3
263:12 268:16
276:3
**clearing** 73:10
**clearly** 115:11
**close** 299:10
**closed** 215:22
220:1
**closely** 290:13
**coach** 45:20,21
46:4
**COB** 270:7
**COESPO**
287:21 288:2
288:11 289:10
289:14 293:22
**Colgan** 42:6,9
**collaboration**
92:9,12 95:15
**colleague** 257:4



258:1
collect 88:15
Columbia 2:12
303:20
column 297:9,10
297:13,19
columns 141:8
143:15 197:8
combination
231:7
come 30:14,15
126:19 169:6
169:21 204:12
204:16 218:2,6
220:4,10,14
221:2,10
223:10,19
226:4 290:11
292:2 298:22
299:4,6
comes 93:7
134:1 169:3,19
169:21 170:7
215:16 216:4
217:2 234:14
coming 80:3
154:17 211:3,3
251:9,20
255:21 261:2
command 73:21
267:17
commander
74:15 111:16
138:5,10 254:4
254:5 274:8
commend 56:2
comments 223:1
commission
303:15
commissioner
96:19 113:13
118:4 121:6
178:17 180:15
181:12 182:4
183:18 203:13
219:13

committee 13:9
13:19 14:8
committees 13:5
commonly 21:21
communicate
253:15 259:12
259:14 260:21
262:9 273:1,3
273:21 275:13
276:1 283:13
284:7,10
292:22 300:17
communicated
264:18 272:11
communicates
264:13 275:10
289:13 299:22
communicating
264:2 270:17
276:10 280:13
301:8
communication
89:2 258:18
260:2 265:6
266:15 267:21
268:1 272:6
275:12,21
276:2,3,5
279:13,22
280:1,6 283:7
284:17 295:15
296:1
communicatio...
42:20 257:15
259:5,9 260:5
260:11 261:15
263:17 276:17
277:19 278:16
278:19 279:6
296:2 299:15
compare 201:18
compared
103:17 139:4
281:4
comparison
132:8

compilation
38:3
complete 214:14
302:7
complex 132:7
133:9
complexities
148:18 294:15
complexity
132:4
complicated
87:20
component
74:22 122:20
126:6,16
components
73:2 112:15,19
114:3,5
comport 101:20
compound
135:2
comprising
206:17
concept 116:10
concern 287:21
concerned 110:6
110:12
concerning
138:17 300:18
concisely 54:10
concluded
235:16 301:19
conclusion
102:5 195:8
concrete 158:3
conduct 18:9
116:18 251:20
conducting
251:15 252:3
284:16
confer 205:16
conference
40:17 41:21
47:19 167:4
234:22 235:3
235:10,16

236:15 237:18
confident
254:21
confidential
1:10 158:16
207:12 248:7
301:17
confirm 179:11
confirmed
187:21
conflict 204:18
confusion
114:22 145:5
Congress 218:21
222:5,21
Congressional
13:5 14:7
220:1,15
connected 87:6
conscious 134:6
consider 134:15
207:20 231:17
232:1,4
considerably
54:11
consideration
191:11 207:6
considerations
206:7
considered
194:5
consistent
214:21
consisting 179:6
Consolidated
149:22
Constant 268:1
constitute
274:16,22
Constitutional
3:11
constrain
157:14
constrained
164:15
constraints

153:7 215:18
219:18
consultants 59:7
contact 271:13
292:13,17
293:19,22
contacts 271:4
272:12
contained
143:10,11
contains 140:13
152:5
contemplated
208:3
context 49:3
220:17,19
221:7 223:2
268:15
contingency
6:21 7:12
158:11,18,22
159:3,5 160:19
211:17
continuation
181:4
continue 116:17
123:5 128:7
133:12,17
134:12
continuing
215:4 231:7
244:6,17
contradicted
219:14
contrary 250:11
control 75:14
118:18 209:8
209:16 213:6
213:14 293:14
conversation
43:20 44:4
295:12
conversations
258:16
converted 167:2
convicted 17:16



**coordinate**
162:1,6 283:13
284:6 301:9
**coordinates**
246:5
**coordinating**
264:2
**coordination**
94:20 283:7
**coordinator**
68:22
**copied** 197:6,11
225:8 288:7
**copies** 39:9
**copy** 19:7 27:11
30:21 33:14
98:6 158:17
182:22 197:3
218:17 219:4
248:14,17
**corner** 160:1
**correct** 13:9,10
13:14,21 14:1
14:2 22:4
23:17 24:17
25:15,16 28:12
28:13 32:22
46:20 61:22
64:3,4 67:16
68:7 69:12,13
69:15,22 70:1
71:3 76:8
79:21 85:11
89:9,13,17
94:10 96:19,20
98:22 99:1,3,4
99:20,21 100:1
101:22 102:2
103:2 107:1,18
107:19 108:12
108:19,20
109:12 111:19
115:7 121:7,8
121:10,11,15
121:16 124:16
125:14,15,17

125:21 126:1,2
126:14 127:5
130:5,6,17
131:18 132:7
133:4 136:17
137:17 138:6,7
138:10 140:16
142:11,12
144:18 149:2
151:11,12
152:13,18,19
153:8 154:1,6
157:17 160:15
163:6,17
165:22 181:10
181:14,19
183:7,8 185:17
185:18 186:5
187:4,7,14,18
190:2 196:19
196:22 197:10
197:13,14,18
197:21 198:4,5
198:8,9,11,12
199:3,4,13,17
199:20 200:2
200:22 201:5,9
201:10,13,14
201:16,17
202:4,5,10
204:6 210:8
212:6,17
214:19,20
217:2 227:11
227:12 229:14
229:18 233:18
233:21,22
236:2,13,17
237:9 244:8
246:14 248:8
250:7 251:2
252:17,21,22
253:8 254:17
256:5 258:4,14
278:13 280:15
280:18 297:5,6

297:12 300:2,3
302:6 303:5
**correction** 155:9
**corrections**
302:8
**correctly** 19:16
52:1 97:17
101:2,15 109:8
115:4,18
116:20 122:4
125:2 126:9
145:6 152:2
161:11 179:3
179:15 180:6
182:5 186:2
204:1 213:2
219:20 220:6
223:3 224:3
226:9 237:3,8
240:11 241:15
244:3 246:20
250:18 253:17
253:21 255:7
**correspondence**
208:16,22
246:3
**Corry** 222:11,12
222:14
**cost** 169:20
170:7 298:22
299:5
**counsel** 9:5 16:1
16:4 19:11,12
23:16 25:7
33:19,20 34:18
35:6,12,15,21
35:21 36:5,6,6
36:10 37:4,10
37:13 38:4
39:16 40:1,4,8
40:13 41:1,21
42:20 45:5,7
45:12 46:18
47:4,5,11,12
47:22 48:8
49:3 53:22

55:16 56:20
58:11 59:8,14
123:13 257:5
258:21 259:3,6
259:10 276:22
277:5 278:2
295:13 296:14
297:1 303:9
**counsel's** 16:2
**countermand**
157:1,3
**counterpart**
265:17 266:11
**counter-narco...**
156:8 299:3
**counter-narco...**
125:16 129:3
129:16 133:1
**counter-terro...**
299:2
**country** 67:7,10
79:2 92:2
159:11 170:2
280:20 293:13
293:17
**couple** 16:21
36:21 39:1
42:1 58:19
104:10 155:22
163:18 201:22
205:14 278:7,9
**course** 47:16
294:3
**court** 1:1 10:15
15:11 37:20
86:18 87:6
122:15 297:4
**courtroom** 17:9
**Court's** 58:20
207:20
**cover** 159:2
250:1
**covered** 42:17
43:3,7,10
103:9
**create** 112:13

113:10
**created** 65:20
283:2
**credible** 136:22
139:3,10
141:16,19
189:7 254:14
283:9,14 284:8
**crew** 80:2
**crime** 17:16,19
**criminal** 104:19
106:3 275:6
**Crisis** 91:10,13
111:17 112:10
113:6,11,15,20
200:14 270:3
271:21
**cross** 171:21
176:12 209:20
288:16 290:8
301:7
**crossed** 171:16
172:6 174:9
185:21
**crossing** 79:7,11
280:20 282:3
289:21
**crossings** 27:10
77:2 78:3,6,9
240:10,19
281:10 289:19
**CSIS** 62:3
149:21
**curious** 181:17
**currency** 122:3
**current** 25:2
71:4 118:3
122:6,11 125:8
127:4 164:8
166:6 172:14
174:4 178:5
187:12 228:10
**currently** 92:19
106:22 113:14
168:20 170:10
171:7 233:5

291:22
**Custodian** 19:13
**custody** 84:19
    89:4 93:1
    101:12 197:7
**customs** 1:12
    9:19 10:1
    33:10 64:3
    67:9 83:2
    247:19 250:11
**cut** 175:6
**C-O-L-G-A-N**
    42:9

---

**D**

**D** 9:1
**daily** 19:14,22
    20:18 23:8
    90:11,22
    118:14 196:14
    226:7 259:15
    259:16 264:14
    279:22
**dangerous** 167:8
**dark** 212:5,7
**data** 62:3 197:16
**database** 41:7
    149:21
**databases**
    149:15,17,19
**date** 172:9 175:2
    183:4 187:22
    199:2 214:9
    282:17,19
    302:13
**dated** 19:4 60:6
    121:7 127:18
    200:14 211:17
    218:18 243:20
    245:14 247:16
    267:5
**dates** 69:14
**Dave** 234:2
**David** 108:12
    137:16,19
    232:15 233:2

234:6
**day** 13:12 20:6,9
    36:3,21 47:2
    75:9 80:14
    99:22 116:17
    119:9,12,13
    127:10 155:5,6
    164:2,3 191:9
    201:1,2 219:17
    271:6 273:8
    279:14,14
    281:9 292:18
    303:14
**Daylight** 152:7
    233:8
**days** 108:22
    109:4 147:4
    154:2,5 164:2
    164:3 175:6
    183:5 276:21
    277:2,3 301:17
**day-to-day**
    147:17 164:8
    217:19 260:14
    264:10 265:15
**de** 267:22
**deal** 165:17
    208:15 294:14
**dealing** 106:3,6
    106:9 120:5
    131:15 163:22
    191:14 194:6
    275:6
**dealt** 26:5
**Dear** 19:11
**December** 60:6
    60:22 62:7
    218:18 219:22
    221:19 222:9
**decided** 167:15
    265:9 272:20
**decision** 92:9,11
    113:10 133:6
    134:7 146:10
    146:16 148:9
    157:1

**decisions** 206:6
    206:19 208:4
    235:2
**decision-maki...**
    92:15
**declaration**
    14:13
**decrease** 110:21
    139:6
**decreased** 103:7
**decreasing**
    137:1 139:11
**dedicated** 78:4
**deemed** 97:9
**default** 102:9,17
**defendants** 1:8
    4:1 19:12
    205:22 297:1
**define** 36:14
    84:6 104:8
    117:21 118:10
    119:7,13
**defined** 115:11
    123:16
**definitely**
    208:16
**definition** 120:7
    120:14
**definitions**
    16:20
**del** 77:19 281:14
**deliberations**
    206:5,17
**deliberative**
    205:15 206:10
    206:14,22
    207:3,13,15
**delivered** 176:1
**delivering** 81:6
**Del-Villar**
    202:21
**demarcation**
    142:2
**demographics**
    93:2,3 104:17
    106:2 146:17

191:13
**departing**
    260:20
**Department** 4:4
    17:1 174:17
    238:6 239:14
    247:16
**depend** 107:13
**dependent** 274:4
**depending** 106:2
    280:7 298:20
**depends** 105:17
    239:6 264:14
**deployed** 122:1
**deploying**
    231:19
**DEPONENT**
    302:2
**deposed** 11:2,11
**deposition** 1:11
    2:2 6:7,9 7:1
    8:1 10:19
    11:19,20 12:22
    15:4 16:22
    18:20 19:3
    33:2,7,10
    39:21 40:2,7
    43:1 46:11,16
    49:16 55:6
    56:18 57:4,8
    57:12,22 58:1
    58:2,6 59:4,6
    59:19,21 60:4
    61:8,15 62:12
    62:22 63:6,11
    96:3,8 98:3,9
    98:14 108:2,7
    111:2,7 120:19
    121:2 137:7,12
    140:1,6 144:7
    144:12 150:17
    150:22 158:5
    177:11,16
    180:20 181:2
    182:7,12
    184:10 186:14

186:19 189:13
    189:18 192:19
    194:19 195:1,4
    195:11,22
    196:5 198:13
    198:18 200:8
    200:13 202:12
    202:17 204:21
    205:4 211:10
    211:15 213:10
    213:12 217:16
    218:13 221:5
    221:12 224:14
    224:19 228:18
    232:6,11 236:3
    236:8 238:4
    239:7,12
    240:14 242:8
    243:12,17
    245:7,12 247:9
    247:14 248:12
    252:8,13 258:2
    259:8 266:18
    267:1 269:1,6
    276:21,22
    277:4 278:19
    279:1 281:19
    282:5 286:21
    290:22 301:19
    304:1 305:1
**deputies** 72:2,3
    73:6 151:11
    155:3 188:4
    235:21
**deputy** 72:4
    111:16 113:12
    138:3,9 178:16
    178:17 182:2
    187:6 232:20
**describe** 88:7
    115:20 122:6
    122:11 260:4
    264:22 265:6
**described** 97:3
    97:10,20
    101:18 102:7



122:21 125:5
126:8,21
129:15 130:3
157:8 176:3
**describes** 116:9
**describing** 102:2
107:14 115:21
174:15 180:9
**description**
134:15
**designated**
60:21 61:4
80:19 158:16
212:11 248:6,7
301:17
**designation** 6:10
62:6 75:22
77:11
**Designations**
60:12
**designed** 167:20
**designee** 61:11
162:1
**Desio** 202:20
203:7
**desire** 88:6
**detail** 26:18
**detailed** 207:6
**details** 137:4
174:8
**detain** 85:2
95:12,21
**detained** 102:11
103:13
**detainees** 141:10
142:14
**detaining** 93:7
**detention** 84:20
85:17 94:17
95:2,10 97:3,8
100:9,18 102:2
102:22 104:3,9
105:2,6,12,15
105:17,18,21
106:19 107:4,9
107:17,21

109:6,11 110:2
110:6,7,9,13
110:15,19
115:10,14
122:2 150:15
167:3,20 180:2
191:20 195:18
197:17 219:18
237:6,11 238:1
246:18
**determination**
92:6 97:12
**determine** 117:6
119:4,22 150:7
195:13 220:22
240:14 244:22
**determined** 97:8
**determining**
97:13 117:12
119:8,14 127:7
127:9 162:11
207:18
**deterrent**
224:12 226:6
226:12,18,19
227:7,8,15,19
**development**
51:21
**developments**
268:3
**Deyo** 42:6,9
**DFO** 14:18
70:20 74:21,22
178:14 217:21
229:8,13
232:20,21
234:7,22
236:15
**DFOs** 228:5,7,8
228:9 234:10
237:11,21
**DHS** 17:2 49:19
96:13 112:15
112:18 113:19
114:2,4 134:7
135:7 204:9,13

204:13 243:20
244:17 246:7
257:21
**dial** 41:2
**dialed** 41:4
**dice** 124:8
**dictates** 106:5
**Diego** 70:19
167:1 173:18
173:19 178:14
198:3 199:20
201:12,12
214:5 215:4,9
215:12 216:16
233:1,11,14
234:12 242:2
264:21 271:19
274:15 281:8
281:16 282:2
284:12 286:10
290:13 294:18
**Diego's** 272:3
**difference** 80:1
94:1 105:3,11
107:16 176:18
**different** 38:22
71:20 77:1
78:2 81:17
89:17 104:10
104:21 105:14
105:15,21
112:15,17,18
128:13 132:9
132:11 133:13
133:20 155:16
156:9 163:18
163:20 200:20
215:3 231:15
231:16 263:10
275:4 286:5
300:14
**differently**
89:16 272:15
**difficult** 38:20
148:12,15,20
167:5,9 169:10

**Dikman** 137:16
138:4 187:3
**direct** 21:16
71:6,15,16,18
74:20 75:8,14
96:21 124:19
157:16 217:20
225:7 271:11
282:20 283:5
**directed** 239:22
246:1
**direction** 23:22
42:19 182:3
**directions** 99:12
**directly** 73:13
114:17 170:9
173:15 184:1
245:22
**director** 9:21
14:18 22:11
69:4 70:14,16
70:17,22 71:1
72:7,8,9,10
73:12 74:18,20
74:20 75:6
108:18 112:2
137:21 148:21
156:13 157:2
157:16 161:6,8
161:22 162:6
162:12 165:2,6
167:13 178:4
178:11 195:3
225:11,13
231:17 233:4
233:12 252:20
255:10,20
256:8 265:14
266:10
**directors** 72:5
74:17 75:1,7
98:18,19,20
109:4 157:19
162:14 165:17
166:1,17
168:11,19

169:1 227:21
231:22 234:10
234:11,12
251:14,18
252:1 266:1
**disagree** 240:15
**discipline**
175:22
**disciplined** 18:8
**disclosure** 208:2
**discourage**
218:20 222:4
**discovery**
206:15
**discretion** 95:14
95:19 115:13
117:9,12
146:13,20
149:4 157:16
157:20 162:13
165:11,17
166:2,18
167:14 168:12
168:20 195:12
**discretionary**
118:17 120:2
146:11 147:17
148:1,13 156:5
**discuss** 98:1
235:5 237:16
261:4 262:2,12
278:15,18
279:5 286:2
295:12,14
**discussed** 28:2,3
28:22 29:6
31:14 45:9
62:10,11,18,18
62:21 63:1
193:12,17
235:15 237:1
241:20 258:12
285:20 295:8
298:15,15
**discussing**
121:14 136:16



140:21 234:15
261:14 262:14
276:16 299:14
**discussion** 27:10
35:7 44:8
184:9 208:3
234:21 237:10
237:22 257:11
262:16
**discussions**
208:20,20
249:1 276:8
280:2
**disseminated**
180:16 210:1
**distress** 136:2
**distribution**
98:18
**District** 1:1,2
2:11 207:20
303:20
**divert** 298:18
299:2
**docket** 182:21
**document** 7:11
8:6 33:8,14
44:19,20,22
57:9,15 62:10
63:11 96:8
102:14 108:8
121:20 147:6
151:1 158:10
159:19,20,21
160:5,13,16
162:19 163:4,9
163:12 164:6
164:10 165:12
165:14 182:19
189:3,4 206:1
206:5 208:18
211:16 239:19
245:16 246:7
249:17 263:11
267:8,12
268:19 269:8
272:9 275:19

278:5 280:10
283:2,10,16
284:5 288:13
290:20 297:8
**documentation**
203:21 247:3
**documents** 23:2
25:8,13,20
37:14,16,20,20
38:3,4,6,12,16
38:19,21 39:5
39:10,17,19
40:5 44:8 45:8
45:17 46:15
47:22 48:2,4,7
48:14 49:2,6
50:2 52:7,9,19
53:2,22 56:12
56:16 59:12,15
59:17 78:20
102:1 122:18
126:4 129:18
155:13 170:17
171:9,16 172:5
176:12 210:16
231:15,17
259:4 275:5
278:6,8,9
298:14
**doing** 29:13 30:5
105:8,9 145:3
148:19 169:7,8
169:9 235:8
242:15 260:19
285:10
**DOJ** 35:21 36:6
36:10 46:18
47:4,5,22 48:8
**dotted** 71:13
**double-check**
178:5
**Douglas** 211:1
**Draganac** 72:4
151:5,6,10
153:3 229:4
235:22

**drawing** 72:14
**drug** 275:6
**due** 153:6
219:17
**duties** 169:4
243:19
**duty** 132:16,22
**D-E-Y-O** 42:10
**D.C** 1:15 2:6 3:6
4:7,16 75:5
149:6

