MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 14 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **REDACTED VERSION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AL OTRO LADO, INC., ET AL., | ) ) |
| PLAINTIFFS, | ) ) |
| VS. | ) CASE NO. ) 17-cv-02366-BAS-KSC ) |
| KEVIN K. MCALEENAN, ET AL., | ) ) |
| DEFENDANTS. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

RODNEY HARRIS

JUNE 2, 2020

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION of RODNEY HARRIS,
produced as a witness at the instance of the Plaintiff,
and duly sworn, was taken in the above-styled and
numbered cause on June 2, 2020, from 10:23 a.m. to 6:27
p.m., before Delia Ordonez, CSR in and for the State of
Texas, reported by machine shorthand, via Webex Magna
LegalVision.

Magna Legal Services

866.624.6221

www.MagnaLS.com



Page 2

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3        Rebecca Cassler
          Sara Rich
 4        Southern Poverty Law Center
          1101 17th Street, N.W., Suite 705
 5        Washington, D.C. 20036
          202.355.4471
 6        Rebecca.cassler@splcenter.org
          Sara.rich@splcenter.org
 7
          Allison Parr
 8        Steve Medlock
          Mayer Brown
 9        1999 K Street, N.W.
          Washington, D.C. 20006
10        202.263.3221
          AWParr@mayerbrown.com
11
     FOR THE DEFENDANTS:
12
          Ari Nazarov
13        Dhruman Y. Sampat
          U.S. Department of Justice
14        Office of Immigration Litigation
          P.O. Box 868, Ben Franklin Station
15        Washington, D.C. 20044
          202.598.8259
16        Ari.Nazarov@usdoj.gov
          Dhruman.y.sampat@usdoj.gov
17
18   ALSO PRESENT:
19        Louisa Slocum, CBP
20        Benjamin Wolarsky
21   THE VIDEOGRAPHER:
          Noah Fox
22
     THE MAGNA LEGAL TECHNICIAN:
23
          Kevin Cranford
24
25
```



Page 3

1                          INDEX

            ORAL AND VIDEOTAPED DEPOSITION OF

2                       RODNEY HARRIS

                       JUNE 2, 2020

3

4                    E X A M I N A T I O N

5   RODNEY HARRIS                             P A G E

6        By Ms. Rebecca Cassler...........     6

7        By Ms. Allison Parr..............    236

8        By Mr. Ari Nazarov..............    286

9   FURTHER EXAMINATION

10        By Ms. Rebecca Cassler...........   291

11

12  Signature and Changes.................   294

13  Reporter's Certificate................   296

14

15

16

17

18

19

20

21

22

23

24

25



```
                                                                Page 4
 1                              EXHIBITS
                    ORAL AND VIDEOTAPED DEPOSITION OF
 2                          RODNEY HARRIS
                            JUNE 2, 2020
 3
 4    NO.           DESCRIPTION                        P A G E
 5    Exhibit 222   AOL-DEF-00011374                      57
 6    Exhibit 223   AOL-DEF-00028834                      68
 7    Exhibit 224   AOL-DEF-00911036                      68
 8    Exhibit 228   AOL-DEF-00095894                     118
 9    Exhibit 230   AOL-DEF-00027826                     131
10    Exhibit 231   FRE 1006 Exhibit Laredo QM           134
                    Reports
11
      Exhibit 233   AOL-DEF-00911232                     138
12
      Exhibit 234   AOL-DEF-01037408                     150
13
      Exhibit 238   AOL-DEF-00094682                     214
14
      Exhibit 239   AOL-DEF-00060248                     161
15
      Exhibit 243   AOL-DEF-00909668                     143
16
      Exhibit 247   AOL-DEF-00576995                     239
17
      Exhibit 249   AOL-DEF-00563847                     255
18
      Exhibit 250   AOL-DEF-00579234                     268
19
      Exhibit 251   AOL-DEF-00585486                     278
20
21
22
23
24
25
```



Page 5

1                    THE VIDEOGRAPHER:  We are now on the

2      record.  This begins Media 1 in the deposition of Rodney

3      Harris.  Today is Tuesday, June 2nd, 2020, and the time

4      is 10:23 a.m.  This deposition is being taken remote- --

5                    MS. CASSLER:  Uh --

6                    THE VIDEOGRAPHER:  Yes, Counsel.

7                    MS. CASSLER:  Sorry.  We're actually -- the

8      deponent is in -- is in Central Time, so could we --

9      could we use Central Time for the record, please?

10                    THE VIDEOGRAPHER:  Yes.  Stand by, please.

11                    MS. CASSLER:  Great.  Sorry about that.

12                    THE VIDEOGRAPHER:  That's fine.  I can

13      start over.

14                    We're now on the record.  This begins Media

15      1 in the deposition of Rodney Harris.  Today is Tuesday,

16      June 2nd, 2020, and the time is 9:23 a.m.  This

17      deposition is being taken remotely by way of Magna

18      LegalVision.  The videographer is Noah Fox, and the

19      court reporter is Delia Ordonez, both of Magna Legal

20      Services.  All counsel will be noted on the stenographic

21      record.

22                    Will the court reporter please swear in the

23      witness?  And then we can proceed.

24                    RODNEY HARRIS,

25      having been first duly sworn, testified as follows:



Page 6

1                    EXAMINATION

2   BY MS. CASSLER:

3       Q.  Good morning, Mr. Harris.  We're now continuing

4   the 30(b)(6) deposition of defendant Customs and Border

5   Protection.  My name is Rebecca Cassler, and I represent

6   the plaintiff in this action which is caused Al Otro

7   Lado v. Wolf.

8                    Could you please state and spell your name

9   for the record?

10      A.  Sorry.  I was turning off a fan.  Rodney --

11      Q.  Okay.

12      A.  Rodney Harris, R-O-D-N-E-Y, Harris,

13  H-A-R-R-I-S.

14      Q.  Have you ever gone by any other name?

15      A.  No, I have not.

16      Q.  Okay.  Before we begin, I'd like to go over

17  some ground rules.  As you have seen, there's a court

18  reporter on the line taking down everything we say.  So

19  that the court reporter can accurately record your

20  testimony, you must give audible responses.  So please

21  do not shake your head or answer with noises like

22  "uh-huh."  Do you understand?

23      A.  Yes.

24      Q.  And this deposition is being taken remotely, as

25  is obvious, so counsel and the court reporter and you



Page 7

1   are all in different locations, and we're conducting the

2   deposition via a web-based videoconference platform.

3   Given the web format and the slight time lag in the

4   audio, it's even more important than normal that we

5   don't talk over each other.  So please wait until I

6   finish before answering every question, and I'll do my

7   best to do the same with your answers.  Do you

8   understand that?

9        A.  Yes, I understand.

10       Q.  And if you don't understand a question, please

11  say so.  Do you agree with that?

12       A.  Yes.

13       Q.  If you do answer a question, I'm going to

14  assume that you understood it.  Okay?

15       A.  Okay.

16       Q.  From time to time, your attorney may object to

17  a question that I ask, and that's their right.  However,

18  unless you're instructed not to answer my questions, you

19  need to provide an answer, even if there's an objection.

20  Does that make sense?

21       A.  Yes.

22       Q.  And we'll probably take a break every hour or

23  so.  If you need a break sooner than that, just let me

24  know, and I might let you know if I need a break as

25  well.  However, we must -- you must answer any pending



Page 8

 1   questions before going on a break.  Does that make

 2   sense?

 3       A.  Yes.

 4       Q.  Unless I state otherwise, my questions relate

 5   to the period of January 1st, 2016, to the present.  Do

 6   you understand that?

 7       A.  Yes, I understand.

 8       Q.  And during this deposition, I'm going to refer

 9   to the U.S. Department of Homeland Security as DHS.  Do

10   you understand that?

11       A.  Yes.

12       Q.  During this deposition, I will referring --

13   sometimes I'll refer to a port of entry as a POE.  Do

14   you understand that?

15       A.  Yes, I do.

16       Q.  Do you understand that you've taken an oath to

17   tell the truth today?

18       A.  Yes.

19       Q.  Oh, one more.  And I'll probably refer to

20   Customs and Border Protection as CBP.  Do you understand

21   that?

22       A.  Yes.

23       Q.  Okay.  And do you understand that the oath that

24   you've taken today is the same oath that you would take

25   if you were testifying in court?


MAGNA
LEGAL SERVICES

Page 9

1        A.  Yes, I understand.

2        Q.  And do you understand that there are criminal

3   consequences for lying under oath?

4        A.  Yes.

5        Q.  Is there any reason that you can't testify

6   truthfully today?

7        A.  No, no reason at all.

8        Q.  Good.  Do you understand that you're not

9   allowed to communicate privately with your attorneys or

10   anyone else during the deposition other than during

11   breaks?

12        A.  Yes, I understand.

13        Q.  Okay.  So that means that you can't text,

14   e-mail, or otherwise communicate with counsel other than

15   during breaks, right?

16        A.  Yes, I understand.

17        Q.  Uh-huh.  You can talk to your counsel on the

18   record orally so everyone can hear.  That's the only

19   exception to the rule I just stated.

20        A.  Okay.

21        Q.  Okay.  So you've been designated as CBP's Rule

22   30(b)(6) deposition witness for the Laredo field office

23   for two topics.  Did you know that?

24        A.  Yes.

25        Q.  Okay.  Specifically, you've been designated as



Page 10

1   the 30(b)(6) witness for CBP on Topic 2, which covers

2   CBP's:  "Practice of metering, queue management and/or

3   Turnbacks at Ports of Entry" -- specifically in -- in

4   the Laredo Field Office -- "including but not limited to

5   the development of the practice, the reasons for its

6   adoption, and its implementation."

7               Are you prepared to testify on that topic?

8       A.  Can you say the last -- the last phrase?

9       Q.  Yeah.  So:  "Including but not limited to

10  development of the practice, the reason for its

11  adoption, and its implementation."

12      A.  Implementation.  Okay.  Yes, I understand.

13      Q.  And you've also been designated as a 30(b)(6)

14  for Topic 15, which covers:  "CBP's communications with

15  INM, COMAR, Grupos Beta, and any other Mexican

16  government agency concerning metering, queue management,

17  or Turnbacks."

18               Are you prepared to testify on that topic?

19      A.  Yes.

20      Q.  And we might occasionally refer to INM as INAMI

21  or -- or -- do both of those acronyms make sense to you?

22      A.  Yes, I understand both of those terms.

23      Q.  During this 30(b)(6) deposition, I will be

24  asking questions about Topic 2, the first one we

25  covered, and my colleague, Allison Parr, will be



Page 11

1    questioning you on the other topic.

2              You're also testifying today in your

3    personal capacity, which we call that a 30(b)(1)

4    witness.  Do you understand that?

5        A.  Yes, I do.

6        Q.  So from time to time, I'll ask you questions in

7    your capacity as a 30(b)(1) witness.  And when I do

8    that, I'll try to be clear in my question that I'm

9    asking you personally.  Okay?

10       A.  Okay.  I understand.

11       Q.  Moving on.  Have you ever testified in court

12   before?

13       A.  Just once that I recall.

14       Q.  When was that?

15       A.  It was in 20 -- it was either -- I believe it

16   was the year 2000, maybe 2001.  It's been -- it's been

17   quite a while.

18       Q.  Okay.  Where was that court located?

19       A.  It's located in Laredo, Texas.

20       Q.  Okay.  And what was the -- can you give me

21   just, like, a sentence or two, what did you testify

22   about?  I don't need a long answer.

23       A.  It was -- I believe they called it an

24   identification and removal hearing.  We arrested

25   someone, and the defense attorney wanted to know how we



Page 12

1    determined that the person we arrested was, in fact, the

2    person who was the subject of the warrant.

3         Q.  Got it.  And that's the only time you ever

4    testified in court?  If you can't remember, that's good

5    enough for me on this one.

6         A.  That was the only time that I can recall, yes.

7         Q.  Okay.  Have you ever testified in a deposition

8    before?

9         A.  No.

10        Q.  Okay.  Have you ever been involved in an

11   arbitration proceeding?

12        A.  In a what?

13        Q.  An arbitration proceeding.

14        A.  No, I don't think I've ever been involved in an

15   arbitration proceeding.

16        Q.  Have you ever testified before a governmental

17   body before, other than a court?

18        A.  No, I have not.

19        Q.  Okay.  So you've never testified before

20   Congress or Senate?

21        A.  No, I've never done anything like that.

22        Q.  Okay.  Outside of this case, have you ever

23   provided any written testimony under oath in an

24   affidavit or declaration?

25        A.  Outside of this case, not that I can recall,



Page 13

1  no.

2      Q.  Okay.  So the one other case that you testified

3  in, did you testify truthfully?

4      A.  Yes, I did.

5      Q.  Okay.  Other than traffic offenses, have you

6  ever been charged with a crime?

7      A.  Other than traffic offenses, no.

8      Q.  Other than traffic offenses, have you ever been

9  convicted of a crime?  I'm realizing that's a stupid

10 question.  Never mind.

11     A.  No, I have not been.

12     Q.  Good.  Have you ever been arrested?

13     A.  No, I've never been arrested.

14     Q.  Have you ever been sued before?

15     A.  Ever been sued?

16     Q.  Uh-huh.

17     A.  No, I have not.

18     Q.  Have you ever been a party to a lawsuit?

19     A.  No, I've never personally sued anyone, no.

20     Q.  Okay.  Have you ever been disciplined for your

21 conduct at CBP?

22     A.  No.

23     Q.  Are you a member of any social networking

24 platforms, like LinkedIn or Facebook?

25     A.  Got a Facebook account, and I -- I think I have



Page 14

1    a LinkedIn account.  I say I think I have a LinkedIn

2    account.  I get e-mails from them --

3         Q.  Thank you.

4         A.  -- from time to time, but it's been years.

5         Q.  Thank you.

6         A.  I do not remember creating the account, so I --

7    I'm not active with it, no.

8         Q.  All right.  Are you a member of any Facebook

9    groups related to your work at CBP?

10        A.  I'm a member of a -- related to my work at CBP?

11        Q.  Yes.

12        A.  No, I would say not.  I'm a member of some --

13        Q.  I don't need to know about "Kittens."

14        A.  Yeah.

15        Q.  Sorry.

16        A.  No.  I'm a member of some Facebook groups that

17   has mostly federal employees in it, but it doesn't have

18   anything to do related with our work.

19        Q.  Okay.  Have you ever been a member of a

20   Facebook group called "I'm 10-15"?

21        A.  No.

22        Q.  Have you ever seen posts from a Facebook group

23   called "I'm 10-15"?

24        A.  I am 10-15?  No, that doesn't sound familiar.

25        Q.  Okay.  Other than Facebook and LinkedIn, are



Page 15

1    there any other social networking platforms that -- that

2    you have accounts with?

3        A.  I think I have a -- I have a -- I have an

4    Instagram account.  I don't post anything.  I also do

5    have a Twitter account, but, once again, I don't tweet

6    or post anything.  I created it so I could see

7    something, but that's been several years, couple of

8    years maybe.

9        Q.  That's how I use Twitter too.  It's annoying.

10               When did you find out that you would be a

11   Rule 30(b)(6) witness in this case?

12       A.  Can you repeat the question, please?

13       Q.  When did you find out that you would be a Rule

14   30(b)(6) witness in this case?

15       A.  It was earlier this year.  I don't recall.  I

16   believe it was February.

17       Q.  Okay.

18       A.  I'm not certain.

19       Q.  Who told you that you would be a Rule 30(b)(6)

20   witness in this case?

21       A.  One of the -- well, the -- the local OCC

22   office.

23       Q.  That's fine.

24       A.  Jim Sims.

25       Q.  I don't -- yeah.  Okay.  Without going into the



Page 16

1   substance of any conversations you've had with CBP's

2   attorneys -- this might be OCC or DOJ -- have you met

3   with any CBP attorneys in preparation for this

4   deposition, including by phone or video or in person?

5        A.  Okay.  I heard "have you met with," and I

6   didn't hear the phrase immediately after that.

7        Q.  Okay.  Have you met with any CBP attorneys in

8   preparation for this deposition, including in person, by

9   video, or phone?

10       A.  Yes, I have.

11       Q.  How many meetings did you have with CBP's

12  attorneys?

13       A.  I'd say around -- at least six.

14       Q.  Okay.  Who did you meet with?  I know you had a

15  number of meetings, so maybe if you could just list off

16  the attorneys that you met with in any order, that would

17  work.

18       A.  Okay.  Definitely with CBP OCC attorneys Ben

19  Wolarsky, Louisa Slocum.  And they might have had other

20  people on the phone as well.  I don't -- I'm not certain

21  who.  We spoke with them several times, two to three

22  conference calls.  Then I've had, I believe, three

23  conference calls with those two attorneys and the DOJ

24  attorneys.

25       Q.  Which DOJ attorneys?



MAGNA
LEGAL SERVICES

Page 17

1      A.  Ari and Dhru.

2      Q.  Okay.  So you said that you think OCC might

3  have had other people on the phone.  Were those people

4  who work in OCC's office?

5      A.  Yes, that's my understanding.

6      Q.  Okay.  And were those all remote meetings?

7      A.  So I had a -- I think I remember twice I

8  actually went over to the OCC office here in Laredo with

9  Ben, and the other attorneys were on the line.

10     Q.  Okay.  When did those meetings happen?

11     A.  I don't know the exact dates.  We had maybe

12 either two last month or one last month and one the

13 month before.

14     Q.  Okay.  So it's spread out --

15     A.  But I don't remember the --

16     Q.  -- over the last --

17     A.  -- dates.  I'm sorry.

18     Q.  That's fine.  I'm sorry to interrupt you.

19          So they were spread out over the last three

20 months or so?

21     A.  March, April -- yes.

22     Q.  Okay.  And were those meetings all about the

23 same length of time?

24     A.  I don't recall how long they were, but they

25 weren't, I mean, excessive.  I'd say yes --



Page 18

1          Q.   Do you think --

2          A.   -- they were about the same length of time, an

3     hour, 90 minutes.  I -- I don't recall.  Sorry.

4          Q.   Okay.  That's fine.  This is not a memory test.

5               So --

6          A.   Right.

7          Q.   -- the longest --

8          A.   I was --

9          Q.   -- meeting you had was -- oh, go ahead.

10         A.   I'm sorry.  No.  I was going to say the --

11    in -- I don't remember.  It was early March, I believe,

12    I did actually travel with attorney Ben Wolarsky to a

13    couple of ports to actually visually see them.  So I

14    don't know if that would be considered a meeting or not.

15         Q.   Okay.  Which ports did you go to?

16         A.   Laredo, Brownsville, and Hidalgo.

17         Q.   What did you do at those ports?  I don't -- I

18    should clarify.  I don't want to know what your attorney

19    and you discussed.

20         A.   Uh-huh.

21         Q.   But I am curious if you can talk about what you

22    did at those ports without talking about those

23    confidential communications.  Please go ahead.

24         A.   Yeah, sure.  We would do what we call a basic

25    port tour in our vernacular.  We saw the bridges and all



Page 19

1    three ports of entry, the queue points.  We generally

2    walk inside, into the processing areas, the -- what we

3    call the primary, the secondary areas, just to get

4    a -- a visual of what -- what the -- the line of

5    demarcation looked like, the -- the walkways, the -- any

6    infrastructure that was at the queue management points.

7                 MR. NAZAROV:  Rebecca, I'm just going to

8    jump in a little bit.  We're just kind of getting close

9    to a little bit to mental impressions and stuff of

10   counsel, so --

11                MS. CASSLER:  We can move away from this.

12   Yeah.

13                MR. NAZAROV:  Yeah.

14                MS. CASSLER:  No problem.

15                MR. NAZAROV:  Yeah.

16                MS. CASSLER:  Yeah.

17       Q.  (BY MS. CASSLER)  So were there any

18   nonattorneys present when you were meeting with

19   Mr. Wolarsky at the ports?

20       A.  Yeah.  At the ports, yes, of course.  At every

21   port would -- we would -- we had a POC that we would

22   drive around with and speak with.

23       Q.  Could you tell me the names of the points of

24   contact for each of those three ports?

25       A.  Sure.  At Brownsville, the primary point of



Page 20

1    contact would have been Assistant Port Director Adriana

2    Gonzalez.

3         Q.   Okay.

4         A.   At Hidalgo, primary POC would have been Port

5    Director Carlos Rodriguez.

6         Q.   Okay.

7         A.   As well as their -- we broke off with him.  He

8    had to -- at -- at one point, he had to attend another

9    meeting, and we were escorted around by Javier, Javier

10   Gonzalez, I believe.  Carlos Javier.

11        Q.   Okay.  Okay.  They both work at the Hidalgo

12   Port of Entry?

13        A.   I'm sorry?

14        Q.   Javier also works at the Hidalgo Port of Entry?

15        A.   Yes, yes.  He's -- I think, at the time, he

16   might have been the acting chief of staff, but he's the

17   chief CBPO at Hidalgo.

18        Q.   Okay.  And Laredo?

19        A.   Yeah, the primary POC was Jesus Barrera.  He

20   was the port director.  We also met with Adriana Arce,

21   who's an assistant port director.  Israel Cruz was with

22   us.  I think those were the main -- the main people.  At

23   every location, whoever would have been working at the

24   time, CBPOs, CBP officers, supervisors, whoever was

25   actually working at the time, I mean, we would have



Page 21

1    encountered them, but they weren't our main -- we were

2    mainly there to speak with them.

3         Q.  All right.  Did you -- let's see.  Can you tell

4    me what the line of demarcation is?

5         A.  The line of demarcation is --

6              MR. NAZAROV:  Objection, form.

7         A.  -- an actual boundary line --

8         Q.  (BY MS. CASSLER)  Okay.

9         A.  -- between the United States and Mexico.

10             MR. NAZAROV:  There was an objection there

11   just to form.  You can still answer the question.

12        Q.  (BY MS. CASSLER)  Can you tell me roughly when

13   these visits occurred?

14        A.  So the --

15             MR. NAZAROV:  Objection, form.

16             You can answer the question.

17        A.  I believe it was in the beginning of March.

18        Q.  (BY MS. CASSLER)  Okay.

19        A.  It might have --

20        Q.  Was this the first --

21        A.  -- been the end of February, but it was -- I do

22   believe it was the first few days in March.

23        Q.  Okay.  And was this the first visit that you

24   made to any of these ports?

25        A.  No.  It was the -- well, I visited all of the



Page 22

1    ports of entry before.  I believe it was -- it was the

2    first time I'd seen some of the areas of the ports that

3    we visited.  For example, Brownsville is obviously the

4    furthest in location from the field office, so we don't

5    make it down there as frequently as we do some of the

6    other ports.  So I -- you know, like, for example, I

7    don't think I'd ever been out on the bridge at Veterans

8    or Los Indios before.

9         Q.  Uh-huh.

10        A.  So it -- it's the first time I'd seen some

11   areas of those ports, but not the -- the port in

12   general.

13        Q.  Okay.  Were there any areas of the ports other

14   than those you just mentioned that you were seeing for

15   the first time on these visits?

16        A.  Some of the processing areas, I'd never been

17   into before, some of the secondary areas.

18        Q.  Secondary processing you mean?

19        A.  Yeah, secondary processing areas.

20        Q.  You call it secondary inspections?

21        A.  I -- I use the terms interchangeably sometimes.

22   I'll -- I'll try to be more clear.

23        Q.  Oh, no, you're fine.  Just curious, to be

24   honest.

25             Okay.  Were there any other areas that you



Page 23

1    were seeing for the first time on these visits?

2        A.  The actual middle of the bridge at most of the

3    Brownsville ports of entry I'd never actually seen

4    before, so that was the first time I'd seen the

5    midbridge area, line of demarcation, international

6    boundary --

7        Q.  Uh-huh.

8        A.  -- however you want to refer to it.

9        Q.  Uh-huh.  Other than the points of contact that

10   you already listed, are there any other people that you

11   had conversations with during these visits that we

12   haven't discussed yet?

13           MR. NAZAROV:  Okay.  I'm going to object to

14   that under the attorney-client privilege.  I instruct

15   the witness not to answer.

16       Q.  (BY MS. CASSLER)  Are you going to follow your

17   attorney's instruction?

18       A.  Yes, I am.

19           MS. CASSLER:  So the identity of people

20   who -- with whom he spoke is privileged, in your view,

21   Ari?

22           MR. NAZAROV:  I just -- I think we're

23   getting real close.  He's -- he's been really open about

24   some of the people he has met with.  I just -- you have

25   my objection on the record.



Page 24

```
 1                    MS. CASSLER:  I don't mean conversations

 2    with attorneys, just --

 3                    MR. NAZAROV:  I mean, we're getting into

 4    that area.  I think we are getting into conversation of

 5    attorneys, who picked who to speak with, and I -- I

 6    think I'm -- I'm going to stand by my objection.

 7       Q.  (BY MS. CASSLER)  Were there any people that

 8    you spoke with that you -- that -- where the

 9    conversation was not at the instruction of an attorney,

10    Mr. Harris?

11                    MR. NAZAROV:  Objection, vague.

12       A.  Can you repeat the question?

13       Q.  (BY MS. CASSLER)  So on these visits that you

14    made to the ports, did you have any conversations that

15    did not occur at the instruction of an attorney?

16                    MR. NAZAROV:  Objection, vague.

17       A.  Yeah, of course.

18       Q.  (BY MS. CASSLER)  Which conversations?

19       A.  So attorney didn't really instruct me to speak

20    with anyone, so I would say that everyone I spoke with

21    was not really under the instruction of my attorney.

22       Q.  Okay.

23       A.  That is the way I'm interpreting instruction,

24    as an attorney telling me, "Hey, go speak with that

25    guy."  So I don't -- I'm not sure how you're meaning it.
```



Page 25

1     Q.  Yeah, that sounds about right.

2          So were -- were there any other people that

3     you spoke with that we haven't already mentioned that

4     were not at the instruction of an attorney?

5     A.  So --

6          MR. NAZAROV:  I'm going to object again and

7     say attorney-client privilege.  And I instruct the

8     witness not to answer.

9     Q.  (BY MS. CASSLER)  Are you going to follow your

10    attorney's instructions?

11    A.  Yes.

12    Q.  All right.  Did you review any documents to

13    prepare to testify as a Rule 30(b)(6) witness today?

14    A.  Yes, I did.

15    Q.  How many documents did you review?

16    A.  I wouldn't be able to put an exact number on

17    it.  Quite a lot.

18    Q.  Could you give me an estimate?

19    A.  Actual documents, over 100 e-mails.  If you're

20    including an e-mail as a document, I would say several

21    hundred.

22    Q.  Well, when did you start reviewing those

23    documents?

24    A.  Started in probably February, late February, as

25    soon as I was -- you know, knew that this was -- that I



Page 26

1    was going to be the agency -- an agency witness.  I

2    started reviewing documents, e-mails, and really a lot

3    of it was scrolling through e-mails, you know,

4    that -- that I -- that I saved.  That wasn't

5    really -- not really an intensive thing.  It was

6    electronic documents for the most part.

7              So we started in -- you know, in February

8    as I had the time, and then, once the deposition was

9    postponed due to the -- the current situation, the

10   problem and whatnot, I kind of stopped and then picked

11   it back up again a few weeks ago.

12      Q.  That's about what I did too.

13              How long did you spend reviewing documents

14   overall in all that, since February?

15      A.  Oh, total time?

16      Q.  Yes, estimate.

17      A.  That's really hard to estimate 'cause, I mean,

18   I have other work I'm doing as well.  I wasn't just

19   focused on that.  Okay?  So it would --

20      Q.  Understood.

21      A.  -- be as I had an hour or two here, I would,

22   you know, scroll through e-mails, looking for anything,

23   you know, relevant or responsive.  In- -- including, you

24   know, the times, at least 24 hours, maybe over 30.

25      Q.  Okay.  Were all the documents you reviewed



Page 27

```
 1   provided to you by one of CBP's attorneys?

 2                   MR. NAZAROV:  Objection --

 3        A.  No.

 4                   MR. NAZAROV:  -- attorney-client privilege.

 5   I instruct the witness not to answer.

 6                   MS. CASSLER:  I am not going to get into

 7   the content of the documents.  I just want to know if he

 8   reviewed them at the instruction of attorneys.

 9                   MR. NAZAROV:  Well, no, I think this leads

10   to mental impressions of counsel.  I'm going to have to

11   object.  I just don't feel comfortable about this line

12   of questioning on that.  I don't feel -- I didn't

13   feel --

14                   MS. CASSLER:  I --

15                   MR. NAZAROV:  -- comfortable before; I

16   don't feel comfortable now.

17                   MS. CASSLER:  All right.  I'm going to ask

18   the question:  Did the attorneys provide the documents

19   or not?  And then I'll stop.  Okay?

20                   MR. NAZAROV:  Again, I'm going to have the

21   same objection.  I don't feel comfortable with this line

22   of questioning.

23                   MS. CASSLER:  Okay.

24                   MR. NAZAROV:  It's --

25                   MS. CASSLER:  You know it's not privileged.
```



Page 28

1    So, I mean --

2              MR. NAZAROV:  Well, at least it calls

3    into --

4              MS. CASSLER:  -- I'll let you object, and

5    we can move on.

6              MR. NAZAROV:  -- question of which

7    documents.

8              MS. CASSLER:  All right.

9        Q.  (BY MS. CASSLER)  Mr. Harris, did attorneys

10   provide all of the documents that you reviewed in --

11             MR. NAZAROV:  Objection.

12       Q.  (BY MS. CASSLER) -- preparation for this

13   deposition?

14             MR. NAZAROV:  Objection, attorney-client

15   privilege.  I instruct the witness not to answer.

16       Q.  (BY MS. CASSLER)  Are you going to follow your

17   attorney's instructions?

18       A.  Yes.

19       Q.  What documents did you review that attorneys

20   did not direct you to review?

21             MR. NAZAROV:  Objection.  That's

22   attorney-client privilege.

23             I instruct you not to answer the question.

24       Q.  (BY MS. CASSLER)  Are you going to follow your

25   attorney's instructions?



Page 29

1      A.  Yes.

2              MR. MEDLOCK:  Hey, Ari, this is -- Ari,

3      this is Steve Medlock from Mayer Brown.  I've been

4      listening in.  Can we go off the record for maybe five

5      minutes?

6              MR. NAZAROV:  Sure.

7              THE VIDEOGRAPHER:  We are going off the

8      video record.  The time is 9:53 a.m.

9              (Break was taken.)

10             THE VIDEOGRAPHER:  We are back on the video

11     record.  The time is 10:02 a.m.  Counsel, you may

12     proceed.

13     Q.  (BY MS. CASSLER)  You understand you're still

14     on the record, Mr. Harris, right?  You understand you're

15     still on the record, right?

16     A.  Yes, I understand.

17     Q.  Did attorneys provide documents to you to

18     review in anticipation of this deposition?

19     A.  Can you repeat that one more time?  Did

20     attorneys provide?

21     Q.  Provide -- did the -- did attorneys direct you

22     to specific documents to review to prepare for this

23     deposition?

24     A.  Yes.

25     Q.  Were there some documents you reviewed that



Page 30

1   were not provided to you by your attorneys?

2       A.  Yes.

3       Q.  What were the documents that were not provided

4   to you by your attorneys?

5           MR. NAZAROV:  Objection, attorney-client

6   privilege.  I instruct him not to answer.  That's

7   not -- I instruct the witness not to answer.

8           MS. CASSLER:  You don't get to choose if a

9   question you don't like is being asked.  That's not a

10  privileged question, Ari.

11          MR. NAZAROV:  Well, you can work backwards

12  from that question.

13          MS. CASSLER:  We don't know what documents

14  he reviewed that were provided by attorneys, so your

15  objection doesn't make sense.

16          MR. NAZAROV:  All right.  I'm going to

17  withdraw my objection.

18          Mr. Harris, answer to the extent that it

19  does not include privileged information.

20      Q.  (BY MS. CASSLER)  So the question was:  What

21  documents did you review that were not provided by

22  attorneys?

23      A.  I reviewed a lot of documents.  I don't know

24  what specific documents I reviewed, but it was all

25  electronic information that I saved over the years as a



Page 31

1  part of the litigation hold that we're under.  So

2  basically, I started chronologically and looked in my

3  e-mail folders and looked for e-mails that would have

4  been relevant to what we were going to discuss, just to

5  familiarize myself with what was going on at the --

6  during the various -- the time periods going back to

7  2016.

8      Q.  Okay.  So you looked at your saved e-mails and

9  other saved files?

10     A.  Say that one more time, please.

11     Q.  So you looked both at saved e-mails and other

12  types of saved files?

13     A.  Over -- overwhelmingly, it was e-mails.  We

14  keep everything electronically.  I don't have -- we have

15  very few paper files.  We do have some, you know, files

16  in our -- in our shared drives that we save documents

17  in.  I looked at a few of those, but all of that is

18  duplicative to what's in e-mail.  So primarily, I prefer

19  to use my e-mail archives.

20     Q.  Okay.  So on your own, unprompted by your

21  attorneys, you reviewed probably hundreds of documents

22  in -- in -- in preparation for this deposition?

23     A.  So if you include an e-mail as a document,

24  then, yes, it would have been --

25     Q.  Okay.



Page 32

1      A.  -- in the order of hundreds.

2      Q.  Uh-huh.

3      A.  And they weren't all -- and I'm using the term

4   "review" broadly, by the way.  Scrolling through --

5      Q.  Got it.

6      A.  -- seeing if something is responsive, you know,

7   to refresh my memory is how I'm using the term.

8      Q.  Did you take any notes while you were reviewing

9   documents to prepare for this deposition?

10     A.  Yes.

11     Q.  Did you retain those notes?

12     A.  Yes.

13     Q.  Where are they?

14     A.  Either in my e-mail archives, I've got a few

15  sheets of paper, and a small notebook.  I've got those

16  here in a box in my office.

17     Q.  All right.  Do you have any notes -- any of

18  those notes in front of you today?

19     A.  No, I do not.

20     Q.  All right.  Did you bring any other documents

21  with you to this deposition today?

22     A.  No, I did not.

23     Q.  Apart from the discussions that we've already

24  talked about at the ports of entry and with attorneys,

25  did you speak to any CBP employees to prepare to testify



Page 33

1    today?

2         A.   Yes.

3         Q.   Who?

4         A.   I'm going to be very broad here.  So the --

5    spoke with, obviously, my boss, my direct supervisor.

6    His name is Robert Fencel, F-E-N-C-E-L.  And I should

7    probably clarify this wasn't -- the conversations are

8    more along the lines of, "Hey, I'm going to do this.

9    Hey, this is upcoming.  What's going on?" not about

10   the -- the testimony itself.

11              I also spoke with the DFO, Randy Howe,

12   H-O-W-E, and then we -- we had a conference call with

13   DAC Owen.  And, no, I don't remember the exact date, but

14   it was -- he just wanted to know was it about testimony,

15   what testimony to give, or, you know, any sort of

16   instruction.  He was -- had been deposed at some time in

17   the past for the same case, so he was just kind of

18   sharing his experiences.

19        Q.   Depositions are weird.

20              Okay.  So what did you talk about with

21   Randy Howe?

22        A.   It -- it was the same thing.  He kind of -- he

23   shared his --

24              MR. NAZAROV:  Objection --

25              MS. CASSLER:  Hello?



Page 34

1                   MR. NAZAROV:  -- form.  Answer to the -- to

2    the extent it doesn't include privileged information.

3         Q.  (BY MS. CASSLER)  Here, I'll ask again.

4                   Was there an attorney present in your

5    conversation with Randy Howe?

6         A.  No --

7         Q.  What did you talk about?

8         A.  -- not that I recall.

9         Q.  Okay.  What did you talk about?

10        A.  It was just a general -- he shared his

11   experience during the deposition, how long it lasted.  I

12   said that Mr. Owen said that it was -- these -- these

13   are my words, but it was -- it was -- it was a little

14   taxing.  Mr. Howe said that, no, he didn't think it was

15   that bad.  He's been in other dep- -- but he's been in

16   other depositions that were -- that were longer.

17        Q.  Uh-huh.

18        A.  It was more like a -- and all these were more

19   like -- like encouragement-type conversations, you know,

20   "You'll do fine.  You know, you -- you know the subject

21   matter.  You've been here a while, you -- don't worry

22   about it" type of --

23        Q.  Uh-huh.

24        A.  -- type of things.

25        Q.  Did you speak to anyone else to prepare for



Page 35

1  this deposition that works at CBP other than

2  conversations we've already discussed?

3      A.  So, yes, yes.

4      Q.  Who?

5      A.  So I have one of my staff members here at the

6  field office.  His name is Enrique -- Enrique Garcia,

7  E-N-R-I-Q-U-E.  He's a program manager that handles a

8  lot of our admissibility issues, so I just spoke with

9  him about general terminology and what -- what certain

10 programs entailed.  He's an immigration subject matter

11 expert, so I just wanted to get a few things straight in

12 my mind.

13     Q.  What type of --

14     A.  And a lot of it actually is not relevant to

15 these topics we're -- directly relevant to these topics

16 we're talking about, but I'm trying to be inclusive

17 here.  Okay?  I don't want to leave anything out.  Like,

18 it's really hard to talk about queue management and

19 processing without talking about some of the other

20 immigration issues, right?

21          So I asked him to put me together some

22 bullets on different immigration authorities and laws.

23 And once again, not directly relevant to these topics,

24 but it was part of my preparation.  I wanted to get

25 these things kind of organized in my mind.



Page 36

1     Q.   Where are those documents now?

2     A.   Say that one more time, please.

3     Q.   Did -- did you keep a copy of what he prepared

4   for you?

5     A.   Oh, yes.

6     Q.   Where is that?

7     A.   It's in my e-mail.

8     Q.   Okay.  And you mentioned that you talked to

9   your boss Robert Fencel; is that right?

10     A.   Robert Fencel, yes.  He's the --

11     Q.   And what was that --

12     A.   -- assistant director that I report to.

13     Q.   Okay.  At the Laredo field office?

14     A.   Yes, correct.

15     Q.   What did you talk to him about?

16     A.   I was just keeping him abreast of what we had

17   going on, what was going to happen, changes in dates,

18   what, you know, we were planning on doing, what

19   potential dates were.  And then, once it got canceled,

20   of course, I told him, "Hey, it's been postponed, don't

21   know exact dates."  But it was just that -- that -- that

22   type of thing.

23     Q.   Okay.  Thanks for your --

24     A.   And also --

25     Q.   -- flexibility on that.



1     A.  I'm sorry?

2     Q.  Thank you for your flexibility on schedule.

3     A.  I'd also -- once again being overly, you know,

4 inclusive, I did call the ports -- we have eight ports

5 of entry here in the -- the field office -- just to get

6 kind of an update on whether or not they were doing

7 queue management.  That would have been, once again,

8 early March.

9     Q.  2019 -- or 2020 --

10    A.  Yeah --

11    Q.  -- right?

12    A.  -- 2020.  Sorry.

13    Q.  Okay.

14    A.  And then, also, yesterday I talked with the

15 port directors at -- I talked with not necessarily the

16 port directors but some of the -- the staff at

17 Brownsville, Laredo, Hidalgo, just to ensure that

18 nothing had changed as far as their queue management

19 practices in the last -- that I wasn't aware of.

20    Q.  Okay.  So you had many conversations with

21 people at -- at all the ports in Laredo Field Office to

22 prepare for this?

23    A.  Well, I mean, yes, but we have those

24 conversations every day on operations in general, so

25 it's not really out of the ordinary.



Page 38

1      Q.  Okay.  So it's almost like your actual job, in

2  some ways, prepared you for this deposition --

3      A.  I would agree --

4      Q.  -- is that right?

5      A.  -- with that, yes.

6      Q.  Okay.  Anything else that you think is

7  important that you did to prepare for this deposition?

8      A.  Not that I can recall.  The -- no, not that I

9  can recall.

10     Q.  Okay.  Did you take any notes during your calls

11  with the ports related to preparing for this deposition?

12          MR. NAZAROV:  Objection, vague.

13          You can answer.

14     A.  Yes.

15     Q.  (BY MS. CASSLER)  Where are those notes?

16     A.  They're in my e-mail.  As -- as I stated

17  before, that's my preferred method of saving information

18  electronically.  Or I made some -- as I mentioned before

19  as well, I've got a few -- maybe one or two sheets of

20  paper with some notes on it and a -- a small notebook

21  with some notes in it.

22     Q.  So you write e-mails that you save for

23  yourself; is that right?

24     A.  Yes.

25     Q.  Do you send those out to someone or you base it



Page 39

1   as draft somewhere?

2        A.   So it would definitely be saved as a draft

3   while I'm working on it.  And then, once I'm done with

4   it, I'll send it to myself so I can archive it.

5        Q.   Got it.  Please don't -- don't destroy any of

6   the notes that you prepared to -- to prepare for this

7   deposition.

8        A.   Of course.  I understand that.

9        Q.   Great.  Apart from all that we talked about

10  already, did you do any independent research to prepare

11  for your deposition today?

12       A.   What do you mean by "independent research"?

13       Q.   I mean, I guess you had -- you spoke with

14  Mr. Garcia, who prepared some research for you, but did

15  you do any of your own, kind of, searching on the

16  Internet or within -- no, I don't know what else you

17  would have done.  Probably it would be Internet

18  research.

19            MR. NAZAROV:  Objection, vague.

20            But you can answer to the extent you can.

21       A.   No, not that I recall.  Everything I would have

22  done would have been -- as far as my own personal

23  research, would have been in my own e-mail archives.

24       Q.   (BY MS. CASSLER)  Okay.  Did you read any news

25  stories regarding this lawsuit?



Page 40

1          A.  I've -- I've seen this lawsuit mentioned in a

2     couple of -- of news stories, yes.

3          Q.  And was that between February 2020 and today?

4          A.  I don't recall.  Maybe it -- maybe once, like a

5     daily, you know, news report that has stuff where --

6     news reports mostly on the Internet where CBP is

7     mentioned.  So if it would have been in one of those,

8     then I might have seen it, yes.

9          Q.  Okay.  Let's change topics and -- well, do you

10    want to take a break, or do you want to keep going?

11    It's been just under an hour.

12         A.  I'm good for now.

13         Q.  Okay.  Cool.  This shouldn't take too long.

14    Let's talk about just your work history.

15              So you're presently employed by CBP, right?

16         A.  Yes.

17         Q.  What's your job title?

18         A.  Right now I am the deputy assistant director

19    for the Border Security Division of the Laredo Field

20    Office.

21         Q.  Okay.  How long have you been in that position?

22         A.  Mid-2018, when I was appointed --

23         Q.  And how long --

24         A.  -- to this position.

25         Q.  Oh, sorry.  I didn't catch the last thing you



Page 41

 1   said.

 2        A.   That's when I was appointed to this position,

 3   mid-2018.

 4        Q.   How long have you worked at CBP overall?

 5        A.   So I started in 1999 with the U.S. Customs

 6   Service as a customs inspector.  And then, when CBP was

 7   created a few years later, of course, I transferred over

 8   to Customs and Border Protection as a CBP officer.

 9        Q.   What year was that?

10        A.   Oh, gosh.  2003, I believe we were -- we were

11   all switched over.

12        Q.   Okay.  Going back in time just for one quick

13   note, what's the highest level of education that you've

14   obtained?

15        A.   I've got a bachelor's degree in government with

16   a concentration in international studies.

17        Q.   And where did you graduate from college?

18        A.   Campbell, C-A-M-P-B-E-L-L, University in a city

19   called Buies Creek, B-U-I-E-S, creek, C-R-E-E-K, North

20   Carolina.

21        Q.   What year did you graduate?

22        A.   '90 --

23        Q.   You can estimate.

24        A.   '98, I believe.

25        Q.   Okay.  Cool.  So then, after graduating, pretty



Page 42

1    quickly you moved over to U.S. Customs, right?

2         A.   Yeah.  I worked for the State of North Carolina

3    for about a year and then moved over to the Customs

4    Service in the fall of '99.

5         Q.   What did you do for the State of North

6    Carolina?

7         A.   I worked for the Department of Corrections.

8         Q.   What was your job?

9         A.   I was a correctional officer.

10        Q.   So you were a Customs inspector starting in

11   1999, right?

12        A.   Yes.

13        Q.   Then you became a CBP officer in 2003, right?

14        A.   I -- I believe it was 2003 --

15        Q.   Okay.

16        A.   -- when they completed the transition.

17        Q.   About 2003?

18        A.   Yes.

19        Q.   Yeah.  What were your job duties as a CBP

20   officer?

21        A.   For most of my time as a CBP officer, I worked

22   in a cargo environment, so I was involved in the

23   processing of trade, cargo.  Of course --

24        Q.   Where were you --

25        A.   -- over time -- did someone say something?



Page 43

1     Q.   Sorry.  I interrupted you.  I didn't realize
2   you were still talking.  Could you either move your
3   camera down or move back?  I can't see your mouth, so I
4   can't tell when you're talking.
5     A.   (Witness complies.)
6     Q.   Great.
7     A.   How's that?
8     Q.   Thanks.  That's great.  Go on.
9     A.   So primarily, I was in the cargo environment
10   for most of my time as a CBP officer.  I would work the
11   passenger bridges on overtime or on occasion.
12     Q.   Okay.
13     A.   And that's -- I had a special assignment.  I
14   was detailed to an organization or a -- a work group
15   called the ISET, I-S-E-T, Import Specialist Enforcement
16   Team, where we would -- would do targeting and
17   inspections on high-risk merchandise, primarily looking
18   for intellectual property rights violations.
19     Q.   Okay.  When did you stop being a CBP officer?
20     A.   So I was promoted to supervisory CBP officer
21   in, I believe, 2007.
22     Q.   And what were your job duties as a supervisory
23   CBP officer?
24     A.   So as a supervisor, I primarily worked at the
25   passenger bridges at first in Laredo, Texas, and I was



Page 44

1  overseeing -- over CBP officers' day-to-day duties in

2  the -- you know, the passenger environment, processing

3  travelers' vehicles.  After a while, I was moved over to

4  the Colombia Solidarity Bridge here in Laredo that has

5  passenger as well as cargo traffic.  So I would -- once

6  I transferred over there, I would spend most of my time

7  in the cargo environment and some time in the passenger

8  environment.

9      Q.  So one quick thing:  Before you became a

10  supervisor, when you were just a CBP officer, were you

11  at the Laredo Port of Entry as well?

12      A.  Yes, I was.

13      Q.  Okay.  And how long were you a supervisory CBP

14  officer for?

15      A.  I want to say about four years.  I believe I

16  got another promotion in 2011 and came over here to

17  the -- the field office as a program manager.

18      Q.  What does a program manager do?

19      A.  So a program manager is a very broad job

20  description, job title, and you could do really

21  anything.  What I was primarily doing at the time was I

22  was involved in emergency management, technology

23  deployments, monitoring the use of different types of

24  technology that we use, port runners and absconders,

25  port -- it's what we call port-hardening infrastructure



Page 45

1    to help calm traffic and, you know, prevent port runners

2    and absconders.  I did a lot of reports.  Which, you

3    know, that's a field office.  One of the main field

4    office functions usually done by program managers is

5    we'll get reports from all eight ports of entry within

6    the field office, consolidate them, and then send them

7    over to OFO headquarters.

8        Q.  Uh-huh.  Okay.

9        A.  So in general, a program manager is going to

10   monitor a program and then you've --

11       Q.  Gotcha.

12       A.  -- got dozens of those.

13       Q.  Yeah.  Okay.  You've laid out a number of

14   specific types of programs that you worked on.  Was

15   there anything else major that you managed when you were

16   a program manager?

17       A.  Major, no, I wouldn't say so.  They all fit in

18   kind of broad buckets.  From 2011 to -- excuse me --

19   2012 to 2015, I was detailed -- I was still field office

20   staff, but I was detailed to an organization called the

21   South Texas Campaign, the headquarters element of the

22   South Texas Campaign, which is also here in Laredo.  I

23   served that detail as well during that time period.

24       Q.  So that was after you were a program manager,

25   right?



Page 46

1        A.   Yes, I was a program manager.  I'd been a

2   program manager for about a year or so when I got that

3   detail added to my job responsibilities.

4        Q.   What -- what did that detail consist of?

5        A.   So I'd probably spend -- at that -- that time,

6   the STC, South Texas Campaign, headquarters element was

7   located on the compound of the border patrol sector here

8   in Laredo, Laredo sector, and I would spend about maybe

9   half my day over there, if not more, and half my day

10  here at field office.  I was what we call the J4, which

11  was an assistant commander of the logistics division,

12  and I was keeping track of a lot of spreadsheets and

13  reports related to the South Texas Campaign, working on

14  documents and projects for them.

15       Q.   I don't know what the South Texas Campaign is.

16  Can you tell me what it is?

17       A.   Yep.  It was -- the South Texas Campaign was

18  the initial efforts to kind of unify, kind of a unity

19  effort of all of the operation components in CBP, which

20  would have been OFO, United States Border Patrol, and

21  the Office of Air and Marine.  And the commander was

22  also charged with liaising with the other law

23  enforcement agencies in DHS, such as HSI, Homeland

24  Security Investigations, as well as state and local

25  partners to have kind of a focused unity effort in



Page 47

```
 1    certain geographical locations.  The South Texas

 2    Campaign eventually morphed into the Joint Task

 3    Force-West.  I'm not sure if you've ever heard of that.

 4         Q.  Uh-huh.  Okay.  So that was through 2015 that

 5    you were a program manager with partial detail to the

 6    South Texas Campaign, right?

 7         A.  Right, correct.

 8         Q.  And then, what was your next job after that?

 9         A.  So I was a supervisory program manager, and I

10    got that promotion in late 2015.  I believe it was

11    late --

12         Q.  And what did you do --

13         A.  -- 2015, maybe 2016.

14         Q.  May 2016?

15         A.  No.  I -- I believe it was late 2015.  I

16    don't --

17         Q.  Okay.

18         A.  -- recall the exact dates.  Sorry.

19         Q.  How long were you in that position?

20         A.  So I was in that position until the ADFO

21    appointed me as the deputy ADFO.

22         Q.  Okay.  And what did you do, real briefly, as

23    the supervisory program manager?

24         A.  So I had -- I had several program managers that

25    I was, you know, the direct supervisor of --
```



Page 48

1          Q.  Uh-huh.

2          A.  -- monitoring their work, their -- their

3    programs.  Of course, I also had several programs of my

4    own that I continued to monitor.  By that time, we

5    had -- we were in the process of setting up the -- what

6    we call the Laredo Operations Center, so eventually that

7    was -- came under my portfolio as well.

8          Q.  In all of these roles, is it accurate to say --

9    all the roles that you've had at CBP post-CBP officer,

10   is it accurate to say that you've had some supervisory

11   responsibilities for pedestrian processing?

12         A.  Directly?

13         Q.  Or indirectly.

14         A.  As -- so directly, no.  As -- when I was a

15   CBP -- supervisory CBP officer, yes.  If I was assigned

16   to passenger processing, I would have had, you know,

17   that responsibility.  Since then, the field office

18   doesn't have direct supervisory role on, you know, any

19   sort of processing at a port.  We have what we call

20   oversight --

21         Q.  Okay.

22         A.  -- of those programs, but we don't have any

23   sort of supervisory role.

24         Q.  Got it.  So what is -- supervisory role, that

25   has to do with kind of, like, direct interaction with



Page 49

1    the employee and kind of the -- the union relationship,

2    right?  Is that the difference between supervision and

3    oversight?

4         A.  So supervision, yes, you're going to have

5    direct interaction with the CBP officers and other

6    employees.  You're going to -- as, you know, the

7    ground-level supervisor, you're going to be directing

8    their work on a daily basis and in general.

9         Q.  Let's go back in time to when you were training

10   to be a CBP officer.  You were trained, right, before

11   you became a customs officer?

12        A.  Right.  I went through the Federal Law

13   Enforcement Training Center in -- in Georgia in -- from

14   September to December 1999.

15        Q.  Okay.  Did you take any courses during that

16   training regarding U.S. asylum law?

17        A.  During that time period, we still had the

18   Immigration and Naturalization Service, and you had the

19   U.S. Customs Service and two different departments of

20   the government.  So we had very --

21        Q.  Okay.

22        A.  -- we had very little training on immigration

23   law.  We did have some training on immigration law, yes,

24   but it was -- it wasn't the focus of our training.

25        Q.  Okay.  When you moved over to CBP, did you get



Page 50

1    additional training on asylum?

2        A.  Not that I recall.  I never worked in -- as a

3    CBP officer, I never worked in a -- a secondary-type

4    environment where asylum seekers or even any immigration

5    cases were processed.  So, no, I didn't receive any

6    training on that.  And back --

7        Q.  Okay.

8        A.  -- then, if you -- if you had received

9    training, it would have been -- it's an OJT, on-the-job

10   type of training for the -- the level we used to call

11   legacy customs employees.

12       Q.  Okay.  That makes sense.  So you're a cargo

13   guy, largely?

14       A.  Well, I mean, I -- I've done both, but I -- I

15   spend a lot of time in cargo, yes.

16       Q.  Yeah.  And currently, in your oversight role,

17   in your current position, you have oversight

18   responsibilities over all eight ports within the Laredo

19   Field Office, right?

20       A.  The field office has oversight responsibility,

21   yes.

22       Q.  Do you personally have oversight responsibility

23   over all eight in some form or another?

24       A.  I would say no.  I'm a -- I'm a staff member.

25   I'm a staffer.  Okay?  The -- a DFO has oversight of all



Page 51

1    eight ports of entry.  He can tell -- you know, give

2    direction to port directors, but a staffer, no, not so

3    much.

4         Q.  Okay.  Do you -- does your work involve all

5    eight ports of entry?

6         A.  Yes.

7         Q.  Okay.  I don't think we've actually talked too

8    much about your current job.  What are your main areas

9    of -- of responsibility in your current job?

10        A.  We're in a bit of a transition right now here

11   at the field office.  I still have the same title, but

12   we're kind of transitioning job responsibilities.

13   But -- so I've got several program managers that I

14   directly oversee in a supervisory capacity.  The Laredo

15   Operations Center, which I mentioned previously, did

16   fall under my portfolio up until recently.

17        Q.  Okay.

18        A.  So I do a lot of -- I hate to use the term

19   "staff work," but I do a lot of staff work, looking at

20   stats, compiling reports.  I hear -- in this role, I

21   hear a lot of -- I shouldn't say a lot, but I hear LER,

22   Labor and Employee Relations cases, grievances,

23   disciplinary actions being proposed.  I hear some of

24   those proposals --

25        Q.  Uh-huh.



Page 52

```
 1        A.   -- make recommendations to the deciding
 2   authorities.
 3        Q.   Okay.  Let's change topics a bit and talk about
 4   the Laredo Field Office, which we might call LFO in this
 5   deposition.  Does that make sense?  "Yes"?
 6        A.   Can you say -- can you speak up?  There's a
 7   train going by outside.  I apologize.
 8        Q.   I just said I'll refer to Laredo Field Office
 9   as LFO.  All right?
10        A.   Okay.  Perfect.
11        Q.   Yeah.  So the 8 ports in LFO, I want to make
12   sure I've got them right.  They're Brownsville, Del Rio,
13   Eagle Pass, Hidalgo, Laredo, Progreso, Rio Grande City,
14   and Roma, right?
15        A.   Yes.
16        Q.   And LFO is broken into a northern command and a
17   southern command, right?
18        A.   It was up until very recently.
19        Q.   Oh.
20        A.   That goes back to that transition I was
21   speaking of.  So it's up until --
22        Q.   Why the change?
23        A.   I'm sorry?
24        Q.   Go ahead.  When did -- when did that change?
25        A.   It's -- it's been coming for -- we've been
```



Page 53

1    looking at different options -- or I should say

2    leadership has been looking at different options for the

3    last few months, and, literally, last month it was

4    finally put out that we were going to change from what

5    we call the Northern Operations Command, sometimes

6    referred to as the NOC, N-O-C, and the Southern

7    Operations Command, referred to as the SOC, S-O-C.  So

8    those two -- that organizational structure has been

9    re- -- it's been done away with, and now they're going

10   forward with the new organizational structure.

11        Q.   What's the new organizational structure?

12        A.   Well, a lot of the programs, a lot of the

13   initiatives, the enforcement initiatives, that the NOC

14   and the SOC had that worked well, they are going to be

15   moved under an ADFO, Assistant Director of Field

16   Operations, CND, Counter Network Division.

17        Q.   Okay.  So the NOC and SOC are no more?

18        A.   Right.  So there's one -- one field office

19   falling under the border security division for all the

20   programs they were running.

21        Q.   Got it.  All right.  Let's talk about

22   pedestrian processing.  So I'm going to just describe my

23   understanding of what happens normally for pedestrians,

24   not necessarily asylum seekers, but just any old

25   pedestrian coming to a port, and I want you to tell me


MAGNA
LEGAL SERVICES

Page 54

1    if it's accurate.

2                So when a pedestrian wants to enter the

3    United States at a Class A port, the normal process is

4    to walk on a pedestrian walkway from Mexico across the

5    international boundary into the United States, right?

6        A.  Yes.

7        Q.  And then the pedestrian is in an area that's on

8    U.S. territory but not yet in the federal inspection

9    station, right?

10       A.  Yes.

11       Q.  Then, from there, the pedestrian would keep

12   walking until they reach the Federal Inspection Station,

13   or FIS, right?

14       A.  Generally, yes.

15       Q.  And then, once they reach the FIS, there's

16   usually a building, or I should say probably always a

17   building, where a CBP officer would inspect them, right?

18       A.  At -- at some of our ports of entry, pedestrian

19   inspections are conducted outside, not necessarily in a

20   building, but -- but, yes, they'll encounter a CBP

21   officer either by entering a building or outside at a

22   booth or a work station of some sort.

23       Q.  Okay.  And then that officer will decide

24   whether or not the pedestrian can enter the United

25   States or not, right?



Page 55

1      A.  Well, they are going to present their documents

2  or, you know, make a claim of United States citizenship,

3  but there will probably be a record of the trip.  We

4  call it a trip.  A record of their crossing will be

5  created in our -- in our system.  You know, the officer

6  will be looking at their documents, may ask them a few

7  questions, and then, yes, at -- at some point, the

8  officer will determine whether or not the person should

9  be referred for additional inspection or allowed to

10  enter the United States.

11      Q.  Okay.  And people do that at LFO ports every

12  day, right?

13      A.  Yes, the basic job function of a CBPO.

14      Q.  So prior to 2016, is the process that I just

15  described or that we just described, is that the way

16  that pedestrians seeking asylum would be inspected at

17  ports?

18      A.  Yes.

19      Q.  In all your years of experience, which I think

20  are 21 years of experience at Customs and then CBP, in

21  all those years, do you know of any deviations to that

22  process prior to 2016?

23          MR. NAZAROV:  Objection, vague.

24          You can answer to the degree you can.

25      A.  Speaking only about pedestrians, I -- I can't



Page 56

1    recall.

2          Q.  (BY MS. CASSLER)  Okay.

3          A.  I can't recall any -- I mean, other than

4    changes in infrastructure and all the documents are

5    stand or presented, you know, changes to the overall

6    process, no, I can't recall.

7          Q.  Okay.  So do you want to take a break now, or

8    do you want to just keep powering forward?

9                  MR. NAZAROV:  Can we -- Rebecca, can we

10   just take a ten-minute break?

11                 MS. CASSLER:  Sure.

12                 MR. NAZAROV:  Is that okay?

13                 MS. CASSLER:  Yeah.  So be back here at

14   10:55 Central; is that right?

15                 MR. NAZAROV:  Yeah.

16                 THE WITNESS:  Yes.

17                 MS. CASSLER:  Okay.

18                 MR. NAZAROV:  Mr. Harris, is that good?

19   Okay.

20                 THE WITNESS:  Yeah, that's -- that's good

21   for me.

22                 MR. NAZAROV:  Okay.

23                 MS. CASSLER:  Off the record.

24                 THE VIDEOGRAPHER:  Going off the video

25   record.  The time is 10:42 a.m.



Page 57

1                    (Break was taken.)

2                    THE VIDEOGRAPHER:  We are back on the video

3     record.  The time is 11:00 a.m.  Counsel, you may

4     proceed.

5          Q.  (BY MS. CASSLER)  Hi, Mr. Harris.  You

6     understand that you're still under oath, right?

7          A.  Yes.

8          Q.  Okay.  We're going to move on to look at some

9     exhibits now.

10                   MS. CASSLER:  So, Kevin, can you please put

11    up Exhibit 222?

12         Q.  (BY MS. CASSLER)  All right.  I'm showing you

13    what's been marked as Exhibit 222 to your deposition,

14    and it's a two-page document with Bates numbers starting

15    at AOL-DEF-00011374.

16                   Can you see it okay, Mr. Harris?

17         A.  Yes, I can see the -- the first page.

18         Q.  Okay.  This is an e-mail thread dated

19    April 27th, 2018, and the e-mail at the top is from

20    David Higgerson to Bradd Skinner.  Do you see that?

21         A.  Yes.

22         Q.  On April 27th, 2018, David Higgerson was the

23    director of the Laredo Field Office, right?

24         A.  Correct.

25         Q.  And at that time, Bradd Skinner was the deputy



Page 58

1    director of the LFO, right?

2         A.  Yes.

3         Q.  Okay.  So let's go down to the -- the bottom of

4    the first page where we see an e-mail from Todd Hoffman

5    at 3:08 p.m. on April 27th.  Do you see that?

6         A.  Yes.

7         Q.  At that time, Mr. Hoffman was the executive

8    director of admissibility and passenger programs for

9    OFO, right?

10        A.  I believe so, yes.

11        Q.  And that's out of CBP headquarters, right?

12        A.  Yes.



Page 59

1       A.  Yes.

2       Q.  And below that is the metering guidance from

3  April 27th, 2018, right?

4       A.  Yes.  That appears to be what we commonly refer

5  to as the EAC's memo or the metering memo, yes.

6       Q.  Okay.  You call that the metering memo?

7       A.  I call it the EAC's memo is what I call it,

8  but --

9       Q.  Okay.

10      A.  -- but, yes.  Probably the metering --

11      Q.  So if I refer to it as -- or the metering

12  guidance.  Okay.

13              So what -- what is a surge event?

14      A.  Well, in this e-mail, a surge event is not

15  defined or -- you want to know my personal --

16      Q.  What does CBP under -- like, how -- how is that

17  term used at CBP?

18      A.  Well, if you talk about a surge at a port of

19  entry, it will be a sudden -- an increase in traffic, an

20  increase in -- the context we're talking about here, it

21  would be an increase in, you know, persons arriving at a

22  port of entry.

███      ████████████████████████████████████

███  ██████████████████████████████████████████████

███  ███████████████████████████████



Page 60



```
18              So going back to this guidance, this was
19  sent to all LFO port staff eventually; is that right?
20      A.  It -- on this particular e-mail string, I
21  didn't see who-all it was addressed to, but at -- at
22  some point in time, yes, everyone in the LFO would
23  have -- would have received it.
```



Page 61

```
 1        A.  What do you mean by LFO staff?

 2        Q.  Sorry.  Yeah.  How should we -- I mean

 3   everybody who works at LFO, kind of what you just said.

 4   It's everybody.  How -- how -- how does it make sense to

 5   refer to that?

 6        A.  So when I hear LFO staff, I think of staffers

 7   here at the actual field office, LFO employees of the

 8   Laredo Field Office, the element here at Shiloh Tower in

 9   Laredo, Texas.

10        Q.  Okay.

11        A.  So I don't know...

12        Q.  So how would I refer to, like, everybody who

13   works at some component of LFO, including the port?  We

14   can just pick a term for this deposition.

15        A.  Yeah.  So I would say all port personnel is

16   probably how I would refer to it.

17        Q.  Okay.  And so when I refer to port personnel,

18   I'm just talking about LFO.  So we don't need to worry

19   about, you know, other field offices, okay, even if I

20   don't say LFO.

21        A.  Okay.

22        Q.  Does that -- okay.

23        A.  Yes.

24        Q.  So -- so all LFO staff and port personnel were

25   mustered in person and in writing about this guidance;
```



Page 62

1    is that right?

2         A.  I don't know.  I know that -- that we -- the

3    port directors were certainly aware and their -- their

4    staff at -- but I believe we directed that they muster

5    supervisory personnel, but then the supervisory

6    personnel should have, in turn, mustered their direct

7    reports, their officers.

8         Q.  Okay.

9         A.  So when that occurred and in what manner, I

10   can't tell you.

11        Q.  Uh-huh.  Did port personnel raise any questions

12   or complaints about this guidance when it came out?

13        A.  When it came out, I would -- was not aware of

14   any.  When it came out, no.  Over time --

15        Q.  What about after -- go ahead.

16        A.  Yeah.  So over time, you know, the union did

17   raise some concerns.

██   ████████████████████████████████████████████████

██   █████████████████████████████████████████████████████

██   ████████████████████████████████████████████

██   █████████

██        ████████████████████████████████

██   ████████████████████████████████████████████

██      ████████████████████████████████████████████████

██   ███████████████



Page 63

███

███

 3              MR. NAZAROV:  I'm going to object to that

 4    as just vague.

 5              But you can answer to the degree you can.

 6              MS. CASSLER:  Ari, please refrain from

 7    speaking objections.

 8       A.  Can you repeat that?  Was that directed at me,

 9    ma'am?

10              MS. CASSLER:  I said:  Ari, please refrain

11    from making speaking objections.

12              MR. NAZAROV:  Okay.  It was an objection.

13    I object as to form.

14              Go ahead.  You can answer that question.

15              That's all I said.  I wasn't speaking.

███

███

███

███

███

███

22    do anything, any new -- any -- I mean, the safety of our

23    officers is always in mind when we come out with

24    something like this.  So we try to implement, you know,

25    this -- this guidance in a manner that's going to be



Page 64

1    safe, that's going to have, you know, positive security

2    repercussions for the port and keep our people safe.  So

3    that's a safety concern in any law enforcement

4    operation.  To include this is always something that

5    we're looking at.  So --

6         Q.  Okay.

7         A.  -- if that answers your question.

8         Q.  Yeah.  Yeah.  So when I talk about concerns or

9    complaints being raised, I'm talking about either a

10   formal grievance or something more informal that came up

11   in conversation or in meetings.  Okay?

12        A.  Okay.

13        Q.  Does that make sense?

14             Okay.

15        A.  Right.

16        Q.  So --

17             MR. NAZAROV:  Rebecca, I'm just going to

18   object to these as outside the scope.  He can answer to

19   the degree he -- he's able to.

20             MS. CASSLER:  This -- these are about the

21   implementation of the metering guidance, these

22   questions.  Okay?

23             MR. NAZAROV:  Well, no.  These are about

24   grievances filed by port personnel.

25             MS. CASSLER:  Respectfully --



Page 65

1                    MR. NAZAROV:  But I told --

2                    MS. CASSLER:  -- disagree.

3                    MR. NAZAROV:  Okay.  Well, my objection is

4      on the record.  He can answer to the degree he's --

5                    MS. CASSLER:  All right.

6                    MR. NAZAROV:  -- capable.

7                    MS. CASSLER:  All right.  Let's just make

8      that a standing objection.  But --

9                    MR. NAZAROV:  That's fine.

10                   MS. CASSLER:  Is that okay?

11                   MR. NAZAROV:  That's fine.



Page 66

██

2          Q.  (BY MS. CASSLER)  All right.  And -- oh, sorry.

3     Were you going to say something else?

4          A.  Yeah.  I was going to say:  But, as always,

5     we -- you know, we try to take steps to mitigate

6     any -- you know, any safety concerns.

██

██

██

██

██

██

██

██

██

██

██

██

██

20               MR. NAZAROV:  Objection, form.

21               You can answer.

22          A.  Well, that -- that -- that's -- that was

23     just -- that's just kind of a -- an across-the-board

24     concern.  But, once again, we've, you know, tried to

25     mitigate those concerns as best we can with



Page 67

1    infrastructure.



14        Q.   So --

15        A.   I drove down --

16        Q.   -- because -- oh, sorry.  We can --

17        A.   I'm sorry.  Go ahead.

18        Q.   -- put this exhibit away, then I'll be able to

19   see you.

20             MS. CASSLER:  Kevin, can we put the exhibit

21   away, please?  Thanks.



Page 68

```
 1   recall any details on that.

 2       Q.  All right.  Let's look at Exhibit 223.

 3            MS. CASSLER:  Oh, wait.  Sorry.  224,

 4   Kevin, 224.  My bad.

 5            MR. NAZAROV:  Hey, Rebecca, could you hold

 6   on just one second.  We haven't gotten the exhibit.

 7            MS. CASSLER:  No worries.  Sorry.  I think

 8   223 was accidently sent as well, but we're not going to

 9   use it.

10            MR. NAZAROV:  Hold on.  220 -- we've got --

11            MS. CASSLER:  All right.  Have you gotten

12   it?

13            MR. NAZAROV:  No.  Is --

14            MS. CASSLER:  I got it.

15            MR. NAZAROV:  You got it.

16            MS. RICH:  Hi, Ari.  This is Sarah Rich,

17   counsel for plaintiff.  I'm the one sending the e-mails

18   to you and Dhru, and the other people that you requested

19   they be sent to.  So sorry for the slight lag.

20            MR. SAMPAT:  No worries.  Dhru.  I just got

21   it, so...

22            MR. NAZAROV:  We just got it.

23            MS. CASSLER:  Great.  Great.

24            MR. NAZAROV:  Thank you.

25            MS. CASSLER:  Cool.
```



Page 69

1          Q.  (BY MS. CASSLER)  Okay.  So this exhibit

2     is -- is marked as Exhibit 224, or it will be marked,

3     and it's a one-page e-mail with Bates

4     No. AOL-DEF-00911036.  And this is an e-mail dated

5     May 30th, 2018, from Daniel Mercado, who's the Eagle

6     Pass port director, to Frank Longoria and Bradd Skinner.

7               Do you see that?

8          A.  Yes, I do.

9          Q.  Okay.  Can you please read the first full

10    sentence of this e-mail?

██    ████████████████████████████████████████████

██    ████████████████████████████████████████████████

██    ███████████████████████████

██    █████████████████████████████████████████

██    ███████████████████████████████████████████

██    ███████████████████████████████████

██    █████████████████████████

██    ███████████████████████████████████████

██    █████████████

20               These are references to the two

21    different -- well, are they references to the two

22    different bridges in the Eagle Pass Port of Entry?

23         A.  Yes.  That should be representing Bridge 1 and

24    Bridge 2 in Eagle Pass.

25         Q.  Great.  So, for example, under Eagle Pass 2,



Page 70



15    Q.  Oh.

16    A.  -- basically --

17    Q.  -- yeah.

18    A.  -- what it says.

19    Q.  My brain fixed it.

20            MR. NAZAROV:  I'm just --

21    Q.  (BY MS. CASSLER)  Sorry about that.

22            MR. NAZAROV:  I'm sorry to interrupt.  We

23    just have a standing objection to scope, but go ahead,

24    continue.

25            MS. CASSLER:  Okay.  Thanks.


LEGAL SERVICES

Page 71



25          Q.   Okay.   If -- if it would make you more



Page 72



8          MR. NAZAROV:  I'm going to object to form.

11          MR. NAZAROV:  Objection, form.
12          You can answer.



Page 73

1    I'm aware of.

2         Q.  Okay.

3              MS. CASSLER:  We can put that document

4    away.

5         Q.  (BY MS. CASSLER)  So if a person were metered

6    and sent back to Mexico at a port during the time when

7    the deviation was in place, that would be a violation of

8    U.S. law, right?

9              MR. NAZAROV:  Objection, form.

10             You can answer.

20   of -- of -- well, I'll -- I'll just leave it at that.

21        Q.  (BY MS. CASSLER)  What are you personally aware

22   of?  What were you going to say?

23        A.  I'm just -- I was going to say that I'm not,

24   you know, aware of -- of -- of a lot of people being

25   sent back in the situations that -- you know, that



Page 74

1    you're describing.





Page 75





Page 76



6              MR. NAZAROV:  Objection, form.

7              You can answer to the degree you

8    can -- you -- you're able to.

9        Q.  (BY MS. CASSLER)  You understand my question,

10   right?

24             MR. NAZAROV:  Objection, form.

25             You can answer.



Page 77

███

███

███

███

███

███

███

███

███

███

███

```
12        Q.   Uh-huh.   And do you think Bradd Skinner would

13   know the answer to the question about whether this came

14   from headquarters?

15             MR. NAZAROV:   Objection, form.

16             You can answer to the degree you're able

17   to.

18        A.   He may.   I don't know.

19        Q.   (BY MS. CASSLER)   He's the person who made the

20   order that was sent out to the ports, right?

21        A.   I'm sorry?

22        Q.   He's the person who gave that order to the

23   ports, right?

24        A.   Yes, correct.

25             MR. NAZAROV:   Objection, form.
```



Page 78

1      Q.  (BY MS. CASSLER)  Okay.  Let's go back to

2   Exhibit 222, to the first page.

3              MR. SAMPAT:  I'm sorry, Rebecca, you cut

4   out.  Which exhibit is that?

5              MS. CASSLER:  222.

6      Q.  (BY MS. CASSLER)  So the second e-mail from the

7   top is an e-mail from Bradd Skinner to David Higgerson

8   with a few folks cc'd, sent on April 27th, 2018, right?

9      A.  Yes.



Page 79

1    something real quick?

2         Q.   Yeah.

3         A.   Now that we're talking about Mr. Skinner, I do

4    recall that I had one phone call with him a few weeks

5    ago in preparation for this deposition.  We were just --

6         Q.   Oh, okay.

7         A.   -- discussing general -- that during this --

8    this -- the -- the -- the time period.

9         Q.   Okay.  So what did you discuss with

10   Mr. Skinner?

11        A.   Well, just like a general, "Hey, Mr. Skinner."

12   He's obviously moved on to another field office now.

13   You know, we exchanged cordialities, and I discussed --

14   asked him about a few e-mails.  I think we might have

15   discussed the e-mail that we're currently talking about

16   where he directed the -- the port directors to move

17   the -- the -- the queue management operations to the

18   line of demarcation to the middle of the bridge.

19        Q.   Okay.  What did he say about it?

20        A.   Well, he just talked about generally what --

21   'cause we were having some -- I wasn't able to find very

22   few resources in between the EAC's memo and when we did

23   that in June.  There was a lot of RFIs, requests for

24   information, going back and forth, you know, the

25   instructions that create the CONOPS, and -- and not a



Page 80

1    whole lot else.  So I was just trying to get a -- a

2    better idea of -- of why we had decided to do that.  I

3    wasn't able to find any -- the direction that you

4    alluded to earlier from either headquarters or -- or any

5    other elements, so I was just -- I wanted to see if he

6    recalled any or had any new information about that.

7         Q.  Okay.

8         A.  I don't recall --

9         Q.  Thanks so much for that.

10        A.  I don't recall anything else specifically

11   we -- we discussed.

12        Q.  Okay.  If anything else comes up that you

13   remember that's responsive to a question like that,

14   feel -- feel free to just interject that.  That's really

15   helpful.

█████                    ████████████████████████████████████

█████   ████████████████████████████████████████████████

█████   █████████████████████████████████████████████████

█████   ██████████████████████████

20                    MR. NAZAROV:  Objection, form.

21                    You can answer to the degree you're able

22   to.

█████         ██████████████████████████████████████████

█████   ██████████████████████████████████████████████████

█████   ██████████████████████████████████████████████████



Page 81

██ ████████████████████████████████████████

██ ███████████████

██ ████████████████████████████████

██ ██████████████████████████████

██ ██████████████████████████████████████████████

██ ████████████████████████

██ ██████████████████████████████████████

██ █████████████████████████████████████████████

██ ████████████████████████████████████

10          MS. CASSLER:  No more of that.  No more of

11   that.

██ ████████████████████████████████████████

██ ██████████████████████████████████████████████████

██ ██████████████████████████████████████████████████

15      A.  So as of the end of first week in June, the

16   field office had instructed the ports to move their

17   queue management operations, and it was a firm -- I -- I

18   thought it was very emphatic.  I mean, there wasn't any

19   wiggle room, and it had to be done at the middle of the

20   bridge.

21      Q.  Okay.

22          MS. CASSLER:  Let's move down to the second

23   page of this exhibit, the one that's currently up.

24      Q.  (BY MS. CASSLER)  And I want to look at the

25   third paragraph, where we see -- I'm going to just read



Page 82

1     it:  "INAMI has, at times, elected to conduct exit

2     controls at some locations in Mexico to limit the

3     throughput of travelers into the United States.  CFOs

4     should be particularly aware of any INAMI controls that

5     are preventing U.S. citizens, LPRs, or Mexican

6     nationals, some of whom may intend to claim fear, from

7     entering the United States and should work with INAMI as

8     appropriate to address such concerns."

9             Did I read that right?

10    A.   Yes.

11    Q.   Okay.  When did INAMI start electing to conduct

12    exit controls in LFO?

22            MR. NAZAROV:  Objection, form.

23            You can answer to the degree you can.

24    A.   It's -- the memo is saying that, yes, INAMI

25    has, at times, elected to conduct exit controls, but it



Page 83

1    doesn't say, you know, where, it doesn't give any

2    geographical region -- region along the southwest

3    border, and, I mean, obviously, it certainly doesn't

4    mention specific cities or -- or ports.

5         Q.   (BY MS. CASSLER)   Okay.



MAGNA
LEGAL SERVICES

Page 84



```
23          Q.   Okay.   So going back to this exhibit, that
24     list, U.S. citizens, LPRs, or Mexican nationals, that
25     doesn't include asylum seekers other than Mexicans, does
```



Page 85

1    it?

2        A.  The list on this memo, no, it does not include

3    asylum seekers other than Mexicans who may intend to

4    claim fear is how it's worded.

5        Q.  Uh-huh.  And when I say "asylum seeker," it's

6    kind of just a shorthand for someone who's claiming fear

7    or who -- who asserts the -- a request to apply for

8    asylum.  Does that make sense to you?

9        A.  I usually refer to them as migrants because we

10   really don't know what they're going to claim or what

11   their intentions are.

12       Q.  Okay.  That's -- that's fine.  I can try to do

13   that too where appropriate.

14            So is CBP's position that INAMI

15   conducting -- conducting exit controls of asylum seekers

16   or migrants other than Mexicans is acceptable?

17       A.  That's an internal Government of Mexico, you

18   know, decision.  So I don't know whether it's our proper

19   place to comment on it or not.

20       Q.  Well, we do have, in this memo, a line saying:

21   "DFOs should be particularly aware of certain INAMI

22   controls and should work with INAMI to address those

23   concerns."

24            Right?

25            MR. NAZAROV:  Objection, form.



Page 86

1              You can answer.

2         A.  So --

3         Q.  (BY MS. CASSLER)  Do you see that?

4         A.  -- I guess "address such concerns," such

5    concerns would be the controls that are preventing U.S.

6    citizens, LPRs, or Mexican nationals, some of who may

7    intend to claim fear, from entering the U.S.  And that's

8    what the memo says, yes.

9         Q.  So that indicates to me that CBP does have

10   something to say about those types of exit controls.  Is

11   that how you read it?

12              MR. NAZAROV:  Objection, form.

13              You can answer to the degree you can.

14        A.  Okay.  So other than -- the phrase immediately

15   before that, "should work with INAMI," we, you know,

■  ████████████████████████████████████████████████████

■  █████████████████████████████████████████████

■  ██████████████████████████████████████████████████

■  ███████████████████████████████

■       █████████████████████████████████████████████

■  ████████████████████████████████████████████████████

■  ████████████████████████████████████████████████████

■  ███████████████████████████████████████████████████

■  ██████████████████████████████████████████

■  ███████████████████████████████████████████



Page 87

███████████████████████████████

████████████████████████████████

████████████████████

██████████████████████████

█████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████

█████████████

10          MR. NAZAROV:  Objection, form.

11      A.  I wouldn't say that's correct.

12      Q.  (BY MS. CASSLER)  How is that incorrect?

13          MR. NAZAROV:  You can answer the question.

14  I just noted a form objection.  Go ahead.  Go ahead,

15  Mr. Harris.

16      A.  Yes, I would not say the way you stated that

17  is -- is correct.

18      Q.  (BY MS. CASSLER)  It is correct?

19      A.  No, it's not correct.

20      Q.  Okay.  I'm sorry.

21      A.  I would not say that is correct.  I can't agree

22  with that statement.  You know, Mexico is a sovereign

23  nation, and we're not going to get involved with the way

24  the Government of Mexico runs their -- you know,

25  their -- their ports on their side.  We have


MAGNA
LEGAL SERVICES

Page 88

1    conversations, you know, meetings, sometimes on a daily

2    basis, on what -- the binational bridge, obviously, but

3    when it comes down to it, we don't tell Mexico what to

4    do and how to run their business.

5                MS. CASSLER:  We can put this document away

6    for now.

7        Q.  (BY MS. CASSLER)  So later on, on June 5th, on

8    2018, headquarters sent out another memo about metering,

9    right?

10               MR. NAZAROV:  Objection, form.  I withdraw

11   my objection.

12               Mr. Harris, you may answer.

13       A.  Yeah, in June 20 --

14       Q.  (BY MS. CASSLER) You can always answer.

15               Yeah --

16       A.  June 2018 --

17       Q.  -- June --

18       A.  -- you mentioned the memo?

19       Q.  Yep.

20       A.  Do you know the title of the memo?

21       Q.  There was a memo called "The Prioritization

22   Based Queue Management" memo.

23       A.  Right.

24       Q.  Yeah.  You're familiar with that, aren't you?

25       A.  Yes, I am.



Page 89

1     Q.  Okay.  And when I use the term "metering," it's

2  a reference to queue management and vice versa.  Is that

3  your understanding?

4     A.  It -- yes.  Now metering and queue management

5  are used interchangeably.

6     Q.  Okay.  Was that June 5th memo mustered to all

7  LFO personnel?

8     A.  Not that I'm aware of, no.

9     Q.  Who was it mustered to?

10     A.  I don't know.  At -- at the time, I don't

11  recall seeing that memo.

12     Q.  Hmm.  Was it ever mustered?

13     A.  I don't know if that particular memo was or

14  not.

15     Q.  Okay.  Okay.  Interesting.

16        Is that memo still in effect in LFO?

17     A.  Well, it was updated in 2019, I believe, with a

18  different priorities-based queue management memo.

19     Q.  Oh.  When was that?

20     A.  I don't recall the date.  It might have been --

21  November 2019 comes to mind.  I'd have to -- I'm not

22  certain on the exact date, but there have been two of

23  the priorities -- mission priority queue management-type

24  memos that came out.

25     Q.  Okay.  I don't have that 2019 one in front of



Page 90

1   me.  Could you give me, like, a quick rundown of what

2   the differences were between the 2018

3   prioritization-based queue management memo and the 2019

4   version?

5       A.  The -- basically, they had same -- had the same

6   national security enforcement priorities.  It

7   specifically added outbound operations to the

8   enforcement.

9       Q.  To the list of priorities?

10      A.  To the list of priorities, yes.  Well, it -- it

11  combined them, but it still had the, you know,

12  facilitating trade and the legitimate trade and travel.

13  That was really --

14      Q.  Uh-huh.

15      A.  -- the only -- the only difference.

16      Q.  Okay.  So the major edit was that there was one

17  more priority added to the list?

18              MR. NAZAROV:  I'm going to object to form.

19              You can answer to the degree you can or

20  able to.

21      A.  Yeah.  From my recollection, I mean, that's

22  what stands out is they added outbound to the

23  enforcement piece.  You know, they were both -- they

24  were two-page documents that had a lot of stats and

25  whatnot, so --


MAGNA ▶
LEGAL SERVICES

Page 91

1        Q.  (BY MS. CASSLER)   Uh-huh.

2        A.  -- I don't recall the information off the top

3   of my head.

4        Q.  Okay.  So some of the information may have

5   changed just to be accurate for the time of signing,

6   right?

7                    MR. NAZAROV:  I'm going to object to form.

8                    You can answer to the degree you're able

9   to.

10       A.  I would presume so, but I'd need to, you know,

11   look at both memos.

12       Q.  (BY MS. CASSLER)   That's fine.  Was the -- you

13   mentioned outbound -- was it outbound travel?

14       A.  Outbound enforcement operations.

15       Q.  Okay.  And was that placed above processing of

16   asylum seekers on the list of priorities?

17                    MR. NAZAROV:  Objection, form.

18                    You can answer to the degree you're able

19   to.

20       A.  I -- I would say yes, 'cause processing asylum

21   seekers wasn't really on the list of priorities, if you

22   look at the boldfaced bullets of what the priorities

23   are.

24       Q.  (BY MS. CASSLER)   Okay.

25                    MS. CASSLER:  Can we take a quick break?



Page 92

```
 1                    MR. NAZAROV:  Absolutely.

 2                    MS. CASSLER:  I just need to find

 3  something.  Okay.  Thanks.

 4                    MR. NAZAROV:  Do you want to take

 5  10 minutes?  15?

 6                    MS. CASSLER:  I think just five minutes

 7  would be fine for me, if that's --

 8                    MR. NAZAROV:  Okay.

 9                    MS. CASSLER:  -- okay with you.  Okay.

10  Let's go off the record and come back at 11:50.

11                    THE WITNESS:  That works for --

12                    MR. NAZAROV:  Mr. Harris, does that work

13  for you?

14                    THE WITNESS:  Oh, that's fine.

15                    MR. NAZAROV:  Okay.

16                    MS. CASSLER:  Thank you so much.

17                    MR. NAZAROV:  Thank you.

18                    THE VIDEOGRAPHER:  We're going off the

19  video record.  The time is 11:45 a.m.

20                    (Break was taken.)

21                    THE VIDEOGRAPHER:  We are back on video

22  record.  This marks the beginning of Media 2.  The time

23  is 11:56 a.m.  Counsel, you may proceed.

24       Q.  (BY MS. CASSLER)  Mr. Harris, you understand

25  that you're under oath still, right?
```



Page 93

1        A.  Yes, I understand.

████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████

████████████████████████████████████████

██████████

8        Q.  All right.  And that was a mandatory order,

9   right?  All the ports had to do it?

10       A.  That's the way I read it, yes.

11       Q.  Okay.  So it was mandatory.

12              Is -- is it just that you read it that way

13   or it was mandatory?

14       A.  No, there was no other way to interpret that.

15   Yes, the DFO, the field office, was telling the ports to

16   stand up their queue management points at the -- the

17   middle of the bridge, the line of demarcation.

18       Q.  Okay.  Thanks.  And so because it was

19   mandatory, that means they were required to move their

20   queue management points to the demarcation line,

21   regardless of their capacity at that time; is that

22   right?

23              MR. NAZAROV:  Objection, form.

24       A.  Yes.

25       Q.  (BY MS. CASSLER)  Okay.  I'm going to ask you a



Page 94

1   few questions about the smaller ports in LFO.  So

2   that's -- I mean Eagle Pass, Progreso, Rio Grande City,

3   Roma, and Del Rio.

4              Do you consider those the smaller ports in

5   LFO?

6       A.  Eagle Pass, sometimes we refer to it as a

7   medium-sized port, but those -- of our eight ports of

8   entry, those would be the smallest, yes.

9       Q.  Okay.  And those five report that --

10             MR. NAZAROV:  Rebecca, I'm just going to

11  have a standing objection just to scope, but I don't

12  want to interrupt your questioning, so it's just going

13  to be standing.  Okay?

14             MS. CASSLER:  Great.  Thanks, Ari.

15      Q.  (BY MS. CASSLER)  So the five ports that I just

16  listed, they were all instructed to funnel asylum

17  seekers to other ports, right?

18      A.  So that instruction was -- that was, you know,

19  an open instruction.  If it needed to be done, then they

20  did have that authority.  And by funneling, what I mean

21  is they could suggest to an asylum seeker that -- or

22  that's, you know, someone, a migrant, at the middle of

23  the bridge who you're referring to as an asylum seeker,

24  I believe --

25      Q.  Yes.



Page 95

1      A.   -- the -- the instruction is, you know, "Okay.

2  You're at Del Rio" -- Roma, wherever it was -- "you're

3  welcome to wait until we have, you know, the resources

4  to process you, or you might get processed quicker at

5  one of the larger ports, such as Laredo."

6      Q.   Oh, okay.

7      A.   That was the --

8      Q.   So --

9      A.   -- that was the way it was instructed.

10     Q.   Okay.  So it was like either meter -- meter or

11  funnel?

12          MR. NAZAROV:  Objection, form.

13     A.   So that's a very simplistic way of saying it.

14  But they were at the limit line, at the line of

15  demarcation, at the middle of the bridge, and if someone

16  were to come up, a migrant, if they didn't have the

17  space, the capacity to bring them in, then, you know,

18  they would tell the person, "Hey, you're welcome to wait

19  here until we have space to process you, or you can try

20  a larger port of entry.  You might get processed

21  quicker."  But no one was ever dissuaded from waiting.

22  No one was ever instructed, "Hey, you have to go to

23  Laredo or Brownsville or Hidalgo or whatever larger port

24  of entry was close by.

25     Q.   (BY MS. CASSLER)  So giving people the



Page 96

1  opportunity to go to another port under funneling, that

2  means that they would have to travel through Mexico to

3  another port city, right?

4           MR. NAZAROV:  Objection, form.

5      A.  Correct.

6           THE WITNESS:  Sorry.

7      A.  Go ahead.

8      Q.  (BY MS. CASSLER)  Yeah.  And Mexican cities and

9  states across the river from LFO ports are especially

10 dangerous, right?

11          MR. NAZAROV:  Objection, form.

12     A.  Especially dangerous?  I'm -- I don't know what

13 you're comparing it to, but it would be -- I would

14 rather travel through the U.S. than through a Mexican

15 city personally.  But, you know, especially dangerous,

16 these, you know, people, these migrants have, you know,

17 come from all over the world in some cases.  So, you

18 know, traveling down the road, I mean, it's --

19 especially dangerous.  I don't know.  Sorry.  I'm having

20 trouble with that.

21          But I will go ahead and add to that, that

22 from my conversations that -- with the -- the ports,

23 very few people actually decided to do that, if any.  It

24 just didn't happen for a very long period of time

25 either.


MAGNA
LEGAL SERVICES

Page 97

1        Q.  (BY MS. CASSLER)   Let's go back to "especially

2    dangerous."

3        A.  Sure.

4        Q.  So the State Department has classifications for

5    different countries and states in terms of whether they

6    advise Americans to travel to that location or not.  Are

7    you aware of that?

8        A.  Yes.

9        Q.  And you're probably aware, I'm guessing, of the

10   fact that the state of Tamaulipas is classified as a

11   Level 4.  Did you know that?

12             MR. NAZAROV:  Objection, form.

13       A.  I don't know what their current classification

14   is, but that -- that sounds right.

15       Q.  (BY MS. CASSLER)   Okay.  And a Level 4 is the

16   highest classification, meaning it's the most dangerous,

17   kind of, category of (inaudible) --

18             MR. NAZAROV:  Objection, form.

19       Q.  (BY MS. CASSLER) -- right?

20             MR. NAZAROV:  I'm going to object, form.

21       A.  I don't know if that's the highest or not.

22       Q.  (BY MS. CASSLER)   Would it surprise you to

23   learn that the State Department has officially told

24   Americans not to travel in Tamaulipas?

25       A.  Would that surprise me?



Page 98

1      Q.  Yeah.

2      A.  It wouldn't surprise me, but I can tell you

3   that Americans and legal permanent -- permanent

4   residents travel into Tamaulipas every day and, you

5   know, cross our bridges every day back and forth

6   with -- with no issue, so...

7      Q.  So are you saying that you don't think

8   Tamaulipas is dangerous?

9      A.  Oh, no, I'm not saying that.

10      Q.  So you do think it's a pretty dangerous place?

11           MR. NAZAROV:  Objection, form.

12      A.  Well, yeah, in my personal opinion, I think

13   it's, you know, more dangerous than Texas, but people

14   travel and do business in Tamaulipas and the other, you

15   know, border states on a regular basis.

16      Q.  (BY MS. CASSLER)  So not in your personal

17   capacity but as you're sitting here today as a witness

18   for CBP, CBP -- for all the time period covering this

19   lawsuit, CBP has been aware that Tamaulipas is a Level 4

20   under the State Department classification, right?

21           MR. NAZAROV:  Objection, form.

22      A.  I'll take your word that it's been a Level 4

23   for the entire time.  I don't keep up with what, you

24   know, level of travel advisory particular areas are.

25      Q.  (BY MS. CASSLER)  But you would agree that CBP



Page 99

1    would know about the State Department classifications,

2    whatever they are, right?

3         A.   At Tama- -- yeah, CBP would be aware of

4    the -- the travel classification from the State

5    Department, I would say.

6         Q.   Okay.  So going back to funneling, you -- you

7    said -- I don't think I totally caught it, but

8    there -- the funneling only happened for a short period?

9    Is that what you said?

10        A.   Yes, that's what I said.

11        Q.   Okay.  Could you -- like, when -- sorry.

12             When did funneling start in LFO, and when

13   did it stop?

14        A.   Yeah.  So I wasn't able to locate any reference

15   material on that.  To the best of my recollection, it

16   was a very short period of time, and I don't know that

17   it occurred in more than a few incidents.  Most of

18   the --

19        Q.   Okay.

20        A.   -- time, from general conversations, I recall

21   people saying that if, you know, they did offer that

22   option, the migrants would just prefer to wait there at

23   the bridge they're already at.

24        Q.   All right.  Let's move on.

25             Have you ever personally worked at the



Page 100

1    limit line position?

2         A.   Worked there as -- I've been there.  I have not

3    personally worked at a limit line position, no.

4         Q.   Okay.  But you have been there and observed

5    what happens at the limit line?

6         A.   Yes.

7         Q.   Okay.  At what ports did you observe the limit

8    line?

9         A.   Well, personally observed the limit line at

10   Eagle Pass; Laredo Bridge 1; Laredo Bridge 2, also known

11   as Gateway to the Americas Bridge; and Juárez-Lincoln or

12   Lincoln-Juárez Bridge, here in Laredo.  Personally been

13   to the bridges in Hidalgo, Pharr, Anzalduas, and

14   Hidalgo; been to all port bridges in Brownsville.  I

15   may, at some point, been to the limit line position at

16   Donna International Bridge, which falls under the Port

17   of Progreso --

18        Q.   Uh-huh.

19        A.   -- but I'm not confident on that.

20        Q.   Okay.  That's fine.  You've worked at

21   CBP -- what was it? -- 21 years -- sorry -- customs and

22   CBP together for 21 years; is that right?

23        A.   That sounds about right, yes.

24        Q.   Feel free to correct my math.  So based on

25   those many years of experience, is it your understanding



Page 101

1  that metering is a departure from long-standing CBP

2  practice prior to 2016?

3      A.  Oh, there was definitely a change in how we'd

4  always done things, but, you know, it was really

5  necessitated by the change in migration patterns and

6  the, you know, just overwhelming numbers we were getting

7  back then.

8      Q.  Okay.  That makes sense.  So let's switch to

9  the topic of wait list.  So port person -- I just want

10  to talk through how metering happens.  So port personnel

11  select who to inspect by communicating with somebody

12  keeping a waiting list in Mexico, right?

13      A.  Can you say that one more time, please?

14      Q.  Port personnel select or decide or learn who to

15  inspect by communicating with people keeping a waiting

16  list in Mexico, right?

17      A.  No, that's not correct.

18      Q.  (Inaudible) not correct?

19      A.  Say that again, please.

20      Q.  Could you correct what was incorrect about my

21  statement?

22      A.  Okay.  Can -- can you define what you mean by

23  choose who to inspect?

24      Q.  Yeah.  I don't know what the right verb is

25  there, but port personnel learn who is going to be


MAGNA
LEGAL SERVICES

Page 102

1   inspected by communicating with people keeping a wait

2   list in Mexico; is that right?

3        A.  No.  No, that's -- that's not correct.  I think

4   you're asking about migrants coming up to a port and how

5   do we encounter those migrants.

6        Q.  Yeah.  Yeah.  And I'm not talking about the

7   interaction at the limit line.  I'm talking about how a

8   migrant goes from being on the waiting list in Mexico to

9   moving into CBP's jurisdiction for processing.  Does

10  that make sense?

11       A.  Yes.

12       Q.  Okay.  I don't know how to totally explain it,

13  so bear with me.

14              Can you tell me in your own words how

15  that -- how CBP encounters a migrant for processing?

16       A.  Well, at some ports of entry, the migrants just

17  walk up to the middle of the bridge, you know, and

18  request to be processed, request to come in.  At some

19  ports, yes, there is -- you mentioned a waiting list.

20  My understanding is there is a waiting list in Mexico,

21  which is at the larger ports of entry, and, yeah,

22  they -- they generally would be -- would be processed in

23  order.  And every port of entry is a little bit

24  different.

25       Q.  Uh-huh.



Page 103

1        A.   So it's nothing that CBP -- this -- you know,

2   the waiting list that -- you called it a waiting list,

3   right?

4        Q.   Yeah.

5        A.   Okay.  So what you're calling a waiting list,

6   it's nothing that CBP manages, nothing that OFO manages.

7        Q.   Got it.  So -- yeah.  Let's just -- I just want

8   to talk about how it works logistically.  So in --

9   we're -- let's only talk about the ports where there is

10  a list.  Okay?  So is it the case that, in some port

11  towns, the list keepers in Mexico are migrant shelter

12  workers?

13       A.   That's my understanding, yes.  In some places,

14  the shelters will -- will maintain the list.

15       Q.   And then, in some places, INM keeps the list,

16  right?

17       A.   That's my understanding, yes.

18       Q.   And then, there may be other town -- well, are

19  there other places where Me- -- other Mexican government

20  entities keep the list?

21       A.   I've heard of in some locations that there's an

22  organization called Grupos Beta that would keep the

23  list, but they're not in our AOR.  So --

24       Q.   Okay.

25       A.   -- for the Laredo Field Office, I'm not aware


MAGNA
LEGAL SERVICES

Page 104

1   of any other Mexican government entities that would keep

2   a list.

3       Q.  All right.  So it's either INM or a shelter

4   when there's a list?

5       A.  Correct.

6       Q.  Okay.  So I just -- I know there might

7   be -- well, strike that.

8               So the person at the port who's chart --

9   who's job it is to arrange processing, that person will

10  tell the list keeper how many asylum seekers can be

11  inspected on a given day, right?

12              MR. NAZAROV:  Objection.

13      A.  Can you say the whole thing again?  I'm -- I'm

14  sorry.

15      Q.  (BY MS. CASSLER)  Yeah, yeah.

█   █████████████████████████████████████████████

█   ████████████████████████████████████████████████████

█   ████████████████████████████████████████████████████

█   ████████████████████████████████████████████████████

█   ██████████████████████████████████████████████████████

█   ████████████████████████████████████████████████████

█   ██████████████████████████████████████████

█   ███████████

24              MR. NAZAROV:  Objection, form.

25      Q.  (BY MS. CASSLER)  Your answer --



Page 105



1     A.  Yes.

2     Q.  -- was "yes"?



Page 106



16          Q.   That makes -- thanks for clarifying.

17                You used one acronym, AOR.  What does that

18     mean?

19          A.   Area of responsibility.

20          Q.   Thanks.  All right.  Let's talk a little bit

21     about capacity.

22                So there's no one at CBP who's tasked with

23     calculating operational capacity of a port of entry,

24     right?

25                MR. NAZAROV:  Objection, form.



Page 107

1      A.  What I -- the question I heard was:  There's no

2  one at CBP who's tasked with calculating operational

3  capacity?

4      Q.  (BY MS. CASSLER)  Yeah, for a -- for a given

5  port of entry.

6      A.  Yeah.  No, that's -- we never -- we've never

7  had a calculation for an -- an operational capacity.

8      Q.  Okay.  Do ports report up to headquarters or at

9  least up to LFO management how many asylum seekers they

10  decided to process on any given day?

11      A.  As a matter of business?  As a course of

12  business every day?  No.

13      Q.  Okay.  Do they do it sometimes?

14      A.  No.  That's the port director's day-to-day

15  business that he's managing.  There wouldn't be any

16  reason to report that to the LFO unless there was

17  some -- some anomaly, some issue, something happened

18  during the, you know, during the processing, something

19  out of the ordinary.  But that's just -- you know,

20  processing X number of persons in a day is not something

21  we'd be -- that would be reported up.

22      Q.  Okay.  So we just talked about the wait list

23  process in general terms.  When did ports and LFOs start

24  using that wait list process?

25           MR. NAZAROV:  Objection, form.



Page 108

1      A.   Okay.  So to, you know, reiterate, ports and

2   the LFO don't maintain a wait list.  We don't use a wait

3   list to determine who we process.  We liaise with an

4   entity in -- in Mexico, you know, and ask for a certain

5   number of persons --

6      Q.   (BY MS. CASSLER)  Yeah.

7      A.   -- a day, and then they, you know, send us

8   people that are presumably on the -- on the --

9      Q.   Yeah.

10     A.   -- wait list.

11     Q.   So that process you just described, when did --

12     A.   Right.

13     Q.   -- that start happening?

14     A.   Okay.  So that would have started to happen, as

15   I mentioned earlier -- give me just one second to

16   silence this phone, please.

17            MS. CASSLER:  Oh, no problem.

18            THE WITNESS:  It's my office phone.  Sorry

19   about that.

20            MS. CASSLER:  That's okay.

■    ████████████████████████████████

■  ██████████████████████████████████████

■  ████████████████████████████████████

■  ████████████████████████████████████

■  ███████████████████████████████████████





Page 109

25        Q.  So that policy -- or -- sorry -- that -- that



Page 110

1    practice that you just described, was that ever

2    mustered?

3        A.  That is -- that practice is not -- is not our

4    policy.  It's not something that we have control over.

5    So we've never put out any sort of a muster telling

6    people this is how the process you've described is

7    go- -- is going to work.  That's something that would be

8    managed at the -- the local level.

9        Q.  Okay.  But all the ports seem to kind of do a

10   similar thing.  We -- we already talked about that,

11   right?

12              MR. NAZAROV:  Objection, form.

13       A.  Yes, it's similar, and it's -- and what --

14   what's happening in the current state, you know,

15   developed over time.

16       Q.  (BY MS. CASSLER)  Uh-huh.

17       A.  But it was not --

18       Q.  Was there information sharing between ports

19   about best practices on this issue?

20              MR. NAZAROV:  Objection, form.

21       A.  I would presume so.  Our ports are encouraged,

22   you know, to share information about best practices,

23   whether it be, you know, processing migrants or, you

24   know, narcotics enforcement.  Whatever the mission set

25   is, they're going to share information and best



Page 111

1    practices.  And in some cases, the actual -- I mean,

2    the -- the INM directors in Mexico will cover multiple

3    ports, multiple United States ports, so...

4         Q.  (BY MS. CASSLER)  Uh-huh.  Yeah.  Was this kind

5    of set of practices about the wait list that you

6    described, has it ever been written down?

7         A.  Has it ever been written down?  We've never

8    written it down as sort of a -- you mean like as an SOP,

9    a standard operating procedure, or what do you mean by

10   that?

11        Q.  Yeah.  Or even like a more informal, an e-mail

12   saying, "This is how we're doing it, guys," even just

13   for a specific port.

14        A.  It might have been.  I wouldn't be surprised if

15   it was written down as an informal communiqué or "hey,

16   this is what we're doing" or "this is what INM is

17   doing."  That -- that wouldn't surprise me.  But I can't

18   think of anything right now that -- any written document

19   or anything.  Sorry.

20        Q.  Uh-huh.  LFO has reported that's the way that

21   this wait list process happens.  It's been reported up

22   to CBP headquarters, right?

23              MR. NAZAROV:  Objection, form.

24        A.  Reported up?  I don't recall seeing any sort

25   of -- it -- it might have been, but I don't -- I'm


MAGNA
LEGAL SERVICES

Page 112

1    trying to recall now making specific reports on how this

2    process works.  It could have been, but I can't -- I

3    don't recall any specific instructing report saying

4    that.

5         Q.  (BY MS. CASSLER)  It could have been discussed

6    in a phone call with CBP headquarters, right?

7         A.  I'm sorry?

8         Q.  It could have been discussed on the phone with

9    CBP headquarters, right?

10                MR. NAZAROV:  Objection, form.

11        A.  It could very well have been, and it wouldn't

12   surprise me if it was.

13        Q.  (BY MS. CASSLER)  Okay.  So you don't have any

14   reason to believe that it wasn't communicated to CBP

15   headquarters, right?

16                MR. NAZAROV:  Objection, form.

17        A.  No, I don't.  That sounds like the sort of

18   thing we would talk about in informal conversation,

19   "Hey, this is what we're doing."

20        Q.  (BY MS. CASSLER)  Uh-huh.  Uh-huh.  Okay.

21   Migrants waiting in Mexico are at risk of deportation

22   from Mexico if they come into contact with INM, right?

23                MR. NAZAROV:  Objection, form.

24        A.  So from -- my understanding is that most

25   migrants -- I'm going to try to answer your question.



Page 113

1    If a migrant is in Mexico legally, then, no, they're

2    not --

3         Q.   (BY MS. CASSLER)   Uh-huh.

4         A.   -- at risk of deportation from INM.  If they

5    are in Mexico illegally, they've never sought, you know,

6    to regula- -- regularize their status in Mexico, they've

7    never requested a permit from INM, they've never

8    requested asylum from the Government of Mexico, they've

9    never tried to follow any legal pathway into Mexico,

10   then -- then, yes, my understanding is they would be at

11   risk of deportation from Mexico.  And most of --

12        Q.   Uh-huh.

13        A.   -- the people that we encounter, I would not

14   say they're at that risk because they do have,

15   generally, some sort of Mexican document --

16        Q.   Uh-huh.

17        A.   -- allowing them to be in Mexico at least

18   temporarily.

19        Q.   Uh-huh.  So, like, the short passes for

20   transiting through Mexico, is that what you're talking

21   about, short-term passes?

22        A.   Yeah.  We've heard the term "transit permit"

23   before.

24        Q.   Yeah.  Okay.

25        A.   We've also --


MAGNA
LEGAL SERVICES

Page 114

1          Q.   Is it fair to say --

2          A.   -- seen plenty of people that have actual visas

3    to be in Mexico.

4          Q.   Uh-huh.

5          A.   You know, in their passport, they have work

6    visas or tourist visas.  We get people who have --

7    excuse me -- we have people who have asylum paperwork

8    from Mexico.  They requested asylum in Mexico.  But, I



Page 115

17          Q.   Uh-huh.  Before the wait list started, how did

18    ports and LFO determine who to inspect?  I've kind of

19    always wondered this.  Like, if there was metering for a

20    period of time but if people didn't stay on the bridge,

21    there wasn't any way to know who was next in line, was

22    there?

23               MR. NAZAROV:  Objection, form.



Page 116

██████████████████████████████████████
████████████████████████████████████
███████████
███████████████████████████
██████████████████████████████████
█████████████████████████████████████
██████████

```
 8          Q.  Yeah.  Okay.

 9                  MS. CASSLER:  So we can take a break now,

10    or I can do another 20 minutes.  What do you prefer?

11                  MR. NAZAROV:  How are you feeling,

12    Mr. Harris?  How long do you want to take?  Like

13    45 minutes?  30 minutes?

14                  MS. CASSLER:  Yeah.  I don't think we

15    should do longer than that.  We could even do 30,

16    probably.

17                  MR. NAZAROV:  Mr. Harris, how are you --

18                  THE WITNESS:  No, I'm -- I'm --

19                  MR. NAZAROV:  Okay.

20                  THE WITNESS:  -- still good to go.

21    Whatever you guys want to do is fine with me, but

22    I'm -- I'm okay.

23                  MR. NAZAROV:  I -- I -- I'd be open to a

24    30-minute break, and then, yeah, come back at 2:00

25    Eastern.  That's -- hold on.
```



Page 117

```
 1                    MS. CASSLER:  1:00 Central?

 2                    MR. NAZAROV:  1:00 Central.

 3                    MS. CASSLER:  Great.  Okay.

 4                    MR. NAZAROV:  Okay.

 5                    MS. CASSLER:  Have a good lunch, everybody.

 6                    We can go off the record.

 7                    THE VIDEOGRAPHER:  We're going off the

 8      video record.  The time is 12:27 p.m.

 9                        (Break was taken.)

10                    THE VIDEOGRAPHER:  We're back on the video

11      record.  The time is 1:03 p.m.  Counsel, you may

12      proceed.

13          Q.  (BY MS. CASSLER)  Hi, Mr. Harris.  You

14      understand that you're still under oath, right?

15          A.  Yes.

16          Q.  My video needs to be pinned.  Hold on just a

17      second.  All right.  There we go.

18                    Did you meet with your attorneys during the

19      lunch break?

20          A.  Yes, at the very beginning.

21          Q.  Did you talk about the substance of your

22      testimony during that meeting?

23          A.  Can you repeat that, please?

24          Q.  Did you talk about the substance of your

25      testimony during that meeting?
```



Page 118

 1       A.   No.

 2       Q.   All right.  Let's look at Exhibit 228, if

 3  everybody has that.

 4            MR. NAZAROV:  We don't have it yet.

 5            MS. CASSLER:  All right.  It should be

 6  coming.

 7            MR. NAZAROV:  Yeah.  Sorry about that.

 8            MS. CASSLER:  No, no, no.  That's okay.

 9  Just a hazard of remote depositions.  Thanks for bearing

10  with us.

11            MR. NAZAROV:  Of course.

12            MS. CASSLER:  Are we good to go?

13            MR. NAZAROV:  We still don't have it.

14            MS. RICH:  This is Sarah Rich again.  It

15  was just sent a moment ago.  It may take a second to get

16  through everyone's servers.

17            MR. NAZAROV:  No, no worries.

18            MS. CASSLER:  And what's -- what's showing

19  on the screen is the entirety of it, other than -- I

20  guess, yeah, that's the entirety of the document.

21            MR. NAZAROV:  Mr. Harris, can you see that

22  clearly?

23            THE WITNESS:  Yes, I can.

24            MR. NAZAROV:  Okay.  Do you feel

25  comfortable starting?



Page 119

```
 1                    THE WITNESS:  I do, if that was directed at

 2    me.

 3                    MR. NAZAROV:  Yes.

 4                    MS. CASSLER:  All right.  Let's do it.

 5                    MR. NAZAROV:  Yes, let's go ahead and --

 6    oh, we just got it.  I'm sorry.  Go ahead.

 7                    MS. CASSLER:  Okay.  Wonderful.

 8         Q.  (BY MS. CASSLER)  So this is going to be marked

 9    as Exhibit 228, and it's a one-page document with Bates

10    No. AOL-DEF-00095894.

11                    This is a queue manage report -- queue

12    management report for LFO dated August 14th, 2018,

13    right?

14         A.  Yes.

15         Q.  These reports are sent daily to CBP management,

16    right?

17         A.  Yes.

18         Q.  And the data for these reports is collected on

19    a daily basis, right?

20         A.  Yes.

21         Q.  And these reports have been sent to CBP

22    management daily for a number of years at this point,

23    right?

24         A.  As of right now, yes, it's been several years.

25         Q.  Okay.  And they started sometime in summer
```



Page 120

1     2018, right?

2          A.  To the best of my recollection, yes.  There

3     was -- there was an MCAT in -- in prior years that was

4     stood up for a while and then stood down.  I don't

5     remember the exact dates.

6          Q.  Okay.  And this --

7          A.  And I don't remember if this particular report

8     was submitted during those dates, but the -- this

9     isn't --

10         Q.  Okay.

11         A.  -- the first time we've had an MCAT.

12         Q.  Gotcha.  Thanks for clarifying.

13               Can you just state for the record what MCAT

14    is?

15         A.  Well, a CAT is going to be a Crisis Action

16    Team, and it could be stood up for anything.  This time

17    the M should stand for migration, so Migration Crisis

18    Action Team.

19         Q.  What is a Migration Crisis Action Team?

20         A.  I'm sorry?

21         Q.  What is MCAT?

22         A.  What is the MCAT?  From my understanding,

23    it's -- I've never worked on one or been a part of it,

24    but it should be the headquarters group at CBP

25    headquarters that's, I guess, a clearinghouse.  They're



Page 121

1  assembling data for senior leaders at OFO and CBP, kind

2  of the go-between --

3        Q.  Uh-huh.

4        A.  -- between the senior leadership and in the

5  field.

6        Q.  Okay.  And the MCAT, unlike other CATs, MCAT is

7  specifically about migration?

8        A.  Yes.

9        Q.  Okay.  Thanks.  In your experience, if CBP

10 management doesn't find the report useful, they'll ask

11 it to be changed or discontinued, right?

12             MR. NAZAROV:  Objection, form.

13       A.  So not necessarily.  We do a lot of reporting,

14 and sometimes the -- the field does initiate.  Sometimes

15 it's from a port to the field office.  They'll ask us,

16 "Hey, do you guys really need this report anymore?"

17 Sometimes it's from the field office to headquarters,

18 "Do we still need to be sending this?  We've been

19 sending it for, you know, quite a while."  Occasionally,

20 they -- they will -- you know, whatever level will come

21 back or headquarters will come back and say, "You know

22 what, no, you don't need to send this anymore."

23       Q.  (BY MS. CASSLER)  Uh-huh.

24       A.  But it's -- if something's not useful, I

25 wouldn't see a point in -- you know, in continuing it,



Page 122

1    if asked.

2         Q.  Uh-huh.  Yeah.  Does -- did -- did LFO ever ask

3    headquarters, "Hey, do you still need this report?  Can

4    we stop?"

5              MR. NAZAROV:  Objection, form.

6         A.  On that -- that particular one, no, I don't

7    believe so.  I don't think we've ever made that -- that

8    inquiry.

9         Q.  (BY MS. CASSLER)  Okay.  And management -- or

10   headquarters has never said, "Stop giving us that

11   report," right?

12        A.  Not that I'm aware of.  There's been some

13   changes to it, but I do believe it's still required.

14        Q.  Okay.  The fourth column in this table, it says

15   "Percent of Capacity," right?

16        A.  Yes.

17        Q.  And that refers to the percent of each port's

18   temporary holding capacity that's being used on that

19   date, right?

20        A.  Yes.

21        Q.  How does a port determine what its temporary

22   holding capacity is?

23        A.  The temporary holding capacity numbers, where

24   that percentage comes from is based on the number -- the

25   capacity -- the holding capacity, the physical holding



Page 123

1    capacity of the detention cells that would typically be

2    used during the -- the processing of migrants.

3         Q.   Okay.  Yeah.  And that's often referred to as

4    detention capacity too, right?

5         A.   Yeah, that would be the detention capacity,

6    yes.

7         Q.   Okay.  Is that number -- like, is it from,

8    like, a building code, or where did the -- the -- the

9    number for how many people can be hold in a cell come

10   from?

11        A.   Every -- every cell is going to be rated at a

12   maximum capacity.

13        Q.   Uh-huh.

14        A.   That's not saying that we're always able to use

15   it at that maximum --

16        Q.   Right.

17        A.   -- capacity --

18        Q.   Right, right, right.

19        A.   -- but it's -- it -- it would be based on some

20   formula from -- from GSA, yes, with taking into account

21   the fire codes and -- and whatnot.  What exactly that

22   formula is, I don't know.  But when they -- you know,

23   when they build a building and there's a detention cell

24   there, it's going to be rated for --

25        Q.   Uh-huh.



Page 124

1    A.  -- maximum number of people as -- at a

2    maximum --

3    Q.  Okay.

4    A.  -- capacity.

5    Q.  So it's a DSA number.  That's helpful.

6    A.  I would presume.  So I don't have -- I've never

7    seen anything that actually says that, but, I mean,

8    your -- your capacity of any building is going to be,

9    you know, based on those construction formulas, as far

10   as I'm aware.

11   Q.  Okay.  Has the detention capacity at any of the

12   LFO ports changed since 2016?

13   A.  Yes.

14   Q.  Let just start with the first one in your head

15   and go through and, like, talk about all the changes.

16            So what's one example of a change in

17   detention capacity at LFO?

18   A.  Probably the biggest would be the Port of

19   Laredo.

20   Q.  How did that change?

21   A.  So in Laredo, the two main passenger processing

22   facilities are bridges, Bridge 1, Bridge 2.  Gateway to

23   the Americas or Juárez-Lincoln/Lincoln-Juárez have both

24   undergone major reconstruction since 2016 that began in,

25   I believe, the summer of 2016.  One bridge was completed



Page 125

1    in April of 2018.  The second bridge was completed in

2    January of 2019, I believe.  I'm sorry.  It's escaping

3    me right now which bridge was the completed construction

4    at first --

5         Q.  That's okay.

6         A.  -- but, you know, during the course of that

7    time, the -- the detention capacity, the holding

8    capacity was changing on a fairly regular basis.

9         Q.  So --

10        A.  The buildings were completely -- Bridge 1 was

11   completely gutted and renovated on the inside.  The

12   outside didn't change.  But the facility at Bridge 2,

13   that was razed completely and rebuilt, so it's --

14        Q.  Oh, wow.

15        A.  -- a complete change.

16        Q.  So setting aside the construction period, like,

17   I know they're -- things were probably changing during

18   construction, but comparing before construction and

19   after construction, did the detention capacity go up or

20   down at those ports?

21        A.  At the Port of Laredo, it -- it went up, I

22   believe.

23        Q.  Okay.  Do you know how much?



Page 126

█  ███████████

2      Q.  Okay.  Other than Laredo, what other changes to

3  detention capacity have occurred since 2016?

4      A.  So there were some changes at the very

5  beginning at really all the ports.  We lowered

6  the -- the detention capacity or the holding capacity

7  once we had kind of a better understanding of what we

8  were really being asked to report on, some of the

9  initial reports.

10             And we included, you know, our -- the --

11  the entirety of our holding cell footprint, regardless

12  of whether the cell was in an area that was usable to

13  actually detain people, whether it was in a facility

14  that would process migrants or not, you know, example

15  being the cargo lots, an airport, a railroad.  Over

16  time, we started -- we removed those from the capacity

17  reports because they weren't --

18      Q.  When was --

19      A.  -- our understanding, they weren't really

20  relevant to the question that was being asked, which was

21  "What is your detention, your holding capacity, at the

22  places where you can process migrants?"

23      Q.  When would those have been removed from the

24  detention capacity numbers, roughly?

25      A.  Yeah.  I'm trying to think.  I can't recall



Page 127

1    the -- the dates.

2         Q.  Was it after --

3         A.  I can't recall --

4         Q.  -- these records started being created?

5         A.  I'm sorry?

6         Q.  I didn't mean to talk over you.  What were you

7    saying?

8         A.  I'm saying I can't recall the exact date.

9    I -- I'm sorry.

10        Q.  Oh, that's fine.  I was asking:  Was -- was it

11   after they started requiring this specific report?

12        A.  Yes, I believe so.  But when you say "this

13   specific report," I would say some version of this

14   report because this report has also changed over time.

15        Q.  Okay.  Did this -- sorry if I already asked

16   this.  This queue management report started being

17   required around June 2018; is that right?

18        A.  June 2018?

19        Q.  Uh-huh.

20        A.  That sounds about right.

21        Q.  Okay.

22        A.  I don't remember the exact date, but that

23   sounds about right.

24        Q.  Okay.  So the major changes to detention

25   capacity at LFO ports are -- one, there was construction



Page 128

1    at Laredo, and both bridges had their facilities majorly

2    upgraded.  And other than that, there were changes

3    showing up -- we -- we should expect to see changes

4    showing up in the data based on some detention capacity

5    being removed from the data; is that right?

6        A.  Yes.

7        Q.  Yeah.  Okay.

8        A.  Well, our -- like I said, our interpretation of

9    what they were -- what was actually being asked of us.

10   We used to have, you know, some facilities that may have

11   a holding cell there, but they would never be used to

12   actually, you know, hold a migrant.

13       Q.  Why not?

14       A.  Because of their location.  I've got -- you

15   know, going back to Laredo for an example, they have a

16   holding cell at -- I believe they have a holding cell

17   still at -- at the railroad.  There's holding cells at

18   our airports and some of the other, you know, cargo

19   lots.  Well, all of the cargo lots, you're going to have

20   cells, but you're not going to hold a migrant at a cargo

21   lot.

22           We have facilities that are only open part

23   of the day.  They may have a holding cell, which

24   would -- you know, could be included in your number of

25   hold ing cells that a -- you know, a field office report



Page 129

1  has, but a migrant's not going to be held there.  It's

2  just not operational --

3       Q.  And so -- oh, go ahead.

4       A.  No, I'm just saying it's not operationally

5  feasible to hold a migrant in a lot of these locations.

6       Q.  The cells at cargo lots specifically, are those

7  designed to hold people?

8       A.  Yes.

9       Q.  Okay.  Let's look back at this exhibit.  So



Page 130



17    Q.   Okay.  And you're personally involved in

18    overseeing this specific report, right?

19    A.   No.  When it -- when it first came out or when

20    a change came out -- I think when it first came out, I

21    might have disseminated it to the ports, but that's --

22    Q.   Uh-huh.

23    A.   Really, the purpose we have this Laredo

24    Operations Center is so they can collect data from the

25    ports, compile it, and then send it wherever it needs to



Page 131

1    go so that, you know, one of the field office staff

2    doesn't have to do that.

3         Q.   Where are the scopes in the Laredo -- you said

4    Laredo Operations Center?  Is that what you said?

5         A.   Right, Laredo Operations Center, sometimes

6    referred to in messages and conversations as the LOC.

7         Q.   Okay.  Are those folks in your office in

8    Laredo?

9         A.   Yes, they're in the same office building, yeah,

10   same floor.

11        Q.   Cool.  Is there any reason to doubt the

12   accuracy of the data of these queue management reports?

13        A.   In this particular one, I don't -- wouldn't see

14   anything that I would view as being inaccurate.  I have

15   seen some before, it was brought to our attention that

16   the numbers might be a little off, and, you know, we

17   found errors in -- the spreadsheet got corrupted or a

18   copy-and-paste error, something like that.

19        Q.   But those are usually --

20        A.   But overall, I would not -- I'm sorry?

21        Q.   Go ahead.

22        A.   No, I said:  But overall, I mean, it should

23   be -- they're going to report fairly accurately what's

24   reported to them.

25        Q.   Okay.  Let's move on to Exhibit 230.  I'll just



Page 132

1    give Ari a second to get it.

2                MR. NAZAROV:  Yeah, it will be a problem

3    again with that delay.  I'm sure we'll get it anytime.

4        Q.  (BY MS. CASSLER)  So I won't start asking

5    questions until Ari says "go," but just to keep moving,

6    I'm going to say what this is for the record.

7                I'm showing you what will be marked as

8    Exhibit 230.  It's a four-page document with Bates

9    numbers starting at AOL-DEF-00027826.

10               MS. CASSLER:  Have you got it yet, Ari?

11               MR. NAZAROV:  We don't.

12               But, Mr. Harris, can you see it clearly?

13               THE WITNESS:  I can see the -- the first

14   page, yes.

15               MR. NAZAROV:  Okay.

16       Q.  (BY MS. CASSLER)  We're only going to look at

17   the first page.

18               MR. NAZAROV:  Yeah.  So I think everybody

19   can -- I think we're good seeing it, so you can go

20   ahead.

21               MS. CASSLER:  Great.  Thank you.

22               MR. NAZAROV:  Yeah, I'll interrupt -- I'm

23   sorry -- if I don't get it in, like, the next -- I don't

24   know -- three minutes or something.  Go ahead.

25               MS. CASSLER:  Right.  Cool.  Great.



Page 133

1    Thanks.

2         Q.  (BY MS. CASSLER)  So this is a field queue

3    management report from August 14th, 2018, right?

4         A.  Yes.

5         Q.  Okay.  Who created this field queue management

6    report?

7         A.  Who created the original?

8         Q.  Yeah.

9         A.  I'm presuming -- I'm sorry?

10        Q.  Yeah.

11        A.  I'm presuming we got the original template from

12   headquarters.  We might have made some adjustments to

13   it.

14        Q.  Okay.  And then who input the data?

15        A.  Well, once again, anytime I see a report like

16   this, the -- the ports will be inputting the data or

17   sending the data to the LOC, and then the LOC would --

18   would input it.

19        Q.  Okay.  And my understanding -- so this is for

20   the -- from the same date as Exhibit 228 that we just

21   looked at.  My understanding -- which please correct me

22   if it's wrong.  My understanding is that that e-mail we

23   saw that was LFO only is the source of some of the data

24   on this table.  Is that right?

25        A.  Yeah, it looks like several of the columns



Page 134

1    would have been used to populate this one.

2         Q.  Yeah.  And those would be the total in custody,

3    percent capacity, right?

4         A.  Yes.  I'm presuming -- yeah.  I mean, that's

5    what I would -- how I would rate it, yeah.

▮ ██████████████████████████████████

▮ ████████████████████████████████████████

▮ ████████████████████████████████

▮ ████████████████████████████████████████

▮ ████████████████████████

11            Those are the same -- same thing, right?

12   A.  Right.

13   Q.  What does UDA stand for?

14   A.  I would interpret that as undocumented aliens.

▮ ███████████████████████████████████

▮ █████████████████████████████████████████

▮ ██████████████████████████████████████████

▮ ███████████████████████████████████████

▮ ██████████████████████████████████████

▮ █████████████████████████████████████

▮ ██████████████████████████████

▮ ████████████████████████████

23            A.  It looks the same to me, yes.

24            Q.  Okay.  So let's move on to Exhibit 231.  And

25   I'll just read for the record what it is and wait to ask



Page 135

1  questions.

2          MR. NAZAROV:  We got the last one, by the

3  way.  I just didn't want to interrupt you.

4          MS. CASSLER:  Oh, thank you.  Good.

5     Q.  (BY MS. CASSLER)  So I'm showing you what will

6  be marked as Exhibit 231 to your deposition.  And this

7  is a multipage Federal Rule of Evidence 1006 summary

8  exhibit, so it's something that we made, and it's titled

9  "Laredo Port of Entry:  Impact to Port Operations,

10  June 17th, 2018-July 15th, 2019."

11          This document summarizes the capacity and

12  impact to port operations portions of the queue

13  management report of the type that we just looked at,

14  and it's specific to Laredo.  So this compiles all the

15  reports that we could find from Laredo that we got in

16  discovery from CBP from the tables that we just talked

17  about.  There are times when we only had LFO or only had

18  the field reports, but as you've testified, those should

19  have the same data in them.  So that's the source of

20  this data.

21          MS. CASSLER:  Did you get it yet, Ari?

22          MR. NAZAROV:  Yeah.  231, yeah, we got it.

23          MS. CASSLER:  Yeah.  Okay.

24     Q.  (BY MS. CASSLER)  So this might be kind of

25  difficult.



Page 136

```
 1               MS. CASSLER:  Kevin, is there any way for

 2    Mr. Harris to scroll through this?

 3               MAGNA TECH:  Not using the program I'm

 4    using to control it.  So he can just tell me when he's

 5    done reading, and I can just go to next page for him and

 6    through it.

 7               MS. CASSLER:  Okay.  Okay.

 ██    ████████████████████████████████████████████████

 ██    ██████████████████████████████████████████████

 ██    ████████████████████████████████████████████

11               MR. NAZAROV:  I'm just going to object as

12    to form.

13         Q.  (BY MS. CASSLER)  You can go ahead.

 ██    ████████████████████████████████████████████████

 ██    ██████████████████████████████████████████████████

 ██    ███████████████████████████████████████████

 ██    ███████████

 ██    ████████████

 ██    ██████████████████████████████████████████████

 ██    ████

21         Q.  Yeah.

22               MAGNA TECH:  That was the complete

23    document.

 ██    ██████████████████████████████████████████████

 ██    ████████████████████████████████████████
```



Page 137



```
21              MS. CASSLER:  We can put that document

22     away.

23        Q.  (BY MS. CASSLER)  Sorry.  Just a second.  I

24     missed a page.

25              Let's talk about operational capacity.  So
```



Page 138

1   when did CBP start using the term "operational capacity"

2   in relation to queue management?

3        A.  I would say, from what I recall, maybe as early

4   as June 2018, but I don't have anything that says, you

5   know, "On this date we started using operational

6   capacity," so that's -- that's my recollection.

7        Q.  Okay.  So it was some -- probably sometime

8   around June 2018, right?

9        A.  June 2018?

10       Q.  Yeah.

11       A.  That -- that's -- that's my best estimation,

12   yes.

13       Q.  Let's look at Exhibit 233.  And I'll just read

14   into the record what it is.  It's -- so what will be

15   marked as Exhibit 233 is a one-page e-mail with Bates

16   No. AOL-DEF-00911232.

17            Do you see that e-mail on the screen?

18       A.  Yes.

19            MS. CASSLER:  And Ms. Rich sent it to the

20   government, I'm assuming.

21            MR. NAZAROV:  Yeah, we're waiting.

22            But, Mr. Harris, can you see this okay?

23            THE WITNESS:  Yes, I can.

24            MR. NAZAROV:  Okay.  You can go ahead,

25   Rebecca.



Page 139

1          MS. CASSLER:  Cool.

2     Q.  (BY MS. CASSLER)  So this is an e-mail chain

3  with the top e-mail, so the most recent, an -- it's an

4  e-mail from Frank Longoria to Bradd Skinner, dated

5  June 13th, 2018.  Do you see that?

6     A.  Yes.

7     Q.  And Mr. Longoria -- we've talked about through

8  there.  Okay.  Yeah.



Page 140

███████████████████████████████████████████

2      Q.  So that's consistent with your thought that

3  operational capacity was a term that CBP started using

4  in June 2018, right?

5      A.  From what I remember, yes.  That appears to be

6  the case.

7      Q.  Uh-huh.  Uh-huh.  Then could you read the next

8  two sentences?

████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████

13      Q.  Uh-huh.  So I read this e-mail, and I think

14  Frank Longoria and Bradd Skinner don't know what

15  operational capacity means.  Is that --

16              MR. NAZAROV:  Objection, form.

17      Q.  (BY MS. CASSLER)  -- how you read it?

18              MR. NAZAROV:  Objection, form.

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████

███████████████████████████████

█████████████████████████████████████████████████████



Page 141

1    it means -- thinks it means.

2         Q.  Okay.

3         A.  That's how I would interpret it.

4              MS. CASSLER:  Okay.  We can -- okay.  We

5    can put that away.

6         Q.  (BY MS. CASSLER)  Since queue management

7    started, ports in LFO have metered asylum seekers after

8    they cross onto U.S. soil, right?

9              MR. NAZAROV:  Objection, form.

10        A.  They have not --

11        Q.  (BY MS. CASSLER)  What did you say?

12        A.  Talk -- talking to me or to the attorney?

13        Q.  To you, Mr. Harris.  I couldn't hear --

14        A.  Okay.  Yeah.

15        Q.  -- what you said.

16        A.  So, yeah.  No, that has happened in very

17   limited circumstances.  It -- it's -- you know, and we

18   were made aware of the situation, corrective actions

19   were taken.  It was, of course, in accordance with our

20   policy or the EEC's guidance.

21        Q.  Okay.  So you don't --

22        A.  I can't say that it hasn't happened.  It just

23   hasn't happened on a wide scale.  It's been very

24   limited --

25        Q.  Uh-huh.



Page 142

1        A.   -- circumstances or incidents that I'm aware

2    of.

3        Q.   Okay.  So you don't deny that it happened,

4    right?

5        A.   No, I don't, in very, very limited

6    circumstances and specific incidents.

7        Q.   Did it happen at multiple ports of entry?

8        A.   I'm sorry?

9        Q.   Did it happen at more than one port of entry?

10       A.   Yes.

11       Q.   Which ports of entry did it happen at?

12       A.   So I'm aware of Eagle Pass and Laredo.  They

13   both had incidents of what you're describing.

14       Q.   Okay.

15       A.   And it said metered after crossing into the

16   U.S., so I'm presuming that means we actually sent

17   someone back to Mexico.  Is that what you're

18   insinuating?  Okay.

19       Q.   Yeah.

20       A.   Yes.

21       Q.   Yeah.  So you're aware of Eagle Pass and

22   Laredo?

23       A.   Yes.

24       Q.   Is it possible that it happened at other ports

25   and you're not aware of it?



Page 143

1              MR. NAZAROV:  Objection, form.

2        A.  I suppose it's possible.

3        Q.  (BY MS. CASSLER)  Let's look at Exhibit 243.

4   I'll just read what that is.  I'm showing you what will

5   be marked as Exhibit 243.  It's a two-page e-mail with

6   Bates numbers starting at AOL-DEF-00909668.

7              Can you see that e-mail?

8        A.  Yes.  It's a little fuzzy, but I can see it.

9        Q.  Okay.  Yeah.  This one's hard to read.

10             MS. CASSLER:  Ari, have you gotten it?  Are

11   you okay with going --

12             MR. NAZAROV:  We have not.  We have not.

13             Mr. Harris, has it become less fuzzy since

14   Kevin kind of blew it up?

15             THE WITNESS:  It's not as sharp as

16   the -- the other exhibits, but it -- it's -- it's

17   legible.  It's...

18             MR. NAZAROV:  You're able to read it?

19             THE WITNESS:  Yeah.  I'm trying to read it

20   now.

21             MR. NAZAROV:  Okay.

22             MS. CASSLER:  Okay.

23        Q.  (BY MS. CASSLER)  So let's go to --

24             MR. NAZAROV:  Are you --

25        Q.  (BY MS. CASSLER)  -- the second --



Page 144

```
 1                MS. CASSLER:  Oh, I'm sorry.  What did you

 2    say, Ari?

 3                MR. NAZAROV:  Yeah.  We haven't gotten it,

 4    but if we can read it and I can read most of it and

 5    if -- if Kevin highlights it, you can go ahead.

 6                MS. CASSLER:  Okay.  And it should be on

 7    its way to you, so...

 8                Let's go to the second page.

 9                MR. NAZAROV:  Received.  Received.

10                MS. CASSLER:  Great.  Great.

11                Thank you, Kevin.
```



Page 145



17    Pass and Laredo, right?

18         A.  Yes.

19         Q.  So tho- -- you were aware of those two ports

20    having incidents were someone was metered after crossing

21    into U.S. territory --

22         A.  Yes.

23         Q.  -- right?

24              Have you seen this e-mail before?

25         A.  Evidently I have.  I'm -- I'm copied on there.



Page 146

```
 1        Q.  Ah.  Yeah.  I mean, I know you get a lot

 2   e-mail --

 3        A.  Yeah.

 4        Q.  -- because I've read a lot of it.

 5              So is it possible that there could be other

 6   instances where someone was metered after crossing onto

 7   U.S. soil that you don't remember?

 8        A.  Yes, that's -- that's possible.  This is --

 9        Q.  Is it --

10        A.  -- an example.

11        Q.  Yeah.  Is it possible that there are other

12   instances of someone being metered after crossing onto

13   U.S. territory that were never reported to you?

14        A.  That would be possible as well.

15        Q.  All right.

16              MS. CASSLER:  We can put that document

17   away.

18        Q.  (BY MS. CASSLER)  Is it your testimony that

19   port staff have discretion to determine how many asylum

20   seekers to process on a given day?

21        A.  What was the first part of that question?

22        Q.  Is it your testimony that port staff have

23   discretion to decide how many asylum seekers to process

24   on a given day?

25              MR. NAZAROV:  Objection, form.
```



Page 147

1       A.  Well, ultimately, it would be the port

2   director, but, yes, the port has that discretion.

3       Q.  (BY MS. CASSLER)  Okay.  Yeah.  So it's a

4   port-level decision?  That's what I'm getting at.

5       A.  Yes.



Page 148



```
24        Q.   Okay.  And we previously discussed how the
25   order to move the queue point to the demarcation line
```



Page 149

1     from June 2018 -- how that was mandatory, right?

2          A.   Yes.

3          Q.   Okay.   Is it still mandatory to keep the limit

4     line position there?



Page 150

█   █████

█     ████████████████████████████████

█ ████████████████████████████████████

█ ████████████████████████████████

█   █████████

6        Q.   Okay.   So I'm showing you Exhibit 234, what

7   will be marked as Exhibit 234.   It's a three-page

8   document with Bates numbers starting at

9   AOL-DEF-01037408.

10              MR. NAZAROV:   Rebecca, we're just still

11   waiting on it.

12              MS. CASSLER:   No problem.   Give it a

13   minute.

14              And, Kevin, we're just going to look at the

15   top e-mail, so you can zoom in to the top e-mail.

16        Q.   (BY MS. CASSLER)   And just for the record, this

17   is an e-mail dated July 6th, 2018, from Bradd Skinner to

18   David Higgerson.

19              And can you tell me how to pronounce the

20   last name of Ryan Koseor?

21        A.   No.   I would -- I remember the name, but I

22   would say Koseor.   I'm not certain.

23        Q.   Okay.   We'll just do that.   All right.

24              MS. CASSLER:   Ari, have you gotten it?

25              MR. NAZAROV:   Yeah.   We're good.   We got



Page 151

1   it.

2                    MS. CASSLER:  All right.

3                    MR. NAZAROV:  Thank you.

4        Q.  (BY MS. CASSLER)  So this e-mail discusses Ryan

5   Koseor, who was the deputy commander for the MCAT at the

6   time, right?

7                    MR. NAZAROV:  Objection, form.

8        A.  I don't recall what his position was, but

9   I'll -- I'll take your word for it, yeah.





Page 152

1          Did I read that right?  I stumbled a little

2  bit.

10     A.  Well --

11          MR. NAZAROV:  Objection, form.

12     A.  Can you say that one more time, please?

13     Q.  (BY MS. CASSLER)  Yeah.

25     Q.  Uh-huh.  Uh-huh.


MAGNA
LEGAL SERVICES

Page 153

1       A.  -- a difference there between --

2       Q.  That's fair.

3       A.  -- direction and what we think you should be

4    doing.

5       Q.  That's fair.  So do you read that to mean the

6    view of headquarters?

7            MR. NAZAROV:  Objection, form.

8       A.  Can I read it to you in the view of

9    headquarters?

10      Q.  (BY MS. CASSLER)  When he says "the view is,"

11   whose view is that?

12      A.  I would presume it would be CBP headquarters.

13      Q.  Okay.  Was that view ever mustered to

14   port-level staff?

15           MR. NAZAROV:  Objection, form.

16      A.  Not that I'm aware of.

17      Q.  (BY MS. CASSLER)  Have you ever heard

18   of -- never mind.

▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

25      A.  Go ahead.  Go ahead, please.  Slow down.  Go



Page 154

1   back up one page, please.  Okay.  You can -- you can

2   scroll, please.  Scroll, please.  You can scroll,

3   please.  Okay.  You can scroll, please.  You can scroll

4   please.  Okay.  Scroll, please.  Please scroll.  Please

5   scroll.  Please scroll.  So I guess page 14 is the end



Page 155

1    anywhere that was, you know, in that -- in that range.

2         Q.  (BY MS. CASSLER)  Laredo was metering during

3    this time period, right?

4         A.  June 2018 to '19, yes.

8         A.  Well, based on this report, yes, that's --

9         Q.  Okay.

10        A.  -- more than likely correct, but not

11   necessarily the case because you still haven't really

12   captured what this report is showing.

13        Q.  This report is just taken from the queue

14   management reports, right?

15        A.  Right.  And we -- we never really defined what

16   that port is show -- what that report is showing.  And

17   that report is showing a particular moment in time when

18   those stats are captured.  It's not --

19        Q.  Okay.  Got it.

20        A.  -- showing what happened the other 23 hours of

21   the day.  So at that --

22        Q.  Got it.

23        A.  -- 10:00 o'clock in the morning when the port

24   sent us their -- their data, that's what was happening

25   at the port right then.  That was --



Page 156

1      Q.  Okay.

2      A.  -- precisely at 10:00 o'clock in the morning

3  or, you know, whatever the cutoff time was.  I -- I

4  believe it's 10:00 o'clock for the -- the queue

5  management report.

6      Q.  Okay.  That's fair.  So it's not capturing what

7  was happening at 2:00 p.m.  I hear that.  That makes

8  sense.

9              MR. NAZAROV:  Objection, form.

10             MS. CASSLER:  Let's put that away.

11     Q.  (BY MS. CASSLER)  Just a second.

12             So you're familiar with LFO's mass

13  migration contingency plans, right?

14     A.  Yes.

15     Q.  Yeah.  I don't -- I'm not going to introduce

16  one because it's already been produced.  I don't think

17  there's a lot to discuss in there, but if you feel the

18  need to see one, we can introduce one.

19             So LFO created -- started creating those

20  plans in 2016, right?

21     A.  No.

22     Q.  No?

23             When did they start creating the

24  contingency plans?

25     A.  The first -- first one I saw, I believe, was



Page 157

1   dated 2009 or 2010.

2        Q.  Oh, yeah.  Got it.  Thanks.  And those

3   contingency plans set out plans for how to expand

4   asylum-seeker processing capacity in the event of mass

5   migration or sustained migration, correct?

6        A.  Not necessarily asylum seekers, just processing

7   in general due to some emergent event, yes.

8        Q.  Okay.

9        A.  But the -- yeah, but the --

10       Q.  But there are other --

11       A.  -- goal was to be able to expand the process

12   and capacity quickly.

█   ██████████████████████████████████████████████

█   █████████████████████████████████████████

█   ██████████████████████████████████████████████

█   ████████████████████████████

█   ███████████████████████

█   ████████████

█   █████████████████████████████████████████████

20   that it's not necessarily meant for a sustained

21   migration, depending on the length of -- of time we're

22   talking about a sustained migration being.

█   ████████████████████████████████████████████

█   ████████████████████████████

25       A.  Yes, yes.



Page 158

1      Q.   Okay.  So is your testimony that they're not
2  actually meant for a sustained migration?
3      A.   Well, it depends on how you're using -- how
4  long of a period of time you mean by sustained.  For
5  multiple years, no.
6      Q.   Uh-huh.
7      A.   That's not what it's meant for.  Primarily
8  meant for an emergent, short-term -- short-term -- a
9  sustained amount of -- a short-term migration, people
10  showing up, you know, over a period of days or weeks --
11      Q.   Uh-huh.
12      A.   -- that's what I believe was meant by
13  sustained.
14      Q.   Yeah.  So --
15      A.   We're not talking about years.
16      Q.   When there's a spike in migration, you won't
17  actually know how long it's going to last until after
18  the fact, right?
19            MR. NAZAROV:  Objection, form.
20      A.   True.  We, you know, can forecast on
21  intelligence and whatnot, but -- but, yeah.



Page 159

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

██████████

████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████

12      Q.  Okay.

13              MR. NAZAROV:  Um --

14              MS. CASSLER:  Go ahead.

15              MR. NAZAROV:  Rebecca, I'm sorry to jump

16  in.

17              Mr. Harris, do you need a little break?

18              MS. CASSLER:  It's been an hour.  We can

19  break.

20              MR. NAZAROV:  It's up to you, sir.

21      A.  No.  I think --

22      Q.  (BY MS. CASSLER)  Yeah.

23      A.  -- I'm okay for a little while longer.

24              MR. NAZAROV:  Okay.

25      Q.  (BY MS. CASSLER)  Okay.  You just say the word



Page 160

1    when you want a break.

2         A.  Okay.  Thanks.

3              THE VIDEOGRAPHER:  Rebecca -- sorry -- this

4    is Noah.  Is it possible for you just to tilt your

5    webcam down just a little bit?  The video was starting

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

10             THE VIDEOGRAPHER:  Yeah, that's good on my

11   end.

12             MS. CASSLER:  Cool.  Thanks.  Sorry about

13   that.

14        Q.  (BY MS. CASSLER)  So changing topics.  It's

15   true that CBP has the authority to release noncitizens

16   without travel documents directly from a POE, right?

17             MR. NAZAROV:  Objection, form.

18        A.  If we have to, after, you know, exhausting

[REDACTED]

[REDACTED]

21   can do it, to me, means that you have the power to do

22   it; is that right?

23             MR. NAZAROV:  Objection, form.

24        A.  In certain instances, yes.

25        Q.  (BY MS. CASSLER)  Okay.  And what term would



Page 161

1    you use to describe that?  Is it parole?

2        A.  Yes.

3        Q.  Okay.  And if an asylum seeker or migrant is

4    paroled after coming in at a port of entry, would that

5    person always be given an NTA?

6            MR. NAZAROV:  Objection, scope.

7        A.  Would they always be given an NTA?  I believe

8    so, yes.  I'm trying to think of situations and -- and

9    whatnot, but I believe so.

10       Q.  (BY MS. CASSLER)  Okay.  Is it possible that

11   someone could be processed for expedited

12   removal/credible fear and then paroled from the port?

13           MR. NAZAROV:  Objection, form.

14       A.  Right.  So the expedited removal -- expedited

15   removal/credible fear is generally going to require

16   detention.  So if we were unable to have any other sort

17   of processing, you know, for whatever reason, if it's an

18   emergent medical condition or something, that should

19   probably be switched to an NTA before the parole is

20   done --

21       Q.  (BY MS. CASSLER)  Okay.

22       A.  -- is my understanding.

23       Q.  Okay.  Let me just find my exhibit.  Let's look

24   at Exhibit 239, which I don't think has been sent yet,

25   so I'll just read in what it is.



Page 162

1              Exhibit 230 -- or what will be marked as

2     Exhibit 239 is a five-page document beginning with Bates

3     No. AOL-DEF-00060248.  And we're just going to be

4     looking at the first page of this document.

5              MR. NAZAROV:  Mr. Harris, are you able to

6     see it clearly?

7              THE WITNESS:  Yes.

8              MS. CASSLER:  And it is coming by e-mail.

9              MR. NAZAROV:  Thank you.

10     Q.  (BY MS. CASSLER)  So this is an e-mail written

11     by you, Rodney Harris, and sent to a number of LFO port

12     personnel, right?

13     A.  Yes.



Page 163





Page 164

**■■■■■**

2              Did I read that right --

3       A.   Yes.

4       Q.   -- basically?

5       A.   Yes.

**■■■■■**

**■■■■■**

**■■■■■**

9       A.   Give me one second, please, to silence my phone

10   again.

11      Q.   Sure.

12      A.   Sorry about that.

13      Q.   That's okay.

14      A.   Okay.  So can you repeat your last question?  I

15   apologize.

16      Q.   Yeah.

**■■■■■**

**■■■■■**

**■■■■■**

**■■■■■**

**■■■■■**

**■■■■■**

**■■■■■**

**■■■■■**

**■■■■■**



Page 165





Page 166





Page 167





Page 168





Page 169





Page 170



17    Q.  Uh-huh.

18    A.  Sometimes the --

19    Q.  And then after --

20    A.  -- response will be -- I'm sorry?

21    Q.  Go ahead.  Go ahead.



Page 171

1    Q.  Okay.  I --

2              MR. NAZAROV:  Can I jump in real quick?

3    I'm sorry to interrupt, Rebecca, but I just want to say

4    I know this is probably because of this video remote

5    deposition thing, but sometimes Mr. Harris is not able

6    to finish his answer before the next question is asked,

7    and I just wanted to flag that.

8              MS. CASSLER:  I -- it's a delay on my end.

9    I'm sorry about that.

10             MR. NAZAROV:  No, no.  No, no --

11             MS. CASSLER:  Thank you.

12             MR. NAZAROV:  -- it's not your fault.

13   Technology, totally.  Okay.  Go ahead.

14             MS. CASSLER:  Thank you.  Yeah.

15   Q.  (BY MS. CASSLER)  Sorry about that, Mr. Harris.



Page 172





Page 173









Page 175



```
21      Q.  Okay.

22      A.  -- main pathways, if you will.

23      Q.  Uh-huh.

24          MR. NAZAROV:  Rebecca, may I jump in?

25   Would you be able to take a break after the next
```



Page 176

1    question, maybe a 10-minute bathroom break?

2              MS. CASSLER:  I was going to use this

3    document for maybe like four or five more questions.

4    Would that be okay?

5              MR. NAZAROV:  That's fine.

6              MS. CASSLER:  Okay.  Thank you.

7              MR. NAZAROV:  Mr. Harris, is that -- I'm

8    sorry.  I should have checked with Mr. Harris.

9              MS. CASSLER:  That's fine.

10             MR. NAZAROV:  Are you okay with that?

11             THE WITNESS:  Yeah.  No, I'm good.

12             MR. NAZAROV:  Okay.

13             MS. CASSLER:  Okay.

14             MR. NAZAROV:  Thank you.

15             MS. CASSLER:  Thanks.

24         A.  Down in the Valley, yes.  Yes.

25         Q.  Yeah.  And that could -- that could take a



Page 177



1    number of hours, right?

2        A.  Yes.



Page 178



14        A.    So when --

15              MR. NAZAROV:   Objection, form.

16        A.    The -- the way you stated the question, that is

17   not correct.  There are certain --

18        Q.    (BY MS. CASSLER)   Could you correct it for me?

19        A.    I'm sorry?

20        Q.    Could you please correct it for me?

21        A.    Okay.  So -- well, numerous agencies within the

22   federal government have what we call parole authority,

23   including CBP.  So we can parole people in certain

24   circumstances, you know, and we do.

25        Q.    Okay.  The part that I read from this e-mail



Page 179





Page 180





Page 181

▮ ███████████████████████████████████
▮ ████████████████████████████████████████
▮ ████████████████████
▮     █████████████████████████████████████
▮ ████████████████████████████████████████
▮ ██████████████████████████████████
▮ ███████████████████
▮     ██████████████████████████████
▮ ███████████████████████████████

10      Q.  Uh-huh.

11              MS. CASSLER:  Okay.  Let's take a break.

12              MR. NAZAROV:  Okay.  What do you think?

13      10 minutes?

14              MS. CASSLER:  That's great.  Yeah.  2:40

15      Central?

16              MR. NAZAROV:  2:40 Central, uh-huh.  Yeah,

17      that's fine.  I think Mr. Harris heard that.

18              MS. CASSLER:  All right.  We can go off the

19      record now.

20              Noah?

21              THE REPORTER:  Noah, give me a time off,

22      please.

23              THE VIDEOGRAPHER:  Yeah.  Sorry.  Off the

24      record at 2:30 p.m.

25              (Break was taken.)



Page 182



24        Q.   Okay.   That makes sense.   Thanks for
25   clarifying.



Page 183





Page 184

████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████

███████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████

7      A.  Yes.

8           ELECTRONIC VOICE:  I'm sorry.  There's been

9   an internal error.  You will be disconnected now.

10  Goodbye.

11          THE VIDEOGRAPHER:  Rebecca must -- Kevin,

12  this is the videographer.  Can we briefly go off the

13  record for a second?

14          MR. NAZAROV:  We got disconnected.

15          THE VIDEOGRAPHER:  Okay.  We're going off

16  the video record.  The time is 2:45 p.m.

17          (Break was taken.)

18          THE VIDEOGRAPHER:  We're back on the video

19  record.  The time is 2:49 p.m.  Counsel, you may

20  proceed.

21      Q.  (BY MS. CASSLER)  Mr. Harris, you understand

22  that you're still under oath, right?

23      A.  Yes, I understand.

24      Q.  Great.  So going back to our discussion about

25  metering and staff, could you -- do you have any way to



Page 185

1    estimate how many staff hours have been used staffing

2    the limit line since metering started?

3              MR. NAZAROV:  Objection, form.

20         Q.  (BY MS. CASSLER)  Okay.  Let's just do some

21   rough math together.

22              Is it true that each port has at least one

23   bridge that's open 24/7?

24              MR. NAZAROV:  Objection, form.

25         A.  No, that's not true.  Rio Grande City Port of



Page 186

1    Entry does not have a 24/7 bridge, but I believe the

2    other seven ports would have at least one bridge that's

3    open 24 hours a day.

4         Q.  And some ports have two bridges that are open

5    24 hours a day, right?

6         A.  Yes.

7         Q.  Okay.  So if we said -- let's say there are

8    eight bridges.  I know that's probably an undercount,

9    but is it fair to say there are at least eight bridges

10   that are open 24 hours a day in LFO?

11        A.  Yes, that's -- that's fair.



Page 187

█

█

█

█

█

█

█

█

█

10          A.   Could we have used those staff hours to

11     accomplish other missions if we weren't required to

12     staff the limit line?  Was that the question?

13          Q.   Yep.

14          A.   Well, yes, we would have used the hours in some

15     other method, yes.

16          Q.   Uh-huh.  And could those hours have been used

17     to do -- to process additional migrants if there were no

18     limit line to staff?

19          A.   They could have been used for anything, but, I

20     mean, they -- they could have been, yes.  Would they

21     have been?  No, I can't attest to that.  But is it

22     possible?  Yes.

23          Q.   Okay.  Moving on from staff hours, have there

24     been expenditures in addition to staff time required to

25     implement -- implement metering in LFO?



Page 188

1                    MR. NAZAROV:  Objection, form.





Page 189

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

6       Q.  Okay.  Let's talk about circumventers.  When I

7    refer to a circumventer, you understand that to be a

8    person who evades inspection at the limit line, either

9    on foot or in a vehicle?  That sound right?

10     A.  Yes, understand.

11     Q.  Uh-huh.  And circumventing didn't exist before

12    queue management, right?

13            MR. NAZAROV:  Objection, form.

14     A.  Yes.  No, we didn't use that term before queue

15    management.  We've had what we call port runners, people

16    who tried to run through a port of entry either on foot

17    or in vehicle.  But the term "circumventer," no, I don't

18    think it was used prior to queue management.

19     Q.  (BY MS. CASSLER)  Okay.  And, I mean, that

20    would make sense because the documents tend to talk

21    about circumvention specifically in relation to

22    circumventing the queue point, right?

23     A.  That would be my understanding, yes.

24     Q.  Sorry.  Just one second.

██           ████████████████████████



Page 190





Page 191

1          Q.  (BY MS. CASSLER)  Okay.

2          A.  But, once again, I can't recall anything

3     off -- you know, and nothing's coming to mind where --

4          Q.  Uh-huh.

███              █████████████████████████████

███         ██████████████████████████

███              ████████████████████████████

███         ███████████████████████████████

███         ██████████████████████████████

███         █████████████████████████████████

███         ████████████████████████████████

███                  ████████████████████

███              ███████████████████████████

███         ██████████████████████████

███              ██████████████████████████████

███         ██████████████████████████

███         ████████████████████████████████████

███         ████████████████████████████████████

███                  ██████████████████████

███              ████████████████████████████

21          Q.  (BY MS. CASSLER)  Uh-huh.  So you mentioned

22     port runners a few minutes ago.  So before metering,

23     what you referred to as port runners, those people were

24     trying -- or would be trying to completely evade

25     inspection, right?



Page 192

1          A.   Right.  A port runner, an EWI.  An entry

2     without inspection is an acronym we often use,

3     but -- but, yeah.

4          Q.   Uh-huh.  Uh-huh.

5          A.   Generally yes.

6          Q.   So those people weren't trying to get

7     inspected; they were trying to get away from inspection.

8     Is that fair to say?

24                    MR. NAZAROV:  Objection, scope.

25          A.   I would agree with that, yes.



Page 193

 1       Q.   (BY MS. CASSLER)  And now let's move into the

 2   period in which metering is happening, so 2018 and on,

 3   metering pursuant to the memos we've discussed.

 4              So the circumventers, during the metering

 5   period, they want to be inspected, right?

 6       A.   Yes.

 7       Q.   Uh-huh.  Their reason to circumvent is to get

 8   in front of an officer and claim fear, right?

 9              MR. NAZAROV:  Objection, form.

10       A.   Generally, yes, I would suspect that to be the

11   case.

12       Q.   (BY MS. CASSLER)  The vast majority of

13   circumventers during metering have been seeking

14   inspection, right?

15              MR. NAZAROV:  Objection, form.

16       A.   Well, I mean, after the fact, that's easy to

17   determine, but, you know, while the attempt is going on,

18   we really don't know what's -- what's happening.



Page 194



1        Q.   Thanks for that correction.

25                    MR. NAZAROV:  Objection, form.



Page 195

1          A.  I don't recall.  There's been certain -- I

2    mean, a -- a report on a particular incident would

3    include, you know, the details of the incident.  But as

4    far as field-office-wide or, you know,

25          A.  Yeah.  So generally -- and, once again, it's --



Page 196



21        Q.  Uh-huh.  Yeah.  So my understanding of metering

22   is that it's based on a concept of processing when

23   there's capacity, right?

24        A.  Based on a process of what?

25        Q.  Metering is supposed to be based on the idea of



Page 197

1    processing when there's capacity to process, right?

2         A.  Yeah.  So your metering is going to -- I don't

3    know about based on, but it -- your operational

4    capacity, your capacity to process migrants, you're

5    going to use the queue management to manage that

6    capacity, yes.

7         Q.  But isn't it the case that ports that

8    experience high levels of circumvention often end up

9    processing well above their stated detention capacity?

10            MR. NAZAROV:  Objection, form.

11        A.  Well, yeah, the -- the circumvention could lead

12   you to have more cases in custody and in process than

13   you would like to based on your detention or your

14   holding capacity or your operational capacity.  That

15   could --

16        Q.  (BY MS. CASSLER)  So --

17        A.  -- be the case, but not necessarily.

██   ████████████████████████████████████████████████

██   ███████████████████████████████████████████████

██   ██████████████████████████████████████████████

██   █████████████████████████████████████████████████

██   ██████████████████████████████████████████

██   █████████████████████████████████

24            MR. NAZAROV:  Objection, form.

25        A.  No, that wouldn't surprise me.



Page 198

1     Q.   (BY MS. CASSLER)   So I'm curious where the

2     capacity to process those people comes from if the ports

3     are at capacity already.   Do you -- do you understand my

4     question?

5     A.   Yeah, I understand the question, but -- well,

6     frankly, if -- you're saying their -- the capacity

7     numbers they indicate are higher than what their stated

8     capacity is.   Okay.   So you got to keep in mind that

9     stated capacity is based on the number of holding cells

10    that are available.   You know, it's not -- so they're

11    going to basically be holding people in areas that are

12    not designated holding cells, they're not identified

13    holding cells for holding persons undergoing this

14    migrant processing.   So they will be holding people in

15    other areas.

16    Q.   Okay.   And it's true that if a circumventer

17    reaches U.S. soil, CBP has to process them, right?

18    A.   That's always been our guidance, yes.

19    Q.   Okay.   Circumventing also creates safety issues

20    for officers, right?

21    A.   So a migrant who, yeah, attempts to evade our

22    officers, isn't following -- isn't compliant with their

23    commands, yes, it can create safety issues for our

24    officers.



Page 199

7       Q.  Circumventing can also slow down vehicle

8   traffic at ports, right?

9       A.  It can, yes.

10      Q.  And that would be primarily due to pedestrians

11  in the car lanes, right?

12              MR. NAZAROV:  Objection, form.

13      A.  Yes, a pedes- -- the -- the situation you

14  described would be the circumventer, the migrant,

15  running into a car lane.  So presumably the cars are

16  going to start slowing down, stop.

17      Q.  (BY MS. CASSLER)  Uh-huh.  Has circumventing

18  ever led to increased wait times at LFO ports?

19              MR. NAZAROV:  Objection, form.

20      A.  I don't know if we've ever -- I would say so,

21  yes.

22      Q.  (BY MS. CASSLER)  Okay.  Let's talk

23  specifically about Pharr and Anzalduas.  Am I saying

24  those right?

25      A.  Pharr, Anzalduas, yes.



Page 200

1     Q.  I've been sitting there thinking, "Well, how do
2   I say that word?"  I was dreaming about it.
3           So in April 2019, was there queue
4   management happening at Pharr Bridge?
5     A.  I believe so, yes.
6     Q.  In April 2019?
7     A.  April 2019?  You know what, I'm not certain.
8   They have conducted queue management at Pharr.  They
9   haven't always conducted queue management at Pharr, but
10  they have conducted queue management operations at
11  Pharr.  So I would -- I can't say for certain, but I
12  will be inclined to say that they were.
13    Q.  Okay.  And what about at Anzalduas?  Was there
14  queue management in April 2019, at that time?
15    A.  Yes, there should have been queue management in
16  Anzalduas in April 2019.



Page 201

▮ ████████████████████████████████

▮ ██████████████████████████████████████

▮ ██████████████████████████████████████

▮ ████████████████████████████████████████

▮ ██████████████████████████████████████

▮ ██████████████████████████████████████

▮ ████████████████

8        Q.   Uh-huh.  Does Pharr have a pedestrian walkway?

9        A.   I do believe they have an older pedestrian

10   walkway.  I -- I can't picture the layout of the -- the

11   port right now, but one of our ports had the same or

12   similar design standards, and a lot of those cargo

13   bridges were built with -- it -- it's probably referred

14   to as a pedestrian walkway, but it's kind of a -- a

15   foyer -- a foyer with entries into the -- the passenger

16   area.

17        Q.   Uh-huh.

18        A.   It very well may, yes.

19        Q.   Okay.  But it's a really long bridge, right?

20        A.   Right.  It's a long bridge, and it doesn't

21   process pedestrian traffic as a -- a course of business.

22   It's not their -- what it's intended for.

▮ ████████████████████████████████████████

▮ ████████████████████████████████████

▮ ████████████



Page 202





Page 203

1    Q.  Uh-huh.  When did queue management start at

2    Pharr?

3    A.  I cannot give an exact date, but it would have,

4    you know, definitely been after June 2018 when we

5    started having more people arrive in Pharr and

6    Anzalduas.  I can't give an exact date.

7    Q.  Okay.  And is that the same answer if I asked

8    you when did queue management start at Anzalduas?

9    A.  It's going to be the same answer, yes.

10   Q.  What does the queue point consist of at Pharr?

11   A.  I am trying to remember exactly what it looks

12   like, and I cannot.  I'm sorry.  At Pharr -- at Pharr,

███  ████████████████████████████████████████████████

███  ████████████████████████████

15   Q.  That's all right.

16   A.  It's going to be in the middle of the bridge,

17   the line of demarcation.  But what actual infrastructure

18   we have there, if any, I can't recall right now.

███       ████████████████████████████████████

███  █████████████████████████████████████████

███  ████████████████████████████████████████████

███  ████████████

███       ███████████████████████████████

███  ████████████████████████████████████████████

███  ███████████████████████



Page 204



11      Q.   Okay.   Is CBP still metering at Pharr and

12   Anzalduas?

13      A.   As far as I know, yes.



Page 205



```
20        Q.   Okay.   Did LFO -- or I guess it would be

21   specifically the Hidalgo Port of Entry have to rearrange

22   its resources in order to make metering at Pharr and

23   Anzalduas feasible?
```



Page 206



```
13   I guess I'd ask what you mean by "services."

14        Q.  Just other port functions.  I think it could be

15   passenger processing, it could be cargo, it could be

16   other inspections, could be enforcement.

17        A.  I mean, if -- if that's how you're defining

18   services, then, yes, something would have had to have

19   been, you know, curtailed.

20             MR. NAZAROV:  Rebecca, I'm sorry to

21   interrupt.  I hate it when people ask me this during

22   depositions, but we've crossed about the six-hour mark.

23   And I realize we had about 50 minutes in breaks there.

24   Just to give us a ballpark, do you guys have a bunch

25   more?
```



Page 207

```
 1                    MS. CASSLER:  Sarah, what -- how much time
 2    have we used up on the record; do you know?  I think
 3    Sarah's been keeping time.
 4                    MR. SAMPAT:  I'm calculating it right now.
 5                    MS. CASSLER:  According to --
 6                    MR. SAMPAT:  Oh, yeah.  Go ahead.
 7                    MS. CASSLER:  I've got four -- 4 hours and
 8    40 minutes, uh-huh.
 9                    MR. NAZAROV:  I'm not saying you're not
10    entitled to more time.  I just wanted to check in a
11    little bit.  That's all.
12                    MS. CASSLER:  Sure.  I mean, we all want to
13    get out of here.
14                    MR. NAZAROV:  No.  I mean, you know --
15                    MS. CASSLER:  You know, I have to --
16                    MR. NAZAROV:  -- I hate it when people ask
17    me this question, so --
18                    MS. CASSLER:  No.  That's fine.  I think
19    I've probably got -- I've got less than an hour left,
20    and then Allison, I believe, has about an hour.
21                    MR. NAZAROV:  Okay.
22         Q.   (BY MS. CASSLER)  So just one more question
23    about Pharr and Anzalduas.
```



Page 208

███   ████████████████████

███      ███████

```
 3                    MR. NAZAROV:  Objection, form.

 4          Q.  (BY MS. CASSLER)  Yeah.

 5          A.  Yes.

 6          Q.  But it's technically possible for migrants to

 7   be processed at those ports, right?  At those crossings,

 8   right?

 9                    MR. NAZAROV:  Objection, form.

10          A.  Is it possible?  Yes.  If they were, you know,

11   within the U.S., we encountered them already within the

12   U.S., and, you know, a migrant, you know, made -- made

13   the claim of fear or asked to be processed for asylum,

14   whatever, inside the U.S., then, yes, we would be able

15   to process them at those ports, or probably transported

16   to Hidalgo for processing, but -- but, yes, they would

17   be processed.

18          Q.  (BY MS. CASSLER)  Uh-huh.  When a circumventer

19   is prevented from crossing the international boundary,

20   does that person get advised about the list?  Does that

21   make sense?

22          A.  When -- can you state that question again,

23   please?

24          Q.  Yeah.

25                    So let's say we're at a port of entry and
```



Page 209





Page 210

1    envisioning what you're --

2         Q.  No, I think you got it.

3         A.  Okay.  Thank you.

4         Q.  And some officers would advise about the

5    existence of the wait list, right?

6         A.  I would say so, yes.  But more than likely,

7    the -- the migrant already knows about it and knows the

8    proper thing to do.  They just, you know, are trying

9    their hand at -- at getting across.



Page 211

1    Laredo Bridge 2, I'm familiar with just because they

2    don't have, you know, pedestrians; they don't have

3    commercial.  It's just solely vehicular traffic.

4        Q.  And -- and can you just explain how vehicle

5    queue management works?  I'm having a little trouble



Page 212

```
1        Q.   Okay.  So --

2        A.   It's --

3        Q.   Sorry.  Go ahead.  It's delayed --

4        A.   Well, it's --

5        Q.   -- on my end.

6        A.   Yeah.  It's a -- it -- it -- it's not as -- not
```



Page 213



25          Q.  Let's move on from that.  Oh, actually, I have



Page 214



19        Q.   All right.   Let's go to an exhibit we haven't

20   looked at yet, Exhibit 238.

21             MS. CASSLER:   I think Sarah is going to

22   send that momentarily.

23        Q.   (BY MS. CASSLER)   I'm showing you what will be

24   marked as Exhibit 238.   It's a two-page document

25   starting with Bates No. AOL-DEF-00094682, and this is a



Page 215

███████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████

███████████

5                 MS. CASSLER:  Ari, have you gotten it?

6                 MR. NAZAROV:  238, just got it.  Just hit.

7    Let me make sure --

8                 Mr. Harris, can you see that clearly?

9                 THE WITNESS:  Yes, I can see it.

10                 MR. NAZAROV:  Are you able to read it?

11                 THE WITNESS:  Yes.

12                 MR. NAZAROV:  Okay.

13        Q.  (BY MS. CASSLER)  Who created this document?

14        A.  I would presume the port of entry.  It does not

15    look familiar, so I'm going to need to read it, the

16    comment on it.  If I -- if I've ever -- if I received

17    this document on e-mail or something, I don't -- I

18    don't -- I don't recall it.

19        Q.  Okay.  Take your time.  It's only two pages.

20        A.  Okay.  Thanks.  Could we go to the second page?

21                 Is -- there's not a third page, you said?

22        Q.  That's it.

23        A.  Okay.

24        Q.  All right.  Is it accurate to say that this

████████████████████████████████████████████



Page 216



```
21          Did I read that right?

22     A.  Yes.

23     Q.  And FAMU, that's a reference to family units,

24 right?

25     A.  That should be family unit, yes.
```



Page 217



25        A.   Yeah.   That's exactly what I mentioned earlier



Page 218

1   when we were talking about the -- the memo, the document

2   that you showed.

3        Q.  Uh-huh.  And that would make asylum-seeker

4   processing more efficient, right?

5        A.  In this case, yes.  The way they describe it,

6   yes.



Page 219





Page 220



24          MR. NAZAROV:  Objection to form.

25          A.  I cannot say that with certainty because I'm



Page 221

████

2          Q.   (BY MS. CASSLER)  All right.  I'm nearly done.

3     I think I'm going to ask just a few more questions, and

4     then -- then we can take a quick break.  Does that sound

5     all right?

6          A.   That's fine with me.

7               MS. CASSLER:  Kevin, I think we're done

8     with that exhibit.

9          Q.   (BY MS. CASSLER)  Sorry.  Just a second.

10              On July 16th, 2019, DOJ and DHS implemented

11    an interim final rule providing that any non-Mexican

12    person entering the U.S. through the southern land

13    border is generally ineligible for asylum with a few

14    exceptions.  Are you familiar with that interim final

15    rule?

16         A.   The -- the rule -- the interim final rule, the

17    IFR, yes, I'm familiar with what you're talking about.

18         Q.   Uh-huh.  And that's the rule that -- I mean,

19    the major exception is if a person applied for and was

20    denied asylum in entering the country.  Are you familiar

21    with that?

22              MR. NAZAROV:  Objection, form.

23         A.   I know what you're talking about, yes.  I'm

24    familiar with it.

25         Q.   (BY MS. CASSLER)  Okay.  I'm just going to call



Page 222

1    it the transit rule just for efficiency sake.  Is that

2    okay?

3         A.  Sure.

4         Q.  So back in November 2019, the court in this

5    case granted a preliminary injunction prohibiting the

6    application of the transit rule to people who were

7    metered before July 16th, 2019.  Are you aware of that

8    injunction?

9                   MR. NAZAROV:  Objection, scope.

10        A.  Yes, I'm aware.

11        Q.  (BY MS. CASSLER)  How did you become aware of

12   that injunction?

13                  MR. NAZAROV:  Objection, scope.

█    ███████████████████████████████████████████

█    ███████████████████████████████████████████

█    ████████████████████████████████████████

█    ███████████████████████████

█    ███████████████████████████████████████████

█    █████████████████████████████████████

█    ███████████

21                  MR. NAZAROV:  Objection, scope.

22                  MS. CASSLER:  Do you want a standing

23   objection about scope?

24                  MR. NAZAROV:  Yeah, that's fine.

25                  MS. CASSLER:  Great.



Page 223



```
 1        Q.   (BY MS. CASSLER)  I'll ask the question again.




 6        Q.   Were there --

 7        A.   -- I'm sure --

 8        Q.   Oh, go ahead.








15             MR. NAZAROV:  Objection, form.
```



Page 224

████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████

5      Q.  (BY MS. CASSLER)  No, it's okay.  Okay.  Let's

6  move on to a different topic.

7              We talked about the list keepers in Mexico

8  earlier today.  Do you remember that?

9      A.  Yes.

████████████████████████████████████

██████████████████████████████

██████

██████████████████

██████████████████████████████████

████

█████████████████████████

██████████████████████████████████

██████████████████████████████

██████████████████████████████████

██████████████████

██████████████████

██████████████████

████████████████████████████

██████████████████████████████████

████████████████████████████



Page 225



4          MR. NAZAROV:  Objection, form.

11          MR. NAZAROV:  Objection, form.



Page 226

██  ████████████████████████

██    █████████████████████████████████████

██  ██████████████████████████████████████

██  █████████████████████████████

██    ███████████████████████████████████████

██  █████████████████████████████████████████

██  ██████████

██    ████████████████████████

██    ███████████████████████████████████████

██  ███████████████████████████████████████

██  ███████████████████████

██    ██████████████████████████████████

13          Q.  Moving on.  In July 2019, the United States

14  signed an asylum cooperative agreement, or ACA, with

15  Guatemala.  You're aware of that agreement, right?

16                MR. NAZAROV:  Objection, scope.

17          A.  Yes, I'm aware.

18          Q.  (BY MS. CASSLER)  And I'm asking you in your

19  personal capacity.

20          A.  I didn't hear that last --

21          Q.  In September --

22          A.  I didn't hear the last thing you said.

23          Q.  I'm -- I'm asking you about this in your

24  personal capacity, so your personal awareness.

25          A.  Right.


MAGNA
LEGAL SERVICES

Page 227

1       Q.  In September 2019, the United States signed

2   similar ACAs with Honduras and El Salvador.  And are you

3   aware of those as well?

4               MR. NAZAROV:  Objection, scope.

5       A.  I -- I may have heard of it, but primarily I'm

6   aware of the Guatemala ACA is what, you know, we refer

7   to.

8       Q.  (BY MS. CASSLER)  Uh-huh.  Has CBP ever applied

9   any of those ACAs to a noncitizen who entered the United

10  States at an LFO port?

11              MR. NAZAROV:  Objection, form.

12      A.  Yes.

13      Q.  (BY MS. CASSLER)  When was that?

14      A.  I don't remember exactly when we started with

15  ACA.  I don't remember if it was late last year or early

16  this year.  Sorry.  But it was -- it was a relatively

17  short period of time here in the LFO.  It was -- the

18  program was begun in some of the other field offices

19  prior to us, but I don't remember the exact date.

20  Sorry.

21      Q.  So the program that you're referring to is

22  applying the ACA to people who enter at the port; is

23  that right?

24      A.  Yes.  I would have been referring to the ACA.

25      Q.  Okay.  And is the ACA still being applied to



Page 228

1    people who enter at ports in LFO?

2        A.  Not that I'm aware of.

3        Q.  For how long was the ACA applied to people

4    entering at LFO ports?

5        A.  I don't recall.  There wasn't a -- it wasn't a

6    long period of time, but I don't recall.

7        Q.  When you say it wasn't long, do you mean it was

8    a number of days?  Weeks?  Months?

9            MR. NAZAROV:  Objection, form.

10       A.  Longer than days, probably longer than weeks.

11   I wouldn't say longer than months, but I -- I don't

12   recall when we started it.

13       Q.  (BY MS. CASSLER)  Which ports was this

14   happening at?

15           MR. NAZAROV:  Objection, scope.

16       A.  So it was rolled out at different -- at

17   different areas at different times, but I don't recall

18   at what -- I don't recall at what ports it was being

19   applied at.

20       Q.  (BY MS. CASSLER)  Was it at most of the ports

21   in LFO?

22       A.  Well, it would have definitely been at the

23   larger three ports that get most of the migrant traffic,

24   but -- and I do believe that it was, you know, rolled

25   out in the different areas at different times.  But it



Page 229

1    would have considerably been done at all the ports, yes.

2         Q.  Okay.

3              MR. NAZAROV:  Rebecca, can we take a break

4    for 10, 15 minutes?

5              MS. CASSLER:  I've got about three more

6    questions on this.

7              MR. NAZAROV:  Mr. Harris, can you do three

8    more questions, and then we'll take a break?  You

9    feel --

10             THE WITNESS:  Okay.

11             MR. NAZAROV:  -- okay?

12             THE WITNESS:  Yeah.

13        Q.  (BY MS. CASSLER)  Okay.  This'll be quick.  I

14   promise.

15             Do you know how many people were -- had the

16   ACA applied to them at LFO ports?

17             MR. NAZAROV:  Objection, scope.

18        A.  Off the top of my head, no, I don't know that

19   number.

20        Q.  (BY MS. CASSLER)  Would you say that it was

21   hundreds or less?

22             MR. NAZAROV:  Objection, scope and form.

23        A.  I'd say, maximum, low hundreds, but I don't

24   know that stat off the top of my head.  I'm sorry.

25        Q.  (BY MS. CASSLER)  Is that statistic in a report



Page 230

 1   somewhere?

 2        A.   It would be in a report somewhere, yes.

 3        Q.   Do you know what that report is called?

 4        A.   No, I don't.  We run lots of reports on stats.

 5   Presume it would have come up in one of those, but a

 6   specific name for that report, no.

 7        Q.   Is there a specific database that that

 8   information would have been entered into?

 9             MR. NAZAROV:  Objection, form.

10        A.   Yeah.  It would have been entered into

11   our -- our processing.  The codes would have been put

12   into SIGMA or USAC, and then that's where it would be

13   extrapolated from.

14             MS. CASSLER:  All right.  Let's -- we can

15   take a quick break.  And I've got maybe five minutes of

16   questions left.

17             MR. NAZAROV:  Okay.  It's 5:00 o'clock

18   here, 4:00 o'clock there.

19             THE VIDEOGRAPHER:  We are going off the

20   video record.  The time is 3:59 p.m.

21                 (Break was taken.)

22             THE VIDEOGRAPHER:  We are back on video

23   record.  The time is 4:17 p.m.  Counsel, you may

24   proceed.

25        Q.   (BY MS. CASSLER)  Hi, Mr. Harris.  You



Page 231

1    understand that you're still under oath, right?

2         A.  Yes.

3         Q.  So we've talked about how the limit line

4    position is staffed near the international boundary,

5    right?

6              MR. NAZAROV:  Objection, form.

7         A.  Yes.

█  ████████████████████████████████████

█  ██████████████████████████████████████

█  ██████████████████████████████████████

█  ████████████████████████████████████

█  ██████████████████████████████████████

█  █████████████████████████████████████

█  ██████████████████████████████

█  ████████████████████████████

█  ████████████████

█  ███████████████████

█  ███████████████████████

█  ██████████████████████████████

█  ██████████████████████████████

█  ██████████

22        Q.  (BY MS. CASSLER)  Okay.  If an officer staffing

23   the limit line permits a migrant to step foot into the

24   United States during that limit line conversation, so

25   when the person has just approached for the first time,



Page 232

1    that officer isn't doing the job correctly, right?

2        A.  If the migrant comes into the United States?

3        Q.  Uh-huh.

4        A.  Right.  The -- they need to be -- once they

5    step foot into the U.S., then our guidance has always

6    been then he should be taken into the port for -- to

7    complete their processing.

8        Q.  So officers staffing the limit line are

9    directed to prevent migrants from crossing that

10   international boundary, right?

11       A.  Yes.

12       Q.  Uh-huh.  And as you just stated, that's because

13   once they do cross the boundary, then they have to be

14   processed, right?

15       A.  Yes.

16       Q.  On the other hand, if an asylum seeker doesn't

17   cross the international boundary, there's no requirement

18   in CBP's view that the person be processed, right?

19       A.  Correct.

20       Q.  Uh-huh.  So in CBP's -- excuse me.  Sorry.

21           Is it fair to characterize the limit line

22   position as having the purpose of preventing migrants

23   from crossing the international boundary line?

24           MR. NAZAROV:  Objection, form.

25       A.  Well, that's for the purpose of allowing us to



Page 233

1    manage more effectively, you know, our intake at the

2    ports --

3         Q.  (BY MS. CASSLER)  Uh-huh.

4         A.  -- not just to keep them out indefinitely.

5         Q.  But there's no promises that anybody who's

6    metered at the limit line is going to make it onto the

7    list and eventually be processed, is there?

8              MR. NAZAROV:  Objection, form.

9         A.  So I think you're kind of complaining (sic) a

10   couple of different things there that I don't, you know,

11   see the relationship there between seeing how the limit

12   line you know, told you, you have to wait and then

13   making it on the -- you know, the list that's not

14   managed by us.  I don't see those as one issue, you

15   know, bleeding into the other.

16        Q.  (BY MS. CASSLER)  Okay.  So after a person is

17   not permitted to cross into the United States at the

18   limit line, it's not CBP's problem anymore, is it?

19             MR. NAZAROV:  Objection, form.

20        A.  So say -- say that one more time, please.

21        Q.  (BY MS. CASSLER)  I mean, you just testified

22   that there's no link between a person being turned away

23   at the limit line and their sitting on the list in order

24   to be processed; is that right?

25             MR. NAZAROV:  Objection, form.



Page 234

1      A.   Yeah.   CBP doesn't maintain that list or, you

2  know, have any say-so on who gets on it or -- or -- or

3  what.   So I don't see the --

4      Q.   (BY MS. CASSLER)  Uh-huh.

5      A.   -- I don't see the applicability of what

6  you're -- you're saying there.

7      Q.   Okay.   So the purpose of the limit line

8  position, just to be clear, is to prevent people from

9  crossing the international boundary, right?

10      A.   Well, the purpose of that queue management

11  position or limit line position, using interchange areas

12  to keep migrants from crossing the international

13  boundary and overwhelming our ports of entry, and, you

14  know, allowing us to maintain a safe and orderly process

15  for the people we already have in custody, allowing us

16  to use our resources effectively and efficiently.

17      Q.   But as long as somebody stays on the U- -- on

18  the Mexico side of that international boundary, CBP's

19  view is there's no duty to process them, right?

20           MR. NAZAROV:   Objection, form.

21      A.   As long as the person is on -- in Mexico, which

22  being on the Mexican side of the international boundary

23  line, they would be in Mexico, then, yes, we don't see

24  it as our mandate to -- to process them nor could we.

25      Q.   (BY MS. CASSLER)   There's no guarantee that an



Page 235

1    asylum seeker or migrant who's prevented from crossing

2    the limit line when they first approach will ever be

3    allowed into the United States, is there?

4            MR. NAZAROV:  Objection, form.

5        A.  Guarantee?  So that implies some sort of

6    something from us.  So, no.  They're told that, you

7    know, if someone is -- is metered, if they are prevented

8    from crossing the limit line at any particular time,

9    they're told that, "The port is at -- you know, at

10   current capacity.  We can't take you in right now for

11   processing.  You're going to have to, you know, wait in

12   Mexico."

13           Now, no, there's no guarantee implied or

14   has ever been implied.  I'm not sure what sort

15   of -- what sort of guarantee we would -- so, no.  The

16   answer to your question is:  No, there's no guarantee,

17   but I'm really not sure where you are.  We don't give a

18   person anything saying at some point in the future, you

19   might be processed here.  That's the way I interpret

20   you're using "guarantee."

21       Q.  (BY MS. CASSLER)  If a person, a migrant, were

22   allowed to cross the limit line, then they would be

23   guaranteed inspection and process ing, right?

24       A.  I'm interpreting guarantee as we are going to

25   take them in, inspect them, and process them, yes.


MAGNA
LEGAL SERVICES

Page 236

1    So...

2        Q.  I -- I think I'm using guarantee in the sense

3    of we can say we -- it's going to happen.

4                MR. NAZAROV:  Objection, form.

5        Q.  (BY MS. CASSLER)  Does that make sense to you?

6        A.  Yeah, that makes sense.  I'm sorry.  It's the

7    same answer.  If a person comes into the United States

8    and at that point makes a claim of a fear, they ask for

9    asylum, whatever the case is, then, yes, they would be

10   processed appropriately.

11               MS. CASSLER:  I think we can stop there.

12   And my colleague, Allison Parr, has questions about

13   Topic 15, so I'm going to mute, and Allison will take

14   over.

15               MS. PARR:  Thank you, Becky.

16                        EXAMINATION

17   BY MS. PARR:

18       Q.  Good afternoon, Mr. Harris.  My name is Allison

19   Parr, and I also represent Plaintiffs in this case.

20               You testified at the beginning of your

21   deposition that you were designated as the CBP

22   representative to speak to Topic 15 today, correct?

23       A.  Yes.

24       Q.  I apologize.

25               MS. PARR:  Is my video working?



MAGNA
LEGAL SERVICES

Page 237

1          MR. NAZAROV:  Yeah, you're fine.

2          MS. PARR:  Oh, thank you very much.

3     Q.  (BY MS. PARR)  And do you feel prepared to

4     testify as to Topic 15?

5     A.  Could you repeat what Topic 15 was?

6     Q.  Topic 15 concerns communication -- one moment

7     here.

8          Topic 15 considers -- concerns your

9     communications with:  "Instituto Nacional de Migración

10    ("INM"), Comisión Mexicana de Ayuda a Refugiados

11    ("COMAR"), Grupos Beta, or any other Mexican government

12    agency concerning metering, queue management, or

13    Turnbacks."

14         Do you feel prepared to testify on this

15    topic today?

16    A.  As well as I can, yes.

17    Q.  Thank you very much, Mr. Harris.  And the same

18    rules that Ms. Cassler laid out the -- at the beginning

19    of her questioning also apply to mine.  So verbal

20    responses.  If you don't understand something that I

21    said, please let me know, and I will do my best to

22    rephrase it.



Page 238



25        Q.  Okay.  But as you testified previously, it is



Page 239

█

█

█

█

5      Q.  Great.  Thank you.  I would like to show you

6   what we have marked Exhibit No. 247.

7           MS. PARR:  Mr. Nazarov, Ms. Rich will be

8   sending that over to you shortly.

9      Q.  (BY MS. PARR)  And this document bears the

10  Bates No. AOL-DEF-00576995.  I would like to scroll --

11          MR. NAZAROV:  Now, how --

12     Q.  (BY MS. PARR)  -- to the second --

13          MS. PARR:  Yes.

14          MR. NAZAROV:  Now, hold on a second.

15          Mr. Harris, are you able to see the

16  document 'cause I can see very little of it?  It's very

17  small print.

18          THE WITNESS:  Yeah, I can see the -- the

19  first page.  I'm not sure how many pages it has.

20          MS. PARR:  There's only two pages.

21          MR. NAZAROV:  Okay.

22          MS. PARR:  And I'm -- I'm going to show

23  little portions of it at a time because it's an e-mail

24  chain.

25          MR. NAZAROV:  Well -- okay.  I want him to



MAGNA ▶
LEGAL SERVICES

Page 240

1    have the opportunity to read all of it before you do

2    that maybe.

3              MS. PARR:  Oh, certainly.

4              Kevin, if you could please blow up the top

5    exchange from Frank Longoria to the chain of officials

6    there.

7              MR. NAZAROV:  Mr. Harris, do you want to

8    take some time to read the entire two-page document?

9              THE WITNESS:  I would like to, yes --

10             MR. NAZAROV:  Okay.

11             THE WITNESS:  -- to see the total document.

12        Q.  (BY MS. PARR)  Certainly.  Please let me know

13   when you're finished.

14             MR. NAZAROV:  Do you need to blow it -- do

15   you need them to blow it up anymore, Mr. Harris, or you

16   can -- you can read it?

17             THE WITNESS:  No, I'm good on this one.

18             MR. NAZAROV:  Okay.

19             Allison, we got the document.  Thank you.

20             MS. PARR:  Thank you.

21        A.  I'm ready for the second page whenever you are.

22   Okay.  I'm good whenever everyone else is.

23        Q.  (BY MS. PARR)  Thank you, Mr. Harris.  Just for

24   the record, I -- I want to state that the document that

25   we have marked as Exhibit No. 247 to your deposition



Page 241

1    bears the Bates No. AOL-DEF-00576995.  And I would

2    actually like to start with this second page of the

3    document that we're currently on.

4              MS. PARR:  Kevin, could you please blow up

5    the -- the very first e-mail communication?

13             Did I read that correctly?

14        A.  Yes.

15        Q.  Do you have any reason to doubt the accuracy of

16   the information contained in this document?

17        A.  I don't.

25             Is that correct?



Page 242

1        A.   Yes.

2        Q.   And could you please clarify or just confirm

3   for me, please, that Mr. Longoria was the assistant

4   director of field operations at LFO; is that correct?

5        A.   Yes.



Page 243

1              Did I read that correctly?

2       A.  Yes.

3       Q.  Great.  Thank you so much.

4              MS. PARR:  Now I would like to scroll up to

5    the -- to the first page at the bottom of that page.

6    Actually, Kevin, further down.  Sorry.

7       Q.  (BY MS. PARR)  So I'm looking at the

8    November 14th e-mail from Juan Chavez to a number of

9    people, including yourself, Mr. Harris.

10             MR. NAZAROV:  Mr. Harris, can you -- can

11   you see that clearly?

12              THE WITNESS:  I can now, yes.

13             MR. NAZAROV:  Okay.

14             MS. PARR:  Thank you.

15      Q.  (BY MS. PARR)  This e-mail states -- in this

██    ████████████████████████████████████████

██    ██████████████████████████████████████████

██    ██████████████████████████████████████

██    ████████████

██                        ████████████████

██              ████████████

22      Q.  And Mr. Chavez was the assistant port director

23   for the Laredo POE at the time, right?

24      A.  Yeah.  He was assistant port director for

25   passenger processing operations.



Page 244





Page 245



```
 7        A.  So can you say that again, please, especially
 8   the last part?  Sorry.
 9        Q.  Oh, no.  Of course.
```

```
15             MR. NAZAROV:  Objection --
16        Q.  (BY MS. PARR)  -- is that right?
17             MR. NAZAROV:  Objection, form.
```







Page 247



24        Q.   Thank you for that explanation, Mr. Harris.

25   That's really helpful.



Page 248



```
18              MR. NAZAROV:  Objection to form.

19         A.  Yeah, I -- I wasn't following about the second

20    half of your -- your statement there -- your question.

21    I'm sorry.

22         Q.  (BY MS. PARR)  I apologize.

23         A.  No problem.
```



Page 249



```
 7        Q.   (BY MS. PARR)  Do you know -- I apologize.

 8   Please continue.

 9               MR. NAZAROV:  Please allow him to answer

10   the question.

11               Go ahead, Mr. Harris.
```

```
24        Q.   (BY MS. PARR)  Do you know who that

25   individual -- I apologize.  I'm sorry for interrupting.
```



Page 250





Page 251





Page 252

1            MR. NAZAROV:  Objection to form.



25            Q.  Thank you, Mr. Harris.  You mentioned that the



Page 253



25                          MS. PARR:  Mr. Nazarov, is there a way for



Page 254

1    me to have better phrased that question?

2              MR. NAZAROV:  You asked him a question --

3    off the top of my head, I don't have a way for you.

4    You're asking about should the communications outside of

5    the three ports that is the scope that he is answering

6    for.  He's also saying he doesn't know, and you're

7    asking him to speculate.  So off the top of my head, I

8    don't know how you would rephrase that question.

9              MS. PARR:  It's my understanding that

10   Mr. Harris is here as the 30(b)(6) deponent for the

11   entire Laredo LFO.  And that would include all of the

12   ports of entry within it, correct?

13             MR. NAZAROV:  Well, I'm not sure.  It seems

14   like your questions are for CBP for all ports.  That's

15   how I -- I'm reading your questions.  And they're

16   also -- they're asking for speculation on his -- on

17   his -- he's speaking on behalf of Laredo Brownsville and

18   Hidalgo, and you're asking him to speculate.

19             I'll say this, Allison:  Why don't you just

20   let me make my objection because we're getting kind of

21   to the end, and I'm worried about him a little bit as

22   far as exhaustion.  So why don't you just ask your

23   questions, I can have a standing objection, and that way

24   we can get through it.  How about that?  And then we

25   can --



Page 255

1          MS. PARR:  That sounds good to me.

2          MR. NAZAROV:  We'll -- we'll talk about it

3    later if it's an issue.  Okay?  So why don't I --

4          MS. PARR:  Okay.

5          MR. NAZAROV:  -- do a standing scope

6    objection, and I'll only chime in if I think there's a

7    form objection, and then we'll just deal with it at the

8    other end.  Okay?

9          MS. PARR:  Thank you.  That works for me.

10     Q.  (BY MS. PARR)  So I -- I would like to go next

11   to -- oh, sorry.  Mr. Harris, I just wanted to clarify

12   that when I'm asking about all ports, I am not asking

13   about all ports at the U.S.-Mexico border.  I'm asking

14   about all ports that are within your purview, so all of

15   the ports within the Laredo Field Office.  Does that

16   make sense?

17     A.  Yes.

18     Q.  Thank you so much.  I would like to show you

19   Exhibit 249.  This document bears the Bates No.

20   AOL-DEF-00563847.

21          MS. PARR:  And, Kevin, if we could scroll

22   to the bottom of the second page of the document, which

23   is Bates No. AOL-DEF-00563848.

24     Q.  (BY MS. PARR)  There's an e-mail sent from

25   CBP -- sorry -- CBP-CAT, dated November 17th, 2016, sent



Page 256

1    to certain LFO personnel, including Mr. Longoria; is

2    that correct, Mr. Harris?

3              MR. NAZAROV:  I'm sorry.  I'm sorry to

4    interrupt.  We -- we don't have that document.  I also

5    want Mr. Harris the opportunity to read the entire

6    document before you launch into a question on a small

7    part of it, if that's okay --

8              MS. PARR:  Certainly.

9              MR. NAZAROV:  -- with you.  Okay.  Thank

10   you.

11             Mr. Harris, would you like the opportunity

12   to skim through the entire document?

13             THE WITNESS:  Yeah.  It doesn't seem to be

14   that long.  Yes, I would.

15             MR. NAZAROV:  Okay.

16             And we just got the document, so thank you

17   very much, Allison, and -- and Sarah.

18             Yeah.  Mr. Harris, why don't you just take

19   an opportunity to look through this document and kind of

20   orient yourself with it, and then -- and then we'll go

21   from there.  Thank you.

22        A.  Okay.  I've read the first section.  If you

23   could move it up some, please.  Okay.  You can move it

24   up, please.  Okay.  I've got that section.  Okay.

25        Q.  (BY MS. PARR)  Thank you, Mr. Harris.



Page 257

1          MS. PARR:  Kevin, if you could actually

2     blow up that.

3          A.  Okay.

4          Q.  (BY MS. PARR)  Mr. Harris, have you reviewed

5     the document in its entirety?

6          A.  Yes.

7          Q.  Great.  Thank you so much.

8          MS. PARR:  Kevin, I would actually like to

9     go to the last e-mail communication, which is at the

10    bottom of the page ending in Bates -- Bates 48.  Yes,

11    perfect.

12         Q.  (BY MS. PARR)  This is an e-mail from

13    Mr. Longoria asking -- I'm sorry.  This is an e-mail

14    from CBP-CAT asking that certain port directors provide

15    responses to this list of six questions, correct?

16         A.  Yes.

■     ████████████████████████████████████

■   ████████████████████████████████████

■   ██████████████████████████████████████

■   ████████████████████████████████████

■   ████████████████████████████████████

■   ███████████████████████████████

■   ████████████████████████████████████

■   ███████████████████████████

■         █████████████████



Page 258

1     A.  Yes.

2     Q.  And OTM is an abbreviation for other than

3     Mexicans; is that correct?

4     A.  Yes.

▮ ████████████████████████████████

▮ █████████████████████████████████████

▮ █████████████████████████████

▮ ██████████████████████████

▮ █████████████████████████████████████

10     A.  Yes.

11     Q.  Was reviewing this information part of your

12     role as a sup- -- in a supervisory role over programs

13     being implemented at the LFO?

14     A.  Okay.  Repeat that, please.

15     Q.  I'm sorry.  At the time of this e-mail, you

16     were in a supervisory program role; is that right?

17     A.  Yes.

18     Q.  And so it was -- it was your job to review all

19     of the answers to these questions?

20     A.  Right.  So what I would have been doing is

21     consolidating all the answers and putting them into one

22     document.

23     Q.  Do you know what that -- do you know what that

24     document would be called?

25     A.  It -- no, I don't.  It probably just -- the



Page 259

1    name of the document, no, I don't recall, but it would

2    have just been probably a Word document.  We would have

3    formatted it somehow, you know, attached it to an

4    e-mail, and responded to the CAT.

23        Q.   Thank you, Mr. Harris.  So I would like to look

24   at Mr. Chris Cantu's response, which is just above.  And

25   at the time that he sent this e-mail, he was the port



Page 260

1    director for the Roma Port of Entry; is that correct?

2        A.  Yes, that's correct.



Page 261

1    right?

2        A.  Yes.

3            MR. NAZAROV:  I'm going to have a standing

4    objection.  I believe we've objected to this, but go

5    ahead.  He can answer.

6            MS. PARR:  Thank you.



Page 262



20    of.

21                MR. NAZAROV:  Allison, I'd just like to

22    come in here.  I'm definitely not a math whiz, but I

23    just want to let you know we started at 10:23.  We took

24    about an hour's worth of breaks by my calculations.  So

25    we believe at about 6:23 or so is when the 7 hours runs.



Page 263

1    And I'm also a little bit worried about Mr. Harris right

2    now.

3                MS. PARR:  I only have a handful -- handful

4    of documents.

5                Sarah, what is your count on the time?

6                MS. RICH:  Yes.  This is Sarah Rich for the

7    plaintiffs.  I've been keeping time on the record, and

8    it's about -- it's six hours right now.  I don't think,

9    you know, Ms. Parr will be dragging this on

10   unnecessarily, so I think we'll be moving right along,

11   but we still have an hour.

12               MR. NAZAROV:  Well, that -- I mean -- okay.

13   I mean, I'm not going to argue with you guys.  I

14   definitely want you to have your time.  I understand you

15   did your calculations.  I did my calculations.  So, you

16   know, I'm coming out with eight hours, and we took about

17   an hour of breaks.  Now, did I count every five-minute

18   break?  Most of them, I did.  But -- okay.  Allison, I'm

19   going to let you go and continue with your questions.

20               MS. CASSLER:  Noah -- excuse me.  Noah kept

21   time as well, right, the official time?

22               THE VIDEOGRAPHER:  Yeah, I've kept time

23   too.  I have six hours and one minute.

24               MR. NAZAROV:  Okay.

25               THE VIDEOGRAPHER:  The -- the -- that's the



Page 264

1    total time for being on the video record.

2                   MR. NAZAROV:  We -- we had a lot of stuff

3    off the record too.  I mean, that should count.  And we

4    had to wait 30 minutes for the videographer.  Again, I'm

5    not -- you know, I'm going to let you ask questions, of

6    course.

7                   MS. PARR:  Thank you.  I'll get back to

8    that then.

9        Q.  (BY MS. PARR)  Let's see.  I wanted to scroll

10   up to see the top of this document, the second to top

11   actually, an e-mail that you sent in response to

12   Mr. Cantu.



21       Q.  Oh, apologies.  I -- I actually didn't think

22   about this.

23                  Going to the -- the top of this, of the

24   second page, the e-mail from Chris Cantu to you at

25   12:07 p.m. on the 17th of November, Mr. Cantu is



Page 265

███████████████████████████████████████████████

█████

████████████████████████████████

█████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

11          Q.   Is there a mode of communication between CBP

12     officers within the Laredo OFO and -- and INAMI or other

13     Mexican officials?

14          A.   Can you state that question again, please?  I

15     didn't hear the beginning.

████████████████████████████████████████████

██████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████



Page 266



21          But, as you know, we've made claim more

22   than once it was, you know, communicated to ports that

23   any sort of metering had to be done at the line of

24   demarcation.  And by metering, I should probably say

25   turnbacks, that they shouldn't be turning people back



Page 267

1    from within the U.S.  We don't really use the term

2    "turnback" in the LFO, but I know that I -- I've seen

3    that on the -- the documents, the -- the documents on

4    what it would be that were read this morning.

[REDACTED]

11            MR. NAZAROV:  Objection, form and scope.

12    A.  So I'm going to ask you to repeat that

13    question, but I'm going to say that I -- I don't agree

14    with that statement, though.  Could you ask it again,

15    please?

16    Q.  (BY MS. PARR)  Oh, yes, of course.

[REDACTED]

22            MR. NAZAROV:  Object --

23    A.  Yes, from this --

24            MR. NAZAROV:  -- on the scope --

25            Let me object.



Page 268

1          Objection, scope and form.

2          Go ahead.

19     Q.  Thank you.

20          MS. PARR:  I'm finished with this document.

21     Q.  (BY MS. PARR)  I'd like to direct your

22     attention to what will be marked as Exhibit 250 to your

23     deposition.

24          MR. NAZAROV:  All right.  Allison, let's do

25     this again.  We still have not received it.  I would



Page 269

1    like to -- Kevin to blow it up so that Mr. Harris can

2    read the entire document, if you don't mind.

3                    Mr. Harris, are you able to see that?

4                    THE WITNESS:  Yes.

5                    MR. NAZAROV:  Okay.  Take your time reading

6    the entire document, please.

7                    MAGNA TECH:  It's a few pages.  Let me know

8    when you're done with this e-mail, and then we'll scroll

9    up again.

10                    THE WITNESS:  I will.  Thank you.

11                    MR. NAZAROV:  Allison, are you guys sending

12   it to us?

13                    MS. PARR:  Yes.

14                    MR. NAZAROV:  Thank you.

15                    MS. RICH:  I'm sending all the exhibits as

16   they are coming up.  It's just taking a second to get

17   through servers.

18                    MR. NAZAROV:  Of course.  Thank you, Sarah.

19                    THE WITNESS:  I've read that first section.

20                    MR. NAZAROV:  Okay.  We got it.

21                    MS. PARR:  Thank you.

22                    THE WITNESS:  Okay.  I've read this

23   section. Okay.  Okay.  Okay.  Okay.  Okay.  Okay.

24   Okay.  Okay.  Okay.  Okay.  Okay.  Okay.  Okay.  Okay.

25   Okay.  Thank you.  Got it.  Thank you.  Okay.  Okay.



Page 270

1    Okay.  Okay.

2         Q.  (BY MS. PARR)  Great.  Thank you, Mr. Harris,

3    for reviewing this correspondence.

4              So in -- this e-mail is from George

5    Calderon, who is a CBP employee -- a program manager and

6    border security at the LFO; is that correct?

7         A.  Yes, that's correct.

8         Q.  And I just got to state for the record that

9    this is the document that we have marked as Exhibit 250

10   to your deposition, which bears the Bates No.

11   AOL-DEF-00579234.

12             And this e-mail message dated August 17th,

13   2018, from George Calderon was sent to Jesus Barrera and

14   cc'd a number of people, including yourself, correct?

15        A.  Yes.

25        Q.  Do you have any reason to believe that it did



Page 271

```
1    not occur?

2         A.  I don't have a reason to believe -- to believe

3    either way.  It -- it may have, yes.  I -- I don't know.
```



Page 272

1    representation; I just don't know who.





Page 273





Page 274



4          Q.    (BY MS. PARR)   Thank you, Mr. Harris.   I







Page 276

1       Q.  Thank you, Mr. Harris.  And I just finally want

2    to draw your attention to the last page of this

3    document, the correspondence -- I'm sorry.  Not the last

4    page of this document, the second-to-last page, ending

5    in 00579240.

6              I'm looking specifically at the June 5th,

7    2018, e-mail message from Shawna Garrison to Calderon.

8    I -- actually, I apologize.  That's not the right --

9    that's not the right message.  It's at the top of the

10   page ending with Bates stamp 00579240.

11             MR. NAZAROV:  Hold on a second.  Is this it

12   (indicating)?

13             MS. PARR:  Yes.  This is right.

14       Q.  (BY MS. PARR)  I --

15             MR. NAZAROV:  I'm sorry.  I just want to

16   make sure Mr. Harris is able to see it.

17       A.  From Shawna Garrison --

18       Q.  (BY MS. PARR)  Mr. Harris, can you see?

19       A.  -- to -- I'm sorry.  I didn't mean to

20   interrupt.

21       Q.  Oh, no.  I apologize.  I just wanted to make

22   sure that you could see the document.

23       A.  Yeah.  So we're talking about from Shawna

24   Garrison to George Calderon, with William Plumer copied,

25   and it's June 5th at 9:41 a.m.?  Is that the one?



Page 277

1      Q.  Yes, that's correct.

2      A.  Okay.

3      Q.  So I just wanted to point your attention to the

4  last sentence of the e-mail where Ms. Garrison states:

5  "Many thanks for your assistance, this is aligned with

6  one of C1's top priorities."

7           She's referring there to the upcoming

8  Government of Mexico visit to the Laredo POE, correct?

9      A.  So -- yeah.  My interpretation is "this" being

10  this meeting would be aligned with one of the top

11  priorities of C1.

12      Q.  Could you explain a little bit more about that?

13  Who is C1?

14      A.  Can I explain a little bit more about?

15      Q.  Sorry.  Just about what you -- what you said.

16  Who is C1?

17      A.  C1 is going to be the commissioner of CBP.

18      Q.  Okay.  And how does this visit align with one

19  of his priorities?

20      A.  So I -- I don't know what his priorities were

21  in -- in the middle of 2018.  I don't know what they are

22  and if those priorities would have been -- I don't know

23  if it's agencies.  And sometimes agency heads will put

24  out, you know, documents saying, "Hey, these are my

25  priorities," a mission statement type of document.  But



Page 278

1    I don't know what -- which are the top priorities that,

2    you know, Shawna Garrison is referring to.

3        Q.   Thank you very much, Mr. Harris.  I just have

4    one more exhibit that I would like to look at with you,

5    and this is going to be marked Exhibit 251 to your

6    deposition.

7              MS. PARR:  And, Ari, you should be

8    receiving it shortly.

9              MR. NAZAROV:  Great.  I'm sorry to

10   interrupt.  I just wanted to make sure he's able to see.

11   Is this the new exhibit you're putting up?

12             MS. PARR:  Yes.

13             MR. NAZAROV:  The app?

14             MS. PARR:  Exhibit 251.

15             MR. NAZAROV:  Yeah.  I just want to give

16   him an opportunity again to just read the entire

17   exhibit, if you --

18             MS. PARR:  Okay.

19             MR. NAZAROV:  -- don't mind.

20             MS. PARR:  The exhibit is just a single

21   page.  That's absolutely fine.  And --

22             MR. NAZAROV:  Oh, okay.

23             MS. PARR:  -- for the record, this exhibit

24   bears the Bates stamp AOL-DEF-00585486.

25             MR. NAZAROV:  We got it.  251, right?



Page 279

 1                    MS. PARR:  Excuse me?

 2                    MR. NAZAROV:  We just got it.  It's 251?

 3                    MS. PARR:  That's correct.

 4                    MR. NAZAROV:  Thank you.  So I just

 5      want -- if Kevin could blow up so that Mr. Harris

 6      can -- can read this.  'Cause it seems kind of small

 7      here, but that might be my computer.  I don't know.

 8                    MAGNA TECH:  And, sir, if you can't read

 9      it, I can blow them up separately by e-mail if you'd

10      like.

11                    MR. NAZAROV:  Okay.  I'm -- I'm sorry I'm

12      again interrupting.

13                    Just as a matter of housekeeping, Sarah,

14      you just sent two -- they're not separate exhibits.

15      They're just two copies, right?  The same thing?

16                    MS. RICH:  Yes, I believe I accidently

17      attached the exhibit twice, but it's the same document.

18                    MR. NAZAROV:  Yeah.  I'm getting tired, so

19      I was wondering if I was seeing things pass twice.

20                    MS. RICH:  Just messing with your head,

21      Ari.  Just playing with him, right?

22                    MR. NAZAROV:  I know you are.  It's

23      working.  It's working.

24         Q.  (BY MS. PARR)  Mr. Harris, have you had a

25      chance to review the document?



Page 280

1        A.   Is it just the one page here?

2        Q.   Yes, it's just the one page.

3        A.   Yes.  Yes, I read the three -- the three

4    messages.

5        Q.   Great.  Thank you.  So I wanted to start at the

6    bottom of the page.  This is an e-mail from Chad Wesen.

24       A.   Yes.

25       Q.   And Mr. Barrera, is he the -- what was his role



Page 281

1    at Laredo?

2         A.  He's held several positions over the years, but

3    I think at this particular time, if you look at that

4    last -- the top of the message, it says chief of staff.

5         Q.  Thank you.  And Mr. Crawford?

6         A.  At that time, I believe he was the deputy port

7    director.



Page 282





Page 283

1        A.  Oh, yes.  As mentioned before, I made it a

2   point to save anything even remotely similar to this as

3   part of the litigation hold that we're under.

24              MR. NAZAROV:  Objection, form.

25              MS. PARR:  I apologize.  I'll restate that.





Page 284

24    Q.  I'm sorry.  Could you please repeat that?



Page 285



```
14        Q.  Okay.

15        A.  -- specifics to answer your question.  I'm

16   sorry.

17        Q.  Thank you so much, Mr. Harris.  I really

18   appreciate your time.

19              MS. PARR:  Can we go off the record just

20   very briefly?

21              THE VIDEOGRAPHER:  We're going off the

22   video record.  The time is 5:43 p.m.

23              (Break was taken.)

24              THE VIDEOGRAPHER:  We are back on the video

25   record.  The time is 6:10 p.m.  Counsel, you may
```



Page 286

1    proceed.

2              MS. CASSLER:  So should we -- we should

3    probably say we have no further questions.

4              MR. NAZAROV:  Okay.  Okay.

5                       EXAMINATION

6    BY MR. NAZAROV:

7         Q.  Okay.  Mr. Harris, what factors go into

8    operational capacity?

9         A.  So there's a lot of factors that go into

10   operational capacity.  And -- and first, I should

11   probably say it's never really been defined to us as to

12   what it is.  I've never seen a textbook of operational

13   capacity.  So the operational capacity of a port of

14   entry, a particular crossing, is going to be based on

15   the -- the number.  And so in context of asylum seekers

16   and context of migrant processing is the context

17   or -- which is what I'm going to presume, or just in

18   general?

19        Q.  Yes, that's --

20        A.  Okay.

21        Q.  -- the context.

22        A.  Okay.  So when you're looking at your

23   operational capacity to bring in migrants for

24   processing, you're going to be looking at a lot of

25   different factors, primarily what else is going on at



Page 287

1    the port, other mission sets that you have to fulfill,

2    also how many people you already have in custody,

3    whether or not they are migrant cases or other types of

4    admissibility cases, which we have the -- that -- that

5    same space comes into account, how much physical space

6    is available, which gets into the holding capacity or

7    holding -- the detention capacity we talked about.

8              But we also get a lot of other types of

9    cases that take up that same physical space as well as

10   the same processing computers.  The same officers that

11   would be processing the migrants are also processing

12   other types of admissibility cases.  We get a lot of

13   persons with fraudulent documents, for example.  And I'm

14   going to use the term "inadmissible" for just in general

15   the types of cases that are going to be processed in

16   these spaces.  You know, we process quite a lot of

17   inadmissibles in the LFO, over 49,000 last year, I

18   believe.

19             But anyway, so you're talking about people

20   with fraudulent documents, people that might have

21   legitimate documents that they obtained fraudulently,

22   might have people that are making claims to be an United

23   States citizen and we don't think they are, may have

24   wanted persons.  And there's lots of different types of

25   cases they can be processing.  Additionally, the type



Page 288

```
 1    and the makeup of the cases is going to affect that
 2    operational capacity.
 3             For example, if someone's, you know, a
 4    native Spanish speaker or if they speak English, that
 5    case is going to get processed a lot quicker than
 6    someone who speaks a language that our officers don't
 7    speak.  We get a lot of people from African nations.  We
 8    get a lot of people from the Middle East, Eastern
 9    Europe, and we have to get translators for all those
10    people, and that adds time to the process, which, you
11    know, is going to figure negatively into your
12    operational capacity numbers for a day.
13             Other things that might be going on at the
14    port, you know, outside of that, immigration secondary
15    processing, drug seizures, money seizures, weapons
16    seizures.  You get a lot of people that are Jeeped out
17    to the border patrol right now, and that's been the case
18    for, you know, several years with helping them out on
19    the -- other mission sets, we talked about those, you
20    know, earlier with the priorities.  The trade processing
21    is a -- you know, a really big thing in South Texas.
22             But I'd just say, in general, the people
23    that we have to dedicate to the other mission sets are
24    going to reduce your operational capacity in the
25    immigration realm, the migration processing.  Excuse me.
```



Page 289

1    But with the complexity of the cases, I touched on that

2    when I talked about the -- if a person doesn't speak

3    Spanish or English, if they're from another country, as

4    well as if a person has prior immigration or prior

5    criminality in their background, that's going to make

6    that case take longer.  That's going to take more

7    recesses -- more resources to request those documents.

8              If it's -- a family unit is going to take

9    longer and require more resources than, you know, a

10   single adult.  The same thing with a UAC, if it's what's

11   sometimes referred to as a vulnerable population.  So

12   this is going to figure into your -- your holding, and

13   now your operational capacity is affected by, you know,

14   what can that area really process, what can those cells

15   really hold.  If I get a UAC and there aren't any other

16   UACs around the same age currently in custody, then I

17   may have to dedicate a whole area just to that one

18   child.  The same thing with a family unit.

19             It's really hard to state this in general

20   terms, which is why I'm giving examples here.  But if

21   I've got, say, a male -- a family unit with a male head

22   of household who has children who are older and another

23   family unit with a female head of household who has

24   relatively young children, then I'm not going to be able

25   to detain them in the same detention areas or holding



Page 290

1    cells.  So that, you know, as well is going to figure

2    into my holding capacity as well as the operational

3    capacity.

4              The downstream process is a -- a big factor

5    that was alluded to earlier.  We talked to that a bit.

6    But if, you know, we're having to wait on USCIS, we're

7    having to wait on ERO, HHS, OOR for the UACs, the -- the

8    more time we have to wait on those other agencies, then

9    the further -- obviously, the longer our cases are going

10   to take to come -- come to completion.  Hospital runs

11   are a big time drain as well.  We spend a lot of

12   personnel hours taking migrants to hospitals, medical

13   clinics, getting them medically cleared.  I'm trying to

14   think of some other examples.

15             Just in general terms, in addition to the

16   migration processing, the other mission sets and what's

17   going on at, you know, the port of entry is going to

18   figure into that.  I hate to use the term "calculation,"

19   but there's only so much footprint at a port, physical

20   space, there's only so many, you know, personnel to work

21   in a given day, so it has to be allocated.  And

22   everything else that's going on takes away from our

23   capacity to process the migrants.

24   Q.  Would you say that operational capacity is a

25   fluid concept at Laredo, Hidalgo, and Brownsville?



Page 291

1        A.  Yes, I would.  Operational capacity as well

2    as -- you didn't ask about it, but the holding capacity

3    we discussed earlier, that's also fluid.

4        Q.  Okay.  Thank you, Mr. Harris.

5                MR. NAZAROV:  I have no further questions.

6    I don't know if Rebecca or Allison have any kind of

7    redirect.

8                MS. CASSLER:  Hi.  This is Ms. Cassler.  I

9    do have a very brief redirect.  So can we take, like, a

10   five-minute break and reconvene?  And it'll be minimal

11   after that.

12               Is that okay --

13               THE WITNESS:  Sure.

14               MS. CASSLER:  -- Mr. Harris?

15               MR. NAZAROV:  Sure.  Five-minute break.

16               THE VIDEOGRAPHER:  We're going off the

17   video record.  The time is 6:19 p.m.

18                  (Break was taken.)

19               THE VIDEOGRAPHER:  We're back on the video

20   record.  The time is 6:26 p.m.  Counsel, you may

21   proceed.

22                    FURTHER EXAMINATION

23   BY MS. CASSLER:

24       Q.  Mr. Harris, you recall that you're still under

25   oath today, right?



Page 292

1        A.  Yes.

2        Q.  All right.  Mr. Nazarov just asked you what

3   factors go into operational capacity, right?

4        A.  Right.

5        Q.  And at the beginning of your answer, you said

6   that there is no definition of operational capacity

7   officially, right?

8        A.  Right.

9        Q.  And, in fact, you've told me a few times today

10  that this term has never been officially defined by CBP,

11  right?

12       A.  As far as I'm aware, yes.

13       Q.  So really there is no official list of factors

14  that go into operational capacity, correct?

15       A.  That will be correct.

16            MS. CASSLER:  No further questions.  Thank

17  you so much for your time today, Mr. Harris.  I know we

18  put you through the wringer.  So thank you so much

19  for -- for being here today and for bearing with us.

20            THE WITNESS:  Sure.  No problem.

21            MS. CASSLER:  That's all from us.

22            MR. NAZAROV:  Okay.  Can we have -- the

23  witness would like to read and sign.

24            THE REPORTER:  Do you want a copy?

25            THE VIDEOGRAPHER:  All right.  Everyone



Page 293

1    stand by.  I'll put us off video.

2                  We're going off the video record.  The time

3    is 6:27 p.m.  This concludes today's deposition.

4                     (Deposition concluded at 6:27 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 294

1                        CHANGES AND SIGNATURE

2

3     PAGE LINE              CHANGE                    REASON

4     _____

5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____



Page 295

1    I, RODNEY HARRIS, have read the foregoing
2    deposition and hereby affix my signature that same is
3    true and correct, except as noted above.

4

5

6

7    _____
     RODNEY HARRIS

8

9

10

11   THE STATE OF TEXAS      )
12   COUNTY OF HARRIS        )

13

14   Before me, _____, on this day
     personally appeared RODNEY HARRIS, known to me (or
15   proved to me under oath or through _____)
     (description of identity card or other document) to be
16   the person whose name is subscribed to the foregoing
     instrument and acknowledged to me that they executed the
17   same for the purposes and consideration therein
     expressed.
18   Given under my hand and seal of office this _____
     day of _____.

19

20

21

22   _____
     NOTARY PUBLIC IN AND FOR
23   THE STATE OF _____

24

25



Page 296

1                 UNITED STATES DISTRICT COURT
2                SOUTHERN DISTRICT OF CALIFORNIA
3
                                   )
4     AL OTRO LADO, INC., ET        )
      AL.,                          )
5          PLAINTIFFS,              )
                                    )
6     VS.                           ) CASE NO.
                                    ) 17-cv-02366-BAS-KSC
7                                   )
      KEVIN K. MCALEENAN, ET        )
8     AL.,                          )
           DEFENDANTS.              )
9
10                    REPORTER'S CERTIFICATION
                    DEPOSITION OF RODNEY HARRIS
11                        JUNE 2, 2020
12
13         I, Delia Ordonez, Certified Shorthand Reporter in
14    and for the State of Texas, hereby certify to the
15    following:
16         That the witness, RODNEY HARRIS, was duly sworn by
17    the officer and that the transcript of the oral
18    deposition is a true record of the testimony given by
19    the witness;
20         That the deposition transcript was submitted on
21    _____ to the witness or to the attorney
22    for the witness for examination, signature and return to
23    me by _____;
24         That the amount of time used by each party at the
25    deposition is as follows:



Page 297

1    Rebecca Cassler.....05:13
     Allison Parr.....01:18
2    Ari Nazarov .....00:09
     Dhruman Y. Sampat.....00:00

3

4    That pursuant to information given to the
5    deposition officer at the time said testimony was taken,
6    the following includes counsel for all parties of
7    record:
8    Rebecca Cassler, Attorney for Plaintiff
     Allison Parr, Attorney for Plaintiff
9    Ari Nazarov, Attorney for Defendant
     Dhruman Y. Sampat, Attorney for Defendant

10

11    That $_____ is the deposition officer's
12    charges to the Plaintiff for preparing the original
13    deposition transcript and any copies of exhibits;
14    I further certify that I am neither counsel for,
15    related to, nor employed by any of the parties or
16    attorneys in the action in which this proceeding was
17    taken, and further that I am not financially or
18    otherwise interested in the outcome of the action.
19    Certified to by me this ____ of June, 2020
20
21    _____
      DELIA ORDONEZ Texas CSR 7040
22    Expiration Date:  12/31/20
      Firm Registration No. 633
23    Magna Legal Services
      1635 Market Street, 8th Floor
24    Philadelphia, PA 19103
      (866)624-6221
25    www.MagnalLS.com



**A**

**abbreviation** 258:2
**ability** 249:13
**able** 25:16 64:19
67:18 76:8
77:16 79:21
80:3,21 90:20
91:8,18 99:14
123:14 143:18
157:11 160:6
162:5 171:5
173:11 175:25
208:14 215:10
216:5 220:14
239:15 269:3
274:10 276:16
278:10 289:24
**above-styled** 1:19
**abreast** 36:16
**absconders** 44:24 45:2
**absolutely** 73:17 92:1 278:21
**ACA** 226:14
227:6,15,22,24
227:25 228:3
229:16
**ACAs** 227:2,9
**accept** 173:8,9
**acceptable** 85:16
**accepting** 177:5 179:2
**access** 281:19
**accidently** 68:8 279:16
**accomplish** 187:7 187:11
**account** 13:25
14:1,2,6 15:4,5
123:20 252:3
252:12 287:5
**accounts** 15:2
**accuracy** 131:12

241:15
**accurate** 48:8,10
54:1 91:5
152:19 215:24
**accurately** 6:19 131:23
**acknowledged** 295:16
**acronym** 106:17
192:2 244:10
**acronyms** 10:21
**across-the-board** 66:23
**acting** 20:16
**action** 6:6 120:15
120:18,19
147:24 166:18
297:16,18
**actions** 51:23 141:18
**active** 14:7
**activities** 206:7
**activity** 212:20 273:6,7
**actu** 114:25
**actual** 21:7 23:2
25:19 38:1 61:7
63:20 70:1
86:23 111:1
114:2 159:7
203:17 282:13
**add** 78:25 96:21
202:7 219:25
252:18
**added** 46:3 78:16
90:7,17,22
**adding** 220:5
**addition** 187:24 290:15
**additional** 50:1
55:9 77:3,5
184:2 187:17
218:10 251:1
**Additionally** 287:25
**address** 82:8

85:22 86:4
247:15 280:7
**addressed** 60:21
**adds** 288:10
**ADFO** 47:20,21
53:15 271:22
**adjudication** 217:18
**adjustment** 206:5
**adjustments** 133:12 206:2
**admissibility** 35:8 58:8
167:20 215:2
219:15 246:7
265:25 287:4
287:12
**adopt** 168:5
**adopting** 219:14
**adoption** 10:6,11
**Adriana** 20:1,20
**Aduanal** 244:9
**adult** 289:10
**adults** 174:23
**advice** 253:14
**advise** 97:6 210:4 244:16
**advised** 208:20 244:14
**advisement** 262:13
**advisory** 98:24
**affect** 223:12 288:1
**affidavit** 12:24
**affix** 295:2
**African** 288:7
**afternoon** 78:12
236:18 262:10
**age** 289:16
**agencies** 46:23
86:21 178:21
196:14 277:23
290:8
**agency** 10:16

26:1,1 237:12
238:10,11
274:19 277:23
**ages** 174:13
**ago** 26:11 79:5
118:15 177:11
191:22
**agree** 7:11 38:3
87:21 98:25
192:25 264:20
267:13
**agreed** 242:24
244:22 264:15
264:18
**agreement** 226:14,15
250:7 274:2,13
**Ah** 146:1
**ahead** 18:9,23
52:24 62:15
63:14 67:17
70:23 87:14,14
96:7,21 119:5,6
129:3 131:21
132:20,24
136:13 138:24
144:5 153:25
153:25 159:14
166:10 170:21
170:21 171:13
172:19 186:17
207:6 211:15
212:3 223:8
249:11 261:5
268:2
**aimed** 219:21
**Air** 46:21
**airport** 126:15
**airports** 128:18
**AI** 1:4,4,8 6:6
296:4,4,8
**alien** 177:4 179:1
217:3,4 242:8
**aliens** 134:14
162:24 163:4
241:21,23

257:23,24
**align** 277:18
**aligned** 277:5,10
**alleviate** 172:14
188:12,25
205:13 212:19
**Allison** 2:7 3:7
10:25 207:20
236:12,13,18
240:19 254:19
256:17 262:21
263:18 268:24
269:11 291:6
297:1,8
**allocated** 290:21
**allow** 109:1
185:7 249:9
281:16
**allowed** 9:9 55:9
71:3 235:3,22
**allowing** 113:17
232:25 234:14
234:15
**allows** 72:13
**alluded** 80:4
290:5
**altogether** 147:21
**amenable** 188:9
**America** 243:19
**American** 248:5
**Americans** 97:6
97:24 98:3
192:12
**Americas** 100:11
124:23 247:10
**amount** 116:1,2
158:9 296:24
**and/or** 10:2
134:20
**annoying** 15:9
**anomaly** 107:17
**answer** 6:21 7:13
7:18,19,25
11:22 21:11,16
23:15 25:8 27:5



28:15,23 30:6,7
30:18 34:1
38:13 39:20
55:24 63:5,14
64:18 65:4
66:21 72:12
73:10 76:7,25
77:13,16 80:21
81:8 82:23 86:1
86:13 87:13
88:12,14 90:19
91:8,18 104:25
112:25 171:6
202:1 203:7,9
204:24 235:16
236:7 249:9
259:8 261:5
262:5 268:7
285:15 292:5
**answering** 7:6
254:5
**answers** 7:7 64:7
258:8,19,21
**anticipation**
29:18
**Antonio** 275:22
275:24
**anybody** 233:5
**anymore** 121:16
121:22 205:16
233:18 240:15
273:11
**anytime** 132:3
133:15 213:13
219:25
**anyway** 175:8
287:19
**Anzalduas**
100:13 199:23
199:25 200:13
200:16 201:24
202:4,15,24
203:6,8 204:10
204:12,22
205:1,23 206:7
206:11 207:23

207:25
**AOL-DEF-000...**
4:5 57:15
**AOL-DEF-000...**
4:9 132:9
**AOL-DEF-000...**
4:6
**AOL-DEF-000...**
4:14 162:3
**AOL-DEF-000...**
4:13 214:25
**AOL-DEF-000...**
4:8 119:10
**AOL-DEF-005...**
4:17 255:20
**AOL-DEF-005...**
255:23
**AOL-DEF-005...**
4:16 239:10
241:1
**AOL-DEF-005...**
4:18 270:11
**AOL-DEF-005...**
4:19 278:24
**AOL-DEF-009...**
4:15 143:6
**AOL-DEF-009...**
4:7 69:4
**AOL-DEF-009...**
4:11 138:16
**AOL-DEF-010...**
4:12 150:9
**AOR** 103:23
106:17
**apart** 32:23 39:9
188:21
**APD** 244:14
247:19 271:9
**apologies** 264:21
**apologize** 52:7
164:15 236:24
238:17 248:22
249:7,25
265:16 276:8
276:21 283:25
**app** 250:11

278:13
**appear** 139:12
**appeared** 295:14
**appears** 59:4
140:5 144:24
169:7
**applicability**
234:5
**applicable** 59:24
166:12 219:9
**applicants**
136:17
**application**
157:15 158:25
222:6
**applications**
218:12
**applied** 221:19
227:8,25 228:3
228:19 229:16
**apply** 85:7 202:1
237:19
**applying** 219:17
227:22
**appointed** 40:22
41:2 47:21
**appointment**
242:9 261:17
**appreciate**
244:12 265:21
274:5 285:18
**approach** 215:2
219:15 235:2
**approached**
231:25
**appropriate** 82:8
85:13
**appropriately**
236:10
**approximately**
225:16
**apps** 265:20
**April** 17:21
57:19,22 58:5
59:3 60:2 75:4
78:8 82:18,21

125:1 191:10
200:3,6,7,14,16
**arbitration** 12:11
12:13,15
**Arce** 20:20
**archive** 39:4
**archives** 31:19
32:14 39:23
**area** 23:5 24:4
54:7 83:9
106:19 126:12
182:15 201:16
211:18 283:12
283:15 289:14
289:17
**areas** 19:2,3 22:2
22:11,13,16,17
22:19,25 51:8
98:24 167:9
198:11,15
228:17,25
234:11 289:25
**argue** 157:19
263:13
**Ari** 2:12 3:8 17:1
23:21 29:2,2
30:10 63:6,10
68:16 94:14
132:1,5,10
135:21 143:10
144:2 150:24
215:5 278:7
279:21 297:2,9
**Ari.Nazarov@...**
2:16
**arose** 196:18
**arrange** 104:9
105:16
**arranging** 106:9
**arrested** 11:24
12:1 13:12,13
**arrivals** 205:11
**arrive** 201:4,4
202:6,11 203:5
**arrives** 178:11
**arriving** 59:21

144:17 244:15
**ASAP** 242:21
**aside** 125:16
**asked** 30:9 35:21
79:14 122:1
126:8,20
127:15 128:9
171:6 203:7
208:13 224:25
225:18 249:15
254:2 259:9
264:13 273:21
292:2
**asking** 10:24
11:9 102:4
127:10 132:4
205:12 209:12
226:18,23
254:4,7,16,18
255:12,12,13
257:13,14
264:16 270:16
**asks** 225:14,15
**aspects** 187:7
**assembling** 121:1
**asserts** 85:7
**assets** 220:15
**assigned** 48:15
**assignment** 43:13
**assignments**
206:4
**assistance** 277:5
**assistant** 20:1,21
36:12 40:18
46:11 53:15
242:3 243:22
243:24
**assume** 7:14
**assuming** 138:20
209:4
**asylum** 49:16
50:1,4 53:24
55:16 84:25
85:3,5,8,15
86:22 91:16,20
94:16,21,23



104:10,21
107:9 113:8
114:7,8 129:12
141:7 146:19
146:23 147:7
149:7,18 157:6
161:3 179:9,15
180:5 205:16
205:19 208:13
216:1 217:7,18
217:22 218:23
219:17,22
221:13,20
226:14 232:16
235:1 236:9
249:1 251:6
280:9,14 284:2
286:15
**asylum-seeker**
157:4 218:3
**asylum/credible**
216:17 218:11
218:17
**as-needed** 148:13
**attach** 166:1
**attached** 58:24
162:22 259:3
279:17
**attachment**
139:11 246:19
**attempt** 193:17
209:1
**attempting** 209:2
209:8
**attempts** 198:21
**attend** 20:8 273:1
273:3
**attended** 271:20
271:22 275:14
275:16,17,19
275:22,24
**attendees** 244:4
**attending** 273:17
**attends** 271:4
272:16
**attention** 131:15

268:22 276:2
277:3
**attest** 187:21
**attorney** 7:16
11:25 18:12,18
24:9,15,19,21
24:24 25:4 34:4
141:12 296:21
297:8,8,9,9
**attorneys** 9:9
16:2,3,7,12,16
16:18,23,24,25
17:9 24:2,5
27:1,8,18 28:9
28:19 29:17,20
29:21 30:1,4,14
30:22 31:21
32:24 75:7 77:9
80:17,25 81:9
117:18 297:16
**attorney's** 23:17
25:10 28:17,25
**attorney-client**
23:14 25:7 27:4
28:14,22 30:5
**audible** 6:20
**audio** 7:4
**August** 119:12
133:3 270:12
**authorities** 35:22
52:2
**authority** 86:17
86:18 94:20
160:15 178:22
181:2
**available** 115:8
167:8 198:10
206:11 275:9
287:6
**average** 170:4
**avoid** 173:13
**await** 145:2
**aware** 37:19 62:3
62:13 63:21
72:25 73:1,19
73:21,24 77:2

82:4 83:7,13
84:21 85:21
89:8 97:7,9
98:19 99:3
103:25 122:12
124:10 141:18
142:1,12,21,25
145:16,19
148:19 149:9
153:16 157:19
157:23 222:7
222:10,11
226:12,15,17
227:3,6 228:2
238:24 245:21
251:22 262:19
292:12
**awareness**
144:13 226:24
**AWParr@may...**
2:10
**Ayuda** 237:10
**a.m** 1:20 5:4,16
29:8,11 56:25
57:3 92:19,23
258:7 276:25

─────────
**B**
─────────
**bachelor's** 41:15
**back** 26:11 29:10
31:6 41:12 43:3
49:9 50:6 52:20
56:13 57:2
60:18 73:6,25
78:1 79:24
80:16 84:23
92:10,21 97:1
98:5 99:6 101:7
116:24 117:10
121:21,21
128:15 129:9
142:17 153:19
154:1 160:7
170:6 182:1,7
182:19 184:18
184:24 213:2

222:4 223:16
230:22 246:10
246:22 247:17
247:18 248:4
249:17 252:6
252:23 262:12
264:7 266:2,25
285:24 291:19
**background**
175:1 289:5
**backtrack** 77:10
**backup** 65:25
**backwards** 30:11
**bad** 34:15 68:4
**ballpark** 206:24
**Barrera** 20:19
270:13 280:23
280:25 281:19
**Barrera's** 281:14
**barriers** 188:12
188:12 204:8
**base** 38:25
**based** 88:22
100:24 122:24
123:19 124:9
128:4 149:14
150:4 153:20
155:8 174:10
183:3 196:22
196:24,25
197:3,13 198:9
223:14 272:17
286:14
**basic** 18:24 55:13
**basically** 31:2
70:16 90:5
164:4 180:21
198:11 238:9
247:12
**basis** 49:8 86:23
88:2 98:15
119:19 125:8
173:7 180:18
218:18 225:13
272:15 273:9
**Bates** 57:14 69:3

119:9 132:8
138:15 143:6
150:8 162:2
214:25 239:10
241:1 255:19
255:23 257:10
257:10 270:10
276:10 278:24
**bathroom** 176:1
**bear** 102:13
**bearing** 118:9
292:19
**bears** 239:9
241:1 255:19
270:10 278:24
**Becky** 236:15
**bed** 169:25 172:3
**beds** 167:8
**began** 124:24
194:2 200:18
**beginning** 21:17
92:22 117:20
125:25 126:5
162:2 182:2
209:21 236:20
237:18 265:15
292:5
**begins** 5:2,14
**begun** 227:18
**behalf** 254:17
**believe** 11:15,23
15:16 16:22
18:11 20:10
21:17,22 22:1
41:10,24 42:14
43:21 44:15
47:10,15 58:10
62:4,24 66:11
66:16 80:25
89:17 94:24
106:10 112:14
122:7,13
124:25 125:2
125:22 127:12
128:12 130:14
154:21,22



156:4,25
158:12 161:7,9
167:4 177:25
186:1 194:12
195:6 200:5
201:9 205:3
206:11 207:20
222:15,17
228:24 244:9
245:20 249:23
250:6 251:9
253:7,8 261:4
262:25 265:5
270:25 271:2,2
272:19 275:20
275:23 279:16
281:6 284:3
287:18
**Ben** 2:14 16:18
17:9 18:12
**beneficial** 281:20
**Benjamin** 2:20
**best** 7:7 66:25
72:15 99:15
110:19,22,25
120:2 138:11
166:17 174:6
237:21 249:13
250:15 266:16
**Beta** 10:15
103:22 237:11
**better** 80:2 116:6
126:7 188:12
195:21 254:1
264:18
**bewildered**
211:16
**big** 157:14
158:25 246:23
288:21 290:4
290:11
**biggest** 124:18
**binational** 88:2
272:13 275:4
275:16
**biographical**

175:1
**bit** 19:8,9 51:10
52:3 102:23
106:20 152:2
160:5 194:7
207:11 254:21
263:1 277:12
277:14 290:5
**blame** 186:25
**blanket** 165:21
166:1 167:1
172:22 173:6
**bleeding** 233:15
**blew** 143:14
**blow** 240:4,14,15
241:4 257:2
269:1 279:5,9
**board** 244:17
**body** 12:17
**boiled-down**
167:25
**boldfaced** 91:22
**booked** 220:4
**booth** 54:22
**border** 6:4 8:20
40:19 41:8 46:7
46:20 53:19
58:14,17 70:13
83:3 98:15
105:25 152:4
219:17 221:13
239:2 255:13
257:23 270:6
272:25 288:17
**borderline** 70:1
70:11
**boss** 33:5 36:9
**bottom** 58:3
243:5 246:25
255:22 257:10
280:6
**bound** 65:18
**boundary** 21:7
23:6 54:5 65:14
69:16 73:19
74:4 129:11

134:10 144:20
208:19 210:12
231:4,10
232:10,13,17
232:23 234:9
234:13,18,22
**box** 2:14 32:16
**Bradd** 57:20,25
69:6 77:12 78:7
139:4 140:14
150:17 151:17
152:6,15,22
**brain** 70:19
**break** 7:22,23,24
8:1 29:9 40:10
56:7,10 57:1
91:25 92:20
116:9,24 117:9
117:19 159:17
159:19 160:1
175:25 176:1
181:11,25
184:17 221:4
229:3,8 230:15
230:21 263:18
285:23 291:10
291:15,18
**breakdown**
285:10
**breaks** 9:11,15
206:23 262:24
263:17
**bridge** 22:7 23:2
44:4 67:5 69:23
69:24 71:2,23
72:16 74:16,24
75:12 79:18
81:20 84:3,3,7
84:13 86:17
88:2 93:17
94:23 95:15
99:23 100:10
100:10,11,12
100:16 102:17
105:9 108:23
108:24 109:1

109:23 115:6
115:10,11,20
116:2 124:22
124:22,25
125:1,3,10,12
129:14 145:11
148:15 182:20
182:21,23
183:18 185:23
186:1,2 188:10
192:13 200:4
200:25 201:1
201:19,20
203:16 210:18
211:1,12
212:13,15,16
212:24 213:3
213:13,16,17
213:23 214:8
214:12 216:13
216:13,15,16
216:18,19
218:10 247:9,9
247:10,21,23
252:24 273:4
275:10 280:16
**bridges** 18:25
43:11,25 69:22
83:19 86:19
98:5 100:13,14
124:22 128:1
148:10,22
182:16 186:4,8
186:9,12 187:2
200:19 201:13
202:8,13
204:15,16
205:6,14,16,19
210:16,17,19
210:21 217:7
**brief** 291:9
**briefed** 76:17
**briefly** 47:22
184:12 285:20
**bring** 32:20
95:17 115:5,6

204:6 286:23
**broad** 33:4 44:19
45:18
**broadly** 32:4
**broke** 20:7
**broken** 52:16
**brought** 67:11
131:15 189:1
191:5 204:18
211:25
**Brown** 2:8 29:3
**Brownsville**
18:16 19:25
22:3 23:3 37:17
52:12 72:2
95:23 100:14
115:2 183:9
254:17 273:24
290:25
**buckets** 45:18
**Buies** 41:19
**build** 123:23
**building** 54:16
54:17,20,21
65:20 123:8,23
124:8 131:9
**buildings** 67:24
125:10
**built** 201:13
**bullet** 70:1,5,10
163:15,16,17
163:19,21,23
164:6,7,22,23
165:12 167:23
168:25 175:11
176:17 179:7
**bullets** 35:22
71:1 91:22
168:24 169:24
177:3
**bunch** 206:24
**burdensome**
165:6
**bus** 211:19,20,21
**business** 60:3
86:25 88:4



98:14 107:11
107:12,15
109:6 148:23
201:21
**busses** 212:12
**B-U-I-E-S** 41:19

---
**C**
---
**C** 2:1
**calculating**
106:23 107:2
207:4
**calculation** 107:7
290:18
**calculations**
262:24 263:15
263:15
**calculator** 186:24
**Calderon** 270:5
270:13 271:18
276:7,24
**calendar** 275:12
**calendars** 271:24
275:12
**CALIFORNIA**
1:2 296:2
**call** 11:3 18:24
19:3 22:20
33:12 37:4
44:25 46:10
48:6,19 50:10
52:4 53:5 55:4
59:6,7,7 79:4
80:24 112:6
170:8 178:22
182:16 183:23
189:15 206:3
213:15 221:25
237:25 274:1
**called** 11:23
14:20,23 41:19
43:15 45:20
74:18 88:21
103:2,22
200:24 214:10
230:3 253:9

258:24 272:12
**calling** 103:5
**calls** 16:22,23
28:2 38:10
**calm** 45:1
**camera** 43:3
**cameras** 66:8,12
**camp** 105:25
106:1,4,8,13
**Campaign** 45:21
45:22 46:6,13
46:15,17 47:2,6
**Campbell** 41:18
**camping** 204:7
**canceled** 36:19
270:24
**canopies** 188:19
204:7
**canopy** 70:10
**Cantu** 260:3,11
260:23 262:15
264:12,13,24
264:25 265:23
267:20
**Cantu's** 259:24
**capabilities**
215:3 218:8
**capable** 65:6
**capacity** 11:3,7
51:14 93:21
95:17 98:17
106:21,23
107:3,7 122:15
122:18,22,23
122:25,25
123:1,4,5,12,17
124:4,8,11,17
125:7,8,19
126:3,6,6,16,21
126:24 127:25
128:4 134:3
135:11 137:8
137:25 138:1,6
140:1,1,3,11,15
140:20 149:23
151:24 152:8

152:17 153:24
155:7 157:4,12
159:5 167:8
180:10 196:23
197:1,4,4,6,9
197:14,14,22
198:2,3,6,8,9
209:18,22
216:19 217:11
217:13,15
220:3 226:19
226:24 235:10
247:7 257:23
262:17 286:8
286:10,13,13
286:23 287:6,7
288:2,12,24
289:13 290:2,3
290:23,24
291:1,2 292:3,6
292:14
**captured** 155:12
155:18
**capturing** 156:6
**Capufe** 86:16,16
**car** 144:19,19
199:1,11,15
204:3
**card** 261:17
295:15
**cargo** 42:22,23
43:9 44:5,7
50:12,15
126:15 128:18
128:19,20
129:6 201:1,12
206:15 273:10
273:18
**Carlos** 20:5,10
**Carolina** 41:20
42:2,6
**cars** 199:15
**casa** 280:9,13
283:11
**case** 1:6 12:22,25
13:2 15:11,14

15:20 33:17
65:25 103:10
109:20 139:12
140:6 155:11
163:23 165:3
165:14,18
166:4,19 167:3
169:2,5,11
171:21,22
172:1,2,8,20
173:16,17,23
174:11,15
193:11 196:1,2
196:12 197:7
197:17 204:14
206:6 216:5
218:5 222:5
236:9,19
261:13 262:19
284:9 288:5,17
289:6 296:6
**cases** 50:5 51:22
83:25 96:17
109:24 111:1
175:17,17
177:18 196:8
197:12 213:9
216:18 218:17
219:11,15
287:3,4,9,12,15
287:25 288:1
289:1 290:9
**Cassler** 2:3 3:6
3:10 5:5,7,11
6:2,5 19:11,14
19:16,17 21:8
21:12,18 23:16
23:19 24:1,7,13
24:18 25:9 27:6
27:14,17,23,25
28:4,8,9,12,16
28:24 29:13
30:8,13,20
33:25 34:3
38:15 39:24
56:2,11,13,17

56:23 57:5,10
57:12 63:6,10
63:16 64:20,25
65:2,5,7,10,12
66:2 67:2,20,22
68:3,7,11,14,23
68:25 69:1
70:21,25 71:1
72:9,22 73:3,5
73:21 76:9 77:4
77:19 78:1,5,6
81:3,5,10,12,22
81:24 83:5 86:3
87:4,12,18 88:5
88:7,14 91:1,12
91:24,25 92:2,6
92:9,16,24
93:25 94:14,15
95:25 96:8 97:1
97:15,19,22
98:16,25
104:15,25
107:4 108:6,17
108:20 109:4
109:18 110:16
111:4 112:5,13
112:20 113:3
114:23 116:4,9
116:14 117:1,3
117:5,13 118:5
118:8,12,18
119:4,7,8
121:23 122:9
132:4,10,16,21
132:25 133:2
135:4,5,21,23
135:24 136:1,7
136:8,13,24
137:21,23
138:19 139:1,2
140:17,24
141:4,6,11
143:3,10,22,23
143:25 144:1,6
144:10,12
146:16,18



147:3,12,19
148:12 149:12
150:12,16,24
151:2,4,10
152:13,19
153:10,17
155:2 156:10
156:11 158:22
159:14,18,22
159:25 160:9
160:12,14,20
160:25 161:10
161:21 162:8
162:10 166:22
168:10 171:8
171:11,14,15
171:24 172:7
172:11,24
173:15 174:9
175:3 176:2,6,9
176:13,15,16
176:21 178:18
179:24 180:12
180:19,24
181:11,14,18
182:4,12
184:21 185:12
185:20 188:3
189:19 190:10
190:20 191:1
191:15,21
193:1,12,19
194:23 195:10
195:20 197:16
198:1 199:17
199:22 205:15
207:1,5,7,12,15
207:18,22
208:4,18 213:4
214:21,23
215:5,13 216:7
221:2,7,9,25
222:11,18,22
222:25 223:1
223:19 224:5
224:16 225:2,7

225:21 226:18
227:8,13
228:13,20
229:5,13,20,25
230:14,25
231:8,22 233:3
233:16,21
234:4,25
235:21 236:5
236:11 237:18
263:20 286:2
291:8,8,14,23
292:16,21
297:1,8
**CAT** 120:15
259:4,9,20
260:17
**catch** 40:25
249:20
**category** 97:17
165:19
**CATs** 121:6
**caught** 99:7
192:14
**cause** 1:20 26:17
79:21 91:20
169:11 190:11
190:22 205:10
239:16 279:6
**caused** 6:6
**CBP** 2:19 8:20
10:1 13:21 14:9
14:10 16:3,7,18
20:24 32:25
35:1 40:6,15
41:4,6,8 42:13
42:19,21 43:10
43:19,20,23
44:1,10,13
46:19 48:9,15
48:15 49:5,10
49:25 50:3
54:17,20 55:20
58:11 59:16,17
65:14 70:2 75:2
75:14 80:17

86:9 87:5 98:18
98:18,19,25
99:3 100:21,22
101:1 102:15
103:1,6 104:18
104:20 105:11
105:15 106:9
106:15,22
107:2 109:4
111:22 112:6,9
112:14 119:15
119:21 120:24
121:1,9 135:16
138:1 140:3
147:8 149:6,17
149:22 153:12
155:7 160:15
168:25 169:23
169:24 172:2,8
172:24 178:2
178:11,12,23
179:4,5,16,17
179:18 180:7
180:14 181:6
190:13 194:13
194:15 198:17
199:3 203:20
203:23 204:11
216:17 217:6
222:14,18
223:2,13
224:18 225:8
226:9 227:8
234:1 236:21
237:25 239:1
244:5,22
245:12 248:17
249:20 250:9
251:17 253:2
253:13,18
254:14 255:25
257:18 260:7
260:13,25,25
261:10,10,20
261:24 265:11
265:16 270:5

271:19 272:14
273:16 277:17
292:10
**CBPO** 20:17
55:13 209:11
**CBPOs** 20:24
70:7 211:20
**CBP's** 9:21 10:2
10:14 16:1,11
27:1 85:14
102:9 158:23
172:12 175:7
185:13 187:7
232:18,20
233:18 234:18
267:7
**CBP-CAT**
255:25 257:14
**cc'd** 78:8 270:14
**cell** 67:9 123:9,11
123:23 126:11
126:12 128:11
128:16,16,23
**cells** 127:3
128:17,20,25
129:6 198:9,12
198:13 289:14
290:1
**cemented** 214:7
**center** 2:4 48:6
49:13 51:15
129:22 130:24
131:4,5 216:14
275:24
**Central** 5:8,9
56:14 117:1,2
181:15,16
192:12 243:18
**certain** 15:18
16:20 35:9 47:1
85:21 89:22
108:4 109:16
109:17 115:7
116:2 150:22
159:2,2 160:24
164:18 172:23

178:17,23
185:4 195:1
196:8 200:7,11
201:2 221:1
250:14 256:1
257:14 262:12
268:10,13
271:19
**certainly** 62:3
83:3 87:1 195:5
240:3,12
252:14 256:8
260:21
**certainty** 220:21
220:25
**Certificate** 3:13
**CERTIFICAT...**
296:10
**Certified** 296:13
297:19
**certify** 296:14
297:14
**CFOs** 82:3
**Chad** 280:6
**chain** 139:2
239:24 240:5
**challenges**
134:20
**chance** 279:25
**change** 40:9 52:3
52:22,24 53:4
60:12,14 101:3
101:5 124:16
124:20 125:12
125:15 130:20
213:20,24
280:17 294:3
**changed** 37:18
91:5 121:11
124:12 127:14
175:11,12
177:18 206:12
223:17
**changes** 3:12
36:17 56:4,5
122:13 124:15



126:2,4 127:24
128:2,3 294:1
**changing** 125:8
125:17 160:14
**characterize**
232:21
**charged** 13:6
46:22
**charges** 297:12
**chart** 104:8
**chasing** 192:16
**chat** 274:10
**Chavez** 243:8,16
243:22 244:3
244:13,14
245:24 246:1
247:20 248:2
248:14,24
251:17
**check** 207:10
**checked** 176:8
**chief** 20:16,17
281:4
**child** 217:3
289:18
**children** 217:2,4
289:22,24
**chime** 255:6
**chin** 160:6
**choose** 30:8
101:23 172:25
**Chris** 259:24
264:24
**chronologically**
31:2
**Circuit** 224:16
**circumstances**
141:17 142:1,6
163:5,11 164:8
164:18,24
173:5,11 177:4
177:14 178:24
179:1,11,13,13
180:1
**circumvent**
193:7 195:24

209:2,8 248:25
**circumventer**
144:17 189:7
189:17 194:8
196:6 198:16
199:5,14
200:17 208:18
209:1
**circumventers**
189:6 193:4,13
195:9,15,23
200:21,24
201:5,24 202:2
214:10,11,17
214:18
**circumventing**
189:11,22
190:2 191:18
193:20 194:2
198:19 199:7
199:17
**circumvention**
183:24 189:21
190:12,18,22
193:23 194:10
194:14,24
196:2,3,17,19
197:8,11
210:10,11
**cities** 83:4 96:8
**citizen** 287:23
**citizens** 82:5
84:24 86:6 87:6
**citizenship** 55:2
**city** 41:18 52:13
94:2 96:3,15
185:25 282:11
**claim** 55:2 82:6
85:4,10 86:7
193:8 195:15
195:16 208:13
236:8 266:21
**claiming** 85:6
196:7
**claims** 217:18
287:22

**clarify** 18:18
33:7 225:7
242:2 255:11
**clarifying** 106:16
120:12 182:25
**Class** 54:3
**classification**
97:13,16 98:20
99:4
**classifications**
97:4 99:1
**classified** 97:10
**clear** 11:8 22:22
234:8
**cleared** 290:13
**clearing** 84:12
**clearinghouse**
120:25
**clearly** 118:22
132:12 162:6
215:8 243:11
**clinics** 290:13
**close** 19:8 23:23
62:23 75:22
95:24 105:25
210:23
**closer** 67:24 76:3
**clue** 211:17
**CND** 53:16
**code** 123:8
**codes** 123:21
185:6,17
230:11
**colleague** 10:25
236:12 237:24
**collect** 130:24
**collected** 119:18
129:17,19
**college** 41:17
**Colombia** 44:4
**column** 122:14
129:10,11,16
130:1,7 134:6,9
134:15,17,17
134:19,22
**columns** 133:25

**COMAR** 10:15
237:11 274:10
274:14,17,18
274:20
**combined** 90:11
**come** 63:23 74:10
75:2 82:15
83:23 84:1
92:10 95:16
96:17 102:18
112:22 116:24
121:20,21
123:9 162:25
167:17,21
177:20 182:19
209:10 212:16
224:24 230:5
247:17,18
249:14 262:11
262:22 271:24
274:15 283:5,8
290:10,10
**comes** 80:12 81:5
88:3 89:21
122:24 198:2
232:2 236:7
287:5
**comfortable**
27:11,15,16,21
72:1 118:25
**coming** 52:25
53:25 63:20
84:5 102:4
118:6 151:25
161:4 162:8
191:3 194:5
263:16 266:20
269:16 271:19
281:15
**Comisión** 237:10
**command** 52:16
52:17 53:5,7
**commander**
46:11,21 151:5
**commands**
198:23

**commensurate**
245:5
**comment** 85:19
140:10 215:16
250:6 282:6
**commentary**
137:2
**commented**
250:4
**comments**
136:15
**commercial** 70:6
211:3
**commissioner**
277:17
**Committee**
272:12
**commonly** 59:4
**communicate** 9:9
9:14 104:20
105:16 106:8
237:25
**communicated**
112:14 154:18
154:22 238:3,5
238:12,13,19
266:22
**communicates**
265:17
**communicating**
101:11,15
102:1 179:3
257:21
**communication**
109:2 237:6
238:23 239:2
241:5 257:9
258:6 265:8,11
273:25 280:22
**communications**
10:14 18:23
237:9 238:7
254:4
**communiqué**
111:15
**compared** 195:24



comparing 96:13
125:18 184:4
compile 129:22
130:25
compiled 253:18
253:23 259:14
259:16
compiles 135:14
compiling 51:20
253:14 260:16
complaining
233:9
complaint 63:20
complaints 62:12
64:9 84:4
complete 125:15
136:22 232:7
completed 42:16
124:25 125:1,3
completely
125:10,11,13
191:24
completion
290:10
complexity
173:23 174:11
174:11 289:1
compliant 183:20
198:22
complies 43:5
component 61:13
224:19 226:5
components
46:19 226:10
composed 244:10
composition
280:18
compound 46:7
comprehensive
282:10 284:9
285:8
computer 172:12
279:7
computers 220:6
287:10
conceivable

191:15
concentration
41:16
concept 74:19
196:22 266:13
290:25
concern 62:24
63:17,19 64:3
65:22 66:24
67:11 72:10
190:10,12,22
213:14
concerned
213:11
concerning 10:16
237:12
concerns 62:17
62:18,21,22
64:8 65:12 66:6
66:7,13,25 67:3
67:7 74:24 77:7
82:8 85:23 86:4
86:5 188:13
189:1 191:7
204:18 205:13
213:12 237:6,8
250:25 252:3
252:12
concluded 293:4
concludes 293:3
conclusion
191:20
concrete 188:12
concurrence
78:11 252:10
condition 161:18
conditions
149:15 150:4
162:25 163:9
164:8,25
conduct 13:21
71:23 73:17
82:1,11,25
83:14 84:19
conducted 54:19
200:8,9,10

246:4,14 252:7
conducting 7:1
85:15,15
213:17,23
conference 16:22
16:23 33:12
275:10
confident 100:19
confidential
18:23
confirm 78:14
242:2
congregating
116:1
Congress 12:20
conjunction
114:22
CONOPS 74:20
79:25
consequences 9:3
72:24 147:8,11
147:14,16,18
consider 94:4
106:2
considerably
229:1
consideration
295:17
considered 18:14
considers 237:8
consist 46:4
203:10
consistency
84:16
consistent 140:2
consolidate 45:6
consolidating
258:21
construction
116:5 124:9
125:3,16,18,18
125:19 127:25
consulate 275:19
consulting 77:9
147:23
contact 19:24

20:1 23:9 106:8
112:22 114:17
253:7
contain 260:12
contained 241:16
content 27:7
contention 180:2
context 59:20
179:6,14 191:8
286:15,16,16
286:21
contingency
156:13,24
157:3,16 159:1
159:10
continue 70:24
81:8 179:22
216:5,17
238:17 249:8
253:22 263:19
continued 48:4
continuing 6:3
121:25 242:19
contradict 76:21
contradiction
77:2
contrary 72:20
control 87:2
110:4 136:4
241:21 242:7
controls 82:2,4
82:12,17,25
83:11,14 84:19
85:15,22 86:5
86:10 87:7,9
conversation
24:4,9 34:5
64:11 112:18
225:19 231:24
conversations
16:1 23:11 24:1
24:14,18 33:7
34:19 35:2
37:20,24 75:4
88:1 96:22
99:20 109:7

131:6 225:6
247:19
convert 163:23
172:8
converting
174:15
convicted 13:9
Cool 40:13 41:25
68:25 131:11
132:25 139:1
160:12
cooler 188:11
coolers 188:20
cooperate 252:5
cooperation
251:24 252:4
274:3
cooperative
226:14
coordinate
105:11
copied 145:25
241:8 276:24
copies 169:18
224:11 226:6,6
226:10 279:15
297:13
copy 36:3 225:1
292:24
copy-and-paste
131:18 167:18
cordialities 79:13
correct 36:14
47:7 57:24 66:1
77:24 87:11,17
87:18,19,21
96:5 100:24
101:17,18,20
102:3 104:5
133:21 137:18
139:19 144:23
145:8 155:10
157:5 167:2
173:19 178:17
178:18,20
180:24 182:5



190:23 232:19
236:22 238:1
239:3 241:9,25
242:4,11 244:6
244:24 248:5
251:7,25 253:4
254:12 256:2
257:15,25
258:3 260:1,2
262:17 264:15
265:2 267:6
270:6,7,14
277:1,8 279:3
280:10,23
281:11,17
283:12 285:5
292:14,15
295:3
**correction** 194:1
**correctional** 42:9
**Corrections** 42:7
**corrective** 141:18
**correctly** 78:16
232:1 241:13
243:1 260:9
266:5 280:19
**correspondence**
241:9 270:3
276:3
**corresponding**
71:1
**corresponds**
134:9,16
**corrupted** 131:17
**cost** 188:15
**costs** 188:4
**counsel** 5:6,20
6:25 9:14,17
19:10 27:10
29:11 57:3
68:17 92:23
117:11 182:3
184:19 230:23
285:25 291:20
297:6,14
**count** 263:5,17

264:3
**Counter** 53:16
**counterpart**
241:20
**counterparts**
109:7 225:6,9
238:10 242:21
252:3
**countries** 97:5
**country** 169:8
221:20 289:3
**COUNTY**
295:12
**couple** 15:7
18:13 40:2
83:12 154:24
205:1 233:10
275:16
**course** 19:20
24:17 36:20
39:8 41:7 42:23
48:3 107:11
118:11 125:6
141:19 166:17
166:17 201:21
211:8,22 245:9
249:5 264:6
265:18 267:16
269:18
**courses** 49:15
**court** 1:1 5:19,22
6:17,19,25 8:25
11:11,18 12:4
12:17 192:22
222:4 296:1
**cover** 111:2
139:9 162:21
**covered** 10:25
204:6
**covering** 67:4
98:18
**covers** 10:1,14
**co-workers** 65:20
**Cranford** 2:23
**Crawford** 280:23
281:5

**create** 79:25
197:19 198:23
**created** 15:6 41:7
55:5 83:11
127:4 133:5,7
139:15 153:20
156:19 215:13
219:16
**creates** 70:6
198:19
**creating** 14:6
156:19,23
185:6 194:9
**credible** 136:16
136:19 137:4
179:11
**creek** 41:19,19
**crime** 13:6,9
**criminal** 9:2
169:7,8,15
**criminality**
173:25 289:5
**crisis** 120:15,17
120:19 219:16
**cross** 98:5 141:8
209:13 225:17
232:13,17
233:17 235:22
280:15
**crossed** 144:20
206:22
**crosser** 211:19
**crossers** 211:10
**crossing** 55:4
142:15 145:20
146:6,12 183:4
183:13 208:19
209:4 232:9,23
234:9,12 235:1
235:8 250:2
257:18,22,23
286:14
**crossings** 67:9
183:8 208:7
**Cruz** 20:21
**CSR** 1:21 297:21

**Cuban** 145:1,5
**cultural** 275:23
**curious** 18:21
22:23 195:22
198:1
**currency** 273:8
**current** 26:9
50:17 51:8,9
97:13 110:14
167:7 226:6
235:10
**currently** 50:16
78:14 79:15
81:23 219:9
241:3 280:14
289:16
**curtailed** 206:19
**custody** 134:2
165:6,18 167:6
167:9 177:6
179:3,21 180:3
195:8 197:12
217:24 234:15
287:2 289:16
**custom** 244:11
**customs** 6:4 8:20
41:5,6,8 42:1,3
42:10 49:11,19
50:11 55:20
100:21 244:6
272:21
**cut** 78:3 160:6
179:16,17
205:17 206:6
238:17
**cutoff** 156:3
**cutting** 179:5
**C-A-M-P-B-E-...**
41:18
**C-R-E-E-K**
41:19
**C1** 277:11,13,16
277:17
**C1's** 277:6

————— **D** —————

**DAC** 33:13
**daily** 40:5 49:8
88:1 119:15,19
119:22 214:9
218:18
**dangerous** 65:17
66:17 96:10,12
96:15,19 97:2
97:16 98:8,10
98:13
**Daniel** 69:5
**data** 119:18
121:1 128:4,5
129:17,19,21
130:24 131:12
133:14,16,17
133:23 134:22
135:19,20
155:24 185:10
185:12,18
197:19 225:13
225:14 248:10
**database** 230:7
**date** 33:13 89:20
89:22 122:19
127:8,22
133:20 138:5
203:3,6 214:5
227:19 242:9
242:21 246:20
270:17 274:13
275:11 297:22
**dated** 57:18 69:4
119:12 139:4
150:17 157:1
162:14 178:8
215:1 226:6
241:6 255:25
270:12
**dates** 17:11,17
36:17,19,21
47:18 82:15
84:16 120:5,8
127:1 214:15
**date/time** 260:7
**David** 57:20,22



58:18 78:7
150:18 151:18
152:15
**day** 37:24 46:9,9
55:12 83:22
98:4,5 104:11
104:22 107:10
107:12,20
108:7 109:19
128:23 129:14
146:20,24
147:7 149:8,19
149:25 151:25
154:10,23
155:21 166:2
175:15,15
186:3,5,10,18
186:20 188:13
197:23 201:2,3
245:6,13 246:9
246:9 258:6
266:4 275:9
288:12 290:21
295:14,18
**days** 21:22 136:9
136:14,24
153:24 154:6
154:24 158:10
169:17 228:8
228:10
**day-to-day** 44:1
72:14 107:14
109:6 238:1
273:25
**de** 237:9,10
**deal** 255:7
274:21
**December** 49:14
**decide** 54:23
101:14 146:23
**decided** 80:2
96:23 107:10
147:6,13,20
**deciding** 52:1
**decision** 85:18
147:4

**decisions** 86:24
**declaration**
12:24
**dedicate** 288:23
289:17
**defendant** 6:4
297:9,9
**DEFENDANTS**
1:8 2:11 296:8
**defense** 11:25
**defer** 72:18 187:5
**define** 101:22
**defined** 59:15
60:2 130:4
155:15 286:11
292:10
**defines** 155:7
**defining** 206:17
**definitely** 16:18
39:2 101:3
194:6 203:4
228:22 262:22
263:14 275:21
**definition** 140:20
292:6
**degree** 41:15
55:24 63:5
64:19 65:4 76:7
77:16 80:21
82:23 86:13
90:19 91:8,18
**Del** 52:12 72:2
94:3 95:2
105:24
**delay** 132:3
171:8
**delayed** 212:3
**delete** 226:10
**Delia** 1:21 5:19
296:13 297:21
**demarcation**
19:5 21:4,5
23:5 65:19 66:9
71:23 73:18
75:2,24 76:2,5
79:18 80:18

81:14 93:4,17
93:20 95:15
148:25 149:5
182:21 203:17
203:21 209:4
212:25 252:8
266:24
**denial** 163:21
165:18,21
166:1,25 167:1
172:7,22,22
**denials** 173:6
**denied** 172:4
175:6 221:20
**denies** 171:16
**deny** 142:3
**denying** 171:23
**dep** 34:15
**Department** 2:13
8:9 42:7 97:4
97:23 98:20
99:1,5 280:8
283:6,19
**departments**
49:19
**departure** 101:1
**depend** 104:19
**depending**
151:24,24
157:21 167:6
173:22 176:17
176:20 196:2
271:21
**depends** 158:3
**deployments**
44:23
**deponent** 5:8
158:23 254:10
**deportation**
112:21 113:4
113:11
**deposed** 33:16
**deposition** 1:12
1:17 3:1 4:1 5:2
5:4,15,17 6:4
6:24 7:2 8:8,12

9:10,22 10:23
12:7 16:4,8
26:8 28:13
29:18,23 31:22
32:9,21 34:11
35:1 38:2,7,11
39:7,11 52:5
57:13 61:14
79:5 135:6
171:5 236:21
240:25 268:23
270:10 278:6
293:3,4 295:2
296:10,18,20
296:25 297:5
297:11,13
**depositions** 33:19
34:16 118:9
206:22
**deputy** 40:18
47:21 57:25
74:11 76:12
151:5 244:4
274:9 281:6
**describe** 53:22
161:1 218:5
**described** 55:15
55:15 108:11
110:1,6 111:6
190:8 191:14
199:14 242:14
248:2 267:20
**describes** 217:21
**describing** 74:1
142:13
**description** 4:4
44:20 295:15
**design** 201:12
**designate** 216:12
**designated** 9:21
9:25 10:13
198:12 236:21
**designed** 129:7
**destroy** 39:5
226:10
**detail** 45:23 46:3

46:4 47:5
**detailed** 43:14
45:19,20 285:1
**details** 68:1
195:3
**detain** 126:13
172:19 289:25
**detained** 137:1,3
163:24 172:8
173:16,18
174:3,15
**detainees** 136:16
**detention** 123:1,4
123:5,23
124:11,17
125:7,19 126:3
126:6,21,24
127:24 128:4
140:1 152:8
155:6,7 161:16
163:18 164:1
165:19,21
166:17,19
171:23 176:17
177:24 197:9
197:13 216:19
287:7 289:25
**detention/holdi...**
151:24 152:17
**determination**
179:11
**determine** 55:8
108:3 115:18
122:21 146:19
193:17 241:22
**determined** 12:1
166:18
**developed** 110:15
**developing**
151:13
**development**
10:5,10
**deviate** 69:11
71:3,8
**deviation** 73:7
**deviations** 55:21



72:24
**DFO** 33:11 50:25
74:10,12 76:12
93:15 147:25
148:19 159:9
**DFOs** 58:16
85:21
**Dhru** 17:1 68:18
68:20
**Dhruman** 2:13
297:2,9
**Dhruman.y.sa...**
2:16
**DHS** 8:9 46:23
221:10 271:10
271:20 274:9
**differ** 195:16
**difference** 49:2
90:15 153:1
195:23
**differences** 90:2
**different** 7:1
35:22 44:23
49:19 53:1,2
69:21,22 77:10
89:18 97:5
102:24 114:11
167:9 168:22
174:12 178:6,7
181:4 224:6
228:16,17,17
228:25,25
233:10 250:13
272:20 274:23
274:24 286:25
287:24
**difficult** 135:25
216:6
**direct** 28:20
29:21 33:5
47:25 48:18,25
49:5 62:6
268:21
**directed** 62:4
63:8 76:1 79:16
119:1 145:1

168:1 232:9
**directing** 49:7
258:7
**direction** 51:2
75:18,20 76:4
76:12,14 77:10
80:3 153:3
**directive** 81:5
**directly** 35:15,23
48:12,14 51:14
115:5 160:16
167:21 180:6
283:5,8 284:16
**director** 20:1,5
20:20,21 36:12
40:18 53:15
57:23 58:1,8
69:6 72:14,15
72:19 115:4
147:2,17,23
148:2,17,21
242:4 243:22
243:24 244:4
260:1 274:9
280:13 281:7
**directors** 37:15
37:16 51:2
58:23 62:3
72:23 74:11,12
78:13 79:16
111:2 140:11
140:22,25
241:8,19
257:14 258:8
**director's** 107:14
**disagree** 65:2
**disciplinary**
51:23
**disciplined** 13:20
**disconnected**
184:9,14
**discontinued**
121:11
**discovery** 135:16
**discretion** 146:19
146:23 147:2

**discuss** 31:4 79:9
156:17 243:17
251:19 260:5
273:5 274:25
**discussed** 18:19
23:12 35:2
79:13,15 80:11
112:5,8 148:24
180:20 193:3
196:17 242:24
248:15 272:7
272:17 273:7
291:3
**discusses** 151:4
218:21
**discussing** 79:7
147:24 148:18
274:23
**discussion**
184:24
**discussions** 32:23
76:18
**disposable** 74:22
**disseminated**
130:21
**dissuaded** 95:21
**distance** 65:13
**DISTRICT** 1:1,2
296:1,2
**division** 40:19
46:11 53:16,19
250:11
**document** 25:20
31:23 57:14
73:3 88:5
111:18 113:15
118:20 119:9
132:8 135:11
136:9,23
137:21 146:16
150:8 154:6
162:2,4 166:10
176:3 214:24
215:1,13,17,25
217:5 218:1
219:2 239:9,16

240:8,11,19,24
241:3,16
255:19,22
256:4,6,12,16
256:19 257:5
258:22,24
259:1,2,5
261:20 262:8
264:10 268:20
269:2,6 270:9
276:3,4,22
277:25 279:17
279:25 281:13
295:15
**documentation**
178:1 231:13
261:23
**documents** 25:12
25:15,19,23
26:2,6,13,25
27:7,18 28:7,10
28:19 29:17,22
29:25 30:3,13
30:21,23,24
31:16,21 32:9
32:20 36:1
46:14 55:1,6
56:4 74:18
90:24 144:22
145:7 160:16
169:16,18
178:3 189:20
191:14 211:22
263:4 266:11
267:3,3 277:24
287:13,20,21
289:7
**doing** 26:18
36:18 37:6
44:21 75:9,9,12
82:20 83:8
84:18 108:22
111:12,16,17
112:19 148:20
149:10 150:2,2
153:4 186:22

210:24 211:11
212:22 214:2
214:14,16
217:10 220:11
220:13 232:1
246:12 257:18
258:20 259:6
261:19 266:16
**DOJ** 16:2,23,25
221:10
**Donna** 100:16
**dormant** 220:16
**doubt** 71:12,13
72:5 131:11
154:13 241:15
**downstream**
290:4
**dozens** 45:12
**DPD** 244:14
**draft** 39:1,2
139:10
**dragging** 263:9
**drain** 290:11
**draw** 276:2
**dreaming** 200:2
**drifted** 273:19
**drive** 19:22
176:22
**drives** 31:16
**driving** 211:8,12
**drop** 212:14
**dropped** 105:12
**drove** 67:15
**drug** 288:15
**DSA** 124:5
**due** 26:9 157:7
199:10 257:23
262:17
**duly** 1:19 5:25
296:16
**duplicative** 31:18
**durable** 74:21
**duties** 42:19
43:22 44:1
259:12
**duty** 234:19



**D.C** 2:5,9,15

**E**

**E** 2:1,1 3:4,5 4:4
**EAC's** 59:5,7
  79:22
**Eagle** 52:13 69:5
  69:11,14,18,19
  69:22,24,25
  71:2 72:3 94:2
  94:6 100:10
  142:12,21
  145:16
**earlier** 15:15
  74:25 76:3 80:4
  108:15,21
  151:12 188:13
  204:18 217:25
  224:8 250:12
  266:11 288:20
  290:5 291:3
**early** 18:11 37:8
  60:15 74:6 75:5
  138:3 139:18
  139:20 197:22
  227:15 244:23
  245:1,10
**East** 288:8
**Eastern** 116:25
  288:8
**easy** 169:2
  193:16 212:7
**eating** 84:2
**ebb** 167:11
**echelon** 76:15
**edit** 90:16
**education** 41:13
**EEC's** 141:20
**effect** 89:16
  175:15 191:18
**effective** 74:23
  93:4
**effectively** 233:1
  234:16
**effectuate** 177:6
  177:12

**efficiency** 215:25
  222:1
**efficient** 218:4
**efficiently** 217:8
  234:16
**effort** 46:19,25
**efforts** 46:18
**egregious** 196:12
**eight** 37:4 45:5
  50:18,23 51:1,5
  94:7 186:8,9,12
  187:2 263:16
**either** 11:15
  17:12 32:14
  43:2 54:21
  60:24 64:9 80:4
  95:10 96:25
  104:3 109:19
  114:21 174:7
  182:18 189:8
  189:16 202:12
  226:6 271:3
  273:12 283:20
**El** 227:2
**elected** 82:1,25
  108:25 247:20
**electing** 82:11
**electronic** 26:6
  30:25 184:8
**electronically**
  31:14 38:18
  178:2
**element** 45:21
  46:6 61:8
**elements** 80:5
  159:3
**emergency** 44:22
  163:10
**emergent** 157:7
  158:8 161:18
**emphatic** 81:18
**emphatically**
  231:20
**employed** 40:15
  297:15
**employee** 49:1

**51:22 104:18
  104:20 270:5
  280:8**
**employees** 14:17
  32:25 49:6
  50:11 61:7
  188:10
**enacting** 82:16
  159:10
**encounter** 54:20
  102:5 113:13
  199:4 202:20
**encountered** 21:1
  208:11
**encounters**
  102:15
**encouraged**
  110:21
**encouragemen...**
  34:19
**ended** 271:19
**enforcement**
  43:15 46:23
  49:13 53:13
  64:3 90:6,8,23
  91:14 110:24
  206:16 213:17
  250:11
**enforcement-t...**
  273:8
**English** 288:4
  289:3
**Enrique** 35:6,6
**ensure** 37:17
  105:11 216:17
**entailed** 35:10
**enter** 54:2,24
  55:10 217:23
  227:22 228:1
**entered** 227:9
  230:8,10
**entering** 54:21
  82:7 86:7
  221:12,20
  228:4
**entire** 98:23

**159:2 240:8
  254:11 256:5
  256:12 269:2,6
  278:16**
**entirety** 118:19
  118:20 126:11
  257:5
**entities** 103:20
  104:1 274:15
**entitled** 207:10
**entity** 108:4
  283:21
**entries** 201:15
**entry** 8:13 10:3
  19:1 20:12,14
  22:1 23:3 32:24
  37:5 44:11 45:5
  51:1,5 54:18
  59:19,22 69:22
  84:15,21 94:8
  95:20,24
  102:16,21,23
  106:23 107:5
  129:20,20
  135:9 142:7,9
  142:11 144:14
  144:22 145:6
  161:4 165:5
  175:17 177:5,7
  178:2,7,11
  179:2 183:4,5
  183:12 186:1
  189:16 192:1
  205:21 208:25
  215:4,14 216:2
  219:14 234:13
  241:21 245:23
  246:10 254:12
  259:6 260:1
  261:23 267:9
  272:12,19
  273:13 274:24
  274:24 281:21
  284:5 286:14
  290:17
**environment**

**42:22 43:9 44:2
  44:7,8 50:4**
**envisioning**
  210:1 211:6
**equipment** 188:4
  188:5,8,16,22
  188:22 189:4
**ERCS** 169:1
**ERO** 163:20
  166:16,19
  167:5 169:25
  169:25 170:3
  171:16 172:18
  173:6,7 181:5
  216:6,18
  217:21,23
  219:4,10 290:7
**ERO's** 163:21
  181:8
**error** 131:18
  184:9 186:24
**errors** 131:17
**ER-C** 163:17
**ER/CF** 163:18
  174:2,16 179:8
**escaping** 125:2
**escort** 106:15
  115:9
**escorted** 20:9
  109:23
**especially** 96:9
  96:12,15,19
  97:1 245:7
  273:24
**essentially** 148:1
  148:4 172:11
  225:24
**estimate** 25:18
  26:16,17 41:23
  174:6 185:1
**estimating**
  186:25
**estimation**
  138:11
**ET** 1:4,7 296:4,7
**Europe** 288:9



**evade** 191:24
  198:21
**evades** 189:8
**evening** 109:21
**event** 59:13,14
  157:4,7 204:7
**events** 58:24
  59:25 60:5
**eventually** 47:2
  48:6 60:19
  81:13 200:17
  233:7
**everybody** 61:3,4
  61:12 117:5
  118:3 132:18
  275:8
**everyone's**
  118:16
**Evidence** 135:7
**Evidently** 145:25
**evolving** 73:13
**EWI** 192:1,13
**exact** 17:11 25:16
  33:13 36:21
  47:18 82:15
  89:22 120:5
  127:8,22 203:3
  203:6 214:4
  227:19 246:20
**exactly** 123:21
  145:15 174:7
  175:4 203:11
  217:25 227:14
  253:11 271:23
**examination** 3:9
  6:1 236:16
  286:5 291:22
  296:22
**example** 22:3,6
  69:25 124:16
  126:14 128:15
  145:13 146:10
  149:23 176:21
  183:5 188:19
  210:18 241:22
  268:6 287:13

  288:3
**examples** 289:20
  290:14
**exception** 9:19
  221:19
**exceptions**
  221:14
**excessive** 17:25
**exchange** 240:5
**exchanged** 79:13
**excuse** 45:18
  114:7 185:7
  223:20 232:20
  251:14 263:20
  266:18 279:1
  282:1 288:25
**executed** 295:16
**executive** 58:7
**exhausting**
  160:18
**exhaustion**
  254:22
**exhibit** 4:5,6,7,8
  4:9,10,10,11,12
  4:13,14,15,16
  4:17,18,19
  57:11,13 67:18
  67:20 68:2,6
  69:1,2 78:2,4
  81:23 84:23
  118:2 119:9
  129:9 131:25
  132:8 133:20
  134:9,18,24
  135:6,8 138:13
  138:15 143:3,5
  150:6,7 153:19
  153:20 154:16
  154:20 161:23
  161:24 162:1,2
  197:18,19
  214:19,20,24
  221:8 239:6
  240:25 255:19
  268:22 270:9
  278:4,5,11,14

  278:17,20,23
  279:17
**exhibits** 4:1 57:9
  143:16 269:15
  279:14 297:13
**exist** 182:9
  189:11
**existence** 210:5
**exists** 185:12
**exit** 82:1,12,16
  82:25 83:10,14
  84:19 85:15
  86:10 87:7,8
**expand** 157:3,11
**Expansion** 218:7
**expect** 128:3
**Expedient**
  217:18
**expedited** 161:11
  161:14,14
  179:10
**expenditures**
  187:24 188:2
**experience** 34:11
  55:19,20
  100:25 121:9
  173:22 197:8
**experienced**
  169:3
**experiences**
  33:18
**expert** 35:11
**Expiration**
  297:22
**explain** 102:12
  211:4 277:12
  277:14
**explained** 251:3
**explaining**
  166:23
**explanation**
  247:24
**expressed** 295:17
**extended** 83:20
**extent** 30:18 34:2
  39:20 109:16

  238:18
**extenuating**
  173:11
**extra** 220:15
**extracted** 168:3
**extrapolated**
  230:13
**e-mail** 9:14 25:20
  31:3,18,19,23
  32:14 36:7
  38:16 39:23
  57:18,19 58:4
  58:13,23 59:14
  60:20 69:3,4,10
  69:14,18 71:14
  74:4,12 78:6,7
  78:19 79:15
  111:11 133:22
  138:15,17
  139:2,3,4,9,9
  139:24 140:13
  143:5,7 145:24
  146:2 150:15
  150:15,17
  151:4,11 152:7
  152:14 162:8
  162:10,18
  163:3,22 165:4
  166:1 167:19
  167:21,23
  177:4,13 178:1
  178:25 179:14
  180:21 215:17
  222:14 238:8
  239:23 241:5,6
  241:18 242:6
  243:8,15,16
  244:3,13,21
  246:1 248:3
  250:24 255:24
  257:9,12,13
  258:6,15 259:4
  259:25 260:3
  262:18 264:11
  264:13,24
  269:8 270:4,12

  274:6,7,8 275:3
  275:8 276:7
  277:4 279:9
  280:6,7,8,12
  281:8,24
  282:25
**e-mails** 14:2
  25:19 26:2,3,22
  31:3,8,11,13
  38:22 68:17
  72:2 79:14
**E-N-R-I-Q-U-E**
  35:7

_____

**F**
_____

**F** 163:17
**face** 72:23 216:1
**Facebook** 13:24
  13:25 14:8,16
  14:20,22,25
**face-to-face**
  238:8 265:18
**facilitating** 90:12
**facilities** 65:14
  124:22 128:1
  128:10,22
  177:22 220:16
**facility** 125:12
  126:13 167:10
  177:25 246:16
**fact** 12:1 62:20
  97:10 158:18
  160:20 193:16
  267:8 292:9
**factor** 290:4
**factors** 174:13
  286:7,9,25
  292:3,13
**fair** 75:14,17
  105:13,17
  114:1,14
  144:16 153:2,5
  156:6 178:10
  184:4 186:9,11
  186:16 190:20
  192:8 196:5



205:5 219:21
223:19 232:21
**fairly** 105:25
125:8 131:23
171:17
**fall** 42:4 51:16
**falling** 53:19
**falls** 100:16
**familiar** 14:24
67:25 71:19
84:14 88:24
156:12 204:10
211:1 215:15
221:14,17,20
221:24 273:11
**familiarize** 31:5
**family** 162:25
165:20 172:17
172:19 173:24
173:25 174:11
174:12,13
216:23,25
289:8,18,21,23
**FAMU** 216:13,23
**FAMUs** 216:14
216:19
**fan** 6:10
**far** 37:18 39:22
65:24 84:21
86:23 115:13
124:9 192:15
195:4 204:13
204:18 245:21
254:22 292:12
**fault** 171:12
**fear** 82:6 85:4,6
86:7 136:16,20
137:4 161:12
161:15 179:11
193:8 195:16
195:17 196:7
208:13 216:18
218:11,17
236:8
**feasibility** 75:21
**feasible** 69:13

129:5 205:23
**February** 15:16
21:21 25:24,24
26:7,14 40:3
162:14 178:8
**federal** 14:17
49:12 54:8,12
135:7 178:22
**feel** 27:11,12,13
27:16,21 80:14
80:14 100:24
118:24 156:17
172:20 229:9
237:3,14
**feeling** 116:11
**feet** 213:2
**felt** 72:15 184:2
247:7
**female** 289:23
**Fencel** 33:6 36:9
36:10
**field** 9:22 10:4
22:4 35:6 36:13
37:5,21 40:19
44:17 45:3,3,6
45:19 46:10
48:17 50:19,20
51:11 52:4,8
53:15,18 57:23
58:14 61:7,8,19
72:13,17 79:12
81:16 83:18
84:17 93:15
103:25 121:5
121:14,15,17
128:25 131:1
133:2,5 135:18
139:15 147:23
225:13 227:18
242:4 246:9,21
250:7 255:15
259:11 271:11
271:13,15
272:25
**field-office-wide**
195:4

**fifth** 70:10
129:10 163:25
176:17
**figure** 288:11
289:12 290:1
290:18
**file** 172:22
**filed** 64:24
**files** 31:9,12,15
31:15
**filled** 130:15
149:24 155:6
**final** 140:10
221:11,14,16
222:16
**finally** 53:4
265:22 276:1
**financially**
297:17
**find** 15:10,13
79:21 80:3 92:2
121:10 135:15
159:3 161:23
216:18 273:14
**fine** 5:12 15:23
17:18 18:4
22:23 34:20
65:9,11 85:12
91:12 92:7,14
100:20 116:21
127:10 176:5,9
181:17 207:18
221:6 222:24
237:1 278:21
**fingerprints**
174:24
**finish** 7:6 171:6
**finished** 240:13
268:20
**fire** 123:21
**firm** 81:17
297:22
**first** 5:25 10:24
21:20,22,23
22:2,10,15 23:1
23:4 43:25

57:17 58:4 60:1
60:10 69:9 78:2
78:10 81:15
120:11 124:14
125:4 130:19
130:20 132:13
132:17 146:21
148:19 151:11
156:25,25
162:4,20 163:2
163:16 164:17
168:25 211:8
218:9 219:13
231:25 235:2
239:19 241:5
242:17,17
243:5 256:22
265:22 266:9
269:19 286:10
**FIS** 54:13,15
**fit** 45:17 165:20
**five** 29:4 92:6
94:9,15 163:15
167:16 172:25
176:3 230:15
**five-bullet**
180:19
**five-minute**
263:17 291:10
291:15
**five-page** 162:2
**fixed** 70:19
**flag** 171:7 250:22
**flagged** 248:17
250:17,21
**flexibility** 36:25
37:2
**floor** 131:10
297:23
**Flores** 244:4,14
**flow** 167:11
241:21 242:7
274:1
**fluid** 290:25
291:3
**focus** 49:24

**focused** 26:19
46:25
**folders** 31:3
**folks** 78:8 131:7
168:12
**follow** 23:16 25:9
28:16,24 113:9
281:24
**followed** 166:20
168:11
**following** 198:22
248:19 296:15
297:6
**follows** 5:25
296:25
**follow-up** 264:14
264:16
**foot** 189:9,16
231:23 232:5
**footprint** 126:11
290:19
**Force-West** 47:3
**forecast** 158:20
**foregoing** 295:1
295:16
**foreign** 251:7
**forgot** 78:19
**form** 21:6,11,15
34:1 50:23
63:13 66:20
72:8,11 73:9
76:6,24 77:15
77:25 80:20
82:22 85:25
86:12 87:10,14
88:10 90:18
91:7,17 93:23
95:12 96:4,11
97:12,18,20
98:11,21
104:24 106:25
107:25 109:14
110:12,20
111:23 112:10
112:16,23
114:18 115:23



121:12 122:5
136:12 140:16
140:18 141:9
143:1 146:25
147:10,15
148:7 149:11
151:7 152:11
152:18 153:7
153:15 154:19
156:9 158:19
160:17,23
161:13 166:13
168:6 171:19
172:5,9,13
173:2 174:5,19
176:19 178:15
179:19 180:8
180:16,23
182:10 185:3
185:14,24
188:1 189:13
190:3,15
191:12,19
193:9,15
194:20,25
195:18 197:10
197:24 199:12
199:19 205:8
208:3,9 212:23
216:3 220:24
221:22 223:15
223:23 224:13
224:21 225:4
225:11 227:11
228:9 229:22
230:9 231:6,17
232:24 233:8
233:19,25
234:20 235:4
236:4 245:17
247:5 248:18
249:4,22
250:20 251:8
251:20 252:1
253:15,19
255:7 260:19

262:3 265:3,8
267:11 268:1
272:4,8 283:24
**formal** 64:10
222:19 223:2
**format** 7:3
**formatted** 259:3
**formula** 123:20
123:22
**formulas** 124:9
**forth** 79:24 98:5
182:19 213:2
**forward** 53:10
56:8
**forwarded**
280:22 282:23
283:18
**found** 131:17
223:9
**four** 44:15 169:4
173:22 176:3
204:23 205:2,2
205:4 207:7
215:2
**fourth** 122:14
163:23 170:24
**four-page** 132:8
**Fox** 2:21 5:18
**foyer** 201:15,15
**Frank** 69:6 139:4
139:24 140:14
240:5 241:7
**Franklin** 2:14
**frankly** 198:6
**fraudulent**
287:13,20
**fraudulently**
287:21
**FRE** 4:10
**free** 80:14 100:24
247:13 253:9
253:10
**freight** 273:10
**frequently** 22:5
274:25 282:20
**fresh** 162:18

**front** 32:18 89:25
172:17 193:8
**fulfill** 287:1
**full** 69:9
**function** 55:13
274:3
**functions** 45:4
206:14
**funnel** 94:16
95:11
**funneling** 94:20
96:1 99:6,8,12
**further** 3:9 242:6
243:6 270:24
286:3 290:9
291:5,22
292:16 297:14
297:17
**furthest** 22:4
**future** 235:18
**fuzzy** 143:8,13
**fyi** 151:12 284:6
**F-E-N-C-E-L**
33:6

---
### G
---

**G** 3:5 4:4
**Garcia** 35:6
39:14
**Garrison** 276:7
276:17,24
277:4 278:2
**Gateway** 100:11
124:22 247:10
**general** 22:12
34:10 35:9
37:24 45:9 48:8
75:7 79:7,11
99:20 107:23
157:7 209:16
219:23 247:17
261:17 262:10
262:13 286:18
287:14 288:22
289:19 290:15
**generally** 19:1

54:14 72:13,18
79:20 83:16
102:22 113:15
161:15 165:13
166:6,12,20
170:16 192:5
193:10 195:25
221:13 225:5
272:24
**gentleman** 250:3
**geographical**
47:1 83:2
**George** 270:4,13
276:24
**Georgia** 49:13
**getting** 19:8
23:23 24:3,4
76:14 84:4,4
101:6 147:4
163:17 165:16
192:14 210:9
254:20 279:18
281:9 290:13
**gist** 75:7
**give** 6:20 11:20
25:18 33:15
51:1 83:1 90:1
108:15 109:12
115:9 132:1
150:12 164:9
181:1,21 190:1
203:3,6 206:24
235:17 247:16
253:9 278:15
280:15 282:10
**given** 7:3 104:11
104:22 107:4
107:10 130:5
146:20,24
147:7 149:8,19
149:25 151:25
161:5,7 173:4
192:22,23
204:22 218:24
225:3 245:6,13
260:12 261:15

290:21 295:18
296:18 297:4
**giving** 95:25
122:10 140:20
175:14 247:10
252:19,20
261:9 289:20
**go** 6:16 18:9,15
18:23 24:24
29:4 43:8 49:9
52:24 58:3
62:15 63:14
67:17 70:23
78:1 80:16 84:1
87:14,14 92:10
95:22 96:1,7,21
97:1 106:10
110:7 114:15
116:20 117:6
117:17 118:12
119:5,6 124:15
125:19 129:3
131:1,21 132:5
132:19,24
136:5,13 137:6
138:24 140:10
143:23 144:5,8
153:19,25,25
153:25 159:14
165:22,25
166:10 170:21
170:21 171:13
172:19 177:24
181:18 182:7
182:15 184:12
192:15 204:3
207:6 209:20
211:15,20
212:3 213:2,13
214:19 215:20
216:7 217:17
219:12 223:8
226:3 249:11
255:10 256:20
257:9 261:4
263:19 268:2



285:19 286:7,9
292:3,14
**goal** 157:11
192:14
**goes** 52:20 102:8
**going** 7:13 8:1,8
15:25 18:10
19:7 23:13,16
24:6 25:6,9
26:1 27:6,10,17
27:20 28:16,24
29:7 30:16 31:4
31:5,6 33:4,8,9
36:17,17 40:10
41:12 45:9 49:4
49:6,7 52:7
53:4,9,14,22
55:1 56:24 57:8
58:22 60:18
62:18 63:3,25
64:1,17 66:3,4
68:8 72:8,18
73:22,23 75:8,9
78:10 79:24
80:18 81:7,14
81:25 82:16
84:23 85:10
86:24 87:23
90:18 91:7
92:18 93:25
94:10,12 97:20
99:6 101:25
104:17 109:16
110:7,25
112:25 115:7
117:7 119:8
120:15 123:11
123:24 124:8
128:15,19,20
129:1,21
131:23 132:6
132:16 136:11
143:11 144:25
145:12 150:14
151:10,21
153:22 154:8,9

156:15 158:17
161:15 162:3
163:3 170:7
172:3,18
174:10,14
176:2 179:4
180:25 183:3
183:11,12
184:15,24
190:5,5 193:17
197:2,5 198:11
199:16 203:9
203:16 206:2
209:22 211:9
211:17,19
213:1 214:12
214:21 215:15
216:9 218:8
219:13 220:14
221:3,25
223:16 226:3
230:19 233:6
235:11,24
236:3,13
239:22 245:25
246:15 249:12
252:9,18,22
258:5 260:19
261:3,7 263:13
263:19 264:5
264:23 267:12
267:13 271:7
271:10 272:17
272:24 273:2
273:15 277:17
278:5 281:13
282:10 285:21
286:14,17,24
286:25 287:14
287:15 288:1,5
288:11,13,24
289:5,6,8,12,24
290:1,9,17,17
290:22 291:16
293:2
**Gonzalez** 20:2,10

**good** 6:3 9:8 12:4
13:12 40:12
56:18,20
116:20 117:5
118:12 132:19
135:4 150:25
151:14 160:9
160:10 176:11
220:20 236:18
240:17,22
249:14 252:11
255:1 266:15
**Goodbye** 184:10
**goods** 74:22
**gosh** 41:10
**Gotcha** 45:11
76:20 120:12
**gotten** 68:6,11
143:10 144:3
150:24 215:5
**government**
10:16 41:15
49:20 84:18
85:17 86:20
87:24 103:19
104:1 108:25
113:8 115:1
138:20 178:22
226:4 237:11
238:4,6,13
245:2,11
248:16 249:2
251:7 252:20
262:8 270:17
272:2,23
273:16,22
275:20,23
277:8
**governmental**
12:16 244:22
**go-between**
121:2
**gradually** 84:12
**graduate** 41:17
41:21
**graduating** 41:25

**Grande** 52:13
94:2 185:25
**granted** 71:5,8
71:11 72:4,10
222:5
**granting** 72:24
**great** 5:11 39:9
43:6,8 68:23,23
69:25 93:2
94:14 117:3
132:21,25
139:23 144:10
144:10 160:8
181:14 182:7
184:24 222:25
239:5 242:6
243:3 257:7
270:2 278:9
280:5
**grievance** 62:25
63:20 64:10
**grievances** 51:22
64:24
**ground** 6:17
**ground-level**
49:7
**group** 14:20,22
43:14 120:24
**groups** 14:9,16
**Grupos** 10:15
103:22 237:11
**GSA** 123:20
**guarantee** 234:25
235:5,13,15,16
235:20,24
236:2
**guaranteed**
235:23
**Guatemala**
226:15 227:6
**guess** 39:13 86:4
86:18 118:20
120:25 129:12
154:5 205:20
206:13
**guessing** 97:9

134:16
**guidance** 58:24
59:2,12,24
60:18,25 61:25
62:12 63:25
64:21 69:12
71:3 72:20
73:13 74:13
75:25 141:20
162:21,21
165:16 167:4
167:24 175:10
175:10 177:15
177:18 178:9
191:9 198:18
222:19 223:3
232:5
**guided** 75:19
**guideline** 154:17
154:21
**guidelines** 243:18
**guides** 244:15
**gutted** 125:11
**guy** 24:25 50:13
**guys** 75:8,15
111:12 116:21
121:16 206:24
263:13 269:11

---

**H**

**half** 46:9,9
248:20
**hand** 210:9
232:16 295:18
**handful** 192:22
263:3,3
**handing** 253:2
260:24
**handle** 74:20
218:11 264:19
**handled** 257:20
**handles** 35:7
**handoff** 114:25
**hang-up** 248:7
**happen** 17:10
36:17 76:23



77:1,11 78:23
96:24 108:14
142:7,9,11
147:19 209:5
209:13 236:3
246:17 282:20
**happened** 83:17
99:8 107:17
141:16,22,23
142:3,24
144:24 155:20
178:6 184:1
194:3,4 252:23
265:7 284:11
**happening**
108:13 110:14
145:13 155:24
156:7 166:7
193:2,18 200:4
226:12 228:14
267:9
**happens** 53:23
100:5 101:10
109:13 111:21
159:5 171:17
209:5,9 211:23
**hard** 26:17 35:18
143:9 166:9
169:18 289:19
**hard-and-fast**
84:16 214:15
**Harris** 1:13,17
3:2,5 4:2 5:3,15
5:24 6:3,12,12
24:10 28:9
29:14 30:18
56:18 57:5,16
87:15 88:12
92:12,24
116:12,17
117:13 118:21
132:12 136:2
138:22 141:13
143:13 159:17
162:5,11 171:5
171:15 176:7,8

181:17 182:4
184:21 215:8
229:7 230:25
236:18 237:17
239:15 240:7
240:15,23
243:9,10
247:24 249:11
249:19 252:25
254:10 255:11
256:2,5,11,18
256:25 257:4
259:13,23
262:5 263:1
269:1,3 270:2
274:4 276:1,16
276:18 278:3
279:5,24
284:13 285:17
286:7 291:4,14
291:24 292:17
295:1,7,12,14
296:10,16
**Harrison** 284:21
**hash** 78:13
**hate** 51:18
206:21 207:16
290:18
**hazard** 70:7
118:9
**head** 6:21 91:3
124:14 188:24
229:18,24
254:3,7 274:10
279:20 289:21
289:23
**headquarters**
45:7,21 46:6
58:11 75:3,15
76:22 77:14
80:4 88:8 107:8
111:22 112:6,9
112:15 120:24
120:25 121:17
121:21 122:3
122:10 133:12

147:9 149:6,17
149:22 151:13
151:19 153:6,9
153:12 163:1
165:17 166:24
167:17,21
168:1,5 180:7
180:14 190:13
194:16,18
222:14,18
223:2,13
224:18 225:15
226:9 231:9,14
231:16 271:20
**headquarter's**
162:21 194:17
**heads** 58:14
277:23
**hear** 9:18 16:6
51:20,21,21,23
61:6 140:22,25
141:13 156:7
226:20,22
265:15
**heard** 16:5 47:3
75:18 103:21
107:1 113:22
153:17 181:17
207:25 227:5
**hearing** 11:24
**heavy** 148:16
**held** 129:1
243:16 273:14
281:2
**Hello** 33:25
238:21
**help** 45:1 244:18
281:14
**helpful** 80:15
124:5 247:25
285:11
**helping** 159:4
219:22 245:3
245:11 288:18
**hey** 24:24 29:2
33:8,9 36:20

68:5 75:8 76:18
79:11 82:16
95:18,22
111:15 112:19
121:16 122:3
170:8 209:12
209:20 224:24
225:16,19,22
246:11,22
262:10 275:8
277:24 284:5
**HHS** 290:7
**Hi** 57:5 68:16
117:13 182:4
230:25 238:21
291:8
**Hidalgo** 18:16
20:4,11,14,17
37:17 52:13
95:23 100:13
100:14 109:20
115:3,11
144:13,17
145:2,9,14
148:15 183:9
183:14,16,17
183:23 184:2
194:7,8 197:20
205:21 208:16
254:18 290:25
**Higgerson** 57:20
57:22 58:18
78:7 150:18
151:18 152:15
**high** 154:24
194:8 197:8
271:12
**higher** 76:14
81:1,6 198:7
219:22
**higher-volume**
165:24
**highest** 41:13
97:16,21
**highlights** 144:5
**high-level** 109:17

**high-risk** 43:17
**history** 40:14
169:6,7,8,15
174:1
**hit** 215:6
**hmm** 89:12 168:4
**Hoffman** 58:4,7
58:13
**hold** 31:1 68:5,10
116:25 117:16
123:9 128:12
128:20,25
129:5,7 222:15
224:17 239:14
276:11 283:3
289:15
**holding** 122:18
122:22,23,25
122:25 125:7
126:6,11,21
128:11,16,16
128:17,23
167:7 197:14
198:9,11,12,13
198:13,14
211:13,21
287:6,7 289:12
289:25 290:2
291:2
**home** 169:8
**Homeland** 8:9
46:23
**Honduras** 227:2
**honest** 22:24
**honors** 84:3
**hopefully** 273:19
**hospital** 253:6
290:10
**hospitals** 247:13
290:12
**host** 272:2
**hour** 7:22 18:3
26:21 40:11
159:18 206:12
207:19,20
263:11,17



hours 26:24
  155:20 169:4,4
  169:13 170:14
  173:22 174:18
  176:18 177:1
  185:1 186:3,5
  186:10,18,19
  186:20,21
  187:1,3,6,10,14
  187:16,23
  206:11,12
  207:7 262:25
  263:8,16,23
  290:12
hour's 262:24
house 273:10
household
  289:22,23
housekeeping
  279:13
Howe 33:11,21
  34:5,14
How's 43:7
HSI 46:23
hundred 25:21
hundreds 31:21
  32:1 229:21,23
Hutton 250:4,16
Hutton's 250:9
H-A-R-R-I-S
  6:13
H-O-W-E 33:12

I

ICE 165:6,7,7,21
  166:1 168:12
  175:6,8,13,19
  177:5,6,11,20
  177:21,25
  178:3,12 179:2
  179:4,17,20,21
  179:22 180:2,6
  180:25 181:1
ICE-ERO 163:25
ICRO 176:16
idea 80:2 164:17

179:3 190:11
  196:25 211:9
identification
  11:24 211:13
identified 198:12
  218:9 220:22
  220:23
identify 78:15
  260:24 261:9
  261:24
identifying 242:9
identity 23:19
  104:19 295:15
IFR 221:17
  223:11,17,25
II 216:8
III 217:18 219:3
  219:9
illegal 248:4,15
  248:25
illegally 113:5
immediate 170:6
immediately
  16:6 86:14
  212:20 246:2
immigrant 246:4
immigrants
  243:18 244:15
immigration
  2:14 35:10,20
  35:22 49:18,22
  49:23 50:4
  169:6,15 174:1
  249:1 260:5
  288:14,25
  289:4
imp 251:12
impact 129:25
  130:1,7 134:18
  135:9,12
  136:10,15,25
impacts 137:5
implement 63:24
  187:25,25
  223:21 244:23
  261:13 268:15

implementation
  10:6,11,12
  64:21
implemented
  193:21 219:2
  221:10 245:20
  245:22 246:1
  246:25 247:3
  248:3 249:17
  251:12,16,24
  253:1 258:13
  268:11,13,17
implied 235:13
  235:14
implies 235:5
Import 43:15
important 7:4
  38:7
impressions 19:9
  27:10
improved 251:16
improving
  215:25
inaccurate
  131:14
inadmissible
  162:24 163:4
  287:14
inadmissibles
  287:17
INAMI 10:20
  82:1,4,7,11,15
  82:20,24 83:8
  83:14 84:19
  85:14,21,22
  86:15,16
  237:25 238:19
  238:23 239:2
  244:6,16
  253:13,18
  264:15,18,20
  265:1,12
  272:20
INAMI's 253:7
inaudible 97:17
  101:18

incident 65:25
  180:9 195:2,3
  196:1
incidents 99:17
  142:1,6,13
  145:20 148:16
inclined 183:20
  190:6 200:12
  284:22,25
include 30:19
  31:23 34:2 64:4
  65:13 84:25
  85:2 195:3
  198:25 199:2
  242:23 254:11
  257:17
included 66:8,14
  67:3,8 126:10
  128:24 195:7
includes 244:3
  297:6
including 10:4,9
  16:4,8 25:20
  26:23 58:18
  61:13 178:23
  188:5 196:4
  243:9 244:4
  256:1 270:14
inclusive 35:16
  37:4 273:3
incorrect 87:12
  101:20
increase 59:19,20
  59:21 190:19
  214:16 217:10
  217:12,15
  218:11,16,22
  219:16 220:2
increased 190:11
  199:18 216:1
indefinitely
  233:4
independent
  39:10,12
INDEX 3:1
indicate 149:24

198:7
indicates 86:9
  280:7
indicating 276:12
Indios 22:8
indirectly 48:13
individual 183:4
  249:25
individuals
  174:23 245:3
ineligible 221:13
informal 64:10
  111:11,15
  112:18 222:19
  223:3
information
  30:19,25 34:2
  38:17 77:3
  79:24 80:6 91:2
  91:4 105:4
  110:18,22,25
  151:18 185:8
  191:17 194:24
  230:8 241:16
  246:21 251:6
  252:21 253:3,6
  253:7,8,10,17
  253:23 258:9
  258:11 259:10
  259:14 260:13
  260:16,25
  261:10 282:4,9
  285:11 297:4
information/lo...
  260:7
informed 260:4
infrastructure
  19:6 44:25 56:4
  67:1 74:21
  188:2,6,8,17,21
  202:8 203:17
ing 128:25
  235:23 271:23
initial 46:18
  126:9 173:13
  174:21



**initially** 250:21
**initiate** 121:14
  244:18
**initiated** 273:23
**initiatives** 53:13
  53:13
**injunction** 222:5
  222:8,12,20
  223:3,4,11,14
  223:22 224:3
**injured** 199:4
**INM** 10:15,20
  103:15 104:3
  105:10,11,15
  106:10,12
  109:12,23
  111:2,16
  112:22 113:4,7
  114:17,22,25
  115:6,11 202:9
  225:9,12
  237:10,24
  238:9,13,19
  241:12,20,23
  242:7,21
  251:18 280:15
  284:14,16,18
**innovative**
  219:15
**input** 133:14,18
**inputting** 133:16
**inquiry** 122:8
**inside** 19:2
  125:11 177:24
  208:14
**insinuating**
  142:18
**inspect** 54:17
  101:11,15,23
  115:18 147:6
  235:25
**inspected** 55:16
  102:1 104:11
  192:7 193:5
**inspection** 54:8
  54:12 55:9

189:8 191:25
  192:2,7 193:14
  235:23
**inspections** 22:20
  43:17 54:19
  206:16
**inspector** 41:6
  42:10
**Instagram** 15:4
**instance** 1:18
  242:17
**instances** 146:6
  146:12 160:24
  194:5
**Instituto** 237:9
**instruct** 23:14
  24:19 25:7 27:5
  28:15,23 30:6,7
**instructed** 7:18
  81:16 93:3
  94:16 95:9,22
**instructing** 81:8
  112:3
**instruction** 23:17
  24:9,15,21,23
  25:4 27:8 33:16
  81:12 94:18,19
  95:1
**instructions**
  25:10 28:17,25
  79:25 167:17
  183:21 266:3
**instrument**
  295:16
**intake** 233:1
**intellectual** 43:18
**intelligence**
  158:21
**intend** 82:6 85:3
  86:7
**intended** 201:22
**intending** 248:12
**intensive** 26:5
**intent** 273:3
**intention** 246:11
  246:24

**intentions** 85:11
**interaction** 48:25
  49:5 102:7
**interchange**
  234:11
**interchangeably**
  22:21 89:5
**interest** 281:9
  282:12
**interested** 282:3
  297:18
**Interesting** 89:15
  245:24
**interim** 221:11
  221:14,16
**interject** 80:14
**intermingle**
  212:13
**internal** 85:17
  86:24 184:9
**international**
  23:5 41:16 54:5
  65:14 69:16
  73:18 74:3
  100:16 144:20
  208:19 210:12
  231:4,10
  232:10,17,23
  234:9,12,18,22
**Internet** 39:16,17
  40:6
**interpret** 93:14
  130:13 134:14
  141:3 152:20
  235:19
**interpretation**
  128:8 140:21
  267:7 277:9
**interpreting**
  24:23 235:24
**interrupt** 17:18
  70:22 94:12
  132:22 135:3
  171:3 202:21
  206:21 220:18
  256:4 276:20

278:10
**interrupted** 43:1
**interrupting**
  249:25 279:12
**intersected** 70:6
**intervention**
  76:22
**introduce** 156:15
  156:18 197:18
**Investigations**
  46:24
**investigative**
  196:14
**invite** 275:13
**involve** 51:4
  251:24
**involved** 12:10
  12:14 42:22
  44:22 87:6,8,23
  130:17 174:13
  196:14 245:2
  245:11 251:5
  253:2 260:15
**involves** 245:11
**Isabel** 176:23
**ISET** 43:15
**Israel** 20:21
**issue** 71:18 98:6
  107:17 110:19
  167:14 233:14
  250:17,23
  251:4,9 255:3
**issued** 165:21
**issues** 35:8,20
  134:20 169:2
  183:23 190:23
  198:19,23,25
  239:2 251:13
  257:24 262:17
  273:18 275:1
**issues/concerns**
  242:25
**iteration** 244:24
  245:2,10
**it'll** 213:2 272:20
  291:10

**IV** 218:7,21
  219:4
**I-S-E-T** 43:15

**J**

**January** 8:5
  125:2
**Javier** 20:9,9,10
  20:14
**Jeeped** 288:16
**Jersey** 188:11
  204:8
**Jesus** 20:19
  270:13
**Jim** 15:24
**job** 38:1 40:17
  42:8,19 43:22
  44:19,20 46:3
  47:8 51:8,9,12
  55:13 104:9
  232:1 258:13
**Joint** 47:2
**Juan** 243:8
  247:20
**judgment** 72:18
**judgments**
  169:16
**July** 150:17
  153:21 221:10
  222:7 226:13
**jump** 19:8
  159:15 171:2
  175:24
**June** 1:14,20 3:2
  4:2 5:3,16
  60:15 74:7,8,8
  74:15,15 75:5
  79:23 81:15
  88:7,13,16,17
  89:6 93:5,6,6,7
  108:21 127:17
  127:18 135:10
  138:4,8,9 139:5
  139:21,22
  140:4 149:1
  153:21 154:11



155:4 190:13
191:11 203:4
214:6 276:6,25
296:11 297:19
**jurisdiction**
102:9
**Justice** 2:13
**Juárez** 216:13
**Juárez-Lincoln**
100:11
**Juárez-Lincoln...**
124:23
**J4** 46:10

---

**K**

**K** 1:7 2:9 296:7
**keep** 31:14 36:3
40:10 54:11
56:8 64:2 98:23
103:20,22
104:1 106:4,4
132:5 149:3
171:20 174:20
194:10 198:8
233:4 234:12
**keeper** 104:10,21
105:3,14
**keepers** 103:11
224:7,12,20
**keeping** 36:16
46:12 101:12
101:15 102:1
207:3 263:7
**keeps** 103:15
**kept** 105:10
106:1 263:20
263:22
**Kevin** 1:7 2:23
57:10 67:20
68:4 136:1
143:14 144:5
144:11 150:14
153:22 184:11
221:7 240:4
241:4 243:6
255:21 257:1,8

269:1 279:5
296:7
**kids** 174:13
**kind** 19:8 26:10
33:17,22 35:25
37:6 39:15
45:18 46:18,18
46:25 48:25
49:1 51:12 61:3
66:23 75:6
83:16 84:10
85:6 86:17
97:17 105:23
110:9 111:4
115:3,18 121:1
126:7 135:24
143:14 162:16
167:22 168:13
172:25 194:23
201:14 211:9
225:18 233:9
254:20 256:19
271:7 274:19
279:6 285:12
291:6
**Kittens** 14:13
**knew** 25:25
165:19,20
173:10 267:10
**know** 7:24,24
9:23 11:25
14:13 16:14
17:11 18:14,18
22:6 25:25 26:3
26:7,22,23,24
27:7,25 30:13
30:23 31:15
32:6 33:14,15
34:19,20,20
36:18,21 37:3
39:16 40:5 44:2
45:1,3 46:15
47:25 48:16,18
49:6 51:1 55:2
55:5,21 56:5
59:15,21 61:11

61:19 62:2,2,16
63:24 64:1 66:5
66:6,24 71:10
71:14,21 72:16
72:19,20 73:11
73:14,15,19,24
73:25 74:14,22
75:10 76:13,13
76:14,19 77:1,7
77:8,13,18
78:25 79:13,24
83:1,22 84:1,5
84:6,11,12,17
84:18 85:10,18
85:18 86:15,20
86:21,23,25
87:1,2,22,24
88:1,20 89:10
89:13 90:11,23
91:10 94:18,22
95:1,3,17 96:12
96:15,16,16,18
96:19 97:11,13
97:21 98:5,13
98:15,24 99:1
99:16,21 101:4
101:6,24
102:12,17
103:1 104:6
105:8 106:2,11
107:18,19
108:1,4,7 109:4
110:14,22,23
110:24 113:5
114:5,25 115:6
115:7,9,13,21
115:25 116:5
121:19,20,21
121:25 123:22
123:22 124:9
125:6,17,23
126:10,14
128:10,12,15
128:18,24,25
131:1,16
132:24 138:5

139:11 140:14
141:17 146:1
148:15,16,19
148:23 152:4
155:1 156:3
158:10,17,20
159:3,5 160:18
161:17 165:10
165:24 166:2
166:15 167:7,9
167:13,23
168:2,4,7
169:11,18
170:7,10,23
171:4,21
172:14,17,21
172:22 173:4,6
173:7,10,12,20
173:21 174:12
174:17,20
175:5,5,10,14
175:16,18
177:17,24
178:24 179:7
179:13,22
180:1 181:8
182:18,20
183:8,12,25
185:4,5,8,9,11
185:15,18,19
186:8 188:9
190:4,18 191:3
193:17,18
194:4 195:3,4,6
195:7,22
196:12,13
197:3 198:10
199:20 200:7
201:5 202:7,9,9
203:4 204:13
205:10,13
206:19 207:2
207:14,15
208:10,12,12
209:10,12,17
209:21,25

210:8 211:2,10
211:14,20,24
214:7,8,11
216:6 219:1,4,5
219:7,10,24
220:3,10,12,16
221:23 222:16
225:2,17,18
226:2,3,5,8,8
227:6 228:24
229:15,18,24
230:3 231:12
231:20 233:1
233:10,12,13
233:15 234:2
234:14 235:7,9
235:11 237:21
240:12 242:18
242:21 246:6
246:14 248:10
248:12 249:5,7
249:12,14,17
249:24 250:10
250:24 251:1
251:17,21
252:2,4,7,9,11
252:12,21,21
253:11,16,17
253:20,23
254:6,8 258:23
258:23 259:3
259:13 260:11
261:12,16
262:2,6,6,10,11
262:23 263:9
263:16 264:5
265:6,9 266:10
266:15,19,21
266:22 267:2
268:10,13
269:7 270:21
271:3,5,7 272:1
272:22 273:4
273:22 274:2
274:16,17
275:9,10,13



277:20,21,22
277:24 278:1,2
279:7,22
280:16 281:15
281:23 282:3,4
282:5,12 284:6
284:6,9,17
285:1,2,8,9,10
287:16 288:3
288:11,14,18
288:20,21
289:9,13 290:1
290:6,17,20
291:6 292:17
**knowing** 172:3
**knowledge** 159:9
231:19
**known** 100:10
295:14
**knows** 210:7,7
**Koseor** 150:20
150:22 151:5
151:12 152:6
152:16,22
250:5
**K9s** 213:18

**L**

**Labor** 51:22
**lack** 67:3,9 116:6
**Lado** 1:4 6:7
296:4
**lag** 7:3 68:19
**laid** 45:13 163:15
165:11 237:18
**land** 67:8 221:12
**land-bordering**
194:3
**lane** 192:14
199:15 211:13
265:25
**lanes** 199:1,11
214:7
**language** 169:20
288:6
**Laredo** 4:10 9:22

10:4 11:19 17:8
18:16 20:18
36:13 37:17,21
40:19 43:25
44:4,11 45:22
46:8,8 48:6
50:18 51:14
52:4,8,13 57:23
61:8,9 95:5,23
100:10,10,12
103:25 124:19
124:21 125:21
126:2 128:1,15
129:21 130:23
131:3,4,5,8
135:9,14,15
137:8,15
139:10,15
142:12,22
145:17 153:20
155:2,5 183:5
210:18 211:1
215:3 216:2,11
216:12 218:9
218:18,23
219:14 243:23
245:4,5,12,22
247:3,14
251:18 253:1
254:11,17
255:15 260:18
265:12 266:11
270:18 272:2
272:18 273:25
275:10,20
277:8 281:1,21
282:8,11,11
283:23 290:25
**Laredo's** 157:15
217:11
**large** 114:20
115:15 116:1
202:9
**largely** 50:13
**larger** 95:5,20,23
102:21 108:23

108:24 194:6
228:23
**lasted** 34:11
**late** 25:24 47:10
47:11,15 60:2
109:21 227:15
**lately** 169:4
208:1
**launch** 256:6
**law** 2:4 46:22
49:12,16,23,23
64:3 73:8,12
249:1
**laws** 35:22
**lawsuit** 13:18
39:25 40:1
98:19
**laying** 220:16
**layout** 201:10
**lays** 164:17
**lead** 197:11
**leaders** 121:1
**leadership** 53:2
71:5,16 75:8
81:2,6 121:4
**leads** 27:9
**learn** 97:23
101:14,25
**learning** 245:12
**leave** 35:17 73:20
**led** 199:18
**left** 207:19
230:16
**legacy** 50:11
**legal** 1:24 2:22
5:19 98:3 113:9
114:12 247:13
247:13 253:9
253:10 267:7
297:23
**legally** 113:1
**LegalVision** 1:23
5:18
**legible** 143:17
**legitimate** 90:12
287:21

**length** 17:23 18:2
157:21
**LER** 51:21
**letting** 84:13
180:6
**let's** 21:3 40:9,14
49:9 52:3 53:21
58:3 65:7 68:2
78:1 81:22
92:10 97:1
99:24 101:8
103:7,9 104:16
106:20 118:2
119:4,5 129:9
130:6 131:25
134:24 137:6
137:25 138:13
143:3,23 144:8
145:12 153:19
156:10 161:23
165:19 168:24
171:16 176:22
181:11 182:7
185:20 186:7
189:6 193:1
199:22 208:25
213:25 214:19
216:7 217:17
218:7 219:12
224:5 230:14
264:9 268:24
273:5
**level** 41:13 50:10
76:20 97:11,15
98:19,22,24
110:8 121:20
271:6,9,12,12
**levels** 197:8
**LFO** 52:4,9,11
52:16 55:11
58:1,20 59:23
60:19,22,24
61:1,3,6,7,13
61:18,20,24
63:18 67:22
71:5,16,17

72:22 75:15
76:1,20 82:12
83:10,14 84:20
89:7,16 93:3
94:1,5 96:9
99:12 107:9,16
108:2 111:20
114:16 115:18
119:12 122:2
124:12,17
127:25 133:23
134:17 135:17
141:7 156:19
159:11 162:11
165:12 166:12
180:5 186:10
186:13 187:25
189:25 194:3
199:18 200:18
200:22 201:24
204:16 205:20
206:6 210:12
214:2 223:14
223:20 224:10
224:19 226:5
226:10 227:10
227:17 228:1,4
228:21 229:16
231:9,11
238:11 241:19
242:4 254:11
256:1 258:13
260:18 267:2
267:10 268:4
270:6 283:23
284:17 287:17
**LFOs** 107:23
**LFO's** 76:21
156:12 157:15
159:1,10
**liaise** 106:12
108:3
**liaising** 46:22
**lieu** 177:5 179:2
**lights** 203:24
**limit** 67:23 69:15



74:3 75:2,16,22
76:1,4 82:2
95:14 100:1,3,5
100:7,9,15
102:7 130:10
147:13,20
149:3 182:8
183:1 184:6
185:2 186:13
186:19 187:8
187:12,18
189:8 199:3
203:20,22
204:2,21 206:6
209:2,2 231:3,9
231:23,24
232:8,21 233:6
233:11,18,23
234:7,11 235:2
235:8,22 247:9
**limited** 10:4,9
141:17,24
142:5 163:5,11
164:7,18,24
179:25 180:9,9
201:2
**Lincoln** 216:13
**Lincoln–Juárez**
100:12
**line** 6:18 17:9
19:4 21:4,5,7
23:5 27:11,21
65:19,21 66:9
67:23 69:15
70:13 71:23
73:18 74:3 75:2
75:2,16,22,24
76:2,2,4,5
79:18 80:19
81:14 85:20
93:4,17,20
95:14,14 100:1
100:3,5,8,9,15
102:7 115:21
129:11 130:6
130:11 134:7

134:10 139:24
147:13,20
148:25 149:4,5
182:8,21 183:2
183:18 184:6
185:2 186:13
186:19 187:9
187:12,18
189:8 190:5
199:3 203:17
203:20,21,22
204:2,19,21
209:2,3,4
210:11 212:25
213:1 231:3,23
231:24 232:8
232:21,23
233:6,12,18,23
234:7,11,23
235:2,8,22
241:11 246:3
246:25 247:9
252:7 266:23
280:8 294:3
**lines** 33:8 66:9
166:3 216:9,10
231:10
**link** 233:22
**LinkedIn** 13:24
14:1,1,25
**list** 16:15 62:18
84:24 85:2 90:9
90:10,17 91:16
91:21 101:9,12
101:16 102:2,8
102:19,20
103:2,2,5,10,11
103:14,15,20
103:23 104:2,4
104:10,21
105:3,5,10,14
106:1,5 107:22
107:24 108:2,3
108:10 109:11
111:5,21
114:14,15,16

115:17 116:7
208:20 210:5
224:7,11,11,20
225:1,3,10,25
226:6 233:7,13
233:23 234:1
244:3,3 247:12
257:15 280:9
280:14 282:13
282:17,24
283:4 284:6,10
284:10 285:8,8
292:13
**listed** 23:10
94:16 137:5
173:1 197:22
224:17
**listening** 29:4
**lists** 109:5,10
114:21 224:19
226:11 281:10
281:20,24
282:14,21
283:14,22
284:2,14,18
**literally** 53:3
**litigation** 2:14
31:1 222:15
283:3
**little** 19:8,9 34:13
49:22 60:16
102:23 106:20
131:16 143:8
152:1 159:17
159:23 160:5
172:15 173:14
183:20 192:11
194:7 195:21
207:11 211:5
239:16,23
254:21 263:1
277:12,14
**LOC** 131:6
133:17,17
**local** 15:21 46:24
110:8 273:2,14

273:16
**locally** 159:6
275:7
**locate** 99:14
**located** 11:18,19
46:7
**location** 20:23
22:4 69:13 83:8
97:6 128:14
218:10
**locations** 7:1
47:1 82:2
103:21 129:5
**logical** 191:20
**logistically** 103:8
**logistics** 46:11
**logos** 260:13,25
261:10
**long** 11:22 17:24
26:13 34:11
40:13,21,23
41:4 44:13
47:19 65:13
83:22 96:24
116:12 158:4
158:17 169:1
170:3 173:15
173:17 174:7
174:17 175:4
200:25 201:19
201:20 202:5
205:14 228:3,6
228:7 234:17
234:21 256:14
268:12
**longer** 34:16
83:22 109:1
116:15 159:23
169:12,13,20
169:22 183:17
196:9,16 202:5
205:12 228:10
228:10,11
289:6,9 290:9
**longest** 18:7
**Longoria** 69:6

139:4,7,24
140:14,23
167:20 240:5
241:7,18 242:3
242:14,20
245:25 246:6
250:24 251:4
256:1 257:13
258:7 259:22
271:22
**Longoria's** 251:4
**long-standing**
101:1 210:22
**look** 57:8 68:2
81:24 91:11,22
118:2 129:9
132:16 138:13
143:3 150:14
153:23 161:23
166:15 170:9
179:14 185:11
192:15 215:15
218:7 246:18
256:19 259:23
262:7 274:5,16
278:4 281:3
**looked** 19:5 31:2
31:3,8,11,17
67:12 133:21
135:13 214:20
274:6
**looking** 26:22
43:17 51:19
53:1,2 55:6
64:5 130:6
137:14 154:16
154:20 162:4
185:5,16 243:7
244:1,2 276:6
280:21 286:22
286:24
**looks** 58:16
133:25 134:23
137:7 152:14
203:11
**Los** 22:8


MAGNA
LEGAL SERVICES

**lot** 25:17 26:2
  30:23 35:8,14
  45:2 46:12
  50:15 51:18,19
  51:21,21 53:12
  53:12 73:24
  79:23 80:1
  83:19 90:24
  121:13 128:21
  129:5 146:1,4
  148:16 156:17
  174:10,21,25
  177:18 183:17
  183:22,22
  188:15 201:12
  212:9 246:21
  264:2 266:12
  268:14 272:25
  273:22,25
  275:5 286:9,24
  287:8,12,16
  288:5,7,8,16
  290:11
**lots** 126:15
  128:19,19
  129:6 230:4
  287:24
**Louisa** 2:19
  16:19
**low** 168:14
  188:15 229:23
**lowered** 126:5
**LPRs** 82:5 84:24
  86:6 87:6
**luggage** 83:25
**lunch** 117:5,19
**lying** 9:3

**M**
**M** 3:4 120:17
**machine** 1:22
**Magna** 1:22,24
  2:22 5:17,19
  136:3,22 269:7
  279:8 297:23
**main** 20:22,22

21:1 45:3 51:8
  124:21 168:2
  169:10 175:20
  175:22
**maintain** 70:11
  103:14 108:2
  114:21 234:1
  234:14
**major** 45:15,17
  90:16 124:24
  127:24 221:19
  280:17
**majority** 193:12
**majorly** 128:1
**makeup** 288:1
**making** 63:11
  112:1 148:19
  154:8 165:5
  233:13 287:22
**male** 289:21,21
**males/females**
  216:16
**manage** 84:11
  86:24 119:11
  197:5 219:16
  219:22 233:1
**managed** 45:15
  110:8 233:14
**management**
  10:2,16 19:6
  35:18 37:7,18
  44:22 73:17
  74:16 75:10
  79:17 81:17
  83:18 88:22
  89:2,4,18 90:3
  93:4,16,20
  107:9 108:22
  119:12,15,22
  121:10 122:9
  127:16 130:7
  131:12 133:3,5
  135:13 138:2
  139:10,16
  141:6 145:11
  148:9 151:14

153:21 155:14
  156:5 182:8
  189:12,15,18
  190:17,22
  191:6,10 197:5
  197:20 200:4,8
  200:9,10,14,15
  200:18 201:6
  203:1,8 210:13
  210:21 211:5
  212:22 213:20
  213:22 214:3,6
  234:10 237:12
**management-t...**
  89:23
**manager** 35:7
  44:17,18,19
  45:9,16,24 46:1
  46:2 47:5,9,23
  270:5 271:17
**managers** 45:4
  47:24 51:13
  167:20
**manages** 103:6,6
**managing** 107:15
**mandate** 234:24
**mandated** 272:13
**mandatory** 93:8
  93:11,13,19
  149:1,3 163:18
**manner** 62:9
  63:25
**manual** 185:9,9
**March** 17:21
  18:11 21:17,22
  37:8
**Marine** 46:21
**mark** 206:22
**marked** 57:13
  69:2,2 119:8
  132:7 135:6
  138:15 143:5
  150:7 162:1
  214:24 239:6
  240:25 268:22
  270:9 278:5

**Market** 297:23
**marks** 92:22
  182:2
**mass** 156:12
  157:4,13,15
  158:24 159:10
**material** 99:15
**math** 100:24
  185:21 186:17
  186:22 187:5
  262:22
**matter** 34:21
  35:10 59:24
  60:2 107:11
  115:8 279:13
**maximize** 215:2
**maximum**
  123:12,15
  124:1,2 229:23
**Mayer** 2:8 29:3
**ma'am** 63:9
**MCALEENAN**
  1:7 296:7
**McAllen** 238:21
**MCAT** 120:3,11
  120:13,21,22
  121:6,6 151:5
**mean** 17:25
  20:25 22:18
  24:1,3 26:17
  28:1 37:23
  39:12,13 50:14
  56:3 60:7 61:1
  61:2 63:22
  65:22,24 75:23
  81:18 82:19
  83:3,6 90:21
  94:2,20 96:18
  101:22 106:18
  109:8 111:1,8,9
  114:9 124:7
  127:6 131:22
  134:4 146:1
  153:5 154:15
  158:4 159:5
  181:9 182:12

187:20 189:19
  190:8,16
  193:16 194:15
  195:2 203:25
  206:13,17
  207:12,14
  212:25 214:17
  221:18 224:14
  225:7 226:2
  228:7 233:21
  248:8 249:5
  253:12 259:10
  262:4 263:12
  263:13 264:3
  273:7 276:19
**meaning** 24:25
  97:16
**means** 9:13 65:18
  93:19 96:2
  130:10 140:12
  140:15,22
  141:1,1 142:16
  151:23 152:4
  160:21
**meant** 130:15
  157:20 158:2,7
  158:8,12
  251:18 266:16
**measure** 245:1
**measures** 244:23
**media** 5:2,14
  84:6 92:22
  182:2
**medical** 161:18
  162:24 163:9
  163:10 164:8
  164:20,24
  290:12
**medically** 290:13
**medium-sized**
  94:7
**Medlock** 2:8 29:2
  29:3
**meet** 16:14
  117:18 177:21
  241:20 271:23



meeting 18:9,14
  19:18 20:9
  117:22,25
  238:20 241:11
  242:20,22,23
  243:16 244:3
  244:13 251:13
  265:1,5,6
  270:20,23
  271:5,8 272:3
  272:11,18,19
  273:9 274:1,15
  275:6,6,22
  277:10
meetings 16:11
  16:15 17:6,10
  17:22 64:11
  88:1 265:18
  271:4 272:7,9
  272:15,16
  273:1,3,11,12
  273:14,17,21
  274:1,22 275:5
  275:15,17,19
  275:25
member 13:23
  14:8,10,12,16
  14:19 50:24
members 35:5
memo 59:5,5,6,7
  60:1 75:5,20
  79:22 82:18,21
  82:24 83:6,11
  85:2,20 86:8
  88:8,18,20,21
  88:22 89:6,11
  89:13,16,18
  90:3 168:8
  191:10 218:1
memorialize
  259:6
memory 18:4
  32:7
memos 89:24
  91:11 193:3
mental 19:9

27:10
mention 83:4
mentioned 22:14
  25:3 36:8 38:18
  40:1,7 51:15
  63:18 88:18
  91:13 102:19
  108:15,21
  173:14 179:25
  188:13 191:21
  203:19 217:25
  237:24 250:12
  251:15 252:25
  271:6 275:5
  283:1,10
mentions 274:17
Mercado 69:5
Mercado's 71:5
merchandise
  43:17
mess 250:13
message 241:6
  246:8 250:14
  250:14 265:10
  270:12 276:7,9
  280:21 281:4
messages 131:6
  250:2,13 280:4
  284:4
messaging 275:2
  275:3
messing 279:20
met 16:2,5,7,16
  20:20 23:24
  242:24 251:18
  260:4 280:12
meter 80:18
  95:10,10
  147:13 201:6
  204:14 205:6
  205:10 247:8
  266:19
metered 73:5
  141:7 142:15
  145:20 146:6
  146:12 209:8

222:7 233:6
  235:7 257:22
metering 10:2,16
  59:2,5,6,10,11
  59:23 64:21
  69:12,12 71:3
  71:24 75:10
  88:8 89:1,4
  101:1,10
  115:19 130:1
  145:13 147:21
  155:2,5 182:7
  184:5,25 185:2
  187:25 190:1
  190:11 191:9
  191:17,18,22
  192:11,21
  193:2,3,4,13,20
  193:22,25
  194:2 196:18
  196:20,21,25
  197:2 200:22
  200:24 201:25
  202:13 204:11
  205:7,9,22
  237:12 242:14
  242:17,18
  244:24 245:2
  245:10 257:18
  257:18,19,20
  257:20 259:7
  260:5 264:19
  265:23,24
  266:7,15,23,24
method 38:17
  185:10 187:15
metrics 151:14
Mexi 134:7
Mexican 10:15
  82:5 84:24 86:6
  86:17,20 87:6
  96:8,14 103:19
  104:1 105:25
  108:25 109:7
  113:15 202:7
  224:11,20

225:8 234:22
  237:11 238:4,6
  238:13 244:6
  244:11,21,22
  245:2,11
  247:22 248:16
  251:24 252:3
  252:20 260:4
  265:13,17
  272:21 273:13
  273:16 274:19
  275:20,21,25
Mexicana 237:10
Mexicans 84:25
  85:3,16 252:20
  258:3
Mexico 21:9 54:4
  62:23 73:6 82:2
  84:18 85:17
  87:22,24 88:3
  96:2 101:12,16
  102:2,8,20
  103:11 108:4
  108:25 111:2
  112:21,22
  113:1,5,6,8,9
  113:11,17,20
  114:3,8,8,12
  115:12,24
  129:14 134:8
  142:17 192:17
  209:23 224:7
  226:4 234:18
  234:21,23
  235:12 242:10
  247:21 248:10
  249:2 252:6
  253:4 255:13
  257:19,21
  270:17 272:2
  273:12,22
  277:8
Mexico's 275:23
mid 82:14
midbridge 23:5
  67:10 75:16

149:5
middle 23:2
  71:22 74:16,23
  75:11 79:18
  81:19 93:17
  94:22 95:15
  102:17 108:22
  109:23 145:11
  182:21,23
  183:18 188:10
  192:13 203:16
  211:12 212:15
  212:24 213:3
  213:16 214:8
  247:9 252:23
  277:21 288:8
midnight 74:14
mid-2018 40:22
  41:3 139:22
Migración 237:9
migrant 94:22
  95:16 102:8,15
  103:11 105:24
  106:4,8,13
  113:1 114:16
  128:12,20
  129:5 130:2
  161:3 179:9
  198:14,21
  199:14 208:12
  209:20 210:7
  228:23 231:23
  232:2 235:1,21
  253:2 273:23
  286:16 287:3
migrants 85:9,16
  96:16 99:22
  102:4,5,16
  104:17 105:11
  109:22 110:23
  112:21,25
  123:2 126:14
  126:22 129:13
  145:5,6 148:17
  179:6,16 180:4
  183:18,19



187:17 195:24
197:4 201:3,4
202:3,6,10
205:12 207:25
208:6 209:17
219:17 232:9
232:22 234:12
245:12,14
247:11,20
248:4 260:6,12
261:9,14
262:17 280:9
280:13 283:11
286:23 287:11
290:12,23
**migrant's** 129:1
**migration** 101:5
120:17,17,19
121:7 156:13
157:5,5,13,14
157:15,21,22
157:24 158:2,9
158:16,24,24
159:1,10
288:25 290:16
**mind** 13:10 35:12
35:25 63:23
75:22 89:21
153:18 171:21
174:20 191:3
194:6 198:8
269:2 278:19
**mine** 237:19
**minimal** 291:10
**minor** 188:2
**minute** 150:13
162:17 263:23
**minutes** 18:3
29:5 92:5,6
116:10,13,13
132:24 181:13
191:22 206:23
207:8 229:4
230:15 264:4
**misconception**
266:12,14

267:18
**missed** 137:24
**missing** 78:17
**mission** 89:23
110:24 185:5
187:8 277:25
287:1 288:19
288:23 290:16
**missions** 187:11
**mistaken** 222:16
**misunderstand...**
266:14 267:18
**mitigate** 66:5,25
67:12 74:24
204:17
**mitigated** 65:23
**mode** 265:11
**moment** 118:15
155:17 177:10
237:6
**momentarily**
214:22
**money** 288:15
**monitor** 45:10
48:4
**monitoring** 44:23
48:2
**month** 17:12,12
17:13 53:3
137:6,14
272:18,22,23
274:25
**monthly** 272:15
**months** 17:20
53:3 83:12,12
197:21 228:8
228:11
**Morgan** 274:7
**morning** 6:3
109:21,22
129:22 155:23
156:2 267:4
**morphed** 47:2
**mouth** 43:3
**move** 19:11 28:5
43:2,3 57:8

74:3 75:1,15
76:1,4 79:16
81:16,22 93:19
99:24 131:25
134:24 148:25
193:1 213:25
224:6 231:9
256:23,23
**moved** 42:1,3
44:3 49:25
53:15 79:12
83:17 139:25
**moving** 11:11
102:9 132:5
187:23 188:17
226:13 263:10
**MPP** 273:23
**multipage** 135:7
**multiple** 67:22
111:2,3 142:7
158:5
**muster** 62:4
110:5 168:8
**mustered** 60:24
61:25 62:6 89:6
89:9,12 110:2
153:13
**mute** 236:13
**MX** 243:17
244:14
**myriad** 274:25

_____
### N
**N** 2:1 3:4,4
**Nacional** 237:9
**name** 6:5,8,14
33:6 35:6
150:20,21
230:6 236:18
246:20 250:4
259:1 295:16
**names** 19:23
**narcotics** 110:24
273:7
**narrow** 66:19
**nation** 87:23

**national** 90:6
**nationality**
285:10
**nationals** 82:6
84:24 86:6 87:6
145:1,5
**nations** 288:7
**native** 288:4
**Naturalization**
49:18
**nature** 262:14
285:12
**Nazareth** 280:9
280:13 283:11
**Nazarov** 2:12 3:8
19:7,13,15 21:6
21:10,15 23:13
23:22 24:3,11
24:16 25:6 27:2
27:4,9,15,20,24
28:2,6,11,14,21
29:6 30:5,11,16
33:24 34:1
38:12 39:19
55:23 56:9,12
56:15,18,22
63:3,12 64:17
64:23 65:1,3,6
65:9,11 66:20
68:5,10,13,15
68:22,24 70:20
70:22 72:8,11
73:9 76:6,24
77:15,25 80:20
81:4,7 82:22
85:25 86:12
87:10,13 88:10
90:18 91:7,17
92:1,4,8,12,15
92:17 93:23
94:10 95:12
96:4,11 97:12
97:18,20 98:11
98:21 104:12
104:24 106:25
107:25 109:14

110:12,20
111:23 112:10
112:16,23
114:18 115:23
116:11,17,19
116:23 117:2,4
118:4,7,11,13
118:17,21,24
119:3,5 121:12
122:5 132:2,11
132:15,18,22
135:2,22
136:11 138:21
138:24 140:16
140:18 141:9
143:1,12,18,21
143:24 144:3,9
146:25 147:10
147:15 148:7
149:11 150:10
150:25 151:3,7
152:11,18
153:7,15
154:19 156:9
158:19 159:13
159:15,20,24
160:17,23
161:6,13 162:5
162:9 166:13
168:6 171:2,10
171:12,19
172:5,9,13
173:2 174:5,19
175:24 176:5,7
176:10,12,14
176:19 178:15
179:19 180:8
180:16,23
181:12,16
182:10 184:14
185:3,14,24
188:1 189:13
190:3,15,24
191:12,19
192:24 193:9
193:15 194:20



194:25 195:18
197:10,24
199:12,19
205:8 206:20
207:9,14,16,21
208:3,9 212:23
215:6,10,12
216:3 220:24
221:22 222:9
222:13,21,24
223:15,23
224:13,21
225:4,11
226:16 227:4
227:11 228:9
228:15 229:3,7
229:11,17,22
230:9,17 231:6
231:17 232:24
233:8,19,25
234:20 235:4
236:4 237:1
239:7,11,14,21
239:25 240:7
240:10,14,18
243:10,13
245:15,17
248:6,18 249:4
249:9,22
250:18,20
251:8,20 252:1
253:15,19,21
253:25 254:2
254:13 255:2,5
256:3,9,15
260:19 261:3
262:3,21
263:12,24
264:2 265:3
267:11,22,24
268:24 269:5
269:11,14,18
269:20 272:4,8
276:11,15
278:9,13,15,19
278:22,25

279:2,4,11,18
279:22 283:24
286:4,6 291:5
291:15 292:2
292:22 297:2,9
**near** 203:21
231:4,10
**nearly** 221:2
**necessarily** 37:15
53:24 54:19
65:19,21 105:6
121:13 148:14
155:11 157:6
157:20 165:17
171:22 172:16
177:24 179:12
180:13 188:23
192:19 193:23
194:4 197:17
212:10 213:24
248:14 252:5
267:6,21
**necessitated**
101:5
**need** 7:19,23,24
11:22 14:13
61:18 74:15,22
75:12,15 76:4
80:18 91:10
92:2 121:16,18
121:22 122:3
139:25 148:2,4
148:14 156:18
159:17 162:17
166:25 172:21
176:22 184:2
205:6 209:20
215:15 232:4
240:14,15
242:23 247:8
**needed** 60:4
94:19 148:11
166:18 210:24
**needn't** 217:23
**needs** 75:11,22
117:16 130:25

178:12 179:16
179:17
**negative** 72:23
**negatively**
288:11
**neighbors** 252:11
**neither** 297:14
**Network** 53:16
**networking**
13:23 15:1
**never** 12:19,21
13:10,13,19
22:16 23:3 50:2
50:3 75:18
107:6,6 110:5
111:7 113:5,7,7
113:9 120:23
122:10 124:6
128:11 137:18
146:13 153:18
155:5,15 159:9
201:3 202:24
223:5,13
231:13 238:12
238:22 246:25
247:21 251:15
261:12 268:3
268:10,12,13
268:15,17
284:7 286:11
286:12 292:10
**new** 53:10,11
63:22 80:6
188:22 213:19
244:15,17,23
250:19 266:13
278:11
**news** 39:24 40:2
40:5,6 151:14
**Ninth** 224:16
**Noah** 2:21 5:18
160:4 181:20
181:21 263:20
263:20
**NOC** 53:6,13,17
**noises** 6:21

**nonattorneys**
19:18
**noncitizen** 227:9
**noncitizens**
160:15
**non-circum**
195:17
**non-circumven...**
196:7
**non-Mexican**
221:11
**normal** 7:4 54:3
59:24 60:3
165:2 225:19
**normally** 53:23
76:22 274:21
**North** 41:19 42:2
42:5
**northern** 52:16
53:5
**NOTARY**
295:22
**note** 41:13 137:1
**notebook** 32:15
38:20
**noted** 5:20 87:14
295:3
**notes** 32:8,11,17
32:18 38:10,15
38:20,21 39:6
137:2
**nothing's** 191:3
**notice** 137:5
**November** 89:21
215:1 222:4
241:7 243:8,17
255:25 264:25
**NTA** 161:5,7,19
163:24 172:8
173:16,17
174:15 217:18
217:22
**NTADs** 174:3
**Nuevo** 247:14
275:19 282:7
282:11

**number** 16:15
25:16 45:13
71:16 74:21
105:8 106:11
107:20 108:5
109:12,19
119:22 122:24
123:7,9 124:1,5
128:24 129:11
129:12 134:10
136:16 137:3
149:7,12,14
150:2 162:11
170:11 177:1
195:7,7,8,9
198:9 206:10
206:12 218:16
218:22 219:22
225:24,25
228:8 229:19
243:8 245:3,5
245:12,14
257:21 270:14
274:7 280:18
286:15
**numbered** 1:20
**numbers** 57:14
101:6 108:24
122:23 126:24
131:16 132:9
143:6 150:8
193:20 194:8
195:6 198:7
216:1 224:24
247:14 282:13
288:12
**numerous** 178:21
282:8
**N-O-C** 53:6
**N.W** 2:4,9

---

**O**

**O** 3:4
**oath** 8:16,23,24
9:3 12:23 57:6
92:25 117:14



182:5 184:22
231:1 291:25
295:15
**object** 7:16 23:13
25:6 27:11 28:4
63:3,13 64:18
72:8 90:18 91:7
97:20 136:11
260:19 267:22
267:25
**objected** 261:4
**objection** 7:19
21:6,10,15
23:25 24:6,11
24:16 27:2,21
28:11,14,21
30:5,15,17
33:24 38:12
39:19 55:23
63:12 65:3,8
66:20 70:23
72:11 73:9 76:6
76:24 77:15,25
80:20 82:22
85:25 86:12
87:10,14 88:10
88:11 91:17
93:23 94:11
95:12 96:4,11
97:12,18 98:11
98:21 104:12
104:24 106:25
107:25 109:14
110:12,20
111:23 112:10
112:16,23
114:18 115:23
121:12 122:5
140:16,18
141:9 143:1
146:25 147:10
147:15 148:7
149:11 151:7
152:11,18
153:7,15
154:19 156:9

158:19 160:17
160:23 161:6
161:13 166:13
168:6 171:19
172:5,9,13
173:2 174:5,19
176:19 178:15
179:19 180:8
180:16,23
182:10 185:3
185:14,24
188:1 189:13
190:3,15,24
191:12,19
192:24 193:9
193:15 194:20
194:25 195:18
197:10,24
199:12,19
205:8 208:3,9
212:23 216:3
220:24 221:22
222:9,13,21,23
223:15,23
224:13,21
225:4,11
226:16 227:4
227:11 228:9
228:15 229:17
229:22 230:9
231:6,17
232:24 233:8
233:19,25
234:20 235:4
236:4 245:15
245:17 248:6
248:18 249:4
249:22 250:18
250:20 251:8
251:20 252:1
253:15,19
254:20,23
255:6,7 261:4
262:3 265:3
267:11 268:1
272:4 283:24

**objections** 63:7
63:11
**observe** 100:7
**observed** 100:4,9
**obtain** 224:11
**obtained** 41:14
287:21
**obvious** 6:25
**obviously** 22:3
33:5 79:12 83:3
88:2 246:12
252:8 290:9
**OCC** 15:21 16:2
16:18 17:2,8
75:7 80:17
**occasion** 43:11
**occasional** 202:3
**occasionally**
10:20 121:19
**occur** 24:15
109:3 270:20
271:1 274:23
**occurred** 21:13
62:9 99:17
126:3 184:1
193:24 270:22
270:23
**occurrences**
190:7
**occurring** 166:8
**occurs** 272:11
273:9
**OCC's** 17:4
**offenses** 13:5,7,8
**offer** 99:21
**office** 2:14 9:22
10:4 15:22 17:4
17:8 22:4 32:16
35:6 36:13 37:5
37:21 40:20
44:17 45:3,4,6
45:19 46:10,21
48:17 50:19,20
51:11 52:4,8
53:18 57:23
58:14 61:7,8

72:13,17 79:12
81:16 83:18
84:17 93:15
103:25 108:18
115:15 121:15
121:17 128:25
131:1,7,9
139:15 147:23
217:21 225:14
246:10,21
250:8 255:15
259:11 271:11
271:13,15
272:25 274:9
295:18
**officer** 41:8 42:9
42:13,20,21
43:10,19,20,23
44:10,14 48:9
48:15 49:10,11
50:3 54:17,21
54:23 55:5,8
72:10 173:23
175:14 193:8
199:3 203:20
212:21 219:10
231:22 232:1
296:17 297:5
**officers** 20:24
44:1 49:5 62:7
62:23 63:23
65:18 67:4
69:15 70:2,11
174:24 183:21
187:2 189:1
198:20,22,24
209:19 210:4
211:11,14
212:17 213:12
213:18 220:11
220:13 232:8
265:12 266:1
287:10 288:6
**officer's** 297:11
**offices** 61:19
227:18

**official** 238:19,20
252:17 261:17
261:20 262:8
263:21 292:13
**officially** 97:23
292:7,10
**officials** 238:4,6
238:9,14,23
240:5 243:17
244:5,5,14,16
244:22 245:3
248:16 249:2
251:18,25
252:21 253:2
265:1,13,17
272:20 273:16
275:21,25
**OFO** 45:7 46:20
58:9 103:6
121:1 129:24
162:25 223:12
225:15 265:12
272:14
**Oftentimes**
273:14
**oh** 8:19 18:9
22:23 26:15
36:5 40:25
41:10 52:19
66:2 67:16 68:3
70:15 79:6
89:19 92:14
95:6 98:9 101:3
108:17 119:6
125:14 127:10
129:3 135:4
144:1 157:2
180:17 194:18
207:6 213:25
223:8 237:2
240:3 245:9,19
255:11 264:21
267:16 276:21
278:22 283:1
**OJT** 50:9
**okay** 6:11,16



7:14,15 8:23
9:13,20,21,25
10:12 11:9,10
11:18,20 12:7
12:10,19,22
13:2,5,20 14:19
14:25 15:17,25
16:5,7,14,18
17:2,6,10,14,22
18:4,15 20:3,6
20:11,11,18
21:8,18,23
22:13,25 23:13
24:22 26:19,25
27:19,23 31:8
31:20,25 33:20
34:9 35:17 36:8
36:13,23 37:13
37:20 38:1,6,10
39:24 40:9,13
40:21 41:12,25
42:15 43:12,19
44:13 45:8,13
47:4,17,22
48:21 49:15,21
49:25 50:7,12
50:25 51:4,7,17
52:3,10 53:17
54:23 55:11
56:2,7,12,17,19
56:22 57:8,16
57:18 58:3,13
58:18 59:6,9,12
59:23 60:9,16
61:10,17,19,21
61:22 62:8 63:1
63:12 64:6,11
64:12,14,22
65:3,10,24 69:1
69:9 70:25 71:5
71:25 72:22
73:2 74:2 75:14
76:1 77:9 78:1
78:23 79:6,9,19
80:7,12 81:3,21
82:11,18 83:5

84:19,23 85:12
86:14 87:4,4,20
89:1,6,15,15,25
90:16 91:4,15
91:24 92:3,8,9
92:9,15 93:11
93:18,25 94:9
94:13 95:1,6,10
97:15 99:6,11
99:19 100:4,7
100:20 101:8
101:22 102:12
103:5,10,24
104:6 105:3,10
105:14,18,22
106:14 107:8
107:13,22
108:1,14,20
110:9 112:13
112:20 113:24
115:14 116:8
116:19,22
117:3,4 118:8
118:24 119:7
119:25 120:6
120:10 121:6,9
122:9,14 123:3
123:7 124:3,11
125:5,23 126:2
127:15,21,24
128:7 129:9,25
130:6,14,17
131:7,25
132:15 133:5
133:14,19
134:15,24
135:23 136:7,7
136:18 137:6
137:12,20
138:7,22,24
139:8 140:19
140:24 141:2,4
141:4,14,21
142:3,14,18
143:9,11,21,22
144:6,19,25

145:12 147:3,6
147:12 148:12
148:24 149:3,6
150:6,23
151:10,21
152:6 153:13
154:1,3,4,15
155:5,9,19
156:1,6 157:8
157:13,23
158:1 159:12
159:23,24,25
160:2,20,25
161:3,10,21,23
162:17 163:8
163:14 164:6
164:13,14
165:1,9,11,15
166:22 167:16
167:25 168:24
169:19 170:15
171:1,13,17
173:8 174:2,9
175:6,21 176:4
176:6,10,12,13
176:21 177:3
178:21,25
179:15 181:11
181:12 182:24
183:14 184:4
184:15 185:12
185:20 186:7
186:15 187:6
187:23 188:7
189:6,19,25
191:1 192:21
194:23 195:12
196:5,17 198:8
198:16,19
199:22 200:13
200:17 201:19
201:23 202:17
202:21 203:7
203:19 204:1
204:11 205:5
205:20 207:21

209:16 210:3
211:14 212:1
213:7 214:5
215:12,19,20
215:23 217:5
219:12 221:25
222:2 223:13
223:19 224:5,5
225:22 226:9
227:25 229:2
229:10,11,13
230:17 231:15
231:22 233:16
234:7 238:25
239:21,25
240:10,18,22
243:13 244:1
245:19 255:3,4
255:8 256:7,9
256:15,22,23
256:24,24
257:3 258:14
263:12,18,24
266:18,18
268:9 269:5,20
269:22,23,23
269:23,23,23
269:23,24,24
269:24,24,24
269:24,24,24
269:25,25,25
270:1,1 272:10
274:22 277:2
277:18 278:18
278:22 279:11
285:4,14 286:4
286:4,7,20,22
291:4,12
292:22
**old** 53:24
**older** 201:9
289:22
**once** 11:13 15:5
26:8 35:23
36:19 37:3,7
39:3 40:4 44:5

54:15 66:24
67:11 71:18
73:14 75:5 77:9
83:17 126:7
133:15 175:10
180:10,15
188:25 191:2
193:22 195:25
200:23 202:4
204:8 205:11
214:6,14 232:4
232:13 247:7
248:4 250:12
257:24 259:14
259:16 266:22
271:20 273:15
274:25
**one's** 143:9
**one-page** 69:3
119:9 138:15
**online** 169:17
**on-site** 175:14
217:22 219:4
219:10
**on-the-job** 50:9
**OOR** 290:7
**open** 23:23 94:19
116:23 128:22
185:23 186:3,4
186:10,20
204:25 206:12
**opening** 58:22
**operate** 182:19
**operates** 114:14
**operating** 111:9
**operation** 46:19
64:4 74:23
**operational**
75:21 106:23
107:2,7 129:2
137:25 138:1,5
140:1,3,11,15
140:20 197:3
197:14 215:3
286:8,10,12,13
286:23 288:2



288:12,24
289:13 290:2
290:24 291:1
292:3,6,14
**operationally**
69:13 129:4
281:20
**operations** 37:24
48:6 51:15 53:5
53:7,16 70:2
71:24 72:14
74:19 79:17
81:17 90:7
91:14 129:21
129:25 130:2
130:24 131:4,5
134:18 135:9
135:12 136:10
136:15,25
182:19 200:10
213:15,17,23
214:9 224:2
238:1 242:4
243:25 272:25
273:5
**opinion** 98:12
**opportunity** 96:1
240:1 256:5,11
256:19 278:16
**option** 99:22
**options** 53:1,2
160:19
**oral** 1:12,17 3:1
4:1 296:17
**orally** 9:18
**order** 16:16 32:1
74:9 75:1 77:20
77:22 93:8
102:23 114:15
116:1 148:25
184:6 204:14
205:22 206:8
217:23 226:9
233:23
**ordered** 223:13
223:21 224:2

**ordering** 231:14
**orderly** 86:21
234:14
**orders** 76:20,21
**ordinary** 37:25
107:19 281:16
**Ordonez** 1:21
5:19 296:13
297:21
**organization**
43:14 45:20
103:22
**organizational**
53:8,10,11
**organize** 78:12
**organized** 35:25
**orient** 256:20
**original** 133:7,11
174:2 179:7
297:12
**originated**
266:10
**OTM** 258:2
**OTMs** 257:21
266:2
**Otro** 1:4 6:6
296:4
**outbound** 90:7
90:22 91:13,13
91:14
**outcome** 297:18
**outlined** 219:2
**outlines** 217:6
**outside** 12:22,25
52:7 54:19,21
64:18 125:12
182:14 254:4
288:14
**overall** 26:14
41:4 56:5
109:17 131:20
131:22 282:13
**overly** 37:3
**oversee** 51:14
**overseeing** 44:1
130:18

**oversight** 48:20
49:3 50:16,17
50:20,22,25
**overtime** 43:11
130:8,11
**overwhelming**
101:6 234:13
**overwhelmingly**
31:13
**Owen** 33:13
34:12
**o'clock** 155:23
156:2,4 230:17
230:18

---
**P**

**P** 2:1,1 3:5 4:4
253:2
**PA** 297:24
**page** 57:17 58:4
78:2 81:23
132:14,17
136:5 137:7,24
144:8 154:1,5
162:4,20
215:20,21
217:17 219:12
239:19 240:21
241:2 243:5,5
244:2 255:22
257:10 264:24
265:22 276:2,4
276:4,10
278:21 280:1,2
280:6 294:3
**pages** 215:19
239:19,20
269:7
**paper** 31:15
32:15 38:20
242:8 247:11
247:12 253:3
260:6,12,24
261:9,15,16,21
**paperwork** 114:7
**paragraph** 81:25

216:8 217:21
218:21
**paraphrase**
246:23
**parole** 161:1,19
165:7,10 177:6
178:1,12,12,22
178:23 179:5
179:16,17,17
179:20 180:5,6
181:2
**paroled** 161:4,12
177:5 178:11
179:2,4 181:5,6
**paroles** 177:12
178:4 180:1
**Parr** 2:7 3:7
10:25 236:12
236:15,17,19
236:25 237:2,3
239:7,9,12,13
239:20,22
240:3,12,20,23
241:4,6 243:4,7
243:14,15
245:16,19
248:13,22
249:7,19,24
250:19 251:3
251:11,23
252:14 253:17
253:21,22,25
254:9 255:1,4,9
255:10,21,24
256:8,25 257:1
257:4,8,12
260:21,23
261:6,7 262:5
263:3,9 264:7,9
265:6 267:16
268:8,20,21
269:13,21
270:2 272:6
274:4 276:13
276:14,18
278:7,12,14,18

278:20,23
279:1,3,24
283:25 284:1
285:19 297:1,8
**part** 26:6 31:1
35:24 76:18
80:24 82:13
120:23 128:22
146:21 175:15
175:16 178:25
179:22 192:9
214:8 219:3
225:19 245:8
251:4 256:7
258:11 283:3
**partial** 47:5
**partic** 72:16
**participants**
272:22,23
**particular** 60:20
72:16,17 78:25
89:13 98:24
106:1,5 120:7
122:6 131:13
155:17 173:5
175:9,11 195:2
235:8 271:23
281:3 283:11
284:11 286:14
**particularly**
66:17 82:4
85:21
**particulars**
195:13
**parties** 84:3
297:6,15
**partners** 46:25
**party** 13:18
296:24
**pass** 52:13 69:6
69:11,14,18,19
69:22,24,25
71:2 72:3 94:2
94:6 100:10
142:12,21
145:17 258:8



279:19
**passed** 75:15
**passenger** 43:11
  43:25 44:2,5,7
  48:16 58:8
  124:21 201:1
  201:15 206:9
  206:15 243:25
**passes** 113:19,21
**passport** 114:5
**pathway** 113:9
**pathways** 114:11
  175:22
**patrol** 46:7,20
  273:1 288:17
**patterns** 101:5
**pay** 130:11
**PED** 270:18
**pedes** 199:13
**pedestrian** 48:11
  53:22,25 54:2,4
  54:7,11,18,24
  66:18 70:5
  201:8,9,14,21
  212:7,16 213:5
  214:7 265:25
**pedestrians**
  53:23 55:16,25
  199:10 210:14
  211:2 212:12
**pending** 7:25
**peop** 165:2
**people** 16:20
  17:3,3 20:22
  23:10,19,24
  24:7 25:2 37:21
  55:11 64:2
  68:18 73:14,24
  83:19 84:13
  95:25 96:16,23
  98:13 99:21
  101:15 102:1
  108:8,24 109:1
  110:6 113:13
  114:2,6,7 115:1
  115:5,9,16,20

115:25 116:1,3
123:9 124:1
126:13 129:7
137:1,3 149:24
158:9 163:8
164:7 165:5
167:6 169:6
173:24 176:22
178:23 182:18
183:1,5,9,13,24
189:15 190:4
191:23 192:6
192:12 195:16
198:2,11,14
201:7 203:5
204:20,21
205:13 206:21
207:16 211:8
211:12 212:12
222:6 224:24
225:3,9,16,22
225:25 227:22
228:1,3 229:15
234:8,15 243:9
251:1 252:23
266:25 270:14
271:24 275:11
284:11 287:2
287:19,20,22
288:7,8,10,16
288:22
**percent** 122:15
  122:17 134:3
  137:8,13,16,18
  149:23 151:23
  152:8,17
  153:24 154:7
  154:10,17,24
  155:6 197:23
  274:18
**percentage**
  122:24 149:18
  149:22 195:8
**perfect** 52:10
  257:11
**period** 8:5 45:23

49:17 73:12
79:8 96:24
98:18 99:8,16
115:20 125:16
125:25 155:3
158:4,10
166:24 167:15
171:20 191:8
191:13 192:10
193:2,5 197:21
218:24 227:17
228:6 247:6
262:12
**periodically**
  210:24
**periods** 31:6
  83:20
**permanent** 98:3
  98:3
**permission** 67:23
  148:2,4,8,14
**permit** 113:7,22
**permits** 231:23
**permitted** 164:19
  177:11 233:17
**person** 12:1,2
  16:4,8 55:8
  60:25 61:25
  73:5 76:19
  77:19,22 95:18
  101:9 104:8,9
  104:18 144:19
  144:22 161:5
  165:20 166:25
  169:1 172:12
  173:24 175:7
  175:18 178:11
  179:4 180:22
  181:1,2,6,7
  189:8 196:4
  208:20 209:1,7
  209:9,10,13
  211:8,15,23
  221:12,19
  231:25 232:18
  233:16,22

234:21 235:18
235:21 236:7
246:14 265:7
274:11 289:2,4
295:16
**personal** 11:3
  39:22 59:15
  71:15 98:12,16
  226:19,24,24
**personally** 11:9
  13:19 50:22
  67:13 73:19,21
  83:7 96:15
  99:25 100:3,9
  100:12 130:17
  205:18 238:3,5
  295:14
**personnel** 61:15
  61:17,24 62:5,6
  62:11,19 63:18
  63:21 64:24
  66:8,14 67:3,8
  74:21 89:7
  101:10,14,25
  162:12 184:3
  190:1,21
  223:20 224:10
  225:8 256:1
  271:10 290:12
  290:20
**persons** 59:21
  84:8 106:11
  107:20 108:5
  109:19 198:13
  205:2,4 212:11
  212:11 287:13
  287:24
**person's** 246:20
**perspective**
  282:5
**pertain** 139:14
**Pharr** 100:13
  199:23,25
  200:4,8,9,11,22
  200:25 201:7,8
  202:5,22,23,25

203:2,5,10,12
203:12 204:9
204:11,24,25
205:22 206:7,9
207:23,25
**phenomenon**
  193:24
**Philadelphia**
  297:24
**phone** 16:4,9,20
  17:3 79:4
  108:16,18
  112:6,8 164:9
  238:8 247:14
  265:7,18 275:2
**photograph**
  174:25
**photographs**
  84:6
**phrase** 10:8 16:6
  86:14 195:20
**phrased** 254:1
**physical** 122:25
  204:2,5 287:5,9
  290:19
**physically** 129:13
**pick** 61:14
**picked** 24:5
  26:10 246:6,7
**picture** 201:10
  282:10
**piece** 90:23 189:3
  242:8 247:11
  247:11 253:3
**pieces** 189:4
  260:24 261:9
**pinned** 117:16
**place** 67:23 69:15
  73:7 78:14
  85:19 87:3
  98:10 105:12
  106:6 165:12
  173:5 188:18
  202:6,11 238:7
  257:19
**placed** 91:15



MAGNA ▶
LEGAL SERVICES

**placement** 170:8
173:12
**placement/bed**
163:20
**places** 103:13,15
103:19 126:22
206:3 273:1
**plain** 248:9
**plainly** 71:21
73:16
**plaintiff** 1:18 6:6
68:17 297:8,8
297:12
**plaintiffs** 1:5 2:2
236:19 263:7
296:5
**plan** 139:10,16
157:16 159:1,2
159:11 215:25
216:5 219:1,8
219:21,25
220:12,22
244:18 248:2,8
248:25 249:14
249:16,21
250:7,19 251:5
251:12,15,16
251:19,23
252:19,21
253:1 264:19
**planning** 36:18
274:15
**plans** 156:13,20
156:24 157:3,3
157:23
**plastic** 189:2
**platform** 7:2
**platforms** 13:24
15:1
**play** 238:10
**playing** 279:21
**please** 5:9,10,22
6:8,20 7:5,10
15:12 18:23
31:10 36:2 39:5
57:10 58:23

63:6,10 67:21
69:9 71:7
101:13,19
105:21 108:16
117:23 133:21
139:23 149:20
152:12 153:25
154:1,2,2,3,3,4
154:4,4,4,5
164:9 168:13
170:22 178:20
181:22 195:19
208:23 233:20
237:21 238:17
240:4,12 241:4
242:2,3,20
245:7 249:8,9
253:22 256:23
256:24 258:14
265:14 267:15
269:6 284:24
**plenty** 114:2
**Plumer** 274:7,8
276:24
**POC** 19:21 20:4
20:19
**POE** 8:13 69:11
160:16 243:23
244:15 245:4,5
245:12 247:3,5
253:2 257:17
257:21,22,22
260:4,24
262:16 270:18
272:2 277:8
**POEs** 283:23
**point** 19:25 20:8
55:7 60:22
65:13 66:7
67:13 69:12
100:15 105:24
106:7 109:9
114:17 119:22
121:25 145:11
148:18,21,21
148:25 165:17

168:19 172:15
174:22 177:13
185:5 189:22
194:9,12
203:10 205:10
214:13 231:10
235:18 236:8
241:21 268:17
277:3 283:2
**pointed** 249:21
250:16
**points** 19:1,6,23
23:9 74:16
83:18 84:15
93:4,16,20
148:9 163:15
164:6,7,22,23
165:12 167:23
168:2 169:11
183:25 189:5
206:8 210:15
225:13,15
**policy** 109:25
110:4 141:20
179:18 245:20
274:9
**popular** 265:20
**populate** 134:1
**population**
289:11
**pop-up** 204:7
**port** 8:13 18:25
19:21 20:1,4,12
20:14,20,21
22:11 37:15,16
44:11,24,25
45:1 48:19 51:2
53:25 54:3
59:18,22 60:19
61:13,15,17,24
62:3,11,19
63:18 64:2,24
65:20 66:8,13
67:3,7,8,24
69:6,22 70:2
72:13,15,17,18

72:23 73:6
74:11,12 78:12
79:16 81:13
94:7 95:20,23
96:1,3 100:14
100:16 101:9
101:10,14,25
102:4,23
103:10 104:8
104:16,18,20
104:22 105:4,7
105:9,23
106:23 107:5
107:14 109:16
111:13 121:15
122:21 124:18
125:21 129:25
130:2,11,15
134:17,18
135:9,9,12
136:10,15,25
140:11,22,25
142:9 144:13
146:19,22
147:1,2,6,12,17
147:17,19,22
147:23 148:2,4
148:17,20
149:19 150:4
155:16,23,25
159:4,4 161:4
161:12 162:11
164:19 165:5
170:23 175:17
176:17,20,23
177:5,6,12,21
178:2,11 179:2
182:15 183:3,4
183:24 185:22
185:25 188:17
189:15,16,25
191:22,23
192:1,23 194:9
201:11 202:14
204:1 205:21
206:14 208:25

209:17 215:3
215:14 216:2
216:10,12
217:11,15
218:9,18,22
219:14,22
220:7 224:10
227:10,22
232:6 235:9
241:8,19,19
243:22,24
244:4 245:22
246:10,22
257:14 258:7
259:6,25 260:1
261:22 262:1
266:20 271:8
271:14 272:12
272:17,18
273:13 274:23
275:4,17 281:6
281:21 282:2,6
282:23 284:5
286:13 287:1
288:14 290:17
290:19
**portfolio** 48:7
51:16
**portion** 217:5
258:5
**portions** 135:12
239:23
**ports** 10:3 18:13
18:15,17,22
19:1,19,20,24
21:24 22:1,2,6
22:11,13 23:3
24:14 32:24
37:4,4,21 38:11
45:5 50:18 51:1
51:5 52:11
54:18 55:11,17
66:18 67:22
71:17,22 73:16
74:2,18 76:1
77:20,23 81:16



83:4,15,24
84:20,21 87:25
93:3,9,15 94:1
94:4,7,15,17
95:5 96:9,22
100:7 102:16
102:19,21
103:9 105:7,8
107:8,23 108:1
108:23 109:9
109:11 110:9
110:18,21
111:3,3 114:16
114:21,24
115:18 124:12
125:20 126:5
127:25 129:20
129:20 130:21
130:25 133:16
140:9 141:7
142:7,11,24
145:19 148:8
152:7,16
154:18,22
163:5 165:23
165:24 172:16
173:7 175:13
176:22 177:20
177:21,25
178:7 180:5
183:12 185:7
185:10 186:2,4
187:6,8 191:16
194:5,6,19
197:7 198:2
199:8,18
201:11 204:5
205:7 208:7,15
223:13 225:2
225:14 228:1,4
228:13,18,20
228:23 229:1
229:16 231:9
231:11 233:2
234:13 254:5
254:12,14

255:12,13,14
255:15 260:18
261:8,14,18
262:19 266:22
267:9 268:15
272:11,18
274:24 284:4
284:17,19
**port's** 122:17
282:3
**port-hardening**
44:25
**port-level** 147:4
153:14 190:21
**port-specific**
149:15
**port-wide** 195:5
**pose** 213:11
**position** 40:21,24
41:2 47:19,20
50:17 67:23
85:14 100:1,3
100:15 147:13
147:20 149:4
151:8 182:8,11
182:13,22
183:2 186:20
205:25 231:4
232:22 234:8
234:11,11
250:9
**positions** 74:3
281:2
**positive** 64:1
**possession**
226:11
**possible** 75:23
142:24 143:2
146:5,8,11,14
160:4 161:10
174:18,20
187:22 208:6
208:10 224:10
224:14 244:18
272:15 285:4,6
**post** 15:4,6

**postponed** 26:9
36:20 270:24
**posts** 14:22 184:6
**post-CBP** 48:9
**potential** 36:19
65:25 105:19
219:16
**potentially** 65:17
250:3
**Poverty** 2:4
**power** 160:21
**powering** 56:8
**practice** 10:2,5
10:10 101:2
110:1,3 210:22
238:15 239:1
261:8 265:24
267:20
**practices** 37:19
110:19,22
111:1,5
**precisely** 156:2
**predict** 191:17
**predicted** 190:1
**prefer** 31:18
99:22 116:10
**preferred** 38:17
**prefers** 179:4
**preliminary**
222:5
**premetering**
184:5
**preparation** 16:3
16:8 28:12
31:22 35:24
79:5
**prepare** 25:13
29:22 32:9,25
34:25 37:22
38:7 39:6,10
217:22 281:16
**prepared** 10:7,18
36:3 38:2 39:6
39:14 237:3,14
**preparing** 38:11
297:12

**preprimary**
182:15,16
213:15
**presence** 202:9
**present** 2:18 8:5
19:18 34:4 55:1
189:3 196:14
**presented** 56:5
**presenting**
207:25 245:4
**presently** 40:15
**pressed** 259:10
**presumably**
108:8 199:15
248:24
**presume** 78:24
91:10 110:21
124:6 153:12
168:19 215:14
226:2 230:5
231:18 261:25
286:17
**presuming** 133:9
133:11 134:4
142:16 180:25
**pretty** 41:25
98:10 170:6
**prevent** 45:1
191:17 232:9
234:8
**prevented** 208:19
235:1,7
**preventing** 82:5
86:5 209:3
232:22
**previous** 166:3
167:19 173:25
**previously** 51:15
76:2 93:2
148:24 231:8
238:25
**primarily** 31:18
43:9,17,24
44:21 158:7
199:10 201:1
206:9 227:5

273:5 286:25
**primary** 19:3,25
20:4,19 182:15
192:14
**print** 239:17
**prior** 55:14,22
74:17 76:21
101:2 116:5
120:3 125:24
166:3 168:21
169:6 189:18
202:13 227:19
246:5 289:4,4
**priorities** 89:23
90:6,9,10 91:16
91:21,22 277:6
277:11,19,20
277:22,25
278:1 288:20
**priorities-based**
89:18
**prioritization**
88:21 191:9
**prioritization-...**
90:3
**priority** 89:23
90:17
**private** 251:6
**privately** 9:9
**privilege** 23:14
25:7 27:4 28:15
28:22 30:6
**privileged** 23:20
27:25 30:10,19
34:2
**probably** 7:22
8:19 25:24
31:21 33:7
39:17 46:5
54:16 55:3
59:10 61:16
84:4 97:9
116:16 124:18
125:17 138:7
161:19 167:18
168:22 171:4



186:8 188:11
201:13 205:17
207:19 208:15
210:22 228:10
250:25 258:25
259:2 265:19
266:24 271:9
271:12,13
275:18 282:5
282:19 283:17
285:5 286:3,11
**problem** 19:14
26:10 108:17
132:2 150:12
190:2 196:18
200:18 210:10
214:15,17,18
233:18 248:23
292:20
**problems** 200:21
201:23 249:20
**procedure** 111:9
168:5,11,11,16
168:20
**procedures**
244:17
**proceed** 5:23
29:12 57:4
92:23 117:12
182:3 184:20
230:24 286:1
291:21
**proceeding** 12:11
12:13,15
297:16
**process** 48:5 54:3
55:14,22 56:6
86:21 95:4,19
104:17,22
107:10,23,24
108:3,11
109:10 110:6
111:21 112:2
114:15 115:3
126:14,22
146:20,23

154:18 157:11
163:16,16,18
165:11 169:5
173:16,17
179:7,23
180:20 187:17
195:23 196:24
197:1,4,12
198:2,17
201:21 208:15
214:6 216:8
217:6 220:1,4,8
234:14,19,24
235:23,25
241:22 242:13
245:5,13 260:5
261:11,13,20
262:9,11 274:1
287:16 288:10
289:14 290:4
290:23
**processed** 50:5
83:24 95:4,20
102:18,22
129:14 136:19
137:4 149:7,18
149:25 161:11
166:4 172:23
174:16 179:10
195:8 205:12
208:7,13,17
216:16 217:8
218:17,23
232:14,18
233:7,24
235:19 236:10
248:9 260:8
287:15 288:5
**processes** 168:25
223:5,12,18
271:7
**processing** 19:2
22:16,18,19
35:19 42:23
44:2 48:11,16
48:19 53:22

58:24 91:15,20
102:9,15 104:9
105:16 106:9
106:12 107:18
107:20 109:13
110:23 123:2
124:21 130:2
145:2 150:3
151:23 152:8
152:16 157:4,6
159:4 161:17
172:20 174:3,3
195:15,16,23
196:5,6,22
197:1,9 198:14
206:15 208:16
209:18 215:25
216:5,14,15,17
217:13 218:4,8
218:10,22
219:10,15
220:3,12,13
230:11 232:7
235:11 243:18
243:25 244:15
244:16,23
245:1,4,14
266:4 286:16
286:24 287:10
287:11,11,25
288:15,20,25
290:16
**processor** 169:3
**procure** 220:6
**produced** 1:18
156:16
**program** 35:7
44:17,18,19
45:4,9,10,16,24
46:1,2 47:5,9
47:23,24 51:13
136:3 167:20
227:18,21
258:16 270:5
271:17 274:20
**programs** 35:10

45:14 48:3,3,22
53:12,20 58:8
166:15 250:11
258:12
**Progreso** 52:13
94:2 100:17
**prohibiting**
222:5
**project** 185:6
260:16
**projects** 46:14
**promise** 229:14
**promises** 233:5
**promoted** 43:20
**promotion** 44:16
47:10
**pronounce**
150:19
**proper** 85:18
190:19 210:8
267:21
**property** 43:18
**proposal** 245:18
245:21 247:1,2
**proposals** 51:24
**proposed** 51:23
248:15
**proposing** 209:14
268:6
**prosecution**
196:4,13
**Protection** 6:5
8:20 41:8
273:23
**protective** 67:4
**protocols** 78:15
273:24
**proved** 295:15
**provide** 7:19
27:18 28:10
29:17,20,21
105:4 222:18
223:2 242:8
257:14 260:6
**provided** 12:23
27:1 30:1,3,14

30:21 248:11
280:14
**providing** 221:11
**proximity** 66:14
**PSC** 272:13
275:4
**PSCs** 272:12
**public** 84:5
295:22
**pull** 72:1 185:10
**purchased**
188:18,24,25
189:2,5
**purpose** 130:23
219:24 232:22
232:25 234:7
234:10 259:5,8
**purposes** 295:17
**pursuant** 193:3
297:4
**purview** 255:14
**pushed** 246:10
246:21 249:17
**put** 25:16 35:21
53:4 57:10
67:18,20 70:1
72:19 73:3 76:3
88:5 110:5
137:21 141:5
146:16 156:10
210:15 230:11
275:11 277:23
292:18 293:1
**putting** 258:21
278:11
**p.m** 1:21 58:5
117:8,11 156:7
181:24 182:3
184:16,19
230:20,23
264:25 285:22
285:25 291:17
291:20 293:3,4
**P.O** 2:14

Q



**QM** 4:10
**quarter** 192:23
**queries** 174:22
246:4,13
**question** 7:6,10
7:13,17 11:8
13:10 15:12
21:11,16 24:12
27:18 28:6,23
30:9,10,12,20
63:14,16 64:7
76:9,11 77:13
80:13 87:13
107:1 112:25
126:20 146:21
149:20 154:16
164:14,23
171:6 176:1
178:16 187:12
198:4,5 207:17
207:22 208:22
214:1 223:1
224:17 235:16
248:20 249:10
254:1,2,8 256:6
265:14 267:13
268:7 273:20
285:15
**questioning** 11:1
27:12,22 94:12
237:19
**questions** 7:18
8:1,4 10:24
11:6 55:7 62:11
64:22 78:13,20
94:1 132:5
135:1 176:3
221:3 229:6,8
230:16 236:12
254:14,15,23
257:15,17
258:9,19 259:8
263:19 264:5
264:14,16
265:23 286:3
291:5 292:16

**queue** 10:2,16
19:1,6 35:18
37:7,18 73:17
74:16 75:10
79:17 81:17
83:17 88:22
89:2,4,18,23
90:3 93:3,16,20
108:22 119:11
119:11 127:16
129:11 130:7
131:12 133:2,5
134:10 135:12
138:2 139:10
139:15 141:6
145:2,9,10
148:9,18,21,25
151:14 153:20
155:13 156:4
182:7 183:25
189:5,12,14,18
189:22 190:17
190:22 191:6,9
194:10 197:5
197:20 200:3,8
200:9,10,14,15
200:18 201:5,6
203:1,8,10
205:10 206:8
210:13,15,20
211:5 212:22
213:20,22
214:2,6,12
234:10 237:12
**quick** 41:12 44:9
79:1 90:1 91:25
171:2 221:4
229:13 230:15
**quicker** 95:4,21
165:6 172:15
173:14 288:5
**quickly** 42:1
157:12 170:7
**quite** 11:17 25:17
121:19 152:20
249:15 287:16

**R**

**R** 2:1
**radio** 67:9
**railroad** 126:15
128:17
**raise** 62:11,17,20
63:2,2,19
**raised** 62:19,24
63:17 64:9
65:13 66:7,13
67:3,7 77:7
190:21 191:8
**Randy** 33:11,21
34:5
**range** 155:1
**rate** 134:5
**rated** 123:11,24
**razed** 125:13
**reach** 54:12,15
**reached** 216:20
248:5
**reaches** 198:17
**read** 39:24 58:22
58:25 69:9,17
70:3,8,12 75:20
78:10,16,22
81:25 82:9,21
86:11 93:10,12
134:25 138:13
139:23 140:7
140:13,17,19
143:4,9,18,19
144:4,4,25
146:4 151:10
151:15,21
152:1,14 153:5
153:8 161:25
163:3,6,16
164:2 177:8,15
178:25 215:10
215:15 216:4,9
216:21 217:6
217:13 218:8
218:13,15,19
219:13,19

240:1,8,16
241:13 243:1
256:5,22 260:9
266:5 267:4
269:2,19,22
278:16 279:6,8
280:3,19
281:22 292:23
295:1
**reading** 136:5
246:8 249:13
254:15 269:5
**reads** 241:11
**ready** 104:22
240:21
**real** 23:23 47:22
79:1 171:2
202:8
**reality** 212:9
**realize** 43:1
206:23
**realizes** 209:11
**realizing** 13:9
**really** 23:23
24:19,21 26:2,5
26:5,17 35:18
37:25 44:20
60:2 66:18
75:11 80:14
85:10 90:13
91:21 101:4
121:16 126:5,8
126:19 130:23
149:10 150:3
155:11,15
166:9 169:2
193:18 201:19
202:2 213:18
219:8 223:5,11
235:17 246:3
246:11,16,22
246:23,23
247:25 248:11
267:1 274:18
282:9 285:17
286:11 288:21

289:14,15,19
292:13
**realm** 288:25
**rearrange** 205:21
205:24
**reason** 9:5,7
10:10 71:12
72:5 107:16
112:14 130:14
131:11 148:23
154:11 161:17
172:18 180:10
181:9 190:4,8
193:7 212:10
241:15 245:20
268:15 270:25
271:2 294:3
**reasoning** 148:20
**reasons** 10:5 71:2
71:13 164:20
**reassigned** 184:5
**Rebecca** 2:3 3:6
3:10 6:5 19:7
56:9 64:17 68:5
78:3 81:4,7
94:10 138:25
150:10 159:15
160:3 171:3
175:24 184:11
206:20 229:3
291:6 297:1,8
**Rebecca.cassle...**
2:6
**rebuilt** 125:13
**recall** 11:13 12:6
12:25 15:15
17:24 18:3 34:8
38:8,9 39:21
40:4 47:18 50:2
56:1,3,6 68:1
74:14 76:17
79:4 80:8,10,23
89:11,20 91:2
99:20 111:24
112:1,3 126:25
127:3,8 138:3



151:8 168:7,22
191:2 194:21
195:1,5 203:14
203:18 204:9
205:1 215:18
223:4,10,16,18
223:24 224:1,4
224:4,25 228:5
228:6,12,17,18
246:20 250:21
251:22 253:11
259:1 260:15
260:17 261:8
261:11,14
270:21 271:23
282:19,20
283:4,7,16
284:3,15,20,20
284:20 285:2
285:13 291:24
**recalled** 80:6
**receive** 50:5
163:21 282:14
282:22 284:14
**received** 50:8
60:23 71:16
144:9,9 166:2
215:16 268:25
281:25 282:1
282:21 283:7
283:14,22
284:1,3,15,18
285:7
**receiving** 172:7
260:16 278:8
282:17
**recesses** 289:7
**recipients** 274:8
**recognition**
173:4
**recollection**
82:14 90:21
99:15 120:2
138:6 202:14
250:16
**Recommend**

140:9
**recommendati...**
52:1
**reconstruction**
124:24
**reconvene**
291:10
**record** 5:2,9,14
5:21 6:9,19
9:18 23:25 29:4
29:8,11,14,15
55:3,4 56:23,25
57:3 65:4 92:10
92:19,22 117:6
117:8,11
120:13 132:6
134:25 138:14
150:16 181:19
181:24 182:2
184:13,16,19
207:2 230:20
230:23 240:24
263:7 264:1,3
270:8 278:23
285:19,22,25
291:17,20
293:2 296:18
297:7
**records** 127:4
**recurring** 272:11
**redirect** 291:7,9
**reduce** 245:3
288:24
**refer** 8:8,13,19
10:20 23:8 52:8
59:4,11 61:5,12
61:16,17 75:11
85:9 94:6 189:7
223:25 227:6
**reference** 71:15
89:2 99:14
203:20 216:23
217:1
**referenced**
246:19
**references** 69:20

69:21
**referred** 53:6,7
55:9 74:19
106:3 123:3
131:6 145:6
191:23 201:13
272:13 289:11
**referring** 8:12
94:23 163:8
179:9 227:21
227:24 277:7
278:2
**refers** 122:17
129:12 130:1
284:10
**refrain** 63:6,10
**refresh** 32:7
**refugee-type**
274:20
**Refugiados**
237:10
**regarding** 39:25
49:16 194:24
222:15 224:3
239:2
**regardless** 93:21
126:11
**region** 83:2,2
**Registration**
297:22
**regula** 113:6
**regular** 86:23
98:15 125:8
173:7 180:18
194:9 211:10
211:19 225:13
273:9,21
**regularize** 113:6
**regularly** 171:17
237:25 239:1
**reiterate** 108:1
**relate** 8:4
**related** 14:9,10
14:18 38:11
46:13 297:15
**relating** 264:17

**relation** 138:2
189:21
**Relations** 51:22
**relationship** 49:1
233:11
**relatively** 227:16
247:6 289:24
**relayed** 151:13
**relaying** 151:17
151:18
**release** 115:25
160:15 164:19
181:1,2 241:23
**released** 163:4
180:22
**releases** 175:16
**releasing** 164:7
165:4
**relevant** 26:23
31:4 35:14,15
35:23 126:20
283:23
**reliable** 67:9
**relocate** 69:12
**Remand** 163:25
**remanding**
176:16
**remember** 12:4
14:6 17:7,15
18:11 33:13
75:6 78:24
80:13 120:5,7
127:22 140:5
146:7 150:21
185:18 195:13
203:11 224:8
224:22 227:14
227:15,19
253:6 270:22
270:23 284:4
**reminder** 163:4
**remote** 5:4 17:6
118:9 171:4
**remotely** 5:17
6:24 283:2
**removal** 11:24

161:14 179:10
**removal/credible**
161:12,15
**remove** 147:13
147:20 148:21
**removed** 126:16
126:23 128:5
**removing** 148:18
**renovated** 125:11
**repeat** 15:12
24:12 29:19
63:8 117:23
164:14 168:13
237:5 258:14
267:12 284:24
**repercussions**
64:2
**rephrase** 237:22
251:14 254:8
**replied** 250:24
**report** 36:12 40:5
94:9 107:8,16
112:3 119:11
119:12 120:7
121:10,16
122:3,11 126:8
127:11,13,14
127:14,16
128:25 130:18
131:23 133:3,6
133:15 135:13
144:13,16
155:8,12,13,16
155:17 156:5
181:5 194:13
194:15,17
195:2,6 229:25
230:2,3,6
**reported** 1:22
107:21 111:20
111:21,24
131:24 136:10
136:25 137:15
146:13 180:7
180:14 190:13
194:24



**reporter** 5:19,22
6:18,19,25
181:21 292:24
296:13
**reporters** 84:7
**Reporter's** 3:13
296:10
**reporting** 78:15
121:13 125:24
125:25 152:15
181:4,6,9
**reports** 4:10 40:6
45:2,5 46:13
51:20 62:7
112:1 119:15
119:18,21
126:9,17
131:12 135:15
135:18 153:21
155:14 194:10
195:5,14
197:20 205:18
230:4
**represent** 6:5
236:19
**representation**
271:9,11 272:1
**representative**
236:22 271:13
271:16
**representatives**
271:21
**represented**
262:16
**representing**
69:23
**reprocess** 173:13
**reprocessing**
172:12
**repurposed**
220:17
**request** 69:14
71:6,8 85:7
102:18,18
109:17,20
163:19 169:15

169:16,18,24
170:8,23,25
171:17 172:2,3
224:19 225:1
226:1 241:20
241:23 289:7
**requested** 67:23
68:18 74:17
105:9 113:7,8
114:8 224:18
224:23
**requesting** 69:11
71:19
**requests** 71:17
72:3,9,23 79:23
224:23
**require** 161:15
194:18 274:2
289:9
**required** 74:2
93:19 122:13
127:17 130:11
187:8,11,24
188:22,23,23
204:15,17
231:9,11
**requirement**
232:17
**requirements**
267:7
**requires** 182:8
**requiring** 127:11
**rescinded** 167:5
**research** 39:10
39:12,14,18,23
71:20 231:20
251:1
**resend** 170:7
**residents** 98:4
**resource** 247:16
**resources** 79:22
95:3 205:22,25
234:16 253:14
289:7,9
**respect** 259:7
**Respectfully**

64:25
**respects** 106:3
**respond** 170:1,3
281:23 282:6
**responded** 259:4
282:2
**responding**
265:23
**responds** 265:24
**response** 170:5,6
170:20,22
210:10 259:24
264:11 281:14
282:1,1
**responses** 6:20
237:20 257:15
**responsibilities**
46:3 48:11
50:18 51:12
**responsibility**
48:17 50:20,22
51:9 106:19
**responsive** 26:23
32:6 80:13
**rest** 212:16
**restate** 149:13,20
283:25
**resubmit** 170:23
170:25
**result** 180:21
181:3 223:18
**retain** 32:11
**return** 73:14
242:10 247:17
260:8 266:4
296:22
**returned** 246:5
247:21 248:10
**returning** 247:23
**review** 25:12,15
28:19,20 29:18
29:22 30:21
32:4 140:10
162:17 258:18
259:22 279:25
**reviewed** 26:25

27:8 28:10
29:25 30:14,23
30:24 31:21
162:20 257:4
259:14,16
**reviewing** 25:22
26:2,13 32:8
258:11 270:3
**revisit** 139:25
**RFI** 259:10
266:10
**RFIs** 79:23
259:11
**Rich** 2:3 68:16,16
118:14,14
138:19 239:7
263:6,6 269:15
279:16,20
**riding** 210:11
**right** 7:17 9:15
14:8 18:6 21:3
25:1,1,12 27:17
28:8 29:14,15
30:16 32:17,20
35:20 36:9
37:11 38:4,23
40:15,18 42:1
42:11,13 45:25
47:6,7 49:2,10
49:12 50:19
51:10 52:9,12
52:14,17 53:18
53:21 54:5,9,13
54:17,25 55:12
56:14 57:6,12
57:23 58:1,9,11
58:15,20,25
59:3 60:19 62:1
62:23 64:15
65:5,7,20,25
66:2,10,15,19
67:24 68:2,11
69:16 70:3,3,8
70:12 71:3
72:10 73:8 74:4
76:10 77:20,23

78:8,17,21
80:19 81:13
82:9 83:11
85:24 87:9 88:9
88:23 91:6
92:25 93:5,8,9
93:22 94:17
96:3,10 97:14
97:19 98:20
99:2,24 100:22
100:23 101:12
101:16,24
102:2 103:3,16
104:3,11,22
105:5,12,16
106:7,20,24
108:12 109:11
109:13 110:11
111:18,22
112:6,9,15,22
115:12 117:14
117:17 118:2,5
119:4,13,16,19
119:23,24
120:1 121:11
122:11,15,19
123:4,16,18,18
123:18 125:3
127:17,20,23
128:5 129:15
130:2,18 131:5
132:25 133:3
133:24 134:3,6
134:11,12
136:24 137:16
138:8 139:10
139:16 140:4
141:8 142:4
144:14,20
145:3,7,14,17
145:23 146:15
149:1,10,15
150:4,23 151:2
151:6,15,19
152:1,9 155:3,7
155:14,15,25



156:13,20
157:24 158:18
159:1 160:16
160:22 161:14
162:12 163:6,9
164:2,8,20,25
165:3 167:1
168:12,16
170:1 172:8,12
173:1 174:4
175:8 176:18
176:23 177:1,8
177:12 178:13
180:21 181:4,7
181:18 182:9
184:22 185:10
186:5,18,21
187:4 189:9,12
189:22 191:11
191:18,25
192:1,10,23
193:5,8,14,21
194:3,11
196:18,23
197:1 198:17
198:20 199:1,8
199:11,24
200:19,22
201:11,19,20
201:25 203:15
203:18 204:3
207:4 208:1,7,8
209:15,16
210:5,13 211:7
213:21 214:19
215:24 216:21
216:24 217:2,8
217:11,24
218:4,13,19,24
219:1,6,19
221:2,5 223:14
226:1,15,25
227:23 230:14
231:1,5,10,16
232:1,4,10,14
232:18 233:24

234:9,19
235:10,23
243:20,23
244:19 245:6
245:16 249:3
249:17 250:23
253:5 258:9,16
258:20 261:1
263:1,8,10,21
267:21 268:24
270:18 276:8,9
276:13 278:25
279:15,21
288:17 291:25
292:2,3,4,7,8
292:11,25
**rights** 43:18
**Rio** 52:12,13 72:2
94:2,3 95:2
105:24 185:25
**rise** 190:1 193:20
193:24
**risk** 112:21 113:4
113:11,14
**river** 96:9
**road** 86:17 96:18
213:5
**roadway** 213:8
213:10
**Robert** 33:6 36:9
36:10
**Rodney** 1:13,17
3:2,5 4:2 5:2,15
5:24 6:10,12
162:11 295:1,7
295:14 296:10
296:16
**Rodriguez** 20:5
**role** 48:18,23,24
50:16 51:20
238:11 258:12
258:12,16
271:17 280:25
**roles** 48:8,9
**rolled** 228:16,24
**Roma** 52:14 94:3

95:2 130:7,11
130:15 260:1,4
260:23 262:16
268:11,14
**room** 81:19
218:11,16
219:5 220:2,3
220:16,22
221:1 275:10
**rotation** 206:3,4
**rough** 185:21
**roughly** 21:12
126:24
**routine** 59:24
**roving** 182:16
**rowdy** 183:20
**rule** 9:19,21
15:11,13,19
25:13 135:7
221:11,15,16
221:16,18
222:1,6,16
223:25
**rules** 6:17 237:18
**run** 71:19 72:14
88:4 183:25
189:16 230:4
**rundown** 90:1
**runner** 192:1
**runners** 44:24
45:1 189:15
191:22,23
192:22 202:12
202:15
**running** 53:20
198:25 199:15
**runs** 87:24
262:25 274:20
290:10
**Ryan** 150:20
151:4,12 152:6
152:16,22
250:4,5
**R-O-D-N-E-Y**
6:12

**S**
**s** 2:1 174:25
**safe** 64:1,2 74:23
188:9,9 234:14
**safety** 62:22
63:17,22 64:3
65:12,22 66:6,7
66:13 67:2,7
70:11 72:10
189:1 198:19
198:23,25
204:19 205:13
213:11,14
**sake** 222:1
**salient** 167:22
246:3
**Salvador** 227:2
**Sampat** 2:13
68:20 78:3
207:4,6 297:2,9
**San** 275:22,24
**Sanders** 261:12
**Sara** 2:3
**Sarah** 68:16
118:14 207:1
214:21 256:17
263:5,6 269:18
279:13
**Sarah's** 207:3
**Sara.rich@spl...**
2:6
**SAT** 244:8,16
272:21
**save** 31:16 38:22
283:2
**saved** 26:4 30:25
31:8,9,11,12
39:2
**saving** 38:17
**saw** 18:25 66:11
75:18 133:23
154:12 156:25
222:14 231:13
250:23 266:11
284:7

**saying** 80:25
82:24 85:20
95:13 98:7,9
99:21 111:12
112:3 123:14
127:7,8 129:4
148:1 152:5
167:24 198:6
199:23 204:8
207:9 234:6
235:18 246:22
248:1 254:6
277:24 281:19
**says** 58:23 69:18
70:1,5,10,18
75:21 78:11,19
83:6 86:8
122:14 124:7
130:7 132:5
134:6,9,20
138:4 145:1
151:11,22
153:10 163:3
179:1,13
209:12 216:4
218:16,25
260:23 281:4
281:14
**say-so** 234:2
**scale** 141:23
**schedule** 37:2
242:20 275:6
**scheduled** 242:22
271:25 275:1,2
275:7
**scheduling** 185:6
185:17
**scope** 64:18
70:23 94:11
161:6 190:24
192:24 222:9
222:13,21,23
226:16 227:4
228:15 229:17
229:22 253:15
253:19 254:5



255:5 260:20
267:11,24
268:1
**scopes** 131:3
**scrap** 261:16
**scratch** 172:20
173:21 174:4
**screen** 118:19
134:19 138:17
**screens** 250:14
**scro** 136:8
**scroll** 26:22
136:2 153:22
154:2,2,2,3,3,4
154:4,5,5,9
239:10 243:4
255:21 264:9
269:8
**scrolling** 26:3
32:4 265:22
**seal** 295:18
**searching** 39:15
**second** 68:6 70:1
78:6 80:16
81:22 108:15
117:17 118:15
125:1 132:1
137:23 139:23
143:25 144:8
156:11 163:19
164:9 184:13
189:24 215:20
216:8 217:17
221:9 239:12
239:14 240:21
241:2 244:2,2
248:19 252:19
255:22 264:10
264:24 269:16
274:5 276:11
**secondary** 19:3
22:17,18,19,20
246:13 288:14
**secondary-type**
50:3
**second-to-last**

276:4
**section** 256:22,24
269:19,23
**sector** 46:7,8
**security** 8:9
40:19 46:24
53:19 64:1 90:6
189:1 270:6
272:12 275:5
275:17
**see** 15:6 18:13
21:3 43:3 57:16
57:17,20 58:4,5
58:23 60:21
67:19 69:7
71:14 80:5
81:25 86:3
118:21 121:25
128:3 130:8
131:13 132:12
132:13 133:15
136:9,24
138:17,22
139:5 143:7,8
148:17,20,22
152:21 153:23
154:6,14,25
156:18 162:6
162:14 166:9
176:22 185:17
190:25 201:6
211:16 215:8,9
217:19 233:11
233:14 234:3,5
234:23 239:15
239:16,18
240:11 243:11
250:23 258:6
264:9,10,19
265:9 269:3
271:6,12
276:16,18,22
278:10
**seeing** 22:14 23:1
32:6 89:11
108:23 111:24

132:19 233:11
279:19 282:3
**seek** 214:11
252:9
**seeker** 85:5 94:21
94:23 161:3
217:22 232:16
235:1 251:6
**seekers** 50:4
53:24 84:25
85:3,15 86:22
91:16,21 94:17
104:10,21
107:9 129:12
141:7 146:20
146:23 147:7
149:7,18 157:6
179:9,16 180:5
205:16,19
216:1 217:7
218:23 219:23
280:9,14 284:2
286:15
**seeking** 55:16
193:13 196:4
**seen** 6:17 14:22
22:2,10 23:3,4
40:1,8 65:19
114:2 124:7
131:15 145:24
193:20 204:4
205:18 211:7
211:18 213:6
231:19 267:2
286:12
**seizure** 273:6,7
**seizures** 273:8
288:15,15,16
**seldom** 205:11
**select** 101:11,14
**selecting** 197:19
**Senate** 12:20
**send** 38:25 39:4
45:6 105:8
108:7 121:22
129:21,24

130:25 140:9
168:20 178:4
211:15 214:22
252:23 280:17
**sending** 68:17
121:18,19
133:17 139:10
239:8 245:13
252:6 269:11
269:15
**sends** 169:24
**senior** 121:1,4
**sense** 7:20 8:2
10:21 30:15
50:12 52:5 61:4
64:13 85:8
101:8 102:10
109:8 149:10
150:3 152:5
156:8 168:4
182:24 189:20
190:9 208:21
224:17 236:2,5
236:6 252:13
252:14 255:16
**sent** 58:14 60:19
68:8,19 73:6,25
74:12 77:20
78:8 88:8
118:15 119:15
119:21 138:19
142:16 155:24
161:24 162:11
167:19 170:8
241:7 245:24
255:24,25
259:15,18,19
259:21,25
260:17 264:11
270:13 275:8
279:14 282:6
284:5
**sentence** 11:21
69:10 78:10
144:25 151:11
151:22 163:2

164:17 177:14
218:9,15
219:13 277:4
**sentences** 140:8
**separate** 279:14
**separately** 279:9
**September** 49:14
137:6,9,11,15
226:21 227:1
270:16,20
**ser** 247:13
**Serena** 272:21
**served** 45:23
**servers** 118:16
269:17
**service** 41:6 42:4
49:18,19 67:10
169:22 244:11
253:10
**services** 1:24
5:20 206:7,9,10
206:13,18
247:12,13
253:3,5,9,12
297:23
**Servicio** 244:9
**serving** 283:12
**set** 83:17 93:3
110:24 111:5
149:6,17,22
157:3 173:5
177:23 206:8
214:17 218:10
219:6
**sets** 214:15 287:1
288:19,23
290:16
**setting** 48:5
125:16 150:2
**setup** 204:1
**seven** 186:2
216:9
**shade** 70:10
188:19
**Shaded** 188:11
**shake** 6:21



**share** 110:22,25
**shared** 31:16
  33:23 34:10
**sharing** 33:18
  110:18 251:5
**sharp** 143:15
**Shawna** 276:7,17
  276:23 278:2
**sheet** 247:16
  253:8 260:6
  261:15,21
**sheets** 32:15
  38:19 260:12
**shelter** 103:11
  104:3 105:14
  105:15,15
  106:2 114:24
  115:4 253:7
  280:15 282:7,9
  282:16,18
  283:5,8,11
  284:12 285:9
**shelters** 103:14
  114:21,24
  247:13 282:7,8
  283:12,15,22
  284:2,7
**shields** 189:2
**shift** 170:23,24
  170:24 204:22
  213:1 262:11
**Shiloh** 61:8
**short** 99:8,16
  113:19 227:17
  247:6
**shorthand** 1:22
  85:6 296:13
**shortly** 72:21
  239:8 278:8
**short-circuit**
  172:25 173:3
**short-term**
  113:21 158:8,8
  158:9
**show** 72:1 155:16
  239:5,22

255:18
**showed** 218:2
**showing** 57:12
  72:3 118:18
  128:3,4 132:7
  135:5 143:4
  150:6 155:12
  155:16,17,20
  158:10 214:23
**sic** 233:9 244:9
**side** 84:12 87:25
  106:1,9 108:25
  115:12 129:14
  134:8 191:18
  202:7 217:8
  234:18,22
  247:22 265:25
  273:10,13
**sides** 84:7
**sidewalk** 209:11
**sight** 65:21 66:9
  70:2 204:19
**SIGMA** 230:12
**sign** 292:23
**signature** 3:12
  294:1 295:2
  296:22
**signed** 178:3
  226:14 227:1
**significantly**
  169:22 183:10
**signing** 91:5
**silence** 108:16
  164:9
**similar** 71:17,20
  109:10,15
  110:10,13
  174:2 201:12
  227:2 238:11
  251:16 283:2
  285:7
**similarly** 149:17
  201:23
**simplistic** 95:13
**simply** 166:16
  188:17

**Sims** 15:24
**single** 197:23
  216:15 278:20
  289:10
**sir** 78:11 151:11
  159:20 279:8
**sit** 204:3
**sitting** 98:17
  200:1 203:20
  233:23
**situation** 26:9
  84:10 105:20
  141:18 199:13
  209:14
**situational**
  144:13
**situations** 73:25
  161:8
**six** 16:13 257:15
  263:8,23
**six-hour** 206:22
**skim** 136:8
  256:12
**Skinner** 57:20,25
  69:6 74:11
  77:12 78:7 79:3
  79:10,11 139:4
  140:14 150:17
  151:17 152:7
  152:15,22
**skip** 173:12
**sleeping** 84:2
**slight** 7:3 68:19
**slightly** 160:7
  168:21
**Slocum** 2:19
  16:19
**slow** 153:25
  199:7
**slowing** 199:16
**slowly** 211:13
**small** 32:15
  38:20 239:17
  256:6 268:15
  279:6
**smaller** 94:1,4

105:23 183:12
  189:4 194:5
**smallest** 94:8
**SOC** 53:7,14,17
**social** 13:23 15:1
  247:12 253:3,5
  253:12
**soil** 73:15 141:8
  145:14 146:7
  198:17 248:5
  257:24
**solely** 211:3
**Solidarity** 44:4
**somebody** 62:20
  87:8 101:11
  169:14 234:17
  248:17 249:20
  271:16
**someone's** 288:3
**something's**
  121:24
**soon** 25:25
  242:22
**sooner** 7:23
**SOP** 111:8
**sorry** 5:7,11 6:10
  14:15 17:17,18
  18:3,10 20:13
  37:1,12 40:25
  43:1 47:18
  52:23 61:2 66:2
  67:16,17 68:3,7
  68:19 70:21,22
  75:6 77:21 78:3
  83:10 87:3,20
  96:6,19 99:11
  100:21 104:14
  108:18 109:25
  111:19 112:7
  118:7 119:6
  120:20 125:2
  127:5,9,15
  129:18 131:20
  132:23 133:9
  137:23 139:21
  142:8 144:1

148:3 159:15
  160:3,12
  164:12 165:13
  166:8,9,10
  170:10,12,20
  171:3,9,15
  176:8 178:19
  181:23 184:8
  189:24 194:22
  195:21 202:21
  203:12,14
  205:16 206:20
  212:3 220:18
  220:19 221:9
  224:4 227:16
  227:20 229:24
  232:20 236:6
  238:16 243:6
  245:8 248:21
  249:25 252:18
  253:22 255:11
  255:25 256:3,3
  257:13 258:15
  276:3,15,19
  277:15 278:9
  279:11 282:15
  284:24 285:16
**sort** 33:15 48:19
  48:23 54:22
  72:20 104:19
  110:5 111:8,24
  112:17 113:15
  161:16 172:20
  185:9 206:2,5
  235:5,14,15
  238:22 266:23
**sought** 113:5
**sound** 14:24
  186:21 187:3
  189:9 191:11
  221:4 246:15
  271:10
**sounds** 25:1
  67:25 97:14
  100:23 112:17
  127:20,23



186:18 255:1
**source** 133:23
135:19
**South** 45:21,22
46:6,13,15,17
47:1,6 288:21
**southern** 1:2 2:4
52:17 53:6
219:17 221:12
296:2
**southwest** 58:14
58:17 83:2
152:3
**sovereign** 87:22
**space** 95:17,19
149:23 155:6
163:20 169:25
171:23 172:3
175:7 216:6,19
287:5,5,9
290:20
**spaces** 287:16
**Spanish** 169:21
244:11 288:4
289:3
**speak** 19:22 21:2
24:5,19,24
32:25 34:25
52:6 236:22
288:4,7 289:2
**speaker** 288:4
**speaking** 52:21
55:25 63:7,11
63:15 237:23
254:17
**speaks** 288:6
**special** 43:13
266:3
**Specialist** 43:15
**specific** 29:22
30:24 45:14
74:13 75:18
76:12 83:4
111:13 112:1,3
127:11,13
130:18 135:14

142:6 165:25
190:7 196:1,2
230:6,7
**specifically** 9:25
10:3 80:10,24
90:7 121:7
129:6 168:25
189:21 199:23
205:21 210:11
247:19 276:6
285:3
**specifics** 75:6
194:21 285:15
**specified** 105:12
260:11
**speculate** 254:7
254:18 262:7
**speculation**
254:16
**spell** 6:8
**spend** 26:13 44:6
46:5,8 50:15
290:11
**spike** 158:16
**spoke** 16:21
23:20 24:8,20
25:3 33:5,11
35:8 39:13
74:25 77:8
151:12 249:2
**sporadically**
210:24
**sporting** 204:7
**sports-type**
188:19
**spot** 201:3
**spread** 17:14,19
**spreadsheet**
131:17
**spreadsheets**
46:12
**staff** 20:16 35:5
37:16 45:20
50:24 51:19,19
60:19,24 61:1,6
61:24 62:4 63:1

63:18 105:15
115:5,11
130:11 131:1
146:19,22
147:6,12
148:10 153:14
159:1 183:1
184:5,6,25
185:1,5 186:21
187:3,7,8,10,12
187:18,23,24
189:5 203:21
204:15,21
209:3 242:8
247:19 281:4
**staffed** 183:2
186:13 231:4
**staffer** 50:25
51:2
**staffers** 61:6
**staffing** 130:8,10
185:1 206:1,4
231:22 232:8
**stake** 273:4
**stakeholders**
273:2,17
275:22
**stamp** 276:10
278:24
**stand** 5:10 24:6
56:5 93:16
120:17 134:13
160:7 212:21
244:8 293:1
**standard** 111:9
**standards** 201:12
**standing** 65:8
67:4 70:23
94:11,13
151:13 182:22
211:11 212:25
213:7 222:22
254:23 255:5
261:3
**stands** 90:22
181:9 190:4,8

**start** 5:13 25:22
81:8 82:11,16
99:12 107:23
108:13 124:14
132:4 138:1
156:23 169:5
172:19 199:16
203:1,8 206:1
214:2 241:2
280:5
**started** 25:24
26:2,7 31:2
41:5 82:20
83:11,18 84:4,5
84:11 108:14
108:23 109:2
115:17 119:25
126:16 127:4
127:11,16
138:5 140:3
141:7 156:19
185:2 191:6
192:11 193:25
194:9 196:18
200:22,24
201:6,24 203:5
210:12 212:10
214:14,15,16
227:14 228:12
242:18 262:23
266:9
**starting** 42:10
57:14 118:25
132:9 143:6
150:8 160:5
173:20 214:25
216:10
**stat** 229:24
**state** 1:21 6:8 8:4
42:2,5 46:24
71:2 97:4,10,23
98:20 99:1,4
110:14 120:13
208:22 240:24
265:14 270:8
273:2,16 280:7

283:6,18
289:19 295:11
295:23 296:14
**stated** 9:19 38:16
83:6 87:16
178:16 197:9
198:7,9 219:24
232:12 251:9
252:22 262:15
262:18 265:10
267:17
**statement** 71:12
87:22 101:21
105:13 114:19
209:22 248:20
267:14 277:25
**states** 1:1 21:9
46:20 54:3,5,25
55:2,10 82:3,7
96:9 97:5 98:15
111:3 219:18
226:13 227:1
227:10 231:21
231:24 232:2
233:17 235:3
236:7 241:19
242:7,20
243:15,16
244:13 249:1
274:9 277:4
280:12 287:23
296:1
**static** 182:11,13
182:22
**stating** 137:1
274:12
**station** 2:14 54:9
54:12,22 145:2
145:9 177:23
**stations** 218:22
**statistic** 229:25
**stats** 51:20 90:24
155:18 230:4
**status** 113:6
**stay** 84:1 115:20
145:12



**staying** 285:9
**stays** 234:17
**STC** 46:6
**stenographic**
  5:20
**step** 166:20 175:7
  215:2 216:8
  217:17 218:7
  218:21 219:3,4
  219:9 231:23
  232:5
**stepped** 73:14
**steps** 66:5 75:13
  163:14 165:22
  167:16 172:25
  173:13 219:7
**Steve** 2:8 29:3
**stood** 120:4,4,16
**stop** 27:19 43:19
  99:13 122:4,10
  147:20 199:16
  211:20 236:11
**stopped** 26:10
**stored** 282:24
**stories** 39:25
  40:2
**straight** 35:11
  165:25
**Street** 2:4,9
  297:23
**strike** 104:7
**string** 60:20
  270:22 274:16
**structure** 53:8,10
  53:11 204:2
**studies** 41:16
**stuff** 19:9 40:5
  264:2
**stumbled** 152:1
**stupid** 13:9
**subject** 12:2
  34:20 35:10
  241:11 280:8
**subjected** 87:7,8
**subjects** 272:6
**submitted** 120:8

296:20
**subscribed**
  295:16
**substance** 16:1
  117:21,24
**successful** 209:3
**sudden** 59:19
**sued** 13:14,15,19
**suggest** 94:21
**suggestions**
  253:14
**suggests** 82:19,20
**Suite** 2:4
**summarize** 87:5
  144:16
**summarizes**
  135:11
**summarizing**
  244:13 265:1
**summary** 135:7
  153:20 178:10
  242:23 245:25
  265:5
**summer** 119:25
  124:25
**sun** 188:11
**sup** 258:12
**supervision** 49:2
  49:4
**supervisor** 33:5
  43:24 44:10
  47:25 49:7
  183:11,15
  184:3
**supervisors**
  20:24
**supervisory**
  43:20,22 44:13
  47:9,23 48:10
  48:15,18,23,24
  51:14 62:5,5
  258:12,16
  271:17
**support** 185:5
  202:10
**suppose** 143:2

268:18
**supposed** 149:14
  150:4 196:25
**sure** 18:24 19:25
  24:25 29:6 47:3
  52:12 56:11
  97:3 132:3
  164:11 180:12
  192:15 207:12
  215:7 222:3,14
  223:7,9 235:14
  235:17 239:19
  254:13 259:22
  271:8 274:18
  276:16,22
  278:10 291:13
  291:15 292:20
**surge** 58:24
  59:13,14,18,25
  60:5 210:23
**surprise** 97:22,25
  98:2 111:17
  112:12 190:14
  190:16 197:21
  197:25
**surprised** 111:14
  190:25 209:19
  283:17
**suspect** 62:18
  193:10
**sustained** 157:5
  157:14,20,22
  157:24 158:2,4
  158:9,13,24
**swear** 5:22
**switch** 101:8
  175:4
**switched** 41:11
  161:19
**switching** 250:13
**sworn** 1:19 5:25
  296:16
**synopsis** 167:22
**system** 55:5
  116:6 172:12
  185:7,13,17

**Systematic** 216:8
**systems** 174:22
  175:5
**S-O-C** 53:7
**s/b** 151:22 152:3

─────────

**T**

─────────

**T** 3:4
**table** 122:14
  133:24
**tables** 135:16
**take** 7:22 8:24
  32:8 38:10
  40:10,13 49:15
  56:7,10 66:5
  77:10 91:25
  92:4 98:22
  116:9,12
  118:15 147:24
  151:9 167:6
  169:1,11,17,20
  169:22 170:3
  170:13 173:16
  173:17 175:25
  176:18,25
  181:11 186:23
  186:24 196:6,8
  196:9,15
  215:19 220:1
  221:4 229:3,8
  230:15 235:10
  235:25 236:13
  238:7 240:8
  249:16 252:3
  252:11 256:18
  269:5 287:9
  289:6,6,8
  290:10 291:9
**taken** 1:19 5:4,17
  6:24 8:16,24
  29:9 57:1 92:20
  117:9 141:19
  155:13 174:23
  174:24 179:21
  181:25 184:17
  230:21 232:6

285:12,23
  291:18 297:5
  297:17
**takes** 169:4
  174:17,18
  175:4 290:22
**talk** 7:5 9:17
  18:21 33:20
  34:7,9 35:18
  36:15 40:14
  52:3 53:21
  59:18 60:16
  64:8 84:8
  101:10 103:8,9
  106:20 109:12
  112:18 117:21
  117:24 124:15
  127:6 137:25
  141:12 168:24
  189:6,20
  199:22 225:8
  225:12 255:2
**talked** 32:24 36:8
  37:14,15 39:9
  51:7 79:20
  107:22 110:10
  114:13 135:16
  139:7 194:7
  219:8 224:7
  231:3 251:1
  287:7 288:19
  289:2 290:5
**talking** 18:22
  35:16,19 43:2,4
  59:20 61:18
  64:9 79:3,15
  81:9 102:6,7
  113:20 141:12
  157:22 158:15
  169:5,14
  179:12 218:1
  219:5 220:2,5
  221:1,17,23
  273:17 276:23
  287:19
**Tama** 99:3



Tamaulipas
  97:10,24 98:4,8
  98:14,19
target 149:6
targeting 43:16
Task 47:2
tasked 106:22
  107:2
taxi 144:17
taxing 34:14
Team 43:16
  120:16,18,19
TECH 136:3,22
  269:7 279:8
technically 208:6
TECHNICIAN
  2:22
technology 44:22
  44:24 171:13
teleconference
  78:12,23,25
tell 8:17 19:23
  21:3,12 43:4
  46:16 51:1
  53:25 62:10,19
  71:20 88:3
  95:18 98:2
  102:14 104:10
  136:4,9 137:7
  140:11 150:19
  154:9 172:15
  174:7 186:17
  209:17,20
  211:10 219:6
  225:9
telling 24:24
  73:16 75:8
  80:17 81:1
  93:15 110:5
  152:6,22,23
  173:7 252:22
  262:9
tells 226:4
template 133:11
temporarily
  113:18

temporary
  122:18,21,23
tend 189:20
tended 183:19
tentative 266:3
ten-minute 56:10
term 32:3,7
  51:18 59:17
  61:14 89:1
  113:22 129:13
  138:1 140:3
  157:23 160:25
  183:24 189:14
  189:17 190:19
  205:24 210:23
  250:22 252:4
  267:1 268:4,5
  287:14 290:18
  292:10
terminology 35:9
terms 10:22
  22:21 97:5
  107:23 109:11
  109:17 181:5
  289:20 290:15
territory 54:8
  69:15 145:21
  146:13
test 18:4
testified 5:25
  11:11 12:4,7,16
  12:19 13:2 93:2
  135:18 145:16
  231:8 233:21
  236:20 238:25
testify 9:5 10:7
  10:18 11:21
  13:3 25:13
  32:25 237:4,14
testifying 8:25
  11:2
testimony 6:20
  12:23 33:10,14
  33:15 117:22
  117:25 146:18
  146:22 158:1

158:23 177:10
  207:24 296:18
  297:5
Texas 1:22 11:19
  43:25 45:21,22
  46:6,13,15,17
  47:1,6 61:9
  98:13 215:3
  216:11,12
  282:12 288:21
  295:11 296:14
  297:21
text 9:13 265:18
  275:2
textbook 286:12
thank 14:3,5 37:2
  68:24 92:16,17
  132:21 135:4
  144:11 151:3
  160:7 162:9
  171:11,14
  176:6,14 210:3
  236:15 237:2
  237:17 239:5
  240:19,20,23
  241:18 242:6
  242:19 243:3
  243:14 244:1
  244:12 247:24
  249:19 251:11
  252:25 253:13
  255:9,18 256:9
  256:16,21,25
  257:7 258:5
  259:13,23
  260:3 261:6
  262:15 264:7
  265:21 267:5
  268:19 269:10
  269:14,18,21
  269:25,25
  270:2 271:15
  274:4,22 276:1
  278:3 279:4
  280:5,21 281:5
  281:8 283:10

283:20 284:13
  284:21 285:17
  291:4 292:16
  292:18
thanks 36:23
  43:8 67:21
  70:25 74:2 80:9
  92:3 93:18
  94:14 106:16
  106:20 118:9
  120:12 121:9
  133:1 157:2
  160:2,12
  176:15 182:24
  194:1 215:20
  225:23 277:5
they'd 73:14
thing 26:5 33:22
  36:22 40:25
  44:9 104:13
  110:10 112:18
  134:11 171:5
  196:19 210:8
  211:21 220:9
  226:22 238:22
  279:15 288:21
  289:10,18
things 34:24
  35:11,25 101:4
  125:17 148:14
  164:19 172:15
  173:14 178:6
  188:20 233:10
  247:14 279:19
  288:13
think 12:14
  13:25 14:1 15:3
  17:2,7 18:1
  20:15,22 22:7
  23:22 24:4,6
  27:9 34:14 38:6
  51:7 55:19 61:6
  68:7 74:13,18
  75:17 77:12
  78:11 79:14
  82:19 83:12

92:6 98:7,10,12
  99:7 102:3
  109:20 111:18
  115:8,15
  116:14 122:7
  125:24 126:25
  130:4,20
  132:18,19
  136:14 140:13
  140:22,25
  151:23 153:3
  156:16 159:21
  161:8,24
  162:24 166:11
  166:23 170:10
  181:12,17
  189:3,18 190:6
  191:7 202:4,15
  205:2 206:14
  207:2,18 210:2
  214:21 221:3,7
  223:17 233:9
  236:2,11
  248:14,24
  249:12 250:5
  250:10 255:6
  261:11 263:8
  263:10 264:21
  272:9 274:19
  281:3 284:8,22
  284:25 285:5,6
  285:12 287:23
  290:14
thinking 200:1
thinks 141:1
third 70:5 81:25
  151:21 163:21
  215:21
This'll 229:13
tho 145:19
thought 81:18
  105:22 140:2
  179:10 249:6
  267:19,19
thread 57:18
three 16:21,22



17:19 19:1,24
132:24 169:3
173:21 183:6
204:23 205:2,4
228:23 229:5,7
254:5 280:3,3
**three-page** 150:7
**throughput** 82:3
**throw** 105:19
**tilt** 160:4
**time** 5:3,8,9,16
7:3,16,16 11:6
11:6 12:3,6
14:4,4 17:23
18:2 20:15,24
20:25 22:2,10
22:15 23:1,4
26:8,15 29:8,11
29:19 31:6,10
33:16 36:2
41:12 42:21,25
43:10 44:6,7,21
45:23 46:5 48:4
49:9,17 50:15
56:25 57:3,25
58:7 60:22
62:14,16 71:7
73:6,12 78:14
78:20 79:8
83:20 84:13
89:10 91:5
92:19,22 93:6
93:21 96:24
98:18,23 99:16
99:20 101:13
105:12,24
110:15 115:9
115:20,25
117:8,11
120:11,16
125:7 126:16
127:14 151:6
152:12 153:23
155:3,17 156:3
157:21 158:4
166:24 167:14

168:10,15
171:20 173:5
175:9,11
177:13 178:7
181:21 182:2
184:16,19
186:17 187:3,7
187:24 191:8
191:13,16
192:10 195:19
196:6 200:14
201:5,5 207:1,3
207:10 211:23
215:19 218:24
220:23 225:3
225:25,25
227:17 228:6
230:20,23
231:25 233:20
235:8 239:23
240:8 241:23
242:9,22
243:23 247:7
247:17 250:10
258:15 259:11
259:21,25
261:16,17,21
262:12 263:5,7
263:14,21,21
263:22 264:1
266:4,8,17
267:8,8 268:12
268:16,18
269:5 275:11
280:15,17
281:3,6 285:18
285:22,25
288:10 290:8
290:11 291:17
291:20 292:17
293:2 296:24
297:5
**timeline** 242:25
**times** 16:21
26:24 82:1,25
135:17 172:24

183:17 187:1,2
187:2 199:18
201:2,2 205:1
228:17,25
272:25 275:5
292:9
**tired** 163:17
279:18
**title** 40:17 44:20
51:11 88:20
168:9
**titled** 135:8
**today** 5:3,15 8:17
8:24 9:6 11:2
25:13 32:18,21
33:1 39:11 40:3
98:17 151:12
158:23 166:12
224:8 236:22
237:15 247:17
274:10 291:25
292:9,17,19
**today's** 293:3
**Todd** 58:4,13
**toes** 213:1
**told** 15:19 36:20
65:1 71:11,21
76:18 80:23
81:9 97:23
152:6 169:3,4
190:10,12
192:17 197:21
233:12 235:6,9
246:10 252:19
292:9
**tomorrow** 247:18
**tonight** 74:14
**top** 57:19 78:7
91:2 139:3
150:15,15
188:24 219:12
229:18,24
240:4 254:3,7
264:10,10,23
265:22 276:9
277:6,10 278:1

281:4,13
**topic** 10:1,7,14
10:18,24 11:1
101:9 224:6
236:13,22
237:4,5,6,8,15
273:6,19
**topics** 9:23 35:15
35:15,23 40:9
52:3 160:14
273:23
**total** 26:15 134:2
240:11 264:1
**totally** 99:7
102:12 171:13
**touched** 289:1
**tour** 18:25
**tourist** 114:6
**Tower** 61:8
**town** 103:18
**towns** 103:11
**track** 46:12
185:8,17
194:10
**trade** 42:23
90:12,12
273:18 275:21
288:20
**traditionally**
213:15
**traffic** 13:5,7,8
44:5 45:1 59:19
66:15 70:6
86:22 148:17
188:13 199:8
201:2,21 211:3
212:14 228:23
**train** 52:7
**trained** 49:10
**training** 49:9,13
49:16,22,23,24
50:1,6,9,10
**transcript** 296:17
296:20 297:13
**transfer** 175:7
**transferred** 41:7

44:6
**transferring**
168:12
**transit** 113:22
222:1,6 223:25
**transiting** 113:20
**transition** 42:16
51:10 52:20
**transitioning**
51:12
**translation**
169:21 244:11
**translators** 288:9
**transmit** 178:1
**transport** 175:18
177:22 217:7
**transported**
208:15 216:15
217:23
**travel** 18:12
90:12 91:13
96:2,14 97:6,24
98:4,14,24 99:4
160:16
**travelers** 44:3
82:3
**traveling** 84:5
96:18
**Tributorio** 244:9
**tried** 66:24 67:12
113:9 189:16
**tries** 209:10
**trigger** 157:14
158:25
**trip** 55:3,4
**trouble** 96:20
209:25 211:5
**true** 72:6 114:19
158:20 160:15
185:22,25
189:25 193:19
198:16 217:14
295:3 296:18
**truth** 8:17 71:12
**truthfully** 9:6
13:3



**try** 11:8 22:22
  63:24 66:5
  74:24 85:12
  87:2 95:19
  112:25 192:13
  212:12,15
**trying** 35:16
  74:20 80:1 84:7
  112:1 126:25
  143:19 161:8
  183:24 191:24
  191:24 192:6,7
  192:19 196:13
  203:11 204:25
  210:8 249:13
  264:18 272:9
  290:13
**Tuesday** 5:3,15
**turn** 62:6 83:23
  165:6 248:4
**turnback** 267:2
  268:4,6
**turnbacks** 10:3
  10:17 237:13
  266:25 267:6
  267:20
**turned** 166:18
  233:22 257:23
  262:16 266:2
**turning** 6:10
  166:16 266:25
**turnstile** 266:3
**turnstiles** 266:19
**tweet** 15:5
**twice** 17:7 180:10
  180:15 205:3
  279:17,19
**Twitter** 15:5,9
**two** 9:23 11:21
  16:21,23 17:12
  26:21 38:19
  49:19 53:8
  69:20,21 89:22
  114:20 124:21
  129:10 134:16
  140:8 145:19

169:3 173:21
  175:19 183:5,9
  183:13 186:4
  187:2,2 191:14
  204:15 205:6
  215:19 239:20
  250:13 279:14
  279:15
**two-page** 57:14
  90:24 143:5
  214:24 240:8
**type** 34:22,24
  35:13 36:22
  50:10 135:13
  148:13 167:9
  196:3 204:7
  212:20 261:19
  261:20 277:25
  287:25
**typed** 215:1
**types** 31:12 44:23
  45:14 86:10
  287:3,8,12,15
  287:24
**typical** 265:16
**typically** 123:1
  201:4 204:19
  271:4 275:1
**typo** 70:13

_____
**U**
**U** 234:17
**UAC** 216:13
  217:1 289:10
  289:15
**UACs** 216:14
  289:16 290:7
**UDA** 134:13
**UDAs** 134:7
**Uh** 5:5
**uh-huh** 6:22 9:17
  13:16 18:20
  22:9 23:7,9
  32:2 34:17,23
  45:8 47:4 48:1
  51:25 62:11

75:1,1 76:16,16
  77:4,4,12 83:21
  84:9 85:5 90:14
  91:1 100:18
  102:25 110:16
  111:4,20
  112:20,20
  113:3,12,16,19
  114:4,13,13
  115:17 121:3
  121:23 122:2
  123:13,25
  127:19 129:23
  130:22 139:13
  139:13 140:7,7
  140:13 141:25
  148:1 152:25
  152:25 158:6
  158:11,22,22
  159:8 162:23
  162:23 163:2
  167:12 168:10
  169:9,23,23
  170:17 171:24
  173:15 175:3
  175:23 177:16
  177:19 178:5
  178:10 179:24
  181:10,16
  182:17 183:7
  187:16 188:14
  188:21 189:11
  191:4,7,15,21
  192:4,4,18,21
  193:7 195:10
  196:11,21
  197:18 199:17
  201:8,17 203:1
  205:5 207:8
  208:18 209:15
  209:24 212:8
  212:18,21
  216:7 218:3
  221:18 225:21
  225:24 226:5
  227:8 232:3,12

232:20 233:3
  234:4
**ultimately** 147:1
**Um** 159:13
**unable** 161:16
  216:18
**unaccompanied**
  217:1,3,3
**undercount**
  186:8
**undergoing**
  198:13
**undergone**
  124:24
**understand** 6:22
  7:8,9,10 8:6,7
  8:10,14,16,20
  8:23 9:1,2,8,12
  9:16 10:12,22
  11:4,10 29:13
  29:14,16 39:8
  57:6 59:23 76:9
  76:11 86:19
  92:24 93:1
  117:14 129:16
  130:3 182:5,6
  184:21,23
  189:7,10 198:3
  198:5 223:12
  231:1 237:20
  249:15 250:15
  263:14 264:14
  264:14 268:3,4
  268:16
**understanding**
  17:5 53:23
  60:11 89:3
  100:25 102:20
  103:13,17
  112:24 113:10
  114:20 115:2
  115:24 120:22
  126:7,19
  130:12 133:19
  133:21,22
  134:21 161:22

189:23 196:21
  231:12 242:13
  242:16 248:1
  248:13 254:9
  262:13 266:7
  266:15,17
  267:5 268:14
**understood** 7:14
  26:20 177:10
**undocumented**
  134:14
**unify** 46:18
**union** 49:1 62:16
  62:20,25 63:2
  63:17
**unit** 172:17
  174:12,14
  216:25 246:7
  289:8,18,21,23
**United** 1:1 21:9
  46:20 54:3,5,24
  55:2,10 82:3,7
  111:3 219:18
  226:13 227:1,9
  231:24 232:2
  233:17 235:3
  236:7 249:1
  287:22 296:1
**units** 162:25
  216:23
**unity** 46:18,25
**university** 41:18
  273:15
**unnecessarily**
  263:10
**unprompted**
  31:20
**upcoming** 33:9
  277:7
**update** 37:6
**updated** 89:17
**upgraded** 128:2
**usable** 126:12
**USAC** 230:12
**USCIS** 290:6
**use** 5:9 15:9



22:21 31:19
44:23,24 51:18
68:9 77:2 89:1
108:2 114:12
123:14 129:13
157:23 161:1
172:22 176:2
183:24 185:6
189:14 192:2
197:5 205:24
210:23 234:16
252:4 267:1,18
287:14 290:18
**useful** 78:11
121:10,24
280:16
**usually** 45:4
54:16 85:9
131:19 183:1,5
183:10 192:22
272:19
**U.S** 2:13 8:9 41:5
42:1 49:16,19
54:8 69:15 73:8
73:12,15 75:13
82:5 84:24 86:5
86:7 87:6 96:14
106:9 115:1
141:8 142:16
145:14,21
146:7,13 169:6
184:1 198:17
208:11,12,14
209:14 211:24
217:7 221:12
225:17 232:5
246:12 255:13
257:24 265:25
267:1 272:23
272:25 273:12
273:13
**U.S.A** 196:15

—————
**V**
—————

**v** 6:7
**vague** 24:11,16

38:12 39:19
55:23 63:4
**vaguely** 67:25
71:19
**valid** 148:22
**Valley** 176:24
**variation** 247:2
**various** 31:6
217:14 241:7
**vary** 105:7
109:16 174:10
174:14 183:3
272:17,22
**vast** 193:12
**vehicle** 66:14
189:9,17 199:7
203:21,23
206:10 210:12
210:15,16,21
211:4 212:14
212:22 213:20
213:22 214:2
**vehicles** 44:3
203:13,19
210:13 212:11
**vehicular** 211:3
212:14
**verb** 101:24
**verbal** 237:19
**verify** 172:21
**vernacular** 18:25
**versa** 89:2
**version** 90:4
127:13 167:25
253:1
**versions** 226:7
**versus** 247:23
**Veterans** 22:7
**vice** 89:2
**video** 16:4,9 29:8
29:10 56:24
57:2 92:19,21
117:8,10,16
160:5 171:4
182:1 184:16
184:18 230:20

230:22 236:25
264:1 285:22
285:24 291:17
291:19 293:1,2
**videoconference**
7:2
**videographer**
2:21 5:1,6,10
5:12,18 29:7,10
56:24 57:2
92:18,21 117:7
117:10 160:3
160:10 181:23
182:1 184:11
184:12,15,18
230:19,22
263:22,25
264:4 285:21
285:24 291:16
291:19 292:25
**VIDEOTAPED**
1:12,17 3:1 4:1
**view** 23:20
131:14 151:22
152:23 153:6,8
153:10,11,13
232:18 234:19
**violation** 73:7,11
**violations** 43:18
**visas** 114:2,6,6
**visible** 212:20
**visit** 21:23
270:17 277:8
277:18
**visited** 21:25
22:3
**visits** 21:13 22:15
23:1,11 24:13
**visual** 19:4
**visually** 18:13
**VOICE** 184:8
**VS** 1:6 296:6
**vulnerable**
289:11

—————
**W**
—————

**wait** 7:5 68:3
84:2 95:3,18
99:22 101:9
102:1 107:22
107:24 108:2,2
108:10 109:1
109:10,11
111:5,21
114:14,15
115:17 134:25
165:25 190:5
199:18 205:15
209:18,23
210:5 224:11
226:6,11
233:12 235:11
247:21,22,22
264:4 281:20
283:22 284:1
290:6,7,8
**waiting** 83:19,23
84:8 95:21
101:12,15
102:8,19,20
103:2,2,5
108:24 109:5
112:21 129:13
134:7 138:21
150:11 170:25
183:18 224:24
225:10,16,22
248:9 280:15
284:11
**waits** 169:25
**walk** 19:2 54:4
84:8 102:17
212:13
**walking** 54:12
205:14
**walkway** 54:4
70:6 201:8,10
201:14 204:6,6
212:7 213:5
**walkways** 19:5
66:18
**want** 18:18 23:8

27:7 35:17
40:10,10 44:15
52:11 53:25
56:7,8 59:15
75:11 80:16
81:24 92:4
94:12 101:9
103:7 116:12
116:21 135:3
153:23 160:1
171:3 190:5
193:5 202:24
207:12 222:22
223:25 238:20
239:25 240:7
240:24 250:1
252:2,10,10,11
256:5 262:7,23
263:14 266:12
266:13 267:17
271:6 274:5
275:9 276:1,15
278:15 279:5
292:24
**wanted** 11:25
33:14 35:11,24
73:16 80:5
140:21 171:7
196:14 207:10
246:16 255:11
264:9 276:21
277:3 278:10
280:5 287:24
**wants** 54:2
140:25
**warrant** 12:2
**Washington** 2:5
2:9,15
**wasn't** 26:4,18
33:7 37:19
49:24 60:2
63:15 71:8
79:21 80:3,23
81:18 84:15,16
91:21 99:14
112:14 115:21



168:11,15,17
196:19 202:5
202:10,11
228:5,5,7
245:25 248:19
261:17 266:14
**water** 188:11,19
**way** 5:17 24:23
32:4 55:15
69:17 75:24
78:22 82:21
87:16,23 93:10
93:12,14 95:9
95:13 111:20
115:21 135:3
136:1 140:10
140:19 144:7
152:20 172:23
176:23 178:16
182:20,23
184:25 203:21
213:16 214:11
217:10,12,13
218:5,21
231:12 235:19
244:18 253:25
254:3,23
260:22 265:16
268:5 271:3
281:15,22
**ways** 38:2 217:14
**weapons** 273:8
288:15
**web** 7:3
**webcam** 160:5
**Webex** 1:22
**web-based** 7:2
**week** 71:21 73:15
74:4 76:3 81:15
166:2
**weeks** 26:11 79:4
158:10 228:8
228:10
**weird** 33:19
**welcome** 95:3,18
209:18,23

**went** 17:8 49:12
125:21 137:18
**weren't** 17:25
21:1 32:3 66:8
126:17,19
187:11 192:6
200:21 201:23
202:2,3,16
248:9 252:5,16
252:19,20,22
**Wesen** 280:6
282:2 283:6,9
283:19,20
**Wesen's** 280:22
281:24
**we'll** 7:22 45:5
60:16 129:22
132:3 150:23
182:15 229:8
255:2,2,7
256:20 263:10
269:8
**we're** 5:7,14 6:3
7:1 19:8 23:22
24:3 31:1 35:15
35:16 51:10,12
57:8 59:20 64:5
68:8 79:3,15
82:16 87:23
92:18 103:9
104:16,17
111:12,16
112:19 115:6
117:7,10
123:14 132:16
132:19 138:21
150:10,14,25
157:21 158:15
162:3 169:14
179:12 180:25
182:1 184:15
184:18 186:25
208:25 209:17
211:10 213:16
221:7 226:3
241:3 252:9

254:20 259:10
262:8 276:23
283:3 285:21
290:6,6 291:16
291:19 293:2
**we've** 32:23 35:2
51:7 52:25
66:24 68:10
107:6 110:5
111:7 113:22
113:25 120:11
121:18 122:7
139:7 144:12
148:15 180:20
182:14,18
183:22,23
187:1 189:15
193:3 196:11
199:20 206:22
213:14 214:10
224:22 231:3
261:4 266:21
268:3 272:13
**whatnot** 26:10
90:25 123:21
158:21 161:9
**WhatsApp**
265:20 275:2
**whiz** 262:22
**wholly** 114:21
**who-all** 60:21
**wide** 141:23
**wiggle** 81:19
**William** 276:24
**willing** 244:17
**withdraw** 30:17
88:10
**witness** 1:18 5:23
9:22 10:1 11:4
11:7 15:11,14
15:20 23:15
25:8,13 26:1
27:5 28:15 30:7
43:5 56:16,20
92:11,14 96:6
98:17 108:18

116:18,20
118:23 119:1
132:13 138:23
143:15,19
162:7 176:11
215:9,11
229:10,12
239:18 240:9
240:11,17
243:12 256:13
269:4,10,19,22
291:13 292:20
292:23 296:16
296:19,21,22
**Wolarsky** 2:20
16:19 18:12
19:19
**Wolf** 6:7
**wondered** 115:19
**Wonderful** 119:7
**wondering**
279:19
**word** 78:17 98:22
116:6 151:9
159:25 186:23
200:2 259:2,5
267:18
**worded** 85:4
**words** 34:13
102:14
**work** 14:9,10,18
16:17 17:4
20:11 26:18
30:11 40:14
43:10,14 48:2
49:8 51:4,19,19
54:22 74:18
82:7 85:22
86:15,16,16,22
92:12 110:7
114:5,24
174:21 175:1,1
206:3 244:22
290:20
**worked** 41:4 42:2
42:7,21 43:24

45:14 50:2,3
53:14 99:25
100:2,3,20
120:23 159:6
175:13 266:8
**workers** 103:12
**working** 20:23
20:25 39:3
46:13 236:25
271:6 279:23
279:23
**working-level**
271:8
**workplace** 188:9
**works** 20:14 35:1
61:3,13 92:11
103:8 109:11
112:2 211:5
255:9 270:17
**workstation**
175:14
**workstations**
220:5,7
**world** 96:17
**worried** 254:21
263:1
**worries** 68:7,20
118:17
**worry** 34:21
61:18
**worth** 262:24
**wouldn't** 25:16
45:17 71:13
87:11 98:2
107:15 111:14
111:17 112:11
114:19 121:25
131:13 147:24
148:6,14
149:10 150:3
165:22 173:3
177:23 190:16
190:18,25
193:23 197:25
200:23 209:19
228:11 249:5



261:23 264:17
282:4 283:16
**wow** 125:14
**wringer** 292:18
**write** 38:22
**writing** 60:25
61:25 163:22
169:25
**written** 12:23
111:6,7,8,15,18
162:10 171:25
**wrong** 133:22
**www.MagnaL...**
297:25
**www.MagnaL...**
1:25

---
**X**
---

**X** 3:4 107:20

---
**Y**
---

**Y** 2:13 297:2,9
**yeah** 10:9 14:14
15:25 18:24
19:12,13,15,16
19:20 20:19
22:19 24:17
25:1 37:10 42:2
42:19 45:13
50:16 52:11
56:13,15,20
58:20 61:2,15
62:16 64:8,8
66:4,17 70:17
72:17 74:6 77:6
79:2 88:13,15
88:24 90:21
96:8 98:1,12
99:3,14 101:24
102:6,6,21
103:4,7 104:15
104:15 107:4,6
108:6,9 109:8
109:18 111:4
111:11 113:22
113:24 114:10

115:11,16,24
116:8,14,24
118:7,20 122:2
123:3,5 126:25
128:7 131:9
132:2,18,22
133:8,10,25
134:2,4,5
135:22,22,23
136:21 138:10
138:21 139:8
139:18,22
141:14,16
142:19,21
143:9,19 144:3
146:1,3,11
147:3 149:17
149:21 150:25
151:9 152:3,5
152:13 154:12
154:15,20
156:15 157:2,9
157:18 158:14
158:21 159:22
160:7,10
164:16 166:14
168:2,4 171:14
173:3 176:11
176:25 180:17
181:14,16,23
188:18 190:8
191:7,13,14
192:3 195:20
195:25 196:21
197:2,11 198:5
198:21 199:3
205:9,18 206:1
207:6 208:4,24
209:6,7 212:6
216:4 217:25
222:24 223:24
229:12 230:10
234:1 236:6
237:1 239:18
242:16 243:24
245:18 248:7,8

248:19 250:5
256:13,18
261:15,25
262:6 263:22
265:4 271:18
276:23 277:9
278:15 279:18
281:25 285:6
**year** 11:16 15:15
41:9,21 42:3
46:2 186:19,20
187:1 227:15
227:16 287:17
**years** 14:4 15:7,8
30:25 41:7
44:15 55:19,20
55:21 100:21
100:22,25
119:22,24
120:3 158:5,15
187:2 272:14
275:18 281:2
288:18
**Yep** 46:17 88:19
187:13
**yesterday** 37:14
280:13
**young** 289:24

---
**Z**
---

**zoned** 272:10
**zoom** 150:15

---
**0**
---

**00:00** 297:2
**00:09** 297:2
**00579240** 276:5
276:10
**01:18** 297:1
**05:13** 297:1

---
**1**
---

**1** 5:2,15 69:18,23
100:10 124:22
125:10 216:16
216:18 218:10

219:12 247:10
**1st** 8:5 215:1
**1:00** 117:1,2
**1:03** 117:11
**10** 92:5 137:13,16
181:13 229:4
**10th** 137:9,10,11
**10-minute** 176:1
**10-15** 14:20,23
14:24
**10:00** 155:23
156:2,4
**10:02** 29:11
**10:23** 1:20 5:4
262:23
**10:42** 56:25
**10:55** 56:14
**100** 25:19 197:23
274:18
**1006** 4:10 135:7
**11:00** 57:3
**11:40** 258:7
**11:45** 92:19
**11:50** 92:10
**11:56** 92:23
**1101** 2:4
**118** 4:8
**12** 241:7
**12/31/20** 297:22
**12:07** 264:25
**12:27** 117:8
**125** 126:1
**13th** 139:5
**131** 4:9
**134** 4:10
**138** 4:11
**14** 154:5 220:5,6
220:7
**14th** 119:12
133:3 243:8,17
**143** 4:15
**15** 10:14 92:5
229:4 236:13
236:22 237:4,5
237:6,8
**15th** 135:10

153:21
**150** 4:12
**16th** 221:10
222:7
**161** 4:14
**1635** 297:23
**17th** 2:4 135:10
153:21 255:25
264:25 270:12
**17-cv-02366-B...**
1:6 296:6
**18th** 137:10
**19** 155:4
**19th** 154:11
**19103** 297:24
**1999** 2:9 41:5
42:11 49:14

---
**2**
---

**2** 1:14,20 3:2 4:2
10:1,24 69:19
69:24,25 92:22
100:10 124:22
125:12 210:18
211:1 216:13
216:15,19
275:10 296:11
**2nd** 5:3,16
**2:00** 116:24
156:7
**2:30** 181:24
**2:40** 181:14,16
**2:42** 182:3
**2:45** 184:16
**2:49** 184:19
**20** 11:15 88:13
116:10 169:2
**2000** 11:16
**20006** 2:9
**2001** 11:16
**2003** 41:10 42:13
42:14,17
**20036** 2:5
**20044** 2:15
**2007** 43:21
**2009** 157:1



**2010** 157:1
**2011** 44:16 45:18
**2012** 45:19
**2015** 45:19 47:4
  47:10,13,15
**2016** 8:5 31:7
  47:13,14 55:14
  55:22 101:2
  124:12,24,25
  126:3 156:20
  157:16,17
  158:25 241:7
  243:17 255:25
  265:19
**2018** 57:19,22
  59:3 60:15 69:5
  74:7 78:8 82:14
  82:14,18,21
  88:8,16 90:2
  93:5 108:21
  119:12 120:1
  125:1 127:17
  127:18 133:3
  137:6,9,11,15
  138:4,8,9 139:5
  139:18,20,21
  139:22 140:4
  149:1 150:17
  153:21 154:11
  155:4 162:14
  166:14 178:8
  190:13 191:11
  193:2 203:4
  214:6 215:1
  270:13,20
  276:7 277:21
**2018-July** 135:10
**2019** 37:9 89:17
  89:21,25 90:3
  125:2 135:10
  153:22 197:22
  200:3,6,7,14,16
  221:10 222:4,7
  226:13 227:1
**202.263.3221**
  2:10

**202.355.4471** 2:5
**202.598.8259**
  2:15
**2020** 1:14,20 3:2
  4:2 5:3,16 37:9
  37:12 40:3
  296:11 297:19
**21** 55:20 100:21
  100:22
**214** 4:13
**220** 68:10
**222** 4:5 57:11,13
  78:2,5
**223** 4:6 68:2,8
**224** 4:7 68:3,4
  69:2
**228** 4:8 118:2
  119:9 133:20
**23** 155:20
**23rd** 162:14
  178:8
**230** 4:9 131:25
  132:8 134:19
  162:1
**231** 4:10 134:24
  135:6,22
  153:19
**233** 4:11 138:13
  138:15
**234** 4:12 150:6,7
**236** 3:7
**238** 4:13 214:20
  214:24 215:6
**239** 4:14,16
  161:24 162:2
**24** 26:24 186:3,5
  186:10,18,20
**24/7** 148:9
  185:23 186:1
  186:13
**243** 4:15 143:3,5
**247** 4:16 239:6
  240:25
**249** 4:17 255:19
**250** 4:18 268:22
  270:9

**251** 4:19 278:5,14
  278:25 279:2
**255** 4:17
**268** 4:18
**27th** 57:19,22
  58:5 59:3 78:8
**278** 4:19
**280,000** 187:3,6
**286** 3:8
**291** 3:10
**294** 3:12
**296** 3:13

**3**
**3** 137:7 182:2
**3:08** 58:5
**3:59** 230:20
**30** 26:24 116:13
  116:15 264:4
**30th** 69:5
**30(b)(1)** 11:3,7
**30(b)(6)** 6:4 9:22
  10:1,13,23
  15:11,14,19
  25:13 158:23
  254:10
**30-minute**
  116:24

**4**
**4** 97:11,15 98:19
  98:22 207:7
**4:00** 230:18
  247:18
**4:17** 230:23
**40** 207:8
**44** 137:16,18
**45** 116:13
**48** 257:10
**49,000** 287:17

**5**
**5th** 88:7 89:6
  270:16,20
  276:6,25
**5:00** 230:17

**5:15** 262:10
**5:43** 285:22
**50** 206:23 241:22
  241:24
**57** 4:5

**6**
**6** 3:6
**6th** 150:17
**6:10** 285:25
**6:19** 291:17
**6:23** 262:25
**6:26** 291:20
**6:27** 1:20 293:3,4
**60s** 154:25
**633** 297:22
**68** 4:6,7

**7**
**7** 74:8 262:25
**7th** 74:15 93:6
**70** 151:23 152:8
  152:17 153:24
  154:7,10,17,24
  155:6
**7040** 297:21
**705** 2:4

**8**
**8** 52:11 74:8
**8th** 74:15 93:5,6
  297:23
**8,760** 186:19,21
  187:1
**8:00** 247:18
**800** 186:21
**866)624-6221**
  297:24
**866.624.6221**
  1:24
**868** 2:14

**9**
**9th** 93:7
**9:23** 5:16
**9:41** 276:25

**9:53** 29:8
**90** 18:3 41:22
  125:24
**98** 41:24
**99** 42:4

