1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                    Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 15 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**REDACTED VERSION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 45 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Chad F. Wolf,[1] *et al.*, | **AOL-DEF-00205966 to 205974** |
| Defendants. | ***FILED UNDER SEAL*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.401.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.56

FOR OFFICIAL USE ONLY

 **Office of Inspector General**
**Office of Inspections**                              Project #18-122-ISP-CBP

### Separation of Asylum-Seeking Parents from Children

**San Ysidro East Port of Entry**
Preparer: Adam Brown, 9/12/18
Reviewer:
Paul Lewandowski 10/16/2018

### Memorandum of Record

**Attendees:**

**BPA:**
Robert "Bob" W. Hood, Assistant Port
Director
Karen Ah Nee, Chief CBP Officer,
Admissibility Unit

**DHS OIG:**
Elizabeth Kingma, Team Lead
Adam Brown, Senior Inspector
Stephen Farrell, Inspector
Paul Lewandowski, Inspector

**Location:** San Ysidro Port of Entry, 720 E San Ysidro Blvd, San Diego, CA 92173

**Date/Time:** Tuesday, August 28, 2018, 10:00 a.m.

**Purpose:** To observe operations and conditions of CBP facilities used to hold immigrants pending determination of immigration status.

**Source:** Calexico Port of Entry staff and facility observations

**Scope:** To observe and learn about all aspects of processing and separating family members before, during, and after implementing "zero tolerance" and after the June 20, 2018 Executive Order that halted family separations.

**Methodology:** Tour facility and interview OFO staff members. This site visit was unannounced.

1  **Conclusion:**

2   • CBP uses a queue management system when a facility is at capacity and cannot
3     process aliens. They send aliens to Mexican Authorities to put their names on a list.
4   • The San Ysidro POE does not separate families unless the parent is a danger to the
5     child.
6   • San Ysidro encourages asylum-seekers to cross the border at the Ped East facility
7     because they have greater capacity.
8

9  **Details:**

10  **Background**

Highly Confidential/Attorneys' Eyes Only                              AOL-DEF-00205966

FOR OFFICIAL USE ONLY

**Office of Inspector General**                                      Project #18-122-ISP-CBP
**Office of Inspections**

### Separation of Asylum-Seeking Parents from Children

## San Ysidro East Port of Entry
Preparer: Adam Brown, 9/12/18
Reviewer:
Paul Lewandowski 10/16/2018

11  Ms. Karen Ah Nee (KAN):  Mexico redirects asylum-seekers to shelters in Tijuana until CBP
12  has the space to process them at the San Ysidro Pedestrian East (Ped East) Port of Entry
13  (POE). Asylum-seekers from San Ysidro Pedestrian West (Ped West) are redirected to Ped East
14  to be processed because of issues with space at Ped West. On the Mexican side, there is a
15  numerical tracking system for tracking and organizing asylum seekers. CBP tells Mexican
16  immigration how to prioritize people waiting to claim asylum. Unaccompanied children
17  (UACs), pregnant women, people with medical issues, and families take priority over others.
18  However, there is no formal agreement with Mexico.

19  Elizabeth Kingma (EK):  How do you let the Mexican authorities known when you have
20  space?

21  KAN:  We reach out via telephone to Grupo Beta, the humanitarian arm of the Mexican
22  Immigration system. We let them know how many people we can process. Grupo Beta goes to
23  the shelters in Tijuana and transfers asylum seekers to the POE by bus.

24  KAN: Otay Mesa is another nearby port of entry that used to be administratively part of San
25  Ysidro, but is now an independent Port of Entry. It processes asylum seekers separately, but
26  here is San Ysidro, we hold them longer term.

27  EK:  Are you concerned the metering process at Ped East makes it too dangerous for
28  Mexicans to claim asylum?

29  KAN:  I am not aware of any concerns from Mexicans. Most Mexican claiming asylum are
30  from deep in the middle of Mexican and they are trying to escape drug violence.

31  EK:  How long do most asylum-seekers wait?

32  KAN:  Families move quickly, usually within 48 hours but during the move to the new facility
33  at Ped East, CBP fell behind and families were waiting longer than normal. [OIG note: The
34  new Ped East facility opened August 16, 2018.] Most families are released with a Notice to
35  Appear (NTA). CBP uses NTA but Immigration and Customs Enforcement (ICE) makes the
36  decision whether to release or detain immigrants. The decision is based on available bed
37  space at detention facilities.

38  EK:  How did the zero-tolerance policy affect Ped East?

39  KAN:  We were not affected by the policy at all. We do not separate families unless the parent
40  has a violent criminal record or drug arrest. We may also separate families if the parent has a
41  warrant. Most families do not have criminal records. We have separated less than 5 families
42  since April 1, 2018.

43  EK:  What is the cell capacity at Ped East?

44  KAN:  The General Services Administration (GSA) determines our capacity and they say we
45  can hold 300 but in reality, we can hold far less. GSA does not take into account space for
46  sleeping.

47  EK:  How many pedestrians cross each day?

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00205967

FOR OFFICIAL USE ONLY



**Office of Inspector General**
**Office of Inspections**

Project #18-122-ISP-CBP

**Separation of Asylum-Seeking Parents from Children**

**San Ysidro East Port of Entry**
Preparer: Adam Brown, 9/12/18
Reviewer:
Paul Lewandowski 10/16/2018

48  KAN: It varies but it's about 25,000 a day for both Ped East and Ped West. 40,000 – 45,000
49  vehicles cross each day.

