MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 16 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**REDACTED VERSION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 16 IN SUPPORT OF PLAINTIFFS' MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


Al Otro Lado, Inc., et al., ) No. 17-cv-02366-BAS-KSC
                            )
        Plaintiffs,         )
                            )
v.                          )
                            )
                            )
Kevin K. McAleenan, et      )
al.,                        )
                            )
        Defendants.         )
                            )


VIDEOTAPED VIRTUAL 30(B)(6) DEPOSITION OF

U.S. CUSTOMS AND BORDER PROTECTION

April 29, 2020

Phoenix, Arizona


MAGNA LEGAL SERVICES

(866)624-6221

www.MagnaLS.com


Reported by Alisa Smith, AZ CR

AZ Certified Reporter No. 50712



Page 2

1           VIDEOTAPED VIRTUAL 30(b)(6) DEPOSITION OF

2    U.S. CUSTOMS AND BORDER PROTECTION was taken on

3    April 29, 2020, commencing at 8:41 a.m., with all

4    parties appearing virtually at their respective

5    offices, before Alisa Smith, a Certified Reporter of

6    the State of Arizona.

7

8                              *  *  *

9    COUNSEL APPEARING:

10   For Plaintiffs:

11           By:  Ori Lev
             MAYER BROWN LLP

12           350 South Grand Avenue, 25th Floor
             Los Angeles, California 90071

13           olev@mayerbrown.com

14           By:  Karolina Walters
             AMERICAN IMMIGRATION COUNCIL

15           1331 G Street NW, Suite 200
             Washington, D.C. 20005

16           kwalters@immcouncil.org

17   For Defendants:

18           By:  Katherine J. Shinners
             By:  Ari Nazarov

19           U.S. DEPARTMENT OF JUSTICE
             Office of Immigration Litigation

20           950 Pennsylvania Avenue, NW
             Washington, DC 20530

21           katherine.j.shinners@usdoj.gov

22   Also present:  Kendra Dobson, Videographer
                     Kevin Cranford, Exhibit Coordinator

23

24

25



Page 3

1                    I N D E X

2     WITNESS                                    PAGE

3     MICHAEL HUMPHRIES

      30(b)(6) U.S. CUSTOMS AND BORDER PROTECTION

4

5        Examination by Mr. Lev                      6

6        Examination by Ms. Walters                121

7        Examination by Ms. Shinners               143

8

9                        * * * * *

10                   EXHIBITS MARKED

11    EXHIBIT    DESCRIPTION                        PAGE

12    Exhibit 120 Exhibit 29 to Defendants' Opposition  29

13    Exhibit 128 E-mail attaching the MCAT Report   110

14                dated 8/24/2019

15    Exhibit 129 E-mail attaching the MCAT Report   112

16                dated 8/25/2019

17    Exhibit 130 E-mail attaching the MCAT Report   115

18                dated 6/17/2019

19    Exhibit 131 E-mail attaching the MCAT Report   117

20                dated 6/27/2019

21    Exhibit 132 E-mail attaching the MCAT Report   119

22                dated 4/25/2019

23    Exhibit 141 E-mail FW: Asylum Processing dated   71

24                4/2/2019

25    ///



```
                                                          Page 4

 1                     EXHIBITS MARKED

 2    EXHIBIT      DESCRIPTION                             PAGE

 3    Exhibit 142 E-mail FW Metering Flow dated            123

 4                11/22/2016

 5    Exhibit 143 E-mail RE SWB POE Holding Capacity        96

 6                dated 10/26/2016

 7    Exhibit 152 E-mail FW San Luis FAMU surge dated      122

 8                8/24/2016

 9    Exhibit 153 E-mails FW MCAT Daily Report for          95

10                October 23 dated 10/23/2018

11    Exhibit 154 E-mail Re San Luis- UDAS in              132

12                custody... dated 11/16/2016

13    Exhibit 155 E-mail RE **RFI** Please Provide         129

14                Response by COB Today dated

15                11/17/2016

16    Exhibit 156 E-mail RE Shelters and Metering          137

17                dated 8/21/2019

18    Exhibit 158 E-mail - Asylum Claims from large        104

19                groups... dated 2/21/2019

20

21

22

23

24

25
```



Page 5

1             THE VIDEOGRAPHER:  We are now on the

2    record.  This begins Media No. 1 in the deposition

3    of Michael Humphries in the matter of Al Otro Lado

4    v. Kevin K. McAleenan in the United States District

5    Court, Southern District of California.  Today is

6    Wednesday, April 29th, 2020, and the time is

7    8:41 a.m.

8             This is the -- this deposition is being

9    taken completely by remote at the request of Mayer

10   Brown, LLP - DC.  The videographer is Kendra Dobson,

11   and the court reporter is Alisa Smith, both of Magna

12   Legal Services.

13           Will counsel and all parties present state

14   their appearances and whom they represent?

15           MR. LEV:  Good morning.  This is Ori

16   Lev from Mayer Brown.  I represent the plaintiffs.

17           MS. WALTERS:  Good morning.  This is

18   Karolina Walters with the American Immigration

19   Council.  I also represent the plaintiffs.

20           MS. SHINNERS:  This is Katherine

21   Shinners of the U.S. Department of Justice, Office

22   of Immigration Litigation, District court Section,

23   and I represent the defendants in this matter.

24           MR. NAZAROV:  This is Ari Nazarov, also

25   with the Department of Justice, and I represent the



Page 6

1   defendants in this matter.

2            THE VIDEOGRAPHER:  Will the court

3   reporter please swear in the witness.

4                 MICHAEL HUMPHRIES,

5       30(b)(6) U.S. CUSTOMS AND BORDER PROTECTION,

6   the witness herein, having been first duly sworn by

7   the Certified Court Reporter, was examined and

8   testified as follows:

9                   EXAMINATION

10  BY MR. LEV:

11      Q.   Good morning, Mr. Humphries, and thank you

12  for your patience this morning.  As you heard, my

13  name is Ori Lev.  I represent the plaintiffs in this

14  litigation, as well as Ms. Walters.  She's going to

15  be asking you some questions toward the end of the

16  deposition.

17            Before we begin, I would like to go over

18  some ground rules.  This is essentially a one-way

19  conversation where Ms. Walters and I ask questions

20  and you answer them.  So that the court reporter can

21  get an accurate record of your testimony, we need

22  you to give audible responses.  Not -- no head

23  shakes or nods and no "uh-huhs" and "huh-uhs," but

24  "yes," "no," and [indiscernible audio].

25            Do you understand that?



Page 7

```
 1        A.    Yes.
 2        Q.    And especially given the web format, it's
 3   important that we not talk over each other so that
 4   the court reporter can get down our words, you can
 5   ensure you've heard my whole question.
 6            If you could please wait until I'm finished
 7   talking before you begin answering and I'll make an
 8   effort to wait for you to finish your answer before
 9   I start my next question.
10            If you don't understand a question, please
11   let me know.  If you answer it, I'm going to assume
12   that you understood it.
13            Do you agree to that?
14        A.    Yes, I do.
15        Q.    From time to time, your attorneys might
16   object to a question that I ask, which is their
17   right.  Unless they instruct you not to answer the
18   question, you need to answer, notwithstanding the
19   objection.
20            Do you understand that?
21        A.    Yes, I do.
22        Q.    We'll take breaks approximately every hour.
23   If you need a break at any other time, just please
24   let me know.  I'll just ask that you answer any
25   pending question, and then we can take a break if we
```



Page 8

1    need to.

2          Unless I state otherwise, my questions

3    relate to the time period covering January 1, 2016,

4    through the present.

5          Do you understand that?

6       A.   Yes.

7       Q.   I'm going to refer to the Department of

8    Homeland Security as "DHS."

9          Do you understand that?

10      A.   I do.

11      Q.   And I'm going to refer to U.S. Customs and

12   Border Protection as "CBP."

13         Do you understand that?

14      A.   Yes.

15      Q.   And I'm going to refer to a port of entry as

16   a "POE."

17         Do you understand that?

18      A.   Yes.

19      Q.   And you understand that you're testifying

20   today as a representative of CBP; correct?

21      A.   I do.

22      Q.   And during this deposition, I'm sometimes

23   going to refer to your knowledge or your

24   understanding, and when I say that, I'm really

25   referring to CBP's knowledge or understanding.



Page 9

1          Do you understand that?

2      A.   Yes.

3      Q.   And you understand that the oath -- you

4  understand you've taken an oath to tell the truth

5  today; correct?

6      A.   I do.

7      Q.   And you understand that that oath is the

8  same as the oath you would take in a courtroom if

9  you were testifying?

10     A.   Yes.

11     Q.   Do you understand that there are criminal

12  consequences for lying under oath?

13     A.   Yes.

14     Q.   Is there any reason that you are unable to

15  testify truthfully today?

16     A.   No.

17     Q.   And you understand that you're not allowed

18  to communicate privately with your attorneys or

19  anyone else during the course of the deposition

20  other than during breaks?

21     A.   Yes.

22     Q.   So that means you can't be texting or

23  e-mailing or otherwise communicating with counsel

24  other than during breaks or orally so that we can

25  all hear you.



Page 10

1          Do you understand that?

2     A.   I do.

3     Q.   With that, let's get started.

4          If you could please state and spell your

5     name for the record.

6     A.   Michael Humphries, M-i-c-h-a-e-l, last name

7     Humphries, H-u-m-p-h-r-i-e-s.

8     Q.   And have you ever gone by any other name,

9     sir?

10    A.   Mike.

11    Q.   And you're presently employed by CBP;

12    correct?

13    A.   Yes, I am.

14    Q.   And what is your current job title?

15    A.   Area Port Director, Nogales, Arizona.

16    Q.   And how long have you worked at CBP?

17    A.   Thirty-three years.

18    Q.   And, I'll get into your work history in a

19    little bit.

20         Before that, have you ever testified in

21    court before?

22    A.   Yes, I have.

23    Q.   How many times?

24    A.   Quite a few.

25    Q.   Does that mean more than a dozen?  Fewer



Page 11

1    than a dozen?

2       A.    It may be a little more than a dozen.

3       Q.    Can you describe for me the kinds of cases

4    you have testified in?

5       A.    My last testimony was in November of '18 at

6    the criminal trial of El Chapo.

7       Q.    Have you ever testified -- have all -- has

8    all of your testimony been in cases involving

9    individual -- individuals who are either being

10   criminally charged or subject to immigration

11   proceedings?

12      A.    Work-related also.

13      Q.    What do you mean by "work-related"?

14      A.    EEO hearing.  I don't know if that's

15   considered testimony.

16      Q.    Okay.  Have you ever testified in a case

17   such as this where agency's policies and procedures

18   are being challenged, as opposed to the issue being

19   an individual's status?

20      A.    No.  Mostly -- mostly criminal, family,

21   child support, you know, kind of like that.  But

22   most of my testimony has been in criminal trials.

23      Q.    Okay.  Other than in court, have you ever

24   testified before a government body?

25            I think you mentioned the EEO claims?



Page 12

```
 1      A.   EEO claims, but I'm not sure -- can you

 2   clarify?  Government body, such as congress or --

 3      Q.   Like an administrative proceeding of some

 4   kind that's like a trial but it's not a court.

 5      A.   Well, I guess that's what the EEO cases

 6   would be.

 7      Q.   Anything other than that?

 8      A.   Not that I can remember right now.

 9      Q.   Have you ever testified before congress?

10      A.   No.

11      Q.   And have you ever had your deposition taken

12   before?

13      A.   Possibly in one of the criminal trials.

14      Q.   Outside of this case, have you ever provided

15   written testimony under oath in the form of an

16   affidavit or a declaration?

17      A.   I believe I've done an affidavit before, but

18   that would have been in probably either the EEO case

19   or a criminal case.

20      Q.   Do you have copies of your testimony from

21   prior matters, or not?

22      A.   No, I don't.

23      Q.   Do you have a copy of declarations you've

24   submitted in prior matters?

25      A.   I don't think I have any available.
```



Page 13

1     Q.   In all of these cases, you testified

2   truthfully?

3     A.   I did.

4     Q.   Other than traffic offenses, have you ever

5   been convicted of a crime?

6     A.   No.

7     Q.   Other than traffic offenses, have you ever

8   been charged with a crime?

9     A.   No.

10     Q.   Have you ever been arrested?

11     A.   No.

12     Q.   Have you ever been sued?

13     A.   No.

14     Q.   Have you ever been a party to a lawsuit?

15     A.   No.

16          Such as this?

17     Q.   Any -- any lawsuit where you were a named

18   party, either the plaintiff or the defendant.

19     A.   No.

20     Q.   You hesitated.

21          What were you thinking about when you

22   hesitated?

23     A.   Well, this is a lawsuit that's -- that's

24   happening right now.

25     Q.   Understood.  Okay.



Page 14

```
 1            Have you ever been disciplined for your
 2    conduct at CBP?
 3       A.   No.
 4       Q.   Are you -- do you have a LinkedIn account?
 5       A.   No.
 6       Q.   Do you have a Facebook account?
 7       A.   No.
 8       Q.   Okay.  Are you -- have you ever seen posts
 9    from a Facebook group called "I'm 10-15"?
10       A.   No.
11       Q.   I would like to talk a little bit about your
12    preparation for today's testimony.
13                 MR. LEV:  And if we could show the
14    witness what's been marked as Exhibit 79.
15    BY MR. LEV:
16       Q.   Mr. Humphries, you have before you on the
17    screen Exhibit 79.  This is a document captioned
18    Plaintiffs' Notice of Fed.R. Civ.P. 30(b)(6)
19    Deposition of U.S. Customs And Border Protection.
20            Have you ever seen this document before?
21       A.   I believe so.
22       Q.   Okay.  And if we could turn to page --
23    sorry -- the top of page 7, in the middle of page 7,
24    do you see it says at line 17, "Topics for
25    Examination?
```



Page 15

1     A.   Yes.

2     Q.   And do you understand that you've been

3   designated to testify in Topic No. 2, which relates

4   to the prac- -- CBP's practice of metering, queue

5   management, and/or turnbacks at Ports of Entry,

6   including but not limited to the development of the

7   practice, the reasons for its adoption, and its

8   implementation?

9     A.   I understand that I'm representing on

10  Topic 2, yes.

11    Q.   Okay.  And if we could turn to page 9, do

12  you also understand that you are speaking on behalf

13  of CBP with respect to Topic 15 regarding certain

14  communications with Mexican government agencies

15  that's listed there?

16    A.   Yes, I do.

17    Q.   Okay.  When did you find --

18            MS. SHINNERS:  If I may object for the

19  record.  I just want to clarify that Mr. Humphries

20  is speaking on behalf of CBP from the perspective of

21  the Nogales Port of Entry.

22  BY MR. LEV:

23    Q.   When did you find out you would be a

24  Rule 30(b)(6) witness in this case?

25    A.   Possibly in January maybe of this year.



Page 16

1     Q.    Okay.  And who told you that?

2     A.    Maybe February.

3     Q.    And who told you that?

4     A.    I'm not sure if it was counsel.  Possibly.

5     Q.    Who else might it have been?

6     A.    Well, it could have been -- no.  I think it

7    was my Director of Field Operations is the one that

8    told me initially.

9     Q.    And who is that?

10    A.    Guadalupe Ramirez.

11    Q.    Okay.

12          MR. LEV:  And, Kevin, can we go back to

13   seeing the witness instead of the exhibit, which I'm

14   not going to be asking more questions about it?

15   Thank you.

16   BY MR. LEV:

17    Q.    And Mr. Ramirez, he's your Director of Field

18   Operations, does he report to you, or do you report

19   to him?

20    A.    I report to him.

21    Q.    Okay.  And are you a direct report to him?

22    A.    Yes, I am.

23    Q.    Okay.  And what did he tell you about what

24   your role would be and why you had been asked to

25   testify?



Page 17

1    A.   Well, he didn't -- I don't believe he got

2    into the -- the 30(b)(6), just that I needed to

3    testify -- I needed to testify or give a deposition

4    in the case involving Al Otro Lado.

5    Q.   And did he tell you the nature of what your

6    testimony was going to be about?

7    A.   I don't believe he did at that time.

8    Q.   Did he at another time?  Did you have

9    further discussions with him about your testimony?

10   A.   I think after that -- no, I don't think he

11   gave me the topics.

12   Q.   Who gave you the topics?

13   A.   I believe it was counsel -- Chief Counsel,

14   Tucson.

15   Q.   Okay.  When did you start preparing for your

16   testimony?

17   A.   Probably shortly after that.

18   Q.   And what did you do to begin preparing?

19   A.   Well, I wanted to get my -- to prepare

20   myself to look back.  I mean, initially, I thought

21   back of what occurred at Nogales and dates and

22   reviewed documents, e-mails.

23   Q.   Okay.  What documents specifically did you

24   review in preparation for this deposition?

25   A.   I reviewed mainly --



Page 18

1            MS. SHINNERS:  Objection.  I just

2    wanted to instruct the witness not to answer to the

3    extent it would reveal selection of documents

4    selected by counsel.

5            Otherwise, you can answer the question,

6    Mr. Humphries.

7    BY MR. LEV:

8    Q.   So what documents that you selected to

9    review, did you review in preparation for this

10   deposition?

11   A.   I was concerned with -- not concerned, but I

12   wanted to look up documents of things that I had

13   done to ensure the safe handling and proper care of

14   everybody in our custody and things I've done to

15   make that, I guess, a better -- a better process.

16   Q.   What I'm trying to understand is

17   specifically what documents you looked at.

18           You mentioned e-mails.  What e-mails did you

19   look at in preparation for this deposition?

20   A.   Well, I was looking at -- for e-mails.  For

21   instance, when we -- when we started a medical unit

22   at our Passport Control Unit and the date and others

23   such as that.

24   Q.   How did you go about identifying the e-mails

25   you wanted to look at?



Page 19

1    A.    Well, I went through some of my folders and

2    looked at -- for those kinds of documents.  I

3    inquired of my Assistant Port Director and the

4    Chief, you know, for example when -- you know, do

5    you have anything when we met with the hospital

6    emergency room or when we met with Mariposa Clinic,

7    when we first met with them to discuss the -- the

8    care of undocumented persons in our custody.

9    Q.    So you -- the e-mails you looked at were all

10   e-mails that you have in folders in your in-box?

11   A.    Well, some I could find and others I -- I

12   asked.  Like -- like I just said, "When did we start

13   this," or "How did we do that?"

14   Q.    Did you print these out?

15   A.    Some I did.

16   Q.    And do you have them collected somewhere?

17   A.    Some I do, the ones that I printed out.

18   Q.    Okay.  Have you been instructed not to

19   destroy those?

20   A.    No, I haven't.

21   Q.    I'm going to ask you to not -- not destroy

22   those collections of e-mails that you printed out in

23   preparation for this deposition, please.

24         I forgot to ask you another question.

25         Do you have any documents with you right now



Page 20

1  that you've brought to refer to during this

2  deposition?

3      A.   No, I don't.  I have my documents that I

4  brought that I was studying before, but they're not

5  available to me here.

6      Q.   Okay.  What do you mean?  When you say, "I

7  have them," meaning they exist, but they're just not

8  with you?

9      A.   They're -- they're in a backpack.

10     Q.   Okay.  And those are the documents that you

11  selected or the documents that your counsel selected

12  or both?

13     A.   Both.

14     Q.   Other than e-mails, what other documents did

15  you look at to prepare for this deposition?

16     A.   I looked at documents that involved the

17  topics -- really all the topics that were there.  I

18  wasn't sure it was No. 2 and 15.  I looked at all

19  the topics.

20     Q.   So you looked at all of the -- all of the

21  topics in the deposition notice because you didn't

22  know which ones you were testifying to?

23     A.   Correct.

24     Q.   Did you look at policies regarding metering

25  and queue management?



Page 21

1      A.    I did.

2      Q.    What policies did you look at?

3      A.    I looked at the memo on metering.  I looked

4   at the policy on agency priorities, among -- among

5   others that I can't readily think of right now.

6      Q.    Can you think of any other agency policy

7   documents regarding metering that you looked at?

8      A.    The main one was probably the metering.

9      Q.    Okay.  Did you review any interrogatory

10   responses in preparation for your deposition?

11             MS. SHINNERS:  And I'm just going to

12   remind the witness not to reveal the documents --

13   the list of documents or the selection of documents

14   used by counsel to prepare for -- to prepare you for

15   this deposition.

16             You can answer.

17             THE WITNESS:  I did -- I did review the

18   interrogatories.

19   BY MR. LEV:

20      Q.    Okay.  Did you review the interrogatories

21   that relate to how metering has been implemented in

22   Nogales?

23      A.    I did.

24      Q.    And did you review any deposition

25   transcripts in preparation for your testimony?



Page 22

1    A.    Yes, I did.

2    Q.    Whose depositions did you review?

3    A.    I reviewed EAC Owen's deposition and XD

4    Howell's deposition.

5    Q.    Anybody else?  Any other depositions?

6    A.    No.

7    Q.    Did you review any of the documents produced

8    by Al Otro Lado in preparation for this deposition?

9    A.    Can you -- such as?

10    Q.    During the course of discovery, the

11    government has produced documents to us, and Al Otro

12    Lado has produced documents to the government about

13    its operations.

14         Have you reviewed any of the documents that

15    Al Otro Lado gave to the government as part of this

16    lawsuit, internal Al Otro Lado documents?

17    A.    Possibly in documents provided by counsel.

18    Q.    Do you remember any specific Al Otro Lado

19    documents you reviewed in preparing for this

20    deposition?

21         MS. SHINNERS:  Objection.  If it was in

22    documents selected by counsel, then I'm going to

23    instruct the witness not to answer.

24    BY MR. LEV:

25    Q.    Okay.  Were they in documents selected --



Page 23

1    Al Otro Lado documents you reviewed in the documents

2    selected by counsel?

3        A.    Can you repeat that?

4        Q.    Yes.

5            Were any Al Otro Lado documents that you

6    reviewed, were those among the documents that

7    counsel had selected?

8                MS. SHINNERS:  Objection.  Vague.

9                THE WITNESS:  Yes.

10   BY MR. LEV:

11       Q.    And are you going to follow your counsel's

12   instruction not to answer?

13       A.    I'm not sure that counsel asked me not to

14   answer this.

15       Q.    She asked you not -- well, she asked you not

16   to answer to the extent the documents were among

17   those she provided to you.

18                MR. LEV:  Katie, do you want to repeat

19   the instruction?

20                MS. SHINNERS:  Is there a question

21   pending?  Yes -- no.  I think that there are a

22   couple different questions you've asked.  It may

23   help if you re-ask the question or go back to the

24   question that you initially asked.

25   ///



Page 24

1          MR. LEV:  You know what?  In the

2    interest of time, I'm going to move on.  I think

3    you're correct.  That would be the way to do it,

4    Katie, but I'm just going to go on.

5    BY MR. LEV:

6         Q.   You indicated you spoke with your Director

7    of Field Operations in preparation for this

8    deposition?

9         A.   Well, he informed me that I was going to be

10   a witness.

11        Q.   And his name again was?

12        A.   Guadalupe Ramirez.

13        Q.   Okay.  And other than informing you you're

14   going to be a witness, did you have any other

15   conversations with him about this deposition?

16        A.   No, other than to tell him that I was

17   preparing for it and that I was going to be at

18   his -- this is where he works, so I could be out of

19   my office and away from any distractions there.

20        Q.   Did you have any discussions with him about

21   the substance of your testimony?

22        A.   I think he knew the general, I guess, theme

23   of the lawsuit or the -- the substance of the --

24   yeah, the lawsuit, I guess.

25        Q.   Did you -- did you talk to him about what



Page 25

```
 1   kinds of things you wanted to refresh yourself
 2   about?
 3       A.   I probably did mention that -- you know,
 4   that there was a lot of stuff that I did to make
 5   sure that the flow was managed and going -- that --
 6   that took into consideration the health and safety
 7   of everybody in our custody, as well as our
 8   employees.
 9       Q.   You had mentioned earlier you were trying to
10   refresh your memory about things that had happened.
11            Did you ask him questions about things that
12   had happened to refresh your memory in preparation
13   for this deposition?
14       A.   No, I didn't, but your -- your voice was
15   fading out there.
16       Q.   I'm sorry.  I'll try to speak more directly
17   into the microphone.
18            Who else did you speak with in preparation
19   for this deposition?
20       A.   As I mentioned before, counsel.
21       Q.   Other than counsel?
22       A.   Assistant Port Director, a subordinate to
23   me, and my chief.
24       Q.   Which -- which APD and which chief?
25       A.   APD George Campos.
```



Page 26

1      Q.    Campos, C-a-m-p-o-s?

2      A.    Yes.

3      Q.    And the chief?

4      A.    Jose Aguirre, A-g- -- A-g-u-i-r-r-e.

5      Q.    Anyone else?

6      A.    I made -- I worked with -- I asked -- well,

7    specifically to the lawsuit?

8      Q.    Specifically in preparation for this

9    deposition.

10     A.    Well, again, I was looking at stuff that I

11   did to improve the process.

12     Q.    And I'm asking, who did you speak with in

13   preparation for the deposition other than Mr. Campos

14   and Mr. Aguirre?

15     A.    I spoke to Mr. Jeffrey Bequette.

16     Q.    How do you spell his last name?

17     A.    B-e-q-e-t-t-e [sic].

18     Q.    Anybody else that you spoke with in

19   preparation for this deposition?

20     A.    There was a conference call, I think early

21   on, just to discuss matters, and I believe counsel

22   was on that.

23     Q.    Okay.  How many times have you spoken to

24   counsel in preparation for this deposition?

25     A.    Many times.



Page 27

1          Originally, I was going to testify in, I

2     believe, early March, so we kind of prepared for

3     that.  When we knew it wasn't going to go, the --

4     the COVID-19 started, I kind of -- I had very

5     important things to take care of during that.

