MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 37 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**REDACTED VERSION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8
   SOUTHERN POVERTY LAW CENTER
9    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
     *sarah.rich@splcenter.org*
10   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
     *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 37 IN SUPPORT OF PLAINTIFFS' MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT

**Office of Field Operations**
**Incident Management Division**
**October 6, 2016**

**Issue**  Haitian Migration Surge

**Executive Summary:**
Since February 2016, the CBP Office of Field Operations Ports-of-Entry (POE) within the San Diego Field Office began experiencing a surge of inadmissible Haitian nationals seeking entry to the United States without proper documents to enter or reside. The massive pooling of Haitian, African, Mexican, and other migrants to Tijuana and Mexicali, Baja California enroute to the U.S. border, has caused an extraordinary situation and demand for services. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**Background:**
- The current surge of Haitian migrants is partially tied to the designation and reauthorization of Temporary Protective Status (TPS) following the January 12, 2010 Haitian earthquake.
- Haitians who were in the United States prior to January 12, 2011 and have a pending or approved application for TPS are generally not subject to removal.
    - Temporary Protective Status (TPS): An alien granted TPS, shall not be removed from the United States during the period in which such status is in effect [8USC1254a(A)].
- Based on field interviews with Haitian nationals encountered at the POEs, most have lived and worked in Brazil between one (1) to three (3) years before starting their journey to the United States.
- If encountered during travel through Latin America, Haitians generally to be Congolese (or other French specking nationality form Africa) to avoid removal.
- Applicant arrive to U.S. boarder, indicating their documents are either lost, stolen, or destroyed, and admit to Haitian nationality.

**Current Status:**
- OFO has deployed 100 additional officers to support the San Diego Field Office ports of entry;
- CBP has deployed (16) CBP personnel with special language fluency (Creole) to support the processing of Haitian nationals at the POE.
- OFO has leveraged remote processing capabilities at impacted POE.
- OFO, in collaboration with the Office of Chief Counsel, ICE, and USCIS is streamlining administrative case processes.
- CBP San Diego continues their partnership with USBP to support the overflow of inadmissible aliens in custody.
    - USBP provided CBP San Diego with temporary holding space at the Imperial Beach Border Patrol Station and Barracks Five/Chula Vista location in South San Diego.

- Inadmissible adult males, such as Haitians are relocated to the Imperial Beach Border Patrol Station where ICE/ERO then employs alternatives to detention (ATD) programs prior to release, if appropriate.
- OFO has requested support from ICE/ERO with the placement of staff at San Ysidro and Calexico. ICE/ERO has deployed 2-3 over two shifts.
  - With limited ICE/ERO staff and this process can take up to 6 days as migrants remain in CBP custody. OFO is coordinating requests for additional staff.
  - To support ICE/ERO and speed the custodial transfer of aliens, CBP San Diego has integrated a vast amount of ICE/ERO administrative functions to their processing procedures which requires additional time to fulfill case processing requirements; this process has been the focus of streamlining discussion to increase OFO throughput.
- This surge in inadmissible migrants and space constraints requires CBP San Diego to assume non-traditional detention functions as a result of ICE/ERO San Diego's inability to meet their mandated function of assuming custody of inadmissible migrants.
- To manage the increased surge of inadmissible aliens at POEs, and comply with legal obligations, case processing is conducted by prioritization:
  1. Unaccompanied Children (UAC)
  2. Family Units and accompanied children
  3. Aggravated Criminal Aliens
  4. Criminal Aliens
  5. Single Adults

## Operational Perspective:

CBP deployed personnel to the impacted ports of entry, streamlining administrative processes, utilized technology applications as a force-multiplier, and re-framing the distribution of workload. To further improve developing workflow efficiencies, CBP recommends pursuing options to:
- Holistically reduce administrative paperwork in case processing;
- Maximize leveraging of nation-wide remote processing for all inadmissible alien encounters;
- Pursue establishment of centralized collection and processing centers at the Department level; and,
- Pursue (emergency) regulatory change to de-incentivize frivolous credible fear claims and reinvigorate removals through the expedited removal process.

**Prepared by**: OFO, Migration Coordination Center
**Date:** October 6, 2016