MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 51 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[50] *et al.*, | |
| Defendants. | |

---

[50] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**UNHCR**
**United Nations High Commissioner for Refugees**
Regional Representation in Washington

1800 Massachusetts Ave NW  Tel.: (202) 296.5191
Suite 500  Fax: (202) 296.5660
Washington, DC 20036  Email: cardoletti@unhcr.org

6 October 2016

René N. Hanna
Deputy Chief of Staff (Policy)
Office of the Commissioner
US Customs and Border Protection
1300 Pennsylvania Ave. NW, Ste. 4.4A
Washington, DC 20229

Re:   **UNHCR Site Visit to San Ysidro Port of Entry**

Dear Ms. Hanna,

On behalf of the United Nations High Commissioner for Refugees (UNHCR), I wish to thank you and your staff for facilitating the site visit for me and my colleagues, Ms. Katie Tobin, Assistant Protection Officer, and Mr. Jose Sieber Luz, Senior Protection Officer (Mexico), at the San Ysidro port of entry during the week of 12 September 2016. The warm reception and thorough briefings received by my colleagues from Customs and Border Protection (CBP) and Immigration and Customs Enforcement (ICE) during the visit were very much appreciated.

We were particularly impressed to see the sincere efforts made by the various DHS counterparts at the border to ensure access to the United States protection for vulnerable persons despite ongoing capacity challenges and increasing numbers of arrivals.

Kindly find enclosed a short report reflecting UNHCR's findings and recommendations from the site visit. These recommendations aim not only to address the situation of Haitians arriving at the San Ysidro port of entry, but also ensure that access to asylum for all individuals seeking protection at the US border is preserved.

We are aware that following our site visit, there has been a change in the US policy on returns to Haiti. UNHCR advises careful consideration in the implementation of this new policy, particularly in light of current events affecting stability in the country, such as the National Elections and Hurricane Matthew.

We remain available, of course, to discuss any aspects of the report and look forward to continued collaboration on this situation and other issues of mutual concern.

Kind regards,

Chiara Cardoletti-Carroll
Deputy Regional Representative for
the USA & Caribbean

CC:   Serena Hoy, Senior Counsel, Office of the Deputy Secretary, DHS
   Jennifer Higgins, Deputy Chief of Staff, Office of the Deputy Secretary, DHS
   J. Ryan Hutton, Deputy Executive Director, Admissibility and Passenger Programs, CBP Office of Field Operations, DHS

AOL-DEF-00339435

# UNHCR Findings and Recommendations
## Site Visit to San Ysidro Port of Entry
### 12-14 September 2016

**Background:**

In recent months, the Office of the United Nations High Commissioner for Refugees (UNHCR) has been closely following the secondary movement of Haitians from Brazil to the United States and is aware that nearly 5000 have arrived at the San Ysidro port of entry since May 2016, disrupting business as usual for US Customs & Border Protection (CBP) and other sub-agencies within the Department of Homeland Security (DHS) processing cases there.

On the week of 12 September 2016, the Department of Homeland Security (DHS) Headquarters facilitated a site visit for UNHCR to observe CBP and ICE operations at San Ysidro to better understand the challenges created by the recent influx. In its advisory capacity, UNHCR agreed to provide confidential comments to DHS following the visit. Below is a summary of UNHCR's key findings and recommendations.

**Findings**:

- The number of Haitian nationals arriving at San Ysidro port of entry is on the rise. UNHCR witnessed large numbers being processed while visiting the port of entry on 13 September. According to CBP, most Haitian nationals seeking admission at the San Ysidro port of entry are not seeking asylum. While some may fear return to Haiti, CBP reports that the majority are not expressing fear at the port of entry. Instead, they are expressing interest in working and/or reuniting with family in the US. This was also confirmed by the anecdotal accounts of a group of Haitian nationals in CBP custody. A large majority of the Haitians are coming from Brazil. Many had children born there.

