MAYER BROWN LLP
    Matthew H. Marmolejo (CA Bar No. 242964)
    *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
    Ori Lev (DC Bar No. 452565)
    (*pro hac vice*)
    *olev@mayerbrown.com*
    Stephen M. Medlock (VA Bar No. 78819)
    (*pro hac vice*)
    *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:    +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
    Melissa Crow (DC Bar No. 453487)
    (*pro hac vice*)
    *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf,[75] *et al.*,<br><br>             Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 76 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[75] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**Tony Reardon**

| | |
|---|---|
| **From:** | ATKINSON, DAVID <DAVID.ATKINSON@CBP.DHS.GOV> |
| **Sent:** | Tuesday, March 19, 2019 4:35 PM |
| **To:** | Tony Reardon; CADRIEL, DONALD H; GUERRA, RICARDO; FLORES, MIGUEL M; MUNOZ, RICARDO; VEGA, FRANCISCO; MONAHAN, JOHN F |
| **Subject:** | FW: Safety Alert/Rule Clarification. |
| **Attachments:** | Asylees 3192019.pdf |

Fyi

**From:** ATKINSON, DAVID
**Sent:** Tuesday, March 19, 2019 2:55 PM
**To:** MCALEENAN, KEVIN K <KEVIN.K.MCALEENAN@cbp.dhs.gov>
**Cc:** HARALSON, WILLIAM T <WILLIAM.T.HARALSON@cbp.dhs.gov>; IGLESIAS-JR, ROMUALDO <romualdo.iglesias-jr@cbp.dhs.gov>
**Subject:** Safety Alert/Rule Clarification.

Mr. Commissioner,

1st, The Port of Hidalgo, Texas employees would like a written order provided to them that mirrors their instructions to return individuals who enter the U.S. and request asylum back to Mexico without appointment or system for a future appointment. The Agency is allowing the Mexican officials to create a list and detention area mid bridge to facilitate who would be next to enter the United States from that detention site on the Mexican side, which is under the control and direction of CBP Officers on the U.S. side.

The employees would like you to provide them the proper authority and sections of law that allows them to detain these asylum seekers on the Mexican side, and prevent them from entering the U.S. after presenting themselves for inspection and requesting asylum.   The Employees would like something in writing to protect their ordered activities, as the Agency is claiming publicly that they are not conducting these activities when they really are.

2nd, the employees are placed at the middle of the bridge out of line of sight of other CBP Staff and outnumbered by the asylum seekers and the possible smugglers who are attempting to enter the U.S. by foot and/or by vehicle. The employees request your intervention in this matter to ensure that they are not injured or killed as Port management is incompetent in assigning the proper amount of or stationing these officers in a safe position. Recently we have had several officers placed in a position of disadvantage without any instant reinforcements as only three are assigned away from the immediate site from all port staff. On one occurrence, an innocent vehicular driver was placed in harm's way of a struggle between a CBP officer and asylum seeker.   The driver struck the Officer's holster, mere centimeters away from hitting the body of the Officer and causing grave harm or even death.  Furthermore, there are routinely only 3-4 Officers assigned to the Passport Control processing area, thus delaying the wait time of the asylum seekers upwards of three weeks.  Again, for this reason along with the others mentioned above, we request your immediate intervention in the matter.

3rd, the local U.S. Border Patrol is doing a poor job in picking up the asylum seekers that have already been processed.

It is surprising that local management would stage such a detention area at the middle of the bridge putting the asylum seekers and employees in pest infected areas known to be susceptible to gunshots.  As of yesterday, the standing order by Supervisor Lauro Hinojosa, was not to allow any asylum seekers into the U.S. until the Mexican authorities call them up by a list of which they maintain control.  They are to be sent back into Mexico, and not allowed to enter for the U.S. for processing.

1

**Exhibit**

**294**

NTEU - 000110

We respectfully await your immediate response.

David Atkinson, Local President NTEU Chapter 149.



