1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 77 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[76] *et al.*, | |
| Defendants. | |

---

[76] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Kerry Adams
___

**From:** Walter Dresslar
**Sent:** Thursday, March 30, 2017 11:29 AM
**To:** 'HARALSON, WILLIAM T'
**Subject:** RE: Incident 12/6/2016

Thanks

**From:** HARALSON, WILLIAM T [mailto:WILLIAM.T.HARALSON@cbp.dhs.gov]
**Sent:** Thursday, March 30, 2017 10:25 AM
**To:** Walter Dresslar <walter.dresslar@NTEU.ORG>
**Cc:** ATKINSON, DAVID <DAVID.ATKINSON@CBP.DHS.GOV>
**Subject:** FW: Incident 12/6/2016

Walter,

Found it. This is the email I sent to everyone who I was told was involved in that particular incident. Let me know if you need anything else.

Thanks,
Haralson

**From:** HARALSON, WILLIAM T
**Sent:** Friday, December 23, 2016 9:50 AM
**To:** IBARRA, JESSICA L <JESSICA.L.IBARRA@CBP.DHS.GOV>; PEREZ, CHRISTOPHER <CHRISTOPHER.PEREZ@cbp.dhs.gov>; GUERRA, SYLVIA E. <sylvia.e.guerra@cbp.dhs.gov>; PENA, ABRAHAM <ABRAHAM.PENA@cbp.dhs.gov>
**Cc:** CLOUGH, ERIC <ERIC.CLOUGH@cbp.dhs.gov>
**Subject:** Incident 12/6/2016

ALCON,

I am contacting you all regarding an incident that occurred on December 2, 2016 at the Pharr, Texas Port of Entry. The Union has received reports that a large group of undocumented aliens were apprehended at the Pharr, Texas Port of Entry and were subsequently transported to the Hidalgo, Texas Port of Entry and returned to Mexico without any type of adverse action.

Apparently Supervisors assigned to PCS have initiated this practice of circumventing the political asylum process and it is an ongoing issue.

The Union is requesting a statement from each Officer present on the date in question in regards to the specifics of incident and which Supervisor(s) ordered you or any other employees to return the subjects to Mexico without being processed. Please include details of the incident from initial pickup, transport and return of the aliens. Please let me know if you know of any other Officers who were present on this date. Please feel free to contact me at 956-239-2747 or NTEU Vice President Eric Clough at 956-703-1072 with any questions. Please provide us with your statement as soon as possible so that we can correct this issue.

Respectfully Submitted,

William T. Haralson

1

Exhibit **288**

NTEU - 000136

NTEU Representative
NTEU Chapter 149
956-843-5749 Union Office
239-2747 Cell



2

NTEU - 000137