Case 3:17-cv-02366-BAS-KSC    Document 535-80    Filed 09/04/20    PageID.48229
Page 1 of 4

```
1   MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2     mmarmolejo@mayerbrown.com
    350 S. Grand Avenue
3   25th Floor
    Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
      (pro hac vice)
5     olev@mayerbrown.com
      Stephen M. Medlock (VA Bar No. 78819)
6     (pro hac vice)
      smedlock@mayerbrown.com
7   1999 K Street, N.W.
    Washington, D.C. 20006
8   Telephone:  +1.202.263.3000
    Facsimile:  +1.202.263.3300
9
    SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (pro hac vice)
11    melissa.crow@splcenter.org
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  Additional counsel listed on next page
    Attorneys for Plaintiffs
15
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | **EXHIBIT 78 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[77] *et al.*, | |
| Defendants. | |

---

[77] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 78 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION
FOR SUMMARY JUDGMENT

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 78 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

**HARALSON, WILLIAM T**

**From:** CLOUGH, ERIC
**Sent:** Tuesday, December 27, 2016 1:09 PM
**To:** ATKINSON, DAVID
**Cc:** HARALSON, WILLIAM T
**Subject:** FW: OTM memo

From: GUERRA, SYLVIA E.
Sent: Monday, December 26, 2016 2:46:56 PM
To: CLOUGH, ERIC
Subject: OTM memo

Mr. Clough,

Here is the memo you requested if you need any additional information please let me know.

Thank you

CBPO Sylvia Guerra

Exhibit 290

NTEU - 000139

On December 6, 2016 I, CBPO Sylvia Guerra was advised by SCBPO Ismael Hernandez to aid in transporting a group of OTMs that had arrived to the Pharr Poe earlier in the evening. The transport was from Pharr Poe to Hidalgo Poe. We drove up to the back entry of INS where I witnessed the group of OTMs entered in a single file into INS and as they walked in they were escorted to the front of INS, thru the pedestrian entry and where told to go back to Mexico. No adverse actions were taken.

CBPO

Sylvia Guerra

NTEU - 000140