1  MAYER BROWN LLP
2    Matthew H. Marmolejo (CA Bar No. 242964)
     *mmarmolejo@mayerbrown.com*
3  350 S. Grand Avenue
   25th Floor
4  Los Angeles, CA 90071-1503
     Ori Lev (DC Bar No. 452565)
5    (*pro hac vice*)
     *olev@mayerbrown.com*
6    Stephen M. Medlock (VA Bar No. 78819)
     (*pro hac vice*)
7    *smedlock@mayerbrown.com*
   1999 K Street, N.W.
8  Washington, D.C. 20006
   Telephone:  +1.202.263.3000
9  Facsimile:   +1.202.263.3300

10 SOUTHERN POVERTY LAW CENTER
     Melissa Crow (DC Bar No. 453487)
11   (*pro hac vice*)
     *melissa.crow@splcenter.org*
12 1101 17th Street, N.W., Suite 705
   Washington, D.C. 20036
13 Telephone: +1.202.355.4471
   Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
               **UNITED STATES DISTRICT COURT**
16
             **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 | Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
   | | |
19 |                Plaintiffs, | **EXHIBIT 97 IN SUPPORT OF** |
   | | **PLAINTIFFS' MEMORANDUM OF** |
20 |        v. | **POINTS AND AUTHORITIES IN** |
   | | **SUPPORT OF THEIR MOTION** |
21 | Chad F. Wolf,[1] *et al.*, | **FOR SUMMARY JUDGMENT** |
22 |                Defendants. | |
23 | | **FILED UNDER SEAL** |
24

25

26

27 ――――――――――――
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619