MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 109 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**REDACTED VERSION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

...

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3     *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4     *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5     *aguisado@ccrjustice.org*
  666 Broadway, 7th Floor
6  New York, NY 10012
Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8

SOUTHERN POVERTY LAW CENTER
9     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
10    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
12 Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
16 Washington, D.C. 20005
Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

**From:** Owen, Todd C (AC OFO)
**Sent:** Monday, November 12, 2018 9:36 AM
**To:** FLORES, PETE ROMERO
**Subject:** FW: C1 Migrant Processing Direction

FYI

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** MCALEENAN, KEVIN K
**Sent:** Monday, November 12, 2018 3:49:40 AM
**To:** Owen, Todd C (AC OFO)
**Cc:** PEREZ, ROBERT E; FLANAGAN, PATRICK S; HOWE, RANDY J; WAGNER, JOHN P
**Subject:** Re: C1 Migrant Processing Direction

Thanks EAC. I will review and set up a time to discuss tomorrow.

Sent from my iPhone

On Nov 11, 2018, at 7:30 PM, Owen, Todd C (AC OFO) <TODD.OWEN@CBP.DHS.GOV> wrote:



Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 11:57:02 PM
**To:** Owen, Todd C (AC OFO); HOWE, RANDY J
**Cc:** AKI, SIDNEY K; MARICICH, ANNE L; CASTILLO, MOISES; ARMIJO, JOHNNY L
**Subject:** Re: C1 Migrant Processing Direction

<Ped West.docx>

Hopefully the document is attached now.

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00028473

Sent from my iPhone

On Nov 11, 2018, at 3:55 PM, FLORES, PETE ROMERO ▓▓▓ wrote:

> EAC,
>
> ▓▓▓ DP ▓▓▓
>
> Pete
>
> Sent from my iPhone
>
> On Nov 11, 2018, at 11:53 AM, Owen, Todd C (AC OFO) <▓▓▓> wrote:
>
>> ▓▓▓
>>
>> Todd C. Owen
>> Executive Assistant Commissioner
>> Office of Field Operations
>> U.S. Customs and Border Protection
>>
>> ---
>>
>> **From:** FLORES, PETE ROMERO
>> **Sent:** Sunday, November 11, 2018 7:50:12 PM
>> **To:** MCALEENAN, KEVIN K
>> **Cc:** Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; PEREZ, ROBERT E; FLANAGAN, PATRICK S; BOYD, VALERIE S; PETERLIN, MEGHANN K
>> **Subject:** Re: C1 Migrant Processing Direction
>>
>> Sir,
>>
>> ▓▓DP▓▓ As of yesterday we started to increase intake of asylum seekers to match our capacity space based processing, holdings and release. The transfer of adult singles are the biggest concern and have the longest dwell times. Family units will be a large composition of our daily intake and additional ERO resources at the port to handle the releases will be need.
>>
>> 
>>
>> Pete
>> Sent from my iPhone
>>
>> On Nov 11, 2018, at 11:30 AM, MCALEENAN, KEVIN K <▓▓ LE ▓▓> wrote:
>>
>>> Team,
>>>
>>> Please provide, very specifically, the numbers and types (SA, FMUA, UAC) you are looking to have moved by ICE each day out of SYS. Thanks,

KM

Sent from my iPhone

Begin forwarded message:

> **From:** "Vitiello, Ronald D" < LE >
> **Date:** November 11, 2018 at 2:04:08 PM EST
> **To:** "MCALEENAN, KEVIN K" LE
> **Subject: RE: C1 Migrant Processing Direction**
>
> Okay,
>
> Thanks. The memo is light on detail. Do you have another description (Con-ops)?
>
> **From:** MCALEENAN, KEVIN K
> **Sent:** Sunday, November 11, 2018 11:32 AM
> **To:** Vitiello, Ronald D < LE >
> **Subject:** Fwd: C1 Migrant Processing Direction
>
> Director,
>
> Wanted to share my guidance to OFO on implementing the surge directed in the President's proclamation. We really need ERO's support, starting over this weekend in San Diego, to get the POE process running. Let me know if you want to talk through. Thanks,
>
> Kevin
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "FLANAGAN, PATRICK S"
>> **Date:** November 10, 2018 at 1:31:58 PM EST
>> **To:** "MCALEENAN, KEVIN K" LE
>> **Subject: Fwd: C1 Migrant Processing Direction**

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00028475