MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK CONCERNING PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY** <br><br> Hearing Date: October 19, 2020 <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hfexac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration concerning Plaintiffs' Memorandum of Points and Authorities in Support of their Motion To Exclude Defendants' Purported Expert Testimony.

3. On August 27, 2020, I met and conferred by telephone with counsel for Defendants regarding the accompanying motion to exclude testimony from Defendants' designated experts. Counsel for Defendants informed me at the time that Defendants take no position on this application.

4. On September 1, 2020, Defendants followed up on the meet-and-confer of August 27, 2020 with an email from Dhruman Sampat. In this email, he "confirm[ed] that [attorneys for Defendants] asked the three government expert witnesses to review documents and facts from a specific day, as an example that is illustrative of the overall practices, procedures, and considerations that go into determining the port's operational capacity, which is the subject of the witness's firsthand, percipient knowledge."

**Exhibits**

5. Attached hereto as Exhibit 1 is a true and correct copy of a document bearing the Bates stamp NTEU-000132.

6. Attached hereto as Exhibit 2 is a true and correct copy of the June 12, 2020 deposition of David Atkinson.

7. Attached hereto as Exhibit 3 is a true and correct copy of the June 18, 2020 deposition of Frank Longoria.

8. Attached hereto as Exhibit 4 is a true and correct copy of Defendants'

Rule 26(a)(2)(C) Disclosures, dated August 7, 2020.

9. Attached hereto as Exhibit 5 is a true and correct copy of Defendants' Objections and Responses to Plaintiffs' 6th Set of Interrogatories.

10. Attached hereto as Exhibit 6 is a true and correct copy of the May 28, 2020 deposition of Mariza Marin.

11. Attached hereto as Exhibit 7 is a true and correct copy of the May 20, 2020 deposition of Samuel Cleaves.

12. Attached hereto as Exhibit 8 is a true and correct copy of the June 2, 2020 deposition of Rodney Harris.

13. Attached hereto as Exhibit 9 is a true and correct copy of the August 11, 2020 deposition of Stephanie Leutert.

14. Attached hereto as Exhibit 10 is a true and correct copy of the [date] Expert Report of Stephanie Leutert.

15. Attached hereto as Exhibit 11 is a true and correct copy of Exhibit 200 to the May 28, 2020 deposition of Mariza Marin.

16. Attached hereto as Exhibit 12 is a true and correct copy of Exhibit 201 to the May 28, 2020 deposition of Mariza Marin.

17. Attached hereto as Exhibit 13 is a true and correct copy of Exhibit 202 to the May 28, 2020 deposition of Mariza Marin.

18. Attached hereto as Exhibit 14 is a true and correct copy of Exhibit 163 to the May 20, 2020 deposition of Samuel Cleaves.

19. Attached hereto as Exhibit 15 is a true and correct copy of Exhibit 231 to the June 2, 2020 deposition of Rodney Harris.

20. Attached hereto as Exhibit 16 is a true and accurate copy of a document bearing the Bates stamps AOL-DEF-00041453 - 454.

21. Attached hereto as Exhibit 17 is a true and correct copy of a document bearing the Bates stamps AOL-DEF-00046740 - 743.

22. Attached hereto as Exhibit 18 is a true and correct copy of a document

1  bearing the Bates stamps AOL-DEF-01037408 - 410.

2  23.  Attached hereto as Exhibit 19 is a true and correct copy of a document
3  bearing the Bates stamp AOL-DEF-00039597.

4  24.  Attached hereto as Exhibit 20 is a true and correct copy of Exhibit 27
5  to the December 13, 2019 deposition of Todd Owen.

6  25.  Attached hereto as Exhibit 21 is a true and correct copy of a document
7  bearing the Bates stamps AOL-DEF-00339435 - 438.

8  26.  Attached hereto as Exhibit 22 is a true and correct copy of a document
9  bearing the Bates stamps AOL-DEF-00288009 - 010.

10  27.  Attached hereto as Exhibit 23 is a true and correct copy of the
11  deposition taken November 21, 2019.

12  28.  Attached hereto as Exhibit 24 is a true and correct copy of the August
13  13, 2020 deposition of Joseph Eaton.

14  29.  Attached hereto as Exhibit 25 is a true and correct copy of the August
15  13, 2020 deposition of James Beauchamp.

16  30.  Attached hereto as Exhibit 26 is a true and correct copy a document
17  bearing the Bates stamps AOL-DEF-00038620 - 622.

18  31.  Attached hereto as Exhibit 27 is a true and correct copy of a document
19  bearing the Bates stamps AOL-DEF-00014041 - 077.

20  32.  Attached hereto as Exhibit 28 is a true and correct copy of Exhibit 294
21  to the June 12, 2020 deposition of David Atkinson.

22  33.  Attached hereto as Exhibit 29 is a true and correct copy of a document
23  bearing the Bates stamps AOL-DEF-00074316 - 317.

24  I declare under penalty of perjury under the laws of the United States of
25  America that the proceeding declaration is true and correct.

26  Executed on this 4th day of September 2020 at Washington, D.C.

27  /s/ *Stephen M. Medlock*

28  Stephen M. Medlock