MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 2 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN** |
| v. | **SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS'** |
| Chad F. Wolf,[1] *et al.*, | **PURPORTED EXPERT TESTIMONY** |
| Defendants. | **REDACTED VERSION** |

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2

3

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AL OTRO LADO, INC., ET )
AL.,                    )
                        )
    Plaintiffs,         )
                        ) CIVIL ACTION
VS.                     )
                        ) NO.: 17-cv-02366-BAS-KSC
KEVIN K. MCALEENAN, ET  )
AL.,                    )
                        )
    Defendants.         )

-----------------------------------

ORAL AND VIDEOTAPED CONFIDENTIAL

DEPOSITION OF

DAVID ATKINSON

JUNE 12, 2020

TAKEN VIA REMOTE VIDEOCONFERENCE

-----------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF DAVID ATKINSON,
produced as a witness at the instance of the Plaintiffs,
and duly sworn, was taken in the above-styled and
numbered cause on June 12, 2020, from 9:32 a.m. to 3:19
p.m., before Annette Peltier, CSR, Texas Certified
Realtime Reporter, in and for the State of Texas,
reported by machine shorthand from Houston, Texas,
pursuant to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.



Page 2

```
 1                    A P P E A R A N C E S
 2
 3

    FOR THE PLAINTIFFS:
 4
           (Appearing via Videoconference)
 5
           MR. STEPHEN M. MEDLOCK
 6         MR. ORI LEV
           Mayer Brown
 7         1999 K Street, N.W.
           Washington, D.C.  20006
 8         Phone: 202.263.3221
           E-Mail: Smedlock@mayerbrown.com
 9
10
11  FOR THE DEFENDANTS:
12         (Appearing via Videoconference)
13         MR. ALEXANDER HALASKA
           MS. KATHERINE J. SHINNERS
14         U.S. Department of Justice
           Office of Immigration Litigation
15         Ben Franklin Square, P.O. Box 868
           Washington, D.C.  20044
16         Phone: 202.598.8259
           E-Mail: Alexander.j.halaska@usdoj.gov
17                  Katherine.j.shinners@usdoj.gov
18                   - and -
           MR. BENJAMIN WOLARSKY, CBP In-House Counsel
19
20
    FOR THE WITNESS:
21
           (Appearing via Videoconference)
22
           MR. DENIS DOWNEY
23         Attorney at Law
           1185 Ruben Torres Sr. Blvd., Suite 3
24         Brownsville, Texas 78521-1743
           Phone: 956.555.1234
25
```



Page 3

1

    ALSO PRESENT:

2

        (Appearing via Videoconference)

3

        Solange Tran, Videographer

4        Kevin Cranford, Exhibit Tech

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
                                                          Page 4
 1                          Index
 2                                                  Page
 3
     Appearances.............................      2
 4
     Examination by Mr. Medlock..............      6
 5
     Examination by Mr. Halaska..............    166
 6
     Adjournment.............................    180
 7
     Court Reporter's Certificate............    182
 8
                            Exhibits
 9   Number        Description                    Page
10   Exhibit 288   March 30, 2017 E-Mail
                   From Walter Dressler to
11                 William T. Haralson,
                   Concerning an incident
12                 On December 6, 2016,
                   Et al
13                 (NTEU 000136-137)..........     73
14
     Exhibit 289   December 23, 2016
15                 E-Mail from Jessica Ibarra
                   To William T. Haralson,
16                 Concerning the incident
                   On December 6, 2016
17                 (NTEU 000138)..............     79
18   Exhibit 290   December 27, 2016
                   E-Mail from Eric Clough
19                 To David Atkinson, concerning
                   The incident on December 6,
20                 2016
                   (NTEU 000139-40)...........     84
21
     Exhibit 291   April 12, 2017, E-Mail
22                 From William T. Haralson
                   To Walter Dressler, Pages 1-19
23                 (NTEU 00141-159)...........     91
24
25
```



Page 5

```
 1   Exhibit 292   March 15, 2017, E-Mail
                   From William T. Haralson to
 2                 David Higgerson, Step 3
                   Grievance(Failure to
 3                 Process ER/CF & Asylum HID 2017)
                   (NTEU 000132)..............    122
 4
     Exhibit 293   March 15, 2017, Letter from
 5                 William Haralson to David
                   Higgerson, Director of
 6                 Field Operations, Step 3
                   Grievance, et al,
 7                 (NTEU 000133-135)..........    140
 8   Exhibit 294   March 19, 2017, E-Mail
                   From David Atkinson to
 9                 Tony Reardon, Requesting
                   Asylum,
10                 (NTEU 000110-131)..........    140
```

```
11                   * * * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 6

1              THE VIDEOGRAPHER:  We are now on the

2    record.  This begins Media Number 1 in the deposition of

3    David Atkinson in the matter of Al Otro Lado, Inc., et

4    al, versus Kevin K. McAleenan, et al, in the United

5    States District Court for the Southern District of

6    California.

7              Today is Friday, June 12th, 2020; and

8    the time is 9:32 a.m.  This deposition is being held

9    remotely at the request of Mayer Brown, L.L.P.

10             The videographer is Sol Tran, the trial

11   tech is Kevin Cranford and the court reporter is Annette

12   Peltier, all three of Magna Legal Services.

13             All counsel and parties present will be

14   noted on the stenographic record.

15             Will the court reporter please swear in

16   the witness.

17                    DAVID ATKINSON,

18   having been first duly sworn, testified upon his oath

19   as follows:

20                     EXAMINATION

21   BY MR. MEDLOCK:

22   Q.  Good morning, Mr. Atkinson.

23   A.  Good morning, sir.

24   Q.  Can you please state and spell your full name

25   for the record.



Page 7

1      A.  David Atkinson, D-A-V -- D-A-V-I-D and Atkinson,

2  A-T-K-I-N-S...

3      Q.  Are you presently employed, sir?

4      A.  No, I'm not.

5      Q.  Did you recently retire?

6      A.  I recently separated from the agency.  I'm going

7  to take my deferred retirement next year.

8      Q.  When you say you recently separated from the

9  agency, what agency are you referring to?

10     A.  The CBP agency.

11     Q.  Okay.  And CBP is an acronym for U.S. Customs

12  and Border Protection, correct?

13     A.  Yes, correct.

14     Q.  And if I use the acronym "CBP" to refer to U.S.

15  Customs and Border Protection today, will you

16  understand my use of that acronym?

17     A.  Yes, I will.

18     Q.  And have you -- are you presently or have you

19  ever been associated with the National Treasury

20  Employees Union or NTEU?

21     A.  I'm the current -- current local chapter

22  president.

23     Q.  For which chapter of the NTEU?

24     A.  Chapter 149.

25     Q.  And I'll get back to the -- to NTEU Chapter 149



Page 8

1    a little bit later today.

2                    I'd like to start today just going over

3    some of your prior experience testifying.

4                    Have you ever testified in a -- in a

5    courtroom before?

6        A.   Yes, I have.

7        Q.   How many times?

8        A.   Maybe two, three.

9        Q.   In those two or three times, do you recall what

10   you were testifying about?

11       A.   Some was personal, and some was work.

12       Q.   Okay.  I don't want to go into the personal.

13                   Can you just tell me what the testimony you

14   offered that was for work purposes was about?

15       A.   Divorce, civil suit, and CBP.

16       Q.   Okay.  And for the CBP testimony, what were you

17   testifying about related to CBP?

18       A.   It must have been some kind of drug seizure

19   way, way in the past.  I don't recall.

20                   My younger days when I was a CBP officer,

21   canine enforcement officer, I was involved in --

22                   (Talking over each other.)

23       Q.   (BY MR. MEDLOCK)  Do you recall -- sorry.  I

24   didn't mean to talk over you.

25                   Do you recall when you would have testified



Page 9

1   about that drug seizure?

2       A.  My God.  No, I don't.

3       Q.  Was it -- was it in the 2000s?  1990s?  Do you

4   recall?

5       A.  I got hired in 1991, so I figured maybe in the

6   late Nineties or early Twenties.

7       Q.  Okay.  Have you ever testified in a deposition

8   before?

9       A.  Yes, I have.

10      Q.  How many times?

11      A.  I would have to say maybe three or four.

12      Q.  Were those three or four times related to your

13  personal life or to your work at CBP?

14      A.  Personal life.

15      Q.  Okay.  Have you ever been involved in any form

16  of arbitration proceeding where live testimony was

17  taken?

18      A.  Yes.

19      Q.  Were those arbitrations for personal reasons or

20  for your work?

21      A.  They were for -- I think I participated in one

22  arbitration for personal and numerous for work.

23      Q.  And in those arbitrations you participated in

24  for work, were those in connection with your role as

25  president of NTEU Chapter 149?



1       A.  Yes.

2       Q.  Have you ever provided written testimony under

3   oath in the form of an affidavit or a declaration

4   before?

5       A.  Geez, I would say yes.  Yes, I have.

6       Q.  When you said -- when you said "geez," you were

7   having a little trouble remembering it; is that right?

8       A.  Yes.

9           Well, I've -- I've -- I've participated in

10  several forums as the chapter president, as an EEOC

11  representative; so I'm trying to provide you the

12  correct answer to that.

13      Q.  Okay.  But your memory's a little cloudy around

14  that?

15      A.  Kind of.

16      Q.  Okay.  All right.  As we were talking about

17  before we got on the record, even if you've been in a

18  deposition before where we all, in the old days, got --

19  all got into an office together and met face-to-face,

20  things have obviously changed with COVID-19; so it's

21  good to go over some of the ground rules.  So I'm going

22  to do that with you now so that we're all on the same

23  page.  Okay?

24      A.  Okay.

25      Q.  Okay.  A deposition is essentially a



Page 11

1    conversation in which I ask you questions and you

2    answer them.

3              It's important that you give audible

4    responses to my questions that can be clearly written

5    down by the court reporter.  That means if the answer

6    to a question is "yes," you should say "yes" instead of

7    shaking your head yes.

8              And you should also avoid words like

9    "uh-huh" and "huh-uh," which can sound very similar.

10             Do you understand that, sir?

11        A.  Yes, sir.

12        Q.  Most importantly today, if you don't understand

13   one of my questions, please say so.  I'll go back, I'll

14   try to reask it in a way that you understand it.  Okay?

15        A.  Yes, sir.

16        Q.  And if at any point today you think of

17   information that you should have provided to one of my

18   questions as you're testifying about other topics, just

19   let me know, we'll go back, and you can add the

20   information that you -- that you forgot.

21             That's very typical, you remember things

22   as we're looking at documents and talking through

23   subjects.

24             Do you understand that, sir?

25        A.  Yes, sir.



Page 12

1    Q.  And because we're doing this deposition over

2    WebEx, it's very, very important that we don't talk

3    over each other because this platform can only record

4    one person's audio at a time.

5              So please pause a couple of seconds before

6    you answer my questions.  I'll try to pause a couple of

7    seconds to make sure you're done with your answer, and

8    that way we won't talk over each other.

9              Do you understand that?

10   A.  Yes.

11   Q.  From time to time today, either your attorney,

12   Mr. Downey, or attorney -- the attorney for the

13   government, Mr. Halaska, may object to my questions.

14             Generally, in federal court, objections at

15   depositions are something that a judge rules on later.

16             So unless you are instructed not to answer

17   one of my questions by either the government attorney

18   or your own attorney, I'm going to ask that you answer

19   the question.

20             Do you understand that?

21   A.  Yes, sir.

22   Q.  We'll try to take a break approximately every

23   hour.  Please remind me of that.  I -- sometimes I

24   forget.

25             But my only request to you is that if



Page 13

1    there's an answer pending to one of my questions,

2    please answer my question, then we can go out -- go and

3    have our break.  Okay?

4        A.  Yes, sir.

5        Q.  Okay.  So unless I state otherwise today, my

6    questions are going to relate to the time period from

7    January 1st, 2016, through the present.

8            Do you understand that, sir?

9        A.  Yes, sir.

10       Q.  And during today's deposition, I'm going to

11   refer to the U.S. Department of Homeland Security as

12   DHS.

13           Will you understand that acronym if I use

14   it, sir?

15       A.  Yes, sir.

16       Q.  During -- sure.  During today's deposition, I

17   may refer to a port of entry as a POE.

18           Will you understand that acronym if I use

19   it, sir?

20       A.  Yes, sir.

21       Q.  And I -- during today's deposition, I may also

22   refer to the Office of Field Operations of CBP as OFO.

23           If I use that acronym, will you understand

24   it today, sir?

25       A.  Yes, sir.



Page 14

 1      Q.  Do you understand you've taken an oath to tell

 2   the truth today?

 3      A.  Yes, sir.

 4      Q.  Is there any reason that you can think of, as

 5   you sit here today, that you won't be able to answer my

 6   questions fully and truthfully?

 7      A.  I'm going to let my attorney answer that.

 8                   THE COURT REPORTER:  We can't --

 9      Q.  (BY MR. MEDLOCK)  Well, I need you to answer

10   my --

11                   THE COURT REPORTER:  -- hear you,

12   Mr. Downey.

13      Q.  (BY MR. MEDLOCK)  I need you to answer my

14   questions.

15      A.  Huh?

16      Q.  So, Mr. Atkinson, I just -- my only question,

17   is there any reason you can't fully testify to my

18   questions today?

19      A.  Yes.

20                   MR. DOWNEY:  We -- and can everyone

21   hear me?

22                   MR. MEDLOCK:  Yes, Mr. Downey.  Go

23   ahead.

24                   MR. DOWNEY:  Because of a letter that

25   was received by my client from the CBP, there's really



Page 15

1     a statement I need to read into the record relevant to

2     that.

3                    MR. MEDLOCK:  Sure.  Go ahead,

4     Mr. Downey.

5                    MR. DOWNEY:  Mr. Atkinson --

6     Mr. Atkinson hired me on -- through the union on April

7     the 30th of this year; and during that period of

8     representation, Bennett Khoury, associate general

9     counsel of enforcement of operations for CBP, sent a

10    letter directly to my client on -- on May the 27th.

11                    That letter, I feel, was a breach of

12    professional ethics.  More than that, it was -- it was

13    sent at a time when he was -- when Mr. Atkinson was not

14    an employee.

15                    The substance of that letter was an

16    attempt to give Mr. Atkinson, my client, legal advice,

17    which I feel would be highly inappropriate if given to

18    any -- any person, but especially a person known, as

19    shown in the letter, that that person was represented

20    by counsel.

21                    The essence of the letter was a clear

22    attempt to intimidate a witness in a federal court

23    case.  I think the letter could be fairly characterized

24    as a violation of 18 U.S.C. Section 1512 and should be

25    brought to the attention of the presiding judge in the



Page 16

1    California federal court.

2              One of the letter's instructions was

3    not to violate any U.S. treaty.

4              I doubt that any Border Patrol

5    employee and not many attorneys would have any

6    comprehension of -- of -- of what treaties are in force

7    in the United States and what the substance of that --

8    of the -- of those treaties would mean.

9              My client is a fact witness, and he

10   does not intend to be intimidated or deterred to give

11   truthful testimony.

12             In that letter the CBP counsel

13   attempted to instruct my client as to what he could or

14   could not testify to.

15             My view is that those parameters are

16   established by the federal court's protective order or

17   by agreement of the actual parties.  I assume that the

18   United States Department of Justice is the legal

19   representative of the -- of the United States Customs

20   and Board Patrol and that the DOJ is the only

21   representative of the United States in this matter and

22   that the objections made to or -- that have -- that will

23   be made to Mr. Atkinson about documents or testimony

24   will be governed exclusively by -- by DOJ counsel and

25   the federal court.



Page 17

1           My client will consciously,

2   conclusively determine if the questions that he's been

3   asked or documents as produced is not objected to,

4   which include that there is no objection by the United

5   States.

6           My client [sic] intent is to follow

7   the law, to give truthful testimony in the interest of

8   public justice, and to exercise his constitutional

9   rights of free speech.

10           Thank you.

11           MR. MEDLOCK:  All right.  Do you --

12   thank you, Mr. Downey.

13           And, Mr. Halaska, I don't know if you

14   have a response.

15           MR. HALASKA:  Just briefly for the

16   record:  We dispute Mr. Downey's characterization of

17   the record.

18           I am not aware of any contact with the

19   witness while he was represented by the government.  In

20   fact, I was the one who sent the letter to Mr. Downey.

21   I copied Mr. Medlock, and I did not send it directly to

22   the witness.

23           I think we can resolve any factual

24   disputes about the content of the letter at a later

25   date, but I wanted to put that on the record.



Page 18

1                      MR. MEDLOCK:  All right.  Thank you

2    both.

3                      I'll continue with my examination, if

4    that's all right.

5        Q.  (BY MR. MEDLOCK)  Mr. Atkinson, did you, in

6    fact, review a copy of a letter sent to you -- sent by

7    Bennett Khoury on May 27th, 2020?

8        A.  Can I see that document, please?  I don't

9    remember it.

10       Q.  Okay.  We -- we can get that in front of you

11   later on.  I just -- I just wanted to know if you

12   actually saw the letter that your attorney was

13   referring to in his statement.

14       A.  Hold on.  Hold on.  I have it -- I have it in

15   front of me.  It says:  (Reading)  Marco B. Khoury --

16   I'm just reading it right now.

17       Q.  Sure.

18       A.  Yes, I did -- I did see it, and my -- my --

19   right.

20       Q.  And when -- when you saw that letter, did you

21   feel like you were being intimidated --

22       A.  Right.

23       Q.  -- from offering particular testimony today?

24       A.  Yes.

25       Q.  Why did you feel like you were being





Page 19

1    intimidated?

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

█████████████████████████████

7              I mean, you know the documents that were

8    provided to you specifically deals with all that stuff.

9    I mean, I don't know how I would be able to -- to --

10   to -- to make a statement on any of the issues without

11   violating what they're telling me I would violate on the

12   matter by disclosing anything.

13        Q.  And do you feel that the letter that you

14   received from Mr. Khoury has prevented you from

15   answering my questions fully and truthfully today?

16        A.  I -- I would -- I would -- I would do so with

17   so much anxiety that I might be arrested or something

18   for it, for making any kind of comments to you dealing

19   with CBP today.

20        Q.  Okay.  I don't want you to feel anxious, sir.

21   I'm going to go forward with asking questions today.

22   If you feel that you -- you know, that you would be

23   violating anything in that letter and that you feel

24   that you can't answer my questions fully because of

25   that letter, please let me know when I ask you -- ask



Page 20

1   you that question.  Okay?

2        A.  Yes.

3        Q.  Okay.  Sir, do you understand that you're here

4   today to testify pursuant to a subpoena?

5        A.  Yes.

6        Q.  And you're represented by an attorney today in

7   connection with your deposition; is that correct?

8        A.  Yes.

9        Q.  To your understanding, which attorney or

10  attorneys are representing you today?

11       A.  I want to say there are two attorneys.

12  Mr. Halaska told me that he was going to represent me

13  as a CBP officer, and then Mr. Denis Downey is

14  representing me as an NTEU attorney because Mr. Haska

15  [sic] said he couldn't represent me as an NTEU

16  president.

17       Q.  I understand.

18            And I don't want to go into the substance

19  of any conversations that you've had with either

20  Mr. Halaska or Mr. Downey, but I do want to ask you:

21  Did you meet with either Mr. Downey or Mr. Halaska,

22  whether in person or over videoconference, to prepare

23  for today's deposition?

24       A.  The only person I -- I spoke to was Mr. Downey,

25  on and off.



Page 21

1    Q.  And how many times did you speak to Mr. Downey

2    to prepare for today's deposition?

3    A.  To prepare for the deposition, maybe about --

4    geez, going over the materials and stuff -- he would

5    have the documented hours that we went through.

6    Q.  Uh-huh.

7    A.  It was a lot because I provided him a lot of

8    information and stuff.  We met in person and we met on

9    phone and this morning.

10   Q.  What's your best guess as to how many hours you

11   spent with Mr. Downey preparing for today's deposition?

12   A.  Oh, God.  I'd say way over about 15, 20 hours.

13   Q.  And in that 15, 20 hours, how many meetings

14   were -- did -- were you in with Mr. Downey that

15   compromised those 15 to 20 hours?

16   A.  Maybe about -- on the phone numerous times, and

17   on the -- on [sic] person, maybe about three times.

18   Q.  Besides Mr. Downey, did anyone else participate

19   with you and Mr. Downey in those meetings?

20   A.  Oh, not that I know of, no, no.

21   Q.  During the meetings you've had with Mr. Downey,

22   did you look at any documents?  And that's just a "yes"

23   or "no" question.

24   A.  Yes.

25   Q.  How many documents did you look at with him?



Page 22

1       A.  Whatever that was on -- I provided him.  We

2   kind of speed through them.

3       Q.  Okay.

4       A.  It was a lot of them.

5       Q.  Outside -- yes, it is.  I -- I agree with that.

6           Outside of your meetings with Mr. Downey,

7   did you personally do anything to prepare for today's

8   deposition?

9       A.  Yes; I guess providing all the documents.  I'm

10  having some other ones I'm trying to look for at this

11  time -- they haven't gotten to me yet -- to provide

12  you; but other than that, I was -- hours and hours

13  because I had to -- I'm retired, so I had to go back

14  and -- and contact my guys, and they delivered stuff.

15          But NTEU national provides you most of --

16  half of the information, I was understood, by our field

17  attorney.

18      Q.  Right.

19          And when you say "contact my guys," what

20  did you mean by that?

21      A.  I talked to Dennis Schneider (phonetics), and he

22  was the one that -- that approved the -- the hiring of

23  the local attorney, and he informed me that NTEU

24  national provided you guys with all the information.

25          So I told him that I needed that



Page 23

 1    information to provide you.  So Mr. Schneider was

 2    providing me the materials that he had already provided

 3    you.

 4        Q.   Okay.  Did you ever meet with Mr. Halaska or

 5    anybody from the U.S. Department of Justice or CBP as --

 6    CBP's office of chief counsel to prepare for today's

 7    deposition?

 8        A.   The only person that I -- well, two people I

 9    spoke to today -- I mean, not today, but in the past --

10    was an Eric Drootman, which he notified me that I need

11    to talk to -- Mr. -- Mr. Halaska was trying to get

12    ahold of him.

13              And I spoke to Mr. Halaska on phone and by

14    e-mail, where he told me that he would be representing

15    me as a CBP officer but not an NTEU president, as I was

16    the full-time president.

17              And that was about the -- the -- the extent

18    of our discussions.  Once he knew I had an attorney, I

19    went through my attorney.

20        Q.   You said there was an individual named Eric

21    that you talked to who told you that Mr. Halaska was

22    trying to get in touch with you.

23              What -- can you spell Eric's last name for

24    the record, if you know?

25        A.   D-R-O-O-T-M-A-N, Drootman.



Page 24

1    Q.  Okay.  Thank you.

2         Besides looking for documents, talking to

3    Mr. Downey for several hours, and reviewing documents

4    with Mr. Downey, can you think of anything else you did

5    to prepare for today's deposition?

6    A.  Contacted my national office, contacted the

7    local stewards to bring me the grievances, went through

8    files, met with Mr. Downey to provide you the stuff,

9    and I guess he provided them to Mr. -- Mr. Halaska.

10   Q.  That's correct.

11        When you say you talked to the NTEU

12   national office, did anybody at the NTEU national

13   office do anything to prepare you for today's

14   deposition?

15   A.  Other than to provide me unlimited amount of

16   documents that pertained to my chapter.

17   Q.  And that's it?  That's all they did?

18   A.  That's all they did.

19        I was very upset that they didn't advise us

20   that they were actually providing any of our documents

21   that could have put us in a very difficult position.

22   Q.  I can understand that.

23        Have you and I ever met before today?

24   A.  No, sir.

25   Q.  Have you spoken to any of the attorneys in this



Page 25

1    case who represent the plaintiffs before today?

2        A.  No, no.

3        Q.  Okay.  Has -- has anyone from the plaintiffs'

4    side in this case promised you anything in -- in

5    connection with your testimony today?

6        A.  No, sir.

7        Q.  Other than giving honest and factual answers to

8    my questions, is there anything that you hope to gain

9    from today's testimony?

10       A.  No, sir.

11       Q.  All right.  I'd like to talk a little bit about

12   your educational and professional background, if we

13   could.

14       A.  Yes, sir.

15       Q.  What is the highest level of education that you

16   have completed?

17       A.  I think I have -- have a total of 60 hours of

18   college hours, graduated from high school, graduated...

19   went to the military and took some business courses.

20       Q.  Okay.  Let's start with high school.

21           When did you graduate high school?

22       A.  1983.

23       Q.  And where did you go to high school?

24       A.  James Pace High School, Brownsville, Texas.

25       Q.  And after you graduated high school, what was



Page 26

1    the next thing you did for -- either for education or

2    to get income?

3        A.  I went to college.

4        Q.  Where did you go to college?

5        A.  Texas Southmost College.

6        Q.  And where is that located?

7        A.  Brownsville, Texas.

8        Q.  And you said that you had approximately 60

9    college hours.

10            Did -- did you take those 60 college hours

11   consecutively at Texas Southwest [sic] College?

12       A.  No.  I -- I took at Texas Southmost College,

13   and I took some at the Favio (phonetics) Institute,

14   College -- Community College in North Carolina, and I

15   took some -- some -- I forgot what they call when they

16   mail in the -- the books to you from the Department of

17   Education when I was in the military overseas, took

18   some courses.

19       Q.  So how long were you enrolled at Texas

20   Southwest [sic] College?

21       A.  Maybe two summers.

22       Q.  Okay.

23       A.  I don't really remember the times.

24       Q.  After those two summers that you were at Texas

25   Southwest [sic] College, what did you do next?



Page 27

```
1        A.  I went to the military, as I can recall.

2        Q.  What branch of the military did you join?

3        A.  I was in the U.S. Army.

4        Q.  Thank you for your service.

5            What -- were you -- did you join as an

6   enlisted man or as an officer?

7        A.  Enlisted.

8        Q.  What was the highest rank that you attained in

9   the U.S. Army?

10       A.  Due to the specialized group that I was in, I

11  was in 80 -- in the 82nd Airborne, which is a close-knit

12  group, I was an E-4 at the time.

13       Q.  Can you explain what E-4 means to those of us

14  who --

15       A.  It -- it --

16       Q.  -- are not in the military?

17       A.  -- it's a specialist -- a specialist rank.

18  It's right below a -- a sergeant.

19       Q.  And you said you were in the 82nd Airborne.

20           Did you ever complete any jumps during your

21  time as -- in the 82nd Airborne?

22       A.  Yes.  I had over a hundred jumps.

23       Q.  Wow.

24           Did you see any active duty in a war zone

25  during your time in the 82nd Airborne?
```



Page 28

```
 1        A.  I think in 1988 we were deployed in Operation
 2    Golden Pheasant when the Contras were fighting the
 3    Hondurans, and we jumped in.  And I guess it was -- at
 4    the time I guess it was labeled as a campaign, but we
 5    saw a lot of action there.
 6        Q.  Was that in Nicaragua?
 7        A.  Yes.  It was the Contras against the
 8    Sandinistas.  We were training the -- the Contras to
 9    find the -- the Sandinistas.
10        Q.  Right.  Right.
11            And outside of your service in -- in the
12    Nicaragua Contra campaign, did you see any other active
13    duty service?
14        A.  I guess with the government, the U.S.
15    Immigration Service.
16        Q.  Oh, sure.  I -- I was -- I was wondering --
17    it -- it -- it sounded like you left the military in
18    1991.
19            Were you part of either Desert Storm or
20    Desert Shield?
21        A.  No -- no, I wasn't.  I left -- I left the
22    service in 1988.
23        Q.  Oh, okay.  I -- thank you for that
24    clarification.
25            So you left the U.S. military in 1988, and
```



MAGNA
LEGAL SERVICES

Page 29

1    at that time you were -- had a rank as E-4; is that

2    right?

3         A.   Yes.

4         Q.   During your time in the 82nd Airborne, did you

5    receive any metals or commendations for your service?

6         A.   Yes, I did.

7              I received a -- a Army Achievement Medal.

8    Actually received a First Leaf Clover and a Second Leaf

9    Clover for outstanding work there.  I also received an

10   Expert Infantry Badge, which is the highest

11   peatime [sic] -- peacetime combat award, among other

12   awards.  I don't -- you know, I don't have my 215 with

13   me to tell you.

14        Q.   Uh-huh.  Okay.  That -- that's fair.

15             When -- when you left the U.S. Army and the

16   82nd Airborne in 1988, did you -- why did you leave?

17        A.   I had a goal in life to be a -- my dad was a

18   U.S. Customs officer, and my goal in life was to follow

19   in his footsteps.  So that's why I didn't go higher in

20   rank in the military, was my eagerness to -- to -- to

21   get out and -- and -- and -- and follow his footsteps.

22             So I applied for U.S. government.  My whole

23   goal was to do my three years and -- and get that

24   veteran status and -- and join the U.S. government.

25        Q.   Okay.  So your -- your enlistment was up, and



Page 30

1    you decided not to reenlist; is that right?

2        A.  Yes.

3        Q.  Were you formally discharged from the U.S.

4    military then?

5        A.  Honorable -- honorably discharged.

6        Q.  Okay.  Okay.  During your time in the U.S.

7    military, were you ever -- did you ever receive any

8    sort of -- we -- we -- did you ever receive any form of

9    discipline for anything you did while on duty?

10       A.  No, huh-uh.

11       Q.  Okay.  You -- you mentioned that you left the

12   military in 1988.

13            When did you first apply to become a U.S.

14   Customs officer?

15       A.  I applied earlier, I think, in -- geez, I don't

16   remember -- maybe '89, '90, or when I got out.  I

17   don't -- I don't recall.  It was sometime when I got

18   out of the military.

19       Q.  Okay.  When did you actually get sworn in and

20   become a member of the U.S. Customs service?

21       A.  I got -- I got -- I got sworn in, I want to say,

22   March of 1991.

23       Q.  Okay.  What was going on in your life between

24   1988 and March 1991?  What were you doing for

25   employment?



Page 31

1    A.  I was -- I was working as a -- two things.  I

2    was working as a security guard at the U.S. immigration

3    camp.  I was a supervisor out there, supervising the

4    movement and care of detainees.

5              And second, I was hired as a -- as a cook

6    foreman out there.  I actually was going to become a --

7    selected for a detection officer, but a -- a freeze

8    happened and they asked me if I wanted to go back as a

9    security guard or take this position, so I took the cook

10   foreman position as a government position first.

11   Q.  And when you said you were a security guard and

12   a cook foreman, what government installation were you

13   working at at that time?

14   A.  At the Port Isabel Immigration Processing

15   Center for the Immigration and National --

16   Naturalization Service in Bayview, Texas.

17   Q.  Okay.  And at -- at that time, Port Isabel was

18   dealing -- was dealing with an influx of migrants from

19   Cuba and other countries, correct?

20   A.  Correct.

21   Q.  And to your observation, how did the INS

22   facility at Port Isabel deal with that influx of

23   migrants from Cuba?

24   A.  They did it very professionally, very

25   professionally.  They -- they -- they made sure they



Page 32

1    had bathing equipment, food, essentials.  They made

2    adequate space for them in the facility, and -- it was

3    a 24-hour operation.

4                    Due to the limited amount of -- of

5    equipment spaces, it had to be a 20 -- 24-hour service

6    for the -- for the immigrants.

7    Q.  So is it the -- is it your opinion that when

8    CBP or its predecessor organization wants to deploy the

9    resources necessary to handle a spike in migrants, it

10   can do so?

11                   MR. HALASKA:  Objection to the extent

12   that it calls for expert testimony.

13                   Mr. Atkinson -- or excuse me -- yes,

14   Mr. Atkinson, you may answer the question.

15                   THE WITNESS:  I may answer the

16   question?

17                   MR. HALASKA:  You may.

18                   THE WITNESS:  Is the CBP attorney

19   going to allow me to answer the question?

20                   MR. HALASKA:  I represent the United

21   States government.  You may answer the question.

22                   THE WITNESS:  Thank you, sir.

23   A.  Yes, I do.

24   Q.  (BY MR. MEDLOCK)  Why do you believe that,

25   then?



Page 33

1    A.   I've -- I've seen it firsthand of -- of how it

2   worked, how it worked in the Covid.  I think the --

3   the -- the lack of -- of -- lack of competent people

4   running the -- the -- the system didn't allow it to

5   happen.

6    Q.   When you say "lack of people running" --

7   "competent people running the system didn't allow it to

8   happen," are you talking about what's going on today?

9    A.   I'm talking about the agency's official that --

10   that -- agency officials that -- that ran it at the

11   time --

12    Q.   The --

13    A.   -- at the local and national level.

14    Q.   Okay.  And when you -- in March 1991, when you

15   were sworn in to be a U.S. Customs officer, did you

16   receive any training prior to being sworn in?

17    A.   No.

18    Q.   How about afterwards?  Did you receive any

19   training --

20    A.   Yes.

21    Q.   -- from U.S. Customs?

22    A.   Yes.

23    Q.   Where did that training take place?

24    A.   It took place in Front Royal, Virginia.

25    Q.   Was that the -- at the Federal Law Enforcement


MAGNA
LEGAL SERVICES

Page  34

1    Training Center?

2        A.  No.  It was at the Canine -- Canine --

3        Q.  Ah.

4        A.  -- Enforcement Academy, Training Academy.

5        Q.  Oh, okay.  I know where that is.  I've driven

6    by that on I-66.  Okay.

7                Is it -- and was your first position at --

8    at the U.S. Customs Service to -- to be a canine

9    officer?

10        A.  My understanding, I was hired -- hired as a

11    CBP -- I mean, I'm sorry, as a Customs inspector; but I

12    was assigned a canine enforcement position.  And I

13    found that out when they were doing my background

14    investigation.  They told me it was for an inspector,

15    and they had me in -- you know, I mean, they had sent

16    me to a -- to a canine enforcement officer position.

17                I applied for both of them.  It was

18    just crisscrossed --

19        Q.  When -- when you -- sorry.  I didn't mean to

20    talk over you.

21                After you received training to be a canine

22    enforcement officer, where was your first posting

23    within U.S. Customs?

24        A.  I was assigned to the Port of Hidalgo, Texas;

25    but my assignment was unique, as I was hired as one of



Page 35

1    the first passive handler programs in -- in that field

2    operations [sic], which allowed me to work multiple

3    bridges up to the -- the Port of Laredo, Texas, for a

4    couple of years until I was finally and permanently

5    assigned to the Port of Hidalgo, Texas.

6        Q.  Okay.  When -- when you say "bridges," is it

7    the case that at the Laredo port of entry and the

8    Hidalgo port of entry there are several bridges that

9    span the Rio Grande River that lead into those ports of

10   entry?

11       A.  Say again, please.

12       Q.  I'm just trying to get a sense of the -- of the

13   geography of the Laredo and Hidalgo ports of entry.

14            Those ports of entry are located near the

15   Rio Grande River, correct?

16       A.  Some are.

17       Q.  Okay.  And when we talk about bridges, those

18   are bridges that span the river and go into the port of

19   entry; is that right?

20       A.  Yes, sir.

21       Q.  Okay.  During the time that you were -- you

22   said you were a passive -- you were doing passive

23   operations; is that right?

24       A.  Yes, sir.  Yes, sir.

25       Q.  What does that mean?



Page 36

1     A.   It was a -- a -- a canine -- a canine that was

2     specifically trained to sniff out contraband on

3     individuals, on their bodies.  So...

4     Q.   Okay.  Okay.  I think I understand what you --

5     I think I understand what you're saying.

6          When did you become permanently assigned to

7     the Hidalgo port of entry?

8     A.   I don't remember, sir.

9     Q.   Okay.  Sometime in the 1990s?

10    A.   Late 1990s or 2- -- early 2000s.

11    Q.   Okay.  When did you join the National Treasury

12    Employees Union or NTEU?

13    A.   In the early Nineties.

14    Q.   Why did you join?

15    A.   Why did I join?

16          It was one of the things to do at the time.

17    You know, you get hired, and you hear all these stories

18    about -- about employees, you know, often getting

19    retaliated in -- on, so I -- I joined the union at that

20    time.

21    Q.   Okay.  What chapter did you join?

22    A.   149.

23    Q.   When did you become a member of the leadership

24    of NTEU Chapter 149?

