MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:    +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 4 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2

3

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ETHAN P. DAVIS
Acting Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-2859 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' RULE 26(a)(2)(C) DISCLOSURES** |
| v. | |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

1

1    Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), Defendants disclose

2    the following expert testimony:

3        1.    Mariza Marin, Assistant Director of Field Operations (ADFO), Border

4    Security, CBP, OFO, 720 East San Ysidro Blvd., San Ysidro, CA 92173.  ADFO

5    Marin is the San Diego Field Office's foremost subject matter expert in operations

6    in the San Ysidro Port of Entry's Admissibility Enforcement Unit (AEU).  ADFO

7    Marin has overseen the AEU for the last five years—as a second-line, then third-

8    line, and now fourth-line supervisor.  She also spent approximately two years in the

9    AEU as a line CBP Officer.  ADFO Marin has extensive firsthand knowledge of the

10   work performed in the AEU; the laws, regulations, and policies applied by CBP

11   Officers assigned to the AEU; and the operational constraints and significant events

12   that have impacted the AEU since January 2016.

13       ADFO Marin will testify as to physical holding space in the AEU and the

14   mandatory and discretionary factors that impact the AEU's operational capacity to

15   process individuals without documents sufficient for lawful entry to the United

16   States.  ADFO Marin will testify as to how the requirements set forth in CBP's

17   National Standards on Transportation, Escort, Detention and Search impact the

18   AEU's operational capacity.  She will testify that, since January 2016, U.S.

19   Immigration and Customs Enforcement, Enforcement and Removal Operations has

20   often not assumed custody of individuals from CBP's AEU until after 72 hours.  She

21   will testify that, as a result, CBP takes into account the length of time that individuals

22   have spent in its custody when determining the operational capacity of the AEU, and

23   that, as those times increase, CBP endeavors to give those in custody more space by

24   taking in fewer individuals from the queue.

25       ADFO Marin will also testify that the operational capacity of the AEU is often

26   impacted by the number of individuals brought to the AEU on days prior and the

27   extent to which they are still pending intake and/or processing.  ADFO Marin will

28   testify that the operational capacity of the AEU is impacted by the necessity that

2

CBP act conservatively in taking in individuals from the queue in order to safeguard operations against inherent unknowns, such as the number of individuals who will enter CBP's custody in the AEU after being apprehended attempting to illegally enter the United States. She will further testify that the operational capacity of the AEU is impacted by staffing and other resource allocations and constraints amongst OFO's mission sets. She will further testify that the operational capacity of the AEU is impacted by law enforcement operations and significant incidents occurring or expected to occur at or near a particular POE, and, at times, by significant events impacting the community or society at large, such as the current pandemic.

ADFO Marin will testify that she reviewed AEU Custody Reports, AEU Shift Passdown Reports, the San Diego Field Office's overtime budget for fiscal year 2018, and emails pertaining to the AEU's operations on June 17, 2018 and surrounding dates. ADFO Marin will opine that the number of individuals that were in CBP's custody in the AEU at 2200 hours on Sunday, June 17, 2018, can be attributed to factors such as (1) the demographics, characteristics, and length of time in custody of the individuals in the AEU on that day and the days leading up to that day; (2) the number of individuals that the Instituto Nacional de Migración (INAMI) brought forward from the queue on that day and preceding days; (3) the number of individuals in AEU custody pending intake and/or processing on June 17, 2018; (4) CBP's need to proceed conservatively in taking in individuals from the queue in order to safeguard operations against inherent unknowns; and (5) the AEU's reduction in overtime spending in the weeks leading up to June 17, 2018, resulting in decreased staffing in the AEU for these weeks.

ADFO Marin may also testify regarding the facts and conclusions set forth in her October 9, 2019 Declaration (*see, e.g.*, ECF No. 406-28).

ADFO Marin began her career with U.S. Customs and Border Protection (CBP) in 2008. Since the start of her career, she has held a number of positions within the San Diego and Los Angeles Field Offices. ADFO Marin currently serves

3

1  as the Assistant Director of Field Operations, Border Security, for the San Diego
2  Field Office (SDFO) and has held this position since September 2019.    In this
3  position, ADFO Marin oversees the planning, implementation, and execution of
4  Border Security programs and other law enforcement activities for the entirety of the
5  SDFO.

6      ADFO Marin has not testified as an expert in any previous cases.

7      2.    Samuel Cleaves, Assistant Port Director (APD), CBP OFO, 3600 E.
8  Paisano Dr., Bldg. A, El Paso, TX 79905.

