1    MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
2       *mmarmolejo@mayerbrown.com*
     350 S. Grand Avenue
3    25th Floor
     Los Angeles, CA 90071-1503
4       Ori Lev (DC Bar No. 452565)
        (*pro hac vice*)
5       *olev@mayerbrown.com*
        Stephen M. Medlock (VA Bar No. 78819)
6       (*pro hac vice*)
        *smedlock@mayerbrown.com*
7    1999 K Street, N.W.
     Washington, D.C. 20006
8    Telephone:  +1.202.263.3000
     Facsimile:   +1.202.263.3300
9
     SOUTHERN POVERTY LAW CENTER
10      Melissa Crow (DC Bar No. 453487)
        (*pro hac vice*)
11      *melissa.crow@splcenter.org*
     1101 17th Street, N.W., Suite 705
12   Washington, D.C. 20036
     Telephone: +1.202.355.4471
13   Facsimile: +1.404.221.5857

14   *Additional counsel listed on next page*
     *Attorneys for Plaintiffs*
15
                **UNITED STATES DISTRICT COURT**
16
              **SOUTHERN DISTRICT OF CALIFORNIA**
17

18   Al Otro Lado, Inc., *et al.*,            Case No.:  17-cv-02366-BAS-KSC

19              Plaintiffs,                    **EXHIBIT 7 IN SUPPORT OF
                                               PLAINTIFFS' MEMORANDUM OF
20         v.                                  POINTS AND AUTHORITIES IN
                                               SUPPORT OF THEIR MOTION TO
21   Chad F. Wolf,[1] *et al.*,                EXCLUDE DEFENDANTS'
                                               PURPORTED EXPERT
22              Defendants.                    TESTIMONY

23

24                                             REDACTED VERSION

25

26

27   _____
     [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28   McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2

3   CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
4       *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
5       *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
6       *aguisado@ccrjustice.org*
7   666 Broadway, 7th Floor
    New York, NY 10012
8   Telephone: +1.212.614.6464
    Facsimile: +1.212.614.6499
9

10  SOUTHERN POVERTY LAW CENTER
        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
11      *sarah.rich@splcenter.org*
        Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
12      *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
13  Decatur, GA 30030
    Telephone: +1.404.521.6700
14  Facsimile: +1.404.221.5857

15  AMERICAN IMMIGRATION COUNCIL
        Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
16      *kwalters@immcouncil.org*
17  1331 G St. NW, Suite 200
    Washington, D.C. 20005
18  Telephone: +1.202.507.7523
    Facsimile: +1.202.742.5619
19

20

21

22

23

24

25

26

27

28

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
                               ) IN THE DISTRICT COURT
AL OTRO LADO, INC., ET         )
AL.,                           )
    PLAINTIFFS,                ) CASE NO.
                               ) 17-cv-02366-BAS-KSC
VS.                            )
                               )
                               )
KEVIN K. MCALEENAN, ET         )
AL.,                           )
    DEFENDANTS.                )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF

SAMUEL CLEAVES

MAY 20, 2020

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION of SAMUEL CLEAVES,
produced as a witness at the instance of the Plaintiff,
and duly sworn, was taken in the above-styled and
numbered cause on May 20, 2020, from 8:59 a.m. to 5:04
p.m., Mountain Time, before Delia Ordonez, CSR in and
for the State of Texas, reported by machine shorthand,
via Webex Magna LegalVision.

Magna Legal Services

866.624.6221

www.MagnaLS.com



Page 2

```
 1              A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
 4        Matthew Fenn
          Sydney Fields
 5        Mayer Brown
          1999 K Street, N.W.
 6        Washington, D.C. 20006
          202.263.3221
 7        Mfenn@mayerbrown.com
          Sfields@mayerbrown.com
 8
      FOR THE DEFENDANTS:
 9
          Katherine J. Shinners
10        Ari Nazarov
          U.S. Department of Justice
11        Office of Immigration Litigation
          Ben Franklin Station, P.O. Box 868
12        Washington, D.C. 20044
          202.598.8259
13        Katherine.j.shinners@usdoj.gov
          Ari.Nazarov@usdoj.gov
14
          Rebecca Cassler
15        Southern Poverty Law Center
          1101 17th Street, N.W., Suite 705
16        Washington, D.C. 20036
          202.355.4471
17
18    ALSO PRESENT:
19        Evan McCulloch
20        Louisa Slocum, CBP
21    THE VIDEOGRAPHER:
22        Solange Tran
23    THE MAGNA LEGAL TECHNICIAN:
24        Kevin Cranford
25
```



Page 3

1                          INDEX

              ORAL AND VIDEOTAPED DEPOSITION OF

2                      SAMUEL CLEAVES

                       MAY 20, 2020

3

4                E X A M I N A T I O N

5   SAMUEL CLEAVES                          P A G E

6   Examination by Mr. Matthew E. Fenn....     7

7   Examination by Ms. Sydney Fields......   199

8   Examination by Ms. Katherine J. Shinners 246

9   Signature and Changes.................   250

10  Reporter's Certificate................   252

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
                                                           Page 4
 1                          EXHIBITS
                ORAL AND VIDEOTAPED DEPOSITION OF
 2                        SAMUEL CLEAVES
                          MAY 20, 2020
 3
 4   NO.            DESCRIPTION                    P A G E
 5   Exhibit 3      Metering Guidance              121
 6   Exhibit 79     30(b)(6) Notice                 14
 7   Exhibit 86     AOL-DEF-00041455               183
 8   Exhibit 159    AOL-DEF-00090647                33
 9   Exhibit 160    AOL-DEF-00290938                32
10   Exhibit 161    AOL-DEF-00273818                68
11   Exhibit 162    AOL-DEF-00027382                81
12   Exhibit 163    FRE 1006 Summary of Impact to   83
                    Port Operation 2018
13
     Exhibit 164    Defendants' Supplemental and    90
14                  Amended Responses to
                    Plaintiffs' Fourth Set of
15                  Interrogatories to All
                    Defendants
16
     Exhibit 165    AOL-DEF-00047772               125
17
     Exhibit 166    AOL-DEF-01267496               132
18
     Exhibit 167    AOL-DEF-00272935               134
19
     Exhibit 168    AOL-DEF-00272936               141
20
     Exhibit 169    Defendants' Objections and     149
21                  Responses to Plaintiffs'
                    Fifth Set of Interrogatories
22                  to All Defendants
23   Exhibit 170    Human Rights First Report      155
24   Exhibit 171    AOL-DEF-00038270               163
25   Exhibit 172    AOL-DEF-00037758               171
```



Page 5

1                              EXHIBITS

                    ORAL AND VIDEOTAPED DEPOSITION OF

2                          SAMUEL CLEAVES

                            MAY 20, 2020

3

4      NO.          DESCRIPTION                    P A G E

5      Exhibit 173  Beto O'Rourke Twitter Video    175

6      Exhibit 174  AOL-DEF-00095574               189

7      Exhibit 175  AOL-DEF-00799450               200

8      Exhibit 176  AOL-DEF-00808783               206

9      Exhibit 177  AOL-DEF-00845774               214

10     Exhibit 178  AOL-DEF-00811791               218

11     Exhibit 179  AOL-DEF-00838795               224

12     Exhibit 180  AOL-DEF-00851607               236

13     Exhibit 181  AOL-DEF-00842504               241

14

15

16

17

18

19

20

21

22

23

24

25



Page 6

1          THE VIDEOGRAPHER:  We are now on the

2     record.  This begins Media No. 1 in the deposition of

3     Sam Cleaves in the matter of Al Otro Lado, Inc., et al.

4     versus Kevin K. McAleenan, et al., in the United States

5     District Court Southern District of California.

6               Today is Wednesday, May 20th, 2020, and the

7     time is 9:59 a.m.  This deposition is being held

8     remotely at the request of Mayer Brown, LLP.

9     Videographer is Solange Tran, our trial tech, Kevin

10    Cranford, and the court reporter is Delia Ordonez, all

11    through Magna Legal Services.

12              Will counsel and all parties present please

13    state their appearances and who they represent?

14          MR. FENN:  Matthew Fenn from Mayer Brown,

15    and I represent the plaintiffs.

16          MS. FIELDS:  Sydney Fields from Mayer

17    Brown, also for the plaintiffs.

18          MS. SHINNERS:  Katherine Shinners from U.S.

19    Department of Justice for the defendants.

20          MR. NAZAROV:  Ari Nazarov, also from the

21    U.S. Department of Justice, for the defendants.

22          MS. SHINNERS:  And we have agency counsel

23    present from U.S. Customs and Border Protection, Louisa

24    Slocum, and Evan McCulloch on the phone.

25          THE VIDEOGRAPHER:  Will the court reporter



Page 7

1    please swear in the witness?

2                    SAMUEL CLEAVES,

3    having been first duly sworn, testified as follows:

4                    EXAMINATION

5    BY MR. FENN:

6         Q.  Good morning, Mr. Cleaves.  Thank you for

7    taking the time to testify today -- we -- we appreciate

8    it -- under more challenging circumstances than -- than

9    normal.

10        A.  Yes, sir.

11        Q.  My name is Matt Fenn, and I represent the

12   plaintiffs in this action, as you just heard.  Before we

13   begin, I'd like to go over some ground rules.  This is a

14   one-way conversation in which I and my colleague,

15   Ms. Fields, will ask you questions, and you answer them.

16   So that the court reporter can accurately record your

17   testimony, you must give audible responses, no head

18   shakes, no "uh-huhs."  Do you understand that?

19        A.  Yes.

20        Q.  And as you've probably seen already, given the

21   web format and the slight time lag in the audio

22   transmission, it's even more important than usual that

23   we not talk over each other.  So if you could please

24   wait until I finish a question before answering it, I

25   will also do my best to wait for you to finish your



Page 8

1    answer before I ask the next question.  Do you

2    understand that?

3         A.  Understood.

4         Q.  If you don't understand a question, please tell

5    me.  Do you agree to do that?

6         A.  Yes.

7         Q.  If you do answer the question, I will assume

8    you understood it.  Do you understand that?

9         A.  Yes.

10        Q.  From time to time, your attorney, Ms. Shinners,

11   may object to my question, and that is their right.

12   However, unless you are instructed not to answer my

13   questions, you'll need to provide an answer despite the

14   objection.  Do you understand that?

15        A.  Yes.

16        Q.  We can take a break whenever you wish.  If you

17   need a break, please let me know; however, you must

18   answer any pending questions before we go on a break.

19             As a general rule, unless I state

20   otherwise, my questions relate to the time period

21   January 1st, 2016, through the present.  Do you

22   understand that?

23        A.  Yes.

24        Q.  During this deposition, I'm going to refer to

25   the U.S. Department of Homeland Security as DHS.  Do you



Page 9

1     understand that?

2          A.  Yes.

3          Q.  And I will also refer to U.S. Customs and

4     Border Protection as CBP.  Do you understand that?

5          A.  Yes.

6          Q.  During this deposition, I may refer to a port

7     of entry as a POE.  Do you understand that?

8          A.  Yes.

9          Q.  Do you understand that you are testifying both

10    as a representative of CBP and also in your personal

11    capacity today?

12         A.  Yes.

13         Q.  During this deposition, I'm going to refer to

14    "your knowledge" or "your understanding."  Unless I say

15    otherwise, you should assume that by "you" or "your," I

16    am referring to CBP.  If you are not sure who I am

17    asking about, please say so.  Do you agree to do that?

18         A.  Yes.

19         Q.  Do you understand that you've taken an oath to

20    tell the truth today?

21         A.  Yes.

22         Q.  Do you understand that the oath that you have

23    taken today is the same oath that you would take when

24    testifying in a courtroom?

25         A.  Yes.



Page 10

```
 1        Q.  Do you understand that there are criminal
 2   consequences for lying under oath?
 3        A.  Yes.
 4        Q.  Is there any reason that you cannot testify
 5   truthfully today?
 6        A.  No.
 7        Q.  Do you understand that you are not allowed to
 8   communicate privately with your attorneys or anyone else
 9   during the course of the deposition other than during
10   breaks?
11        A.  Yes.
12        Q.  Do you understand that means that you cannot be
13   texting, e-mailing, or otherwise communicating with
14   counsel other than during breaks or orally so that we
15   can all hear?
16        A.  Yes.
17        Q.  Okay.  Can you please state and spell your name
18   for the record?
19        A.  Samuel Cleaves.  Last name, C-L-E-A, V as in
20   Victor, E-S; first name, Samuel, S-A-M-U-E-L.
21        Q.  Have you ever gone by any other name?
22        A.  Sam.
23        Q.  Are you presently employed?
24        A.  Yes.
25        Q.  Who are you employed by?
```



Page 11

1          A.   Office of Field Operations, U.S. Customs and

2     Border Protection.

3          Q.   And what is your present job title?

4          A.   Assistant port director.

5          Q.   How long have you worked at CBP?

6          A.   Since 2003, the inception of the agency,

7     March 2003.  Before that, the legacy agencies, they

8     comprised CBP, I guess all in told, since December 1996.

9          Q.   Have you ever testified in court before?

10         A.   Yes.

11         Q.   What was the nature of that case?

12         A.   Criminal proceeding.

13         Q.   And what was the criminal proceeding about?

14         A.   Narcotic seizures.

15         Q.   Did you review a copy of the transcript of your

16    deposition in that case in preparation for this

17    deposition?

18         A.   No.

19         Q.   Do you still have a copy of that deposition

20    transcript?

21         A.   I never had a copy of those.

22         Q.   Have you ever testified at any other

23    depositions aside from that criminal matter that you

24    just talked about?

25         A.   No.



Page 12

1          Q.  Have you ever been involved in an arbitration

2     proceeding before?

3          A.  No.

4          Q.  Have you ever testified before a governmental

5     body before?

6          A.  No.

7          Q.  Outside of this case have you ever provided

8     written testimony under oath in an affidavit or

9     declaration?

10         A.  In EEO proceedings, unsworn declaration.

11         Q.  Unsworn declaration?

12         A.  Yes, sir.

13         Q.  When was that?

14         A.  I don't know.

15         Q.  Five years ago?  Ten years ago?

16         A.  At least five years ago.

17         Q.  And you said that was EEOC?

18         A.  There -- yeah, it was EEO filing by someone.

19         Q.  What was that filing regarding?

20         A.  There's been several.  Generally, officer is

21    discontent with whatever job they're doing and someone

22    else got something they didn't.

23         Q.  And, generally, what was your written testimony

24    about?

25         A.  Generally, it was my involvement, which was



Page 13

1    just simply because I worked in that area.  In each of

2    those cases, I don't remember being actively involved in

3    any of them and didn't know much about it.

4         Q.  And in all of those cases, did you testify

5    truthfully?

6         A.  Yes.

7         Q.  Other than traffic offenses, have you ever been

8    convicted of a crime?

9         A.  No.

10        Q.  Other than traffic offenses, have you ever been

11   charged with a crime?

12        A.  No.

13        Q.  Have you ever been arrested?

14        A.  No.

15        Q.  Have you ever been sued before?

16        A.  No.

17        Q.  Have you ever been a party to a lawsuit?

18        A.  No.

19        Q.  Have you ever been disciplined for your conduct

20   at CBP?

21        A.  No.

22        Q.  Are you a member of any social networking

23   platform, such as LinkedIn or Facebook?

24        A.  LinkedIn.

25        Q.  Is LinkedIn the only platform?



Page 14

1      A.  Yes.

2      Q.  So you do not have a Facebook account?

3      A.  I do not.

4      Q.  Have you ever had a Facebook account?

5      A.  No.

6      Q.  Okay.

7           MR. FENN:  Kevin, if we could pull up

8  Exhibit 79, please.

9      Q.  (BY MR. FENN)  Mr. Cleaves, I'm showing you

10  what's been previously marked as Exhibit 79.  It is a

11  document titled "Plaintiffs' Notice of Federal Rule of

12  Civil Procedure 30(b)(6) Deposition of U.S. Customs and

13  Border Protection."

14           Do you see that?

15      A.  Yes.

16      Q.  Have you seen this document before?

17      A.  Yes.

18      Q.  When have you seen it?

19      A.  I think within the last several weeks.

20      Q.  And who showed it to you?

21      A.  Counsel for DOJ or chief counsel, agency

22  counsel.

23      Q.  And when counsel showed you this document, was

24  that the first time that you saw it?

25      A.  Yes.



Page 15

1          Q.  Do you understand that you are testifying as a

2    Rule 30(b)(6) representative of CBP today?

3          A.  Yes.

4          Q.  Do you understand what it means to be a Rule

5    30(b)(6) representative?

6          A.  Yes.

7               MS. SHINNERS:  Objection, calls for legal

8    conclusion.

9               MR. FENN:  Kevin, if we could flip to page

10   7 of the document.

11         Q.  (BY MR. FENN)  Mr. Cleaves, do you see a

12   section that is entitled "Topics for Examination"?

13         A.  Yes.

14         Q.  Do you understand that you've been designated

15   to testify on topics 2 and 15 on behalf of CBP?

16         A.  Yes.  But I can only -- I can only see Topic 2.

17         Q.  That's fair.  Let's -- let's take them one at a

18   time.

19               MR. NAZAROV:  And, Matt, can we go off the

20   record for one second?

21               MR. FENN:  Sure.

22               MR. NAZAROV:  Just so we --

23               THE VIDEOGRAPHER:  Hold on.

24               The time is 10:11 a.m.  We're going off the

25   record.



Page 16

1                    (Off the record.)

2              THE VIDEOGRAPHER:  The time is 9:17 a.m.

3    Mountain Time.  We're back on the record.

4              MR. FENN:  And just to clarify, before I

5    resume questioning, the court reporter stated our start

6    time for the deposition in Central Time, 9:59 a.m.

7    Mr. Cleaves' time is Mountain Time, so that would be

8    8:59 a.m.

9        Q.  (BY MR. FENN)  Mr. Cleaves, thanks for your

10   patience.

11             MR. FENN:  Kevin, if we could pull back up

12   Exhibit 79 on the screen.

13       Q.  (BY MR. FENN)  And, Mr. Cleaves, on -- on

14   page 7 of the document, which you should be seeing now,

15   Topic No. 2 reads:  "Your practice of metering, queue

16   management, and/or Turnbacks at ports of entry,

17   including but not limited to the development of the

18   practice, the reasons for its adoption, and its

19   implementation."

20             Did I read that correctly?

21       A.  Yes.

22       Q.  Are you prepared to testify on that topic

23   today?

24       A.  Yes.

25             MR. FENN:  And, Kevin, if you could turn to



Page 17

1   page 9, please.

2        Q.  (BY MR. FENN)  Topic 15 reads:  "Your

3   communications with Instituto Nacional de Migración

4   ("INM"), Comisión Mexicana de Ayuda a Refugiados

5   ("COMAR") Grupos Beta, or any other Mexican government

6   agency concerning metering, queue management, or

7   Turnbacks."

8             Did I read that correctly, notwithstanding

9   my terrible Spanish accent?

10       A.  Yes, sir.

11       Q.  Are you prepared to testify on that topic

12  today?

13       A.  Yes.

14       Q.  When did you find out that you would be a Rule

15  30(b)(6) witness in this case?

16       A.  I think in February of 2020 it was mentioned,

17  and then everything was suspended with the public health

18  order.  And within the last few weeks, then it was

19  confirmed that I would be a representative for the Port

20  of El Paso in this matter.

21       Q.  And were you notified that you would be a

22  representative for the Port of El Paso or the El Paso

23  Field Office?

24       A.  Port of El Paso.

25       Q.  Who told you that you would be a Rule 30(b)(6)



Page 18

1    witness in this case?

2        A.  Chief counsel and DOJ.  Chief counsel first,

3    probably.

4        Q.  And did that discussion occur via telephone,

5    e-mail, or in person?

6        A.  Everything was by telephone or Webex recently.

7    The only in-person meeting was -- actually, it was both

8    by telephone and in person in February, where the first

9    meeting was being discussed.  That was in person with

10   local chief counsel and on the phone with chief counsel

11   in headquarters.

12       Q.  And when did you begin preparing to testify as

13   a Rule 30(b)(6) witness in this case?

14       A.  Within the last couple of weeks.

15       Q.  Did you review any documents to prepare to

16   testify as Rule 30(b)(6) witness?

17       A.  Yes.

18       Q.  If you had to guess, how many documents would

19   you say you previewed to prepare to testify?

20       A.  Best guess, maybe 100.  That's pages' worth of

21   documents maybe, so I -- I don't think it would be a

22   hundred separate documents, so...

23       Q.  100 pages?

24       A.  Yeah.

25       Q.  And when did you begin reviewing those



Page 19

 1   documents?

 2       A.  Within the last several weeks.

 3       Q.  How long would you say you spent reviewing

 4   those documents?

 5       A.  I probably went over them a couple times,

 6   several hours.

 7       Q.  Did you take any notes concerning those

 8   documents?

 9       A.  No.

10       Q.  Were the documents that -- that you reviewed

11   broken down into categories?

12       A.  No.

13              MS. SHINNERS:  Objection, vague.

14              You can answer.

15       A.  Oh, I'm sorry.

16              No.  They were in chronological order, to

17   the best, I guess, of -- of their ability to put it that

18   way.  Other than that, no.

19              THE REPORTER:  I'm sorry.  Real quick.  The

20   objection is Ms. Shinners?

21              MS. SHINNERS:  Yes.

22              THE REPORTER:  It's just that I can't see

23   who it is.  Okay.

24              MS. SHINNERS:  Yes.  Yes, I'll be -- I'll

25   be the -- I'll be first-chair defending, so I'll be



Page 20

1    speaking and with the objections.

2              THE REPORTER:  Appreciate it.  Thank you.

3    I'm sorry.  Go ahead.

4        Q.  (BY MR. FENN)  Mr. Cleaves, was it your counsel

5    that provided those documents to you?

6        A.  Yes, sir.

7        Q.  Did you discuss those documents with anyone?

8        A.  With counsel.

9        Q.  Did you discuss the documents with anyone at

10   CBP?

11       A.  No.

12       Q.  Did you review any deposition transcripts to

13   prepare to testify as a Rule 30(b)(6) witness?

14       A.  Yes.

15       Q.  Which transcripts, if you remember?

16       A.  Mr. Owens and Mr. Howe.

17       Q.  And how much time would you say you spent

18   reviewing those deposition transcripts?

19       A.  Just the amount of time to read over them.

20       Q.  Did your counsel select those deposition

21   transcripts for you?

22       A.  Yes.

23       Q.  Did you -- did you take any notes regarding

24   those transcripts?

25       A.  No.





Page 21

1        Q.  Did you review any interrogatories to prepare

2   to testify today?

3        A.  Yes.

4        Q.  Do you recall which interrogatory responses you

5   reviewed?

6        A.  No.  They were provided by counsel.  I don't

7   know their names.  I don't know the names of the

8   interrogatories.

9        Q.  Do you recall what topics the interrogatory

10  responses touched on?

11       A.  Yes.  It was generally metering topics.

12       Q.  And did you take any notes regarding those

13  interrogatory responses?

14       A.  No.

15       Q.  Did you review any responses to requests for

16  admissions to prepare to testify today?

17       A.  Request for admission?

18       Q.  Yes.

19       A.  I don't know what you mean by that.

20       Q.  It's a different type of legal document

21  separate from interrogatories but similar.  Sounds like

22  you may not have reviewed any.

23       A.  No, I'm not familiar with that.

24       Q.  And I think you said earlier that you did not

25  speak to any CBP employees to prepare to testify today;



Page 22

 1    is that correct?

 2              MS. SHINNERS:  Objection, misstates

 3    testimony.

 4         Q.  (BY MR. FENN)  You can answer.

 5         A.  No, I didn't say that.

 6         Q.  I'm sorry.

 7              Did you speak to any CBP -- CBP employees

 8    to prepare to testify today?

 9         A.  I did.

10         Q.  Which CBP employees did you speak to?

11         A.  I spoke to former watch commander Arnoldo

12    Gomez, and I spoke to some of the assistant port

13    directors at other ports within the El Paso Field

14    Office, although none of them were aware that I was --

15    it was for a deposition.  It was to confirm some

16    information to see if I was remembering things

17    correctly.

18         Q.  Who were the other assistant port directors

19    that you spoke to?

20         A.  I spoke to John Hawkins; Zeke Lopez; Maryann

21    Torres, who's a former assistant port director; and Alex

22    Leos.

23         Q.  Which -- for which port is Mr. Hawkins the

24    assistant port director?

25         A.  Santa Teresa.



Page 23

1        Q.   And how about Mr. Lopez?

2        A.   Columbus.

3        Q.   And Ms. Torres?

4        A.   Tornillo.

5        Q.   And the last person, I -- I missed their name.

6        A.   Mr. Leos, and he's the Presidio.

7        Q.   Could you spell his name for me?

8        A.   Yes, sir.  Last name, L-E-O-S, first name,

9    Alex.

10        Q.   Thank you.  And you said that you did

11    not -- you did not tell Mr. Hawkins or Mr. Lopez,

12    Ms. Torres, or Mr. Leos that you were speaking to them

13    in order to prepare for this deposition; is that

14    correct?

15        A.   That is correct.

16        Q.   Do you remember generally what topics you

17    discussed with Mr. Hawkins, with Mr. Lopez, Ms. Torres,

18    or Mr. Leos?

19        A.   Yes.  It was the same topic.  The phone

20    conversation was probably two to three minutes long for

21    each.  Because I don't work at those ports of entry, I

22    have limited knowledge on -- on the frequency of

23    metering conducted in management at those locations, so

24    I wanted to ask them what that was so I had some

25    knowledge.  Even though it's outside the scope of the



Page 24

1    Port of El Paso, I felt it was not a good idea to have

2    no knowledge of -- of that, so...

3        Q.   And what information were you able to find out

4    from Mr. Hawkins?

5        A.   The information he told me was they use

6    metering on operational consideration only when needed,

7    and they started around the same time as the Port of

8    El Paso, the spring or summer of 2018.

9        Q.   And did you -- were your discussions with

10   Mr. Lopez, Ms. Torres, and Mr. Leos also limited to

11   metering at those ports of entry, Columbus, Tornillo,

12   and Presidio?

13       A.   Yes.

14       Q.   And you said your discussion with each of those

15   assistant port directors or former assistant port

16   directors lasted approximately two to three minutes?

17       A.   Yes.

18       Q.   Were there any attorneys present during those

19   discussions?

20       A.   No, sir.

21       Q.   Did you take any notes during those

22   discussions?

23       A.   No.

24       Q.   Okay.  Did you review any documents that were

25   produced by Al Otro Lado in this litigation?



Page 25

```
 1        A.  Not that I know of.

 2        Q.  Have you reviewed any documents that were filed

 3   with the court in this case in your preparation?

 4        A.  Not that I know of.

 5        Q.  Did you review any expert reports in this case

 6   in preparing for your deposition today?

 7        A.  No.

 8        Q.  Did you speak with any consultants hired by the

 9   defendants in preparing for your deposition today?

10        A.  No.

11        Q.  Were you provided with or do you have with you

12   any documents to refer to during your deposition today?

13        A.  No, I don't have anything with me.

14        Q.  And do you understand that you cannot refer to

15   any documents during the dep- -- the deposition today,

16   other than during breaks, without telling me that you

17   are doing so?

18        A.  Yes.

19        Q.  So that would include websites or digital

20   documents as well.  Do you understand that?

21        A.  Okay.  Understood.

22        Q.  Have you done any independent research to

23   prepare to testify today?

24        A.  Just the -- the stuff that I just told you

25   about.
```



Page 26

1     Q.   Did you, for instance, read any news articles?

2     A.   Oh, no.

3     Q.   Without going into the substance of any

4   conversations that you've had with your attorneys

5   regarding this case, have you met with your attorneys in

6   preparation for this deposition?  And by "meeting," I

7   include phone or video conference.

8     A.   Yes.

9     Q.   Who did you meet with?

10     A.   Ms. Shinners, Ari Nazarov, Elsie Reyes, Louisa

11   Slocum, and Evan McCulloch.

12     Q.   (BY MR. FENN)  And was that by telephone?

13     A.   Yes, and Webex.

14     Q.   How many times did you meet with your

15   attorneys?

16     A.   Four.

17     Q.   And how long did those meetings last?

18     A.   Between one hour and two hours.

19     Q.   Each or in total?

20     A.   No, each.

21     Q.   Were there any nonattorneys present at any of

22   the meetings that you had with your attorneys?

23     A.   No, besides myself.

24     Q.   Did anyone participate in your meeting

25   by -- with your attorneys by videoconference?



Page 27

1        A.  I think we all participated by videoconference

2    on some of the meetings.

3        Q.  Outside of your meetings with your lawyers, did

4    you do anything else to prepare for today's deposition

5    that we haven't discussed already?

6        A.  No.

7        Q.  And outside of your conversations with your

8    lawyers and the conversations that you mentioned with

9    Mr. Hawkins, Mr. Lopez, Ms. Torres, and Mr. Leos, have

10   you discussed this deposition with anyone else?

11       A.  No.

12       Q.  Have you read any news stories regarding this

13   lawsuit?

14       A.  No.

15       Q.  Okay.  I'd like to ask you a few questions

16   about your education and your work experience.  What is

17   the highest level of education you've obtained?

18       A.  Bachelor of science.

19       Q.  And where did you obtain your bachelor of

20   science?

21       A.  East Tennessee State University.

22       Q.  And what year did you graduate?

23       A.  Hmm.  1994, I think.

24       Q.  And do you recall your first place of

25   employment after you graduated?



Page 28

1    A.  Yes.

2    Q.  What was that?

3    A.  I think I worked for a restaurant.

4    Q.  Which restaurant was that?

5    A.  I think it was called the Bel-Air Grill.

6    Q.  And you testified earlier that you began

7  working for CBP at CBP's inception in December 2016; is

8  that correct?

9    A.  No, December 1996.

10    Q.  I'm sorry.  December 1996.  I misspoke.

11    A.  Yes, sir.

12    Q.  And prior to that, who did you work for?

13    A.  I was basically unemployed, and I worked at

14  restaurants until I could get a career, so it took a

15  year or so to do that.

16    Q.  When you began working for CBP in 1996, what

17  was your job title?

18    A.  Immigration inspector.

19    Q.  And after you were an immigration inspector,

20  what was your job title after that?

21    A.  I transferred to -- to U.S. Customs Service,

22  and it would have been customs inspector.

23    Q.  And I understand that you were a watch

24  commander for CBP at one point.  Do you recall what year

25  you took that title?



1          A.   No, I don't recall the year.  Let me think.

2     Maybe 2009, 2010.

3          Q.   And in what year did you become the assistant

4     port director for the Port of El Paso?

5          A.   2017.

6          Q.   Okay.  When you were a watch commander for CBP,

7     you were a watch commander for the El Paso Field Office,

8     correct?

9          A.   Yes, part of the time.

10         Q.   And how about the rest of the time?

11         A.   I started off as a watch commander for the Port

12    of El Paso, and then I was a watch commander for the

13    El Paso Field Office after that.

14         Q.   Could you explain to me the difference between

15    those two roles?

16         A.   Yes.  The -- the ports of entry fall under the

17    field office.

18         Q.   And do you have different job responsibilities

19    as a watch commander for the El Paso Field Office as

20    compared to a watch commander for the Port of El Paso?

21         A.   Yes.  The -- the watch commander position at

22    the El Paso Field Office was more program management

23    oriented.

24         Q.   Can you explain what you mean by

25    pro- -- program management oriented?



1      A.   Yeah.  I guess the only way I can describe it

2  is -- is to contrast it.  So for the port, you're a

3  field manager dealing with events, policy, procedures

4  of -- of that port.  For the field office, it would be

5  more program manager oriented.  In other words, my

6  program management was the Admissibility Advisory

7  Network, now called SEAL -- they renamed it -- Systems

8  Enforcement Admissibility Liaison, so immigration

9  programs and then other programs or tasks as assigned.

10      Q.   Were you a watch commander for the Port of

11  El Paso prior to your time as a watch commander for the

12  El Paso Field Office?

13      A.   Yes.

14      Q.   When you were a watch commander for the Port of

15  El Paso, who did you report to?

16      A.   To the port director.

17      Q.   And who was the port director at that time?

18      A.   There were more than one.  One was Hector

19  Mancha, and one was Bill Molaski.

20      Q.   And when you were a watch commander for the

21  Port of El Paso, did you have any CBP employees

22  reporting to you?

23      A.   Yes.

24      Q.   How many?

25      A.   I don't know.  That changes over time.  But a



Page 31

████████████████████████████████████████

████████████████████████████████████████████

█████████████████

4        Q.   Okay.  And as a watch commander in the El Paso

5   Field Office, who did you report to?

6        A.   I reported to the border security coordinator.

7        Q.   And who was that at the time?

8        A.   Fernando Thome.

9        Q.   And who reported directly to you?

10       A.   The only direct report I had was in the AN

11   office, and that changed over time.  There were several

12   people -- it was one person, and that one person changed

13   over time.

14       Q.   And what is the AN office?

15       A.   I guess immigration programs, immigration

16   oversight.

17       Q.   Okay.  Was it considered a promotion when you

18   transitioned from watch commander for the Port of

19   El Paso to watch commander for the El Paso Field Office?

20       A.   No.

21       Q.   Just a different role?

22       A.   Yes, sir.

23       Q.   And in your current role at CBP as an assistant

24   port director, who do you report to?

25       A.   The port director.



Page 32

1     Q.  And who is that currently?

2     A.  Beverly Good.

3     Q.  And who reports directly to you in your current

4     role?

5     A.  The watch commanders assigned to passenger

6     operations.

7     Q.  Is that just one person, or are there multiple

8     watch commanders reporting to you?

9     A.  It's currently three.

10    Q.  And what are their names?

11    A.  Ed Miranda, Joe Robles, and John Tobias.

12    Q.  Okay.

13         MR. FENN:  Kevin, if we can pull up

14    Exhibit 160, please.

15    Q.  (BY MR. FENN)  Mr. Cleaves, I'm showing you a

16    document that will be marked Exhibit 160, and you can

17    see it's Bates-labeled AOL-DEF-00290938.  If you'd like,

18    you're welcome to take your time and flip through this

19    document, but it's rather long, and I can direct you to

20    the relevant pages if that's easier.

21    A.  Yes, that'll be.

22    Q.  Okay.  And --

23         MS. SHINNERS:  And for the record -- for

24    the record, Counsel, defense counsel has not received

25    Exhibit 160.  You can go ahead.  I don't want to -- on



                                                        Page  33

 1   this exhibit, but I just wanted to let you know we've

 2   received Exhibit 159 but not 160.

 3               MR. FENN:  Okay.

 4               MS. SHINNERS:  But you can go ahead --

 5               MR. FENN:  Thank you.

 6               MS. SHINNERS:  -- for this -- for this

 7   time.

 8        Q.  (BY MR. FENN)  Mr. Cleaves, have you seen this

 9   document before?

10        A.  No.

11        Q.  So I take it, then, that you did not have any

12   role in drafting or otherwise assembling this document?

13        A.  Correct.

14        Q.  I'd like to direct your attention to page 2 of

15   the document.  The title of the page says:  "Director,

16   Field Operations, Mr. Hector A. Mancha."

17               Is that correct?

18        A.  Yes.

19        Q.  Is Mr. Mancha still the director of field

20   operations for the El Paso Field Office?

21        A.  He is.

22        Q.  Do you interact with Mr. Mancha in your role as

23   assistant port director?

24        A.  Yes, from time to time.

25        Q.  Can you describe the nature of your



Page 34

1    interactions with Mr. Mancha?

2         A.   Generally, it's event reporting.

3         Q.   And by "event reporting," what do you mean?

4         A.   Something significant has occurred that the

5    port of -- director and the DFO would need to know

6    immediately.

7         Q.   Can you give us an example of what you mean by

8    something significant that would constitute an event

9    that you might need to speak to -- about with

10   Mr. Mancha?

11        A.   Yes.  Border violence, shooting near the port

12   of entry would be an example.

13        Q.   Did you speak with Mr. Mancha in preparation

14   for this deposition?

15        A.   No.

16        Q.   Okay.

17             MR. FENN:  If we could turn to the next

18   page of the document, please.

19        Q.   (BY MR. FENN)  The next page lists assistant

20   directors Ray Provencio and Christopher Saindon; is that

21   correct?

22        A.   Yes.

23        Q.   Are those two individuals still assistant

24   directors for the El Paso Field Office?

25        A.   They are.



Page 35

1              MR. FENN:  And, Kevin, if we could flip to

2    the next page, please.

3        Q.  (BY MR. FENN)  The next page lists Ms. Patricia

4    Aveitia.  I'm probably butchering that pronunciation,

5    but is she still an assistant director for the El Paso

6    Field Office?

7        A.  No, sir.

8        Q.  And who assumed her role, if anyone, as a third

9    assistant director?

10       A.  His name is Barry Miller.

11       Q.  Thank you.  Did you -- I'm sorry.  Strike that.

12              Do you interact with Mr. Provencio,

13   Mr. Saindon, or Barry Miller in your role as assistant

14   port director?

15       A.  From time to time, yes.

16       Q.  Can you describe the nature of your

17   interactions with them?

18       A.  Sure.  It's different for each one.  For

19   Mr. Provencio, he's over border security, so I interact

20   with him more often than the others, and it's generally

21   event reporting as well, sometimes policy and

22   procedures.  With Mr. Saindon, it's missions report

23   related, supplies, that -- that type of thing.  And --

24   and to be quite honest, I interact with his staff more

25   than I do him.  And with Mr. Miller, he's over trade.  I



Page 36

1   interact with him infrequently, rarely.

2        Q.  Do you recall when Mr. Miller assumed

3   Ms. Aveitia's role?

4        A.  No, sir.

5        Q.  Would you -- was it in the last year or prior

6   to that?

7        A.  I think a year is a good estimate.  It could

8   have been more than a year, though.

9        Q.  Okay.  Did you speak with Mr. Provencio,

10  Mr. Saindon, or Mr. Miller in preparation for your

11  deposition today?

12       A.  I did.  It was a phone call with Evan

13  McCulloch, counsel, and him briefly.

14       Q.  And you said "him."  Which of those three

15  assistant port directors -- I'm sorry -- assistant

16  directors for the El Paso Field Office did you speak

17  with?

18       A.  Yeah, I should have clarified that.

19  Mr. Provencio.

20       Q.  Thank you.  So did -- you did not speak with

21  Mr. Saindon or Mr. Miller in preparation for your

22  deposition?

23       A.  No, sir.

24       Q.  Generally, what did you speak about with

25  Mr. Provencio?



Page 37

1              MS. SHINNERS:  Objection.  I'm going to

2    instruct the witness not to answer.  This is related to

3    preparation for this deposition and communication with

4    counsel.

5         Q.  (BY MR. FENN)  Okay.  Mr. Cleaves, do you

6    intend to follow your counsel's instruction?

7         A.  Yes, sir.

8              MR. FENN:  Could we please flip to page 5

9    of the PDF?

10        Q.  (BY MR. FENN)  Is this a map of the El Paso

11   Field Office ports of entry?

12        A.  Yes.

13        Q.  And if you look at the key on the right side of

14   the map, it contains symbols for ports of entry and

15   symbols for border crossings.  Can you explain the

16   difference between ports of entry and border crossings?

17        A.  Yes.  Border crossings fall under an area port

18   of entry.  For example, if you want one, Fort Hancock is

19   a border crossing that falls under the Port of Tornillo.

20        Q.  Okay.  And does the same apply for Antelope

21   Wells would -- would be a border crossing for the Port

22   of Columbus?

23        A.  Yes.

24        Q.  The map lists Columbus, Santa Teresa, Paso del

25   Norte, Stanton, Bridge of the Americas, Ysleta,



Page 38

1    Tornillo, and Presidio as ports of entry; is that right?

2        A.  It does.

3        Q.  Are those all -- all of the ports of entry

4    within the El Paso Field Office?

5        A.  Yes.  Well, Albuquerque is also a port of entry

6    within the El Paso Field Office.

7        Q.  Okay.  Thank you.  When you refer specifically

8    to the Port of El Paso, as of the date this manual was

9    circulated, that encompassed Paso del Norte, Stanton,

10   Bridge of the Americas, and Ysleta; is that correct?

11       A.  Yes, and the El Paso airport, the El Paso

12   Foreign Trade Zone, and two railroad crossings in

13   El Paso as well.

14       Q.  Is Stanton a pedestrian port of entry?

15       A.  No.  Pedestrian outbound only, no inbound

16   pedestrian.

17       Q.  And is it the case that as of March 1st, 2020,

18   Ysleta became considered its own port of entry?

19       A.  It did.

20       Q.  Okay.

21           MR. FENN:  Kevin, could we flip to page 47

22   of the PDF, please?

23       Q.  (BY MR. FENN)  Mr. Cleaves, Ms. -- Mrs. Beverly

24   Good is listed as the port director for El Paso.  Do you

25   see that?



Page 39

1          A.  Yes.

2          Q.  Is she still in that position?

3          A.  She is.

4          Q.  Do you interact with Ms. Good in your role as

5      assistant port director?

6          A.  Yes.

7          Q.  Can you describe the nature of your

8      interactions with Ms. Good?

9          A.  Yes.  Daily operations of the port.

10          Q.  And when you say "daily operations," what would

11      that encompass?

12          A.  Everything.

13          Q.  Can you give us an example of -- an example or

14      two of the different types of operations that you might

15      speak to Ms. Good about?

16          A.  Sure.  Passenger operations, dealing in traffic

17      management of vehicles, pedestrians, narcotics seizures,

18      other types of contraband seizures, immigration

19      processing, intelligence collection, special operations,

20      enforcement operations, coordination with other

21      agencies.  And I can -- I think that's enough as

22      examples.

23          Q.  Did you speak to Ms. Good in preparation for

24      your deposition today?

25          A.  No.



Page 40

1      Q.  You said that you spoke to a couple of

2  assistant port directors and a former assistant port

3  director at other ports.  Did you speak to any port

4  directors of other ports in the El Paso Field Office to

5  prepare today?

6      A.  No.

7      Q.  Okay.

8           MR. FENN:  Could we flip to the next page

9  of the PDF, please?

10     Q.  (BY MR. FENN)  Mr. Cleaves, you are the first

11 assistant port director listed on this page, correct?

12     A.  Yes.

13     Q.  And next to your name it says "Paso Del Norte

14 border crossing" and then in parentheses "passenger."

15 Do you see that?

16     A.  Yes, sir.

17     Q.  Can you explain what the Paso del Norte border

18 crossing next to your name means?

19     A.  It's where, physically, my office is located.

20     Q.  Does that have any effect on your

21 responsibilities as an assistant port director as

22 compared to the other assistant port directors?

23     A.  No.  The only difference would be budget-wise.

24 Within the Port of El Paso, the budget's broken up by

25 geographic location.  Otherwise, my responsibilities are



Page 41

1    over passenger operations for the port.

2        Q.  So your responsibilities are over passenger

3    operations for the entire Port of El Paso and not just

4    Paso del Norte?

5        A.  Correct.

6        Q.  And then, on this page, there are two other

7    assistant port directors listed, Mr. Barry Miller and

8    Mr. Norman Bebon.  You mentioned earlier that Mr. Miller

9    is now assistant director for the El Paso field office;

10   is that right?

11       A.  Yes.

12       Q.  And who filled Mr. Miller's role?

13       A.  No one.

14       Q.  Is Mr. Bebon still in that -- in the role of

15   assistant port director?

16       A.  Yes.

17       Q.  Do you interact with Mr. -- Mr. Bebon in your

18   role as assistant port director?

19       A.  Yes.

20       Q.  And what are the nature of those interactions?

21       A.  From time to time, if there's events that occur

22   that affects cargo trade or tactical, then I'll let him

23   know.  We may briefly discuss it since that's his area

24   of operation.

25       Q.  And you can see that, on this page, tactical is



Page 42

1    listed next to Mr. Miller's name.

2         A.   Correct.

3         Q.   Did Mr. Bebon assume Mr. Miller's

4    responsibilities when Mr. Miller transitioned roles?

5         A.   Yes.   He has assumed those responsibilities.

6    We don't know if that position will ever be filled, so

7    at the current time, he's taken on the tactical

8    responsibilities as well.

9         Q.   Okay.   And have you had to take on any of

10   Mr. Miller's previous responsibilities?

11        A.   Not officially.

12        Q.   Do you know why Mr. Miller's position has not

13   and may not be filled?

14        A.   No, I don't know why.

15        Q.   Okay.   Earlier we listed all of the ports of

16   entry in the El Paso Field Office.   Outside of the Port

17   of El Paso, do you have any personal experience managing

18   the operations at other ports of entry within the

19   El Paso Field Office, so, for instance, at Presidio or

20   Tornillo or Columbus?

21        A.   No, not anymore.   I was a first line supervisor

22   in Columbus a long time ago, but I don't know the

23   operation of Columbus anymore.

24        Q.   How long ago was that, that you were a first

25   line supervisor?



Page 43

1          A.   I think it was 15, 14, 15 years ago.

2          Q.   And what does a first line supervisor do?

3          A.   Well, back then, since it's a small port of

4    entry, I had multiple roles, so mine was passenger

5    operations, the training department, and the criminal

6    prosecution unit.

7          Q.   Are you familiar with the operations of other

8    ports of entry within the El Paso Field Office outside

9    of the Port of El Paso?

10          A.   I have some familiarity, yes, but no direct

11    knowledge.

12          Q.   And is the familiarity that you mentioned a

13    result of your work experience or your preparation for

14    your deposition today?

15          A.   Work experience.

16          Q.   Are you familiar with the physical layout of

17    each of the ports of entry in the El Paso Field Office?

18          A.   To some degree, yes.

19          Q.   Are all of the ports of entry in the El Paso

20    Field Office Class A ports of entry?

21          A.   No.

22          Q.   Which of the POEs in the El Paso Field Office

23    are not Class A ports of entry?

24          A.   Antelope Wells --

25               MS. SHINNERS:  Object to the scope.



Page 44

1              You can go ahead.

2              THE WITNESS:  Yes, ma'am.

3    A.   Antelope Wells border crossing and Boquillas.

4    Q.   (BY MR. FENN)  If a port of entry is a Class A

5    port of entry, does that mean that it can handle the

6    full range of operations for a port of entry, including

7    processing claims for asylum?

8              MS. SHINNERS:  Object to the scope.

9              You can answer.

10   A.   I don't think a Class A port of entry is

11   defined on what it can handle.  I think it's defined on

12   the type of traveler that can apply there.  My

13   understanding is Class A port of entries can accept all

14   travelers and other classes of ports of entry cannot.

15   Q.   (BY MR. FENN)  Okay.  That's helpful.  Thank

16   you.

17              As an assistant port director for El Paso,

18   did you have responsibility for implementing policy or

19   guidance from CBP regarding metering asylum seekers?

20   A.   Yes.

21              MS. SHINNERS:  Object to the form.

22              You can answer.

23   A.   The answer is yes.

24   Q.   (BY MR. FENN)  What was your responsibility for

25   implementing that policy?



Page 45

1       A.  My responsibility is just to make sure it was

2   done correctly, just by policy and procedure and -- and

3   when necessary.

4       Q.  And how did you exercise that responsibility?

5       A.  By making sure we're -- we're doing it by the

6   correct policy and procedure.

7       Q.  What steps did you take to make sure that the

8   policy was being executed correctly?

9       A.  Well, we'll make sure the watch commanders and

10  the second line chiefs and supervisors understand it so

11  that they (sic) way they can schedule and have people

12  assigned to do the job appropriately.

13      Q.  Has it ever been your responsibility to track

14  the capacity of the ports of entry in the El Paso Field

15  Office?

16          MS. SHINNERS:  Objection, vague.

17      Q.  (BY MR. FENN)  You can answer.

18      A.  Yes.  I'm aware of the capacity of the port of

19  entry.  I don't know what you mean by track it.

20      Q.  Let me ask the question a different way.  Has

21  it ever been part of your responsibility to -- to

22  collect or compile data on the capacity of the ports of

23  entry in the El Paso Field Office?

24      A.  Yes.

25      Q.  How do you collect that data?



Page 46









Page 48

1            You can answer.

████████████████████████████████████

████████████████████████

██████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████

████████████████████████

████████████

███████████████████████████

████████████████████████████████████

█████████████████████████████████

██████████████████████████

█████████████████████████████████████

███████████

█████████████████████████

17       Q.  During your tenure as assistant port director,

18  did any ports of entry in the El Paso Field Office

19  direct asylum seekers to other ports of entry for

20  processing?

21       A.  No.

22       Q.  So if an asylum seeker showed up at the Port of

23  Tornillo, they would not be directed to Paso del Norte

24  for processing, for instance?

25       A.  Correct.



Page 49

1          MS. SHINNERS:  Object to the form.

2      Q.  (BY MR. FENN)  There are seven ports of entry

3  on the U.S.-Mexico border in the El Paso Field Office,

4  correct?

5      A.  Let me count them.  No.  There's five ports of

6  entry.  The border crossings -- now there's six

7  currently, used to be five.  The border crossings within

8  the Port of El Paso are referred to commonly as ports of

9  entry that you can see on the map that you showed me

10  previously.  So I guess if you -- depending on how you

11  look at it, I guess it could be yes and no.

12      Q.  Okay.  So are the six -- you said that there

13  were six ports of entry on the U.S.-Mexico border in the

14  El Paso Field Office.  Are those six Columbus, Santa

15  Teresa, Paso del Norte, Bridge of the Americas, Ysleta,

16  Tornillo, and Presidio?

17      A.  They would be Columbus, Santa Teresa, Port of

18  El Paso, Tornillo, Ysleta, and Presidio, with Paso del

19  Norte and Bridge of the Americas as border crossings

20  within the Port of El Paso currently.

21      Q.  Okay.  Have you ever heard the term "capacity"

22  used with respect to these six ports of entry?

23          MS. SHINNERS:  Objection, scope.

24      A.  I've heard the term --

25          MS. SHINNERS:  You can answer.



Page 50

```
 1        A.  -- capacity.  I -- I don't know or recall if
 2   I've ever heard it for the other ports of entry,
 3   although I assume they have one.
 4        Q.  (BY MR. FENN)  Does the El Paso Field Office
 5   have a definition of the term "capacity" as it is used
 6   with respect to these six ports of entry?
 7        A.  No, not a definition.
 8        Q.  So there's no definition memorialized in a
 9   statute?
10        A.  A statute of law?
11        Q.  Yes.
12        A.  The -- the -- no, the Port of El Paso doesn't
13   make its own laws.
14        Q.  Do you know if there's any definition of the
15   term "capacity" in a regulation governing the El Paso
16   Field Office?
17        A.  No.
18        Q.  How about any guidance from CBP or the El Paso
19   Field Office?
20        A.  No, no official guidance.  We use operational
21   considerations when trying to -- I guess trying to
22   define capacity, but no actual set definition.
23        Q.  Is there any definition of "capacity" in a CBP
24   or El Paso Field Office memorandum that you've seen?
25        A.  No.
```



Page 51

1      Q.  How about a standard operating procedure?  Any

2   definition of "capacity" in a standard operating

3   procedure?

4      A.  No, not that I know of.

5      Q.  How about musters, do you know whether the term

6   "capacity" has ever been defined in musters?

7      A.  No.

8      Q.  Do you know whether the term "capacity" has

9   ever been defined in any other sort of official document

10  that you've seen?

11     A.  I believe I've seen it mentioned in a memo from

12  headquarters about metering where -- where it just

13  mentions detention capacity and processing capacity and

14  operational capacity, but it doesn't define it.

15     Q.  Did you say you saw that in a memo from

16  headquarters?

17     A.  I think so.

18     Q.  Do you recall when that memo would have been

19  issued?

20     A.  April 2018.

21     Q.  And is the memo that you're referring to the

22  April 2018 memo from Todd Owen on metering?

23     A.  Yes, sir.

24     Q.  Okay.  We'll take a look at that memo in a bit.

25          Has the definition of the term "capacity,"



Page 52

1    as it is used with respect to these six ports of entry

2    that we were just discussing, has that changed -- has

3    that changed at any time?

4              MS. SHINNERS:  Objection, scope.

5         A.  I can't speak for any other ports of entry, but

6    for the Port of El Paso, I can answer that question, if

7    you want.

8         Q.  (BY MR. FENN)  Sure.



Page 53

1        A.  Correct.

2              MS. SHINNERS:  Objection, vague.

3              You can answer.  It's -- it's vague, but

4   you can answer.

5        A.  Correct.  So capacity, you have to take it in

6   consideration both physical capacity, the actual

7   facility itself, and operational capacity, what you can

8   process and what's -- what's going on at the time

9   throughout the port and whether or not you can do it.

24       A.  I don't really --

25              MS. SHINNERS:  Object- -- objection, vague.



Page 54

1            Go ahead.





Page 55



19        Q.   Does the El Paso Field Office distinguish

20   between operational capacity and detention capacity?

21        A.   We distinguish them by how you describe them,

22   but both of those measures are accounted for when --

23   when it comes to how many people we can accept and

24   process and hold.

25        Q.   And what is the difference between operational



Page 56

1    capacity and detention capacity?

2        A.  Well, detention capacity or physical capacity

3    is the facility itself.  Our facility was never designed

4    for overnight holding.  We don't have anything for that.

5    The cells aren't even a size to do that, so not all

6    cells can be used for overnight holds.  So that's

7    physical capacity or detention capacity.

8                So operational capacity is more complex.

9    That takes into account the Port of El Paso is very

10   spread out, it's very unique, so it has ten different

11   locations and processes.  So it takes into account all

12   of the operations that are ongoing and what it would

13   take for these operations to -- to, you know, operate

14   well and successfully.

15               So sometimes issues or workload issues and

16   any other operation could affect the other operations as

17   well, including admissibility processing because we're

18   not a detention facility and don't have any overnight

19   built in.  Those type of facilities usually have food

20   contracts, dining halls, medical, transport, people to

21   guard.  We don't have any of that.  So that's an

22   operational consideration as well.  As you get larger

23   numbers, you have to move people in from other areas to

24   account all of those services.

25               Operational capacity also takes into



Page 57

1   account the back end of the process, which I call ICE,

2   ICRO.  We turn over -- for asylum seekers, they're a

3   mandatory detention, so we turn them over to ICE, and

4   they will tell us whether or not they can be placed or

5   not and where.  That process takes time, and that

6   process is typically slower than we can take in or

7   process.  That is an operational capacity issue.

8   ███████████████████████████████████

9   ███████████████████████████████████

10  ███████████████████████████████████

11  ███████████████████████████████████

12  ███████████████████████████████████

13  ███████████████████████████████████

14  ███████████████████████████████████

15  ███████████

16         Q.  Sorry.  I didn't mean to interrupt you.

17             You mentioned "our facilities" in your

18  response.  When you -- when you said "our facilities,"

19  were you referring to the Port of El Paso?

20         A.  Yes, Port of El Paso.

21         Q.  When did the Port of El Paso begin

22  distinguishing between operational capacity and

23  detention capacity?  Was that in 2016 when you mentioned

24  before the -- the issue of detaining people overnight?

25             MS. SHINNERS:  Objection, vague.



Page 58

```
1        A.   I don't remember ever there -- there being a
2    distinguishing.   That's always been the case.
3        Q.   (BY MR. FENN)  So the Port of El Paso has
4    always distinguished between operational capacity and
5    detention capacity?
```

```
22       Q.   You mentioned a few of the considerations that
23   you say go into operational capacity.  Are those
24   considerations memorialized in any statute that you know
25   of?
```



Page 59

1     A.  No.

2     Q.  Are those considerations memorialized in any

3  regulation that you're aware of?

4          MS. SHINNERS:  Object to the scope.

5     A.  I don't know of any operational consideration

6  whatsoever dealing with ports of entry that are in any

7  statute or regulation whatsoever.  I'm not aware of any

8  statute or regulation that goes into such depth of an

9  operation of one port of entry.

10     Q.  (BY MR. FENN)  Are the considerations that you

11  mentioned with respect to operational capacity

12  memorialized in any guidance that you've seen?

13     A.  Yeah, there's quite a bit of discussion and

14  guidance.  And I don't know -- it gets memorialized

15  formal?  No.  Informal discussion about the operational

16  capacity is quite often.  For example, if ICRO's

17  capacity on a certain type of detainee slows down or

18  stops, that affects us, so that's -- guidance would go

19  out on how to handle that.

20     Q.  Are there standard operating procedures, formal

21  standard operating procedures, that list the

22  considerations that you mentioned with respect to

23  operational capacity?

24     A.  I guess the only one I can think of are the

25  Flores guidance and -- and policy on time and custody.



MAGNA
LEGAL SERVICES

Page 60

1    That's a -- a significant operational capacity

2    consideration.

3         Q.  Do you know whether the definition of

4    "detention capacity" is memorialized in a statute?

5         A.  I do not know.

6         Q.  How about a regulation?  Do you know whether

7    the term "detention capacity" is memorialized in a

8    regulation?

9              MS. SHINNERS:  Object to the scope.

10        A.  If it is, it's probably related to facilities

11   who were designed for detention.  So I'm -- I'm not

12   aware of -- of anything related to detention capacity in

13   a port of entry as we're not a detention facility.

14        Q.  (BY MR. FENN)  Do you know whether the

15   definition of "detention capacity" is memorialized in

16   any formal guidance?

17        A.  Definition, no.

18        Q.  How about any written memorandum?

19        A.  No, not that I know of.

20        Q.  Is the definition of "detention capacity"

21   memorialized in any formal standard operating procedure?

22        A.  No.

23        Q.  Is the definition of "detention capacity"

24   memorialized in any other official document that you've

25   seen?



Page 61

1          MS. SHINNERS:  Objection, vague, overbroad.

2      A.  Official policy document, no, not that I know

3  of, definition.

4      Q.  (BY MR. FENN)  Okay.  Is there any formula for

5  calculating the operational capacity of a port of entry?

6      A.  No.  But how -- some of the things that I

7  mentioned before go into that formula, so that would

8  change on a daily basis sometimes.

9      Q.  What does the operational capacity of a port of

10  entry have to be in order for it to begin metering?

11          MS. SHINNERS:  Object to the scope.

12      A.  For metering, we would use both the combination

13  of detention and operational capacity.  It could be one

14  or the other that is the impetus for metering, but we

15  always consider both.  And generally, it's -- it's both,

16  at least for the Port of El Paso, that we're considering

17  as the reason.

18      Q.  (BY MR. FENN)  Let's -- let's talk about

19  operational capacity first.  How high would the

20  operational capacity numbers have to be at a port of

21  entry in the El Paso Field Office in order for it to

22  begin metering?

23      A.  Large groups --

24          MS. SHINNERS:  Object to the -- object to the

25  the scope.  He is -- the specific practices, we object,



Page 62

1    and I just want to make sure I make this clear on the

2    record.  The specific practice of the particular other

3    ports within the El Paso Field Office, to the extent

4    they may differ are -- we have objected to discovery

5    from those specific ports.  So I just want to make sure

6    that the purpose of my scope objection is clear.

7              MR. FENN:  And I -- and I think it might be

8    beneficial for -- for everybody if that's a standing

9    objection as you made it during Mr. Humphries'

10   deposition.

11             MS. SHINNERS:  Yes, but the problem -- the

12   problem is your question is asking generally about the

13   El Paso Field Office and all the ports within the

14   El Paso Field Office.  So it -- if -- I'm concerned if I

15   don't actually make the objection that it -- it won't be

16   clear that we're talking about the port of -- that

17   he's -- well -- yeah, I don't want to be disruptive.  I

18   will -- I will make a standing objection to questions

19   that relate to specific practices of the specific other

20   ports other than the Port of El Paso.  Does that make

21   sense?

22             MR. FENN:  I think so.  But just for

23   clarity, Mr. Cleaves is the 30(b)(6) representative for

24   the El Paso Field Office, so I'm going to ask him

25   questions about other ports of entry within the El Paso



Page 63

1    Field Office besides from the Port of El Paso.

2              MS. SHINNERS:  Well, actually, that's a

3    little tricky.  I mean, I think that he is speaking on

4    behalf of the practices of the El Paso Field Office and

5    from the perspective of the El Paso Field Office.  But

6    we -- in terms of port-specific practices as to the

7    different ports, we've objected to providing information

8    about port-specific practices as to the other ports as a

9    matter of burden and proportionality and its preclass

10   certification in terms of preparing the witness to

11   testify.  So he will -- he is prepared to talk about

12   specific practices with relation to the Port of El Paso.

13             MR. FENN:  Okay.  Well, that's a dispute

14   that is ongoing, and it hasn't been resolved by the

15   court, so I'm going to ask him questions about other

16   ports of entry within the El Paso Field Office, and

17   you're entitled to make that objection.  But we may hold

18   Mr. Cleaves' deposition open if he's not prepared to

19   answer questions about other ports of entry within the

20   El Paso Field Office.

21             MS. SHINNERS:  Okay.  I -- again, the only

22   purpose of me saying this is just to make clear what my

23   scope objection means when you're talking about the

24   El Paso Field Office and port-specific practices with

25   relation to other ports within the El Paso Field Office.



Page 64

1               MR. FENN:  Understood.

2       Q.  (BY MR. FENN)  Mr. Cleaves, let me rephrase my

3   question.



Page 65





Page 66

█  ████████████████████████████████████

█  ██████████████████████████████████████

█  ████████████████████████████████████

█  ███████████████████████████████████████

█  █████████████████████████████████

6         Q.  Is it your testimony that the operational

7  capacity of the Port of El Paso could change from day to

8  day?

9         A.  It does.

10         Q.  And does CBP or does someone at the Port of

11  El Paso track what the operational capacity is on a

12  given day?

13         A.  No, because it is a culmination of multiple

14  factors.  Yeah, that would become impossible to track.

15  If you wrote it down, it would be different after you

16  get done writing it down.  That's an overexaggeration,

17  but...

18         Q.  So does the CBP or does somebody within the

19  Port of El Paso create any regular reports showing the

20  operational capacities for the Port of El Paso?

21         A.  No, not specific to operational capacity.  We

22  generally report numbers and where they are in the

23  processing, that type of thing, which may go into the

24  decision-making of operational capacity, but, no,

25  nothing specific.



Page 67

1     Q.  And is your answer the same for other ports of
2  entry within the El Paso Field Office?
3     A.  I don't know specifically the mechanics of how
4  they report it, but my understanding is, yes, they both
5  take into consideration detention capacity and
6  operational capacity when making those decisions.
7     Q.  But you would agree that there's a difference
8  between taking operational capacity into consideration
9  and recording data on operational capacity, correct?
10    A.  No, actually, I don't know the difference
11 between what you're asking.
12    Q.  I'm asking whether -- you said that -- strike
13 that.
14            You testified earlier that it would be too
15 difficult to record data on operational capacity for the
16 Port of El Paso, correct?
17            MS. SHINNERS:  Objection, misstates
18 testimony.
19    A.  We would record data on the events that are
20 occurring and how many people we have and where they are
21 in the processing.  But as for your question on
22 operational capacity, which is a complex decision on
23 determining exactly what was going on at the port in
24 multiple facets, no, I -- I don't think we have anything
25 that captures everything like that in a report.



Page 68

1      Q.  (BY MR. FENN)  Okay.  And my question is:  For

2  the other ports of entry in the El Paso Field Office, do

3  you know whether those ports of entry issue reports that

4  capture operational capacity?

5      A.  That captures everything that I was describing?

6  No, they don't.

7      Q.  Okay.

8              MR. FENN:  We've been going for about an

9  hour and a half, and we're kind of at a natural breaking

10  point.  Would this be a good time to take a short break?

11             MS. SHINNERS:  Yes.  That's perfect for me,

12  yeah.

13             MR. FENN:  Okay.

14             MS. SHINNERS:  Uh-huh.  Mr. Cleaves?

15             THE WITNESS:  Yes, that's fine.

16             THE VIDEOGRAPHER:  The time is 10:33 a.m.

17  We're going off the record.

18                 (Break was taken.)

19             THE VIDEOGRAPHER:  The time is 10:54 a.m.

20  We are back on the record.

21             MR. FENN:  Kevin, if you could put

22  Exhibit 161 up on the screen.

23      Q.  (BY MR. FENN)  Mr. Cleaves, I'm showing you a

24  document that will be marked as Exhibit 161, and it is

25  Bates-labeled AOL-DEF-00273818.  This is a June 16th,



MAGNA
LEGAL SERVICES

Page 69



14          MS. SHINNERS:  Object to the scope.

15          You can answer.



Page 70



```
14              MS. SHINNERS:  Object to the scope.

15              Go ahead.  Go ahead, Mr. Cleaves.  Sorry to

16      interrupt.
```



Page 71





Page 72





Page 73





Page 74





Page 75





Page 76



13          MS. SHINNERS:   Object to the scope.

14          Go ahead, Mr. Cleaves.



Page 77





Page 78



```
19              MS. SHINNERS:  Objection to scope,
20       foundation.
21              Go ahead.
```



Page 79



```
 7                MS. SHINNERS:  Same objection.
 8                Go ahead.
```

```
19                MS. SHINNERS:  Objection, scope.
20        Q.  (BY MR. FENN)  I'm sorry, Mr. Cleaves.  I
21   didn't hear your response.
```



Page 80





Page 81

███████████

███████████████████████

██████████████████████████████

███████████████████████

████████████████████████████

███████████████████████████

█████

```
 8          Q.  Okay.  Let's --

 9               MR. FENN:  Kevin, if you could put up

10   Exhibit 162, please.

11          Q.  (BY MR. FENN)  Mr. Cleaves, I'm showing you

12   what's been marked as Exhibit 162 and is Bates-labeled

13   AOL-DEF-00027382.

14               Have you seen this document before?

15          A.  No.

16          Q.  Have you seen reports that resembled this

17   document before?

18          A.  I have seen something in this format before,

19   yes.

20          Q.  If I refer to this as a queue management

21   report, will you understand what I mean?

22          A.  Yes, I guess so, although -- yes.

23          Q.  Okay.  This queue management report is dated

24   November 5th, 2018; is that correct?

25          A.  Yes, it says that.
```



Page 82



1        Q.   Okay.

2                MR. FENN:  And, Kevin, if we could go to

3    the next page of the report.



Page 83



20    Q.  Okay.

21              MR. FENN:  If we could pull up Exhibit 163,

22    please.

23        Q.  (BY MR. FENN)  I'm showing you what will be

24    marked as Exhibit 163 to your deposition.  It is a

25    multipage Federal Rule of Evidence 1006 Summary Exhibit



Page 84

1    entitled "El Paso Port of Entry:  Impact to Port

2    Operations."

3              Do you see that?

4         A.  I see the title, yes.

5         Q.  And I will represent to you that this document

6    summarizes the capacity and impact to port operations

7    portions of every queue management report produced by

8    defendants with data for the Port of El Paso from

9    June 16th, 2018, through December 31st, 2018.

10             Can you please look at the entry for

11   June 19th, 2018?

12        A.  Yes.

13        Q.  On that date, capacity for the Port of El Paso

14   was listed as 95 percent; is that correct?

15        A.  Yes.

16        Q.  But the Impact to Port Operations column lists

17   the impact to port operations for that day as "no

18   impact," correct?

19        A.  That's what it says.

20             MS. SHINNERS:  And objection.  This -- this

21   assumes the accuracy of the summary of the documents.

22             You can answer, Mr. Cleaves.

23        A.  Yes.

24             MR. FENN:  Okay.  Now I'd like to look at

25   the entries from July 17th, 2018, through July 20th,



Page 85



```
21        Q.  Okay.  I'd like to shift gears a little bit and
22   discuss the manner in which metering is implemented at
23   the ports of entry in the El Paso Field Office.
24               But before doing so, I'd like to define the
25   term "limit line."  If I use that term, I mean the
```



Page 86

1    location at which officers stand when assigned to

2    conduct queue management operations at a port of

3    operation.  Do you understand that?

4         A.  Yes, okay.

5         Q.  So let's talk about Paso del Norte first.  From

6    2016 to the present, at any time, have asylum seekers

7    been metered at Paso del Norte?

8              MS. SHINNERS:  Object to the form.

9              THE WITNESS:  I --

10             MS. SHINNERS:  Go ahead, Mr. Cleaves.

11             THE WITNESS:  I -- okay.  Yeah.  I just

12   wanted to make sure.

13        A.  From 2016 until now at the Paso del Norte

14   border crossing, metering has been conducted, yes.





Page 87



Page 88



```
23              MS. SHINNERS:  Object to the form.

24              THE WITNESS:  And I assume I can continue?

25              MS. SHINNERS:  Yes.  Mr. Cleaves, unless I
```



Page 89

1    state otherwise, please go ahead and continue.  I

2    apologize.

3                    THE WITNESS:  No.  I apologize for that.



Page 90

███████████████████████████████████████

███████████████████████████████

██████████

```
 4              MR. FENN:  If we could pull up Exhibit 164,

 5    please.

 6         Q.   (BY MR. FENN)  We're showing you what will be

 7    marked as Exhibit 164 and is titled "Supplemental and

 8    Amended Responses to Plaintiffs' Fourth Set of

 9    Interrogatories to all Defendants."

10              Have you seen this document before,

11    Mr. Cleaves?

12         A.   I think so.

13         Q.   And when you say you think so, is that because

14    you've seen responses to interrogatories, but you're not

15    sure if it was this particular response?

16         A.   Correct, yes, sir.

17         Q.   And I'm just looking for a yes-or-no answer on

18    this question.  Were you consulted regarding the facts

19    contained in this document?

20         A.   No.

21              MR. FENN:  I'd like to look at the bottom

22    of page 4, please.  Sorry.  That's page 4 of the --

23    numbered -- numbered page 3.  You were right the first

24    time, Kevin.  My mistake.

25         Q.   (BY MR. FENN)  And there's a heading there that
```



Page 91

1    says "Interrogatory No. 18."  Do you see that?

2         A.  Yes, sir.

3         Q.  The interrogatory reads:

4              "For each port of entry" -- I'm sorry --

5    "for each POE, describe your limit line position with as

6    much specificity as possible, including, without

7    limitation (a) the distance between the limit line

8    position and the boundary line between the U.S. and

9    Mexico, (b) any structures, whether permanent or

10   temporary, that are at the limit line position, (c) the

11   number of officers that are assigned to staff the limit

12   line position, and (d) the distance between where

13   officers stand when staffing the limit line position and

14   the boundary line between the U.S. and Mexico."

15             Did I read that correctly?

16        A.  Yes, sir.

17        Q.  Now I'd like to direct you to page 14 of the

18   document.  Under the underlined portion that says

19   "El Paso" -- do you see that?

20        A.  Yes, sir.

21        Q.  -- the description for Paso del Norte, which

22   starts at the second paragraph there under the El Paso

23   heading, reads:

24             "At the Paso del Norte bridge, the

25   pedestrian lane is segregated from the vehicle lanes by



Page 92









Page 94





Page 95





Page 96

```
 1        Q.   Okay.   Let's talk about Bridge of the Americas.
 2    Bridge of the Americas is considered part of the El Paso
 3    Port of Entry, correct?
 4        A.   Yes.
 5        Q.   From 2016 to the present, at any time, have
 6    asylum seekers been metered at Bridge of the Americas?
 7        A.   Yes.
 8        Q.   Do you recall when metering began at Bridge of
 9    the Americas?
10        A.   For the Port of El Paso, it would be
11    November 2016 for three weeks and then again in May of
12    2018.
13        Q.   And that was -- those dates that you just
14    indicated are the same dates as you earlier indicated
15    for the Paso del Norte crossing, correct?
16        A.   Correct.
17        Q.   And would your response be the same for the
18    Ysleta border crossing?
19        A.   Yes.
20        Q.   Have asylum seekers who approach the limit line
21    at Bridge of the Americas been told to wait in Mexico
22    for the time period 2016 to the present?
23        A.   They're not told a location of where to wait,
24    but they are told that they may have to wait if we're
25    unable to take them.
```



Page 97

1      Q.   Have they ever been directed to another border

2   crossing from Bridge of the Americas?

3      A.   No.

4      Q.   Okay.

5           MR. FENN:  I'd like to look at the top of

6   page 15 of the same document.



Page 98





Page 99





Page 100

██████████████████████

████████████████████████

██████████████████████████

████████████████████

████████████████████████

████████████████████████

███████████████████████

████████████████

 9      Q.   Okay.   Let's talk about Ysleta.   We mentioned

10   earlier, and I think you agreed, that Ysleta was

11   considered a part of the El -- El Paso Port of Entry up

12   until March 2020 but is now considered its own port of

13   entry; is that correct?

14      A.   Yes, sir.

████████████████████████

████████████████████

████████████████████

████████████████████████

██████████████████████████

█████████████████████████

█████████████████████████

██████████████████████████

█████████████████████████

██████████████████████████

██████████████████████████





Page 101



[redacted]

Page 104

1    Q.  And so that -- those changes would not have

2    affected the physical distance or relationship between

3    the limit line and the international boundary; is that

4    correct?

5    A.  No, that would not have affected the distance

6    between the officers and the international boundary,

7    yes, sir.

8    Q.  Okay.  Let's talk about Tornillo.  From 2016 to

9    the present, have asylum seekers been metered at the

10   Tornillo Port of Entry?

11            MS. SHINNERS:  Object to the form and

12   scope.

13   A.  Yes.  Tornillo has used metering but extremely

14   rarely.  Almost never is the description I would use.

15   Q.  (BY MR. FENN)  Do you recall when this began at

16   Tornillo?

17   A.  Sometime after January of 2019.

18   Q.  So Tor- -- strike that.

19            So does that mean that there was no

20   metering at Tornillo before January of 2019?

21   A.  That is my understanding, yes, sir.

22   Q.  At the Tornillo Port of Entry, have asylum

23   seekers been told to wait in Mexico?

24   A.  No.

25            MS. SHINNERS:  Object to the form and



Page 105

 1    scope.

 2        A.  I don't think they've been given a location of

 3    where to wait.  But when metering is conducted, they may

 4    be told that they can't be taken at that time and

 5    they'll have to wait.

 6        Q.  (BY MR. FENN)  At the Tornillo Port of Entry,

 7    have asylum seekers ever been directed to another port

 8    of entry or border crossing?

 9        A.  No.

10            MS. SHINNERS:  Object to the form and

11    scope.

12            Go ahead.

13        Q.  (BY MR. FENN)  Are you familiar with the

14    physical layout of Tornillo Port of Entry?

15        A.  Yes, sir.

16        Q.  If you could, could you describe the pedestrian

17    entrance to the Tornillo Port of Entry?

18            MS. SHINNERS:  And I'll just note the

19    standing objection to the scope as to port specifics.

20            Go ahead --

21            THE WITNESS:  All right.

22            MS. SHINNERS:  -- Mr. Cleaves.

23            THE WITNESS:  Yes, ma'am.



Page 106





Page 107

████████████████████████████████████

████████████

3      Q.   If an asylum seeker approaches the limit line

4  at the Tornillo Port of Entry today, what is that asylum

5  seeker told by the officers who is -- who are staffing

6  the limit line?

7      A.   There's no metering today.  We're under a

8  public health order, so officers at the international

9  boundary are operating under that.  And that's for the

10  port of El Paso.  For the Port of Tornillo, I don't know

11  if they have anyone at the international boundary line

12  today or not.

13      Q.   How about in January of 2019?  Do you know what

14  an asylum seeker who approached the limit line at the

15  Port of Tornillo would have been told?

16      A.   Yes.

17           MS. SHINNERS:  Object to the form.

18      A.   Tornillo rarely does metering, but if it was

19  being done, they would have been told they were unable

20  to take them at this time and they would need to wait.

21      Q.   (BY MR. FENN)  And were -- what an officer who

22  was stationed at the limit line at the Port of Tornillo

23  was supposed to tell an asylum seeker who approached the

24  limit line in January of 2019, would that have been

25  written down somewhere?



Page 108

1        A.  No, not that I know of.

2        Q.  Do you know whether it would have been a

3   subject of musters?

4        A.  Yes.  I mean, the officers would need to be

5   told how to conduct themselves at the international

6   boundary.  So, yes, they would have been told.

7        Q.  Okay.  Let's turn to the Presidio Port of

8   Entry.  From 2016 to the present, have asylum seekers

9   been metered at the Presidio Port of Entry?

10       A.  Yes, sir.

11       Q.  Do you know when this practice of metering

12   began at the Presidio Port of Entry?

13       A.  Yes.  My understanding is it would be around

14   the spring of 2019.

15       Q.  And have asylum seekers been metered

16   consistently at the Presidio Port of Entry since that

17   time?

18       A.  That is my understanding, yes, sir.

19       Q.  And is your response the same for the Presidio

20   Port of Entry as for the other ports that we've already

21   discussed, that an asylum seeker would be told to wait,

22   but not necessarily in Mexico or at a specific place?

23       A.  Yes.

24            MS. SHINNERS:  Object to the form.

25       Q.  (BY MR. FENN)  Have asylum seekers between 2016



Page 109

1    and the present who approached the limit line at

2    Presidio ever been directed to another border crossing

3    or port -- port of entry?

4         A.   No, sir.

5         Q.   Are you fam- -- I'm sorry.

6              Are you familiar with the physical layout

7    of the Presidio Port of Entry?

8         A.   Yes, sir.

9         Q.   If you could, can you describe the pedestrian

10   entrance to the Presidio Port of Entry?









Page 111



Page 112





Page 113

▮ ▬

▮ ▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬

6        Q.  At the Presidio Port of Entry in January 2019,

7   what would an asylum seeker who approached the limit

8   line have been told?

9        A.  They would have been told they're unable --

10              MS. SHINNERS:  Object to the form.

11       A.  They would have been told they're unable to be

12   taken at this time and they'll have to wait.

13       Q.  (BY MR. FENN)  And a similar question as with

14   Tornillo:  The -- are officers who staff the limit line

15   at the port of entry in Presidio given written

16   instructions about what to tell asylum seekers if

17   Presidio is engaged in metering?

18       A.  No, not that I -- not that I know of.

19       Q.  Are they verbally instructed in musters?

20       A.  Yes, they have been instructed so they know

21   what to do.

22       Q.  Okay.  Let's turn to the Columbus Port of

23   Entry.  From 2016 to the present, have asylum seekers

24   been metered at Columbus?

25       A.  Yes.



Page 114

```
 1        Q.  And do you recall when the practice of metering
 2   began at Columbus?
 3        A.  Yes.  My understanding is it's the spring of
 4   2019.
 5        Q.  So asylum seekers prior to 2019 -- prior to
 6   spring of 2019, asylum seekers were never metered at the
 7   Columbus Port of Entry?
 8        A.  That's my understanding.
 9        Q.  Has the practice of metering been in place
10   consistently since the spring of 2019 at the Columbus
11   Port of Entry?
12        A.  No.  My understanding, at Columbus, it's not
13   very consistent.  They've used it, but it's not
14   consistent.
15        Q.  And how do they determine at the Columbus Port
16   of Entry when they're going to meter or not?
17        A.  Operational capacity, how many they could
18   process at the time.
19        Q.  Do -- does CBP staff at the Columbus Port of
20   Entry take into account detention capacity whether
21   to -- whether to meter or not?
22        A.  They do.  They take into account both.  But
```



MAGNA
LEGAL SERVICES

Page 115

1    lower than that just because they're a small port, small

2    staffing.  So they would take into consideration both,

3    yes, that's correct.

4         Q.  When asylum seekers who approach the limit line

5    at the Columbus Port of Entry are metered, are they told

6    that they must wait elsewhere?

7         A.  They're told they must --

8              MS. SHINNERS:  Object to the form.

9         A.  They're told they must wait.  And the purpose

10   of them being told to wait is not for officers to

11   designate specifically where and how to wait.  So if

12   they choose to wait in line literally at the

13   international boundary, they can.  If they choose to

14   wait somewhere else, they can.  It's not for us to

15   designate that.  So the officers are instructed not to

16   tell them specifically where they have to wait.

17        Q.  (BY MR. FENN)  Are they allowed to wait on U.S.

18   soil?

19        A.  No.

20        Q.  So would you agree with me that they have no

21   other choice but to wait in Mexico?

22        A.  I agree with that.

23        Q.  And is that the same with the other ports of

24   entry in the El Paso Field Office aside from Columbus?

25        A.  Yes, sir.



Page 116

1          Q.  Are you familiar with the physical layout of

2    the Columbus Port of Entry?

3          A.  I am, although it's changed recently.  So I'm

4    less familiar than I was, but, yes, I am.

5          Q.  If you could, could you describe the pedestrian

6    entrance at the Columbus Port of Entry?



Page 117



17          MS. SHINNERS:  Object to the form.

18      A.  They won't be able to take them at this time;

19  they'll have to wait until they can.

20      Q.  (BY MR. FENN)  And similar question as with the

21  other ports of entry:  What an officer who is stationed

22  at the limit line at Columbus is supposed to tell an

23  asylum seeker if the port is engaged in metering, is

24  that contained in any written instructions?

25      A.  No, not that I know of.



Page 118

1    Q.  Would it be the subject of musters?

2    A.  Yes, and the officers would be told how to

3    conduct themselves.

4    Q.  Okay.  How about the Port of Santa Teresa, from

5    2016 to the present?  Have asylum seekers been metered

6    at Santa Teresa?

7    A.  Yes, sir.

8    Q.  And when did the practice of metering begin at

9    Santa Teresa?

10   A.  My understanding is it was similar to the Port

11   of El Paso.  The spring or summer of 2018.

12   Q.  You said the spring or summer of 2018, correct?

13   A.  Yes, sir.

14   Q.  And has the practice of metering been

15   consistently implemented since that time at Santa

16   Teresa?

17   A.  No.  It's -- I think it's both.  There have

18   been times where it's been consistent and times where

19   it's just when necessary, so...

20   Q.  Have asylum seekers been told to wait in Mexico

21   when they've been metered at the Port of Santa Teresa?

22   A.  They will be told they're unable to be taken in

23   at that time and they would need to wait.  And of

24   course --

25   Q.  And --



Page 119

1        A.  -- they're in Mexico when they're told that,

2    so, yes.

3        Q.  I'm sorry.  I didn't mean to interrupt you.

4              So is your testimony similar to Columbus

5    and Tornillo in that asylum seekers, when they're

6    metered, are not allowed to wait on U.S. soil?

7        A.  That is correct, sir.

8        Q.  So effectively, they must wait in Mexico?

9        A.  Yes, that will be the end result.

10       Q.  Okay.  Are you familiar with the physical

11   layout of Santa Teresa?

12       A.  Yes, sir.

13       Q.  Could you describe that to me?



Page 120

1   span of time, so...

2        Q.  Are officers stationed at a limit line at the

3   Santa Teresa Port of Entry?

4        A.  If there is metering conducted, they will stand

5   at the international boundary, yes, sir.

6        Q.  And at the Santa Teresa Port of Entry, where is

7   the limit line in relation to the international

8   boundary?

9        A.  They will stand as close to the international

10  boundary as they can without going over.

11       Q.  If the Santa Teresa Port of Entry is engaged in

12  metering and an asylum seeker approaches, what does the

13  CBP officer tell the asylum seeker?

14       A.  They'll be told that they're unable to process

15  at that time or take anyone in at that time, and they

16  would have to wait.

17       Q.  I'm not sure if you want to take a break.  This

18  might be a good stopping point.  Otherwise, we can keep

19  going.

20       A.  I --

21            MS. SHINNERS:  Sorry, Mr. Cleaves.

22  I -- let's go off the record for a second.

23            THE VIDEOGRAPHER:  The time is 12:11 p.m.

24  We're going off the record.

25            (Break was taken.)



Page 121

1          THE VIDEOGRAPHER:  The time is 1:01 p.m.

2   We're back on the record.

3          Q.  (BY MR. FENN)  Welcome back, Mr. Cleaves.  I'd

4   like to ask you some questions about how metering at

5   ports of entry in the El Paso Field Office has changed

6   over time or hasn't changed over time.

7          You testified earlier that you were

8   familiar with the metering guide issued in April of 2018

9   by Todd Owen; is that correct?

10         A.  Yes, sir.

11         MR. FENN:  Kevin, can we put up Exhibit 3,

12   please?

13         Q.  (BY MR. FENN)  Mr. Cleaves, have you seen this

14   document before?

15         A.  Yes.

16         Q.  Does this appear to be a copy of the

17   April 27th, 2018, metering guide that was issued by Todd

18   Owen?

19         A.  Yes.

20         Q.  Did you receive this document when it was

21   distributed on April 27th, 2018?  And by "you," I mean

22   you personally.

23         A.  I don't know if I received it when it was

24   issued in April 2018 or not, but I have seen it.  So

25   somewhere down the line, I've seen it.



Page 122

1          Q.   So at some point after it was issued on

2    April 27, 2018, you saw this document.  Was that prior

3    to your preparation for your deposition?

4          A.   Oh, yes.

5          Q.   Okay.  Do you recall how you learned of this

6    document?

7          A.   No, I don't recall exactly how.

8          Q.   This metering guidance memorandum is currently

9    being implemented at Paso del Norte Port of Entry,

10   correct?

11         A.   Metering was being used at the Paso del Norte

12   border crossing, yes.  And -- and, of course, this

13   guidance helped direct the conduct of metering.  It's

14   a -- it's our guidance.

15         Q.   Right.  Yeah.  And I -- I'm not asking if

16   metering is being implemented currently at Paso del

17   Norte.  I'm asking whether this guidance is currently

18   being implemented.

19              So is -- is Mr. Owen's guidance currently

20   being implemented at the border crossing at Paso del

21   Norte?

22         A.   When metering is used, yes, this guidance will

23   be used.

24         Q.   And is the metering guidance currently being

25   implemented at the Bridge of the Americas border



Page 123

1    crossing?

2         A.   Yes.   When metering is in place, yes, the

3    guidance will be used.

4         Q.   How about Ysleta?

5         A.   Yes, sir.

6         Q.   Is this guidance being implemented currently at

7    the Columbus Port of Entry?

8         A.   When metering is used, the guidance will be

9    used, yes, sir.

10        Q.   And is this guidance currently being

11   implemented at the Santa Teresa Port of Entry?

12        A.   Same answer:   When metering is used, the

13   guidance will be used, yes, sir.

14        Q.   Same answer for Tornillo?

15        A.   Yes, sir.

16        Q.   And how about Presidio?

17        A.   Yes, sir.

18        Q.   If you look at the bottom of the first page of

19   the memorandum, there's a distribution section, correct?

20        A.   Yes, sir.

21        Q.   And it appears that this memorandum was sent to

22   each director of field operations for the four OFO field

23   offices on the U.S.-Mexico border; is that correct?

24        A.   Yes.

25        Q.   This memorandum did not contain any exceptions



Page 124

1    for any port of entry on the U.S.-Mexico border,

2    correct?

3                MS. SHINNERS:  Objection, vague.

4        A.  I don't see anything in the document that

5    indicates what port of entry specifically it will be

6    used at, if that's what you mean.

7        Q.  (BY MR. FENN)  Right.  So you don't see

8    anything in the memorandum that says:  This guidance

9    applies to these ports of entry on the U.S.-Mexico

10   border but not these other ports of entry on the

11   U.S.-Mexico border?

12       A.  Right.  I think the memo is designed for:  If

13   you're using metering, this is the guidance to be used.

14       Q.  And there are no field offices on the

15   U.S.-Mexico border that are excepted from the memo,

16   correct?

17       A.  The field offices for the southwest border are

18   listed on the memo.

23                MS. SHINNERS:  Object to the scope.



Page 125



```
 5              MS. SHINNERS:  Object to the scope and
 6    form.
 7              Okay.  Go ahead.
```

```
19              MS. SHINNERS:  Object to the scope and
20    foundation.
21              Go ahead.  You believe so?  Sorry.
```

```
23    Q.  (BY MR. FENN)  Okay.  Let's --
24              MR. FENN:  Kevin, if you could pull up
25    Exhibit 165.
```



Page 126

1        Q.   (BY MR. FENN)   I'm showing you what we will

2    mark as Exhibit 165 to your deposition.   It is a

3    two-page e-mail that bears the Bates Nos.

4    AOL-DEF-00047772 through 73.

5              This is a June 16th to 17th, 2018, e-mail

6    exchange between Kevin McAleenan, Todd Owen, Randy Howe,

7    and others, correct?

8        A.   Yes.

9        Q.   At the time of this e-mail, Kevin McAleenan was

10   the commissioner of CBP, correct?

11       A.   I believe so, yes.

12       Q.   At the time of this e-mail, Mr. McAleenan was

13   senior-most leader at CBP, correct?

14       A.   Yes, sir.

15       Q.   And at the time of this e-mail, Todd Owen was

16   the executive assistant commissioner of CBP, correct?

17       A.   Yes, sir.

18       Q.   At the --

19       A.   For Office of Field Operations, yes, sir.

20       Q.   I'm sorry.   I -- I didn't hear what you said.

21       A.   For Office of Field Operations, yes, sir.

22       Q.   Okay.   So is it fair to say that at the time of

23   this e-mail, Mr. Owen was senior-most career official at

24   OFO?

25       A.   Yes, sir.



Page 127

1          Q.  And at the time of this e-mail, Randy Howe was

2     the executive director for operations at OFO, correct?

3          A.  Yes, sir.

4          Q.  Mr. Howe recently became the director of field

5     operations for the Laredo Field Office, correct?

6          A.  Yes.

7          Q.  That was a demotion, correct?

8          A.  No.  I think they're -- both are senior

9     executive service-level positions, so I think it's kind

10    of a lateral.  However --

11         Q.  Okay.

12         A.  -- the -- the -- it is true that the executive

13    director of operations is in the chain of command above

14    the -- the DFOs, but as for rank, I think it's a

15    lateral.  They're all SES level.

16         Q.  So would the director of field operations for

17    the Laredo Field Office report to the executive director

18    for operations at OFO?

19         A.  Yes, that would be accurate.

20         Q.  Okay.  Do you know why Mr. Howe left OFO

21    headquarters and moved to the Laredo Field Office?

22              MS. SHINNERS:  Object to the --

23         A.  No, I do not.

24              MS. SHINNERS:  -- scope, foundation.

25              Go ahead.



Page 128

1        A.  No, I do not.

2        Q.  (BY MR. FENN)  Okay.  This e-mail chain starts

3   with an e-mail that Ryan Koseor sent on June 16th, 2018,

4   at 7:17 p.m., correct?

5             MR. FENN:  And, Kevin, I think we need to

6   move to the next page.  No.  I'm wrong.  Okay.  Yeah.

7        A.  You're asking about date and time.  So it says

8   Saturday, June 16th, 7:17 p.m., yes, sir.

9        Q.  (BY MR. FENN)  Okay.  And Mr. Koseor's e-mail

10  contains a queue management update for June 16th, 2018,

11  correct?

12       A.  Yes.

13       Q.  Mr. Howe forwarded Mr. Koseor's e-mail to

14  Mr. Owen; is that correct?

15             MR. FENN:  Kevin, if we could move up the

16  chain.  Sorry.

17       A.  Yes.  It says it's from Ex D Howe -- former

18  Ex D Howe to Mr. Owen.



Page 129





Page 130









Page 132



15     Q.  Okay.

16             MR. FENN:  Kevin, if we could put up

17     Exhibit 166, please.

18     Q.  (BY MR. FENN)  I'm showing you what we will

19     mark as Exhibit 166 to your deposition.  This is a

20     November 18th, 2016, e-mail from Joe Agosttini to Carlos

21     Gonzalez and William Brooks, copying Michael Humphries,

22     with the subject line "Consolidated Weekly highlights,"

23     forwarding an e-mail from CBP attaché at the U.S.

24     Embassy in Mexico City.

25             Do you see that?



Page 133

1        A.   Yes, sir.

2        Q.   Do you personally know Mr. Agosttini, Gonzalez,

3   Brooks, or Humphries?

4        A.   I do not.

5        Q.   So you do not interact with any of those four

6   individuals regularly?

7        A.   No.

8        Q.   The second sentence of the second paragraph --

9   I'm sorry.

10            MR. FENN:  Maybe, Kevin, if we could zoom

11   in on the -- the second e-mail there from Carlos

12   Gonzalez, Friday, November 18th.  One above that.  Yeah.



Page 134

1   metering even before November 18th, 2016?

2        A.  Yes, they did.

3        Q.  Do you know if every port of entry in the

4   El Paso Field Office was metering in November 2016?

5        A.  No.  My understanding, it was the Port of

6   El Paso.

7        Q.  Only the Port of El Paso?

8        A.  That's my understanding.

9             MR. FENN:  Kevin, if we could put up

10  Exhibit 167, please.

11       Q.  (BY MR. FENN)  I'm showing you what's been

12  marked as Exhibit 167 or -- I'm sorry -- will be marked

13  as Exhibit 167 and is Bates-stamped AOL-DEF-00272935.

14  This is a November 11th, 2016, e-mail from Kevin

15  McAleenan to Todd Owen and John Wagner with subject

16  line:  "RE:  Metering in Texas."

17             Do you see that?

18       A.  Yes, sir.



Page 135

▮ ████████████████████████████████████████
▮ ██████████████████████████████████████
▮ ██████████████████████████████████████
▮ ████████████████████████████████
▮ ██████████████████
▮           ██████████████████████

```
7        A.  Yes.

8        Q.  What do EAC and DEAC stand for?

9        A.  EAC is the executive assistant commissioner.

10  DEAC is the deputy, deputy assistant -- deputy executive

11  assistant commissioner.

12       Q.  And what about CAT?

13       A.  Crisis Action Team.

14       Q.  Okay.  How about C1 and S1?

15       A.  C1 is the abbreviation for commissioner.  S1 is

16  for the Secretary of Homeland Security.

17       Q.  Okay.  And when you say "commissioner," you

18  mean the commissioner of CBP?

19       A.  Yes, sir.

20       Q.  And in November of 2016, who would the

21  commissioner of CBP have been?

22            MS. SHINNERS:  Object to the scope.

23            But go ahead.

24       A.  I believe it was Mr. McAleenan, but I might

25  be -- I don't know when he took over.
```



Page 136

```
1        Q.  (BY MR. FENN)  And in November of 2016, who

2   would S1 have been, the secretary of DHS?

3               MS. SHINNERS:  Object to the scope.

4               You can answer.

5        A.  I think it would have been Ms. Nielsen, but I'm

6   not sure.
```



Page 137

```
4              MS. SHINNERS:  Objection, scope,
5       foundation.
```



Page 138



```
7      Q.   What does CENTAM stand for?
8      A.   Central American.
```

```
25          Q.   And who -- who would have been responsible for
```



Page 139

1    conveying this information within the El Paso Field
2    Office?
3         A.  It would have been field office leadership
4    within the El Paso Field Office.
5         Q.  And how about within individual ports of entry?
6         A.  Within the individual ports of entry, it would
7    be the port directors and port leadership.
8         Q.  So would this guidance be conveyed at musters?
9         A.  Yes, it could have been, yes.

22        A.  Yes.
23        Q.  At this time, in November 2016, would the
24   director of the El Paso Field Office have been Beverly
25   Good?



Page 140

1      A.   No.

2      Q.   Who was, at the time, the director for the

3  El Paso Field Office?

4      A.   I think it was Hector Mancha was the DFO for

5  the El Paso Field Office.

12     Q.   (BY MR. FENN)  Why, generally, would a person

13  not want to put something in writing or leave a written

14  record?

15          MS. SHINNERS:  Same objections -- or --

16  yeah.

17     A.   I don't know.



Page 141

███ ███████████████████████████

███ █████████████████████████████████████

███ ███████████████████████████████████████

███ █████████████████████████████████

███ ████████████████████████████████████

███ ████████████████████████

7      Q.  Okay.

8              MR. FENN:  Kevin, if we could put up 168,

9      please.

███ ████████████████████████████████████

███ ████████████████████████████████

███ █████████████████████████████████████████

███ ██████████████████████████████████████

███ █████████████████████████████████████

███ ██████████

16             Do you see that?

17     A.  Yes.

18     Q.  I'd like to look at the bottom e-mail first

19     from November 10th, 2016, from Gloria Chavez to Beverly

20     Good, copying Enrique Tamayo and Patrick Flanagan.

21             Gloria Chavez appears to be on the Crisis

22     Action Team at the time, correct?

23     A.  Yes, I do think that was correct.

24     Q.  Yeah.  I think if you look at her e-mail

25     signature at the bottom of that e-mail, it indicates



1   that she was a part of the Crisis Action Team, right?

2        A.  Yes, it does, yes.

3        Q.  What was the Crisis Action Team?

4        A.  Well, there's -- they'll stand up a crisis

5   action team for any crisis event that's occurring.  For

6   this, they would have been for migrant related.

7        Q.  And is that different from the MCAT?

8              MS. SHINNERS:  Object to the scope.

9        Q.  (BY MR. FENN)  Sorry.  Let me rephrase.

10             The Crisis Action Team that's referenced in

11  Ms. Chavez's e-mail signature in this e-mail, is that

12  different from the MCAT as it exists today?

13       A.  My understanding is there's --

14             MS. SHINNERS:  Object to the scope.

15       A.  My understanding is there's no significant

16  difference.



Page 143



```
 9              MS. SHINNERS:  Objection, vague.  Where?

10       Q.  (BY MR. FENN)  I'm referring to the line in

11  Ms. Chavez's e-mail that's --

12              MS. SHINNERS:  Sorry.  My objection is

13  vague as to geographic scope.  Apologies.

14       Q.  (BY MR. FENN)  Let me rephrase.
```



Page 144



4            MS. SHINNERS:  Objection, vague.

5            Go ahead.

6            THE WITNESS:  Okay.



Page 145





Page 146





Page 147





Page 148



```
19              MS. SHINNERS:  Objection, scope,
20    mischaracterizes document, foundation.
```



Page 149

5     Q.  I'd like to turn to the -- actually, strike

6     that.

7                     MR. FENN:  Kevin, can we put up

8     Exhibit 169, please.

9     Q.  (BY MR. FENN)  Mr. --

10                    MS. SHINNERS:  Can you hold on one second?

11    I apologize.  I -- I'm having trouble getting back to my

12    e-mail.  Thank you.  All right.  Thank you.  Go ahead.

13    Q.  (BY MR. FENN)  Mr. Cleaves, I'm showing you

14    what's been marked as -- I'm sorry -- what will be

15    marked as Exhibit 169.  This is a document titled:

16    "Defendants' Objections and Responses to Plaintiffs'

17    Fifth Set of Interrogatories to All Defendants."

18                    Do you see that?

19    A.  Yes.

20    Q.  Have you seen this document before?

21    A.  I think so.

22    Q.  And when you say you think so, is that similar

23    to with the fourth set of response -- I'm sorry -- the

24    objections and responses to the fourth set of

25    interrogatories; you're not sure -- you've seen



Page 150

1   responses and objections, but you're not sure whether it

2   was this set or a different set?

3          A.   Right, yes, sir.

4          Q.   Another yes-or-no question:  Were you consulted

5   with respect to the facts described in this document?

6          A.   No.

7               MS. SHINNERS:  You can take your time to

8   look at the document too.

9          Q.   (BY MR. FENN)  Yeah.  If you want to scroll

10  through the document, you're welcome to do that.

11         A.   Okay.  The scroll's not working, but -- oh,

12  there it goes.

13         Q.   Yeah.  I think you have to ask Kevin to scroll,

14  unfortunately.

15         A.   Oh, I apologize.  Okay.

16         Q.   It's a little bit clunky.

17         A.   So my understanding is these documents have an

18  El Paso section.

19         Q.   That's right.  And -- and I'm happy to direct

20  you to the El Paso section momentarily.  So if it's

21  easier, I can ask you when we get to that section

22  whether you were consulted with respect to the facts

23  there.

24         A.   Okay.

25         Q.   If I can direct your attention to the top of



Page 151

1    page 8 of the document, there's a heading there that

2    says "Interrogatory No. 21."  Do you see that?

3         A.  Yes.

4         Q.  And Interrogatory No. 21 reads:  "For each POE,

5    describe with specificity how you applied the metering

6    and/or queue management policy to noncitizens that

7    attempted to present themselves for inspection and

8    processing at the POE prior to the creation of the limit

9    line position, including without limitation:  (a)

10   whether arriving noncitizens were permitted to step onto

11   U.S. soil before they were metered and the number of

12   times that this occurred, (b) whether arriving

13   noncitizens were escorted from U.S. soil back to Mexican

14   soil and the number of times that this occur, (c)

15   whether arriving noncitizens were permitted to stay in

16   the space between the limit line and the POE building

17   and the number of times that this occurred, and (d) when

18   you began metering/queue management at the POE."

19             Did I read this correctly?

20        A.  Yes.

21        Q.  Okay.

22             MR. FENN:  And now if we can turn to

23   page 14, which contains the response for El Paso.

24        Q.  (BY MR. FENN)  Do you see the -- the heading

25   there, "El Paso," at the top of the page?



Page 152

1        A.  I do.



24        A.  Yeah.  I guess from your point of view,

25  it -- it's not a year after, but it's not the day after



Page 153

1   either.  So, yes, I'm --

2        Q.  Fair enough.

3        A.  About a --

4        Q.  Fair enough.

5        A.  -- month -- about a month later.  How --

6   however short you want that to be, yeah.

7        Q.  Okay.  But you and I just discussed that

8   metering had occurred at Texas ports of entry in

9   November 2016, correct?

10       A.  Yes.

23            MS. SHINNERS:  Objection, doesn't take into

24   account the objections asserted in the definitions of

25   metering and/or queue management policy in the document.



Page 154

1        Q.  (BY MR. FENN)  You can answer.

10        Q.  Okay.  Are you aware personally or on behalf of

11   CBP of any metering that occurred at any ports of entry

12   within the El Paso Field Office between December 2016

13   and April 2018?

14        A.  I am aware that no metering was done between

15   that times.

16        Q.  So you're not aware of any asylum seekers that

17   were metered at the port of entry within the El Paso

18   Field Office between December 2016 and April 2018?

19        A.  Yes, I think that's correct.

20        Q.  Are you aware of any asylum seekers that were

21   turned back from a port of entry in -- within the

22   El Paso Field Office between December 2016 and

23   April 2018?

24            MS. SHINNERS:  Objection, vague.

25        A.  No, I'm not aware of anybody who was turned



Page 155

1    back, no.  And I'm not aware of any metering being

2    conducted at that time.

3         Q.  (BY MR. FENN)  Okay.  Are you -- are you aware

4    that there are reports of asylum seekers being turned

5    back during this time across the southwestern border,

6    including at the El Paso Port of Entry?

7              MS. SHINNERS:  Objection, vague.

8         A.  No.

9              MR. FENN:  Kevin, if we could put up

10   Exhibit 170, please.

11        Q.  (BY MR. FENN)  Mr. Cleaves, this is a

12   document --

13             MS. SHINNERS:  One second.  I -- I haven't

14   received the -- sorry.  I haven't received the document.

15   If you could wait one moment.

16             MR. FENN:  Sure.

17             MS. SHINNERS:  Thank you.

18             MS. SLOCUM:  Hey.  I'm sorry.  This is

19   Louisa from CBP.  I don't have a chat function anymore.

20   Can I get it back, please?

21             MAGNA TECH:  It should be there now.

22             MS. SLOCUM:  Thank you.

23             MR. FENN:  Katie, will you let us know when

24   you receive the document?

25             MS. SHINNERS:  I will.  I still haven't



Page 156

1    received it.

2              Okay.  Received.

3        Q.  (BY MR. FENN)  Okay.  Mr. Cleaves, you're being

4    shown what will be marked as Exhibit 170.  This is a

5    copy of a report published by the organization Human

6    Rights First entitled "Crossing the Line:  U.S. Border

7    Agents Illegally Reject Asylum Seekers."  And the report

8    is from May 2017.

9              Do you see that?

10       A.  Yes.

11       Q.  Have you ever seen this document before?

12       A.  I don't think so, but it's possible.

13       Q.  Have you generally seen reports from the

14   organization Human Rights First before?

15       A.  No, not that I recall.

16       Q.  This is a long report, but you're welcome to

17   take your time to flip through it, if you want.

18   Otherwise, I'm happy to direct you to the particular

19   places that I'd like to focus on.

20       A.  Okay.  That will be fine, yes, sir.

21       Q.  Okay.

22              MR. FENN:  Kevin, if we could flip to page

23   No. 13 of the report.  And -- yep, that was -- that's

24   the one.

25       Q.  (BY MR. FENN)  And, Mr. Cleaves, if you could





Page 157

1    look at the right-hand column, the first orange bullet

2    there.  And that portion reads, after the bolded text:

3    "In earlier February '17, Martin, a prosecuted Mexican

4    journalist, arrived with his attorney at the El Paso

5    Port of Entry.  Martin had covered police violence in

6    Guerrero, Mexico, and had been attacked by police

7    officers and received multiple death threats.  The

8    international organization, Reporters Without Borders,

9    had documented the persecution of Martin and many others

10   in Mexico, which is one of the most dangerous countries

11   for journalists.  At the U.S. port of entry, a CBP agent

12   told the attorney that Mexicans could not get asylum in

13   the United States.  After a protracted negotiation, the

14   lawyer eventually convinced CBP to appropriate --

15   appropriately process his client as an asylum seeker."

16           Do you have any personal knowledge of this

17   particular event?

18       A.  No.

19           MS. SHINNERS:  And, yeah, I'm going to

20   object to -- object to the scope.  You haven't -- but

21   continue.

22           MR. FENN:  Yeah.  I -- and -- and

23   I'm -- I'm asking Mr. Cleaves in his personal capacity.

24       Q.  (BY MR. FENN)  Do you have any reason to

25   believe that this account is not accurate?



Page 158

```
1        A.   No, I don't have any reason to believe that
2   it's not accurate.
3        Q.   And so would you agree that, in some instances,
4   turnbacks did, in fact, occur at the Port of El Paso
5   between December 2016 and April 2018?
6        A.   No, I don't agree with that.  I do agree with
7   our officers have made mistakes.  We've done it wrong.
8   This is obviously incorrect and inappropriate, and we
9   have had that type of thing occur.  So...
```

█ ██████████████████████████████████████████████

█ █████████████████████████████████████████

█ ████████████████████████████████████████████████

█ ████████████████████████████████████████████████

█ █████████████████████

```
15       Q.   Would you agree that if the CB -- CBP agent in
16  question in this account did, in fact, tell Martin that
17  Mexicans could not get asylum in the United States, that
18  CBP officer was lying?
19                MS. SHINNERS:  Objection, scope.
20                Go ahead.
21       A.   No, I don't know.  It could be, but it is
22  definitely wrong and inappropriate.
23       Q.   (BY MR. FENN)  Okay.
24       A.   Whether or not he actually thought that or not,
25  it's still completely wrong, but...
```



Page 159

1     Q.  I'd like to go back to the April 2018 metering

2     guidance issued by Mr. Owen that we were looking at

3     earlier.

4                  MR. FENN:  Kevin, if you could please put

5     up Exhibit 165.

11                 MS. SHINNERS:  Objection, mischaracterizes

12    document.

13    A.  I recall the e-mail that you showed me, yes.

14    Q.  (BY MR. FENN)  Were there -- were the ports of

15    entry in the El Paso Field Office engaged in metering

16    asylum seekers as of April 2018, immediately after the

17    April 2018 metering guidance was issued?

18    A.  My understanding is no.  My understanding is we

19    started at the Port of El Paso in late May.

20    Q.  Okay.  So as of June 2018, when this e-mail

21    correspondence on your screen took place, ports of entry

22    in the El Paso Field Office would have been engaged in

23    metering?

24    A.  The Port of El Paso was engaged in metering in

25    June of 2018, yes, sir.



Page 160





Page 161





Page 162

██

2        Q.  What is CBP's opinion of nonprofit

3   organizations that attempt to help migrants seek asylum?

4                MS. SHINNERS:  Objection, scope.

5        A.  I don't think CBP, as an agency, has one

6   opinion of any organization.

██

██

██

██

██

██

██

██

15       Q.  And from your personal experience, why do you

16  think asylum seekers feel that they need to be

17  accompanied by an advocate or a lawyer when they present

18  themselves at a POE?

19               MS. SHINNERS:  Objection, foundation, that

20  calls for speculation, scope.

21       A.  From my personal perspective, I don't think

22  they do that.  I actually think it's the other way

23  around.  I -- I think the advocates go out recruiting

24  people to bring with them.  Judging from the -- the

25  migrants that come in, they -- they make comments of,



Page 163

1    you know, "that person there," and -- in other words, it

2    doesn't seem like they even know them.

3        Q.  (BY MR. FENN)  So you don't think that asylum

4    seekers seek out help from advocates or lawyers before

5    presenting at a port of entry?

6        A.  I think --

7            MS. SHINNERS:  Objection, scope, calls for

8    speculation.

9            You can answer.

10       A.  I think it's possible they do seek help, but in

11   your example of those being brought up to a port of

12   entry by advocates, in my personal experience, it

13   appears like the advocates are seeking people to -- to

14   bring them in.

15       Q.  (BY MR. FENN)  Okay.

16           MR. FENN:  Let's take a look at

17   Exhibit 171, please.

18       Q.  (BY MR. FENN)  Mr. Cleaves, I'm showing you

19   what's been marked -- what will be marked as

20   Exhibit 171.  This is a June 3rd, 2018, e-mail from

21   Randy Howe to Hector Mancha, with the subject line "RE:

22   Bridge even."  I'm not sure, that might be a typo in the

23   subject line there.

24           But do you see that?

25       A.  Yes.



Page 164

1        Q.  I'd like to look at the earliest e-mail on the

2    third page of the document, please.  This is an e-mail

3    from Robert Moore to Roger Maier.

4               Do you personally know who Robert Moore is?

5        A.  I know that he's a reporter, but I don't

6    personally know him.

7        Q.  Do you know who Mr. Moore works for?

8        A.  I think it's something called Texas Monthly,

9    but I'm not sure.

10       Q.  Okay.  And do you personally know Roger Maier?

11       A.  I do, yes, sir.

12       Q.  And what is his position within CBP?

13       A.  He works for the Office of Public Affairs.

14       Q.  Okay.  Mr. Moore's e-mail reads:  "I

15   accompanied Ruben Garcia from Annunciation House today

16   to talk to a group of Guatemalans who said they were

17   denied the opportunity to come into the United States to

18   make an asylum claim.  After being with them, Ruben took

19   a badly sunburned mother and her baby, as well as a

20   16-year-old unaccompanied girl.  Our group was stopped

21   at the top of the bridge, just inside U.S. territory,

22   for CBP agents who asked the Guatemalans for ID.  The

23   agents initially said they would not allow the three

24   Guatemalans to move forward."

25               Did I read that correctly?



Page 165

```
 1          A.  You read that correctly.

 2          Q.  Are you familiar -- excuse me.

 3              Are you familiar with the organization

 4      Annunciation House?

 5          A.  I am.

 6          Q.  And are you personally familiar with Ruben

 7      Garcia?

 8          A.  I am.

 9          Q.  What is CBP's position regarding asylum seekers

10      who are on U.S. soil when they make their asylum claim?

11          A.  We process them.

12          Q.  Always?

13          A.  We should be processing them, yes.

14          Q.  The e-mail goes on:  "While we were waiting,

15      another agent armed with a semiautomatic or automatic

16      rifle arrives.  At one point, he discharged his Taser

17      toward the ground.  It was not a threatening move, but

18      it was audible and visible."
```



Page 166



```
13        Q.  (BY MR. FENN)  The e-mail continues:  "The
14   supervisor, Agent Gomez, arrives after a few minutes.
15   He told Ruben the facilities were at capacity, a claim
16   Ruben challenged.  Agent Gomez also initially said that
17   Guatemalans couldn't move forward.  Ruben and his
18   assistant insisted that since they were on U.S. soil,
19   the law required that they be processed.  Agent Gomez
20   eventually agreed to allow them to come forward to be
21   processed."
22             Did I read that correctly?
23        A.  Yes.
```



Page 167

■ ███████████████████████████████████████

■ ███████████████████████████████████████

■   ██████████████████████████████████████

■ █████████████████████

```
5        Q.  And the e-mail continues, from Mr. Moore:

6    "While I was there, I saw agents standing at the

7    boundary blocking Guatemalans from coming in or trying

8    to urge Guatemalans back to the Mexican side.  At one

9    point, one of the agents crossed into Mexican territory

10   to keep a migrant from coming onto U.S. soil."

11              If it's true that the Guatemalans in

12   question in this account were on U.S. soil, should they

13   have been allowed to enter the port of entry?

14       A.  If it's true, yes.
```

■   ███████████████████████████████████████

■ ███████████████████████████████

■   ███████████████████████████████████████

■ ██████████████████████

```
19       Q.  When you say "that did not occur," do you mean

20   generally or in this particular instance?

21       A.  In this particular instance.

22       Q.  So do you have familiarity with this particular

23   event?

24       A.  On a personal, no, but as a representative,
```

■ ███████████████████████████████████████



Page 168

██████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

░░░░░░░░█████████████████████████████████

████████████████████████████████

░░░░░░░░█████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

10          Q.   Okay.  Let's go -- strike that.

11               You mentioned that Roger Moore is, you

12     think, a reporter for Texas Monthly, correct?

13          A.   Yes.

14          Q.   And in your personal experience, is it common

15     for reporters or other media members to accompany asylum

16     seekers to ports of entry in the El Paso Field Office?

17          A.   I think at this time, when it was starting

18     back, it was somewhat common.

19          Q.   Do you personally read Texas Monthly?

20          A.   No.

21          Q.   Did you read the article that Mr. Moore wrote

22     regarding this incident?

23          A.   No.

24               MR. FENN:  Let's go two e-mails up to the

25     bottom of the first page, please.



Page 169

```
 1        Q.   (BY MR. FENN)  And if I could direct your
 2   attention to Mr. Moore's e-mail, the thir- -- yeah, the
 3   third sentence there, starting "Ruben Garcia
 4   challenged."  Do you see that sentence?
 5        A.   Yes.
 6        Q.   Okay.  It reads:  "Ruben Garcia challenged the
 7   accuracy of the capacity claims.  Can you tell me the
 8   capacity for holding people at the bridges, particularly
 9   PDN, where we were today?  Can you provide some
10   statistics for the past week or so on the number of
11   people detained at the ports?"
12             Did I read that correctly?
13        A.   Yes.
14        Q.   Do you know whether Mr. Maier ever responded to
15   this portion of Mr. Moore's enquiry about capacity
16   numbers?
17        A.   I imagine it might be on the top of this
18   message string, whatever his response was, I guess.
19        Q.   Well, we can take a minute if you want to look
20   at the rest of the e-mail chain.
21        A.   Okay.
22             MR. FENN:  Kevin, if you could scroll up so
23   that we can see the rest of it, that would be helpful.
24        Q.   (BY MR. FENN)  And, then, Mr. Cleaves, let me
25   know when you've had a chance to read the rest of the
```



Page 170

 1   chain.

 2       A.  Okay.  It looks like he responded on June 2nd,

 3   Roger Maier back to Robert Moore.

 4       Q.  Right.  But in any of Mr. Maier's responses,

 5   did you see anything about capacity numbers at the port

 6   of entry that day?

 7       A.  Yeah.  He says it would vary based on multiple

 8   factors.

 9       Q.  Okay.  And if you were asked for capacity

10   numbers for Paso del Norte or for the El Paso Port of

11   Entry by somebody at OFO for a given day, you would be

12   able to get those numbers, correct?

13       A.  I can give them physical capacity, detention

14   capacity numbers, but operational capacity, probably

15   not.  At best, we'd have to make an estimate of what was

16   occurring at that time, and the farther back you go, the

17   more difficult that would be to estimate.

18       Q.  Okay.  And, in fact --

19       A.  Farther back in time I mean.

20       Q.  I'm sorry.  I didn't mean to interrupt you.

21       A.  No.

22       Q.  In fact, we did look at an example where the

23   El Paso Field Office provided capacity numbers for each

24   port of entry within the El Paso Field Office to OFO,

25   correct?



Page 171

1        A.  You provided past e-mails that listed the

2    physical detention capacity of multiple ports of entry,

3    of which El Paso was one of them.  Are you referring to

4    those e-mails?

5        Q.  Yes, yes, correct.

6        A.  Yes, I remember those.

7        Q.  Okay.

8            MR. FENN:  Kevin, if we could please pull

9    up Exhibit 172.

10        Q.  (BY MR. FENN)  Mr. Cleaves, I'm showing you

11    what will be marked as Exhibit 172.  This is a document

12    Bates-numbered AOL-DEF-37758.  It is an e-mail dated

13    June 15th, 2018, from Ryan Koseor to the El Paso Ops

14    Center copying Randy Howe, Hector Mancha, you, and

15    others.  Do you see that?

16        A.  Yes.

17        Q.  I'd like to move one e-mail down in the chain

18    to Daniel Thomson's 6:35 p.m. e-mail.  Do you see that?

19        A.  Yes.



Page 172





Page 173

1    considered a challenge?

17       Q.  Do you recall at this time what CBP's position

18    would have been with respect to CNN taking photos of the

19    HHS UAC facility?

20       A.  No.  I mean, it was -- it was Health and Human

21    Services' facility, so I think our view was it's --

22    Health and Human Services would have to deal with

23    whether or not that was appropriate or not.



Page  174

7            MS. SHINNERS:  Object to the scope.

8      A.  Yes, I think so.  There were -- there were

9   several protests and marches, so I think this was one of

10   them.  The -- these were protests against the Health and

11   Human Services facility, but since it's on the same land

12   as the Tornillo Port of Entry, you know, it -- it

13   involved us, only because we're nearby, we're next door,

14   so...

15      Q.  (BY MR. FENN)  Is it common for media or

16   politicians to visit ports of entry in the El Paso Field

17   Office?

18      A.  It's common -- somewhat common for the Port of

19   El Paso.  It's extremely uncommon for the Port of

20   Tornillo.

21      Q.  Uh-huh.  And is that because Tornillo is a

22   smaller port of entry than El Paso?

23      A.  I think so.

24            MS. SHINNERS:  Object to the scope.

25      Q.  (BY MR. FENN)  Congressman O'Rourke was a



Page 175

1    member of the U.S. House of Representatives and

2    represented El Paso, correct?

3        A.  Yes, sir.

4        Q.  Did Congressman O'Rourke often visit ports of

5    entry in the El Paso Field Office?

6            MS. SHINNERS:  Object to the scope.

7        A.  I know he often visited the Port of El Paso.

8    How often he visited the other ports of entry, I don't

9    know if you would describe it as frequent or not, but...

10       Q.  (BY MR. FENN)  And did you ever personally

11   interact with Congressman O'Rourke?

12           MS. SHINNERS:  Same objection to scope.

13       A.  At least on two occasions, yes.

14       Q.  (BY MR. FENN)  And can you describe the nature

15   of those interactions?

16       A.  Sure.  One of those --

17           MS. SHINNERS:  Same objection.

18       A.  One of those was a leadership meeting at the

19   El Paso Field Office that he attended and spoke to us

20   on, and one was when there was a Tornillo holding

21   facility in 2016 at the Tornillo -- on the land of

22   Tornillo Port of Entry, and he visited that site.

23       Q.  (BY MR. FENN)  Okay.

24           MR. FENN:  Kevin, could we pull up

25   Exhibit 173, please?



Page 176

1           MS. SHINNERS:  I just -- I don't have that

2     exhibit yet.  I'll let you know when we get it.

3           MR. FENN:  Okay.

4           MS. SHINNERS:  Received.  Received.

5           MR. FENN:  Okay.  Thank you.

6        Q.  (BY MR. FENN)  Mr. Cleaves, I am showing you

7     what's -- what will be marked as Exhibit 173.  This is

8     Congressman Beto O'Rourke's Twitter page, and it

9     contains a video clip that was posted on December 14th,

10    2018.  Do you see that?

11       A.  Yes.

12       Q.  And in December 2018, was the El Paso Port of

13    Entry engaged in metering?

14       A.  Yes.

15       Q.  Okay.

16           MR. FENN:  Kevin, could we -- actually,

17    strike that.

18       Q.  (BY MR. FENN)  The description that accompanies

19    the video on Mr. O'Rourke's Twitter page says that

20    Congressman O'Rourke visited Juárez.  Do you see that?

21       A.  Yes, sir.

22       Q.  And Juárez is on the Mexican side of the border

23    adjacent to El Paso; is that correct?

24       A.  Yes, sir, a large city adjacent to El Paso on

25    the Mexican side.



Page 177

1        Q.  Okay.

2                MR. FENN:  Kevin, could we play the video?

3                    (Video playing.)

4                    (Video stopped.)

5        Q.  (BY MR. FENN)  Mr. Cleaves, do you agree with

6    Congressman O'Rourke's comparison of the asylum process

7    before metering was implemented in El Paso as compared

8    to after metering was implemented in El Paso?

9                MS. SHINNERS:  Objection, to memory test of

10   the video.

11               But go ahead.

12       A.  The only thing I disagree with his

13   characterization is the word "rejected."  They haven't

14   been rejected.  They're just waiting in line to then go

15   into the same process that he described as before

16   metering.

17       Q.  (BY MR. FENN)  And in the video, the asylum

18   seekers had wait-list numbers written on their arms.

19   Did you see that?

20       A.  I did.

21       Q.  Has it ever been a CBP practice at ports of

22   entry in the El Paso Field Office to write wait-list

23   numbers on asylum seekers?



MAGNA
LEGAL SERVICES

Page 178

1          Q.  Do you have any reason to believe that that

2   type of action was ever performed by a CBP officer

3   metering an asylum seeker in the El Paso Field Office?

4          A.  No, sir.

5              MS. SHINNERS:  Object to the form.

6              Sorry, Mr. Cleaves.  Go ahead.

7          A.  No.

23         Q.  At that time in 2016 when metering was

24  occurring at El Paso, were asylum seekers who were

25  turned back given any -- any documentation or anything



Page 179

5        Q.   (BY MR. FENN)   Okay.   Are you aware that
6    Congresswoman Alexandria Ocasio-Cortez and other members
7    of Congress visited border patrol and CBP detention
8    facilities in El Paso in July of 2019?
9               MS. SHINNERS:  Object to the scope.
10       A.   Yes.
11       Q.   (BY MR. FENN)  I'm sorry, Mr. Cleaves.   Was
12    that a "yes"?
13       A.   Yes.
14       Q.   Did you personally interact with any of the
15    members of Congress when they visited?
16              MS. SHINNERS:  Same objection to scope.
17       A.   Yes.
18       Q.   (BY MR. FENN)  Which -- which congressmen or
19    women did you interact with during their visit?
20              MS. SHINNERS:  Same objection.
21       A.   I don't remember --
22              THE WITNESS:  I'm sorry.
23              MS. SHINNERS:  Go ahead.
24       A.   I don't remember because they were in a group.
25    So the -- the one I remember answering questions from



Page 180

1    was Ms. Escobar, and that's because she's our local

2    representative, so I know her.  And then, the others,

3    you know, I had -- we had questions from multiple, so

4    I -- I don't know which ones.  I don't remember which

5    ones asked questions and which ones we were answering,

6    and it was quite brief actually.

7        Q.  (BY MR. FENN)  Okay.  And I know you testified

8    earlier that you do not have a Facebook account and --

9    and never have.  Are you aware of the Facebook group

10   called "I'm 10-15"?

11              MS. SHINNERS:  Object to the scope.

12       A.  I am not aware of that Facebook group, but I am

13   aware of the circumstances on how that Facebook group

14   came to -- to be known, I guess, in general.

15       Q.  (BY MR. FENN)  And, if you could, tell us how

16   did that Facebook group come to be known?

17       A.  My understanding is --

18              MS. SHINNERS:  Object to the scope.

19              THE WITNESS:  Oh, I'm sorry.

20       A.  My --

21              MS. SHINNERS:  You can continue.

22              THE WITNESS:  Okay.

23       A.  My understanding is that there were some

24   extremely inappropriate posts on that site related to

25   migrants, and that's how I became aware of it.



Page 181

1      Q.   (BY MR. FENN)  Had you ever seen any of those

2   allegedly inappropriate posts from that Facebook group?

3            MS. SHINNERS:  Object to the scope.

4      A.   In my --

5      Q.   (BY MR. FENN)  Sorry.  I didn't hear your

6   response, Mr. Cleaves.

7      A.   No problem.  No, I don't think I've seen any of

8   the posts.  I think I've seen a photograph that was

9   supposed to be a part of a post because I think it was

10  widely distributed in the media or something like that.

11     Q.   And was -- was the photograph you're referring

12  to a photograph of a father and daughter who died

13  attempting to cross through the Rio Grande?

14     A.   Yes, sir.

15           MS. SHINNERS:  Object to the scope.

16     Q.   (BY MR. FENN)  Are you aware that -- strike

17  that.

18           Do you know whether CBP ever issued any

19  sort of statement condemning the allegations surrounding

20  the Facebook group "I'm 10-15"?

21           MS. SHINNERS:  Object to the scope.

22     A.   I don't know if the agency did or not, but

23  I -- I -- I want to say I think they did, but I don't

24  recall if something specific was issued like that or

25  not.



Page 182

1        Q.  (BY MR. FENN)  Okay.  So it's fair to say that

2   you wouldn't have been personally involved in issuing

3   such a statement if one was issued?

4        A.   No, and I would be the wrong component.  My

5   understanding was that was a border patrol site or -- or

6   border patrol agent's site, so OFO didn't have much

7   knowledge or involvement in any of that other than us

8   finding out about it or hearing about it.

9               MR. FENN:  This might be a good time to

10  take a break if you want.  We've been going for about an

11  hour and a half.

12              MS. SHINNERS:  Okay.  Do you know how much

13  you have -- you guys have left?

14              MR. FENN:  I think we're -- we're getting

15  closer, but I would estimate maybe an hour.

16              MS. SHINNERS:  Okay.  Yeah, we can go off

17  the record.

18              MR. FENN:  Okay.

19              THE VIDEOGRAPHER:  The time is 2:31 p.m.

20  We're going off the record.

21                 (Break was taken.)

22              THE VIDEOGRAPHER:  The time is 2:49 p.m.

23  We're back on the record.

24        Q.  (BY MR. FENN)  Welcome back, Mr. Cleaves.

25              MR. FENN:  Kevin, if you could please put



Page 183

1   up Exhibit 86.

2            Katy, have you received this exhibit?

3            MS. SHINNERS:  Yes.  Thank you.

4       Q.  (BY MR. FENN)  Okay.  Mr. Cleaves, I'm showing

5   you what's been previously marked as -- I'm sorry --

6   what will be previously marked as exhibit -- let me try

7   that again.  I promise I'll stop doing that.

8            I am showing you what will be marked as

9   Exhibit 86.  This is a June 5th, 2018, memorandum from

10  Homeland Security Secretary Kirstjen Nielsen, with the

11  subject line "Prioritization-Based Queue Management."

12           Do you see that?

13      A.  Yes.

14           MR. FENN:  And if we could flip to the

15  second page of the memo.

16      Q.  (BY MR. FENN)  About halfway down, there is a

17  highlighted section, and that section reads:  "CBP

18  personnel and resources that would otherwise be deployed

19  to process inadmissible arriving aliens can focus on the

20  detention and apprehension of narcotics and currency

21  smugglers."

22           Did I read that correctly?

23      A.  Yes.

24      Q.  Does this sentence still reflect the policy of

25  CBP?


MAGNA
LEGAL SERVICES

Page 184

1          A.   It --

2                    MS. SHINNERS:  Objection.

3                    THE WITNESS:  I'm sorry.

4                    MS. SHINNERS:  But you can answer,

5     Mr. Cleaves.



Page 185

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████

6     Q.  And you said that --

7          MS. SHINNERS:  I'm sorry to interrupt.  I

8  have lost -- we can go off the record if you'd like, but

9  I've lost my -- Kevin, I've lost my ability to chat.

10          MR. FENN:  Yeah, let's go.

11          MAGNA TECH:  One second.

12          THE VIDEOGRAPHER:  The time is 2:52 p.m.

13  We're going off the record.

14              (Off the record.)

15          THE VIDEOGRAPHER:  The time is 2:53 p.m.

16  We're back on the record.

17     Q.  (BY MR. FENN)  Okay.  Mr. Cleaves, you -- you

18  mentioned that the shifting of resources in 2016 was not

19  effective, correct?

20     A.  Correct.

21     Q.  But you also said before that the Port of

22  El Paso did not engage in metering between December 2016

23  and, we'll call it, May of 2018, correct?

24     A.  Correct.

25     Q.  Okay.



Page 186

1          MR. FENN:  If we could look back at the

2    document on the next page.

3          Q.  (BY MR. FENN)  And I'm looking at the second

4    full paragraph, the second-to-the-last line there.

5    Secretary Neilsen directs CBP to "initiate a 30-day

6    pilot program to prioritize staffing and operations" at

7    all ports of entry on the U.S.-Mexico border, correct?

8          A.  Yes.

9          MR. FENN:  And if we could zoom in on

10   the -- the numbered portion below.

11         Q.  (BY MR. FENN)  That prioritized order is,

12   first, national security efforts; second,

13   counter-narcotics operations; third, economic security;

14   and fourth, trade and travel facilitation, correct?

15         A.  Yes.

16         Q.  And inspecting and processing asylum seekers

17   does not fall within those four priorities, correct?

18         A.  It's not listed within those four, correct.

19         Q.  And because of this prioritization, fewer

20   asylum seekers get processed than if CBP treated all of

21   its statutory mandates with equal priority, correct?

22         A.  Incorrect.

23         MS. SHINNERS:  Objection.

24         A.  I need to learn to pause.

25         Incorrect.  At least for the Port of



Page 187

█  ████████████████████████████████████████████
█  ██████████████████████████████████████████
█  ████████████████████████████████████████████
█  ██████████████████████████████████████
█  ████████████████████████████████████████████
█  ███████████████████████████████████████
█  ████████████████████████████████████████████
█  ████████████████

 9              MR. FENN:  I -- I'm sorry.  I'm -- I'm

10    hearing, I think, somebody else's voice or a clip or

11    something in the background.  If -- if -- wherever

12    that's coming from, if they could please mute it, that

13    would be helpful.

14         Q.  (BY MR. FENN)  Okay.  The queue management in

15    the title of Ms. Nielsen's memo, queue management refers

16    to metering, correct?

17         A.  Yes.

18         Q.  And so this entire memo is really about how to

19    implement metering in a way that ensures it is the

20    lowest of CBP's priorities, correct?

21         A.  No.

22              MS. SHINNERS:  Objection, argumentive.

23         A.  No.

24         Q.  (BY MR. FENN)  Would you agree -- I think you

25    did agree that processing and inspecting asylum seekers



Page 188

1    does not appear on this list of four priorities that we

2    have in front of us, correct?

3         A.   Correct.

4         Q.   And those four priorities are supposed to be

5    prioritized ahead of processing and inspecting asylum

6    seekers, correct?

7         A.   Yes, that's the emphasis of this memo, I

8    believe.  However, in many ways, that's always been our

9    priority, especially national security and narcotics,

10   which includes outbound and -- and trade, cargo.  That's

11   part of our mission statement.  So it's not too much of

12   a departure from what we've always been doing in

13   cer- -- in certain ways.



Page 189



17          MR. FENN:  Kevin, let's put up, please,

18   Exhibit 174.

19          Q.  (BY MR. FENN)  Mr. Cleaves, I'm showing you

20   what will be marked as Exhibit 174, and it's

21   Bates-labeled AOL-DEF-00095574.  It is a May 24th, 2018,

22   e-mail from Ray Provencio to Randy Howe and copying

23   Hector Mancha, with subject line:  "RE:  Info needed by

24   1600."

25          Do you see that?



Page 190

1          A.  Yes.

2          Q.  At this time, Hector Mancha was the director of

3  field operations for the El Paso Field Office, correct?

4          A.  Yes.

5          Q.  And at this time, Ray Provencio was an

6  assistant director of field operations for the El Paso

7  Field Office, correct?

8          A.  Yes.

██  ████████████████████████████████████████████████████

██  ██████████████████████████████████████████████████

██  ██████████████████████████████████████████████████

██  ██████████████

██  ████████████████████████████████████████████████████

██  ████████████████████████████████████████████

██  ██████████████████████████████████████

██  ███████████████████████████████████████████████████

██  ██████████████████████████████████████████████

██  ██████████████████████████████████████████████

██  ██████████████████████████████████████████████████

██  ████████████████████████████████████

██  ███████████████████████████████

██  ██████████

23          Q.  And I think you testified earlier that S1 is

24  the secretary --

25                    MS. SHINNERS:  So I apologize for the



Page 191

1    interruption.  It -- I -- may I consult with CBP counsel

2    about this e-mail?  It looks like this is the -- this

3    relates to predecisional deliberations.

4              MR. FENN:  You can -- sure, you can confer.

5              MS. SHINNERS:  Okay.  Can we go off the

6    record?

7              THE VIDEOGRAPHER:  The time is 3:02 p.m.

8    We're going off the record.

9              (Off the record.)

10             THE VIDEOGRAPHER:  The time is 3:14 p.m.

11    We're back on the record.

12             MR. FENN:  Katy, do you want to state your

13    intentions regarding the document that I've shown

14    Mr. Cleaves?

15             MS. SHINNERS:  Sure.  We -- just before the

16    break, Plaintiffs' counsel introduced Exhibit 174, which

17    is AOL -- beginning Bates Nos. AOL-DEF-00095574.  And

18    I've informed Plaintiff that Defendants intend to call

19    back this document on the basis of deliberative process

20    privilege or at least the substantive contents of the

21    e-mail, and we'll follow up with a formal clawback

22    letter with privilege log.

23             MR. FENN:  And during the break, I informed

24    defense counsel that we disagree with the assertion of

25    the deliberative process privilege over the document in



Page 192

1    question for several reasons, including that Defendants

2    haven't taken the necessary steps to assert the

3    privilege, including providing a declaration.  In

4    addition, Defendants know deliberative process, the

5    qualified privilege, and we think that in this case, the

6    qualified privilege would be fairly easily overcome.

7              That being said, we agreed that we don't

8    want to have a privilege dispute on the record regarding

9    this document, and it's not a good use of everyone's

10   time for me to ask questions about it.  So while the

11   privilege dispute -- while there is a privilege dispute

12   pending before Judge Bashant, we will agree to forego

13   questioning on this document, reserving our rights to

14   ask Mr. Cleaves questions about this document should

15   Judge Bashant rule in our favor on this or similar

16   documents.

17             MS. SHINNERS:  Yeah.  And just for the

18   record -- yeah.  Okay.  Yeah, that's fine.

19             MR. FENN:  Okay.

20             MS. SHINNERS:  Continue.

21        Q.  (BY MR. FENN)  Mr. Cleaves, thanks for your

22   patience.  I appreciate you bearing with us.

23        A.  Sure.

24        Q.  Have you heard the term "throughput" with

25   respect to processing asylum seekers at ports of entry



Page 193

1    on U.S.-Mexico border?

2         A.   No.   I know of the term "throughput" that's

3    usually for legitimate travel, pedestrians, vehicles,

4    cargo.   I don't think I've ever heard it applied to

5    admissibility processing.



Page 194

1   for CBP?

2       A.  I think it would be.  It would be very

3   difficult to track because it would change from day to

4   day.  The operational concerns from a day to day, shift

5   to shift would affect, on average, how many you could

6   do.  So you'd probably end up with estimates of what you

7   could do routinely, what you could do with overtime if

8   you had the overtime, what you could do if you

9   implemented temporary emergent measures, knowing that

10  temporary emergent measures can't be held for long

11  periods of time, that type of thing.

12      Q.  Does --

13      A.  Just as important, but I would think it would

14  be very difficult to quantify and estimate.  So

15  estimates, I think, would be -- if I had to do it, it

16  would be about as good as you can get.

17      Q.  And I take it from your answer, which was

18  somewhat hypothetical, that CBP doesn't actually

19  quantify or track the rate of processing through ports

20  of entry on a U.S.-Mexico border?

21      A.  Well, we can track it historically.  So, I

22  mean, we can know -- I know how much -- how many we

23  processed yesterday.  I won't know how much we'll be

24  able to process today, if that makes any sense, for

25  tracking.



Page 195





Page 196

1          Go ahead.





Page 197

████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████

████████████████████████████████

███████████

13    Q.  And what is your understanding of what the term

14  "regular removal proceedings" means?

15    A.  I actually don't have any idea what you mean by

16  regular removal proceeding.  So perhaps you can clarify,

17  and then I can --

18    Q.  I will -- I'll -- I'll move on.

19    A.  My answer to that one would be:  We've been

20  talking the entire time about undocumented migrants.

21  Legally, they're immigrants, and they're inadmissible,

22  (7)(A)(i).  So 212(7)(A)(i) (sic), immigrants without

23  documents.  And those are subject to 235 proceedings,

24  expedited removal.  My view of regular removal

25  proceedings would be 235 proceedings based for -- based



Page 198

1    on immigrants who are inadmissible per (7)(A)(i).

2        Q.  Okay.  What about the term "expedited removal"?

3    What does that term mean to you?

4        A.  Those are 235 proceedings for those

5    inadmissible for 212(a)(7)(A) and (B) and (6)(E).

6        Q.  Okay.  And who makes the determination

7    regarding whether an asylum seeker should be placed into

8    expedited removal proceedings?

9        A.  The admissibility --

10               MS. SHINNERS:  Object to the scope.

11               Go ahead.  Go ahead, Mr. Cleaves.

12        A.  The admissibility processing personnel.  Those

13    cases are processed by officers and reviewed by first-

14    and second-line supervisors.

15        Q.  (BY MR. FENN)  So prior to the CDC order

16    barring asylum seekers, under what circumstances would

17    an asylum seeker be placed into expedited removal

18    proceedings?

19        A.  Just for clarification, I -- I don't believe

20    the CDC public health order is specific to asylum

21    seekers.  I think it's specific to foreign citizens in

22    general, foreign travel.  However, expedited removal

23    would normally be done for anyone inadmissible for

24    (7)(A), 212, (7)(B), and (6)(E).

25        Q.  The CDC order, though, does have the effect of



Page 199

1   barring asylum seekers; isn't that right?

2                MS. SHINNERS:  Object to --

3       A.  The CDC order --

4                MS. SHINNERS:  -- the scope.

5       A.  The CDC order has the effect of barring -- and

6   not barring -- severely limiting -- I would say limiting

7   significantly foreign travel overall, all categories,

8   so...

9                MR. FENN:  Okay.  I am going to turn the

10  questioning over to my colleague, Sydney Fields, for a

11  few questions on Topic 15.  We are getting closer to

12  being finished with our questions.

13                         EXAMINATION

14  BY MS. FIELDS:

15      Q.  Hi, Mr. Cleaves.  Good afternoon.  My name is

16  Sydney Fields; I also represent Plaintiffs in this case.

17                You previously testified that you

18  understood that you are the designated CBP

19  representative to discuss Topic 15 at the Port of

20  El Paso and El Paso ports of entry; is that correct?

21      A.  Yes, ma'am.

22      Q.  All right.  So I will be asking you questions

23  about CBP's communications with the Mexican government

24  concerning metering, queue management, and turnbacks, as

25  covered by Topic 15.  Understood?



Page 200

1          A.  Yes, ma'am.  Yes, ma'am.

2          Q.  All right.  So the same rules that Mr. Fenn

3    outlined at the start of the deposition will also apply

4    to my questions.  Okay?

5          A.  (No verbal response.)

6          Q.  All right.  So, first, I'd like to show you

7    what will be marked as Exhibit 175, which has the Bates

8    No. AOL-DEF-00799450 through 451.

9              MAGNA TECH:  Sydney, give me one minute.

10   I'm just sending these over to Katy and Ari.

11             MS. FIELDS:  No problem.

12             MS. SHINNERS:  I'll let you know when I've

13   received it.

14             MS. FIELDS:  Thank you.

15             MS. SHINNERS:  Sorry, y'all.  I still

16   haven't received it.

17             MR. FENN:  So is this --

18             MS. SHINNERS:  There it is.

19             MR. FENN:  Okay.

20             MS. SHINNERS:  All right.

21             MS. FIELDS:  Great.

22             MS. SHINNERS:  Thank you.  We're ready.

23             MS. FIELDS:  No problem.

24        Q.  (BY MS. FIELDS)  So what will be marked as

25   Exhibit 175 is a November 17th, 2016, e-mail exchange



Page 201

1    from Fernando Thome, copying you, among others, with the

2    subject:  "RE:  ***RFI*** please provide response by COB

3    today."

4              Do you see that?

5         A.  Yes, ma'am.

6         Q.  All right.

7              MS. FIELDS:  And, Kevin, if we could go to

8    the first-in-time e-mail, so on the last page of the

9    document.  Great.  And if you could just -- yeah --

10   scroll up from there initially, and then I'll --

11        Q.  (BY MS. FIELDS)  What was Mr. Thome's position

12   at CBP at this time?

13        A.  Border security coordinator.

14             MS. FIELDS:  And if we could go up one more

15   e-mail.  Thank you.

16        Q.  (BY MS. FIELDS)  It shows that you forwarded

17   the first-in-time e-mail to Mr. Thome; is that correct?

18        A.  Yes, ma'am.

19        Q.  Do you have any reason to question the accuracy

20   of the answers Mr. Thome provides at the top of the

21   e-mail chain to these questions?

22        A.  Let me take a look at them, and then I'll --

23        Q.  Sure.

24        A.  -- be happy to answer them.

25             MS. SHINNERS:  Could Kevin perhaps



MAGNA
LEGAL SERVICES

Page 202

1    highlight the -- the top e-mail?

2              MS. FIELDS:  Yes, that would be great,

3    Kevin, if you wouldn't mind.

4         A.  I believe your question was on accuracy.  I

5    have no reason to believe it's not accurate.  Is that

6    correct, what your question was?

7         Q.  (BY MS. FIELDS)  Yes.  Thank you.  That was my

8    question.

9         A.  Yes, ma'am.



Page 203





Page 204





Page 205

███  ████████████████████████████████
███  ██████████████████████████████████████
███  ████████████████████████████████████████
███  ████████████████████████████████████████
███    ████████████████████████████████████
███  ████████████████
███    ████████████████████████
███    ██████████████████████████████████
███  ██████████████████████████████
███    █████████████████████

11        Q.   Okay.  And would -- this might be a question

12   directed at Ms. Shinners.  Were those records produced?

13        A.   I'm sorry?

14             MS. SHINNERS:  No, they have not been.

15             MS. FIELDS:  Okay.  Thank you.

16        Q.   (BY MS. FIELDS)  Okay.  You testified earlier

17   that Paso del Norte, Bridge of the Americas, and Ysleta

18   were part of the El Paso Port of Entry, correct?

19        A.   Yes, Paso del Norte, Bridge of the Americas,

20   and Ysleta, yes, ma'am.

███    ███████████████████████████████
███  ████████████████████████████████████████
███  ████████████████████████████████████
███    ████████████████████████
███    █████████████████████



Page 206



10          Did I read that correctly?

11     A.  Yes, ma'am.

12          MS. FIELDS:  Kevin, if you could bring up

13  Exhibit 176, which has the Bates No. AOL-DEF-00808783

14  through 785.



1          A.  He is a supervisor with CBP, yes.

2          Q.  Do you have any reason to doubt the accuracy of

3     the information that is sent by Mr. Carrillo in this

4     e-mail?

5          A.  Let me take a look.  I don't have any reason to

6     doubt the accuracy of it.  I just don't know what it is.

7          Q.  You can take a minute to read it if you need

8     to.

24              MS. SHINNERS:  Objection, mischaracterizes

25     document.  Am I looking -- yeah.  Objection,



Page 208

```
 1    mischaracterizes document.

 2        Q.  (BY MS. FIELDS)  Mr. Cleaves, were you at

 3    this --

 4                THE REPORTER:  I'm sorry.  Was there an

 5    answer?

 6                MS. FIELDS:  I'm sorry.

 7                THE REPORTER:  I'm sorry.  Was there an

 8    answer before the objection?

 9                THE WITNESS:  No, I didn't answer.

10        A.  I can answer now if you guys need me to.

11        Q.  (BY MS. FIELDS)  I'll re-ask.

██  ██████████████████████████████████████████████

██  ██████████████████████████

14        A.  I do not know.

15                MS. SHINNERS:  Same objection.  Same

16    objection.  I'm not sure where you're getting the date

17    from, Ms. Fields.

18                MS. FIELDS:  Oh, I'm sorry.

19                Kevin, could you please include the top of

20    the e-mail, the top of that e-mail being sent?

██  ███████████████████████████████████████████████

██  █████████████████████████████████████████████

██  ███████████████████████████████████████████

██  ██████████████████████████████████████████████████

██  █████████████████████████████████████
```



Page 209



10          MS. SHINNERS:  Mr. Cleaves, is the font a

11  little too small?

12          THE WITNESS:  I'm able to make it out.

13     A.  I just wasn't sure which bullet point.  I

14  apologize.

15     Q.  (BY MS. FIELDS)  That might be a little easier

16  to read.

17     A.  Thank you, ma'am.

18          THE WITNESS:  Thank you, sir.

19     A.  Yes, it says that.



Page 210

1           Is that correct?

2      A.   Yes, it says that.

3      Q.   And what would you understand POC to mean?

4      A.   Point of contact.



Page 211







Page 212



Page 213





Page 214

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████

```
5        Q.  Okay.  Thank you.

6              MS. FIELDS:  And, Kevin, if you could

7    please pull up Exhibit 177.  Thank you.

8        Q.  (BY MS. FIELDS)  So what will be labeled as

9    Exhibit 177 is a September 13, 2019, e-mail chain from

10   Roger Maier to you, among others, with the subject:

11   "Questions about Mexican citizens waiting to apply for

12   asylum in Juárez."

13             And you testified earlier that you -- or

14   sorry -- that Roger Maier works in public affairs for

15   CBP; is that correct?

16       A.  Yes, ma'am.  Yes, ma'am.

17       Q.  Do you have any reason to doubt the

18   authenticity of the information he provides in this

19   e-mail?

20             MS. FIELDS:  And you might need to scroll

21   down to see where he provides responses.

22       A.  I guess in general I wouldn't have any reason

23   to doubt it.  I can't read -- I can't read it, to be

24   quite honest.

25             THE WITNESS:  Thank you.  Sorry.  Thank
```



Page 215

1     you.

2               MS. FIELDS:  Thank you, Kevin.

3          A.  No, I don't have any reason to doubt the

4     information that he provided.

5          Q.  (BY MS. FIELDS)  All right.  Thank you.

6               MS. FIELDS:  And, Kevin, if we could go to

7     the first-in-time e-mail, which will be at the bottom of

8     the e-mail chain.  Perfect.  Thank you.  If you could

9     just highlight that.

10         Q.  (BY MS. FIELDS)  This e-mail is from Julian

11    Aguilar of the Texas Tribune and was sent to Roger

12    Maier.  Mr. Aguilar wrote:  "I've been told CBP

13    communicates with Grupo Beta about non-Mexican asylum

14    seekers."

15              Is that correct?

16         A.  Yes, yes.

17         Q.  And you already testified that Grupo Beta is

18    the Mexican Immigration group with which CBP

19    communicates regarding metering?

20         A.  Yes, ma'am.

21         Q.  And what is Grupo Beta's relationship to INAMI?

22         A.  They're the humanitarian wing of Mexican

23    Immigration.

24         Q.  Okay.  So it's under the purview of INAMI or is

25    an arm of INAMI?



Page 216





Page 217



```
23        Q.   (BY MS. FIELDS)  -- CBP has provided about --
24             MS. SHINNERS:  Objection -- objection,
25   calls for speculation.
```



Page 218

2      Q.   (BY MS. FIELDS)   Okay.

3             MS. FIELDS:   Kevin, if you could pull up

4      Exhibit 178, which has the Bates No. AOL-DEF-00811791

5      through 792.  Thank you.

6      Q.   (BY MS. FIELDS)   So what will be marked as

7      Exhibit 178 is a March 11th, 2019, e-mail chain from

8      Timothy Tyler to Luis Mejia, copying others, with the

9      subject:  "Question on secondary intake - ELP."

10             You see that?

11      A.   Yes.  Thank you.

12             MS. FIELDS:   And if we could go to the

13      second e-mail in the chain, which is sent by Victor

14      Reyes.  Perfect.  Thank you.

15      Q.   (BY MS. FIELDS)   And Officer Reyes says, under



Page 219





Page 220





Page 221





Page 222





Page 223





Page 224



2        Q.  Okay.

3                MS. FIELDS:  Kevin, if you could bring up

4    Exhibit 179.







Page 226





Page 227





Page 228













Page 231





Page 232





Page 233





Page 234





Page 235

▌ ████████████████████████████████████

▌ ██████████████████████████████████████

▌ ████████████████████████████

▌ ██████████

▌ ████████████████

6        Q.   Okay.  So, Mr. Cleaves, we've been going now

7    again for a little over an hour and 20 minutes.  If you

8    would like to take a short break or we can keep going.

9             MS. SHINNERS:  Is the -- I don't know that

10   you have much time left on the record.  How much time do

11   you guys have?  I think it's probably about 30.

12            MS. FIELDS:  Short.  So we only have

13   probably less than 30 minutes of actual questions.  But

14   according to our timer, it's been about 5 hours and

15   40 minutes.

16            MS. SHINNERS:  That doesn't seem correct.

17   It should be about at least 6 hours.  We've been going

18   since 11:00.  It's -- Eastern Time, it's 6:23.  I think

19   we've taken about an hour and 30 minutes' worth of

20   breaks.

21            MS. FIELDS:  Okay.

22            MR. NAZAROV:  Yeah, right.  You're right.

23            MS. SHINNERS:  So, I mean, Mr. Cleaves, do

24   you want to keep going?

25            THE WITNESS:  I'm -- I'm fine with whatever



Page 236

1    you want to do, Ms. Shinners.

2              MS. SHINNERS:  I think it might make sense

3    just to keep going.

4              MS. FIELDS:  Okay.

5              MS. SHINNERS:  If -- and -- and we can take

6    a break after Plaintiffs' counsel continue questioning

7    to see whether defense counsel has any questioning.

8              MS. FIELDS:  Okay.  Thank you.

9              In that case, Kevin, if you could pull up

10   Exhibit 180.

11      Q.  (BY MS. FIELDS)  And to this point, we've been

12   largely discussing non-Mexican asylum seekers.  Now I'd

13   like to focus a bit on Mexican asylum seekers.

14              So what will be marked as Exhibit 180 bears

15   the Bates No. AOL-DEF-00851607 through 608.  And this is

16   an August 26th, 2019, e-mail chain from Ray Provencio to

17   you, among others, with the subject:  "MPP/metering

18   (Dallas Morning News)."

19              Is that correct?

20      A.  I'm trying to read the title.

21              MS. FIELDS:  Kevin, if you wouldn't mind

22   blowing up the top.  Thank you.

23              THE WITNESS:  Sorry, guys.  Thank you very

24   much.

25      A.  Yes.



Page 237

1          Q.   (BY MS. FIELDS)  Great.

2               MS. FIELDS:  And, Kevin, if we could

3    actually go to the last page of the document, to the

4    very first e-mail that was sent.

5          Q.   (BY MS. FIELDS)  And this is an e-mail from

6    Alfredo Corchado at the Dallas Morning News, which he

7    sent to Roger Maier.  And in it, he wrote:  "Understand

8    that a rising number of migrants (ILLEGAL ALIENS)

9    waiting on the mexican side are Mexican, even though

10   based on my understanding that they are not supposed to

11   be on such a list."

12              Is that correct?

13         A.   That's what it says, yes, ma'am.

14         Q.   Okay.

15              MS. FIELDS:  And then, Kevin, if we can go

16   to the second e-mail on the first page of the document.

17   Yes.  Thank you.

18         Q.   (BY MS. FIELDS)  So this appears to be an

19   e-mail that was forwarded from Mr. Maier with additional

20   questions from Mr. Corchado, and it reads in part:  "Are

21   Mexicans subjected to metering system?"

22              And then goes on to add:  "Are you saying

23   that Mexican officials determine list and if they are on

24   list Mexico is to blame?"

25              Is that correct?



Page 238

1      A.  Yes, it says that.

17     Q.  Okay.

18            MS. FIELDS:  Kevin, if you could pull up

19  Exhibit 177.  Thanks.

20     Q.  (BY MS. FIELDS)  All right.  So we've already

21  looked at Exhibit 177.

22            MS. FIELDS:  And if we could, again, focus

23  on the first e-mail in the chain, so it'll be the last

24  page of the document.  Sorry.

25     Q.  (BY MS. FIELDS)  So Mr. Aguilar wrote:



Page 239

1    "Chihuahua officials say they aren't part of the

2    metering process and instead are waiting to seek asylum

3    on their own."

4             And then, in the last sentence of this

5    e-mail, he asks:  "How does CBP determine when the

6    Mexicans are allowed to apply?"

7             Is that correct?

8    A.  Yes, yes, it says that.



Page 240





Page 241

█

█

█

█

```
 5        Q.  (BY MS. FIELDS)  Okay.

 6              MS. FIELDS:  All right.  And, Kevin, if you

 7    could finally bring up Exhibit 181.  We are getting

 8    close to the end now.

 9        Q.  (BY MS. FIELDS)  So what will be marked as

10    Exhibit 181 bears the Bates No. AOL-DEF-00 -- or --

11    yeah -- 0084250 through 506.  And this is a

12    September 29, 2019, e-mail chain from you to Roger

13    Maier, copying others, with the subject:  "Los Angeles

14    Times Mexican asylum seeker question for story running

15    Tuesday."

16              Is that correct?

17        A.  Yes, ma'am, it says that.

18        Q.  Okay.

19              MS. FIELDS:  And, Kevin, if we could go to

20    the first e-mail, so at the bottom of the document,

21    dated September 28th.  Great.

22        Q.  (BY MS. FIELDS)  And this is an e-mail from

23    Molly Hennessy-Fiske of the Los Angeles Times, and she

24    wrote:  "I'm writing about thousands of Mexican asylum

25    seekers in El Paso and Tijuana being forced to join and
```



Page 242

1    maintain waiting lists (the Mexican government does not

2    maintain the lists - migrants do)."

3              Is that correct?

4        A.  Yes, ma'am.  Yes, ma'am.

24        Q.  (BY MS. FIELDS)  Okay.  So CBP does not rely on

25    any list maintained by asylum seekers to determine who



Page 243

1    to process?

2         A.   Correct.

3         Q.   Okay.   Does CBP ever communicate with Mexican

4    asylum seekers directly, other than when they're being

5    processed?

6         A.   No, ma'am.

7         Q.   Okay.   And then, in the e-mail,

8    Ms. Hennessy-Fiske goes on to say:   "Is it at all ports

9    or just El Paso and Tijuana?"

10              Is that correct?

11        A.   Yes, ma'am, it says that.



Page 244



```
20       Q.  (BY MS. FIELDS)  Okay.  Thank you very much,
21  Mr. Cleaves.
22              MS. FIELDS:  Ms. Shinners, if you wouldn't
23  mind, we can go off the record for a couple of minutes
24  to just regroup on our end and your end to see if
25  there's anything else you want to bring up.
```


MAGNA
LEGAL SERVICES

Page 245

1                    MS. SHINNERS:  Sure.  That's fine.

2                    MS. FIELDS:  Okay.  Great.

3                    MR. FENN:  Maybe let's take 15 minutes.

4                    THE VIDEOGRAPHER:  The time is 4:36 p.m.

5     We're going off the record.

6                         (Break was taken.)

7                    THE VIDEOGRAPHER:  The time is 6 --

8     4:58 p.m.  We're back on the record.

9          Q.  (BY MS. FIELDS)  Mr. Cleaves, I just have one

10    issue I wanted to follow up on before handing it over to

11    Defendants' counsel.



Page 246

5            BY MS. FIELDS:  Okay.  That's everything

6    from Plaintiffs' counsel.

7                    EXAMINATION

8    BY MS. SHINNERS:

9        Q.  Okay.  I just have a -- a couple questions that

10   I'd like that you, Mr. Cleaves.

11       A.  Yes, ma'am.

12       Q.  All right.  Mr. Cleaves, in November 2016 when

13   the Port of El Paso began metering, did the Port of

14   El Paso receive any guidance from OFO to implement

15   metering differently with respect to undocumented family

16   units versus other types of undocumented aliens?

17       A.  No, ma'am.  The Port of El Paso was

18   experiencing a surge in family units from Central

19   America, primarily family units, so all discussions

20   regarding the surge tended to use the word "family unit"

21   because that's what we were experiencing.  But, no,

22   there was no guidance differentiating processing between

23   the different types of migrants.

24       Q.  Thank you.  And earlier in the deposition,

25   Plaintiffs' counsel, Mr. Fenn, asked you about whether





19          Q.   And if that happens, what -- what does CBP do

20     with respect to the undocumented alien who steps foot on

21     U.S. soil?

22          A.   We process them.

23               MR. FENN:   Objection, vague.

24          A.   We process them.

25               MS. SHINNERS:   Okay.   Those are all the



Page 248

1    questions that I had at this time.  And does Plaintiffs'

2    counsel have any further questioning?

3              MR. FENN:  We don't have any further

4    questioning.  We are going to hold Mr. Cleaves'

5    deposition open for three reasons.  First is, as

6    Mr. Cleaves said earlier in the deposition, he's

7    prepared only to testify as a representative of the Port

8    of El Paso and not the El Paso Field Office, which is an

9    ongoing dispute.  Second, I believe we're expecting a

10   production of text messages.  And, third, because of the

11   dispute which we put on the record regarding the clawed

12   back document.  But no further questions.

13             MS. SHINNERS:  Okay.  And Defendants do

14   disagree with respect to the scope of Mr. Cleaves'

15   testimony.  There are issues related to text messages we

16   can discuss off the -- offline too.  I don't believe

17   that any of the text messages belong to any currently

18   designated custodians.  And of course we've already gone

19   over the dis- -- the privilege dispute.

20             I also wanted to state on the record that

21   the transcript would be deemed confidential for 30 days

22   under the affiliated protective order and also that the

23   witness would like to read and sign.

24             MR. FENN:  Okay.

25             THE REPORTER:  Mr. Fenn, would you like me



Page 249

1    to produce the transcript?

2              (Discussion off the record.)

3              MR. FENN:  Oh, yes, we would like that.

4    Thank you.

5              MS. SHINNERS:  Okay.

6              THE REPORTER:  And, Ms. Shinners, would you

7    like a copy?

8              MS. SHINNERS:  Yes, we will be ordering the

9    transcripts.  Is there an order form?

10             THE REPORTER:  I can get your order on the

11   record.  Did you want just electronic or electronic and

12   paper form?

13             MS. SHINNERS:  Electronic.

14             MR. FENN:  We're fine with electronic as

15   well.

16             THE REPORTER:  Okay.  Thank you.

17             THE VIDEOGRAPHER:  Okay.  The time is

18   5:04 p.m.  This concludes the deposition of Samuel

19   Cleaves.  We're off the record.

20             (Deposition concluded at 5:04 p.m.)

21

22

23

24

25



Page 250

1                     CHANGES AND SIGNATURE

2

3   PAGE LINE            CHANGE              REASON

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____



Page 251

1      I, SAMUEL CLEAVES, have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4
5
6
7      _____
   SAMUEL CLEAVES
8
9
10
11  THE STATE OF TEXAS      )
12  COUNTY OF HARRIS        )
13
14      Before me, _____, on this day
   personally appeared SAMUEL CLEAVES, known to me (or
15  proved to me under oath or through _____)
   (description of identity card or other document) to be
16  the person whose name is subscribed to the foregoing
   instrument and acknowledged to me that they executed the
17  same for the purposes and consideration therein
   expressed.
18      Given under my hand and seal of office this _____
   day of _____.
19
20
21
22      _____
   NOTARY PUBLIC IN AND FOR
23  THE STATE OF _____
24
25



Page 252

```
1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF CALIFORNIA

3
                              ) IN THE DISTRICT COURT
4    AL OTRO LADO, INC., ET    )
     AL.,                      )
5       PLAINTIFFS,            ) CASE NO.
                               ) 17-cv-02366-BAS-KSC
6    VS.                       )
                               )
7                              )
     KEVIN K. MCALEENAN, ET    )
8    AL.,                      )
        DEFENDANTS.            )
9
10              REPORTER'S CERTIFICATION
              DEPOSITION OF SAMUEL CLEAVES
11                  MAY 20, 2020
12
13       I, Delia Ordonez, Certified Shorthand Reporter in
14   and for the State of Texas, hereby certify to the
15   following:
16       That the witness, SAMUEL CLEAVES, was duly sworn by
17   the officer and that the transcript of the oral
18   deposition is a true record of the testimony given by
19   the witness;
20       That the deposition transcript was submitted on
21   _____ to the witness or to the attorney
22   for the witness for examination, signature and return to
23   me by _____;
24       That the amount of time used by each party at the
25   deposition is as follows:
```



Page 253

```
 1        Matthew E. Fenn.....05:19
          Sydney Fields..... 01:09
 2        Katherine J. Shinners.....00:02
          Ari Nazarov .....00:00

 3

 4        That pursuant to information given to the

 5   deposition officer at the time said testimony was taken,

 6   the following includes counsel for all parties of

 7   record:

 8        Matthew E. Fenn, Attorney for Plaintiff
          Sydney Fields, Attorney for Plaintiff

 9        Katherine J. Shinners, Attorney for Defendant
          Ari Nazarov, Attorney for Defendant

10

11        That $_____ is the deposition officer's

12   charges to the Plaintiff for preparing the original

13   deposition transcript and any copies of exhibits;

14        I further certify that I am neither counsel for,

15   related to, nor employed by any of the parties or

16   attorneys in the action in which this proceeding was

17   taken, and further that I am not financially or

18   otherwise interested in the outcome of the action.

19        Certified to by me this ____ of May, 2020

20

21        _____

          DELIA ORDONEZ Texas CSR 7040

22        Expiration Date:  12/31/20

          Firm Registration No. 633

23        Magna Legal Services

          1635 Market Street, 8th Floor

24        Philadelphia, PA 19103

          (866)624-6221

25        www.MagnaLS.com
```



## A

**abbreviation**
135:15
**ability** 19:17
111:16 136:15
142:20 173:15
184:10 185:9
205:3 220:4
**able** 24:3 85:18
89:5 102:19
117:18 144:8
144:10,17,21
145:1 160:18
161:23 162:1
170:12 184:13
188:21 193:9
193:19 194:24
209:12,24
211:25 243:17
**above-styled**
1:19
**accent** 17:9
**accept** 44:13
55:23 193:13
193:15,21,22
196:16
**accidently** 98:13
**accommodate**
196:10
**accompanied**
162:10,13,17
164:15
**accompanies**
176:18
**accompany**
168:15
**account** 14:2,4
56:9,11,24 57:1
58:10 114:20
114:22 153:24
157:25 158:16
167:12 180:8
**accounted** 55:22
**accuracy** 84:21
169:7 201:19

202:4 207:2,6
**accurate** 92:16
92:19 97:20
99:10 101:14
125:11 127:19
157:25 158:2
202:5
**accurately** 7:16
**acknowledged**
251:16
**acknowledges**
153:12
**acronym** 207:21
**action** 7:12 69:17
77:12 79:10
135:13 141:22
142:1,3,5,10
178:2 253:16
253:18
**actions** 89:25
**actively** 13:2
**actual** 50:22 53:6
73:14,15 112:1
142:22 235:13
**ad** 204:7
**add** 103:23
237:22
**added** 99:21
103:20
**addition** 192:4
**additional** 89:25
110:21 119:24
237:19
**address** 136:17
**adequate** 73:8
**ADFO** 230:16
**adjacent** 94:19
101:6 176:23
176:24
**admissibility**
30:6,8 56:17
65:23 148:12
193:5 198:9,12
**admissible**
148:23
**admission** 21:17

**admissions** 21:16
**adopting** 188:14
189:12
**adoption** 16:18
**adult** 89:6,9
196:6
**adults** 72:4
**adverse** 80:8
**advise** 129:9
135:4
**advised** 139:15
**Advisory** 30:6
**advocate** 162:10
162:17
**advocates** 162:14
162:23 163:4
163:12,13
**affairs** 164:13
214:14
**affect** 56:16 80:9
99:22 193:14
194:5 228:3
**affidavit** 12:8
**affiliated** 227:11
248:22
**affix** 251:2
**afternoon** 199:15
**age** 89:17
**agencies** 11:7
39:21 204:3
210:21 217:16
223:7 229:16
230:23 238:14
**agency** 6:22 11:6
14:21 17:6
162:5 173:10
181:22 217:3
217:17,21
231:8 240:4,14
**agent** 157:11
158:15 165:15
166:14,16,19
**agents** 156:7
164:22,23
167:6,9
**agent's** 182:6

**ago** 12:15,15,16
42:22,24 43:1
133:18
**Agosttini** 132:20
133:2
**agree** 8:5 9:17
67:7 85:16,17
115:20,22
158:3,6,6,15
177:5 187:24
187:25 192:12
193:6,16
234:12
**agreed** 100:10
102:25 166:20
192:7 234:22
**Aguilar** 215:11
215:12 238:25
**ahead** 20:3 32:25
33:4 44:1 54:1
57:15 65:4,6
70:15,15 71:3
76:14 78:21
79:8 86:10 89:1
93:21 105:12
105:20 125:7
125:21 127:25
135:23 144:5
148:6 149:12
153:18 158:20
166:5 177:11
178:6 179:23
188:5 196:1
198:11,11
216:17 233:16
238:6 240:25
245:18
**airport** 38:11
72:13,14,14,23
**al** 1:4,4,8 6:3,3,4
24:25 252:4,4,8
**Albuquerque**
38:5
**Alcala** 226:17
**Alex** 22:21 23:9
**Alexandria** 179:6

**Alfredo** 237:6
**alien** 89:19,22
196:6 223:12
247:1,20
**aliens** 83:10
183:19 206:3,3
206:8 237:8
246:16
**allegations**
181:19
**allegedly** 181:2
**allow** 103:4
164:23 166:20
**allowed** 10:7
115:17 119:6
167:13 188:22
188:23 239:6
**alternate** 119:18
**aluminum** 101:3
103:19
**Amended** 4:14
90:8
**Amer** 98:9
**America** 143:1
145:23 146:1
147:10 148:17
246:19
**American** 138:8
146:7,9,14
**Americas** 37:25
38:10 49:15,19
71:21 96:1,2,6
96:9,21 97:2,9
97:20 98:9,18
98:22,25 99:12
100:4 122:25
205:17,19
222:7
**amount** 20:19
58:18 73:15
94:2 173:4
197:7 252:24
**amounted** 82:8
**amounts** 110:24
**and/or** 16:16
82:12 151:6



152:8 153:25
**Angeles** 241:13
241:23
**announced**
133:18
**Annunciation**
164:15 165:4
**answer** 7:15 8:1
8:7,12,13,18
19:14 22:4 37:2
44:9,22,23
45:17 48:1,9
49:25 52:6 53:3
53:4 63:19 67:1
69:15 84:22
90:17 123:12
123:14 130:15
131:11 136:4
147:4 154:1
163:9 184:4
194:17 197:19
201:24 202:11
202:15 208:5,8
208:9,10 212:3
223:11 244:17
**answering** 7:24
145:7 179:25
180:5
**answers** 201:20
**Antelope** 37:20
43:24 44:3
**anybody** 78:13
154:25 161:18
219:20
**anymore** 42:21
42:23 155:19
**AOL** 191:17
**AOL-DEF-00**
241:10
**AOL-DEF-000...**
4:11 81:13
**AOL-DEF-000...**
4:25
**AOL-DEF-000...**
4:24
**AOL-DEF-000...**

4:7
**AOL-DEF-000...**
4:16 126:4
**AOL-DEF-000...**
4:8
**AOL-DEF-000...**
5:6 189:21
191:17
**AOL-DEF-002...**
4:18 134:13
**AOL-DEF-002...**
4:19 141:12
**AOL-DEF-002...**
4:10 68:25
**AOL-DEF-002...**
4:9 32:17
**AOL-DEF-007...**
5:7 200:8
**AOL-DEF-008...**
5:8 206:13
**AOL-DEF-008...**
5:10 218:4
**AOL-DEF-008...**
5:11 224:6
**AOL-DEF-008...**
5:13
**AOL-DEF-008...**
5:9
**AOL-DEF-008...**
5:12 236:15
**AOL-DEF-012...**
4:17
**AOL-DEF-377...**
171:12
**apologies** 143:13
208:21
**apologize** 89:2,3
149:11 150:15
190:25 209:14
**apparently**
210:24
**appear** 121:16
188:1 197:1
**appearances**
6:13
**appeared** 251:14

**appears** 123:21
141:21 146:8
163:13 237:18
**applicable**
203:10
**applied** 151:5
152:8 153:21
193:4
**applies** 124:9
**apply** 37:20
44:12 200:3
214:11 221:14
222:1,6 239:6
240:6
**applying** 240:6
**appointment**
133:20 178:20
178:21
**appointments**
178:14,19
206:8
**appreciate** 7:7
20:2 192:22
**apprehension**
183:20
**apprise** 160:8,13
**apprised** 160:3
**approach** 96:20
115:4
**approached**
107:14,23
109:1 113:7
**approaches**
87:19 88:16,20
107:3 117:15
120:12 161:22
162:8
**approaching**
88:7 112:4
146:2,4,10,14
146:17 161:25
**appropriate**
58:11 157:14
160:17 173:23
**appropriately**
45:12 157:15

**approximately**
24:16 92:1,8,10
93:14 94:9,16
97:15 99:5
100:22 101:1
102:9 218:17
**April** 51:20,22
88:10 121:8,17
121:21,24
122:2 124:21
125:2,15 131:6
132:5 152:3,5
152:15,23
154:13,18,23
158:5 159:1,16
159:17 204:19
**arbitration** 12:1
**area** 13:1 37:17
41:23 231:9
**areas** 47:13
56:23 58:14
72:11 74:10
**argumentive**
187:22
**Ari** 2:10 6:20
26:10 200:10
253:2,9
**Ari.Nazarov@...**
2:13
**arm** 215:25
226:14
**armed** 31:2
165:15,20,21
166:2
**arms** 177:18
242:10
**Arnie** 225:18
**Arnoldo** 22:11
224:14
**arranged** 233:20
**arrangement**
221:5
**arrangements**
221:5,6
**arrested** 13:13
**arrivals** 134:25

**arrived** 157:4
**arrives** 165:16
166:14
**arriving** 142:25
151:10,12,15
183:19 193:7
**article** 168:21
**articles** 26:1
**aside** 11:23 77:20
110:16 115:24
**asked** 76:24
88:14 164:22
170:9 180:5
205:21 212:23
245:12 246:25
**asking** 9:17
52:19,19 62:12
67:11,12
102:18 122:15
122:17 128:7
138:9 140:24
147:13 148:8
157:23 190:17
199:22 213:12
220:15
**asks** 239:5
**assembling** 33:12
**assert** 192:2
**asserted** 153:24
**assertion** 65:9
191:24
**assigned** 30:9
32:5 45:12 86:1
91:11
**assist** 224:19
234:14
**assistance** 224:9
**assistant** 11:4
22:12,18,21,24
24:15,19 29:3
31:23 33:23
34:19,23 35:5,9
35:13 36:15,15
39:5 40:2,2,11
40:21,22 41:7,9
41:15,18 44:17



48:17 78:10
126:16 135:9
135:10,11
166:18 190:6
202:14 230:16
**assume** 8:7 9:15
42:3 50:3 88:24
165:23
**assumed** 35:8
36:2 42:5
**assumes** 84:21
131:9
**assumptions**
213:8,10,14
**asylum** 44:7,19
48:19,22 57:2
86:6 87:5,19
88:20 93:15
94:24 95:6 96:6
96:20 98:17
102:10 104:9
104:22 105:7
107:3,4,14,23
108:8,15,21,25
113:7,16,23
114:5,6 115:4
117:15,16,23
118:5,20 119:5
120:12,13
124:20 125:3
125:16 131:7
144:16,21
145:2,3 154:16
154:20 155:4
156:7 157:12
157:15 158:17
159:9,16
161:21 162:3,7
162:16 163:3
164:18 165:9
165:10 167:2
168:15 177:6
177:17,23
178:3,11,19,24
184:15 186:16
186:20 187:25

188:5,15
189:14 192:25
193:17 195:2,4
195:21 196:23
196:24 198:7
198:16,17,20
199:1 203:17
205:22 211:11
211:17,25
212:5 214:12
215:13 216:14
236:12,13
238:2,9 239:2
239:25 240:5
240:15,20,21
241:14,24
242:6,18,25
243:4
**attaché** 132:23
**attacked** 157:6
**attempt** 162:3
211:10,12
**attempted** 151:7
**attempting**
102:21 172:21
181:13 209:1
**attend** 230:11,15
230:16,18,20
230:25 234:1
**attended** 175:19
230:13,22
**attends** 230:14
231:23 245:21
**attention** 33:14
69:5 134:19
150:25 169:2
172:19 190:9
**attorney** 8:10
157:4,12
252:21 253:8,8
253:9,9
**attorneys** 10:8
24:18 26:4,5,15
26:22,25
253:16
**audible** 7:17

165:18
**audience** 78:23
79:4
**audio** 7:21
**August** 206:16
207:23 208:13
236:16
**authenticity**
214:18
**automated** 47:4
**automatic** 165:15
**automatically**
46:17,23
**available** 111:3
210:6
**Aveitia** 35:4
**Aveitia's** 36:3
**avenues** 195:9
**average** 194:5
**await** 133:20
**aware** 22:14
45:18 59:3,7
60:12 132:4
154:10,14,16
154:20,25
155:1,3 179:5
180:9,12,13,25
181:16 212:17
212:21,22,23
212:25 213:1
221:8 238:13
242:6 244:8,12
244:14,17
245:14,25
**awareness** 213:3
231:10
**Ayuda** 17:4
**A-L-C-A-L-A**
226:19
**a.m** 1:20 6:7
15:24 16:2,6,8
68:16,19

———————
**B**
**b** 91:9 151:12
195:12 198:5

198:24
**baby** 164:19
**bachelor** 27:18
27:19
**back** 16:3,11
43:3 57:1,11
68:20 75:14
76:21 79:23
86:20 93:3,10
93:11 95:24
102:3 116:12
121:2,3 133:14
133:20 135:2
136:21 137:3
145:21 149:11
151:13 154:21
155:1,5,20
159:1 167:8
168:18 170:3
170:16,19
178:25 182:23
182:24 185:16
186:1 191:11
191:19 211:3
213:12 222:9
242:15 245:8
248:2
**background**
187:11
**bad** 57:12
**badly** 164:19
**barricades**
103:21 110:7
111:13
**barrier** 92:3,7,11
93:25 94:10
95:17 100:22
100:24 101:1,4
110:16
**barriers** 94:3
95:23 97:13
111:2
**barring** 198:16
199:1,5,6
**Barry** 35:10,13
41:7

**base** 134:22
206:7 234:17
**based** 73:22
125:4,8 141:3
170:7 196:14
197:25,25
207:18 213:4
222:14,16,17
223:15 237:10
**Bashant** 192:12
192:15
**basically** 28:13
**basis** 54:8 61:8
191:19 203:19
205:1 216:10
**Bates** 126:3
190:12 191:17
200:7 206:13
218:4 224:6
236:15 241:10
**Bates-labeled**
32:17 68:25
81:12 189:21
**Bates-numbered**
171:12
**Bates-stamped**
134:13 141:11
**bearing** 192:22
**bears** 126:3
236:14 241:10
**Bebon** 41:8,14,17
42:3
**becoming** 184:22
**began** 28:6,16
86:16,18 96:8
104:15 108:12
114:2 133:22
151:18 152:3
184:12 246:13
**beginning** 52:10
53:10,22 58:13
145:13 154:8
168:1 191:17
211:15 214:3
**begins** 6:2 232:11
**begun** 133:25



**behalf** 15:15 63:4
154:10 230:18
**believe** 51:11
78:18,22 79:12
125:16,18,21
125:22 126:11
135:24 157:25
158:1 178:1
188:8 198:19
202:4,5 233:5
242:12 248:9
248:16
**believed** 124:20
125:2,14
**belong** 248:17
**Bel-Air** 28:5
**Ben** 2:11
**beneficial** 62:8
**best** 7:25 18:20
19:17 69:18
170:15 203:19
**Beta** 17:5 204:24
205:5 215:13
215:17 216:3,7
216:13,20,23
219:11,16,22
225:19 226:2,4
226:11,13
227:19 239:25
240:1
**Beta's** 215:21
**Beto** 5:5 174:1
176:8
**better** 154:8
**Beverly** 32:2
38:23 139:24
141:19 142:18
**beyond** 78:23
79:2,3
**big** 131:18
**biggest** 131:14,24
**Bill** 30:19
**binational** 204:3
229:15 231:8
231:21
**bit** 51:24 59:13

65:18 85:21
101:25 102:5
116:14 150:16
227:3 236:13
**blame** 237:24
**blocking** 167:7
**blowing** 236:22
**blowup** 211:8
**board** 133:15
139:12
**body** 12:5
**Bolado** 227:7
228:9 229:5
233:9,10,17
**Bolado's** 227:8
**bolded** 157:2
**booth** 101:4,6
103:20
**Boquillas** 44:3
**border** 6:23 9:4
11:2 14:13 31:6
34:11 35:19
37:15,16,17,19
37:21 40:14,17
44:3 49:3,6,7
49:13,19 66:4
69:13 86:14,16
87:15,20 88:3
88:19 92:18
93:14,17 95:11
96:18 97:1
100:5,7 101:20
105:8 109:2
111:7 112:13
119:15 122:12
122:20,25
123:23 124:1
124:10,11,15
124:17 128:24
130:20 139:20
155:5 156:6
176:22 179:7
182:5,6 186:7
193:1,25
194:20 201:13
202:13 205:24

213:5 217:10
220:20 221:22
228:12 229:14
229:17,23
230:17 232:3
233:25 240:20
**Borders** 157:8
**border-wide**
131:6
**BOTA** 210:7
**bottom** 69:6
90:21 100:16
123:18 134:20
141:18,25
168:25 190:11
190:14 215:7
227:5 241:20
**boundary** 77:3,6
91:8,14 92:5,6
93:15 94:6,19
94:23 95:19
97:14,16 98:1,4
98:12,15,21
99:1,6,17,24
100:23,24
101:17,21
102:9,21
103:25 104:3,6
105:24 106:8
106:13,16,24
107:9,11 108:6
109:12 110:2
110:22 111:7
112:5,17,20,25
113:3 115:13
116:13,19,24
117:2,6 119:17
119:21 120:5,8
120:10 137:24
138:3 142:24
143:8,17
144:15 154:7
161:9 167:7
220:19 234:9
234:13,17
**Box** 2:11

**break** 8:16,17,18
68:10,18
120:17,25
182:10,21
191:16,23
235:8 236:6
245:6
**breakdown**
221:3
**breaking** 68:9
**breaks** 10:10,14
25:16 235:20
**bridge** 37:25
38:10 49:15,19
71:21 91:24
96:1,2,6,8,21
97:2,8,20 98:9
98:9,18,22,25
99:12 100:4
103:4 112:7,9
122:25 142:21
142:24 145:18
163:22 164:21
205:17,19
206:6,7,9
221:25 222:6
**bridges** 100:2
142:20 169:8
209:2 228:16
234:18
**brief** 180:6
**briefed** 134:24
**briefly** 36:13
41:23
**bring** 162:24
163:14 206:12
217:9 221:19
224:3 239:21
241:7 244:25
**bringing** 221:10
**brings** 217:7
**broad** 103:13
**broken** 19:11
40:24 228:13
**Brooks** 132:21
133:3

**brought** 163:11
204:5 239:18
239:20 240:10
243:18,25
**Brown** 2:5 6:8,14
6:17
**budget** 65:19
**budget's** 40:24
**budget-wise**
40:23
**build** 173:7
**building** 116:12
119:14 151:16
**built** 53:19 56:19
111:10 173:6
**bullet** 157:1
172:18 173:24
174:6 190:16
208:24 209:7
209:13,20
211:6,8
**burden** 63:9
**butchering** 35:4
**BVP** 229:17,22
230:12 231:5
231:15
**BVPP** 229:12,13
229:22 230:12

---

**C**

**c** 2:1 91:10
151:14 195:12
**calculated** 71:24
72:1 73:25
**calculating** 61:5
74:6
**California** 1:2
6:5 252:2
**call** 36:12 57:1
139:17 140:20
140:23 141:1,2
185:23 191:18
226:22 228:24
**called** 28:5 30:7
164:8 180:10
229:16



**calls** 15:7 162:20
163:7 205:7
216:3 217:25
228:25
**canopies** 95:21
**canopy** 97:11
99:16,19
100:20
**capability** 65:16
72:15 221:18
**capable** 72:3
204:11
**capacities** 66:20
**capacity** 9:11
45:14,18,22
46:14,16 47:24
48:7,15 49:21
50:1,5,15,22,23
51:2,6,8,13,13
51:14,25 52:11
52:16,22,24
53:5,6,7,19,23
54:14,24 55:3
55:20,20 56:1,1
56:2,2,7,7,8,25
57:7,22,23 58:4
58:5,12,13,14
58:15,23 59:11
59:16,17,23
60:1,4,7,12,15
60:20,23 61:5,9
61:13,19,20
64:5,8,15,21,22
64:23,23 65:1,9
65:11,21 66:1,7
66:11,21,24
67:5,6,8,9,15
67:22 68:4
69:12 70:5,7,9
70:11,13,18,20
70:22,23 71:13
71:17,21 73:21
75:1,11,18,22
76:1,11 77:2
80:2,19,24,24
81:4,6 82:9,21

82:23 83:1,14
83:17 84:6,13
85:5,5,5,6
114:17,20,23
114:24,25
128:21 129:2,6
129:10,11
130:5 138:10
140:25 144:24
157:23 160:3
160:15 161:4,8
161:13 166:15
169:7,8,15
170:5,9,13,14
170:14,23
171:2,21,25
172:12 193:13
193:17,20
196:18 197:8
205:6 206:3
216:21 218:20
220:2,8 222:14
222:17,17
228:3 242:5
**capture** 68:4
172:21
**captures** 67:25
68:5
**card** 251:15
**career** 28:14
126:23
**cargo** 41:22
173:5,6 188:10
193:4
**Carlos** 132:20
133:11 225:25
**Carrillo** 206:23
206:24 207:3
207:16 224:14
229:4,9,12
230:20 232:10
232:16
**cascade** 196:20
**cascaded** 46:17
47:3
**case** 1:5 11:11,16

12:7 17:15 18:1
18:13 25:3,5
26:5 38:17 58:2
111:17 144:18
168:8 173:11
188:19 192:5
196:16 199:16
236:9 252:5
**cases** 13:2,4
65:12,13 135:1
147:20 198:13
**Cassler** 2:14
**CAT** 134:24
135:12
**catch** 72:22
**categories** 19:11
199:7
**catwalk** 99:18
103:23
**catwalks** 138:2,5
**caught** 222:23
**cause** 1:20
**CB** 158:15
**CBP** 2:20 9:4,10
9:16 11:5,8
13:20 15:2,15
20:10 21:25
22:7,7,10 28:7
28:16,24 29:6
30:21 31:23
44:19 46:24
50:18,23 66:10
66:18 77:17
88:5,17,21
89:12 93:17
95:7 98:14,18
101:5 102:11
106:13 114:19
120:13 124:19
125:2,14,15
126:10,13,16
131:5 132:4,10
132:23 133:18
135:18,21
136:7,20

138:19 140:25
141:14 144:14
144:20 145:2
146:3,11,24
147:7,14
148:16 154:11
155:19 157:11
157:14 158:15
158:18 160:2
161:3,11,20
162:5 164:12
164:22 165:19
165:23 166:24
167:15 168:5
177:21 178:2,9
179:7 181:18
183:17,25
186:5,20
188:14 189:12
191:1 194:1,18
195:18 197:7
199:18 201:12
203:3,4,11,15
204:1,14,20
206:24 207:1
212:4 214:15
215:12,18
216:2,6,19
217:23 219:3
219:20 220:1,8
220:9,14,23
222:13 223:16
223:21 226:20
226:23 228:22
230:14 231:15
233:22 235:2
239:5,24
240:20 242:24
243:3,20
245:13,14
246:2 247:2,19
**CBPOs** 142:23
143:7,16
**CBP's** 28:7 162:2
165:9 173:17
187:20 195:17

199:23 221:13
**CDC** 198:15,20
198:25 199:3,5
**cell** 72:4 73:10
75:8
**cells** 53:13,13
56:5,6 72:2,5
72:11,13,17,23
73:1,3,5,22
74:17 75:2,5,7
**CENTAM** 135:3
138:7
**center** 2:15 46:20
77:12,15,18
171:14
**central** 16:6
52:15 138:8
143:1 145:23
146:1,7,9,14
147:10 148:16
246:18
**cer** 188:13
**certain** 58:18
59:17 71:5
111:4 188:13
195:20 211:23
**certainly** 131:16
**Certificate** 3:10
**certification**
63:10 252:10
**Certified** 252:13
253:19
**certify** 252:14
253:14
**CF** 135:1
**chain** 127:13
128:2,16
129:23 169:20
170:1 171:17
190:10 201:21
212:10 214:9
215:8 218:7,13
224:8 234:4
236:16 238:23
241:12
**chain-link** 97:10



97:10 100:19
100:20 110:17
**challenge** 124:21
125:3,16 131:2
131:8,14,15,18
131:24 132:1
173:1,13
**challenged**
166:16 169:4,6
**challenges** 82:13
125:10 131:16
131:18,20
172:16 173:25
196:22 231:11
**challenging** 7:8
**chance** 95:5
169:25
**change** 52:22
55:8 61:8 66:7
92:23,25 93:2
95:24 194:3
250:3
**changed** 31:11
31:12 52:2,3,10
52:12 53:23
95:12,20 99:13
103:8,12,17
116:3 117:12
121:5,6
**changes** 3:9
30:25 99:22
100:7 104:1
250:1
**changing** 54:2,21
**characterization**
177:13
**characterizing**
131:13
**charge** 47:13
48:11 77:7,19
**charged** 13:11
**charges** 253:12
**chart** 69:20,21,23
70:4,11 71:14
73:21 75:14
76:9 77:1 79:23

81:3,5 82:11,25
83:2
**chat** 155:19
185:9
**Chavez** 141:19
141:21 147:23
148:24
**Chavez's** 142:11
142:18 143:11
143:21 145:21
148:15
**check** 89:13,15
**chief** 14:21 18:2
18:2,10,10
**chiefs** 45:10
160:7
**Chihuahua**
228:11 239:1
**child** 89:19,22
90:2 196:6
**children** 116:9,9
172:22 223:13
**choice** 115:21
**choose** 115:12,13
**Christopher**
34:20
**chronological**
19:16
**circulated** 38:9
**circumstance**
197:5
**circumstances**
7:8 180:13
195:8,11,20,22
195:23 196:13
198:16
**citizens** 198:21
214:11
**citizenship** 240:2
244:6,13,18
**citizenships**
211:23 212:1
241:2
**city** 132:24
176:24
**Ciudad** 87:10,16

209:2 224:18
225:13 228:11
**Civil** 14:12
**claim** 164:18
165:10 166:15
243:18,25
**claiming** 143:2
147:1,5 239:17
239:19 240:9
240:12 243:14
244:3
**claims** 44:7 169:7
238:10
**clarification**
95:15 198:19
242:12
**clarified** 36:18
87:8
**clarify** 16:4
197:16 228:18
**clarity** 62:23
134:24 220:14
**Class** 43:20,23
44:4,10,13
**classes** 44:14
**clawback** 191:21
**clawed** 248:11
**clear** 62:1,6,16
63:22
**Cleaves** 1:14,17
3:2,5 4:2 5:2
6:3 7:2,6 10:19
14:9 15:11 16:7
16:9,13 20:4
32:15 33:8 37:5
38:23 40:10
62:23 63:18
64:2 68:14,23
70:15 71:3
76:14 79:20
81:11 84:22
86:10 88:25
90:11 105:22
120:21 121:3
121:13 149:13
155:11 156:3

156:25 157:23
163:18 169:24
171:10 176:6
177:5 178:6
179:11 181:6
182:24 183:4
184:5 185:17
189:19 191:14
192:14,21
198:11 199:15
206:16 208:2
209:10 235:6
235:23 244:21
245:9,18
246:10,12
248:4,6,14
249:19 251:1,7
251:14 252:10
252:16
**client** 157:15
**clip** 176:9 187:10
**clo** 137:24
**close** 54:19 97:25
98:11 99:1,20
100:6 101:21
102:20 103:5
106:7,16
110:23 111:13
112:17,24
116:19,24
119:14 120:9
137:24 241:8
**closed** 111:16
**closer** 97:24
99:20 113:4
117:8,9,9,10,10
117:11 182:15
199:11
**closes** 72:16
**clunky** 150:16
**CNN** 172:19
173:18
**COB** 201:2
**collaboration**
231:13
**colleague** 7:14

199:10
**collect** 45:22,25
**collection** 39:19
**Columbus** 23:2
24:11 37:22,24
42:20,22,23
49:14,17 76:4
83:12,13,17
113:22,24
114:2,7,10,12
114:15,19
115:5,24 116:2
116:6,17,22
117:6,14,14,22
119:4 123:7
**column** 70:3 76:8
76:10 77:5,9,19
77:25 78:7,13
78:17 82:11,17
83:4,7 84:16
157:1
**columns** 83:2
**COMAR** 17:5
**combination**
61:12
**come** 57:11 103:4
162:25 164:17
166:20 180:16
223:6
**comes** 55:23
109:14
**coming** 54:16,17
88:14 92:20
93:4,8 112:7
145:18 147:10
147:11,11
167:7,10
187:12 197:7
211:18 212:5
**comisario** 232:12
232:16 233:6
233:10,21
234:7
**Comisión** 17:4
**command** 127:13
**commander**



22:11 28:24
29:6,7,11,12,19
29:20,21 30:10
30:11,14,20
31:4,18,19 47:9
47:15,16,17
161:2 219:13
226:5
**commanders**
32:5,8 45:9
46:18 47:12,12
47:19,20 48:2
78:11 160:8,12
204:23 219:5,6
219:10,10,14
**comments**
162:25
**commissioner**
126:10,16
129:18,25
130:18 135:9
135:11,15,17
135:18,21
**common** 168:14
168:18 174:15
174:18,18
210:20
**commonly** 49:8
57:14
**communicate**
10:8 203:15
204:24 205:5
209:23 216:6
217:19,20
218:1 219:7,20
226:21 227:1
228:22 229:7
239:24 240:1
243:3
**communicated**
204:15 219:15
**communicates**
215:13,19
216:2,20
225:14 226:5
240:20

**communicating**
10:13 203:9
213:18,25
223:17
**communication**
37:3 141:5
203:23 205:2
211:1 212:25
213:20 219:4,8
219:9,12
221:17 229:2,5
231:8 245:12
245:23
**communications**
17:3 161:8
199:23 221:13
222:10 245:14
246:1
**compared** 29:20
40:22 177:7
**comparison**
177:6
**compile** 45:22
**compiling** 69:11
**completely** 72:17
158:25
**complex** 56:8
57:8 65:18
67:22
**component** 182:4
**comprised** 11:8
**con** 85:15
**concern** 185:1
193:13 196:18
**concerned** 62:14
**concerning** 17:6
19:7 199:24
**concerns** 135:4
193:21 194:4
225:15 227:20
**concluded**
249:20
**concludes** 249:18
**conclusion** 15:8
**concrete** 111:1
**condemning**

181:19
**conditions** 102:1
196:11
**conduct** 13:19
86:2 108:5
118:3 122:13
**conducted** 23:23
86:14 105:3
116:18 120:4
152:6 155:2
203:11 206:6
216:9,10
**conducting** 152:3
203:11
**cones** 92:4,7,11
93:25 94:5,10
94:16,20 95:18
95:22 110:17
**confer** 191:4
**conference** 26:7
**confidential** 1:12
248:21
**confirm** 22:15
**confirmed** 17:19
**Congress** 179:7
179:15
**Congressman**
173:25 174:25
175:4,11 176:8
176:20 177:6
**congressmen**
179:18
**Congresswoman**
179:6
**conjunction**
208:25 217:12
**connects** 97:11
100:20
**consequences**
10:2
**consider** 52:24
54:25 55:5
61:15 148:16
195:9
**consideration**
24:6 53:6 56:22

59:5 60:2 64:19
64:20 67:5,8
89:20 115:2
223:4 251:17
**considerations**
50:21 58:22,24
59:2,10,22
72:20 82:24
**considered** 31:17
38:18 58:6 96:2
100:11,12
173:1
**considering**
61:16 76:17
**consistent** 86:19
114:13,14
118:18 189:3
**consistently**
108:16 114:10
118:15 187:2
**consists** 218:19
**Consolidated**
132:22
**constitute** 34:8
**consulate** 204:8,9
**consult** 191:1
**consultants** 25:8
**consulted** 90:18
150:4,22
**contact** 210:4
220:1,4,6,9,13
**contacted** 220:6
**contacting** 220:3
**contain** 123:25
**contained** 90:19
117:24 129:2
130:5
**containing**
129:17
**contains** 37:14
128:10 151:23
176:9
**contents** 130:13
191:20
**context** 102:18
131:13

**continue** 88:24
89:1 129:8
157:21 180:21
185:3 192:20
193:14 211:12
231:7 236:6
**continued** 53:16
**continues** 166:13
167:5
**continuing**
190:15
**contraband**
39:18
**contracts** 56:20
73:18
**contrast** 30:2
**control** 160:5,6
224:9 234:15
234:15,23
**controlling**
224:19
**conversation**
7:14 23:20
85:12,14 148:3
148:7
**conversations**
26:4 27:7,8
**convert** 73:3
**conveyed** 134:23
138:18,21
139:8 161:6
**conveying** 139:1
**convicted** 13:8
**convinced** 157:14
**coordinate** 195:6
209:3 210:20
212:12 218:16
223:17 235:2
**coordinates**
219:3 225:14
**coordinating**
223:21
**coordination**
39:20 217:1
**coordinator** 31:6
201:13 202:13



226:2 230:17
**copies** 253:13
**copy** 11:15,19,21
  121:16 156:5
  249:7
**copying** 69:7
  132:21 141:20
  171:14 189:22
  201:1 218:8
  241:13
**Corchado** 237:6
  237:20
**correct** 22:1
  23:14,15 28:8
  29:8 33:13,17
  34:21 38:10
  40:11 41:5 42:2
  45:6 46:25
  48:25 49:4 53:1
  53:5 55:1,2
  58:12 67:9,16
  70:24 71:14,18
  73:23 74:21
  75:16,24 76:5
  77:4,15,16
  79:25 81:4,5,24
  82:6,9,18 83:16
  83:18 84:14,18
  85:6,9 89:24
  90:16 93:18
  94:1,15,17 96:3
  96:15,16 98:6
  99:24 100:13
  101:16 102:6,7
  103:2 104:4
  106:20 111:18
  111:19 115:3
  118:12 119:7
  121:9 122:10
  123:19,23
  124:2,16 126:7
  126:10,13,16
  127:2,5,7 128:4
  128:11,14,24
  129:3,6,11,12
  129:15,19,24

130:6,8,11,14
130:16,21,22
130:24,25
132:2 136:21
139:21 140:21
141:22,23
143:19 145:24
146:4,12
148:18 149:1,2
152:23 153:9
153:14,19
154:19 158:14
159:10 168:12
170:12,25
171:5,22,25
172:3,13 175:2
176:23 178:15
178:18 185:19
185:20,23,24
186:7,14,17,18
186:21 187:16
187:20 188:2,3
188:6 190:3,7
199:20 201:17
202:6 205:18
205:25 206:25
207:17 209:5
210:1,11,12
211:16 212:15
214:15 215:15
216:4,24
218:22,22
223:18 224:21
224:24 225:21
231:16 232:20
233:3 234:10
235:16 236:19
237:12,25
239:7,11,12,21
241:16 242:3
243:2,10,14
244:4,6 251:3
**corrected** 207:12
**corrections**
  137:19 138:24
**correctly** 16:20

17:8 22:17 45:2
45:8 46:22
70:25 72:20
82:14 91:15
92:14 97:17
101:7 106:20
128:22 130:2
131:3 133:23
135:6 137:18
137:18,21
138:23 143:5
151:19 152:10
164:25 165:1
166:22 169:12
172:23 174:3
183:22 190:21
202:25 203:5
203:12 206:10
207:11,15
218:21 247:8
**corresponded**
  227:17
**correspondence**
  159:21 227:18
**counsel** 6:12,22
  10:14 14:21,21
  14:22,23 18:2,2
  18:10,10 20:4,8
  20:20 21:6
  32:24,24 36:13
  37:4 191:1,16
  191:24 236:6,7
  245:11 246:6
  246:25 248:2
  253:6,14
**counsel's** 37:6
**count** 46:1,2,9,12
  49:5 52:10
**counted** 53:12
**counterparts**
  231:20 245:20
**counter-narcot...**
  186:13
**counting** 58:14
**countries** 54:17
  157:10 231:9

242:16
**country** 195:3
**COUNTY**
  251:12
**couple** 18:14
  19:5 40:1
  142:23 226:25
  244:23 246:9
**course** 10:9
  118:24 122:12
  143:3 148:2,7,8
  189:5 228:21
  248:18
**court** 1:1,3 6:5
  6:10,25 7:16
  11:9 16:5 25:3
  63:15 252:1,3
**courtroom** 9:24
**covered** 99:15
  157:5 199:25
**Cranford** 2:24
  6:10
**create** 66:19
  188:20
**creates** 57:14
  196:20
**creating** 55:17
  98:12
**creation** 151:8
  152:9 153:21
**credible** 143:2
  158:12 211:25
  238:10 239:10
  243:14
**crime** 13:8,11
**criminal** 10:1
  11:12,13,23
  43:5
**crisis** 69:16 77:11
  79:10 135:13
  141:21 142:1,3
  142:4,5,10
  188:24
**cross** 87:15
  102:19 181:13
  205:22 208:25

209:2,21,23,23
210:8,8,19,25
214:1
**crossed** 167:9
**crossing** 37:19,21
  40:14,18 44:3
  86:14,16 87:6
  87:20 88:3,19
  92:18 93:14,17
  95:11 96:15,18
  97:2 101:24
  105:8 109:2
  112:13 122:12
  122:20 123:1
  156:6 217:10
  220:20 221:22
**crossings** 37:15
  37:16,17 38:12
  49:6,7,19
  101:20 116:8
  247:4
**CSR** 1:21 253:21
**culmination**
  66:13
**cultures** 147:17
**currency** 183:20
**current** 31:23
  32:3 42:7
  128:20 130:1
  130:20 161:13
  172:15 173:25
  224:16
**currently** 32:1,9
  47:7,10 49:7,20
  80:13,16 122:8
  122:16,17,19
  122:24 123:6
  123:10 218:16
  248:17
**curve** 132:12
  154:5
**custodians**
  248:18
**custody** 59:25
  82:6 83:12
  139:16



**customs** 6:23 9:3
11:1 14:12
28:21,22
231:22 245:20
**cut** 101:9
**cuts** 75:10
**C-L-E-A** 10:19
**C1** 134:24 135:14
135:15
**C2** 142:19

**D**

**d** 91:12 128:17
128:18 151:17
195:12
**daily** 39:9,10
61:8 205:1
216:10 220:10
**Dallas** 236:18
237:6
**dangerous**
157:10
**Daniel** 171:18
**data** 45:22,25
46:14,16,22
47:8,24 48:6
54:23 55:3 67:9
67:15,19 69:11
84:8
**date** 38:8 71:5
80:21 83:16
84:13 128:7
204:18 208:16
223:20 253:22
**dated** 81:23
171:12 241:21
**dates** 85:4 96:13
96:14
**daughter** 181:12
**day** 46:4 64:11
66:7,8,12 71:11
76:12 80:10
81:4 82:22
84:17 141:4,4
152:25 160:20
160:21,22,23

160:24 161:1
170:6,11
190:20 194:3,4
194:4,4 216:11
216:12,24
218:17 220:4
232:18 251:14
251:18
**days** 85:9 133:18
218:25 248:21
**de** 17:3,4
**DEAC** 135:8,10
**deal** 136:12
173:22
**dealing** 30:3
39:16 59:6
76:20 204:6
**death** 157:7
**December** 11:8
28:7,9,10 84:9
86:18 152:6
153:13 154:12
154:18,22
158:5 176:9,12
185:22
**decided** 55:8
173:2
**decipher** 147:18
**decision** 67:22
173:3 196:2,14
196:14
**decisions** 67:6
79:16 195:15
222:21
**decision-making**
66:24 78:14
**declaration** 12:9
12:10,11 192:3
**decrease** 193:8
193:18
**decreasing**
193:16
**deemed** 248:21
**default** 78:3
**Defendant** 253:9
253:9

**defendants** 1:8
2:8 4:13,15,20
4:22 6:19,21
25:9 84:8 90:9
149:16,17
191:18 192:1,4
245:11 248:13
252:8
**defending** 19:25
**defense** 32:24
191:24 236:7
**defer** 212:5
**define** 50:22
51:14 85:24
**defined** 44:11,11
51:6,9
**definitely** 76:23
85:13 138:21
158:22 168:7
**definition** 50:5,7
50:8,14,22,23
51:2,25 52:21
52:24 53:23
54:2 60:3,15,17
60:20,23 61:3
97:22,22 99:8
**definitions**
153:24
**degrade** 185:2,4
**degraded** 136:15
184:10,21
**degrading**
184:20
**degree** 43:18
184:11
**del** 37:24 38:9
40:13,17 41:4
48:23 49:15,18
71:21 86:5,7,13
86:16 87:5,20
88:19 91:21,24
92:17 93:13
95:11 96:15
98:25 100:3
101:23 112:13
122:9,11,16,20

170:10 205:17
205:19 217:9
220:20 221:22
221:23 222:8
227:23
**delegado** 225:19
226:6,7,10,12
226:17,21,24
227:2,19
**Delia** 1:21 6:10
252:13 253:21
**deliberations**
191:3
**deliberative**
191:19,25
192:4
**demotion** 127:7
**denied** 164:17
**dep** 25:15
**department** 2:10
6:19,21 8:25
43:5 204:25
**departure** 188:12
**dependant**
195:14 196:4
**depending** 49:10
65:18 101:25
102:2 109:23
119:19 218:19
222:20,21
**deployed** 183:18
**deposition** 1:13
1:17 3:1 4:1 5:1
6:2,7 8:24 9:6
9:13 10:9 11:16
11:17,19 14:12
16:6 20:12,18
20:20 22:15
23:13 25:6,9,12
25:15 26:6 27:4
27:10 31:1
34:14 36:11,22
37:3 39:24
43:14 62:10
63:18 74:23
83:24 122:3

126:2 132:19
200:3 246:24
248:5,6 249:18
249:20 251:2
252:10,18,20
252:25 253:5
253:11,13
**depositions** 11:23
**depth** 59:8
139:17
**deputy** 135:10,10
135:10 139:12
219:19,24
**describe** 30:1
33:25 35:16
39:7 55:21 91:5
92:22 105:16
109:9 116:5
119:13 151:5
175:9,14 225:9
**described** 94:12
150:5 174:5
177:15 212:18
221:12
**describing** 68:5
**description** 4:4
5:4 47:5 91:21
92:16,17 93:23
97:19 101:9,13
104:14 172:9
172:10 176:18
251:15
**designate** 115:11
115:15 229:18
**designated** 15:14
199:18 248:18
**designed** 52:14
52:17 56:3
60:11 73:6
74:17 124:12
**despite** 8:13
**details** 77:1
**detain** 72:16
193:17 195:8
**detained** 72:25
54:25 55:5



169:11 193:8
222:18
**detainee** 59:17
196:5
**detainees** 71:1,13
71:18 75:15
76:3,11 77:2
82:6 83:12,18
172:11
**detaining** 57:24
193:12
**detention** 51:13
52:15 53:13
55:20 56:1,2,7
56:18 57:3,23
58:5,13 60:4,7
60:11,12,13,15
60:20,23 61:13
64:9,22 67:5
70:9,13,18,20
70:23 72:3,6,18
73:4,6,7,11,14
73:23 75:3,25
80:24 114:20
170:13 171:2
179:7 183:20
195:5,6,13
**deter** 211:17
**determination**
77:25 198:6
**determine** 89:5,9
89:17,21 98:10
114:15 148:11
161:17 237:23
239:5 241:2
242:25
**determined**
74:11 75:2
147:9,15
221:21
**determines** 221:9
**determining**
67:23 74:10
**deterrence**
211:20
**development**

16:17
**DFO** 34:5 140:4
140:19 230:15
**DFOs** 127:14
139:14,18,19
**DHS** 8:25 136:2
**died** 181:12
**Diego** 212:14,18
212:21 213:18
**differ** 62:4
**difference** 29:14
37:16 40:23
55:25 58:21
67:7,10 99:14
142:16 147:20
154:3,6,9 214:4
223:8,10,11
**different** 21:20
29:18 31:21
35:18 39:14
45:20 53:16
56:10 57:13
63:7 66:15
95:21 110:18
142:7,12
146:11,16,20
147:4,17,17,18
150:2 246:23
**differentiate**
148:22
**differentiating**
246:22
**differently** 146:3
246:15
**difficult** 67:15
170:17 194:3
194:14 212:1
**digital** 25:19
**dining** 56:20
73:18
**direct** 31:10
32:19 33:14
43:10 48:19
69:5 91:17
122:13 134:19
150:19,25

156:18 169:1
202:16 206:1
208:23 211:5
**directed** 48:23
88:2 97:1 105:7
109:2 205:12
**directing** 197:7,9
**directly** 31:9
32:3 92:12
94:21 134:23
160:16 213:21
224:19 243:4
**director** 11:4
22:21,24 29:4
30:16,17 31:24
31:25 33:15,19
33:23 34:5 35:5
35:9,14 38:24
39:5 40:3,11,21
41:9,15,18
44:17 48:17
78:10 123:22
127:2,4,13,16
127:17 138:16
139:24 140:2
190:2,6 202:14
219:11,13,17
219:21,24
226:4 230:16
**directors** 22:13
22:18 24:15,16
34:20,24 36:15
36:16 40:2,4,22
41:7 78:10
139:7,19
**directs** 186:5
**dis** 248:19
**disagree** 125:1,8
177:12 191:24
248:14
**discharged**
165:16 167:25
**disciplined** 13:19
**discontent** 12:21
**discourage**
211:12

**discovery** 62:4
**discuss** 20:7,9
41:23 85:22
139:17 199:19
204:9 248:16
**discussed** 18:9
23:17 27:5,10
108:21 117:4
136:17 142:19
153:7 203:21
204:14,20,21
210:25 212:4
240:6
**discussing** 52:2
236:12
**discussion** 18:4
24:14 59:13,15
159:7 209:8
249:2
**discussions** 24:9
24:19,22 55:10
55:12 246:19
**dispute** 63:13
192:8,11,11
248:9,11,19
**disruptive** 62:17
**distance** 91:7,12
104:2,5 105:25
109:11,13,15
112:19 113:3
116:14 117:5
119:16
**distinction**
242:18
**distinguish** 55:19
55:21
**distinguished**
58:4,7
**distinguishing**
57:22 58:2
**distributed**
121:21 181:10
**distribution**
123:19
**District** 1:1,2,3
6:5,5 252:1,2,3

**document** 14:11
14:16,23 15:10
16:14 21:20
32:16,19 33:9
33:12,15 34:18
51:9 60:24 61:2
68:24 76:7
81:14,17 84:5
89:16 90:10,19
91:18 97:6
98:16 100:16
121:14,20
122:2,6 124:4
131:10 148:10
148:13,20,23
149:15,20
150:5,8,10
151:1 153:25
155:12,14,24
156:11 159:7
159:12 164:2
171:11 186:2
191:13,19,25
192:9,13,14
201:9 207:9,13
207:25 208:1
224:12 232:9
237:3,16
238:24 241:20
248:12 251:15
**documentation**
178:25
**documented**
157:9
**documents** 18:15
18:18,21,22
19:1,4,8,10
20:5,7,9 24:24
25:2,12,15,20
84:21 89:13,15
89:17 133:20
146:21 148:25
150:17 192:16
197:23
**doing** 12:21
25:17 45:5



77:22 85:24
106:15 144:12
145:20 168:1
183:7 188:12
203:3 204:11
205:1 213:15
231:11
**DOJ** 14:21 18:2
**door** 174:13
**doubt** 207:2,6
214:17,23
215:3
**downtown**
221:24
**drafting** 33:12
**draw** 190:9
**drawing** 133:15
**dress** 147:17
**drops** 64:24
**duck** 93:8
**due** 172:20 173:5
206:3
**duly** 1:19 7:3
252:16
**duty** 160:8
219:15
**dynamics** 166:2
**D.C** 2:6,12,16

——————
**E**
**E** 2:1,1 3:4,5,6
4:4 5:4 198:5
198:24 253:1,8
**EAC** 135:8,9
140:22
**EAC's** 88:9
**EAC/DDAC**
134:22
**earlier** 21:24
28:6 41:8 42:15
58:8 67:14
96:14 100:10
102:4 121:7
157:3 158:10
159:3,7 180:8
190:23 204:20

205:16 214:13
227:24 245:12
246:24 248:6
**earliest** 164:1
**early** 71:8
**easier** 32:20
150:21 209:15
**easily** 192:6
**East** 27:21
**Eastern** 235:18
**east-west** 92:6
**easy** 210:20,22
**eat** 65:25
**economic** 186:13
**Ed** 32:11
**educate** 211:10
**education** 27:16
27:17
**EEO** 12:10,18
**EEOC** 12:17
**effect** 40:20
196:20 198:25
199:5
**effective** 185:19
189:2
**effectively** 119:8
**efficient** 189:1
**effort** 138:15
**efforts** 134:25
136:8 186:12
**either** 78:10
86:25 109:16
109:19 138:15
153:1 202:14
219:17
**EI** 17:20,22,22,24
22:13 24:1,8
29:4,7,12,13,19
29:20,22 30:11
30:12,15,21
31:2,4,19,19
33:20 34:24
35:5 36:16
37:10 38:4,6,8
38:11,11,13,24
40:4,24 41:3,9

42:16,17,19
43:8,9,17,19,22
44:17 45:14,23
46:5,6,10,19,20
46:25 47:17,17
47:19,21 48:3,6
48:13,16,18
49:3,8,14,18,20
50:4,12,15,18
50:24 52:6,9
53:10 54:10,11
54:24 55:4,19
56:9 57:19,20
57:21 58:3,6,9
61:16,21 62:3
62:13,14,20,24
62:25 63:1,4,5
63:12,16,20,24
63:25 64:4,16
65:8 66:4,7,11
66:19,20 67:2
67:16 68:2
70:25 71:8,13
71:17 72:5
73:22 74:2 77:9
77:13,15,18,21
77:23 78:5,13
78:23 79:3,25
80:11 82:5,9,16
82:21 84:1,8,13
85:4,23 87:6,9
87:15 91:19,22
96:2,10 100:11
100:11 107:10
110:8,16,19
111:12,20,23
112:11,23
115:24 118:11
121:5 125:9,17
131:15,19
132:8 133:22
133:25 134:4,6
134:7 136:9,23
137:12 138:16
138:19 139:1,4
139:24 140:3,5

140:19 141:3
143:15 144:16
145:12,15
146:5,15,25
150:18,20
151:23,25
152:2,13,17,20
153:12 154:12
154:17,22
155:6 157:4
158:4 159:15
159:19,22,24
160:1 162:9
167:1 168:16
170:10,23,24
171:3,13,21,24
174:16,19,22
175:2,5,7,19
176:12,23,24
177:7,8,22
178:3,9,24
179:8 184:7,24
185:22 187:1,2
188:19 190:3,6
197:8,9 199:20
199:20 202:24
203:18 204:24
205:18 206:18
213:15 216:14
218:16 221:14
221:19,24
222:10,11,14
223:6 224:17
231:18,21
232:2 234:13
234:23 241:25
243:9 244:10
245:13,16
246:13,14,17
247:4 248:8,8
**electronic** 249:11
249:11,13,14
**ELP** 218:9
**else** 187:10
**else's** 187:10
**Elsie** 26:10
**Embassy** 132:24

**emergencies**
188:23
**emergency**
136:16
**emergent** 66:3
184:8,18 194:9
194:10 197:6
**emphasis** 188:7
**employed** 10:23
10:25 195:18
253:15
**employees** 21:25
22:7,10 30:21
77:17
**employment**
27:25
**encompass** 39:11
71:20
**encompassed**
38:9 245:16
**encompasses**
222:25
**encounter** 93:17
94:25 116:16
**encountered**
131:14
**encountering**
95:7 98:18
102:11 145:18
**ended** 86:18
234:19
**enforce** 228:10
**enforcement**
30:8 39:20
**engage** 132:6
185:22
**engaged** 112:6
113:17 117:15
117:23 120:11
132:7,9 159:15
159:22,24
176:13 211:19
**engaging** 231:15
247:14
**enquiry** 169:15
**Enrique** 141:20



**ensures** 187:19
**enter** 167:13
  172:20
**entering** 225:7
**entire** 41:3 95:23
  106:25 161:17
  187:2,18
  197:20
**entitled** 15:12
  63:17 84:1
  156:6
**entity** 227:11
**entrance** 103:23
  105:17 109:10
  116:6 173:12
**entries** 44:13
  84:25 213:5
  228:2 234:15
**entry** 9:7 16:16
  23:21 24:11
  29:16 34:12
  37:11,14,16,18
  38:1,3,5,14,18
  42:16,18 43:4,8
  43:17,19,20,23
  44:4,5,6,10,14
  45:14,19,23
  46:6,10 47:20
  48:3,6,18,19
  49:2,6,9,13,22
  50:2,6 52:1,5
  54:18,19 59:6,9
  60:13 61:5,10
  61:21 62:25
  63:16,19 65:8
  67:2 68:2,3
  69:12 70:22,25
  71:17 75:16,22
  75:23 77:3,20
  77:23 78:4
  80:11,17 82:5
  82:22 83:12,17
  84:1,10 85:23
  87:6,15 91:4
  96:3 100:11,13
  101:18 103:17

104:10,22
105:6,8,14,17
105:25 106:9
106:14 107:4
108:8,9,12,16
108:20 109:3,7
109:10,12
110:3,15,22
111:4,9,23
112:14,21
113:2,6,15,23
114:7,11,16,20
115:5,24 116:2
116:6,17,22
117:4,21
119:22 120:3,6
120:11 121:5
122:9 123:7,11
124:1,5,9,10,20
125:3 129:11
132:6 133:19
134:3 136:23
137:15 138:19
139:5,6 143:16
144:8 152:14
153:8,13
154:11,17,21
156:6 157:5,11
159:15,21
160:1,13 161:3
162:8,9 163:5
163:12 167:1
167:13 168:16
170:6,11,24
171:2 172:16
173:4,13 174:1
174:12,16,22
175:5,8,22
176:13 177:22
178:9 186:7
192:25 193:9
193:11,17,19
193:25 194:20
199:20 205:18
209:25 212:6
222:5,9 225:4

244:13,18
**entry's** 83:14
  173:15
**entry/crossing**
  206:2
**equal** 186:21
**equated** 75:18
**equates** 83:13
**Escobar** 180:1
  225:20 226:8
  226:16
**escort** 220:18
**escorted** 151:13
  241:1
**escorts** 240:19
**especially** 57:9
  110:9 137:25
  145:13 188:9
  196:16 214:2
**established**
  152:14
**estimate** 36:7
  72:9 112:19,22
  117:5 170:15
  170:17 182:15
  190:19 194:14
**estimated** 72:3
**estimates** 194:6
  194:15
**estimating**
  152:19
**et** 1:4,7 6:3,4
  252:4,7
**Evan** 2:19 6:24
  26:11 36:12
**event** 34:2,3,8
  35:21 142:5
  157:17 167:23
**events** 30:3 41:21
  66:3,5 67:19
**eventually**
  157:14 166:20
**everybody** 62:8
**everyone's** 192:9
**Evidence** 83:25
**EWI** 224:9 225:3

234:14,23
**EWIs** 224:16
**Ex** 128:17,18
**exactly** 48:13
  52:18 67:23
  122:7 212:22
  234:24
**examination** 3:6
  3:7,8 7:4 15:12
  199:13 246:7
  252:22
**example** 34:7,12
  37:18 39:13,13
  57:9 59:16
  72:13 76:18
  117:8 142:23
  163:11 170:22
  228:14
**examples** 39:22
**exceed** 64:23
**excepted** 124:15
**exception** 116:8
  137:16 143:2
**exceptions**
  123:25
**exchange** 126:6
  200:25 206:17
**excuse** 165:2
  233:2
**executed** 45:8
  132:11 251:16
**execution** 138:11
**executive** 126:16
  127:2,9,12,17
  135:9,10
**exercise** 45:4
**exhibit** 4:5,6,7,8
  4:9,10,11,12,13
  4:16,17,18,19
  4:20,23,24,25
  5:5,6,7,8,9,10
  5:11,12,13 14:8
  14:10 16:12
  32:14,16,25
  33:1,2 68:22,24
  81:10,12 83:21

83:24,25 85:1
  90:4,7 121:11
  125:25 126:2
  132:17,19
  134:10,12,13
  141:11 149:8
  149:15 155:10
  156:4 159:5
  163:17,20
  171:9,11
  175:25 176:2,7
  183:1,2,6,9
  189:18,20
  191:16 200:7
  200:25 206:13
  206:16 214:7,9
  218:4,7 224:4,6
  236:10,14
  238:19,21
  241:7,10 242:9
**exhibits** 4:1 5:1
  253:13
**exigent** 195:8
  196:12 197:5
**exists** 142:12
**exit** 173:12
**exits** 99:20,21
**expect** 148:9
**expected** 143:7
  143:16
**expecting** 248:9
**expedited** 197:3
  197:24 198:2,8
  198:17,22
**exper** 125:4
**experience** 27:16
  42:17 43:13,15
  74:13,16 125:8
  162:11,15
  163:12 168:14
  172:25
**experiences** 66:5
**experiencing**
  131:20 146:6
  184:18 246:18
  246:21



expert 25:5
**Expiration**
  253:22
**explain** 29:14,24
  37:15 40:17
  72:1 80:15
  82:20 83:9
  106:1 195:22
  247:11
**explanation**
  145:19
**express** 139:13
  140:7
**expressed** 158:12
  185:1 251:17
**expressly** 129:15
**extends** 92:1
**extent** 62:3
**extra** 229:18,20
**extremely** 104:13
  136:11 174:19
  180:24
**e-mail** 18:5 47:6
  47:8 48:6,12
  69:1,5,20 126:3
  126:5,9,12,15
  126:23 127:1
  128:2,3,9,13
  129:17,23
  130:13,16,19
  131:23 132:20
  132:23 133:11
  134:14,20
  139:10 140:19
  140:22 141:12
  141:18,24,25
  142:11,11,18
  143:11,21
  145:21 147:23
  148:16,25
  149:12 159:13
  159:20 163:20
  164:1,2,14
  165:14 166:13
  167:5 169:2,20
  171:12,17,18

171:20 172:8
189:22 190:10
190:17 191:2
191:21 200:25
201:8,15,17,21
202:1,11,17
203:14 206:17
206:20,25
207:4,17,18
208:20,20,24
211:5 212:10
212:11,18
214:9,19 215:7
215:8,10 218:7
218:13,23
223:15 224:7
224:11,13
225:13,17
227:6 229:9,12
232:10,11,15
232:24 233:11
234:4,6 236:16
237:4,5,16,19
238:23 239:5
241:12,20,22
243:7
**e-mailed** 47:6
**e-mailing** 10:13
**e-mails** 168:24
  171:1,4
**E-S** 10:20

_____
**F**
**Facebook** 13:23
  14:2,4 180:8,9
  180:12,13,16
  181:2,20
**facets** 67:24
**face-to-face**
  226:22,23
**facilitate** 212:13
**facilitation**
  186:14
**facilities** 52:14
  56:19 57:17,18
  60:10 73:14

166:15 173:7
173:12 179:8
193:8
**facility** 53:7 56:3
  56:3,18 60:13
  72:22 172:21
  173:5,14,19,21
  174:11 175:21
  222:17
**facility-wise**
  70:23
**facing** 92:6
  100:25 231:11
**fact** 130:18 158:4
  158:16 170:18
  170:22 212:2
  213:4
**factors** 66:14
  170:8 222:16
  222:21
**facts** 90:18 131:9
  150:5,22
**fair** 15:17 126:22
  133:25 145:11
  145:11 153:2,4
  182:1
**fairly** 192:6
**fall** 29:16 37:17
  186:17 204:22
  223:25 224:1
**falls** 37:19
**fam** 109:5
**familiar** 21:23
  43:7,16 69:20
  105:13 109:6
  116:1,4 119:10
  121:8 165:2,3,6
**familiarity** 43:10
  43:12 167:22
**families** 135:3
  146:7,9
**family** 57:9,10
  143:1 145:23
  146:1,14,23
  147:9 148:16
  196:6,7,16

246:15,18,19
246:20
**far** 76:8 82:12
  106:12 131:14
**farther** 170:16
  170:19
**fashioned** 111:1
**fast** 195:16
**father** 181:12
**favor** 192:15
**fear** 143:2 147:1
  147:5 158:12
  211:25 238:10
  239:10,17,19
  240:9,12
  243:14,18,25
  244:3
**February** 17:16
  18:8 86:20,25
  87:2 110:19
  157:3 189:8
**Fed** 234:8
**federal** 14:11
  83:25 210:21
  221:1,9 224:16
  227:12,14
  228:9,11,13,16
  228:19,19,23
  229:1 233:8,23
  234:12,22
  235:3
**feel** 162:16
**feet** 92:2,10 93:3
  93:14,24 94:2,9
  94:16,18,22,25
  97:15,25 98:1
  98:14,21 99:5
  113:4 117:9,10
**felt** 24:1
**fence** 97:10,11
  100:19,20
  110:17
**Fenn** 2:4 3:6 6:14
  6:14 7:5,11
  14:7,9 15:9,11
  15:21 16:4,9,11

16:13,25 17:2
20:4 22:4 26:12
32:13,15 33:3,5
33:8 34:17,19
35:1,3 37:5,8
37:10 38:21,23
40:8,10 44:4,15
44:24 45:17
47:24 48:4,14
49:2 50:4 52:8
53:21 54:9,23
58:3 59:10
60:14 61:4,18
62:7,22 63:13
64:1,2 68:1,8
68:13,21,23
69:19 70:19
71:12 76:25
79:2,11,20 81:2
81:9,11 82:2,5
83:21,23 84:24
85:2 86:15
87:13 88:2 89:7
90:4,6,21,25
93:23 95:5 97:5
97:7 100:15,17
101:10,13
104:15 105:6
105:13 106:6
107:21 108:25
113:13 115:17
117:20 121:3
121:11,13
124:7 125:1,13
125:23,24
126:1 128:2,5,9
128:15,19
129:9,16,20,22
129:25 130:9
130:14,15
131:22 132:16
132:18 133:10
133:13 134:9
134:11 136:1,7
137:10 140:12
140:18 141:8



141:10 142:9
142:17 143:10
143:14 144:14
148:15,24
149:7,9,13
150:9 151:22
151:24 153:19
154:1 155:3,9
155:11,16,23
156:3,22,25
157:22,24
158:23 159:4,6
159:14 162:7
163:3,15,16,18
166:8,13
168:24 169:1
169:22,24
171:8,10
174:15,25
175:10,14,23
175:24 176:3,5
176:6,16,18
177:2,5,17
178:8 179:5,11
179:18 180:7
180:15 181:1,5
181:16 182:1,9
182:14,18,24
182:25 183:4
183:14,16
184:13 185:10
185:17 186:1,3
186:9,11 187:9
187:14,24
189:17,19
190:13,16
191:4,12,23
192:19,21
198:15 199:9
200:2,17,19
204:14,20
205:21 242:8
245:3 246:25
247:23 248:3
248:24,25
249:3,14 253:1

253:8
**Fernando** 31:8
201:1
**fewer** 186:19
**fie** 195:4
**field** 11:1 17:23
22:13 29:7,13
29:17,19,22
30:3,4,12 31:5
31:19 33:16,19
33:20 34:24
35:6 36:16
37:11 38:4,6
40:4 41:9 42:16
42:19 43:8,17
43:20,22 45:14
45:23 46:7,8,10
46:20 47:2,17
47:21 48:3,6,18
49:3,14 50:4,16
50:19,24 54:11
55:19 61:21
62:3,13,14,24
63:1,4,5,16,20
63:24,25 67:2
68:2 76:21
77:13,15,18,23
78:13,23 79:3
79:16 80:12
85:23 110:16
110:20 111:10
111:21,23
112:23 115:24
121:5 123:22
123:22 124:14
124:17 126:19
126:21 127:4,5
127:16,17,21
131:19 134:4
136:23 138:16
138:19 139:1,3
139:4,19,24
140:3,5 154:12
154:18,22
159:15,22
160:1 162:9

167:1 168:16
170:23,24
171:22 174:16
175:5,19
177:22 178:3,9
190:3,3,6,7
195:4 221:14
224:15 230:18
231:19 232:19
245:16 248:8
**Fields** 2:4 3:7
6:16,16 7:15
199:10,14,16
200:11,14,21
200:23,24
201:7,11,14,16
202:2,7 205:15
205:16 206:12
206:15,21,23
208:2,6,11,17
208:18,21
209:15,20
212:9,11 213:3
214:6,8,20
215:2,5,6,10
216:19 217:23
218:2,3,6,12,15
219:25 221:20
224:3,5,10,13
229:8,11 232:8
232:15,23
233:1 234:2,3,6
235:12,21
236:4,8,11,21
237:1,2,5,15,18
238:9,18,20,22
238:25 240:11
240:19 241:5,6
241:9,19,22
242:24 243:20
244:14,20,22
245:2,9,25
246:5 253:1,8
**Fifth** 4:21 149:17
**figure** 31:1 74:18
**filed** 25:2

**filing** 12:18,19
**filled** 41:12 42:6
42:13
**finally** 203:7
210:5 211:5
227:5 234:3
241:7
**financially**
253:17
**find** 17:14 24:3
90:2 196:23
**finding** 182:8
**fine** 68:15 156:20
192:18 235:25
245:1 249:14
**finish** 7:24,25
**finished** 199:12
**Firm** 253:22
**first** 4:23 7:3
10:20 14:24
18:2,8 23:8
27:24 40:10
42:21,24 43:2
61:19 69:6 86:5
90:23 97:7
116:16 123:18
131:15 137:16
137:17,20
138:23 141:18
142:17 152:18
156:6,14 157:1
168:25 172:18
178:13,13,17
186:12 195:6
195:12 198:13
200:6 202:17
204:17 208:23
209:7 222:24
223:14 228:14
228:17 234:4,5
237:4,16
238:23 241:20
248:5
**first-chair** 19:25
**first-in-time**
134:20 201:8

201:17 206:20
215:7 224:11
**fiscal** 187:1
**fit** 75:8 102:15,17
103:1
**five** 12:15,16
49:5,7
**fixed** 54:4
**Flanagan** 141:20
**flat** 136:14
**flip** 15:9 32:18
35:1 37:8 38:21
40:8 156:17,22
183:14
**Floor** 253:23
**Flores** 59:25
**flow** 142:20,24
143:8,17,20,23
189:3
**FMAUs** 142:25
**FMUAs** 141:14
142:20 143:2
**focus** 156:19
183:19 184:11
236:13 238:22
**focused** 142:25
145:22 146:8
**folks** 190:19
**follow** 37:6
191:21 245:10
**following** 209:7
252:15 253:6
**follows** 7:3
252:25
**font** 209:10
**food** 56:19 73:18
**foot** 93:16 94:25
95:6 98:17
100:23 101:16
102:9,11,15,15
102:17,17
103:1,1 113:4,5
117:8,9,10,11
167:2 247:2,20
**force** 247:16
**forced** 241:25



**forego** 192:12
**foregoing** 251:1
251:16
**foreign** 38:12
198:21,22
199:7
**forklifts** 111:3
**form** 44:21 49:1
86:8 87:7,22
88:23 93:20
95:3 104:11,25
105:10 107:17
108:24 113:10
115:8 117:17
125:6 141:5
178:5 179:2
240:24 242:11
243:15 249:9
249:12
**formal** 53:11
59:15,20 60:16
60:21 191:21
**format** 7:21 70:2
81:18
**former** 22:11,21
24:15 40:2
128:17 219:10
**formula** 61:4,7
**Fort** 37:18
**forth** 76:21 95:25
**forward** 69:2
141:14 164:24
166:17,20
**forwarded**
128:13 129:16
201:16 202:10
237:19
**forwarding**
132:23
**found** 57:11
**foundation** 78:20
125:20 127:24
137:5 140:10
148:20 162:19
238:5 240:16
**four** 26:16

109:19 123:22
133:5 186:17
186:18 188:1,4
**fourth** 4:14 70:3
90:8 149:23,24
186:14
**Francisco** 206:17
212:11
**Franklin** 2:11
**FRE** 4:12
**frequency** 23:22
**frequent** 175:9
230:3
**frequently** 46:2
64:24 216:6,12
226:23 227:1,3
233:22,25
**Friday** 133:12
218:25
**front** 77:1 188:2
223:13
**full** 44:6 97:8
134:23 186:4
225:23 227:8
**fully** 190:18
**function** 155:19
**functions** 73:17
**further** 93:11
101:25 102:6
116:12 225:17
232:13 248:2,3
248:12 253:14
253:17

─────── **G** ───────

**G** 3:5 4:4 5:4
**gain** 162:9
216:25
**Garcia** 164:15
165:7 169:3,6
**gate** 97:25,25
98:3 100:1,5
103:23 111:8
**gates** 99:15 100:2
111:10,11
173:12,12

**gears** 85:21
**general** 8:19 31:1
78:18,22 80:8,9
87:6,9 95:20
101:19 102:14
166:4 180:14
198:22 203:21
214:22 227:19
231:5,7 247:13
**generally** 12:20
12:23,25 21:11
23:16 34:2
35:20 36:24
61:15 62:12
65:5 66:22
79:15 93:4
116:11 140:12
156:13 160:4
167:20 220:3
221:6 229:3,15
**gentle** 224:18
**genuine** 148:13
**geographic** 40:25
143:13
**getting** 149:11
182:14 199:11
208:16 241:7
**girl** 164:20
**give** 7:17 34:7
39:13 54:20
64:7 170:13
200:9 211:22
221:2,3 232:18
**given** 7:20 66:12
76:12 87:23
103:5 105:2
113:15 117:8
161:14 170:11
173:10 178:19
178:25 197:1
206:8 209:24
251:18 252:18
253:4
**giving** 54:3
178:14
**Gloria** 141:19,21

**go** 7:13 8:18
15:19 20:3
32:25 33:4 44:1
46:19 54:1
57:14 58:23
59:18 61:7 65:6
66:23 70:15,15
71:3 73:17
76:14 78:21
79:8 82:2 86:10
89:1 93:21
102:21 105:12
105:20 120:22
125:7,21
127:25 135:23
144:5 148:6
149:12 153:18
158:20 159:1
162:23 166:5
168:10,24
170:16 177:11
177:14 178:6
179:23 182:16
185:8,10 191:5
195:11 196:1,9
198:11,11
201:7,14 211:3
212:9 215:6
216:17 218:12
224:10 232:14
232:18,24
233:16 234:4
237:3,15 238:6
240:25 241:19
244:23 245:18
247:16
**goes** 59:8 64:24
71:10 79:1
135:5 150:12
165:14 237:22
243:8
**going** 8:24 9:13
15:24 26:3 37:1
53:8 62:24
63:15 65:15,22
65:23,23,25

67:23 68:8,17
76:18,19,21,22
95:4 99:2
101:22 102:13
103:4 106:1,17
112:18,25
114:16 116:20
120:10,19,24
157:19 161:16
182:10,20
185:13 191:8
195:12 199:9
205:23 213:17
235:6,8,17,24
236:3 245:5
248:4
**GoM** 133:18
224:9,18,23
**Gomez** 22:12
166:14,16,19
224:14 226:5
**Gonzalez** 132:21
133:2,12
**good** 7:6 24:1
32:2 36:7 38:24
39:4,8,15,23
57:11 68:10
120:18 139:25
141:20 182:9
192:9 194:16
199:15 210:24
**governing** 50:15
**government** 17:5
199:23 224:23
231:16 242:1
**governmental**
12:4
**graduate** 27:22
**graduated** 27:25
**Grande** 181:13
**great** 200:21
201:9 202:2
237:1 241:21
245:2
**Grill** 28:5
**ground** 7:13 92:2



165:17
**group** 164:16,20
179:24 180:9
180:12,13,16
181:2,20
215:18 218:18
223:12
**groups** 61:23
64:7 229:20
**grupo** 204:24
205:5 215:13
215:17,21
216:3,6,13,20
216:23 217:19
219:11,16,21
225:18 226:2,4
226:11,13
227:19 239:24
240:1
**Grupos** 17:5
**GSA** 53:11 58:17
58:18 173:3
**guard** 56:21
**Guatemalans**
164:16,22,24
166:17 167:7,8
167:11
**Guerrero** 157:6
**guess** 11:8 18:18
18:20 19:17
30:1 31:15 47:5
49:10,11 50:21
59:24 64:11
74:15 81:22
94:20 95:14
99:25 117:13
125:13 137:8
147:13 152:24
153:16 160:9
160:16 169:18
180:14 193:23
210:23,24
214:22 225:12
**guidance** 4:5
44:19 50:18,20
59:12,14,18,25

60:16 122:8,13
122:14,17,19
122:22,24
123:3,6,8,10,13
124:8,13 132:5
132:10 138:12
138:14,18
139:8 140:7,21
145:15,22
152:5,16,22
159:2,9,17
204:19 213:4
246:14,22
**guide** 121:8,17
**guys** 182:13
208:10 235:11
236:23

**H**

**half** 68:9 75:12
75:12 92:8,9
101:1,2 182:11
187:6
**halfway** 183:16
**halls** 56:20
**Hancock** 37:18
**hand** 178:10
251:18
**handed** 178:12
**handing** 245:10
**handle** 44:5,11
59:19 85:18
184:14,18
197:6 211:21
212:2
**hang** 93:24
**happen** 244:7
247:18
**happening** 54:6
85:17 234:19
**happens** 57:13
196:18 220:14
247:19
**happy** 150:19
156:18 201:24
**Hardney** 106:23

**HARRIS** 251:12
**Hawkins** 22:20
22:23 23:11,17
24:4 27:9
**head** 7:17 226:7
226:12 231:4
**heading** 70:4
90:25 91:23
151:1,24
**headquarters**
18:11 51:12,16
76:22 127:21
132:4,10
**health** 17:17
107:8 173:11
173:20,22
174:10 198:20
216:9
**hear** 10:15 79:21
110:12 126:20
181:5
**heard** 7:12 49:21
49:24 50:2
192:24 193:4
**hearing** 182:8
187:10
**heavily** 217:5
**heavy** 109:16,23
**Hector** 30:18
33:16 140:4
163:21 171:14
189:23 190:2
224:8
**held** 6:7 65:14
70:25 76:4 82:5
143:4 147:25
194:10 230:4
231:22,24
234:1
**help** 135:2
152:12 162:3
163:4,10
234:23
**helped** 122:13
**helpful** 44:15
145:20 169:23

187:13
**Hennessy-Fiske**
241:23 243:8
**Hey** 155:18
**HHS** 172:20
173:19
**Hi** 199:15
**high** 61:19
**higher** 71:6,7
131:16 233:20
**highest** 27:17
**highlight** 202:1
215:9
**highlighted**
183:17
**highlights** 132:22
**high-level** 229:19
**hint** 224:18
**hired** 25:8
**historically**
194:21
**hit** 197:5
**hitting** 184:24
**Hmm** 27:23
**hoc** 204:7
**hold** 15:23 52:16
52:20 54:7
55:16,24 63:17
72:25 135:2
136:21 137:2
149:10 248:4
**holding** 46:1,3,13
56:4 58:10
72:15 73:2
80:13,16 169:8
172:3 175:20
**holds** 56:6
**holes** 99:15
**Homeland** 8:25
135:16 183:10
**honest** 35:24
214:24
**hoping** 152:12
**hot** 102:5
**hotels** 221:5,7
**hour** 26:18 68:9

75:8 182:11,15
235:7,19
**hours** 19:6 26:18
58:17 71:9
218:18,18
235:14,17
**House** 164:15
165:4 175:1
**housing** 172:11
172:22
**Howe** 20:16 69:1
69:7 126:6
127:1,4,20
128:13,17,18
128:19 129:1,5
129:9 163:21
171:14 189:22
190:10
**Human** 4:23
156:5,14
173:11,20,22
174:11
**humanitarian**
215:22
**Humphries** 62:9
132:21 133:3
**hundred** 18:22
106:2
**hypothetical**
98:20 194:18
**Hypothetically**
102:17

**I**

**ICE** 57:1,3 196:2
196:13
**ICRO** 57:2,11
73:13 193:8,12
195:6,7,14
196:10,22
197:6 222:19
**ICRO's** 59:16
222:20
**ID** 164:22
**idea** 24:1 161:13
197:15 238:7



240:17
**identity** 251:15
**ILLEGAL** 237:8
**illegally** 156:7
  225:7
**ILU** 229:3
  230:19
**imagine** 169:17
**immediately**
  34:6 92:4 94:6
  101:4 159:16
**immigrant**
  211:10
**immigrants**
  197:21,22
  198:1 209:1,4
  211:22 243:13
  244:15
**immigration**
  2:11 28:18,19
  30:8 31:15,15
  39:18 86:22
  87:11,17
  160:25 177:24
  189:6 203:16
  204:9,15,21,25
  205:4 206:19
  207:21 208:25
  210:18,22
  211:2 212:23
  212:24 213:12
  213:21,24
  215:18,23
  217:2,6,12,15
  219:21 220:18
  220:25 221:8
  221:13 222:4
  222:12 223:22
  225:15 226:7,8
  226:13,14
  228:5 230:24
  231:23 242:13
  245:15,21,22
  246:2
**Immigrations**
  227:20

**Immigration's**
  221:17
**impact** 4:12 76:9
  76:10,17,22
  77:8,20 78:1,8
  79:24 80:3,8,12
  84:1,6,16,17,18
  85:8,9,16,16,19
  188:15 223:1,2
  223:3
**impacts** 224:19
**impede** 99:21
**impedes** 173:15
**impetus** 61:14
**implement**
  110:20 187:19
  190:18 207:11
  213:16 246:14
**implementation**
  16:19 135:5
  137:20 138:11
  140:20
**implemented**
  85:22 110:15
  118:15 122:9
  122:16,18,20
  122:25 123:6
  123:11 143:19
  143:23 152:18
  152:21 158:11
  177:7,8 178:13
  178:17 194:9
  210:16,17
**implementing**
  44:18,25 141:3
**important** 7:22
  193:25 194:13
  228:6
**importantly**
  58:16 75:7
**impossible** 58:20
  66:14 102:23
**improper** 225:12
**inaccurate** 52:10
  99:7 129:2
  130:5,17

**inadmissible**
  149:4 183:19
  197:21 198:1,5
  198:23
**inadmissibles**
  187:3,5,7
**INAMI** 135:1
  207:17,20
  208:12 209:21
  209:22 211:15
  211:17 212:4
  215:21,24,25
  217:20 218:17
  219:3,7 220:1
  220:10,13,16
  223:17 224:15
  225:13 226:10
  240:19 245:13
**INAMI's** 224:20
  225:9
**inappropriate**
  158:8,22 168:4
  180:24 181:2
**inbound** 38:15
**inception** 11:6
  28:7
**incident** 168:22
**include** 25:19
  26:7 53:20
  76:23 85:19
  95:17 166:1,9
  208:19 244:19
**included** 72:7
  75:5,6,7
**includes** 188:10
  253:6
**including** 16:17
  44:6 53:12
  56:17 91:6
  151:9 155:6
  192:1,3 228:12
  243:21
**incorrect** 158:8
  186:22,25
  218:24
**incorrectly** 213:9

**increase** 134:25
  136:8 188:16
**increased** 189:14
**increasing** 193:6
**incursion** 98:13
**independent**
  25:22
**INDEX** 3:1
**indicated** 96:14
  96:14 98:16
  242:13
**indicates** 82:4
  83:11 124:5
  141:25
**individual** 73:16
  139:5,6 216:14
**individuals** 34:23
  133:6 210:7,9
  216:21,23
  220:9,15
**influence** 78:7
**Info** 189:23
**inform** 160:13
  161:24
**informal** 59:15
  137:6 145:15
**information**
  22:16 24:3,5
  46:17 54:13
  63:7 77:10
  78:12,16,24,25
  79:13,13,15
  82:16 83:2
  129:3,6 130:6
  139:1 161:6
  207:3,16
  214:18 215:4
  217:21 253:4
**informed** 161:23
  191:18,23
  220:23 224:16
**informing** 161:3
**infrastructure**
  95:14 100:8
  173:7
**infrequently** 36:1

**initial** 190:9
**initially** 164:23
  166:16 201:10
**initiate** 186:5
**INM** 17:4 133:14
**input** 77:25
**inputting** 77:8,19
**inquiry** 202:15
**inside** 164:21
**insisted** 166:18
**inspecting**
  186:16 187:25
  188:5
**inspection** 89:10
  89:23 144:11
  144:12 146:22
  147:21 148:10
  151:7 225:4,8
  228:2 234:15
  241:3 244:5
**inspections**
  144:13
**inspector** 28:18
  28:19,22 227:8
**install** 100:2
**installed** 100:5
**instance** 1:18
  26:1 42:19
  48:24 137:11
  167:20,21
**instances** 112:10
  158:3
**Instituto** 17:3
**instruct** 37:2
**instructed** 8:12
  89:13 113:19
  113:20 115:15
  143:25 144:1
  145:2,9
**instructing** 103:3
**instruction** 37:6
**instructions** 88:5
  88:11 103:5
  113:16 117:24
**instrument**
  251:16



**intake** 218:9,17
224:17
**intakes** 218:16
219:3 220:1
**integrated**
213:25
**intelligence**
39:19
**intend** 37:6
191:18
**intent** 112:6,8,9
**intentions** 191:13
**interact** 33:22
35:12,19,24
36:1 39:4 41:17
133:5 175:11
179:14,19
**interactions** 34:1
35:17 39:8
41:20 175:15
**intercepting**
65:24
**interest** 161:18
**interested** 253:18
**interfere** 111:6
**intermittently**
189:8
**international**
92:5,6 93:15
94:6,19,23
95:19 97:13,16
98:1,4,12,15,21
99:6,17,24
100:5,6,23,24
101:17,21
102:9,20
103:24 104:3,6
105:24 106:8
106:12,16,24
107:8,11 108:5
109:12 110:2
110:22 111:7
112:17,20,25
113:3 115:13
116:13,19,23
117:1,6 119:15

119:16,21
120:5,7,9
137:24 138:3
142:23 143:8
143:17 144:15
154:7 157:8
161:9 220:19
229:3 230:19
234:9,17
**interrogatories**
4:15,21 21:1,8
21:21 90:9,14
137:15 149:17
149:25
**interrogatory**
21:4,9,13 91:1
91:3 151:2,4
**interrupt** 57:16
70:16 119:3
170:20 185:7
**interruption**
191:1
**introduced**
191:16
**involve** 64:9
230:9,10
**involved** 12:1
13:2 55:12
69:16 73:12
74:6 174:13
182:2 213:24
217:3,4,5,15
233:18
**involvement**
12:25 182:7
217:18
**in-person** 18:7
**issuance** 152:4
152:15
**issue** 57:7,24
68:3 136:10
197:5 245:10
**issued** 51:19
121:8,17,24
122:1 131:6
138:14 152:22

159:2,9,17
179:3 181:18
181:24 182:3
**issues** 56:15,15
82:12 139:16
206:3 228:15
248:15
**issuing** 182:2
**it'll** 116:18
222:16 238:23
**I.e** 210:6

_____

**J**

**J** 2:9 3:8 253:2,9
**January** 8:21
86:19 87:12,13
104:17,20
107:13,24
112:3,4 113:6
189:7
**Jersey** 92:3,7,11
93:24 94:3,9
95:17 100:22
100:24 101:1,4
110:16 111:2
**job** 11:3 12:21
28:17,20 29:18
45:12 154:8
**Joe** 32:11 132:20
**John** 22:20 32:11
134:15 141:13
**join** 241:25
**journalist** 157:4
**journalists**
157:11
**Juan** 206:23
224:14 225:25
227:6 229:9
232:10
**Judge** 192:12,15
**Judging** 162:24
**Julian** 215:10
**July** 55:4 84:25
84:25 85:3,3
112:2,9 179:8
227:23,24

228:15
**June** 68:25 69:10
71:1,16 75:15
75:21 76:3 77:9
79:23 80:3,10
84:9,11 126:5
128:3,8,10
129:17 130:24
131:20,23
159:8,20,25
163:20 170:2
171:13 174:2
183:9
**Justice** 2:10 6:19
6:21
**Juárez** 87:10,16
176:20,22
209:2 214:2,12
224:18 225:13
226:8 228:12
229:24

_____

**K**

**K** 1:7 2:5 6:4
252:7
**Katherine** 2:9
3:8 6:18 253:2
253:9
**Katherine.j.shi...**
2:13
**Katie** 155:23
**Katy** 183:2
191:12 200:10
**keep** 64:22
120:18 167:10
235:8,24 236:3
**keeping** 189:3
**kept** 160:3
**Kevin** 1:7 2:24
6:4,9 14:7 15:9
16:11,25 32:13
35:1 38:21
68:21 81:9 82:2
90:24 101:11
121:11 125:24
126:6,9 128:5

128:15 129:18
129:20,22
132:16 133:10
134:9,14 141:8
141:13 149:7
150:13 155:9
156:22 159:4
169:22 171:8
175:24 176:16
177:2 182:25
185:9 189:17
190:14 201:7
201:25 202:3
206:12,22
208:19 211:8
212:9 214:6
215:2,6 218:3
224:3,10 229:8
232:8,23 236:9
236:21 237:2
237:15 238:18
241:6,19 252:7
**key** 37:13
**kind** 68:9 71:9
107:1 111:7
114:23 127:9
154:5 196:20
204:9 213:22
**kinds** 136:12
**Kirstjen** 183:10
**knew** 112:8
188:18 189:12
213:13,17,18
**know** 8:17 12:14
13:3 21:7,7,19
25:1,4 30:25
33:1 34:5 41:23
42:6,12,14,22
45:19 46:8 48:5
48:12 50:1,14
51:4,5,8 54:13
54:13 56:13
58:7,24 59:5,14
60:3,5,6,14,19
61:2 64:18 67:3
67:10 68:3 69:9



69:10,23,25
70:2,11,19
71:24 73:1,5,8
73:12,18,25
75:8 77:7,24
78:12,16 79:3
79:14,18,22
80:15 86:15
89:20 94:2
95:22 97:24
103:21,21
105:25 106:10
106:12,22
107:2,10,13
108:1,2,11
109:15 110:5,6
110:9 113:18
113:20 114:24
117:25 119:25
121:23 124:24
127:20 133:2
133:18 134:3
135:4,25 136:7
136:12 140:11
140:17,24,25
141:2,3 143:7
143:16 144:1
144:24 145:5
145:19 155:23
158:21 160:17
161:21 163:1,2
164:4,5,6,7,10
167:3,25
169:14,25
174:12 175:7,9
176:2 180:2,3,4
180:7 181:18
181:22 182:12
188:14,18,19
189:11,16
192:4 193:2
194:22,22,23
195:12 196:10
196:15 197:8
200:12 205:2
207:6 208:14

208:22 210:15
210:19 211:19
211:20 213:9
213:11,19
216:25,25
217:1,6,8 218:1
219:2,6 220:5
220:11 225:23
226:15 227:8
227:23,24
228:7 229:2,7
229:20,23
230:24 231:1
231:10 232:12
233:7,12,15,18
233:18 234:16
235:9 241:2
242:22 244:6
245:20,21
**knowing** 194:9
**knowledge** 9:14
23:22,25 24:2
43:11 69:18
124:24 125:9
157:16 161:16
182:7 210:12
242:17
**known** 180:14,16
251:14
**Koseor** 69:6,8
128:3 129:2
171:13
**Koseor's** 128:9
128:13
**K-rails** 111:2

―――――――
**L**
**labeled** 76:9
214:8
**Lado** 1:4 6:3
24:25 252:4
**lag** 7:21
**land** 173:4
174:11 175:21
228:12
**lane** 91:25 92:2,8

92:9,17,25
95:11 97:9,11
97:12,19 99:12
100:18,21,21
101:3 103:7,16
103:17 106:5
116:11,12
119:18
**lanes** 91:25 95:17
97:10 100:8,19
109:17,20
119:16
**Laredo** 127:5,17
127:21
**large** 54:15 61:23
64:7 66:4
109:18 110:24
111:17 146:6
173:4 176:24
228:16
**largely** 236:12
**larger** 56:22
**largest** 225:15
**lasted** 24:16
**late** 71:7 87:12
87:13 146:2
152:18 159:19
189:6
**lateral** 127:10,15
**law** 2:15 50:10
166:19 167:1
**laws** 50:13
211:24 228:10
228:11,12,19
228:20
**lawsuit** 13:17
27:13
**lawyer** 157:14
162:10,17
**lawyers** 27:3,8
163:4
**lay** 58:19
**laying** 75:10
**layout** 43:16
92:24 93:2
95:13 105:14

109:6 116:1
119:11
**lead** 189:14
**leader** 126:13
**leadership** 47:1
74:2 78:9
124:19 125:2
125:14,16
131:17 139:3,7
160:5 175:18
229:19 230:9
230:18,19
**learn** 186:24
**learned** 74:15
75:12 122:5
**learning** 132:12
154:4
**leave** 140:13
**led** 111:11
**left** 70:4 86:25
127:20 182:13
235:10
**legacy** 11:7
**legal** 1:24 2:23
6:11 15:7 21:20
148:7 253:23
**Legally** 197:21
**LegalVision** 1:23
**legitimate** 143:3
147:24 148:2
148:17 193:3
**length** 106:25
**Leos** 22:22 23:6
23:12,18 24:10
27:9
**letter** 191:22
**let's** 15:17,17
61:18,18 81:8
86:5 96:1 100:9
104:8 108:7
113:22 120:22
125:23 163:16
168:10,24
185:10 189:17
233:1,2 245:3
**level** 27:17

127:15 131:19
234:8
**levels** 184:8
230:10
**Liaison** 30:8
229:3 230:19
**limit** 85:25 87:20
88:6,7,16,20
89:12,23 91:5,7
91:10,11,13
92:10,12 93:13
93:18,25 94:8
94:12,23 95:1,7
95:18 96:20
97:14,14,22,23
98:9,15,19 99:4
99:8,23 101:5
101:17,21
102:8,12 104:3
106:19 107:3,6
107:14,22,24
109:1 110:2
112:15,20
113:4,7,14
115:4 116:21
117:6,16,22
120:2,7 136:24
144:13 146:11
146:16,18,24
147:8,14 151:8
151:16 152:3,9
152:14,21
153:21 160:3
160:14 161:4
161:12,21,22
162:8 165:20
166:25 247:3
**limitation** 91:7
151:9
**limited** 16:17
23:22 24:10
116:7 195:22
**limiting** 199:6,6
**line** 42:21,25
43:2 45:10 69:2
76:16 77:3,6



80:13,16 83:5
85:25 86:23
87:4,20 88:6,7
88:16,20 89:13
89:23 91:5,7,8
91:10,12,13,14
92:5,6,10,12
93:13,15,18,25
94:6,8,12,23,24
95:1,8,18,19
96:20 97:14,14
97:15,16,22,23
98:9,15,15,19
99:5,6,8,23
100:23,25
101:2,5,17
102:8,10,12
104:3 106:8,19
107:3,6,11,14
107:22,24
109:1 110:2,2
110:22 112:5
112:15,17,20
112:20,25
113:4,4,8,14
115:4,12
116:21 117:6
117:16,22
119:21 120:2,7
121:25 132:22
134:16 135:2
136:21,24
137:9 141:14
142:24 143:8
143:10,17
144:13,15
146:11,16,18
146:24 147:8
147:15 151:9
151:16 152:4,9
152:14,21
153:21 156:6
160:3,7,14
161:4,12,21,22
162:8 163:21
163:23 165:20

166:25 172:3
177:14 183:11
185:4 186:4
188:20 189:6,8
189:23 223:14
247:3 250:3
**LinkedIn** 13:23
13:24,25
**list** 59:21 188:1
209:3 210:9
216:13 217:2
217:13,15
221:10 223:7
237:11,23,24
238:3,13 240:4
240:14,17
242:6,11,19,23
242:25
**listed** 38:24
40:11 41:7 42:1
42:15 79:24
80:12 84:14
85:4,9 124:18
171:1 186:18
**lists** 34:19 35:3
37:24 84:16
238:8 242:1,2
**literally** 115:12
**litigation** 2:11
24:25
**little** 57:8 63:3
65:18 85:21
93:5 101:25
102:5 116:14
150:16 209:11
209:15 227:3
232:13 235:7
**live** 53:14
**LLP** 6:8
**local** 18:10 180:1
225:19 226:6
**locally** 226:13
**located** 40:19
220:16
**location** 40:25
86:1 87:23

96:23 105:2
210:10 221:23
**locations** 23:23
56:11 100:3
111:4,5 136:13
222:11
**log** 191:22
**logistics** 210:23
**long** 11:5 19:3
23:20 26:17
32:19 42:22,24
106:2,22
119:25 156:16
194:10 234:20
**longer** 72:25 73:2
196:21 226:9
**long-term** 54:8
55:16 72:18
**look** 37:13 49:11
51:24 69:19
70:3 82:11,25
84:10,24 90:21
94:4 97:5,7
100:15 123:18
129:22 133:13
141:18,24
150:8 157:1
163:16 164:1
169:19 170:22
186:1 201:22
207:5
**looked** 54:23
55:3 137:11
238:21
**looking** 75:14
76:25 79:23
85:2 90:17
145:21 159:2
186:3 207:25
232:11
**looks** 75:14 89:18
170:2 191:2
**Lopez** 22:20 23:1
23:11,17 24:10
27:9
**Los** 241:13,23

**lose** 219:17
**lost** 185:8,9,9
**lot** 55:10 92:20
92:25 116:9
173:9,10 184:9
221:21
**Louisa** 2:20 6:23
26:10 155:19
**low** 71:9 80:20
114:23 189:9
**lower** 115:1
230:10
**lowest** 187:20
**Luis** 218:8
**lying** 10:2 158:18
**L-E-O-S** 23:8

## M

**M** 3:4
**machine** 1:22
**Magna** 1:23,24
2:23 6:11
155:21 185:11
200:9 253:23
**Maier** 164:3,10
169:14 170:3
214:10,14
215:12 237:7
237:19 241:13
**Maier's** 170:4
**main** 221:24
**maintain** 103:2
216:13 227:25
242:1,2
**maintained**
238:3,14 240:4
240:14 242:25
**maintaining**
217:5 225:16
227:21 242:6
**maintains** 217:13
240:17
**major** 214:3
**makeup** 196:5,7
**making** 45:5 67:6
195:14 213:14

221:4,6
**Maldonado**
206:17 212:12
**manage** 142:24
143:7,16,20
**management**
16:16 17:6
23:23 29:22,25
30:6 39:17 69:2
69:24 76:2
81:20,23 82:17
82:20 84:7 86:2
128:10,20
129:18 130:5
130:11,19
151:6,18 152:8
153:20,25
160:6 183:11
187:14,15
188:15,24
189:13 190:18
199:24
**manager** 30:3,5
**managing** 42:17
143:23
**Mancha** 30:19
33:16,19,22
34:1,10,13
140:4 163:21
171:14 189:23
190:2 224:8
**mandated** 73:15
**mandates** 186:21
**mandatory** 57:3
195:5,13
**manner** 85:22
**manual** 38:8
**map** 37:10,14,24
49:9
**march** 11:7
38:17 100:12
174:1,5 218:7
223:16,21
224:7 229:9
232:10
**marches** 174:9



**mark** 71:10
126:2 132:19
**marked** 14:10
32:16 68:24
81:12 83:24
90:7 134:12,12
141:11 149:14
149:15 156:4
163:19,19
171:11 176:7
183:5,6,8
189:20 200:7
200:24 218:6
224:6 236:14
241:9
**markers** 106:7
**Market** 253:23
**Martin** 157:3,5,9
158:16
**Maryann** 22:20
**match** 173:7
**math** 71:16 75:20
83:16
**Matt** 7:11 15:19
**matter** 6:3 11:23
17:20 63:9
102:14 228:5
**matters** 228:6
**Matthew** 2:4 3:6
6:14 253:1,8
**Mayer** 2:5 6:8,14
6:16
**ma'am** 44:2
105:23 184:6
199:21 200:1,1
201:5,18 202:9
202:20 203:1,6
203:13 205:20
206:11 208:22
209:9,17
214:16,16
215:20 216:1
223:10,19
225:2 226:19
228:21 231:17
232:4,6 233:4

235:5 237:13
241:17 242:4,4
243:6,11
245:24 246:4
246:11,17
247:6
**McAleenan** 1:7
6:4 126:6,9,12
129:18 130:4
130:10,18,23
131:1,22
134:15,21
135:24 136:19
137:2 139:11
140:6 141:13
159:7 252:7
**MCAT** 77:11
79:9,13,14
142:7,12
**McCulloch** 2:19
6:24 26:11
36:13
**mean** 21:19
29:24 34:3,7
44:5 45:19
46:21 47:4
57:16 58:7 63:3
64:18 71:13
80:2,5,6,7,17
81:21 85:11,25
93:10 95:13,15
99:16 103:13
104:19 108:4
119:3 121:21
124:6 135:18
137:2,22,23
138:5 143:22
147:2 148:2,9
167:19 170:19
170:20 172:5
173:20 193:22
194:22 197:15
198:3 203:20
204:1 210:3
235:23
**meaning** 138:2

222:10 228:3
**means** 10:12 15:4
40:18 52:16
63:23 64:25
71:16 80:16
94:13 197:14
**meant** 53:11
247:11
**measures** 55:22
110:5,5,12,14
110:15,18,21
111:16 119:23
133:21 194:9
194:10
**mechanics** 67:3
132:13 212:24
213:1,9,19,23
242:22
**media** 6:2 168:15
172:19,20,21
174:15 181:10
**medical** 56:20
73:17 196:11
222:24
**meet** 26:9,14
232:12,16,17
232:19 233:14
233:22
**meeting** 18:7,9
26:6,24 142:19
175:18 204:7
206:19 207:17
207:23 208:12
210:24 229:13
233:8,19,20
234:7
**meetings** 26:17
26:22 27:2,3
203:20,21,25
204:1,3,3,4
211:20 213:11
226:22,22,24
229:14,15,17
229:18,22
230:3,12,14,22
231:6,15,19,21

231:24 232:1
234:1 245:19
245:21
**Mejia** 218:8
**member** 13:22
175:1
**members** 168:15
179:6,15
**memo** 51:11,15
51:18,21,22,24
88:9 124:12,15
124:18 148:8
183:15 187:15
187:18 188:7
**memorandum**
50:24 60:18
122:8 123:19
123:21,25
124:8 183:9
**memorialized**
50:8 58:24 59:2
59:12,14 60:4,7
60:15,21,24
**memory** 177:9
**mentioned** 17:16
27:8 41:8 43:12
51:11 53:21
57:17,23 58:22
59:11,22 61:7
74:20,22 88:9
100:1,9 110:7
110:11 111:15
168:11 185:18
195:20
**mentions** 51:13
**message** 169:18
205:7
**messages** 216:3
248:10,15,17
**met** 26:5
**meter** 80:21 81:1
114:16,21
134:25 136:8
142:20 160:6
**metered** 86:7
96:6 104:9

108:9,15
113:24 114:6
115:5 116:17
118:5,21 119:6
151:11 154:17
158:13 203:9
203:17
**metering** 4:5
16:15 17:6
21:11 23:23
24:6,11 44:19
51:12,22 61:10
61:12,14,22
64:6,17 80:18
85:22 86:14,15
86:21,21 96:8
104:13,20
105:3 107:7,18
108:11 112:16
113:17 114:1,9
116:18 117:15
117:23 118:8
118:14 120:4
120:12 121:4,8
121:17 122:8
122:11,13,16
122:22,24
123:2,8,12
124:13 131:6
132:6,7,9,11
134:1,4,16
136:19 138:15
138:18 139:13
140:20 141:3
141:14 143:18
143:22,23
144:7,13 146:8
146:20 151:5
152:3,5,6,7,15
152:22 153:8
153:12,16,20
153:25 154:11
154:14 155:1
158:11 159:1,8
159:15,17,23
159:24 161:22



172:6 176:13
177:7,8,16
178:3,23
185:22 187:2,4
187:6,16,19
188:22,22
199:24 202:18
203:3,4,8,11,11
204:13,16,19
204:21 206:6
207:11 213:16
213:17 215:19
216:7,9 223:17
226:2 227:14
227:15 228:10
237:21 238:10
239:2,11,13,16
243:13,17,22
243:24 244:3,5
244:8,12,15,17
246:13,15
247:2,15
**metering/queue**
151:18
**methods** 136:11
136:12,17
**mexican** 17:5
86:22 87:10,17
135:1 143:2
146:23 151:13
157:3 160:25
167:8,9,16
173:6 176:22
176:25 177:24
189:6 199:23
202:22 203:15
204:8,8,9,15,21
204:25 205:4
207:21 208:24
209:2,21,23
210:8,18,19,22
210:25 211:2
212:23,24
213:11,21,24
214:11 215:18
215:22 217:2,6

217:12,14
219:21 220:16
220:18,25
221:1,8,13,16
222:4,11
223:21 225:15
226:7,8,12,14
227:12,14,19
228:5,9,13,16
228:19,23
229:1 230:21
230:23 231:15
231:20,22,23
233:8,23
234:12,18,21
235:3 236:13
237:9,9,23
238:2,8,9,14,14
239:9,13,16,25
240:3,11,21
241:14,24
242:1,6,13,18
243:3,13,21
244:2,8,15
245:14,20,21
245:22 246:2
**Mexicana** 17:4
**Mexicans** 157:12
158:12,17
237:21 239:6
242:9,13
**Mexico** 49:3,13
83:5 87:21 91:9
91:14 96:21
104:23 108:22
112:6 115:21
118:20 119:1,8
123:23 124:1,9
124:11,15
130:20 132:24
133:20 139:21
147:1,5,10,12
157:6,10 186:7
193:1,25
194:20 203:3,8
204:6 210:21

213:5 217:16
224:23 225:1
237:24 239:17
239:19 240:9
240:14,17
242:23 243:18
243:25 244:3
**Meza** 225:19
**Meza's** 225:23
**Mfenn@mayer...**
2:7
**Michael** 132:21
**midbridge**
136:20
**midday** 71:9
**middle** 142:21,24
**midnight** 93:5
138:1
**mid-bridge** 135:1
**Migración** 17:3
**migrant** 53:16,19
69:16 77:11
79:9 80:9 88:7
88:22 89:21
128:21 129:2
129:10 131:20
142:6 147:4,5
167:10 204:5
223:2,3
**migrants** 65:25
72:14 87:9,14
89:13 116:16
133:19 146:6
146:19 148:22
161:25 162:3
162:25 177:25
180:25 184:15
197:20 212:13
217:4,12
220:24 221:9
223:5 237:8
238:15 239:10
239:13,16,22
240:3,7,11
242:2,14,15
243:16,21,21

243:23 244:2,9
246:23
**migrant-run**
242:19
**mile** 106:1
109:14
**Miller** 35:10,13
35:25 36:2,10
36:21 41:7,8
42:4
**Miller's** 41:12
42:1,3,10,12
**mind** 109:14
202:3 206:22
210:14 236:21
244:23
**mine** 43:4
**minimal** 85:9,11
85:15,16,19
95:24
**minor** 88:22 89:6
89:14
**minute** 169:19
200:9 207:7
**minutes** 23:20
24:16 166:14
211:4 235:7,13
235:15,19
244:23 245:3
**Miranda** 32:11
**mischaracterizes**
131:10 148:20
159:11 207:24
208:1
**missed** 23:5
**mission** 136:15
184:9,9,11,20
184:21 185:2,5
188:11 222:22
223:2,3
**missions** 35:22
**misspoke** 28:10
**misstates** 22:2
67:17
**mistake** 74:12
90:24

**mistakes** 158:7
**mix** 240:21
**Molaski** 30:19
**Molly** 241:23
**moment** 155:15
**momentarily**
150:20
**Monday** 218:25
**month** 153:5,5
234:25
**monthly** 164:8
168:12,19
230:5,7,9
231:22 232:5
**months** 159:8
**Moore** 164:3,4,7
167:5 168:11
168:21 170:3
**Moore's** 164:14
169:2,15
**morning** 7:6 71:7
71:8 116:10
236:18 237:6
**mornings** 116:10
**mother** 164:19
**Mountain** 1:21
16:3,7
**mouth** 213:7
**move** 56:23
65:15 101:10
128:6,15
164:24 165:17
166:17 171:17
197:18 209:1
222:19 229:8
232:8
**moved** 65:4,15
65:16 111:3
127:21 223:13
**moving** 139:10
172:8 222:19
**MPP/metering**
236:17
**multipage** 83:25
**multiple** 32:7
43:4 66:13



67:24 74:4,5
157:7 160:21
160:23,25
170:7 171:2
180:3 204:3
222:16 229:16
230:23
**musters** 51:5,6
88:12 108:3
113:19 118:1
139:8
**mute** 187:12
**MX** 224:15 225:1
**M-F** 218:18

___
**N**

**N** 2:1 3:4,4
**NAC** 142:19
**Nacional** 17:3
**name** 7:11 10:17
10:19,20,21
23:5,7,8,8
35:10 40:13,18
42:1 69:24
199:15 225:23
227:9 251:16
**names** 21:7,7
32:10 178:14
**Narcotic** 11:14
**narcotics** 39:17
183:20 188:9
**national** 172:19
186:12 188:9
**nationalities**
147:17
**natural** 68:9
**naturally** 193:22
**nature** 11:11
33:25 35:16
39:7 41:20
175:14
**Nazarov** 2:10
6:20,20 15:19
15:22 26:10
235:22 253:2,9
**near** 34:11 100:4

103:24 234:9
234:13
**nearby** 174:13
**necessarily** 58:11
108:22 145:9
**necessary** 45:3
110:23 118:19
129:14 192:2
**need** 8:13,17 34:5
34:9 80:21 81:1
99:19 107:20
108:4 111:13
118:23 128:5
162:16 186:24
207:7 208:10
214:20
**needed** 24:6
189:23 211:11
**negative** 78:3
79:25 80:6,7
**negotiation**
157:13
**Neilsen** 186:5
**neither** 253:14
**Network** 30:7
**networking**
13:22
**never** 11:21
52:14,17,17
56:3 73:1
104:14 114:6
180:9 210:12
211:1
**new** 132:13
145:17,19
154:4
**news** 26:1 27:12
57:11,12
236:18 237:6
**next-in-time**
139:10
**Nielsen** 136:5
183:10
**Nielsen's** 187:15
**night** 71:7 139:15
140:23

**non** 134:25
**nonattorneys**
26:21
**noncitizen** 195:1
196:24
**noncitizens** 151:6
151:10,13,15
193:7
**nongovernment**
213:25
**nonprofit** 162:2
**non-asylum**
240:15
**non-Mexican**
203:17 215:13
236:12 240:5,6
240:15,21
242:18
**non-UAC** 134:25
**non-U.S** 230:21
**normal** 7:9 85:19
148:2,7
**normally** 64:8
76:20 145:12
198:23
**Norman** 41:8
**Norte** 37:25 38:9
40:13,17 41:4
48:23 49:15,19
71:21 86:5,7,13
86:16 87:5,20
88:19 91:21,24
92:17 93:14
95:11 96:15
99:1 100:3
101:23 112:13
122:9,11,17,21
170:10 205:17
205:19 217:9
220:20 221:22
221:24 222:8
227:23
**northwest-sout...**
100:25
**Nos** 126:3 191:17
**NOTARY**

251:22
**note** 76:10
105:18
**noted** 242:9
251:3
**notes** 19:7 20:23
21:12 24:21
136:19
**notice** 4:6 14:11
197:1
**notification**
178:21
**notified** 17:21
160:25
**notify** 210:8
225:18 227:6
**notwithstanding**
17:8
**November** 81:24
82:5 86:17
96:11 132:20
133:12 134:1,4
134:14 135:20
136:1,25
137:12 138:15
139:23 140:21
141:4,5,12,19
143:15 146:2
152:6 153:9,13
153:15 158:12
200:25 203:15
207:10 208:21
246:12
**NTA** 197:1,4
**number** 46:12
53:14 54:3,5,7
54:15,15 55:15
64:13,14,21
65:12,13,14,15
65:17 71:20,24
72:2,4,7 73:20
73:22 74:1,7,13
74:20,23,24,25
75:1,4 76:11
77:1,2,5 91:11
111:17 151:11

151:14,17
169:10 188:15
188:16 189:14
190:19 193:7,9
193:11,12,14
193:18 203:9
203:16 205:4
216:20 220:23
222:24,24
224:17 228:3
232:13 237:8
**numbered** 1:20
90:23,23
186:10
**numbers** 56:23
58:12 61:20
66:22 75:7,21
80:2,20 87:1
169:16 170:5
170:10,12,14
170:23 171:21
177:18,23
178:10 189:9
221:2,3,4,4
228:16 242:10
242:14
**N.W** 2:5,15

___
**O**

**O** 3:4
**oath** 9:19,22,23
10:2 12:8
251:15
**object** 8:11 43:25
44:8,21 47:23
47:25 48:8 49:1
53:25 54:12
59:4 60:9 61:11
61:24,24,25
69:14 70:14
71:2 76:13
80:22 86:8
87:22 88:23
93:20 95:3
104:11,25
105:10 107:17



108:24 113:10
115:8 117:17
124:23 125:5
125:19 127:22
129:7,13,21
130:7,12 131:9
135:22 136:3
142:8,14 148:5
157:20,20
166:3 174:7,24
175:6 178:5
179:2,9 180:11
180:18 181:3
181:15,21
195:25 198:10
199:2 212:20
221:15 233:24
240:24 243:15
244:11,16
245:17 246:3
**objected** 62:4
63:7
**objection** 8:14
15:7 19:13,20
22:2 37:1 45:16
49:23 52:4 53:2
53:25 57:25
61:1 62:6,9,15
62:18 63:17,23
67:17 78:19
79:7,19 84:20
87:7 105:19
124:3 137:4
140:9 143:9,12
144:4 148:19
153:23 154:24
155:7 158:19
159:11 162:4
162:19 163:7
166:10 175:12
175:17 177:9
179:16,20
184:2 186:23
187:22 207:24
207:25 208:8
208:15,16

216:16 217:22
217:24,24
219:23 238:5
240:8,16
242:21 247:23
**objections** 4:20
20:1 140:15
149:16,24
150:1 153:24
**objects** 92:5
**obtain** 27:19
**obtained** 27:17
**obvious** 55:15
**obviously** 73:18
145:18 147:19
149:3 158:8
**Ocasio-Cortez**
179:6
**occasionally**
69:11 162:13
**occasions** 111:25
175:13
**occupancy** 53:11
58:16,17 75:4
**occur** 18:4 41:21
136:20 141:6
151:14 158:4,9
160:19 167:18
167:19 210:18
220:1 232:1
239:22
**occurred** 34:4
111:20,22
112:1,2 141:1,2
141:6 151:12
151:17 153:8
154:11 162:12
174:6 188:24
197:12 210:13
211:1 213:1
**occurrence**
153:12
**occurring** 66:3
67:20 142:5
161:22 170:16
178:24 203:24

228:1 244:9
**occurs** 218:17
247:16
**October** 204:5
**offenses** 13:7,10
**office** 2:11 11:1
17:23 22:14
29:7,13,17,19
29:22 30:4,12
31:5,11,14,19
33:20 34:24
35:6 36:16
37:11 38:4,6
40:4,19 41:9
42:16,19 43:8
43:17,20,22
45:15,23 46:7,9
46:10,21 47:2
47:18,21 48:3,6
48:8 49:3,14
50:4,16,19,24
54:11 55:19
61:21 62:3,13
62:14,24 63:1,4
63:5,16,20,24
63:25 67:2 68:2
76:21 77:13,15
77:18,23 78:13
78:23 79:3,16
80:12 85:23
110:16,20
111:10,21,23
112:23 115:24
121:5 126:19
126:21 127:5
127:17,21
134:4 136:24
138:16,20
139:2,3,4,24
140:3,5 154:12
154:18,22
159:15,22
160:2 162:9
164:13 167:1
168:16 170:23
170:24 171:22

174:17 175:5
175:19 177:22
178:3,10 190:3
190:7,17
221:14 224:15
230:18 231:19
232:19 245:16
248:8 251:18
**officer** 12:20
47:13 48:10
88:5,17,21
89:22 93:17
94:25 95:7
98:14,18
102:11 103:3
106:19 107:21
116:16 117:21
120:13 144:14
144:20 146:11
146:16,24
147:7,14
158:18 161:12
161:20 166:4,6
167:25 178:2
205:24 206:24
218:15 232:15
252:17 253:5
**officers** 31:2 66:2
86:1 88:13
89:12 91:11,13
92:12 93:3
94:13,15 97:23
98:2,8,20,24
99:9 101:5,20
101:24 102:20
103:2 104:6
106:13 107:5,8
108:4 112:15
112:24 113:14
115:10,15
116:21 118:2
120:2 136:20
136:24 137:17
137:18,23
138:1,19
143:24 145:2

157:7 158:7
160:2,14 161:3
161:8 165:19
165:23 166:2
166:24 167:15
168:3,5 198:13
203:4 220:20
234:13,22
235:1,2 247:2
247:15
**officer's** 253:11
**offices** 123:23
124:14,17
222:4,5
**official** 50:20
51:9 60:24 61:2
126:23 233:12
233:13
**officially** 42:11
158:11
**officials** 203:16
231:16 233:22
237:23 239:1
**offline** 248:16
**OFO** 79:11,13,15
123:22 126:24
127:2,18,20
138:16 170:11
170:24 182:6
193:8 203:4,11
206:18 209:3
209:21,22,24
210:6,7,10
212:12 246:14
**oh** 19:15 26:2
70:17 101:9
109:22 122:4
150:11,15
180:19 208:18
208:21 230:23
232:13 233:16
249:3
**okay** 10:17 14:6
19:23 24:24
25:21 27:15
29:6 31:4,17



32:12,22 33:3
34:16 36:9 37:5
37:20 38:7,20
40:7 42:9,15
44:15 47:7
49:12,21 51:24
61:4 63:13,21
68:1,7,13 69:19
70:3 71:12,20
73:20 75:14
76:2,7,25 77:17
79:14,23 80:10
80:19 81:2,8,23
82:1 83:20
84:24 85:21
86:4,11 90:3
94:22 95:10
96:1 97:4 98:23
99:11,22 100:9
101:13 102:8
104:8 108:7
109:22 112:14
113:22 117:12
118:4 119:10
122:5 124:19
125:7,13,23
126:22 127:11
127:20 128:2,6
128:9 132:15
135:14,17
139:10 141:7
142:17 143:4
144:6 145:21
147:24 148:24
150:11,15,24
151:21 152:2
153:7 154:10
155:3 156:2,3
156:20,21
158:23 159:20
160:1 161:10
163:15 164:10
164:14 168:10
169:6,21 170:2
170:9,18 171:7
171:20 173:24

175:23 176:3,5
176:15 177:1
178:8 179:5
180:7,22 182:1
182:12,16,18
183:4 185:17
185:25 187:14
189:11 191:5
192:18,19
193:6 195:1
198:2,6 199:9
200:4,19
202:16,21,23
204:13 205:11
205:15,16,21
206:1 207:20
207:22 208:23
211:3 212:8
213:3 214:5
215:24 216:13
216:19 217:11
217:19 218:2
219:2,2,20,25
220:13,23
221:8,12,20
222:6,13 223:9
223:15 224:2
225:3,9,17
226:6,15 227:1
227:5,16
228:18,22
229:6,22
230:11 231:2
231:18 232:5,7
232:22 233:10
233:14,22
234:2,20 235:1
235:6,21 236:4
236:8 237:14
238:2,13,17
239:9,24 240:3
240:19 241:5
241:18 242:5,8
242:17,24
243:3,7,12,20
244:8,14,20

245:2 246:4,5,9
247:25 248:13
248:24 249:5
249:16,17
**Omar** 227:10
**once** 52:12 53:15
57:10 75:10
112:2,2 160:21
196:19 206:3
210:6 216:11
216:12 241:3
**ones** 180:4,5,5
217:8 228:14
228:17 230:9,9
**one-on-one** 219:9
**one-way** 7:14
**ongoing** 56:12
63:14 248:9
**open** 63:18 92:13
173:9 202:17
248:5
**operate** 56:13
106:4 109:17
173:15
**operating** 51:1,2
59:20,21 60:21
107:9
**operation** 4:12
41:24 42:23
56:16 59:9
77:12,14,18
86:3
**operational** 24:6
50:20 51:14
53:7 55:20,25
56:8,22,25 57:7
57:22 58:4,23
59:5,11,15,23
60:1 61:5,9,13
61:19,20 64:5,8
64:15,21,25
65:9,11,21 66:1
66:6,11,20,21
66:24 67:6,8,9
67:15,22 68:4
70:7 78:14

80:24 81:3,6
82:23 83:1
114:17,25
129:11 161:16
170:14 178:16
193:13,20
194:4 196:18
196:22 222:17
222:21
**operationally**
193:25
**operations** 11:1
32:6 33:16,20
39:9,10,14,16
39:19,20 41:1,3
42:18 43:5,7
44:6 46:20 47:2
47:11 56:12,13
56:16 76:9,17
77:8,20 78:1,8
79:16,17,24
80:4,8,12 84:2
84:6,16,17 85:8
85:19 86:2
123:22 126:19
126:21 127:2,5
127:13,16,18
139:20 186:6
186:13 190:3,6
204:23 219:5
223:1
**opinion** 162:2,6
**opportunities**
231:12
**opportunity**
164:17
**opposed** 139:14
140:7
**Ops** 171:13
**option** 190:19
**oral** 1:13,17 3:1
4:1 5:1 252:17
**orally** 10:14
**orange** 92:3,4
95:22,22
100:22 103:21

110:7,17 157:1
**order** 17:18
19:16 23:13
61:10,21 64:5
89:21 107:8
184:14 186:11
198:15,20,25
199:3,5 216:9
225:16 227:21
227:25 248:22
249:9,10
**ordering** 249:8
**ordinary** 85:12
85:14
**Ordonez** 1:21
6:10 252:13
253:21
**organization**
156:5,14 157:8
162:6 165:3
**organizations**
162:3 214:1
**orientation** 92:7
100:25 196:8
**oriented** 29:23
29:25 30:5
**origin** 147:14
**original** 253:12
**OTM** 202:21
**OTMs** 202:18
203:9
**Otro** 1:4 6:3
24:25 252:4
**outbound** 38:15
188:10
**outcome** 253:18
**outlined** 200:3
**outlining** 138:15
**outside** 12:7
23:25 27:3,7
42:16 43:8
78:25 160:4
172:19
**overall** 65:14,14
199:7 218:19
**overbroad** 61:1



219:23
**overcome** 192:6
**overcrowding**
55:18 136:10
144:8 184:8
**overexaggerati...**
66:16
**overflow** 142:22
**overloaded**
222:22
**overnight** 52:15
52:16,20,25
53:18,20 54:8
54:25 55:6,16
56:4,6,18 57:24
58:15 72:3,6
73:4,6,7,11,23
75:3,10
**oversight** 31:16
**overtime** 194:7,8
**overwhelmed**
110:24
**overwhelms**
228:2
**Owen** 51:22 69:1
121:9,18 126:6
126:15,23
128:14,18,19
129:9,16,25
130:4,9,18,23
134:15,21
139:11,12
141:13 159:2,9
190:10
**Owens** 20:16
**Owen's** 122:19
140:18 190:16
**O'Rourke** 5:5
174:1,25 175:4
175:11 176:20
**O'Rourke's**
176:8,19 177:6

——————
**P**
——————
**P** 2:1,1 3:5 4:4
5:4 229:18,20

**PA** 253:24
**page** 15:9 16:14
17:1 33:14,15
34:18,19 35:2,3
37:8 38:21 40:8
40:11 41:6,25
69:6 82:3 85:1
90:22,22,23
91:17 97:6
100:16 101:11
123:18 128:6
151:1,23,25
156:22 164:2
168:25 176:8
176:19 183:15
186:2 190:11
190:14,15
201:8 206:22
211:7 224:11
232:9,13 234:5
237:3,16
238:24 250:3
**pages** 18:20,23
32:20
**paper** 179:1
249:12
**paragraph** 91:22
97:8 99:4
100:16,17
133:8,14,15
142:17 186:4
**parallel** 92:5
100:24
**parameters**
52:11,13 73:13
**parentheses**
40:14
**parole** 195:11
232:18
**paroled** 195:2,21
**part** 29:9 45:21
55:14 72:12
74:8 96:2
100:11 142:1
145:14 168:2
178:15,16

181:9 188:11
190:17 197:4
202:23 204:17
205:18 210:25
213:8 226:10
237:20 239:1
**participate** 26:24
231:19
**participated** 27:1
140:19
**particular** 62:2
83:11 90:15
93:16 156:18
157:17 167:20
167:21,22
240:2
**particularly**
102:5 131:18
169:8
**parties** 6:12
253:6,15
**party** 13:17
252:24
**Paso** 17:20,22,22
17:24 22:13
24:1,8 29:4,7
29:12,13,19,20
29:22 30:11,12
30:15,21 31:2,4
31:19,19 33:20
34:24 35:5
36:16 37:10,24
38:4,6,8,9,11
38:11,13,24
40:4,13,17,24
41:3,4,9 42:16
42:17,19 43:8,9
43:17,19,22
44:17 45:14,23
46:5,6,10,19,20
46:25 47:17,17
47:19,21 48:3,6
48:13,16,18,23
49:3,8,14,15,18
49:18,20 50:4
50:12,15,18,24

52:6,9 53:10
54:10,11,24
55:4,19 56:9
57:19,20,21
58:3,6,9 61:16
61:21 62:3,13
62:14,20,24,25
63:1,4,5,12,16
63:20,24,25
64:4,16 65:8
66:4,7,11,19,20
67:2,16 68:2
70:25 71:8,13
71:17,21 72:5
73:22 74:2 77:9
77:13,15,18,21
77:23 78:5,13
78:23 79:3,25
80:11 82:5,16
82:21 84:1,8,13
85:4,23 86:5,7
86:13,16 87:5,6
87:9,15,20
88:19 91:19,21
91:22,24 92:17
93:13 95:11
96:2,10,15
98:25 100:3,11
101:23 107:10
110:8,16,19
111:12,20,23
112:11,13,23
115:24 118:11
121:5 122:9,11
122:16,20
125:9,17
131:15,19
132:8 133:22
133:25 134:4,6
134:7 136:9,23
137:12 138:16
138:19 139:1,4
139:24 140:3,5
140:19 141:3
143:15 144:16
145:12,15

146:5,15,25
150:18,20
151:23,25
152:2,13,17,20
153:12 154:12
154:17,22
155:6 157:4
158:4 159:15
159:19,22,24
160:1 162:9
167:1 168:16
170:10,10,23
170:24 171:3
171:13,21,24
174:16,19,22
175:2,5,7,19
176:12,23,24
177:7,8,22
178:3,9,24
179:8 184:7
185:22 187:1,2
188:19 190:3,6
197:8,9 199:20
199:20 202:24
203:18 204:24
205:17,18,19
213:15 216:14
217:9 218:16
220:19 221:14
221:19,22,23
221:24 222:8
222:10,11,14
223:6 224:17
227:23 231:18
231:21 232:2
234:13,23
241:25 243:9
244:10 245:13
245:16 246:13
246:14,17
247:4 248:8,8
**Paso's** 82:9
184:24
**Paso/Mexican**
206:18
**pass** 143:4



147:24
**passenger** 32:5
  39:16 40:14
  41:1,2 43:4
  47:11 204:23
  219:5
**patience** 16:10
  192:22
**Patricia** 35:3
**Patrick** 141:20
**patrol** 179:7
  182:5,6
**pause** 186:24
**PD** 100:3
**PDF** 37:9 38:22
  40:9
**PDN** 169:9 172:2
  210:7 218:18
**pede** 100:7
**pedestrian** 38:14
  38:15,16 88:16
  91:25 92:2,8,9
  92:13,17,20,25
  93:1 95:10,16
  97:9,11,12,19
  99:12 100:8,18
  100:21,21
  101:2,2 102:2,3
  103:7,13,16,17
  103:19 105:16
  106:3,5 109:9
  109:16,17,20
  109:23 111:11
  116:5,7,8,11,11
  119:18 138:2,4
  143:3 146:4,17
  147:9,24
  148:17 221:24
  247:3
**pedestrians**
  39:17 93:4,8
  103:24 111:17
  146:21 193:3
**pending** 8:18
  192:12
**people** 31:12

45:11 46:1,2,9
46:12 52:19,20
52:25 54:7,16
54:17,25 55:5
55:16,23 56:20
56:23 57:24
58:10,18,20
65:14 67:20
74:4,5 75:10
87:12 88:14
89:4 102:19
103:3 110:24
110:25 112:4
144:9,10
145:18 147:16
160:18 161:24
161:25 162:1
162:24 163:13
169:8,11
173:14 188:20
189:4,7 193:9
193:11,12,14
193:18,22,23
196:21 197:9
205:3 207:11
216:25 217:7,7
217:8 220:19
221:6,19
222:18 228:4
247:14
**percent** 70:4
  71:13 75:18
  76:11 77:2 82:8
  82:22 83:13
  84:14 85:4,5,5
  85:6 147:19
  171:25 187:4,7
**percentage** 64:13
  64:15,19
**perception** 166:2
  166:6
**perfect** 68:11
  215:8 218:14
  229:9
**perform** 168:6
  184:10

**performed** 178:2
**performing**
  203:4
**performs** 89:23
**period** 8:20
  96:22 106:22
**periodically**
  86:21 220:25
**periods** 72:25
  194:11
**permanent** 91:9
**permitted** 151:10
  151:15
**persecution**
  157:9
**person** 18:5,8,9
  23:5 31:12,12
  32:7 74:3
  140:12 163:1
  219:16 231:24
  233:23 251:16
**personal** 9:10
  42:17 138:10
  157:16,23
  162:15,21
  163:12 167:24
  168:14 242:5
**personally** 55:13
  121:22 133:2
  138:9,10
  154:10 164:4,6
  164:10 165:6
  168:19 175:10
  179:14 182:2
  230:11 251:14
**personnel** 183:18
  198:12
**perspective** 63:5
  136:10 162:21
  184:24
**Philadelphia**
  253:24
**phone** 6:24 18:10
  23:19 26:7
  36:12 140:20
  140:23 141:1,2

205:7 216:3
219:17,18
226:22 227:2
228:24,25
229:5 246:1
**photograph**
  181:8,11,12
**photos** 172:21
  173:18
**phrase** 83:1
  143:20
**physical** 43:16
  53:6 56:2,7
  58:14 70:13,18
  70:20,23 75:25
  80:23 92:24
  93:2 95:10,13
  95:16 97:12
  99:11 103:7,9
  103:16 104:2
  105:14 106:6,7
  106:18,21,24
  109:6 110:1
  114:24 116:1
  119:10,20
  170:13 171:2
**physically** 40:19
  102:23
**Pico** 225:19
  226:8,15
**pilot** 186:6
**pistols** 165:21
**place** 27:24 72:24
  108:22 111:8
  114:9 119:24
  123:2 136:13
  159:21 196:3
  234:21
**placed** 57:4 92:4
  94:5 97:13
  110:22 195:15
  198:7,17
**placement** 57:12
  195:6,7 196:23
**places** 53:12
  156:19

**placing** 142:23
**Plaintiff** 1:18
  191:18 253:8,8
  253:12
**plaintiffs** 1:5 2:3
  4:14,21 6:15,17
  7:12 14:11 90:8
  149:16 191:16
  199:16 236:6
  246:6,25 248:1
  252:5
**planning** 174:1
**plastic** 92:3
  100:22
**platform** 13:23
  13:25
**play** 177:2
**playing** 177:3
**please** 6:12 7:1
  7:23 8:4,17
  9:17 10:17 14:8
  17:1 32:14
  34:18 35:2 37:8
  38:22 40:9
  81:10 83:22
  84:10 89:1 90:5
  90:22 100:15
  121:12 132:17
  134:10 135:3
  141:9 149:8
  155:10,20
  159:4 163:17
  164:2 168:25
  171:8 175:25
  182:25 187:12
  189:17 201:2
  208:19 214:7
  226:18
**POC** 210:3
**POCs** 209:22,22
**POE** 9:7 91:5
  100:18 142:20
  142:25 146:2,4
  146:10,14
  151:4,8,16,18
  152:3 162:18



203:9,10
**POEs** 43:22
  133:21 141:15
  142:21,22
  171:21
**POE/crossing**
  202:18
**point** 28:24 52:15
  68:10 71:5
  80:25 120:18
  122:1 131:17
  136:16 147:13
  152:24 161:14
  165:16 167:9
  173:24 174:6
  185:2 190:16
  208:24 209:7
  209:13,21
  210:4 211:6,8
  236:11
**police** 157:5,6
  221:1,9 224:16
  227:12,14
  228:9,13,17,23
  229:1 233:8,23
  234:8,12,22
  235:3
**policies** 211:24
  213:16
**policy** 30:3 35:21
  44:18,25 45:2,6
  45:8 59:25 61:2
  131:6 151:6
  152:8 153:20
  153:25 183:24
  195:17 204:13
  238:11
**politicians**
  174:16
**poor** 47:5
**port** 4:12 9:6
  11:4 17:19,22
  17:24 22:12,18
  22:21,23,24
  24:1,7,15,15
  29:4,4,11,20

30:2,4,10,14,16
30:17,21 31:2
31:18,24,25
33:23 34:5,11
35:14 36:15
37:17,19,21
38:5,8,14,18,24
39:5,9 40:2,2,3
40:11,21,22,24
41:1,3,7,15,18
42:16 43:3,9
44:4,5,6,10,13
44:17 45:18
46:5,24 47:1,16
47:19 48:13,16
48:17,22 49:8
49:17,20 50:12
52:6,9 53:9,10
54:9,18,24 55:4
56:9 57:19,20
57:21 58:3,6,9
58:14 59:9
60:13 61:5,9,16
61:20 62:16,20
63:1,12 64:4,5
64:16 65:3,8,22
66:3,7,10,19,20
67:16,23 70:22
70:25 71:8,12
71:17 72:5
73:21 74:2,2
75:16,22,23
76:9,12,12,17
77:3,8,9,20,21
78:1,3,5,8,9,10
78:10 79:16,24
80:3,9,12 82:5
82:8,16,21
83:12,13,17
84:1,1,6,8,13
84:16,17 85:4,8
85:18,20 86:2
87:6,9,15 91:4
96:3,10 100:11
100:12 101:18
103:17 104:10

104:22 105:6,7
105:14,17,19
105:25 106:8
106:14,22
107:4,10,10,15
107:22 108:7,9
108:12,16,20
109:3,3,7,10,12
110:3,8,23
111:12,18
112:10,14,21
113:2,6,15,22
114:7,11,15,19
115:1,5 116:2,6
116:17,22
117:14,23
118:4,10,21
119:22 120:3,6
120:11 122:9
123:7,11 124:1
124:5,20 125:2
125:9,17 132:8
134:3,5,7 136:9
137:11 139:7,7
141:3 143:15
144:8,21
145:12 146:5
152:14,17,20
153:13 154:17
154:21 155:6
157:5,11 158:4
159:19,24
160:3,5,6,13,14
161:3,13,17
162:8 163:5,11
167:13 170:5
170:10,24
171:24 172:9
172:10,16,19
172:20 173:4
173:13,15
174:1,12,18,19
174:22 175:7
175:22 176:12
184:7,23
185:21 186:25

187:1 188:19
193:9,11,17,18
197:8,9 199:19
202:24 203:17
204:23 205:18
206:2,18
209:25 213:5
213:15 216:14
218:16 221:19
222:5,9,10,11
222:13,15
223:1,5 224:17
230:17 231:18
231:21 232:2
232:18 233:2
234:13,22
244:9,13,18
245:13,19,21
246:13,13,17
247:4 248:7
**portion** 76:15
  91:18 92:13
  157:2 166:1
  169:15 186:10
**portions** 84:7
**ports** 16:16 22:13
  23:21 24:11
  29:16 37:11,14
  37:16 38:1,3
  40:3,4 42:15,18
  43:8,17,19,20
  43:23 44:14
  45:14,22 46:6,8
  46:10 47:20
  48:2,5,18,19
  49:2,5,8,13,22
  50:2,6 52:1,5
  54:10,17 59:6
  62:3,5,13,20,25
  63:7,8,16,19,25
  67:1 68:2,3
  69:12 77:20,23
  80:11,17 85:23
  108:20 110:15
  110:21 111:4,9
  111:22 115:23

117:4,21 121:5
124:9,10
129:11 132:5
133:19 136:23
137:14 138:19
139:5,6 153:8
154:11 159:14
159:21 160:1
166:25 168:16
169:11 171:2
174:16 175:4,8
177:21 178:9
186:7 192:25
193:24 194:19
199:20 212:5
213:14 221:14
243:8 244:9
245:15,22
246:1
**port-hardening**
  110:4,12,14,18
  110:21 111:16
  119:23
**port-specific**
  63:6,8,24
**position** 29:21
  39:2 42:6,12
  91:5,8,10,12,13
  92:10 93:13,18
  94:9 97:14,15
  98:16,19,24
  99:5 101:6
  102:8 151:9
  152:4,9,14,21
  153:21 164:12
  165:9 173:17
  201:11 247:3
**positioning** 99:23
**positions** 127:9
**possible** 73:3
  91:6 93:15
  94:24 98:12,16
  101:22 102:10
  102:15,25
  103:6 112:18
  112:25 116:19



116:24 156:12
161:11,15
163:10 205:23
225:18 247:1,8
247:12,14
**post** 181:9
**posted** 176:9
**posts** 180:24
181:2,8
**potential** 189:13
**Poverty** 2:15
**power** 166:1
**practice** 16:15,18
62:2 108:11
114:1,9 118:8
118:14 137:11
145:16 177:21
177:25 178:9
242:10
**practices** 61:25
62:19 63:4,6,8
63:12,24
**preclass** 63:9
**predecisional**
191:3
**preferred** 140:7
**prefers** 160:25
**preparation**
11:16 25:3 26:6
34:13 36:10,21
37:3 39:23
43:13 122:3
**prepare** 18:15,19
20:13 21:1,16
21:25 22:8
23:13 25:23
27:4 40:5
**prepared** 16:22
17:11 63:11,18
69:17 248:7
**preparing** 18:12
25:6,9 63:10
253:12
**presence** 103:3
166:6 234:8
**present** 2:18 6:12

6:23 8:21 11:3
24:18 26:21
86:6 96:5,22
104:9 108:8
109:1 113:23
118:5 151:7
162:17 207:22
208:12,22
231:14 245:22
**presented** 202:12
**presenting** 163:5
**presently** 10:23
**presents** 173:13
**Presidio** 23:6
24:12 38:1
42:19 49:16,18
76:4 108:7,9,12
108:16,19
109:2,7,10
110:3 112:14
112:21 113:2,6
113:15,17
123:16
**pretty** 86:19
103:13 119:14
147:2 189:1
205:1
**prevent** 142:22
144:7 188:23
188:24
**previewed** 18:19
**previous** 42:10
117:8
**previously** 14:10
49:10 52:24
70:1 132:5
152:5 183:5,6
199:17 207:10
243:12
**primarily** 161:9
246:19
**primary** 89:16
144:11 146:22
148:10,11
227:20
**prior** 28:12 30:11

36:5 114:5,5
122:2 132:4
151:8 152:8
153:21 189:12
198:15 223:20
**priorities** 186:17
187:20 188:1,4
**prioritization**
186:19
**Prioritization-...**
183:11
**prioritize** 186:6
**prioritized**
186:11 188:5
223:12
**priority** 186:21
188:9
**priority-based**
188:14 189:12
190:18
**privately** 10:8
**privilege** 191:20
191:22,25
192:3,5,6,8,11
192:11 248:19
**pro** 29:25
**probably** 7:20
18:3 19:5 23:20
35:4 60:10
74:12 76:15
78:3 95:20
170:14 194:6
213:7,8 230:1
233:9 235:11
235:13
**problem** 55:18
62:11,12 64:7
65:7 70:17
159:10 181:7
184:22 200:11
200:23
**problems** 229:24
**procedure** 14:12
45:2,6 51:1,3
60:21
**procedures** 30:3

35:22 59:20,21
**proceed** 89:16
146:21 148:10
**proceeding** 11:12
11:13 12:2
57:13 197:16
253:16
**proceedings**
12:10 197:1,2,4
197:10,11,14
197:23,25,25
198:4,8,18
**process** 53:8
55:24 57:1,5,6
57:7,10 65:17
65:17,19 72:25
114:18 120:14
137:7 144:24
157:15 165:11
177:6,15
183:19 188:21
191:19,25
192:4 193:10
193:19 194:24
196:19 209:24
210:7,15,17
216:21 220:8
221:12 226:3
239:2,11,14
240:5 243:1,17
243:21,24
245:13 247:22
247:24
**processed** 65:4
86:24,24
133:21 166:19
166:21 167:4
186:20 187:3,4
187:6 188:16
194:23 196:25
197:2,4,10
198:13 211:11
216:24 220:24
222:23 223:6
223:14 239:18
240:10 243:5

243:19
**processes** 56:11
211:21
**processing** 39:19
44:7 48:20,24
51:13 53:16,19
56:17 65:24
66:23 67:21
72:15 75:9 80:9
87:10,25 151:8
165:13 172:11
185:3 186:16
187:25 188:5
189:4 192:25
193:5,24
194:19 196:19
198:12 209:4
210:10 212:13
221:18 222:19
223:2,3 246:22
**produce** 249:1
**produced** 1:18
24:25 84:7
205:12
**production**
248:10
**program** 29:22
29:25 30:5,6
186:6
**programs** 30:9,9
31:15
**progress** 82:17
82:21
**prohibited** 145:7
**project** 65:15,17
**promise** 183:7
**promotion** 31:17
**pronunciation**
35:4
**proportionality**
63:9
**proposal** 142:25
**prosecuted** 157:3
**prosecution** 43:6
**Protection** 6:23
9:4 11:2 14:13



MAGNA
LEGAL SERVICES

protective 248:22
protest 112:6
protesting
173:14
protests 174:9,10
protocol 229:17
233:25
protracted
157:13
proved 251:15
Provencio 34:20
35:12,19 36:9
36:19,25
189:22 190:5
224:8 232:10
234:6 236:16
Provencio's
232:24
provide 8:13
101:4 145:2,10
169:9 195:7
201:2 216:20
221:1
provided 12:7
20:5 21:6 25:11
47:1 132:5
144:20 145:5,6
170:23 171:1
197:3 206:5
211:8 215:4
217:23
provides 201:20
214:18,21
220:25
providing 63:7
78:25 171:21
192:3 207:16
public 17:17
107:8 164:13
168:3,6,9
198:20 214:14
216:9 251:22
published 156:5
pull 14:7 16:11
32:13 83:21
90:4 125:24

171:8 175:24
214:7 218:3
236:9 238:18
pulled 138:1
184:8,9
pulling 86:20
purpose 62:6
63:22 78:16
115:9 148:13
154:6 227:16
231:5,7
purposes 99:19
103:22 251:17
pursuant 253:4
purview 215:24
push 135:2
136:20
pushing 133:19
put 19:17 58:18
58:20 68:21
79:12 81:9 93:6
95:6 99:14
121:11 132:16
134:9 140:13
141:8 149:7
155:9 159:4
182:25 189:17
209:3 234:12
234:22 240:13
248:11
puts 79:13
putting 111:11
p.m 1:21 120:23
121:1 128:4,8
130:24 131:23
139:12 171:18
182:19,22
185:12,15
191:7,10 245:4
245:8 249:18
249:20
P.O 2:11

___ Q ___

qualified 192:5,6
quantifies 81:3,6

quantify 194:14
194:19
quarter 106:1
109:14
quarterly 230:4
230:6,8
question 7:24 8:1
8:4,7,11 45:20
52:6,18 62:12
64:3 67:21 68:1
90:18 113:13
117:20 125:13
138:10 143:18
143:24 145:7
150:4 158:16
166:24 167:12
192:1 201:19
202:4,6,8,17,24
203:2,7,22,22
204:18 205:11
206:1 218:9
223:11 228:8
241:14
questioning 16:5
192:13 199:10
236:6,7 247:5
248:2,4
questions 7:15
8:13,18,20
27:15 62:18,25
63:15,19 121:4
137:15 179:25
180:3,5 192:10
192:14 199:11
199:12,22
200:4 201:21
202:11 214:11
235:13 237:20
246:9 248:1,12
question's 147:2
queue 16:15 17:6
65:3 69:2,24
76:2 77:3,5
81:20,23 82:17
82:20 84:7 86:2
128:10,20

129:18 130:5
130:10,19
151:6 152:8
153:20,25
183:11 187:14
187:15 188:14
189:13 190:18
199:24 222:14
223:5
quick 19:19
quickly 54:6
99:20 223:6
quite 35:24 57:14
59:13,16 66:4,5
105:24 109:13
180:6 205:2
210:20,21
214:24 230:25

___ R ___

R 2:1
radio 89:20
161:5,9 220:21
railing 92:1
railroad 38:12
Randy 69:1,7
126:6 127:1
163:21 171:14
189:22 190:10
range 44:6
rank 127:14
rare 195:10
rarely 36:1
104:14 107:18
rate 53:11 58:16
58:17 75:4
193:24 194:19
224:16 228:2
Ray 34:20 189:22
190:5 224:8
232:10 236:16
reached 86:22
87:3,11 184:8
189:5
react 196:15
read 16:20 17:8

20:19 26:1
27:12 76:10
82:14 91:15
92:14 95:12
97:17 99:4,13
101:7 128:22
130:2 131:3
133:23 135:6
143:5 151:19
152:10 164:25
165:1 166:22
168:19,21
169:12,25
172:23 174:3
183:22 190:21
202:25 203:5
203:12 206:10
207:7 209:16
210:14 214:23
214:23 218:21
236:20 248:23
251:1
reading 70:24
207:15,18
reads 16:15 17:2
91:3,23 97:8
100:17 151:4
157:2 164:14
169:6 172:18
183:17 202:17
203:2,8 206:2
208:24 211:9
237:20
ready 200:22
real 19:19 124:21
realized 52:12
53:15 54:6
really 53:24 58:7
65:1 93:2
125:14 131:1,7
132:1 159:10
187:18 196:4
213:1
reason 10:4
58:11 61:17
64:21 65:5



109:13 111:9
111:11 144:21
145:3,7,10
149:3 157:24
158:1 168:9
178:1 201:19
202:5,10 207:2
207:5 210:19
210:24 214:17
214:22 215:3
219:19 230:6
250:3
**reasoning** 111:14
138:22
**reasons** 16:18
145:6 192:1
248:5
**Rebecca** 2:14
**recall** 21:4,9
27:24 28:24
29:1 36:2 50:1
51:18 53:22
55:8 96:8
104:15 114:1
122:5,7 156:15
159:6,13
173:17 174:5
181:24 247:4,7
**receive** 48:14
121:20 132:10
155:24 220:22
241:4 246:14
**received** 32:24
33:2 121:23
155:14,14
156:1,2 157:7
176:4,4 183:2
200:13,16
**recommending**
55:14
**record** 6:2 7:16
10:18 15:20,25
16:1,3 32:23,24
62:2 67:15,19
68:17,20
120:22,24

121:2 139:14
140:8,14
182:17,20,23
185:8,13,14,16
191:6,8,9,11
192:8,18
235:10 244:23
245:5,8 248:11
248:20 249:2
249:11,19
252:18 253:7
**recorded** 46:23
**recording** 67:9
**records** 205:12
**recount** 247:8
**recruiting** 162:23
**Red** 208:25 209:2
209:21,22,23
210:8,8,19,25
214:1
**refer** 8:24 9:3,6
9:13 25:12,14
38:7 81:20
211:15 225:5,6
233:6
**referenced**
142:10
**referred** 49:8
**referring** 9:16
47:15 51:21
57:19 75:1 87:4
143:10,20
171:3 181:11
225:12 228:19
245:23
**refers** 70:12
187:15 225:7
229:12
**reflect** 129:10
183:24
**Refugiados** 17:4
**regard** 242:19
**regarding** 12:19
20:23 21:12
26:5 27:12
44:19 90:18

140:20 165:9
167:2 168:22
191:13 192:8
198:7 203:16
204:15 215:19
221:13,17
239:25 246:20
248:11
**regardless** 220:4
223:14
**regards** 227:14
**Registration**
253:22
**regroup** 244:24
**regular** 66:19
196:25 197:14
197:16,24
203:19 204:2
205:8,10
**regularly** 133:6
205:1 231:19
**regulation** 50:15
59:3,7,8 60:6,8
**Reject** 156:7
**rejected** 177:13
177:14
**relate** 8:20 62:19
**related** 35:23
37:2 60:10,12
142:6 143:18
180:24 248:15
253:15
**relates** 191:3
226:2
**relation** 63:12,25
120:7
**relationship**
95:18 104:2
215:21
**relay** 217:21
**relevant** 32:20
**relied** 129:6
**rely** 130:10
242:24
**remember** 13:2
20:15 23:16

54:2,3,21,22
58:1 171:6
179:21,24,25
180:4 229:21
234:24
**remembering**
22:16
**reminded** 168:3
**remotely** 6:8
**removal** 196:25
197:3,14,16,24
197:24 198:2,8
198:17,22
**renamed** 30:7
**repeat** 204:17
**rephrase** 64:2
142:9 143:14
146:13 160:10
**replaced** 226:9
226:15
**report** 4:23 30:15
31:5,10,24
35:22 46:14,16
46:18,19 47:24
54:14 58:11
66:22 67:4,25
69:24 70:24
76:3,6 77:11
78:18,22,25
79:4 81:21,23
82:3,4,10 83:11
83:17 84:7
85:13 127:17
129:1,18 130:5
130:11,19
156:5,7,16,23
**reported** 1:22
31:6,9 73:21
75:2 76:19 78:4
86:22 87:18
177:24
**reporter** 6:10,25
7:16 16:5 19:19
19:22 20:2
164:5 168:12
208:4,7 248:25

249:6,10,16
252:13
**reporters** 157:8
168:15
**Reporter's** 3:10
252:10
**reporting** 30:22
32:8 34:2,3
35:21 55:9 78:6
87:11 189:7
**reports** 25:5 32:3
48:14 66:19
68:3 69:17 70:1
70:21 76:20
79:15,22 81:16
155:4 156:13
**represent** 6:13
6:15 7:11 75:20
84:5 199:16
206:15
**representative**
9:10 15:2,5
17:19,22 62:23
140:25 167:24
180:2 199:19
248:7
**Representatives**
175:1
**represented**
175:2
**reprocess** 57:12
196:17 197:9
197:11 222:20
**request** 6:8 21:17
172:20
**requesting**
224:15
**requests** 21:15
**required** 166:19
240:12
**requirement**
211:10
**requires** 195:5
**research** 25:22
204:10
**resembled** 81:16



reserving 192:13
resolved 63:14
resources 54:19
  54:20 183:18
  184:14,17
  185:18
respect 49:22
  50:6 52:1 59:11
  59:22 99:23
  150:5,22
  173:18 192:25
  246:15 247:20
  248:14
respectively 85:6
respond 205:4
  228:14,17
responded
  130:23 169:14
  170:2 203:10
responds 139:12
  233:1
response 57:18
  77:8,19 78:7
  79:21 90:15
  96:17 108:19
  149:23 151:23
  152:2,12,13
  153:11 169:18
  181:6 200:5
  201:2 202:23
  203:2,7 206:5
  232:24
responses 4:14
  4:21 7:17 21:4
  21:10,13,15
  90:8,14 149:16
  149:24 150:1
  170:4 214:21
responsibilities
  29:18 40:21,25
  41:2 42:4,5,8
  42:10 226:1
  227:13,15
responsibility
  44:18,24 45:1,4
  45:13,21 47:7

47:21 48:5
responsible
  69:11 74:4 78:6
  138:11,25
rest 29:10 169:20
  169:23,25
restaurant 28:3,4
restaurants
  28:14
restraints 65:19
result 43:13
  119:9
resume 16:5
return 252:22
review 11:15
  18:15 20:12
  21:1,15 24:24
  25:5
reviewed 19:10
  21:5,22 25:2
  198:13
reviewing 18:25
  19:3 20:18
revised 54:8
Reyes 26:10
  218:14,15
re-ask 208:11
RFI 201:2
rifle 165:16
right 8:11 31:3
  37:13 38:1
  41:10 52:13
  76:8 82:12
  83:14 90:23
  94:8 105:21
  106:24 110:12
  117:3 122:15
  124:7,12
  137:17 139:18
  142:1 143:22
  149:12 150:3
  150:19 152:16
  153:15 154:5
  158:13 170:4
  172:16 184:16
  199:1,22 200:2

200:6,20 201:6
  207:9 215:5
  235:22,22
  238:20 241:6
  246:12
rights 4:23 156:6
  156:14 192:13
right-hand 157:1
Rio 181:13
riot 227:22
  228:15
rising 237:8
Robert 164:3,4
  170:3
Robles 32:11
Roger 164:3,10
  168:11 170:3
  214:10,14
  215:11 237:7
  241:12
role 31:21,23
  32:4 33:12,22
  35:8,13 36:3
  39:4 41:12,14
  41:18 47:10
  74:9
roles 29:15 42:4
  43:4
room 58:17,19,20
  75:11
rough 72:9
  190:19
rounding 71:19
routinely 194:7
Ruben 164:15,18
  165:6 166:15
  166:16,17
  169:3,6
rule 8:19 14:11
  15:2,4 17:14,25
  18:13,16 20:13
  83:25 192:15
  247:13
rules 7:13 200:2
running 110:24
  241:14

rush 112:9
rushing 111:17
  112:1,5
Ryan 69:6,8
  128:3 171:13

---
**S**
---

S 2:1
safely 53:20 64:8
  74:18
safety 93:6 99:18
Saindon 34:20
  35:13,22 36:10
  36:21
Sam 6:3 10:22
Samuel 1:14,17
  3:2,5 4:2 5:2
  7:2 10:19,20
  249:18 251:1,7
  251:14 252:10
  252:16
San 124:21 125:3
  125:11 131:1,7
  131:13,23
  132:1 159:10
  212:13,18,21
  213:18,22
  244:15,19
Santa 22:25
  37:24 49:14,17
  75:16,23,25
  118:4,6,9,15,21
  119:11,17,20
  120:3,6,11
  123:11
Saturday 128:8
saw 14:24 51:15
  122:2 167:6
saying 63:22
  160:11 237:22
says 33:15 40:13
  58:18 75:17
  76:6 77:19 78:7
  81:25 82:7,10
  82:12 83:4
  84:19 85:7,10

91:1,18 94:5,7
  94:8 124:8
  128:7,17
  133:17 136:22
  140:22 145:25
  147:23 151:2
  153:15 170:7
  172:15 173:25
  176:19 209:19
  209:21 210:2
  212:16 217:2
  218:15 232:21
  237:13 238:1
  239:8 241:17
  243:11
schedule 45:11
school 116:8,9
science 27:18,20
scope 23:25
  43:25 44:8
  47:25 48:8
  49:23 52:4
  54:12 59:4 60:9
  61:11,25 62:6
  63:23 69:14
  70:14 71:2
  76:13 78:19
  79:19 80:22
  104:12 105:1
  105:11,19
  124:23 125:5
  125:19 127:24
  129:7,13,21
  130:7,12
  135:22 136:3
  137:4 140:9
  142:8,14
  143:13 148:5
  148:19 157:20
  158:19 162:4
  162:20 163:7
  166:3,10 174:7
  174:24 175:6
  175:12 179:9
  179:16 180:11
  180:18 181:3



181:15,21
195:25 198:10
199:4 212:20
216:16 219:23
221:15 233:24
244:11,16
245:17 246:3
248:14
**screen** 16:12
68:22 88:21
89:4 159:21
**screening** 89:17
**scroll** 150:9,13
169:22 201:10
214:20
**scroll's** 150:11
**seal** 30:7 251:18
**seating** 101:5
**second** 15:20
45:10 91:22
120:22 133:8,8
133:11,13,17
149:10 155:13
160:7 173:24
183:15 185:11
186:3,12 211:9
218:13 229:11
232:9 237:16
248:9
**secondary**
144:12 218:9
241:3
**second-line**
198:14
**second-to-last**
211:6,7
**second-to-the-l...**
186:4
**secretary** 135:16
136:2 183:10
186:5 190:24
**section** 15:12
123:19 150:18
150:20,21
183:17,17
**secure** 234:8

**security** 8:25
31:6 35:19
73:18 135:16
183:10 186:12
186:13 188:9
201:13 202:13
230:17
**see** 14:14 15:11
15:16 19:22
22:16 32:17
38:25 40:15
41:25 49:9 69:3
70:5 80:13
82:25 83:7 84:3
84:4 87:19
89:15 91:1,19
94:11 101:8
124:4,7 132:25
133:15 134:17
141:16 149:18
151:2,24 156:9
163:24 169:4
169:23 170:5
171:15,18
172:15 176:10
176:20 177:19
183:12 189:25
201:4 202:19
214:21 218:10
236:7 244:24
**seeing** 16:14
204:10
**seek** 162:3 163:4
163:10 239:2
**seeker** 48:22
87:19 88:20
94:24 95:6
98:17 102:10
107:3,5,14,23
108:21 113:7
117:15,16,23
120:12,13
125:3 144:16
144:22 157:15
161:21 162:7
178:3 195:21

198:7,17
241:14
**seekers** 44:19
48:19 57:2 86:6
87:5 93:16 96:6
96:20 104:9,23
105:7 108:8,15
108:25 113:16
113:23 114:5,6
115:4 118:5,20
119:5 124:21
125:16 131:7
145:3,4 154:16
154:20 155:4
156:7 159:10
159:16 162:16
163:4 165:9
167:2 168:16
177:18,23
178:11,19,24
186:16,20
187:25 188:6
188:15 189:14
192:25 193:17
196:23 198:16
198:21 199:1
203:17 205:22
211:17 212:5
215:14 216:14
236:12,13
238:2,9 239:25
240:5,15,20,22
241:25 242:6
242:19,25
243:4
**seeking** 163:13
184:15 195:1
196:24 213:16
**seen** 7:20 14:16
14:18 33:8
50:24 51:10,11
59:12 60:25
70:1,21 81:14
81:16,18 90:10
90:14 121:13
121:24,25

149:20,25
156:11,13
181:1,7,8
**segregated** 91:25
97:9 100:19
**seizures** 11:14
39:17,18
**select** 20:20
217:8
**selects** 216:23
217:7
**self-inflicted**
55:17
**self-metered**
133:21
**semiautomatic**
165:15
**sending** 200:10
**senior** 127:8
**senior-most**
126:13,23
**sense** 62:21
194:24 236:2
**sent** 123:21 128:3
129:1 205:8
206:23 207:3
208:20 215:11
218:13 224:14
237:4,7
**sentence** 99:3
133:8,17
153:11 169:3,4
183:24 211:9
211:15 229:11
239:4
**separate** 18:22
21:21 238:13
**September** 214:9
227:25 241:12
241:21
**serve** 47:13
**Service** 28:21
**services** 1:24
6:11 56:24
173:11,21,22
174:11 253:23

**service-level**
127:9
**SES** 127:15
**set** 4:14,21 50:22
90:8 102:10
149:17,23,24
150:2,2
**sets** 136:15 184:9
184:10,11,20
184:21 185:2,5
222:22 223:2,4
**setup** 95:10,16
99:11 103:7,9
103:16
**seven** 49:2 75:15
218:25
**severe** 136:10,11
196:10
**severely** 199:6
**sexual** 196:8
**Sfields@mayer...**
2:7
**shade** 93:5 95:21
101:5 102:6
**shakes** 7:18
**share** 209:22
**shared** 213:4
**shelter** 224:20
225:10,11,13
225:16 227:22
**shelters** 207:14
209:2 221:4,7
221:18 224:18
228:4
**shift** 46:19 47:14
85:21 93:6
138:1 168:2
184:14 194:4,5
**shifted** 184:17
**shifting** 185:18
**shifts** 46:11
137:25
**Shinners** 2:9 3:8
6:18,18,22 8:10
15:7 19:13,20
19:21,24 22:2



26:10 32:23
33:4,6 37:1
43:25 44:8,21
45:16 47:23,25
48:8 49:1,23,25
52:4 53:2,25
54:12 57:25
59:4 60:9 61:1
61:11,24 62:11
63:2,21 67:17
68:11,14 69:14
70:14 71:2
76:13 78:19
79:7,19 80:22
84:20 86:8,10
87:7,22 88:23
88:25 93:20
95:3 104:11,25
105:10,18,22
107:17 108:24
113:10 115:8
117:17 120:21
124:3,23 125:5
125:19 127:22
127:24 129:7
129:13,21
130:7,12 131:9
135:22 136:3
137:4 140:9,15
142:8,14 143:9
143:12 144:4
148:5,19
149:10 150:7
153:18,23
154:24 155:7
155:13,17,25
157:19 158:19
159:11 162:4
162:19 163:7
166:3,5,10
174:7,24 175:6
175:12,17
176:1,4 177:9
178:5 179:2,9
179:16,20,23
180:11,18,21

181:3,15,21
182:12,16
183:3 184:2,4
185:7 186:23
187:22 190:25
191:5,15
192:17,20
195:25 198:10
199:2,4 200:12
200:15,18,20
200:22 201:25
205:12,14
207:24 208:15
209:10 212:20
216:16 217:22
217:24 219:23
221:15 233:24
235:9,16,23
236:1,2,5 238:5
240:8,16,24
242:21 243:15
244:11,16,22
245:1,17 246:3
246:8 247:25
248:13 249:5,6
249:8,13 253:2
253:9
**shoot** 233:2,2
**shooting** 34:11
**short** 68:10 153:6
235:8,12
**shorthand** 1:22
252:13
**shortly** 152:4,15
152:22 230:1
**show** 200:6
220:16
**showed** 14:20,23
48:22 49:9
130:19 159:13
242:8
**showing** 14:9
32:15 66:19
68:23 81:11
83:23 90:6
126:1 132:18

134:11 141:10
149:13 163:18
171:10 176:6
183:4,8 189:19
**shown** 156:4
191:13
**shows** 201:16
**sic** 45:11 197:22
217:19
**side** 37:13 76:9
83:5 111:5
138:5,6 167:8
173:6 176:22
176:25 206:7,9
220:17 230:21
230:22 232:3
234:18 237:9
**sidearms** 165:21
**sides** 99:15
**sign** 248:23
**signature** 3:9
141:25 142:11
250:1 251:2
252:22
**significant** 34:4,8
60:1 66:5 80:8
99:14 142:15
147:20 229:25
**significantly**
75:11 184:21
199:7
**similar** 21:21
98:25 101:23
113:13 117:20
118:10 119:4
137:13 149:22
184:25 192:15
212:17 213:4
213:16,22
226:11
**similarly** 112:24
**simple** 205:2
**simply** 13:1
**single** 196:5
**sir** 7:10 12:12
17:10 20:6 23:8

24:20 28:11
31:22 35:7 36:4
36:23 37:7
40:16 51:23
71:23 74:24
75:17,19 80:14
90:16 91:2,16
91:20 92:15
99:25 100:14
101:12 104:7
104:21 105:15
108:10,18
109:4,8,25
110:13,19
111:24 113:5
115:25 118:7
118:13 119:7
119:12,14
120:5 121:10
123:5,9,13,15
123:17,20
125:18 126:14
126:17,19,21
126:25 127:3
128:8,23 132:3
133:1 134:18
135:19 138:6
138:13 147:22
150:3 156:20
159:25 164:11
172:17 175:3
176:21,24
178:4,22
181:14 209:18
**site** 175:22
180:24 182:5,6
**situation** 136:18
**situational**
231:10
**six** 49:6,12,13,14
49:22 50:6 52:1
**size** 56:5
**sleep** 58:19 72:4
**slight** 7:21
**Slocum** 2:20 6:24
26:11 155:18

155:22
**slower** 57:6
**slows** 59:17
**small** 43:3 54:18
85:13,16 87:1
101:3 115:1,1
119:17 209:11
**smaller** 174:22
**smugglers**
183:21
**social** 13:22
**soil** 93:16 98:17
102:11 115:18
119:6 151:11
151:13,14
165:10 166:18
167:2,3,10,12
205:22 206:4
207:12 247:2
247:17,21
**Solange** 2:22 6:9
**somebody** 66:18
148:9 170:11
187:10 196:19
**somebody's**
102:15 103:1
**someone's** 89:17
90:1
**something's**
130:17
**somewhat** 168:18
174:18 194:18
**sorry** 19:15,19
20:3 22:6 28:10
35:11 36:15
57:14,16 65:6
70:15 75:23
77:11,14 79:9
79:20 90:22
91:4 92:23
101:9 103:15
109:5,19
111:21 119:3
120:21 125:21
126:20 128:16
133:9 134:12



142:9 143:12
146:12 149:14
149:23 155:14
155:18 170:20
178:6 179:11
179:22 180:19
181:5 183:5
184:3 185:7
187:9 200:15
204:17 205:13
208:4,6,7,18
214:14,25
222:3 236:23
238:24 239:15
**sort** 51:9 181:19
217:18
**sound** 75:24
92:16 97:20
101:14
**Sounds** 21:21
**southern** 1:2
2:15 6:5 66:4
252:2
**southwest** 124:17
**southwestern**
69:13 128:24
139:20 155:5
**space** 73:12,13
73:15 94:22
95:7 101:16
102:16,18
103:1 117:7
151:16 173:9
173:10 196:9
210:6 221:17
**spaces** 58:9 75:6
**span** 92:8 110:10
120:1 160:5
**Spanish** 17:9
**spans** 101:1
**spark** 168:1,6,9
**speak** 21:25 22:7
22:10 25:8 34:9
34:13 36:9,16
36:20,24 39:15
39:23 40:3 52:5

71:10
**speaking** 20:1
23:12 63:3
160:4
**special** 39:19
**specific** 61:25
62:2,5,19,19
63:12 66:21,25
78:4,6 87:23
108:22 181:24
198:20,21
212:3 244:12
244:18
**specifically** 38:7
67:3 74:3 79:4
81:3 87:4 110:6
110:8 112:12
115:11,16
124:5 145:5
160:24 221:22
228:8
**specificity** 91:6
151:5
**specifics** 105:19
161:7,11
212:22
**speculation**
162:20 163:8
217:25
**spell** 10:17 23:7
226:18
**spent** 19:3 20:17
175:19
**spoke** 22:11,12
22:19,20 40:1
175:19
**spread** 56:10
**spring** 24:8
108:14 114:3,6
114:10 118:11
118:12
**staff** 35:24 91:11
113:14 114:19
**staffing** 72:12,21
91:13 92:12
106:19 107:5
115:2 186:6

**stage** 54:15
**staged** 111:4,5
209:1
**stand** 86:1 91:13
92:12 97:24
98:10,11,21
99:9 106:16,19
120:4,9 135:8
138:7 142:4
202:21 207:20
229:13
**standard** 51:1,2
59:20,21 60:21
**standards** 64:9
**standing** 62:8,18
94:14,15,18
97:23 98:14
105:19 117:1,3
167:6
**stands** 224:23
225:1 229:20
**Stanton** 37:25
38:9,14
**start** 16:5 75:10
136:14 139:15
200:3
**started** 24:7
29:11 54:4,5
86:20 110:20
136:14 159:19
177:25 184:24
184:25 189:7
223:21 230:1
242:9,14
**starting** 133:14
168:17 169:3
**starts** 91:22
128:2 190:11
**state** 1:22 6:13
8:19 10:17
27:21 70:21
89:1 129:15
172:15 173:25
191:12 217:3
217:16,17,21
223:7 228:11

229:16 238:14
240:4,13
248:20 251:11
251:23 252:14
**stated** 16:5 159:9
207:10
**statement** 181:19
182:3 188:11
**states** 1:1 6:4
82:17 93:23
130:17 142:18
145:22 152:2
152:13 157:13
158:17 164:17
171:24 172:2
172:11 190:17
195:2,22
196:25 210:6
211:13,18
212:12 225:8
252:1
**static** 234:8
**station** 2:11
112:16 144:12
167:15
**stationed** 88:6,17
88:21 89:12,23
95:1 98:3,8
101:24 102:20
106:13 107:22
112:15 116:21
116:23 117:21
120:2 136:24
137:17,18,21
137:23 144:15
146:11,16,24
147:8,14 160:2
160:14 161:4
161:12,20
165:19 166:25
205:24 235:2
**statistics** 169:10
**status** 128:20
130:1,20
**statute** 50:9,10
58:24 59:7,8

60:4
**statutory** 186:21
**stay** 53:17 151:15
**staying** 172:8
**steel** 92:1
**step** 93:3,10,10
93:16 94:24
98:17 102:3
151:10 247:2
**stepping** 167:2
207:12
**steps** 45:7 178:16
192:2 247:20
**stop** 54:7 183:7
247:15
**stopped** 86:21
164:20 177:4
**stopping** 120:18
225:8
**stops** 59:18
**stories** 27:12
**story** 241:14
**straightforward**
196:4
**Street** 2:5,15
253:23
**strike** 35:11
46:13 52:22
67:12 88:18
92:23 104:18
111:21 149:5
168:10 176:17
181:16
**string** 169:18
**structure** 106:18
**structures** 91:9
106:7,21,24
107:1 110:1
119:21,24
**stuff** 25:24
**subbullet** 210:5
**subinspector**
227:6 233:13
233:17
**subject** 69:1
88:12 108:3



118:1 132:22
134:15 141:14
163:21,23
183:11 189:23
197:23 201:2
206:18 214:10
218:9 224:9
236:17 238:10
239:10,13,16
241:13 243:13
243:16,22,23
244:2 247:1
subjected 237:21
subjects 218:19
225:7 239:17
240:9
submitted 252:20
subscribed
251:16
substance 26:3
substantive
191:20
successful 189:3
successfully
56:14
sued 13:15
sufficiently 80:20
suitable 72:6
73:4,10,23 75:3
Suite 2:15
summarizes 84:6
summary 4:12
83:25 84:21
summer 24:8
118:11,12
204:22 223:25
sunburned
164:19
sunny 102:5
supervisor 42:21
42:25 43:2 65:8
161:2 166:14
207:1 229:4
supervisors
45:10 160:7,12
166:25 198:14

supervisory
206:24
Supplemental
4:13 90:7
supplies 35:23
suppo 238:10
support 73:17
supposed 88:6
98:10,11
107:23 117:22
137:25 158:13
173:6 181:9
188:4 237:10
238:2,7
sure 9:16 15:21
35:18 39:16
45:1,5,7,9 52:8
62:1,5 71:4
72:2 86:12
90:15 95:23
103:20 120:17
134:23 136:6
149:25 150:1
154:2 155:16
160:11 163:22
164:9 173:3
175:16 191:4
191:15 192:23
195:24 196:2
201:23 208:16
209:13 211:7
229:21 245:1
surge 54:5 146:6
146:8 184:12
184:15,18,24
204:5 212:2
246:18,20
surges 53:16
131:20 197:5
surprised 112:7
surrounding
181:19
suspect 90:1
suspended 17:17
sustainable
184:19

swapped 103:20
SWB 69:2 128:21
128:24 130:1
139:14
swear 7:1
sworn 1:19 7:3
252:16
swung 111:8
Sydney 2:4 3:7
6:16 199:10,16
200:9 253:1,8
symbols 37:14,15
system 47:4
189:13 212:17
212:21,25
224:20 225:10
225:11,13,16
227:22 237:21
Systems 30:7
S-A-M-U-E-L
10:20
S1 134:24 135:14
135:15 136:2
190:23
S1's 190:17

———————
T
———————
T 3:4
tactical 41:22,25
42:7
take 8:16 9:23
15:17 19:7
20:23 21:12
24:21 32:18
33:11 42:9 45:7
51:24 53:5
56:13 57:6
64:19 65:1,13
65:23 67:5
68:10 73:9 80:7
80:17,23 87:24
88:15 89:19
96:25 97:21
107:20 114:20
114:22 115:2
117:18 120:15

120:17 136:12
143:22 144:9
144:10,17,21
145:1,3 150:7
153:23 156:17
160:18 161:18
161:19,24
162:1 163:16
169:19 182:10
194:17 201:22
205:3 207:5,7
207:22 223:4
228:4 235:8
236:5 243:17
245:3
taken 1:19 9:19
9:23 42:7 64:20
68:18 105:4
113:12 118:22
120:25 182:21
192:2 235:19
245:6 253:5,17
takes 56:9,11,25
57:5 66:2
talk 7:23 61:18
63:11 86:5 96:1
100:9 104:8
164:16 219:19
talked 11:24
137:14
talking 47:16
62:16 63:23
76:16 130:13
197:20
Tamayo 141:20
target 78:22 79:4
Taser 165:16
166:9,11,12
168:1
tasks 30:9
team 69:17 77:12
79:10 135:13
141:22 142:1,3
142:5,10
tear 103:22
tech 6:9 155:21

185:11 200:9
technically 94:20
TECHNICIAN
2:23
telephone 18:4,6
18:8 26:12
139:15
tell 8:4 9:20
23:11 57:4 65:7
73:15 88:6
107:23 113:16
115:16 117:22
120:13 130:4
144:9,23
147:16 158:16
161:21 169:7
180:15
telling 25:16
temporarily
72:24 234:14
temporary 73:2
75:9 91:10
194:9,10
211:22
ten 12:15 56:10
97:15 99:5
tend 64:22
tended 246:20
Tennessee 27:21
tenure 48:17
Teresa 22:25
37:24 49:15,17
75:16,23 118:4
118:6,9,16,21
119:11,17,20
120:3,6,11
123:11
Teresa's 75:25
term 49:21,24
50:5,15 51:5,8
51:25 60:7
85:25,25
110:11 192:24
193:2 197:13
198:2,3
terms 63:6,10



MAGNA
LEGAL SERVICES

**terrible** 17:9
**territory** 93:11
  101:25 102:6
  164:21 167:9
  167:16
**test** 168:1,9 177:9
**testified** 7:3 11:9
  11:22 12:4 28:6
  67:14 121:7
  158:10 180:7
  190:23 199:17
  205:16 214:13
  215:17 216:2
  239:9 243:12
**testify** 7:7 10:4
  13:4 15:15
  16:22 17:11
  18:12,16,19
  20:13 21:2,16
  21:25 22:8
  25:23 63:11
  248:7
**testifying** 9:9,24
  15:1
**testimony** 7:17
  12:8,23 22:3
  52:23 66:6
  67:18 98:2
  119:4 247:7,9
  248:15 252:18
  253:5
**tests** 168:6
**Texas** 1:22
  134:16 141:14
  142:21 146:2
  153:8 164:8
  168:12,19
  215:11 251:11
  252:14 253:21
**text** 157:2 205:7
  205:9,10 216:3
  248:10,15,17
**texting** 10:13
  246:1
**texts** 205:8
**Thank** 7:6 20:2

23:10 33:5
35:11 36:20
38:7 44:15
149:12,12
155:17,22
176:5 183:3
200:14,22
201:15 202:7
205:15 206:22
209:17,18
210:5,14 211:3
212:10 214:5,7
214:25,25
215:2,5,8 218:5
218:11,14
219:2,25
224:12 226:1
226:20 229:10
232:9,14,25
234:5 236:8,22
236:23 237:17
244:20 246:24
249:4,16
**thanks** 16:9
192:21 238:19
**theirs** 54:21
**thing** 35:23 66:23
72:17 119:19
146:24 148:14
158:9 177:12
194:11 196:8
204:7,12
**things** 22:16 61:6
65:22 76:18
103:21 110:6,9
**think** 14:19
17:16 18:21
21:24 27:1,23
28:3,5 29:1
36:7 39:21 43:1
44:10,11 51:17
53:12 58:8
59:24 62:7,22
63:3 67:24
69:16 71:19
74:20,22 76:15

78:15 81:7 89:8
90:12,13 95:20
100:10 101:8
102:4 103:6
105:2 109:12
110:11 118:17
119:25 124:12
127:8,9,14
128:5 129:14
131:12 136:5
138:17 140:4,6
141:23,24
145:11,12,17
149:21,22
150:13 154:19
156:12 162:5
162:16,21,22
162:23 163:3,6
163:10 164:8
168:12,17
173:2,21 174:8
174:9,23
178:12 181:7,8
181:9,23
182:14 187:10
187:24 188:22
190:13,23
192:5 193:4
194:2,13,15
198:21 203:19
204:4 213:6
214:3 217:2
220:11 221:16
221:16,19,21
221:23 223:25
227:23 230:4,8
233:13 234:17
234:18 235:11
235:18 236:2
245:19
**thinking** 234:24
**thir** 169:2
**third** 35:8 164:2
169:3 186:13
248:10
**Thome** 31:8

201:1,17,20
202:11,24
203:3,10 206:5
**Thome's** 201:11
**Thomson** 171:20
171:24 172:2
**Thomson's**
171:18 172:9
**thought** 53:10
100:1 139:14
140:22 158:24
**thousands**
241:24
**threatening**
165:17
**threats** 157:7
**three** 23:20 24:16
32:9 36:14 46:4
46:11 72:13
83:12 86:17
92:1,3 96:11
100:3 164:23
248:5
**throughput**
192:24 193:2
**tickets** 178:10,12
**Tijuana** 212:24
213:24 214:1
241:25 243:9
**time** 1:21 6:7 7:7
7:21 8:10,10,20
14:24 15:18,24
16:2,3,6,6,7,7
20:17,19 24:7
29:9,10 30:11
30:17,25 31:1,7
31:11,13 32:18
33:7,24,24
35:15,15 41:21
41:21 42:7,22
52:3 53:8,22
54:16 57:5
59:25 64:10
65:2 66:2 68:10
68:16,19 71:5
72:12 73:1

74:11,14,16
75:13 76:23
80:18 85:18
86:6 87:25
90:24 95:21,23
95:24 96:5,22
105:4 106:22
106:23,25,25
107:20 108:17
110:5,10 112:8
113:12 114:18
117:18 118:15
118:23 119:24
120:1,15,15,23
121:1,6,6
125:10,15
126:9,12,15,22
127:1 128:7
131:15 136:8
138:24 139:23
140:2 141:22
144:9,16,19,25
145:4 146:12
146:15,25
147:8,15
148:18 150:7
152:7,19 155:2
155:5 156:17
158:13 161:14
161:24 162:1
168:4,17
170:16,19
172:5 173:17
178:23 182:9
182:19,22
185:12,15
188:20 190:2,5
191:7,10
192:10 193:12
193:23 194:11
195:17 197:20
201:12 203:14
206:24 209:24
212:19 213:6
217:4 220:20
222:22 230:1



230:15,15
231:9 233:11
235:1,10,10,18
240:23 241:1
243:24 244:5
245:4,7 248:1
249:17 252:24
253:5
**timer** 235:14
**times** 19:5 26:14
46:4 92:19 93:7
101:24 118:18
118:18 119:19
137:19 151:12
151:14,17
154:15 160:21
160:23,24
161:1 188:25
189:10 220:5
226:25 228:1
233:19 241:14
241:23
**timing** 223:15
**Timothy** 218:8
**title** 11:3 28:17
28:20,25 33:15
84:4 187:15
233:12,13
236:20
**titled** 14:11 90:7
149:15
**Tobias** 32:11
**today** 6:6 7:7
9:11,20,23 10:5
15:2 16:23
17:12 21:2,16
21:25 22:8 25:6
25:9,12,15,23
36:11 39:24
40:5 43:14
107:4,7,12
142:12,19
164:15 169:9
194:24 201:3
216:8
**today's** 27:4

**Todd** 51:22 69:1
121:9,17 126:6
126:15 134:15
141:13 190:10
**told** 11:8 17:25
24:5 25:24
73:13 87:21,24
88:13 89:18
96:21,23,24
104:23 105:4
107:5,15,19
108:5,6,21
113:8,9,11
115:5,7,9,10
117:16 118:2
118:20,22
119:1 120:14
130:18 144:16
146:10,15,20
146:23 147:3,6
157:12 166:15
168:7 215:12
227:21 229:21
**top** 97:5 100:2
111:2 150:25
151:25 164:21
169:17 201:20
202:1,16 206:6
208:19,20
212:10 228:15
231:3 234:4
236:22
**topic** 15:16 16:15
16:22 17:2,11
23:19 142:18
199:11,19,25
**topics** 15:12,15
21:9,11 23:16
209:8
**Tor** 104:18
**Tornillo** 23:4
24:11 37:19
38:1 42:20
48:23 49:16,18
54:14 75:22
76:4 104:8,10

104:13,16,20
104:22 105:6
105:14,17
106:8,14 107:4
107:10,15,18
107:22 113:14
119:5 123:14
172:10,10,16
173:4 174:1,12
174:20,21
175:20,21,22
**Tornillo's** 54:14
**Torres** 22:21
23:3,12,17
24:10 27:9
**total** 26:19 71:17
75:22
**touch** 134:22
**touched** 21:10
**track** 45:13,19
66:11,14 194:3
194:19,21
**tracking** 193:24
194:25
**trade** 35:25
38:12 41:22
186:14 188:10
**traffic** 13:7,10
39:16 92:4,7,11
92:20 93:1,25
94:5,10,16,20
95:18 99:21
102:2,3 106:3
109:16,24
111:6 143:3
147:24 148:17
**trained** 166:11
167:1,15,17
168:5
**training** 43:5
165:24 166:1,7
166:8 168:2
**Tran** 2:22 6:9
**transcript** 11:15
11:20 248:21
249:1 252:17

252:20 253:13
**transcripts** 20:12
20:15,18,21,24
249:9
**transferred**
28:21
**transgender**
196:8
**transitioned**
31:18 42:4
**transmission**
7:22
**transmitted**
46:24
**transport** 56:20
72:14,24 73:19
210:9
**transportation**
72:21
**transports** 66:1
71:8 217:9
222:24
**travel** 119:19
146:21 148:13
148:23,25
186:14 193:3
198:22 199:7
**traveler** 44:12
**travelers** 44:14
149:3
**treated** 146:3
186:20
**trial** 6:9
**Tribune** 215:11
**tricky** 63:3
**tried** 136:11
**trouble** 149:11
**true** 124:19,25
127:12 131:12
167:11,14
195:1 196:24
240:3 251:3
252:18
**truth** 9:20
**truthfully** 10:5
13:5

**try** 64:22 183:6
184:17
**trying** 50:21,21
55:17 148:21
167:7 212:2
234:15 236:20
**Tuesday** 241:15
**turn** 16:25 34:17
57:2,3 76:7
108:7 113:22
149:5 151:22
199:9 210:8
**turnbacks** 16:16
17:7 158:4
199:24
**turned** 154:21,25
155:4 178:25
188:17 189:15
190:20 206:2,8
**turns** 211:2
**twice** 112:2
196:20
**Twitter** 5:5 176:8
176:19
**two** 23:20 24:16
26:18 29:15
34:23 38:12
39:14 41:6
58:17 66:2 75:8
92:10 94:9
117:7 119:18
133:18 159:8
160:24 168:24
175:13 203:20
218:16 229:14
**two-page** 126:3
**Tyler** 218:8
**type** 21:20 35:23
44:12 56:19
59:17 66:23
69:21,23 70:11
72:16 73:1
77:10,11 110:9
119:19 146:3
146:17 148:13
158:9 178:2



194:11 196:8
202:15 203:23
204:6,12
233:14 245:23
**types** 39:14,18
53:17 65:24
95:21 110:18
246:16,23
**typically** 53:17
57:6 106:4,13
226:20 228:22
**typo** 163:22

___

**U**

**UAC** 172:20
173:19
**UDAs** 83:5,9
**Uh-huh** 68:14
174:21
**uh-huhs** 7:18
**Um** 153:18
**unable** 87:24
88:15 96:25
107:19 113:9
113:11 118:22
120:14 144:24
193:21 195:7,8
197:6 239:21
243:20,24
**unaccompanied**
89:19,22 90:1
164:20 196:6
223:12
**uncommon**
174:19
**undergo** 165:23
**underlined** 91:18
**underneath**
172:16
**understand** 7:18
8:2,4,8,14,22
9:1,4,7,9,19,22
10:1,7,12 15:1
15:4,14 25:14
25:20 28:23
45:10 46:22

52:23 81:21
86:3 148:1
160:11 210:3
211:14 237:7
242:11
**understanding**
9:14 44:13 67:4
78:2 104:21
106:15 108:13
108:18 112:22
114:3,8,12,24
118:10 131:5
134:5,8 137:6
142:13,15
148:21 149:2
150:17 152:17
154:2 159:18
159:18 167:17
168:8 178:22
179:3 180:17
180:23 182:5
197:13 213:20
213:23 216:15
216:18 217:11
217:14,17
229:25 233:7
237:10
**understood** 8:3,8
25:21 48:4 64:1
72:19 199:18
199:25 212:4
**undocumented**
83:10 146:19
147:5 148:22
149:3 161:25
197:20 239:22
243:16,23
246:15,16
247:1,20
**unemployed**
28:13
**unfortunately**
150:14
**unique** 56:10
**unit** 43:6 146:1
147:9 196:6,7

229:3 230:20
246:20
**United** 1:1 6:4
157:13 158:17
164:17 195:2
195:21 196:25
211:12,18
225:8 252:1
**units** 57:9 143:1
145:23 146:23
148:16 196:17
246:16,18,19
**University** 27:21
**unobstructed**
92:9 101:3
**unsworn** 12:10
12:11
**unusable** 72:18
**unusual** 76:19
**update** 69:2
128:10
**urge** 167:8
**usable** 73:8 74:15
75:6
**use** 24:5 50:20
52:13 61:12
72:23 78:24
79:22 85:25
104:14 106:4
111:12 116:10
116:11 166:9
166:12 173:12
192:9 246:20
**uses** 79:15
**usual** 7:22
**usually** 52:19
56:19 64:10
76:22 77:10
193:3 219:12
228:14,17
230:19 231:22
234:1
**U.S** 2:10 6:18,21
6:23 8:25 9:3
11:1 14:12
28:21 49:3,13

91:8,14 93:11
93:16 98:17
101:25 102:6
102:11,19
115:17 119:6
123:23 124:1,9
124:11,15
130:20 132:23
138:5,6 139:20
151:11,13
156:6 157:11
164:21 165:10
166:18 167:2,3
167:10,12
175:1 186:7
193:1,25
194:20 205:22
206:4,7,9
207:12 212:5
213:5 232:3
247:2,17,21

___

**V**

**V** 10:19
**vague** 19:13
45:16 53:2,3,25
57:25 61:1
124:3 130:12
143:9,13 144:4
147:2 154:24
155:7 240:8
242:21 247:23
**various** 69:12
139:16 162:13
247:3
**vary** 170:7
**vehicle** 91:25
93:6,8 97:10
100:19
**vehicles** 39:17
193:3
**verbal** 178:20,20
200:5
**verbally** 113:19
138:21 139:13
140:7 161:5

**verified** 65:10
**versus** 6:4 65:14
230:7 246:16
**viability** 148:12
**Victor** 10:20
218:13
**video** 5:5 26:7
176:9,19 177:2
177:3,4,10,17
242:8
**videoconference**
26:25 27:1
**Videographer**
2:21 6:1,9,25
15:23 16:2
68:16,19
120:23 121:1
182:19,22
185:12,15
191:7,10 245:4
245:7 249:17
**VIDEOTAPED**
1:13,17 3:1 4:1
5:1
**view** 125:12
131:17,17
152:24 173:21
197:24
**violations** 53:17
53:18 222:23
**violator** 72:23
**violators** 65:25
**violence** 34:11
157:5 228:13
229:14,17,24
233:25
**Visa** 232:17
**visas** 211:22
**visible** 89:10
165:18
**visit** 174:16
175:4 179:19
**visited** 175:7,8,22
176:20 179:7
179:15
**visual** 89:11,23



147:21
**voice** 187:10
**VS** 1:6 252:6

**W**

**Wagner** 134:15
134:21 139:11
141:13
**wait** 7:24,25
87:21,25 88:1
96:21,23,24
104:23 105:3,5
107:20 108:21
113:12 115:6,9
115:10,11,12
115:14,16,17
115:21 117:19
118:20,23
119:6,8 120:16
137:8 144:11
144:25 147:6
155:15 188:20
196:13 217:13
220:15 221:10
223:5 239:23
240:12 242:6
242:11
**waiting** 65:4 83:5
86:23 87:1,5,10
87:12,14 137:9
137:9 165:14
177:14 185:4
188:20 196:21
196:22 214:11
220:24 222:15
237:9 239:2
242:1
**wait-list** 177:18
177:22 178:10
**walking** 89:5
247:14
**want** 32:25 37:18
52:7 62:1,5,17
90:2 120:17
140:13 150:9
153:6 156:17

169:19 181:23
182:10 191:12
192:8 232:17
235:24 236:1
244:25 249:11
**wanted** 23:24
33:1 86:12
134:22,24
136:7 139:13
245:10 248:20
**wants** 190:19
232:12,16
**warn** 130:9
**Washington** 2:6
2:12,16
**wasn't** 54:16
74:15 131:12
138:23 184:19
209:13 219:16
**watch** 22:11
28:23 29:6,7,11
29:12,19,20,21
30:10,11,14,20
31:4,18,19 32:5
32:8 45:9 46:18
47:9,11,12,15
47:16,17,19,20
48:2 78:11
160:8,12 161:2
204:22 219:4,6
219:10,10,13
219:14 226:4
**water** 71:9
**way** 19:18 30:1
45:11,20 48:13
72:16 89:4,8
99:16,16
131:12 147:4
162:22 185:4
187:19 189:11
220:22 225:12
247:17
**ways** 188:8,13
**weapons** 165:23
166:8
**wear** 103:22

**weather** 93:7
102:1
**weathering**
103:22
**web** 7:21
**Webex** 1:23 18:6
26:13
**websites** 25:19
**Wednesday** 6:6
**week** 137:16,17
137:20 138:23
139:17 169:10
178:13 207:13
219:1
**Weekly** 132:22
**weeks** 14:19
17:18 18:14
19:2 86:18
96:11 187:8
**welcome** 32:18
121:3 150:10
156:16 182:24
**Wells** 37:21
43:24 44:3
**went** 19:5 227:24
**weren't** 53:13
74:17 75:6
137:23 145:6,9
212:22 213:1
**we'll** 45:9 51:24
185:23 191:21
194:23 211:3
**we're** 15:24 16:3
45:5,5 46:1
47:15 53:18
56:17 60:13
61:16 62:16
68:9,17 73:6
85:2 87:24
88:15 90:6
96:24 107:7
120:24 121:2
141:10 144:8
144:10,17,24
144:24 145:1
145:20 160:18

160:18 161:23
174:13,13
182:14,14,20
182:23 185:13
185:16 188:21
191:8,11
195:14 200:22
212:25,25
216:8 231:11
231:11 239:21
243:17,24
245:5,8 248:9
249:14,19
**we've** 33:1 63:7
68:8 95:21
103:20 108:20
158:7 182:10
188:12 197:19
228:15 235:6
235:17,19
236:11 238:20
241:3 248:18
**WhatsApp** 205:9
**whatsoever** 59:6
59:7 227:15
240:2,18
**widely** 181:10
**width** 92:8 101:1
**William** 132:21
**willing** 135:1
204:11
**wing** 215:22
**wire** 111:2
**wish** 8:16
**witness** 1:18 7:1
17:15 18:1,13
18:16 20:13
37:2 44:2 63:10
68:15 70:17
71:4 86:9,11
88:24 89:3
105:21,23
144:6 179:22
180:19,22
184:3,6 208:9
209:12,18

214:25 235:25
236:23 248:23
252:16,19,21
252:22
**women** 179:19
**word** 85:11 148:1
177:13 213:7
246:20
**wording** 137:7,9
**words** 30:5 72:17
87:9 163:1
189:2 195:13
211:23 223:2
230:20
**work** 23:21 27:16
28:12 43:13,15
74:19 76:16
184:19 211:22
229:19
**worked** 11:5 13:1
28:3,13 213:11
**working** 28:7,16
77:17 150:11
**workload** 56:15
223:3
**works** 164:7,13
214:14
**worth** 18:20
235:19
**wouldn't** 78:24
99:22 111:6,12
161:15 182:2
202:3 214:22
236:21 244:22
247:13
**write** 129:5,5
131:22 177:22
**writes** 134:21
**writing** 66:16
140:13 241:24
242:10,14
**written** 12:8,23
60:18 88:7
107:25 113:15
117:24 138:14
139:14 140:8



MAGNA ▶
LEGAL SERVICES

140:13 177:18
**wrong** 52:11 54:3
  128:6 158:7,22
  158:25 182:4
  232:13
**wrote** 66:15
  128:19 129:25
  131:1 132:1,3
  168:21 202:24
  203:4 215:12
  224:14 225:18
  227:6 229:12
  232:16 234:7
  237:7 238:25
  241:24
**www.MagnaL....**
  253:25
**www.MagnaL....**
  1:25

---
**X**
---
**X** 3:4

---
**Y**
---
**yards** 106:2
**yeah** 12:18 18:24
  30:1 36:18
  59:13 62:17
  65:5 66:14
  68:12 78:2
  86:11 89:11
  94:20 122:15
  125:22 128:6
  133:12 140:16
  141:24 147:13
  150:9,13
  152:24 153:6
  157:19,22
  160:16 161:15
  169:2 170:7
  182:16 184:17
  185:10 190:15
  192:17,18,18
  195:24 196:2
  201:9 207:25
  219:4 225:11

235:22 241:11
**year** 27:22 28:15
  28:24 29:1,3
  36:5,7,8 152:25
  187:1,1,2,3,4,6
  226:25
**years** 12:15,15,16
  43:1 189:4
  227:21
**yep** 156:23
**yesterday** 194:23
**yes-or-no** 90:17
  150:4
**Ysidro** 124:22
  125:3,11 131:1
  131:7,13,24
  132:1 159:10
  213:22 244:15
  244:19
**YSL** 210:7
**Ysleta** 37:25
  38:10,18 49:15
  49:18 71:22
  96:18 98:25
  100:5,9,10,18
  101:18 102:10
  103:8,9,17
  123:4 172:2
  205:17,20
  222:7,7
**y'all** 200:15

---
**Z**
---
**Z** 195:11
**Zeke** 22:20
**Zone** 38:12
**zoom** 133:10
  186:9

---
**0**
---
**0** 172:11
**00:00** 253:2
**00:02** 253:2
**0084250** 241:11
**01:09** 253:1
**05:19** 253:1

---
**1**
---
**1** 6:2 92:3 100:22
  100:23 101:3
  101:16 102:9
  102:15,17
  103:1 113:4,5
  117:8,9,10,11
**1st** 8:21 38:17
  112:2 227:23
**1:01** 121:1
**10** 97:15,25 98:1
  98:14,21 99:5
  113:4 117:9
  187:7 218:19
**10th** 141:19
**10-15** 180:10
  181:20
**10:11** 15:24
**10:33** 68:16
**10:54** 68:19
**100** 18:20,23
  147:19
**1000** 218:18
**1006** 4:12 83:25
**11** 72:11
**11th** 134:14
  141:4,12 218:7
**11:00** 235:18
**110** 85:4,5
**1101** 2:15
**115** 71:19,24 72:7
  73:20
**116** 71:18
**12** 75:23 76:1
  83:18 114:25
  187:4
**12th** 141:5
**12/31/20** 253:22
**12:11** 120:23
**121** 4:5
**125** 4:16
**13** 156:23 214:9
**132** 4:17
**134** 4:18
**14** 4:6 43:1 91:17

100:16 151:23
**14th** 176:9
**141** 4:19
**149** 4:20
**15** 15:15 17:2
  43:1,1 97:6
  199:11,19,25
  245:3
**15th** 171:13
**155** 4:23
**159** 4:8 33:2
**16** 131:23 159:8
**16th** 68:25 71:1
  71:16 75:15,21
  76:3 79:23 80:3
  80:10 84:9
  126:5 128:3,8
  128:10 129:17
  130:24
**16-year-old**
  164:20
**160** 4:9 32:14,16
  32:25 33:2
**1600** 189:24
**161** 4:10 68:22,24
**162** 4:11 81:10,12
**163** 4:12,24 83:21
  83:24
**1635** 253:23
**164** 4:13 90:4,7
**165** 4:16 125:25
  126:2 159:5
**166** 4:17 132:17
  132:19
**167** 4:18 134:10
  134:12,13
**168** 4:19 141:8,11
**169** 4:20 149:8,15
**17** 157:3
**17th** 2:15 84:25
  85:3 126:5
  174:2 200:25
**17-cv-02366-B...**
  1:5 252:5
**170** 4:23 155:10
  156:4

**1700** 218:18
**171** 4:24,25
  163:17,20
**172** 4:25 171:9,11
**173** 5:5 175:25
  176:7 242:9
**174** 5:6 189:18,20
  191:16
**175** 5:5,7 200:7
  200:25
**176** 5:8 206:13
**177** 5:9 214:7,9
  238:19,21
**178** 5:10 218:4,7
**179** 5:11 224:4,6
**18** 91:1
**18th** 132:20
  133:12 134:1
**180** 5:12 236:10
  236:14
**181** 5:13 241:7,10
**183** 4:7
**189** 5:6
**19th** 84:11
**19103** 253:24
**199** 3:7
**1994** 27:23
**1996** 11:8 28:9,10
  28:16
**1999** 2:5

---
**2**
---
**2** 15:15,16 16:15
  33:14 92:10
  93:14,24 94:9
  94:16,18,22,25
  203:2
**2nd** 170:2
**2-foot** 95:6
**2:31** 182:19
**2:49** 182:22
**2:52** 185:12
**2:53** 185:15
**2:55** 139:12
**20** 1:15,20 3:2
  4:2 5:2 87:1



210:7,9 235:7
252:11
**20th** 6:6 84:25
85:3 152:19
**200** 5:7
**20006** 2:6
**2003** 11:6,7
**20036** 2:16
**20044** 2:12
**2009** 29:2
**2010** 29:2 229:25
231:14
**2011** 229:25
231:14
**2016** 8:21 28:7
54:4,24 57:23
86:6,13,17,18
95:12 96:5,11
96:22 99:13
103:8,18 104:8
108:8,25 110:4
113:23 117:12
118:5 132:7,9
132:13,20
134:1,4,14
135:20 136:1
136:25 137:12
138:15 139:23
140:21 141:12
141:19 143:15
146:2 152:6
153:9,13,15
154:3,3,12,18
154:22 158:5
158:12 175:21
178:13,17,20
178:23 184:7
184:13,17
185:18,22
187:7,7 188:25
200:25 203:15
204:5 207:10
213:12 246:12
**2017** 29:5 156:8
**2018** 4:12 24:8
51:20,22 54:5

55:4,4 69:1,10
71:1,17 75:15
75:21 76:3 77:9
79:24 80:3,11
81:24 82:5 84:9
84:9,11,25 85:1
85:3,3 86:19
88:10 96:12
118:11,12
121:8,17,21,24
122:2 124:21
125:2,15 126:5
128:3,10
129:17 130:24
131:6,15,21,23
132:5 137:14
152:3,5,15,18
152:21 153:22
154:3,7,13,18
154:23 158:5
159:1,8,16,17
159:20,25
163:20 171:13
174:2 176:10
176:12 183:9
184:12,23
185:23 187:5,5
189:21 204:13
204:19,22
208:21 223:25
224:1
**2019** 104:17,20
107:13,24
108:14 110:19
112:2 113:6
114:4,5,6,10
179:8 187:1,5
188:21 189:5
206:16 207:23
208:13 214:9
218:7 223:16
223:21 224:7
227:24 233:11
236:16 241:12
**202.263.3221** 2:6
**202.355.4471**

2:16
**202.598.8259**
2:12
**2020** 1:15,20 3:2
4:2 5:2 6:6
17:16 38:17
86:19,20 87:2
87:12,13
100:12 112:3,4
189:7 252:11
253:19
**206** 5:8
**21** 151:2,4
**21st** 206:16
**212** 198:24
**212(a)(7)(A)**
198:5
**212(7)(A)(i)**
197:22
**214** 5:9
**218** 5:10
**224** 5:11
**226** 74:13,21,23
74:25
**235** 197:2,10,23
197:25 198:4
**236** 5:12
**24th** 189:21
**240** 197:4,11
**241** 5:13
**246** 3:8
**25** 83:13
**25th** 112:3
**250** 3:9
**252** 3:10
**26th** 236:16
**27** 122:2
**27th** 121:17,21
**28th** 241:21
**29** 241:12
**29th** 229:9

_____
**3**
**3** 4:5 90:23 92:1
92:3 121:11
187:8

**3rd** 163:20
**3:02** 191:7
**3:14** 191:10
**30** 64:10,10,12,22
65:1 218:19
235:11,13,19
248:21
**30th** 224:7
232:10
**30(b)(6)** 4:6
14:12 15:2,5
17:15,25 18:13
18:16 20:13
62:23
**30-day** 186:5
**31st** 84:9
**32** 4:9
**33** 4:8

_____
**4**
**4** 90:22,22 139:17
**4:36** 245:4
**4:58** 245:8
**40** 235:15
**451** 200:8
**47** 38:21

_____
**5**
**5** 37:8 117:10
203:7,22
235:14
**5th** 81:24 82:5
183:9
**5:04** 1:20 249:18
249:20
**50** 71:13
**50.4** 171:25
**506** 241:11
**575** 190:12
**58** 71:1,6,13
75:18

_____
**6**
**6** 198:5,24 206:1
235:17 245:7
**6:23** 235:18

**6:35** 171:18
**608** 236:15
**633** 253:22
**68** 4:10
**69** 82:8,22

_____
**7**
**7** 3:6 15:10 16:14
197:22 198:1
198:24,24
**7:17** 128:4,8
**700** 31:2
**7040** 253:21
**705** 2:15
**73** 126:4
**785** 206:14
**79** 4:6 14:8,10
16:12 82:5
**792** 218:5
**798** 224:7

_____
**8**
**8** 151:1
**8th** 253:23
**8:44** 130:24
131:23
**8:59** 1:20 16:8
**81** 4:11
**83** 4:12
**85** 85:5 172:12
**86** 4:7 183:1,9
**866)624-6221**
253:24
**866.624.6221**
1:24
**868** 2:11

_____
**9**
**9** 17:1
**9:17** 16:2
**9:59** 6:7 16:6
**90** 4:13
**95** 84:14
**97** 85:6

