
MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 16 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |
| | **REDACTED VERSION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2

3   CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
4      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
5      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
6      *aguisado@ccrjustice.org*
7   666 Broadway, 7th Floor
    New York, NY 10012
8   Telephone: +1.212.614.6464
    Facsimile: +1.212.614.6499
9

10  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
11     *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
12     *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
13  Decatur, GA 30030
    Telephone: +1.404.521.6700
14  Facsimile: +1.404.221.5857

15
    AMERICAN IMMIGRATION COUNCIL
16     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
       *kwalters@immcouncil.org*
17  1331 G St. NW, Suite 200
    Washington, D.C. 20005
18  Telephone: +1.202.507.7523
    Facsimile: +1.202.742.5619
19

20

21

22

23

24

25

26

27

28

**From:** HOWE, RANDY J
**Sent:** Monday, March 4, 2019 5:44 PM
**To:** MARTINEZ, MICHAEL JOSE
**Subject:** RE: C1 Hearing Prep Question - Asylum Cases
**Attachments:** Prioritization-Based Queue Management.pdf

Mike: Pull some language from this document. Excellent language! It's a close hold document. Thanks

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** MARTINEZ, MICHAEL JOSE
**Sent:** Monday, March 04, 2019 5:07 PM
**To:** HOWE, RANDY J
**Subject:** RE: C1 Hearing Prep Question - Asylum Cases

Yes sir,

I will review and advise.

Michael

---

**From:** HOWE, RANDY J
**Sent:** Monday, March 04, 2019 5:05 PM
**To:** MARTINEZ, MICHAEL JOSE
**Cc:** DRAGANAC, JOSEPH ; CAMPBELL, CARL S
**Subject:** Fwd: C1 Hearing Prep Question - Asylum Cases

Michael. Action please.

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

Begin forwarded message:

> **From:** "LOWRY, KIM M"
> **Date:** March 4, 2019 at 16:56:50 EST
> **To:** "HOWE, RANDY J" , "WORLEY, KATHERINE L."
> **Cc:** "SAVA, JENNIFER A" , "ROBINSON, MICHAEL J"
> **Subject: RE: C1 Hearing Prep Question - Asylum Cases**
>
> Randy,
> Thank you for your quick response. We received questions from Senator Leahy's office that he may ask during the hearing on Weds with the C1. Although the C1 is well versed in many areas, we are drafting a Q&A document for the C1's prep. Would you provide talking points in bullet format to the following questions this evening:
>
> - While visiting McAllen last year on a CODEL, I was told that the Hildago POE has a set "ceiling" of processing 48 asylum cases a day. Does every port of entry have this same ceiling or does it vary? If it varies, what is the range?
>   - Processing asylum cases at ports of entry is based on multiple factors including physical space, and XXX??, XXX???, while balancing other CBP priorities (PLEASE EXPLAIN). Port Directors consider many factors…..(XXXXXX, what are these factors? And why does the migrant makeup factor in? Please explain)
>   - There is no set number of asylum cases that CBP processes at each of the southwest border crossings.
>   - NEED A BULLET AS TO WHERE THIS 48 NUMBER CAME FROM
>   - Include Gateway Bridge in Brownsville example below.
>
> - What is the ceiling for each port of entry on the southwest border?
>   - Each port of entry…..
>
> Thank you,
> Kim

Confidential                                                                                                    AOL-DEF-00041453

**From:** HOWE, RANDY J
**Sent:** Monday, March 4, 2019 4:19 PM
**To:** WORLEY, KATHERINE L.
**Cc:** SAVA, JENNIFER A ; LOWRY, KIM M ; ROBINSON, MICHAEL J
**Subject:** RE: C1 Hearing Prep Question - Asylum Cases

Hi Katie:

There is no set number of asylum cases we are able to process at each of the SWB crossings…or are you asking just about McAllen?

It's based on multiple factors including physical space to house migrants while balancing our CBP priorities (Counterterrorism, Narcotic interdictions, Trade and Facilitation of Trade and Travel)

Port Directors not only consider POE physical capacity, but also migrant makeup – single vs family units, and our enforcement priorities.

As an example – Gateway Bridge in Brownsville has a physical capacity to hold ▮ migrants. If in the last 24 hours they processed 2 family units of 5 (10 migrants) and arrested 5 subjects for multiple violations. That would put them at max capacity until ERO is able to pick them up and make space. If ERO was only able to pick up the 5 singles and not the family units then our capacity the next day would only b▮

The Commissioner is well versed in this area and fully aware that we balance our priorities while processing migrant asylum seekers.

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
202-344-2691 (Office)
202-577-2651 (Cell)

---

**From:** WORLEY, KATHERINE L. <KATHERINE.L.WORLEY@cbp.dhs.gov>
**Sent:** Monday, March 04, 2019 3:47 PM
**To:** HOWE, RANDY J <RANDY.J.HOWE@cbp.dhs.gov>
**Cc:** SAVA, JENNIFER A <JENNIFER.A.SAVA@CBP.DHS.GOV>; LOWRY, KIM M <KIM.M.LOWRY@cbp.dhs.gov>; ROBINSON, MICHAEL J <michael.j.robinson@cbp.dhs.gov>
**Subject:** C1 Hearing Prep Question - Asylum Cases

Hi Randy,

DAC Lowry asked me to track down a possible question for C1's upcoming hearing. Is it possible to get a response tonight?:

Is there a ceiling number, or range, of asylum cases taken at each Southern Border port? In McAllen, Sen. Leahy was told there was a cap of 48.

Thanks,

Katie Worley
Office of Congressional Affairs
U.S. Customs and Border Protection