MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 25 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2

3  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
4      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
5      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
6      *aguisado@ccrjustice.org*
7  666 Broadway, 7th Floor
   New York, NY 10012
8  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
9

10  SOUTHERN POVERTY LAW CENTER
        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
11      *sarah.rich@splcenter.org*
        Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
12      *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
13  Decatur, GA 30030
    Telephone: +1.404.521.6700
14  Facsimile: +1.404.221.5857

15  AMERICAN IMMIGRATION COUNCIL
16      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
        *kwalters@immcouncil.org*
17  1331 G St. NW, Suite 200
    Washington, D.C. 20005
18  Telephone: +1.202.507.7523
    Facsimile: +1.202.742.5619
19

20

21

22

23

24

25

26

27

28

EXHIBIT 25 IN SUPPORT OF PLAINTIFFS' MEMO OF P. & A. IN
SUPP. OF THEIR MOTION TO EXCLUDE DEFENDANTS'
PURPORTED EXPERT TESTIMONY