
JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
dhruman.y.sampat@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF DHRUMAN Y. SAMPAT WITH RESPECT TO DEFENDANTS' MOTION TO SEAL** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

## DECLARATION OF DHRUMAN Y. SAMPAT

I, Dhruman Y. Sampat, declare as follows:

1. I am a trial attorney in the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation and represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I make this declaration in support of Defendants' Motion to Seal Exhibits filed in Support of Defendants' Motion to Exclude Plaintiffs' Proffered Expert Witness.

3. Attached hereto as Exhibit 1 is the Declaration of Vernon Foret.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on September 4, 2020, in Arlington, Virginia.

Dated: September 4, 2020                 Respectfully submitted,

                                          *s/ Dhruman Y. Sampat*
                                          DHRUMAN Y. SAMPAT
                                          Trial Attorney

                                          *Counsel for Defendants*