1  ETHAN P. DAVIS
2  Acting Assistant Attorney General
   Civil Division
3  WILLIAM C. PEACHEY
4  Director, Office of Immigration Litigation –
   District Court Section
5  SAMUEL P. GO
6  Assistant Director
   KATHERINE J. SHINNERS (DC 978141)
7  Senior Litigation Counsel
8  ALEXANDER J. HALASKA (IL 6327002)
   ARI NAZAROV (CT 414491)
9  HAYDEN WINDROW (NY 4384749)
10 DHRUMAN Y. SAMPAT (NJ 270892018)
   United States Department of Justice
11 Civil Division
12 Office of Immigration Litigation – District Court Section
13 P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
14 Tel: (202) 532-4281 | Fax: (202) 305-7000
15 Trial Attorneys
   *Counsel for Defendants*
16

17              **UNITED STATES DISTRICT COURT**
                **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
18                           **(San Diego)**
19

20 | AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
21 | *Plaintiffs*, | Hon. Cynthia A. Bashant |
22 | v. | **DEFENDANTS' EXHIBIT 2 IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT** |
23 | CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
24 | | |
25 | *Defendants* | *FILED UNDER SEAL* |
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

DEFENDANTS' EX. 2 IN SUPPORT OF MOTION TO EXCLUDE TESTI-MONY OF PLAINTIFFS' EXPERT