JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **[DISCOVERY MATTER] JOINT MOTION TO EXTEND DEADLINES TO BRIEF DISCOVERY DISPUTES** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | **[Declaration of Dhruman Y. Sampat filed concurrently)** |

# JOINT MOTION TO EXTEND DEADLINE TO BRIEF DISCOVERY DISPUTES DICOVERY DISPUTES

The parties respectfully request that the Court grant an extension of the deadline for the parties' joint motion regarding Plaintiffs' request for spoliation sanctions (Joint Motion). The Court set the deadline to file the joint motion on September 8, 2020. ECF No. 527.

## I.   DEFENDANTS' POSITION

"Good cause" for an extension under Rule 6(b)(1) "is a non-rigorous standard" and "extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Author R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)). Defendants submit that good case exists to grant an extension to September 11, 2020, for the parties to submit the Joint Motion.

Plaintiffs served their initial portion of the Joint Motion on August 10, 2020. Given the seriousness of the relief sought, Plaintiffs had agreed to provide Defendants until August 31, 2020, to provide their responsive portion of the Joint Motion. Sampat Decl. ¶ 3. In accordance with the parties' agreement, Defendants served their responsive portion of the Joint Motion on August 31, 2020. *Id*. ¶ 4. Also on August 31, 2020, in accordance with this Court's Orders (ECF Nos. 506, 527), Defendants produced two litigation hold notices to Plaintiffs. *Id*.

Defendants received Plaintiffs' responsive edits to the Joint Motion at 1:04 pm on September 8, 2020, the day of the filing. *Id*. ¶ 5. Plaintiffs revised the substance of the introduction to their section, revised the substance of the rebuttable presumption they are seeking, and revised and shortened their fact section, deleted a case citation, and deleted an argument concerning alleged spoliation,. *Id*. ¶ 6. In order to address and adequately respond to these changes and to avoid prejudice to

their defense in this litigation, Defendants respectfully request a 3-day extension of the deadline for the parties to submit the joint motion concerning the spoliation dispute. First, this brief extension is required for Defendants to adequately respond to address Plaintiffs' edits to the Joint Motion, which necessitates raising additional arguments in response. Defendants also need additional time to confer with their clients regarding those responsive arguments. Given the serious nature of the relief requested, an extension is thus necessary to avoid prejudice to Defendants. Second, this brief extension will not interfere with any scheduling order deadline, *see* Sampat Decl. ¶ 8, and will not prejudice any party. Plaintiffs agree to the requested extension. *Id.* ¶ 7.

## II.   PLAINTIFFS' POSITION

As noted above, Plaintiffs do not oppose a 3-day extension of the deadline for the joint motion concerning spoliation sanctions from September 8, 2020 to September 11, 2020.  Plaintiffs also agree that good cause for an extension exists.

Dated: September 8, 2020                    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Tel: (202) 532-4281| Fax: (202) 305-7000
dhruman.y.sampat@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: September 8, 2020                    Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*