JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
dhruman.y.sampat@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Karen S. Crawford <br><br> **DECLARATION OF DHRUMAN Y. SAMPAT IN SUPPORT OF JOINT MOTION FOR EXTENSION TO FILE JOINT MOTION REGARDING SPOLIATION DISPUTE** |

## DECLARATION OF DHRUMAN Y. SAMPAT

I, Dhruman Y. Sampat, declare as follows:

1. I am a trial attorney in the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation and represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I make this declaration in support of the parties' joint motion for an extension of time to file the joint motion regarding the spoliation dispute.

3. On August 27, 2020, Plaintiffs' counsel agreed to provide Defendants until August 31, 2020, to serve their portion of the Joint Motion.

4. On August 31, 2020, Defendants served their portion of the joint motion in accordance with the parties' agreement. On the same day, Defendants also served two litigation hold notices to Plaintiffs in accordance with the Court's Orders (ECF No. 506, 527).

5. On September 8, 2020, at 1:04 pm, Plaintiffs served their responsive edits to the joint motion. This version did not have redlined edits.

6. Undersigned counsel responded to that email at 1:16 pm asking for a redlined version of the motion. Plaintiffs' counsel sent PDF versions of the documents at 1:59 pm, which showed substantive revisions, including in the relief sought before the Court.

7. At 2:07 pm, undersigned counsel emailed Plaintiffs' counsel for their position on an extension. Opposing counsel responded noting that Plaintiffs do not oppose an extension until September 11, 2020.

8. The brief extension will not interfere with any other scheduling order deadline.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on September 4, 2020, in

1 | Washington, D.C..
2 |
3 | Dated: September 4, 2020              Respectfully submitted,
4 |
5 |                                       *s/ Dhruman Y. Sampat*
6 |                                       DHRUMAN Y. SAMPAT
7 |                                       Trial Attorney
8 |
9 |                                       *Counsel for Defendants*