MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>            Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**JOINT STATUS CONFERENCE STATEMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

JOINT STATUS CONFERENCE STATEMENT

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Pursuant to the Court's July 31, 2020 Minute Order (Dkt. 505), the parties provide the following Joint Status Conference Statement.

### JOINT STATUS REPORT

#### A.    Pending Motions and Appellate Proceedings

On November 19, 2019, Judge Bashant granted Plaintiffs' motion for a preliminary injunction.  On March 5, 2020, the Ninth Circuit denied Defendants' motion to stay the preliminary injunction ruling.  *See Al Otro Lado v. Wolf*, 952 F.3d 999 (9th Cir. 2020); Dkt. 330.  A Ninth Circuit merits panel heard oral argument regarding the appeal on July 10, 2020 and took the matter under submission.

On July 17, 2020, Plaintiffs filed a motion to clarify the scope of Judge Bashant's November 19, 2019 preliminary injunction order.  *See* Dkt. 494.  The motion is now fully briefed.  On August 4, 2020, Plaintiffs sought oral argument concerning the motion.  *See* Dkt. 509.

On September 4, 2020, Plaintiffs filed motions for summary judgment and to exclude Defendants' purported expert testimony.  On the same day, Defendants filed a motion to exclude the testimony of Plaintiffs' proffered expert, Stephanie Leutert.  Both parties also moved to seal portions of their motion papers.

On September 8, 2020, the parties filed a joint motion seeking an extension until September 11, 2020, to file Plaintiffs' motion for spoliation sanctions to allow the parties to adequately brief the dispute.  Plaintiffs also anticipate moving to seal a portion of that joint motion.

#### B.    Remaining Case Schedule

The parties' motions to exclude expert testimony were set for an October 19, 2020 hearing date.  Accordingly, opposition briefs are due on October 5, 2020, and reply briefs are due on October 12, 2020.

Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment is due on September 25, 2020.

JOINT STATUS CONFERENCE STATEMENT

Plaintiffs' opposition to Defendants' cross-motion for summary judgment is due on October 16, 2020. Reply briefs in support of motions for summary judgment are due on October 30, 2020.

The parties' Rule 26(a)(3) disclosures and memoranda of contentions of fact and law are due on November 9, 2020. The parties shall hold their Local Rule 16.1(f)(4)(a) on or before November 16, 2020. Plaintiffs will provide Defendants with the proposed pretrial order for review, approval, and take any other action required by Local Rule 16.1(f)(6)(a) on or before November 23, 2020. The pretrial order shall be lodged with Judge Bashant's chambers on or before November 30, 2020. The final Pretrial Conference shall occur on December 14, 2020 at 11am.

### C.    Anticipated or Potential Disputes

**Plaintiffs' Position**

It is quite likely that the parties will have further disputes concerning whether particular documents are privileged. On September 4, 2020, hours before Plaintiffs were to file their motion for summary judgment, Defendants sent a 58-page clawback notice attempting to claw back *332* documents. Plaintiffs have already informed Defendants that they object to the clawbacks and to this litigation tactic.

**Defendants' Position**

Defendants have been producing documents to Plaintiffs at a very high volume since fall of 2019, often under tight deadlines; as of this date, they have produced over 1.4 million pages of documents. Accordingly, they are conducting a review to ensure the proper assertion and preservation of privileges. As explained to Plaintiffs, the September 4 Clawback Letter was not a litigation tactic but instead a result of this ongoing review. As also explained to Plaintiffs, Defendants did not anticipate that any of the documents would present any issue for Plaintiffs' motion for summary judgment, because many do not even relate to

this litigation and/or are attorney-client privileged. For example, of the 332 documents: (1) 129 are from one email family regarding a FOIA request concerning an unrelated Executive Order; (2) 121 are from one email family regarding a request from counsel for documents; and (3) the remainder are either nonresponsive litigation hold communications or emails from the same email family that is the subject of a privilege dispute pending before Judge Bashant.

### D.    Settlement Efforts

**Plaintiffs' Position**

On July 24, 2020, Defendants sent a settlement conference letter to Plaintiffs—261 days after Plaintiffs' sent a letter to Defendants requesting a settlement conference.  The parties and the Court briefly discussed the logistics of a settlement conference during the last joint status conference.  Since then, Defendants have gone silent concerning settlement.  Defendants have not informed Plaintiffs if (a) they still wish to have a settlement conference, (b) when they want to have such a conference, (c) whether they view this Court as playing any role in settlement talks, or (d) given any indication that such a settlement conference is likely to be any more productive than the settlement talks that were held on September 6, 2019.

Summary judgment briefing is already underway.  From now until late November, the parties will be extremely busy drafting summary judgment briefs, pre-trial disclosures, and the pre-trial order.

**Defendants' Position**

Defendants decline at this time to engage in settlement discussions on Plaintiffs' proposed terms, but will continue to assess as the case continues. In any event, Defendants agree that the current scheduling deadlines would render difficult the type of settlement discussions Plaintiffs envision.

Dated: September 8, 2020

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters

By: */s/ Stephen M. Medlock*
    Stephen M. Medlock

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation

JOINT STATUS CONFERENCE STATEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-
7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
Trial Attorneys

*Counsel for Defendants*

1

### **CERTIFICATE OF SERVICE**

2          I HEREBY CERTIFY that on September 8, 2020 a copy of the foregoing joint

3   status conference statement was served on all counsel of record via CM/ECF.

4                              *s/Stephen M. Medlock*
                              Stephen M. Medlock
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28