MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN M. MEDLOCK CONCERNING PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |
| | Hearing Date: October 19, 2020 |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hfexac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration concerning Plaintiffs' Request for Leave to Allow Non-Electronic Filing of an Exhibit not Capable of Electronic Filing in support of Plaintiffs' Motion for Summary Judgment.

3. Exhibit 18 to the Motion for Summary Judgment (Dkt. ), filed September 4, 2020, is an .mp3 file containing an audio recording of an encounter between an asylum seeker, a CBP officer, and a human rights monitor at the San Ysidro Port of Entry.

4. The interaction between the CBP officer and asylum seeker at the border addresses issues central to this case and contain evidence that cannot be captured or presented to the Court through any other means, specifically the tone and demeanor of the parties or participants on the recording.

5. This audio recording is a necessary part of Plaintiffs' Motion for Summary Judgment.

6. An .mp3 file cannot be converted or reduced to .pdf format through any means known to Plaintiffs.

7. The CM/ECF system through which electronic filings for this Court are made does not allow uploading of documents in an .mp3 format.

8. The .mp3 file containing Exhibit 18 can be committed to a CD-ROM for non-electronic filing with the Court to support Plaintiffs' Motion for Summary Judgment.

9. On September 11, 2020, the parties discussed this motion. Defendants advised that without waiving, and specifically preserving, any objections to the

admissibility of the evidence, Defendants do not oppose the relief requested in this motion, provided that Defendants are expeditiously provided with a copy of the recording.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 11th day of September 2020 at Washington, D.C.

*/s/ Stephen M. Medlock*

Stephen M. Medlock