MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
    *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
    *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
    *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
    *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **JOINT MOTION TO SEAL EXHIBITS FILED IN SUPPORT FILED WITH JOINT MOTION REGARDING SPOLIATION DISPUTE** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# INTRODUCTION

## I. DEFENDANTS' ARGUMENT

### a. Plaintiffs' Exhibit 1 and Portions of the Joint Motion Discussing Exhibit 1 Should be Sealed

Plaintiffs' Exhibit 1 to the Joint Motion is a litigation hold notice distributed in this case, and discussions or quotes therefrom because it is protected by attorney-client privilege and the work-product doctrine. "Attorney-client communications are the type of privileged materials that have 'traditionally been kept secret for important policy reasons." *Am. Claims Mgmt., Inc. v. Allied World Surplus Lines Ins. Co.*, 2020 WL 3078397, at *2 (S.D. Cal. June 9, 2020) (quoting *Lambright v. Ryan*, 698 F.3d 808, 820 (9th Cir. 2012)). "Thus, attorney-client communications do not require 'compelling reasons' nor a 'particularized showing of good cause' before such materials are filed with the court under seal." *Moreno v. SFX Entm't*, 2015 WL 12683794, at *2 (C.D. Cal. Aug. 28, 2015) (quoting *Lambright*, 698 F.3d at 820).

The Court has already determined that the document is protected by the attorney-client privilege, see ECF No. 506 at 4, which justifies sealing the exhibit. The litigation hold notice also constitutes work product of attorneys reflecting their views on materials relevant to the case. *See* ECF No. 506 at 4. As this Court has previously held, privileged documents should be sealed from public disclosure. ECF No. 446 at 8 (holding that that portions of a discovery dispute that either discussed or quoted from documents protected by the deliberative process privilege warranted sealing). Although the Court ordered Defendants to produce Exhibit 1, with some redactions, to Plaintiffs for the purposes of the underlying Joint Motion, broader public disclosure is not necessary and would result in waiver of the privilege as well as work product protection for other purposes beyond this lawsuit.

Accordingly, the Court should seal Exhibit 1, citations to that Exhibit, and discussions of the substance of that Exhibit.

      b. <u>The Court Should Seal Discussions about the San Ysidro Processing Plan</u>

The Joint Motion's references to and discussions of the San Ysidro Processing Plan should be sealed, because both this Court and Judge Bashant have ruled that this information is protected by the deliberative process privilege and found good cause for sealing. *See* ECF No. 543 at 7.

      c. <u>The Court Should Seal the Excerpt of Todd Owen's Deposition</u>

The Court seal portions of Defendants' Exhibit D, one page from Todd Owen's deposition transcript. The District Court has already approved to the filing of those portions of Exhibit D under seal. *See* ECF No. 510 at 5-6 and App'x B (approving redactions to lines 8-18 on page 40). The reasons for sealing apply here. Accordingly, the Court should seal portions of Exhibit D.

## II. PLAINTIFFS' ARGUMENT

Plaintiffs do not oppose sealing the above-referenced information.

Dated: September 11, 2020         Respectfully submitted,

        MAYER BROWN LLP
           Matthew H. Marmolejo
           Ori Lev
           Stephen M. Medlock

        SOUTHERN POVERTY LAW CENTER
           Melissa Crow
           Sarah Rich
           Rebecca Cassler

        CENTER FOR CONSTITUTIONAL RIGHTS
           Baher Azmy
           Ghita Schwarz
           Angelo Guisado

|   |   |
|---|---|
| 1 | |
| 2 | AMERICAN IMMIGRATION COUNCIL |
| 3 | Karolina Walters |
| 4 | |
| 5 | By: */s/ Stephen M. Medlock* |
|   | Stephen M. Medlock |
| 6 | |
|   | *Attorneys for Plaintiffs* |
| 7 | |
| 8 | |
| 9 | JEFFREY BOSSERT CLARK |
|   | Acting Assistant Attorney General |
| 10 | Civil Division |
| 11 | |
| 12 | WILLIAM C. PEACHEY |
|   | Director |
| 13 | |
| 14 | SAMUEL P. GO |
|   | Assistant Director |
| 15 | |
| 16 | KATHERINE J. SHINNERS |
|   | Senior Litigation Counsel |
| 17 | |
| 18 | *s/ Dhruman Y. Sampat* |
|   | DHRUMAN Y. SAMPAT |
| 19 | Trial Attorney |
| 20 | U.S. Department of Justice |
|   | Civil Division |
| 21 | Office of Immigration Litigation |
| 22 | District Court Section |
|   | P.O. Box 868, Ben Franklin Station |
| 23 | Washington, D.C. 20044 |
| 24 | Tel: (202) 532-4281| Fax: (202) 305-7000 |
|   | dhruman.y.sampat@usdoj.gov |
| 25 | |
| 26 | *Counsel for Defendants* |
| 27 | |
| 28 | 4 |

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: September 11, 2020

*/s/ Stephen M. Medlock*

*Counsel for Plaintiffs*