MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF JOINT MOTION CONCERNING SPOLIATION SANCTIONS** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1   CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2       *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3       *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4       *aguisado@ccrjustice.org*
5   666 Broadway, 7th Floor
    New York, NY 10012
6   Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8   SOUTHERN POVERTY LAW CENTER
        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9       *sarah.rich@splcenter.org*
        Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10      *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
11  Decatur, GA 30030
    Telephone: +1.404.521.6700
12  Facsimile: +1.404.221.5857

13
    AMERICAN IMMIGRATION COUNCIL
14      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
        *kwalters@immcouncil.org*
15  1331 G St. NW, Suite 200
16  Washington, D.C. 20005
    Telephone: +1.202.507.7523
17  Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF STEPEHEN M. MEDLOCK

2  I, Stephen M. Medlock, state the following under penalty of perjury pursuant

3  to 28 U.S.C. § 1746:

4  1.    I am a partner at the law firm Mayer Brown LLP, a member of the

5  Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead

6  counsel for the Plaintiffs in this case.

7  2.    I make this declaration in support of the parties' Joint Motion for

8  Determination of June 2020 Clawback.

9  3.    Attached hereto as Exhibit 1 is a true and accurate copy of a document

10  bearing the Bates numbers CBPALOTRO000390-402.

11  4.    Attached hereto as Exhibit 2 is a true and accurate copy of excerpts

12  from the transcript of the January 9, 2020 deposition of Randy Howe.

13  5.    Attached hereto as Exhibit 3 is a true and accurate copy of excerpts

14  from Defendants' Amended Responses and Objections to Plaintiffs' Sixth Set of

15  Interrogatories.

16  6.    Attached hereto as Exhibit 4 is a true and accurate copy of Exhibit 78

17  to the deposition of Randy Howe.

18  7.    Attached hereto as Exhibit 5 is a true and accurate copy of excerpts

19  from the transcript of the December 13, 2020 deposition of Todd Owen.

20  8.    Attached hereto as Exhibit 6 is a true and accurate copy of excerpts

21  from the July 2, 2020 oral argument in this case.

22  I declare under penalty of perjury under the laws of the United States of

23  America that the proceeding declaration is true and correct.

24  Executed on this 11th day of September 2020 at Washington, D.C.

25

26  By: */s/ Stephen M. Medlock*

27  Stephen M. Medlock

28

DECLARATION IN SUPPORT OF JOINT MOTION
REGARDING SPOLIATION SANCTIONS

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28