MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 4 IN SUPPORT OF JOINT MOTION CONCERNING SPOLIATION SANCTIONS** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT IN SUPPORT OF JOINT MOTION FOR
DETERMINATION OF DISCOVERY DISPUTE

Page 1



U.S. Department of Justice
Civil Division

Telephone: (202) 598-8259

Washington, DC 20004

January 8, 2020

**Via Email**

Stephen M. Medlock
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
smedlock@mayerbrown.com

      Re:    *Al Otro Lado v. Wolf*, 3:17-cv-02366-BAS-KSC (S.D. Cal.)

Dear Counsel,

I write to advise you that Defendants' counsel recently learned that Custodian Randy Howe has not retained personal, hard-copy notes that he has taken at daily internal operations meetings. A litigation hold notice was issued to Mr. Howe. Counsel has also again instructed Mr. Howe to retain any notes that are potentially relevant to the claims and defenses in the litigation.

Custodian Howe's emails and other electronic documents from the relevant time period have been preserved and were collected in accordance with the parties' agreements.

                                          Sincerely,

                                          /s/ Katherine J. Shinners
                                          KATHERINE J. SHINNERS
                                          Senior Litigation Counsel
                                          U.S. Department of Justice, Civil Division
                                          Office of Immigration Litigation, District
                                          Court Section

cc:    Matthew Ellis Fenn
       Matthew H. Marmolejo
       Rebecca Cassler



EXHIBIT
Howe #78
1/9/20