MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 5 IN SUPPORT OF JOINT MOTION CONCERNING SPOLIATION SANCTIONS** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT IN SUPPORT OF JOINT MOTION FOR
DETERMINATION OF DISCOVERY DISPUTE

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

----------------------------------x

AL OTRO LADO, INC., et al.,         :

            Plaintiffs,           : Case No.:

     vs.                           : 17-cv-02366-BAS-KSC

KEVIN K. MCALEENAN, et al.,         :

            Defendants.           :

----------------------------------x


DEPOSITION MARKED CONFIDENTIAL

DEPOSITION OF TODD OWEN

Washington, D.C.

Friday, December 13, 2019

9:40 a.m.


Job No.:  529549

Pages:  1 - 332

Reported by:  Elizabeth Mingione, RPR

Page 2

1

2          Deposition of TODD OWEN, held at the offices

3   of Mayer Brown, LLP, 1999 K Sreet, Northwest,

4   Washington, D.C., commencing at 9:40 a.m., Friday,

5   December 13, 2019, and taken down stenographically by

6   Elizabeth Mingione, Registered Professional Reporter

7   and Notary Public for the Commonwealth of Virginia.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
                                                              Page 3
 1   A P P E A R A N C E S   O F   C O U N S E L:

 2   ON BEHALF OF PLAINTIFFS:

 3            MAYER BROWN, LLP

 4            Stephen M. Medlock, Esquire

 5            Ori Lev, Esquire

 6            1999 K Street, Northwest

 7            Washington, DC 20006

 8            (202) 263-3000

 9            Smedlock@mayerbrown.com

10

11   ON BEHALF OF DEFENDANTS:

12            U.S. DEPARTMENT OF JUSTICE

13            Katherine J. Shinners, Esquire

14            David White, Esquire

15            Ben Franklin Station

16            PO Box 868

17            Washington, DC 20044

18            (202) 598-8259

19            Katherine.J.Shinner@usdoj.gov

20

21   (Appearances, Continued)

22
```

```
                                                              Page 4
 1                    A L S O   P R E S E N T

 2                   Louisa Slocum,  Esquire

 3                        Rameez Burney

 4       Karolina Walters, American Immigration Council

 5                        Kristine King

 6            Matthew Fenn (via phone, as indicated)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

```
                                                              Page 5
 1                     C O N T E N T S

 2                  WITNESS:   TODD OWEN

 3    EXAMINATION BY:                                           PAGE

 4    Mr. Medlock ....................................     9

 5    Ms. Shinners ..................................      312

 6    Mr. Lev .......................................      322

 7

 8                         *    *    *

 9

10                    DEPOSITION EXHIBITS

11                         TODD OWEN

12    NUMBER           DESCRIPTION                            PAGE

13    Exhibit 20    Notice of Deposition ............      19

14    Exhibit 21    Website Printout of Todd Owen

15          Description ..............................      49

16    Exhibit 22    U.S. Customs and Border Protection

17          Standard of Conduct, AOL-DEF-00669013 ....      51

18    Exhibit 23    Metering Guidance Memorandum, Date

19          Stamped April 27, 2018 ...................      63

20    Exhibit 24    E-mail from Randy Howe, June 19,

21          2018, AOL-DEF-00088501 ...................      81

22    (Exhibits Continued)
```

