JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
dhruman.y.sampat@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **DECLARATION OF KATHERINE J. SHINNERS WITH RESPECT TO JOINT MOTION REGARDING SPOLIATION DISPUTE** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

# DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel with the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation. I represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I make this declaration to provide additional information with respect to the parties' Joint Motion Regarding Spoliation Dispute (Joint Motion). These statements are based on my personal knowledge and my review of documents produced in this case.

**History of the Dispute**

3. Defendants' counsel disclosed the loss of certain shorthand, handwritten notes of Mr. Randy Howe on January 8, 2020.

4. Plaintiffs first emailed counsel for the Defendants on June 5, 2020, about the dispute presented in the Joint Motion. In that initial email, and during the subsequent meet and confer, Plaintiffs raised two spoliation allegations for which they sought to seek sanctions: "Specifically, we will seek an adverse inference that (a) Mr. Howe's notes would have shown that metering was not justified by the throughput of ports of entry, and (b) Ms. Marin's messages would have shown that CBP and the Mexican government coordinated with one another in order to turnback asylum seekers from land ports of entry on the U.S.-Mexico border."

5. Counsel for the parties conferred via telephone on June 11, 2020, about the dispute.

6. Defendants served their response to Plaintiffs' Interrogatory No. 24 on June 17, 2020, disclosing that Todd Owen may have also taken cursory notes relating his daily operational meetings that he did not preserve. At no time before Plaintiffs served their portion of the joint motion did Plaintiffs seek to confer with Defendants

about this disclosure or advise Defendants that they intended to seek sanctions based on this disclosure.

**Defendants' Document Production**

7.    Defendants have produced over 1.4 million pages of documents to Plaintiffs in this litigation. These documents include, among other things, emails and meeting agendas and minutes. These documents include copies of handwritten notes from custodians such as Todd Hoffman and Mariza Marin. *E.g.*, CBPALOTRO000316 to CBPALOTRO000351 (Hoffman); AOL-DEF-00614444 to AOL-DEF-00614482 (Marin).

8.    Defendants produced copies of responsive handwritten notes of Todd Hoffman to Plaintiffs on June 9, 2020.

**Defendants' Exhibits**

9.    Attached hereto as Exhibit A is a true and correct copy of the Declaration of Todd Owen.

10.   Attached hereto as Exhibit B is a true and correct copy of the Declaration of Randy Howe.

11.   Attached hereto as Exhibit C is a true and correct copy of the Declaration of Todd Hoffman.

12.   Attached hereto as Exhibit D is a true and correct copy of excerpts from the transcript of the Deposition of Todd Owen, dated December 13, 2019.

13.   Attached hereto as Exhibit E is a true and accurate copy of excerpts from the transcript of the Deposition of Todd Hoffman, dated June 10, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on September 11, 2020, in Washington, D.C.

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel

*Counsel for Defendants*