JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
HAYDEN WINDROW (NY 4384749)
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | **DEFENDANTS' EXHIBIT D IN SUPPORT OF JOINT MOTION REGARDING SPOLIATION DISPUTE** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | *Partially Filed Under Seal* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

DEFENDANTS' EX. D IN SUPPORT OF JOINT MOTION FOR SPOLIATION DISPUTE

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

----------------------------------x

AL OTRO LADO, INC., et al.,         :

        Plaintiffs,              : Case No.:

   vs.                              : 17-cv-02366-BAS-KSC

KEVIN K. MCALEENAN, et al.,         :

        Defendants.              :

----------------------------------x


DEPOSITION MARKED CONFIDENTIAL

DEPOSITION OF TODD OWEN

Washington, D.C.

Friday, December 13, 2019

9:40 a.m.


Job No.: 529549

Pages: 1 - 332

Reported by: Elizabeth Mingione, RPR



Page 2

1

2        Deposition of TODD OWEN, held at the offices

3   of Mayer Brown, LLP, 1999 K Sreet, Northwest,

4   Washington, D.C., commencing at 9:40 a.m., Friday,

5   December 13, 2019, and taken down stenographically by

6   Elizabeth Mingione, Registered Professional Reporter

7   and Notary Public for the Commonwealth of Virginia.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22



```
                                                              Page 3
 1   A P P E A R A N C E S  O F  C O U N S E L:

 2   ON BEHALF OF PLAINTIFFS:

 3          MAYER BROWN, LLP

 4          Stephen M. Medlock, Esquire

 5          Ori Lev, Esquire

 6          1999 K Street, Northwest

 7          Washington, DC 20006

 8          (202) 263-3000

 9          Smedlock@mayerbrown.com

10

11   ON BEHALF OF DEFENDANTS:

12          U.S. DEPARTMENT OF JUSTICE

13          Katherine J. Shinners, Esquire

14          David White, Esquire

15          Ben Franklin Station

16          PO Box 868

17          Washington, DC 20044

18          (202) 598-8259

19          Katherine.J.Shinner@usdoj.gov

20

21   (Appearances, Continued)

22
```



```
                                                          Page 4
 1              A L S O   P R E S E N T
 2              Louisa Slocum,  Esquire
 3                    Rameez Burney
 4    Karolina Walters, American Immigration Council
 5                    Kristine King
 6       Matthew Fenn (via phone, as indicated)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```



Page 5

C O N T E N T S

WITNESS: TODD OWEN

EXAMINATION BY:                                         PAGE

Mr. Medlock ......................................    9

Ms. Shinners ....................................  312

Mr. Lev .........................................  322

\* \* \*

DEPOSITION EXHIBITS

TODD OWEN

NUMBER          DESCRIPTION                             PAGE

Exhibit 20    Notice of Deposition .............    19

Exhibit 21    Website Printout of Todd Owen
              Description ............................  49

Exhibit 22    U.S. Customs and Border Protection
              Standard of Conduct, AOL-DEF-00669013 ....  51

Exhibit 23    Metering Guidance Memorandum, Date
              Stamped April 27, 2018 ...................  63

Exhibit 24    E-mail from Randy Howe, June 19,
              2018, AOL-DEF-00088501 ...................  81

(Exhibits Continued)



```
                                                         Page 6
 1   NUMBER           DESCRIPTION                          PAGE

 2   Exhibit 25   E-mail from Robert Hood, August

 3        2, 2017, AOL-DEF-00328857 ................  100

 4   Exhibit 26   E-mail from Todd Owen, May 25,

 5        2016 AOL-DEF-00761338 ...................   104

 6   Exhibit 27   E-mail Chain, Sept. 13, 2016,

 7        AOL-DEF-00762746 ........................   123

 8   Exhibit 28   E-mail Chain from Todd Hoffman,

 9        Sept. 16, 2016, AOL-DEF-00762523 .........  132

10   Exhibit 29   E-mail from Katherine Stark, Sept. 7,

11        2016 AOL-DEF-00761290 ....................  135

12   Exhibit 30   E-mail Chain from Todd Owen, August

13        17, 2016, AOL-DEF-00761340 ...............  142

14   Exhibit 31   E-mail chain, Novemer 11, 2016,

15        AOL-DEF-00272936 .........................  146

16   Exhibit 32    ***   Exhibit is removed ***

17   Exhibit 33   E-mail from Hector Mancha,

18        AOL-DEF-00081089 ..........................  162

19   Exhibit 34   E-mail from Beverly Good, Nov. 22,

20        2016, AOL-DEF-00032389 ...................  167

21   Exhibit 35   E-mail from Alberto Flores, November

22        14, 2016, AOL-DEF-00576607 ...............  174
```



```
 1   NUMBER        DESCRIPTION                              PAGE

 2   Exhibit 36    ***  Exhibit is Removed ***

 3   Exhibit 37    ***  Exhibit is Removed ***

 4   Exhibit 38  E-mail from Valerie Boyd, June 5,
 5       2018, AOL-DEF-00273293 .................. 196

 6   Exhibit 39  Homeland Security Memo of June 5,
 7       2018, AOL-DEF-00273294 .................. 199

 8   Exhibit 40  Memo from Kevin McAleenan, August 1,
 9       2018, AOL-DEF-00039620 .................. 213

10   Exhibit 41  Evaluation of Prioritization Queue
11       Management Pilot, AOL-DEF-00039621 ...... 213

12   Exhibit 42 Mark Morgan Memo, CBPALTR0000303 .. 213

13   Exhibit 43  Complaint fof Declaratory and
14       Injunctive Relief ....................... 220

15   Exhibit 44  E-mail Chain Aug. 14, 2017,
16       AOL-DEF-00723886 ........................ 223

17   Exhibit 45  Confidential Al Otro Lado Lawsuit
18       Document, AOL-DEF-00723887 .............. 225

19   Exhibit 46   E-mail from William Haralson,
20       March 15, 2017, NTEU 000132 ............. 229

21   Exhibit 47   Search Results Report and E-mail
22       from Eddie Arias, July 3, 2018 .......... 243
```



| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 48 | Five-Page Document, Annotations | 248 |
| Exhibit 49 | E-mail from David Atkinson, March 19, 2019, NTEU-000110 | 255 |
| Exhibit 50 | Photograph of Mother and Child | 291 |
| Exhibit 51 | Photograph of Bodies in Water | 292 |
| Exhibit 52 | E-mail Chain, March 19, 2019, AOL-DEF-00269970 | 293 |
| Exhibit 53 | E-mail Chain, March 19, 2019, AOL-DEF-00270451 | 296 |

(Exhibits Attached to Transcript, Except for Nos. 32, 36, 37 TBD)



Page 40

1　other than the ones that we have mentioned right now

2　that you are aware of where metering is occurring this

3　week?

4　　　　A.　No.

5　　　　Q.　Okay.  You mentioned that there's a second

6　meeting that occurs in the SCIF.

7　　　　A.　Yes.

8　　　　Q.　[REDACTED]

9　[REDACTED]

10　　　　A.　[REDACTED]

11　　　　Q.　[REDACTED]

12　　　　A.　[REDACTED]

13　[REDACTED]

14

15

16

17

18

19　　　　Q.　Who are the six operational leads besides

20　yourself?

21　　　　A.　Chief of the border patrol.  The chief of

22　what's called Enterprise Services, chief of

