# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br>　　　　　　　　Plaintiffs, <br><br>　v. <br><br> KEVIN K. MCALEENAN, *et al.*, <br><br>　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION SEEKING LEAVE TO ALLOW NON-ELECTRONIC FILING IN SUPPORT OF SUMMARY JUDGMENT MOTION** <br><br> **[ECF No. 546]** |

　　　Before the Court is Plaintiffs' Motion Requesting Leave to Allow Non-Electronic Filing of Exhibit Not Capable of Electronic Filing in support of Plaintiffs' Motion for Summary Judgment. Plaintiffs allege that Exhibit 18 to their summary judgment motion consists of an .mp3 file that cannot be uploaded to the CM/ECF system and thus request to file it non-electronically. Defendants, without waiving objections to the admissibility of this evidence, do not oppose the relief requested.

　　　Good cause appearing, the Court **GRANTS** Plaintiffs' motion. Plaintiffs may file Exhibit 18 to their summary judgment motion via CD-ROM and shall expeditiously provide Defendants with a copy of the recording contained therein.

　　　**IT IS SO ORDERED.**

**DATED: September 14, 2020**

Hon. Cynthia Bashant
United States District Judge