MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 3 TO NOTICE OF FILING REDACTED DOCUMENTS PURSUANT TO DKT. 543** |

---

[1] Acting Secretary Wolf is automatically substituted pursuant to Fed. R. Civ. P. 25(d). Defendants have represented to Plaintiffs that Chad F. Wolf is the Acting Secretary of Homeland Security. One district court had disagreed with that representation. *See Casa de Md., Inc. v. Wolf*, 2020 U.S. Dist. LEXIS 166613, at *65 (D. Md. 2020) ("Wolf filled the role of Acting Secretary without authority").

1  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4      *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8      *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9      *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.404.221.5857

12 AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13     *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.561

# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

------------------------------x

AL OTRO LADO, INC., et al., :

　　Plaintiff,　　　　　　　　:

　　　-vs-　　　　　　　　　　: Case No.

KEVIN K. McALEENAN, et al., : 17-cv-02366-BAS-KSC

　　Defendants.　　　　　　　:

------------------------------x

CONFIDENTIAL

30(b)(6) Deposition of

U.S. CUSTOMS & BORDER PROTECTION

By and Through

RANDY J. HOWE

Washington, D.C.

Thursday, January 9, 2019

9:34 a.m.

Job No.: 541878

Pages 1 - 305

Reported by: Tammy S. Newton

Magna Legal Services
866-624-6221
www.MagnaLS.com



1  operation was operation secure line where we had
2  731 officers from around the country that were on
3  temporary assignment to assist Border Patrol and
4  -- from the Canadian border, from airports, from
5  other Southern border locations, and the impact
6  was felt and -- from stakeholders and the like.
7  It comes at a cost.
8      Q    Understood.  I'd like to move to
9  talking a little bit more directly about the
10 metering policy.  Is it the case currently that
11 when metering is in effect, CBP officers are
12 placed in positions at or near the limit line
13 between the U.S. and Mexico?
14     A    Yes.
15     Q    And is it the case that when a port of
16 entry is engaged in metering, when a noncitizen
17 without proper travel documents arrives at the
18 border, they will be told that the port is at
19 capacity and that they should return to Mexico
20 and put their name on a wait list?
21     A    We do explain to the individual that
22 our port is at capacity and that we're not able



Page 171

```
 1   to process them at that time.
 2       Q    Okay.
 3       A    We do not refer them to somebody to
 4   get on a list.
 5       Q    Okay.  Let me ask the question again.
 6   I'll take that predicate out.
 7            Is it the case currently that when a
 8   port is engaged in metering, when a noncitizen
 9   without proper travel documents arrives at the
10   border, they will be told that the port is at
11   capacity and that they should return to be
12   processed later?
13       A    Yes.
14       Q    It has been the case there have been
15   instances where noncitizens without proper travel
16   documents have actually crossed onto U.S. soil
17   before being told by a CBP officer that they
18   should -- that the port's at capacity and they
19   should return later; is that right?
20       A    I'm aware of instances where
21   individuals did cross the boundary line and --
22   can you repeat your question to make sure I
```



Page 303

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2          I, Tammy S. Newton, the officer before

3  whom the foregoing proceedings was taken, do

4  hereby certify that the foregoing transcript is a

5  true and correct record of the proceedings; that

6  said proceedings were taken by me

7  stenographically and thereafter reduced to

8  typewriting under my supervision; and that I am

9  neither counsel for, related to, nor employed by

10 any of the parties to this case and have no

11 interest, financial or otherwise, in its outcome.

12         IN WITNESS WHEREOF, I have hereunto set

13 my hand and affixed my notarial seal this 13th

14 day of January, 2020.

15 My commission expires:

16 7/31/2022

17

18                            _____

19                            Notary Public in and for the

20                            District of Columbia

21

22

