MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 4 TO NOTICE OF FILING REDACTED DOCUMENTS PURSUANT TO DKT. 543** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted pursuant to Fed. R. Civ. P. 25(d). Defendants have represented to Plaintiffs that Chad F. Wolf is the Acting Secretary of Homeland Security. One district court had disagreed with that representation. *See Casa de Md., Inc. v. Wolf*, 2020 U.S. Dist. LEXIS 166613, at \*65 (D. Md. 2020) ("Wolf filled the role of Acting Secretary without authority").

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   AL OTRO LADO, INC., et al.,

 5
              Plaintiffs,
 6

 7        vs.                    Case No.
                                 17-cv-02366-BAS-KSC
 8
     KEVIN K. McALEENAN1, et al.,
 9

10            Defendants.
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
11

12

13       CONFIDENTIAL VIDEOTAPED VIDEOCONFERENCE

14             DEPOSITION OF MARIZA MARIN

15

16             THURSDAY, MAY 28, 2020

17                  8:37 A.M.

18

19             SAN DIEGO, CALIFORNIA

20

21

22

23
```

1                "Seeking transit to the

2           United States by other means."

3           Did I read that correctly?

4      A.   Yes.

5      Q.   In your experiences are asylum

6  seekers who are at the border at the United States

7  and Mexico attempting to enter the United States

8  at a port of entry?

9           MS. SHINNERS:  Object to the scope,

10  calls for a legal conclusion.

11           THE WITNESS:  Yes.

12           MR. MEDLOCK:  I would like to --

13  BY MR. MEDLOCK:

14      Q.   Actually, I have a follow-up

15  question.  Isn't it the case that CBP officers are

16  supposed to provide documentation to individuals

17  who are denied entry into the U.S.?

18           MS. SHINNERS:  Object to the scope.

19           THE WITNESS:  Yes.

20           MR. MEDLOCK:  Kevin, if we can pull

21  up tab 20 which is -- we will mark as Exhibit 204

22  to Ms. Marin's deposition.

23           (Exhibit No. 204 was marked for

24           identification by the shorthand

11        MS. SHINNERS:  I just wanted to
12   state on the record that the witness would like to
13   read and sign and that the deposition transcript
14   is confidential for 30 days pending more specific
15   confidentiality designations.
16        THE COURT REPORTER:  Okay.  Thank
17   you.  And can I get transcript and video records
18   -- video orders on the record, please?
19        MS. SHINNERS:  The defendants would
20   like to order the transcript.
21        MR. MEDLOCK:  And plaintiffs have a
22   standing order that you can get from Canby Wood at
23   Magna Legal.
24        THE COURT REPORTER:  Okay.  Thank
25   you very much.  Joseph is going to read us off the

295

1    record and I ask that everyone stay on the line
2    just in case I have got more questions afterwards.
3    Thank you.
4         Thanks Joseph.
5         VIDEOGRAPHER:  Time is 6:28 P.M.
6    This concludes the deposition of Mariza Marin.  We
7    are now off the record.
8

```
 9        (Whereupon, at the hour of 6:29 p.m., the
10                proceedings were concluded.)
11                          oo0oo
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```