# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Al Otro Lado, Inc., *et al.*, <br>    *Plaintiffs*, <br><br> v. <br><br> Chad Wolf, *et al.*, <br>    *Defendants*. | ) ) ) ) ) ) ) ) ) ) | No. 3:17-cv-02366-BAS-KSC |

### DECLARATION OF ALBERT BARNES

I, Albert Barnes, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records, and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am currently the Border Security Coordinator, El Paso Field Office, Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). I have served in this role since February 2020. I have over 24 years of experience in the federal government, to include 12 years as a supervisor at the El Paso Port of Entry and the El Paso Field Office. As the Border Security Coordinator, I provide policy oversight in the areas of immigration case processing, tactical operations, and passenger processing for the seven ports of entry in the El Paso Field Office.

2. I make this declaration to support the filing of portions of an exhibit attached to Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment under seal. Specifically, the document that should be filed under seal consists of an email with the subject line "Cadence Calls – Supplemental Information",

1

dated April 4, 2018, with bates number AOL-DEF-00801853. The email contains a discussion of CBP's efforts to investigate and combat fraud schemes employed by Honduran nationals, the law enforcement techniques and methods OFO uses to investigate such fraud, and the El Paso Field Office's communications with the Honduran government.

3. The information that should be filed under seal involves communications between the United States and Honduran governments to regarding efforts to identify suspected fraud among Honduran citizens and a discussion of sensitive law enforcement methods and techniques for uncovering this fraudulent activity, including specific steps taken by both CBP and the Honduran consulates to identify and combat such fraud.

4. This information should remain confidential, as it reveals the nature and scope of OFO's communications with the Honduran government as well as details of law enforcement techniques and methods to identify and combat certain fraudulent activities. Disclosure to the public could stifle the free flow of information between the U.S. and Honduras and prevent the sharing of information that is critical to maintaining a safe and secure border. Further, the operational details contained within this email, if disclosed, could provide outside entities with insight into the relationship between OFO and Honduran officials, including insight into what operational issues may be particularly important to ports within the El Paso Field Office and the method by which officials work together to address instances of fraud.

5. This information also contains details of the specific actions that OFO and the Honduran government have taken to address fraudulent action, including a discussion of certain factors that factor into certain law enforcement decisions and how those factors influence

such decisions. If disclosed, such insight would provide hostile actors with information regarding how and when a port is vulnerable and susceptible to manipulation. Additionally, if disclosed, Honduran nationals who engage in these schemes could become aware that CBP possesses an effective counter-measure to such schemes, and may adopt a different scheme to which CBP does not possess an effective counter-measure. Disclosure of such information could also encourage other foreign nationals to replicate such schemes. For these reasons, it is critical that the information described above be filed under seal and be kept confidential.

6. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 25 day of September, 2020.

Albert Barnes
Border Security Coordinator
El Paso Field Office
U.S. Customs and Border Protection