JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc.; ABIGAIL Doe; BEATRICE Doe; CAROLINA Doe; DINORA Doe; INGRID Doe; ROBERTO Doe; MARIA Doe; JUAN Doe; VICTORIA Doe; BIANCA Doe; EMILIANA Doe; and CÉSAR Doe, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary of Homeland Security; MARK A. MORGAN, Acting Commissioner, U.S. Customs and Border Protection; and WILLIAM A. FERRARA, Executive | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

1  Assistant Commissioner, Office of Field
2  Operations, U.S. Customs and Border
   Protection, in their official capacities,[*]
3
4                    *Defendants*

---

25  [*] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary Wolf is
26  automatically substituted as a Defendant for former Acting Secretary McAleenan;
    Acting Commissioner Morgan is automatically substituted as a Defendant for former
27  Commissioner McAleenan; and Executive Assistant Commissioner Ferrara is
28  automatically substituted as a Defendant for former Executive Assistant
    Commissioner Owen.

# DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Please take notice that on Defendants hereby move for summary judgment on all claims in the Second Amended Complaint (ECF No. 189) and oppose Plaintiffs' Motion for Summary Judgment (ECF No. 535). This Cross-Motion and Opposition is based on the attached memorandum of points and authorities, the exhibits referenced therein or attached thereto, and any arguments that may be presented on the matter.

DATED: September 25, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document and its attachments on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: September 25, 2020          Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice