JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 3:17-cv-02366-BAS-KSC<br><br>**DECLARATION OF ALEXANDER J. HALASKA** |

# **DECLARATION OF ALEXANDER J. HALASKA**

I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3).

2. Attached hereto as **Defendants' Exhibit 1** is the declaration of Beverly Good (Sept. 25, 2020).

3. Attached hereto as **Defendants' Exhibit 2** is a document bearing the Bates numbers CBPALOTRO000299.

4. Attached hereto as **Defendants' Exhibit 3** is a document bearing the Bates number AOL-DEF-00273294.

5. Attached hereto as **Defendants' Exhibit 4** is a PDF version of the webpage at https://www.cbp.gov/newsroom/stats/sw-border-migration/claims-fear (last visited Sept. 25, 2020).

6. Attached hereto as **Defendants' Exhibit 5** is a document bearing the Bates number CBPALOTRO000303.

7. Attached hereto as **Defendants' Exhibit 6** is a PDF version of the webpage at https://www.cbp.gov/newsroom/stats/sw-border-migration/claims-fear (accessed Sept. 25, 2020).

8. Attached hereto as **Defendants' Exhibit 7** is a PDF version of the webpage at https://www.cbp.gov/about (accessed Sept. 25, 2020).

9. Attached hereto as **Defendants' Exhibit 8** is a table containing border-crossing data from the U.S. Department of Transportation. I downloaded the data on August 26, 2020, from https://explore.dot.gov/views/BorderCrossing Data/Annual?:isGuestRedirectFromVizportal=y&:embed=y, and formatted it for ease of reference. No values have been changed.

1      10.    Attached hereto as **Defendants' Exhibit 9** is copy of the document entitled "Combating the Opioid Epidemic: Intercepting Illicit Opioids at Ports of Entry," issued May 10, 2018, by the minority staff of the United States Senate Committee on Homeland Security & Governmental Affairs. The report is accessible at https://www.hsgac.senate.gov/imo/media/doc/Combating%20the%20Opioid%20Epidemic%20-%20Intercepting%20Illicit%20Opioids%20at%20Ports%20of%20Entry%20-%20Final.pdf.

11.    Attached hereto as **Defendants' Exhibit 10** is a document bearing the Bates number AOL-DEF-00216804. The document is designated Highly Confidential/Attorneys' Eyes Only.

12.    Attached hereto as **Defendants' Exhibit 11** is a true and accurate copy of a fact sheet published by the General Services Administration on December 11, 2019, regarding the San Ysidro Land Port of Entry. The report is available at https://www.gsa.gov/cdnstatic/Overarching%20San%20Ysidro%20Fact%20Sheet%20-%20Dec%2011%202019.pdf.

13.    Attached hereto as **Defendants' Exhibit 12** is Reproduced AOL-DEF-00237660.

14.    Attached hereto as **Defendants' Exhibit 13** is a document bearing the Bates number AOL-DEF-00799100.

15.    Attached hereto as **Defendants' Exhibit 14** is a document bearing the Bates number AOL-DEF-00797893.

16.    Attached hereto as **Defendants' Exhibit 15** is a document bearing the Bates number AOL-DEF-00797737.

17.    Attached hereto as **Defendants' Exhibit 16** is a document bearing the Bates number AOL-DEF-00798098.

18.    Attached hereto as **Defendants' Exhibit 17** is a document bearing the Bates number AOL-DEF-00806817.

19.    Attached hereto as **Defendants' Exhibit 18** is a document bearing the

1 Bates number AOL-DEF-00890684.

2  20. Attached hereto as **Defendants' Exhibit 19** is a document bearing the
3 Bates number AOL-DEF-00891856.

4  21. Attached hereto as **Defendants' Exhibit 20** is a document bearing the
5 Bates number AOL-DEF-00806830.

6  22. Attached hereto as **Defendants' Exhibit 21** is a document bearing the
7 Bates number AOL-DEF-00893755.

8  23. Attached hereto as **Defendants' Exhibit 22** is a document bearing the
9 Bates number AOL-DEF-00802270.

10  24. Attached hereto as **Defendants' Exhibit 23** is a document bearing the
11 Bates number AOL-DEF-00896692.

12  25. Attached hereto as **Defendants' Exhibit 24** is a document bearing the
13 Bates number AOL-DEF-00903363.

14  26. Attached hereto as **Defendants' Exhibit 25** is a document bearing the
15 Bates number AOL-DEF-00906636.

16  27. Attached hereto as **Defendants' Exhibit 26** is a document bearing the
17 Bates number AOL-DEF-00896989.

18  28. Attached hereto as **Defendants' Exhibit 27** is a document bearing the
19 Bates number AOL-DEF-01265180.

20  29. Attached hereto as **Defendants' Exhibit 28** is a document bearing the
21 Bates number AOL-DEF-01266827.

22  30. Attached hereto as **Defendants' Exhibit 29** is a document bearing the
23 Bates number AOL-DEF-01393904.

24  31. Attached hereto as **Defendants' Exhibit 30** is a document bearing the
25 Bates number AOL-DEF-00044527.

26  32. Attached hereto as **Defendants' Exhibit 31** is a document bearing the
27 Bates number AOL-DEF-00793584.

