1   JEFFREY BOSSERT CLARK
    Acting Assistant Attorney General
2   Civil Division
3   WILLIAM C. PEACHEY
    Director, Office of Immigration Litigation –
4   District Court Section
    KATHERINE J. SHINNERS (DC 978141)
5   Senior Litigation Counsel
6   ALEXANDER J. HALASKA (IL 6327002)
7   Trial Attorney
    United States Department of Justice
8   Civil Division
9   Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
10  Washington, D.C. 20044
    Tel: (202) 307-8704 | Fax: (202) 305-7000
11  alexander.j.halaska@usdoj.gov
12
13  *Counsel for Defendants*
14
15          **UNITED STATES DISTRICT COURT**
        **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
16                  **(San Diego)**
17

18  AL OTRO LADO, Inc., *et al.*,           Case No. 3:17-cv-02366-BAS-KSC
19                      *Plaintiffs*,       **DEFENDANTS' EXHIBIT 2**
20
21              v.
22  Chad F. WOLF, Acting Secretary of
23  Homeland Security, in his official
    capacity, *et al.*,
24
25                      *Defendants.*
26
27
28

Produced in Al Otro Lado v. McAleenan, No. 3:17-cv-02366 (S.D. Cal.)

1300 Pennsylvania Avenue NW
Washington, DC 20229



**U.S. Customs and
Border Protection**

APR 2 7 2018

MEMORANDUM FOR:     See Distribution

FROM:     Todd C. Owen
          Executive Assistant Commissioner
          Office of Field Operations

SUBJECT:     Metering Guidance

When necessary or appropriate to facilitate orderly processing and maintain the security of the port and safe and sanitary conditions for the traveling public, DFOs may elect to meter the flow of travelers at the land border to take into account the port's processing capacity. Depending on port configuration and operating conditions, the DFO may establish and operate physical access controls at the borderline, including as close to the U.S.-Mexico border as operationally feasible. DFOs may not create a line specifically for asylum-seekers only, but could, for instance, create lines based on legitimate operational needs, such as lines for those with appropriate travel documents and those without such documents.

Ports should inform the waiting travelers that processing at the port is currently at capacity and CBP is permitting travelers to enter the port once there is sufficient space and resources to process them. At no point may an officer discourage a traveler from waiting to be processed, claiming fear of return, or seeking any other protection. Officers may not provide tickets or appointments or otherwise schedule any person for entry. Once a traveler is in the United States, he or she must be fully processed.

INAMI has, at times, elected to conduct exit controls at some locations in Mexico to limit the throughput of travelers into the United States. DFOs should be particularly aware of any INAMI controls that are preventing U.S. citizens, LPRs, or Mexican nationals (some of whom may intend to claim fear) from entering the United States, and should work with INAMI, as appropriate, to address such concerns.

Please ensure that this memorandum is disseminated to all ports of entry within your area of responsibility. Should you have any questions or require additional information, please contact ███████████████, Executive Director, APP, at ████████████.

Distribution:     Director, Field Operations, El Paso
                  Director, Field Operations, Laredo
                  Director, Field Operations, San Diego
                  Director, Field Operations, Tucson

CBPALOTRO000299