JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 5** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |



NOV 2 7 2019

MEMORANDUM FOR:   Todd C. Owen
                  Executive Assistant Commissioner
                  Office of Field Operations

FROM:             Mark A. Morgan
                  Acting Commissioner

SUBJECT:          Prioritization-Based Queue Management

**Background and Purpose:**

On June 5, 2018, the Secretary of Homeland Security issued policy memorandum, *Prioritization-Based Queue Management,* (attached), which establishes an order of priority for the allocation of resources at the U.S. Southwest Border land ports of entry (POE). This policy directs U.S. Customs and Border Protection (CBP) to focus on its primary mission: to safeguard America's borders thereby protecting the public from dangerous people and materials while enhancing the Nation's global economic competiveness by enabling legitimate trade and travel.

Over the past several years, CBP has seen an increase in the number of inadmissible aliens presenting at POEs without possessing appropriate travel and identification documents. The processing of these aliens requires a substantial amount of time and resources, which may negatively affect the flow of trade and other travel. CBP must carefully balance its space and resources to ensure that each POE has sufficient capacity to address its mission sets, in order of priority, including the safety and expeditious processing of all travelers accessing the port.

Therefore, to ensure the continued success of the CBP mission, I ask for your continued vigilance in prioritizing staffing and operations in accordance with the order of priority as outlined in the June 5, 2018 memorandum. By prioritizing resource and staffing efforts, CBP officers will focus on enhancing border security, increasing CBP's effectiveness in identifying and interdicting threats, and processing individuals presenting themselves for admission into the United States.

More specifically, the Secretary's 2018 memorandum identified the following order of priority at all Southwest Border POEs:

1. **National security efforts:** detecting public safety and identifying potential security threats, such as known or suspected terrorists, members of transnational criminal organizations (TCOs), and other violent actors.

Law Enforcement Sensitive/For Official Use Only

2. **Counter-narcotics and outbound operations:** targeting and examining increasing numbers of conveyances and travelers for potential smuggling of illicit narcotics, currency, and firearms.
3. **Economic security:** trade and cargo processing efforts to facilitate lawful commerce into the United States, while enforcing trade laws, protecting agriculture, and addressing anticompetitive elements in the supply chain.
4. **Trade and travel facilitation:** managing flows of people and goods at pedestrian and vehicle lanes of entry for U.S. citizens, lawful permanent residents, Border Crossing Card and visa holders, and others presenting documents sufficient for admission or other lawful entry into the United States.

## Current Situation:

CBP continues to face multi-faceted threats at our Southwest border. As such, the agency needs to position resources appropriately to combat all threats. In Fiscal Year 2019, CBP officers at our Southwest Border land POEs found three individuals inadmissible who were on the terrorist watchlist at the time of encounter. In Fiscal Year 2019, CBP officers have encountered 1,601 Special Interest Aliens along the Southwest Border. Furthermore, in Fiscal Year 2019, CBP officers arrested 1,800 convicted criminals at our Southwest Border land POEs.

Additionally, TCOs are flooding our country with dangerous drugs. Last year, there were over 68,000 deaths in the United States due to illicit narcotic use. Additionally, methamphetamine has seen a resurgence in this country as "super labs" in Mexico are increasing production and are flooding the United States with cheaper and purer forms of methamphetamine. There has been a 19 percent increase in inbound methamphetamine seizures. According to the Drug Enforcement Administration, the overall average purity for the second half of 2018 was 97.5 percent.

|  | DRUG TYPE | FY18 (LBS) | FY19 (LBS) | FY18 TO FY19 % CHANGE |
|---|---|---|---|---|
| **INBOUND DRUG SEIZURES** | Methamphetamine | 53,244.69 | 64,646.93 | 19% |
| | Heroin | 4,826.28 | 4,790.46 | -1% |
| | Fentanyl | 1,513.13 | 2,388.13 | 58% |
| | Cocaine | 19,937.79 | 19,255.12 | -3% |

Finally, in Fiscal Year 2019, CBP outbound seizures of currency along the Southwest Border also increased.

| | FY18 | | FY19 | |
|---|---|---|---|---|
| | Incidents | USD | Incidents | USD |
| **OUTBOUND CURRENCY INDICATIONS** | 164 | $7,017,683.61 | 165 | $9,442,827.38 |

These demands create an inherent strain on CBP personnel and resources to process an increasing number of inadmissible arriving aliens while simultaneously focusing on the detection and apprehension of narcotics and currency smugglers.

