JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 6** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |



Official website of the Department of Homeland Security

 (https://www.facebook.com/CBPgov/)  (https://www.instagram.com/cbpgov/)
 (https://www.flickr.com/photos/cbpphotos/)  (https://twitter.com/cbp)
 (https://www.linkedin.com/company/2997?trk=tyah)  (https://www.youtube.com/user/customsborderprotect)
 (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new)

U.S. Customs and Border Protection (/)

# Executive Assistant Commissioners' Offices

**AIR AND MARINE OPERATIONS**
**Executive Assistant Commissioner Edward E. Young (/about/leadership-organization/executive-assistant-commissioners-offices/air-and-marine-operations)**

Air and Marine Operations (AMO), safeguards our Nation by anticipating and confronting security threats through our aviation and maritime law enforcement expertise, innovative capabilities, and partnerships at the border and beyond.

**OFFICE OF FIELD OPERATIONS**
**Executive Assistant Commissioner William A. Ferrara (/about/leadership-organization/executive-assistant-commissioners-offices/field-operations)**

Office of Field Operations (OFO), is the largest component in CBP and is responsible for border security—including anti-terrorism, immigration, anti-smuggling, trade compliance, and agriculture protection—while simultaneously facilitating the lawful trade and travel at U.S. ports of entry that is critical to our Nation's economy.

OFO is headed by an Executive Assistant Commissioner who is responsible for overseeing the operations of 20 major field offices, 328 ports of entry, and 70 locations in over 40 countries internationally, with a staff of more than 28,000 employees, and an operating budget of $5.2 billion.

**UNITED STATES BORDER PATROL**
**Chief, United States Border Patrol Rodney S. Scott (/about/leadership-organization/executive-assistant-commissioners-offices/chief-united-states-border-patrol)**

The United States Border Patrol, headed by the Chief, U.S. Border Patrol, is the headquarters of the primary federal law enforcement organization responsible for preventing the entry of terrorists and terrorist weapons from entering the United States between official U.S. Customs and Border Protection ports of entry. Their traditional mission is to enforce immigration laws and to detect, interdict and apprehend those who attempt to illegally enter or smuggle people or contraband across

U.S. borders between official ports of entry. The Border Patrol has a workforce of over 20,000 agents assigned to patrol the more than 6,000 miles of America's land borders. The Border Patrol has an operating budget of $1.4 billion, which provides for operations coordinated by 20 sector offices.

*Chief of U.S. Border Patrol has rank of Executive Assistant Commissioner

## TRADE

**Executive Assistant Commissioner Brenda B. Smith (/about/leadership-organization/executive-assistant-commissioners-offices/trade)**

The Office of Trade (OT) consolidates the trade policy, program development, and compliance measurement functions of CBP into one office. The Office provides uniformity and clarity for the development of CBP's national strategy to facilitate legitimate trade and manages the design and implementation of results-driven strategic initiatives of trade compliance and enforcement. It directs national enforcement responses through effective targeting of goods crossing the border as well as strict, swift punitive actions against companies participating in predatory trade practices. Through coordination with international partners and other U.S. government agencies it directs the enforcement of intellectual property rights, the identification of risks to detect and prevent the importation of contaminated agricultural or food products and the enforcement of free trade agreement eligibility. By promoting trade facilitation through partnership programs, the Office of Trade will streamline the flow of legitimate shipments and foster corporate self-governance as a means of achieving compliance with trade laws and regulations. A risk-based audit program is used to respond to allegations of commercial fraud and to conduct corporate reviews of internal controls to ensure importers comply with trade laws and regulations. Finally, the Office of Trade provides the legal tools to promote facilitation and compliance with customs, trade and border security requirements through: the issuance of all CBP regulations, legally binding rulings and decisions, informed compliance publications and structured programs for external CBP training and outreach on international trade laws and CBP regulations.

## ENTERPRISE SERVICES

**Executive Assistant Commissioner Benjamine "Carry" Huffman (/about/leadership-organization/executive-assistant-commissioners-offices/enterprise-services)**

The Enterprise Services Office was created to improve and increase collaboration among offices that provide services to the CBP enterprise. Eight offices grouped under the Enterprise Services umbrella support both the frontline operators and the mission support entities, providing a suite of products and services ranging from facilities management and training to congressional budget formulation and payroll. Five of these are headed by **Assistant Commissioners (/about/leadership-organization/executive-assistant-commissioners-offices/enterprise-services-assistant-commissioners-offices)**.

In order to deliver the highest level of support and service, the multiple offices that touch key processes such as hiring, training and facilities management, among others, must work together. By creating a culture of collaboration and cooperation among these offices, Enterprise Services

leadership is working to improve all aspects of mission support across CBP with an emphasis on customer service.

OPERATIONS SUPPORT

**Acting Executive Assistant Commissioner Pete Flores**

The Operations Support Office (OS) brings together experts, analysts, innovators, and facilitators from across nine functional areas that directly support the operational offices to strengthen mission effectiveness. These specialized capabilities that OS provides play a critical role in making a more agile, innovative, and stronger CBP.

Integrating across the OS functional areas including intelligence, international affairs, planning, requirements development, incident coordination, scientific services, policy, and use of force is essential to successfully support the operational offices. By promoting a collaborative culture, OS leadership, which includes **two Assistant Commissioners (/about/leadership-organization/executive-assistant-commissioners-offices/operations-support-assistant-commissioners-offices)**, is working to ensure that OS provides comprehensive and effective support to enhance mission execution. In addition, OS leadership actively engages with the operational offices to ensure all support is tailored to meet and overcome the operational challenges of today.

**Last modified:** September 4, 2020

**Tags:** Leadership



Share This Page.