JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 7** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

 (https://www.facebook.com/CBPgov/)  (https://www.instagram.com/cbpgov/)
 (https://www.flickr.com/photos/cbpphotos/)  (https://twitter.com/cbp)
 (https://www.linkedin.com/company/2997?trk=tyah)  (https://www.youtube.com/user/customsborderprotect)
 (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new)

U.S. Customs and Border Protection (/)

# About CBP

With more than 60,000 employees, U.S. Customs and Border Protection, CBP, is one of the world's largest law enforcement organizations and is charged with keeping terrorists and their weapons out of the U.S. while facilitating lawful international travel and trade.

As the United States' first unified border entity, CBP takes a comprehensive approach to border management and control, combining customs, immigration, border security, and agricultural protection into one coordinated and supportive activity.

**MISSION STATEMENT**
*Why CBP exists...*

To safeguard America's borders thereby protecting the public from dangerous people and materials while enhancing the Nation's global economic competitiveness by enabling legitimate trade and travel.

**VISION STATEMENT**
*What the Agency aspires to become...*

To serve as the premier law enforcement agency enhancing the Nation's safety, security, and prosperity through collaboration, innovation, and integration.

**ETHOS**
*Our shared identity, beliefs and aspirations...*

*We* are the guardians of our Nation's borders.

*We* are America's frontline.

*We* safeguard the American homeland at and beyond our borders.

*We* protect the American people against terrorists and the instruments of terror.

*We* steadfastly enforce the laws of the United States while fostering our Nation's economic security through lawful international trade and travel.

*We* serve the American people with vigilance, integrity, and professionalism.

## CORE VALUES

**Vigilance** is how we ensure the safety of all Americans. We are continuously watchful and alert to deter, detect and prevent threats to our nation. We demonstrate courage and valor in the protection of our nation.

**Service to Country** is embodied in the work we do. We are dedicated to defending and upholding the Constitution of the United States. The American people have entrusted us to protect the homeland and defend liberty.

**Integrity** is our cornerstone. We are guided by the highest ethical and moral principles. Our actions bring honor to ourselves and our agency.

**Last modified:** September 18, 2019

**Tags:**   About CBP


Share This Page.