**E**

**E** 3:1,1 6:1 9:1,1
**EAC** 20:6 21:2
21:12,18 22:2
22:6 27:1
28:11 29:22
**Eagle** 172:17,21
173:17 176:3,8
**Eagles** 64:16,17
**earlier** 64:5
101:21 115:22
119:16 121:14
138:8 140:18
143:3 156:1
183:1 192:13
193:12,17,19
227:1 229:14
241:20 258:1
265:1 276:20
277:8 297:4
298:2,11
**early** 113:8
143:3 253:13
299:14
**Eastern** 187:13
**ebbs** 210:21
**economic**
125:19 129:16
133:2
**EEO** 12:10,11
12:15,19 13:2
14:16
**effect** 101:19
103:1 170:11

224:12 226:6
226:13,18,19
227:7,8,15,19
**efficient** 97:14
**effort** 230:15
250:22 267:13
**efforts** 122:21
125:14 126:8
126:21 185:22
204:19
**either** 54:12
94:7 98:6
165:3 178:10
187:21 211:2
235:22 281:15
282:18
**EI** 76:21 77:19
166:11 225:12
281:13,14,15
288:20 289:1
289:17 291:21
**elderly** 136:1
**electronic** 11:12
26:8 27:11
29:5 230:3
**electronically**
26:11,13,22
27:2,7 29:1
**eligibility** 97:13
**Elmer** 72:7
**else's** 116:7
**Embassy** 185:16
**emergency**
101:12
**employed** 9:16
9:18 18:9
169:21 259:7
303:9
**employee** 23:11
**employees** 41:7
113:14,17,19
167:12,21
192:4 249:10
263:17 269:13
274:16,22
**employee-rela...**

14:15
**enabled** 110:20
**encompassing**
129:20
**encounter** 87:4
**encountered**
261:1
**encountering**
84:16 94:18
95:13 104:18
260:16
**encounters**
255:2
**endeavor** 192:18
248:9
**ended** 186:10
**ends** 156:1
249:18
**enforce** 97:15
129:22
**enforcement**
83:2,3 85:3,9
85:14,19 89:8
89:11 116:18
262:19
**engage** 147:14
156:3 157:2
162:13,22
208:19 301:5
**engaged** 170:16
171:8 193:2
234:15 285:5
**engaging** 156:16
157:8,11,17
158:1 185:20
**Enrique** 72:6
225:2,5
**ensure** 112:16
159:6 235:7
250:22 253:14
268:2
**ensured** 249:9
**ensuring** 255:21
**entering** 240:9
240:17
**entire** 255:1



MAGNA
LEGAL SERVICES

entities 257:19
261:4 262:13
300:1
entitled 97:2
182:13 218:19
238:19 239:14
240:16 247:17
entity 271:10
288:21
entry 22:17 23:3
23:10 25:14,20
51:20 52:12
70:3,7,11
73:22 74:9,19
75:19,21 76:1
76:9,13,17,19
76:21 77:1,9
77:20 78:1,7
78:10,13,15,16
79:15,21 80:21
83:6,14,20
84:10,14,15
85:10 86:12
87:2,10,19
88:6 89:12,15
89:17 90:3,7
90:11,19 91:2
91:15 94:6
95:20 100:9,21
100:22 101:6
101:14 102:10
102:18 103:2
103:10 104:5
105:9,21 110:8
110:14,18
115:7 117:1
118:13,21
119:6 120:12
120:15 125:1
127:7 130:5,13
130:14,21
132:17 133:22
135:21 136:17
136:20 138:18
139:17,19
142:10,13

144:3 146:7
150:14 152:12
152:16 157:11
162:2,15 163:8
164:10,14
168:14 169:17
169:17 170:16
173:12 174:1,7
175:9 176:14
188:12,18
189:6 191:7,17
192:14,20
194:2,18,21
195:17 197:13
198:7,7 199:12
199:13 200:1,5
201:9,16,21
202:3,7 203:19
203:21,22
204:6 209:6
210:3,3,10
213:14,18
214:22 215:13
215:13 216:8
216:10,16,20
216:22 217:8
219:17 220:3
231:4,13 238:8
238:11 240:9
240:17 241:11
241:14,18
242:7,12,22
243:4 244:2,8
244:19 245:5
246:9 247:19
250:13,16
251:1,6,9,16
252:5,21 254:4
255:10 270:11
271:12 272:1,2
272:10 274:11
279:1,2,17
280:17,20,22
281:5 284:15
289:17 290:4
293:2 298:1

299:8,16,21,21
300:16 301:9
entry's 139:10
environment
88:14,18
EOIR 86:14,16
86:22 87:14
114:8
EOIR's 87:5
88:1
equals 191:2
192:9
equipment
72:13,14 192:7
192:8
equivalents
263:7
ERO 43:17
84:18,20 85:1
94:18,20 95:15
95:22 96:1
100:18 114:8
ERO's 87:5
errata 302:9
304:1 305:1
Esquire 3:3,10
4:2,3,11,12 5:2
5:3
essence 180:9
essentially 141:3
174:9
establishing
206:21 209:10
estimate 44:17
et 1:4,7 167:4
246:17 255:3
270:22
ETA 253:13
eval 75:15
event 27:4 28:10
164:7,10,18,21
165:9
events 21:4 26:9
everybody 95:21
216:4 217:2
235:5,6

evidence 31:22
32:8,13 137:3
207:21,22
evident 131:4
evidentiary
12:22
exact 37:17
38:20 175:2
exactly 24:21
44:12 137:5
178:9 214:9
248:18
examination 6:2
9:5 34:9,13
49:17 55:9
257:5 297:1
examined 302:5
example 50:3
79:15 81:5
105:20 106:18
166:11 260:22
262:1 266:9
exceed 165:4
exceeds 260:8
exchange 98:17
111:9 137:15
189:22
exchanges
269:13
excuse 131:12
141:7 184:8
277:11 283:21
287:11 288:13
Execution 161:2
executive 8:3
9:21 72:5 75:6
86:19 98:20
99:11 178:16
206:9 212:1
225:13 267:4
exempts 206:15
exercise 117:11
162:12
exercised 168:15
exhibit 18:18,20
19:3 33:1,2,7

34:6 49:14
59:21 60:4
63:6,10 69:17
69:19 96:2,3,7
98:9,13,16
99:16,19 108:2
108:7,9 111:2
111:7,9 120:19
121:2 135:8
136:13,14,16
137:6,7,12,14
140:1,5 143:10
143:19 144:7
144:11 147:4,9
150:17,21
158:4,5 177:11
177:16,18
180:20 181:2,4
182:7,12
184:10,14,14
184:16 186:14
186:18 189:13
189:18 195:22
196:5 198:13
198:18 200:8
200:13 201:18
201:19 202:2,6
202:11,12,17
204:21 205:4
206:1 211:9,10
211:14 218:12
218:13 221:12
224:14,19
228:18 232:6
232:11 236:3,8
239:7,11
243:12,17
245:7,12 247:8
247:9,13
248:11 252:8
252:13 266:18
267:1,3 269:1
269:6 277:13
277:15 280:11
282:5,10,14
286:21 287:4,7



290:22 291:5,6
292:16 293:5
297:5
**exhibits** 6:7 7:1
8:1,10 102:22
183:6
**exist** 112:21
113:2 247:1
**existed** 127:21
**existence** 153:19
**expand** 157:10
157:21
**expectation**
81:20
**expectations**
80:13 81:21
**expected** 234:17
**expecting**
148:16
**expedited** 94:3,8
**experience**
14:21 63:20
64:6 265:22
**experiences**
265:13
**expert** 6:10 59:3
149:18 150:2
**experts** 41:2,3,9
41:11,15,19,20
42:12 43:20
44:6,21 45:4
46:9,14 56:7
150:3 258:6
278:12,15
295:9
**expires** 303:15
**explain** 12:17
74:2 150:11
170:21 256:16
**explaining** 54:15
143:22
**explanation**
207:8
**expressed** 218:8
**expresses** 88:6
**expressing**

139:3 159:10
**extended** 125:6
125:7,9
**extent** 20:4
42:18 49:1
208:2 260:8
283:18
**extremely**
151:18
**e-mail** 6:13,14
6:15,17,18,19
6:20,22 7:2,4,5
7:6,7,10,14,15
7:16,17,18 8:2
8:5,8 29:2
32:18 35:7
98:14,17 99:2
99:5,8,10,22
100:5 101:18
102:8 108:10
108:15,17,21
109:14,17,19
111:9 114:10
114:12,16
137:13,15
138:5,8,13
139:13 140:6,8
144:12,16,21
144:22 151:3
151:14,15
152:4,5 153:1
155:8 177:17
177:19 178:18
179:1,5,9,18
179:18 181:3,6
181:12,18
183:5,20,22
184:15,17
185:2,4,5,15
185:20 186:19
187:1,8,11
188:2,3 189:19
189:21 190:4,6
190:9,17 193:6
196:6,7,8,13
202:18,19

203:2,7,9,12
205:5,8 208:8
208:12,12
221:17,18
222:2,8,15,19
223:7,22 224:8
224:21 225:1
225:17,19
227:7,16 229:1
229:3,17 230:5
232:12,14
233:6 236:8,10
236:14,18
237:13,15
252:14,15,19
253:1,7 254:2
254:7,12,18
269:12,17
270:6 272:2
275:17 287:7
291:7,11
293:10 294:21
297:8
**e-mailing**
291:16
**e-mails** 37:19
73:11 140:21
**E.D** 206:20

---

## F

**F** 206:20
**face** 63:17 78:20
**Facebook** 18:14
18:16
**facilitation**
126:1 129:17
133:3 156:8
299:7
**facilities** 85:17
106:1 166:13
**facility** 153:7
166:20 272:18
**fact** 15:13 55:13
62:21 115:1
132:15 138:18
139:5 144:6

186:9 197:20
216:7 217:6
226:15,17
241:18 265:22
**factor** 156:12
**factors** 104:21
107:13 119:7
119:14 127:9
157:7,14
193:12,16,20
194:4
**facts** 137:3
**fact-finding**
207:17
**fair** 14:20 63:19
80:5 197:5
272:8
**fairly** 279:11
**fall** 11:8
**falls** 67:19 73:2
104:14 207:9
**familiar** 73:21
80:5 81:9
146:3 158:20
241:1 254:22
268:4 269:10
274:9 288:10
288:10
**family** 82:10
93:7 106:4
115:15 116:16
136:21 159:9
238:20 239:16
**FAMU** 82:6,7
**far** 75:10,10
241:12,19
292:10
**fashion** 118:3
**fear** 136:22
139:4,10
141:16,19
159:10 166:9
189:7 254:14
283:9,14 284:8
**February** 6:12
96:12 99:2,6

99:12,19 102:8
103:4,12,19
245:14 267:5
283:1,2 285:3
**fed** 106:8
**federal** 33:9
250:11
**feed** 104:21
**feedback** 75:17
**feeding** 166:15
299:6
**feeds** 87:21
104:16 105:9
**felon** 106:11
**felt** 170:6
**field** 9:22 10:7
14:18 22:11
49:20 69:1,5
70:14,17,18
72:7,10,12
73:1 74:21,21
75:3,7 80:20
98:18,22
108:18,19
110:5,12
114:22 137:21
137:22 140:14
141:9 142:11
145:10 149:18
150:3,9 152:5
158:10,22
159:5 160:19
168:16 172:18
197:12,15,21
198:2,3 199:11
199:15,20
201:9,13 210:1
211:16 212:21
213:6 215:10
215:12 216:16
224:10 227:21
232:22 233:13
237:17 245:3
251:13 253:11
267:16 301:4
**figure** 192:19



**filed** 12:19
182:20
**filing** 173:11
**fill** 31:6,18
**final** 61:20 97:12
**Finally** 250:7
**financial** 303:11
**find** 28:11 35:1
136:10 154:12
154:15 273:1
292:14
**findings** 240:15
249:6 250:21
**fine** 36:18 43:7
55:4 296:21
**finer** 174:8
**finish** 16:12
51:15 133:10
294:1
**finished** 47:1
**first** 18:18 35:13
35:15 36:2
37:5 60:8,11
60:16 64:19
65:2 73:6 81:5
81:5 96:11
121:12 122:13
125:13 126:19
126:22 129:4
130:18 140:22
166:8 176:4
177:7 212:2,15
219:8 239:21
241:1 246:13
248:17 250:6
250:10,10
281:19 288:4
294:1
**firsthand** 172:13
247:7
**first-line** 74:12
74:13 81:5
262:5 274:6
279:21
**fit** 148:2
**five** 175:6

205:18 256:21
271:6 273:8
292:17 296:9
**five-minute**
276:12
**Flanagan**
184:19 221:20
**flexibility** 117:4
120:6
**flip** 108:17
159:15 160:4
**flipped** 160:13
**flipping** 57:14
**Floor** 3:12
**Flores** 108:12
177:21 178:13
181:8 232:20
233:8,11
252:16,20
253:1 254:7,18
**flow** 156:14
179:2 241:10
241:13
**flows** 210:21
**fluid** 148:19
194:15 214:7
**focus** 99:5
100:11 108:14
114:10 121:17
122:2 138:12
144:20 151:13
205:12 209:4
253:19 264:16
267:10,20
269:16 270:15
287:12 291:10
294:20
**focused** 190:4
222:8 225:17
225:21 233:6
236:18 253:1
299:1
**focusing** 128:22
294:6
**folks** 292:13
**follow** 22:13

97:20
**followed** 81:16
**following** 124:22
167:17 214:16
**follows** 9:4 93:8
**follow-on**
208:12
**follow-up** 22:7
22:11 26:11,19
27:10 29:2,3
38:11,13
155:22 230:15
231:1,1
**force** 72:18
**foregoing** 302:5
303:3,4
**foreign** 67:7,10
267:13
**forever** 285:10
**form** 14:12 26:8
80:11,15 102:1
113:2 300:4,8
300:20
**formal** 120:7
173:11 207:4
208:21 231:1
284:13 285:20
**formalization**
230:11
**formalization....**
230:7
**formalize**
230:16
**formalized**
231:3
**formally** 285:6,8
**format** 15:5
200:20
**formed** 113:7
133:17
**former** 265:14
266:9
**forms** 80:10
**formula** 119:21
**formulated**
206:19

**Fort** 65:18,22
162:6
**fortunate** 167:7
**Forward** 190:13
196:14
**forwarded**
181:11 196:9
**found** 249:19
250:2,4,10
**foundation**
128:10,22
129:5 133:16
266:3
**founded** 127:17
128:5,8,18
**four** 35:20,22
36:13,22 77:1
78:2 105:21
106:8,9,10
117:2 126:13
126:18,22
127:9 128:15
129:8 134:1,5
134:8 135:12
135:14,16
179:10 228:9
276:21 277:2,3
295:13
**fourth** 125:22
**frame** 274:19
294:18
**Francisco**
252:16
**frank** 108:11,15
108:17 111:10
114:11,17
137:15 138:13
144:17 196:7,9
208:2 236:11
236:19
**Franklin** 4:6
**free-flowing**
280:1
**frequent** 280:6
**frequently**
268:18

**Friday** 36:7,7
46:19 48:8
277:7 287:8
**front** 19:2 30:18
30:19 33:6,8
49:14 60:3
99:17 108:6
111:6 121:1
136:14 137:11
177:15 189:17
196:4 198:17
200:12 202:16
205:3 211:14
221:16 224:18
228:22 232:10
236:7 239:11
243:16 245:11
247:13 252:12
277:12 297:3
**full** 9:10 47:2
48:4 76:1
77:10 106:1
148:14,22
149:4,6 172:13
219:8
**fully** 17:12 91:18
**fulsome** 198:21
**function** 112:19
299:11
**functions** 67:7
**fundamental**
106:16
**funneling** 210:2
212:11 214:12
**further** 74:19
78:19 230:16
257:5
**future** 167:16
**fuzzy** 86:17

_____
**G**

**G** 9:1
**gain** 294:5
**gainfully** 169:20
**Garcia** 252:16
**Garza** 140:8



gate 215:21
gears 299:13
general 49:9
  100:19 174:17
  185:11 238:7
  238:13 239:13
  243:20 245:20
  247:15
generally 43:15
  78:1 88:19
  93:5 124:3
  146:3 147:9
  160:12 165:10
  165:16 189:10
  230:2 235:11
  257:15,18
  258:11 261:3
  261:13 263:6
  282:2,4 293:12
  295:12
generate 180:4
generated 37:20
  91:1,20 143:11
  143:20 182:19
genesis 273:4
Gentlemen
  138:16
getting 72:17
  106:17 155:7
  155:15 175:7
  188:2 235:5
  258:16 295:11
Gino 253:10
give 15:10 54:8
  59:14 72:3
  79:14 106:17
  127:8 147:20
  149:3,3 234:16
  261:19
given 44:9 93:19
  94:12 117:7,10
  117:20 118:8
  121:21 122:21
  126:7,20 127:1
  148:4 194:12
  219:17 302:7

gives 226:2
giving 54:13
  80:12 128:15
  234:6 266:9
glance 239:21
glanced 39:1
go 14:22 16:13
  16:21 19:18
  20:21 24:2
  27:16 38:14
  46:4 48:17
  50:15 51:12
  60:11 66:9
  67:2,8 70:6
  75:4 77:4 79:5
  88:12 90:16
  94:15 95:3,4
  102:5 109:13
  119:4 129:12
  133:11 134:11
  136:13 141:2
  149:22 155:13
  199:22 205:20
  223:12 228:5
  246:13 250:16
  277:11 294:2
  295:18 296:18
  300:10
goal 228:15
goes 27:12 60:16
  101:10 115:9
  124:16 139:1
  145:18 187:16
  189:21 206:3
  214:19 232:13
  233:17 253:19
  256:16
going 16:6,16,22
  24:6,16 35:2
  38:1 48:21
  49:10 50:11,12
  54:6,8,17 55:2
  55:5 72:6 74:6
  84:7 106:11
  136:12 150:11
  150:11 160:8

163:15 169:5,6
169:6 214:11
215:7 234:14
241:19 248:5
248:11 257:3
257:13 261:19
274:5 282:11
297:7
Gonzalez 108:12
  185:6,15,19
good 9:7,8 64:17
  225:2,11,18
  226:11 230:1
  235:6 257:8,13
  268:21
Good's 225:9
gotten 162:21
  245:19
government
  206:18 207:2
  257:16 259:13
  259:14 261:4
  261:15 262:3
  262:13 263:4
  264:13 271:10
  272:20 275:14
  299:17 300:18
governmental
  13:8 300:1
government's
  207:17 208:1
graduating
  64:14
grand 105:8
grants 242:13
great 26:18
  259:11 298:9
Greta 72:8
ground 15:1
  118:19 120:4
  148:9 194:15
  195:14 264:10
grounds 38:1
groundwork
  54:20
group 175:11

185:20 186:1
291:22 299:3
Grupo 268:2,3
  268:11 271:4,8
  272:11 273:21
  275:10,22
  276:6,18
  280:12 283:8
  283:13 284:7
  291:19 292:17
  292:22 293:19
  295:2,15 296:2
guard 215:21
Guatemala
  185:21
guess 35:4 64:9
  93:21 157:5
  224:9 247:5
  264:14 270:5
guidance 117:10
  117:20 118:8
  120:11 145:5,8
  145:11,13,16
  147:13 150:14
  151:18 153:15
  153:20 154:17
  155:10 177:1,8
  179:12 180:9
  180:15 182:13
  183:1,9,18
  227:10,14
  230:14,20
  231:2,18,21
  232:2 246:17
  247:1 254:13
  255:5
guidances
  263:20
guideline 81:15
guidelines 81:21
Guisado 3:10
  6:4 257:4,7,12
  260:12 261:10
  261:19,22
  264:7 266:21
  269:4 274:20

276:15 282:8
284:3 285:17
285:22 287:2
289:7 291:3
292:7 294:11
295:21 296:8
guys 234:14
Guzman 291:15
295:1

_____

**H**

Haitian 167:1
  242:1,13 243:2
  265:2
Haitians 282:22
half 277:9
halfway 190:17
hallways 167:3
Hamed 218:18
hand 30:7 257:3
  303:13
handle 194:11
handled 173:8
  173:12 246:2
handles 246:4
handling 136:22
  182:4
handout 44:10
  44:11,18 45:9
  45:10,15,16
hands-off 301:3
happen 35:15
  81:22 167:15
  172:22 273:7
happened 21:4
  31:7,18 175:7
  175:13,20
happening
  137:5 194:7
  255:12 256:17
  266:15,16
happenings
  20:19
happens 72:16
  88:22 216:7,12
  217:6,12