50  **Ped West Port of Entry**

51  Ms. Ah Nee drove us to the Ped West facility which is just a few minutes away from Ped East.

52



53
54  KAN: Undocumented immigrants used to wait on "the spiral" until CBP had space to process
55  them [The spiral is the winding staircase just across the border in Mexico at the Ped West
56  crossing. See it pictured above.]. They would use the bathroom right there right there in
57  public.

58  EK: Can you describe the metering process>

Highly Confidential/Attorneys' Eyes Only                                                          AOL-DEF-00205968

FOR OFFICIAL USE ONLY



**Office of Inspector General**                                    **Project #18-122-ISP-CBP**
**Office of Inspections**

### Separation of Asylum-Seeking Parents from Children

---

## San Ysidro East Port of Entry
Preparer: Adam Brown, 9/12/18
Reviewer:
Paul Lewandowski 10/16/2018

59   KAN:  We have had CBP officers at the border checking for documents long before metering
60   was a thing. We no longer accept asylum-seekers here at Ped West. They have to take buses
61   to Ped East. Ped West has 14 pedestrian lanes and Ped East has 22. CBP processes about
62   10,000 pedestrians a day at Ped East and 15,000 a day at Ped West. CBP expects the traffic
63   to shift once word gets out that Ped East is open with more pedestrian lanes.

64   We were only at Ped West for a few minutes until we got back into the van and Ms. Ah Nee
65   drove us back to Ped East for a tour.

66   **Ped East Tour**



67
68   The picture above is what border crossers see after they cross the border. Border crossers
69   enter through the door on the left and then wait in the primary pedestrian inspection lanes.

70   Below is a picture of the primary inspection lanes.

---

Highly Confidential/Attorneys' Eyes Only                                                    AOL-DEF-00205969

FOR OFFICIAL USE ONLY



**Office of Inspector General**          <u>**Project #18-122-ISP-CBP**</u>
**Office of Inspections**

**Separation of Asylum-Seeking Parents from Children**

**San Ysidro East Port of Entry**
Preparer: Adam Brown, 9/12/18
Reviewer:
Paul Lewandowski 10/16/2018



71

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00205970

FOR OFFICIAL USE ONLY



**Office of Inspector General**
**Office of Inspections**                                        Project #18-122-ISP-CBP

**Separation of Asylum-Seeking Parents from Children**

---

**San Ysidro East Port of Entry**
Preparer: Adam Brown, 9/12/18
Reviewer:
Paul Lewandowski 10/16/2018

72   The Limit Line at San Ysidro.



73
74   While watching the "limit-line" or metering process at San Ysidro, we saw a family with a
75   single mom and 2 children approach the CBP Officer at the border and ask for asylum. The
76   CBP Officer explained the process of going to a shelter in Mexico to add their names to a list.
77   He appeared to direct them to a Groupo Beta official. We witnessed the family get into a
78   vehicle and drive away.

79   While the CBP officer talked to the family, we witnessed contract security personnel checking
80   documents at the limit line. They were letting people through the limit line. Chief Ah Nee said
81   the contract security officers only let people through the limit line if they have a Secure
82   Electronic Network for Travelers Rapid Inspection (SENTRI) card.

Highly Confidential/Attorneys' Eyes Only                                        AOL-DEF-00205971

FOR OFFICIAL USE ONLY

**Office of Inspector General**                                    Project #18-122-ISP-CBP
**Office of Inspections**

**Separation of Asylum-Seeking Parents from Children**

---

**San Ysidro East Port of Entry**
Preparer: Adam Brown, 9/12/18
Reviewer:
Paul Lewandowski 10/16/2018

83   KAN:  Processing asylum-seekers is only 10 percent of what we do. Once we let the Mexican
84   authorities know how many asylum-seekers we can take, they figure out who is next on the
85   list and they bring them to the border by bus.

86   We walked from the limit line to the area CBP uses to process asylum seekers. [See picture
87   below.] It is an area that is separated from the regular primary lanes. Chief Ah Nee said it
88   designed this way to process busloads of people quickly.



89
90   At 2:30pm we witnessed 4 CBP Officers finish the initial intake of a group of 30 asylum
91   seekers in less than 25 minutes. When the group arrived to this area, CBP officers lined them
92   up against the wall and asked them to take off their shoes and remove their shoe laces. Then
93   the asylum-seekers make their way to the processing lanes where CBP officers asked for
94   biographical and health information.

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00205972


FOR OFFICIAL USE ONLY

 **Office of Inspector General**
**Office of Inspections**                                    Project #18-122-ISP-CBP

**Separation of Asylum-Seeking Parents from Children**

**San Ysidro East Port of Entry**
Preparer: Adam Brown, 9/12/18
Reviewer:
Paul Lewandowski 10/16/2018

110    countries with known security threats. These Special Interest Aliens are handled by
111    specialized processors.

112    KAN: Here is San Ysidro, we have a physician's assistant on staff who can provide basic
113    medical care and triage issues. Medications are held outside the cells and are issued to
114    detainees as required.

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00205974