6     Everything started with that.

7          Q.   And for that initial March date, how much

8     time had you spent with counsel preparing for the

9     deposition?

10               MS. SHINNERS:  Objection.  Vague.

11     BY MR. LEV:

12          Q.   You can answer.

13          A.   Several hours over -- over a time period.

14          Q.   So for the March date, what does "several

15     hours" mean?  Five hours?  More than that?

16          A.   I wouldn't say it was five hours.  It was

17     usually -- you know, there may have been like one

18     that lasted 45 minutes or an hour and then maybe

19     several that were, you know, maybe 10 or 15 minutes.

20          Q.   So under five hours' total in preparation

21     for the original March date; correct?

22          A.   With counsel or --

23          Q.   With counsel, yeah.

24          A.   I would say under five hours.

25          Q.   And then how much time have you spent with



Page 28

1   counsel preparing for today's deposition?

2       A.   Several hours again, and -- probably more

3   than five hours.

4       Q.   More than ten hours?

5       A.   Maybe -- maybe -- maybe ten hours.

6       Q.   Have you done anything else besides what

7   we've talked about to prepare for today's

8   deposition?

9       A.   Can you clarify that?

10      Q.   Have you spoken with any other people you

11  haven't told me?  Have you looked at -- you know,

12  done any independent research to look into things or

13  any other activity that you took thinking, "I need

14  to be prepared, so I'm going to do X"?

15      A.   I did -- for my personal reasons, did look

16  up -- try to find a couple of news articles and

17  stuff like that.

18          Is that what you're referring to?

19      Q.   Yes, exactly.

20          What news articles were you looking for?

21      A.   Well, I remember a specific news article

22  where I was looking that indicated that processing

23  had increased at the Nogales Port of Entry.  Our

24  numbers went up, something -- something to that

25  effect.



Page 29

1      Q.    Did you print out these news articles that

2   you looked at?

3      A.    I believe I only have one printed out.  It's

4   not a article.  It's a photograph from an article.

5      Q.    What's it a photograph of?

6      A.    It's a photograph of undocumented folks

7   waiting to get into the Nogales Port of Entry.

8      Q.    Okay.  And that's with the other materials

9   that we spoke about earlier that you had printed up?

10      A.    Yes.

11            MR. LEV:  Can we please -- Kevin, can

12   we please show the witness Exhibit 120?

13            (Whereupon, Exhibit No. 120 was marked

14   for identification.)

15   BY MR. LEV:

16      Q.    You're being shown what's been marked as

17   Exhibit 120, your --

18            MR. LEV:  Have these been premarked,

19   Kevin?

20            KEVIN CRANFORD:  They haven't been

21   stickered yet, no.

22            MR. LEV:  Okay.  So how are we doing

23   that?

24            KEVIN CRANFORD:  Typically, we sticker

25   them afterwards when we send them to --



Page 30

1                 MR. LEV:  Okay.

2   BY MR. LEV:

3       Q.   So I'm showing you what's going to be marked

4   as Exhibit 120 to your deposition.  It is a

5   document -- a ten-page document.  The front page

6   says, "Exhibit 29 to Defendants' Opposition to

7   Plaintiffs' Motion for Class Certification."  And if

8   you go to page 2, you will see the document is

9   captioned, "Declaration of Michael Humphries."  And

10  if you go to the last page, you will see what

11  purports to be your signature.

12          Is this a true and correct copy of your

13  February 11th Declaration that you provided in this

14  case?

15      A.   Yes, it is.

16      Q.   Who asked you to provide a Declaration in

17  connection with this case?

18              MS. SHINNERS:  Objection.  To the

19  extent it would reveal the contents of

20  communications with counsel, I would instruct you

21  not to answer.

22              MR. LEV:  I'm not asking for any

23  content of communication, other than the "who."

24              Your objection still stands, Katie?

25              MS. SHINNERS:  Yeah.  I mean, I



Page 31

1    think -- I think that if you're asking who asked you

2    to do a particular thing, I think that reveals the

3    contents of communications, if it was counsel.  I --

4                    MR. LEV:  I'll move on to another

5    question.

6    BY MR. LEV:

7        Q.   Who drafted this Declaration, Mr. Humphries?

8        A.   I provided the answers, and then I believe

9    counsel wrote -- wrote it up.

10       Q.   Okay.  And then did you edit it after it was

11   drafted?

12                   MS. SHINNERS:  Objection.

13                   I think this is getting into work

14   product in terms of things that are done in -- for

15   the purposes of litigation by a party or at the

16   direction of counsel, so I'm going to instruct the

17   witness not to answer.

18   BY MR. LEV:

19       Q.   Are you going to follow your counsel's

20   instruction, Mr. Humphries?

21       A.   I am.

22       Q.   Did you ever -- you said you answered

23   questions.

24                   Were those questions that counsel posed to

25   you prior to their drafting of the Declaration?



Page 32

1     A.   Yes.

2     Q.   Did you ever share a draft of this

3   Declaration with anyone who was not a lawyer?

4     A.   No.

5              MR. LEV:  If we could turn to pages 1

6   to 3 of the Declaration.  It's on page 1 of the

7   Declaration, so it's going to be page 2 of the

8   document.

9   BY MR. LEV:

10    Q.   Those three paragraphs, do they accurately

11  and completely describe your employment history with

12  CBP from 2016 to the present?

13    A.   Yes.  In Paragraph 1, I've been in this role

14  since June 24th of 2018.  That was on a permanent

15  basis, but prior to that, I was the acting.

16    Q.   And when were you the acting from?

17    A.   From November of '17 through the

18  June 24th, '18.

19    Q.   And while you were the acting, were you also

20  serving in the role of Assistant Director for Border

21  Security at the Tucson Field Office?

22    A.   So at that time, they had an acting for me

23  as well.

24    Q.   Okay.  So Paragraph 3 where it says you

25  served as Assistant Director for Border Security



Page 33

1    until June 24 of 2018, you actually weren't serving

2    in that role as of November of '17.  Is that right?

3        A.    That was my permanent role.  That was my

4    permanent position.

5        Q.    I understand.

6              So that was your title through June, but

7    your actual role you were fulfilling as of November

8    of 2017 was the acting Area Port Director in

9    Nogales; correct?

10       A.    Yes, but there was a time in there where I

11   had a temporary duty as well.

12       Q.    What is that temporary duty?

13       A.    Where I went on a TDY.

14       Q.    To what position?

15       A.    To CBP Headquarters.

16       Q.    And when was that?

17       A.    That was August of 2017 through November.  I

18   went to Nogales from -- from Headquarters.

19       Q.    And what were you doing at CBP Headquarters

20   from August until November of 2017?

21       A.    I was Acting Director of the Field Liaison

22   Division.

23       Q.    When you were the Area Port Director --

24   other than those roles as -- is what's listed in 1

25   to 3 accurate and complete, or were there other



Page 34

1    roles you had?

2        A.   Well, 1 through 3 goes back to 1980- --

3    March of 1987.

4        Q.   I'm sorry.

5             From 2016 to the present, is it accurate and

6    complete, with the addition of your acting Port

7    Director role and your acting Director of Field

8    Liaison Division?

9        A.   Yes.

10       Q.   When you were the Area Port Director in

11   Douglas from September of 2006 through

12   November 2014, what was your responsibility?

13       A.   I was in charge of the Port of Douglas

14   starting in 2006 and then the Naco -- responsibility

15   for the Naco Port of Entry was brought in in 2009 as

16   well, both Douglas and Naco.

17       Q.   And so you were responsible for both ports

18   of entry?

19       A.   Douglas only from 2006 to sometime, I

20   believe, in 2009, and then both Douglas and Naco

21   from 2009 through 2014.

22       Q.   And during that time period, did CBP engage

23   in queue management or metering at either of those

24   ports?

25                    MS. SHINNERS:  Objection.  Vague as to



Page 35

1    time period.

2    BY MR. LEV:

3        Q.    From 2006 through 2014 when you were serving

4    as the Port Director for Douglas and then for

5    Douglas and Naco, did CBP engage in metering at the

6    ports at which you were serving as Port Director?

███    ███    ████████████████████████████████████

███    ████████████████████████████████████████████

███    ██████████████████████████████████████████████

███    ███████████████████████

11        Q.    What do you mean "they were brought in"?

12        A.    They had entered -- they entered -- usually

13    they entered the pedestrian lane, and they were

14    brought in for processing.

15        Q.    So they weren't told that they had to wait

16    in Mexico because the Port was too full?

17        A.    No.

18        Q.    When you were Assistant Director for Border

19    Security at the Tucson Field Office, what were your

20    responsibilities in that role?

21        A.    I was in charge of -- or I had the Border

22    Security program for the -- all ports within the

23    Tucson Field Office, so the eight ports of entry

24    that are in the Tucson Field Office.

25        Q.    And what are those eight ports?



Page 36

1        A.   All the ports of Arizona, so Douglas, Naco,

2   Nogales, Sasabe, Lukeville, San Luis, Phoenix

3   Airport, Tucson Airport.

4        Q.   And the first six of those are border ports;

5   correct?

6        A.   Yes, sir.

7             MS. SHINNERS:  I'm going to object.  By

8   the way, I'm going to object to all these questions

9   pre-time frame, as outside the scope and as outside

10   the topics.  Thank you.

11             You can answer.

12   BY MR. LEV:

13        Q.   You said you were responsible for the Border

14   Security program.

15             Can you just explain what that means, what

16   your responsibility was?

17             MS. SHINNERS:  Same objection to scope.

18             You can answer, Mr. Humphries.

19             THE WITNESS:  Border Security includes

20   everything to do with operations at ports of entry.

21   BY MR. LEV:

22        Q.   That includes migrant processing at the

23   ports of entry; correct?

24             MS. SHINNERS:  Same objection as to

25   scope.



Page 37

 1                    You can answer.

 2                    THE WITNESS:  That does include migrant

 3    processing.

 4    BY MR. LEV:

 5        Q.   The ports of entry you listed for me, the

 6    six that are on the border, are they all classic

 7    ports of entry?

 8                    MS. SHINNERS:  Objection to scope.

 9                    THE WITNESS:  Yes, they are.

10    BY MR. LEV:

11        Q.   I'm sorry.  You can answer, sir.

12        A.   They are.

13        Q.   So that means that they are capable of

14    handling the full operations of a POE; correct?

15                    MS. SHINNERS:  Scope objection.

16                    You can answer, Mr. Humphries.

17                    THE WITNESS:  They do.

18    BY MR. LEV:

19        Q.   Okay.  And when you were Assistant Director

20    of Border Security, did you have responsibility for

21    implementing any policy or guidance from CBP

22    regarding the metering of asylum seekers?

23                    MS. SHINNERS:  Scope objection.

24                    You can answer.

25                    THE WITNESS:  Can you repeat that



Page 38

1    question?

2    BY MR. LEV:

3        Q.    Well, while you were the Assistant Director

4    for Border Security -- and let's limit it to the

5    time period you were actually fulfilling that

6    role -- right? -- through August of 2017, before you

7    went on TDY -- did you have any responsibility for

8    implementing policy or guidance from CBP regarding

9    the metering of asylum seekers?

10       A.    Yes, I did.

11       Q.    And what was the nature of that

12   responsibility at the time?

█    █         ████████████████████████████████████

█        █████████████████████████████████████

█    ████████████████████████████████████████

█    ██████████████████████████████████████

█    █████████████████████████████████████

█    ████████████████

█    █   ████████████████████████████████

█    ████████████████████████████████

█    █   ████████████████████████████████

█    ██████████████████████████████

█    ████████████████████████████████████

█    ████████████████████

25       Q.    And was this after January of 2016?



MAGNA
LEGAL SERVICES

Page 39

1        A.    I'm trying to remember.  I believe it was --
2   yes, I believe it was in 2016.
3        Q.    And were those asylum seekers, Haitians, at
4   San Luis Port told they needed to wait in Mexico
5   because the port couldn't process them?
6              MS. SHINNERS:  Objection.  Form.
7   BY MR. LEV:
8        Q.    You can answer.
9        A.    Okay.  Can you repeat that again?
10       Q.    Sure.  Let me rephrase it.
11             Were those Haitians at San Luis metered?
12       A.    Well, what is your definition of "metered"?
13       Q.    Were they told to wait in Mexico because the
14   port was unable to process them at the time?
15       A.    So when -- when we first -- when the
16   Haitians started arriving in large numbers, they
█   ████████████████████████████████████████████████
█   ████████████████████████████████████████████████
█   ████████████████████████████████████████████████
20       Q.    And then what happened?  How were they
21   handled from that point on?
█       █   ██████████████████████████████████
█   ████████████████████████████████████████████████
█   ██████████████████████████████████████
█   ████████████████████████████████████████████████



Page 40

███████████████████████████████████████

███████████████████████████████████████

████████████████████

4       Q.   And all those individuals were then

5    processed such that they had their asylum -- you

6    took their asylum claims and put them through the

7    process?

8              MS. SHINNERS:   Objection.   Assumes

9    facts.

10   BY MR. LEV:

11      Q.   You can answer.

███      ███   ████████████████████

███   ███████████████████████████████

███   ████████████████████████████████

███   ███████████████

16      Q.   And while they were waiting, they were on

17   U.S. soil you testified?

18      A.   Up to a certain point, yes.

███      ███   ████████████████████

███   █████████████████████████████████

███   ███████████████

███      ███   █████████████████████████

███   ████████████████████████████

███   ████████████████

25      Q.   And when was that?



Page 41



11     A.    Can you repeat that again?  You broke up a
12     little.
13     Q.    Sure.



Page 42



19          MS. SHINNERS:  Objection.  Vague as to

20   geographic location.

21   BY MR. LEV:

22       Q.   You can answer.

23       A.   Can you repeat that one more time, please?



Page 43

███████████████████████████████████

██████████████

3      A.   Well, the number --

4           MS. SHINNERS:  Same objection.

5           Go ahead, Mr. Humphries.

████████████████████████

█████████████████████████████████████

███████████████████████████████████

███████████

████████████████████████

████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████

███████████████████████████████████████

█████████████████

18   BY MR. LEV:

19      Q.   Okay.  And would you agree that those

20   individuals who approached the border and were told

21   to wait in Mexico, they were attempting to enter the

22   United States; correct?

23      A.   I would say --

24           MS. SHINNERS:  Objection.  Calls for a

25   legal conclusion.



Page 44

1           You can answer.

2    BY MR. LEV:

3       Q.   You can answer.

4       A.   I would say that they -- they were

5    undocumented, and they were lining up along the

6    sidewalk of the port, and they were waiting to come

7    in.

8       Q.   And the only reason they were unable to come

9    in was because CBP officers stopped them allegedly

10   at the border line; correct?

11      A.   CBP officers stopped them because we had no

12   capacity to bring additional in at the time.

13      Q.   Okay.  Give me one second.  I'm sorry.

14           Did any other ports in Arizona engage in

15   metering while you were serving as the Assistant

16   Director of Border Security?

17      A.   As I mentioned --

18           MS. SHINNERS:  Object to the scope to

19   the extent it is before 2016.

20           But continue, Mr. Humphries.



Page 45



6    BY MR. LEV:

16    Q.    I understand.



Page 46





Page 47

███████████████████████████████████

███████████████████████████████████

███████████████████████████████

4      Q.   Did Nogales engage in metering during that

5    time in 2016?

6              MS. SHINNERS:   Objection.  Vague as to

7    time.

8    BY MR. LEV:

9      Q.   Did Nogales engage in metering at any time

10   in 2016?

11     A.   I believe that's when the metering first

12   started at Nogales was late in 2016.

13     Q.   And -- okay.

14          In connection with the Haitian migrants?

15     A.   Correct.  And it wasn't only Haitian.  There

16   were -- there were Central American family units as

17   well and --

18     Q.   You testified that in November of 2017, you

19   became the acting Port Director for Nogales;

20   correct?

21     A.   On an acting basis, yes.

22     Q.   And then you stayed in that role and

23   continued and became the permanent Area Port

24   Director for Nogales in June of 2018; correct?

25     A.   Correct.



Page 48

1      Q.   And you're still in that role today?

2      A.   I am.

3      Q.   Okay.  And can you describe your

4  responsibility as the -- and I assume your

5  responsibility as Acting Area Port Director and as

6  Area Port Director were the same; correct?

7      A.   The responsibilities?

8      Q.   Yes.

9      A.   Yeah, the responsibilities are the same.

10  I'm responsible for overseeing all -- all activities

11  or all operations at Nogales to include the

12  commercial facility, the airport, the various

13  crossings at Nogales.

14      Q.   And that responsibility inclusive --

15  includes processing migrants?

16      A.   Yes, it does.

17      Q.   Okay.  And that responsibility would include

18  implementing CBP policy?

19      A.   Can you repeat that?

20      Q.   That responsibility would include

21  implementing CBP policy at Nogales?

22      A.   It would.

23      Q.   And that would include CBP policy regarding

24  the metering of asylum seekers?

25      A.   It would.



Page 49

1    Q.   Your -- Paragraph 2 of your Declaration

2    that's up on the screen refers to six facilities

3    that make up the Port of Nogales.

4         What are those six facilities?

5    A.   That would be the Morley Pedestrian

6    Crossing, the DeConcini Crossing, the Mariposa

7    Commercial Crossing, the Mariposa Vehicle Crossing,

8    the Nogales International Airport, and the Rio Rico

9    Train Yard.

10   Q.   At each of those facilities, I would just

11   like to understand where there is pedestrian

12   crossing for pedestrians coming from Mexico into the

13   United States.

14        I assume there's a pedestrian crossing at

15   the Morley pedestrian entrance?

16   A.   The Morley pedestrian entrance is strictly

17   pedestrian.

18   Q.   Okay.  DeConcini have a pedestrian entrance?

19   A.   DeConcini does have a pedestrian entrance.

20   Q.   What about Mariposa?  Does it have a

21   pedestrian entrance?

22   A.   Not the commercial facility, but the POV,

23   the privately owned vehicle noncommercial crossing,

24   yes.

25   Q.   Does Nogales Airport have a pedestrian



Page 50

1   entrance?

2       A.   No.  That's located a few miles north of the

3   border.

4       Q.   And does the Rio Rico Train Yard have a

5   pedestrian entrance?

6       A.   No.  That's strictly trains.

7       Q.   Okay.

8                 MR. LEV:  If we could turn to the next

9   page of your declaration, please, Kevin -- well, let

10  me -- actually, can we go back to page 1?  I'm

11  sorry.

12  BY MR. LEV:

13      Q.   Paragraph 2, it states that you have a

14  particularly detailed firsthand knowledge of

15  operations at the Nogales Port of Entry.  Is that

16  correct?

17      A.   Yes.

18      Q.   Correct that you have that knowledge?

19      A.   Correct.

20      Q.   Okay.  And if we go to page 2 of the



Page 51

1      Q.   And then your Declaration goes on to set

2   forth various events that occurred at the Nogales

3   POE on various dates; correct?

4               MS. SHINNERS:  Objection.  Vague.

5               MR. LEV:  Kevin, we can unshrink

6   Paragraph 5, please.

7   BY MR. LEV:

8      Q.   Did you review this Declaration in

9   preparation for this deposition, Mr. Humphries?

10     A.   I did.

11     Q.   Okay.  Do you recall that it sets forth

12  occurrences, such as drug seizures, medical

13  interventions and the like that occurred on various

14  specific dates?

15     A.   It does.

16     Q.   Who made the decision to refer to those

17  particular dates in the Declaration?

18               MS. SHINNERS:  Objection.  To the

19  extent that this calls for decisions of counsel,

20  attorney work party, work product, I'm going to

21  instruct the witness not to answer.

22               I mean, Mr. Humphries, I am instructing

23  you not to answer.

24  BY MR. LEV:

25     Q.   Are you going to follow your counsel's



Page 52

1    instruction?

2       A.   Yes, I will.

3       Q.   Did you identify specific dates to include

4    in the Declaration?

5              MS. SHINNERS:  Objection.  Same

6    instruction.  Same objection.

7    BY MR. LEV:

8       Q.   Are you going to follow your counsel's

9    instruction?

10      A.   Yes, sir.

11      Q.   Mr. Humphries, did you look at any other

12   data to determine whether the dates that are

13   described in your Declaration are representative of

14   a typical day at Nogales?

15      A.   I looked -- I used --

16             MS. SHINNERS:  Go ahead.

17             You can answer, Mr. Humphries.

18             THE WITNESS:  Can you just repeat that

19   one more time, please?

20   BY MR. LEV:

21      Q.   Sure.

22             I want to know if you did anything to

23   determine whether the dates that are set forth in

24   your Declaration, if you did anything to determine

25   whether those dates were representative of a typical



Page 53

1    day at Nogales.

2        A.    It is not -- the dates that I selected are

3    probably dates that I remembered in my mind.  I

4    couldn't remember specific dates, but what I do

5    remember is there were several days where we had

6    four, five, six, seven, even one day eight, hard

7    narcotic seizures.  I didn't have those dates, but I

8    knew that they existed.

9        Q.    So these were dates that had stood out in

10   your mind because something notable had happened on

11   those dates.  Is that correct?

12       A.    What I was looking for was what I told

13   you --

14                MS. SHINNERS:  Objection.

15                So, Mr. Lev, these are questions that,

16   again, they go into the work product of preparing

17   this Declaration for the purposes of responding to a

18   motion.

19                So to the extent that you can ask

20   factual questions that do not go into what

21   Mr. Humphries did to prepare this Declaration,

22   either with or without counsel, I would not have the

23   same objection, but I'm going to instruct the

24   witness not to answer this question.

25                MR. LEV:  So I asked the question as to



Page 54

1    whether he had done anything to determine whether

2    the dates in his Declaration were typical days at

3    Nogales to which you did not object, and that was a

4    factual question about whether he had looked at

5    other dates, and he answered, and I was trying to

6    make sure I understood his answer, which I heard him

7    to be the dates in the Declaration were dates that

8    stood out to him for a notable reason.

9                MS. SHINNERS:  Sure.  And I should have

10   objected, and I missed the objection, but I do not

11   think that waives the objection to the next

12   question, so -- so --

13               MR. LEV:  So why don't I just ask the

14   --

15               (Simultaneous crosstalk.)

16               MR. LEV:  I'm going to ask one

17   particular factual question.  I just don't want to

18   spend the time on the discussion, Katie.  I

19   understand your point.

20   BY MR. LEV:

21      Q.   Mr. Humphries, is it fair to say that the

22   dates that you -- that are included in the

23   Declaration are dates that stood out -- dates on

24   which events stood out in your mind?

25      A.   They were dates that I saw we had high



Page 55

1    activities and dates that I wanted to highlight how

2    busy we were.

3         Q.   Okay.  And they were different from normal

4    days at the port; correct?

5              MS. SHINNERS:  Objection.  Vague.

6    BY MR. LEV:

7         Q.   You can answer.

8         A.   We're a very busy port.  Last year, we

9    seized about 10,000 pounds of meth, hundreds of

10   seizures, so I would say that, you know -- I believe

11   we had three seizures yesterday, so it is a

12   normal -- there are hardly any days that something

13   doesn't happen.

14        Q.   Did you -- did you do anything to look at

15   data to determine that these dates were

16   representative of the port's busyness that you just

17   described?

18             MS. SHINNERS:  Objection.  Calls for

19   work product.

20             Again, these questions are all framed

21   in terms of what Mr. Humphries did to prepare this

22   Declaration.

23   BY MR. LEV:

24        Q.   You can --

25             MR. LEV:  Are you instructing him not



Page 56

1    to answer, Katie?

2              MS. SHINNERS:  Yes.

3              Mr. Humphries, I am instructing you not

4    to answer this question.

5    BY MR. LEV:

6       Q.   Mr. Humphries, do you have any basis to

7    state that the dates in the Declarations are

8    representative of activity at the port generally?

9       A.   Nogales is a very busy port, as I just said.

10      Q.   That's not my question.

11              My question is whether you have any basis to

12   state that the dates in the Declaration are

13   representative of the typical day at Nogales in

14   terms of the number of incidents that occur.

15              It's a yes-or-no question.

16              MS. SHINNERS:  And, Mr. Humphries, if

17   you need to review the Declaration, you may do so.

18              THE WITNESS:  Are you referring to

19   Paragraph 5, sir?

20   BY MR. LEV:

21      Q.   No.

22              I'm referring more generally to the specific

23   dates you called out in your Declaration, and I'm

24   trying to understand whether there's any basis to

25   think that those dates are typical of other days at



Page 57

1    Nogales.

2        A.    There are many, many days that are like

3    those days.

4        Q.    What's the basis for that statement, sir?

5    Have you looked at any data to determine that?

6        A.    Again, we have hundreds and hundreds of

7    narcotic seizures.  We have processed thousands

8    of --

9        Q.    I understand that generally, sir.  I'm

10   asking you if you've reviewed any data to support

11   your statement --

12              MS. SHINNERS:  Ori, objection.  You

13   have to let the witness finish his answer.

14              MR. LEV:  Not when he's not answering

15   my question, Katie.

16   BY MR. LEV:

17       Q.    Have you looked at any data, sir, to

18   determine what a typical day at Nogales looks like

19   in terms of narcotic seizures?

20              MS. SHINNERS:  Object to the form.

21              THE WITNESS:  Pardon me?

22              MS. SHINNERS:  I objected to the form.

23              You can answer, Mr. Humphries.

24              THE WITNESS:  I regularly get stats

25   for -- for my port of entry for the -- for the Field



MAGNA ◆
LEGAL SERVICES

Page 58

1    Office.

2    BY MR. LEV:

3        Q.   And based on those stats, you can tell me

4    that the dates in your Declaration are

5    representative of daily activity?

6        A.   Again, I can tell you we're a very busy

7    port.

8        Q.   So you can't tell me that.

9            MR. LEV:  Katie, has the government

10   produced all documents responsive to Document

11   Request 31, which calls for any documents referenced

12   in or relied upon when drafting any declaration or

13   affidavit?