- When it comes to the magnitude of the phenomenon, UNHCR understands there is a significant backlog of Haitian cases at the Tijuana side of the border. Furthermore, the Mexican press reports that at least 950 Haitians requested appointments at the San Ysidro port of entry on 12 September alone. According to NGOs, Haitians have also been arriving in increasing numbers at other ports of entry in recent weeks, such as Calexico, which is far less resourced than San Ysidro. In addition to adult males, there is an increasing number of women and children making the journey. This flow is expected to continue in the coming months.

- According to CBP, some of the key reasons underlining this rise in movements are: 1) declining opportunities in Brazil following the end of the Olympics; 2) the recent extension of Temporary Protected Status (TPS) by the Secretary of DHS which has been interpreted by many Haitians (and smugglers) as a signal that the current favorable treatment of Haitians will continue.

- Both CBP and ICE in Southern California are currently doing what they can with existing resources to process the Haitians expeditiously and humanely and maintain regular

1

AOL-DEF-00339436

processing of asylum-seekers. The agencies have also developed strong partnerships with local NGOs to manage release and family reunification. Due to the influx of Haitians, CBP's asylum processing capacity has however been significantly limited in recent months. At least half of CBP's staffing and space previously dedicated to processing asylum-seekers is now being used to process Haitian parole cases. A multi-year construction project is further limiting CBP's asylum processing capacity.

- Haitians and non-Mexican asylum-seekers, including those from Central America, continue to be subject to a metering system in Tijuana. The Mexican authorities (INM) are currently running the metering system in collaboration with CBP to issue appointments to be processed at the port of entry. Appointment dates are distributed every Monday, Wednesday and Friday. According to CBP, the wait time for an appointment is currently between four days and one week. NGOs in Mexico report that the wait time is considerably higher, averaging between 20 and 25 days. The metering system was developed in an effort to better manage the influx at the port of entry. However, by increasing reception and processing capacity at the port of entry and streamlining procedures, such a metering system could be avoided. Needless to say, a system that limits and regulates access to a border is inherently problematic, as it is vulnerable to abuse and exploitation. Just this week, UNHCR received reports of Haitians selling their appointments for 500 USD.

- On the positive side, according to CBP, Mexican asylum-seekers are no longer subject to the metering system at San Ysidro. However, INM and Mexican NGOs both report that a ceiling of 50 Mexican asylum-seekers per day persists. Mexican asylum-seekers turned away at the port of entry on a given day are seeking to stay at the same four migrant shelters as the Haitians. Many are also resorting to sleeping on the streets of Tijuana.

- Tijuana and San Diego are currently overwhelmed with the number of Haitians arriving and seeking shelter. In recent weeks, there has been increasing media coverage of what is being labeled a "humanitarian crisis." Images and stories of long lines in Tijuana featured prominently in the Mexican press this week. This vulnerable population requires urgent attention.

**Recommendations:**

- Recognize the Haitian situation at San Ysidro as a surge and activate existing protocols for mass migration processing. To this end, UNHCR recommends that DHS open as a pilot project a temporary central processing center near the San Ysidro port of entry to offer reception and process Haitian parole claims. This is something that CBP is already positively considering following discussions with them at the border.

- Re-evaluate current protocols and streamline parole processing at the port of entry to significantly reduce the processing time for Haitian parolees and look for opportunities to curtail the process and omit any duplicative steps taken by CBP and ICE in light of the rising numbers.

2

AOL-DEF-00339437

- Urgently reconsider the use of a metering system (appointment system) for asylum-seekers and other vulnerable populations approaching the port of entry. This recommendation goes hand-in-hand with the recommendation for a central processing center.

- Invest in shelter capacity and other humanitarian aid in Tijuana and San Diego for the Haitian population. Take proactive steps to meet the needs of this vulnerable population.

**UNHCR Regional Office Washington**
**6 October 2016**

AOL-DEF-00339438