CBP and Mexican detention site, where asylum seekers are returned to Mexico to wait without notice by CBP Officers. As per local management, asylum seekers are not to enter, and detained at the middle of the bridge until they are called up by Mexican Officials to enter. CBP calls Mexican officials and they dictate who enters. The problem with this is that CBP has no control who enters, and at times, as per the interviewing CBP Officers, the people selected are the ones that have cash to bribe Mexican Officials. Also, as substantiated by the interviewing CBP Officers that claim that the Port runners are informing them that the Mexican Officials, for the right price (500), are allowed to run the Northside of the bridge.

2



Cannot see the 2 officers one quarter on top of the bridge. The problem is, when the lanes get filled up during peak times, the officers completely vanish into the surrounding vehicles who park in line right after them.



quarter on top of the bridge / cannot see bridge employees or primary booths for back-up.

3

NTEU - 000112



Chairs reduced to minimize the amount of persons held in the seating area leaving a huge blank space.

NTEU - 000113



No officers stationed to process work at 10-11pm, and only 4 employees to process the family unit creditable fear cases.

NTEU - 000114

## CBP Officers

U.S. Customs and Border Protection
U.S. Port of Hidalgo, Texas

March 6, 2019

To: Whom it may Concern:

We CBP Officers assigned the Port of Hidalgo, Texas have been ordered by CBP
Supervisors to inspect persons seeking/requesting asylum status near the middle of the
United States/Mexico Bridge in Hidalgo, Texas on the United States side. We are
posted mere feet into the U.S. from the US/Mexico borderline and are intercepting and
immediately preventing asylees who request asylum from entering the United States.
After their immediate request, we are instantly sending them back into Mexico without a
date, time or appointment to be allowed into the United States for processing. We are
not aware of any process used to inform these asylum seekers to return to the Port for
processing into the U.S. and feel there is a need for clarification for the authority or law
allowing us to immediately deny entry to these asylum seekers into the United States
and returning them back into Mexico. Therefore, we are requesting the person of
authority or section of law that grants us the power to act as ordered and mentioned
above.

Respectfully Submitted: CBP Officers Signed below:

Ramuna Iglesias

Danielle Vazquez                        Manuel Hernandez Jr.

Juan Gonzalez                           Lauren L. Gonzalez

Abram Gurena                            Maritza E. Davila

Flor Guerrero

Gabriel Ortiz                           David Longoria

                                        Eduardo Armentor

                                        Ornelas, Juan

Israel Noguez                           I. Salinas

Leonardo Cantu                          R. Castillo

Federico Martinez Jr.                   R. Torres Gonzalez

NTEU - 000115

Juan Garcia

Christian Castaneda

Andrea Lopez

Saing Cortes

Marcus Gonzales

Oscar Molina Jr.

Abigael Lugo

Jesus Flores

Amanda Benavides

Javier Rodriguez

Lazaro Solers

Roberto C Reyna

Robert R. Brantello

Gloria S. Onate

Robert Rojas

Martin Garcia

Nidia Gaa

Chris Ramirez

Ramiro Reyna Jr.

Jesus Gonzalez

NTEU - 000116

| PORT | PRINT NAME | SIGN | DATE |
|---|---|---|---|
| 2305 | J. Gaytta | | 9/25/18 |
| 2305 | E. Rios | | 9/25/18 |
| 2305 | M Fuentes | | 9/25/18 |
| 2305 | V. Cano | | 9/25/18 |
| 2305 | C. Rodriguez | | 9-25-18 |
| 2305 | M ORNELAS | | 9/25/18 |
| 2305 | B Ramirez | | 09/25/2018 |
| 2305 | I Rodriguez | | 9/25/18 |
| 2305 | C. CASTRO | | 9/25/18 |
| 2305 | G 2tz | | 9/25/18 |
| 2305 | A. Lugo | | 9/25/18 |
| 2305 | R. Rodriguez | | 9/25/18 |
| 2305 | | | 9/25/18 |
| 2305 | S. Cortes | | 9/25/18 |
| 2305 | J. Garci | | 9/25/18 |
| 2305 | M. Rodriguez. | | 9/25/18 |
| 2305 | A OROZCO | | 9/25/18 |
| 2305 | J. Flores | | 9/25/18 |
| 2305 | G Leal | | 9/25/18 |
| 2305 | R Hernandez | | 9/25/18 |
| 2305 | A Civilli | | 9/25/18 |