25    A.   I want to say in 1998 I was vice president, and



Page 37

1    then late 1998 -- I've been union president ever since.

2        Q.  So you've been union president of NTEU Chapter

3    149 for approximately 22 years?

4        A.  About.

5        Q.  In your time that you were employed at CBP,

6    what's the highest rank that you achieved in the

7    organization?

8        A.  My rank which I separated in was a 12 step, I

9    think 7 or 8.  I don't remember what...

10       Q.  Okay.  What was your title?  Were you a CBP

11   officer?

12       A.  Yes, sir.

13       Q.  Supervisory CBP officer?

14       A.  CBP officer.

15       Q.  And when you were separated from CBP, what was

16   the reason why you were separated?

17       A.  Just the -- the -- my disabilities I have from

18   the military and the stress I was going through and

19   stuff.  I just decided to -- to leave, my health.

20       Q.  Okay.  It -- it was your own decision to leave;

21   is that right?

22       A.  Yes, yes, to the extent that I felt that I was

23   indirectly forced out by -- by the -- by the work

24   environment that was there.

25       Q.  When you say you --



Page 38

 1     A.  My -- my health -- my health --

 2          (Talking over each other.)

 3     Q.  (BY MR. MEDLOCK)  Sorry, go ahead.  Go ahead.

 4     A.  I felt my health was more important, to stay

 5  away from the -- from the -- from the stress.

 6     Q.  I'm sorry to hear about that stress and I don't

 7  want to make you relive it today, but I -- I do want to

 8  ask you just a few follow-up questions.

 9          When you say you felt like you were

10  indirectly forced out, can you explain to me what you

11  mean by that?

12     A.  Well, it's just -- it's just, you know, you get

13  hired -- you get hired with the agency with the -- with

14  the understanding that you're going to uphold so much --

15  so much law and -- and protect individuals and -- and --

16  and -- and you -- you just -- you break -- it breaks

17  your -- your spirit, you know, to see it done that way.

18          As a union president, not only did I see

19  the -- the -- the good side, but I saw the bad side of

20  the agency.

21     Q.  When you said that it broke your spirit to see

22  the law not being upheld, was one of the things that --

23  where you -- that broke your spirit about the law not

24  being upheld the way that asylum seekers were treated

25  by CBP?



Page 39

1    A.  I would have to say that that was a -- you know,

2    the main reason, but I think the way the agency were

3    allowing the -- the employees to be portrayed in -- in

4    the manner they were following orders did.

5    Q.  Okay.  I -- during your time at CBP, have you

6    ever -- were you ever disciplined for being dishonest?

7    A.  No, I haven't.

8        I have -- I have received a letter of

9    reprimand from an arbitrator.  I had one incident where

10   he -- where I -- I reported my weapon lost, stolen from

11   my -- from my house, and they came to conclusion that

12   at the time I didn't know where it was.  I felt the

13   union official wasn't really representing me right, but

14   he failed to disclose that other items in the police

15   report was -- like, my son's Xbox and other items that

16   were stolen from the house to show that the -- the

17   weapon was actually taken from my house, but they gave

18   me a letter --

19   Q.  Sorry to hear about that.

20   A.  -- they gave me a letter of reprimand, and that

21   was it.

22   Q.  Other than that letter of reprimand, have you

23   received any other form of formal or informal

24   discipline from anyone at CBP?

25   A.  I have received a -- a -- some kind of cease



Page 40

1   and desist letter in the past, and I don't remember

2   what issue it was.  It was years and years and years

3   ago.

4       Q.  When you say "years and years ago" --

5       A.  Yes.

6       Q.  -- did it happen in the last decade?

7       A.  I want to say it happened -- there was a port

8   director, David Higgerson.

9       Q.  What did David Higgerson --

10              (Talking over each other.)

11      A.  I --

12      Q.  (BY MR. MEDLOCK)  Sorry, go ahead.  Go ahead.

13      A.  I remember just mainly appealing it verbally

14  and stuff.

15              And I think they just said, "Oh, forget

16  it," you know.  But that was the issue with that.

17      Q.  What did David Higgerson tell you to cease and

18  desist from doing?

19      A.  I don't remember.  It was something -- it was

20  something so minute that I just don't remember.

21              We were going at each other because I was

22  filing grievances and stuff, and they reached out

23  somehow to give it -- given it to me (transmission

24  cutting out).

25              THE COURT REPORTER:  I didn't hear the



Page 41

1    last part of what you said, sir.

2              THE WITNESS:  Oh, I'm sorry.  I said I

3    felt at that time, since we were so constant in filing

4    grievances, that they retaliated by giving me that

5    cease and desist.  And I don't remember what it was.

6              In fact, I was given -- now, going

7    back, recently, I was given a cease and desist letter

8    when I -- by Carlos Rodriguez before I left.  I think

9    it was several months before.

10              I reported wrongdoing by a port

11    director to an employee, and they wanted me to cease

12    and desist from reporting this conduct to the -- to the

13    Cus- -- to the commissioner of Customs.

14    Q.  (BY MR. MEDLOCK)  Okay.  Were you -- and did

15    you ever receive a cease and desist letter regarding

16    your complaints or grievances, if any, regarding the

17    treatment of asylum seekers?

18    A.  No, I haven't.  I don't think I have.  I don't

19    think I have other than persons coming up to me

20    wondering why I'm -- I'm -- I'm filing grievances on --

21    on certain metering sites and stuff.

22    Q.  Okay.  When you joined the U.S. military, did

23    you take a -- an oath?

24    A.  Yes, sir.

25    Q.  And that -- did that oath include defending the



Page 42

1   Constitution of the United States?

2       A.  Yes, sir.

3       Q.  And when you joined U.S. Customs, did you also

4   take an oath?

5       A.  Yes, I did.

6       Q.  And did that oath also include the concept of

7   defending the Constitution of the United States?

8       A.  To tell you the truth, sir, I don't remember.

9   It should -- it should have said it --

10      Q.  Okay.

11      A.  -- but --

12      Q.  Were those oaths meaningful to you that you

13  took?

14      A.  Yes, it was.

15      Q.  Why is that?

16      A.  Because, I mean, it's the core values that we

17  have as an American citizen that gives us the benefits

18  to live the way we do.

19              See, the only thing that separates us from

20  -- from different countries and different governments,

21  for -- it's a balancing tool to preserve our rights,

22  the right to live free.

23      Q.  Do you believe that when -- that when or if CBP

24  does not act in accordance with the law and the

25  Constitution that it undermines those values that you



Page 43

1    were just talking about?

2        A.  Do I feel it does?

3        Q.  Yes.

4        A.  I would say with the recent -- recent -- recent

5    decision we got from CBP themselves, I would have to

6    say no.

7        Q.  Okay.  What's that recent decision you're

8    talking about?

9        A.  The EOC [sic] decision from the office of, I

10   guess their chief counsel, on a discrimination

11   complaint that we filed on the CBP Nation Web site that

12   affected the -- a female employee.

13       Q.  What's the CBP Nation Web site?

14       A.  Well, there's three CBP Nation Web sites that

15   are -- that came public.  One CBP Nation was the Real

16   CBP Nation that was founded to -- to have so many

17   thousands of border patrol agents.  Those are the

18   officers in green.  It was called the Real CBP Nation

19   Web site.

20              Then they have another one called the 10-15

21   Web site that was created by -- amongst people from

22   border patrol.  Those were the green officers.

23              And then we have what they call the CBP

24   Nation that was -- had members of -- up to the Office of

25   Integrity and Professionally [sic] Standards of CBP,



Page 44

1    running the admin section of it.

2         Q.   And the Real CBP Nation, 10-15, and CBP Nation,

3    is it the case that those are all private Facebook

4    groups?

5                   MR. HALASKA:  I'll make an objection --

6    I'll make a standing objection to relevance to this line

7    of questioning.

8                   Mr. Atkinson, you should feel free --

9    you should feel free to answer.

10        A.   The only reason I feel -- the relevance, I feel,

11   in CBP Nation, number one, the discriminatory way CBP

12   had immigrants, cartoons showing them heading to the

13   border, heading to the meeting sites.

14        Q.   (BY MR. MEDLOCK)  Uh-huh.

15        A.   And --

16        Q.   Did --

17        A.   Go ahead.

18        Q.   Go ahead, sir.

19        A.   No, go ahead.

20        Q.   Sorry.

21                   Isn't it true that there were posts on Real

22   CBP Nation, 10-15, and CBP Nation that portrayed

23   immigrants in a negative way?

24        A.   I'm not -- I'll be honest with you, I have no --

25   other than knowing that they're separate, the only one



Page 45

1   I dealt with personally in which I received a decision

2   on was a totally different Web site that was driven by

3   a person in the CBP headquarters, Office of Integrity

4   and Professional Standards division.

5       Q.  Okay.  All right.  I'd -- I'd -- I'd like to

6   ask you about a few things that have been said about

7   you in the course of this litigation.

8       A.  Sure.

9       Q.  It's been said by somebody in this litigation

10  that you are an unethical officer.

11             Do you agree with that statement?

12      A.  No.

13      Q.  Why do you disagree that -- with the statement

14  that you are an unethical officer?

15      A.  Why would I be an unethical officer?  What

16  reasons would they be for I could better answer that

17  question?

18      Q.  Okay.  Do -- do you think you've ever behaved

19  unethically when you've been working at CBP?

20      A.  No.  I think the only thing I've done was --

21  was -- my full-time position as CBP was as -- as a

22  U.S. -- was an NTEU president.

23             And I'm always filing EOC complaints,

24  whistleblower.  I've done stuff to -- to correct the --

25  the behavior of -- of the agency, the agency's repre- --



Page 46

1    certain representatives toward employees.

2        Q.  Elsewhere in this case --

3               (Talking over each other.)

4        A.  I --

5        Q.  (BY MR. MEDLOCK)  I'm sorry.  Go ahead, sir.

6        A.  May I ask who said it?

7        Q.  I can't tell you because there's a protective

8    order.  I'm sorry.

9        A.  Oh, okay.  Okay.

10       Q.  Elsewhere in this case, you've -- someone has

11   said that you mislead other people.

12              Do you agree that you mislead people?

13       A.  No.

14       Q.  And can you think of any reason why someone

15   would say that you mislead others at CBP?

16       A.  No, I don't.

17       Q.  Elsewhere in the testimony in this case, it's

18   been insinuated that you've just raised complaints and

19   grievances in order to get back pay.

20              Do you agree that the only reason you're

21   raising complaints and grievances is to win back pay?

22       A.  That's not the -- the -- my -- my position as

23   NTEU president is to enforce the -- the national

24   agreement between CBP and NTEU.

25              As you know or you're not aware of, we've --



Page 47

1    we've won several arbitrations from arbitrators

2    concerning staffings that affected employees.  We also

3    received -- won that EOC decision.

4              So I would assume that they're saying

5    those -- those -- those -- those statements in

6    retali- -- in retaliation of -- of our success in --

7    in -- in trying to phrase some of the hostile working

8    environment that we have in our -- in our ports of

9    entries.

10   Q.  Did you in your course of your work as NTEU

11   president for Chapter 149 raise complaints and

12   grievances about CBP conduct during the Obama

13   administration?

14   A.  Yes, we did.

15   Q.  And in that same role, have you raised

16   complaints and grievances about CBP conduct during the

17   Trump administration?

18   A.  Yes.

19   Q.  Have politics or your own political views

20   affected your decision to raise complains and

21   grievances about CBP's conduct in any way?

22   A.  Oh, negative.  No.

23   Q.  I want to talk to you about the treatment of

24   asylum seekers who attempt to enter the United States at

25   ports of entry, and I'd like to start by asking you:



Page 48

 1    Was there a period in which you observed asylum -- ever

 2    observed asylum seekers attempting to enter ports of

 3    entry on the U.S./Mexico border and being turned away

 4    without being inspected or processed?

 5                   THE WITNESS:  Am I allowed to answer

 6    that?

 7                   MR. HALASKA:  If that question is

 8    directed to me, Mr. Atkinson, yes, you should feel free

 9    to answer the question.

10                   THE WITNESS:  Yes.  Thank you, sir.

11        A.  Yes, I have.

12        Q.  (BY MR. MEDLOCK)  How many times have you

13    observed asylum seekers be -- who are attempting to

14    enter the United States being turned away from ports

15    of entry on the U.S./Mexico border without being

16    inspected or processed?

17        A.  Hmm, well, initially they get inspected when we

18    first make contact.  So they get the prescreening, and

19    they only turn it back afterwards.

20        Q.  Okay.

21        A.  We also --

22                   (Talking over each other.)

23        Q.  (BY MR. MEDLOCK)  So let me make sure -- go

24    ahead, sir.  Sorry.  I didn't mean to interrupt you.

25        A.  We also have incidents in which you received in



Page 49

1  your -- in your -- in your documents where -- where

2  people would -- it was reported to the union where --

3  where people were -- were -- entered and returned back

4  to Mexico without being processed.

5      Q.   Okay.  So is it the case that you have seen

6  asylum seekers step onto U.S. soil, interact with a CBP

7  officer at primary inspection, and then be turned back

8  to Mexican territory without going to second- -- being

9  referred to secondary?

10     A.   Well, there were different -- different phases

11 of it.

12          You know, there were some that would make

13 them wait.  There were sometimes where they -- where

14 they were -- entered one bridge and they were told to

15 go back to another bridge, to enter over there.  And

16 there was -- at times where we would tell them just to

17 wait, to turn back to Mexico, have a seat and wait.

18     Q.   Okay.  So there were some times when people --

19 when asylum seekers stepped on to U.S. soil, told a CBP

20 officer that they wanted asylum in the United States,

21 and then those asylum seekers were told to go back to

22 Mexico and wait?

23     A.   Yes.

24     Q.   How often did you see that occur?

25     A.   I -- I've seen it when I was assigned out there



Page 50

1  firsthandedly [sic] and what was reported by the -- the

2  employees at the time, which -- which fueled a petition

3  to be written to headquarters, CBP headquarters.

4       Q.   Correct.  I'll get to that in just a second.

5            Based on what you saw and observed at the

6  Hidalgo port of entry, do you believe that CBP had a

7  pattern and practice of turning back asylum seekers to

8  Mexico without inspecting them and processing them as

9  the law requires?

10           MR. HALASKA:  Objection to the

11  extent -- objection to the extent that it calls for a

12  legal conclusion or expert opinion testimony.

13           Mr. Atkinson, please feel free to

14  answer the question.

15           THE WITNESS:  Thank you, sir.

16      A.   I think they -- they inspected them and they

17  provided a modified way of processing back, which may

18  not be, you know, in conjunction of what we've learned.

19  But it was done in a manner of -- of -- of -- in which

20  they -- they ordered us to do so.  We only knew --

21      Q.   (BY MR. MEDLOCK)  And they -- sorry go ahead.

22      A.   We only did what they --

23           (Talking over each other.)

24      Q.   (BY MR. MEDLOCK)  Did they --

25      A.   -- told us to do.



Page 51

1      Q.  When you say "they ordered us to do so" and you

2    "only did what they told us to do" --

3      A.  Uh-huh.

4      Q.  -- who is the "they" in that sentence?

5      A.  Local management.

██  ████████████████████████████████████████████████

██  ██████████████████████████████████████████████████

██  ████████████████████████████████████████████

██  ████████████████████████████████████████████

██  ███████████

██  ████████████████

██  ██████████████████████████████████████████████

██  ██████████████████████████████████████████████

██  ██████████████████████████████████████████████

██  ██████████████████████████████████████████████

16     Q.  Any others?

17     A.  I would say I guess in relation to the

18   petitions that I've forgot about, we received a

19   response; but the response that we received wasn't --

20   wasn't in concert in which we were -- what we were

21   doing at the bridge.

22           That's what fueled more of the -- of the

23   dissension that the -- the employees were going to be

24   put to blame on what was going on.  We were unsure what

25   was going on.



Page 52

1                    THE COURT REPORTER:  You were unsure --

2                    MR. MEDLOCK:  Okay.

3                    THE COURT REPORTER:  Hold on one

4    second.

5                    You were unsure what?

6                    THE WITNESS:  Unsure of the real policy

7    that was going on.

8         A.   My -- my understanding through -- through --

9    through my leadership as NTEU president is the rules and

10   the policies belonged to the CBP agency and at any time

11   they can modify them to protect the employees, to

12   protect the immigrants, and whatever other matters in

13   the best interest of the government.

14                   So we just took the orders that they gave

15   us and -- and -- and applied them appropriately.

25        Q.   Besides looking at the asylum seekers'



Page 53

██████████████████████████████████████████████

██████████████████████████████████████████

██████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

10                    THE COURT REPORTER:  Hold on one sec.

11                    Mr. Downey, did you unmute your other

12    device?  I'm getting a bad feedback.

13                    MR. DOWNEY:  We had a computer crash

14    on this computer, so I just came back on.

15                    THE COURT REPORTER:  Be sure you're

16    muted, sir.  It's creating such a feedback that I'm

17    having trouble understanding them.  Thank you.

18                    Okay, Mr. Medlock.  I'm sorry.  Go

19    ahead, please.

20                    MR. MEDLOCK:  No worries.

██  ████████████████████████████████████████

██  ██████████████████████████████████████████████

██  ██████████████████████████████████████████████

██  ████████████████████████████████████

██  ██████████████████████████████████████████████



Page 54

1    the time line.  I don't remember without the grievances

2    in front of me.

3        Q.  Okay.  Okay.  I'll show you those in just a --

4    in -- in a few minutes.

 

16       Q.  Do you believe that CBP had a policy, whether

17   formal or informal, of turning asylum seekers back to

18   Mexico?

19                MR. HALASKA:  Objection to the extent

20   that it calls for a legal conclusion or expert

21   testimony.

22                Mr. Atkinson, please feel free to

23   answer.

24                THE WITNESS:  Thank you, sir.

25       A.  Can you say it again, please?  Repeat your --



Page 55

1      Q.  (BY MR. MEDLOCK)  Sure.

2      A.  -- question.

3      Q.  Sure.

4              MR. MEDLOCK:  And -- and just for

5  Mr. Halaska's benefit, let's just say your objection

6  will apply when I reask the question.

7              MR. HALASKA:  Sure.

8      Q.  (BY MR. MEDLOCK)  My question was:  Do you

9  believe that CBP had a policy, whether formal or

10  informal, of turning asylum seekers back to Mexico?

11      A.  Yes.

12      Q.  Why do you believe that?



Page 56





Page 57



```
18       A.  The people during the -- the grievances

19  process.  We raised --

20              (Talking over each other.)

21       Q.  (BY MR. MEDLOCK)  The agency representatives?

22       A.  Yes.
```



```
25       A.  I want to say at the time it was -- the -- the
```



Page 58

1    person I deal with a lot would be David Gonzalez,

2    acting port director at the time, Carlos Gonzalez at

3    the time.

4        Q.   Uh-huh.

25        Q.   Okay.  Did anybody actually tell you it was



Page 59

1    done for health reasons?



24        A.  I don't remember, sir.  I think there's a -- in
25   the grievances there might be some photos that were



Page 60

1    included in it, you know.

2                        THE COURT REPORTER:  Some -- there

3    might be some what included?

4                        THE WITNESS:  Some photos included.  I

5    don't know if it's to the petition, to the commissioner

6    or assistant commissioner, or to the grievances

7    attached.  I don't remember.  It's been a long time.

8        Q.  (BY MR. MEDLOCK)  Do you believe that CBP took

9    steps to intentionally decrease the capacity of the

10   Hidalgo port of entry to process asylum seekers?

11       A.  Knowing -- knowing the -- the -- the effects,

12   the positive effects of how it affected the employees

13   in there, I would have to say it was done for safety

14   reasons at the time.  I mean, starting to look at,

15   like, everything that happened at the detention center

16   and everywhere else, I mean, I think that was the

17   best -- best position they had, even though at the time

18   they didn't know whether or not it -- it -- it would

19   have that effect.

20                        I couldn't -- I couldn't -- I couldn't

21   answer that one other than, you know, it took that --

22   that -- that -- it positively impacted the employees

23   and the immigrants that were being held there.

24       Q.  Okay.  I'd -- I'd like to go back to the

25   interactions between the CBP officers and the asylum



Page 61

1    seekers when they first -- when the asylum seekers

2    first approached the -- the CBP officers at the port of

3    entry.

4              Where -- to your observation, did those

5    interactions take place on Mexican soil or U.S. soil?

6    A.  I think it was both.

7    Q.  Okay.  When you say it was both, were there

8    cases in which the asylum seeker was standing on U.S.

9    soil and interacting with a CBP officer?

10   A.  Yes.  They had to make entry in order for us to

11   stop -- to stop the interview.

12   Q.  Right.

13             And -- and were those -- were some of those

14   asylum seekers that were standing on U.S. soil turned

15   back to Mexico and told to wait?

16   A.  Yes.

17   Q.  When those asylum seekers were turned back,

18   were they sometimes told that the port was at capacity?

19   A.  I wasn't aware to -- I wasn't privy to any of

20   that communication.

21   Q.  Okay.  Do you know whether CBP officers were

22   instructed to lie to asylum seekers in order to get

23   them to turn back to Mexico?

24   A.  I don't think there were -- they were -- lied.

25   I don't think they lied.  I think the officers told --



Page 62

1    told asylum seekers to do exactly what management had

2    informed them to do.

3        Q.   Okay.  And what did -- what did management

[redacted]

17       Q.   And did you receive written guidance on how

18   that modified processing where asylum seekers were told

19   to go back to Mexico should work?

20       A.   Yes, I did.

21       Q.   When did you first receive that guidance?

22       A.   Well, I received it in a grievance reply and

23   then I also received it from -- I think it's the -- the

24   current DFO and -- and OFO in Laredo, Texas.  We

25   responded to a -- to a petition that was --



Page 63

1      Q.  Randy Howe?

2      A.  Yes, it was.  Yes, it was.

3      Q.  And that guidance that you saw, was that an

4   April 27, 2018, memorandum from Todd Owen?

5      A.  I would have to see it.  I would have to see

6   it.

7      Q.  Okay.

8      A.  I would -- something --

9      Q.  Okay.

10     A.  -- I think -- it was a memorandum form, title

11  is, in response to the petition?

12     Q.  Fair enough.

13     A.  Yes, I think -- and there was the one, yes.

14     Q.  Okay.  And when you say --

15              (Talking over each other.)

16     A.  It's one of --

17     Q.  (BY MR. MEDLOCK)  When you say "in response to

18  the petition," what do you mean by that?

19     A.  The petition that was written by employees of --

20  we were very concerned that the -- as you know, the --

21  the media and -- and -- and -- and the national public

22  interest at the time, that we were stopping -- stopping

23  and returning people.

24              And, of course, Customs at one time, their

25  spokespeople would say that they wouldn't tolerate



Page 64

1    misconduct.



22        Q.  As you sit here today, do you regret having

23    turned asylum seekers back to Mexico from the United

24    States?

25        A.  At the time -- at the time that I personally



Page 65

1    did it, of course, I was following orders from my

2    supervisors that were there in front of me, which I

3    kind of observed them do themselves.

4            We were just following orders.  We were

5    confused.  We didn't know what was right, what was

6    wrong, what the agency can -- can -- can follow or not

7    follow because they were the ones that wrote the

8    policy, and they're -- they have the right to change

9    that policy at any time.

10           We're just here to follow orders,

11   regardless of who -- what supervisor's there, what

12   president's there.  Like I said, it was multiple

13   presidents we were under, you know; so we were just

14   following orders.

15      Q.  And I get that you were just following orders.

16           And I guess my question is:  Given the fact

17   that there was a concern that the turn-backs might have

18   violated the law, as you sit here today, are you -- do

19   you regret having turned asylum seekers back to Mexico?

20      A.  Hmm, could you repeat that question again

21   because I -- I'm -- I'm trying to digest it a little

22   bit.

23      Q.  Sure.  Yeah, yeah, yeah.  Okay.  Then let me

24   try and improve it actually.

25           I -- I get that you were just following



Page 66

1    orders, and that's -- I don't -- I don't have a qualm

2    with that.

3              My question is:  Were -- did you -- were

4    you personally regretful that you had to turn asylum

5    seekers back to Mexico?

6    A.  Hmm, yes.

7    Q.  Why?

8    A.  Hmm, I felt the people were -- were in a

9    position of -- of -- of disadvantage, of -- of

10   possibly -- we had -- we had intel --

11             THE WITNESS:  Well, I don't know.  Can

12   I answer the question?

13             MR. HALASKA:  If -- if that's directed

14   to me, yes, Mr. Atkinson.

15             And for the remainder of the

16   deposition, you should feel free to answer the

17   questions unless I specifically tell you otherwise.

18   A.  Okay.  We had -- we had information -- or I had

19   personally information of people that were screaming

20   in -- in -- in the pedestrian area or the vehicle area,

21   that they would make claim that -- that the Boys Town

22   areas were -- were -- had new girls, had this and that,

23   and there were new prostitutes and stuff like that.

24             And we asked them where they were getting

25   them from; and they were, well, you know, these people



Page 67

1    that are being returned from Mexico or they're being

2    waited in Mexico.

3                And knowing that one of those people could

4    be my -- my daughter or sister, I was very upset.

5        Q.  (BY MR. MEDLOCK)  And I -- I -- I get that

6    you're very upset.  And I just want to clarify something

7    you said.

8                You -- you were upset because the people

9    who were being turned back to Mexico could be sold into

10   prostitution or taken advantage of by criminal gangs;

11   is that right?

12       A.  Well, that's what we were being told or I was

13   being told through people that were coming across

14   Mexico, the passengers that were making entry into the

15   United States.  We would question them about stuff and

16   the issues of what was happening across and stuff like

17   that.  The young kids would come back on a Saturday

18   night or Friday night and tell us that -- or tell me

19   that.

20       Q.  Okay.

21                MR. MEDLOCK:  Why don't we take a

22   quick break; and then after the break, I'll start

23   showing you some documents to help refresh your memory.

24   Okay?

25                THE WITNESS:  Yes, sir.



Page 68

1                    MR. MEDLOCK:  All right.  Can we go

2    off the record?

3                    THE VIDEOGRAPHER:  The time is

4    10:53 a.m.  We're going off the record.

5                    (Break taken from 10:53 a.m. to

6                    11:08 a.m.)

7                    THE VIDEOGRAPHER:  The time is

8    11:08 a.m.  We're back on the record.

9        Q.  (BY MR. MEDLOCK)  Welcome back, Mr. Atkinson.

10       A.  Welcome back.

11       Q.  Prior to 2016, have you seen any searches or

12   spikes in the number of migrants coming to the Hidalgo

13   port of entry?

14       A.  I would say yes.

15       Q.  In the instances where there were surges or

16   spikes in the number of migrants coming to the Hidalgo

17   port of entry, was CBP or its predecessor organizations

18   able to handle those prior surges or spikes without

19   resorting to metering or turn-backs?

20       A.  I would say that they had the capability of

21   doing it.

22       Q.  Why would you say they had the capability of

23   processing the spike or surge in migrants without

24   turning back asylum seekers?

25       A.  Oh, because we have a -- a -- you know, when --



Page 69

1    when we were having a -- a -- difficulties in -- in

2    processing individuals the second -- the second surge,

3    we had a vast amount of -- of port of entries that had

4    areas that could have easily created standalone tents

5    and -- and detention areas that -- in order to handle

6    those -- those -- those processing and they weren't

7    done.

8              We proposed them.  It just never -- never

9    came to be.  They had the areas --

10    Q.  So --

11    A.  -- and the people to do it, but they didn't.

12    Q.  So there were proposals --

13    A.  Yes.

14    Q.  -- to increase the capacity of the Hidalgo port

15    of entry, but management never acted on them; is that

16    right?

17    A.  Yes.

18              MR. HALASKA:  Objection, leading.

19    Q.  (BY MR. MEDLOCK)  You can answer, sir.



Page 70

1    Q.  When you say "they," who's "they"?

2    A.  The port director at the time, David Gonzalez.

3    Q.  So from your perspective, if the metering or

4  turn-back policy did not exist and CBP just processed

5  people in the order that they came to the -- to the

6  border at the port of entry, CBP would have the

7  resources to do that; is that right?

8    A.  I would feel like they would.

9                MR. HALASKA:  Objection, leading.

10                Go ahead.

11                THE WITNESS:  Go ahead?

12                MR. HALASKA:  Go ahead.

13    A.  I felt they did have the resources because we

14  were doing it before.

15    Q.  (BY MR. MEDLOCK)  When you say "we were doing

16  it before," what do you mean by that?

17    A.  Well, we were funneling out detainees at

18  different areas to different points of areas to ensure

19  they got processing.  In other words, overtime

20  assignments -- there was assignments, there was TDYs,

21  there was -- they were using all the ports of entry.

22                I've actually had the opportunity to

23  represent several ports, not just the Port of Hidalgo.

24  I represent the ports from Roma port of entry all the

25  way to Harlingen port of entry that -- which includes



Page 71

1    the airport, Progresso, Donna, Mission, Los Ebanos,

2    Rio Grande City, Roma, Falcon -- Falcon Heights port of

3    entry.  So I have numerous ports of entries that --

4    that I represent.

5        Q.  And thank you for that clarification.

6             For each of those ports of entry that you

7    represent, are they in the Laredo field office of CBP?

8        A.  Yes.

9        Q.  And based on your representation and

10   observations of those ports of entry in the Laredo

11   field office, do you believe that CBP could process

12   asylum seekers in the order that they came to the port

13   of entry without resorting to metering or turn-backs?

14       A.  I would have to say they've done it before

15   under Obama.  I couldn't see a reason why they couldn't

16   do it when it was Trump's administration.

17       Q.  Okay.  Sir, I'd like to move on to some

18   documents that will hopefully refresh your recollection

19   about some of the things you testified to before.

20             What we'll do is we'll put them on the

21   screen.  Kevin, who is our exhibit tech, will

22   occasionally blow parts of them up so you can see them

23   better.

24             But at any point, if you're having trouble

25   looking at a document, just let myself or Kevin know



Page 72

1    and we'll try to enlarge it and get it in a version

2    that you can see.  But today -- today is about what you

3    know.  It's not a vision test.  Okay?

4         A.  Okay.  Thank you, sir.

5         Q.  Okay.

6                   MR. MEDLOCK:  Kevin, can you please

7    bring up Tab 1, please?

8         Q.  (BY MR. MEDLOCK)  Okay, Mr. Atkinson.  I've

9    put --

10        A.  I -- I surely can't -- I surely can't see it.

11        Q.  Okay.  Thank you.  We'll -- we'll make it

12   bigger.

13        A.  I need at least three times as big.

14        Q.  So I'm going to have just some general

15   questions about the exhibits, sir; and then I'll -- we

16   can --

17        A.  Can -- can you make it bigger, please?

18        Q.  Sure.

19                   EXHIBIT TECH:  We'll have to go one by

20   one per e-mail to make them each bigger one at a time.

21                   MR. MEDLOCK:  Okay.

22                   THE WITNESS:  Okay.  I can't -- it's

23   still -- it's still blurry.  I mean, I can't see it.

24                   MR. MEDLOCK:  Can you see that, sir?

25                   THE WITNESS:  I see part of it.



Page 73

1                    EXHIBIT TECH:  Okay.

2                    THE WITNESS:  Okay.

3                    EXHIBIT TECH:  All right.

4       Q.  (BY MR. MEDLOCK)  So I've put in front of you

5    what will be marked as Exhibit 288 to your deposition.

6    This is a two-page e-mail chain that has the Bates

7    numbers NTEU 136 through NTEU 137.

8                    (Whereupon Exhibit 288 was marked for

9                     identification.)

10      Q.  (BY MR. MEDLOCK)   And just so I'm not

11   confusing you, sir, when we talk about Bates numbers,

12   that's a lawyer term for the special numbers put at the

13   bottom right-hand corner of the document.  It just

14   helps us keep track of the pages that we're on.

15                   And this appears to be, at least in part, a

16   December 23rd, 2016, e-mail from William Haral- --

17   William Haralson to Jessica Ibarra, Christopher Perez,

18   Sylvia Guerra, Abraham -- and Abraham Pena, with a copy

19   to Eric Clough.

20                   Do you see that, sir?

21      A.  Uh-huh.  Yes.

22      Q.  Do you know who William Haralson is?

23      A.  Yes.

24      Q.  What's William Haralson's position or title

25   within NTEU Chapter 149, if any?


MAGNA
LEGAL SERVICES

Page 74

1     A.  He actually took -- none now, but at the time

2   he was a -- a second -- appointed -- assigned as the

3   second full-time representative for the office.

4           We have two full-time representative --

5   well, two and a half full-time representative positions

6   in the office; and I assigned him one and he was one of

7   those positions at the time when he wrote this.

8     Q.  Okay.  And at the time that Mr. Haralson wrote

9   this e-mail, would he have told you about the -- what

10  was going on with respect to this e-mail?

11    A.  Yes, yes.

12          Actually, I believe he told me -- I mean,

13  he told me about that incident; and I told him to grab

14  the statements and send a -- send a message out.

15    Q.  Okay.  So this December 23rd, 2016, e-mail was

16  sent by Mr. Haralson at your direction; is that right?

17    A.  Yes.

18    Q.  Okay.  I'd like to -- and I -- I notice that

19  you're not copied on this e-mail and didn't receive a

20  copy of it.

21          At some point did you receive a copy of

22  this e-mail?

23    A.  I -- I want to say I did.  I mean, I knew about

24  it.  But see, since I have a -- enormous geographic

25  locations, I tend to -- depending on the competency they



Page 75

1    have in handling stuff, they just tell me about the

2    issue, and I guide them which way to go, you know.

3    But --

4        Q.   Okay.

5        A.   -- since he's asking for statements and stuff,

6    it's something that -- that I would do to ensure that

7    when we file a grievance or file an incident report,

8    that -- that -- that I -- we wouldn't be accused of

9    being unethical and making something up or something.

10   So we would grab this page --

11       Q.   Okay.

12       A.   -- to prove that the issue happened in order

13   to -- to -- to protect the employees from -- from any

14   kind of repercussions for their actions, whether

15   they're following an order or not.

16       Q.   Okay.  Understood.

17            So this -- I'm looking at this e-mail that

18   was sent December 23rd, 2016, that appears on the page

19   NTEU 136.  The subject line of that e-mail is:

20   "Incident 12/6/2016."

21            Do you see that?

22       A.   Yes.

23       Q.   And then I'd like to move into the text of the

24   e-mail.

25            Mr. Haralson begins the e-mail with:



Page 76

```
 1    "Alcon."

 2              Do you see that?

 3    A.  Yes.

 4    Q.  And that means "all concerned"?

 5    A.  Yes.
```

██ ████████████████████████████████████

██ ████████████████████████████████████████

██ ██████████████████████████████████████

██ ████████████████████████████████████████

██ ████████████████████████████████

██ ██████████████████████████████████████████

██ ██████████████████████████████████████████

██ ██████████████████████████████████████

██ ████████████████

```
15              Did I read that correctly, sir?

16    A.  Yes, sir.

17    Q.  Okay.  What does -- if you know, what does

18    "adverse action" mean in that paragraph?

19    A.  I guess it's -- it's -- it's whether they're

20    claiming criminal fear or they're claiming asylum, they

21    have to go through a -- through a -- a process in which

22    the agency chooses.  There were so many at the time.

23    They get processed to document their arrival, the

24    questions, and they are either detained to go forward

25    for bases?  God knows what they do with them.  So many
```



Page 77

1    things --

2        Q.  Okay.

3        A.  -- have happened.  Yeah.

20        Q.  Okay.  Understood.

21            Based on the statements that were taken and

22    your interactions with Mr. Haralson and the CBP officers

23    listed in this e-mail, do you believe that the incident

24    that Mr. Haralson describes in this e-mail actually

25    occurred?



Page 78

1    A.  After reviewing the -- the -- the statement or

2    statements that we had received, yes, it did.

3    Q.  When NTEU Chapter 149 asked for statements from

4    CBP officers, does the union tell the CBP officers what

5    to write?

6    A.  No.  They give us the details; and, you know, we

7    assist them in -- in -- in writing some of the

8    statements, you know.  We get an interpretation of what

9    they said, and we say:  "Okay.  Well, this is what it

10   is, you know."