9      APD Cleaves will testify that he reviewed and considered various documents,
10  to include Migration Crisis Action Team (MCAT) reports, Crisis Action Team
11  (CAT) reports, data concerning the processing of individuals located in CBP systems
12  (SIGMA and CSIS), queue management reports, shift and daily intake reports, and
13  emails pertaining to port operations, to form an opinion that the Port of El Paso
14  considers operational capacity when determining its capacity to process individuals
15  without documents sufficient for lawful entry.

16      APD Cleaves will testify to the factors the Port of El Paso deems relevant in
17  determining the port's operational capacity to process individuals without travel
18  documents.  He will testify that, in determining the Port's operational capacity to
19  process undocumented migrants, the Port considers a number of factors, including,
20  but not limited to, the characteristics and demographics of individuals in custody;
21  the ability to transfer individuals to third-party federal or state agencies, such as U.S.
22  Immigration and Customs Enforcement (ICE) and the U.S. Department of Health
23  and Human Services (HHS); port staffing levels; the resources available to the port
24  on a given day; and the need to re-allocate resources when necessary to respond to
25  other various mission sets.

26      APD Cleaves will also testify that the physical characteristics and
27  infrastructure of the Port of El Paso affects its operational capacity.  He will testify
28  to the size, location, and makeup of the Port's facilities; the unique challenges these

4

facts pose; and how these facts impact the Port's operational capacity. He will also testify to the concerns that arise because of these considerations, such as the potential for overcrowding, officer safety, and limited resources, and the impact these concerns have on the Port's overall ability to receive, process, hold, and transport individuals. In addition to these factors, APD Cleaves will testify to the various mission sets over which the Port of El Paso is responsible for executing. He will testify to the nature of the mission sets, the Port's involvement, and the fluidity of the operational needs in responding to the various missions on a given day.

APD Cleaves will opine that on Sunday, June 17, 2018, the Port of El Paso was operating beyond its operational capacity during its midnight shift and at or near its operational capacity for all other shifts. APD Cleaves will testify that he came to this conclusion after reviewing the El Paso Field Office Queue Management Reports, MCAT reports, shift and daily intake reports, SIGMA data, CSIS data, and emails pertaining to port operations on or about June 17, 2018. He will provide testimony that offers a snapshot into port operations for that specific day and provide an overview of significant events and the impact those events had on the Port's operational capacity to process undocumented migrants. He will also testify to the specific factors the Port considered on June 17, 2018, and explain why those factors impacted operational capacity. He will testify to the various operations that were underway on that day, how those operations lessened the Port's processing capabilities, the timing and increase of migrant traffic, demographics of individuals encountered and those in custody, violations encountered, and the high volume of individuals detained and awaiting acceptance by ICE Enforcement and Removal Operations (ERO) contributed to the Port of El Paso operating at its full capacity.

APD Cleaves began his career with the Immigration and Naturalization Service in 1996. In 1999, he joined CBP, then the legacy U.S. Customs Service. Since the start of his career, he has held a number of positions within the Office of Operations (OFO). Of note, in 2016 and 2018, he served as the Acting Assistant

Director, Field Operations, El Paso Field Office.  In this role, he oversaw all Passenger and Tactical operations for all ports within the El Paso Field Office.  He has also served as the Watch Commander and Chief Supervisory CBP Officer (2nd Line) at the Port of El Paso. APD Cleaves currently serves as the Assistant Port Director for Passenger Operations at the Port of El Paso.  APD Cleaves currently serves as the Assistant Port Director at the Port of El Paso and has served in this role since 2017.  In this capacity, APD Cleaves oversees all aspects of passenger operations and provides managerial oversight in policy and procedure and program implementation and compliance.

APD Cleaves has not testified as an expert in any previous cases.

3.    Rodney Harris, Deputy Assistant Director of Field Operations (Deputy ADFO), CBP, OFO, 109 Shiloh Dr. Ste. 300, Laredo, TX 78045. Deputy ADFO Harris will testify that he used his training and experience in the field and considered various documents, to include MCAT reports, CAT reports, queue management reports, data concerning the processing of individuals located in CBP systems (SIGMA and CSIS), daily intake and custody reports, shift reports, and various emails pertaining to port operations, to form an opinion that the Port of Laredo's operational capacity, and any port's operational capacity, is fluid and is based on many factors, which may not be known to a port in advance or be accounted for.