Page 6

| | NUMBER | DESCRIPTION | PAGE |
|---|---|---|---|
| 1 | | | |
| 2 | Exhibit 25 | E-mail from Robert Hood, August | |
| 3 | | 2, 2017, AOL-DEF-00328857 ............... | 100 |
| 4 | Exhibit 26 | E-mail from Todd Owen, May 25, | |
| 5 | | 2016 AOL-DEF-00761338 ................... | 104 |
| 6 | Exhibit 27 | E-mail Chain, Sept. 13, 2016, | |
| 7 | | AOL-DEF-00762746 ........................ | 123 |
| 8 | Exhibit 28 | E-mail Chain from Todd Hoffman, | |
| 9 | | Sept. 16, 2016, AOL-DEF-00762523 ........ | 132 |
| 10 | Exhibit 29 | E-mail from Katherine Stark, Sept. 7, | |
| 11 | | 2016 AOL-DEF-00761290 ................... | 135 |
| 12 | Exhibit 30 | E-mail Chain from Todd Owen, August | |
| 13 | | 17, 2016, AOL-DEF-00761340 .............. | 142 |
| 14 | Exhibit 31 | E-mail chain, Novemer 11, 2016, | |
| 15 | | AOL-DEF-00272936 ........................ | 146 |
| 16 | Exhibit 32 | *** Exhibit is removed *** | |
| 17 | Exhibit 33 | E-mail from Hector Mancha, | |
| 18 | | AOL-DEF-00081089 ........................ | 162 |
| 19 | Exhibit 34 | E-mail from Beverly Good, Nov. 22, | |
| 20 | | 2016, AOL-DEF-00032389 .................. | 167 |
| 21 | Exhibit 35 | E-mail from Alberto Flores, November | |
| 22 | | 14, 2016, AOL-DEF-00576607 .............. | 174 |

```
 1   NUMBER            DESCRIPTION                             PAGE

 2   Exhibit 36    ***  Exhibit is Removed ***

 3   Exhibit 37    ***  Exhibit is Removed ***

 4   Exhibit 38   E-mail from Valerie Boyd, June 5,

 5        2018, AOL-DEF-00273293 .................. 196

 6   Exhibit 39   Homeland Security Memo of June 5,

 7        2018, AOL-DEF-00273294 .................. 199

 8   Exhibit 40   Memo from Kevin McAleenan, August 1,

 9        2018, AOL-DEF-00039620 .................. 213

10   Exhibit 41   Evaluation of Prioritization Queue

11        Management Pilot, AOL-DEF-00039621 ...... 213

12   Exhibit 42 Mark Morgan Memo, CBPALTR0000303 .. 213

13   Exhibit 43   Complaint fof Declaratory and

14        Injunctive Relief ....................... 220

15   Exhibit 44   E-mail Chain Aug. 14, 2017,

16        AOL-DEF-00723886 ........................ 223

17   Exhibit 45   Confidential Al Otro Lado Lawsuit

18        Document, AOL-DEF-00723887 .............. 225

19   Exhibit 46   E-mail from William Haralson,

20        March 15, 2017, NTEU 000132 ............. 229

21   Exhibit 47   Search Results Report and E-mail

22        from Eddie Arias, July 3, 2018 .......... 243
```

Page 8

```
 1   NUMBER            DESCRIPTION                            PAGE

 2   Exhibit 48    Five-Page Document, Annotations ..    248

 3   Exhibit 49    E-mail from David Atkinson,

 4        March 19, 2019, NTEU-000110 ..............    255

 5   Exhibit 50    Photograph of Mother and Child ...    291

 6   Exhibit 51    Photograph of Bodies in Water ....    292

 7   Exhibit 52    E-mail Chain, March 19, 2019,

 8        AOL-DEF-00269970 ........................    293

 9   Exhibit 53    E-mail Chain, March 19, 2019,

10        AOL-DEF-00270451 ........................    296
```