28  33. Attached hereto as **Defendants' Exhibit 32** is a document bearing the

1  Bates number AOL-DEF-00035554. Attached hereto as **Defendants' Exhibit 33** is
2  a memorandum from John Roth, Inspector General, U.S. Department of Homeland
3  Security, with the subject line "Investigation of Allegations Related to Temporary
4  Holding Facilities and Non-Intrusive Inspection Equipment at U.S. Customs and
5  Border Protection (OSC File No. DI-17-0368)." The document is available at
6  https://www.oig.dhs.gov/sites/default/files/assets/FOIA/Investigation%20of%20
7  Allegations%20Related%20to%20Temporary%20Holding%20Facilities%20and%
8  20Non-Intrusive%20Inspection%20Equipment%20at%20U.S.%20Customs%20
9  and%20Border%20Protection.PDF.

10       34.    Attached hereto as **Defendants' Exhibit 34** is a document bearing the
11  Bates number AOL-DEF-00019710.

12       35.    Attached hereto as **Defendants' Exhibit 35** is a document bearing the
13  Bates number AOL-DEF-00522433.

14       36.    Attached hereto as **Defendants' Exhibit 36** is a document bearing the
15  Bates number AOL-DEF-00814130.

16       37.    Attached hereto as **Defendants' Exhibit 37** is a document bearing the
17  Bates number AOL-DEF-00562927.

18       38.    Attached hereto as **Defendants' Exhibit 38** is a document bearing the
19  Bates number AOL-DEF-00370791.

20       39.    Attached hereto as **Defendants' Exhibit 39** is a document bearing the
21  Bates number AOL-DEF-00022783.

22       40.    Attached hereto as **Defendants' Exhibit 40** is a document bearing the
23  Bates number AOL-DEF-0140823.

24       41.    Attached hereto as **Defendants' Exhibit 41** is a document bearing the
25  Bates number AOL-DEF-00069617.

26       42.    Attached hereto as **Defendants' Exhibit 42** is a document bearing the
27  Bates number AOL-DEF-00089288.

28       43.    Attached hereto as **Defendants' Exhibit 43** is a document bearing the

Bates number AOL-DEF-00034127.

44. Attached hereto as **Defendants' Exhibit 44** is a document bearing the Bates number AOL-DEF-00722915.

45. Attached hereto as **Defendants' Exhibit 45** is a document bearing the Bates number AOL-DEF-00090443.

46. Attached hereto as **Defendants' Exhibit 46** is a PDF version of the webpage at https://www.cbp.gov/newsroom/stats/ofo-sw-border-inadmissibles (last visited Sept. 25, 2020).

47. Attached hereto as **Defendants' Exhibit 47** is a PDF version of the webpage at https://www.cbp.gov/newsroom/stats/ofo-sw-border-inadmissibles (last visited Sept. 25, 2020).

48. Attached hereto as **Defendants' Exhibit 48** is a PDF version of the webpage at https://www.cbp.gov/newsroom/stats/ofo-sw-border-inadmissibles (last visited Sept. 25, 2020).

49. Attached hereto as **Defendants' Exhibit 49** is a PDF version of the webpage at https://www.cbp.gov/newsroom/stats/ofo-sw-border-inadmissibles (last visited Sept. 26, 2020).

50. Attached hereto as **Defendants' Exhibit 50** is a document bearing the Bates number AOL-DEF-00801853.

51. Attached hereto as **Defendants' Exhibit 51** is a document bearing the Bates number AOL-DEF-00909574.

52. Attached hereto as **Defendants' Exhibit 52** is a document bearing the Bates number AOL-DEF-00729220.

53. Attached hereto as **Defendants' Exhibit 53** is a document bearing the Bates number AOL-DEF-00010711.

54. Attached hereto as **Defendants' Exhibit 54** is a document bearing the Bates number AOL-DEF-00704631.

55. Attached hereto as **Defendants' Exhibit 55** is a document bearing the

1 Bates number AOL-DEF-00704631.

56. Attached hereto as **Defendants' Exhibit 56** is a document bearing the Bates number AOL-DEF-00011644.

57. Attached hereto as **Defendants' Exhibit 57** is the declaration of Mariza Marin (Oct. 9, 2019).

58. Attached hereto as **Defendants' Exhibit 58** is the declaration of Samuel Cleaves (Sept. 25, 2020).

59. Attached hereto as **Defendants' Exhibit 59** is a document bearing the Bates number AOL-DEF-00039041.

60. Attached hereto as **Defendants' Exhibit 60** is the declaration of Mariza Marin (Sept. 11, 2020).

61. Attached hereto as **Defendants' Exhibit 61** is a document bearing the Bates number AOL-DEF-00003273.

62. Attached hereto as **Defendants' Exhibit 62** is a document bearing the Bates number AOL-DEF-00023711.

63. Attached hereto as **Defendants' Exhibit 63** is a document bearing the Bates number AOL-DEF-00380555.

64. Attached hereto as **Defendants' Exhibit 64** is a document bearing the Bates number AOL-DEF-01408293.

65. Attached hereto as **Defendants' Exhibit 65** is a document bearing the Bates number AOL-DEF-00806910.

66. Attached hereto as **Defendants' Exhibit 66** is a document bearing the Bates number AOL-DEF-00806828.

67. Attached hereto as **Defendants' Exhibit 67** are Defendants' Second Amended Objections and Responses to Plaintiffs' First Set of Interrogatories to All Defendants.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on September 26, 2020, in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
U.S. Department of Justice