Law Enforcement Sensitive/For Official Use Only

CONFIDENTIAL                                                                                       CBPALOTRO000304

Law Enforcement Sensitive/For Official Use Only

## Action:

In accordance with the mission of the Office of Field Operations, Operations Directorate to protect the American people, advance the national economy, and safeguard our borders, field leaders must continue to balance resources according to the order of priority listed above and are reminded that:

- They have the discretion to allocate resources and staffing to any areas of enforcement and trade facilitation not covered by the priorities and queue management process based on the availability of resources and holding capacity at the local port level.
- Depending on port configuration and operating conditions, Directors of Field Operations may establish and operate physical access controls at the borderline, including as close to the US-Mexico border as operationally feasible.
- Directors of Field Operations may create lines based on legitimate operational needs, such as lines for those with appropriate travel documents and those without such documents.
- As in all operations, the safety of employees and the public is paramount to in operational decisions.

Law Enforcement Sensitive/For Official Use Only

U.S. Department of Homeland Security
Washington, DC 20528


Homeland Security

June 5, 2018

MEMORANDUM FOR:   Kevin K. McAleenan
Commissioner
U.S. Customs and Border Protection

FROM:   Kirstjen M. Nielsen
Secretary

SUBJECT:   Prioritization-Based Queue Management

While enhancing border security at and between our Southwest Border ports of entry and increasing our effectiveness at identifying and interdicting threats, apprehensions of those crossing our border illegally between the ports of entry and the number of arriving aliens determined to be inadmissible at ports of entry continue to rise.

At the same time, U.S. Customs and Border Protection's (CBP) resources remain strained along the Southwest Border. Inadmissible arriving aliens presenting at ports of entry, many of whom arrive without possessing appropriate travel and identity documents required by law, such as a visa and passport, require additional processing time that delays the flow of legitimate trade and travel. In many cases, CBP officers must take sworn statements from those individuals, which requires a substantial amount of time and resources.

CBP must focus on its primary mission: to protect the American public from dangerous people and materials while enhancing our economic competitiveness through facilitating legitimate trade and travel. As we strengthen our screening and vetting across multiple agencies to identify potential threats before they impact the United States, we continue to face a multi-faceted and dispersed terrorist adversary. In Fiscal Year 2017, CBP officers at our land ports of entry found 335 individuals inadmissible who were on the terrorist watchlist, and have already had 70 such encounters in the first quarter of 2018. Furthermore, on a typical day, CBP arrests 21 wanted criminals at our ports of entry. The officers at our ports must be vigilant about identifying national security and public safety threats above all others and denying entry to those who might do us harm.

Particularly, I am concerned by increasing seizures of illicit narcotics across all categories—especially methamphetamine and synthetic opioids such as fentanyl.

FOR OFFICIAL USE ONLY

CONFIDENTIAL                                                                                           CBPALOTRO000306

Prioritization-based Queue Management
Page 2

| | Drug Type (lbs) | FY 2017 (May 16th) | FY 2018 (May 16th) | % Change |
|---|---|---|---|---|
| **Inbound Narcotics Seizures** | Methamphetamine | 23,318.59 | 37,584.20 | 61.18% |
| | Heroin | 1,820.03 | 2,769.16 | 52.15% |
| | Fentanyl | 771.22 | 827.18 | 7.26% |

CBP must prioritize resources to intercept illicit drugs that have no place in a safe society. Security in border communities and beyond is threatened by transnational criminal organizations transferring drugs and currency across our borders.