256:12 266:2
290:5
**happy** 208:19
**hard** 15:12
27:11 44:12
159:6 213:8
294:17 295:7
**hard-copy** 19:14
**Harlingen** 162:7
**Harris** 236:11
**head** 15:12
157:6 277:18
**header** 97:1
**heading** 297:10
**headquarters**
21:16 68:10
73:1 80:19
167:15 169:11
169:15 177:9
178:6 260:1
**heads** 253:10
**health** 167:11
**hear** 150:11
300:6
**heard** 75:19
82:1,6,11,16
82:21 86:4,14
89:5 104:3
268:8,16 270:1
**hearing** 12:10
12:12,15,22
13:16,22 14:4
166:8 268:17
**hearings** 14:10
**held** 2:2 64:2
70:18 228:3,4
**help** 109:19
**helping** 136:6
**hereunto** 303:12
**Hidalgo** 76:17
77:5,6,12
105:21
**Higgerson**
137:17
**Higgerson's**
137:20

**high** 43:15 44:13
258:11
**higher** 127:1
264:11
**highest** 197:20
198:2,6
**Highlight** 39:7
highlighted
121:20 152:12
**highly** 158:16
248:7
**hinder** 208:2
**hired** 59:7
**Hoffman** 98:17
99:6 101:18
181:9,19
184:19 187:2
225:3
**Hoffman's**
102:8 182:1
**hold** 111:20
180:1
**holding** 180:3
191:17 201:5
**holds** 288:1
**homeland** 13:8
13:19 17:1
128:21 174:17
238:6 239:14
247:16
**Honduras**
291:21
**honest** 104:1
**Hood** 189:22
190:5 291:17
294:21
**host** 275:4 286:5
**hour** 16:10 37:6
40:21 46:22
**hours** 21:5 36:13
36:22 148:17
148:17 164:2,3
181:15 216:3
217:1
**house** 84:13

166:21
**housing** 93:7
**Houston** 217:21
**Howe** 1:14 2:2
6:2 9:2,11,14
19:13 206:2
208:9 257:8,13
266:22 268:3
269:5 276:16
282:9 287:3
291:4 297:3
302:4,13
304:22 305:22
**hub** 190:19
193:11 210:5,7
210:11
**hubs** 214:22
215:1 216:10
**Human** 13:12
**hurt** 167:8
**Hutton** 181:19
**Hutton's** 181:21
**H-O-W-E** 9:12

_____
**I**
_____
**ICE/Enforce...**
100:17
**ICRO** 82:21
83:1,4,11,18
84:9 85:16
87:14 89:2
92:10,12,22
94:20 103:14
**idea** 30:7
**ideally** 84:17
**identification**
18:21 33:3
59:22 63:7
79:11 96:4
98:10 108:3
111:3 120:20
137:8 140:2
144:8 150:18
158:6 177:12
180:21 182:8
184:11 186:15

189:14 196:1
198:14 200:9
202:13 204:22
211:11 218:14
221:13 224:15
228:19 232:7
236:4 239:8
243:13 245:8
247:10 252:9
266:19 269:2
282:6 286:22
291:1
**identify** 150:4
292:12
**III** 34:8 161:2
**ill** 106:4
**illegal** 240:10,18
**ILU** 271:5
272:12 275:10
**IMERMAN** 4:3
**immediate**
100:22 101:6
**immediately**
64:13 124:19
185:5
**Immigrant**
287:18
**immigrants**
242:13 243:3
**immigration** 4:5
66:12,17 67:9
67:20 68:12
78:19 83:2
85:9,13 86:8
86:19 87:3
97:4,11,14,15
115:1 186:4
243:6 247:18
261:8,8 262:9
263:5,8,18
264:3,19 265:7
266:5 277:20
280:12 286:19
290:13 301:1
**impact** 84:15
104:14 141:12

142:22 156:19
159:12 169:22
170:5 194:5
298:20
**Imperial** 65:1,5
65:7 66:4,6
70:5
**implement**
161:6,9 209:7
209:18 213:20
214:14 215:10
218:4
**implementation**
51:22 99:12
**implemented**
212:21 213:14
214:7
**importance**
127:1
**important** 15:10
87:9,17 90:4,6
124:12 134:4
209:11,15
222:22
**importantly**
15:18 207:14
**impossible**
189:9
**impressions**
55:15
**improper** 50:14
**improve** 15:20
**inaccurate**
218:10
**inadmissible**
97:10 122:1
**INAME** 284:7
**INAMI** 267:22
279:15,22
283:8,13 301:1
**incident** 72:18
174:6,15,20
175:1,8,14,19
175:21 251:5,8
**incidents** 173:22
174:14 176:2



MAGNA
LEGAL SERVICES

include 52:7
76:6 255:2
275:8
included 22:16
22:22 143:7
includes 221:19
280:2
including 49:18
51:20 97:13
187:5 206:6
208:20 219:18
288:1 291:8
Incorporated
56:13
incorrect 77:8
109:17
increase 139:2
157:22 163:1,5
163:15 164:4
165:6 166:3,18
168:13
increased 103:2
103:7,14,17,19
169:14 179:2
214:6
increasing
204:17 208:10
independent
208:3 231:21
232:2,3 242:18
indicate 139:5
139:14 213:5
indicated 30:12
287:20
indicates 76:1
161:21
indicating
227:18
indirect 71:8,10
71:12
individual 48:6
61:10 88:8,15
89:3 170:21
individuals 23:2
25:13,19 38:15
41:18 44:14

45:2 56:6
60:20 61:3
67:8 85:2,17
85:18 93:1
94:17,19 95:15
95:16,22
104:17 105:7
105:19 106:22
107:8 117:2
135:20 136:2
136:11 149:16
152:17 166:7
169:12 171:21
174:9 175:12
179:7 186:10
187:17,21
191:14 193:1
195:12 196:9
219:16 241:13
250:16 260:17
260:18,20
261:1 288:15
290:1 291:7,20
293:6,14 301:6
indulge 14:22
inferred 224:9
influx 159:8
167:2 242:12
265:2
influxes 160:20
Info 182:3
inform 48:13
276:5
information
7:21 22:16
23:1,17 24:17
26:12 28:22
48:14 90:7
91:5 119:17
140:19 143:7,9
143:10,18,21
206:16 207:7
245:14,19
270:8 276:4
290:16,17,18
informational

44:10
informed 48:11
informing 81:19
initial 37:12
40:8,9 73:6
87:4 238:20
239:15 298:4
initially 84:16
112:14 113:3,6
180:14 285:6
initiate 80:20
124:20
initiated 80:21
80:22 81:7
109:5
INM 185:20
186:4 257:18
258:19 268:6
278:16 289:10
INM's 185:22
input 224:5
234:18
inquiries 246:4
INS 64:12,13,18
64:19 65:10,12
66:10
inside 250:14
insight 194:6
292:9
inspected 211:7
inspecting 66:1
84:11 146:15
inspection 23:1
25:12 88:5,19
89:1 100:8
149:22 168:8
275:4
inspector 66:12
66:18 67:20
174:17 238:7
238:13 239:13
243:19 245:20
247:15
inspects 88:8
instance 23:4
38:14 172:21

173:6 262:11
instances 136:5
166:9 171:15
171:20 172:4
173:14 210:15
institutional
273:17
Instituto 267:21
instruct 54:12
54:18 55:2
instructed 23:16
209:7 250:15
instructing 43:4
instruction 46:2
55:11,16 80:13
167:17
instructions
209:12,13
instructs 16:5
INS's 65:21
intake 173:10
179:22 190:14
intelligence
148:18
intended 167:3
intent 20:17
119:20 226:16
226:20 227:4
293:8
intention 63:17
interact 154:9
209:19 301:2
interacting
104:19 221:3
interaction
217:18 271:11
interactions
70:9 265:15,16
286:4
interconnected
88:2
interest 207:18
303:11
intergovernm...
258:18 259:5,9
276:17 277:19

278:15,18
279:5
internal 19:15
19:22 85:13,19
145:11
international
263:2 289:20
interpret 15:13
180:14
Interrogatories
58:4,10
Interrogatory
58:17
interrupt 205:13
257:9
interview 56:7
168:7 242:6
interviews 56:5
62:11
investigate
110:1 268:14
investigation
242:18 244:18
247:17
investigations
238:5
investigators
256:3,10,19
invoke 96:1
involved 113:15
175:10 248:22
251:9 293:15
in-depth 279:14
IOU 262:21
issuance 183:22
230:14
issue 21:19 55:5
79:5 80:16
114:21 115:3
155:8
issued 95:18
98:8 146:1
177:1,2 186:8
227:14 230:20
248:19
issues 153:7



179:13 222:22
238:21 239:16
**item** 237:2
**items** 22:7 28:1
32:14
**iteration** 119:16
143:4
**iterations** 141:1
**IV** 8:3
**I-94** 79:5
**I.D.s** 79:9

**J**

**J** 1:14 2:2 4:2
6:2 9:2 19:4
302:4,13
304:22 305:22
**James** 9:11
181:18,21
**January** 1:16
6:8 16:17 19:5
64:2 67:15,17
69:8 303:14
**Jarava** 72:7
**Javier** 144:17
**job** 1:18 9:20
64:6
**Joe** 72:3
**jog** 30:22
**John** 96:13
177:20 178:15
181:7 205:8
225:3 243:18
**Johnny** 233:8,9
**join** 65:10 68:13
**joined** 64:9,12
64:13,18 65:12
**joint** 92:15
173:10
**jointly** 92:13,14
**Jose** 140:8
**Joseph** 229:3
**Josh** 71:20
**jot** 22:1
**Juan** 108:11
**Jud** 217:15

219:9,13
**judge** 13:2 16:4
**July** 108:10,10
108:14
**June** 6:16 13:7
109:10 111:11
111:11 114:11
116:13 119:6
121:7 127:18
128:1,4,17
137:15 138:12
139:12 140:15
143:5 144:16
144:20 145:19
209:6 211:18
212:22 213:4
**Justice** 4:4
**justify** 157:15
**Juventud** 292:1
**J-A-M-E-S** 9:12

**K**

**K** 1:7 2:5 3:5
**Katherine** 4:2
19:4
**katherine.j.shi...**
4:9
**Katie** 224:1
**Katrina** 42:6
**keep** 21:19
150:14 181:15
230:2
**keeping** 151:19
153:15 155:10
160:8
**keeps** 115:1
**Kelly** 96:13
243:18 244:5
244:16
**kept** 26:13
207:11 268:2
**Kevin** 1:7 96:18
121:5 177:20
178:19 181:7
184:18 187:2
203:13 221:20

**kind** 41:7 57:19
57:20 104:11
112:15,17
116:3,4,5
214:7 231:10
290:14
**King** 5:3
**Kinnahan** 61:4
61:7
**knew** 24:15
214:4
**know** 20:5 24:21
27:8 29:12,21
30:5,19 34:20
34:22 41:5
42:7 49:6,10
50:10,10,12
62:6,8 63:3
76:11 78:3,4
79:14,18 80:4
80:18,19,20
83:12 88:2
97:21,22 98:7
103:5,8 109:18
109:20 110:11
111:1,14 113:9
119:2,10 120:4
120:16 123:12
125:4,7 137:20
139:22 143:14
144:6 145:8
147:10 148:16
149:5 150:5
151:17 152:1
153:11,14
154:22 155:5
158:21 175:2,3
177:4 178:6,9
181:16 183:15
193:4,8,18,21
193:22 194:13
194:14 195:21
204:11 214:9
216:1,21
220:18 221:11
222:12 224:13

230:2,10 233:9
234:13 235:12
235:13,14
239:1 242:3,5
242:14 243:2,7
244:12 245:22
246:22 247:5,7
247:7 248:18
249:4 251:21
252:6 263:4,10
265:12,21
266:14 269:22
271:20 273:4,7
273:10,14
275:18 276:1
281:3 284:21
286:12 288:9
288:12,13,15
288:18 289:1,2
289:8,9,10,12
289:13,15
290:11 292:3
292:10,15
293:12,20,21
296:7,8,14,16
**knowledge** 25:6
25:17 29:9
30:3 85:1,20
97:19 101:17
113:5 172:13
192:17 242:15
263:15 264:18
264:20 274:17
275:20 276:5
283:19 290:10
**knowledgeably**
257:20
**known** 106:19
106:21
**Koseor** 111:10
111:14,15
114:17 116:12
137:16 138:9
140:9 151:4,14
153:18,22
154:20

**Koseor's** 152:4
153:1,12
**Kristine** 5:3

**L**

**labeled** 100:8
**lack** 219:18
**Lado** 1:4 56:13
60:7
**land** 299:21
**lands** 67:8
**lane** 88:5
**lanes** 210:17
211:4,6 299:9
299:9,10
**language** 182:18
**Laredo** 76:19
108:19 137:22
140:14 142:10
145:10 151:21
152:5,12,15
158:10 159:5
160:18 172:18
210:10,14
211:16 212:21
213:5 215:6
225:22 226:2,2
227:16 237:17
252:21 255:10
267:16 281:10
301:4
**large** 23:9 28:11
130:11 131:21
132:2,12
166:10 241:22
**larger** 114:6
210:3 214:16
**Las** 287:18
**late** 70:9 113:8
248:20
**Lauren** 42:6
**law** 4:13 44:14
95:12 122:18
126:5 250:11
**lawful** 97:8
**laws** 97:15



129:22 247:18
**lawsuit** 18:6
  62:15,18
**lawyer** 259:1
**lawyers** 62:9
  258:17
**lawyer's** 248:6
**laying** 54:19
**lead** 110:8,14
  157:8 191:6
**leadership** 49:19
  49:20 110:6,12
  112:14 144:2
  154:18 157:1
**leading** 111:7
  300:5,9
**leads** 283:1
**learned** 19:12
  167:6
**learning** 173:5
**leave** 67:21
  115:11
**leaving** 115:12
**left** 38:6,9,19,21
  40:6 65:7 66:4
  141:8
**legal** 1:21 25:7
  32:3 47:12
  102:5 195:8
**legitimate**
  159:12
**lengthy** 57:9
**letter** 6:8 19:4,7
  60:5,9 220:5
**letting** 234:13
**let's** 14:14 49:13
  55:21 60:11
  63:19 124:13
  136:13 141:2
  165:16 205:17
  205:18 215:9
  264:16 289:17
  294:1 299:8
**level** 43:15 44:13
  75:3 118:16
  258:11 259:17

259:18 260:3,5
261:5,13 264:6
264:11 274:3
285:1,3
**LFO** 145:5,8
  212:21
**liaison** 72:7,8
  263:2,6
**limit** 170:12
  180:1,3 209:5
  213:19 219:15
  220:2
**limitations**
  78:17
**limited** 51:20
**Lincoln** 281:11
**Linda** 287:14,17
**line** 10:12 24:2,7
  60:6 71:13
  99:10 108:21
  141:11,12
  142:1,1,5,20
  142:20 151:20
  152:10,11,17
  165:4 170:1,12
  171:21 172:6
  174:10 176:13
  179:1 180:1,4
  185:10 187:8
  190:13 196:12
  203:2 209:5,12
  209:13,14,17
  209:21 213:15
  213:19 222:2
  229:8 230:5
  236:14 244:1
  253:6 267:12
  267:20 289:21
  290:2 304:2,5
  304:8,11,14,17
  305:2,5,8,11
  305:14,17
**lines** 49:1 179:11
  241:5
**LinkedIn** 6:11
  18:13,15 63:13

69:12,15
**list** 124:15
  170:20 171:4
  201:8 214:19
  233:17 287:22
  288:14 289:4
**listed** 52:20 53:7
  53:9 61:10,20
  62:1 63:18
  69:11,14
  128:16 129:8
  135:12 143:1
  190:9 197:21
  199:16,19
  200:1 201:15
  277:13
**listening** 189:1
**listing** 199:11
**lists** 60:20 64:1
  98:18 142:10
**litigant** 207:14
**litigation** 4:5
  24:15 56:14
  59:9 61:18
  208:1
**little** 22:12 26:18
  40:21 42:14
  76:22 86:17
  87:13 106:16
  114:9 133:19
  159:6 170:9
  215:3 257:14
  258:8 263:22
**lobbies** 166:19
**local** 118:16,18
  146:11 147:18
  173:7 259:17
  259:18 260:3,5
  261:5,8,13
  264:5 273:6
  274:3 285:1,3
  301:7
**locally** 146:17
**located** 65:17
  85:3
**location** 65:3

197:7 290:12
**locations** 170:5
  172:19 210:5,6
  284:13 301:4
**log** 206:13
**long** 10:5 20:13
  36:12 37:4
  38:18 40:19
  41:8 43:19
  44:17,20 46:21
  56:22 57:3,15
  58:16 65:4
  66:20 67:11
  68:2,16 69:2
  277:3 296:20
**longer** 84:20
**Longoria** 108:11
  108:15,18
  109:3,18
  111:10 114:11
  114:17,20
  115:9 116:13
  137:16 138:13
  144:17 145:18
  196:8,9,18
  197:6 236:11
  236:19
**Longoria's**
  196:13
**long-term** 85:16
**look** 28:18 55:21
  56:2 59:15
  80:14 120:17
  143:12 149:11
  150:1,5 156:6
  158:19 159:4
  159:17 191:12
  199:1 201:18
  202:2,6 223:21
  230:4 239:4,17
  269:9
**looked** 168:17
  200:22 204:4
  229:21
**looking** 28:4
  39:18 44:11,17

57:14 146:18
148:14 157:7
159:2 178:18
183:6 185:4
203:6 212:1
237:15 240:6
249:22 279:11
281:7 292:11
293:6 294:5
**looks** 159:2
  181:11 184:21
  205:14
**loose** 156:1
**looseleaf** 21:10
  21:11,13
**lot** 36:19 44:11
  44:15,16 75:17
  114:6 119:19
  129:10,13,15
  157:13 210:22
  280:5
**lots** 36:20
  104:20
**Louisa** 5:2
**lower-ordered**
  126:12
**lunch** 47:1
  155:17,18
  167:4

---

**M**

**M** 3:3
**Magna** 1:21
**main** 66:6,8
  75:13 92:22
  104:11 228:4
  250:5
**maintain** 289:3
**Maintained**
  267:21
**maintaining**
  83:18 84:10
  86:11 87:1,9
  87:18
**maintains**
  273:14 287:22



**major** 212:5
**making** 189:2
256:8
**man** 181:15
**manage** 272:20
284:12 290:14
**managed** 161:9
**management**
51:19 52:11
55:19 72:18
92:17 108:22
109:5 117:8,11
117:17,20
118:9,14,22
120:14 121:10
121:13,18
130:3 140:14
144:3 145:3
146:19 148:8
152:6,11 159:7
173:8 176:17
176:19 177:7
179:14 180:17
204:9,14,19
209:8,10,16,19
211:17 212:16
212:22 213:6
213:14,20
214:7 226:21
230:6,10,16
231:2,3,11
233:20 234:7
234:21 235:3
237:2,6,13
238:2 242:16
249:8,11
250:21 251:2
255:6,11,13,22
256:9 261:21
262:2,12,15
264:16 265:16
265:21 271:5
271:13 272:12
272:18 273:22
274:6 275:10
280:3 284:9,17

285:5,13 286:7
290:2,6 292:20
295:6 296:4
300:2,19
**manager** 68:9
68:11,14
146:12,22
147:13 175:10
262:5,6,7,14
**managerial**
242:21
**managers**
118:18 120:3
146:11 147:6
147:18 150:9
156:3,6 157:9
253:15 254:1
264:10 279:21
281:20
**managing**
293:18
**mandatory**
94:16 95:1,10
100:18 102:1
102:21
**March** 184:17
**Maricich** 232:15
233:15 234:13
291:17
**Maricich's**
232:18 233:6
**Marin** 190:1
291:17 295:1
**Mariza** 190:1
291:16 295:1
**Mariza/Sergio**
295:2
**mark** 18:18 33:1
96:2 137:6
158:4 202:11
211:9 218:12
247:8
**marked** 18:21
19:2 33:3,7
59:22 60:3
63:7,10 96:4,7