14           MS. SHINNERS:  We can discuss -- I

15   mean, I believe our response to -- I would have to

16   look at our response to 31 and whether we agreed to

17   produce documents.  I'm happy to look at that on a

18   break.

19           MR. LEV:  Okay.  That's great.

20           MS. SHINNERS:  I think probably we

21   objected on -- I'm guessing we objected on work

22   product grounds to produce documents specifically in

23   response to that request.

24           I mean, that wouldn't mean we would

25   withhold otherwise responsive documents on that



Page 59

1    basis.  However, to the extent it seeks a separate

2    identification of documents that we used to conduct

3    this litigation, I'm guessing that that was our

4    objection, but I would have to check.

5                    MR. LEV:  Okay.  Why don't we take a

6    short break, if that works for everyone?

7                    THE WITNESS:  Yes.

8                    MR. LEV:  Want five minutes?  Ten

9    minutes?

10                   THE WITNESS:  I'm good with five.

11                   MR. LEV:  Okay.

12                   MS. SHINNERS:  Why don't we -- why

13   don't we take a ten-minute break?  That will give me

14   chance to get some food, and we can go --

15   Mr. Humphries, we could log out of here and go to

16   the other connection, if you have access to that.

17                   THE WITNESS:  I'm not sure that --

18   okay.

19                   MR. LEV:  So you want to come back

20   around the top of the hour, Katie?  If you want

21   longer, it doesn't matter to me.  I'm happy to do

22   whatever works.

23                   MS. SHINNERS:  No.  That sounds good.

24   I think ten minutes -- approximately ten minutes is

25   fine.  We may have trouble getting into this other



MAGNA
LEGAL SERVICES

Page 60

```
 1    room, but that -- we'll see.  Thank you.

 2                    MR. LEV:  Okay.

 3                    THE VIDEOGRAPHER:  Off the record --

 4    off the record -- oh, my gosh.

 5                    Off the record at 9:52 a.m.

 6                    (Recess taken.)

 7                    THE VIDEOGRAPHER:  Back on the record

 8    at 11 -- sorry -- 10:11 a.m.

 9    BY MR. LEV:

10        Q.   Mr. Humphries, you understand that you're

11    still under oath?

12        A.   Yes.

13        Q.   Did you speak with anyone other than counsel

14    during our break?

15        A.   No.

16        Q.   I would like to discuss how metering has

17    been implemented in the Tucson Field Office --

18                    MS. SHINNERS:  If I may, I just -- I'm

19    very sorry.  Mr. Humphries has something he wanted

20    to potentially clarify from his prior testimony.

21                    Before you start questioning, is that

22    okay if he does so?

23                    MR. LEV:  Sure.

24    BY MR. LEV:

25        Q.   Go ahead, sir.
```



Page 61

1        What did you -- I understand you wanted to

2    clarify something.

3        A.   Yeah.

4            So back when we talked about preparation,

5    and I believe there was a conference call where

6    counsel was present where EAC Irwin had made the

7    call, and counsel was in on the call.

8        Q.   Okay.  Thank you.

9            Is that it?

10       A.   That's it.

11       Q.   Okay.  Thank you.  I appreciate that.

12           I would like to discuss how metering is --

13   has been implemented in the CBP in the Tucson Field

14   Office.  Before doing so, I want to define a term.

15           If I say "limit line," I am referring to the

16   location in which CBP officers stand or they are

17   assigned to conduct queue management operations out

18   in the field.

19           Do you understand that?

20       A.   Yes.

21       Q.   Okay.  And is that consistent with how you

22   would use the term "limit line"?

23       A.   I think it's different, but . . .

24       Q.   How would you use the term "limit line"?

25   How would you define it?



Page 62

1      A.   Well, I would think that other folks

2    potentially would, you know, for example,

3    [indiscernible audio].  There's a lot of really --

4    ███████████████████████████████████████████████

5    ████████████████████████████████████████████████

6    too.

7      Q.   We're going to talk about that, but I want

8    to -- I want to make the distinction between the

9    international boundary line and the limit line being

10   where the CBP officer stand when they are assigned

11   to that duty.

12         Okay?

13     A.   When they're assigned to --

14     Q.   To conduct queue management operations.

15     A.   Okay.

16     Q.   Do you understand that?

17     A.   Yes.

18     Q.   Okay.  From 2016 to the present, has asylum

19   seekers been metered at Sasabe?

20     A.   Sasabe.

21     Q.   Sasabe, excuse me.

22     A.   I don't believe so.

23     Q.   Okay.  From 2016 to the present, have asylum

24   seekers been metered at Naco?

25     A.   Naco.



MAGNA ▶
LEGAL SERVICES

Page 63

1      Q.   Naco.

2      A.   Not that I'm aware of.

3      Q.   Okay.  From 2016 to the present, have asylum

4   seekers been metered at Lukeville?

5      A.   I know that they got some cases.  I'm not

6   sure of the large groups leaving there and if they

7   were metered.

8      Q.   You say "they got some cases."

9           That means that there were some asylum

10  seekers who came to Lukeville?

11     A.   Right.

12     Q.   And you're not sure whether or not Lukeville

13  has conducted any metering since 2016?

14     A.   To my understanding or my recollection, they

15  were brought in and processed.

16     Q.   What about at Douglas?  From 2016 to the

17  present, have asylum seekers been metered at

18  Douglas?

19               MS. SHINNERS:  Object to the scope.

20               I did object -- this is -- I did object

21  to all the previous questions about -- and to form

22  to all those previous questions beginning with

23  Sasabe to scope and form.  I was on mute.

24               MR. LEV:  Okay.

25               MS. SHINNERS:  Just stating that for



Page 64

1    the record.

2              You may answer, Mr. Humphries.  I

3    apologize.

4              THE WITNESS:  Okay.  If I -- if I may

5    clarify, in 2016, I was, again, Assisting Director

6    for Border Security at Tucson, but November of 2016,

7    I was at Nogales.  And so from that point on, I have

8    sort of, I guess, less knowledge of activities at

9    the other ports, but I would say at Douglas, yes,

10   there was people who were asked to wait in line.

11   BY MR. LEV:



Page 65

1                    MS. SHINNERS:  Object to the form and

2      scope.

3                    You may answer.

▮          ████████████████████████████

▮      ██████████████████████████████████

▮      ████████████████████

▮      █████████████

▮          ██      █████████████████████

▮          ██      ██████████████████████████

▮      █████████████████████████████████

▮      ████████████████████████████████████████

▮      ███████████████████████████████████████

▮      ████████████████████████

14         Q.   But you don't know what -- what Douglas

15      said?

16                    MS. SHINNERS:  Object to the

17      scope and -- well, object to scope.

18                    THE WITNESS:  I really don't know what

19      Douglas did.

20      BY MR. LEV:

▮      ██      ██████████████████████

▮      ██████████████████████████████████

▮      ████████████████████████████████████

▮      ████████████████

25                    MS. SHINNERS:  Scope objection.



Page 66



15    Q.   Is there only one pedestrian entrance at

16 Douglas?

17            MS. SHINNERS:  Object to the scope.

18            THE WITNESS:  There is.  There is

19 one -- there is one crossing at Douglas, and the

20 pedestrian lane is next to the vehicle lanes.

21            MR. LEV:  Katie, can I just clarify?

22 Are your scope objections because you understand Mr.

23 Humphries to be a 30(b)(6) witness with respect to

24 the Nogales port of Entry only?

25            MS. SHINNERS:  Yes, and also to our



Page 67

1    longstanding objection to all of the topics that we

2    were only going to prepare for the eight particular

3    Ports of Entry that have been the subject of

4    discovery, and that's been an objection in our

5    30(b)(6) objections.

6                So, again, I'm objecting to the scope,

7    but -- that's fine, but, of course, Mr. Humphries

8    can answer to the -- to the degree that he can know

9    the answer.

10   BY MR. LEV:

11   Q.   Mr. Humphries, when you prepared for today's

12   deposition, did you prepare to -- did you review

13   information regarding the implementation of metering

14   at all TFO Ports of Entry, or did you limit your

15   preparation to just the Nogales port?

16                MS. SHINNERS:  Object as to the extent

17   it calls for work product.

18                You can answer, Mr. Humphries.

19                THE WITNESS:  I prepared more for

20   Nogales, but I had knowledge of some of the other

21   ports.

22   BY MR. LEV:

23   Q.   Were you told that your testimony was going

24   to be limited to the Nogales port of Entry?

25   A.   I believe I was.



Page 68

1     Q.   I'm sorry.

2          You said you believe you were?

3     A.   I believe that -- I believe that I was

4     mainly testifying or giving the deposition about

5     Nogales.

6     Q.   Going back to the metering that occurred at

7     Douglas in late 2016, early 2017, do you know how

8     long that metering occurred for?

9               MS. SHINNERS:  Same objection to scope.

10    I'm just going to -- if I could have a standing

11    objection just to the specifics about the other

12    ports of Entry?

13              MR. LEV:  That would be great.  Thank

14    you.

15              MS. SHINNERS:  Thank you.  It will be

16    less disruptive for everyone.  Okay.  Thank you.

██    █████████████████████████

██    ██████████████████████

██    ████████████████████████████

██    ████████████████████████████

██    █████████████████████████████

██    ██████████████████████

██    ███████████████████████████

██    ███

25    ///



Page 69

1     BY MR. LEV:







Page 70

7    Q.   Okay.  And when I say "metering," I'm

8    referring to either telling asylum seekers to wait

9    in Mexico or directing them to go to another port.

10        Do you understand that?

11            MS. SHINNERS:  Object to the form.

12   BY MR. LEV:

13   Q.   Sir, do you understand that that's -- well,

14   let me ask -- let me ask a different question.

15        When I say "metering," I'm referring to

16   telling asylum seekers to wait in Mexico, and I'm

17   also referring to telling asylum seekers they have

18   to go to another Port of Entry to seek asylum.

19        And with that understanding, I'm going to

20   just ask the same question again to make sure your

21   answer didn't change.

25            MS. SHINNERS:  Object to the form.



Page 71

1           You can answer.  You can answer,

2    Mr. Humphries.

█                          ████████████████████████

█        ██████████████████████████████████

5           MR. LEV:  Okay.  Can we look at

6    Exhibit 141, please.

7           (Whereupon, Exhibit No. 141 was marked

8    for identification.)

9    BY MR. LEV:

█        █    █████████████████████████

█        ████████████████████████████████████

█        ███████████████████████████████

█        ██████████████████████████████████

█        █████████████████████

█            ██████████████████████████████████

█        ██████████████████████████████████

█        ████████████████████████████████████

█        ████████████████████████████

█        ██████████████████████████████████████

█        ████████████████████████████████████

█        ████████████████████████████████████

█        █████████████████████████████████

█        ████████████████████████████

█        ███████████████████

█            ████████████████████████████████







Page 73

1           MS. SHINNERS:  Object to the form.

2           You can answer.



23    BY MR. LEV:

24       Q.    Okay.  Are you aware of any ports in Arizona

25    re-routing asylum seekers from -- when they approach



Page 74

1     a port, them being told that they need to go to a

2     different port of entry to seek asylum?

3        A.    I have no recollection of that happening.

4        Q.    I would like to talk about San Luis for a

5     little bit.

6              From 2016 to the present, have asylum

7     seekers been metered at San Luis?

8              MS. SHINNERS:  And just for the record,

9     same objection as to scope as to the specifics of

10    implementation at San Luis.

11             Thank you.

12    BY MR. LEV:

13       Q.    You can answer, sir.



（header省略）





Page 76

1    Q.   So that -- the border fence crosses the

2    pedestrian entrance there?

3    A.   Well, it comes up to the pedestrian

4    entrance.

5    Q.   Perpendicular to the pedestrian entrance,

6    and then there's a pedestrian entrance?

7    A.   Right.  And there's an opening in the fence

8    where the sidewalk is, which is the pedestrian

9    entrance.



Page 77

████  ██████████████████████████

██    ██    ████████████████████████████████

██    █████████████████████████████████████

██       ██    ███████████████████████████

5      Q.    Okay.  Are those -- are there written

6    instructions telling officers what they're to tell

7    asylum seekers when they're being metered at San

8    Luis?

9      A.    There was a point, yes, where there was

10    instructions to, No. 1, not -- once somebody is on

11    U.S. territory, don't return them.  You can't return

12    them.  They must be processed.  No. 2 is if you're

13    unable to take anybody, you would mention that,

14    "We're not able to process you at this point."

15      Q.    Are you referring to the April 2018 metering

16    memo from CBP, or is there specific written guidance

17    from San Luis about what asylum seekers are told?

18      A.    I believe that's the April metering

19    guidance.

20      Q.    Are you aware of any other written

21    instructions to CBP officers in San Luis about what

22    they're supposed to tell asylum seekers when they're

23    metered?

24      A.    Can you repeat that?

25      Q.    Are you aware of any other written guidance



Page 78

1    that's given to San Luis CBP officers about what

2    they're supposed to tell asylum seekers when they

3    are metered?

4        A.   I think I need to talk to my counsel before

5    I answer.

6        Q.   Okay.

7              MS. SHINNERS:  Do you have a question

8    about privilege, Mr. Humphries?

9              THE WITNESS:  Yes.

10              MR. LEV:  Want to go off the record,

11    Katie?

12              MS. SHINNERS:  Yeah.  Why don't we go

13    off the record?  Thank you, Ori.

14              THE VIDEOGRAPHER:  We are off the

15    record at 10:36 a.m.

16              (Recess taken.)

17              THE VIDEOGRAPHER:  Back on the record

18    at 10:49 a.m.

19    BY MR. LEV:

20        Q.   Mr. Humphries, I believe that before we went

21    off the record I asked you whether there was any

22    written guidance provided to CBP officers at San

23    Luis regarding what they should tell asylum seekers

24    who were being metered other than the April 2018

25    metering memo.



Page 79



25                MS. SHINNERS:  Object to the form.



Page 80

██

██

██

4          MR. LEV:  I'm sorry.  There was some

5     background noise.

6          (Court reporter's phone was

7     disconnected.  Upon reconnecting, there was a

8     discussion off the written record.  It was agreed

9     upon by counsel and the court reporter to type in

10    the missed testimony with the audio from the

11    videographer.)

12         MR. LEV:  Okay.  So are we back on the

13    record and good to go?

14         THE COURT REPORTER:  Yes.

15    BY MR. LEV:

██

██

██

██

██

██

██

██

24         MS. SHINNERS:  Object to the form.

25         THE WITNESS:  I would say that there



Page 81

1    was an officer at the international boundary, and so

2    I would -- I don't know what your definition of

3    "turnback" is, but nobody was turned back from the

4    U.S. territory.

5    BY MR. LEV:

6        Q.    Okay.  So let me ask the question a

7    different way.

25    ///



Page 82



1    BY MR. LEV:

16   BY MR. LEV:



Page 83



```
 4                (Court Reporter's audio was

 5      disconnected from WebEx.)

 6                (Recess taken.)

 7                THE VIDEOGRAPHER:  Back on the record

 8      at 10:58 a.m.

 9      BY MR. LEV:
```

```
24                MS. SHINNERS:  He was getting -- he was

25      trying to answer your question.
```



MAGNA
LEGAL SERVICES

Page 84

1          MR. LEV:  Okay.  Well, he wasn't

2     actually answering it, and --

3          MS. SHINNERS:  But you didn't let him

4     finish.  I just ask -- I just ask that you -- that

5     you let him finish his answer.  Thank you.

6     BY MR. LEV:

7     Q.   Okay.  Do you want to finish your answer,

8     sir, or do you want me to ask the question again?

9     A.   Re-ask the question, please.



Page 85

██████████████████████████████████

██

                    ██████████████████████

████████████████████████████████

██████

6     BY MR. LEV:

7         Q.   I'm referring to an asylum seeker at the

8     pedestrian lane and whether there was a time period

9     since June of 2018 where, because the port was,

10    quote, not at capacity, CBP was allowing such people

11    to enter.

12             Not those who ran up in the vehicle lane but

13    came to the pedestrian lane and CBP allowed them to

14    enter because it was a time period when the port was

15    not at capacity.

16             You identified that as a possible time when

17    folks would not be told to wait in Mexico, and I'm

18    trying to understand if that, in fact, occurred or

19    if that was just a theoretical possibility.

██       ██     ██████████████████████████

██    █████████████████████████████████

██    ████████████████████████████████

██    ████████████████████████

24        Q.   Who are "those" -- when you say you would

25    "bring in those," who are you referring to?



Page 86

███  ███  █████████████████████████████
███  █████████████████

3     Q.    Where were they waiting in line, sir?

4     A.    They were waiting in line on the Mexican --

5     Mexican side, directly south of the pedestrian lane.

███  ███  █████████████████████████████
███  ███████████████████████████████
███  ████████████████████████████████
███  ████████████████████████████

███  ███  ████████████████████████████
███  ████████████████████████████████████
███  █████████████████████████████
███  ████████████

14    Q.    And is it your testimony that the

15    individuals who were brought in were those that were

16    physically present and waiting on the Mexican side

17    of the entrance?

18    A.    At some -- when the people waited on the

19    south side, just south of the pedestrian turnstiles,

20    they were brought in in the order that they were

21    waiting.

███  ███  ████████████████████████████
███  ████████████████████████████
███  ████████████████████████████████
███  ████████████████









Page 88



Page 89



25      A.    I believe the City of Nogales, Sonora, was



Page 90

1    in charge of that, and I believe they named her as

2    the DOC.

3        Q.    So you're referring to the City of Nogales

4    in Mexico, not in Arizona; correct?

5        A.    In Mexico, Sonora.



Page 91

███████████████████████████████████

█████████████████████████████████████

███████████████

BY MR. LEV:

    Q.   Okay.  You're not going to answer my

question.  I'm going to move on.

           ████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████

██████████████████████████████████

████████████████████████

█      ██   ██████████████████████████

█████████████████████████████████

█████████████████████████████████████

    Q.   And how would you determine that you were

able to take in additional asylum seekers in a given

day?

           MS. SHINNERS:  Object to the form.

           THE WITNESS:  Whenever we had the

capacity to bring in more, we would bring in more.

BY MR. LEV:

    Q.   When you say "capacity," do you mean -- I'm

sorry.  Go ahead.

    A.   So whenever we could bring in more, we would



Page 92

1    bring in more based on how many we had at the time,

2    based on whether ICE, ERO, was timely accepting

3    those that had already been processed.  Based on

4    many, many factors.

5        Q.   Are you talking about detention capacity,

6    sir, or operational capacity?

7        A.   I'm talking about just capacity to bring

8    more in.  I constantly brought in more throughout

9    that period.



Page 93

████████████████████████████████████████

2  were over that.  During that period, there were

3  times we were under that.

4      Q.   And if you were under that, that's when you

5  would allow additional asylum seekers in, as you had

6  additional capacity?

7      A.   I would bring in additional if we were able

8  to provide the care that was needed and have the

9  space to do that.

10     Q.   Based on those numbers that you were

11 reporting daily?

12         If you --

13             MR. LEV:  Can we look at --

14             MS. SHINNERS:  I'm sorry.  Is there a

15 question?  I think the question was trying to

16 answer.  You just said, "Based on those numbers that

17 you were reporting daily," and the witness didn't

18 get a chance to answer that question.

19 BY MR. LEV:

20     Q.   Correct, sir?

21     A.   We brought in people based on our ability

22 to -- to provide healthy care without -- keeping in

23 mind the spread of disease and viruses.  There were

24 times there were chickenpox and measles, head lice,

25 scabies, those kind of things, so that all went into



Page 94





Page 95





Page 96









Page 98





Page 99





Page 100



```
24      Q.  And so as you sit here today as CBP's
25  witness, you don't know what that number 65
```



Page 101

1    represents in terms of where within the Nogales POE

2    those 65 detainees are supposed to be held if you

3    were at 100 percent capacity?

22              MS. SHINNERS:  I understand your

23   frustration, but you have to let him finish the

24   question.

25              MR. LEV:  No, I don't, Katie.  My job



Page 102

1    is to ask questions.  His job is to answer them.

2    And if he's not answering them, I'm entitled to ask

3    him the question so that he answers it.

4    BY MR. LEV:

5        Q.   Go ahead, sir.

6               MS. SHINNERS:  That's fine, but I

7    please ask that you let him finish answering the

8    question to the best of his ability.  Thank you.

22   Entry's contingency program; correct?

23       A.   Correct, but there's limitations.

24       Q.   And so if you added the detention capacity

25   at the Santa Cruz County Sheriff's Office to the



Page 103



15              MR. LEV:  Okay.  Why don't we take --

16      can we take a short break, please?  Maybe five

17      minutes.

18              MS. SHINNERS:  That's fine with me,

19      yeah.  Is it fine with you?

20              THE WITNESS:  Sure.

21              MR. LEV:  Thanks.

22              THE VIDEOGRAPHER:  Off the record at

23      11:27 a.m.

24              (Recess taken.)

25              THE VIDEOGRAPHER:  Back on the record



Page 104

1    at 11:42 a.m.

2    BY MR. LEV:

3        Q.    Mr. Humphries, during your tenure as the

4    Port Director at Nogales, has CBP ever sent asylum

5    seekers back to Mexico who had already physically

6    crossed the border into the United States?

7        A.    Not during my tenure.

8              MR. LEV:  Can we take a look at

9    Exhibit 158, please?

10             (Whereupon, Exhibit No. 158 was marked

11   for identification.)

12   BY MR. LEV:



Page 105



25        Q.    Sure.   Take your time.



Page 106





Page 107





Page 108



17    Q.    Okay.  I would like to go back to your

18    Declaration, which is Exhibit 120, and on page 4 of

19    that Declaration, at Paragraph 9 --

20                   MR. LEV:  Next page.  Sorry.

21    BY MR. LEV:

22    Q.    -- you see it says that, "Individual cases

23    alone can also require significant manpower and

24    affect our ability to process and hold other

25    aliens"?



Page 109

1          Did I read that correctly?

2     A.    Yes.

3     Q.    And then the paragraph goes on to describe

4     how an asylum seeker who arrived at the POE on

5     August 24th, 2019, required hospitalization, and it

6     describes the resources it took to drive him to the

7     hospital and watch over him.

8          Do you see that?

9     A.    Yes, I do.

10    Q.    What records did you review to identify the

11    information that sets -- that is set forth in

12    Paragraph 9?

13    A.    Those are probably situational awareness

14    updates to us.

15    Q.    Would they be in e-mails, or are they in

16    some kind of log?

17    A.    There -- there would be -- probably in a

18    shift update.

19    Q.    Which is an e-mail or a --

20    A.    Yeah, every shift, an e-mail.

21    Q.    Okay.  Thank you.

22              MR. LEV:  And if we could take a look

23    at Exhibit 128, and we're going to be toggling back

24    and forth to 120 a bunch, and if we could, yeah,

25    expand that.  Thank you.



Page 110

1              (Whereupon, Exhibit No. 128 was marked

2      for identification.)

3      BY MR. LEV:



Page 111





Page 112



```
22              MS. SHINNERS:  Object to the form.
23    This is not actually -- I just want to note that
24    that's -- the -- object to the form.  I don't want
25    to --
```



Page 113

1          Go ahead.  You can answer.

2          MR. LEV:  Let me re-ask the question.

3     BY MR. LEV:

10    Q.   Okay.  Thank you.

11         MR. LEV:  If we can go back to Exhibit

12    120 and Paragraph 10 of your Declaration on page 5?

13    I'm sorry.  It's document page 5, so it's probably

14    PDF page 6.

15    BY MR. LEV:

16    Q.   And Paragraph 10 states that -- about

17    halfway through, it says, "We can encounter multiple

18    seizures on the same day, requiring multiple

19    individuals involved to remain in custody and

20    processed for criminal prosecution."

21         Do you see that?

22    A.   Yes.

23    Q.   Okay.  And the paragraph -- and you would

24    have reviewed the same sort of shift logs for the

25    information in this paragraph?



Page 114

1    A.    Correct.

2    Q.    The paragraph then goes on to state that --

3    it gives a couple days of examples.  Among them, it

4    says, "On June 16th, 2019 and June 26th, 2019, we

5    processed three narcotic seizures and four narcotic

6    seizures, respectively."

7          Did I read that correctly?

8    A.    Yes.

9    Q.    And then it goes on to state "that the port

10   had to dedicate a portion of its holding capacity to

11   detain these individuals pending their criminal

12   prosecution, instead of using that space to detain

13   inadmissible aliens."

14         Did I read that correctly?

15   A.    You did.

16   Q.    And is it your testimony that had you not

17   had to detain these narcotics traffickers, you would

18   have processed additional asylum seekers on that

19   day?

20   A.    It is my testimony that we were -- we were

21   tasked with other responsibilities that day, part of

22   which included -- some of these would have to be

23   processed, to cancel their Visas before they would

24   go to -- to jail.

25         So they would be in the -- they would be in



Page 115

1    the -- gone through the detention to the Passport

2    Control Unit, had their visa canceled, and then they

3    would usually go on with the HSI agent to jail.

4        Q.   And let me ask the question a different way,

5    because I asked it poorly.

6            The last sentence there indicates that you

7    had to dedicate a portion of the holding capacity to

8    detain these individuals, and then my question for

9    you is whether the port would have processed

10   additional asylum seekers had it not had to detain

11   these individuals?

12       A.   I believe that we have to have space

13   reserved for contingencies that could happen over

14   the period of a day.

15       Q.   So I'll take that as a no.

16               MR. LEV:  If we can take a look at

17   Exhibit 130, please.

18               (Whereupon, Exhibit No. 130 was marked

19   for identification.)