NTEU - 000117

| | |
|---|---|
| | Joaquin Longoria |
| | Jose Peña |
| | Eli Canales |
| | Romina Iglesias |
| | Michael Rodriguez |
| | Saing Cortes |
| | Cristin Garcia |
| | Pedro Valle |
| | Chivelle Vazquez |
| | Andres Rojas |
| | Abram Gomez |
| | Reynaldo Torres Goncals |
| | Albert Muñoz |
| | Rigoberto Gonzalez |
| | Juan Crowder |
| | Raul Lopez |
| | |
| | Oscar Molon |
| | Contreras Mena |
| | Rolando Ramon |
| | Eduardo Cortés |
| | Manuel Hernandez |

NTEU - 000118

| | |
|---|---|
| Juan Sifuentes | |
| Jesus Salinas | |
| Oziel Cantu | |
| Jose GARZA | |
| IBARRA ROMERO | |
| Nate Ron | |
| DAVID BOTUYO | |
| Jesus Marroquin | |
| Ignacio L. Tijerina Jr. | |
| Raul Cano | |
| Candido Mario | |
| Roel Dela Fuente | |
| JOSE R. LERA | |
| Juan Esparza | |
| Carlos Casares | |
| Francisco Ulibina | |
| Mariela Terino | |
| Carlos Mendoza | |
| Mark Latigo | |
| Jorge Huerta | |
| JOSE LERA | |
| | |

NTEU - 000119



NTEU - 000120

| NAMES | SIGNATURES |
|---|---|
| 1 LUCIO JULIAN | |
| 2 BALLI CHARLES | |
| 3 CIFUENTES JORGE | |
| 4 LOPEZ AZAEL | |
| 5 GONZALEZ ENRIQUE | |
| 6 THOMAS BRITTANY | |
| 7 GUAJARDO ADAN | |
| 8 RODRIGUEZ RODRIGO | |
| 9 GARCIA MARTIN | |
| 10 IBARRA JESSICA | |
| 11 ELVIRA ESIQUIO | |

12. David Longoria

13. Mario Buzaldua

14.

NTEU - 000121

| PORT | PRINT NAME | SIGN | DATE |
|------|-----------|------|------|
| 2305 | R. Castillo | | 09/26/18 |
| 2305 | C G. Illi | | 9-26-18 |
| 2305 | I Ross | | 9/27/208 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NTEU - 000122



NTEU - 000123

Bobby Gomez
) Claude Pollard
Javier Rodriguez
Sal Sanchez
Jesus Saenz
Cristal Ramirez
) Gracie muñoz
) Oscar Moleno
) Amanda Benavides
) Ricardo Casas Jr.
) Andrea Lopez
) Raquel Rodriguez
) Manuel Grijalva
) Abraham Peña
) Victoria Casas
) Claudia Gonzalez
) Fidel Robledo
) Maura Maroenls
3) Gf
) Ismael Noopez
1) Samuel G. Escamilla
2) Manuel Gonzalez
3) Christian Castro
4) Alanis Rodriguez
5) Joaquin Chavez
6)
7)
8)

NTEU - 000124

1) *[signature]*
2) *[signature]*
3) Gabriel Garcia
4) *[signature]*
5) Adrian *[signature]*
6 Mario Godinez
7. Roger Madrigal
8. RL RA
9. Heber Trevino
0. S. *[signature]*