11   Q.  Uh-huh.

12   A.  So we can -- we'll help them at times.

13   Q.  When you say "we'll help them" --

14   A.  Uh-huh.

15   Q.  -- did -- does the NTEU Chapter 149 ever put

16   words into someone's mouth?

17   A.  No, but we help them -- we help them

18   interpret -- interpret what they're saying in a -- in a

19   very fair and concise manner, you know.

20   Q.  Uh-huh.

21        But you -- you don't change their story; is

22   that right?

23   A.  No, no.  Our intentions are never to -- to --

24   to change the -- their stories.  They're -- it's their

25   statement.



Page 79

1      Q.  All right.

2                    MR. MEDLOCK:  Let's bring up Tab 2, if

3      we could, please, Kevin.

4      Q.  (BY MR. MEDLOCK)  All right, sir.  I've put in

5      front of you what will be marked as Exhibit 289 to your

6      deposition.

7      A.  Uh-huh.

8                    (Whereupon Exhibit Number 289 was

9                    marked for identification.)

10     Q.  (BY MR. MEDLOCK)  It is a one-page e-mail that

11     has the Bates number NTEU 138.

12                   And my first question is:  Can you see this

13     e-mail in front of you clearly, sir?

14     A.  Yes.

15     Q.  Okay.  This is an e-mail that was sent from

16     Jessica Ibarra --

17     A.  Uh-huh.

18     Q.  -- to William Haralson with a copy to Eric

19     Clough on December 23rd, 2016, at 5:59 p.m.

20     A.  Uh-huh.

21     Q.  Do you see that, sir?

22     A.  Yes.

23     Q.  And the subject line of this e-mail is:  "RE:

24     Incident 12/6/2016," correct?

25     A.  Yes.



Page 80

1       Q.  Okay.  And do you know Jessica Ibarra?

2       A.  Yes, I do.

3       Q.  At the time of this e-mail, December 23rd, 2016,

4   where was -- what was Jessica Ibarra's position at CBP,

5   if any?

6       A.  She was a CBP officer.

7       Q.  And where was she assigned, if you know?

8       A.  I don't know that, sir.  I just -- I -- I

9   remember getting the -- the -- the report.  I don't

10  remember if it was from Eric or Will that this was

11  happening and I told them to state an answer, that was

12  as simple as saying, look, you know what, we need to

13  just know the short specifics.

14              And usually, when you tell one employee,

15  you know, where -- okay, they'll give us an -- an hour

16  story and we'll say, okay.  This is the important part,

17  to cover your ass, is just that they made you do this,

18  period.

19              So they'll write a little short three- or

20  four-liner, and that should suffice in just protecting

21  them -- we feel that would protect them in what the

22  agency had ordered them to do.

23      Q.  Okay.  Were you on the phone with Ms. Ibarra

24  when she gave the longer statement about what she

25  observed at the Hidalgo port of entry on December 6th,



Page 81

1   2016?

2       A.  I could have talked to her.  I'm not -- I mean,

3   I could have talked to any of them; but I don't

4   remember.

5       Q.  Okay.  And so I take it you don't recall the

6   specifics of what was said on the phone when you took --

7   when you went through the longer statement from these

8   officers regarding what happened at the Hidalgo port of

9   entry on December 6th, 2016?

10      A.  Yeah.  I -- I -- I believe the way it happened,

11  it -- I think it was Mr. Eric Clough that was there that

12  night or it was reported to him and he was cc'd on the

13  e-mail, and I think -- I don't know if it was the day

14  that that happened, December 6th.

15              And I told him:  You know what?  You guys go

16  back...  the statements.  They may come back and bite

17  you.  You know, protect yourselves.

18              And -- and that's what they did, as you can

19  tell.

20      Q.  Okay.

21      A.  So I don't know whether or not -- I could have

22  talked to all of them.  I don't recall.

23      Q.  Okay.  Okay.  Understood.

24              Let's move into the body of the e-mail that

25  Officer Ibarra sent.  She writes, quote:  (Reading)



Page 82

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████

```
 8              Did I read that correctly?

 9     A.  Yes, sir.

10     Q.  To your knowledge, does this e-mail describe

11  undocumented noncitizens being returned -- being turned

12  back from U.S. soil to Mexican soil without being

13  inspected or processed?

14     A.  Yes, not inspected, though, because they had to

15  take their -- their -- their -- their -- had to --

16  apparently they didn't, but they had to inspect them by

17  asking them their names and blah, blah, blah before

18  they sent them.  They -- they -- they -- now, whether

19  they got processed would mean that they didn't get

20  processed at all.

21     Q.  Okay.  So let me clarify my question because

22  that's a good clarification.

23              Did this e-mail describe undocumented

24  noncitizens being turned back from U.S. soil to Mexican

25  soil without being processed?
```



Page 83

1      A.  I think it's without an adverse action taken.

2   It's not -- I mean, it's -- it's kind of hard, because

3   that agency implemented certain -- certain ways of

4   processing them, and we weren't really informed.

5           I'll give you an example, where they

6   would -- we will take 20, 30 questions, which on the

7   form they reduced it to 10.  So did they get processed?

8   Well, maybe they got processed, but they didn't get

9   processed in which state they were supposed to get

10  processed.  So, I mean, there's different --

11     Q.  Right.

12     A.  -- I mean, and if this is the new way of them

13  processing the individuals, where, you know, I can't --

14  I -- I -- I can't speak to that other than they're

15  saying that they didn't do an adverse action to them.

16          So I don't know whether they got -- their

17  understanding that they didn't do the form and they

18  weren't processed right, their -- their way of

19  interpreting the process.



Page 84



```
17       Q.  I got it.  Thank you.  That's -- that's --
18   that's helpful.
19                   MR. MEDLOCK:  All right.  Kevin, can
20   you please bring up Tab 3.
21                   (Whereupon Exhibit Number 290 was
22                   marked for identification.)
23                   MR. HALASKA:  I apologize.
24   Mr. Atkinson, could you just repeat the last part of
25   your answer to the previous question?  I just had some
```


MAGNA
LEGAL SERVICES

Page 85

1    trouble hearing it.

2                    THE WITNESS:  I said -- I told him --

3    he asked me about the adverse action, and I don't -- so

4    my interpretation of it is that whatever process CBP

5    had in place, I don't know.

6                    But my understanding is they didn't

7    process the paperwork to document his -- his request.

8                    MR. HALASKA:  Okay.  Thank you.

9         Q.  (BY MR. MEDLOCK)  Okay.  Mr. Atkinson, I've put

10   in front of you a document that has the Bates number

11   NTEU 139.  It appears to be a December 26th, 2016,

12   through December 27, 2016, e-mail exchange between

13   Sylvia Guerra, Eric Clough, and yourself and William

14   Haralson.

15                   Do you see that, sir?

16        A.  Yes, sir.

17        Q.  Okay.  So you would have received this e-mail

18   in the course of your work as NT -- the president of

19   NTEU Chapter 149; is that right?

20        A.  Yes, sir.

21        Q.  And you would have received this e-mail on or

22   about the dates and times listed in the e-mail chain,

23   correct?

24        A.  Yes, sir.

25        Q.  And you would have kept and maintained this



Page 86

1    e-mail chain in your e-mail system, correct?

2         A.  Yes.  I think this was one that was provided to

3    you by --

4         Q.  Right --

5         A.  -- either NTEU National or myself.

6         Q.  Okay.

7         A.  I think both of us provided it to you.

8         Q.  Correct.

9              And do you have any reason to believe that

10   this e-mail exchange is inauthentic in any way?

11        A.  Oh, no.  Like I said before, Mr. Clough reported

12   it.  You know, I told him to get statements, and which I

13   guess he did, and he asked them to send it to you.

14        Q.  Okay.

15        A.  So...

16        Q.  I'd like to focus on the e-mail that Sylvia

17   Guerra sent to Mr. Clough on December 26th, 2016, at

18   2:46 p.m.

19              Do you see that e-mail, sir?

20        A.  Yes, sir.

21        Q.  The subject line of that e-mail is:  "OTM memo."

22              Did I read that correctly?

23        A.  Yes.

24        Q.  Do you have an understanding of what the acronym

25   "OTM" means?



Page 87

1        A.   "Other than Mexican."

2        Q.   And this -- this refers to migrants who are not

3   Mexicans, right?

4        A.   Yes, or not considered to be Mexicans.

5        Q.   Fair enough.

6             In Sylvia Guerra's e-mail, she writes

7   Mr. Clough --

8        A.   I -- I don't have it.

9        Q.   Oh, I'm sorry.  Do you -- do you see the second

10  e-mail in the chain where Sylvia Guerra writes to Eric

11  Clough?

12       A.   No.  I just see the (reading) Here's my memo you

13  requested one.

14       Q.   Well, that's what I was going to read from.

15       A.   Oh, okay.

16       Q.   She writes:  (Reading)  Here is -- here's the

17  memo you requested.  If you need any additional

18  information, please let me know.

19             Did I read that correctly?

20       A.   Yes, sir.

21       Q.   Okay.

22             MR. MEDLOCK:  And can we go to the

23  next page of the exhibit, please, Kevin, and expand

24  that?

25       Q.   (BY MR. MEDLOCK)  All right.  I've put in front


MAGNA
LEGAL SERVICES

Page 88

1    of you an expanded version of the page -- of the second

2    page of Exhibit 290, which is NTEU 140.

3              This appears to be a short statement from

4    Sylvia Guerra, correct?

5         A.  Yes.

██ ███████████████████████████████████████████████

██ █████████████████████████████████████████████████

██ ████████████████████████████████████████████

██ ██████████████████████████████████████████████████

██ ███████████████████████████████████████████████████

██ █████████████████████████████████████████████

██ ██████████████████████████████████████████████████

██ ████████████████████████████████████████

██ ███████████████████████████████████████████████

██ ██████████████████████████████████████████████████

██ █████████████

17             Did I read that correctly?

18        A.  Yes, sir.

19        Q.  There's a reference in here to SCBPO.  Does that

20   refer to a supervisory CBP officer?

21        A.  Yes.

22        Q.  And that's a rank that's right above CBP

23   officer, correct?

24        A.  Yes, sir.

25        Q.  Okay.  There's a reference in this note to INS.



Page 89

1    Do you understand what that means?

2        A.  Yes.

3        Q.  What does that mean?

4        A.  Before we -- before we -- before we became an

5    agency -- we're two separate agencies.  We're

6    Immigration Naturalization Service and the U.S. Customs

7    Service.

8             When they were -- when they were unified to

9    create DHS, we -- we -- CBP took over that building,

10   and that building as -- as called -- it's INS.  It's a

11   secondary area where -- where the adverse actions and

12   the asylees and the permits and everything else is --

13   is -- and where people are screened and -- and

14   processed.

15       Q.  Okay.  So --

16       A.  That's what --

17       Q.  -- INS refers to this secondary inspection

18   area?

19       A.  Yeah.  It's a passport control processing

20   center.

21       Q.  I understand that.  Okay.



Page 90



25        A.   Yes, sir.



Page 91

1      Q.  So there's -- there's no question from

2   Ms. Guerra's statement that these -- this group of

3   other than Mexican undocumented migrants were standing

4   on U.S. soil when they were told to go back to Mexico --

5      A.  Yes.

6      Q.  -- is that right?

7               MR. HALASKA:  Objection, leading.

8      Q.  (BY MR. MEDLOCK)  I'm sorry.  I couldn't hear

9   your answer, sir.

10     A.  Yes.

11              MR. MEDLOCK:  All right.  Kevin, could

12   you please bring up Tab 4.

13     Q.  (BY MR. MEDLOCK)  All right, sir.  I've put in

14   front of you --

15     A.  Okay.

16     Q.  -- what we will mark as Exhibit 291 to your

17   deposition.

18              (Whereupon Exhibit Number 291 was

19              marked for identification.)

20     Q.  (BY MR. MEDLOCK)  It is a e-mail with an

21   attachment -- with a multipage attachment that has the

22   Bates -- the leading Bates number NTEU 141.

23              And I want to focus with you on the e-mail

24   that's been expanded in front of you --

25     A.  Okay.


MAGNA
LEGAL SERVICES

Page 92

1      Q.  -- which appears to be an e-mail from William

2   Haralson on April 12th, 2017, to Walter Dresslar with a

3   copy to yourself, Eric Clough, and Eduardo Ponce.

4            Do you see that, sir?

5      A.  Yes, sir.

6      Q.  All right.  You would have received this e-mail

7   and the attachment to it --

8      A.  Yes, sir.

9      Q.  -- in the course of your work as the chapter

10  president for NTEU 149; is that right?

11     A.  Yes, sir.

12     Q.  And you would have received this e-mail on or

13  about the date and time listed on the e-mail; is that

14  right?

15     A.  Yes, sir.

16     Q.  And you kept and maintained this e-mail in your

17  e-mail system; is that right?

18     A.  At the time I was a CBP, yes.

19     Q.  Okay.  And at the time you were a CBP, you were

20  an authorized user of the C- -- you were authorized to

21  use the CBP e-mail system for the business of NTEU

22  Chapter 149; is that right?

23     A.  Correct.  This is part of my NTEU records at

24  this current time.

25     Q.  Okay.  And do you have any reason to believe



Page 93

1    that this exhibit, Exhibit 291, is inauthentic in any

2    way?

3        A.   No.  I believe it's true and factual.

4        Q.   Okay.  So this e-mail is addressed to Walter

5    Dresslar.  Who is Walter Dresslar?

6        A.   Walter Dresslar is our field attorney.

7        Q.   Okay.  What does "field attorney" mean?

8        A.   Our -- he's our national field attorney.  He's

9    the ones that -- the attorneys that represent us in

10   arbitration hearings.

11       Q.   Okay.  I understand.

12       A.   And it's --

13                 (Talking over each other.)

14       Q.   (BY MR. MEDLOCK)  And we haven't talked about

15   Eduardo Ponce, who got a copy of this e-mail.

16                 What was his position with respect to NTEU

17   Chapter 149 at this point?

18       A.   He was the vice president.

19       Q.   Okay.

20       A.   Both Eric Clough and Eduardo Ponce are vice

21   presidents.

22       Q.   Okay.  And the subject line of this e-mail is:

23   "Arbitration Invocation Request."  And then in

24   parentheses:  "Failure to process asylum/credible fear

25   seekers HID 2017," close parentheses.



Page 94

1          Do you see that, sir?

2     A.  Yes.

3     Q.  What does "HID" mean in that subject line, if

4  you know?

5     A.  Hidalgo.

6     Q.  Okay.

7     A.  Or Hidalgo, Texas.

8     Q.  Okay.  Thanks for that -- thanks for that

9  explanation.

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮

16          Did I read that correctly?

17    A.  Yes, sir.

18    Q.  Do you believe that to be true?

19    A.  Yes, sir.  He was a -- a -- an individual that

20  actually belonged to that processing team, that passport

21  processing.  That's why he was tasked to interpret what

22  needed to be done and what needed to be grieved to

23  protect the employees.

24    Q.  When you say "he," are you referring to

25  Mr. Haralson?


MAGNA
LEGAL SERVICES

Page 95

 1      A.  Yes.

 2      Q.  Okay.  Can you briefly explain to me how the

 3   NTEU grievance process works?

 4      A.  We request -- well, first of all, what we've --

 5   what we've done, we -- we tend to verbally talk to them

 6   about it and -- and if -- if they don't correct the

 7   matter, I would say within a reasonable set of time,

 8   whether it's three days, two days -- attempt determine

 9   on the importance of the matter, we file a step -- a

10   Step 1 grievance.

11              Historically, with this -- historically,

12   with -- the management team in the OFO office and -- and

13   the Port of Hidalgo has been hostile for years.

14   We've -- we've come to -- to -- to the point where we --

15   they ignore what we're proposing or requesting.

16              So at times, we -- we start with a Step 1

17   grievance meeting to document it and -- and start the

18   process because, you know, for an issue that might

19   happen and could be fixed in that day, if we approach

20   it informally with certain proposed solutions, it might

21   take a month before we file it.

22              And -- and, you know, there's -- there's

23   more employees injured in the process.

24              So we usually generate a grievance on its

25   face because we figure if management's going to fix it,



Page 96

1    they're going to fix it, that's the first step.

2        Q.   And after a Step 1 grievance is filed, are there

3    other steps in the grievance process?

4        A.   Yes, there's three steps or four.

5        Q.   Can you describe the subsequent steps in the

6    grievance process --

7                    (Talking over each other.)

8        A.   There's a step -- there's a -- well, we tend to

9    do it informal, but it turns to a -- a -- a Step 1

10   grievance, Step 2 grievance, Step 3 grievance, then

11   arbitration, and then an arbitration itself, and then

12   any appeal is afterwards.

13       Q.   (BY MR. MEDLOCK)  When you say Step 1 grievance,

14   Step 2 grievance, and Step 3 grievance, is there a

15   difference between each of the steps?  Is there more

16   formality or some sort of different process around it?

17       A.   Yes.  It goes -- it goes -- usually -- usually

18   the managers -- or, I mean, the agency has a -- the

19   option ei- -- either to designate one person or to --

20   to start off with a first line supervisor.

21                    But usually it -- the -- the agency has

22   designated one person to receive grievances in our case;

23   and after the first step, it goes to the -- to the port

24   director afterwards.

25                    And from the port -- local port director at



Page 97

1    the port, it goes to the Laredo field operations person.

2    Then after that, when it gets invoked, it gets invoked

3    nationally between our national president and, I guess,

4    a commissioner.

5        Q.  And when you say "invoked," you mean invoking

6    arbitration?

7        A.  Yes.

8        Q.  Okay.  And earlier you were saying that prior to

9    the Step 1 grievance, you might verbally talk to them;

10   and if they don't correct the matter, then you move to a

11   Step 1 grievance -- when you said "them" and "they," who

12   were you referring to?

13       A.  That would be local management, local

14   management.

15       Q.  And would local management include the port

16   director, or would it be one of his or her direct

17   reports?

18       A.  Local management would include -- could --

19   well, our chain of command from the -- from the -- from

20   the first line supervisor up to the commissioner.

21       Q.  Okay.  I understand.

22            MR. MEDLOCK:  I'd like to move to the

23   next page of the exhibit, which is NTEU 142, if you

24   could please bring that up, Kevin.

25       Q.  (BY MR. MEDLOCK)  And I apologize for the --



Page 98

1    for the -- smudged nature of some of the -- of the copy

2    on this letter, sir.

3              Does this appear to be a letter sent on

4    NTEU letterhead?

5        A.  Yes.

6        Q.  Okay.  And this is sent from NTEU Chapter 149

7    in Hidalgo, Texas, correct?

8        A.  Yes, sir.

9        Q.  And beneath that the letter is dated January 19,

10   2017, correct?

11       A.  Yes, sir.

12              MR. MEDLOCK:  And, Kevin, can you move

13   to the last page of this letter, which is NTEU 144.

14       Q.  (BY MR. MEDLOCK)  All right, sir.

15              MR. MEDLOCK:  Oh, you had it there,

16   Kevin.  Sorry.

17       Q.  (BY MR. MEDLOCK)  And if you'd look at the last

18   page of this letter, sir, do you see a signature on that

19   page?

20       A.  That's my signature.

21       Q.  Okay.  So this is a letter that you either wrote

22   or signed; is that right?

23       A.  Yes, sir.

24       Q.  And you would have reviewed this letter before

25   it was sent out, correct?



Page 99

1        A.  Yes, sir.

2        Q.  Okay.  Let's move back to the first page of the

3    letter, which is NTEU 142.

4        A.  Okay.

5        Q.  And at the very bottom of that page, do you see

6    a section called "Brief Summary"?

7        A.  Yes.

8        Q.  Okay.  And are you able to see the text beneath

9    "Brief Summary"?

10       A.  Yes.

████ ██████████████████████████████████████████████

████ ████████████████████████████████████████████

████ ███████████████████████████████████████

████ ████████████████████████████████████████

████ ██████████████████████████████████████████

████ █████████████████████████████████████████████

████ █████████████████████████████████████████████

████ ████████████

19              Did I read that correctly?

20       A.  Yes.

21       Q.  And do you believe that statement to be true,

22   sir?

23       A.  I believed that at the time, and I just do.

24   Yes, I do.

25       Q.  Okay.  And does this refresh your recollection



Page 100

1    that asylum seekers were being turned back at the

2    Hidalgo Port of entry from at least December 6th, 2016?

3       A.  If that's the time line at the time, yes, I

4    did.

5       Q.  Okay.  And the letter refers to CBP officers

6    preventing and/or blocking asylum seekers.

7               What does that mean?

8       A.  Well, I need to see the rest of the -- the

9    paragraph where I can -- I can coincide it with it,

10   because I --

11      Q.  Oh, sure.

12              MR. MEDLOCK:  Kevin, can you blow up

13   the -- the paragraph on both sides of the page?

14      Q.  (BY MR. MEDLOCK)  Let me know when you're done

15   reviewing that --

16      A.  Uh-huh.

17      Q.  -- Mr. Atkinson.

18      A.  Okay.

19              THE COURT REPORTER:  While he's

20   reviewing that, Mr. Medlock, can I make a clarification,

21   please, sir?

22              MR. MEDLOCK:  Sure.

23              THE COURT REPORTER:  Is this to be

24   marked as an exhibit?

25              MR. MEDLOCK:  Uh-huh.  Yes, it will be



Page 101

1     used as an exhibit.  This -- I think it's 291.

2                    THE WITNESS:  Okay.  I got it.

3        Q.  (BY MR. MEDLOCK)  Okay, Mr. Atkinson.  Having

4     reviewed that paragraph, do you understand what the

5     phrase "prevents and/or blocks" means?

6        A.  Yes, sir.

7        Q.  What does it mean?



Page 102

██ ███████████████████████████████████████

██ ██████████████████████████████████████

██ ████████████████████

██ ████████████████████████

██ ██████████████████████████████

██ ███████████████████████████████████████

██ ████████████████████████████████████████████

██ ███████████████████████████████████████

██ ████████████████████████████████████

██ ██████████████████████████████

██ █████████████████████████████████████████████

██ ██████████████████████████████████████████████

██ ██████████

14      A.  I think so.

15      Q.  All right.  Let's move down in the exhibit to

16  the page NTEU 143 and --

17      A.  149.

18      Q.  -- I'm looking -- sorry.  Go ahead, sir.

19      A.  149.

20      Q.  Oh, sure.

21          The -- do you see that there's numbered

22  paragraphs on that page?

23      A.  I can't see the page at all, sir.

24      Q.  Okay.

25              MR. MEDLOCK:  If you can make it



Page 103

1    bigger, please, Kevin.  Thank you.

2        A.  Okay.

3        Q.  (BY MR. MEDLOCK)  Do you see that there's

4    certain numbered paragraphs on that page?

5        A.  Yes, sir.

6        Q.  Okay.  I would like to focus on the paragraph

7    that's numbered paragraph 3.

8              Do you see that?

9        A.  Yes, sir.

23   please make it bigger?

24       Q.  Is that better, sir?

25       A.  Yeah.



Page 104

1      Q.  Okay.  Please take the time to review the

2  paragraph; and when you're done reviewing it, my -- my

███  ████████████████████████████████████████████████████

███  ████████████████████████████████

███     ██████████████████████████████████████████████████

███  ██████████████████████████████████████████████████

███  ██████████████████████████

███     ████████████████████████████████████████████████

███  ████████████████████████████████████████

███     ██████████████████████████████████████████████

███  ████████████████████████████████████████████████████

███  ███████████

███           ██████████████████████████████████████████

███  ████████████████████████████████████████████████████

███  ████████████████████████████████████████████████████

███  ████████████████████████████████████████████

███  █████████

18     Q.  Correct.  All right.  And in that --

19     A.  I would have to -- I would have to read the --

20  since -- since it's been 2016, I would read -- have to

21  read the whole document to have a better understanding

22  to -- to -- to what I'm going to give testimony to here.

23              MR. MEDLOCK:  Okay.  Why don't we do

24  this:  It's almost lunchtime both in Texas and in the

25  Washington, D.C., area.  Let's go off the record.  We'll



Page 105

 1    take lunch.

 2                        And during that lunch, Kevin, if you

 3    could blow up the exhibit for Mr. Atkinson so he has a

 4    chance to read the full document, that would be great;

 5    and that way he can answer questions intelligently about

 6    it.  Okay?

 7                        EXHIBIT TECH:  Yeah, can do.

 8                        MR. MEDLOCK:  Okay.  So can we be read

 9    off the record, please.

10                        THE VIDEOGRAPHER:  The time is

11    11:57 a.m.  We're going off the record.

12                        (Break taken from 11:57 a.m. to

13                         12:44 p.m.)

14                        THE VIDEOGRAPHER:  The time is

15    12:44 p.m.  We're back on the record.

16        Q.  (BY MR. MEDLOCK)  Welcome, back, Mr. Atkinson.

17        A.  Is Downey on?  I don't see him.

18        Q.  I believe Mr. Downey's on.

19                        MR. MEDLOCK:  If you're -- if you're

20    on, Mr. Downey, could you please let us know?

21                        MR. DOWNEY:  Yes, I'm here.  Yeah, I'm

22    here.

23                        THE WITNESS:  Okay.

24        Q.  (BY MR. MEDLOCK)  Okay.  All right.  Are -- are

25    you comfortable proceeding, Mr. Atkinson?



Page 106

1    A.  Sure.

2    Q.  Okay.

3            MR. MEDLOCK:  Could we please bring up

4    Tab 4, again, Kevin, which we've marked as Exhibit 291?

5            Thank you very much.  And, yeah, I'd

6    like to focus on the page you have in front of you

7    there, Kevin.

8            Can you please expand paragraphs 3 and

9    4?

10   Q.  (BY MR. MEDLOCK)  All right.  Mr. Atkinson,

11   we're still looking at the January 19, 2017, letter that

12   you sent on NTEU Chapter 149 letterhead.

13   A.  Uh-huh.

14   Q.  And we're looking at the beginning of the list

15   of numbered paragraphs.

16   A.  Okay.

17   Q.  Before we went on break, I asked you what



Page 107



19    Q.  Sure.

20            I'm just trying to make sure I understand

21    what you're saying.

22            At -- at this time, CBP officers were

23    participating in turning back asylum seekers to Mexico,

24    correct?

25    A.  Correct.



Page 108



```
10              MR. HALASKA:  Objection, leading.
11              THE WITNESS:  Can I answer?
12              MR. HALASKA:  Yes.
13    Q.  (BY MR. MEDLOCK)  Yeah.
```



Page 109



13          I want to focus on paragraph 4 on Page 143

14    of Exhibit 291.  There's a -- that begins, quote:



Page 110





Page 111

1    so depending on what phase we're at at the time, which I

2    don't remember, you know, it's -- it's -- it's kind of

3    hard to pinpoint what they did.

4        Q.  Okay.

5        A.  I just -- I think there was a -- go ahead.

6        Q.  Go ahead.  I didn't mean to interrupt you.

7        A.  I mean, I believe that this is the first time

8    everybody was -- was -- one of the reasons why they

9    were shocked this was happening, and we're -- in our

10   newspaper they were saying that, well, you know, I

11   guess it wasn't supposed to be happening, but, you know,

12   that employees were -- were -- you know, that they

13   don't -- they don't accept employee misconduct or blah,

14   blah, and they dealt with.

15               And we were like -- we were shocked that the

16   -- that that would be coming out of CBP PR's mouth.

17               So that's when we stood up and -- employees,

18   you know, we said we're going to write this up and...

19       Q.  Okay.  When you say "in our newspaper there was

20   a statement that this shouldn't be happening," what

21   newspaper are you referring to?

22       A.  I -- I think prior to that, there were something

23   coming out with -- American civilties (phonetics) and

24   rights came out and publicized what was happening at

25   different ports of entries and different comments at the



Page 112

1    time.

2         Q.  Uh-huh.

3         A.  And they -- the CBP came out nationally and they

4    said something about, you know, that they don't --

5    they're preserving their rights and employees that

6    were -- you know, alleged misconduct would be dealt --

7    dealt with.  I forgot it.  I guess I -- I can see if I

8    can pull it up later or something, but...

9         Q.  Okay.  That's all right.

10        A.  If it's still on the Web.

11        Q.  I'm just asking you for a -- as best as you can

12   remember it right now, so I appreciate that.

13        A.  Yes, sir.

14                   MR. MEDLOCK:  Kevin, can we move down

15   to -- to expand paragraph 6, please.

16        Q.  (BY MR. MEDLOCK)  Sir, do you see an enlarged

17   version of paragraph 6 in front of you?

18        A.  Yes, sir.

████  ████████████████████████████████

████  ████████████████████████████████████████

████  ████████████████████████████████████████

████  ████████████████████████████████████

████  ████████████████████████████████████████████

████  ████████████████████████████

25                   Did I read that correctly?





Page 113

1          A.  Yes.

25         A.  Yes.



Page 114

1    Q.  And at the time that that order first came out,

2    there was no written guidance from management, correct?

3    A.  No.

4                MR. HALASKA:  Objection, leading.

5    Q.  (BY MR. MEDLOCK)  Could you say your answer

6    again, sir?  I couldn't hear you.

7    A.  No.

8    Q.  Do you believe that -- that CBP's management did

9    not put out written guidance because the -- there --

10   because the turn-back policy was a dubious legality?

11   A.  I think that -- I think the policy that we

12   received -- the only policy we received was from that --

13   from D.C. after that petition has come out.

14               And we didn't -- we didn't know whether or

15   not -- again, they're telling us we won't; and then I

16   had a port director, David Gonzalez, telling me

17   personally that the -- the union were not taught to let

18   them go through, you know.  So, I mean, we were doing

19   totally something different.

20   Q.  Uh-huh.

21               MR. MEDLOCK:  Kevin, can we please

22   bring up Tab -- I believe Tab 13.

23   Q.  (BY MR. MEDLOCK)  And, sir, we've put in front

24   you --

25               MR. MEDLOCK:  If you'd just highlight



Page 115

1    the -- everything but -- yeah, that's fine.

2        Q.  (BY MR. MEDLOCK)  Sir, we put in front of you

3    marked as -- what was previously marked as Exhibit 3 way

4    back when -- in this case --

5        A.  Uh-huh.

6        Q.  -- it's a one-page memorandum for the -- that

7    is from Todd Owen with the subject line:  "Metering

8    Guidance."  That's dated April 27, 2018.

9                Do you see that, sir?

10       A.  Yes, sir.

11       Q.  Okay.  And is this the written guidance that you

12   were referring to earlier that came from D.C.?

13       A.  No, sir.

14       Q.  Okay.  So there was -- was there -- there was

15   different writ- -- written guidance that you received

16   from Washington, D.C., regarding turning back asylum

17   seekers; is that right?

18       A.  Yeah.  This -- these -- this -- this memo was

19   sent to DFOs only.

20       Q.  But you received -- you may have received the

21   muster or something else that summarized this metering

22   guidance; is that right?

23       A.  No, sir.

24       Q.  Okay.  What do you recall receiving from

25   Washington, D.C., regarding the implementation of the



MAGNA ►
LEGAL SERVICES

Page 116

1    turn-back policy that we've been discussing?

2        A.   Only the stuff that we grieved through and the

3    stuff that -- that the petition created, those

4    guidelines.   That's why they were being grieved, and

5    nobody was really -- really giving a -- a definite

6    answer into what was happening other than our actions

7    were -- you know, we weren't going to allow them to

8    come through.

9        Q.   All right.   I want to focus on --

10               MR. MEDLOCK:   And again, if you could

11   expand this.

12       Q.   (BY MR. MEDLOCK)   -- the second paragraph of

13   this guidance.

14               And in particular, I want to focus on the

15   last sentence, which reads, quote:   (Reading)   Once a

16   traveler is in the United States, he or she must be

17   fully processed.

18               Did I read that correctly?

19       A.   Yes, sir.

20       Q.   And you -- you were told by CBP management on a

21   few occasions that asylum seekers that were on U.S. soil

22   should be fully processed; is that right?

23       A.   At one time, yes, during our curric -- during

24   my career.

25       Q.   Okay.



1      A.   And they were, but prior to them --

2      Q.   Uh-huh.  Go ahead.

3      A.   They were prior to -- to us implementing the --

4    I guess what I would call the -- the metering points.

5      Q.   Okay.  When the -- after the metering points

6    were implemented, though, isn't it the case that asylum

7    seekers who were on U.S. soil were not fully processed

8    and were turned back to Mexico?

9      A.   I would have to say that the people -- because

10   the people that claimed asylum were in the United

11   States, you know, we inspected them.



Page 118

8          You know, for us, you know, we were

9    conducting a primary inspection; and usually, if they're

10   sent to secondary, we'd have them wait in the lobby or

11   wait, you know, in the coachella (phonetics) area.

12          The only difference was, is that we made

13   them wait in Mexico.  We pushed the -- the -- the

14   inspection line to the border line, and we had a -- I

15   would have to say a controlled site because we had

16   officers blocking their entry from coming in.

17   Q.  Okay.  I just want to make sure I can unpack

18   exactly what happened.

19          So an asylum seeker in this -- during this

20   time period would approach the border between the

21   United States and Mexico at -- on the bridge at the

22   Hidalgo port of entry, and then they would come onto

23   U.S. soil and interact with a CBP officer at primary --

24          (Talking over each other.)

25   Q.  (BY MR. MEDLOCK)  -- is that right?



Page 119

 1     A.  No.

 2          Well, what I'm trying to say is the

 3  metering point to us was the primary pedestrian lane

 4  because we would screen -- screen the people there first

 5  before we'd allow them to go through.

 6     Q.  Okay.  When -- when you screen the people --

 7          (Talking over each other.)

 8     A.  You know, we only allowed --

 9     Q.  (BY MR. MEDLOCK)  -- at the -- go ahead.  Sorry.

10     A.  We would only allow the -- the -- the function

11  that we had for the metering process was to inspect

12  them.  It was like an extension of the primary lane.  We

13  extended them there.

14          So they would conduct an inspection up

15  there and then return them back to wait in 2018.

16     Q.  When -- during this metering process in 2018,

17  when the asylum seeker first made contact with a CBP

18  officer and went through that initial inspection that

19  you were talking about --

20     A.  Uh-huh.

21     Q.  -- where was the asylum seeker standing?  Were

22  they standing in Mexico, or were they standing in the

23  United States?



Page 120



```
13        Q.  Right.

14            So at all points the CBP officers who were

15    doing the inspection were standing in the U.S.

16    territory, right?

17        A.  With the -- with the person claiming asylum.

18        Q.  Right.

19            Okay.  And then you said after that
```



Page 121

████████████████████████████████

██████████████████

███████████████████████████

██████████████████████████████████

████████████████████████████████████

████████████

█████████████████████████████

██████████████████████████████████

█████████████████████████████████

██████████████████████

11      A.   Hmm, we had a couple port directors at the time

12   and assistant port directors.  So whoever that was in

13   charge of the bridge at the time would do it.

14           At one time, I think we took a tour with

15   Tony Reardon; and I think it was our director, David

16   Gonzalez, at the time -- acting port director at the

17   time.

18      Q.   Okay.  And you -- you said that the individuals

19   were brought back onto Mexican territory and -- at one

20   point and detained there.

████████████████████████████████

█████████████████████████████████████

████████████████████

██████████████████████████████

█████████████████████████████



Page 122

███ ████████████████████████████████████████████

███ ██████████████████████

███   ██████████████████████████████

███ ███████████████████████████████████████████████

███ ██████████████

```
 6        A.  Yes.

 7        Q.  Okay.  All right.

 8                  MR. MEDLOCK:  Kevin, can you please

 9   bring up Tab 5.

10        Q.  (BY MR. MEDLOCK)  All right, sir.  I've put in

11   front of you what we will mark as Exhibit 292 to your

12   deposition.  It is a one-page e-mail that appears to

13   have been sent by William Haralson to David Higgerson

14   with a copy to you and others that bears the Bates

15   number NTEU 132.

16                  Do you see that e-mail in front of you,

17   sir?

18                  (Whereupon Exhibit 292 was marked for

19                  identification.)

20        A.  Yes.  Yes, sir.

21                  Can you make it bigger, though, please?

22        Q.  (BY MR. MEDLOCK)  Sure.

23                  And I -- I just want to focus on the first

24   paragraph of the e-mail, which might make it easier.

25        A.  Yes.
```



Page 123

1     Q.  Okay.  And as I talked about earlier, you

2   received a copy of this e-mail, correct?