Deputy ADFO Harris will testify to factors the Port of Laredo deems relevant in determining the Port's operational capacity to process individuals without travel documents. He will testify that, in determining the Port's operational capacity to process undocumented migrants, the Port considers a number of factors, including, but not limited to, the missions of the port and how it prioritizes those missions sets; resources available to the port at any given time, such as funds, personnel, durable assets, and Port facility constraints; the number, nature, and complexity of seizures, arrests, and admissibility issues; the volume, characteristics, demographics, and medical needs of individuals in custody; and the functionality of the Port's resources,

such as physical space and assets designated for migrant processing. Deputy ADFO Harris will also testify to the unique challenges each of these factors pose and explain, in detail, how these facts impact a port's operational capacity.

Deputy ADFO Harris will also opine that queue management is a tool ports use to manage their operational capacity. He will testify that queue management allows port directors to regulate the flow of persons without appropriate entry documents into the port for processing. He will opine that queue management has, among other things, made ports more secure; led to an increase in safety for travelers, undocumented persons waiting to be process, and personnel; and led to more sanitary and safe facilities. He will further opine that queue management has allowed the port to manage its resources to process safely and effectively.

Deputy ADFO Harris will opine that on Sunday, June 17, 2018, the Port of Laredo did an adequate job of balancing its competing priorities in relation to its mission sets, such as processing trade and travelers. He will testify that he came to this conclusion after drawing from his past experience and expertise of port operations and reviewing the Port of Laredo MCAT reports, CAT reports, queue management reports, daily intake and custody reports, shift reports, SIGMA and CSIS data, and various emails pertaining to port operations on or about June 17, 2018. He will provide testimony covering June 17, 2018 and the surrounding dates and provide an overview of significant events and the impact certain events had on the Port's operational capacity to process undocumented migrants on June 17, 2018. He will testify to the specific factors the Port considered on June 17, 2018, and explain why those factors impacted operational capacity. He will testify to the operations that were underway on June 17, 2018, the demographics of individuals encountered and those in custody, the levels of migrant traffic, significant incidents that occurred on June 16, 2018 that affected the Port's operational capacity the following day, and other factors that affected the Port of Laredo to operate at its full capacity on June 17, 2018.

7

1    Deputy ADFO Harris may also testify regarding the facts and conclusions set

2    forth in his February 10, 2020 Declaration (*see* ECF No. 406-29).

3    Deputy ADFO Harris began his career with U.S. Customs and Border

4    Protection (CBP), then-legacy U.S. Customs Service, in September 1999. Since the

5    beginning of his career, he has held several positions within the Office of Field

6    Operations (OFO). Of note, in 2011, Deputy ADFO Harris served as a Program

7    Manager at the Laredo Field Office before becoming the Supervisory Program

8    Manager for Border Security at the Laredo Field Office in 2015. Deputy ADFO

9    Harris currently serves as the Deputy Assistant Director of Field Operations, Border

10   Security, Laredo Field Office and has been in this role since July 2018.  In this

11   position, Deputy ADFO Harris oversees the daily business of the Laredo Field

12   Office's Border Security Division.

13   Deputy ADFO Harris has not testified as an expert in any previous cases.

14

15   Dated: August 7, 2020

16                                         JOSEPH H. HUNT
                                           Assistant Attorney General
17                                         Civil Division

18                                         WILLIAM C. PEACHEY
19                                         Director, Office of Immigration Litigation –
                                           District Court Section
20

21                                         SAMUEL P. GO
                                           Assistant Director
22

23                                         s/ *Katherine J. Shinners*
                                           KATHERINE J. SHINNERS
24                                         Senior Litigation Counsel
                                           U.S. Department of Justice
25                                         Civil Division
26                                         Office of Immigration Litigation
                                           District Court Section
27                                         P.O. Box 868, Ben Franklin Station
28

                                           8

Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
ARI NAZAROV
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Case No. 3:17-cv-02366-BAS-KSC

I certify that on August 7, 2020, I served a copy of Defendants' Rule 26(a)(2)(C) Disclosures on the following persons by email:

**Ori Lev**
olev@mayerbrown.com

**Matthew Marmolejo**
mmarmolejo@mayerbrown.com

**Stephen Medlock**
smedlock@mayerbrown.com

**Matthew Fenn**
mfenn@mayerbrown.com

**Melissa Crow**
Melissa.crow@splcenter.org

**Sarah Rich**
sarah.rich@splcenter.org

**Angelo Guisado**
aguisado@ccrjustice.org

**Baher Azmy**
bazmy@ccrjustice.org

**Karolina Walters**
kwalters@immcouncil.org

**Carmen Martinez**
carmen.martinez@splcenter.org

**Rebecca Cassler**
rebecca.cassler@splcenter.org

*/s/ Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel

10