11

12

13

14           (Exhibits Attached to Transcript,

15             Except for Nos. 32, 36, 37 TBD)

16

17

18

19

20

21

22

```
                                                           Page 27
 1        A.    My leadership team knows that I'm out of
 2   pocket today because I'm giving a deposition.
 3        Q.    But they don't know what case?
 4        A.    They know what's on the metering case.
 5   Yes.
 6        Q.    What did you specifically tell your
 7   leadership team about it?
 8        A.    That I would be unavailable throughout the
 9   day because I'm here giving a deposition on the
10   metering case.
11        Q.    Did your leadership team have any questions
12   for you --
13        A.    No.
14        Q.    -- about today's deposition?  When you say
15   your leadership team, who is on your leadership team?
16        A.    My deputy commissioner, my direct boss, as
17   well as my executive director for operations, as well
18   as my executive director for admissibility, and my
19   executive director for the National Targeting Center.
20   Those are the four that I routinely engage with
21   throughout the day on operational matters.
22              I felt it was important for them to know I
```

```
                                                           Page 28
 1   wouldn't be available throughout the day.
 2        Q.    And those four that you just named, those
 3   four roles are direct reports to you?
 4        A.    The three are direct reports.  The one I am
 5   the direct report to, my deputy commissioner.
 6        Q.    Fair point.  Can you give me the names of
 7   those individuals along with their titles?
 8        A.    Yes.  The deputy commissioner is Robert
 9   Perez.  The executive director for operations is Randy
10   Howell.  The executive director for admissibility
11   programs is Todd Hoffman.  And the executive director
12   for the National Targeting Center is Vernon Foray.
13        Q.    And how often on an average day do you meet
14   with those four individuals?
15        A.    Multiple times.
16        Q.    Are you all in the same office in the
17   Ronald Reagan building?
18        A.    Yes, we were.
19        Q.    Do you have any standing meetings with your
20   leadership committee on a weekly or daily basis?
21        A.    I have a daily 8:15 with the leadership of
22   field operations.  And there is a daily nine o'clock
```

1   three days ad week with the commissioner and the

2   deputy commissioner on intelligence matters in the

3   SCIF.

4       Q.   The weekly 8:15, that's not in the SCIF; is

5   that right?

6       A.   No, it's not.

7       Q.   During that 8:15 meeting who exactly is

8   present at that meeting?

9       A.   There are six executive directors.  My

10  deputy executive assistant commissioner, my chief of

11  staff, his chief of staff.

12      Q.   Okay.  Does anybody attend that meeting via

13  telephone?

14      A.   No.

15      Q.   Are any minutes of that meeting kept?

16      A.   No.

17      Q.   Are any notes sent around after that

18  meeting?

19      A.   No.

20      Q.   Are there any standing topics at that

21  meeting?

22      A.   Standing topics, no.

Page 30

1    Q.    Are there any topics that are typically
2    discussed at that meeting?
3    A.    It is a 24-hour recap of the activities
4    that took place in the ports of entry.
5    Q.    And when you say in the ports of entry, are
6    you talking about ports of entry on the southwest
7    board ports of entry generally?
8    A.    Ports of entry throughout the country.
9    Q.    And do event that occur at ports of entry
10   on the southwest border come up during that meeting?
11   A.    Yes.
12   Q.    Has the metering policy ever come up during
13   that meeting?
14   A.    Yes.
15   Q.    Has the -- has the migration crisis action
16   team ever come up during that meeting?
17   A.    Yes.
18   Q.    Have members of the migration crisis action
19   team ever been invited to that meeting?
20   A.    No.
21   Q.    Has anybody other than the individuals that
22   you already listed ever been invited to that meeting

Page 31

1   on an ad hoc basis?

2        A.    There will be.  On -- again this is an

3   operational meeting.  So depending if an event occurs

4   in a subject matter has information to add, they will

5   be included.

6        Q.    Have you ever discussed investigations by

7   the Office of Civil Rights and Civil Liberties during

8   those meetings?

9        A.    No.

10       Q.    During the 8:15 meeting have you ever

11  discussed investigations by the DHS Office of

12  Inspector General?

13       A.    We have discussed incidents that have been

14  relayed -- or have been referred to OIG for

15  investigation.

16       Q.    Have you ever discussed incidents related

17  to the metering policy that have been referred to OIG

18  for investigation during that meeting, the 8:15

19  meeting?

20       A.    Yes.

21       Q.    Can you describe those discussions that

22  have happened at the 8:15 meeting about the DHS-OIG