We know from experience that seizures of illicit narcotics inbound and the outbound currency that sustains transnational criminal organizations both increase when inadmissible arriving aliens, particularly those without documents, are down. For example, during Fiscal Year 2017, when our ports of entry saw a 25 percent decrease in migrant crossings and processing from the year before, seizures of outbound currency increased by 37 percent.

| | FY 2016 | | FY 2017 | | % Change |
|---|---|---|---|---|---|
| **Outbound Currency Interdictions** | Incidents | USD | Incidents | USD | |
| | 1,047 | $28,371,089 | 1,233 | $38,996,437 | 37.45% |

CBP personnel and resources that would otherwise be deployed to process inadmissible arriving aliens can focus on the detection and apprehension of narcotics and currency smugglers.

CBP must protect the economic security of the United States by enforcing trade laws and protecting legitimate commerce. Seizures of shipments that violate intellectual property rights increased by eight percent in Fiscal Year 2017 over the previous fiscal year, and if those seized items had been genuine, the total estimated manufacturer's suggested retail price would have been more than $1.2 billion. CBP officers must be able to focus on identifying fake and dangerous goods, as well as invasive pests, through the cargo processing and agriculture inspection efforts that protect the American economy.

Finally, continued efficient transit for vetted trade partners and trusted travelers must be a priority. Approximately 545,000 passengers and pedestrians pass through our Southwest Border ports of entry every day, as well as 214,000 privately owned vehicles. The vast majority of that traffic is legitimate and necessary, and border communities and our larger economy rely on their efficient processing.

The processing of travelers without documentation draws resources away from CBP's fundamental responsibilities. The number of inadmissible persons arriving at ports of entry has risen by 62 percent in the last three months, when compared to the same three months of the previous fiscal year:

FOR OFFICIAL USE ONLY

CONFIDENTIAL                                                                 CBPALOTRO000307

Prioritization-based Queue Management
Page 3

| Fiscal Period | All Inadmissibles |
|---|---|
| February 2017 | 12,078 |
| March 2017 | 13,079 |
| April 2017 | 12,531 |
| February 2018 | 17,862 |
| March 2018 | 22,513 |
| April 2018 | 20,956 |

Moreover, staffing at Southwest Border ports of entry is below our target levels for almost all major ports, and our officers are increasingly working extensive overtime hours each pay period, leading to increased fatigue and stress on the workforce. At several of the largest ports of entry, upwards of 10 percent of the CBP officer workforce are engaged in immigration secondary screening and processing functions, primarily addressing persons presenting without documents sufficient for admission or other lawful entry.

While we address these staffing concerns, we remain focused on accomplishing the mission. In recognition of (1) the continued prevalence of security threats, (2) the dire consequences of illicit narcotics on our communities (especially the devastating opioid epidemic), (3) the staffing and resource challenges summarized above, and (4) the increase of irregular migration flows, I direct you to initiate a 30-day pilot program to prioritize staffing and operations in accordance with the following order of priority at all Southwest Border ports of entry:

1. **National security efforts:** detecting public safety and identifying potential security threats, such as known or suspected terrorists, members of transnational criminal organizations, and other violent actors.
2. **Counter-narcotics operations:** targeting and examining increasing numbers of conveyances and travelers for potential smuggling of illicit narcotics.
3. **Economic security:** trade and cargo processing efforts to facilitate lawful commerce into the United States, while enforcing trade laws, protecting agriculture, and addressing anticompetitive elements in the supply chain.
4. **Trade and travel facilitation:** managing flows of people and goods at pedestrian and vehicle lanes of entry for U.S. citizens, lawful permanent residents, Border Crossing Card and visa holders, and others presenting documents sufficient for admission or other lawful entry into the United States, while detecting fraudulent documents.

Processing persons without documents required by law for admission arriving at the Southwest Border remains a component of CBP's mission, but priority should be given to the efforts described above in the prescribed order. Field leaders have the discretion to allocate resources and staffing dedicated to any areas of enforcement and trade facilitation not covered by the above priorities and queue management process based on the availability of resources and holding capacity at the local port level. Depending on port configuration and operating conditions, Directors of Field Operations may establish and operate physical access controls at the borderline, including as close to the U.S.-Mexico border as operationally feasible. DFOs may create lines based on legitimate operational needs, such as lines for those with appropriate travel documents and those without such documents. As in all operations, the safety of employees and the public is paramount in operational decisions.

FOR OFFICIAL USE ONLY

CONFIDENTIAL                                                             CBPALOTRO000308