98:10,13 108:3
108:6 111:3,6
120:20 121:1
137:8,12 140:2
140:5 144:8,11
150:18,21
158:6,9 177:12
177:15 180:21
181:2 182:8,12
184:11,14
186:15,18
189:14,17
196:1,4 198:14
198:17 200:9
200:12 202:13
202:16 204:22
205:4 206:1
211:11,15
218:14 221:13
224:15,19
228:19 232:7
232:11 236:4,8
239:8 243:13
243:17 245:8
245:12 247:10
252:9,12
266:19 267:1
269:2,6 282:6
282:9 286:22
287:4 291:1,5
297:4
**mass** 8:6 159:3
160:20 161:9
163:9,14 164:1
164:10 190:9
**material** 207:10
229:9
**materials** 27:16
207:15,16
**matter** 23:11
34:5 41:2,3,9
41:10,15,19,20
42:12 43:20
44:6,21 45:4
46:9,14 56:7
135:15 258:6

278:12,14
295:9 298:17
**matters** 261:5
262:2
**Mayer** 2:4 3:4
**McALEENAN**
1:7 60:7 96:18
113:13 121:6
177:20 178:19
179:5,10 181:7
183:19 184:18
187:2 203:14
221:20
**McAleenan's**
180:15 181:12
**MCAT** 7:8,9
91:10,20
111:17 112:6
112:21 119:17
138:5 140:19
141:1,2 143:4
143:4,11,19
154:7 196:14
196:22 197:8
198:19,21
199:6 200:20
204:3
**McClellan** 65:19
65:22
**mean** 12:17 34:2
43:5 49:10
56:15 67:5
71:12 72:12,20
75:21 80:9
81:13 82:4,9
82:14,19 83:1
86:7,16 93:4
95:11 103:17
204:11 221:9
254:1 264:11
285:8,9,11
294:17
**means** 19:21
47:19 84:1
97:15 101:6,7
124:2 126:11

215:15 230:11
**meant** 268:12
**media** 11:13
180:4 220:16
**medical** 101:11
136:2 167:9
**Medlock** 3:3 6:3
9:6 10:11,14
18:18 19:1,19
20:8 23:21
24:4,10 28:9
29:4 32:7 33:1
33:5 38:5
42:21 43:8
45:20 46:3,7
48:18 49:12
50:6,18 51:5
51:14,17 53:17
54:1,6,17,22
55:4,21 56:4
60:2 63:9
69:18 83:10,15
85:8 86:3
89:21 90:1,13
90:15 94:22
95:6 96:2,6
98:12 102:6,15
103:18 104:2
108:5 109:16
111:5 120:22
122:10 123:8
123:12,17,21
123:22 128:12
129:14 131:6
131:16 132:1
134:17,20
135:3 137:6,10
140:4 144:10
150:20 152:21
155:15,19
158:8 177:14
180:13 181:1
182:10 184:13
186:17 188:16
189:16 195:9
196:3 198:16



200:11 202:11
202:15 205:2
205:17,20
206:12 209:1,3
211:9,13 217:5
217:14 218:12
218:16 221:15
224:17 228:21
232:9 236:6
239:10 241:2
243:15 245:10
247:8,12 248:8
248:13 252:11
257:3 296:12
296:21 297:15
298:12 300:4,8
300:20 301:13
**meet** 265:16,17
**meeting** 20:7,12
20:16,18 21:13
21:15,17,20
22:2,5,8,15
27:2,13,17,20
28:2,4,16 29:7
29:10,18 30:1
30:11,13,16
31:6,7,10,13
31:17,19 32:1
32:15,15 35:15
36:2,5,10,11
37:1,4,7,12
38:8 39:22
40:1,3,4,8,9,12
40:14,16,19,22
41:20 45:4,7
45:10,11,14,17
46:21 47:10,16
47:18,21 56:19
57:2 229:13
235:14,19
285:11,12,20
**meetings** 19:15
20:1 31:3
32:10 35:20,22
39:1,2 46:8,13
56:21 62:9

265:20 266:4,6
266:8,11,14
285:7 286:1,6
286:9,18
295:13
**member** 18:12
**members** 80:2
222:21 298:16
**memo** 6:12,16
7:3,20 97:22
98:1,6 120:10
120:14 124:8
124:14 126:4
127:3,12,18,19
129:8 130:3,18
130:20 131:4
132:18,21
134:3,4 147:5
231:6,11 247:3
**memorandum**
96:12,17 97:20
102:9 117:14
118:2 121:3,5
121:9,13,19
125:5 146:1
182:13 243:18
244:5,16
**memorandums**
118:7
**memorialize**
177:5
**memorialized**
129:4 132:18
132:20
**memorializing**
127:20
**memory** 22:13
30:22 48:9,11
52:18 53:12
54:2 59:16
119:19 210:13
255:4
**memo.pdf**
254:14
**mental** 55:15
**mentioned** 10:7

11:18 38:15
73:5 95:1
119:3 225:5
259:21
**Mesa** 76:15
280:17
**message** 184:22
185:1 237:16
**met** 35:12 36:20
37:3 46:18
258:5 278:11
**meter** 146:22
148:3,10
156:14 226:7
283:8,14 284:7
**metered** 173:3
270:18 272:10
**metering** 51:19
52:10 53:12,13
55:18 146:1,4
146:8,13
147:14 156:4
156:17 157:2,9
157:11,17
158:1 162:13
162:22 170:10
170:11,16
171:8 176:19
177:1,6 180:9
182:13,22
183:9 186:8
209:22 218:1,5
219:15 224:11
226:5,12 227:7
227:10,13,14
230:14,20
238:16 241:11
241:18,21
242:11 252:3
254:13,14,22
256:11 264:17
264:19 265:10
270:16 273:22
276:6 279:7
280:14 284:9
284:16 286:2

286:19 287:22
288:14 289:4
289:14 300:1
300:18
**metering/queue**
255:5,13
**methodology**
57:19
**metric** 107:21
107:22 238:2
**Mexican** 79:6
82:20 131:10
184:5 186:4
257:16 259:13
259:14 260:3
260:22 261:3,7
261:15 262:3,9
262:13 263:17
264:3,13,19
265:7 266:5,8
266:12 270:20
271:10 272:7
272:20,22
275:13 277:20
280:12 284:11
285:2,21 286:4
286:18 288:2
288:16 290:13
299:17,22
300:17 301:1
**Mexicans**
270:21 272:9
**Mexico** 13:13
22:17 23:3
25:14,20 73:13
73:22 76:10
79:3 83:6
86:12 87:2,11
90:3,8,11,19
91:3 104:5
130:16 134:1
135:11 142:3,6
159:11 165:4
166:8,10
169:17 170:13
170:19 172:6

174:12 185:16
185:22 209:9
213:15,20
250:15 251:10
260:18 264:12
265:10 266:13
270:17 279:6
290:8 292:14
293:12,17
**Michael** 202:20
**middle** 16:12
73:7 287:13
289:22
**midnight** 212:22
**midst** 133:13
**mid-bridge**
212:16,22
213:7 255:1
**Migracion**
267:22
**migrant** 23:13
141:10,15
142:17 177:3
179:6 183:10
184:3 185:11
186:8 187:18
188:5 195:19
267:5 287:19
297:11
**migrants** 43:16
84:13,16 92:18
104:20 133:12
133:14,17
134:13 162:17
166:16 167:11
167:21 176:11
180:3 204:18
208:11 209:20
210:4,16 215:4
242:1 262:16
271:12 272:17
272:19,22
280:3,8,9
284:14,19
290:3 292:4
293:1 295:3,16



296:3 301:10
**migration** 8:6
14:1 91:10,13
111:17 112:10
113:6,11,15,20
159:3 160:20
161:10 163:9
163:14 164:1
164:10 167:2
190:9 200:13
214:5
**mind** 20:21 21:4
26:16
**minimize** 159:11
**minutes** 20:14
27:19 37:6
41:11,12,12,17
44:2 57:10
58:19 205:18
235:15,19
256:22 277:9
296:9,18,18
**misinterpreted**
221:9
**misleading**
123:16
**misquoted**
220:19 223:18
224:7
**missed** 31:5,12
228:14
**misses** 31:17
**mission** 104:15
117:7 122:20
126:7,17
128:20 129:7
133:1,2,2,3
136:10 165:19
169:4 299:1,7
**missions** 134:8
135:12 136:6
194:12
**misstatement**
221:6
**misstates** 102:14
102:14 131:1

131:19 155:13
296:5
**missteps** 249:13
**mistaken** 153:19
**misunderstan...**
256:14
**mobile** 83:3
**mode** 276:2
**modes** 275:12
**Modesto** 72:10
**Molnar** 61:11,14
61:17
**moment** 88:4
205:16 226:8
239:17
**month** 35:4
68:13 139:4
**monthly** 266:11
**months** 11:4
67:13 221:4
227:13
**Montreal** 67:3,4
67:12
**Morgan** 118:5,6
**morning** 9:7,8
20:7,12 225:6
253:14 291:20
**morphed** 112:17
**motion** 208:7
**motivation**
218:9 242:11
**motivations**
217:22
**move** 55:5
107:20 155:16
164:3 170:8
199:5 209:7
**moved** 66:14
136:20 209:16
213:18
**movement**
272:17 301:9
**moving** 36:19
212:14
**MPP** 166:7
287:20

**multi** 245:13
**multipage** 33:8
60:5 63:11
96:8 98:14
108:7 121:2
137:13 158:9
177:17 181:3
184:15 196:5
198:18 202:18
205:5 211:15
221:16 243:18
247:14
**multiple** 37:18
48:3 59:17
91:4 104:11
149:12
**Murdock**
217:15 219:9
219:13 220:1,9
220:13,18,21
223:8,18 224:2
224:5
**music** 235:7
**muster** 80:6,9
80:11,14,17
81:6,17,19
**musters** 80:20
80:21,22 81:1
246:17 247:1
**mute** 10:12
90:14

N
**N** 3:1 6:1,1 9:1
**Nacional** 267:22
**name** 9:10,13
73:7,7,9
170:20 187:22
222:13 229:4
248:9 268:9,11
268:17 288:5
**names** 41:6,6
42:5,8 162:2
248:6 288:1,1
**narcotics** 122:3
132:13 260:18

**national** 79:6
125:14 128:9
128:10,19
129:2,15
132:14 133:1
**Nationality** 97:4
97:11
**nature** 11:10
292:14
**NCIC** 23:10
28:10
**near** 69:21 85:3
85:18 170:12
292:1
**nearly** 47:2
**necessary** 159:7
195:6,10,15
**need** 20:22
21:18 22:7
114:20 206:12
207:16,16
208:17 209:19
275:5 292:12
294:8
**needed** 24:16
25:7 156:14
208:7 214:8
279:13 292:15
**needs** 20:20
162:22 280:6
**neither** 303:9
**networking**
18:13
**never** 30:14 70:2
70:21 73:18
128:1 221:7
222:13 223:9
244:11 270:1
286:8,10
292:10 295:8
**new** 3:13,13
66:11 67:19
68:21 127:21
268:2 285:19
**newer** 143:8
**news** 7:13 62:14

218:18 220:12
**Newton** 1:20
2:10 303:2
**NGOs** 301:7
**Niagara** 64:14
67:19
**nice** 66:15
**Nielsen** 121:5
**night** 215:19
**nine** 21:15
291:20 293:6
**Ninth** 160:8
**Nogales** 78:6
198:7 210:22
211:1
**noncitizen** 88:5
94:5 170:16
171:8
**noncitizens**
79:10 93:17
102:10 171:15
172:5
**nondisclosure**
207:18
**non-CBP** 215:21
**non-selection**
12:16,18 14:15
14:18
**non-U.S** 92:1
**normal** 73:17
191:8 193:13
211:2 285:4
**normally** 81:21
189:11
**normal/organic**
190:18 193:10
193:14
**Norte** 77:19
281:14
**Northern** 74:11
132:9 228:6
265:14 266:1
266:10
**notarial** 303:13
**notary** 2:11 9:3
303:1,19



**note** 22:12
187:16 206:14
248:3 301:14
301:16
**notebook** 21:9
**notes** 19:14
20:16,17 22:6
23:14 24:13
25:18 26:2,3,6
26:14,18,19
28:18 29:10,18
29:22 30:3,8
30:12 31:10
32:2 39:4 44:3
187:12 191:16
235:9 266:5
**notice** 6:9 33:9
49:16 93:19
94:13
**notification**
173:11
**notified** 24:19
255:20
**notion** 168:2
**November** 66:12
66:13,21 67:1
67:1 174:21,22
175:1,3,3,8
225:1,18
226:11 227:5
251:4 269:13
**NTA** 94:12
**nuance** 76:22
**number** 6:8,9,10
6:11,12,13,14
6:15,16,17,18
6:19,20,21,22
7:2,3,4,5,6,7,8
7:9,10,11,12
7:13,14,15,16
7:17,18,19,20
7:21,22 8:2,3,5
8:6,7,8 18:20
33:2 37:17
52:20 59:21
63:6 96:3 98:9

98:15 103:1,6
103:12 105:19
108:2 111:2,8
112:13 115:11
120:19 121:3
131:21 132:2
132:12 136:21
137:7,13
139:10 140:1,7
141:10,11,22
142:14 144:7
144:13 150:17
151:1,2 158:5
164:16 165:2
177:11,18
180:20 181:5
182:7 184:10
184:16 186:14
189:11,13,19
195:22 198:13
200:8,15
202:12 204:21
205:6 206:2,2
211:10,22
218:13 219:15
221:12,17
224:14 228:18
229:1 232:6
236:3,9 239:7
240:3,8,16
242:1 243:12
245:7,15 247:9
248:2 252:8,14
266:18 267:2
269:1,7 270:16
270:17 272:9
277:18 278:2,6
280:11 282:5
282:10 283:8
283:14 284:8
286:21 288:18
290:22
**numbered** 100:4
199:6 201:4
246:12
**numbers** 96:9,9

108:8 130:11
139:2,5 151:19
153:16 155:10
158:15 159:22
160:3 166:10
169:14 182:18
182:19 198:19
202:18 214:5
224:22 273:18
**Numeral** 34:8
161:2
**Nutzhorn** 71:21
**N.W** 2:5 3:5
4:14

---

**O**

**O** 6:1 9:1
**oath** 17:5,8
58:12,12
**object** 16:2 24:7
37:22,22 38:1
42:18 48:21
51:2,15 54:6
54:12 83:7,13
85:5,21 94:14
128:6 129:11
186:12 188:14
217:10 239:5
240:20 260:7,9
261:6,16 264:4
274:18 292:5
300:4,20
**objected** 34:18
300:8
**objection** 20:2
23:18 24:1,5
28:6,19 32:3
48:22 50:5
51:12 53:15
54:20 55:10,13
55:19 95:4
102:4,13,13
103:15,21
109:13 122:8
123:4,8,11,19
131:1,11,19

134:10 135:1
137:2 139:20
152:20 155:12
180:10 195:7
217:3 261:20
283:20,21
285:14 289:5
294:10 295:18
295:19 296:5
297:15
**objectionable**
53:19
**objections** 16:3
54:9,12,14
**objectives**
244:21
**observations**
238:20 239:15
**observe** 254:20
**obtain** 55:14
207:15
**obviously** 75:12
**occasion** 262:12
268:10 279:5
**occasionally**
71:14
**occasions** 31:2
154:1
**occur** 23:8 31:16
35:7 36:1
172:20 174:1,3
175:1 210:22
286:12,15
**occurred** 40:14
41:21 47:21
48:15,16,19
172:4 173:22
174:6 175:19
176:3,16 209:5
210:20 242:3
255:14
**occurring** 173:6
220:17
**occurs** 27:20
31:12 42:15
43:14 85:10

99:2 280:6
**October** 7:20
24:20 25:3,5
229:2 243:20
248:21
**odd** 181:15
**offenses** 17:15
17:18,21
**offer** 185:21
208:6 214:15
215:6
**office** 4:5 9:22
10:7 37:8
39:14 40:18
49:20 63:2
69:1,6 74:21
75:3 80:20
86:19 108:19
110:5,12
137:22 140:14
141:9 142:11
145:10 152:5
155:4 158:10
159:5 160:19
168:16 172:18
173:9 174:16
175:16 197:15
198:3,3 199:15
199:20 201:13
211:16 212:21
213:6 215:10
215:12 216:17
232:22 233:13
237:17 238:6
238:13 239:13
245:2,20
247:15 251:13
253:11 301:4
**officer** 169:8
171:17 174:10
299:11 303:2
**officers** 49:21
80:13 166:14
169:16,20
170:2,11
203:19 210:2



213:19 226:4
250:22 263:6
298:22
**offices** 2:3
158:22 197:12
197:22 199:11
201:9 224:10
**office/Northern**
267:17
**official** 207:6
218:21 219:14
222:5 243:19
**officials** 219:15
250:12 264:3
265:21 299:18
300:18
**off-site** 70:18
227:22 228:2,7
228:9 237:16
237:19,21
**off-sites** 228:6
**OFO** 10:8 17:4
30:21 74:6
75:4 87:15
88:7 92:14
103:13 107:20
110:5 113:18
114:1,7 118:14
118:22 154:17
156:22 167:14
168:15 169:11
169:15 192:13
199:11 201:8
240:14 249:4
250:20 267:16
287:9 298:13
298:18
**oftentimes** 216:8
**oh** 39:14 44:1
66:5 120:2
190:21
**OIG** 7:19,22
238:9,10,12,15
238:19 244:17
246:7 248:14
249:1,6 251:14

251:19 252:3
253:7,12
255:21 256:1
**OIG's** 254:19
**OIT** 41:7,15,19
45:1 56:6
**okay** 12:7 13:3
15:21 16:13
19:10,20 25:5
30:20 35:1
36:4,8,17,22
44:1 51:11
53:5 54:17
55:6 58:16
62:1 63:19
66:17 68:5,19
69:7,10 71:18
72:20 75:12
77:12 78:6
79:14 88:4
96:17 99:16
100:6 102:3
107:12 108:16
112:20 116:12
124:4 126:11
129:21 131:7
133:11 136:16
140:13 141:6
143:17 147:11
151:9 161:7
164:13 165:1
165:15 171:2,5
172:11,16,21
173:13 176:10
177:10 178:8
179:21 183:14
184:2 190:8
191:16 199:1
205:20 206:12
214:11 219:3
222:10,14
223:13 224:20
225:21 227:3
230:4 232:5
234:20 241:3
244:13,14

253:6 255:17
256:21 257:17
257:22 259:11
269:16 272:5
281:18 282:20
293:12 296:16
296:17 297:22
298:11 299:13
300:15
**older** 196:21
197:2
**once** 265:18
**ones** 34:20
172:19 173:16
261:11
**one-page** 151:1
182:13 228:22
236:7 252:13
**ongoing** 175:15
237:10
**open** 76:3 77:13
163:15 164:2,3
215:18 217:1
**opened** 229:21
**operate** 216:2
**operating** 81:10
81:14 139:17
152:16 195:17
216:3
**operation** 22:17
117:9 148:1
164:9 166:12
170:1,1
**operational** 20:7
20:12 27:1
91:8,11 104:13
104:22 105:2
105:12,16
107:12,17,22
109:7,12 110:2
110:7,14,20
114:21 115:12
115:20 116:9
117:2,4,7,12
117:21 118:10
118:14,21

119:2,5,8,15
119:18,22
120:8,15 127:8
136:12,20
139:12,16
146:6,14 147:1
147:12,15,16
148:4,7,10,22
149:6 150:8
153:7 162:21
165:5 237:6,12
238:1 246:18
260:15 264:9
**operationally**
90:3 115:16
**operations** 9:22
9:22 10:8
14:19 19:15
20:1 22:12
23:9 49:20
70:15,17,18
72:9 73:2
74:21 75:7
83:3 85:3
100:18 108:19
124:21 125:17
132:4,6 137:21
140:20 141:12
142:22 156:20
168:16 206:9
209:5 214:15
225:14 227:21
245:3 254:20
267:17 299:16
**opinions** 206:16
**opportunities**
214:15
**opposed** 259:20
**OPR** 175:16
**ops** 98:18,22
**option** 164:14
**options** 165:6
**oral** 14:6
**orally** 81:6
**order** 97:12
122:22 124:22