20   BY MR. LEV:

21       Q.   This is a June 17th MCAT report from

22   Nogales; correct?

23       A.   Yes.

24       Q.   And the report indicates that on the morning

25   after the first date we were just talking about --



Page 116





Page 117





Page 118

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

███████████████

███████████████████████████

████████████████████████████

████     ████████

████     ███████████████████████████████

████████████████████████████████

████     ████████████████

11    A.    Correct.

12    Q.    Let's go to Paragraph 13 of your

13    Declaration.

14              MR. LEV:  And, I'm sorry.  That would

15    be -- I didn't write down the page numbers.  I'll

16    try page 7.

17    BY MR. LEV:

18    Q.    Paragraph 13 states that you're sending --

19    you're offering the information in the subsequent

20    subparagraphs to, quote, illustrate why the PO --

21    the Nogales POE may be limited in its ability to

22    process aliens without documents for lawful entry to

23    the United States at any given day.

24              Did I read that correctly?

25    A.    That's the top paragraph?



Page 119

1      Q.   Yes.  The second sentence of that top

2   paragraph.

3      A.   Yes.

4      Q.   Did the events that you describe in

5   Paragraphs 13(a), 13(b), and 13(c), in fact, limit

6   the Nogales Port of Entry's ability to process

7   asylum seekers on the dates described?

8      A.   They all illustrate that the port has many

9   responsibilities and to take 21 aliens in custody

10  for medical screening where the emergency room has

11  asked us to only take two at a time, that all --

12  that all affects our ability to operate.  We didn't

13  take 21 at a time.  We probably took two or three at

14  a time.

15     Q.   Right.

16          And you're referring to Paragraph 13(a)

17  where you talk about April 24th, 2019, when you took

18  21 aliens into custody, were taken for medical

19  screening?

20     A.   Correct.

21     Q.   Okay.

22          MR. LEV:  Can we take a look at

23  Exhibit 132, please?

24          (Whereupon, Exhibit No. 132 was marked

25  for identification.)



Page 120

1    BY MR. LEV:



17          MR. LEV:  Why don't we take -- can we

18   take another five-minute break for us to regroup for

19   our final stretch here?

20          MS. SHINNERS:  That's fine.  That works

21   for me.

22          Mr. Humphries, maybe we can take a

23   quick break in the separate connection as well.

24          THE WITNESS:  Okay.

25          MR. LEV:  Thank you.



Page 121

1              THE VIDEOGRAPHER:  Off the record at

2      12:04 p.m.

3                   (Recess taken.)

4              THE VIDEOGRAPHER:  We're back on the

5      record at 12:17 p.m.

6                        EXAMINATION

7      BY MS. WALTERS:

8      Q.    Good afternoon, Mr. Humphries.  My name is

9      Karolina, or Caroline, Walters, and I also represent

10     plaintiffs in this case, which we've mentioned.

11     A.    Good afternoon.

12     Q.    Good afternoon.

13           You previously testified that you understood

14     that you were designated as a CBP representative to

15     speak to Topic 15 on the 30(b)(6) Deposition Notice

16     that Mr. Lev showed you; correct?

17     A.    Yes.

18     Q.    Okay.  So my role here today is I'm going to

19     ask you questions about CBP's communications with

20     Mexican government agencies concerning metering,

21     queue management, or turnback, as is covered by

22     Topic 15.

23           Understood?

24     A.    Yes.

25     Q.    Great.



Page 122

1          So the same rules that Mr. Lev outlined at

2    the start of the deposition apply to my questioning

3    as well.

4          Understood?

5     A.   Yes.

6     Q.   Great.

7          And in particular, my questioning, if I ask

8    a question about your knowledge or your

9    understanding, I'm asking about your knowledge or

10   understanding in your professional capacity as a CBP

11   representative.  Okay?

12    A.   Okay.

13    Q.   Wonderful.

█    ████████████████████████████████████████████████

█    ██████████████████████████████████████████

█    ████████████████████████████████████████

█    ██████████████████████████████

█    ██████████████████████████████████████████

█    ██████████████████████████████████████████

█    ████████████████████

█    ████████████████████████████████████

22   for identification.)

23             MS. WALTERS:  Kevin, if you can

24   highlight the first full e-mail in that chain, or

25   the e-mail at the top.



Page 123

1    BY MS. WALTERS:

2        Q.   Mr. Humphries, I'm going to ask you to take

3    a moment to review that first page of the e-mail and

4    just let me know verbally --

5        A.   Okay.

6        Q.   -- when you've done so --

7        A.   Okay.

█    █    ████████████████████

█    ██████████████████████████████

█    █████████████████████████████

█    █    ██████

█    █    ██████████████████████████████

█    ████████████████████████████

█    ████████████████████████

█    ███████████████

█         █████████████████

█    █    ██████

█    █    ████████████████████████

█    ███████████████████

█    █    ███████████

21               (Whereupon, Exhibit No. 142 was marked

22   for identification.)

23   BY MS. WALTERS:

24       Q.   Okay.  I would like to show you what we have

25   marked now as Exhibit 142, which bears the Bates



Page 124

1      No. AOL-DEF-00793564, and I'll represent to you that



Page 125





Page 126









Page 128





Page 129



```
21              (Whereupon, Exhibit No. 155 was marked
22        for identification.)
23        BY MS. WALTERS:
24           Q.   All right.  At this point, I would like to
25        show you Exhibit 155.
```



Page 130

1         So this exhibit bears the leading

2    Bates No. AOL-DEF-O1267493 through 494.  I'll

3    represent to you that Exhibit 155 is a

4    November 17, 2016, e-mail exchange from Jesus Cruz,

5    or perhaps Jesus Cruz, directed to you, with the

6    subject, "Regarding asterisk, asterisk, asterisk,

7    RFI, asterisk, asterisk, asterisk, Please Provide

8    Response by COB today."

9         A.   Yes.

10        Q.   Do you see that?

11        A.   Yes.

12        Q.   And Jesus Cruz was the Watch Commander of

13   the Nogales POE at the time.  Is that correct?

14        A.   I believe at the time he was -- yes, he was

15   a Watch Commander then.

16        Q.   And do you have any reason to question the

17   accuracy of the answers he provides in this e-mail?

18        A.   Can I read it first?

19        Q.   Yes.  I'm sorry.  Please take a moment, and

20   let me know when you've done so.

21        A.   And can I read the whole thing or just -- I

22   need to read just this area?

23        Q.   No.  You may read the whole thing,

24   absolutely.

25        A.   I just want to see what the ask was, it



Page 131

1    looks like, from headquarters.

2        Q.    Sure.

3              MS. WALTERS:  Kevin, perhaps if you

4    could -- yes.  It might extend onto the -- yeah.

5    BY MS. WALTERS:

6        Q.    So do you see the question -- it's actually

7    on this highlighted portion Kevin has up for us



Page 132



15              (Whereupon, Exhibit No. 154 was marked

16     for identification.)

17     BY MS. WALTERS:

18        Q.    Okay.   And now I would like to show you

19     Exhibit 154, which bears the

20     Bates No. AOL-DEF-01266769.

21              I'll represent to you that this exhibit is a



Page 133

1          What does "UDA" stand for?

2     A.   "Undocumented aliens."

3     Q.   And David Figueroa is a supervisory CBP

4     officer - admissibility at this Port of San Luis,

5     Arizona; correct?

6     A.   Supervisory CBP officer, yes.

7     Q.   And do you have any reason to doubt the

8     accuracy of the information he provides in this

9     e-mail?

10    A.   No.

███         ███    ████████████████████████████

███    ███████████████████████████████████████████

███    ████████████████████████████████████████

███    ████████████████████████

15             MS. WALTERS:  Kevin, can you highlight

16    that?  It's maybe a third of the way down the page.

17    BY MS. WALTERS:

18    Q.   Did I read that correctly?

19    A.   You read that correctly.

███         ███    ████████████████████████████

███    ██████████

███              ████████████████████████████

███              █████████████████

███              ████████████████████████████

███    ███████████████████████████████████████







Page 135



1     waiting to be processed by CBP?

2         A.    I don't know the answer to that.



Page 136

███████████████████████████████████

███████████████████████████

██   █████████████████████████

█████████████████████████████

██  ████████

```
 6        Q.   Can anybody hear me?

 7        A.   Yeah, I hear you.

 8             MS. WALTERS:  I'm so sorry.  I'm having

 9   a bit of a computer issue.  I can hear you, but I

10   can't see you, sir.

11             THE WITNESS:  Can anybody else see me?

12             MR. LEV:  I can see you.

13             MS. WALTERS:  I'm sorry.  I think my

14   computer did something.

15             MS. SHINNERS:  Should we go off the

16   record for a moment, Caroline?

17             MS. WALTERS:  Can we just go off for

18   one second?

19             THE VIDEOGRAPHER:  Off the record at

20   12:41.

21             (Recess taken.)

22             THE VIDEOGRAPHER:  We're back on the

23   record at 12:46 p.m.

24   BY MS. WALTERS:

25        Q.   So apologies for the interruption.  Thank
```



Page 137

1    you for your patience.

2         Mr. Humphries, I'm just going to ask one

3    more time because of the disruption.

█

█

█

█

█

█    ■

█

█

12    Q.   But, Mr. Humphries, you are the 30(b)(6) for

13    communications on this Topic 15 at Nogales from 2016

14    to the present.   Is that correct?

15    A.   Correct.

16              (Whereupon, Exhibit No. 156 was marked

17    for identification.)

18    BY MS. WALTERS:

19    Q.   Okay.   And -- so at this point, I would like

20    to show you Exhibit 156, which bears the leading

21    Bates No. AOL-DEF-00788035 through 88036.   I'll

█

█

█

█



Page 138

1           And I'm going to ask you to just pause a

2    little bit between the initial e-mail, which is

3    found at the bottom of the second page of

4    Exhibit 156 from Bonnie Arellano, and then the last

5    e-mail at the bottom of the first page.

6               MS. WALTERS:  So for right now, Kevin,

7    if you could just allow Mr. Humphries to review this

8    e-mail from Mrs. Arellano.

9    BY MS. WALTERS:

10     Q.   And just let me know when you've done so,

11   Mr. Humphries.

12     A.   Okay.  Okay.

20     A.   Correct.

21     Q.   And now if you could look at Officer Campos'

22   response, which is at the bottom of the first page

23   of Exhibit 156, and I'll let you read the whole

24   e-mail, and just let me know when you've done so.

25     A.   Okay.



Page 139





Page 140



```
10              MS. SHINNERS:  Objection.  Compound.

11              Go ahead.

12   BY MS. WALTERS:

13       Q.   You may answer.

14       A.   If INAMI brings them over, we're going to

15   take them in, if we've called INAMI to bring over

16   some.
```



Page 141

███  ███████████

███   ██   ██

███   ██   ███████████████████████

███  ████████████████

███   ██   ████████████████████

███  ██████████

```
 7      Q.   And, again, you're the 30(b)(6) for

 8   communications at Nogales from 2016 to the present,

 9   so if that were incorrect, you would know that;

10   correct?

11      A.   Well, I hadn't seen --

12           MS. SHINNERS:  Object to the form.

13   BY MS. WALTERS:

14      Q.   You may answer.

15      A.   I hadn't seen that previous exhibit until

16   now, and I didn't go to the Nogales Port of Entry

17   until November of 2019, but this was the first time

18   I had seen that one e-mail --

19      Q.   But you are designated as the 30(b)(6)?

20      A.   -- from 2016.

21      Q.   Yes.

22           But, sire, you're designated as the 30(b)(6)

23   representative on Topic 15 from 2016 to the present

24   for Nogales.  Is that correct?

25      A.   That's correct.
```



Page 142

 1                    MS. WALTERS:  Okay.  So at this moment,

 2     Katie, I see that -- at least according to my

 3     calculations, I believe we've reached the

 4     agreed-upon time for plaintiffs' portion of this

 5     deposition, and so I think at this point we need to

 6     stop our questioning.

 7                    MS. SHINNERS:  Okay.  We agree with

 8     that.

 9                    MS. WALTERS:  Okay.

10                    MS. SHINNERS:  If perhaps we can go off

11     the record and take a quick break or maybe a longer

12     break?

13                    MS. WALTERS:  Yes, certainly.

14                    Do you want -- do you want to give us a

15     sense of how long you may need so that we're not

16     just constantly checking back in?

17                    MS. SHINNERS:  Sure.  Why don't we go

18     off the record and then we can discuss.  Is that

19     okay?

20                    MS. WALTERS:  How long -- I'm just

21     asking, do you need like a half an hour or -- so we

22     can go --

23                    MS. SHINNERS:  I'm thinking about --

24                    MS. WALTERS:  Off the record, yeah.  My

25     apologies.



Page 143

1            THE VIDEOGRAPHER:  Off the record at

2    12:54 p.m.

3            (Recess taken.)

4            THE VIDEOGRAPHER:  We're back on the

5    record at 1:37 p.m.

6                    EXAMINATION

7    BY MS. SHINNERS:

8      Q.   Mr. Humphries, good afternoon.  I'm just

9    going to ask you a few question to follow up on some

10   of the topics that plaintiffs' discussed --

11   plaintiffs' counsel discussed with you earlier

12   today.

13           First, is it typical for the Nogales Port of

14   Entry to be at 100 percent detention or physical

15   capacity?

16     A.   No, it isn't.

17     Q.   And why is that?

18     A.   Well, the way our detention is set up, we

19   have to be -- there may be cases, such as

20   transgenders that identify as females, transgenders

21   that identify as males, unaccompanied alien

22   children, they -- they all have to be isolated from

23   the general population.

24           There's family units headed by a male,

25   family units headed by females.  There's single



Page 144

1    adult males, single adult females.  And then

2    there's -- we've had cases of HIV, chickenpox, head

3    lice, scabies.

4         So in those cases, somebody that -- you

5    know, an area that can hold seven is going to hold

6    one, and so that kind of affects the numbers we're

7    able to have in detention at that particular moment.

8    Q.   If you were -- if you were at 100 percent

9    capacity or more, would there be any negative impact

10   on detainees?

11   A.   Well --

12        MR. LEV:  Objection.  Calls for

13   speculation.

14        You can answer.

15        THE WITNESS:  I want to make sure that

16   everybody -- that we're providing the proper care to

17   everybody in our custody, that there are no

18   incidents.  We don't want any spread of virus or

19   anybody getting sick or -- or being sick and

20   spreading it in our custody.

21        We have to make sure that, for example,

22   the vulnerable population, such as the transgenders,

23   we have to take the utmost care and give them the

24   most protection available.

25   ///







Page 146





Page 147



```
10              MS. SHINNERS:  One moment.
11              All right.  I have no further questions
12    for you, Mr. Humphries.  Thank you so much for your
13    time.
14              THE WITNESS:  Thank you.
15              MR. NAZAROV:  Thank you for your time,
16    sir.
17              THE WITNESS:  Thank you.
18              MR. LEV:  Thank you, Mr. Humphries.  I
19    appreciate your time.
20              Katie, we're going to keep the
21    deposition open for three reasons.  One is
22    Mr. Humphries' lack of knowledge of communications
23    at Nogales prior to his tenure there.  The second is
24    the production of text messages that we understand
25    are still forthcoming and that we don't have, and
```



Page 148

1  the third is our broader dispute regarding whether

2  this testimony should be limited to Nogales, as

3  opposed to the other ports of entry in the southwest

4  Border.

5           MS. SHINNERS:  Okay.  Well, we can

6  disagree, but we don't need to get into that there.

7  You're requesting to keep the deposition open, and

8  we disagree with that request, but we can work that

9  out at another time.

10          I do want to note that to the extent

11 that you are concerned about questions that relate

12 to ports of entry beyond Nogales, were you able to

13 ask the questions that you wanted to ask?

14          MR. LEV:  I was able to ask the

15 questions I was wanting to ask.  I just didn't -- I

16 wasn't getting informed answers from Mr. Humphries

17 because he indicated he didn't really know what was

18 happening at the --

19          MS. SHINNERS:  Okay.  All right.  Thank

20 you for your position.

21          The witness would like to take the

22 opportunity to read and sign the transcript.  And I

23 think that's it, then.  Correct, Ori?

24          MR. LEV:  I think so, yeah.  Thank you

25 very much, Mr. Humphries.



Page 149

1           THE VIDEOGRAPHER:  Off the record at

2     1:45 p.m.

3               (Deposition concluded at 1:45 p.m.)

4

5

            MICHAEL HUMPHRIES

6           30(B)(6) U.S. CUSTOMS AND BORDER PROTECTION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 150

1    STATE OF ARIZONA    )

2    COUNTY OF MARICOPA )

3            BE IT KNOWN the foregoing deposition was

4    taken by me pursuant to stipulation of counsel; that

5    I was then and there a Certified Reporter of the

6    State of Arizona, and by virtue thereof authorized to

7    administer an oath; that the witness before me

8    testifying was duly sworn by me to testify to the

9    whole truth; pursuant to request, notification was

10   provided that the deposition is available for review

11   and signature; that the questions propounded by

12   counsel and the answers of the witness thereto were

13   taken down by me in shorthand and thereafter

14   transcribed into typewriting under my direction; that

15   the foregoing pages are a full, true, and accurate

16   transcript of all proceedings and testimony had and

17   adduced upon the taking of said deposition, all to

18   the best of my skill and ability.

19           I FURTHER CERTIFY that I am in no way

20   related to nor employed by any parties hereto nor am

21   I in any way interested in the outcome hereof.

22           DATED at Phoenix, Arizona, this 10th day of

23   May, 2020.

24

                      Alisa Smith, AZ CR

25                    AZ Certified Reporter No. 50712



**A**

**abilities** 38:17
**ability** 76:24
  81:23 87:23
  93:21 102:8
  108:24 118:21
  119:6,12
  150:18
**able** 39:23 43:9
  46:12 68:22
  76:25 77:14
  86:12 91:17
  93:7 116:21
  126:1 140:23
  144:7 146:2
  148:12,14
**absolutely**
  108:16 130:24
**accept** 76:24
  87:23 91:15
  96:1 103:9
  126:4,14
**accepting** 88:17
  90:20 92:2
**access** 59:16
**accommodate**
  46:12 47:3
**account** 14:4,6
**accuracy** 130:17
  133:8
**accurate** 6:21
  33:25 34:5
  150:15
**accurately** 32:10
**acting** 32:15,16
  32:19,22 33:8
  33:21 34:6,7
  47:19,21 48:5
**activities** 48:10
  55:1 64:8
  111:15
**activity** 28:13
  56:8 58:5
  132:24
**actual** 33:7 40:23

75:25
**add** 43:11 101:14
**added** 102:24
**addition** 34:6
**additional** 39:25
  43:16 44:12
  86:13 91:17
  92:24 93:5,6,7
  94:6 114:18
  115:10 116:10
  126:2
**adduced** 150:17
**administer** 150:7
**administrative**
  12:3
**admissibility**
  133:4
**adoption** 15:7
**adult** 144:1,1
**adults** 103:10,12
  103:13
**affect** 108:24
**affidavit** 12:16
  12:17 58:13
**afternoon** 121:8
  121:11,12
  143:8
**agencies** 15:14
  121:20
**agency** 21:4,6
  129:13 139:22
**agency's** 11:17
**agent** 115:3
**ago** 94:3
**Agosttini** 97:13
**agree** 7:13 43:19
  100:22 103:5,6
  142:7
**agreed** 58:16
  80:8 132:3
**agreed-upon**
  142:4
**agrees** 82:6
**Aguirre** 26:4,14
**ahead** 43:5 52:16
  60:25 82:24

91:24 102:5
  111:21,22
  113:1 140:11
**airport** 36:3,3
  48:12 49:8,25
**airports** 95:20
**al** 1:4,4,8 5:3
  17:4 22:8,11,15
  22:16,18 23:1,5
**alien** 82:19
  143:21
**aliens** 108:25
  114:13 118:22
  119:9,18 133:2
**Alisa** 1:24 2:5
  5:11 150:24
**allegedly** 44:9
**allow** 45:25 89:3
  89:21 92:24
  93:5 95:23
  138:7
**allowed** 9:17
  42:16 43:1
  83:13,23 84:16
  84:20 85:13
  86:25 87:21
  88:10 89:4,9,23
**allowing** 41:9
  85:10 87:10
**America** 94:18
  146:23
**American** 2:14
  5:18 47:16
  107:1
**Americans**
  124:11
**and/or** 15:5
**Angeles** 2:12
**answer** 6:20 7:8
  7:11,17,18,24
  18:2,5 21:16
  22:23 23:12,14
  23:16 27:12
  30:21 31:17
  36:11,18 37:1
  37:11,16,24

39:8 40:11
  42:22 44:1,3
  51:21,23 52:17
  53:24 54:6 55:7
  56:1,4 57:13,23
  64:2,15 65:3
  67:8,9,18 70:21
  71:1,1 73:2,4,9
  74:13 78:5
  83:25 84:5,7
  88:22 91:5
  93:16,18 102:1
  113:1 125:5,6
  126:9 127:14
  133:23 135:2
  140:13 141:14
  144:14 145:15
**answered** 31:22
  54:5
**answering** 7:7
  57:14 84:2
  102:2,7
**answers** 31:8
  102:3 130:17
  148:16 150:12
**anybody** 22:5
  26:18 72:18
  75:6,10,12
  77:13 89:17,21
  100:14 136:6
  136:11 144:19
**anytime** 127:25
**AOL-DEF-O1...**
  130:2
**AOL-DEF-007...**
  137:21
**AOL-DEF-007...**
  122:16
**AOL-DEF-007...**
  124:1
**AOL-DEF-012...**
  132:20
**APD** 25:24,25
**apologies** 136:25
  139:13 142:25
**apologize** 64:3

**appearances**
  5:14
**appearing** 2:4,9
**applicability**
  79:6
**apply** 71:22 72:8
  72:12 122:2
**applying** 38:15
  45:1
**appreciate** 61:11
  147:19
**approach** 72:7
  73:25 75:16
  76:21 82:11
  84:19
**approached**
  43:20 64:25
**approaching**
  71:19,21 80:21
  81:16
**approximately**
  7:22 50:22
  59:24 98:16
  103:3 134:9
**April** 1:14 2:3
  5:6 70:5,23
  77:15,18 78:24
  79:13 119:17
  120:3
**area** 10:15 33:8
  33:23 34:10
  43:16 47:23
  48:5,6 94:9,11
  94:13 96:11
  98:1,18,19,20
  99:2,22 105:12
  130:22 132:7
  144:5 145:17
**areas** 100:12
**Arellano** 97:13
  137:23 138:4,8
  139:8
**Arellano's**
  138:13
**Ari** 2:18 5:24
**Arizona** 1:15 2:6



10:15 36:1
42:12 44:14
46:8 64:18
73:24 90:4
133:5 150:1,6
150:22
**arrangements**
40:1
**arrested** 13:10
**arrival** 74:17
**arrive** 140:3
**arrived** 109:4
**arriving** 39:16
44:22 69:15
133:14
**article** 28:21 29:4
29:4
**articles** 28:16,20
29:1
**asked** 16:24
19:12 23:13,15
23:15,22,24
26:6 30:16 31:1
40:23 47:3
53:25 64:10,13
73:5 74:15
78:21 97:6
115:5 119:11
124:8,14,16
**asking** 6:15
16:14 26:12
30:22 31:1
57:10 101:6,7
106:20 122:9
133:25 142:21
**assigned** 61:17
62:10,13 99:21
**Assistant** 19:3
25:22 32:20,25
35:18 37:19
38:3 44:15
**Assisting** 64:5
**assume** 7:11 48:4
49:14 108:9
**Assumes** 40:8
**assuming** 112:5

**asterisk** 130:6,6
130:6,7,7,7
**asylum** 3:23 4:18
37:22 38:9 39:3
40:5,6,15 48:24
62:18,23 63:3,9
63:17 64:24
70:8,16,17,18
71:14,16,19,20
71:23 72:1,6,22
73:19,25 74:2,6
74:21 76:20
77:7,17,22 78:2
78:23 79:15,21
80:20 81:16
82:10 83:2,12
84:12,19 85:7
88:9,11 89:7
90:16 91:17
92:24 93:5 94:6
96:1 104:4,17
104:18,23
105:3,19,22
106:3 107:15
108:2 109:4
114:18 115:10
119:7 133:20
134:4,5,9 135:4
140:3
**attaching** 3:13,15
3:17,19,21
**attempt** 46:25
98:2
**attempting** 43:21
**attention** 124:5
**attorney** 51:20
**attorneys** 7:15
9:18
**audible** 6:22
**audio** 6:24 45:12
62:3 74:18
80:10 83:4
**August** 33:17,20
38:6 109:5
110:4,12 112:2
112:14 122:18

126:17 128:24
129:3 137:22
140:18,21
**authorized** 150:6
**available** 12:25
20:5 40:13
144:24 150:10
**Avenue** 2:12,20
**aware** 63:2 69:7
69:21 70:2
73:18,24 77:20
77:25 94:17
127:24 128:17
128:19,21
**awareness**
109:13
**AZ** 1:24,25
150:24,25
**A-g** 26:4
**A-g-u-i-r-r-e**
26:4
**a.m** 2:3 5:7 60:5
60:8 78:15,18
83:8 99:12
103:23 104:1
111:23,24

_____

**B**

**Bachelier** 95:14
**back** 16:12 17:20
17:21 23:23
34:2 41:5 50:10
59:19 60:7 61:4
68:6 78:17
80:12,22 81:3
83:7 99:25
103:25 104:5
107:6 108:15
108:17 109:23
113:11 117:13
121:4 124:21
136:22 139:7
139:13 142:16
143:4
**background** 80:5
**backpack** 20:9