NTEU - 000125

| | |
|---|---|
| Enrique Gonzalez | |
| John D Rio | |
| Brenda Sarmiento | |
| Bruno Garza | |
| David Herstens | |
| Javier Garza Jr | |
| Cesar Oviedo | |
| Kurt Reyna | |

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**

*Memorandum*

March 4, 2019

MEMORANDUM FOR:        SCBPO Jorge Rodriguez

FROM:                  Customs and Border Protection Officer Ismael Noguez

SUBJECT:               Northbound primary incident

    On March 4, 2019 at approximately 1320 hours CBPO Ismael Noguez was instructed to shut down vehicle lane 11 by the duty shift supervisor at the Hidalgo Texas Port of Entry. CBPO Noguez along with CBPO Eli Canales walked to the top of the bridge to close lane 11. While CBPO Noguez was up at the top of the bridge a driver of the GUZMAN bus line informed CBPO Noguez and CBPO Canales that there were several people running northbound along the Sentri lane. CBPO Noguez and CBPO Canales walk towards the Sentri lane where the lane turns to the right at the top of the hill. CBPO Noguez was positioned towards the bottom of the hill because he was closing lane 11. There was drizzle and the pavement was wet causing a slippery surface.

    CBPO Noguez immediately observed a group of approximately 9 individuals approaching him. In his officer experience at the Hidalgo Port of Entry it is not uncommon to see large groups of people running north bound via the vehicle lanes and primary booths in an attempt to enter. CBPO Noguez immediately observed he was outnumbered. CBPO Noguez put his hands out and instructed them to stop and not to run in English and Spanish. Immediately a male walks from around the group and starts walking towards CBPO Ismael Noguez in a fast manner closing the distance quickly. CBPO Ismael Noguez again give him instructions to stop. CBPO Ismael Noguez was positioned downhill of the group as the man approached CBPO Ismael Noguez. CBPO Ismael Noguez again put his left hand out and signaled the man to stop. The man did not obey the command and continued to approach CBPO Ismael Noguez quickly. The individual did not obey the command and immediately came into contact with CBPO Ismael Noguez thus assaulting CBPO Ismael Noguez by pushing thru his arm and hand. This caused CBPO Ismael Noguez to be pushed down hill momentarily until he regained his balance.

    CBPO Ismael Noguez attempted to gain control of the male by grabbing one arm and positioning his body against the fence. The male resisted by swinging around to confront CBPO Ismael Noguez. When the man turned towards CBPO Ismael Noguez he assaulted him again by striking CBPO Noguez in the face with his left arm. CBPO Ismael Noguez attempted to gain full

NTEU - 000127

control of his arms but the male then again pushed him in an attempt to run thru him. CBPO Ismael Noguez instructed the male to put his hands behind his back but he failed to obey commands and instead continued to resist any attempt to gain control of his hands.

CBPO Eli Canales and CBPO Ismael Noguez then tackled the man to the ground in an attempt to gain control of the male. Once on the ground the male curled up and would not give access to his hands to be secured after he was given commands in Spanish. As this happened CBPO Ismael Noguez observed the rest of the group run northbound towards the primary booths. The man attempted to head bunt CBPO Eli Canales as he tried to gain control of his arm and hands. Moments later another group of approximately 4 people approached the area where CBPO Ismael Noguez and CBPO Eli Canales were trying to restrain the individual. The group was instructed to stop by CBPO Ismael Noguez but they did not stop and eventually continued running northbound.

CBPO Ismael Noguez positioned his right knee on top of the male's back to secure the movement of his head to the ground while he attempted to gain control of his hands. The man clenched his arms together and would not obey commands to place his hands behind his back. The male actively resisted even when he was on the ground and at no point did he obey the command to stop resisting.

The male was secured in handcuffs and the hand cuffs were checked for tightness and were double locked. An immediate pat down was also performed with negative findings. The subject was escorted down the bridge to vehicle secondary for further processing.

The male was later identified as Herbert Asdrvbal Soriano Torres (October 22, 1987), nationality of El Salvador. I reserve the right to make any future modifications to this document at any time hereafter.