3     A.  Yes.

4     Q.  Okay.  And you would have received a copy of

5   this e-mail in the course of your duties as the

6   president of the -- of NTEU Chapter 149, correct?

7     A.  Yes.

8     Q.  And you would have received this e-mail on or

9   about the date and time shown on the e-mail; is that

10  right?

11    A.  Yes.

12    Q.  And when you -- after you received this e-mail,

13  you would have kept it in your e-mail -- in your CBP

14  e-mail system; is that right?

15    A.  Yes.

16    Q.  And receiving e-mails like this one from

17  Mr. Haralson was part of your job as the N -- the

18  president of NTEU Chapter 149, correct?

19    A.  Yes.

20    Q.  Do you have any reason to believe that this

21  exhibit, Exhibit 292, is inauthentic in any way?

22    A.  No, it's authentic.

23    Q.  Okay.  I'd like to focus on the first

24  paragraph.

25              In this e-mail, Mr. Haralson writes:



Page 124

███████████████████████████████████████

██████████████████████████████

███████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

███████████████████████████

7                Did I read that correctly?

8        A.  Yes.

9        Q.  Did you attend the grievance meetings that are

10   referenced in this e-mail?

11       A.  On -- on -- on some of them, yes.

███████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████

███████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████████

███████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

██████████████████████████████

███████████████████████████████████████



Page 125

1    to do, you know.

██      ████████████████████████████

██   ████████████████████████████

██   ████████████████████████████████████

██   ██████████████████████████

6        A.  I would have to say technically everybody we

7    met with, you know; but, you see, it was weird because

8    they would admit it but then they would -- they would --

9    the -- the response they gave was -- didn't say it in

10   there.  We took a more --

11       Q.  Right.

12       A.  -- they took a different stance.

13       Q.  So they -- they told you one thing verbally and

14   another thing in writing; is that right?

15       A.  Yeah.  Yes, sir.

16                  MR. HALASKA:  Objection, leading.

██      ███████████████████████████████

██   ██████████████████████████████

██   ████████████████████████████████████

██   ██████████████████

██      ██████████

██            ██████████████████

██      ████████████████████████████

██   ████████████████████████████████████

██   ████████████████████████████████████



Page 126







20          Did I read that correctly, sir?

21      A.  Yes, sir.

22      Q.  Okay.  Do you have an understanding of what the

23  phrase "chilling affects" means in that sentence?

24      A.  Yes.

25      Q.  What does it mean?



1      A.  It means something that -- that is horrifying,

2   something that -- that creates a lot of fear, a lot of

3   intimidation to someone.

4      Q.  From your perspective, was one of the purposes

5   of the turn-back policy to create fear and intimidate

6   asylum seekers?

7      A.  I think -- I think their -- their lawyers

8   created that because there was children that were

9   crying, there was family that was crying, there was

10  people that were separated, whether, you know, they

11  were determined to be one unit or not.  That was the --

12  the impression that I got when I was out there.

13              It seemed like their feelings were Teflon,

14  in -- in -- in that state.  Whether they did it

15  intentionally to create it is different to them

16  changing the way they handled it and correcting it.

22      A.  Yes.

23      Q.  What does it mean?

24      A.  It means that they're saying they're not --

25  they're telling them -- they're giving them information



Page 129

1    but not telling them the true facts of -- they're

2    hiding facts of actually what -- the true information

3    that would help support actually what they're doing,

4    you know.

5        Q.  Do you believe that CBP was hiding facts from

6    the public regarding the turn-back policy?

7              MR. HALASKA:  Objection, calls for

8    speculation.

9        A.  I be -- I be -- I be--

10             MR. HALASKA:  You can answer, sir.

11             THE REPORTER:  I'm sorry?

12       A.  I believe the agency was using the employees as

13   a shield -- as a shield to -- to -- to implement their

14   new policy that created and stained the employees'

15   integrity and stuff.

16       Q.  (BY MR. MEDLOCK)  What do you mean, the

17   employees were being used as a shield?

18       A.  Well, because, you know, they're saying they're

19   not doing it and now they're saying they're doing it.

20             Depends on what era you're in now.  There's

21   a certain time -- time line in -- in -- in -- in the --

22   in the process in which CBP finally accepted it and

23   said:  Look, we're taking it to court, you know.  But

24   beforehand they were denying it.

25       Q.  So before this lawsuit was filed, CBP was



Page 130

1    denying to the public that they were engaged in a

2    turn-back policy?  Is that your understanding?

3        A.  Yes.

4        Q.  And then after this lawsuit was filed, CBP had

5    to admit they were turning back asylum seekers but said

6    it was a matter to be resolved in litigation?

7        A.  I don't know really what --

8                MR. HALASKA:  Objection, leading.

9        A.  I don't know what CBP ever said other than the

10   time line of that petition.

11               We still didn't know what was going on

12   because we were still denying entry.

13       Q.  (BY MR. MEDLOCK)  Thanks.

14               MR. MEDLOCK:  All right.  Kevin, can

15   you move down to the next paragraph, please?

16       Q.  (BY MR. MEDLOCK)  Mr. Atkinson, we've expanded

17   the next paragraph of the e-mail.  It -- it -- can you

18   see that paragraph, sir?

19       A.  Yes.



Page 131

1          Did I read that correctly?

2      A.  Yes.

3      Q.  Okay.  And is that consistent with what you

4  were testifying earlier about how asylum seekers were

5  harmed by being turned back to Mexico?

6      A.  That's --

7      Q.  Is that right?

8      A.  That's part of the reasons, yes.  Yeah, that's

9  part -- part of the examples of how they were harmed.

10     Q.  Are there other examples of how they were

11  harmed that you're aware of?

12     A.  I don't know if the agency's going to allow me

13  to answer that.

14              MR. HALASKA:  Mr. Atkinson, you can

15  speak freely.

23     Q.  (BY MR. MEDLOCK)  Okay.

24     A.  And we had -- go ahead.

25     Q.  Go ahead.



Page 132



20          THE WITNESS:  Am I allowed to say his

21   name?

22          MR. HALASKA:  Sure.

24   Q.  (BY MR. MEDLOCK)  Okay.

25   A.  The food -- the water -- the water count for



Page 133

1    immigrants -- the bottles of water was bought for them

2    were rarely -- rarely used for them.  They were -- they

3    were given bottled water in canteens in a certain way --

4    not canteens, but what do you call those orange

5    thermos?

6        Q.  I -- I don't -- I don't know, sir; but you can

7    describe it.

8        A.   Yeah.  It was an ice box, some kind of

9    thermos -- Igloo, water, with the little spout.

10            There was monies allocated, fenced in for

11    detainee waters.  We found out that the detainees

12    weren't -- weren't getting those waters, that they were

13    possibly being used in supervisors' offices to stock

14    their -- their -- their refrigerators.

15            At one time, I guess they were -- they

16    stopped that and a -- ended up going back to the -- to

17    the detainees -- I'm -- I'm sorry, to the immigrants

18    that were being processed.

19        Q.  Okay.

20            MR. MEDLOCK:  Let's move on, if we

21    could, to tab 6, please, Kevin.

22        Q.  (BY MR. MEDLOCK)  All right.  So showing you

23    what we've marked as tab 6 to your deposition, sir.

24            It is a multipage e-mail -- or letter, I

25    should say, that begins with the Bates number NTEU 133.



Page 134

1   And it appears to be a letter sent by William Haralson

2   to David Higgerson on March 15, 2017.

3           Do you see that, sir?

4   A.  Yes, sir.

█ ███████████████████████████████████████

█ ████████████████████████████████████████████

█ ████████████████████████████████████████

8   grievance.

9           Do you see that?

10  A.  Yes, sir.

11  Q.  Did the grievance about the failure to process

12  ER, slash, CF & asylum that -- that started in 2017

13  ultimately go to arbitration?

14  A.  It got invoked to arbitration.

15  Q.  Okay.  Did it actually -- did an arbitration

16  actually take place?

17  A.  Not yet, sir.

18  Q.  When is that arbitration scheduled to take

19  place?

20  A.  I don't know, sir.

21          We've -- we're -- at this time, we did an

22  internal business decision, depending on all the cases

23  that we have; and we've been taking all the -- all the

24  scheduled cases up front at this time to make sure that

25  the impact on the employees are relieved right now.


MAGNA ▶
LEGAL SERVICES

Page 135

1                We've been very successful in -- in some --

2      scheduling -- scheduling cases, that we are taking the

3      ones that are going to better the lives of the

4      employees first since this -- this 2017 case is an old

5      case.

6                For some reason, it wasn't -- it wasn't

7      taken to arbitration up front by the national union.

8      Q.  Okay.  Do you know why the national union has

9      waited to take this case to arbitration?

10     A.  I don't know.  I don't know.  I know that we

11     had over a hundred and something cases.  The agency

12     recently combined two victories that we had that had

13     enormous back pay.  They settled those two cases with

14     us, and it cleared up a lot of the cases.

15               So we need to -- I actually left these

16     cases on there; so I don't know when they're going to

17     come up next.

18     Q.  Okay.  I wanted to talk to you a little bit

19     about the NTEU Chapter 149's practice of filing

20     grievances --

21     A.  Yes, sir.

22     Q.  -- if I could.

23               Is it the case that NTEU Chapter 149 has

24     filed a large number of grievances against CBP?

25     A.  We filed a -- a -- because of our area, right,



Page 136

1    that encompasses thousands of -- of -- of -- of

2    employees, right, and we have different facets and

3    different areas, it's my fiduciary duty that if an item

4    violates the contract, I have to file a grievance on it.

5              And since our -- our -- there's certain --

6    certain instances where things can be handled --

7    handled informally without putting the grievance on.

8    There's some that have to be put down in writing

9    because of the time line needed to correct the -- the --

10   the matter in -- at hand.

11             And usually, when our -- when we file our

12   grievances, such as the ones we filed, we usually have

13   the complaining party or examples of the complaining

14   party in the grievances to ensure that the agency knows

15   that the complaint is coming from the -- from -- from

16   the employees themselves.

17        Q.  I see.

18             Have you ever knowingly filed a false

19   grievance with CBP?

20        A.  Never.

21        Q.  Ever caused a false grievance to be filed with

22   CBP?

23        A.  Hmm, I think there's -- there's grievances that

24   are filed in a manner where employees bring up an issue;

25   and sometimes due to their -- to their emotional



Page 137

1    state -- and when we're taking their stuff to be filed,

2    sometimes it's -- it's -- it's not -- it's not correct.

3        Q.  Okay.  And in those cases you're sort of the

4    messenger for those employees, right?

5        A.  Well, I'm the messenger in all of them unless

6    I'm actually in them.

7        Q.  Right.

8            So when people attack your credibility as

9    an NTEU president because of the grievances you've

10   filed, they're just shooting the messenger, aren't

11   they?

12       A.  Well, I think it's because of the large

13   victories that we've had and the large -- recent large

14   settlement, enormous large settlement, they're going to

15   attack me because, you know, I enforce the contract.

16           And it's costing them money in arbitration.

17   It's not like I'm losing --

18       Q.  Right.

19       A.  -- arbitrations.

20       Q.  Okay.

21           MR. MEDLOCK:  Let's move down, if we

22   could, to the next page of the Exhibit 292.

23       Q.  (BY MR. MEDLOCK)  All right.  Sir, this appears

24   to be a March 9, 2017, letter that was sent to you,

25   correct?



Page 138

```
 1        A.  Yes.

 2        Q.  And if you look at the first sentence of the

 3   letter, it states that (reading) This is a response to

 4   the grievance letter that's dated January 19, 2017, that

 5   we looked at earlier today, correct?

 6        A.  Yes.  Yes, sir.

 7        Q.  Okay.  And I --

 8             MR. MEDLOCK:  Kevin, can you please go

 9   to the next page of Exhibit 292?

10        Q.  (BY MR. MEDLOCK)  And if you look at this --

11   the end of the letter, it looks like it was signed by

12   Javier Cantu, the assistant port director?

13        A.  Yes.

14        Q.  Okay.  And I want to focus on the first

15   paragraph on Page 2, that begins with Chief Carlos

16   Gonzalez?

17        A.  Yes.

18        Q.  Do you see that?

19        A.  Yes.

20        Q.  Okay.  It states:  "Chief Carlos Gonzalez, Watch

21   Commander Richard Diaz, and SCBPO Lauro Hinojosa met

22   with you in an effort to address the concerns

23   identified in the grievance."

24             Did I read that correctly?

25        A.  Yes, sir.
```



Page 139

██ ████████████████████████████████████████

██ ██████████████████████████████████████████

██ ████████████████████████████████████████

██ ████████████████████████████████████████

██ ████████████████████████████████

```
 6              MR. HALASKA:  Objection, improper

 7    foundation; objection, leading; objection, form,

 8    compound.

 9        A.  I would -- I would say that --

10        Q.  (BY MR. MEDLOCK)  You can ignore his objections

11    and answer the question.
```

██ ██████████████████████████████████████████

██ ██████████████████████████████████████

██ ████████████████████████████████████████

██ ████████████████████████████████████████████

██ ████████████████████████████████████████████

██ ██████████████████

```
18        Q.  Uh-huh.

19              At the time, David John Gonzalez was the

20    port director; is that right?

21        A.  I don't know.

22        Q.  Okay.  He -- but he was certainly in the

23    management of the Port of Hidalgo at that time,

24    correct?

25        A.  I don't know if that time he was.  I don't know
```



Page 140

 1    if that time he was.  That's why I'm trying to say, it's

 2    different -- you're asking me a question, and it

 3    involves different areas at different times.

 4        Q.  Okay.

 5        A.  So it's -- it's kind of hard to -- to -- to

 6    pinpoint who said what on what year since it's been so

 7    long.

 8        Q.  Okay.  I understand that, and it's -- it's hard

 9    because we're going back several years.  So I'll --

10    I'll try to do my best to refresh your recollection as

11    we go along.

12                MR. MEDLOCK:  Kevin, can you please

13    bring up tab 7.

14                And I should note, just for the

15    record, that tab 6 will be -- was marked as 293.

16                (Whereupon Exhibit Number 293 was

17                marked for identification.)

18                MR. MEDLOCK:  We'll mark tab 7 as

19    Exhibit 294, sir.

20                (Whereupon Exhibit Number 294 was

21                marked for  identification.)

22        Q.  (BY MR. MEDLOCK)  It's a multipage e-mail with

23    an attached letter that begins with the Bates number

24    NTEU, dash, 000110.

25        A.  Uh-huh.



Page 141

1      Q.  And, sir, this appears to be an e-mail exchange

2  between yourself, Tony Reardon, Kevin McAleenan,

3  William Haralson, and others; is that correct?

4      A.  Yes.

5      Q.  And the e-mail shown at the top of Exhibit 294

6  is entitled:  (Reading) Safety Alert, slash, Rule

7  Clarification.

8               Is that right?

9      A.  Yes.

10                  THE WITNESS:  Can you do me a big

11  favor, can you enlarge it, please?

12                  EXHIBIT TECH:  Which section?

13                  THE WITNESS:  Whatever section you

14  want me to read.  It's pretty -- for me, it's pretty

15  small.

16                  MR. MEDLOCK:  Sure.  Let's do this:

17  Why don't we enlarge the second e-mail in the chain and

18  the first full paragraph of that e-mail.

19                  Oh.  Kevin can you get the header

20  information in, as well, for the e-mail?  I need to ask

21  him a few questions about that.  Thank you.

22      Q.  (BY MR. MEDLOCK)  All right, Mr. Atkinson.  Can

23  you read the text a little bit better now?

24      A.  Yes, sir.

25      Q.  Okay.  This is an e-mail that you sent on or



Page 142

1    about March 19, 2019, at 2:55 p.m. to Kevin McAleenan,

2    correct?

3        A.  Yes.

4        Q.  At this time, Mr. McAleenan was the commissioner

5    of CBP, correct?

6        A.  Yes.

7        Q.  Okay.  You would have sent this e-mail in the

8    course of your duties as chapter president for NT --

9    for NTEU Chapter 149, correct?

10       A.  Yes, sir.

11       Q.  And you would have sent this e-mail on or about

12   the dates and times listed in the e-mail's identifying

13   information, correct?

14       A.  Yes, sir.

15       Q.  And you would have kept and maintained a copy

16   of this e-mail in your CBP e-mail system, correct?

17       A.  Yes.

18       Q.  And sending e-mails like this one was part of

19   your job as the president of NTEU Chapter 149, correct?

20       A.  It was my fiduciary duty to do it.

21       Q.  Do you have any reason to believe that this

22   exhibit we've put in front of you, Exhibit 294, is

23   inauthentic in any way?

24       A.  No, I don't.

25       Q.  Okay.  Do you recall sending this e-mail to



Page 143

1    Kevin McAleenan?

2         A.  Somewhat, yes.

3         Q.  This is -- you're sort of communicating outside

4    of your normal -- outside of the normal chain of

5    command for communications, correct?

6         A.  No.

7         Q.  Okay.  But -- you -- you -- why do you believe

8    this was in the normal chain of command for your

9    communication?

10        A.  Because as an NTEU president, I don't have no

11   chain of -- I can --

12                  (Talking over each other.)

13        Q.  (BY MR. MEDLOCK)  I understand --

14        A.  I can -- to me, it's -- it's practice.

15             I've had numerous e-mails to McAleenan,

16   Mr. Owens, commissioners in the past; I've been doing

17   this for so long.  We don't recognize the chain of

18   command unless I'm -- I'm -- I'm working as a CBP

19   officer.

20             We have a contract with CBP that allows me

21   to -- to be away from my CBP officer duties.  It's in

22   the national contract how I've be performing my duties.

23             And historically, I have a practice of --

24   of -- of communicating with the commissioners directly

25   in writing.



Page 144

1          Q.  And when you communicate with the commissioners

2     in writing, do you do that when you believe it's a

3     serious issue that needs to be addressed?

4          A.  Usually, it's -- it's something that -- yes,

5     yes, or requiring this contract.

6          Q.  Okay.  In this e-mail, you begin, quote:

7     Mr. Commissioner, first, the Port of Hidalgo, Texas,

8     employees would like a written order provided to them

9     that mirrors their instructions to return individuals

10    who enter the U.S. and request asylum back to Mexico

11    without appointment or system for a future appointment.

12              Did I read that correctly?

13         A.  Yes, sir.



Page 145





Page 146



18                    (Talking over each other.)

19          A.  Go ahead.

20          Q.  (BY MR. MEDLOCK)  Go ahead.  Yeah.  I didn't

21    mean to cut you off.

24          Q.  Who's "they" in that sentence?

25          A.  CBP.



Page 147





Page 148



16          MR. MEDLOCK:  Kevin, can we move down

17    to the next paragraph, please?

18      Q.  (BY MR. MEDLOCK)  Can you see that paragraph in

19    front of you, sir?

20      A.  Yes.





```
12      A.  Yes.

13                MR. MEDLOCK:  Kevin, can you please

14   expand the next paragraph down?

15      Q.  (BY MR. MEDLOCK)  Can you see that paragraph,

16   Mr. Atkinson?

17      A.  Yes, sir.
```



Page 150

```
 1      A.   Yes.  Actually, we have a --

 2      Q.   Why?

 3      A.   Because they're out of site, out of mind.
```

████████████████████████████████

████████████████████████████

████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████

███████████████████████

████████████████████████████████████████

█████████████████████████████████

███████████████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████████

████████████████████████████████

```
17  of moving the metering points to positions close to the

18  border was considering officer safety?

19                    MR. HALASKA:  Objection, leading.

20      A.   I think with the amount of people that got hurt

21  out there, who were left out there without proper -- in

22  fact, we got a -- a letter to Trump going out next week

23  where over 300 people signed concerning the metering --

24  metering sites are concerned being abandoned out there.

25                    And we strongly believe that they know -- I
```



Page 151



Page 152

████ ███████████████████

████     █████████████████████████████████████████

████ ████████████████████████████████████████████████████████████

████ █████████████████████████████████████████████████████

████ ████████████████████████████████████████████████████████████

████     ███████████████████████████████████████

████ ████████████████████████████████████████

████ ██████████████████████████████████████████████

████ ███████████████████████████████████████████████████

████ ████████████████████████████████████████████████████████

████ ██████████████████████████████████████████████████

████     ███████

13      A.  Yeah, video and audio.

14            I think a lot of people took audio -- I

15   mean, video off their cell phones and stuff like that.

16      Q.  Do you have a copy of that videotape?

17      A.  Not now, but I'm sure I can get one.

18      Q.  Hmm.  And you've mentioned that there's a

19   letter that is going to be sent to President Trump

20   explaining that these metering points being near the

21   border endangers officer safety; is that right?

22      A.  Correct.

23      Q.  Has that letter been sent out yet?

24      A.  Not yet.  We got it compiled.

25            The -- the past letters -- these petitions



Page 153



```
19        Q.  Is there a -- a time if we -- that you're
20   targeting for sending this letter to President Trump?
21        A.  Well, I just need to get time myself to do it.
22   You know what I mean?
23        Q.  I understand.
24        A.  I mean, I -- I --
25        Q.  I understand.
```



Page 154

 1      A.   It's just -- is -- is -- getting all these

 2   documents together.

 3              And, you know, if you figure -- figure this

 4   out, you've got 2018, 2019, 2020.  You know, we've

 5   contacted the commissioner, the citizen commissioner,

 6   the local management.

 7              You know, now we need the -- the President

 8   to see if he's going to do anything for us, you know;

 9   and it's -- it's one of these things that -- you know,

10   at what point do -- do we exhaust our -- our

11   administrative remedy -- remedy until somebody gets --

12   until somebody dies out there.

13              We've already been hurt out there.

14   There's -- just about the whole reason for -- for --

15   for all these grievances.  Nobody's out there to help

16   us.

17      Q.   So -- and I -- I appreciate that.

18              I wanted to focus, if I could, with you on

19   some of the pictures that you attached to this e-mail.

20      A.   Yes, sir.

21              MR. MEDLOCK:  And let's start with the

22   picture on NTEU 113, please, Kevin.

23      Q.   (BY MR. MEDLOCK)  I'm sorry for the quality of

24   the photos, sir.  I only have this one e-mail in black

25   and white.



Page 155

1       A.  Yes, sir.

██████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████

██████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

10      A.  Well -- well, like I said, it happened in --

11  in -- in different times.  This was happening at one of

12  the worst times.  You're saying -- there's different --

13             (Talking over each other.)

14      Q.  (BY MR. MEDLOCK) -- multiple --

15      A.  -- you have to tell them --

16             (Talking over each other.)

17      A.  -- there's multiple times that -- this was the

18  worst -- worst time it happened.

████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████

████████████████

██████████████████████████████████

████████████████████████████████████████████



Page 156

1    correct?

2        A.  Correct, the -- at this time --

3        Q.  And --

4        A.  -- too many.

5        Q.  Right.

6    ████████████████████████████████████

7    █████████████████████████████████████████

8    ████████████████

9              MR. HALASKA:  Objection, leading.

10       A.  I don't understand.

11             Can you repeat?

12       Q.  (BY MR. MEDLOCK)  Oh, sure.

13   ████████████████████████████████████

14   █████████████████████████████████████████

15   ███████████████████████

16   ████████████████████████████████████

17   █████████████

18   ████████████████

19   ███████████████████████████████████

20   ██████████████████████████████████

21             MR. HALASKA:  Same objection.

22       A.  I still don't understand your -- your -- your --

23   your question.

24       Q.  (BY MR. MEDLOCK)  Okay.  Let me see if I can

25   say it a different way.



Page 157



25              Did I read that correctly?



Page 158

1       A.  Yes.

2       Q.  And I think you meant "credible" fear cases; is

3   that right?

4       A.  Yes.

■       ███████████████████████████████████

■       ██████████████████████████████████████████████

■   █████████████████████████████████████████████

■   ███████████████████████████████

9       Q.  So --

10      A.  When I talk --

11      Q.  Go ahead.

12      A.  Go ahead.

13      Q.  Go ahead.

14      A.  No, go ahead.

15          I think I spoke to David John, and this is

16  before -- whoo, when he was acting port director.  And

17  he was stating at the time -- and I don't know if it

■   ████████████████████████

■   ███████████████████████████████████████

■   █████████████████████████████████████████████████

■   ████████████████████████████████████████████

■   ███████████████████████████████████

■   ███████████████████████████████████████████

■   █████████████████████████████████████████████████

■   ████████████████████████████



Page 159

```
 1      Q.  Hmm.  So --

 2      A.  In reality --

 3      Q.  -- just so --

 4      A.  -- in reality they had the people -- go ahead.

 5      Q.  You said, "in reality they had the people."

 6              Can you finish that sentence?
```



Page 160

6        Q.   Okay.   So CBP, to your mind, made a decision to

7   prioritize things other than processing asylum seekers;

8   is that right?

9                    MR. HALASKA:   Objection, leading.

22       Q.   Okay.   Let's move to the next page of

23   Exhibit 294.   This was an attachment to your e-mail

24   that is a March 6th, 2019, letter from -- that was

25   signed by dozens of CBP officers.



Page 161

1    A.  Yes.

2    Q.  Do you recall this letter, sir?

3    A.  (Witness mumbling while reading to himself.)

4              THE COURT REPORTER:  Mr. Atkinson,

5    either read out loud and slow down so I can understand

6    you or read to yourself, sir.

7              THE WITNESS:  I apologize.  I just --

8              THE COURT REPORTER:  I just can't

9    understand you when you do that.  Thank you.

10    A.  Yes, I'm aware of this letter.

11    Q.  (BY MR. MEDLOCK)  Did you play any role in

12    drafting this letter?

13    A.  Yes, I did.

14    Q.  What was the role that you played?

15    A.  I -- I got the input from people that were out

16    there working, to include what I first candidly

17    experienced, and we typed something up requesting --

18    requesting some kind of clarifications in the stuff

19    that we were doing to make sure that we were,

20    number one, covered, you know, and -- and to ensure

21    that -- that we had the defense that the agency ordered

22    us to do such things, you know, and that if we were in

23    compliance with the stuff that they wanted because we --

24    we never knew what kind of policy they were creating.

25    Q.  Let's focus in on the section after "to whom it



Page 162

1    may concern" on this letter.





Page 163

▪ ███████████████████████████████

▪ ████████████████████████████████████

▪ █████████████████████████████████

▪ ████████████████████

▪         ████████████████████

▪     ██████

▪     ███████████████████████████████████

▪ ███████████████████████████████████████

▪ ███████████████████████████████████████

■   ██████████████████

11      A.  You're talking about the metering points?

12              In our area --

13      Q.  Yes, sir.

14      A.  I think every area has a different name to it.

15  You know what I mean?  We were -- we were called -- we

16  named it the -- the metering points.

17      Q.  Okay.  And these are -- these are the points at

18  which asylum seekers were turned back to Mexico; is

19  that right?

20      A.  Yes.

21      Q.  Okay.

22              MR. MEDLOCK:  If you flip through,

23  Kevin, the next few pages...

24      Q.  (BY MR. MEDLOCK)  You'll see, Mr. Atkinson,

25  that many, many CBP officers signed this letter.



Page 164

```
 1      A.  Yes.

 2      Q.  Did you force any CBP officers to sign this

 3   letter?

 4      A.  No, sir.  The way it is, is that, depending on

 5   the employee's input, right, I would create a letter

 6   and then send it out to the chiefs and they would sign

 7   it out there and then it would come back to me.

 8      Q.  Did you or anyone else from NTEU Chapter 149

 9   force any of the CBP officers that signed this letter

10   to sign it?

11      A.  No.  As you can tell, we have several petitions

12   that always go out.  That's our pattern of -- of

13   complaint, to show unity, to show the people in the

14   adverse areas that it's a -- it's an employee problem,

15   it's not just us creating chaos.

16      Q.  All right, sir.

17              MR. MEDLOCK:  Kevin, you can bring

18   down that exhibit.

19      Q.  (BY MR. MEDLOCK)  I just have a few more

20   questions for you today, sir.

21              So I want to make sure that I -- that the

22   Court and I understand your testimony today.

23              Is it your testimony that there have been

24   and is a pattern and practice of turning back asylum

25   seekers that are seeking to enter the United States at
```



Page 165

1  ports of entry on the U.S./Mexico border?

2                    MR. HALASKA:  Object to the extent it

3  calls for a legal conclusion or expert opinion.

4                    Mr. Atkinson, you can answer the

5  question.

6                    THE WITNESS:  Thank you, sir.

7      A.  I would say that there's a longstanding

8  practice of -- of returning immigrants who's seeking

9  asylum into the United States from the Mexican -- from

10  the U.S. American side, yes.

11      Q.  (BY MR. MEDLOCK)  And is there, in fact, a

12  policy of returning asylum seekers from the U.S. side

13  to the Mexican side?

14      A.  I don't know --

15                    MR. HALASKA:  Object --

16      A.  I don't know if there's a policy, but I know

17  there's a practice.

18      Q.  (BY MR. MEDLOCK)  Okay.  And did -- did you --

19  have you been told in the past by CBP representatives

20  that that practice may violate the law?

21      A.  Yes.

22      Q.  All right.  Sir, those are all the questions I

23  have for you now.  I understand that Mr. Halaska may

24  ask you some questions, so I'll reserve time at the

25  end.



Page 166

1        A.  Okay.

2                      MR. MEDLOCK:  Alex, do you want to

3     start now or go off the record and get your ducks in a

4     row?

5                      MR. HALASKA:  I was going to suggest

6     we maybe take a 15-minute break, everyone can use the

7     restroom, I can confer with my colleagues, and then we

8     can jump back on around 3:20.

9                      MR. MEDLOCK:  That sounds great.

10                     THE VIDEOGRAPHER:  The time is

11    2:05 p.m.  We're going off the record.

12                     (Break taken from 2:05 p.m. to

13                     2:57 p.m.)

14                     THE VIDEOGRAPHER:  The time is

15    2:58 p.m.  We're back on the record.

16                          EXAMINATION

17    BY MR. HALASKA:

18        Q.  Good afternoon, Mr. Atkinson.

19                     My name is Alex Halaska.  I represent the

20    U.S. Government.

21                     THE COURT REPORTER:  Guys, just a

22    minute.  I'm getting that feedback again.  Are we --

23    let's try again.

24                     MR. HALASKA:  Sure.

25        Q.  (BY MR. HALASKA)  so I was just saying good



Page 167

1  afternoon.  My names Alex Halaska.  I represent the U.S.

2  Government.

3           I'd like to ask you some questions about

4  what you spoke with Mr. Medlock regarding earlier and

5  then perhaps show you a couple more documents and get

6  your reactions and thoughts on those.

7       A.  Yes, sir.

8       Q.  All right.  Earlier towards the start of the

9  deposition, your attorney, Mr. Downey, indicated that

10  you felt that a letter that CBP had sent you regarding

11  the scope of your testimony constituted witness

12  intimidation.

13          Do you remember that?

14      A.  Yes.

15      Q.  Now having answered Mr. Medlock's questions, do

16  you still feel that that was witness intimidation?

17      A.  Yes.

18      Q.  Were there any question --

19              (Talking over each other.)

20      Q.  (BY MR. HALASKA)  Go ahead.

21      A.  Not by you.

22      Q.  Were there any questions that Mr. Medlock asked

23  during the deposition today that you didn't answer

24  fully and completely because of the letter?

25      A.  Hmm.  Not that -- not that I can put together.



Page 168

1    I -- I answered them to the best of my ability and at

2    the -- with the lack of memory that I have, you know,

3    since it's been so long, I did the best job I could

4    today.

5        Q.  Is there anything that you'd like to add to

6    your testimony that you perhaps didn't basically before

7    because of the letter?

8        A.  I would say depending on the questions you're

9    going to ask.

10       Q.  Okay.

11               MR. HALASKA:  Kevin, can you please

12   pull up Exhibit 291, which is the document labeled

13   NTEU 141.

14               While Kevin's doing that, I just want

15   to note for the record that Ori Lev from Mayer Brown,

16   LLP, who also represents plaintiffs, has joined us.

17               MR. LEV:  Hi.  I think I'm going to

18   take over for Mr. Medlock.

19               EXHIBIT TECH:  Alex, what was that

20   exhibit number again?

21               MR. HALASKA:  I believe it's 291.  The

22   Bates number is NTEU 141.

23               EXHIBIT TECH:  It's being presented

24   now.

25       Q.  (BY MR. HALASKA)  Okay.  Mr. Atkinson, earlier



Page 169

1    Mr. Medlock showed you this document and asked you some

2    questions about it.

3              Do you generally recall seeing this

4    document earlier in the deposition?

5    A.  Yes.

6              MR. HALASKA:  Kevin, if you wouldn't

7    mind scrolling to the next page, 142.

8    Q.  (BY MR. HALASKA)  So just to recap,

9    Mr. Atkinson -- and I'm looking right where it starts a

██ ████████████████████████████████████████████████████

██ ████████████████████████████████████████████████

██ ██████████████████████████████████████████████████████

██             ████████████████████████████████████

██ ███████████████████████████████████████████████

██ ██████████████████████████████████████████████

██ ██████████████████████████████████████████████

██ ██████████████████████████████████████████████████

██ ████████████████████████████████████████████████████

██ ██████████████████████████████████

20             Did I read that correctly?

21   A.  Yes.

22   Q.  Okay.  So this is a grievance, essentially,

23   about metering; is that right?

24   A.  Yes.  Yes, it is.

25   Q.  Do you believe that metering is unlawful?



Page 170

1        A.  I would have to say it depends where -- where

2    it's at.  You know, if the metering is done in -- in --

3    in Mexico, yes; if it's done on the U.S. side, no.

4        Q.  So the -- so the question was:  Do you believe

5    it's unlawful.

6              And you think -- so do you think it's

7    lawful when it's done in Mexico?

8        A.  I think it would be -- you know what, sir?  To

9    interpret -- to interpret that, I -- I wouldn't know

10   whether it's -- really be unlawful for the -- for -- the

11   purpose of just metering would be unlawful itself.

12             Let me re rephrase that because I'm getting

13   confused what you mean by "metering."  You're meaning

14   the metering activities that took place on the metering

15   line or the detention aspect of it or where the

16   officers are standing, conducting their inspections at

17   the metering site?

18       Q.  So when I refer to "metering," I mean the --

19   the act of posting CBP officers at the border line and

20   instructing individuals about documents, that they may

21   have to wait for the port to have sufficient space to

22   process their applications for admission before they're

23   permitted to enter.

24       A.  No, sir.

25       Q.  My question is -- well, my question is:  Do you



Page 171

1    think it's lawful if that's done in Mexico?

2        A.   If it's done in Mexico?

3             I wouldn't know, sir.

4        Q.   You wouldn't know?

5        A.   I wouldn't know.





Page 172





Page 173

19          MR. HALASKA:  Kevin, would you mind

20  scrolling down?  It's the page that's stamped 144.

21          And just highlight -- yes, please.



Page 174







Page 175



Page 176

███████████████████████████████████████

███████████████████████████

3            And sorry if you -- if you think I'm

4    shouting or -- I just -- I have these things, and I

5    can't really hear myself talk.

6        Q.  No, you're -- you're perfectly fine.

7        A.  Okay.  So I apologize if my tone seems loud.

8        Q.  No, I understand completely.

9            MR. HALASKA:  Kevin can you pull up

10   Exhibit 293, which is NTEU 132; and just -- yeah, so if

11   you wouldn't mind highlighting it from -- or extending

12   from where it says "Haralson" at the top left, and I

13   just want to catch that down through the first

14   paragraph.  Perfect.

15       Q.  (BY MR. HALASKA)  This was another document,

16   Mr. Atkinson, that Mr. Medlock showed you during the

17   deposition.

18           And I'm going to read from it; and it

19   says -- well, let me, you know, say it's an e-mail from

20   William Haralson.  It was sent to David Higgerson, and

21   you and other individuals are copied on it.

███████████████████████████████

██████████████████████████████

████████████████████████████████████████

████████████████████████████████████



Page 177



24      Q.  Sure.

25              At the moment, though, I'm just asking if



Page 178

███████████████████████████████████

███████████████████████████████████████

██████████████████████████

4          A.  It would usually be the first -- the first and

5     second step supervisor or supervisors that participated

6     in the meeting.