125:12 126:8
126:21 133:8
209:18
**ordered** 100:20
125:13 135:14
**orders** 58:21
99:11
**organic** 161:14
161:17,21
191:7
**organization**
49:17 64:11
128:9,19
**organizations**
18:10 64:7
87:17
**organize** 21:2
**origin** 159:11
**originally**
121:21 158:15
**originated**
274:15
**originating**
272:2
**Otay** 76:15
280:17
**OTM** 82:16
**OTMs** 270:18
270:19
**Otro** 1:4 56:13
60:7
**outbound**
260:19
**outcome** 303:11
**outside** 14:11
40:17 62:9,17
62:22 73:17
176:13 243:4
258:20,21
259:3,6,10
**overall** 156:20
159:21
**override** 207:17
**oversight** 147:17
**overtime** 163:16
163:21



overwritten
207:19
**Owen** 20:6,18
21:2,12,18
22:2,6 26:8,20
27:1 28:11,17
29:22 75:9,16
146:1 177:20
179:19,21
180:8 181:7
182:14 205:9
210:1 221:21
225:2 227:9,14
**Owen's** 26:11
57:5,7,22
178:17
**o'clock** 21:15
32:15 215:19

———————

**P**

**P** 3:1,1 9:1
**Pacific** 233:7
**packed** 233:16
**page** 6:2,7 7:1
8:1 15:3 33:8
34:6,7 57:20
57:20 60:12,16
60:17 63:20
69:17,19 96:22
97:1 100:3,5,7
121:17,19
122:13 124:13
124:14,15
128:16 135:8
144:12 159:19
159:20,22
160:2,2,3,6,6,8
160:9,16,17
161:1 178:20
186:19 199:5,6
199:7,10 201:3
201:3,4 202:7
212:2 219:7
240:2,4,7
246:13,14
249:17 250:4

267:11 270:11
282:22 283:6
287:13 294:22
304:2,8,11,14
304:17 305:2,5
305:8,11,14,17
**PageNo** 304:5
**pages** 1:19 57:18
248:6 302:5
**paper** 21:8,10
21:11,14 28:1
29:5 30:6,18
32:17 88:16
**paragraph**
100:12 101:10
179:9,11,22
180:8 219:8,22
**paragraphs**
250:5
**Pardon** 134:22
**parentheses**
234:1 270:21
**parole** 95:15,19
96:1 101:12
**paroled** 92:3,7
92:20 93:14
95:16 103:6
**paroling** 93:9
94:20
**part** 87:3 92:15
116:16 124:19
128:21 136:17
179:10 185:19
206:18 231:8
254:19 293:9
**participants**
27:12,16
**participate**
114:3 145:12
**participated**
114:5
**particular** 21:19
22:10,11 41:10
57:11,13 89:12
105:20 110:1
119:12 131:15

142:9 160:17
167:1 213:18
227:16 262:8
274:10
**parties** 303:10
**partner/stake...**
267:13
**parts** 36:19
**party** 18:5 207:1
**Paso** 76:21
77:19,19
166:11 225:12
281:13,14,14
281:15 288:20
289:1,17
**pass** 21:18
172:17,21
173:17 176:3,8
**passenger** 75:1
**paste** 197:3
**pasted** 197:6,11
**Patrick** 184:19
221:20 224:1
**Patrol** 64:20
65:5,15,16
114:2,7 162:16
163:2,7 165:8
166:2,12,13
168:17 170:3
239:22
**paying** 154:16
**PDN** 77:20
166:6,13
281:12,13
289:18
**pedestrian**
280:19 282:3
299:9
**pedestrians**
280:22 281:7,9
**pen** 30:6
**pending** 16:11
97:12 138:20
**people** 10:11
30:3,5,18 41:5
42:1,3 45:1,15

46:15 63:2
71:5 79:10
81:19 91:7
106:8,9,10,13
130:10 142:5
151:20 167:19
187:3 288:18
298:21
**people's** 54:5
**percent** 56:1
110:22 139:17
142:16 144:5
146:9,14 147:1
147:12 148:6
148:10 150:15
151:20,21
152:16 153:16
155:11 195:18
197:18,21
198:4,8,11
199:16,20
200:2,5 201:13
201:16 202:3,8
204:6
**percentage**
141:10,15
197:8 201:22
297:10
**Perez** 221:20
**perform** 67:6
**performance**
75:15
**performing**
243:19
**period** 16:16
20:19 39:3
84:8 103:4
200:21 286:11
**permanent**
79:10
**permissible**
156:3,16
**permitted**
100:21 101:5
**person** 29:21
35:8 43:22

61:20 94:21
106:10 113:18
227:5 274:5
**personal** 11:15
12:4 18:3
19:13 207:5
**personnel**
121:22 219:19
247:20
**persons** 122:14
122:17 126:4
203:20
**person's** 169:9
**perspective**
287:19
**Pete** 177:21
178:13 181:8
232:20 233:8
233:11
**phase** 161:13,17
212:11,16
214:13,14
**phased** 161:9
**phone** 10:12
35:8 41:2
90:13 270:22
271:5 273:11
275:11 276:11
**phrase** 101:5
272:16
**phrasing** 272:14
**physical** 104:12
105:7 106:21
107:7,11
156:11 191:21
297:20
**pick** 223:20
**picked** 85:2,18
85:19
**picking** 89:3
**picture** 63:18
**piece** 21:8 30:6
**pieces** 32:16
231:18 232:2,3
**pile** 99:17
**pilot** 124:20



125:4 231:8
**place** 11:20
12:12 15:4
21:21 25:21
37:7 40:16,19
45:4 149:9
263:16 272:7
276:2
**placed** 26:4
100:19 102:11
170:12
**placing** 167:19
**Plaintiff** 1:5
**PLAINTIFFS**
3:2 9:5 257:6
**Plaintiff's** 33:9
**plan** 6:21 7:12
158:11,18
159:3,5,18
160:19 211:17
**plane** 67:8
**plans** 158:22
163:11 206:7
209:7
**plan_SDFO**
190:9
**platforms** 18:13
**play** 83:4,11
84:9 86:10,22
**plays** 87:8,17
**please** 9:9 10:12
45:20,21 46:3
54:12 90:14,14
179:11 253:14
270:6 295:3
**plenty** 93:5
**POE** 270:17,18
**POEs** 49:20,21
246:18
**point** 24:15,18
27:8 47:15
54:4 107:20
114:22 142:2
162:21 178:6
183:10 212:20
214:11 215:13

216:8 262:5
278:22 290:4
**points** 21:2,7,14
22:1,14,16,22
28:4 30:16,21
32:1,11 201:22
209:8,16 212:6
212:8,15 213:7
213:14 252:2
254:15 255:13
256:18
**points/memo**
255:5
**policies** 95:17
97:2 154:16
208:4 244:7
249:5 263:15
**policy** 11:13
12:2 42:2,4,13
43:21 44:7
45:2,13 93:8
97:20 101:17
102:2,7,22
117:17 122:6,9
122:11 123:3,5
123:9,16,20
124:2,6 125:8
125:10 127:4
127:13,16,20
127:22 128:4
130:3,12
135:15 155:9
170:10 186:8
206:8 210:1
213:20 218:1,5
218:9 230:16
231:3,11,12
238:22 239:17
246:16,22
249:12 250:12
252:3
**population**
135:22 299:4
**populations**
136:7 159:10
298:16,19

299:12
**port** 23:10 70:2
70:7,11,22,22
73:12 74:16,17
74:18,19 75:19
75:21 76:1,12
76:17,19,21
77:1,9,13,16
77:20 78:1,15
78:16 79:15,21
80:21 84:14
88:6 89:15
90:7 92:17
94:6 100:22
101:5,13
102:17 105:9
105:21 109:4
112:2 115:7,13
117:1,8,10,13
117:20,22
118:8,10,18,21
119:6,9 120:1
120:3,15 127:7
132:17 136:17
136:20 138:18
139:9,16
140:20 141:9
141:12 142:13
142:22 146:7
146:12,13,19
146:22 147:1,5
147:13,19
148:3,6,8,21
148:22 149:6
150:8 152:12
152:15 156:3,6
156:13 157:2,8
157:9,11,14,16
157:19,21
159:6,17
160:18 161:6,8
161:22 162:5
162:12,14,22
163:14,22
164:1,2,9,14
165:1,5,6,7,17

166:1,17,20
167:13 168:11
168:19 169:1,8
169:12 170:15
170:18,22
171:8,10 172:8
173:7,12 174:1
174:7 175:9
176:13 178:4
178:11 179:13
188:11,18
189:6 191:7,17
194:2,18,21
195:3,16 198:7
198:7 200:1,5
201:16,21
203:19,21
204:6 210:10
213:13 214:9
214:16,18
215:7,13
216:15,19,22
217:7 225:11
231:17,22
233:4 234:10
234:11,12
238:11 240:9
242:7,12,22
243:4 247:19
249:7,14,15
250:13 251:1,5
251:8,14,18
252:1,20,21
254:3,20 255:2
255:10,10,20
256:8,9 262:4
265:14,16
266:1,9 271:11
272:1,1,10
274:4,5,10
280:17,20,21
284:15 289:17
290:4 292:2
299:8,15,20,21
300:16
**portion** 55:9

168:4,9 197:1
197:2
**portions** 77:13
77:16 205:14
208:18
**ports** 22:17 23:3
25:14,20 51:20
52:11 73:21
74:9,19 76:9
78:7,10,12
83:6,14,19
84:10,15 85:10
86:12 87:2,10
87:19 89:12,17
90:2,10,19
91:2,14 95:20
100:9 102:10
103:2,10 104:5
110:8,14,18,22
117:5,6 118:13
120:12 125:1
130:4,13,21
133:22 135:21
139:19 142:10
144:2,14 145:3
150:14 159:1
162:2,15 163:2
163:5,7 168:14
169:17 192:14
192:20 197:12
199:11,12
201:8 202:3,7
204:17 209:6
210:3,3,12,14
212:11,20
213:5,18
214:14,17,19
214:22,22
216:9 219:16
220:3 231:4,13
238:8 240:17
241:11,13,18
244:2,8,19
245:4 246:8
250:16 251:16
252:4 270:11



274:13 275:17
279:1,2,17
281:4 293:2
298:1 299:16
301:1,9
**port's** 147:11
171:18
**position** 12:20
24:20 48:12
64:19 66:10,20
67:21 68:8,17
68:20 69:3,8
69:11 70:22
71:4 75:6
94:19 111:20
112:1 137:20
138:1 174:4
178:5 225:10
225:13 288:6
**positions** 14:19
64:1 69:14
73:14 170:12
**possession** 39:12
**possible** 23:6,7
160:19
**possibly** 280:17
**potential** 206:7
206:8
**Poverty** 4:13
**practicality**
217:13
**practice** 20:15
51:18,21 52:10
53:11,13 177:6
208:7 219:14
241:12 283:12
283:18
**practices** 249:5
263:16 283:6
283:22
**preclearance**
67:3,5,12,22
68:3
**predecessor**
18:10 64:7,11
**predecisional**

206:10
**predicate** 171:6
**premise** 95:21
**preparation**
38:4 51:4,7
52:6 58:21
59:4,6 61:8,15
62:17,22 98:2
109:21 192:18
194:18,22
195:4 213:10
213:12 238:4
240:13 242:8
259:8 278:19
278:22 281:18
**prepare** 35:10
35:18 40:7
43:1 46:10,16
50:19,20,21
51:8 52:3
56:10,14,18
58:1,5 62:12
98:6 195:11
214:14 217:16
258:2
**prepared** 30:17
223:6 256:4
294:13,14
**preparing**
276:22 277:4
**preread** 27:16
**prescribed**
122:22 126:8
126:21 129:3
**present** 5:1 9:20
16:17 37:9
47:6 64:2
78:20 83:5
103:5 135:21
143:6 242:1
245:4 259:12
284:15,20
290:1 293:1,13
**presentation**
234:7,17
**presently** 9:16

**preserve** 24:16
25:7
**president** 97:7
**press** 151:22
223:16
**presumed**
276:11
**pretty** 21:3
38:10 129:20
134:4 268:16
**previous** 14:19
139:4 276:8
277:13
**previously**
127:21 151:9
277:9
279:3
**primary** 88:5
275:4
**print** 269:11
**printed** 158:14
229:19
**printout** 63:12
**prior** 48:22 64:6
95:9 103:19
124:5 128:4,17
139:11 213:4
296:6
**priorities** 104:13
117:15 120:11
126:13,18,20
126:22 128:16
129:8 131:8
133:16 134:2
134:16 135:14
135:17 156:9
156:10,19
194:5
**prioritization**
120:10,13
121:13 133:20
135:8 147:5
193:11,16
231:6,11 247:3
**prioritization-...**
117:16 121:10
121:18 130:2

**prioritize**
124:21 133:7
134:5,8 298:13
**prioritized**
135:10,15
**prioritizing**
133:13
**priority** 104:15
115:2 122:20
124:22 125:13
125:13 126:3,7
126:13 127:8
128:15,20
129:2 133:8
134:14 136:10
169:4 191:11
298:17 299:1
**privilege** 54:16
206:11,13,15
207:1,3,4,5,8
207:10,11,13
207:14,19
208:21
**probably** 25:2
35:12 55:19
56:21 57:2
71:22 75:13
147:7 175:5
262:4 264:20
265:20 266:2
268:16 281:6
285:5
**problem** 230:19
**procedure** 33:10
81:14
**procedures**
81:10 164:9
**proceeding** 12:8
14:16 94:2,3
**proceedings**
93:19 94:8,8
94:12 100:20
102:11 303:3,5
303:6
**process** 21:22
43:3,11,12,16

43:18 44:14
78:18 79:8,9
87:4,21,22
88:15,16 92:16
105:6 116:17
122:1 127:10
132:16 133:12
133:17,21
134:12 136:7
149:15 164:16
166:7,21 171:1
174:11 175:17
175:18 176:17
189:6,10,11
204:17 205:15
206:11,15,18
206:22 207:3
207:13 208:10
211:17 215:4
215:16 216:4
217:2 218:2,20
220:4,9,14
221:2,9 222:4
223:9,19
231:19 255:1
281:8,21
284:13 286:7
290:15 298:19
299:5,11
**processed** 84:14
93:18 94:7,11
95:20 134:14
136:3 171:12
176:15 188:12
188:19 194:2
211:6 214:18
218:6 231:13
251:11 275:5
288:17 298:17
**processes** 48:9
88:7
**processing** 23:1
25:12,19 42:15
43:18 66:1
77:10 78:19
83:5,11 84:3



84:11 89:6
92:18 100:8
104:4,20 115:2
118:11 122:14
122:17 126:4
126:12 127:1
128:16 129:8
129:17 133:4
133:14 134:8
135:10,16
138:20 146:15
148:7 149:1
162:17 163:16
165:18 168:1,3
168:5,12
175:12 179:13
180:2 191:2,8
192:9,14,21
193:1,5 203:22
211:2 238:7
244:2,7,18
246:8 254:21
258:9,13 275:2
298:14
**produced** 56:13
**product** 38:1
42:19 55:15
**Professional**
173:9 175:16
**profile** 6:11
63:13 69:12,15
**program** 22:10
68:9,11,12,14
100:21 124:20
125:5 263:8
**programs** 42:2,4
42:13 43:21
44:7 45:3,13
71:20
**project** 246:7
**promotion**
112:4
**proof** 208:6
**proper** 23:2
25:13,19
129:18 170:17

171:9,15 172:5
176:11 210:16
**properly** 173:12
175:12 207:9
209:18
**proposals** 206:8
**propriety** 53:15
53:18
**protecting**
128:21
**Protection** 1:12
9:19 10:2
33:11 64:3
247:20 250:12
287:20
**protocols** 204:10
204:14 209:19
287:20
**provide** 27:19
44:7 85:16
104:15 148:13
156:6 270:6
**provided** 14:6
14:12 44:21
59:11 117:5
159:7 255:12
287:19
**provides** 75:17
81:20 84:20
120:10
**providing**
166:14 255:19
**Public** 2:11
303:1,19
**Purple** 64:17
**purpose** 158:21
**purposes** 248:11
292:20
**Pursuant** 2:10
**push** 221:11
**put** 19:2 33:6
60:3 106:13
108:6 111:6
112:12,15
121:1 125:8
133:7 137:11

164:19 165:14
170:20 177:15
189:3,17 196:4
198:17 200:12
202:16 205:3
211:14 221:16
224:18 228:22
229:20 232:10
236:7 239:11
243:16 245:11
247:13 252:12
268:22 271:18
290:20
**putting** 24:14
**Pyle** 55:22
**p.m** 108:15
116:13 140:15
144:21 145:19
151:14 178:20
190:5 203:8
222:9 225:18
233:7 236:20
253:2 254:8
291:12 301:19
**P.O** 4:6

_____

**Q**

**qualified** 207:14
207:19
**question** 16:11
28:8,14 32:6
43:2 45:18
48:22 54:7,21
55:8,13,14
58:9 59:13
60:8 83:9,21
85:7 87:12,20
88:14 93:12,22
95:7 96:11,14
107:6 123:2
124:5 128:13
131:7 133:19
134:18,21
135:4 146:21
147:11 148:5
148:12 153:12

154:21 157:12
158:2 162:11
164:13 165:1
171:5,22
188:21 204:20
213:10,11,22
214:2 218:3
223:15 226:22
227:1 230:1,17
239:18 244:14
256:6 261:18
265:4 271:15
271:17,18
274:2 275:16
283:17 284:2,4
297:8 299:20
300:9
**questioned**
208:9
**questioning** 24:2
24:7 43:16
49:1 53:16
257:4
**questions** 15:6
15:11,20 16:5
16:15 17:13
38:2 49:5
50:17 54:4
55:18 57:17
58:11 59:16
138:17 163:18
163:20 209:2
239:6 257:15
270:10 272:3
296:6,13,14,20
297:16 301:12
**question-and-...**
15:5
**queue** 51:19
52:11 55:18
108:22 109:5
117:16 120:13
121:10,13,18
130:2 140:13
141:11,11,22
144:3 145:3

152:6,11,17
176:17,19
177:7 179:14
180:17 204:9
204:13,19
209:8,10,16,19
211:17 212:16
212:22 213:6
213:14,20
214:7 226:20
230:6,10,16
231:2,3,10
233:20 234:7
234:21 235:3
237:2,5,13
238:2 242:15
249:11 251:1
261:21 262:2
262:12,15
264:16 272:18
273:21 280:3,9
284:9,17 286:6
290:2,5 292:20
295:6 296:4
300:1,18
**quick** 51:14
89:19 239:21
**quickly** 58:19
288:9
**quite** 57:9 131:3
**quote** 208:10

_____

**R**

**R** 3:1 9:1
**raised** 28:15
**Ralph** 202:20
203:7
**Randy** 1:14 2:2
6:2 9:2,11
19:13 302:4,13
304:22 305:22
**range** 206:3
**ratings** 75:10,11
75:11
**raw** 80:11
**reach** 214:17



215:5 295:2
**reached** 148:22
203:18 292:13
293:6
**read** 19:16 30:17
52:1 54:22
55:1 57:20,20
57:22 62:14
97:17 101:2,15
109:8 114:19
115:4,18
116:20 122:4
123:2,7 125:2
126:9,13 134:3
134:17,19
145:6 152:2
159:6 161:11
179:3,15 180:6
182:5 183:12
183:14 186:2
198:10 204:1
213:2 219:1,20
220:6 223:3,11
224:3 226:9,14
226:15 231:10
234:12 237:3,8
240:11 241:15
244:3,11,13
246:20 248:9
250:18 253:17
253:21 255:7
272:4 273:3
288:8 293:10
293:11 294:2
301:15 302:5
**readiness** 72:10
72:12
**reading** 38:12
57:21 102:19
116:1 139:13
141:9 189:1
244:9 294:4
**readout** 145:15
**reads** 19:11
51:11,18
121:21 124:19