**Baldenegro**
71:13 95:14
**based** 58:3 73:9
75:4 92:1,2,3
93:10,16,21
101:12 134:18
134:20
**basis** 32:15 43:15
47:21 56:6,11
56:24 57:4 59:1
66:7 79:23 81:9
81:15 82:10
94:4 101:20
110:21
**Bates** 122:15
123:25 130:2
132:20 137:21
**Baxter** 95:14
**bears** 122:15
123:25 130:1
132:19 137:20
**began** 44:25
87:19 89:17
**beginning** 63:22
**begins** 5:2
**behalf** 15:12,20
75:11 82:6
**belief** 66:7
**believe** 12:17
14:21 17:1,7,13
26:21 27:2 29:3
31:8 34:20 39:1
39:2 41:2 47:11
55:10 58:15
61:5 62:22
64:16 66:5,12
67:25 68:2,3,3
72:5 77:18
78:20 79:3,7,11
79:13 87:1,7
88:1,4,24 89:18
89:20,25 90:1
90:10 91:2,13
106:24 115:12
125:24,24
128:2,21,25

**129**:11,16,17
129:20 130:14
132:14 133:24
136:3 137:9
142:3
**Bequette** 26:15
**best** 75:14 102:8
150:18
**Beta** 129:15,16
133:13 134:10
134:13,13,16
134:22,24
**better** 18:15,15
46:12,24
**Beverly** 97:2
**beyond** 74:25
100:12,13
128:1 148:12
**Bill** 147:4
**bit** 10:19 14:11
66:10 74:5
79:20 84:23
136:9 138:2
**blocks** 104:14
**blue** 123:13
**bodies** 133:13,20
**body** 11:24 12:2
**Bonnie** 97:12
137:23 138:4
**border** 1:13 2:2
3:3 6:5 8:12
14:19 32:20,25
35:18,21 36:4
36:13,19 37:6
37:20 38:4
40:21 42:5,17
42:25 43:1,13
43:20 44:10,16
50:3 64:6 71:22
75:25 76:1
89:16,18 95:20
95:25 104:6
106:7,22
107:14 108:5
146:24 147:2
148:4 149:6



borderline 105:20
bottom 96:21,22 96:23,24 134:7 138:3,5,22 139:14
boundary 40:23 41:8,15,19,23 62:5,9 66:2,8 66:13 75:21,23 76:19 80:2 81:1 106:5 108:1,5 108:11,12 135:11
breach 94:23,23
break 7:23,25 58:18 59:6,13 60:14 103:16 120:18,23 142:11,12
breaks 7:22 9:20 9:24
Brenda 88:2,3,12 89:13,23 90:8 90:14 91:3
Brian 124:3
bring 44:12 68:20 85:22,25 86:12 91:21,21 91:25 92:1,7,10 93:7 94:1,6 132:7 140:6,15 140:23
bringing 45:18 106:7 129:5
brings 140:14
Briseno 104:14
broader 79:6 148:1
broke 41:11 94:19
Brooks 124:4,7
brought 20:1,4 34:15 35:10,11 35:14 39:22,22 39:24 40:12

41:25 43:8,10 43:13 45:2 63:15 76:14 81:21 82:22,23 83:3 86:15,20 87:1 92:8 93:21 99:17 106:12 107:20 139:24
Brown 2:11 5:10 5:16
building 40:14
buildings 101:13
built 99:16,18,19
bullet 82:21
bulletin 123:13
bunch 109:24
busy 46:2,2,3 55:2,8 56:9 58:6
busyness 55:16
B-e-q-e-t-t-e 26:17

———— C ————
calculations 142:3
Calexico 44:24
California 1:2 2:12 5:5 42:10
call 26:20 61:5,7 61:7 89:13 90:17 128:7 132:4 135:7
called 14:9 56:23 140:15
calls 43:24 51:19 55:18 58:11 67:17 128:22 144:12 145:13
Campos 25:25 26:1,13 137:23 138:21 139:1 139:14
cancel 114:23
canceled 115:2
capability 40:13

41:21 43:12 45:23 65:5,12 85:23 86:10
capable 37:13
capacity 4:5 44:12 45:9 50:22,23 68:19 68:22 69:16 76:23 82:23 83:2,12 84:11 84:17,18 85:10 85:15,23 86:7 89:7 91:21,23 92:5,6,7,10,12 92:15,17,18,19 92:21,23,25 93:6 94:4,5,8 94:14 95:1 96:2 96:19 97:7,20 100:7,16 101:3 101:7,8 102:24 103:1 110:13 110:15 112:18 114:10 115:7 116:4 118:6 120:8 122:10 143:15 144:9 145:3,10 146:13,17
captioned 14:17 30:9
care 18:13 19:8 27:5 93:8,22 144:16,23 145:16,17 146:8
Caroline 121:9 136:16
case 11:16 12:14 12:18,19 15:24 17:4 30:14,17 94:23 105:10 106:11 121:10
cases 11:3,8 12:5 13:1 63:5,8 84:15 108:22

143:19 144:2,4
categories 83:22
CBP 8:12,20 10:11,16 14:2 15:13,20 32:12 33:15,19 34:22 35:5 37:21 38:8 38:19 44:9,11 48:18,21,23 61:13,16 62:10 65:22 69:20 72:24 75:11,17 75:22 76:11 77:16,21 78:1 78:22 79:15 80:17 82:6 85:10,13 100:3 104:4,24 105:3 106:4 110:18 121:14 122:10 124:14 126:3 126:13 128:6,7 128:8,13 129:1 131:18 132:11 133:3,6 134:25 135:1,3,10 140:1,18,22
CBP's 8:25 15:4 50:24 100:24 121:19
cc'd 97:3
cc'ing 132:23 137:24
ceiling 98:15 103:2
cell 97:19
cells 101:13
Central 47:16 94:18 107:1 124:11 146:23
certain 15:13 40:18 126:1 135:4
certainly 142:13
Certification 30:7

Certified 1:25 2:5 6:7 150:5 150:25
CERTIFY 150:19
chain 122:24
challenged 11:18
chance 59:14 93:18
change 70:21
Chapo 11:6
Characterizati... 107:17
charge 34:13 35:21 90:1
charged 11:10 13:8
check 59:4
checking 142:16
chickenpox 93:24 144:2
chief 17:13 19:4 25:23,24 26:3 99:20 117:2,5 139:2,15
Chiefs 110:6
child 11:21 82:19
children 143:22
choice 89:13
circumstances 94:16
City 88:5,15 89:25 90:3 91:2 91:14
Civ.P 14:18
claim 88:11 104:18,23 105:19 106:2
claiming 106:25
claims 4:18 11:25 12:1 40:6,15 104:18 105:3
clarify 12:2 15:19 28:9 60:20 61:2 64:5 66:21 92:13



**Class** 30:7
**classic** 37:6
**Claudia** 110:5
**clear** 84:14 95:22
  105:16
**Clinic** 19:6
**close** 100:3
**closer** 72:15
**COB** 4:14 130:8
**collected** 19:16
**collections** 19:22
**column** 111:2
**columns** 111:1
**come** 39:17 44:6
  44:8 59:19 85:5
  87:21 124:23
  140:9
**comes** 76:3
**comfortably**
  100:11
**coming** 35:9
  38:22 42:9
  49:12 95:5
**Command** 110:5
**Commander**
  130:12,15
**commencing** 2:3
**commercial**
  48:12 49:7,22
**communicate**
  9:18 128:8,13
  129:2 140:22
**communicated**
  140:19
**communicates**
  139:16
**communicating**
  9:23 131:25
  132:11
**communication**
  30:23 128:16
  140:25 141:3
**communications**
  15:14 30:20
  31:3 121:19
  137:13 141:8

147:22
**complete** 33:25
  34:6
**completely** 5:9
  32:11
**Compound**
  140:10
**compromised**
  147:2
**computer** 136:9
  136:14
**concerned** 18:11
  18:11 148:11
**concerning**
  121:20
**concluded** 149:3
**conclusion** 43:25
**conduct** 14:2
  59:2 61:17
  62:14
**conducted** 63:13
  107:12
**conducting**
  105:20 106:5
  106:22 107:14
  108:1,4,10
**conference** 26:20
  61:5
**confused** 84:23
  94:2
**congress** 12:2,9
**connection** 30:17
  47:14 59:16
  120:23
**consequences**
  9:12
**consideration**
  25:6 116:20
**considered** 11:15
**consistent** 61:21
**consistently**
  79:21
**constantly** 92:8
  97:6 142:16
**Consulate** 91:14
**contact** 87:25

91:3 125:25
  139:16,23
**contacted** 87:23
  129:4
**contacts** 139:20
**content** 30:23
**contents** 30:19
  31:3
**context** 146:19
**contingencies**
  115:13
**contingency**
  102:22
**continue** 44:20
  105:18 106:1,6
  106:20 128:4
**continued** 42:13
  47:23 128:1
**continuing**
  105:17
**contracts** 40:1
**Control** 18:22
  115:2 139:6
**conversation**
  6:19
**conversations**
  24:15
**convicted** 13:5
**coordinate** 89:22
  90:8,21 91:8,11
  139:2 140:20
**coordinated** 91:1
**coordinating**
  88:14
**coordination**
  88:5 139:9
**coordinator** 2:22
  139:17,21
**copies** 12:20
**copy** 12:23 30:12
**correct** 8:20 9:5
  10:12 20:23
  24:3 27:21
  30:12 33:9 36:5
  36:23 37:14
  41:17 43:22

44:10 45:10
  46:1,8,17 47:15
  47:20,24,25
  48:6 50:16,18
  50:19,24 51:3
  53:11 55:4
  73:15 75:8
  79:24 80:18,23
  81:12,18 89:3,9
  90:4 93:20 94:6
  96:3,5,9 98:12
  98:17 99:6
  100:1,5,18,19
  101:9,10,15
  102:18,19,22
  102:23 103:4
  105:11,12
  106:8,9 107:3
  110:8,9,13,16
  110:19,20,22
  110:24 111:11
  111:19 112:3,6
  112:14,18,19
  112:21 113:7
  114:1 115:22
  116:5,10,18
  117:21,24
  118:6,7,10,11
  119:20 120:3,8
  120:13,15
  121:16 123:10
  123:11 124:15
  126:5,16
  130:13 132:13
  133:5 134:19
  137:14,15
  138:19,20
  140:4,8,20
  141:1,4,10,24
  141:25 148:23
**correctly** 45:20
  97:9,22 98:8
  105:4 109:1
  114:7,14
  118:24 123:16
  124:12 131:15

131:21 132:9
  133:18,19
  134:11 138:16
  139:3,11,18
**Council** 2:14
  5:19
**counsel** 2:9 5:13
  9:23 16:4 17:13
  17:13 18:4
  20:11 21:14
  22:17,22 23:2,7
  23:13 25:20,21
  26:21,24 27:8
  27:22,23 28:1
  30:20 31:3,9,16
  31:24 51:19
  53:22 60:13
  61:6,7 78:4
  80:9 82:6
  143:11 146:11
  150:4,12
**counsel's** 23:11
  31:19 51:25
  52:8
**counterparts**
  124:9,17,18
**countries** 107:2
**County** 102:17
  102:25 103:7
  103:14 150:2
**couple** 23:22
  28:16 114:3
**course** 9:19
  22:10 67:7
**court** 1:1 5:5,11
  5:22 6:2,7,20
  7:4 10:21 11:23
  12:4 80:6,9,14
  83:4
**courtroom** 9:8
**cover** 79:10
**covered** 121:21
**covering** 8:3
**COVID-19** 27:4
**CR** 1:24 150:24
**Cranford** 2:22



29:20,24
**crime** 13:5,8
**criminal** 9:11
 11:6,20,22
 12:13,19
 113:20 114:11
**criminally** 11:10
**cross** 42:16 43:1
**crossed** 104:6
**crosses** 76:1
 95:20
**crossing** 49:6,6,7
 49:7,12,14,23
 66:19 80:1
 84:13 87:15,17
 99:19 105:13
**crossings** 48:13
**crosstalk** 54:15
 87:4
**Cruz** 102:17,25
 103:7,14 130:4
 130:5,12
 131:19,19
**current** 10:14
 100:16
**currently** 100:8
**custody** 4:12
 18:14 19:8 25:7
 46:10,13,19,20
 46:21 47:2
 95:23 110:14
 113:19 116:6
 119:9,18 120:9
 144:17,20
 145:11,19,22
 146:5 147:6
**custody/seizure**
 132:24
**Customs** 1:13 2:2
 3:3 6:5 8:11
 14:19 149:6
**C-a-m-p-o-s** 26:1

―――――――
**D**
**D** 3:1
**daily** 4:9 58:5

92:16,19,21
93:11,17 94:4
95:15 110:21
**dangerous** 43:8
**data** 52:12 55:15
 57:5,10,17
**date** 18:22 27:7
 27:14,21 87:14
 87:17 111:11
 115:25 116:4
 118:2 120:11
**dated** 3:14,16,18
 3:20,22,23 4:3
 4:6,7,10,12,14
 4:17,19 150:22
**dates** 17:21 51:3
 51:14,17 52:3
 52:12,23,25
 53:2,3,4,7,9,11
 54:2,5,7,7,22
 54:23,23,25
 55:1,15 56:7,12
 56:23,25 58:4
 119:7
**David** 132:22
 133:3
**day** 42:15 43:2
 52:14 53:1,6
 56:13 57:18
 86:7,11 89:14
 91:18 110:8,11
 111:6,16 112:6
 112:14 113:18
 114:19,21
 115:14 116:9
 116:21,22
 117:12 118:1
 118:23 132:25
 150:22
**days** 46:21,21
 53:5 54:2 55:4
 55:12 56:25
 57:2,3 114:3
**DC** 2:20 5:10
**decide** 42:15,24
**decided** 90:13

**decision** 51:16
 88:16 89:2,22
 90:7,11,19 91:7
 91:8,10 100:3
**decisions** 51:19
 88:23
**declaration**
 12:16 30:9,13
 30:16 31:7,25
 32:3,6,7 49:1
 50:9,21 51:1,8
 51:17 52:4,13
 52:24 53:17,21
 54:2,7,23 55:22
 56:12,17,23
 58:4,12 98:14
 103:3 108:18
 108:19 110:12
 113:7,12 116:2
 118:3,13
**declarations**
 12:23 56:7
**DeConcini** 49:6
 49:18,19 80:1
 80:18 81:9,14
 82:9 83:13
 84:13,19 87:11
 87:15 98:6
 99:17,19,22
 100:20 108:10
**dedicate** 114:10
 115:7
**defendant** 13:18
**defendants** 1:9
 2:17 3:12 5:23
 6:1 30:6
**define** 61:14,25
**definitely** 135:22
**definition** 39:12
 81:2
**degree** 67:8
**Department** 2:19
 5:21,25 8:7
**Depending** 76:23
 94:16
**deposition** 1:12

2:1 5:2,8 6:16
 8:22 9:19 12:11
 14:19 17:3,24
 18:10,19 19:23
 20:2,15,21
 21:10,15,24
 22:3,4,8,20
 24:8,15 25:13
 25:19 26:9,13
 26:19,24 27:9
 28:1,8 30:4
 51:9 67:12 68:4
 121:15 122:2
 142:5 147:21
 148:7 149:3
 150:3,10,17
**depositions** 22:2
 22:5
**describe** 11:3
 32:11 48:3
 109:3 119:4
**described** 52:13
 55:17 113:6
 119:7
**describes** 109:6
**DESCRIPTION**
 3:11 4:2
**designated** 15:3
 121:14 141:19
 141:22
**destroy** 19:19,21
**detail** 79:14
**detailed** 50:14
**details** 79:18
**detain** 99:7
 114:11,12,17
 115:8,10
**detainees** 96:9
 98:11,15 99:13
 99:19 101:2,14
 103:2 144:10
 145:3,11
**detention** 92:5
 96:2 99:4 100:4
 100:12 102:24
 115:1 116:3

143:14,18
 144:7 145:17
**detentions**
 116:10
**determination**
 89:8
**determine** 52:12
 52:23,24 54:1
 55:15 57:5,18
 86:24 87:20
 91:16
**determined** 89:6
 90:15 94:5
**determines** 82:17
**determining** 88:9
**development**
 15:6
**DFO** 97:7
**DHS** 8:8
**different** 23:22
 55:3 61:23
 70:14 74:2 81:7
 99:3 115:4
 129:12
**direct** 16:21
 75:12
**directed** 75:2,5
 95:1 104:16
 130:5
**directing** 70:9
**direction** 31:16
 150:14
**directive** 95:24
**directly** 25:16
 86:5 134:8
**director** 10:15
 16:7,17 19:3
 24:6 25:22
 32:20,25 33:8
 33:21,23 34:7,7
 34:10 35:4,6,18
 37:19 38:3
 44:16 47:19,24
 48:5,6 64:5
 73:8 82:5 88:8
 91:9 95:24



100:10 104:4
146:12
**Directors** 95:18
**disagree** 148:6,8
**disciplined** 14:1
**disconnected**
80:7 83:5
**discovery** 22:10
67:4
**discuss** 19:7
26:21 58:14
60:16 61:12
142:18
**discussed** 92:25
143:10,11
**discussing** 118:2
**discussion** 54:18
80:8
**discussions** 17:9
24:20
**disease** 93:23
146:6
**dispute** 148:1
**disruption** 137:3
**disruptive** 68:16
**distinction** 62:8
**distractions**
24:19
**District** 1:1,2 5:4
5:5,22
**Division** 33:22
34:8
**divisions** 129:12
**Dobson** 2:22 5:10
**DOC** 90:2
**document** 14:17
14:20 30:5,5,8
32:8 58:10
79:18,19
107:17 113:13
146:14,16
**documents** 17:22
17:23 18:3,8,12
18:17 19:2,25
20:3,10,11,14
20:16 21:7,12

21:13,13 22:7
22:11,12,14,16
22:17,19,22,25
23:1,1,5,6,16
41:20 58:10,11
58:17,22,25
59:2 86:1
118:22 125:21
**doing** 29:22
33:19 61:14
131:18 139:23
**door** 105:19,23
106:3,21
107:11,13,25
108:4,8
**doubt** 133:7
**Douglas** 34:11,13
34:16,19,20
35:4,5,7,9 36:1
63:16,18 64:9
64:13,18 65:9
65:14,19,22
66:11,16,19
68:7 69:14,24
69:25 70:3,22
71:17 72:1,11
72:25 73:16
**dozen** 10:25 11:1
11:2
**draft** 32:2
**drafted** 31:7,11
**drafting** 31:25
58:12
**draw** 124:5
**drive** 109:6
**drug** 51:12
**duly** 6:6 150:8
**duty** 33:11,12
62:11
**D.C** 2:15

─────── **E** ───────

**E** 3:1
**EAC** 22:3 61:6
**earlier** 25:9 29:9
76:13 84:15

92:25 143:11
146:10
**early** 26:20 27:2
64:22 68:7 69:6
69:14,24 74:24
111:25 112:2
**east** 69:23 127:21
**eastern** 64:18
111:24
**edit** 31:10
**EEO** 11:14,25
12:1,5,18
**effect** 28:25
**effort** 7:8
**eight** 35:23,25
53:6 67:2
**either** 11:9 12:18
13:18 34:23
53:22 70:8
71:17,24 72:16
75:5
**EI** 11:6
**email** 104:17
**emergency** 19:6
119:10
**employed** 10:11
150:20
**employee** 134:16
134:21
**employees** 25:8
47:1
**employment**
32:11
**encounter** 65:22
75:17 113:17
**engage** 34:22
35:5 44:14 47:4
47:9 69:25
**engaged** 70:3,22
76:11
**enlarge** 95:7
**ensure** 7:5 18:13
**entails** 108:3
**enter** 41:9 42:17
43:1,21 81:11
81:17 83:23

84:12 85:11,14
86:25 88:10
89:3,5,9 90:9
104:22 105:2
107:8 125:20
134:10
**entered** 35:12,12
35:13 94:18
105:6,10 107:7
108:14
**entitled** 102:2
**entity** 138:15,15
**entrance** 49:15
49:16,18,19,21
50:1,5 66:15
76:2,4,5,6,9
80:18,21 81:10
81:14,16 82:9
83:13 84:20
86:17 87:11
88:18
**entry** 8:15 15:5
15:21 28:23
29:7 34:15,18
35:8,9,23 36:20
36:23 37:5,7
38:23 43:12
46:8 50:15
57:25 66:24
67:3,14,24
68:12 69:5,13
69:25 70:3,18
70:22 71:23
72:2,19,23
73:13,19,22
74:2,21 75:3
79:8 82:4 88:9
94:20 96:1,9
103:1 111:6,8
117:23 118:1
118:22 129:1
129:20 132:14
139:25 140:22
141:16 143:14
145:10 147:1
148:3,12

**Entry's** 102:22
119:6
**ERO** 92:2
**especially** 7:2
**essentially** 6:18
**established** 79:22
86:23 87:3,6
**et** 1:4,7
**events** 51:2 54:24
119:4
**everybody** 18:14
25:7 90:25
144:16,17
145:17,18,21
146:5
**exactly** 28:19
79:11 88:14
**exam** 146:3
**Examination** 3:5
3:6,7 6:9 14:25
121:6 143:6
**examined** 6:7
**example** 19:4
62:2 82:19
144:21
**examples** 114:3
**exceeding** 68:19
**excess** 98:4
102:14,21
**exchange** 96:18
122:18 130:4
**excuse** 62:21
71:20
**exhibit** 2:22 3:11
3:12,12,13,15
3:17,19,21,23
4:2,3,5,7,9,11
4:13,16,18
14:14,17 16:13
29:12,13,17
30:4,6 71:6,7
71:11 95:7,8,11
96:13,14 104:9
104:10,13
108:18 109:23
110:1 112:9,10



113:11 115:17
115:18 117:15
117:16,20
119:23,24
122:15,17,21
123:21,25
124:2,21
129:21,25
130:1,3 132:15
132:19,21
137:16,20
138:4,23
139:15 141:6
141:15
**EXHIBITS** 3:10
4:1
**exist** 20:7
**existed** 53:8
99:25
**exists** 99:25
**expand** 109:25
**experience**
145:12
**experienced**
43:14
**experiencing**
42:13
**explain** 36:15
**extend** 131:4
**extent** 18:3 23:16
30:19 44:19
51:19 53:19
59:1 67:16
148:10
**exterior** 129:19
**e-mail** 3:13,15,17
3:19,21,23 4:3
4:5,7,11,13,16
4:18 71:11,15
72:3,6 75:4
95:2,12,21
96:17,23,25
97:2,12,14
98:13 100:1,9
101:6 102:13
104:13,21

105:15 109:19
109:20 110:4
122:18,24,25
123:3,8 124:2,3
124:7 130:4,17
132:22 133:9
137:23 138:2,5
138:8,13,24
139:7 141:18
146:11
**e-mailing** 9:23
**e-mails** 4:9 17:22
18:18,18,20,24
19:9,10,22
20:14 109:15

_____

**F**

**Facebook** 14:6,9
**facilities** 49:2,4
49:10
**facility** 39:18
48:12 49:22
99:14,24,25
100:2
**fact** 50:23 72:5,8
73:12 85:18
98:16 102:13
102:20 110:7
110:18 112:17
119:5
**factors** 92:4
**facts** 40:9
**factual** 53:20
54:4,17
**fading** 25:15
**fair** 54:21
**family** 11:20
47:16 74:18
103:10,12
143:24,25
**FAMU** 4:7
122:20
**fast** 146:1
**fear** 106:25
**February** 16:2
30:13 104:13

**federal** 129:13
139:22
**Fed.R** 14:18
**feed** 145:21
**feet** 66:9
**female** 103:13
**females** 143:20
143:25 144:1
**fence** 41:23 75:25
75:25 76:1,7,12
76:21
**Fewer** 10:25
**field** 16:7,17 24:7
32:21 33:21
34:7 35:19,23
35:24 57:25
60:17 61:13,18
95:18,25 97:8
117:21,23
146:12
**Fifty-two** 120:9
**Figueroa** 132:22
133:3
**figure** 91:15
**final** 120:19
**finally** 131:23
**find** 15:17,23
19:11 28:16
**fine** 59:25 67:7
102:6 103:18
103:19 117:9
120:20
**finish** 7:8 57:13
84:4,5,7 101:23
102:7
**finished** 7:6
**Fire** 98:1,10
101:4
**first** 6:6 19:7
36:4 38:22
39:15 47:11
65:21 71:15
75:17 97:12
103:7 104:20
115:25 122:24
123:3,12 124:6

129:7 130:18
138:5,22
139:14 141:17
143:13
**firsthand** 50:14
**fit** 94:13 96:10,11
101:17
**five** 27:15,16,20
27:24 28:3 53:6
59:8,10 103:16
**five-minute**
120:18
**Floor** 2:12
**flow** 4:3 25:5
123:15,19
124:4,10 125:1
125:2,9 127:20
132:12
**folders** 19:1,10
**folks** 29:6 39:25
45:3 62:1 85:17
**follow** 23:11
31:19 51:25
52:8 124:9,13
128:19 143:9
**follows** 6:8
**food** 40:2 59:14
**Force** 104:15
**foregoing** 150:3
150:15
**forgot** 19:24
**form** 12:15 39:6
57:20,22 63:21
63:23 65:1
70:11,25 73:1
73:20 79:25
80:24 81:19
82:13 83:15
84:21 89:11
90:23 91:19
96:4 111:12
112:22,24
116:11 120:14
133:22 141:12
**format** 7:2
**forth** 51:2,11

52:23 103:3
109:11,24
**forthcoming**
147:25
**Forward** 95:15
122:19
**forwarded** 71:13
**forwarding**
97:13 124:3
**found** 138:3
**four** 53:6 114:5
**frame** 36:9 38:13
38:14
**framed** 55:20
**frequent** 83:18
**frequently**
135:25 137:6
**front** 30:5 86:9
87:2
**frustration**
101:23
**fulfilling** 33:7
38:5
**full** 35:16 37:14
39:18 65:11
122:24 124:6
150:15
**full-time** 79:23
81:9,15 82:9
**further** 17:9
127:21 146:8
147:11 150:19
**FW** 3:23 4:3,7,9
71:14