NTEU - 000128

ATKINSON, DAVID

| | |
|---|---|
| From: | REYNA JR, RAMIRO |
| Sent: | Monday, March 18, 2019 1:38 PM |
| To: | ATKINSON, DAVID; HARALSON, WILLIAM T |
| Subject: | (S/OP) Commitment Incident 03/17/2019 |
| Attachments: | S-OP Indicent Memo.doc |

Atkinson/Haralson,

   Attached is the memo provided to SCBPO M. Solis about the incident.

1

NTEU - 000129

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**

*Memorandum*

DATE:               March 17, 2019

TO:                 File

FROM:               Ramiro Reyna Jr.
                    U.S. Customs and Border Protection Officer

On March 17, 2019 I Customs and Border Protection Officer Ramiro Reyna Jr. was
assigned to work 0800-1600 HB1A at the Hidalgo, TX, Port of Entry. Between the times of
1200-1600 I Customs and Border Protection Officer Efrain Gonzalez were assigned to
commitment (S/OP) as our first time ever covering this commitment CBPO Gonzalez and I were
briefed by Customs and Border Protection Jaime Vidal that we were to stand on the bridge or sit
inside the unit looking for anyone attempting walk/run down the bridge. At approximately 1552
hours CBPO Gonzalez and I visually saw an adult male carrying a minor male later identified as
Adult Subject Rodriguez, Juan Carlos DOB: 02/27/1995 A: 201451668 and Minor Male Subject
Rodriguez Lara, Oliver Adelso DOB: 05/14/2014 A: 201451669 walking on the bridge. Subject
Rodriguez was spotted walking in and out of different vehicle lanes, at one point he also stayed
behind a bus acting in a way as if he was attempting to hide from CBPO's. When subject
Rodriguez approach the mid line Mexico/USA and asked to come in, CBPO Gonzalez and I
asked for proper documentation for proper travel into the USA in which subject stated he nor his
son have any documents to enter the USA. CBPO Gonzalez then informed subject that we would
be able to help though would have to turn back around and enter the pedestrian side of the bridge
for assistance. Subject Rodriguez turned around, walked back approximately 10 yards then
turned around and ran in full speed towards the Sentri lane into the USA all while carrying his
minor son. I quickly without hesitation ran towards the subject and grabbed him by his jacket, at
the same time while this was occuring cars were traveling down the Sentri lane at approximately
15-25 miles per hour. Through the momentum of running and grabbing the subject Rodriguez a
2011 Hyundai Tuscon TX CX4T294 driver Lopez, David DOB: 10/02/1978 USC that was
traveling down the Sentri lane hit the right side of my body the driver door in which my duty
issued pistol holster dented/scratched the door of the vehicle. The subject driving the vehicle
immediately stopped as I and subject Rodriguez fell in front of the vehicle. I quickly got on top
of subject while he was on a prone positon, pinned his heel towards his lower back to gain
control of the situation. Subject was placed in double lock issued handcuffs and an immediate
patdown was conducted for any weapons. While this occured CBPO Gonzalez and Security
Narvaez had control of the minor male, being held by a hand. Subject was then escorted to
passport hard secondary for further processing. The vehicle and driver involved asked to speak to
a supervisor in regards to the damages on the vehicle. Driver Lopez later spoke with Supervisory
and Customs and Border Protection Officer Marco Solis who informed and provided the driver
with the TORT claim process. While in the process of detaining subject Rodriguez I cut and

*Vigilance     ★     Service     ★     Integrity*

NTEU - 000130

**U.S. CUSTOMS AND BORDER PROTECTION
Department of Homeland Security**

*Memorandum*

scrapped my right knuckles which caused it to bleed, my knee and right shoulder felt soar as
well. SCBPO M. Solis was advised of the injury.

*Vigilance*    ★    *Service*    ★    *Integrity*

NTEU - 000131