7          Q.  Do you remember who those individuals are?

8          A.  Hmm, no, I don't; but there might be a -- there

9     might be a recording of it.  There might be a recording

10    of it.

11         Q.  Where might that recording be?

12         A.  It may be -- it may be at the office.

13         Q.  And when you say "office," you're referring to

14    the --

15         A.  NTEU office.

16         Q.  The national or the local?

17         A.  The -- well, the local, local office.

18         Q.  And you said this was during the grievance

19    meetings, quote, unquote.

20              Do you remember when those meetings were?

21         A.  Whenever the -- the -- the -- the grievance

22    dates stater [sic] is, you know, whenever the dates

23    are.  I mean, it's been such a long time ago, 2017,

24    '16.

25         Q.  Do you recall whether you attended any of those



Page 179

1  meetings?

2  　A.  I don't know which grievance it was; but I

3  participated in the Army discussions before and after

4  them, you know.

█　　████████████████████████████████████████

█　████████████████████████████████████████

█　█████████████████████████████████████████

█　████████████████████████

9  　A.  Yeah.

10  　Q.  You can say that?

11  　A.  On the meetings -- at the meetings that I sat --

12  and I believe that there has to be a couple of tape

13  recordings of all of it.  I have -- I have a traumatic

14  brain injury, so I can't recall a lot of stuff.  So

15  I've got to have a recording and stuff to aid me in my

16  disability.

17  　Q.  Okay.

18  　A.  So, I mean, a lot of these things are kept at

19  files at the NTEU office.  Now, whether they're there or

20  not, who knows; but they could pop up.

21  　　　Would you want me to look for them?

22  　Q.  Not right now.  I think we can discuss later.

23  　A.  Okay.

24  　Q.  I just want to double back about the letter that

25  was sent to you, just one more time.




Page 180

1               Are there any questions today from either

2     myself or Mr. Medlock that you did not answer fully or

3     completely because of the letter?

4         A.  I can't, you know, consciously say that it --

5     it hasn't affect me, you know, because it has; so, I

6     mean, going back and -- and -- and looking at that

7     stuff, it's -- it's -- it's kind of hard to say it

8     didn't.

9               I know that you've been very professional.

10              MR. HALASKA:  I think defendants have

11    no more questions.

12              MR. ORI:  We don't have anything

13    further.

14              THE COURT REPORTER:  Is that it,

15    everyone?  Anything else?  Can we go off the record?

16              THE VIDEOGRAPHER:  The time is

17    3:19 p.m.  Oops.  The time is 3:19 p.m.  This concludes

18    the deposition of David Atkinson.  We're off the

19    record.

20              (Deposition concluded.)

21

22              Reporter's Note:  According to Federal

23    Rule 30(e)(1), the request for review of the deposition

24    by the witness is accomplished "on request by the

25    deponent or a party before the deposition completed."



Page 181

1

2           Since this was not done, signature is

3    considered waived for this transcript.

4                    * * * * *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 182

```
 1            IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
 2

 3    AL OTRO LADO, INC., ET         )
      AL.,                           )
 4                                   )
         Plaintiffs,                 )
 5                                   ) CIVIL ACTION
      VS.                            )
 6                                   ) NO.: 17-cv-02366-BAS-KSC
      KEVIN K. MCALEENAN, ET         )
 7    AL.,                           )
                                     )
 8       Defendants.                 )
 9                  REPORTER'S CERTIFICATION
10              DEPOSITION OF DAVID ATKINSON
11                    JUNE 12, 2020
12        I, Annette Peltier, Certified Shorthand Reporter in
13    and for the State of Texas, hereby certify to the
14    following:
15        That the witness, DAVID ATKINSON, was duly sworn by
16    the officer and that the transcript of the oral
17    deposition is a true record of the testimony given by
18    the witness;
19        That the original deposition was delivered to
20    Mr. Steve Medlock, Custodial Attorney.
21        That a copy of this certificate was served on all
22    parties shown herein on _____.
23        I further certify that pursuant to FRCP Rule
24    30(f)(1) that the signature of the deponent:
25        ____ was requested by the deponent or a party before
```



Page  183

1    the completion of the deposition and that signature is

2    to be returned within 30 days from the date of receipt

3    of the transcript.  If returned, the attached changes

4    and signature page contains any changes and the reasons

5    therefore.

6         XX was not requested by the deponent or party before

7    the completion of the deposition.

8         I further certify that I am neither counsel for,

9    related to, nor employed by any of the parties or

10   attorneys in the action in which this testimony was

11   taken.  Further, I am not a relative or employee of any

12   attorney of record in this cause, nor am I financially

13   or otherwise interested in the outcome of the action.

14        Certified to by me this 24th day of June, 2020.

15

16   _____

     Annette Peltier, Texas CSR 3245

17   Expiration Date:  10/20/21

     Firm Registration No. 633

18    Magna Legal Services

     Seven Penn Center - 8th Floor

19   1635 Market Street

     Philadelphia, Pennsylvania 19103

20   Phone: 215.207.9460

     Fax: 215.207.9461

21

22

23

24

25



## A

abandoned 150:24
ability 168:1
able 14:5 19:9 68:18 99:8 150:7
above-styled 1:18
Abraham 73:18 73:18
Academy 34:4,4
accept 111:13
accepted 129:22
accomplished 180:24
accused 75:8 131:18
achieved 37:6
Achievement 29:7
acknowledge 124:19 179:7
acknowledged 124:2,13,17 176:24 177:7 178:2
acronym 7:11,14 7:16 13:13,18 13:23 86:24
act 42:24 163:3 170:19
acted 69:15
acting 51:15 58:2 121:16 148:11 158:16
action 1:5 28:5 76:14,18 82:7 83:1,15 85:3 182:5 183:10 183:13
actions 75:14 88:16 89:11 116:6 130:21
active 27:24

28:12
activities 149:3,4 170:14
actual 16:17
add 11:19 126:7 168:5
additional 87:17 107:13
address 138:22
addressed 93:4 144:3
adequate 32:2
Adjournment 4:6
admin 44:1
administration 47:13,17 71:16
administrative 154:11
admission 170:22
admit 125:8 130:5
admitted 151:2 151:19
advantage 67:10
adverse 76:14,18 82:7 83:1,15 85:3 88:15 89:11 164:14 172:6
advice 15:16
advise 24:19
advised 88:7
affect 180:5
affidavit 10:3
afternoon 166:18 167:1
agencies 89:5 177:8,9
agency 7:6,9,9,10 33:10 38:13,20 39:2 45:25 52:10 57:21,23 65:6 76:22 80:22 83:3 89:5 94:13 96:18,21

99:13 107:5 124:1,13 125:2 126:10,20 127:14,15 129:12 131:17 135:11 136:14 145:14 149:3 158:24 161:21 169:11,15 171:13 172:4 172:24 176:23 177:6,9 178:1 179:6,7
agency's 33:9 45:25 124:2 130:21 131:12 174:2 176:24 178:2
agents 43:17 153:5,6
ago 40:3,4 151:8 178:23
agree 22:5 45:11 46:12,20
agreement 16:17 46:24 146:22 147:2 175:13
Ah 34:3
ahead 14:23 15:3 38:3,3 40:12,12 44:17,18,19 46:5 48:24 50:21 51:11 53:19 55:16,18 70:10,11,12 102:18 111:5,6 117:2 119:9 131:24,25 146:19,20 158:11,12,13 158:14 159:4 167:20
ahold 23:12
aid 88:8 179:15
Airborne 27:11 27:19,21,25

29:4,16
airport 71:1
al 1:3,3,7 4:12 5:6 6:3,4,4 182:3,3,7
Alcon 76:1
Alert 141:6
Alex 166:2,19 167:1 168:19
ALEXANDER 2:13
Alexander.j.ha... 2:16
aliens 76:10 82:3 82:6
alleged 112:6
allegedly 54:10 131:17
allocated 133:10
allow 32:19 33:4 33:7 64:7 110:5 110:13,15 116:7 119:5,10 126:25 131:12 148:6
allowed 35:2 48:5 84:2 102:7 102:9 119:8 132:20 162:12 174:1
allowing 39:3 145:2,2,14 162:24 163:7 171:14
allows 143:20 148:23 175:23 175:24
alter 150:4
altercations 150:4
American 42:17 111:23 121:8 165:10
amount 24:15 32:4 55:25 56:1 56:1,7 69:3

104:6 150:14 150:20 151:3 151:11 153:13 155:3 157:2,5 157:12 159:23
analysis 174:25
and/or 94:14 99:14 100:6 101:5 169:16
Annette 1:20 6:11 182:12 183:16
answer 10:12 11:2,5 12:6,7 12:16,18 13:1,2 14:5,7,9,13 19:24 32:14,15 32:19,21 44:9 45:16 48:5,9 50:14 54:23 60:21 66:12,16 69:19 80:11 84:25 91:9 105:5 106:19 108:11 114:5 116:6 127:2 129:10 131:13 139:11 151:18 151:23 152:2 165:4 167:23 180:2
answered 167:15 168:1
answering 19:15
answers 25:7
anxiety 19:17
anxious 19:20
anybody 23:5 24:12 56:2 58:25 62:6 160:16
anymore 127:6
apologize 84:23 97:25 161:7 176:7
apparently 82:16



**appeal** 96:12
**appealing** 40:13
**appear** 84:1 98:3
**Appearances** 4:3
**appeared** 64:12
    64:12
**Appearing** 2:4
    2:12,21 3:2
**appears** 73:15
    75:18 85:11
    88:3 92:1
    122:12 134:1
    137:23 141:1
**applicants**
    127:18
**applications**
    170:22
**applied** 29:22
    30:15 34:17
    52:15
**apply** 30:13 55:6
**appointed** 74:2
**appointment**
    54:7 144:11,11
    162:12
**appointments**
    54:14 144:21
    144:22,23
**appreciate**
    112:12 154:17
**apprehended**
    76:11
**approach** 95:19
    118:20
**approached** 61:2
**appropriately**
    52:15
**approved** 22:22
**approximately**
    12:22 26:8 37:3
**April** 4:21 15:6
    63:4 92:2 115:8
**arbitration** 9:16
    9:22 93:10,23
    94:13 96:11,11
    97:6 134:13,14

134:15,18
    135:7,9 137:16
**arbitrations** 9:19
    9:23 47:1
    137:19
**arbitrator** 39:9
**arbitrators** 47:1
**area** 56:12,19,22
    57:10 66:20,20
    89:11,18
    104:25 109:9
    118:11 120:25
    120:25 121:7
    135:25 145:16
    147:21 151:14
    155:4,9,21
    156:15 157:3,6
    158:8 159:13
    159:14 163:12
    163:14 171:12
**areas** 58:23
    66:22 69:4,5,9
    69:21 70:18,18
    136:3 140:3
    151:6,9 164:14
    173:3,4,15
**argument** 59:11
**Army** 27:3,9 29:7
    29:15 179:3
**arrested** 19:17
**arrival** 76:23
**arrived** 88:9
    90:15
**arriving** 82:5
**asbestos** 175:5
**asbestos-infected**
    175:6
**asked** 17:3 31:8
    66:24 78:3 85:3
    86:13 106:17
    167:22 169:1
**asking** 19:21
    47:25 75:5
    82:17 112:11
    140:2 177:25
**aspect** 170:15

**ass** 80:17
**assaulted** 173:4
**assaulting** 131:18
**assaults** 151:10
**Assault's** 132:1
**assessing** 99:17
    169:18
**assign** 175:10,10
**assigned** 34:12
    34:24 35:5 36:6
    49:25 74:2,6
    80:7 107:17
    109:9 162:3
**assignment** 34:25
**assignments**
    70:20,20
**assist** 78:7
**assistant** 51:14
    60:6 121:12
    138:12
**assisting** 108:15
**associate** 15:8
**associated** 7:19
**assume** 16:17
    47:4 58:23
**asylees** 89:12
    148:13 150:5,6
    162:9
**asylum** 5:3,9
    38:24 41:17
    47:24 48:1,2,13
    49:6,19,20,21
    50:7 51:7 52:17
    52:25 53:2,23
    54:6,17 55:10
    55:16,19 59:20
    60:10,25 61:1,8
    61:14,17,22
    62:1,18 64:11
    64:17,23 65:19
    66:4 68:24
    71:12 76:20
    84:2,3,8 94:14
    99:17 100:1,6
    101:13,22,25
    102:10,12

103:15 107:5
    107:15,23
    108:2,3 109:5
    109:16,22
    110:1,15,17
    112:22 113:4
    113:23 115:16
    116:21 117:6
    117:10,22
    118:19 119:17
    119:21 120:17
    121:21 122:3
    124:5 127:16
    127:18 128:6
    130:5,22 131:4
    132:13 134:7
    134:12 144:10
    144:17 148:1,7
    148:24 149:1,9
    153:18 159:11
    160:7 162:5,9
    162:22,25
    163:8,18
    164:24 165:9
    165:12 169:18
    173:11 174:2
    174:12 177:2
**asylum-seeking**
    174:5
**asylum/credible**
    93:24
**Atkinson** 1:12,16
    4:19 5:8 6:3,17
    6:22 7:1,1
    14:16 15:5,6,13
    15:16 16:23
    18:5 32:13,14
    44:8 48:8 50:13
    54:22 66:14
    68:9 72:8 84:24
    85:9 100:17
    101:3 105:3,16
    105:25 106:10
    130:16 131:14
    141:22 149:16
    161:4 163:24

165:4 166:18
    168:25 169:9
    176:16 180:18
    182:10,15
**attached** 1:24
    60:7 94:12
    140:23 154:19
    183:3
**attachment**
    91:21,21 92:7
    160:23
**attack** 137:8,15
**attained** 27:8
**attempt** 15:16,22
    47:24 95:8
**attempted** 16:13
    151:13
**attempting** 48:2
    48:13 113:4
    127:19
**attend** 124:9
**attended** 178:25
**attending** 124:12
**attention** 15:25
**attorney** 2:23
    12:11,12,12,17
    12:18 14:7
    18:12 20:6,9,14
    22:17,23 23:18
    23:19 32:18
    93:6,7,8 167:9
    182:20 183:12
**attorneys** 16:5
    20:10,11 24:25
    93:9 183:10
**audible** 11:3
**audio** 12:4
    152:13,14
**August** 151:1
**authentic** 123:22
**authorities**
    148:11 172:5
**authority** 148:23
    162:24 163:2
**authorized** 92:20
    92:20 160:5



**avoid** 11:8 172:6
**award** 29:11
**awards** 29:12
**aware** 17:18
  46:25 61:19
  131:11 132:13
  161:10 162:21
**A-T-K-I-N-S** 7:2
**a.m** 1:19 6:8 68:4
  68:5,6,8 105:11
  105:12

**B**
**B** 18:15 174:9
**back** 7:25 11:13
  11:19 22:13
  31:8 41:7 46:19
  46:21 48:19
  49:3,7,15,17,21
  50:7,17 51:8
  52:17,22,24
  53:2,5,14,23
  54:6,17 55:10
  55:19 57:4
  60:24 61:15,17
  61:23 62:12,13
  62:19 64:11,17
  64:23 65:19
  66:5 67:9,17
  68:8,9,10,24
  81:16,16 82:12
  82:24 88:11,15
  89:24 90:5,10
  90:16,19,24
  91:4 99:2 100:1
  101:17 102:2
  105:15,16
  107:7,23 108:2
  109:5 110:3,18
  113:3,23 115:4
  115:16 117:8
  117:15,22
  118:6 119:15
  121:19,21,22
  121:25 122:2,4
  130:5 131:5

132:6,6 133:16
135:13 140:9
144:10,17
146:3,15,16
147:11,14
148:8 157:13
159:25 162:11
163:1,18 164:7
164:24 166:8
166:15 171:9
172:12 174:10
177:21 179:24
180:6
**background**
  25:12 34:13
**bad** 38:19 53:12
**Badge** 29:10
**balancing** 42:21
**bargain** 175:13
**based** 50:5 71:9
  77:21
**bases** 76:25
**bashing** 172:11
**basically** 168:6
**Bates** 73:6,11
  79:11 85:10
  91:22,22
  122:14 133:25
  140:23 168:22
**bathing** 32:1
**Bayview** 31:16
**bears** 122:14
**began** 62:16
**beginning** 54:9
  55:24 106:14
**begins** 6:2 75:25
  103:10 109:14
  127:9 130:20
  133:25 138:15
  140:23
**behaved** 45:18
**behavior** 45:25
**believe** 32:24
  42:23 50:6 54:9
  54:16 55:9,12
  55:13,13 57:11

57:11,13,14,14
57:14 58:11
60:8 71:11
74:12 77:12,13
77:23 81:10
86:9 92:25 93:3
94:18 99:21
105:18 111:7
114:8,22
123:20 125:23
129:5,12
142:21 143:7
144:2 145:8
149:23 150:25
168:21 169:25
170:4 179:12
**believed** 58:5
  99:23 126:11
  139:3 160:10
**belonged** 52:10
  94:20
**Ben** 2:15
**beneath** 98:9
  99:8
**benefit** 55:5
**benefits** 42:17
**BENJAMIN**
  2:18
**Bennett** 15:8
  18:7
**best** 21:10 52:13
  60:17,17 69:24
  112:11 140:10
  168:1,3
**better** 45:16
  71:23 103:24
  104:21 108:4
  135:3 141:23
**big** 72:13 110:2
  141:10 175:8
**bigger** 72:12,17
  72:20 103:1,23
  122:21
**bit** 8:1 25:11
  65:22 135:18
  141:23 157:9

**bite** 81:16
**black** 154:24
**blah** 82:17,17,17
  111:13,14
**blame** 51:24
**blank** 155:4
**block** 127:17
  173:5
**blocking** 100:6
  109:15 118:16
  127:16 130:23
**blocks** 99:14
  101:5 169:16
**blow** 71:22
  100:12 105:3
**blurry** 72:23
**Blvd** 2:23
**Board** 16:20
**bodies** 36:3
**body** 81:24
**books** 26:16
**border** 7:12,15
  16:4 43:17,22
  44:13 48:3,15
  70:6 117:17,23
  118:14,20
  120:3 121:5,5
  121:10 149:24
  150:9,18
  152:21 159:20
  159:23 162:8
  165:1 170:19
**bothered** 56:2
**bottled** 133:3
**bottles** 133:1
**bottom** 73:13
  99:5
**bought** 133:1
**box** 2:15 133:8
**Boys** 66:21
**brain** 179:14
**branch** 27:2
**breach** 15:11
**break** 12:22 13:3
  38:16 67:22,22
  68:5 105:12

106:17 166:6
166:12
**breaking** 64:10
  125:18,25
  126:12,18
  139:4
**breaks** 38:16
**bridge** 49:14,15
  51:21 108:15
  110:24 118:21
  121:13 145:16
  148:2 149:21
  150:13 151:10
  162:6
**bridges** 35:3,6,8
  35:17,18
  108:25 152:5
**Brief** 99:6,9
  169:10,12
**briefly** 17:15
  95:2
**bring** 24:7 72:7
  79:2 84:20
  91:12 97:24
  106:3 114:22
  122:9 136:24
  140:13 164:17
**broad** 132:2
**broke** 38:21,23
  124:3,14,20
  125:5 126:22
  176:25 178:3
  179:8
**brought** 15:25
  121:19,21
  159:18
**Brown** 2:6 6:9
  168:15
**Brownsville** 2:24
  25:24 26:7
**budgetary** 160:4
**building** 56:1
  59:7,9 89:9,10
  90:9 121:2
  175:6
**buildings** 174:10



MAGNA
LEGAL SERVICES

business 25:19
  55:25 92:21
  134:22

_____
C
_____

C 2:1 92:20 174:9
CA 175:3,3
California 1:1
  6:6 16:1 159:24
  182:1
call 26:15 43:23
  62:11 117:4
  133:4 146:13
  146:14,15,16
called 43:18,20
  89:10 99:6
  163:15
calls 32:12 50:11
  54:20 126:13
  129:7 165:3
camp 31:3
campaign 28:4
  28:12
candidly 161:16
candor 127:14
  128:18,21
canine 8:21 34:2
  34:2,8,12,16,21
  36:1,1
canteens 133:3,4
Cantu 138:12
capability 68:20
  68:22
capacity 55:21
  56:17 59:17
  60:9 61:18
  69:14
captured 152:11
care 31:4 174:12
career 116:24
Carlos 41:8 58:2
  132:23 138:15
  138:20 139:14
Carolina 26:14
cartoons 44:12
case 15:23 25:1,4

35:7 44:3 46:2
  46:10,17 49:5
  64:5 90:21
  96:22 115:4
  117:6 135:4,5,9
  135:23
cases 61:8 134:22
  134:24 135:2
  135:11,13,14
  135:16 137:3
  157:24 158:2
catch 176:13
cause 1:19
  183:12
caused 130:21
  136:21
CBP 2:18 7:10,11
  7:14 8:15,16,17
  8:20 9:13 13:22
  14:25 15:9
  16:12 19:6,19
  20:13 23:5,15
  32:8,18 34:11
  37:5,10,13,14
  37:15 38:25
  39:5,24 42:23
  43:5,11,13,14
  43:15,16,18,23
  43:25 44:2,2,11
  44:11,22,22
  45:3,19,21
  46:15,24 47:12
  47:16 49:6,19
  50:3,6 51:6
  52:10 53:22
  54:8,16 55:9,20
  60:8,25 61:2,9
  61:21 64:9,10
  64:16 68:17
  70:4,6 71:7,11
  77:10,22 78:4,4
  80:4,6 82:2
  85:4 88:20,22
  89:9 92:18,19
  92:21 99:14
  100:5 106:22

107:6,8,22
  108:1,6,22
  109:8,16,24,25
  110:14 111:16
  112:3,23
  113:22 116:20
  117:18,20
  118:23 119:17
  120:14 123:13
  124:3 125:24
  127:13 128:17
  129:5,22,25
  130:4,9 135:24
  136:19,22
  139:3 142:5,16
  143:18,20,21
  144:15 145:3
  145:19,23
  146:7,10,25
  148:4,12 149:9
  152:8 155:20
  156:6,14,19
  157:15 159:10
  160:6,25 162:2
  162:4 163:25
  164:2,9 165:19
  167:10 169:16
  170:19 172:11
  172:15 174:13
  176:25
CBPO 82:1,2
  88:7 109:21
CBP's 23:6 47:21
  110:11 114:8
  124:14 125:19
  127:4 139:5
cc'd 81:12
cease 39:25 40:17
  41:5,7,11,15
cell 152:15
center 31:15 34:1
  60:15 89:20
  110:20 183:18
certain 41:21
  46:1 54:10 56:6
  83:3,3 95:20

103:4 107:5
  126:5 129:21
  132:15 133:3
  136:5,6 159:16
  173:5 179:5
certainly 83:20
  83:23 139:22
certificate 4:7
  182:21
CERTIFICAT...
  182:9
Certified 1:20
  182:12 183:14
certify 182:13,23
  183:8
CF 134:6,12
chain 73:6 85:22
  86:1 87:10
  97:19 141:17
  143:4,8,11,17
chairs 56:3,8,10
  56:13,19,21,24
  57:9,24 58:6,20
  59:23 155:3,8
  155:20 156:7
  156:14,19
  157:1,12
challenged
  173:18
chance 105:4
change 58:10
  65:8 78:21,24
  110:17
changed 10:20
  151:21
changes 59:13
  127:16 183:3,4
changing 128:16
chaos 164:15
chapter 7:21,23
  7:24,25 9:25
  10:10 24:16
  36:21,24 37:2
  47:11 73:25
  78:3,15 85:19
  92:9,22 93:17

94:12 98:6
  106:12 123:6
  123:18 125:3
  135:19,23
  142:8,9,19
  164:8 171:8,23
  175:20
characterization
  17:16
characterized
  15:23
charge 121:13
checks 174:5
chief 23:6 43:10
  51:13 138:15
  138:20 139:14
chiefs 164:6
children 128:8
  130:22
chilling 127:18
  127:23
chooses 76:22
chose 159:12
Christopher
  73:17
circumstances
  171:16
citizen 42:17
  154:5
City 71:2
civil 1:5,23 8:15
  182:5
civilties 111:23
claim 66:21
  153:18 157:11
  159:19
claimed 117:10
claiming 76:20
  76:20 120:17
  144:23 147:20
  149:3
claims 175:4
  178:2
clarification
  28:24 64:13
  71:5 82:22



100:20 141:7
162:24
**clarifications**
110:10 161:18
**clarify** 67:6
82:21
**clean** 173:17
**clear** 15:21
113:19
**cleared** 135:14
**clearly** 11:4
79:13
**client** 14:25
15:10,16 16:9
16:13 17:1,6
**close** 93:25 99:16
103:14 149:20
149:24 150:11
150:17 169:17
**closely** 57:1
**close-knit** 27:11
**closing** 158:25
**cloudy** 10:13
**Clough** 4:18
73:19 79:19
81:11 85:13
86:11,17 87:7
87:11 92:3
93:20
**Clover** 29:8,9
**CNN** 153:9
**coachella** 118:11
**coincide** 100:9
**colleagues** 166:7
**collective** 175:12
**college** 25:18
26:3,4,5,9,10
26:11,12,14,14
26:20,25
**color** 102:8
**combat** 29:11
**combined** 135:12
**come** 67:17 81:16
95:14 114:13
116:8 118:5,22
135:17 147:14

148:7,14
159:25 164:7
**comfortable**
105:25
**coming** 41:19
58:12 67:13
68:12,16
111:16,23
118:16 121:2
136:15 159:11
173:5
**command** 97:19
143:5,8,18
**Commander**
138:21
**commendations**
29:5
**comments** 19:18
111:25
**commissioner**
41:13 60:5,6
97:4,20 142:4
144:7 145:9
154:5,5
**commissioners**
143:16,24
144:1
**communicate**
144:1
**communicating**
143:3,24
**communication**
61:20 143:9
**communications**
143:5 151:13
151:14
**Community**
26:14
**compers** 175:3
**competency**
74:25
**competent** 33:3,7
**compiled** 152:24
**complained**
54:13 152:3,9
**complaining**

136:13,13
147:16
**complains** 47:20
**complaint** 43:11
136:15 164:13
**complaints** 41:16
45:23 46:18,21
47:11,16
**complete** 27:20
151:7
**completed** 25:16
174:5 180:25
**completely**
167:24 176:8
180:3
**completion** 183:1
183:7
**compliance**
161:23 175:12
**compound** 139:8
**comprehension**
16:6
**compromised**
21:15
**computer** 53:13
53:14
**concept** 42:6
**concern** 65:17
82:1 144:15
162:1
**concerned** 63:20
64:10,16 76:4
150:24
**concerning** 4:11
4:16,19 47:2
53:24 150:23
**concerns** 138:22
149:19
**concert** 51:20
**concise** 78:19
**concluded**
131:21 180:20
**concludes** 180:17
**conclusion** 39:11
50:12 54:20
165:3

**conclusively** 17:2
**conditions** 172:7
172:16
**conduct** 41:12
47:12,16,21
119:14
**conducted**
172:10 174:11
**conducting** 118:9
149:4 170:16
**confer** 166:7
**conference**
151:24 152:7
**CONFIDENTI...**
1:10
**confused** 65:5
110:6 170:13
**confusing** 73:11
**confusion** 113:22
**Congress** 160:16
**conjunction**
50:18
**connection** 9:24
20:7 25:5 77:10
**consciously** 17:1
180:4
**consecutively**
26:11
**considered** 87:4
181:3
**considering**
150:18
**consistent** 131:3
**consistently**
172:6
**constant** 41:3
**constituted**
167:11
**Constitution**
42:1,7,25
**constitutional**
17:8
**contact** 17:18
22:14,19 48:18
106:23 119:17
**contacted** 24:6,6

154:5
**contacting** 76:7
**contains** 183:4
**content** 17:24
**contents** 147:1
**Continuation**
109:15
**continue** 18:3
55:17
**continuing** 99:13
169:14
**continuously**
94:13
**Contra** 28:12
**contraband** 36:2
**contract** 136:4
137:15 143:20
143:22 144:5
**Contras** 28:2,7,8
**control** 89:19
145:18,23
146:6,8,9
147:23,25
171:13
**controlled** 69:21
118:15
**conversation**
11:1 151:1
**conversations**
20:19
**cook** 31:5,9,12
**copied** 17:21
74:19 176:21
**copy** 18:6 73:18
74:20,21 79:18
92:3 93:15 98:1
122:14 123:2,4
142:15 152:16
182:21
**core** 42:16
**corner** 73:13
**correct** 7:12,13
10:12 20:7
24:10 31:19,20
35:15 45:24
50:4 77:8 79:24



83:21,24 84:2
85:23 86:1,8
88:4,23 92:23
95:6 97:10 98:7
98:10,25
104:18 107:24
107:25 114:2
123:2,6,18
136:9 137:2,25
138:5 139:24
141:3 142:2,5,9
142:13,16,19
143:5 152:22
156:1,2 174:17
**correcting**
128:16
**correctly** 76:15
82:8 86:22
87:19 88:17
94:16 99:19
103:17 109:18
112:25 116:18
124:7 127:20
131:1 138:24
144:12 145:20
149:6 155:5
157:25 159:15
162:14 163:5
169:20 171:10
174:15
**costing** 137:16
**counsel** 2:18 6:13
15:9,20 16:12
16:24 23:6
43:10 183:8
**count** 132:25
**counter** 57:3
**countries** 31:19
42:20
**couple** 12:5,6
35:4 121:11
151:17 167:5
179:12
**course** 45:7
47:10 63:24
65:1 85:18 92:9

123:5 142:8
152:3 159:22
**courses** 25:19
26:18
**court** 1:1 4:7 6:5
6:11,15 11:5
12:14 14:8,11
15:22 16:1,25
40:25 52:1,3
53:10,15 60:2
100:19,23
124:23 129:23
161:4,8 164:22
166:21 180:14
182:1
**courtroom** 8:5
**court's** 16:16
**cover** 80:17
**covered** 106:23
153:9 161:20
**Covid** 33:2
**COVID-19** 10:20
**Cranford** 3:4
6:11
**crash** 53:13
**create** 89:9 128:5
128:15 145:15
147:11,13
160:11,17
164:5
**created** 43:21
53:7 56:16 69:4
116:3 128:8
129:14 147:22
149:24 150:10
**creates** 128:2
**creating** 53:16
146:1,2 147:20
155:25 161:24
164:15
**credibility**
112:23 137:8
**credible** 94:14
157:24 158:2
**creditable** 157:24
**criminal** 67:10

76:20
**crisscrossed**
34:18
**cross** 146:3
**crowds** 150:10
**crying** 128:9,9
**CSR** 1:20 183:16
**Cuba** 31:19,23
**current** 7:21,21
62:24 92:24
**curric** 116:23
**Cus** 41:13
**Custodial** 182:20
**custody** 83:21,22
**Customs** 7:11,15
16:19 29:18
30:14,20 33:15
33:21 34:8,11
34:23 41:13
42:3 63:24 89:6
**cut** 132:12
146:21
**cutting** 40:24

---
**D**

**dad** 29:17
**danger** 151:21
152:10
**dangerous**
151:11 152:5
**dash** 140:24
**date** 17:25 53:6
92:13 121:6
123:9 162:12
183:2,17
**dated** 98:9 115:8
138:4
**dates** 85:22
142:12 178:22
178:22
**daughter** 67:4
**David** 1:12,16
4:19 5:2,5,8 6:3
6:17 7:1 40:8,9
40:17 58:1 70:2
114:16 121:15

122:13 134:2
139:13,19
158:15 176:20
180:18 182:10
182:15
**day** 56:14 81:13
95:19 147:17
147:17 151:5
183:14
**days** 8:20 10:18
95:8,8 183:2
**de** 150:14
**deal** 31:22 58:1
**dealing** 19:18
31:18,18
**deals** 19:8
**dealt** 45:1 111:14
112:6,7
**decade** 40:6
**December** 4:12
4:14,16,18,19
73:16 74:15
75:18 76:8
79:19 80:3,25
81:9,14 82:1
85:11,12 86:17
88:7 90:12
99:12 100:2
169:14
**decided** 30:1
37:19 155:20
**decision** 37:20
43:5,7,9 45:1
47:3,20 134:22
160:6 175:17
**declaration** 10:3
**decrease** 60:9
**defend** 64:6
**defendants** 1:8
2:11 180:10
182:8
**defending** 41:25
42:7
**defense** 161:21
**deferred** 7:7
**definite** 116:5

**delivered** 22:14
182:19
**Denis** 2:22 20:13
**Dennis** 22:21
**deny** 162:25
163:7
**denying** 127:16
129:24 130:1
130:12,23
**Department** 2:14
13:11 16:18
23:5 26:16
**depending** 74:25
111:1 117:12
120:4,23 121:7
134:22 160:4
164:4 168:8
**depends** 129:20
170:1
**deploy** 32:8
159:22 160:1
**deployed** 28:1
160:13
**deponent** 180:25
182:24,25
183:6
**deposition** 1:11
1:16 6:2,8 9:7
10:18,25 12:1
13:10,16,21
20:7,23 21:2,3
21:11 22:8 23:7
24:5,14 66:16
73:5 79:6 91:17
122:12 133:23
167:9,23 169:4
176:17 180:18
180:20,23,25
182:10,17,19
183:1,7
**depositions** 12:15
**describe** 82:10
82:23 96:5
133:7 149:8,18
**described** 77:11
**describes** 77:24



**describing**
109:20
**Description** 4:9
**Desert** 28:19,20
**designate** 96:19
**designated** 96:22
**desist** 40:1,18
41:5,7,12,15
**details** 78:6
147:5
**detain** 118:2
148:24 174:8
**detained** 59:15
76:24 117:16
120:21 121:20
173:2,15 174:9
**detainee** 133:11
**detainees** 31:4
59:15 70:17
132:17 133:11
133:17 174:5
**detaining** 148:1
**detainment**
174:12
**detection** 31:7
**detention** 60:15
69:5 110:20
145:15,17
170:15
**determine** 17:2
95:8
**determined**
128:11
**deterred** 16:10
**device** 53:12
**DFO** 62:24
**DFOs** 115:19
**DHS** 13:12 89:9
**Diaz** 51:14
101:11,20,21
101:25 138:21
139:15
**dictate** 175:25
**Diego** 158:20
**dies** 154:12
**difference** 96:15

118:12
**different** 42:20
42:20 45:2
49:10,10 58:22
70:18,18 83:10
96:16 104:13
104:14 110:11
110:19,23,25
111:25,25
113:14,21
114:19 115:15
120:25 125:12
128:15 131:22
136:2,3 140:2,3
140:3 155:11
155:12 156:13
156:25 163:14
171:17,17
**differently**
124:25
**difficult** 24:21
**difficulties** 69:1
**digest** 65:21
**dilemma** 110:2
**direct** 97:16
**directed** 48:8
66:13
**direction** 74:16
145:18,23
146:7,8 147:23
148:11
**directly** 15:10
17:21 126:21
143:24
**director** 5:5 40:8
41:11 51:15,15
58:2 70:2 96:24
96:25 97:16
114:16 121:15
121:16 132:15
132:19 138:12
139:20 158:16
**directors** 121:11
121:12
**disabilities** 37:17
**disability** 179:16

**disadvantage**
66:9
**disagree** 45:13
**disappeared**
56:16
**discharged** 30:3
30:5
**discipline** 30:9
39:24
**disciplined** 39:6
**disclose** 39:14
**disclosing** 19:12
**discretion** 172:5
**discrimination**
43:10
**discriminatory**
44:11
**discuss** 19:3,5
179:22
**discussing** 116:1
**discussion** 57:11
**discussions** 23:18
179:3
**dishonest** 39:6
**dispute** 17:16
**disputes** 17:24
**disruption**
160:11
**dissension** 51:23
**District** 1:1,1 6:5
6:5 182:1,1
**division** 45:4
**Divorce** 8:15
**document** 18:8
54:7 71:25
73:13 76:23
85:7,10 95:17
104:11,12,21
105:4 168:12
169:1,4,10
176:15
**documented** 21:5
**documents** 11:22
16:23 17:3 19:7
21:22,25 22:9
24:2,3,16,20