126:4 151:17
159:6 160:18
161:8 212:10
212:16,20
214:13 219:12
219:22 226:2
240:7 241:9
246:16 250:10
**ready** 72:17
155:16 256:2
256:10 292:2
**real** 264:10
**really** 11:9 23:12
56:2 79:22
80:18 105:18
106:5,8 120:17
148:19 153:13
153:21 173:4
192:16 193:8
193:18 226:7
230:2 231:9
238:3 239:21
242:5 268:8
271:9 274:14
289:9
**reask** 172:2
**reason** 17:11
63:16 70:6,11
92:22 150:10
154:14,15
156:15,16
183:17 242:14
293:21 300:21
301:2 304:4,7
304:10,13,16
304:19 305:4,7
305:10,13,16
305:19
**reasons** 51:21
**reassured**
249:10
**REBECCA** 4:12
**recall** 11:7 12:9
23:4 24:3,9,11
24:12 29:15,17
31:20 33:18

34:22 40:13
41:6 42:5 46:6
46:8 48:3
52:22 53:1,3
60:10 62:16
66:3 93:16
97:21 119:18
145:17 152:22
153:3,13,17
155:14 173:4
174:2 176:1
183:21 188:2,7
210:13 219:6
220:8,11,12,16
220:16 225:9
230:1 231:5,9
234:20 235:4
237:14,20
238:3 239:20
245:18 258:15
267:9 268:13
268:18 269:9
276:18 277:14
277:17 278:3
279:9 283:11
292:16 295:10
299:18
**receipt** 301:17
**receive** 23:22
65:12,22
231:22 281:3
**received** 24:21
25:3 27:6 81:8
98:7 184:21
188:6 253:11
**recess** 89:22
155:18 205:19
257:2 276:14
296:11,22
**recollect** 183:21
**recollection**
11:21 12:14
49:7 50:16
52:10,14,16
54:5 176:6,7
234:5 268:20

271:7
**recommendati...**
206:6,17
**record** 55:1,8
134:19 158:16
184:9 205:16
205:21 206:14
208:6 211:21
248:1,4 257:10
257:11 262:18
301:16 303:5
**redirect** 136:5,9
299:10 301:13
**redirected** 210:5
210:13
**redistributed**
133:15
**reduced** 303:7
**refer** 10:1,8 17:1
59:12 107:5
122:13 147:3
171:3 215:1
288:12 293:5
**reference**
161:13 179:6
183:10 189:4
190:18 208:9
230:6 260:2
**referenced**
193:6 273:15
**references**
165:13
**referencing**
164:6 183:1
251:17 266:6
297:20
**referred** 20:1
88:19 89:16
100:17 112:8
217:8 298:3
**referring** 69:16
132:13 139:18
140:18 149:14
183:19 198:21
247:2 249:15
251:22 288:17

297:14,19
**refers** 115:6
141:16 142:1
145:9 216:8
229:12 288:13
**reflect** 139:2
**reflecting**
206:16
**reflects** 206:5
**refresh** 48:8,11
49:7 50:16
52:9,14 59:15
143:12 255:4
268:20 271:7
**refreshed** 49:6
52:15,18 53:4
53:6,12 54:2
**refreshing** 54:5
**refused** 91:7
100:20
**regard** 136:4
260:10
**regarding** 25:18
55:8 66:1 92:6
97:2 117:11,21
118:9 155:10
179:12 180:17
188:4 206:6,7
208:3 235:2
238:20 239:15
249:1 252:2
256:10 267:4
270:11 295:3
**Regardless**
125:9
**regards** 162:18
**Region** 8:3
267:3
**regular** 29:10
93:19 94:2,7
94:11 118:20
217:18 265:15
279:22 285:6
286:3,6
**regularly** 266:2
286:12,15



regulate 241:13
regulated 240:8
  240:16
regulating
  241:10
reiterate 249:12
relate 16:16
  238:16 263:16
related 14:9,16
  23:17 25:12
  28:1 48:15
  50:2 70:13
  147:10 184:1
  238:7 246:7,17
  255:5 277:19
  278:2,6 303:9
relates 254:20
  296:3
relating 179:14
  258:12,17
  259:4 262:2
  279:7 295:16
  300:1
relation 58:14
  164:18,20
  165:9
relationship
  71:13 266:3
  273:5,6 284:21
  285:2
relationships
  49:19 74:3
  285:4
released 92:3,8
  92:20 93:15
  103:6 248:20
released/parol...
  101:13
relevance
  207:21
relevant 24:16
  25:8 214:3
  257:19
reliable 154:13
reliant 84:18
relief 97:14

243:6
relying 165:7
remains 122:19
  126:6,16
remember 11:3
  11:9 25:1 35:9
  36:3 40:3
  153:21 155:6
  184:7 186:13
  220:17 258:3
  270:3 277:22
remembering
  72:2
remotely 47:18
removal 93:19
  94:2,3,7,8,12
  100:17,20
  102:11
removed 97:13
  100:20
reoccurring
  285:7 286:3
reordered 135:7
repeat 54:21
  83:8 85:7
  87:12 90:17
  95:8 107:6
  110:10 135:13
  171:22 230:17
replies 254:7
report 7:8,9,19
  7:22 71:5,11
  71:14,16,17
  74:14,18,20
  75:8,8,10,14
  91:1,16,17
  118:13 119:7
  119:11,17
  140:14,19
  141:1,3 142:9
  143:11,16,19
  149:10 150:7
  152:6,11
  159:16,18
  174:16,19
  196:14,22

197:9 198:19
  198:21 199:2,2
  199:6 200:6,14
  200:20 201:3
  214:16 225:7
  238:9,10,19
  239:13 240:16
  247:14 248:5
  248:15 249:2,6
reportable 27:5
reported 1:20
  73:13 173:7,9
reporter 15:11
  55:1 122:15
  134:19 297:4
  303:1
reporting 49:18
  73:17 74:2
  75:4 112:19
  118:20
reports 21:16
  29:1 59:3 71:7
  71:8,17,19
  74:12 91:4,5,9
  91:13,19,20
  103:9 118:21
  119:1 143:4,5
  143:8 144:4
  204:3 217:20
  238:15
represent 63:12
  182:17
representative
  33:22 34:3
  35:2,19
request 7:21
  16:11 21:18
  22:9,13 28:16
  46:14 180:15
  180:16 245:14
  245:20 246:16
  270:7
requesting
  243:5
requests 26:12
  29:22 58:5

246:13
require 205:15
required 95:12
  122:18 126:5
requirements
  208:21
requires 78:19
  79:3 207:3
requiring
  101:12
research 213:9
  213:13,22
  238:5 280:5
resident 79:10
resource 219:17
resources
  121:22 133:15
  134:15 136:6
  156:9 159:7
  164:15 169:3
  231:19 298:19
  299:2,11
respect 68:11
  84:3,11 89:6
  93:9 104:4
  107:3 117:22
  118:11 149:1
  165:18 168:6
  206:8 237:12
  244:7 289:14
responded 124:7
  153:5
responding
  152:22 153:3
responds 116:12
response 71:21
  72:21,22
  138:17 145:19
  153:10,11
  155:7 169:14
  177:2 249:1
  270:7 271:19
  272:4 284:14
responses 246:5
responsibilities
  156:7,21

responsibility
  173:10 175:16
  242:21 273:20
responsible
  36:20 92:18
  268:6 280:13
restate 83:21
  300:12
restrict 95:18
result 28:17
  39:18 52:18
  173:5 175:13
  175:20 249:5
resulted 174:16
  240:10,18
results 173:8
retain 23:17
retained 19:13
  57:3,6
return 101:1,6
  170:19 171:11
  171:19 172:9
returned 101:9
  166:7 174:12
  250:13 251:10
returning
  159:10 175:11
  260:17
reveal 38:2
  42:19
revelations 49:2
reverse 204:13
reversing 204:9
review 38:7,7
  39:21 40:2
  50:2 56:12,19
  58:4,15,20
  59:3 62:10
  86:20 98:5
  149:8,11
  175:18 196:15
  205:15 238:18
  238:20 239:15
  244:6 256:18
  259:4 278:5
  279:14



reviewed 56:17
58:18 249:8
reviewing 38:18
39:17 52:7,9
52:15,19 53:1
56:22 57:7
58:17
RFI 270:6
RICH 4:11
right 11:5 13:13
13:20 16:2
22:3 25:9,22
26:5 28:5,18
30:4 32:21
36:11 43:9
46:19 47:2,6
47:13 49:13
51:9 56:1
58:10 61:21
64:16 70:3,15
71:2,11 72:1
72:15 73:8
75:15,16 76:4
77:3 79:12
80:3 81:3
84:21 88:20
91:21 94:9,13
96:10 100:3
102:12 103:14
111:18 114:16
114:18 117:3
118:22 125:8
125:20 126:19
126:22 127:2
127:11,14
129:9,19
130:22 132:3
133:8 134:2,9
141:4,9,17,20
142:3,7,14,17
142:20 143:1
143:20 145:20
147:19 148:4
152:22 157:15
163:8 164:5,17
165:8,21

166:12 168:8
168:20 171:19
172:1 173:17
174:18 175:6
177:22 179:7
180:18 181:9
181:13 182:11
184:20 185:1
187:3,9,10,22
188:1,7 192:2
192:5 196:10
199:10 200:6
201:7,22 202:9
202:22 203:11
205:10 212:19
213:7 215:2,16
216:5,13 217:9
224:7 225:3
226:13,18
227:9,15,17
229:17 230:20
230:21 231:12
231:14,20
232:1,16
236:12 244:19
244:22 245:5
251:3,6 255:14
256:3,5,5,12
256:19 258:6,9
258:10,13
261:9 264:17
271:15,19,22
272:13 277:1
278:12 280:14
282:15,18
283:3 300:9
Rights 3:11
right-hand
160:1
ring 263:2 268:7
risky 167:18
Rivas 287:14,17
Robert 189:22
190:4 221:20
291:17 294:21
Roberto 202:21

Rodney 202:20
236:11
role 25:2 83:4,11
83:18 84:9
86:10,22 87:9
87:17 158:21
178:3 181:21
208:1 227:6
228:10 232:18
233:2,9
Roma 115:3,6,6
116:17 117:1
119:5 136:17
136:19 138:17
139:2,9,16
142:13
Roman 34:8
161:1
room 40:17
41:21 47:5,13
105:20 106:5,7
106:8,12
112:16 114:3
235:7
rooms 105:22
167:4,4,20
Roughly 278:1
roundabout
53:21
routinely 222:21
rule 16:4 54:8
102:9,17
rules 15:1 33:9
run 147:22
150:7 199:2
200:6 210:16
running 267:2
269:7 301:7
Ryan 111:10,14
114:17 116:12
137:16 138:9
140:9 151:3
R-A-N-D-Y 9:11

—————
S
—————
S 1:20 2:10 3:1

6:1 9:1 303:2
Sabri 137:16
138:4 187:2
Sabri's 138:9
safe 179:12
safety 167:11
Salazar 232:15
234:6
Salazar's 233:2
Salinas 291:18
salutation 19:10
Salvador 291:21
San 70:6,10,10
70:18,19 76:12
106:20 107:3,8
107:10 167:1
173:17,19,19
173:22 174:7
175:19 178:4
178:11,14
188:11,18
189:5 190:19
191:7,17
193:10 194:2
194:17 195:16
198:3,10
199:20,22
200:4 201:12
201:12,16,21
203:18 204:5
210:6 214:4
215:3,9,12
216:9,16,16
233:1,11,14
234:12 242:2,7
242:12,22
243:4 264:21
271:19 272:3
274:12,15,21
275:21 276:6
280:16,19
281:8,16 282:1
282:2 284:12
286:10 290:12
292:1 294:18
SARAH 4:11

sarah.rich@s...
4:18
sat 114:8
Saturday 291:11
294:22
saw 138:8 198:1
268:15
saying 15:19
28:22 50:8
147:9 153:5,6
189:2 193:13
256:14 285:18
says 33:8 49:17
53:11 54:9
60:12 109:15
115:5 116:21
126:16 127:3
127:12 130:18
141:22 142:15
142:21 160:6
161:2 162:5
163:4,12
180:19 187:12
191:2 192:3,8
193:14 201:5
203:12 223:8
223:17,22
224:8 244:12
244:21 245:6
249:19 250:1,6
250:7 256:15
267:12,16,21
268:1 270:6,22
271:4 275:9
282:22,22
283:6,7 287:17
288:14 291:18
295:2 297:10
Scappechio
202:21
Schiermeyer
222:11,12,14
scope 20:2,3
23:12,18 24:8
76:2 83:7,13
85:5,21 94:14



103:15 105:8
128:6 129:11
131:12 156:7
186:12 188:14
207:9 217:3,10
240:20 260:8,8
261:6,16 264:4
283:21 289:2
292:6 294:10
295:19
**Scott** 202:20
**screening** 12:2
**sea** 80:3 228:9
**seal** 303:13
**seaport** 74:11
**seaports** 130:14
169:16
**search** 11:12
**second** 56:21
60:17 63:20
96:22 100:5,12
114:12 121:17
121:19 125:16
178:20 179:9
179:21 199:5
212:10 215:11
219:7 246:14
246:16 249:17
250:6 274:7
281:15,20
**secondary** 88:13
88:18,19,22
149:22 168:8
275:6,7
**second-line**
262:6 279:21
**secretary** 96:13
117:14 121:5
**Secretary's**
99:12 102:8
**section** 34:8
60:12 63:21
97:1,3,7,10
100:7,12,16
121:20 187:11
191:16 197:3

203:12 212:2
219:12 222:19
225:21,22
240:7,15 241:3
249:18
**sections** 44:14
197:5,12 208:8
**secure** 170:1
**secured** 216:1
**security** 13:8,19
17:1 68:22
69:5 98:19
125:14,19
128:9,10,10,19
128:20 129:2,6
129:16,16
132:14 133:1,2
166:15 174:18
179:13 233:12
239:14 247:16
299:6
**Security's** 238:6
**see** 14:14 19:5
33:12,17 34:10
34:13 49:22
60:13,18 61:1
61:5,12 62:4
63:14,20 73:10
75:13 97:5
99:8,14 100:7
100:14 108:13
109:1 111:12
114:14 116:13
118:19 138:14
138:21 139:6,7
140:11 141:13
144:14,22
148:2 151:7,15
152:8,14
158:12 159:13
159:22 160:5
160:21 161:3
161:15,19
162:3,9 178:21
179:18 182:15
185:8,12

186:21 190:6
190:11,15,20
191:4 192:10
196:11,16
200:17 203:4,9
203:15 206:13
211:19 212:3,7
212:12 218:22
219:10 221:22
222:6,17
225:19,22
229:6,10 230:8
234:3 236:16
236:21 241:7
243:21 246:10
247:21 248:17
249:20 253:4
254:9,16 267:6
267:12,18
268:11 269:12
269:14,19
270:13 271:2
275:15 282:12
282:16,19
287:5,10,15
291:13,18
297:9
**seeing** 29:17
97:21 226:6
268:17
**seek** 88:6
**seeker** 92:7
93:14 251:9
289:16 290:6
290:11
**seekers** 48:9
66:2 76:6 83:5
83:12,19 84:4
84:12 86:11
87:1,10,18
89:6 92:20
93:9 95:19
104:5 110:21
118:1,11
126:12 127:2
127:10 128:17

129:9 130:22
131:17 132:3
132:12,16
133:4,7,21,22
134:9 135:11
135:16 139:18
141:20 146:15
146:22 148:8
149:1 156:4,14
157:17,22
163:16 164:4
164:16 165:3
165:18 166:4
166:19,21
168:6,13
169:15 173:2
188:12 210:2
211:5 215:1
216:9 217:7
218:1,6 220:3
231:13,20
238:8 240:8,17
241:11 244:2,8
244:19 246:8
253:20 275:8
**seeking** 92:2
93:18 94:5
136:8 268:6
**seen** 19:7 29:13
30:15 33:14
60:9 119:11
158:17 219:4
222:13 239:18
241:1 245:16
248:14 266:5
267:8 269:8
283:10 288:5
292:10
**seize** 260:18
**seizure** 23:10
27:4,9 28:11
**seizures** 104:19
275:6
**selected** 12:20
**selection** 38:3
49:2 53:21

**Senate** 13:8,18
**send** 151:18
**senior** 112:14
243:18
**sense** 25:4
106:14,15
158:2 189:2
**sent** 99:6,19,22
108:15 114:11
118:2 119:1
138:13 144:21
151:14 178:19
179:12,19
181:18 185:6
185:15 186:19
187:1 188:3
190:5 225:18
235:16,19
236:19 252:1
269:17 272:1
287:8 288:7
291:11 294:21
294:22
**sentence** 19:21
122:14 123:2,7
124:9,11,18
126:16 130:19
180:19 219:20
241:4,7,9
244:9,10
287:13
**separate** 174:20
175:1 228:7,8
251:5
**separation**
238:21 239:16
**September**
65:11 68:1
232:14 233:7
238:19 239:12
247:16 248:20
287:8
**Sergio** 291:15
295:1
**series** 269:12
270:10



**serve** 158:22
**Services** 1:21
  86:9
**SES** 234:11,12
**session** 227:22
  229:9 234:8
**sessions** 227:21
  228:3
**set** 303:12
**sets** 129:7
  165:19 270:10
**setting** 231:18
**seven** 233:17
**seventh** 233:20
**shakes** 15:12
**Shane** 72:4 73:5
  73:7 140:9
  151:4 187:5
**sheer** 281:6
**sheet** 235:7
  302:9 304:1
  305:1
**Shelter** 291:22
**shelters** 165:3
  290:14 291:20
  292:3 295:4,16
  296:3 301:8
**shift** 80:12
  109:11 110:2,7
  139:11 192:5
  253:16
**shifted** 109:6
**Shinners** 4:2 6:5
  19:4,18 20:2
  23:18 24:1,6
  28:6,19 32:3
  37:22 42:18
  43:5 45:18
  46:1 47:7,9
  48:17,21 50:4
  50:8 51:2,12
  51:16 53:14,20
  54:3,15,19
  55:2,12 60:5
  69:16 83:7,13
  85:5,21 89:19

94:14 95:4
102:4,13
103:15,21
109:13 122:8
123:4,15,19
128:6 129:11
131:1,11,19
134:10 135:1
137:2 139:20
152:20 155:12
180:10 184:8
186:12 188:14
195:7 205:13
205:22 208:19
217:3,10 239:5
240:20 248:3
248:10 257:9
260:7 261:6,16
264:4 274:18
283:20 285:14
289:5 292:5
294:10 295:18
296:5,15 297:2
297:17 300:13
301:11,14
**short** 238:12
**shorthand**
  141:19 303:1
**shortly** 186:7
**short-term**
  84:17
**show** 91:6 204:5
  263:11
**showed** 33:19
  144:4 280:10
**showing** 63:10
  150:21 182:11
  207:10 218:17
  253:12 256:15
  266:22 269:5
  282:9 287:3
  291:4
**shown** 30:8
  37:13 40:5,5
  45:8,16,19
  46:5 47:22

48:8 275:19
  277:14
**shred** 21:21
  24:14 25:21
  26:4
**Sid** 234:2
**side** 92:15 142:6
  199:10 201:7
  265:18 268:22
  288:16 290:20
**Sidney** 177:21
  178:2 181:8
  232:15 234:6
  291:8,17
**sign** 301:15
**signature**
  301:18 304:21
  305:21
**signed** 58:14
  302:9
**significant** 8:7
  26:9 27:4,4
  139:5 164:7
  234:18 287:9
**similar** 15:16
  118:3 247:3
  279:12
**simple** 275:3,3
**simply** 139:18
  176:13
**single** 89:15 93:6
  199:15
**sir** 9:7 10:15
  15:22 17:3,14
  17:17 18:1
  19:2,5,6 27:9
  27:14,18,21
  33:6,15 34:14
  46:12,17 47:14
  47:17,20 49:14
  50:19 52:1
  56:5,9 58:3
  59:20 60:8
  61:19 62:13
  63:5 77:18
  78:14 88:12