_____

**G**

**G** 2:15
**gates** 99:14 147:2
**gauge** 97:20
**Gee** 90:16
**general** 24:22
143:23
**generally** 56:8,22
57:9
**geographic** 42:20
**George** 25:25



137:23
**getting** 31:13
  45:13 46:4
  59:25 83:24
  144:19 145:20
  148:16
**give** 6:22 17:3
  44:13 59:13
  142:14 144:23
  145:16 146:2
**given** 7:2 46:1
  78:1 91:17
  118:23 135:19
  135:25 136:1,3
**gives** 114:3
**giving** 68:4
**go** 6:17 16:12
  18:24 23:23
  24:4 27:3 30:8
  30:10 43:5
  50:10,20 52:16
  53:16,20 59:14
  59:15 60:25
  69:20 70:9,18
  71:23 72:11,18
  74:1 75:15
  78:10,12 80:13
  82:24 91:24
  92:16 97:11
  102:5 103:10
  103:11,12
  108:17 111:21
  111:22 113:1
  113:11 114:24
  115:3 117:13
  117:14,19
  118:12 135:6,9
  135:10 136:15
  136:17 140:11
  141:16 142:10
  142:17,22
  146:13,17
**goes** 34:2 51:1
  98:3 109:3
  110:18 111:25
  114:2,9

**going** 6:14 7:11
  8:7,11,15,23
  16:14 17:6
  19:21 21:11
  22:22 23:11
  24:2,4,9,14,17
  25:5 27:1,3
  28:14 30:3
  31:16,19 32:7
  36:7,8 42:11
  51:20,25 52:8
  53:23 54:16
  62:7 67:2,23
  68:6,10 70:19
  77:1 82:20,21
  89:3 90:8,14,21
  91:5,6,7 97:5
  109:23 121:18
  122:14 123:2
  124:21 128:18
  137:2 138:1
  139:7,13
  140:14 143:9
  144:5 147:20
**GOM** 138:15,18
  139:9
**Gonzalez** 122:18
  123:8
**good** 5:15,17
  6:11 59:10,23
  80:13 97:2,20
  121:8,11,12
  128:12 143:8
**gosh** 60:4
**gotten** 43:7 107:4
**government**
  11:24 12:2
  15:14 22:11,12
  22:15 58:9
  86:23 88:24
  89:20 91:2
  121:20 138:18
**Grand** 2:12
**granted** 71:16
**great** 58:19 68:13
  121:25 122:6

**greater** 45:9,23
  46:15 145:10
**ground** 6:18
**grounds** 58:22
**group** 14:9
  104:22 105:1
  129:18
**groups** 4:19 35:8
  38:15,22 44:22
  45:11 63:6
  86:24 94:18
  95:4 104:18,19
  146:22 147:5
**Grupo** 129:15,15
  129:16 133:13
  134:13,16,21
  134:24
**Guadalupe** 16:10
  24:12 71:12
**guess** 12:5 18:15
  24:22,24 64:8
  65:4,10 66:10
  73:3 74:22 77:4
  88:13 91:15
  94:2 98:24
  116:21 134:19
**guessing** 58:21
  59:3 66:4 106:3
  134:14,17
**guidance** 37:21
  38:8,19,21
  77:16,19,25
  78:22 79:2
  105:16

———————
**H**
**Haiti** 38:15
**Haitian** 47:14,15
  127:20
**Haitians** 39:3,11
  39:16 42:9
  44:22 45:1,14
  64:17 69:23
  74:17,18,25
  124:10 126:21
**half** 142:21

**halfway** 113:17
  123:12 133:11
**handle** 45:9
  46:12 116:24
**handled** 39:21
**handling** 18:13
  37:14
**happen** 55:13
  82:3 115:13
**happened** 25:10
  25:12 39:20
  53:10 111:15
**happening** 13:24
  74:3 148:18
**happens** 139:20
**happy** 58:17
  59:21
**hard** 53:6
**head** 6:22 93:24
  144:2
**headed** 143:24
  143:25 147:5
**header** 96:22
**heading** 94:20
  146:22
**headquarters**
  33:15,18,19
  110:19 131:1
**health** 25:6
**healthy** 43:8
  93:22
**hear** 9:25 136:6,7
  136:9
**heard** 6:12 7:5
  54:6
**hearing** 11:14
  97:4
**held** 101:2
**help** 23:23 39:25
  40:2 47:3
  124:14 132:12
**hereof** 150:21
**hereto** 150:20
**hesitated** 13:20
  13:22
**high** 40:3 43:7

54:25 95:3
**higher** 98:4
**highlight** 55:1
  122:24 133:15
**highlighted**
  131:7
**history** 10:18
  32:11
**HIV** 144:2
**hold** 50:22,23
  95:22,23 98:11
  101:13 108:24
  144:5,5
**holding** 4:5 96:19
  100:12 114:10
  115:7
**Homeland** 8:8
**Horne** 95:13
**Hospice** 145:18
**hospital** 19:5
  109:7
**hospitalization**
  109:5 146:8
**hospitalized**
  113:6
**hour** 7:22 27:18
  59:20 142:21
**hours** 27:13,15
  27:15,16,20,24
  28:2,3,4,5
**housed** 103:14
**Howell's** 22:4
**HQ** 124:8,16
**HSI** 115:3
**huh-uhs** 6:23
**Humphries** 3:3
  5:3 6:4,11 10:6
  10:7 14:16
  15:19 18:6 30:9
  31:7,20 36:18
  37:16 43:5
  44:20 51:9,22
  52:11,17 53:21
  54:21 55:21
  56:3,6,16 57:23
  59:15 60:10,19



64:2 66:23 67:7
67:11,18 71:2
78:8,20 80:16
83:10 104:3
120:22 121:8
123:2 127:14
128:5 137:2,12
138:7,11 143:8
146:10 147:9
147:12,18,22
148:16,25
149:5
**hundreds** 55:9
57:6,6
**H-u-m-p-h-r-i-...**
10:7

___
**I**
___
**ICE** 92:2
**identification**
29:14 59:2 71:8
95:9 96:15
104:11 110:2
112:11 115:19
117:17 119:25
122:22 123:22
129:22 132:16
137:17
**identified** 83:22
85:16
**identify** 52:3
109:10 143:20
143:21
**identifying** 18:24
**illustrate** 118:20
119:8
**immediately**
82:22
**immigrants**
123:10
**immigration**
2:14,19 5:18,22
11:10 123:14
123:18 124:14
124:25 125:9
125:16,18,22

126:5,15 128:6
128:9,14 129:2
129:9,10,11
131:20 132:3
132:12
**impact** 111:2,10
111:10,19
112:3,21 113:5
113:9 116:8,18
116:23,25
117:2,9 118:8
120:11 144:9
**impacts** 145:2,11
**implement** 45:24
**implementation**
15:8 67:13
74:10 82:7
**implemented**
21:21 60:17
61:13 87:10
**implementing**
37:21 38:8
48:18,21
**important** 7:3
27:5
**improve** 26:11
**inadmissible**
114:13
**INAMI** 91:14
129:5,8,9,13,17
129:18 134:21
135:15 137:6
139:2,16,20,22
139:24 140:2,5
140:5,9,14,15
140:19,23
**Incident** 104:15
**incidents** 56:14
120:6 144:18
**include** 37:2
48:11,17,20,23
52:3 134:3
147:1
**included** 54:22
114:22
**includes** 36:19,22

48:15
**including** 15:6
146:12
**inclusive** 48:14
**incoming** 97:14
**incorrect** 97:8
141:9
**incorrectly** 117:6
117:11
**increase** 46:7
**increased** 28:23
**independent**
28:12
**India** 35:9
**indicate** 104:14
**indicated** 24:6
28:22 148:17
**indicates** 110:10
113:4,8 115:6
115:24 120:5
120:10
**indicating** 112:20
**indiscernible**
6:24 45:11 62:3
74:18
**individual** 11:9
89:8,15 105:6
108:22 113:6
**individuals** 11:9
38:15,18,20
40:4 41:19 42:3
43:20 45:4,7
46:20 72:20
74:15 76:16
86:15 89:10
113:19 114:11
115:8,11 126:4
126:14 129:6
146:22
**individual's**
11:19 89:14
**information**
67:13 109:11
110:24 113:25
118:19 123:9
125:23 133:8

136:1 140:1,7
**informed** 24:9
71:22 72:7
148:16
**informing** 24:13
**initial** 27:7 124:7
138:2
**initially** 16:8
17:20 23:24
88:1
**inquired** 19:3
**inquiry** 97:25
**inspected** 98:2
**instance** 18:21
**instances** 73:18
81:20 84:24
**instruct** 7:17
18:2 22:23
30:20 31:16
51:21 53:23
79:9
**instructed** 19:18
**instructing** 51:22
55:25 56:3
126:10
**instruction** 23:12
23:19 31:20
52:1,6,9
**instructions** 77:6
77:10,21
106:16
**interest** 24:2
**interested** 150:21
**internal** 22:16
**international**
40:23 41:8,23
49:8 62:5,9
66:2,13 75:21
75:23 76:19
81:1 108:12
135:11
**interrogatories**
21:18,20
**interrogatory**
21:9
**interrupt** 83:20

101:8
**interruption**
136:25
**interventions**
51:13
**involve** 108:14
**involved** 20:16
113:19
**involving** 11:8
17:4 73:22
**in-between**
100:15
**in-box** 19:10
**in-custody** 98:4
**Irwin** 61:6
**isolated** 99:13
143:22
**issuance** 70:4,23
**issue** 11:18 97:5
136:9
**issues** 39:24 99:9
99:10 146:7
**itinerary** 73:5,5

___
**J**
___
**J** 2:18
**jail** 114:24 115:3
**January** 8:3
15:25 38:25
**Jeffrey** 26:15
97:24
**Jesus** 130:4,5,12
**job** 10:14 101:25
102:1
**Joe** 97:13,20
122:18 123:8
**John** 95:13
132:23
**Jose** 26:4
**July** 71:11
**June** 32:14,18
33:1,6 47:24
79:23 80:17
81:15 82:25
83:11 84:10
85:9 87:8,9,19



114:4,4 115:21
116:1 117:21
118:1,4,5
**Justice** 2:19 5:21
5:25

**K**

**K** 1:7 5:4
**Karolina** 2:14
5:18 121:9
**Katherine** 2:18
5:20 126:9
**katherine.j.shi...**
2:21
**Katie** 23:18 24:4
30:24 54:18
56:1 57:15 58:9
59:20 66:21
78:11 101:25
142:2 147:20
**keep** 94:14 95:1
96:8 147:20
148:7
**keeping** 92:14,14
93:22
**Kendra** 2:22
5:10
**Kenneth** 95:14
**kept** 45:14 64:17
**Kevin** 1:7 2:22
5:4 16:12 29:11
29:19,20,24
50:9 51:5 97:15
122:23 131:3,7
133:15 138:6
139:13
**kind** 11:21 12:4
27:2,4 42:10,11
44:23 45:14
93:25 109:16
127:20 144:6
**kinds** 11:3 19:2
25:1
**knew** 24:22 27:3
53:8
**knocked** 147:3

**know** 7:11,24
11:14,21 19:4,4
20:22 24:1 25:3
27:17,19 28:11
41:2 52:22
55:10 62:2 63:5
64:23 65:14,18
65:21 66:4,11
67:8 68:7 69:2
69:3,10 72:22
73:8,12 75:7
76:20 77:2 81:2
84:25 88:12,13
89:10 94:8,17
94:22,22 97:4
100:21,25
101:4,11,12,19
101:21 102:9
106:15 108:8
111:23 123:4
124:25 130:20
135:2,14
138:10,24
139:23 141:9
144:5 145:21
145:24,25
148:17
**knowledge** 8:23
8:25 50:14,18
64:8 66:6 67:20
71:4 122:8,9
134:18,23
147:22
**KNOWN** 150:3
**kwalters@im...**
2:16

**L**

**labeled** 71:10
111:2
**lack** 147:22
**Lado** 1:4 5:3 17:4
22:8,12,15,16
22:18 23:1,5
**laid** 100:11
**land** 95:20

**lane** 35:13 66:14
66:20 75:20
85:1,4,8,12,13
86:5 105:9
107:19
**lanes** 66:20
**large** 4:18 35:8
38:14,16,22
39:16 44:22
45:11,13 63:6
94:18,23 95:4,4
104:18,19,22
146:22 147:4
**largely** 74:18
**larger** 145:21
**lasted** 27:18
**late** 47:12 64:21
68:7 69:6,14,24
**lawful** 118:22
**lawsuit** 13:14,17
13:23 22:16
24:23,24 26:7
**lawyer** 32:3
**lay** 97:18
**leading** 130:1
137:20
**leads** 66:14 75:19
**leave** 74:15
**leaving** 63:6
**left** 46:16
**legal** 1:20 5:12
43:25
**let's** 10:3 38:4
79:20 82:2,3
90:17 118:12
**Lev** 2:11 3:5 5:15
5:16 6:10,13
14:13,15 15:22
16:12,16 18:7
21:19 22:24
23:10,18 24:1,5
27:11 29:11,15
29:18,22 30:1,2
30:22 31:4,6,18
32:5,9 35:2
36:12,21 37:4

37:10,18 38:2
39:7 40:10
42:21 43:18
44:2 45:6 47:8
50:8,12 51:5,7
51:24 52:7,20
53:15,25 54:13
54:16,20 55:6
55:23,25 56:5
56:20 57:14,16
58:2,9,19 59:5
59:8,11,19 60:2
60:9,23,24
63:24 64:11,19
65:7,20 66:3,21
67:10,22 68:13
69:1 70:12 71:5
71:9 73:7,23
74:12 78:10,19
80:4,12,15 81:5
82:1,16 83:9,19
84:1,6 85:6
88:21 89:12
91:4,22 93:13
93:19 95:6,10
96:6,12,16,20
97:1,15,17
101:25 102:4
102:12 103:15
103:21 104:2,8
104:12 106:14
107:23 108:20
108:21 109:22
110:3 111:17
112:8,12 113:2
113:3,11,15
115:16,20
116:15 117:14
117:18 118:14
118:17 119:22
120:1,17,25
121:16 122:1
136:12 144:12
145:5,13
146:10 147:18
148:14,24

**level** 129:14
**levels** 43:7
**Levin** 124:3
**Liaison** 33:21
34:8
**lice** 93:24 144:3
**limit** 38:4 61:15
61:22,24 62:5,9
67:14 79:22
80:3,18 81:8,15
82:8 119:5
**limitations**
102:23
**limited** 15:6
67:24 79:5
118:21 148:2
**line** 14:24 41:22
41:23,25 42:4
42:16,25 44:10
61:15,22,24
62:5,5,9,9
64:10,13 65:8
65:24 66:2,13
79:22 80:2,3,18
81:8,15,22 82:8
82:20 86:2,3,4
86:9 87:2,2
89:5 95:15,22
96:18 106:5,22
107:14 108:1,5
108:5,11
125:15 135:7
135:10,10,11
**lines** 66:8
**lining** 44:5
**LinkedIn** 14:4
**list** 21:13 87:3,6
87:20,22 88:17
125:10,13,14
125:17,18,19
125:23 126:15
126:18,20,23
126:25 127:6
127:15,18,23
127:24 128:4
**listed** 15:15



33:24 37:5
**lists** 86:22 87:13
  87:16 98:5
  107:5 126:23
**litigation** 2:19
  5:22 6:14 31:15
  59:3
**little** 10:19 11:2
  14:11 41:12
  66:10 74:5
  79:20 128:1
  137:5 138:2
**LLP** 2:11 5:10
**loads** 116:14,20
  116:22 117:8
**local** 40:1 101:5
**located** 50:2
  75:20
**location** 42:20
  61:16
**locked** 99:13,14
**lodged** 98:5
  102:14
**lodging** 102:21
**log** 59:15 109:16
**logs** 113:24
**long** 10:16 42:3,4
  42:5 68:8 69:2
  100:23,23
  127:17 142:15
  142:20
**longer** 59:21
  89:17 98:19
  142:11
**longest** 42:8
**longstanding**
  67:1
**look** 17:20 18:12
  18:19,25 20:15
  20:24 21:2
  28:12,15 52:11
  55:14 58:16,17
  71:5 93:13 95:6
  96:12,20 97:20
  104:8,20
  105:14 109:22

111:1 112:8
  115:16 119:22
  138:21
**looked** 18:17
  19:2,9 20:16,18
  20:20 21:3,3,7
  28:11 29:2
  52:15 54:4 57:5
  57:17
**looking** 18:20
  26:10 28:20,22
  53:12
**looks** 57:18 131:1
**Los** 2:12
**lot** 25:4 62:3
  79:18
**Luis** 4:7,11 36:2
  38:23 39:4,11
  42:12,17 43:12
  44:24,25 45:3,4
  45:8,10,12,13
  45:18 46:3,6,11
  46:16,19,23,25
  71:18,24 72:8
  72:15 74:4,7,10
  74:14,21 75:1,5
  75:6,9,12,14,17
  76:10,22 77:8
  77:17,21 78:1
  78:23 79:5,7
  122:20 123:10
  125:25 126:3,7
  126:11,13
  127:7,22,25
  128:9,10 133:4
  134:10,15,16
  134:21,23,25
  135:5
**Luis-UDAs**
  132:24
**Lukeville** 36:2
  63:4,10,12
  71:17 72:2,14
  72:15,25 73:17
**lying** 9:12

**M**
**Magna** 1:20 5:11
**main** 21:8 99:22
**maintain** 98:2
**maintained**
  86:23
**male** 143:24
**males** 103:13
  143:21 144:1
**manage** 46:24
  125:16
**managed** 25:5
**management**
  15:5 20:25
  34:23 61:17
  62:14 121:21
  124:8,16
**manages** 138:14
**managing** 125:10
  125:12
**manpower**
  108:23
**March** 27:2,7,14
  27:21 34:3
**Margaret** 71:13
  95:13
**MARICOPA**
  150:2
**Mariposa** 19:6
  49:6,7,20 98:6
  98:18 99:11,21
  99:24 104:23
  105:2,7,9,13
  107:6,19
**mark** 105:21
  131:9
**marked** 3:10 4:1
  14:14 29:13,16
  30:3 71:7 95:8
  96:14 104:10
  110:1 112:10
  115:18 117:16
  119:24 122:15
  122:21 123:21
  123:25 129:21

132:15 137:16
**Marshal** 98:1,10
  101:5
**materials** 29:8
**mats** 94:12 96:10
  100:11,13
  101:17
**matter** 5:3,23 6:1
  59:21 73:17
**matters** 12:21,24
  26:21
**maximum** 45:25
**Mayer** 2:11 5:9
  5:16
**McAleenan** 1:7
  5:4
**MCAT** 3:13,15
  3:17,19,21 4:9
  94:7 95:15
  100:17 101:8
  101:20 110:6,7
  112:13 115:21
  116:14 117:20
  120:2
**mean** 10:25
  11:13 17:20
  20:6 27:15
  30:25 35:11
  51:22 58:15,24
  58:24 91:23
  105:6,22
  107:24,25
  125:1,12
  134:20 135:10
**meaning** 20:7
**means** 9:22 36:15
  37:13 63:9
  80:20 106:6
**meant** 99:12
  124:10
**measles** 93:24
**measure** 92:10
  92:12
**media** 5:2 146:25
**medical** 18:21
  51:12 99:16

119:10,18
  120:6,12 146:2
  146:3,3,8
**medically** 46:22
  146:6
**meet** 132:5
**meetings** 91:13
**member** 134:24
**memo** 21:3 70:5
  77:16 78:25
  79:12
**memorandum**
  70:24
**memory** 25:10
  25:12
**mention** 25:3
  76:13 77:13
**mentioned** 11:25
  18:18 25:9,20
  44:17 83:17
  121:10
**mentioning** 95:2
**messages** 147:24
**messaging**
  128:20
**met** 19:5,6,7
  132:3
**meter** 123:14,18
  124:9,15,19,20
  125:1,2,9
  132:12
**metered** 38:20
  39:11,12 62:19
  62:24 63:4,7,17
  74:7,21 75:1
  77:7,23 78:3,24
  79:16,21
  131:25
**metering** 4:3,16
  15:4 20:24 21:3
  21:7,8,21 34:23
  35:5 37:22 38:9
  44:15 47:4,9,11
  48:24 60:16
  61:12 63:13
  67:13 68:6,8



69:5,13,24,25
70:4,5,7,15,23
70:24 75:18
76:11,22 77:15
77:18 78:25
79:12 82:7 87:9
121:20 124:4
131:8,14,18,19
131:24 137:25
138:14 139:10
140:20
**meth** 55:9
**method** 128:16
**Mexican** 15:14
41:24 71:21
86:4,5,16 88:23
89:20 90:18,22
91:12 104:19
105:1,18 106:2
106:7,21,25
107:4 108:14
121:20 123:14
123:18 124:9
124:14,17,18
124:25 125:9
125:16,18,22
126:4,14 128:6
128:9,14 129:2
129:4,9,10,11
131:12,20
132:3,12
139:22
**Mexico** 35:16
39:4,13 40:21
41:6 43:21
49:12 69:4,11
70:9,16 72:21
75:2 80:22
81:11,18 82:12
83:14 85:17
86:24 90:4,5,10
90:13,25 91:2,8
94:19 104:5
105:8 106:25
107:5,7 108:15
131:18,20,24

138:18 146:23
**Mexico/Guate...**
147:2
**Michael** 3:3 5:3
6:4 10:6 30:9
149:5
**microphone**
25:17
**middle** 14:23
97:11 123:13
**migrant** 36:22
37:2 65:21
**migrants** 40:20
41:16 45:18
46:5,16 47:14
48:15 69:3,11
75:1,16 81:10
123:15,19
124:15 134:25
135:16 136:2
137:7
**Mike** 10:16
**miles** 50:2
**mind** 53:3,10
54:24 93:23
117:8
**minutes** 27:18,19
59:8,9,24,24
94:3 103:17
**mirrored** 79:12
**Mischaracteriz...**
125:5
**missed** 54:10
80:10
**Misstates** 88:19
**mitigation** 97:5
**moment** 123:3
130:19 136:16
142:1 144:7
147:10
**Monday** 137:10
**months** 42:7
**Morley** 49:5,15
49:16
**morning** 5:15,17
6:11,12 110:11

111:14,25
112:2 115:24
116:3 120:6
**motion** 30:7
53:18
**move** 24:2 31:4
42:14 88:16
91:6
**moved** 44:23
45:14 76:17
**moving** 45:4,7,15
64:17 69:23
**multiple** 113:17
113:18
**mute** 63:23
**M-i-c-h-a-e-l**
10:6

_____

**N**

**N** 3:1
**Naco** 34:14,15,16
34:20 35:5 36:1
62:24,25 63:1
71:17 72:2,11
72:25 73:16,22
**name** 6:13 10:5,6
10:8 24:11
26:16 89:14
121:8
**named** 13:17
88:1 90:1
**narcotic** 53:7
57:7,19 114:5,5
116:2,14 118:3
118:9
**narcotics** 114:17
**national** 66:8
**Nationals** 104:19
105:1,18 106:2
106:7,21,25
107:4 108:14
**nature** 17:5
38:11
**Nazarov** 2:18
5:24,24 147:15
**near** 95:5

**necessitated**
116:3
**need** 6:21 7:18,23
8:1 28:13 56:17
72:7 74:1 78:4
81:18 82:15,18
92:23 95:21
97:7 113:5
120:12 127:23
128:3 130:22
142:5,15,21
146:7 148:6
**needed** 17:2,3
39:4 91:11 93:8
**needing** 99:18
**negative** 111:7
111:10 113:9
116:18 117:2,9
118:8 144:9
**negatively**
116:23,25
**never** 94:10,25
107:20
**news** 28:16,20,21
29:1
**NGOs** 88:6
**Niverson** 97:25
**nods** 6:23
**NOG** 110:5
**Nogales** 10:15
15:21 17:21
21:22 28:23
29:7 33:9,18
36:2 44:25 45:4
45:8,8,12,19,24
46:2,6,10 47:3
47:4,9,12,19,24
48:11,13,21
49:3,8,25 50:15
50:21 51:2
52:14 53:1 54:3
56:9,13 57:1,18
62:4 64:7 66:24
67:15,20,24
68:5 71:18,24
72:4,8,12,19,20

72:23 75:5
79:20,22 80:2
82:4 87:17 88:5
88:8,15 89:25
90:3 96:9 98:11
98:15 100:4,8
100:10,16
101:1 102:21
103:1 104:4,16
110:5,7,13
111:6 112:17
115:22 117:22
117:25 118:21
119:6 120:2
127:21 128:11
128:14 129:1
130:13 131:14
131:20 132:2
132:11 135:15
135:17,18,18
136:1 137:8,13
140:18,22
141:8,16,24
143:13 145:9,9
147:23 148:2
148:12
**noise** 80:5
**noncommercial**
49:23
**nongovernmen...**
86:24
**normal** 55:3,12
**north** 50:2 66:9
94:20
**notable** 53:10
54:8
**note** 98:3 112:23
148:10
**notice** 14:18
20:21 121:15
**notification**
150:9
**notwithstanding**
7:18 72:5 113:5
116:9 120:12
**November** 11:5



32:17 33:2,7,17
33:20 34:12
47:18 64:6
124:2 130:4
132:22 141:17
**number** 43:3,6
45:25 46:15
56:14 94:23
95:4 97:3
100:25 101:12
102:10 118:3
122:16 126:1
131:25 134:25
135:4,16 136:1
136:4 137:7
145:25
**numbers** 28:24
38:16 39:16
40:2 45:13 46:3
46:7,10,18
68:18,23 93:10
93:16 94:1,22
97:6 98:1,4
100:22 101:8
101:20 118:15
127:22 128:3
135:19 144:6
145:21
**NW** 2:15,20