49:1 52:23 53:1
62:8 67:23
71:18 154:2
167:5 170:20
**doing** 12:1 30:24
34:13 35:22
40:18 51:21
54:11,11 68:21
70:14,15
101:17 108:8
108:21 113:14
113:20 114:18
120:15 124:18
126:12 127:1
129:3,19,19
143:16 148:1
161:19 168:14
174:24
**DOJ** 16:20,24
**Donna** 71:1
**door** 110:22
120:1 121:1
**double** 179:24
**double-sided**
127:1
**doubt** 16:4
**Downey** 2:22
12:12 14:12,20
14:22,24 15:4,5
17:12,20 20:13
20:20,21,24
21:1,11,14,18
21:19,21 22:6
24:3,4,8 53:11
53:13 105:17
105:20,21
167:9
**Downey's** 17:16
105:18
**dozens** 160:25
**drafting** 161:12
**dragged** 151:8
**Dresslar** 92:2
93:5,5,6 94:11
**Dressler** 4:10,22
**drew** 108:3

**driven** 34:5 45:2
**Drootman** 23:10
23:25
**drove** 88:11
90:16
**drug** 8:18 9:1
**dubious** 114:10
**ducks** 166:3
**due** 27:10 32:4
136:25 151:13
174:2
**duly** 1:18 6:18
182:15
**duties** 123:5
142:8 143:21
143:22
**duty** 27:24 28:13
30:9 136:3
142:20
**D-A-V** 7:1
**D-A-V-I-D** 7:1
**D-R-O-O-T-M...**
23:25
**D.C** 2:7,15
104:25 114:13
115:12,16,25
127:4

**E**

**E** 2:1,1
**eagerness** 29:20
**earlier** 30:15
88:9 97:8
109:21 113:5
115:12 123:1
131:4 138:5
144:15 149:9
155:8 163:10
167:4,8 168:25
169:4
**early** 9:6 36:10
36:13 90:15
**easier** 122:24
**easily** 69:4
**Ebanos** 71:1
**Eduardo** 92:3



93:15,20
**education** 25:15
26:1,17
**educational**
25:12
**EEOC** 10:10
**effect** 58:21
60:19 108:5
**effectively**
147:25
**effects** 60:11,12
**effort** 138:22
**ei** 96:19
**either** 12:11,17
20:19,21 26:1
28:19 76:24
86:5 96:19
98:21 161:5
180:1
**emotional** 130:21
136:25
**employed** 7:3
37:5 183:9
**employee** 15:14
16:5 41:11
43:12 80:14
111:13 131:20
132:17 164:14
183:11
**employees** 7:20
36:12,18 39:3
46:1 47:2 50:2
51:23 52:11
58:16 59:14
60:12,22 63:19
64:3 75:13
77:17,18,19
94:23 95:23
103:11,20
104:4,6,15
106:18 111:12
111:17 112:5
113:19 129:12
129:14,17
134:25 135:4
136:2,16,24

137:4 144:8
148:22 149:2
151:7,12
157:23 171:12
172:9 174:1
**employee's**
153:15 164:5
172:7
**employment**
30:25 112:23
**encompasses**
136:1
**endangered**
149:25
**endangers**
152:21
**ended** 133:16
**enforce** 46:23
137:15 173:10
**enforcement**
8:21 15:9 33:25
34:4,12,16,22
**engaged** 130:1
**engaging** 108:7
139:4
**enlarge** 72:1
141:11,17
**enlarged** 112:16
**enlisted** 27:6,7
**enlistment** 29:25
**enormous** 74:24
135:13 137:14
**enrolled** 26:19
**ensure** 70:18
75:6 136:14
156:7 161:20
174:25
**ensuring** 156:20
**enter** 47:24 48:2
48:14 49:15
90:17 113:4
144:10 145:17
164:25 170:23
**entered** 49:3,14
88:12
**entering** 148:25

150:10 162:10
**entice** 153:14
**entitled** 134:6
141:6
**entries** 47:9 69:3
69:22 71:3
111:25
**entry** 13:17 35:7
35:8,10,13,14
35:19 36:7
47:25 48:3,15
50:6 51:7 54:8
59:18 60:10
61:3,10 64:10
67:14 68:13,17
69:15 70:6,21
70:24,25 71:3,6
71:10,13 76:9
76:11,13 80:25
81:9 82:4,4,5
83:21,24 84:9
88:11,15 89:24
90:2,4,9,17,23
100:2 107:16
108:6,9 109:1,2
110:16,18
113:5,24
118:16,22
120:1 121:1
125:5 126:11
127:19 130:12
130:23 132:16
145:10 149:21
150:5 162:25
163:8 165:1
**environment**
37:24 47:8
59:14,17
103:11,20
104:4 106:18
107:11 173:17
**environments**
174:8
**EOC** 43:9 45:23
47:3
**equipment** 32:1

32:5
**ER** 134:6,12
**era** 129:20
**Eric** 4:18 23:10
23:20 73:19
79:18 80:10
81:11 85:13
87:10 92:3
93:20
**Eric's** 23:23
**Eritheans** 102:7
**Eritreans** 102:13
**error** 146:11
**ER/CF** 5:3
**escalated** 134:7
**escort** 121:25
**escorted** 88:14
90:1,22 121:22
**escorting** 107:7
**especially** 15:18
151:12
**essence** 15:21
**essentially** 10:25
89:23 145:3
169:22
**essentials** 32:1
**established** 16:16
**et** 1:3,6 4:12 5:6
6:3,4 182:3,6
**ethics** 15:12
**evaluating**
103:12,21
**evaluation**
109:17
**evening** 84:7
88:10 90:15
**everybody** 111:8
125:6 151:2
**everyday** 55:24
**evidence** 77:14
77:14
**exactly** 62:1
118:18 174:23
**examination** 4:4
4:5 6:20 18:3
166:16

**example** 83:5
108:18,20
172:19
**examples** 131:9
131:10 136:13
**exchange** 85:12
86:10 141:1
152:11
**exclusively** 16:24
**excuse** 32:13
169:11 171:22
172:14 173:23
**exercise** 17:8
172:5
**exhaust** 154:10
**exhibit** 3:4 4:10
4:14,18,21 5:1
5:4,8 71:21
72:19 73:1,3,5
73:8 79:5,8
84:21 87:23
88:2 91:16,18
93:1,1 97:23
100:24 101:1
102:15 105:3,7
106:4 109:14
115:3 122:11
122:18 123:21
123:21 137:22
138:9 140:16
140:19,20
141:5,12
142:22,22
160:23 164:18
168:12,19,20
168:23 176:10
**exhibits** 4:8
72:15
**exist** 70:4 151:5
**existence** 19:3
**exonerated** 174:3
**expand** 87:23
106:8 112:15
116:11 149:14
**expanded** 88:1
91:24 130:16



expedite 150:8
experience 8:3
experienced 161:17
expert 19:4 29:10
32:12 50:12
54:20 165:3
Expiration 183:17
explain 27:13
38:10 95:2
171:7
explaining 109:11 152:20
explanation 94:9
172:3 177:23
expressed 139:14
extended 119:13
174:6
extending 176:11
extension 119:12
extent 23:17
32:11 37:22
50:11,11 54:19
165:2
extreme 153:4
e-mail 2:8,16
4:10,15,18,21
5:1,8 23:14
72:20 73:6,16
74:9,10,15,19
74:22 75:17,19
75:24,25 77:5
77:11,12,23,24
79:10,13,15,23
80:3 81:13,24
82:10,23 85:12
85:17,21,22
86:1,1,10,16,19
86:21 87:6,10
91:20,23 92:1,6
92:12,13,16,17
92:21 93:4,15
93:22 94:10
122:12,16,24
123:2,5,8,9,12

123:13,14,25
124:10 130:17
133:24 140:22
141:1,5,17,18
141:20,25
142:7,11,16,16
142:25 144:6
154:19,24
160:23 176:19
e-mails 123:16
142:18 143:15
e-mail's 142:12
E-4 27:12,13 29:1

**F**

face 95:25
Facebook 44:3
facets 136:2
face-to-face 10:19
facilitate 145:16
facility 31:22
32:2
fact 16:9 17:20
18:6 41:6 65:16
150:22 165:11
facts 127:15
129:1,2,5
factual 17:23
25:7 93:3
failed 39:14
94:13 172:4
failure 93:24
134:6,11
fair 29:14 63:12
78:19 87:5
172:13
fairly 15:23
172:6
Falcon 71:2,2
false 136:18,21
families 127:17
130:22
family 128:9
157:24
Favio 26:13

favor 141:11
Fax 183:20
fear 64:2 76:20
93:24 94:14
128:2,5 157:24
158:2
federal 1:23
12:14 15:22
16:1,16,25
33:25 112:21
124:3,14 125:5
149:19 176:25
180:22
feedback 53:12
53:16 166:22
feel 15:11,17
18:21,25 19:13
19:20,22,23
43:2 44:8,9,10
44:10 48:8
50:13 54:22
66:16 70:8
80:21 162:23
167:16
feelings 128:13
feet 57:2 117:16
117:24 118:6
119:25 120:21
122:1 162:7
felt 37:22 38:4,9
39:12 41:3 66:8
69:23 70:13
160:4 167:10
female 43:12
fence 69:21
fenced 133:10
fiduciary 136:3
142:20
field 5:6 13:22
22:16 35:1 71:7
71:11 93:6,7,8
97:1
fifteenth 147:17
fighting 28:2
figure 95:25
154:3,3

figured 9:5 58:15
file 75:7,7 88:13
90:18 95:9,21
136:4,11
172:23
filed 43:11 53:24
64:20 96:2
129:25 130:4
135:24,25
136:12,18,21
136:24 137:1
137:10 175:3
files 24:8 179:19
filing 40:22 41:3
41:20 45:23
135:19 171:24
172:14
filled 56:4
finally 35:4
129:22
financially 183:12
find 28:9
fine 115:1 176:6
finish 159:6
fire 59:3,8,10
Firm 183:17
first 6:18 29:8
30:13 31:10
34:7,22 35:1
48:18 51:6
53:21 61:1,2
62:21 79:12
94:11 95:4 96:1
96:20,23 97:20
99:2 104:16
111:7 114:1
119:4,17
122:23 123:23
135:4 138:2,14
141:18 144:7
151:19 161:16
176:13 177:16
177:22 178:4,4
firsthand 33:1
57:7

firsthandedly 50:1 55:15
five 108:19
fix 95:25 96:1
fixed 95:19
flip 163:22
floor 57:5,6
183:18
flow 127:17
flu 175:3
focus 86:16 91:23
103:6 106:6
109:13 116:9
116:14 122:23
123:23 138:14
154:18 161:25
follow 17:6 29:18
29:21 64:14
65:6,7,10
106:22 113:19
148:6 151:17
followed 139:15
174:13
following 39:4
65:1,4,14,15,25
75:15 182:14
follows 6:19
follow-up 38:8
food 32:1 132:17
132:25
footsteps 29:19
29:21
force 16:6 164:2
164:9
forced 37:23
38:10
foreman 31:6,10
31:12
forget 12:24
40:15
forgot 11:20
26:15 51:18
112:7
form 9:15 10:3
30:8 39:23
63:10 83:7,17



139:7
**formal** 39:23
54:17 55:9
**formality** 96:16
**formally** 30:3
124:4 177:1
**forums** 10:10
**forward** 19:21
76:24
**found** 34:13
133:11 150:6
**foundation** 139:7
**founded** 43:16
**four** 9:11,12 96:4
108:19 150:14
**fourth** 147:17
**four-liner** 80:20
**Franklin** 2:15
**frankly** 177:8
**FRCP** 182:23
**free** 17:9 42:22
44:8,9 48:8
50:13 54:22
66:16
**freely** 131:15
**freeze** 31:7
**Friday** 6:7 67:18
**front** 18:10,15
33:24 54:2 65:2
73:4 79:5,13
85:10 87:25
88:14 90:1
91:14,24 106:6
112:17 114:23
115:2 122:11
122:16 134:24
135:7 142:22
148:19 151:2
**fueled** 50:2 51:22
**fugitive** 124:6
177:3
**full** 6:24 105:4
141:18 159:24
**fully** 14:6,17
19:15,24
116:17,22

117:7 159:20
167:24 180:2
**full-time** 23:16
45:21 74:3,4,5
**function** 119:10
**funding** 159:8
160:20
**funneling** 70:17
**further** 180:13
182:23 183:8
183:11
**future** 144:11

— G —

**gain** 25:8
**gangs** 67:10
**garbled** 90:18
**geez** 10:5,6 21:4
30:15
**general** 15:8
72:14
**generally** 12:14
147:7 169:3
**generate** 95:24
**generated** 110:3
110:8
**geographic** 74:24
**geography** 35:13
**getting** 36:18
53:12,22 58:13
58:13,14,22
66:24 80:9
101:13 133:12
154:1 166:22
170:12 175:1
**girls** 66:22
**give** 11:3 15:16
16:10 17:7
40:23 78:6
80:15 83:5
104:22 108:18
172:18
**given** 15:17
40:23 41:6,7
54:7 65:16
133:3 173:10

182:17
**gives** 42:17
**giving** 25:7 41:4
54:13 116:5
128:25 144:23
**go** 8:12 10:21
11:13,19 13:2,2
14:22 15:3
19:21 20:18
22:13 25:23
26:4 29:19 31:8
35:18 38:3,3
40:12,12 44:17
44:18,19 46:5
48:23 49:15,21
50:21 51:11
53:18 55:16,18
60:24 62:12,12
62:19 68:1
70:10,11,12
72:19 75:2
76:21,24 81:15
87:22 88:15
90:5,10,19,24
91:4 101:17
102:18 104:25
110:3 111:5,6
114:18 117:2
117:22 119:5,9
122:4 131:24
131:25 134:13
138:8 140:11
146:19,20
153:4 158:11
158:12,13,14
159:4 164:12
166:3 167:20
172:24 177:21
180:15
**goal** 29:17,18,23
**God** 9:2 21:12
62:15 76:25
**goes** 96:17,17,23
97:1 103:16
162:20
**going** 7:6 8:2

10:21 12:18
13:6,10 14:7
19:21 20:12
21:4 30:23 31:6
32:19 33:8
37:18 38:14
40:21 41:6 49:8
51:23,24,25
52:7 64:3 68:4
72:14 74:10
87:14 95:25
96:1 104:22
105:11 111:18
113:17,18
116:7 124:25
124:25 130:11
131:12 132:1
133:16 135:3
135:16 137:14
140:9 145:10
146:3 147:13
148:6 150:7,22
152:19 154:8
166:5,11 168:9
168:17 169:12
172:18 175:7
176:18 180:6
**Golden** 28:2
**Gonzalez** 51:14
51:15 58:1,2
70:2 114:16
121:16 138:16
138:20 139:13
139:14,19
**good** 6:22,23
10:21 38:19
82:22 121:3
155:25 166:18
166:25
**gotten** 22:11
153:6,7
**governed** 16:24
**government**
12:13,17 17:19
28:14 29:22,24
31:10,12 32:21

52:13 69:25
112:24 147:25
148:1,10
166:20 167:2
**governments**
42:20
**grab** 74:13 75:10
**grades** 176:1
**graduate** 25:21
**graduated** 25:18
25:18,25
**Grande** 35:9,15
71:2
**grants** 163:3
**great** 105:4 166:9
**green** 43:18,22
**grievance** 5:6
62:22 75:7
77:14 94:12
95:3,10,17,24
96:2,3,6,10,10
96:10,13,14,14
97:9,11 124:1,9
124:12 134:6,8
134:11 136:4,7
136:19,21
138:4,23 153:3
169:10,22
171:8,21,24
172:15 173:24
175:20 176:23
177:21 178:18
178:21 179:2,7
**grievances** 24:7
40:22 41:4,16
41:20 46:19,21
47:12,16,21
53:24,25 54:1
57:18 59:25
60:6 96:22
135:20,24
136:12,14,23
137:9 154:15
171:17 172:23
177:19
**Grievance(Fail...**



5:2
**grieved** 94:22
116:2,4
**ground** 10:21
126:10 145:10
**group** 27:10,12
76:10 82:3 88:9
88:12 89:23
90:14,17 91:2
**groups** 44:4
**guard** 31:2,9,11
**guarding** 153:10
**guards** 107:4,6
108:14,21,24
**Guerra** 73:18
85:13 86:17
87:10 88:4,6,7
89:22
**Guerra's** 87:6
91:2
**guess** 21:10 22:9
24:9 28:3,4,14
43:10 51:17
65:16 76:19
86:13 97:3
104:5 110:20
111:11 112:7
117:4 132:8
133:15 146:9
**guidance** 62:17
62:21 63:3
114:2,9 115:8
115:11,15,22
116:13 144:16
**guide** 75:2
**guidelines** 116:4
**guys** 22:14,19,24
81:15 153:16
166:21 174:21

**H**
**Halaska** 2:13 4:5
12:13 17:13,15
20:12,20,21
23:4,11,13,21
24:9 32:11,17

32:20 44:5 48:7
50:10 54:19
55:7 66:13
69:18 70:9,12
84:23 85:8 91:7
102:5 108:10
108:12 114:4
125:16,22
126:13 129:7
129:10 130:8
131:14 132:22
139:6 145:5
150:19 156:9
156:21 160:9
165:2,15,23
166:5,17,19,24
166:25 167:1
167:20 168:11
168:21,25
169:6,8 173:13
173:19,22
176:9,15
180:10
**Halaska's** 55:5
**half** 22:16 74:5
**hand** 136:10
**handle** 32:9
68:18 69:5
160:12 174:8
**handled** 128:16
136:6,7
**handler** 35:1
**handling** 75:1
**happen** 33:5,8
40:6 95:19
153:13,15
**happened** 31:8
40:7 55:23
60:15 75:12
77:3,4,6 81:8
81:10,14
108:17 118:18
120:4,20,24
121:7 155:10
155:18
**happening** 67:16

80:11 110:10
111:9,11,20,24
116:6 155:11
**Haral** 73:16
**Haralson** 4:11,15
4:22 5:1,5
73:17,22 74:8
74:16 75:25
77:5,22,24
79:18 85:14
92:2 94:10,25
122:13 123:17
123:25 134:1,5
141:3 176:12
176:20 178:2
**Haralson's** 73:24
**hard** 83:2 111:3
140:5,8 180:7
**Harlingen** 70:25
**harm** 19:6
**harmed** 131:5,9
131:11 132:14
**Haska** 20:14
**hazards** 174:7
**head** 11:7 127:4
**headache** 147:15
147:15
**header** 141:19
**heading** 44:12,13
**headquarters**
45:3 50:3,3
124:18,19
126:8,11
**heads** 58:14
**health** 37:19 38:1
38:1,4 59:1,2
174:4
**hear** 14:11,21
36:17 38:6
39:19 40:25
91:8 114:6
176:5
**heard** 59:10
**hearing** 85:1
**hearings** 93:10
**Heck** 131:17

**Heck's** 132:10
**Heights** 71:2
**held** 6:8 59:15
60:23 155:3
157:2,5
**help** 58:16 59:14
67:23 78:12,13
78:17,17 129:3
153:5 154:15
172:22,24
**helped** 59:16
**helpful** 84:18
**helping** 58:16
**helps** 73:14
**hereto** 1:24
**Hernandez** 51:12
51:13 88:8
**Hey** 62:11 113:15
177:10
**Hi** 168:17
**HID** 5:3 93:25
94:3 134:7
**Hidalgo** 34:24
35:5,8,13 36:7
50:6 51:7 54:8
59:18 60:10
64:9 68:12,16
69:14 70:23
76:12 80:25
81:8 82:4,5
88:11 90:22
94:5,7,15 95:13
98:7 100:2
118:22 139:23
144:7 151:2,20
155:21 156:15
157:17 159:12
162:3,6,18
**hiding** 129:2,5
**Higgerson** 5:2,5
40:8,9,17
122:13 124:1
134:2 176:20
176:22 177:18
**high** 25:18,20,21
25:23,24,25

**higher** 29:19
**higher-ups**
139:16
**highest** 25:15
27:8 29:10 37:6
**highlight** 114:25
173:21
**highlighting**
176:11
**highly** 15:17
**Hinojosa** 138:21
139:16
**hired** 9:5 15:6
31:5 34:10,10
34:25 36:17
38:13,13
**hiring** 22:22
**historically**
95:11,11
143:23
**hit** 153:6
**Hmm** 48:17
65:20 66:6,8
77:12 107:18
121:11 126:23
136:23 152:18
159:1 167:25
178:8
**hold** 18:14,14
52:3 53:10
110:21,21,22
118:1
**holding** 83:24
**Homeland** 13:11
**Hondurans** 28:3
**honest** 25:7
44:24
**Honorable** 30:5
**honorably** 30:5
**hope** 25:8
**hopefully** 71:18
**horrifying** 128:1
**hostile** 47:7
95:13 153:16
**hour** 12:23 80:15
**hours** 21:5,10,12



22:12 24:3
25:17,18 26:9
26:10
**house** 39:11,16
39:17
**Houston** 1:22
**Howe** 63:1
**huge** 155:4
**Huh** 14:15
**huh-uh** 11:9
30:10
**hundred** 27:22
135:11 160:14
**hurt** 150:20
154:13
**H-E-C-K** 132:11

**I**

**Ibarra** 4:15
73:17 79:16
80:1,23 81:25
82:2
**Ibarra's** 80:4
**ice** 133:8
**identification**
73:9 79:9 84:22
91:19 122:19
140:17,21
**identified** 138:23
**identify** 110:8
**identifying**
142:12
**Igloo** 133:9
**ignore** 95:15
139:10
**illegal** 174:22
**immediate**
162:10
**immediately**
162:9,25 163:7
**immigrants** 32:6
44:12,23 52:12
53:9 58:17
60:23 133:1,17
153:9 165:8
173:1,11,14

**immigration**
2:14 28:15 31:2
31:14,15 89:6
124:4,15 125:5
148:11 176:25
**impact** 134:25
172:6
**impacted** 60:22
**impacting** 172:8
**implement**
129:13
**implementation**
112:20 113:2
115:25
**implemented**
54:14 69:24
83:3 99:14
117:6 162:17
169:15 172:2
174:7
**implementing**
117:3 125:25
**importance** 95:9
**important** 11:3
12:2 38:4 80:16
**importantly**
11:12
**impression**
128:12
**improper** 139:6
**improve** 65:24
172:15
**improved** 173:12
173:14
**improving**
172:25
**inappropriate**
15:17
**inauthentic**
86:10 93:1
123:21 142:23
**incident** 4:11,16
4:19 39:9 74:13
75:7,20 76:7
77:11,23 79:24
101:9 155:8

**incidents** 48:25
155:20
**include** 17:4
41:25 42:6
97:15,18
146:12 161:16
172:10 174:19
**included** 60:1,3,4
**includes** 70:25
**income** 26:2
**incorrect** 126:15
**increase** 69:14
**Index** 4:1
**indicated** 167:9
**indirectly** 37:23
38:10
**individual** 23:20
94:19 120:20
**individuals** 36:3
38:15 56:14
69:2 83:13,20
84:1 90:8,21
101:10 102:8
121:18 139:2
144:9 170:20
174:9 176:21
178:7
**Infantry** 29:10
**infested** 173:3
**influenza** 175:2
**influx** 31:18,22
**inform** 62:4
162:21
**informal** 39:23
54:17 55:10
96:9
**informally** 95:20
136:7 153:2
**information**
11:17,20 21:8
22:16,24 23:1
66:18,19 87:18
128:25 129:2
141:20 142:13
**informed** 22:23
54:12 62:2,6

83:4 174:21
**initial** 119:18
**initially** 48:17
155:24
**injured** 95:23
**injury** 130:21
179:14
**input** 161:15
164:5
**INS** 31:21 88:11
88:13,14,25
89:10,17 90:17
90:18
**inside** 120:7
**insinuated** 46:18
**inspect** 52:23
53:1 59:8 82:16
119:11 159:10
**inspected** 48:4,16
48:17 50:16
82:13,14
117:11
**inspecting** 50:8
120:11
**inspection** 49:7
89:17 118:9,14
119:14,18
120:15,20
149:1 155:9,21
156:14 159:13
159:14
**inspections**
170:16
**inspector** 34:11
34:14 162:4
**inspectors**
171:18
**installation**
31:12
**instance** 1:17
155:7
**instances** 68:15
136:6
**instantly** 162:11
**Institute** 26:13
**instruct** 16:13

**instructed** 12:16
51:6 61:22
107:4
**instructing**
170:20
**instructions** 16:2
53:22 144:9
**integrity** 43:25
45:3 112:24
127:13 129:15
**integrity's**
173:18
**intel** 66:10
**intelligently**
105:5
**intend** 16:10
**intent** 17:6
**intentionally**
60:9 127:15
128:15 157:15
160:19
**intentions** 78:23
**interact** 49:6
118:23
**interacting** 61:9
**interactions**
60:25 61:5
77:22
**intercepting**
162:8
**interest** 17:7
52:15 63:22
69:24
**interested** 183:13
**interfering**
158:24
**internal** 77:12
134:22
**interpret** 78:18
78:18 94:21
124:24 170:9,9
**interpretation**
78:8 84:14 85:4
126:25 148:4
**interpreted**
126:4,4,17



**interpreting**
83:19 124:23
**interrupt** 48:24
111:6
**interview** 61:11
**intimidate** 15:22
128:5
**intimidated**
16:10 18:21
19:1
**intimidation**
128:3 167:12
167:16
**investigation**
34:14 131:21
**investigations**
19:3
**Invocation** 93:23
**invoke** 94:12
**invoked** 97:2,2,5
134:14
**invoking** 97:5
**involved** 8:21
9:15
**involves** 140:3
**In-House** 2:18
**Isabel** 31:14,17
31:22
**Ismael** 51:12,12
88:8
**issue** 40:2,16
53:25 75:2,12
95:18 136:24
144:3 175:8
**issues** 19:10
67:16
**item** 136:3
**items** 39:14,15
**I-66** 34:6

**J**
**J** 2:13 82:2
**James** 25:24
**January** 13:7
98:9 106:11
138:4

**Javier** 138:12
**jeopardize**
113:18
**jeopardy** 112:21
113:10
**Jessica** 4:15
73:17 79:16
80:1,4
**job** 123:17
142:19 168:3
174:7,25
**John** 139:13,19
158:15
**join** 27:2,5 29:24
36:11,14,15,21
**joined** 36:19
41:22 42:3
168:16
**judge** 12:15
15:25
**jump** 166:8
**jumped** 28:3
**jumps** 27:20,22
**June** 1:13,19 6:7
182:11 183:14
**justice** 2:14
16:18 17:8 23:5

**K**
**K** 1:6 2:7 6:4
182:6
**KATHERINE**
2:13
**Katherine.j.shi...**
2:17
**keep** 73:14
**kept** 54:15 85:25
92:16 123:13
142:15 179:18
**Kevin** 1:6 3:4 6:4
6:11 71:21,25
72:6 79:3 84:19
87:23 91:11
97:24 98:12,16
100:12 103:1
105:2 106:4,7

112:14 114:21
122:8 130:14
133:21 138:8
140:12 141:2
141:19 142:1
143:1 148:16
149:13 154:22
163:23 164:17
168:11 169:6
173:19 176:9
182:6
**Kevin's** 168:14
**Khoury** 15:8
18:7,15 19:14
**kids** 67:17
**kill** 177:12,13
**kind** 8:18 10:15
19:18 22:2
39:25 64:20
65:3 75:14 83:2
111:2 133:8
140:5 160:11
160:17 161:18
161:24 172:3
180:7
**knew** 23:18
50:20 74:23
125:25 147:21
150:7 161:24
**know** 11:19
17:13 18:11
19:7,9,22,25
21:20 23:24
29:12 34:5,15
36:17,18 38:12
38:17 39:1,12
40:16 46:25
49:12 50:18
54:11 56:2,9,15
56:24 58:14,15
60:1,5,18,21
61:21 63:20
64:2,14 65:5,13
66:11,25 68:25
71:25 72:5
73:22 75:2

76:17 77:9,16
78:6,8,10,19
80:1,7,8,12,13
80:15 81:13,15
81:17,21 83:13
83:16,25 85:5
86:12 87:18
94:4 95:18,22
100:14 101:9
101:18 105:20
107:3,7 109:24
111:2,10,11,12
111:18 112:4,6
113:10,11,12
113:13,17
114:14,18
116:7 117:11
118:8,8,11
119:8 120:5
124:22,23,24
125:1,7 126:9
127:1 128:10
129:4,18,23
130:7,9,11
131:12 132:9
133:6 134:20
135:8,10,10,10
135:16 137:15
139:14,15,21
139:25,25
144:24 146:16
147:7,15,16,18
150:25 153:4,6
153:12,22
154:3,4,7,8,9
158:17 159:24
160:3 161:20
161:22 163:15
165:14,16,16
168:2 170:2,8,9
171:3,4,5,6
172:22 173:6
174:23 175:4,6
175:7 176:19
177:11 178:22
179:2,4 180:4,5

180:9
**knowing** 44:25
60:11,11 67:3
**knowingly**
136:18
**knowledge** 82:10
**known** 15:18
**knows** 76:25
136:14 179:20

**L**
**labeled** 28:4
168:12
**lack** 33:3,3,6
168:2
**lacks** 127:14
128:17,20
**Lado** 1:3 6:3
182:3
**lane** 119:3,12
**Laredo** 35:3,7,13
62:24 71:7,10
97:1
**large** 56:13 76:10
135:24 137:12
137:13,13,14
159:23
**Las** 152:7
**late** 9:6 36:10
37:1 84:4
**Lauro** 138:21
139:16
**law** 2:23 17:7
33:25 38:15,22
38:23 42:24
50:9 64:10
65:18 112:21
124:20,24
125:18,25
126:4,12,18,22
126:24,25
127:5 139:4,5
148:23 162:24
163:3 165:20
174:14 178:3
179:8



**lawful** 77:18
170:7 171:1,6
**lawfully** 103:16
107:3
**laws** 124:4,15
125:5 175:13
176:25
**lawsuit** 64:20
129:25 130:4
**lawyer** 73:12
**lawyers** 128:7
**lead** 35:9 125:23
**leadership** 36:23
52:9
**leading** 69:18
70:9 91:7,22
102:5 108:10
109:1 114:4
125:16,22
126:14 130:8
139:7 145:6
150:19 156:9
160:9 172:17
**Leaf** 29:8,8
**learned** 50:18
**leave** 29:16 37:19
37:20 153:13
**leaving** 155:4
**left** 28:17,21,21
28:25 29:15
30:11 41:8
135:15 150:21
153:14 176:12
**legal** 6:12 15:16
16:18 50:12
54:20 113:24
165:3 174:21
183:18
**legality** 114:10
144:17
**letter** 5:4 14:24
15:10,11,15,19
15:21,23 16:12
17:20,24 18:6
18:12,20 19:13
19:23,25 39:8

39:18,20,22
40:1 41:7,15
64:15 98:2,3,9
98:13,18,21,24
99:3,11 100:5
106:11 110:9
133:24 134:1,5
137:24 138:3,4
138:11 140:23
150:22 152:19
152:23 153:20
160:24 161:2
161:10,12
162:1,2,20
163:25 164:3,5
164:9 167:10
167:24 168:7
179:24 180:3
**letterhead** 98:4
106:12
**letters** 152:25
**letter's** 16:2
**let's** 25:20 55:5
79:2 81:24 99:2
102:15 104:25
133:20 137:21
141:16 145:13
154:21 157:19
160:22 161:25
166:23
**Lev** 2:6 168:15
168:17 172:17
**level** 25:15 33:13
**lice** 58:14 175:2
**lie** 61:22
**lied** 61:24,25
**life** 9:13,14 29:17
29:18 30:23
153:15
**limited** 32:4
151:14
**line** 44:6 54:1
75:19 79:23
86:21 93:22
94:3 96:20
97:20 100:3

110:22 115:7
118:14,14
129:21 130:10
136:9 162:8
170:15,19
**list** 106:14
145:15 146:2,2
147:11,13,18
147:19,21
**listed** 77:23
85:22 92:13
142:12
**lists** 53:7
**litigation** 2:14
45:7,9 130:6
**little** 8:1 10:7,13
25:11 56:16
62:10 65:21
80:19 133:9
135:18 141:23
157:9
**live** 9:16 42:18,22
**lives** 135:3 173:1
**LLP** 168:16
**lobby** 56:16
118:10
**local** 7:21 22:23
24:7 33:13 51:5
51:6 52:17
53:23 96:25
97:13,13,15,18
154:6 171:8,20
171:23 175:20
178:16,17,17
**located** 26:6
35:14
**location** 110:23
131:22 176:2
**locations** 74:25
104:7,8,9,10
**long** 26:19 60:7
140:7 143:17
151:24 168:3
178:23
**longer** 80:24 81:7
172:21

**longstanding**
165:7
**long-term** 58:21
**look** 21:22,25
22:10 60:14
64:6 80:12
98:17 118:7
129:23 138:2
138:10 177:20
179:21
**looked** 138:5
**looking** 11:22
24:2 52:25
71:25 75:17
102:18 106:11
106:14 107:2
169:9 180:6
**looks** 138:11
174:17
**Los** 71:1
**losing** 137:17
**lost** 39:10
**lot** 21:7,7 22:4
28:5 58:1 128:2
128:2 135:14
147:14 152:14
175:6 179:14
179:18
**lots** 69:21
**loud** 161:5 176:7
**lunch** 105:1,2
**lunchtime** 104:24
**lying** 145:3
**L.L.P** 6:9

_____

**M**

**M** 2:5
**machine** 1:22
**Magna** 6:12
183:18
**mail** 26:16
**main** 39:2
**maintained**
85:25 92:16
142:15
**maintaining**

108:25
**majority** 124:16
**making** 19:18
67:14 75:9
**man** 27:6
**management**
51:5,6 52:17
53:23 62:1,3,5
69:15 77:13
95:12 97:13,14
97:15,18
109:25 114:2,8
116:21 139:5
139:23 154:6
158:6 175:9,24
176:1 177:11
177:12
**management's**
95:25
**managers** 96:18
175:15
**mandate** 124:14
**mandated** 103:16
107:3 174:4,11
**mandates** 124:3
174:14 176:25
**manner** 39:4
50:19 55:14
78:19 99:13
136:24 169:14
172:9
**March** 4:10 5:1,4
5:8 30:22,24
33:14 134:2
137:24 142:1
160:24 162:18
**Marco** 18:15
**mark** 91:16
122:11 140:18
**marked** 73:5,8
79:5,9 84:22
91:19 100:24
106:4 115:3,3
122:18 133:23
140:15,17,21
**Market** 183:19



marshal 59:3,8
  59:11
match 113:14
materials 21:4
  23:2
matter 6:3 16:21
  19:4,12 55:25
  95:7,9 97:10
  130:6 136:10
matters 19:5
  52:12
Mayer 2:6 6:9
  168:15
McAleenan 1:6
  6:4 141:2 142:1
  142:4 143:1,15
  145:9 182:6
mean 8:24 16:8
  19:7,9 22:20
  23:9 34:11,15
  34:19 35:25
  38:11 42:16
  48:24 55:25
  56:11 57:4
  60:14,16 63:18
  70:16 72:23
  74:12,23 76:18
  81:2 82:19 83:2
  83:10,12 89:3
  93:7 94:3 96:18
  97:5 100:7
  101:7,8 103:19
  104:3 107:1,2
  111:6,7 113:11
  114:18 118:3,5
  127:3,25
  128:23 129:16
  145:22 146:7
  146:21 152:15
  153:3,7,12,22
  153:24 157:4
  163:15 170:13
  170:18 171:15
  171:18 178:23
  179:18 180:6
meaning 170:13

meaningful
  42:12
meaningless
  153:15
means 11:5 27:13
  76:4 86:25 89:1
  101:5 127:23
  128:1,21,24
meant 106:18
  108:6 158:2
Medal 29:7
media 6:2 63:21
Medlock 2:5 4:4
  6:21 8:23 14:9
  14:13,22 15:3
  17:11,21 18:1,5
  32:24 38:3
  40:12 41:14
  44:14 46:5
  48:12,23 50:21
  50:24 52:2,16
  53:18,20,21
  55:1,4,8 57:21
  60:8 63:17 67:5
  67:21 68:1,9
  69:19 70:15
  72:6,8,21,24
  73:4,10 79:2,4
  79:10 84:19
  85:9 87:22,25
  91:8,11,13,20
  93:14 96:13
  97:22,25 98:12
  98:14,15,17
  100:12,14,20
  100:22,25
  101:3 102:11
  102:25 103:3
  104:23 105:8
  105:16,19,24
  106:3,10
  108:13 112:14
  112:16 114:5
  114:21,23,25
  115:2 116:10
  116:12 118:25