90:2,16 96:8
96:16 98:14,21
99:8 100:10,15
101:3 102:3
107:15 108:6
108:10 111:6
112:9 113:4
114:15 121:1
124:2,17
125:17,18
133:5 136:14
136:15 137:11
138:11 140:5
141:4 142:8
143:2 144:11
145:21 146:4
151:7,15,17
154:8 155:20
158:9,12
159:21 160:17
182:11 186:18
189:17 196:4
198:17,22
199:8,14 200:7
200:12,17
210:9 211:14
212:3 218:22
221:16 224:18
225:16 229:6
229:15 232:10
234:19 240:4
241:7,15
245:11,17
246:10,11,20
247:13,21
248:14 252:12
270:9 277:16
292:21 296:10
296:12
**sit** 29:16,20
  122:12 153:14
  176:13 193:4
  213:17
**SITREP** 187:9
**SITREPs** 188:9
**sitting** 112:18

**situation** 165:2
  166:14 194:16
**situational**
  255:19 294:5,8
**situations** 95:13
  104:18 167:8,9
  167:19 172:10
  172:11
**six** 71:6,18,20,22
  271:17
**skim** 57:20
  288:9
**skimmed** 44:19
  57:10,12
**skimming** 57:19
**Skinner** 137:17
  236:12
**Skinner's** 138:1
**slice** 124:8
**slightly** 200:19
**Slocum** 5:2
**slow** 122:15
**slowing** 218:20
  222:3
**small** 269:11
**smaller** 210:3,5
  216:15
**smedlock@m...**
  3:8
**smugglers** 122:3
**Smuggling**
  13:12
**snapshot** 148:15
  148:20
**social** 18:12
**soil** 171:16 172:7
  173:3 210:17
  211:5 251:10
**solely** 105:7
**somebody** 12:19
  23:11 31:17
  43:14 78:18
  116:6 169:5
  171:3 174:10
**somebody's** 31:9
**soon** 214:13



MAGNA
LEGAL SERVICES

248:19 251:15
**SOP** 81:14,17,20
**sorry** 45:11
    48:19 51:13
    58:8 66:13
    71:22 72:13,14
    90:16,17 93:22
    95:3 110:10
    172:3 184:8
    188:22 219:1,2
    233:1 238:10
    249:21,22
    262:17 265:3
    271:16 291:10
    297:18 300:11
**sort** 12:8 21:1
    22:6 27:15,19
    60:15 73:3
    91:1 110:1
    112:22 117:10
    149:10 150:6,7
    153:15 155:8
    206:13 229:20
    243:6
**sought** 210:18
**sound** 15:15
    272:13 283:3
**sounds** 14:20
    268:4
**source** 275:20
**sources** 276:4
**south** 294:7
**Southern** 1:2
    4:13 14:1
    132:9 170:5
    228:8
**Southwest** 42:15
    73:18 74:10
    122:19 125:1
    126:6 130:4,21
    131:22 132:5
    172:20 201:5
    214:6 224:11
    233:16 234:8
    234:10 260:16
    265:13,19

270:12 279:3
    279:12,18
    281:10 288:20
    288:22 299:17
    299:22 300:17
**Southwestern**
    48:10 69:22
    70:3 71:1 74:8
    79:16 87:19
    192:20 194:22
    197:16 229:12
    231:4 234:22
    237:21
**sovereign**
    293:13,17
**space** 93:5 180:2
    219:18 255:3
**spaces** 167:2,14
**speak** 38:14
    42:11 45:3
    46:16 54:11
    59:7 217:15
    257:20 259:7
    265:13 281:19
**speaking** 41:8
    54:13 259:3
    288:21
**special** 7:19
    71:21 72:21,22
    238:19 239:15
**specially** 72:22
    275:1
**specific** 23:4
    36:3 39:3
    43:13 48:20
    49:4,5,5,8 50:9
    52:17 53:8
    54:4 55:18
    81:20 120:11
    159:18 165:9
    175:7 177:8
    208:17 209:4
    210:14 228:6
    274:12 276:6
    292:12 294:16
**specifically**

42:11 51:8
    52:22 53:5
    77:17 258:15
    258:17 261:20
    278:3 279:9
    289:18 293:7
**specification**
    207:7
**specifics** 176:1
**specify** 279:19
**speculate** 189:9
    271:14 273:13
    294:17
**speculation**
    102:5 131:12
    131:13 134:11
    180:11 289:6
**speech** 54:8
    209:1
**spell** 9:9 42:7
**spend** 38:18
    41:8 44:11,15
    56:22 57:7
    58:16 277:4
**spent** 44:17
    276:21 278:1
**Spoch** 55:21
**spoke** 259:1
    291:18
**spoken** 61:7,14
    61:17 286:17
**spokesperson**
    222:16,20
    223:7,8,17
**spreadsheet**
    141:3
**spring** 11:7
**Square** 4:6
**squared** 255:22
**SRT** 72:20
**staff** 71:9 222:21
    246:2,3 251:14
**staffers** 220:15
    251:19 252:2
**staffing** 124:21
    192:4

**stakeholders**
    170:6
**stamp** 267:10
    287:4 291:5
**stand** 124:7
**standard** 81:10
    81:14 140:15
    164:9
**standing** 24:4
    80:12 172:7
    261:20
**stands** 89:8
    105:5 298:4,6
**start** 159:19
    160:16 163:16
    241:21 265:10
**started** 46:22
    66:11 176:17
    214:4,10
    285:16
**starting** 74:3
    88:4
**state** 9:9 101:10
    164:8 190:19
    191:8 193:10
    193:13,14
    205:21 208:5
    211:21 226:20
    248:1 253:19
    287:21 288:19
    288:22 289:2,3
**stated** 54:10
    280:11 282:1
**statement** 149:2
    155:8 203:3,13
    203:17 219:9
    219:12 222:15
    223:5,6,17,21
    224:2,6,6
    226:15,17
**statements**
    43:17 59:11
    88:16
**statement/talk...**
    254:15
**states** 1:1 78:22

86:8 88:9 92:3
    97:9 142:3
    177:3 183:11
    184:4 210:18
    211:7 222:19
    243:5 244:6,17
    246:7 250:15
    260:21 270:16
    283:16
**stating** 263:14
**station** 66:7
**stationed** 242:7
    263:6 264:12
**stations** 162:7
    162:16 163:3
    166:3 192:1
**station's** 166:12
**status** 187:12,13
**statutory** 132:16
**stay** 290:8 292:4
**steady** 190:18
    191:8 193:10
    193:13,14
**stenographica...**
    303:7
**STEPHEN** 3:3
**stepped** 173:2
**stood** 263:1
**stop** 54:13
    133:14,18
**stories** 62:14
**straight** 88:3
**strained** 161:18
    161:22
**strategy** 109:5
    156:8 227:20
    227:22 228:2
    229:9 234:8
**Street** 2:5 3:5
    4:14
**string** 183:22
**structure** 49:18
    74:16 274:4,6
**structured**
    74:10
**subagencies**



MAGNA
LEGAL SERVICES

257:21 261:14
**subagency** 268:5
289:11
**subcommittee**
14:8
**subject** 41:1,3,9
41:10,15,18,20
42:12 43:20
44:6,21 45:3
46:9,14 56:7
60:6 99:10
108:21 121:9
179:1 185:10
187:8 190:13
196:12 203:2
206:10 222:2
229:8 236:14
244:1 253:6
258:5 270:6
278:12,14
295:9
**subjects** 43:6,10
50:7,7,9
**subsection** 161:5
**subsidiary**
257:19
**substance** 26:22
258:16 278:5
295:11
**substantive**
20:17 26:1,6
26:15 50:9,17
**substation** 66:7
**substations**
162:16 163:7
165:8 166:2
**sub-bullet**
212:20 214:12
**sued** 18:2
**sufficient** 78:21
**suggesting** 169:7
**Suite** 4:15
**summarizing**
244:10
**summary** 8:3,7
27:20 29:6

31:10 145:15
212:2 235:15
235:20 267:4
287:9
**summer** 11:8
66:14 228:5
242:4
**Sunday** 203:7
**super** 296:20
**supervision**
303:8
**supervisor**
71:15 74:13,13
80:11 81:6
174:10 254:4
274:7
**Supp** 206:20
**supposed** 157:9
157:20 216:4
217:1 251:2
**supposedly**
252:4 256:11
**sure** 9:11 15:17
22:14 31:8
32:8 38:10
39:14 53:10,11
56:1,15 58:7
59:1,13,18
74:5,7 75:18
81:9,12 83:22
85:9 87:13
89:16,21 90:18
93:11,13 95:9
101:22 103:11
103:16,22
107:7 110:11
113:9,17 116:2
123:1 124:10
126:18 128:13
143:13,17
144:1 148:6
151:22 157:13
163:10,13,22
168:10 171:22
172:2 188:17
189:3 205:17

215:20 218:4
223:13 225:8
233:4 243:7
244:14,16
251:17 256:6,9
257:1 260:6
262:22 266:16
268:4 276:13
279:8 283:17
285:4 288:3
**Surges** 8:6
**surprised** 194:1
**SUSAN** 4:3
**suspect** 254:19
**sustained**
161:14
**Suzanne** 61:4
**SWAT** 73:4
**SWB** 229:8
236:15 246:18
**switching**
299:13,13
**sworn** 9:3 43:16
88:15
**synonyms**
176:21
**system** 86:18
87:6 150:1
**systems** 91:6
149:13,14
150:4,5

_____

**T**

**T** 6:1,1
**table** 141:3
237:18 297:9
**tactical** 72:9
73:3 75:2
**take** 11:20 12:12
16:9,10 17:9
20:15 22:5,7
22:15 29:9,17
29:21 37:7
39:4 40:16,19
44:3 55:6 64:5
67:14 84:18

88:1 89:19
93:1 94:19
95:22 98:5
105:19 106:5,8
106:12 115:15
136:3 150:5
155:17 157:9
157:20 159:17
162:14 163:1
167:18 171:6
193:11,15,15
193:20 205:16
205:17,18
239:4,17
256:21 262:15
272:19,22
273:2 276:12
280:2,7 289:17
294:3 296:8
**taken** 13:1 17:5
19:14 88:13
89:22 155:18
205:19 220:19
221:6 223:2
235:9 257:2
276:14 284:11
296:11,22
303:3,6
**takes** 80:10
191:10 272:7
276:2
**talk** 41:19
165:16 194:17
194:21 195:3
195:11 215:9
220:21 255:22
256:1,4,10
258:22 295:17
295:20
**talked** 32:9
43:12 56:6
87:13,14 243:3
265:1 277:6
279:15,20
**talking** 39:16
41:14 48:5

113:21 117:15
147:8 170:9
192:22 215:5
229:13 252:2
255:4,12
256:18 257:14
260:20 263:9,9
264:11 265:10
274:1 276:10
288:19 298:21
**talks** 214:12
**Tamayo** 72:7
225:2,6
**Tammy** 1:20
2:10 303:2
**tasked** 264:1
**TDY** 73:15,17
112:8 154:4
169:12,15
178:10
**team** 32:15
71:21 72:21
73:3 91:10,14
91:16 111:17
112:11,12,18
113:6,11,15,20
200:14 249:8
253:10 254:19
255:22 270:4
271:21 285:5
**Tecate** 78:12
173:18 174:14
175:9 215:13
216:8 238:10
238:11 239:1
247:18 249:15
250:13 251:1,5
251:8
**telephone** 4:19
43:19 208:22
**tell** 17:6 31:13
54:7 153:18
157:4 213:17
277:3 295:7
296:1
**telling** 278:4



148:21 226:3
**tempo** 91:8,11
260:15
**temporarily**
112:6 166:20
**temporary**
65:19 73:15
112:5,7 153:6
170:3 178:7
180:2
**ten** 215:18
**term** 17:2 75:19
80:6,9 81:10
82:1,6,11,16
82:21 83:22
84:6,20 86:4
89:5,15 104:3
104:8 107:4
112:20 120:8,8
122:8 123:4,9
123:20 146:4
274:10,14
**terms** 65:2 105:4
105:13
**terrorist** 12:1
**testified** 9:3
10:15,18 11:19
12:7,10 13:4,7
13:11,18
151:10 193:19
276:20 278:11
**testify** 13:15
14:3 17:12
33:22 34:16,20
35:11,18 49:10
50:20 51:8
52:4,6 56:14
60:21 61:4
98:2
**testifying** 11:14
12:3 59:12
62:1
**testimony** 12:21
13:12 14:7,12
50:11 57:12
58:22 102:14

131:2,20 183:2
192:12 193:9
214:3 296:6
298:2,11
299:15,18
302:6,7
**Texas** 115:6
119:5 136:17
136:19
**Thank** 10:13
13:3 73:11
102:3 135:6
143:22 254:6
261:3 262:17
263:12 266:17
290:21 298:2,9
301:13
**Thanks** 155:21
**Thanksgiving**
175:4
**thing** 57:20
263:9 294:1
**things** 20:20,21
23:8,12 26:15
36:20 72:18
80:14 81:15,22
91:22 129:3
133:14 134:5
136:4 191:13
230:3 231:7,9
260:15 263:10
286:5
**think** 34:18
36:13 37:5
40:21 43:5,6
44:2,13,19,22
47:1 50:14
51:6 53:20
72:11 73:9
87:21 92:13
105:5 113:8,17
114:6,8 116:8
120:10,18
123:15,16,17
124:11 129:5,5
131:3 140:22

147:3,10 151:9
157:5 158:19
169:22 173:16
174:5,19
176:16 177:5,5
189:10 192:22
195:6,10,15
214:2,8,8
225:5,12 231:8
235:4 238:17
239:21 241:20
249:3 261:7,11
262:4,20 266:7
270:2 272:14
274:15 275:11
276:11 279:10
279:11 280:4
281:11 296:20
**thinking** 109:20
294:19
**third** 55:22
124:13,14,15
125:19 201:3
281:15 282:21
**third-line**
253:15 254:1
262:7 279:21
281:20
**Thomas** 206:19
**thought** 227:2
274:2
**threat** 132:12
**threats** 132:9,11
**three** 35:20,22
67:13 105:22
106:13 147:4
148:17 172:19
173:16 183:5
250:5 271:6
273:8 292:17
**throughput**
83:19 84:1,7
84:10 86:11
87:1,9,18 90:2
90:7,10,18
91:2,14,21

103:10 110:21
117:22 157:10
157:22 163:2,5
164:4 165:7
166:3,18
168:13
**throwing** 26:16
**Thursday** 1:16
**ticked** 201:21
**Tijuana** 271:12
294:7
**time** 11:1 16:1,1
16:9,9,16
35:13 37:1
39:3 44:11,15
44:16 50:11,13
57:7 64:10
65:21 70:5
73:20 84:8
95:8 96:13,18
103:4 111:16
115:16 121:6
128:7 135:13
136:21 137:19
138:2 140:15
143:5 148:15
148:20 149:9
152:7,15 154:9
154:12 167:5
171:1 176:10
177:7,7 178:2
181:22 182:2
185:14 187:6
187:13 188:15
189:12 200:5
200:21 203:18
215:17 225:7
225:10,12
229:22 232:19
233:3,8 237:13
237:14 241:1
241:10 252:19
274:19 277:10
278:1 285:19
286:11 288:4,8
290:7 294:3,18

296:13
**times** 10:21
36:21 39:2
139:17 166:5,5
210:13 271:6
273:8 292:17
298:13
**tipped** 251:14,19
255:11
**tip-off** 255:15
**title** 9:20 13:11
13:22 158:10
159:4 219:2
282:15,16
284:5
**titled** 211:16
**today** 10:3,8
11:16 15:19
16:6,16 17:6
17:13 29:16,20
34:16,21 46:11
46:16 47:6,11
52:4 56:10,14
56:18 58:22
59:4,7,12,16
59:19 61:15
62:12 64:6
101:19 111:21
112:1,21
113:16 122:7
122:12 123:3
127:14 138:19
143:11,20
153:14 183:2
193:4,17 208:9
213:18 214:3
242:8 257:14
258:1 265:1
270:7 275:20
277:15 296:1
**today's** 15:4
40:7 43:1 58:1
58:5
**Todd** 98:17
101:18 146:1
177:20 179:18



181:7,8,19
182:14 184:19
187:2 205:9
210:1 221:21
225:2,3
**told** 25:6 35:5
50:6 156:13
170:18 171:10
171:17 172:8
176:14 218:21
221:6 222:5
227:14 251:10
263:1 268:5
271:20
**tolerance** 238:21
239:16
**tongue-tied**
298:7
**top** 96:22 114:12
157:6 160:17
182:17 185:2,5
199:1 201:4
203:11 277:17
297:8
**topic** 26:5 49:17
50:3,15,20
51:8,11,18
52:4,7 155:16
234:14 236:15
237:17 260:9
277:18 278:2,6
279:11
**topics** 20:4 34:8
34:13,16 49:5
49:8,11,16
52:20 55:9
62:2 233:17
236:15 237:15
258:12 277:14
286:5 299:14
**Toronto** 67:22
68:3
**total** 37:1 41:13
71:9 110:9,15
113:19 141:9
142:13 187:16

187:20 277:3
**totally** 105:14
**track** 90:10,18
91:2,7,11,14
91:20
**tracking** 90:2
**trade** 75:1
125:22 129:17
133:3 159:12
**traffic** 17:15,18
17:21 32:18
116:17
**trail** 28:1
**trained** 72:22
275:1
**training** 65:13
66:1
**transcript** 8:10
18:22 33:4
56:18,19 57:1
57:4,21 60:1
63:8 96:5
98:11 108:4
111:4 120:21
137:9 140:3
144:9 150:19
158:7 177:13
180:22 182:9
184:12 186:16
189:15 196:2
198:15 200:10
202:14 205:1
211:12 218:15
221:14 224:16
228:20 232:8
236:5 239:9
243:14 245:9
247:11 252:10
266:20 269:3
282:7 287:1
291:2 301:16
303:4
**transcription**
302:7
**transcripts**
39:22 58:1

**transition**
110:13,19
139:16
**transitioned**
113:4
**transportation**
255:3
**travel** 23:2
25:13,19
125:22 129:17
129:18 133:3
159:12 170:17
171:9,15 172:5
176:12 210:16
**traveled** 291:21
**travelers** 76:3
77:14
**traveling** 106:11
203:20
**tried** 154:21
**trigger** 20:22
21:4 22:13
26:15 27:8
**trouble** 124:4
**true** 92:1 110:5
110:18 136:13
136:19 139:15
144:2 150:13
184:2 188:11
188:17 189:5
195:16 209:6
209:22 224:10
251:13,18
252:1 283:4
302:6 303:5
**Trump** 218:19
222:3
**trust** 150:9,10
**truth** 17:6
**truthfully** 13:15
14:3 17:12
**try** 15:20 16:10
123:13 172:2
**trying** 42:22
106:15 188:20
244:22 263:22

288:9
**tune-up** 42:14
42:17 43:3,10
258:8
**turn** 34:6 63:19
72:17 100:3
201:2 240:2
251:19
**turnbacks** 51:19
52:11
**turning** 245:3
**Twice** 10:22
**two** 14:10,19
20:4 35:16,17
36:1,2 37:3
40:1 42:5
47:11 67:13
72:2,3 104:11
105:4,13 114:7
114:7 118:7
148:17 162:1
163:20 173:13
176:2,8 183:5
186:19 231:8
231:15,16
234:11,12
235:21 241:4
244:21 254:12
263:10 297:15
**two-page** 19:3
44:22 140:6
189:18 232:12
245:13
**two-thirds** 34:7
294:21
**type** 41:7 260:10
266:15 297:13
297:18
**types** 104:18
140:20 246:4
**typewriting**
303:8
**typically** 20:14
26:10