———————
**O**
———————
**oath** 9:3,4,7,8,12
12:15 60:11
150:7
**object** 7:16 15:18
36:7,8 44:18
54:3 57:20
63:19,20,20
65:1,16,17
66:17 67:16
70:11,25 73:1
73:20 79:25
80:24 81:19
82:13 83:15
84:21 89:11
90:23 91:19

96:4 112:22,24
116:11 126:6
127:3 133:22
141:12
**objected** 54:10
57:22 58:21,21
**objecting** 67:6
**objection** 7:19
18:1 22:21 23:8
27:10 30:18,24
31:12 34:25
36:17,24 37:8
37:15,23 39:6
40:8 42:19 43:4
43:24 47:6 51:4
51:18 52:5,6
53:14,23 54:10
54:11 55:5,18
57:12 59:4
64:14 65:25
67:1,4 68:9,11
74:9 88:19
106:10 107:16
111:12 120:14
125:4 127:8
140:10 144:12
145:5,13
**objections** 66:22
67:5
**occasions** 83:16
**occur** 56:14
64:12 72:9
73:13 74:16,23
85:20
**occurred** 17:21
41:4 51:2,13
64:23 68:6,8
73:9 85:18
**occurrences**
51:12
**occurring** 39:24
69:5,13 72:13
72:14
**October** 4:10
95:12,16 96:17
127:20,25

**offenses** 13:4,7
**offering** 118:19
**office** 2:19 5:21
24:19 32:21
35:19,23,24
58:1 60:17
61:14 95:18,25
97:8 102:18,20
102:25 103:8
117:21,23
**officer** 62:10
65:22 75:18,22
76:11 80:17
81:1 106:22
107:11,12,14
108:1,4 131:19
132:5 133:4,6
138:21 139:1
139:14
**officers** 40:22
41:15,18 43:11
43:14 44:9,11
61:16 66:12
76:18,20 77:6
77:21 78:1,22
79:15 99:12
104:24 105:3
105:17,20
106:4 108:10
108:11 126:3
126:13 128:8
128:13 129:1
134:25 140:18
**offices** 2:5
**oh** 60:4 96:23
**OIT** 73:21
**okay** 11:16,23
13:25 14:8,22
15:11,17 16:1
16:11,21,23
17:15,23 19:18
20:6,10 21:9,20
22:25 24:13
26:23 29:8,22
30:1 31:10
32:24 37:19

39:9 43:19
44:13 47:13
48:3,17 49:18
50:7,20 51:11
55:3 58:19 59:5
59:11,18 60:2
60:22 61:8,11
61:21 62:12,15
62:18,23 63:3
63:24 64:4,12
64:23 68:16
70:7 71:5 73:18
73:24 74:20
77:5 78:6 80:12
81:6 84:1,7
87:5,19 91:5
92:23 95:11,21
96:7 97:11,24
98:14 100:3,7
102:13 103:15
108:17 109:21
111:1 112:1
113:10,23
116:22 117:13
117:24 119:21
120:24 121:18
122:11,12
123:5,7,8,24
124:21 125:12
126:19 128:5
128:12 131:13
132:18 133:11
134:7,15,23
135:3,15
137:19 138:12
138:12,25
139:7 140:1,17
142:1,7,9,19
146:10,16
147:9 148:5,19
**olev@mayerbr...**
2:13
**once** 77:10
106:16 126:21
**ones** 19:17 20:22
85:21 95:19

140:5
**one-way** 6:18
**open** 99:11
147:21 148:7
**opening** 76:7,21
**operate** 119:12
**operating** 79:4
**operational** 92:6
**operations** 16:7
16:18 22:13
24:7 36:20
37:14 48:11
50:15 61:17
62:14 111:3,10
111:19 112:3
112:21 113:5
116:9,18,23
117:1,3 118:9
120:11 145:4
146:12
**opportunity**
148:22
**opposed** 11:18
66:9 83:14
88:17 89:14
90:19 148:3
**Opposition** 3:12
30:6
**options** 69:9
**orally** 9:24
**order** 42:1 86:20
140:2 145:16
**organization**
88:3
**Ori** 2:11 5:15
6:13 57:12
78:13 148:23
**original** 27:21
**Originally** 27:1
**OTM** 131:11
**OTMs** 131:8,14
131:25
**Otro** 1:4 5:3 17:4
22:8,11,15,16
22:18 23:1,5
**outcome** 150:21



**outlined** 122:1
**outside** 12:14
　36:9,9 39:19
　46:22 85:21
**overnight** 99:13
**oversee** 113:6
**overseeing** 48:10
**oversight** 99:21
**Owen's** 22:3
**owned** 49:23
**o'clock** 111:14

**P**

**page** 3:2,11 4:2
　14:22,23,23
　15:11 30:5,8,10
　32:6,7 50:9,10
　50:20 96:21,24
　96:25 97:12,24
　105:16 108:18
　108:20 113:12
　113:13,14
　117:19 118:15
　118:16 123:3
　123:12 133:11
　133:16 134:8
　138:3,5,22
　139:8,15
**pages** 32:5
　150:15
**paragraph** 32:13
　32:24 49:1
　50:13,21 51:6
　56:19 104:21
　104:25 105:14
　108:19 109:3
　109:12 110:12
　113:7,12,16,23
　113:25 114:2
　118:12,18,25
　119:2,16 120:7
　124:6
**paragraphs**
　32:10 119:5
**Pardon** 57:21
**part** 22:15 43:13

64:18 102:21
104:15 107:11
107:14,24
108:1,3 114:21
131:14
**particular** 31:2
　51:17 54:17
　67:2 122:7
　144:7
**particularly**
　50:14 62:4
**parties** 2:4 5:13
　150:20
**parts** 129:17
**party** 13:14,18
　31:15 51:20
**Passport** 18:22
　115:1 139:6
**patience** 6:12
　137:1
**pause** 138:1
**PCU** 99:20 139:2
　139:5,15
　140:21
**PDF** 113:14
**pedestrian** 35:13
　49:5,11,14,15
　49:16,17,18,19
　49:21,25 50:5
　66:14,15,20
　75:20 76:2,3,5
　76:6,8 84:13
　85:4,8,13 86:5
　86:19 104:23
　105:2,7,9,12
　107:19 132:7
**pedestrians**
　49:12
**pending** 7:25
　23:21 114:11
**Pennsylvania**
　2:20
**people** 28:10
　40:24 42:16,24
　46:1 64:10,13
　83:22 85:10

86:8,8,18 87:2
88:17 90:20
91:10 93:21
97:3 99:7
135:12,13
140:6,8,23
**percent** 94:15
　95:1,2,23 96:3
　101:3 110:13
　110:15 112:18
　116:4 118:6
　120:8,9 128:4
　143:14 144:8
　145:3,10,22
　146:13,17
**Perfect** 96:25
**perimeter** 99:15
**period** 8:3 27:13
　34:22 35:1,7
　38:5 41:2,3
　42:7 65:23
　69:22 85:8,14
　92:9 93:1,2
　115:14 127:19
　135:21 146:1,1
**periods** 84:17
**permanent** 32:14
　33:3,4 47:23
**permanently**
　146:17
**permission** 71:16
**permitted** 84:12
**Perpendicular**
　76:5
**person** 87:23
　88:1 89:4
　128:22 132:7
**personal** 28:15
**personnel** 72:25
**persons** 19:8
　69:15 132:6
　133:25 134:3
　139:24
**perspective**
　15:20
**Peter** 95:14

**Petra** 95:13
**Phoenix** 1:15
　36:2 150:22
**phone** 80:6
　128:21 132:4
　135:7 140:19
　140:25
**photograph** 29:4
　29:5,6
**physical** 99:24
　143:14
**physically** 86:6
　86:16 87:10
　88:18 89:15
　90:20 91:11
　101:16 104:5
**place** 75:18 76:22
**placed** 40:22
　41:15,18
　100:14
**plaintiff** 13:18
**plaintiffs** 1:5
　2:10 5:16,19
　6:13 14:18 30:7
　121:10 142:4
　143:10,11
　146:11
**please** 4:13 6:3
　7:6,10,23 10:4
　19:23 29:11,12
　42:23 50:9 51:6
　52:19 71:6 84:9
　95:7 96:13
　102:7 103:16
　104:9 105:24
　112:9 115:17
　117:15 119:23
　129:7 130:7,19
**PO** 118:20
**POE** 4:5 8:16
　37:14 50:21
　51:3 62:4 87:17
　90:14 96:18
　98:11 100:4,8
　100:16 101:1
　104:19 109:4

110:13 116:4
118:21 120:3,7
123:10 128:9
128:10,14
130:13 131:24
132:1 135:5,17
137:8
**POE's** 98:15
**POE/crossing**
　131:8
**point** 39:18,21
　40:18,19,22
　41:14,18 42:13
　44:24 45:17
　54:19 64:7
　76:15 77:9,14
　87:3,5 89:20
　128:12 129:24
　136:3 137:19
　139:24 142:5
**points** 123:13
**policies** 11:17
　20:24 21:2
**policy** 21:4,6
　37:21 38:8
　48:18,21,23
**poorly** 108:6
　115:5
**population**
　143:23 144:22
**port** 8:15 10:15
　15:21 19:3
　25:22 28:23
　29:7 33:8,23
　34:6,10,13,15
　35:4,6,7,9,16
　38:23 39:4,5,14
　39:17,19 41:10
　42:17 43:2,12
　44:6 46:23
　47:19,23 48:5,6
　49:3 50:15 55:4
　55:8 56:8,9
　57:25 58:7
　64:25 66:11,24
　67:15,24 69:5



69:15,20,25
70:3,9,18,22
71:23 72:12,19
72:23 73:8,22
74:1,2,21 75:3
75:10,13,15,16
76:14 79:7
81:11,17,23
82:4,5,22,24
83:1,11 84:11
84:18 85:9,14
86:22 88:8,9
90:9 91:9 94:19
94:24 95:5,17
96:9 97:8 99:11
100:10 102:21
103:1 104:4
111:2,10,19
112:3,21 113:5
114:9 115:9
116:8,18,23,25
117:23,25
118:9 119:6,8
120:11 124:8
124:16 125:25
126:3,13 127:7
127:21,24
129:1,6 131:14
132:14 133:4
134:1 135:25
139:9,25 140:6
140:22 141:16
143:13 145:4,9
147:1,7
**porta** 39:23
76:15
**portion** 114:10
115:7 131:7
142:4
**ports** 15:5 34:17
34:24 35:6,22
35:23,25 36:1,4
36:20,23 37:5,7
38:16 42:12,14
43:15 44:14
46:8 64:9 67:3

67:14,21 68:12
69:13 71:20,21
72:2,7 73:13,19
73:24 95:25
129:19,20
148:3,12
**port's** 55:16
92:25 96:2
118:5
**posed** 31:24
**position** 33:4,14
81:8 82:8
148:20
**positive** 74:22
98:23 128:4
135:6,8 137:11
**possibility** 85:19
**possible** 85:16
**possibly** 12:13
15:25 16:4
22:17 42:8
64:22 87:8 88:5
108:10 135:23
**posts** 14:8
**potentially** 60:20
62:2
**Potties** 39:23
76:15
**pounds** 55:9
**POV** 49:22
**prac** 15:4
**practice** 15:4,7
106:19,20,23
106:24 127:11
**practices** 127:10
**pre** 102:10
**premarked** 29:18
**preparation**
14:12 17:24
18:9,19 19:23
21:10,25 22:8
24:7 25:12,18
26:8,13,19,24
27:20 51:9 61:4
67:15
**prepare** 17:19

20:15 21:14,14
28:7 53:21
55:21 67:2,12
147:3
**prepared** 27:2
28:14 67:11,19
**preparing** 17:15
17:18 22:19
24:17 27:8 28:1
53:16
**present** 2:22 5:13
8:4 32:12 34:5
61:6 62:18,23
63:3,17 70:1
74:6 86:16
87:11 90:20
137:14 141:8
141:23
**presently** 10:11
**presents** 72:23
**pretty** 145:18
**previous** 63:21
63:22 135:23
141:6,15
**previously**
121:13
**pre-time** 36:9
**print** 19:14 29:1
**printed** 19:17,22
29:3,9
**prior** 12:21,24
31:25 32:15
60:20 87:14,17
112:5 129:3
147:23
**priorities** 21:4
**privately** 9:18
49:23
**privilege** 78:8
**probably** 12:18
17:17 21:8 25:3
28:2 41:3 42:7
53:3 58:20 66:2
94:21 97:4
109:13,17
113:13 119:13

126:22,22
128:24 134:16
135:13
**problem** 46:14
145:24
**procedure** 79:4
**procedures** 11:17
**proceeding** 12:3
**proceedings**
11:11 150:16
**process** 18:15
26:11 38:17
39:5,14 40:7
41:1,9 43:12,16
45:25 46:7,15
65:6,13 68:22
69:17 77:14
81:23 85:23
86:10,12 89:7
108:24 118:22
119:6 126:1,4
135:3 140:2,3,8
**processed** 40:5
40:14 41:5 57:7
63:15 76:17
77:12 92:3
106:13 107:9
107:21,22
113:20 114:5
114:18,23
115:9 135:1,16
136:2 137:7
**processing** 3:23
28:22 35:14
36:22 37:3
39:25 40:12
41:21 43:14,17
45:5,8,19,23
46:6 48:15
71:14,18 96:2
99:22 107:12
107:15 108:2,3
134:1 140:6,23
**produce** 58:17,22
**produced** 22:7
22:11,12 58:10

**product** 31:14
51:20 53:16
55:19 58:22
67:17
**production**
147:24
**professional**
122:10
**program** 35:22
36:14 102:22
**proper** 18:13
144:16 145:17
**property** 76:14
88:25
**propounded**
150:11
**prosecution**
113:20 114:12
**protection** 1:13
2:2 3:3 6:5 8:12
14:19 144:24
149:6
**provide** 4:13
30:16 40:2
79:14 93:8,22
105:16 130:7
**provided** 12:14
22:17 23:17
30:13 31:8
78:22 150:10
**provides** 130:17
133:8
**providing** 144:16
**publicized**
146:25
**purports** 30:11
**purpose** 99:4
129:5
**purposes** 31:15
50:24 53:17
100:17 116:14
**pursuant** 150:4,9
**pushed** 41:5
**put** 39:23 40:6
69:23 94:8,10
94:10



**p.m** 99:12 121:2
121:5 136:23
143:2,5 149:2,3

## Q

**question** 7:5,9,10
7:16,18,25 18:5
19:24 23:20,23
23:24 31:5 38:1
53:24,25 54:4
54:12,17 56:4
56:10,11,15
57:15 69:10
70:14,20 73:4,9
78:7 81:6 83:10
83:21,25 84:8,9
91:6 93:15,15
93:18 101:18
101:19,24
102:3,8 105:21
113:2 115:4,8
122:8 125:5
130:16 131:6,9
131:9,13,17,23
138:13 139:1,8
143:9
**questioning**
60:21 122:2,7
142:6
**questions** 6:15,19
8:2 16:14 23:22
25:11 31:23,24
36:8 53:15,20
55:20 63:21,22
102:1 121:19
147:11 148:11
148:13,15
150:11
**queue** 15:4 20:25
34:23 61:17
62:14 121:21
**quick** 120:23
142:11
**quickly** 96:21
97:21
**quite** 10:24 125:7

**quote** 83:12
84:11 85:10
104:21 118:20
123:14,15
124:7 133:12
138:14

## R

**Ramirez** 16:10
16:17 24:12
71:12
**ran** 85:12
**rare** 83:16,17
**reached** 62:4
142:3
**read** 73:10,21
97:9,22 98:8
105:4 109:1
114:7,14
118:24 123:16
124:12,13
130:18,21,22
130:23 131:15
131:21 132:9
133:18,19
134:11 138:16
138:23 139:3
139:11,18
148:22
**readily** 21:5
**reading** 134:20
**reads** 71:15
95:21 97:4 98:6
104:25 133:12
134:9
**ready** 94:17
147:5
**real** 96:21
**really** 8:24 20:17
43:7 62:3,5
65:18 88:6
100:11,21
125:8 129:18
139:23 148:17
**reason** 9:14 44:8
46:5,9 54:8

117:4,5,10
130:16 133:7
146:20
**reasons** 15:7
28:15 99:23
147:21
**recall** 51:11 72:3
72:17,18
146:14
**receive** 40:13
44:25 76:25
128:6 140:24
**received** 65:11
**Recess** 60:6
78:16 83:6
103:24 121:3
136:21 143:3
**recipients** 95:17
104:17
**recollection**
63:14 66:11
71:25 72:10
74:3 75:14
**reconnecting**
80:7
**record** 5:2 6:21
10:5 15:19 60:3
60:4,5,7 64:1
74:8 78:10,13
78:15,17,21
80:8,13 83:7
103:22,25
121:1,5 136:16
136:19,23
142:11,18,24
143:1,5 149:1
**records** 109:10
**redirect** 75:6,10
**redirected** 69:4
69:12,19 72:1
72:24
**refer** 8:7,11,15
8:23 20:1 51:16
**reference** 133:20
**referenced** 58:11
84:15 92:19

**references**
102:13
**referred** 72:11
**referring** 8:25
28:18 56:18,22
61:15 70:8,15
70:17 77:15
85:3,7,25 90:3
92:18 106:4,19
107:4 108:8
119:16 128:11
**refers** 49:2
**reflect** 112:7
**reflecting** 112:5
146:16
**refresh** 25:1,10
25:12 71:25
**regarding** 15:13
20:24 21:7
37:22 38:8
48:23 67:13
78:23 82:7
130:6 136:1
140:2 148:1
**regardless** 84:16
**regroup** 120:18
**regularly** 57:24
134:24 140:19
**relate** 8:3 21:21
148:11
**related** 139:10
150:20
**relates** 15:3
**relation** 75:23
**reliance** 87:13,16
**relied** 58:12
**relies** 140:1
**rely** 86:22 87:20
87:22 110:23
140:7
**remain** 113:19
**remained** 39:19
**remember** 12:8
22:18 28:21
38:21 39:1 53:4
53:5 72:4,12,14

72:16 73:16
79:11,17,17,18
95:2 125:8
126:23 128:2
**remembered**
53:3
**remind** 21:12
**remote** 5:9
**removed** 90:25
**repatriations**
132:4
**repeat** 23:3,18
37:25 39:9
41:11 42:23
48:19 52:18
77:24 127:10
145:6
**rephrase** 39:10
69:2 81:13
127:5
**report** 3:13,15,17
3:19,21 4:9
16:18,18,20,21
73:22 94:7
95:15 110:6,8
110:10,18
111:9,11,13,18
111:25 112:13
113:4,8 115:21
115:24 116:13
116:17 117:20
117:22,25
120:2,5 134:24
135:15 137:6
**reported** 1:24
117:2,9
**reporter** 1:25 2:5
5:11 6:3,7,20
7:4 80:9,14
150:5,25
**reporter's** 80:6
83:4
**reporting** 50:24
93:11,17
100:17 110:24
112:1 116:14



MAGNA
LEGAL SERVICES

117:5,11
**reports** 92:16,20
92:21
**represent** 5:14
5:16,19,23,25
6:13 121:9
122:17 124:1
130:3 132:21
137:22
**representative**
8:20 52:13,25
55:16 56:8,13
58:5 121:14
122:11 141:23
**representing**
15:9
**represents** 101:1
**request** 5:9 58:11
58:23 123:9
146:12,17,20
148:8 150:9
**requesting** 148:7
**require** 108:23
146:7
**required** 99:17
109:5
**requiring** 113:18
**research** 28:12
**reserved** 115:13
**resources** 46:1
46:15 99:18
109:6
**respect** 15:13
66:23 126:11
**respective** 2:4
**respectively**
114:6
**responding** 53:17
**responds** 97:25
123:9 131:19
**response** 4:14
58:15,16,23
95:4 130:8
131:13,17,23
132:2 138:22
139:1,14,15

**responses** 6:22
21:10
**responsibilities**
35:20 48:7,9
114:21 119:9
**responsibility**
34:12,14 36:16
37:20 38:7,12
48:4,5,14,17,20
**responsible**
34:17 36:13
48:10
**responsive** 58:10
58:25
**restaurants** 40:1
**result** 118:9
**return** 77:11,11
106:17 107:21
**returned** 85:1
107:20
**returning** 108:14
**reveal** 18:3 21:12
30:19
**reveals** 31:2
**review** 17:24
18:9,9 21:9,17
21:20,24 22:2,7
51:8 56:17
67:12 109:10
123:3 138:7
150:10
**reviewed** 17:22
17:25 22:3,14
22:19 23:1,6
57:10 113:24
**re-ask** 23:23 84:9
113:2
**re-route** 71:16
**re-routed** 72:4
73:16,19
**re-routing** 73:25
**RFI** 4:13 130:7
**Ricardo** 104:14
**Rico** 49:8 50:4
**right** 7:17 12:8
13:24 19:25

21:5 33:2 38:6
63:11 73:14
76:7,12 86:9
89:6,16 99:2
111:7 116:1,16
119:15 129:24
131:8 135:11
138:6 147:11
148:19
**Rio** 49:8 50:4
**role** 16:24 32:13
32:20 33:2,3,7
34:7 35:20 38:6
47:22 48:1
121:18
**roles** 33:24 34:1
**room** 19:6 60:1
100:14 119:10
**route** 73:6
**Rule** 15:24
**rules** 6:18 122:1
**running** 84:25
**rush** 147:6

---

**S**

**safe** 18:13 46:20
47:1,3 146:5
**safely** 38:17 47:2
94:8,10 96:8
98:11
**safety** 25:6
**San** 4:7,11 36:2
38:23 39:4,11
42:10,12,17
43:12 44:22,24
44:25 45:3,4,8
45:10,12,13,18
46:3,6,11,16,19
46:23,25 71:18
71:24 72:8,15
74:4,7,10,14,21
75:1,5,6,9,12
75:14,17 76:10
76:22 77:7,17
77:21 78:1,22
79:5,7 122:20

123:10 125:25
126:3,7,11,13
127:7,22,24
128:9,10
132:24 133:4
134:25 135:4
**Santa** 102:17,25
103:7,14
**Sasabe** 36:2
62:19,20,21
63:23
**saw** 54:25
**saying** 72:10
97:25 106:1
116:21 145:16
147:4
**says** 14:24 30:6
32:24 71:19,20
72:6 75:4 94:7
97:7,10 105:15
108:22 110:15
111:8,9,20,23
113:17 114:4
116:19 120:16
123:13 124:17
**scabies** 93:25
144:3
**SCCSO** 98:5
102:14,17
103:11
**Schwamm** 95:13
132:23
**scope** 36:9,17,25
37:8,15,23
44:18 63:19,23
64:14 65:2,17
65:17,25 66:17
66:22 67:6 68:9
74:9 126:6
127:3,9
**screen** 14:17 49:2
124:22
**screened** 46:22
**screening** 119:10
119:19 146:3
**second** 44:13

105:24 117:19
118:2 119:1
124:6 136:18
138:3 139:8
147:23
**Secondly** 103:9
**Section** 5:22
**secure** 146:6
**security** 8:8
32:21,25 35:19
35:22 36:14,19
37:20 38:4
43:13 44:16
64:6 105:20
106:5,22
107:14 108:1,5
108:5,11
**see** 14:24 30:8,10
60:1 96:22 98:3
102:15 104:20
108:22 109:8
111:4 113:21
130:10,25
131:6 136:10
136:11,12
142:2 145:18
145:24
**seeing** 16:13
**seek** 70:18 74:2
**seeker** 72:22
80:20 81:16
84:19 85:7
109:4
**seekers** 37:22
38:9 39:3 48:24
62:19,24 63:4
63:10,17 64:24
70:8,16,17
71:17,19,20
72:1,6 73:19,25
74:7,21 76:21
77:7,17,22 78:2
78:23 79:15,21
82:10 83:2,12
84:12 88:10
89:7 90:16



91:17 92:24
93:5 94:6 96:1
104:5 105:22
114:18 115:10
119:7 133:21
134:4,6,10
135:4 140:3
**seeks** 59:1
**seen** 14:8,20 79:3
141:11,15,18
**seized** 55:9
**seizures** 51:12
53:7 55:10,11
57:7,19 113:18
114:5,6 116:2
118:3,10 134:8
**selected** 18:4,8
20:11,11 22:22
22:25 23:2,7
53:2
**selection** 18:3
21:13
**send** 29:25
125:25 132:5
**sending** 118:18
**sense** 134:21
142:15
**sent** 104:4 107:6
111:11,14
126:5,15
**sentence** 71:15
115:6 119:1
124:6 133:12
134:9
**sentences** 71:19
**separate** 59:1
120:23 129:18
**September** 34:11
98:24 126:22
127:1,6,19
**served** 32:25
**service** 129:9,10
129:12
**Services** 1:20
5:12
**serving** 32:20

33:1 35:3,6
44:15
**set** 43:15 51:1
52:23 103:3
109:11 143:18
145:18
**sets** 51:11 109:11
**seven** 53:6 144:5
**shakes** 6:23
**share** 32:2
**shelter** 138:15
**shelters** 4:16
88:6 89:19
135:19 136:4
137:25 139:17
139:21
**Sheriff's** 102:17
102:20,25
103:8
**shift** 109:18,20
113:24 132:25
**Shinners** 2:18
3:7 5:20,21
15:18 18:1
21:11 22:21
23:8,20 27:10
30:18,25 31:12
34:25 36:7,17
36:24 37:8,15
37:23 39:6 40:8
42:19 43:4,24
44:18 47:6 51:4
51:18 52:5,16
53:14 54:9 55:5
55:18 56:2,16
57:12,20,22
58:14,20 59:12
59:23 60:18
63:19,25 64:14
65:1,16,25
66:17,25 67:16
68:9,15 70:11
70:25 73:1,20
74:8 78:7,12
79:25 80:24
81:19 82:13