119:9 122:8,10
  122:22 125:17
  125:23 126:19
  129:16 130:13
  130:14,16
  131:23 132:9
  132:24 133:20
  133:22 137:21
  137:23 138:8
  138:10 139:10
  140:12,18,22
  141:16,22
  143:13 145:8
  146:20 148:16
  148:18 149:13
  149:15 151:16
  154:21,23
  155:14,19
  156:12,24
  160:19 161:11
  163:22,24
  164:17,19
  165:11,18
  166:2,9 167:4
  167:22 168:18
  169:1 176:16
  180:2 182:20
Medlock's
  167:15
meet 20:21 23:4
  84:2
meeting 44:13
  95:17 124:13
  159:19 178:6
meetings 21:13
  21:19,21 22:6
  124:1,9,16
  176:23 177:10
  178:19,20
  179:1,7,11,11
member 30:20
  36:23
members 43:24
memo 86:21
  87:12,17
  115:18

memorandum
  63:4,10 115:6
memory 67:23
  157:9 168:2
memory's 10:13
mentioned 30:11
  147:8 152:18
  163:4
mere 162:7
message 74:14
messenger 137:4
  137:5,10
  171:19 177:13
  177:13
met 10:19 21:8,8
  24:8,23 125:7
  138:21 177:9
metals 29:5
meter 119:25
metering 41:21
  62:16 68:19
  70:3 71:13
  107:15 115:7
  115:21 117:4,5
  119:3,11,16,24
  120:5,6,24,25
  131:19 149:20
  149:24 150:17
  150:23,24
  151:20 152:1,8
  152:10,20
  153:11 157:10
  157:13 163:11
  163:16 169:23
  169:25 170:2
  170:11,13,14
  170:14,17,18
  174:19,20
  175:8,21
method 110:19
Mex 148:10
Mexican 49:8
  53:8 61:5 82:12
  82:24 87:1
  89:24 91:3
  103:13 117:16

120:21 121:19
  121:22,23
  122:4 145:18
  146:14,22
  147:2,9,10,24
  147:25 148:5,9
  148:10,24
  165:9,13
Mexicans 87:3,4
  117:21
Mexico 48:3,15
  49:4,17,22 50:8
  51:8 52:18,18
  53:3,23 54:6,18
  55:10,19 61:15
  61:23 62:13,19
  64:11,18,23
  65:19 66:5 67:1
  67:2,9,14 76:13
  77:7 82:6 88:15
  90:5,10,19,24
  91:4 101:18
  102:3 107:23
  108:3 117:8,22
  118:13,21
  119:22 120:11
  130:24 131:5
  144:10,18
  145:15 146:1,4
  151:8 162:6,8
  162:11 163:1
  163:18 165:1
  170:3,7 171:1,2
mid 145:16
  149:20
middle 64:3,5
  113:15 151:10
  152:5 162:5
migrant 131:18
migrants 31:18
  31:23 32:9
  68:12,16,23
  87:2 89:24 91:3
military 25:19
  26:17 27:1,2,16
  28:17,25 29:20



30:4,7,12,18
37:18 41:22
**mind** 150:3 160:6
169:7 173:19
176:11
**minimize** 155:3
157:2,5
**minimus** 150:14
**minute** 40:20
166:22
**minutes** 54:4
**mirrors** 144:9
**misconduct** 64:1
111:13 112:6
**mislead** 46:11,12
46:15
**Mission** 71:1
**modified** 50:17
62:11,14,18
**modify** 52:11
**modifying** 52:22
**moment** 177:25
**money** 137:16
158:23 160:3
160:12,17
**monies** 133:10
**month** 95:21
**months** 41:9
**morning** 6:22,23
21:9
**motivation**
172:14
**mouth** 78:16
111:16
**move** 71:17
75:23 81:24
97:10,22 98:12
99:2 102:15
112:14 127:8
130:15 133:20
137:21 145:13
148:16 157:19
160:22
**moved** 110:23
120:2 121:5,9
**movement** 31:4

**moving** 110:20
150:17 157:10
**mul** 56:12
**multipage** 91:21
133:24 140:22
**multiple** 35:2
65:12 155:14
155:17,19
**mumbling** 161:3
**muster** 115:21
**muted** 53:16

---

### N
**N** 2:1 123:17
**name** 6:24 23:23
51:10 132:10
132:21 163:14
166:19
**named** 23:20
163:16
**names** 51:10
82:17 167:1
**Nation** 43:11,13
43:14,15,16,18
43:24 44:2,2,11
44:22,22
**national** 7:19
22:15,24 24:6
24:12,12 31:15
33:13 36:11
46:23 63:21
86:5 93:8 97:3
135:7,8 143:22
175:12 178:16
**nationally** 97:3
112:3 153:8
**Naturalization**
31:16 89:6
**nature** 98:1
171:7
**NCBA** 174:4
**near** 35:14 121:1
121:5 152:20
162:5
**necessary** 32:9
156:7,20

**need** 14:9,13 15:1
23:10 64:14
72:13 80:12
87:17 100:8
101:17 118:7
135:15 141:20
153:21 154:7
162:23
**needed** 22:25
94:22,22 136:9
159:8 160:16
**needs** 144:3
**negative** 44:23
47:22
**negotiate** 175:24
**neither** 183:8
**never** 54:15 56:2
59:12,12 69:8,8
69:15 78:23
136:20 147:17
147:19 161:24
**new** 66:22,23
83:12 129:14
**newspaper**
111:10,19,21
**Nicaragua** 28:6
28:12
**night** 67:18,18
81:12 84:4
**Nineties** 9:6
36:13
**Nobody's** 154:15
**noncitizens** 82:11
82:24
**normal** 126:3
143:4,4,8
**normally** 108:24
**North** 26:14
**note** 88:25 89:23
140:14 168:15
180:22
**noted** 6:14
**notice** 74:18
**notified** 23:10
**NT** 85:18 142:8
**NTEU** 4:13,17,20

4:23 5:3,7,10
7:20,23,25 9:25
20:14,15 22:15
22:23 23:15
24:11,12 36:12
36:24 37:2
45:22 46:23,24
47:10 52:9 73:7
73:7,25 75:19
78:3,15 79:11
85:11,19 86:5
88:2 91:22
92:10,21,23
93:16 95:3
97:23 98:4,6,13
99:3 102:16
106:12 122:15
123:6,18 125:3
133:25 135:19
135:23 137:9
140:24 142:9
142:19 143:10
154:22 157:19
164:8 168:13
168:22 169:11
171:8,20,23
175:9 176:10
178:15 179:19
**num** 56:13
**number** 4:9 6:2
44:11 56:13
68:12,16 79:8
79:11 84:21
85:10 91:18,22
122:15 133:25
135:24 140:16
140:20,23
161:20 168:20
168:22 176:1
**numbered** 1:19
102:21 103:4,7
106:15
**numbers** 73:7,11
73:12 151:5
**numerous** 9:22
21:16 71:3

143:15 150:4
175:3
**N.W** 2:7

---

### O
**oath** 6:18 10:3
14:1 41:23,25
42:4,6
**oaths** 42:12
**Obama** 47:12
71:15
**object** 12:13
165:2,15
**objected** 17:3
**objection** 17:4
32:11 44:5,6
50:10,11 54:19
55:5 69:18 70:9
91:7 102:5
108:10 114:4
125:16,22
126:13 129:7
130:8 139:6,7,7
145:5,5 150:19
156:9,21 160:9
172:17
**objections** 12:14
16:22 139:10
**observation**
31:21 61:4
**observations**
71:10
**observe** 57:7
**observed** 48:1,2
48:13 50:5 65:3
80:25
**obviously** 10:20
**occasionally**
71:22
**occasions** 116:21
**occur** 49:24
**occurred** 76:7
77:25
**offered** 8:14
**offering** 18:23
**office** 2:14 10:19



13:22 23:6 24:6
24:12,13 43:9
43:24 45:3 71:7
71:11 74:3,6
95:12 127:4
178:12,13,15
178:17 179:19
**officer** 8:20,21
20:13 23:15
27:6 29:18
30:14 31:7
33:15 34:9,16
34:22 37:11,13
37:14 45:10,14
45:15 49:7,20
61:9 80:6 81:25
84:2 88:20,23
107:7,9 118:23
119:18 121:24
122:1 143:19
143:21 150:18
152:21 155:25
156:7,20
182:16
**officers** 43:18,22
51:7 53:22 54:8
55:20 58:11,13
60:25 61:2,21
61:25 64:9,16
77:10,22 78:4,4
81:8 84:8 99:15
100:5 107:13
107:16,22
108:1,6,19,19
108:22 109:8
109:10,16,24
109:25 110:14
112:21 113:16
113:22 117:21
118:16 120:14
127:13 144:16
145:19,23
146:7,10
149:23,25
151:20 152:8
153:10 157:22

160:25 162:2
163:25 164:2,9
169:16 170:16
170:19 172:11
172:15,25
173:2,8,9,16
175:1 177:17
**officer's** 112:23
**offices** 133:13
**official** 33:9
39:13
**officials** 33:10
145:15 148:5
**OFO** 13:22 62:24
95:12
**Oh** 21:12,20
28:16,23 34:5
40:15 41:2 46:9
47:22 62:15
68:25 86:11
87:9,15 98:15
100:11 102:20
108:23 141:19
156:12
**okay** 7:11 8:12
8:16 9:7,15
10:13,16,23,24
10:25 11:14
13:3,5 18:10
19:20 20:1,3
22:3 23:4 24:1
25:3,20 26:22
28:23 29:14,25
30:6,6,11,19,23
31:17 33:14
34:5,6 35:6,17
35:21 36:4,4,9
36:11,21 37:10
37:20 39:5
41:14,22 42:10
43:7 45:5,18
46:9,9 48:20
49:5,18 51:12
52:2 53:18 54:3
54:3 56:21
58:25 60:24

61:7,21 62:3,9
63:7,9,14 65:23
66:18 67:20,24
71:17 72:3,4,5
72:8,11,21,22
73:1,2 74:8,15
74:18 75:4,11
75:16 76:6,17
77:2,9,20 78:9
79:15 80:1,15
80:16,23 81:5
81:20,23,23
82:21 83:20
84:1,6,11 85:8
85:9,17 86:6,14
87:15,21 88:25
89:15,21 90:8
90:20 91:15,25
92:19,25 93:4,7
93:11,19,22
94:6,8 95:2
97:8,21 98:6,21
99:2,4,8,11,25
100:5,18 101:2
101:3 102:11
102:24 103:2,6
103:19 104:1
104:23 105:6,8
105:23,24
106:2,16
109:11 111:4
111:19 112:9
113:8 115:11
115:14,24
116:25 117:5
117:25 118:17
119:6 120:10
120:19 121:9
121:18 122:3,7
123:1,4,23
124:12 127:12
127:22 130:20
131:3,16,23
132:12,24
133:19 134:15
135:8,18 137:3

137:20 138:7
138:14,20
139:22 140:4,8
141:25 142:7
142:25 143:7
144:6,14
145:13 147:6
148:9 151:16
155:7,19
156:24 158:5
160:6,22
163:17,21
165:18 166:1
168:10,25
169:22 173:13
176:7 179:17
179:23
**old** 10:18 135:4
**once** 23:18 82:5
90:4 116:15
**ones** 22:10 65:7
93:9 102:7
104:16 110:8
135:3 136:12
173:4
**one-page** 79:10
115:6 122:12
**ongoing** 19:3
**Oops** 180:17
**open** 99:15
103:13 158:21
169:16
**opened** 160:15
**operation** 28:1
32:3
**operational** 19:6
**operations** 5:6
13:22 15:9 35:2
35:23 97:1
**opinion** 19:5 32:7
50:12 58:9,19
156:19 165:3
**opportunity**
70:22
**option** 96:19
**oral** 1:10,16

182:16
**orange** 133:4
**order** 16:16 46:8
46:19 61:10,22
69:5 70:5 71:12
75:12,15 77:18
113:23 114:1
117:21,21
127:17 144:8
157:12 158:23
160:12
**ordered** 50:20
51:1 80:22
149:3 161:21
162:3 163:4
**orders** 39:4
52:14,16 65:1,4
65:10,14,15
66:1 77:18
160:18 174:2
**organization**
32:8 37:7
**organizations**
68:17
**Ori** 2:6 168:15
180:12
**orientation**
104:14
**original** 182:19
**OTM** 86:21,25
103:14
**OTMs** 88:9,12
90:14,17
**Otro** 1:3 6:3
182:3
**outcome** 183:13
**outside** 22:5,6
28:11 110:22
143:3,4 172:24
**outstanding** 29:9
**overnight** 56:3
**overseas** 26:17
**overtime** 70:19
**Owen** 63:4 115:7
151:19 152:7
**Owens** 143:16



151:1 159:18

**P**

**P** 2:1,1
**Pace** 25:24
**packages** 132:18
**page** 4:2,9 10:23
75:10,18 87:23
88:1,2 97:23
98:13,18,19
99:2,5 100:13
102:16,22,23
103:4 106:6
109:13 137:22
138:9,15
157:19 160:22
169:7 173:20
183:4
**pages** 4:22 73:14
163:23
**paperwork** 84:16
85:7
**paragraph** 76:18
94:11 100:9,13
101:4 103:6,7
103:10 104:2
109:13 112:15
112:17,19
116:12 122:24
123:24 127:9
130:15,17,18
130:20 138:15
141:18 145:14
148:17,18,21
149:14,15,18
176:14
**paragraphs**
102:22 103:4
106:8,15
**parameters**
16:15
**parens** 169:16,17
**parentheses**
93:24,25 99:15
99:16 103:14
103:14

**parenthetical**
103:15
**parking** 69:21
**part** 28:19 41:1
72:25 73:15
80:16 84:24
90:23 92:23
110:21 123:17
131:8,9,9
142:18 144:19
171:18 175:8
177:19
**participate** 21:18
177:19
**participated** 9:21
9:23 10:9
177:10 178:5
179:3
**participating**
64:17 107:23
108:2 109:5
**particular** 18:23
109:9 116:14
157:8
**parties** 6:13
16:17 113:13
182:22 183:9
**parts** 71:22
144:19
**party** 136:13,14
180:25 182:25
183:6
**passenger** 103:12
**passengers** 67:14
**passing** 153:7
**passive** 35:1,22
35:22
**passport** 89:19
94:20
**patrol** 16:4,20
43:17,22
**pattern** 50:7
164:12,24
**pause** 12:5,6
**pay** 46:19,21
135:13 174:10
**peacetime** 29:11

**peatime** 29:11
**pedestrian** 66:20
88:14 90:2,4
99:15 101:11
119:3 169:17
**Peltier** 1:20 6:12
182:12 183:16
**Pena** 73:18 82:2
**pending** 13:1
**Penn** 183:18
**Pennsylvania**
183:19
**people** 23:8 33:3
33:6,7 43:21
46:11,12 49:2,3
49:18 56:1,5
57:18 58:17
59:5 63:23 66:8
66:19,25 67:3,8
67:13 69:11
70:5 89:13
110:6 117:9,10
119:4,6 128:10
137:8 146:1,2
147:10,15
150:10,11,13
150:15,20,23
151:3 152:2,14
157:11,13,17
158:7,20,21
159:4,5,7,22,23
160:2,14
161:15 164:13
171:9,17 173:1
173:5
**percent** 56:17,18
56:20 160:14
**Perez** 73:17
**Perfect** 176:14
**perfectly** 176:6
**performing**
143:22
**period** 13:6 15:7
48:1 54:5 80:18
117:20 118:20
**permanently**

35:4 36:6
**permits** 89:12
**permitted** 170:23
**persecution**
99:17 169:19
**person** 15:18,18
15:19 20:22,24
21:8,17 23:8
45:3 58:1 96:19
96:22 97:1
120:17 132:6
139:2,12 163:2
**personal** 8:11,12
9:13,14,19,22
**personally** 22:7
45:1 64:25 66:4
66:19 101:21
114:17
**persons** 41:19
58:12,22
103:13,22
124:5 127:17
130:22 155:3
157:2,5 162:4
177:1
**person's** 12:4
**perspective** 70:3
128:4 147:6
**pertained** 24:16
**pertaining**
112:22
**petition** 50:2
60:5 62:25
63:11,18,19
110:3 114:13
116:3 130:10
**petitions** 51:18
152:25 164:11
172:20
**Pharr** 76:8,8,11
82:3 88:9,10
90:15,16
**phase** 111:1
**phases** 49:10
55:23 104:14
110:25 156:13

**Pheasant** 28:2
**Philadelphia**
183:19
**phone** 2:8,16,24
21:9,16 23:13
80:23 81:6
183:20
**phones** 152:15
**phonetics** 22:21
26:13 104:14
111:23 118:11
160:18
**photo** 157:21
**photos** 59:25
60:4 154:24
**phrase** 47:7
101:5 127:23
**pick** 113:15,15
**picture** 154:22
155:2 156:16
158:5
**pictured** 159:17
**pictures** 154:19
**piggybacks**
173:15
**pinpoint** 111:3
140:6
**place** 33:23,24
56:6 61:5 85:5
106:23 107:6
107:13 108:19
108:20 134:16
134:19 146:14
151:4 170:14
**placed** 127:16
151:12
**places** 112:20
127:9,13
**plaintiffs** 1:4,17
2:3 25:1,3
168:16 182:4
**plan** 174:7,25
**platform** 12:3
**play** 161:11
**played** 161:14
**please** 6:15,24



11:13 12:5,23 13:2 18:8 19:25 35:11 50:13 53:19 54:22,25 72:6,7,17 79:3 84:20 87:18,23 91:12 97:24 100:21 103:1 103:23 104:1 105:9,20 106:3 106:8 107:18 112:15 114:21 122:8,21 130:15 133:21 138:8 140:12 141:11 148:17 149:13 154:22 168:11 173:21

**POE** 13:17 88:9 88:10,11 90:16

**point** 11:16 58:10 71:24 74:21 93:17 95:14 119:3,25 121:20 131:19 149:20 151:20 153:11,16 154:10 157:10

**points** 62:16 70:18 117:4,5 119:25 120:14 149:24 150:17 152:1,20 157:13 163:11 163:16,17

**police** 39:14

**policies** 52:10 124:3,14 176:24 178:3

**policy** 52:6 54:16 55:9 65:8,9 70:4 99:14 108:5 112:20 113:3,3 114:10 114:11,12 116:1 124:17

125:4 126:1,22 128:5 129:6,14 130:2 132:14 150:16 161:24 162:17 165:12 165:16 169:15 179:8

**political** 47:19 99:16 103:14 124:5 169:18 177:1

**politics** 47:19

**Ponce** 92:3 93:15 93:20

**pop** 179:20

**port** 13:17 31:14 31:17,22 34:24 35:3,5,7,8,18 36:7 40:7 41:10 50:6 51:7,14,15 54:8 55:20 58:2 59:18,18 60:10 61:2,18 64:10 68:13,17 69:3 69:14,22 70:2,6 70:23,24,25 71:2,12 76:9,11 76:12 80:25 81:8 82:4,4,5 83:21,24 84:9,9 90:9,22 95:13 96:23,25,25 97:1,15 100:2 107:16 108:6,9 109:1,2,25 110:16,18 113:4,24 114:16 118:22 121:11,12,16 126:11 132:15 132:16,19 138:12 139:20 139:23 144:7 149:21 155:21 156:15 157:17 158:16 159:12

159:24 162:3 162:17,22 170:21

**portrayed** 39:3 44:22

**ports** 35:9,13,14 47:8,25 48:2,14 70:21,23,24 71:3,6,10 94:15 111:25 125:4 145:10 165:1

**position** 24:21 31:9,10,10 34:7 34:12,16 45:21 46:22 60:17 66:9 73:24 80:4 93:16 127:13 149:21 175:22

**positions** 74:5,7 150:17

**positive** 60:12

**positively** 60:22

**possible** 99:17 124:6 169:19 177:2

**possibly** 66:10 133:13

**posted** 162:7

**posting** 34:22 170:19

**posts** 44:21

**power** 163:3

**practice** 50:7 103:16 113:11 113:12 135:19 143:14,23 164:24 165:8 165:17,20 172:2

**practiced** 107:4

**practices** 174:3

**predecessor** 32:8 68:17

**prepare** 20:22 21:2,3 22:7 23:6 24:5,13

**preparing** 21:11

**prescreening** 48:18

**present** 3:1 6:13 13:7 56:8

**presentation** 151:23,25 152:8

**presented** 168:23

**presenting** 148:25

**presently** 7:3,18

**preserve** 42:21

**preserving** 112:5

**president** 7:22 9:25 10:10 20:16 23:15,16 36:25 37:1,2 38:18 45:22 46:23 47:11 52:9 85:18 92:10 93:18 97:3 123:6,18 137:9 142:8,19 143:10 152:19 153:20 154:7

**presidents** 65:13 93:21

**president's** 65:12

**presiding** 15:25

**pretty** 132:1 141:14,14

**prevent** 148:25

**prevented** 19:14

**preventing** 100:6 109:15 162:9

**prevents** 99:14 101:5 169:16

**previous** 84:25

**previously** 115:3

**primary** 49:7 99:15 118:9,23 119:3,12 169:17 172:13

**prior** 8:3 33:16 64:21 68:11,18

97:8 111:22 117:1,3 174:5

**prioritize** 160:7

**private** 44:3 107:4 108:14 108:21,24

**privy** 61:19

**probably** 172:21

**problem** 59:12 164:14

**procedure** 1:23 112:20 113:3

**procedures** 106:24 174:13

**proceeding** 9:16 105:25

**process** 5:3 52:22 53:1,4,5 57:19 59:20 60:10 71:11 76:21 77:4 83:19 85:4 85:7 93:24 94:14 95:3,18 95:23 96:3,6,16 119:11,16 129:22 134:6 134:11 144:17 146:16 148:5 157:16,22,23 159:11 162:21 170:22 173:14 174:1

**processed** 48:4 48:16 49:4 55:22 70:4 76:23 82:13,19 82:20,25 83:7,8 83:9,10,18 89:14 101:15 102:9 116:17 116:22 117:7 130:24 133:18 148:14 149:10 171:10

**processes** 77:6

**processing** 31:14



50:8,17 53:9
62:11,14,18
68:23 69:2,6
70:19 83:4,13
89:19 94:20,21
99:16 109:17
113:7 124:4
130:25 148:6
150:8 158:6,21
160:7 162:13
162:22 169:18
174:6,12 177:1
**produced** 1:17
17:3
**professional**
15:12 25:12
45:4 180:9
**professionally**
31:24,25 43:25
**programs** 35:1
**Progresso** 71:1
**promised** 25:4
**proper** 148:22
150:21
**properly** 94:14
**proposals** 69:12
**proposed** 69:8,20
95:20
**proposing** 95:15
**prostitutes** 66:23
**prostitution**
67:10
**protect** 38:15
52:11,12 64:4
75:13 77:17
80:21 81:17
94:23 113:16
149:2 172:24
173:9
**protected** 173:16
**protecting** 80:20
**Protection** 7:12
7:15
**protective** 16:16
46:7
**protocols** 106:22

**prove** 75:12
153:16
**provide** 10:11
19:5 22:11 23:1
24:8,15 148:22
**provided** 10:2
11:17 19:8 21:7
22:1,24 23:2
24:9 50:17 86:2
86:7 110:9
144:8
**provides** 22:15
**providing** 22:9
23:2 24:20
**provisions** 1:24
**PR's** 111:16
**public** 17:8 43:15
63:21 110:11
127:14 128:18
128:21 129:6
130:1 144:20
145:3 149:9
172:11
**publicized**
111:24
**publicly** 149:4
**pull** 112:8 168:12
176:9
**purpose** 170:11
**purposes** 8:14
128:4
**pursuant** 1:23
20:4 174:13
182:23
**push** 157:13
**pushed** 57:3
118:13 132:6,6
**put** 17:25 24:21
51:24 56:5 64:3
64:5 71:20 72:9
73:4,12 78:15
79:4 83:23 85:9
87:25 91:13
113:10 114:9
114:23 115:2
122:10 125:19

125:24 136:8
142:22 151:20
152:9,10
167:25 174:24
176:1
**putting** 69:20
107:15 136:7
149:23 171:10
171:12
**p.m** 1:20 79:19
86:18 105:13
105:15 142:1
157:23 166:11
166:12,13,15
180:17,17
**P.O** 2:15

——————
**Q**
——————
**quality** 154:23
**qualm** 66:1
**question** 11:6
12:19 13:2
14:16 20:1
21:23 32:14,16
32:19,21 45:17
48:7,9 50:14
55:2,6,8 65:16
65:20 66:3,12
67:15 79:12
82:21 84:25
91:1 104:3
108:4 139:11
140:2 151:23
152:2 156:23
165:5 167:18
170:4,25,25
**questioned**
127:14 145:25
**questioning** 44:7
**questions** 11:1,4
11:13,18 12:6
12:13,17 13:1,6
14:6,14,18 17:2
19:15,21,24
25:8 38:8 66:17
72:15 76:24

83:6 105:5
141:21 164:20
165:22,24
167:3,15,22
168:8 169:2
180:1,11
**quick** 67:22
**quote** 76:6 81:25
88:6 99:11
103:10 109:14
116:15 127:12
130:20 144:6
145:14 148:21
155:2 162:2,20
169:13 173:25
176:22 178:19

——————
**R**
——————
**R** 2:1
**radio** 151:13
**raise** 47:11,20
**raised** 46:18
47:15 57:19
**raising** 46:21
**ran** 33:10 55:25
**Randy** 63:1
**rank** 27:8,17
29:1,20 37:6,8
88:22
**rarely** 133:2,2
177:19
**reached** 40:22
**reactions** 167:6
**read** 15:1 76:15
82:8 86:22
87:14,19 88:17
90:11 94:16
99:19 103:17
104:11,19,20
104:21 105:4,8
109:18 112:25
116:18 124:7
127:20 131:1
138:24 141:14
141:23 144:12
145:20 149:6

155:5 157:25
161:5,6 162:14
163:5 169:12
169:20 174:15
176:18 177:4
**reading** 18:15,16
19:2 76:6 81:25
87:12,16 88:6
90:11,14 94:11
99:12 103:11
103:21 107:3
109:15 112:19
116:15 138:3
141:6 157:1,22
161:3 172:4
**reads** 99:11
112:19 116:15
127:12
**real** 43:15,18
44:2,21 52:6
**realignment**
159:9
**reality** 159:2,4,5
159:7,10
**really** 14:25
26:23 39:13
83:4 116:5,5
121:25 130:7
146:9 149:5
170:10 176:5
**Realtime** 1:21
**Reardon** 5:9
121:15 141:2
152:4
**reask** 11:14 55:6
**reason** 14:4,17
37:16 39:2
44:10 46:14,20
55:21 58:23
64:13 71:15
86:9 92:25
113:9,9,9
123:20 135:6
142:21 154:14
158:8
**reasonable** 95:7



MAGNA
LEGAL SERVICES

reasons 9:19
  45:16 57:12,17
  57:24 58:6,10
  58:20 59:1,2,2
  60:14 104:13
  111:8 126:5
  131:8 183:4
reassigned
  131:22
recall 8:9,19,23
  8:25 9:4 27:1
  30:17 53:22
  56:21 81:5,22
  115:24 124:12
  142:25 161:2
  169:3 178:25
  179:14
recap 169:8
receipt 183:2
receive 29:5 30:7
  30:8 33:16,18
  41:15 62:17,21
  74:19,21 96:22
received 14:25
  19:14 29:7,8,9
  34:21 39:8,23
  39:25 45:1 47:3
  48:25 51:18,19
  52:17 62:22,23
  76:9 77:19 78:2
  85:17,21 92:6
  92:12 114:12
  114:12 115:15
  115:20,20
  123:2,4,8,12
  144:16
receiving 115:24
  123:16 144:20
  144:21
recognize 143:17
recollection
  59:23 71:18
  99:25 102:11
  139:1 140:10
record 1:24 6:2
  6:14,25 10:17

12:3 15:1 17:16
  17:17,25 23:24
  68:2,4,8 104:25
  105:9,11,15
  140:15 166:3
  166:11,15
  168:15 180:15
  180:19 182:17
  183:12
recording 178:9
  178:9,11
  179:15
recordings
  179:13
records 92:23
reduce 59:17
  107:10
reduced 83:7
  150:13 155:3
  157:1,5,12
reducing 103:11
  103:19 104:3,5
  106:18,21,25
reenlist 30:1
refer 7:14 13:11
  13:17,22 88:20
  101:22 109:20
  109:22 110:1
  170:18
reference 88:19
  88:25
referenced
  124:10 172:5
referred 49:9
  102:2 113:2
referring 7:9
  18:13 94:24
  97:12 101:14
  104:9 109:16
  111:21 115:12
  163:9 178:13
refers 87:2 89:17
  100:5
reflect 144:14
refresh 67:23
  71:18 99:25

139:1 140:10
refrigerators
  133:14
regarding 41:15
  41:16 76:7 81:8
  115:16,25
  129:6 167:4,10
regardless 59:16
  65:11 77:4,18
Registration
  183:17
regret 64:22
  65:19
regretful 66:4
regulations
  112:22 174:14
  175:14
reinterpreted
  127:5 139:5
relate 13:6 56:7
related 8:17 9:12
  183:9
relation 51:17
relative 183:11
relevance 44:6
  44:10
relevant 15:1
relief 173:8
  177:22
relieved 134:25
relive 38:7
remainder 66:15
remedy 154:11
  154:11 173:22
  174:18
remember 11:21
  18:9 26:23
  30:16 36:8 37:9
  40:1,13,19,20
  41:5 42:8 54:1
  59:24 60:7
  77:16 80:9,10
  81:4 111:2
  112:12 167:13
  177:14 178:1,7
  178:20

remembering
  10:7
remind 12:23
REMOTE 1:14
remotely 6:9
remove 155:20
  159:12
removed 56:19
  56:22,25 57:10
  57:24 58:6,20
  59:23 155:9
  156:14,19
  157:15
removing 156:6
repeat 54:25
  65:20 84:24
  107:18 156:11
  177:21
repeated 171:17
repercussions
  75:14
rephrase 170:12
reply 62:22
report 39:15
  59:11 75:7
  77:13,15 80:9
reported 1:22
  39:10 41:10
  49:2 50:1 81:12
  86:11 132:7,16
reporter 1:21
  6:11,15 11:5
  14:8,11 40:25
  52:1,3 53:10,15
  60:2 100:19,23
  129:11 161:4,8
  166:21 180:14
  182:12
Reporter's 4:7
  180:22 182:9
reporting 41:12
reports 76:9
  97:17
repre 45:25
represent 20:12
  20:15 25:1

32:20 70:23,24
  71:4,7 93:9
  126:20 166:19
  167:1
representation
  15:8 71:9
representative
  10:11 16:19,21
  74:3,4,5 124:13
  125:2
representatives
  46:1 57:21,23
  124:2 125:3,4
  125:19 126:10
  126:21 165:19
  176:23 177:6,9
  177:15 178:1
  179:6
represented
  15:19 17:19
  20:6
representing
  20:10,14 23:14
  39:13
represents
  168:16
reprimand 39:9
  39:20,22
request 6:9 12:25
  64:4 85:7 93:23
  95:4 144:10
  162:9,11
  174:20 180:23
  180:24
requested 64:13
  87:13,17
  173:23 174:18
  182:25 183:6
requesting 5:9
  95:15 102:10
  149:1 161:17
  161:18 162:5
  163:2 173:25
  174:25
requests 174:4,7
  174:10



requires 50:9
requiring 144:5
reserve 165:24
resolve 17:23
resolved 130:6
resorting 68:19
71:13
resources 32:9
70:7,13 159:10
respect 74:10
93:16
responded 62:25
response 17:14
51:19,19 63:11
63:17 110:4
125:9 138:3
172:9
responses 11:4
177:21
responsibilities
172:10
rest 100:8
restroom 166:7
result 19:6
retali 47:6
retaliated 36:19
41:4
retaliation 47:6
retire 7:5
retired 22:13
retirement 7:7
return 117:15
119:15 122:2
144:9 162:22
returned 49:3
67:1 76:13 77:7
82:6,11 120:20
130:24 146:3
183:2,3
returning 63:23
113:7 147:10
163:1 165:8,12
171:9
review 18:6
104:1 180:23
reviewed 98:24

101:4
reviewing 24:3
78:1 100:15,20
104:2
Rich 101:21,25
Richard 51:14
101:11,20
138:21 139:15
right 10:7,16
17:11 18:1,4,16
18:19,22 22:18
25:11 27:18
28:10,10 29:2
30:1 35:19,23
37:21 39:13
42:22 45:5
52:19 61:12
65:5,8 67:11
68:1 69:16 70:7
73:3 74:16 77:7
78:22 79:1,4
83:11,18 84:19
85:19 86:4 87:3
87:25 88:22
90:2,6,10,20
91:6,11,13 92:6
92:10,14,17,22
98:14,22
101:23 102:3
102:10,15
103:10 104:8
104:16,18
105:24 106:10
107:2,17 108:9
109:1,2,2,3,7
112:9,12
115:17,22
116:9,22
117:23 118:25
120:13,16,18
120:22 122:5,7
122:10 123:10
123:14 125:11
125:14,21
126:6 130:14
131:7 133:22

134:25 135:25
136:2 137:4,7
137:18,23
139:20 141:8
141:22 145:4
148:21 149:18
149:21 151:21
152:12,21
155:22 156:5,8
157:17 158:3
160:8 163:19
164:5,16
165:22 167:8
169:9,23
174:19 176:2
177:4 179:22
rights 17:9 42:21
111:24 112:5
173:10 175:23
right-hand 73:13
Rio 35:9,15 71:2
river 35:9,15,18
Rodriguez 41:8
132:23
role 9:24 47:15
161:11,14
Roma 70:24 71:2
room 157:11
rooms 83:24
row 166:4
Royal 33:24
Ruben 2:23
rule 113:19 141:6
174:14 180:23
182:23
rules 1:23 10:21
12:15 52:9
112:21 124:4
175:14 176:25
run 150:9 159:24
running 33:4,6,7
44:1
rush 153:8
rushed 153:9

——————————
S
——————————

S 2:1
safe 151:4
safely 175:12
safety 57:12,16
57:24 58:6,10
58:20 59:2
60:13 103:11
103:19 104:3
106:18 107:10
127:13 141:6
149:19,25
150:18 152:10
152:21 155:25
156:7,20
Salinas 51:13
San 158:20
Sandinistas 28:8
28:9
sat 179:11
Saturday 67:17
saw 18:12,20
28:5 38:19 50:5
55:14 63:3
147:19
saying 36:5 47:4
64:6 77:6 78:18
80:12 83:15
89:22 97:8
107:21 109:6
111:10 113:13
113:20 128:24
129:18,19
145:1 155:12
166:25 171:13
says 18:15 19:2
128:17 169:13
172:4 173:25
176:12,19,22
SCBPO 88:8,19
138:21
scheduled 134:18
134:24
schedules 54:13
scheduling 135:2
135:2
Schneider 22:21

23:1
school 25:18,20
25:21,23,24,25
scope 167:11
screaming 66:19
screen 52:23
62:10 71:21
119:4,4,6
screened 89:13
screening 103:13
103:22 124:5
177:2
scrolling 169:7
173:20
searches 68:11
seat 49:17
seating 56:19,22
57:1,10 155:4
157:2,6
seats 57:4 157:16
159:12
sec 53:10
second 29:8 31:5
49:8 50:4 52:4
69:2,2 74:2,3
87:9 88:1
116:12 120:8,8
141:17 177:16
177:22 178:5
secondary 49:9
56:12,19,22
57:10 89:11,17
89:25,25 90:1,5
99:16 101:15
101:23 102:2
103:12,21
109:17,22
110:1 118:10
155:9,21
156:14 159:13
159:14 169:17
seconds 12:5,7
section 15:24
44:1 99:6,11
141:12,13
161:25 162:14