_____ **U** _____

**UAC** 82:11
298:4,6
**UDA** 82:1,4
**UDAs** 138:19
214:15,17
**uh-huh** 15:15
**uh-uh** 15:15
**unable** 93:1
95:22
**unaccompanied**
106:4 159:8
298:8
**unannounced**
251:15,20
252:4 253:7,12
255:9,14
256:11,16
**unclear** 193:2
**Undefined**
123:20
**underline** 39:4
**underlined**
240:7
**underneath** 73:2
203:11 212:6
**understand** 10:2
10:9 13:3 15:8
15:19 16:7,8
16:18 17:2,5,8
19:20 27:22
28:3,7,15 32:5
33:21 45:21
46:3 51:6
53:15,18 78:16
83:22 85:15
86:2 91:17
93:11,21 94:1
95:7 102:19
105:3 113:5
122:12 123:14
124:1,10
127:19 128:3
143:18 144:3
145:3 147:7
148:5 157:12
164:11 174:13



188:20 208:14
208:17 218:3
231:12,16
249:7,11 254:2
261:17 263:22
265:3,5 284:1
**understanding**
19:22 34:15
101:4 102:16
124:5 130:7
220:20 235:8
241:17
**understandings**
276:9
**understood**
15:14,17 16:14
25:11 75:18
81:9 144:1
170:8 246:6
251:1
**undocumented**
82:5,15 136:1
138:19 139:3
289:22 298:5
298:10
**Unfortunately**
223:1
**unique** 166:11
166:14
**unit** 89:9 262:19
263:2
**United** 1:1 78:21
86:8 88:9 92:3
97:9 142:2
177:3 183:11
184:4 210:18
211:7 243:5
250:14 260:21
**units** 82:10
89:11,12 93:7
159:9 193:5
262:8,10
**University** 64:14
**unredacted**
248:4
**unsafe** 167:19

167:20,21
**unwritten** 128:4
**update** 8:4 21:19
22:10 185:11
267:4
**updates** 188:2,4
267:22
**up-to-date** 90:6
**Urbine** 186:20
**urgent** 101:11
**USBP** 162:7
**USCIS** 86:4,7,10
87:14
**use** 50:15 72:18
110:9,15 148:1
149:19 157:19
163:6,7 166:2
166:13 167:14
214:21 237:11
237:22 274:14
275:13
**uses** 274:11
**usually** 207:20
**utilize** 146:13
168:12
**utilized** 201:20
241:12
**U.S** 1:12 4:4
9:19 10:1
13:13 14:1
17:1 22:17
23:3 25:14,20
33:10 64:3
73:13,22 76:10
79:8 83:6
86:12 87:2,11
90:3,8,11,19
91:3 92:1,8,21
93:15,18 94:6
103:7 104:5
121:6 130:16
134:1 135:11
162:16 165:7
169:17 170:13
171:16 172:6,7
173:3 185:16

186:11 209:9
210:17 211:5
213:15,19
247:19 250:11
251:10 266:13

—————
**V**
—————
**V** 243:18
**vague** 95:4
123:17,19
139:20 152:20
176:7 188:15
274:18 283:21
285:14
**vaguely** 288:10
**vagueness** 260:9
**Valerie** 205:9
**valid** 79:9
**value** 78:20
**variables** 104:10
104:11
**varies** 262:4
290:12
**variety** 23:8
**various** 80:10
172:19 264:2
**Vasquez** 144:17
144:21 145:2
**vast** 23:7,7
**vehicle** 104:19
210:17 211:3,6
**vehicles** 280:22
281:1
**verbal** 80:12
**verbally** 31:13
81:2 226:3
**verify** 149:2,5
**Veronica** 190:1
**versa** 265:11
273:12
**version** 140:19
196:21 248:4
**versus** 55:22
60:7 206:20
**vertical** 141:8
**VI** 267:3

**vice** 31:16
265:11 273:12
**video** 47:19
192:7,8
**view** 105:18
156:18
**violation** 26:17
**violations**
247:18
**virtual** 168:1,3
168:12 192:8,8
192:13,21
193:1,5
**virtually** 74:8
168:5 169:5
**visa** 79:3 100:21
**visibility** 147:6
**visit** 8:7 253:7
253:20 254:19
255:9,12,14
256:11 279:1
287:9
**visited** 70:19
279:2
**visitor** 79:2
**visits** 251:15,20
252:4 279:4
**volume** 281:6
**vs** 1:6
**vulnerable**
135:22 136:7
298:16,19
299:4,12

—————
**W**
—————
**Wagner** 177:21
178:15 181:8
205:8 225:3
**wait** 170:20
176:14 251:11
**waiting** 165:3
166:19 288:16
301:6
**waived** 301:18
**waiver** 100:21
**want** 12:13

19:20 49:6
50:10 55:17
101:22 105:1
108:14 114:10
121:17 138:12
144:20 147:3
151:13,21
152:1 155:22
167:10 205:12
209:4 255:17
301:14
**wanted** 119:4
144:1 149:5
204:13 256:2
**Washington**
1:15 2:6 3:6
4:7,16 68:10
71:6 75:5
112:6 154:3,4
**wasn't** 14:9 25:1
48:12 173:12
226:22 227:3,4
**watch** 74:15
254:4,5 274:8
**way** 18:9 28:2
28:14 34:7
39:5 53:21
61:18 71:11
74:10 87:7
118:15 125:8
136:11 160:4
179:17 208:6
214:8 226:14
261:2 267:2
282:21 293:18
294:22 300:14
**ways** 149:12
157:10,21
163:6
**week** 36:6,7
40:13,13 41:22
45:5,8,12
164:2,3 188:13
188:19 189:8
194:3,10
265:18 277:8,9



**weekday** 20:10
20:11
**weekly** 265:20
266:4,8,11,13
**weeks** 35:4,16
35:17 36:1,2
37:3 40:1
**week's** 189:11
**Welcome** 155:20
**went** 16:20 17:4
65:14,18 67:3
67:22 103:1
272:2
**weren't** 26:6,14
167:3 209:12
242:20
**West** 210:7
216:9 217:8
**wet** 105:22
**we'll** 16:9 55:5,6
**we're** 15:3 41:14
55:4 88:14
94:17 95:12,13
104:17,18
105:8,9,10,19
106:3,6,9
112:16 167:7
170:22 175:7
208:19 215:4,5
235:7,8 242:15
260:19 274:1
284:16 293:6
298:21
**we've** 62:18 63:1
193:2 210:22
**WHEREOF**
303:12
**wide** 23:12
**wished** 237:18
**withdraw**
100:22 101:5,8
**withdrawn** 91:6
**witness** 11:15,16
12:5 14:21
20:6 23:20
24:3,9 28:7,21

32:5 34:4
35:11 45:21,22
46:4,5 51:3
55:3 83:8,14
85:7 86:1
94:16 103:16
103:22 109:14
109:22 122:17
123:6,10 128:8
129:13 131:3
131:14,21
134:12 137:4
139:22 155:14
180:12 186:13
217:4,12
240:22 261:7
261:17 264:5
284:1 285:15
285:18 295:20
296:7,10 300:6
300:11,22
301:15 303:12
**witnesses** 60:21
**word** 124:1,6
**words** 21:3 34:2
116:6,22
195:13
**work** 38:1 41:6
42:19 45:1
46:10 55:15
63:2 67:2,17
70:14 75:9,16
76:2 112:6
133:9 149:19
169:7,9 179:17
192:1 217:19
249:11 251:2
260:1 264:10
275:7 290:13
291:7
**worked** 10:5
64:22 68:9
69:21 70:2
73:18 153:22
286:10
**workforce** 72:8

**working** 43:17
49:21 65:4
68:2 94:18
184:5 224:1
**works** 115:21
233:11 264:14
**world** 263:5
**worry** 72:15
**wouldn't** 25:2
26:1 57:13
64:10 78:22
79:4 194:1
299:1
**Wow** 51:14
**write** 19:11 21:6
115:9 145:18
182:3
**writes** 109:3
114:20 116:16
138:16 145:2
179:10,21
185:19 196:18
222:14 233:15
234:1 237:1,5
253:6,10
254:18
**writing** 24:13
81:8
**written** 14:7,12
58:10 59:11
80:15 81:2,21
128:1,14 129:1
**wrong** 240:1
**wrote** 32:11,16
226:12 227:6
227:10 275:15
**www.MagnaL...**
1:22

_____
**X**
_____
**x** 1:3,9

_____
**Y**
_____
**yeah** 36:7,16
66:16 120:2
132:8 168:2

176:9 205:17
246:3 270:2
278:10 281:2
285:12,17
**year** 10:6 11:3
11:22 12:1
65:6,20 66:22
70:19 173:1
248:21
**years** 10:6 67:13
112:13
**yesterday** 27:9
36:9,12 58:18
**yesterday's**
145:5
**York** 3:13,13
66:11 67:19
68:21
**Ysidro** 70:6,10
70:11,19 76:12
106:20 107:4,8
107:10 173:20
174:1,7 175:20
178:4,11
188:11,18
189:6 190:19
191:7,17
193:10 194:2
194:18 195:16
198:11 199:22
200:4 201:16
201:21 203:18
204:5 210:6
216:9,16 242:7
242:12,22
243:4 274:12
274:21 275:21
276:7 280:16
280:19 282:2
292:1

_____
**Z**
_____
**zero** 139:17
142:14,16
238:21 239:16

_____
**0**
_____
**00261946** 267:3
**042818** 187:9
**0900** 187:9

_____
**1**
_____
**1** 1:19 49:17
50:20 62:2
100:8 116:13
124:16 125:13
126:3 133:20
148:6,10 160:6
161:14 207:3
207:20 212:17
214:13
**1st** 16:17
**10** 48:5,6 152:7
152:17 192:9
236:19 267:11
281:11,16
296:18,18
**10:00** 216:2
**10:10** 196:13
**10:40** 185:7
**10:57** 199:3
**100** 7:9 56:1
144:4 146:8
187:17 194:7
195:17 197:18
199:16 200:5,8
200:13 201:19
202:2,3,8
204:6
**10012** 3:13
**101** 7:10 202:12
202:17
**1012** 206:20
**1019** 206:20
**102** 7:11 204:21
205:4 206:2
**103** 7:12 211:9
211:10,15
**104** 7:13 218:13
**105** 7:14 192:4
221:12
**106** 7:15 224:14



224:19
**107** 7:16 228:18
**108** 6:14 7:17
  232:6,11
**109** 7:18 236:3,8
**11** 116:13 119:6
**11th** 65:11
  111:11 114:11
**11:33** 99:6
**11:41** 114:11
**110** 7:19 239:7
  239:11
**1101** 4:14
**111** 6:15 7:20
  243:12,17
**112** 7:21 245:7
  245:12
**113** 7:22 247:9
  247:13
**114** 8:2 252:8,13
**115** 8:3 266:18
  267:1,3 268:22
**116** 8:5 269:1,6
  280:11
**117** 8:6 282:5,10
  282:14
**118** 8:7 286:21
  287:4,7
**119** 8:8 290:22
  291:5 293:5
**12** 62:2 191:17
  299:9
**12th** 229:2
**12:15** 155:15
**120** 6:16 154:2,4
**13** 281:8 296:18
**13th** 303:13
**13,000** 281:11
  281:12,16
**137** 6:17
**13767** 99:11
**13768** 99:11
**14** 12:14 151:21
  152:16 295:1
**14th** 291:12
**140** 6:18

**1400-2200**
  190:14
**144** 6:19
**15** 41:11,12,12
  41:17 44:2
  260:9 277:18
  278:6 296:18
**15,000** 281:8
**150** 6:20 186:9
  188:12,19
  189:7 194:2,10
**158** 6:21
**16** 113:8 241:22
**17** 24:20 25:3
  113:8 140:15
  218:18 222:9
**17th** 4:14 189:21
  221:19
**17-cv-02366-B...**
  1:7
**173** 245:16
**177** 6:22
**18** 6:8 128:2
  177:9 190:5
  192:5
**18th** 189:22
**18,000** 288:1
**18-122** 246:8
**180** 7:2
**182** 7:3
**184** 7:4
**186** 7:5
**189** 7:6
**19** 62:2 75:7
  175:3
**19th** 232:14
**1942** 267:11
**195** 7:7
**198** 7:8
**1988** 64:12 65:7
  65:10,11
**1989** 66:4,9,18
  69:22
**1999** 2:5 3:5
_____
         **2**
_____

**2** 51:11,18 52:21
  69:17,19 160:2
  160:6 161:17
  207:4,21
  212:11 214:14
**2d** 206:20
**2nd** 137:15
  138:12
**2:07** 203:8
**2:39** 181:13
**2:46** 151:14
**2:59** 108:15
**20** 6:12 20:14
  41:11,12,12,17
  44:2 48:16
  57:10 96:12
**20th** 99:13,19
  102:9 103:5,12
  103:19
**200** 7:9
**2000** 292:1
**20006** 2:6 3:6
**2003** 127:17
  128:22 129:6
**20036** 4:16
**20044** 4:7
**2005** 68:4,5,13
**2008** 68:18,19
  68:22
**2010** 69:4,5
  206:21
**2012** 64:2,7 69:8
**2013** 12:14
**2016** 16:17
  48:12,15,20
  70:19 93:10,15
  95:18 167:18
  225:1,18
  226:11 227:5
  241:13,19,21
  242:4,7,12,22
  243:4 259:11
  264:21 269:13
  274:21 276:10
  283:1,3 285:3
**2017** 6:12 24:11

25:5 96:12
99:3,6,13,20
102:9 103:5,12
103:20
**2018** 6:16 7:3,20
  108:10,14
  109:10 111:11
  114:11 116:13
  119:6 121:7
  127:18 128:4
  128:17 137:15
  138:12 139:1
  139:12 140:15
  143:5 144:16
  144:21 145:19
  145:22 151:3
  151:14 152:6
  177:2,19
  178:19 179:19
  181:13 182:14
  183:5 184:4,17
  184:18 185:7
  186:20 187:14
  188:18 189:5
  190:5 195:19
  196:13 197:17
  198:11 199:3
  200:14 201:11
  203:7 205:7,8
  208:11 209:6
  211:18 213:1,4
  218:19 221:19
  222:9 227:10
  229:2 230:14
  230:19,22
  232:14 233:7
  234:7,21
  236:19 237:21
  238:19 239:13
  243:20 253:2
  254:8 291:12
  294:19
**2018.docx**
  190:10
**2019** 1:16 11:5
  13:7,19 60:6

60:22 62:7
  175:1,3,8
  245:14 247:17
  251:4 267:5
  274:21 287:8
**202** 3:7 4:8,17
  7:10
**2020** 6:8 19:5
  303:14
**204** 7:11
**21** 62:2
**21st** 99:3,6
**211** 7:12
**212** 3:14
**213** 291:6
**218** 7:13
**22nd** 225:1,18
  245:14
**221** 7:14
**222** 137:14
**224** 7:15
**228** 7:16
**23** 62:3
**23rd** 184:18
  185:6
**232** 7:17 232:13
**235** 97:3
**235(b)** 97:11
**236** 7:18
**239** 7:19
**24** 21:5 164:2,3
**24th** 177:19
  178:19 183:19
**24-hour** 20:19
**24/7** 163:15,17
**243** 7:20
**245** 7:21
**247** 7:22 189:20
**25** 62:3 299:9
**25th** 177:19
  179:19 181:12
  232:14 233:7
**252** 8:2
**257** 6:4
**26** 13:7 247:17
**263-3221** 3:7



**266** 8:4
**269** 8:5
**27** 7:3 182:14
　183:4 192:1
　196:13 197:17
　198:11 204:4
　227:10 230:13
　230:19,22
　238:19 239:12
**27th** 195:18
　196:7,8
**28** 186:20
　187:14 199:2
　201:19 204:4
**28130** 198:20
**282** 8:6
**286** 8:7
**29** 7:20 151:13
　152:6 187:20
　200:14 201:11
　201:19 236:19
　243:20
**29th** 151:3 155:1
　203:7 204:4
　236:10
**290** 8:8
**291** 200:16
**297** 6:5

---

**3**

**3** 160:2 207:6,22
**3:51** 295:1
**3:55** 190:5
**30** 20:14 57:10
　108:22 109:4
　301:17
**30th** 195:19
　236:10 253:2
　254:7
**30(b)(1)** 54:9
**30(b)(6)** 1:11 2:2
　11:16,17 12:4
　12:6 14:21
　20:4 33:10,22
　34:3 35:2,11
　35:18 60:21

---

109:21 277:14
**30-day** 124:20
　125:4 231:7
**300** 57:18
**305** 1:19
**31st** 184:17
**316** 106:22
　107:8 111:8
　191:20,22
**32** 10:6
**33** 6:9
**3360** 205:6
**355-4471** 4:17
**374** 212:1

---

**4**

**4** 124:16 125:13
　126:3 133:20
　140:15 207:10
　208:1
**4/17/2018**
　190:14
**4/27/2018**
　196:14
**4:00** 47:1 277:8
**4:01** 144:21
**4:10** 291:12
**4:16** 253:2
**4:41** 225:18
**4:53** 301:19
**4020** 287:5
**41** 138:18
**41875** 202:19
**45** 37:5 277:9
**45-minute** 38:8
　39:22
**453** 221:18
**457** 121:4
　124:14 128:16
　135:8,12

---

**5**

**5** 6:16 267:13
**5th** 121:7 128:4
　128:17
**5:32** 138:13

---

**5:38** 254:8
**5:44** 145:19
**5:53** 179:19
**50** 72:17 146:9
　146:14 147:1
　147:12 194:9
**500** 179:6
**51** 197:21 198:3
**541878** 1:18
**547** 249:18
　250:4
**563** 248:2
**58** 177:18
**59** 6:10
**598-8259** 4:8

---

**6**

**6** 108:10,14
　187:12,13
　205:7 220:1
　267:11 270:16
**6th** 287:8
**6:50** 272:9
**60** 146:9 150:15
　151:19 153:16
　155:10
**600** 179:7
**614-6454** 3:14
**62** 198:1,11
**6277** 269:17
**6278** 269:7
**63** 6:11
**65** 198:8
**666** 3:12

---

**7**

**7** 34:6 164:2,3
　205:7,7 208:11
　208:13
**7th** 3:12 111:11
**7/31/2022**
　303:16
**7:15** 233:7
**7:21** 208:12
**7:23** 208:13
**70** 110:22

---

150:15 151:20
　153:16 155:11
**705** 4:15
**715** 206:20
**731** 170:2
**75** 191:2,8,15
　201:13
**76** 199:20
**778** 181:6
**78** 6:8 18:19,20
　19:3
**784** 224:22
**79** 6:9 33:2,7
　34:6 49:14

---

**8**

**8** 6:8 62:2
　144:20 145:19
　160:8,16 213:1
　213:4
**8th** 19:5 144:16
　211:18
**8:15** 20:7,13
　21:13,17 22:2
　22:15 27:1,12
　27:20 28:16
　29:7,10,22
　30:11,13,16
　31:3,5,18 32:1
　32:10,14
**8:26** 178:20
**80** 6:10 59:21
　60:4 71:9
**80s** 70:10
**81** 6:11 63:6,11
　69:19
**82** 6:12 96:3,7
　99:16,19
　102:22
**83** 6:13 98:9,13
　98:16 102:22
**836** 184:16
**84** 6:14 108:2,7
　108:9
**85** 6:15 111:2,7
　111:9 136:13

---

136:16
**850** 140:7
**86** 6:16 120:19
　121:2 135:8
**866-624-6221**
　1:21
**868** 4:6
**87** 6:17 137:7,12
　137:14
**88** 6:18 140:1,5
　143:10,19
　297:5
**89** 6:19 65:9
　66:13 67:1,2
　144:7,11 147:4

---

**9**

**9** 1:16 6:3 22:7
　32:15 60:6,22
　62:7 108:10
　159:19,20
**9th** 13:19
**9:00** 277:7
**9:22** 269:18
**9:30** 46:22
**9:34** 1:17 186:20
**90** 6:20 150:17
　150:22
**91** 6:21 158:5
　201:16
**916** 108:9
**92** 6:22 67:14,15
　67:17 177:11
　177:16,19
　181:4 183:6
**93** 7:2 180:20
　181:2 183:6
　200:1
**94** 7:3 182:7,12
**95** 7:4 184:10,14
　184:14,17
**96** 6:12 7:5 68:1
　186:14,18
　196:7
**97** 7:6 189:13,18
**98** 6:13 7:7



| | | | | |
|---|---|---|---|---|
| 195:22 196:5 **99** 7:8 198:13,18 201:18 202:6 | | | | |