83:15,24 84:3
84:21 88:19
89:11 90:23
91:19 93:14
96:4 101:22
102:6 103:18
106:10 107:16
111:12 112:22
116:11 120:14
120:20 125:4
126:6 127:3,8
133:22 136:15
140:10 141:12
142:7,10,17,23
143:7 145:1,7
146:9 147:10
148:5,19
**short** 59:6 103:16
134:13 146:1
**shorthand**
150:13
**shortly** 17:17
133:14
**short-term** 50:22
**show** 14:13 29:12
92:16 94:23
105:19 106:2
111:15 123:24
129:25 132:18
137:20
**showed** 121:16
146:11
**showers** 99:18
**showing** 30:3
71:10 95:11
112:16,17
122:14
**shown** 29:16
**sic** 26:17 95:23
97:5 117:21
132:22,25
**sick** 97:4 144:19
144:19
**side** 38:24 41:24
42:4,25 71:21
72:20 86:5,16

86:19 87:11
90:14,15,18,22
91:1,12
**sidewalk** 41:24
44:6 66:13
75:19,19 76:8
**sign** 148:22
**signature** 30:11
104:14 150:11
**significant**
108:23
**similar** 141:3
**simultaneous**
54:15 87:4
**single** 103:10,11
103:13,13
143:25 144:1
**singles** 103:9,10
**sir** 10:9 36:6
37:11 52:10
56:19 57:4,9,17
60:25 70:13
74:13 80:19
83:20 84:8 86:3
92:6 93:20
101:18 102:5
107:15 117:11
136:10 147:16
**sire** 141:22
**sit** 73:11 100:24
**situation** 46:24
**situational**
109:13
**six** 36:4 37:6 49:2
49:4 53:6 111:1
**Sixty-six** 96:10
**skill** 150:18
**sleep** 97:19
**sleeping** 46:22
94:12 96:10
**Smith** 1:24 2:5
5:11 150:24
**soil** 40:17
**solve** 46:14
**somebody** 75:15
77:10 80:2

81:21 82:20
84:24 90:10,13
90:14,17,21
91:9,12 106:17
108:4,9 144:4
**Sonora** 89:25
90:5
**SOP** 79:4,10
**sorry** 14:23
25:16 34:4
37:11 44:13
50:11 60:8,19
68:1 69:8 80:4
83:20 89:1 90:6
91:24 93:14
101:6,7 104:18
107:12 108:20
111:22 113:13
117:14 118:14
130:19 136:8
136:13
**sort** 64:8 69:9
113:24
**sounds** 59:23
73:11
**south** 2:12 86:5
86:19,19
124:10
**Southern** 1:2 5:5
**southwest** 148:3
**space** 68:22
69:17 93:9
97:19 99:5
100:4 103:8
114:12 115:12
**spaces** 100:7,20
**speak** 25:16,18
26:12 60:13
121:15
**speaking** 15:12
15:20
**special** 84:15
85:21 94:16
**specialized** 43:11
**specific** 22:18
28:21 51:14



52:3 53:4 56:22
66:6 71:4 72:3
77:16 79:7
126:7 127:10
127:11 137:5
**specifically** 17:23
18:17 26:7,8
58:22 84:23
**specifics** 68:11
74:9
**speculating**
135:14
**speculation**
144:13 145:14
**spell** 10:4 26:16
**spend** 54:18
**spent** 27:8,25
**splitting** 99:18
**spoke** 24:6 26:15
26:18 29:9
**spoken** 26:23
28:10
**spread** 93:23
144:18
**spreading** 144:20
146:6
**stab** 82:21
**Staff** 110:5
**staffed** 79:23
81:9,14 82:9
**stand** 61:16
62:10 100:14
131:11 133:1
139:5
**standard** 79:3
**standing** 66:8,12
68:10 75:22,24
76:18 108:11
**stands** 30:24
138:18
**start** 7:9 17:15
19:12 60:21
122:2,14
145:20
**started** 10:3
18:21 27:4,6

39:16 42:9,11
44:22 45:11
47:12
**starting** 34:14
87:7
**state** 2:6 5:13 8:2
10:4 38:24 56:7
56:12 114:2,9
150:1,6
**stated** 80:17
**statement** 57:4
57:11
**states** 1:1 5:4
43:22 49:13
50:13,21 88:10
89:3,5,9,24
90:7,15 104:6
104:21 105:11
113:16 118:18
118:23 123:19
124:7
**stating** 63:25
**stationed** 76:12
**statistics** 110:23
**stats** 57:24 58:3
**status** 11:19
**stayed** 47:22
**sticker** 29:24
**stickered** 29:21
**stipulation** 150:4
**stood** 53:9 54:8
54:23,24
**stop** 98:20 142:6
**stopped** 41:7
44:9,11
**Street** 2:15
**stretch** 120:19
**strictly** 49:16
50:6
**studying** 20:4
**stuff** 25:4 26:10
28:17 40:3
**subject** 11:10
67:3 71:14
95:15 96:18
104:17 110:6

122:19 124:4
130:6 132:24
137:24
**subjects** 104:22
**submitted** 12:24
**subordinate**
25:22
**subparagraphs**
118:20
**subsequent** 70:4
118:19
**subsided** 127:22
128:3
**substance** 24:21
24:23
**sued** 13:12
**Suite** 2:15
**summon** 135:4
**summoned**
133:13
**Supervisors**
105:17
**supervisory**
99:20 133:3,6
**support** 11:21
57:10
**supports** 127:9
127:11
**supposed** 77:22
78:2 79:15
101:2,13
**sure** 12:1 16:4
20:18 23:13
25:5 39:10
41:13 52:21
54:6,9 59:17
60:23 63:6,12
65:9 68:17,23
70:20 74:25
88:4,6 90:12
98:24 103:20
105:25 123:20
126:16,17,19
127:15,17
128:10 131:2
135:8,12,22,23

135:24 142:17
144:15,21
145:8 146:5
**surge** 4:7 122:20
123:10
**surmising** 75:7
**SWB** 4:5 96:18
**swear** 6:3
**sworn** 6:6 150:8
**system** 45:24

---

**T**

**table** 98:5
**take** 7:22,25 9:8
27:5 59:5,13
77:13 86:7
90:16 91:17
95:6 96:12
103:15,16
104:8 105:22
105:25 107:1
107:25 109:22
112:8 115:15
115:16 117:7
119:9,11,13,22
120:17,18,22
123:2 130:19
132:6,8 140:15
142:11 144:23
147:6 148:21
**taken** 2:2 5:9 9:4
12:11 41:8 46:9
60:6 78:16 83:6
85:1 89:19
103:24 107:9
119:18 121:3
133:25 136:21
143:3 150:4,13
**talk** 7:3 14:11
24:25 62:7 74:4
78:4 79:20 82:2
82:3 119:17
**talked** 28:7 61:4
85:21 116:1
120:7
**talking** 7:7 82:4

84:14,22 88:11
92:5,7 110:11
115:25
**tasked** 114:21
**TDY** 33:13 38:7
43:15 45:3
**team** 43:11,13,14
104:15
**telephone** 128:15
128:18 129:3
**telephones**
128:20
**tell** 9:4 16:23
17:5 24:16 58:3
58:6,8 69:9
76:20 77:6,22
78:2,23 79:15
129:7 132:5
**telling** 70:8,16,17
77:3,6 101:11
101:16
**temporary** 33:11
33:12 147:8
**ten** 28:4,5 59:8
59:24,24
**tenure** 104:3,7
147:23
**ten-minute** 59:13
**ten-page** 30:5
**term** 61:14,22,24
55:21 56:14
57:19 101:1
**territory** 39:19
76:16 77:11
81:4 84:25
106:12,17
**testified** 6:8
10:20 11:4,7,16
11:24 12:9 13:1
40:17 47:18
80:16 94:3
121:13 124:24
128:5
**testify** 9:15 15:3
16:25 17:3,3



27:1 150:8
**testifying** 8:19
  9:9 20:22 68:4
  82:6 150:8
**testimony** 6:21
  11:5,8,15,22
  12:15,20 14:12
  17:6,9,16 21:25
  24:21 60:20
  67:23 75:11
  76:10 80:10
  86:14 88:20
  94:25 108:13
  114:16,20
  148:2 150:16
**text** 128:19
  147:24
**texting** 9:22
**TFO** 67:14
**thank** 6:11 16:15
  36:10 60:1 61:8
  61:11 68:13,15
  68:16 74:11
  78:13 84:5
  102:8 109:21
  109:25 113:10
  117:24 120:25
  127:11 136:25
  147:9,12,14,15
  147:17,18
  148:19,24
**Thanks** 103:21
**theme** 24:22
**theoretical** 85:19
**thereof** 150:6
**thereto** 150:12
**thing** 31:2 43:10
  130:21,23
  147:8
**things** 18:12,14
  25:1,10,11 27:5
  28:12 31:14
  93:25 116:13
  117:5,11
**think** 11:25
  12:25 16:6

17:10,10 21:5,6
23:21 24:2,22
26:20 31:1,1,2
31:13 42:6
54:11 56:25
58:20 59:24
61:23 62:1 70:6
73:22 75:6,9
78:4 79:12
93:15 95:3 96:8
106:1 108:6
111:23 116:12
116:19 117:5,7
117:10 124:9
126:21 127:2
127:22 128:3
129:4,12,13
134:5 135:18
136:13 137:10
142:5 147:4
148:23,24
**thinking** 13:21
  28:13 142:23
**third** 69:9 104:25
  133:16 148:1
**Thirty-three**
  10:17
**thought** 17:20
**thousands** 57:7
**three** 32:10 42:7
  55:11 114:5
  116:2,13,20,22
  117:8 119:13
  147:21
**three-month**
  41:3
**time** 5:6 7:15,15
  7:23 8:3 17:7,8
  24:2 27:8,13,25
  32:22 33:10
  34:22 35:1 38:5
  38:12,13,14,21
  39:14 41:15,21
  42:6,18,23
  44:12 45:10,22
  47:5,7,9 52:19

54:18 65:6,12
65:13,22 68:18
68:24 69:18,22
70:1 76:24,25
80:21 81:13,24
82:23 85:8,14
85:16 87:1,5
88:4,15 89:21
90:24 92:1 95:3
100:23 105:25
111:18,24
119:11,13,14
126:18,24,25
127:10,16,22
130:13,14
135:18,19,20
135:20,21
137:3,4,4
141:17 142:4
146:1,21
147:13,15,19
148:9
**timely** 92:2
**times** 10:23
  26:23,25 68:19
  68:20,21 71:3
  81:22 82:25
  83:11 84:10
  86:11 93:1,3,24
  94:21 145:23
**title** 10:14 33:6
**today** 4:14 5:5
  8:20 9:5,15
  48:1 73:11 82:7
  90:16 100:24
  121:18 130:8
  143:12
**today's** 14:12
  28:1,7 67:11
**toggling** 109:23
**told** 16:1,3,8
  28:11 35:15
  39:4,13 40:19
  41:16,20 43:20
  53:12 64:24
  65:5,8,10,23

67:23 69:3,11
69:16,17 72:18
73:15 74:1 75:2
76:24 77:2,3,17
80:22 81:10,17
81:21 82:11,15
82:18,20 83:14
85:17 94:14,17
94:21 96:7
**top** 14:23 59:20
  96:24 97:24
  118:25 119:1
  122:25 139:8
**Topic** 15:3,10,13
  121:15,22
  137:13 141:23
**topics** 14:24
  17:11,12 20:17
  20:17,19,21
  36:10 67:1
  143:10
**torn** 94:19
**total** 27:20 98:4,7
  133:12
**track** 92:14
**tracked** 94:4
**traffic** 13:4,7
**traffickers**
  114:17
**Train** 49:9 50:4
**trains** 50:6
**transcribed**
  150:14
**transcript** 148:22
  150:16
**transcripts** 21:25
**transferred**
  72:20
**transgenders**
  143:20,20
  144:22
**transports**
  120:13
**travel** 73:5,6
**Travelers** 86:1
**trial** 11:6 12:4

**trials** 11:22 12:13
**trouble** 59:25
**true** 30:12 66:5
  98:16 107:8
  150:15
**truth** 9:4 150:9
**truthfully** 9:15
  13:2
**try** 25:16 28:16
  46:25,25
  118:16
**trying** 18:16 25:9
  39:1 45:24
  46:11,14 54:5
  56:24 83:25
  85:18 90:6
  93:15
**Tucson** 17:14
  32:21 35:19,23
  35:24 36:3
  60:17 61:13
  64:6 95:18,25
  117:20,23
**turn** 14:22 15:11
  32:5 50:8 107:7
  107:9 108:15
**turnback** 81:3
  121:21
**turnbacks** 15:5
**turned** 80:22
  81:3
**turnstile** 108:9
**turnstiles** 86:19
  106:4
**two** 41:3,3 42:8
  69:9 71:18
  83:22 119:11
  119:13
**type** 80:9 128:20
**typewriting**
  150:14
**typical** 52:14,25
  54:2 56:13,25
  57:18 143:13
**Typically** 29:24



**U**

**UACs** 83:18
  85:20 103:11
**UDA** 133:1
**UDAS** 4:11
**uh-huhs** 6:23
**unable** 9:14
  39:14 44:8
  77:13 123:14
  125:1,2
**unaccompanied**
  82:19 143:21
**understand** 6:25
  7:10,20 8:5,9
  8:13,17,19 9:1
  9:3,4,7,11,17
  10:1 15:2,9,12
  18:16 33:5
  45:16,20 49:11
  54:19 56:24
  57:9 60:10 61:1
  61:19 62:16
  66:22 70:10,13
  84:16 85:18
  90:6 101:22
  125:3,8 147:24
**understanding**
  8:24,25 63:14
  70:19 122:9,10
  146:19
**understood** 7:12
  13:25 54:6
  121:13,23
  122:4 127:12
**undocumented**
  19:8 29:6 40:20
  44:5 69:15
  129:5 133:2,25
  134:3
**unhealthy** 46:11
  46:19
**unit** 18:21,22
  99:16 115:2
  139:6
**United** 1:1 5:4

43:22 49:13
88:10 89:3,5,9
89:23 90:7,15
104:6 105:11
118:23 123:19
**units** 47:16 74:18
  103:10,12
  143:24,25
**unsafe** 46:11
**unshrink** 51:5
**unused** 99:2
**update** 109:18
  137:9
**updates** 109:14
**upper** 98:15
  103:2
**use** 61:22,24
  104:15 128:20
**usually** 27:17
  35:12 115:3
**utmost** 144:23
  145:16
**U.S** 1:13 2:2,19
  3:3 5:21 6:5
  8:11 14:19
  39:19 40:17
  41:5 72:20
  76:16 77:11
  81:4 84:25
  106:12,17
  125:20 146:24
  149:6

**V**

**v** 1:6 5:4
**Vague** 23:8 27:10
  34:25 42:19
  47:6 51:4 55:5
  106:10 145:5
**various** 48:12
  51:2,3,13
**vehicle** 49:7,23
  66:20 85:12
**verbally** 123:4
**verify** 97:7
**videographer**

2:22 5:1,10 6:2
60:3,7 78:14,17
80:11 83:7
103:22,25
121:1,4 136:19
136:22 143:1,4
149:1
**VIDEOTAPED**
  1:12 2:1
**VIRTUAL** 1:12
  2:1
**virtually** 2:4
**virtue** 150:6
**virus** 144:18
**viruses** 93:23
**visa** 115:2
**Visas** 114:23
**vocal** 100:21
**voice** 25:14
**vulnerable**
  144:22

**W**

**wait** 7:6,8 35:15
  39:4,13 40:20
  40:24 41:16
  43:21 64:10,13
  65:8,24 69:4,11
  69:18 70:8,16
  75:2 77:1 80:22
  81:11,18,22
  82:11,15,18,20
  83:14 85:17
  88:16 89:21
  107:5 124:22
  125:24
**waited** 41:22
  86:18
**waiting** 29:7
  40:16 42:1,25
  44:6 76:14,16
  85:4 86:2,3,4,6
  86:16,21,22
  87:3,5,13,16,20
  87:22 88:18,24
  89:16,18,19

90:25 91:1,11
91:15 125:14
125:20 134:10
135:1,12,13,16
135:19 136:2,5
137:7
**waives** 54:11
**walked** 105:8
  107:6
**Walters** 2:14 3:6
  5:17,18 6:14,19
  121:7,9 122:23
  123:1,23
  125:11 126:8
  127:4,12,13
  129:23 131:3,5
  132:17 133:15
  133:17 134:2
  136:8,13,17,24
  137:18 138:6,9
  140:12 141:13
  142:1,9,13,20
  142:24
**want** 15:19 23:18
  52:22 54:17
  59:8,19,20
  61:14 62:7,8
  71:22 78:10
  84:7,8 112:23
  112:24 130:25
  142:14,14
  144:15,18
  148:10
**wanted** 17:19
  18:2,12,25 25:1
  55:1 60:19 61:1
  99:7 148:13
**wanting** 148:15
**Washington** 2:15
  2:20
**wasn't** 20:18
  27:3 47:15
  73:15 77:4
  83:20 84:1
  98:16 148:16
**watch** 94:22

109:7 130:12
130:15
**way** 24:3 36:8
  44:23 72:17
  81:7 91:15
  92:11,15 96:8
  96:21 108:7
  115:4 133:16
  143:18 147:5
  150:19,21
**web** 7:2
**WebEx** 83:5
**Wednesday** 5:6
**week** 104:22
**weekly** 136:4
  137:10
**went** 19:1 28:24
  33:13,18 38:7
  78:20 93:25
  127:21
**weren't** 33:1
  35:15 45:13
**west** 42:11,14
  44:24 45:12,15
  64:17
**western** 38:24
**we'll** 7:22 60:1
**we're** 43:8 55:8
  58:6 62:7 76:25
  77:14 82:4
  109:23 121:4
  136:22 140:14
  140:23 142:15
  143:4 144:6,16
  146:2,6 147:20
**we've** 28:7 120:6
  121:10 140:15
  142:3 144:2
**widely** 146:25
**William** 124:4
**withhold** 58:25
**witness** 3:2 6:3,6
  14:14 15:24
  16:13 18:2
  21:12,17 22:23
  23:9 24:10,14



29:12 31:17
36:19 37:2,9,17
37:25 43:6
44:21 51:21
52:18 53:24
56:18 57:13,21
57:24 59:7,10
59:17 64:4,16
65:4,18 66:1,18
66:23 67:19
68:17 71:3 73:3
73:21 78:9 80:1
80:25 81:20
82:14 83:16
84:22 90:24
91:20 93:17
96:5 100:25
102:9 103:20
106:11 107:18
111:13 116:12
120:15,24
125:7 133:24
136:11 144:15
145:6,15
147:14,17
148:21 150:7
150:12
**Wonderful**
122:13
**wondering** 137:5
**word** 134:8
**words** 7:4 65:23
83:1 84:18
**work** 10:18 31:13
47:2 51:20,20
53:16 55:19
58:21 67:17
124:8,16,18
129:18 148:8
**worked** 10:16
26:6 88:7
**works** 24:18 59:6
59:22 88:12,14
120:20
**work-related**
11:12,13

**wouldn't** 27:16
58:24 75:9
108:7 127:2
**wound** 82:21,21
**write** 118:15
**written** 12:15
77:5,16,20,25
78:22 79:2 80:8
100:1 108:7,7
**wrote** 31:9,9
**www.MagnaL...**
1:22

**X**

**X** 3:1 28:14
**XD** 22:3

**Y**

**Yard** 49:9 50:4
**yeah** 24:24 27:23
30:25 41:18
48:9 61:3 78:12
96:23 97:16
101:4 103:19
108:6 109:20
109:24 116:7
131:4 136:7
142:24 148:24
**year** 15:25 55:8
**years** 10:17
**yesterday** 55:11
105:1
**yes-or-no** 56:15
**Ysidro** 42:10
44:23

**Z**

**Zamora** 110:5

**1**

**1** 5:2 8:3 32:5,6
32:13 33:24
34:2 50:10
77:10 96:21,24
131:9 146:5
**1:37** 143:5

**1:45** 149:2,3
**10** 27:19 99:12
113:12,16
**10th** 150:22
**10,000** 55:9
**10-15** 14:9
**10/23/2018** 4:10
**10/26/2016** 4:6
**10:11** 60:8
**10:36** 78:15
**10:49** 78:18
**10:58** 83:8
**100** 101:3 128:4
143:14 144:8
145:3,10,22
**104** 4:18
**11** 60:8
**11th** 30:13
**11/16/2006**
132:25
**11/16/2016** 4:12
**11/17/2016** 4:15
**11/22/2016** 4:4
**11:27** 103:23
**11:42** 104:1
**110** 3:13
**112** 3:15 134:9
**115** 3:17
**117** 3:19
**119** 3:21
**12:04** 121:2
**12:17** 121:5
**12:41** 136:20
**12:46** 136:23
**12:54** 143:2
**120** 3:12 29:12,13
29:17 30:4
108:18 109:24
113:12
**121** 3:6
**122** 4:7
**123** 4:3
**128** 3:13 109:23
110:1
**129** 3:15 4:13
112:9,10

**13** 118:12,18
**13(a)** 119:5,16
120:7
**13(b)** 119:5
**13(c)** 119:5
**130** 3:17 115:17
115:18
**131** 3:19 117:15
117:16
**132** 3:21 4:11
119:23,24
**1331** 2:15
**137** 4:16
**141** 3:23 71:6,7
71:11
**142** 4:3 123:21,25
124:2
**143** 3:7 4:5 96:13
96:14
**15** 15:13 20:18
27:19 104:22
105:1 121:15
121:22 137:13
141:23
**152** 4:7 122:15,17
122:21 124:21
**153** 4:9 95:7,8,11
**154** 4:11 132:15
132:19
**155** 4:13 129:21
129:25 130:3
**156** 4:16 137:16
137:20,22
138:4,23
139:15
**158** 4:18 104:9,10
104:13
**16** 132:22
**16th** 114:4 116:1
**17** 14:24 32:17
33:2 130:4
**17th** 115:21
**17-cv-02366-B...**
1:4
**18** 11:5 32:18
79:13

**1980** 34:2
**1987** 34:3

**2**

**2** 15:3,10 20:18
30:8 32:7 49:1
50:13,20 77:12
96:25 131:17
138:13 139:1
**2nd** 71:11
**2/21/2019** 4:19
**20** 94:15 95:1,2
95:23 96:3
146:13,17
**200** 2:15
**2000** 140:17,21
**20005** 2:15
**2006** 34:11,14,19
35:3 132:22
**2009** 34:15,20,21
**2014** 34:12,21
35:3
**2016** 8:3 32:12
34:5 38:25 39:2
41:2 44:19 47:5
47:10,12 62:18
62:23 63:3,13
63:16 64:5,6,20
64:21 68:7 69:6
69:14,24 70:1
74:6,19,20
96:17 122:18
124:2 126:17
126:22 127:1,7
127:20,25
128:23 130:4
132:2,11
137:13 141:4,8
141:20,23
**2017** 33:8,17,20
38:6 47:18
64:22 68:7 69:6
69:14,24 74:24
**2018** 32:14 33:1
47:24 70:5,23
77:15 78:24



79:23 80:17
81:15 83:1,11
84:10 85:9 87:8
87:9,19 95:12
98:21 100:4,6
**2019** 71:11
104:13 109:5
110:4 112:2,14
114:4,4 117:21
118:1 119:17
120:3 128:24
129:3 135:22
135:24,25
137:4,22
140:18,21
141:17
**2020** 1:14 2:3 5:6
150:23
**20530** 2:20
**21** 119:9,13,18
137:22
**21st** 104:13
**22** 124:2
**23** 4:10
**23rd** 95:12,16
**24** 33:1 110:4,12
112:2 122:18
**24th** 32:14,18
109:5 119:17
**24-hour** 99:11
**25th** 2:12 112:14
120:3
**26** 96:17
**26th** 114:4 118:4
**27th** 118:1,5
**28** 133:12,25
**29** 1:14 2:3 3:12
3:12 30:6
**29th** 5:6

_____
**3**
**3** 32:6,24 33:25
34:2 139:8
**30** 98:6,18 110:14
**30(b)(6)** 1:12 2:1
3:3 6:5 14:18

15:24 17:2
66:23 67:5
121:15 137:12
141:7,19,22
149:6
**31** 58:11,16
**34** 100:13
**350** 2:12

_____
**4**
**4** 108:18
**4/2/2019** 3:24
**4/25/2019** 3:22
**40** 100:13
**44** 98:6
**45** 27:18 110:13
110:15
**48** 116:6
**494** 130:2

_____
**5**
**5** 50:21 51:6
56:19 113:12
113:13 131:23
**50712** 1:25
150:25
**547** 122:16
**55** 112:18 118:6

_____
**6**
**6** 3:5 99:12
111:14 113:14
**6/17/2019** 3:18
**6/27/2019** 3:20
**65** 50:22 98:16
100:25 101:2
103:3
**66** 50:24 93:1
94:8,8,10,12,12
96:8 100:7,17
100:20 101:9
101:12,14,17
102:10

_____
**7**
**7** 14:23,23 117:21

118:16
**71** 3:23
**73** 116:4
**74** 98:7,11
**79** 14:14,17 120:8
120:9

_____
**8**
**8** 107:19
**8/21/2019** 4:17
**8/24/19** 110:6
**8/24/2016** 4:8
**8/24/2019** 3:14
**8/25/2019** 3:16
**8:41** 2:3 5:7
**866)624-6221**
1:21
**88036** 137:21

_____
**9**
**9** 15:11 108:19
109:12 110:12
113:7
**9:50** 111:23,24
**9:52** 60:5
**90071** 2:12
**95** 4:9
**950** 2:20
**96** 4:5