163:3 169:12
173:22
**sections** 148:23
**security** 13:11
31:2,9,11 107:4
107:6 108:14
108:15,21,24
108:25 109:10
**see** 18:8,18 27:24
28:12 38:17,18
38:21 42:19
49:24 56:6 57:5
57:5 59:8 63:5
63:5 71:15,22
72:2,10,23,24
72:25 73:20
74:24 75:21
76:2 79:12,21
85:15 86:19
87:9,12 90:11
92:4 94:1 98:18
99:5,8 100:8
102:21,23
103:3,8 105:17
107:14 108:23
110:25 112:7
112:16 115:9
122:16 125:7
127:10 130:18
134:3,9 136:17
138:18 148:18
149:15 154:8
156:24 157:14
163:24 171:25
172:8
**seeing** 58:21
169:3
**seek** 124:5 177:1
**seeker** 61:8
118:19 119:17
119:21 122:3
**seekers** 38:24
41:17 47:24
48:2,13 49:6,19
49:21 50:7 51:8
52:18,25 53:2

53:23 54:6,17
55:10,16,19
59:20 60:10
61:1,1,14,17,22
62:1,18 64:11
64:17,23 65:19
66:5 68:24
71:12 93:25
94:14 99:17
100:1,6 101:13
101:22 102:1
102:12 107:5
107:15,23
108:2,3 109:5
109:16,22
110:1,15,17
112:22 113:4
113:23 115:17
116:21 117:7
117:22 121:21
128:6 130:5
131:4 132:14
144:17 148:1,7
148:24 149:10
159:11 160:7
162:22,25
163:8,18
164:25 165:12
169:18 174:2
**seeking** 103:14
130:22 162:4
164:25 165:8
171:20,24
173:11 175:21
**seen** 33:1 49:5,25
68:11 172:20
**seizure** 8:18 9:1
**selected** 31:7
**send** 17:21 52:24
74:14,14 86:13
118:6 147:11
164:6
**sending** 52:22
53:9 142:18,25
153:20 162:11
**sense** 35:12

**sent** 15:9,13
17:20 18:6,6
34:15 53:2
74:16 75:18
79:15 81:25
82:18 86:17
98:3,6,25 102:2
106:12 110:3
115:19 118:10
122:13 134:1
137:24 141:25
142:7,11 148:8
152:19,23
158:19 167:10
176:20 179:25
**sentence** 51:4
57:17 116:15
121:10 127:8
127:12,23
128:17 138:2
146:24 159:6
**separate** 44:25
89:5
**separated** 7:6,8
37:8,15,16
128:10
**separately**
130:24
**separates** 42:19
**sergeant** 27:18
**Sergio** 51:13
**serious** 144:3
**served** 182:21
**service** 27:4
28:11,13,15,22
29:5 30:20
31:16 32:5 34:8
89:6,7 160:12
**services** 6:12
158:20,25
159:16,25
183:18
**set** 95:7
**settled** 135:13
**settlement**
137:14,14

**Seven** 183:18
**shaking** 11:7
**shield** 28:20
129:13,13,17
**shift** 110:6
**SHINNERS** 2:13
**shit** 147:16
**shocked** 111:9,15
**shocking** 56:5
**shoot** 58:15
**shooting** 137:10
**short** 80:13,19
88:3
**shorthand** 1:22
182:12
**shouting** 176:4
**show** 39:16 54:3
153:1 158:24
160:15,16
164:13,13
167:5
**showed** 169:1
176:16
**showing** 44:12
56:4 67:23
110:9 133:22
158:5
**shown** 15:19
123:9 141:5
182:22
**shows** 156:16
158:6,22
**shut** 159:13,16
**shutting** 158:8
**sic** 17:6 20:15
21:17 26:11,20
26:25 29:11
35:2 43:9,25
50:1 102:8
118:3 127:18
151:9 172:4
175:4,13
178:22
**sick** 58:13,22
175:1,1
**side** 25:4 38:19

38:19 53:8
117:16 120:1
120:12 121:8
145:18,19,24
146:14,22
147:2,9,11
148:2,24
150:13 162:7
165:10,12,13
170:3
**sides** 100:13
**sign** 164:2,6,10
**signature** 98:18
98:20 181:2
182:24 183:1,4
**signed** 98:22
138:11 150:23
160:25 163:25
164:9
**similar** 11:9
**simple** 80:12
**single** 88:12
90:18
**sir** 6:23 7:3 11:10
11:11,15,24,25
12:21 13:4,8,9
13:14,15,19,20
13:24,25 14:3
19:20 20:3
24:24 25:6,10
25:14 32:22
35:20,24,24
36:8 37:12 41:1
41:24 42:2,8
44:18 46:5
48:10,24 50:15
53:16 54:24
59:24 67:25
69:19 71:17
72:4,15,24
73:11,20 76:15
76:16 79:4,13
79:21 80:8 82:9
83:25 85:15,16
85:20,24 86:19
86:20 87:20



88:18,24 90:25
91:9,13 92:4,5
92:8,11,15 94:1
94:17,19 98:2,8
98:11,14,18,23
99:1,22 100:21
101:6 102:18
102:23 103:5,9
103:17,18,24
109:19 112:13
112:16,18
114:6,23 115:2
115:9,10,13,23
116:19 122:10
122:17,20
125:15 127:10
127:11,20,21
128:19 129:10
130:18 133:6
133:23 134:3,4
134:10,17,20
135:21 137:23
138:6,25
140:19 141:1
141:24 142:10
142:14 144:13
147:5 148:19
149:7,17
154:20,24
155:1 156:18
161:2,6 162:14
162:15 163:13
164:4,16,20
165:6,22 167:7
170:8,24 171:3
174:16
**sister** 67:4
**sit** 14:5 56:14
62:12 64:22
65:18 117:17
157:11 179:5
**site** 43:11,13,19
43:21 45:2
103:12,21
118:15 120:5
120:21,24,25

145:17 150:3
151:7 170:17
**sites** 41:21 43:14
44:13 120:6
150:24
**situation** 160:13
**slash** 99:15
109:15 134:6
134:12 141:6
162:4 169:17
**slow** 161:5
**slowed** 160:19
**small** 141:15
**Smedlock@ma...**
2:8
**smudged** 98:1
**sniff** 36:2
**soil** 49:6,19 61:5
61:5,9,14 82:12
82:12,24,25
91:4 101:22
102:1 110:16
116:21 117:7
118:23 149:10
**Sol** 6:10
**Solange** 3:3
**sold** 67:9
**solutions** 69:23
95:20
**somebody** 45:9
154:11,12
**someone's** 78:16
**Somewhat** 143:2
**son's** 39:15
**sorry** 8:23 34:11
34:19 38:3,6
39:19 40:12
41:2 44:20 46:5
46:8 48:24
50:21 51:14
53:18 55:16
83:23 87:9 91:8
98:16 102:18
119:9 129:11
133:17 154:23
176:3

**sort** 30:8 54:7
96:16 137:3
143:3
**sound** 11:9
**sounded** 28:17
**sounds** 166:9
**Southern** 1:1 6:5
182:1
**Southmost** 26:5
26:12
**southwest** 26:11
26:20,25
159:20
**space** 32:2 155:4
155:25 170:21
**spaces** 32:5
**span** 35:9,18
**speak** 21:1 62:5,7
83:14 131:15
**speaking** 172:14
**special** 73:12
**specialist** 27:17
27:17
**specialized** 27:10
**specifically** 19:8
36:2 66:17
**specifics** 80:13
81:6
**speculation**
126:14 129:8
**speech** 17:9
**speed** 22:2
**spell** 6:24 23:23
132:9
**spent** 21:11
**spike** 32:9 68:23
**spikes** 68:12,16
68:18
**spirit** 38:17,21,23
**spoke** 20:24 23:9
23:13 158:15
167:4
**spoken** 24:25
**spokespeople**
63:25
**spout** 133:9

**Square** 2:15
**Sr** 2:23
**staffed** 159:20
**staffing** 106:21
106:25
**staffings** 47:2
**stained** 129:14
**stamped** 173:20
**stance** 125:12
151:25
**standalone** 69:4
**Standards** 43:25
45:4
**standing** 44:6
61:8,14 91:3
110:16 119:21
119:22,22
120:15 170:16
**start** 8:2 25:20
47:25 67:22
95:16,17 96:20
154:21 166:3
167:8
**started** 62:16
134:12 158:25
172:21
**starting** 60:14
**starts** 169:9
**state** 1:21 6:24
13:5 80:11 83:9
128:14 137:1
162:20 182:13
**stated** 1:24
**statement** 15:1
18:13 19:10
45:11,13 78:1
78:25 80:24
81:7 88:3 91:2
99:21 111:20
145:9 159:21
162:16
**statements** 47:5
74:14 75:5 77:9
77:21 78:2,3,8
81:16 86:12
**stater** 178:22

**states** 1:1 6:5
16:7,18,19,21
17:5 32:21 42:1
42:7 47:24
48:14 49:20
64:24 67:15
116:16 117:11
118:6,21
119:23 120:1,6
120:7,8 121:4
127:19 138:3
138:20 145:17
148:7 153:17
162:2,6,10,13
163:1,8 164:25
165:9 182:1
**stating** 127:15
158:17
**stationed** 150:15
157:22
**status** 29:24
124:6 162:5
177:3
**stay** 38:4 174:6
**stealing** 132:17
**stench** 173:3
**stenographic**
6:14
**step** 5:2,6 37:8
49:6 95:9,10,16
96:1,2,8,9,10
96:10,13,14,14
96:23 97:9,11
134:7 177:18
177:20 178:5
**STEPHEN** 2:5
**stepped** 49:19
**steps** 60:9 96:3,4
96:5,15 177:16
177:22
**Steve** 182:20
**stewards** 24:7
**stock** 133:13
**stolen** 39:10,16
**stood** 111:17
**stop** 61:11,11



107:5 175:16
175:17
**stopped** 133:16
**stopping** 63:22
63:22 107:7
**stories** 36:17
78:24
**Storm** 28:19
**story** 78:21 80:16
**Street** 2:7 183:19
**stress** 37:18 38:5
38:6
**strongly** 150:25
**students** 151:9
**stuff** 19:8 21:4,8
22:14 24:8
37:19 40:14,22
41:21 45:24
64:4 66:23
67:15,16 75:1,5
106:24 116:2,3
129:15 137:1
144:21 152:15
153:2 161:18
161:23 175:7
179:14,15
180:7
**subject** 75:19
79:23 86:21
93:22 94:3
115:7
**subjects** 11:23
**submitted** 169:10
169:11 171:8
173:24,24
**subpoena** 20:4
**subsequent** 96:5
**subsequently**
76:12
**substance** 15:15
16:7 20:18
**success** 47:6
**successful** 135:1
**sued** 64:17
**suffice** 80:20
**sufficient** 151:4

170:21
**suffrage** 160:17
**suggest** 166:5
**suit** 8:15
**Suite** 2:23
**summarized**
115:21
**Summary** 99:6,9
169:10,12
**summers** 26:21
26:24
**supervising** 31:3
**supervisor** 31:3
51:12,13,13
96:20 97:20
101:11,20,21
101:25 131:17
131:21 132:3
132:10 178:5
**supervisors** 65:2
77:19 110:7
133:13 146:13
147:24 162:4
178:5
**supervisory**
37:13 88:20
109:21,25
**supervisor's**
65:11
**support** 129:3
**supposed** 83:9
111:11 146:12
174:24
**sure** 12:7 13:16
15:3 18:17
28:16 31:25
45:8 48:23
53:15 55:1,3,7
56:8 65:23
72:18 84:7,9,10
84:13 90:13
100:11,22
102:20 106:1
106:20 107:19
107:20 117:19
118:17 122:22

132:22 134:24
141:16 152:17
156:12 161:19
164:21 166:24
175:11,18,19
177:24
**surely** 72:10,10
**surge** 68:23 69:2
**surges** 68:15,18
**swear** 6:15
**sworn** 1:18 6:18
30:19,21 33:15
33:16 182:15
**Sylvia** 73:18
85:13 86:16
87:6,10 88:4,6
88:7 89:22
**system** 33:4,7
86:1 92:17,21
123:14 142:16
144:11 146:14

---

**T**

**T** 4:11,15,22 5:1
**tab** 72:7 79:2
84:20 91:12
106:4 114:22
114:22 122:9
133:21,23
140:13,15,18
**take** 7:7 12:22
26:10 31:9
33:23 41:23
42:4 56:6 61:5
67:21 81:5
82:15 83:6
95:21 104:1
105:1 108:16
118:3 134:16
134:18 135:9
166:6 168:18
**taken** 1:14,18
9:17 14:1 39:17
56:3,10 67:10
68:5 77:10,21
82:7 83:1,21,22

88:16 90:9
105:12 108:7
109:4 135:7
166:12 183:11
**talk** 8:24 12:2,8
23:11 25:11
34:20 35:17
47:23 73:11
95:5 97:9
135:18 158:10
176:5
**talked** 22:21
23:21 24:11
81:2,3,22 93:14
113:5 123:1
163:9
**talking** 8:22
10:16 11:22
24:2 33:8,9
38:2 40:10 43:1
43:8 46:3 48:22
50:23 57:20
63:15 93:13
96:7 117:13,13
118:24 119:7
119:19 132:4
143:12 144:14
146:18 149:8
155:8,13,16
163:11 167:19
**tape** 179:12
**targeting** 153:20
**task** 109:4
**tasked** 94:21
108:14
**tasks** 107:17
108:8,16
**taught** 114:17
**TDY** 158:20
**TDYs** 70:20
**team** 94:20 95:12
**tech** 3:4 6:11
71:21 72:19
73:1,3 105:7
141:12 168:19
168:23

**technically** 110:4
110:12,15
120:6 125:6
126:24 139:3
144:19
**Teflon** 128:13
**tell** 8:13 14:1
29:13 40:17
42:8 46:7 49:16
51:8 52:18 57:9
58:25 66:17
67:18,18 75:1
78:4 80:14
81:19 117:17
126:23 147:13
155:15 160:15
164:11 175:9
175:15,17
**telling** 19:11 53:6
110:7,11
114:15,16
124:18,20
128:25 129:1
144:20 149:9
**temporarily**
174:9
**tend** 74:25 95:5
96:8
**tents** 69:4,20
**term** 73:12 132:2
**territory** 49:8
120:16,22
121:19,22,23
122:4
**terrorists** 124:6
177:2
**test** 72:3
**testified** 6:18 8:4
8:25 9:7 71:19
**testify** 14:17
16:14 19:4 20:4
**testifying** 8:3,10
8:17 11:18
131:4
**testimony** 8:13
8:16 9:16 10:2



MAGNA ►
LEGAL SERVICES

16:11,23 17:7
18:23 19:5 25:5
25:9 32:12
46:17 50:12
54:21 104:22
164:22,23
167:11 168:6
182:17 183:10
**Texas** 1:20,21,22
2:24 25:24 26:5
26:7,11,12,19
26:24 31:16
34:24 35:3,5
62:24 76:8,9,11
76:12 82:3,4,5
94:7,15 98:7
104:24 144:7
162:3,6,18
182:13 183:16
**text** 75:23 99:8
103:16 141:23
**thank** 17:10,12
18:1 24:1 27:4
28:23 32:22
48:10 50:15
53:17 54:24
71:5 72:4,11
84:17 85:8
103:1 106:5
109:11 141:21
161:9 165:6
**thanks** 94:8,8
130:13
**thermos** 133:5,9
**they'd** 109:3
**thing** 26:1 42:19
45:20 113:20
125:13,14
144:25 172:2
**things** 10:20
11:21 31:1
36:16 38:22
45:6 56:6 71:19
77:1 136:6
151:17 154:9
160:7 161:22

176:4 179:18
**think** 9:21 11:16
14:4 15:23
17:23 24:4
25:17 28:1
30:15 33:2 36:4
36:5 37:9 39:2
40:15 41:8,18
41:19 45:18,20
46:14 50:16
59:4,24 60:16
61:6,24,25,25
62:23 63:10,13
81:11,13 83:1
84:4,5,8 86:2,7
101:1,8 102:4,6
102:6,7,14
104:16 111:5
111:22 114:11
114:11 121:14
121:15 124:16
126:2,8 128:7,7
136:23 137:12
146:10 150:11
150:16,20
151:16 152:14
153:8 158:2,15
159:19,21
163:14 168:17
170:6,6,8 171:1
176:3 179:22
180:10
**third** 147:16
177:18,20
**thought** 126:15
147:12 155:24
**thoughts** 167:6
**thousands** 43:17
136:1
**threatening**
130:23
**threatens** 112:23
**three** 6:12 8:8,9
9:11,12 21:17
29:23 43:14
72:13 80:19

95:8 96:4 139:2
150:13
**time** 6:8 12:4,11
12:11 13:6
15:13 22:11
27:12,21,25
28:4 29:1,4
30:6 31:13,17
33:11 35:21
36:16,20 37:5
39:5,12 41:3
50:2 51:15
52:10 53:4,6,7
53:21 54:1,5,10
54:12 55:22
56:8 57:3,12,15
57:25 58:2,3,7
58:17 59:4 60:7
60:14,17 63:22
63:24 64:20,25
64:25 65:9 68:3
68:7 69:25 70:2
72:20 74:1,7,8
76:22 80:3 84:4
92:13,18,19,24
95:7 99:23
100:3,3 101:8
104:1,7,10
105:10,14
106:22,23
107:1,22 111:1
111:7 112:1
113:11 114:1
116:23 117:12
117:14,20
118:20 120:2
120:23 121:11
121:13,14,16
121:17 123:9
125:19 126:2
129:21,21
130:10 132:8
133:15 134:21
134:24 136:9
139:19,23,25
140:1 142:4

144:22 146:11
146:17 150:6
150:11 153:13
153:19,21
155:18 156:2
156:17 157:7,8
157:8,15 158:7
158:7,17,18
160:5 162:12
162:19,19
165:24 166:10
166:14 175:7
178:23 179:25
180:16,17
**times** 8:7,9 9:10
9:12 21:1,16,17
26:23 48:12
49:16,18 72:13
78:12 85:22
95:16 104:13
121:8 131:16
140:3 142:12
151:13,15
155:11,12,17
159:13
**title** 37:10 63:10
73:24
**today** 6:7 7:15
8:1,2 11:12,16
12:11 13:5,24
14:2,5,18 18:23
19:15,19,21
20:4,6,10 23:9
23:9 24:23 25:1
25:5 33:8 38:7
58:19 64:22
65:18 72:2,2
113:5 138:5
163:10 164:20
164:22 167:23
168:4 179:5
180:1
**today's** 13:10,16
13:21 20:23
21:2,11 22:7
23:6 24:5,13

25:9
**Todd** 63:4 115:7
151:19
**told** 20:12 22:25
23:14,21 34:14
49:14,19,21
50:25 51:2
55:20,21 57:23
61:15,18,25
62:1,7,18 64:7
64:15 67:12,13
74:9,12,13,13
80:11 81:15
85:2 86:12
88:15 90:5,10
90:19,23 91:4
101:16,21,25
109:21,25
110:12,14
116:20 121:8
125:3,13,17
132:5 139:3,13
146:1 147:1,12
160:10 165:19
**tolerate** 63:25
**tone** 176:7
**Tony** 5:9 121:15
141:2
**tool** 42:21
**top** 120:3 141:5
176:12
**topics** 11:18
**Torres** 2:23
**torture** 99:18
169:19
**total** 25:17
153:10 158:19
**totality** 171:15
**totally** 45:2
114:19
**touch** 23:22
**tour** 121:14
**Town** 66:21
**track** 73:14
151:3
**trained** 36:2



**training** 28:8
33:16,19,23
34:1,4,21
**Tran** 3:3 6:10
**transcript** 181:3
182:16 183:3
**transmission**
40:23
**transpired**
151:10 171:15
**transport** 88:10
**transportation**
174:12
**transported**
76:12 82:2
90:16
**transporting**
88:8 90:14
**traumatic** 130:21
179:13
**traveler** 116:16
**Treasury** 7:19
36:11
**treated** 38:24
**treaties** 16:6,8
**treatment** 41:17
47:23
**treaty** 16:3
**trial** 6:10
**tried** 153:2
**trouble** 10:7
53:17 71:24
85:1
**troubled** 172:9
**Troy** 152:4
**true** 44:21 57:13
57:15 93:3
94:18 99:21
127:15 129:1,2
145:11 159:21
159:22 162:16
182:17
**Trump** 47:17
150:22 152:19
153:20
**Trump's** 71:16

**truth** 14:2 42:8
**truthful** 16:11
17:7
**truthfully** 14:6
19:15
**try** 11:14 12:6,22
65:24 72:1
140:10 153:5
166:23
**trying** 10:11
22:10 23:11,22
35:12 47:7
65:21 107:20
119:2 140:1
150:5 153:14
**turn** 48:19 49:17
51:7 52:17 53:5
53:23 61:23
66:4 107:8
113:23
**turned** 48:3,14
49:7 54:6 55:19
61:14,17 64:23
65:19 67:9
82:11,24 100:1
110:17 117:8
131:5 163:18
**turning** 50:7
54:17 55:10
64:11,17 68:24
107:23 108:2
109:5 113:3
115:16 130:5
144:17 164:24
172:11
**turns** 96:9
**turn-back** 70:4
108:5 114:10
116:1 125:4
126:1,22 128:5
129:6 130:2
132:14 162:17
**turn-backs** 65:17
68:19 71:13
108:7 139:4
163:9

**Twenties** 9:6
**two** 8:8,9 20:11
23:8 26:21,24
31:1 55:23 74:4
74:5 89:5 95:8
108:20 119:24
120:5,7 135:12
135:13 144:19
**two-page** 73:6
**two-part** 172:18
**type** 76:13
**typed** 161:17
**types** 176:1
**typical** 11:21

───────
**U**
**uh-huh** 11:9 21:6
29:14 44:14
51:3 58:4,8
73:21 78:11,14
78:20 79:7,17
79:20 100:16
100:25 106:13
112:2 114:20
115:5 117:2
119:20 139:18
140:25 146:5
157:20
**ultimately**
134:13
**undermines**
42:25
**underneath**
155:2 157:21
157:21
**understand** 7:16
11:10,12,14,24
12:9,20 13:8,13
13:18,23 14:1
20:3,17 24:22
36:4,5 56:18
59:22 89:1,21
93:11 97:21
101:4 106:20
107:20 109:12
117:19 124:21

126:19 127:3
132:2 140:8
143:13 152:6
153:23,25
156:10,22
159:15 161:5,9
164:22 165:23
175:19 176:8
**understanding**
20:9 34:10
38:14 52:8
53:17 59:10
64:19 83:17
84:15 85:6
86:24 104:21
127:22 128:20
130:2 132:5
145:25 148:3,9
157:7
**understands**
152:4
**understood**
22:16 75:16
77:20 81:23
126:2
**undocumented**
76:10 82:3,6,11
82:23 91:3
**unethical** 45:10
45:14,15 75:9
**unethically** 45:19
**unified** 89:8
**unilateral** 124:3
174:2 176:24
**unilaterally**
99:13 169:15
**union** 7:20 15:6
36:12,19 37:1,2
38:18 39:13
49:2 76:9 78:4
114:17 135:7,8
149:19 173:23
173:25 174:4,6
174:10,18
175:20,25
**unique** 34:25

**unit** 128:11
157:24
**United** 1:1 6:4
16:7,18,19,21
17:4 32:20 42:1
42:7 47:24
48:14 49:20
64:23 67:15
116:16 117:10
118:5,21
119:23 120:1,6
120:7,8 121:4
127:19 145:17
148:7 153:17
162:5,10,13
163:1,8 164:25
165:9 182:1
**unity** 164:13
**unlawful** 169:25
170:5,10,11
171:7
**unlimited** 24:15
**unmute** 53:11
**unpack** 118:17
**unquote** 178:19
**unsure** 51:24
52:1,5,6
**upheld** 38:22,24
**uphold** 38:14
**upper** 177:12
**upset** 24:19 67:4
67:6,8
**use** 7:14,16 13:13
13:18,23 77:13
77:13,17 92:21
166:6
**user** 92:20
**usually** 80:14
95:24 96:17,17
96:21 108:18
118:9 136:11
136:12 144:4
177:16 178:4
**U.S** 2:14 7:11,14
13:11 16:3 23:5
27:3,9 28:14,25



29:15,18,22,24
30:3,6,13,20
31:2 33:15,21
34:8,23 41:22
42:3 45:22 48:3
48:15 49:6,19
61:5,8,14 82:12
82:24 89:6 91:4
101:22 102:1
110:16 112:24
116:21 117:7
118:23 120:15
144:10 145:19
145:23 148:25
149:10 162:6,7
162:8,23 165:1
165:10,12
166:20 167:1
170:3
**U.S.C** 15:24

_____
**V**
**values** 42:16,25
**vast** 69:3
**Vegas** 151:24
152:7
**vehicle** 66:20
**vehicles** 153:7,7
**verbally** 40:13
69:20 95:5 97:9
125:13,17
**version** 72:1 88:1
112:17
**versus** 6:4
**veteran** 29:24
**vice** 36:25 93:18
93:20
**victories** 135:12
137:13
**video** 152:13,15
**videoconference**
1:14 2:4,12,21
3:2 20:22
**videographer** 3:3
6:1,10 68:3,7
105:10,14

166:10,14
180:16
**videotape** 152:11
152:16
**videotaped** 1:10
1:16 152:4
**view** 16:15
**views** 47:19
**violate** 16:3
19:11 126:24
165:20
**violated** 65:18
**violates** 136:4
**violating** 19:11
19:23 112:21
113:13 126:3
**violation** 15:24
127:6
**Virginia** 33:24
**vision** 72:3
**voluntarily** 122:4
**VS** 1:5 182:5

_____
**W**
**wait** 49:13,17,17
49:22 51:8
52:18 61:15
117:17,23
118:7,10,11,13
119:15 121:8
122:4 170:21
**waited** 67:2
135:9
**waived** 181:3
**walked** 88:13
89:25
**Walter** 4:10,22
92:2 93:4,5,6
**want** 8:12 19:20
20:11,18,20
30:21 36:25
38:7,7 40:7
47:23 54:9
57:25 67:6
69:22 74:23
91:23 109:13

116:9,14
117:18 118:17
122:23 125:24
138:14 139:16
141:14 151:16
153:17 164:21
166:2 168:14
175:19 176:13
179:21,24
**wanted** 17:25
18:11 31:8
41:11 49:20
110:9 135:18
154:18 157:11
161:23 174:23
**wants** 32:8
177:12
**war** 27:24 64:4
**Washington** 2:7
2:15 104:25
115:16,25
**wasn't** 28:21
39:13 51:19,20
61:19,19
111:11 121:4
124:17 126:3
135:6,6 147:21
151:4
**Watch** 138:20
**water** 132:17,25
132:25 133:1,3
133:9
**waters** 133:11,12
**way** 8:19,19
11:14 12:8
21:12 38:17,24
39:2 42:18
44:11,23 47:21
50:17 52:21
57:4 70:25 75:2
81:10 83:12,18
86:10 93:2
105:5 107:11
110:17 113:16
115:3 121:1,4
123:21 126:5

128:16 132:7
132:13 133:3
142:23 150:7
156:25 164:4
173:9
**ways** 83:3
**weapon** 39:10,17
**Web** 43:11,13,14
43:19,21 45:2
112:10
**WebEx** 12:2
**week** 150:22
**weird** 125:7
**Welcome** 68:9,10
105:16
**went** 21:5 23:19
24:7 25:19 26:3
27:1 81:7
106:17 119:18
**weren't** 54:10
55:22 69:6 83:4
83:18,20,23
116:7 120:11
133:12,12
144:21,24
145:2 149:11
171:14
**we'll** 11:19 12:22
71:20,20 72:1
72:11,11,19
78:12,13 80:16
104:25 140:18
**we're** 10:22
11:22 12:1
65:10 68:4,8
73:14 89:5,5
95:15 105:11
105:15 106:11
106:14 111:1,9
111:18 113:18
113:20 117:13
117:13 129:23
134:21 137:1
140:9 158:21
166:11,15
171:25,25

173:4 174:24
175:25 180:18
**we've** 46:25 47:1
50:18 53:24
95:4,5,14,14
106:4 114:23
116:1 130:16
133:23 134:21
134:23 135:1
137:13 142:22
153:2,6,7 154:4
154:13
**whistleblower**
45:24
**white** 154:25
**whoo** 158:16
**William** 4:11,15
4:22 5:1,5
73:16,17,22,24
79:18 85:13
92:1 94:10
122:13 134:1
141:3 176:20
**win** 46:21
**witness** 1:17 2:20
6:16 15:22 16:9
17:19,22 19:4
32:15,18,22
41:2 48:5,10
50:15 52:6
54:24 60:4
66:11 67:25
70:11 72:22,25
73:2 85:2 101:2
105:23 108:11
132:20 141:10
141:13 161:3,7
165:6 167:11
167:16 180:24
182:15,18
**witnessed** 88:12
90:17 179:6
**WOLARSKY**
2:18
**won** 47:1,3
**wondering** 28:16



41:20 106:19
**words** 11:8 57:5
70:19 78:16
172:1
**work** 8:11,14
9:13,20,22,24
29:9 35:2 37:23
47:10 53:8
62:19 85:18
92:9 108:21
124:3,22 126:9
152:5 157:23
160:20 173:2,3
174:8,11
175:10 176:24
178:2
**worked** 33:2,2
147:21,24
**worker** 175:3
**working** 31:1,2
31:13 45:19
47:7 59:14,17
101:10 108:18
143:18 147:9
161:16 172:7
172:15 173:17
175:5
**works** 95:3
**worries** 53:20
**worst** 155:12,18
155:18 156:17
**wouldn't** 63:25
75:8 83:25
121:25 125:20
127:5 169:6
170:9 171:3,4,5
176:11
**Wow** 27:23
**writ** 115:15
**write** 78:5 80:19
111:18 145:14
148:21 155:2
157:1,22
**writes** 76:6 81:25
87:6,10,16 88:6
94:10 123:25

134:5
**writing** 64:4 78:7
125:14,19,24
136:8 143:25
144:2 149:2
174:24
**written** 10:2 11:4
50:3 54:7 62:17
63:19 101:9
114:2,9 115:11
115:15 144:8
144:16,22
**wrong** 65:6
126:16 174:17
177:11
**wrongdoing**
41:10 77:15
174:3
**wrote** 65:7 74:7,8
98:21 148:4

**X**

**Xbox** 39:15
**XX** 183:6

**Y**

**yeah** 52:20 65:23
65:23,23 77:3
81:10 89:19
103:25 105:7
105:21 106:5
107:12 108:13
115:1,18
121:24 125:15
131:8 133:8
146:20 152:13
176:10 179:9
**year** 7:7 15:7
117:12 120:2
140:6 158:18
**years** 29:23 35:4
37:3 40:2,2,2,4
40:4 95:13
140:9 151:7
**young** 67:17
**younger** 8:20

**Z**

**zone** 27:24

**0**

**000110** 140:24
**000110-131** 5:10
**000132** 5:3
**000133-135** 5:7
**000136-137** 4:13
**000138** 4:17
**000139-40** 4:20
**00141-159** 4:23

**1**

**1** 6:2 72:7 95:10
95:16 96:2,9,13
97:9,11
**1st** 13:7
**1-19** 4:22
**10** 57:2 83:7
157:23
**10-15** 43:20 44:2
44:22
**10/20/21** 183:17
**10:53** 68:4,5
**11** 157:23
**11:08** 68:6,8
**11:57** 105:11,12
**113** 154:22
**114** 157:19
**1185** 2:23
**12** 1:13,19 4:21
37:8 182:11
**12th** 6:7 92:2
**12/6/2016** 75:20
79:24
**12:44** 105:13,15
**122** 5:3
**13** 114:22
**132** 122:15
176:10
**133** 133:25
**136** 73:7 75:19
**137** 73:7
**138** 79:11
**139** 85:11

**140** 5:7,10 88:2
**141** 91:22 168:13
168:22
**142** 97:23 99:3
169:7
**143** 102:16
109:13
**144** 98:13 173:20
**149** 7:24,25 9:25
36:22,24 37:3
47:11 73:25
78:3,5 85:19
92:10,22 93:17
94:12 98:6
102:17,19
106:12 123:6
123:18 125:3
135:23 142:9
142:19 164:8
171:8,20,23
**149's** 135:19
**15** 5:1,4 21:12,13
21:15 134:2
153:10
**15-minute** 166:6
**1512** 15:24
**16** 153:10 178:24
**1635** 183:19
**166** 4:5
**17-cv-02366-B...**
1:6 182:6
**18** 15:24
**180** 4:6
**182** 4:7
**19** 5:8 98:9
106:11 138:4
142:1
**19103** 183:19
**1983** 25:22
**1988** 28:1,22,25
29:16 30:12,24
**1990s** 9:3 36:9,10
**1991** 9:5 28:18
30:22,24 33:14
**1998** 36:25 37:1
**1999** 2:7

**2**

**2** 4:3 36:10 79:2
96:10,14
138:15
**2nd** 76:8
**2:05** 166:11,12
**2:46** 86:18
**2:55** 142:1
**2:57** 166:13
**2:58** 166:15
**20** 21:12,13,15
32:5 83:6
119:25
**2000s** 9:3 36:10
**20006** 2:7
**20044** 2:15
**2016** 4:12,14,16
4:18,20 13:7
68:11 73:16
74:15 75:18
76:8 79:19 80:3
81:1,9 82:1
85:11,12 86:17
88:7 99:12
100:2 104:17
104:20 169:14
171:16 172:21
**2017** 4:10,21 5:1
5:3,4,8 92:2
93:25 98:10
106:11 134:2,7
134:12 135:4
137:24 138:4
178:23
**2018** 63:4 115:8
117:14,20
119:15,16
154:4
**2019** 142:1 151:1
151:20 154:4
160:24 162:18
171:16
**202.263.3221** 2:8
**202.598.8259**
2:16



MAGNA
LEGAL SERVICES

**2020** 1:13,19 6:7
  18:7 154:4
  182:11 183:14
**215** 29:12
**215.207.9460**
  183:20
**215.207.9461**
  183:20
**22** 37:3
**23** 4:14
**23rd** 73:16 74:15
  75:18 79:19
  80:3
**24th** 183:14
**24-hour** 32:3,5
**26th** 85:11 86:17
**27** 4:18 63:4
  85:12 115:8
**27th** 15:10 18:7
**288** 4:10 73:5,8
**289** 4:14 79:5,8
**290** 4:18 84:21
  88:2
**291** 4:21 91:16,18
  93:1 101:1
  106:4 109:14
  168:12,21
**292** 5:1 122:11,18
  123:21 137:22
  138:9
**293** 5:4 140:15,16
  176:10
**294** 5:8 140:19,20
  141:5 142:22
  160:23

_____

**3**

**3** 2:23 5:2,6
  84:20 96:10,14
  103:7 106:8
  115:3 117:16
  118:6 120:21
  122:1 134:7
**3:19** 1:19 180:17
  180:17
**3:20** 166:8

**30** 4:10 56:20
  83:6 150:11
  153:9 183:2
**30th** 15:7
**30(e)(1)** 180:23
**30(f)(1)** 182:24
**300** 150:23
**3253** 183:16

_____

**4**

**4** 91:12 106:4,9
  109:13
**40** 56:18,20
  150:11 153:9

_____

**5**

**5** 122:9
**5:59** 79:19

_____

**6**

**6** 4:4,12,16,19
  112:15,17
  133:21,23
  140:15
**6th** 80:25 81:9,14
  82:1 88:7 99:12
  100:2 160:24
  169:14
**60** 25:17 26:8,10
  56:17
**633** 183:17

_____

**7**

**7** 37:9 140:13,18
**73** 4:13
**78521-1743** 2:24
**79** 4:17

_____

**8**

**8** 37:9
**8th** 183:18
**80** 27:11 158:19
  159:22
**82nd** 27:11,19,21
  27:25 29:4,16
**84** 4:20

**868** 2:15
**89** 30:16

_____

**9**

**9** 137:24
**9:32** 1:19 6:8
**90** 30:16
**91** 4:23
**956.555.1234**
  2:24

