JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 8** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

| Measure | Port Name | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Bus Passengers | Andrade | 0 | 0 | 0 | 0 | | | | |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 55,170 | 53,493 | 48,583 | 46,395 | 43,733 | 46,609 | 47,189 | 11,292 |
| | Calexico | 0 | 0 | 0 | 0 | | | | |
| | Calexico East | 103,690 | 111,400 | 122,873 | 116,240 | 115,600 | 104,080 | 78,127 | 9,920 |
| | Columbus | 15,557 | 17,297 | 14,576 | 17,512 | 16,955 | 17,090 | 16,463 | 1,417 |
| | Del Rio | 0 | 0 | 0 | 0 | | | 34 | |
| | Douglas | 14,544 | 13,442 | 19,282 | 30,029 | 25,896 | 25,339 | 16,174 | 2,125 |
| | Eagle Pass | 23,622 | 26,682 | 23,748 | 25,574 | 37,790 | 62,010 | 78,918 | 22,875 |
| | El Paso | 370,797 | 313,684 | 266,168 | 199,819 | 193,419 | 195,808 | 308,329 | 79,036 |
| | Hidalgo | 334,477 | 349,417 | 301,160 | 288,020 | 249,524 | 263,682 | 276,103 | 67,234 |
| | Laredo | 1,023,411 | 1,020,567 | 977,305 | 1,039,605 | 728,177 | 816,696 | 1,016,437 | 268,455 |
| | Lukeville | 2,622 | 2,679 | 2,668 | 2,724 | 2,607 | 2,874 | 3,631 | 1,591 |
| | Naco | 554 | 451 | 140 | 156 | 504 | 675 | 22 | 51 |
| | Nogales | 165,094 | 168,768 | 173,425 | 186,719 | 191,750 | 194,827 | 207,487 | 46,054 |
| | Otay Mesa | 182,509 | 186,898 | 138,590 | 57,058 | 47,117 | 42,389 | 11,031 | 2,720 |
| | Presidio | 8,530 | 10,160 | 10,451 | 6,163 | 5,727 | 2,071 | 2,537 | 577 |
| | Progreso | 37 | 0 | 0 | 0 | | | | |
| | Rio Grande City | 0 | 0 | 0 | 0 | | | | |
| | Roma | 9,814 | 9,647 | 9,165 | 7,996 | 8,509 | 7,909 | 8,759 | 1,509 |
| | San Luis | 31 | 36 | 70 | 259 | 228 | 169 | 82 | 24 |
| | San Ysidro | 507,750 | 491,058 | 440,033 | 241,875 | 61,822 | 53,634 | 79,960 | 26,493 |
| | Santa Teresa | 2,523 | 1,760 | 1,521 | 1,203 | 2,710 | 2,270 | 2,048 | 196 |
| | Sasabe | 0 | 0 | 0 | 0 | | | | |
| | Tecate | 2,224 | 5,456 | 4,306 | 2,068 | 39 | | | |
| | Tornillo-Fabens | 0 | 0 | 0 | 0 | | | | |
| | Total | 2,822,956 | 2,782,895 | 2,554,064 | 2,269,415 | 1,732,107 | 1,838,132 | 2,153,331 | 541,569 |
| Buses | Andrade | 0 | 0 | 0 | 0 | | | | |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 8,443 | 7,625 | 7,387 | 7,239 | 6,476 | 6,239 | 6,128 | 1,708 |
| | Calexico | 0 | 0 | 0 | 0 | | | | |
| | Calexico East | 2,571 | 2,785 | 3,064 | 2,906 | 2,881 | 2,602 | 1,953 | 248 |
| | Columbus | 1,297 | 1,495 | 1,206 | 1,459 | 1,377 | 1,261 | 1,371 | 118 |
| | Del Rio | 0 | 0 | 0 | 0 | | | 2 | |
| | Douglas | 2,076 | 2,267 | 2,818 | 2,787 | 2,545 | 2,501 | 1,800 | 260 |
| | Eagle Pass | 927 | 1,027 | 950 | 1,035 | 1,858 | 2,688 | 3,307 | 1,080 |
| | El Paso | 21,595 | 21,554 | 19,739 | 15,050 | 15,898 | 15,977 | 19,032 | 5,194 |
| | Hidalgo | 22,521 | 26,087 | 25,776 | 25,045 | 20,840 | 20,026 | 20,992 | 5,016 |
| | Laredo | 38,017 | 41,230 | 40,065 | 41,856 | 40,220 | 38,996 | 38,575 | 10,705 |
| | Lukeville | 486 | 498 | 503 | 504 | 483 | 532 | 683 | 295 |
| | Naco | 17 | 12 | 3 | 5 | 16 | 22 | 1 | 2 |
| | Nogales | 8,699 | 9,423 | 9,694 | 10,077 | 12,891 | 9,569 | 9,720 | 2,617 |
| | Otay Mesa | 42,145 | 41,222 | 38,303 | 32,877 | 31,467 | 29,533 | 7,506 | 1,963 |
| | Presidio | 383 | 553 | 626 | 538 | 663 | 1,246 | 1,537 | 355 |
| | Progreso | 1 | 0 | 0 | 0 | | | | |
| | Rio Grande City | 0 | 0 | 0 | 0 | | | | |
| | Roma | 507 | 429 | 491 | 385 | 414 | 401 | 512 | 99 |
| | San Luis | 16 | 36 | 70 | 117 | 228 | 169 | 82 | 24 |
| | San Ysidro | 60,173 | 57,171 | 51,693 | 36,215 | 33,367 | 32,058 | 38,100 | 13,981 |
| | Santa Teresa | 215 | 129 | 118 | 99 | 269 | 232 | 240 | 47 |
| | Sasabe | 0 | 0 | 0 | 0 | | | | |
| | Tecate | 111 | 237 | 176 | 94 | 3 | | | |
| | Tornillo-Fabens | 0 | 0 | 0 | 0 | | | | |
| | Total | 210,200 | 213,780 | 202,682 | 178,288 | 171,896 | 164,052 | 151,541 | 43,712 |
| Pedestrians | Andrade | 831,896 | 800,176 | 817,866 | 833,296 | 831,433 | 901,699 | 857,724 | 338,954 |
| | Boquillas | | | 7,007 | 14,099 | 10,965 | 11,499 | 22,679 | 8,250 |
| | Brownsville | 2,125,476 | 2,232,400 | 2,325,301 | 2,550,833 | 2,761,819 | 2,893,455 | 3,123,843 | 794,753 |
| | Calexico | 4,794,339 | 4,567,333 | 4,498,322 | 4,270,911 | 4,212,342 | 4,014,519 | 3,707,777 | 1,015,573 |
| | Calexico East | 321,586 | 310,344 | 223,374 | 253,992 | 260,454 | 300,463 | 382,535 | 110,966 |
| | Columbus | 300,739 | 267,792 | 303,952 | 277,765 | 257,998 | 278,133 | 275,235 | 25,043 |
| | Cross Border Xpress | | | | | 283,263 | 1,279,074 | 1,620,661 | 434,468 |
| | Del Rio | 100,423 | 104,252 | 207,028 | 167,249 | 147,800 | 166,084 | 236,874 | 103,981 |
| | Douglas | 1,804,110 | 1,011,564 | 1,069,031 | 851,997 | 854,502 | 847,568 | 898,173 | 264,746 |
| | Eagle Pass | 803,446 | 856,700 | 914,449 | 824,560 | 858,701 | 703,659 | 861,632 | 244,396 |
| | El Paso | 6,015,421 | 6,572,313 | 6,847,689 | 7,032,715 | 6,883,755 | 7,218,420 | 7,626,455 | 1,657,923 |
| | Hidalgo | 2,061,995 | 2,290,469 | 2,474,962 | 2,414,852 | 2,185,335 | 2,170,334 | 2,347,699 | 730,324 |
| | Laredo | 3,558,660 | 3,447,437 | 3,542,190 | 3,573,992 | 3,016,801 | 3,701,135 | 3,790,022 | 925,936 |
| | Lukeville | 40,699 | 44,716 | 48,627 | 45,995 | 43,051 | 46,499 | 51,952 | 13,607 |
| | Naco | 81,146 | 79,325 | 75,267 | 76,834 | 113,384 | 152,162 | 95,557 | 26,528 |
| | Nogales | 2,912,077 | 2,886,022 | 3,131,978 | 3,420,708 | 3,349,123 | 3,422,816 | 3,419,267 | 814,807 |
| | Otay Mesa | 3,289,778 | 3,415,957 | 3,411,485 | 3,504,800 | 3,361,489 | 3,391,349 | 3,567,271 | 947,513 |
| | Presidio | 65,803 | 77,759 | 83,624 | 71,160 | 94,944 | 252,011 | 308,782 | 69,911 |
| | Progreso | 757,381 | 760,655 | 693,993 | 844,327 | 899,201 | 1,034,129 | 1,140,120 | 402,741 |
| | Rio Grande City | 53,058 | 60,193 | 53,893 | 61,390 | 60,649 | 61,271 | 69,637 | 23,905 |
| | Roma | 259,716 | 247,768 | 239,490 | 245,307 | 245,594 | 229,267 | 307,735 | 80,335 |
| | San Luis | 2,315,369 | 2,287,955 | 2,351,506 | 2,583,851 | 2,645,119 | 2,640,907 | 2,529,641 | 959,180 |
| | San Ysidro | 7,741,210 | 7,925,371 | 7,056,022 | 7,382,363 | 8,279,253 | 9,435,611 | 10,799,398 | 2,640,138 |

Downloaded from https://explore.dot.gov/views/BorderCrossingData/Annual?:isGuestRedirectFromVizportal=y&embed=y (Aug. 26, 2020)    1

| Measure | Port Name | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| | Santa Teresa | 144,759 | 175,112 | 160,560 | 159,687 | 134,458 | 145,702 | 166,754 | 30,908 |
| | Sasabe | 730 | 1,369 | 767 | 983 | 549 | 524 | 446 | 207 |
| | Tecate | 750,385 | 743,666 | 608,359 | 673,605 | 771,453 | 837,643 | 927,472 | 242,529 |
| | Tornillo-Fabens | 68,733 | 56,644 | 33,225 | 31,957 | 34,636 | 37,948 | 40,585 | 9,515 |
| | Total | 41,198,935 | 41,223,292 | 41,179,967 | 42,169,228 | 42,598,071 | 46,173,881 | 49,175,926 | 12,917,137 |
| Personal Vehicle Passengers | Andrade | 795,616 | 911,988 | 1,036,699 | 1,080,857 | 1,177,023 | 1,118,965 | 1,120,022 | 300,948 |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 8,468,635 | 8,527,359 | 8,576,187 | 9,428,627 | 10,047,891 | 10,043,076 | 9,416,489 | 2,350,368 |
| | Calexico | 7,132,134 | 7,221,528 | 7,644,148 | 7,851,664 | 7,860,166 | 8,399,017 | 9,005,892 | 2,677,111 |
| | Calexico East | 5,915,717 | 6,437,937 | 6,744,400 | 7,041,582 | 7,143,200 | 6,505,560 | 5,930,206 | 1,396,245 |
| | Columbus | 548,250 | 617,090 | 684,703 | 723,860 | 746,789 | 757,426 | 810,134 | 233,173 |
| | Del Rio | 2,643,830 | 2,839,645 | 2,936,276 | 3,128,449 | 3,262,388 | 3,177,659 | 3,111,248 | 778,257 |
| | Douglas | 2,703,712 | 2,821,853 | 2,850,942 | 2,908,282 | 3,192,199 | 3,098,512 | 2,719,614 | 722,378 |
| | Eagle Pass | 4,837,183 | 5,082,478 | 5,362,527 | 5,424,549 | 5,520,345 | 5,893,825 | 5,969,602 | 1,678,487 |
| | El Paso | 17,545,433 | 19,134,746 | 19,982,407 | 20,767,737 | 22,046,772 | 22,225,563 | 18,703,243 | 4,668,106 |
| | Hidalgo | 9,608,966 | 9,252,030 | 9,271,544 | 9,635,092 | 9,177,083 | 9,126,478 | 8,267,555 | 2,272,101 |
| | Laredo | 9,588,200 | 10,335,481 | 10,985,281 | 10,745,977 | 10,488,748 | 10,597,928 | 10,373,765 | 2,863,955 |
| | Lukeville | 624,739 | 653,483 | 751,471 | 887,287 | 999,688 | 1,061,111 | 1,116,605 | 210,326 |
| | Naco | 509,178 | 525,988 | 514,875 | 510,291 | 526,296 | 565,907 | 585,864 | 156,674 |
| | Nogales | 6,510,096 | 6,798,080 | 7,190,065 | 7,060,684 | 7,630,386 | 7,153,600 | 6,766,502 | 1,845,270 |
| | Otay Mesa | 10,884,910 | 12,040,318 | 12,225,410 | 13,583,328 | 13,600,059 | 13,318,027 | 11,372,048 | 2,876,926 |
| | Presidio | 1,240,658 | 1,272,075 | 1,363,370 | 1,403,327 | 1,447,041 | 1,504,059 | 1,442,719 | 414,576 |
| | Progreso | 2,459,890 | 2,683,861 | 2,428,918 | 2,747,205 | 2,712,778 | 2,820,980 | 2,723,757 | 811,602 |
| | Rio Grande City | 718,757 | 748,772 | 764,159 | 811,497 | 814,300 | 876,203 | 819,095 | 255,545 |
| | Roma | 1,307,843 | 1,367,898 | 1,431,288 | 1,510,619 | 1,541,662 | 1,519,765 | 1,475,475 | 407,600 |
| | San Luis | 5,088,810 | 5,536,747 | 5,575,238 | 5,462,649 | 5,752,538 | 5,854,901 | 5,069,868 | 1,503,706 |
| | San Ysidro | 19,887,054 | 21,116,089 | 25,646,073 | 24,014,192 | 23,831,138 | 25,182,134 | 25,845,348 | 7,918,204 |
| | Santa Teresa | 1,009,378 | 1,095,123 | 1,199,963 | 1,370,480 | 1,358,085 | 1,175,504 | 1,373,762 | 314,217 |
| | Sasabe | 26,164 | 31,157 | 35,667 | 41,108 | 45,378 | 47,119 | 55,435 | 15,777 |
| | Tecate | 1,469,451 | 1,598,672 | 1,776,948 | 1,908,413 | 2,039,817 | 2,130,145 | 1,944,890 | 499,730 |
| | Tornillo-Fabens | 600,347 | 593,446 | 558,927 | 654,652 | 662,760 | 737,773 | 870,958 | 234,907 |
| | Ysleta | | | | | | | | 763,604 |
| | Total | 122,124,951 | 129,243,838 | 137,537,486 | 140,702,408 | 143,624,530 | 144,891,237 | 136,890,096 | 38,169,793 |
| Personal Vehicles | Andrade | 394,548 | 453,079 | 523,059 | 506,230 | 591,692 | 575,493 | 580,028 | 168,006 |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 4,277,352 | 4,325,554 | 4,340,461 | 4,635,919 | 4,859,573 | 4,742,355 | 4,520,334 | 1,394,396 |
| | Calexico | 4,112,348 | 4,071,666 | 4,294,156 | 4,327,034 | 4,409,648 | 4,557,881 | 4,984,781 | 1,745,328 |
| | Calexico East | 3,198,849 | 3,399,697 | 3,622,215 | 3,829,484 | 3,843,383 | 3,560,187 | 3,239,218 | 873,601 |
| | Columbus | 330,460 | 357,691 | 411,192 | 427,576 | 380,308 | 351,723 | 364,686 | 120,904 |
| | Del Rio | 1,265,779 | 1,347,713 | 1,438,570 | 1,526,137 | 1,605,233 | 1,624,201 | 1,623,677 | 479,074 |
| | Douglas | 1,470,933 | 1,571,929 | 1,591,184 | 1,614,882 | 1,765,505 | 1,727,192 | 1,528,248 | 461,139 |
| | Eagle Pass | 2,361,447 | 2,466,385 | 2,683,168 | 2,729,400 | 2,666,130 | 2,798,712 | 2,855,124 | 875,299 |
| | El Paso | 10,877,163 | 11,595,319 | 12,258,192 | 12,525,548 | 12,615,101 | 12,383,403 | 10,528,448 | 2,867,181 |
| | Hidalgo | 4,768,256 | 4,565,037 | 4,594,298 | 4,721,387 | 4,401,115 | 4,427,285 | 3,989,092 | 1,173,990 |
| | Laredo | 5,023,185 | 5,250,601 | 5,224,056 | 5,092,204 | 4,990,649 | 5,157,945 | 5,109,938 | 1,549,399 |
| | Lukeville | 289,997 | 316,429 | 343,722 | 366,028 | 383,192 | 411,228 | 430,634 | 99,085 |
| | Naco | 284,677 | 298,368 | 297,174 | 302,391 | 295,427 | 310,106 | 343,549 | 95,153 |
| | Nogales | 3,162,451 | 3,286,532 | 3,470,471 | 3,477,415 | 3,806,449 | 3,603,601 | 3,369,965 | 1,009,712 |
| | Otay Mesa | 6,235,300 | 6,910,219 | 6,933,472 | 7,722,264 | 8,309,476 | 7,708,214 | 6,584,442 | 1,904,419 |
| | Presidio | 603,238 | 616,002 | 664,282 | 671,492 | 689,676 | 718,792 | 689,294 | 212,464 |
| | Progreso | 1,079,671 | 1,174,447 | 1,070,550 | 1,244,130 | 1,218,065 | 1,275,057 | 1,256,030 | 420,191 |
| | Rio Grande City | 350,054 | 359,642 | 383,431 | 410,410 | 401,807 | 425,687 | 418,696 | 133,669 |
| | Roma | 683,834 | 703,473 | 747,005 | 800,270 | 805,973 | 772,760 | 766,671 | 232,521 |
| | San Luis | 2,948,504 | 3,028,042 | 3,106,744 | 3,062,196 | 3,212,702 | 3,257,990 | 2,833,221 | 952,937 |
| | San Ysidro | 11,346,966 | 11,946,060 | 14,435,252 | 13,701,967 | 13,777,990 | 14,505,306 | 14,979,363 | 5,088,435 |
| | Santa Teresa | 427,334 | 463,799 | 527,411 | 623,615 | 614,398 | 528,894 | 627,321 | 156,443 |
| | Sasabe | 15,630 | 17,551 | 20,098 | 22,438 | 23,858 | 24,533 | 27,167 | 8,533 |
| | Tecate | 745,541 | 812,540 | 908,482 | 971,193 | 1,043,225 | 1,092,092 | 985,301 | 286,411 |
| | Tornillo-Fabens | 294,152 | 285,918 | 270,156 | 313,390 | 327,202 | 375,638 | 450,034 | 135,028 |
| | Ysleta | | | | | | | | 501,823 |
| | Total | 66,547,669 | 69,623,693 | 74,158,801 | 75,625,000 | 77,037,777 | 76,916,275 | 73,085,262 | 22,945,141 |
| Rail Containers Empty | Andrade | 0 | 0 | 0 | 0 | | | | |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 35,510 | 54,346 | 64,672 | 74,352 | 79,696 | 82,563 | 90,729 | 29,120 |
| | Calexico | 0 | 0 | 0 | 0 | | | | |
| | Calexico East | 4,645 | 6,561 | 6,635 | 6,100 | 7,478 | 7,271 | 5,970 | 3,003 |
| | Columbus | 0 | 0 | 0 | 0 | | | | |
| | Del Rio | 0 | 0 | 0 | 0 | | | | |
| | Douglas | 0 | 0 | 0 | 0 | | | | |
| | Eagle Pass | 110,441 | 132,998 | 142,982 | 165,147 | 180,752 | 200,780 | 183,435 | 77,260 |
| | El Paso | 48,396 | 55,944 | 57,740 | 57,491 | 60,083 | 66,007 | 86,761 | 23,040 |
| | Hidalgo | 0 | 0 | 0 | 0 | | | | |
| | Laredo | 157,436 | 150,227 | 146,908 | 148,144 | 182,125 | 188,921 | 199,965 | 88,421 |
| | Lukeville | 0 | 0 | 0 | 0 | | | | |
| | Naco | 0 | 0 | 0 | 0 | | | | |
| | Nogales | 33,885 | 32,963 | 34,537 | 31,212 | 30,819 | 40,520 | 38,244 | 15,470 |
| | Otay Mesa | 4,574 | 3,088 | 2,683 | 4,646 | 4,174 | 3,211 | 2,736 | 907 |

Downloaded from https://explore.dot.gov/views/BorderCrossingData/Annual?:isGuestRedirectFromVizportal=y&embed=y (Aug. 26, 2020)    2

| Measure | Port Name | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| | Presidio | 0 | 0 | 0 | 0 | | | | |
| | Progreso | 0 | 0 | 0 | 0 | | | | |
| | Rio Grande City | 0 | 0 | 0 | 0 | | | | |
| | Roma | 0 | 0 | 0 | 0 | | | | |
| | San Luis | 0 | 0 | 0 | 0 | | | | |
| | San Ysidro | 0 | 0 | 0 | 0 | | | | |
| | Santa Teresa | 0 | 0 | 0 | 0 | | | | |
| | Sasabe | 0 | 0 | 0 | 0 | | | | |
| | Tecate | 0 | 0 | 0 | 0 | | | | |
| | Tornillo-Fabens | 0 | 0 | 0 | 0 | | | | |
| | Total | 394,887 | 436,127 | 456,157 | 487,092 | 545,127 | 589,273 | 607,840 | 237,221 |
| | Andrade | 0 | 0 | 0 | 0 | | | | |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 8,897 | 10,947 | 8,887 | 11,166 | 9,275 | 10,792 | 8,582 | 5,111 |
| | Calexico | 0 | 0 | 0 | 0 | | | | |
| | Calexico East | 475 | 587 | 565 | 287 | 201 | 330 | 556 | 270 |
| | Columbus | 0 | 0 | 0 | 0 | | | | |
| | Del Rio | 0 | 0 | 0 | 0 | | | | |
| | Douglas | 0 | 0 | 0 | 0 | | | | |
| | Eagle Pass | 91,498 | 121,329 | 131,250 | 153,583 | 170,305 | 158,308 | 153,105 | 50,314 |
| | El Paso | 36,123 | 43,351 | 51,380 | 49,788 | 49,032 | 42,258 | 33,938 | 9,371 |
| | Hidalgo | 0 | 0 | 0 | 0 | | | | |
| | Laredo | 255,965 | 254,849 | 245,508 | 253,423 | 239,138 | 258,554 | 264,406 | 79,160 |
| | Lukeville | 0 | 0 | 0 | 0 | | | | |
| Rail Containers Full | Naco | 0 | 0 | 0 | 0 | | | | |
| | Nogales | 49,481 | 42,802 | 44,778 | 40,042 | 32,014 | 28,788 | 31,407 | 11,239 |
| | Otay Mesa | 0 | 1 | 15 | 0 | | | | |
| | Presidio | 0 | 0 | 0 | 0 | | | | |
| | Progreso | 0 | 0 | 0 | 0 | | | | |
| | Rio Grande City | 0 | 0 | 0 | 0 | | | | |
| | Roma | 0 | 0 | 0 | 0 | | | | |
| | San Luis | 0 | 0 | 0 | 0 | | | | |
| | San Ysidro | 0 | 0 | 0 | 0 | | | | |
| | Santa Teresa | 0 | 0 | 0 | 0 | | | | |
| | Sasabe | 0 | 0 | 0 | 0 | | | | |
| | Tecate | 0 | 0 | 0 | 0 | | | | |
| | Tornillo-Fabens | 0 | 0 | 0 | 0 | | | | |
| | Total | 442,439 | 473,866 | 482,383 | 508,289 | 499,965 | 499,030 | 491,994 | 155,465 |
| | Andrade | 0 | 0 | 0 | 0 | | | | |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 0 | 0 | 0 | 0 | | | | |
| | Calexico | 0 | 0 | 0 | 0 | | | | |
| | Calexico East | 259 | 247 | 240 | 250 | 247 | 246 | 232 | 93 |
| | Columbus | 0 | 0 | 0 | 0 | | | | |
| | Del Rio | 0 | 0 | 0 | 0 | | | | |
| | Douglas | 0 | 0 | 0 | 0 | | | | |
| | Eagle Pass | 0 | 0 | 0 | 0 | | | | |
| | El Paso | 0 | 6,741 | 5,785 | 10,759 | 7,765 | 6,895 | 6,339 | 1,960 |
| | Hidalgo | 0 | 0 | 0 | 0 | | | | |
| | Laredo | 0 | 0 | 0 | 0 | | | | |
| | Lukeville | 0 | 0 | 0 | 0 | | | | |
| Train Passengers | Naco | 0 | 0 | 0 | 0 | | | | |
| | Nogales | 3,466 | 3,180 | 3,204 | 2,970 | 2,600 | 2,887 | 2,581 | 997 |
| | Otay Mesa | 474 | 410 | 440 | 472 | 458 | 408 | 416 | 114 |
| | Presidio | 0 | 0 | 0 | 0 | | | | |
| | Progreso | 0 | 0 | 0 | 0 | | | | |
| | Rio Grande City | 0 | 0 | 0 | 0 | | | | |
| | Roma | 0 | 0 | 0 | 0 | | | | |
| | San Luis | 0 | 0 | 0 | 0 | | | | |
| | San Ysidro | 0 | 0 | 0 | 0 | | | | |
| | Santa Teresa | 0 | 0 | 0 | 0 | | | | |
| | Sasabe | 0 | 0 | 0 | 11 | | | | |
| | Tecate | 0 | 0 | 0 | 0 | | | | |
| | Tornillo-Fabens | 0 | 0 | 0 | 0 | | | | |
| | Total | 4,199 | 10,578 | 9,669 | 14,462 | 11,070 | 10,436 | 9,568 | 3,164 |
| | Andrade | 0 | 0 | 0 | 0 | | | | |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 526 | 685 | 749 | 758 | 829 | 937 | 999 | 365 |
| | Calexico | 0 | 0 | 0 | 0 | | | | |
| | Calexico East | 250 | 252 | 245 | 250 | 245 | 246 | 227 | 92 |
| | Columbus | 0 | 0 | 0 | 0 | | | | |
| | Del Rio | 0 | 0 | 0 | 0 | | | | |
| | Douglas | 0 | 0 | 0 | 0 | | | | |
| | Eagle Pass | 2,459 | 2,728 | 2,814 | 3,062 | 3,333 | 3,452 | 3,430 | 1,308 |
| | El Paso | 1,357 | 1,434 | 1,528 | 1,652 | 1,498 | 1,379 | 1,457 | 475 |
| | Hidalgo | 0 | 0 | 0 | 0 | | | | |
| | Laredo | 3,629 | 3,758 | 3,634 | 3,739 | 4,252 | 4,251 | 4,587 | 1,580 |

Downloaded from https://explore.dot.gov/views/BorderCrossingData/Annual?:isGuestRedirectFromVizportal=y&:embed=y (Aug. 26, 2020)    3

| Measure | Port Name | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Trains | Lukeville | 0 | 0 | 0 | 0 | | | | |
| | Naco | 0 | 0 | 0 | 0 | | | | |
| | Nogales | 866 | 795 | 801 | 742 | 649 | 737 | 695 | 269 |
| | Otay Mesa | 254 | 205 | 220 | 236 | 477 | 204 | 278 | 85 |
| | Presidio | 0 | 0 | 0 | 0 | | | | |
| | Progreso | 0 | 0 | 0 | 0 | | | | |
| | Rio Grande City | 0 | 0 | 0 | 0 | | | | |
| | Roma | 0 | 0 | 0 | 0 | | | | |
| | San Luis | 0 | 0 | 0 | 0 | | | | |
| | San Ysidro | 0 | 0 | 0 | 0 | | | | |
| | Santa Teresa | 0 | 0 | 0 | 0 | | | | |
| | Sasabe | 0 | 0 | 0 | 0 | | | | |
| | Tecate | 0 | 0 | 0 | 0 | | | | |
| | Tornillo-Fabens | 0 | 0 | 0 | 0 | | | | |
| | Total | 9,341 | 9,857 | 9,991 | 10,439 | 11,283 | 11,206 | 11,673 | 4,174 |
| Truck Containers Empty | Andrade | 0 | 0 | 0 | 0 | | | | |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 82,823 | 75,341 | 71,927 | 83,078 | 99,523 | 104,550 | 134,796 | 58,291 |
| | Calexico | 0 | 0 | 0 | 0 | | | | |
| | Calexico East | 148,965 | 153,893 | 153,787 | 161,944 | 196,713 | 174,123 | 134,805 | 70,214 |
| | Columbus | 2,449 | 1,112 | 1,214 | 1,597 | 1,472 | 1,308 | 794 | 679 |
| | Del Rio | 12,125 | 10,541 | 8,391 | 12,183 | 17,134 | 17,039 | 15,651 | 7,869 |
| | Douglas | 12,963 | 13,032 | 12,652 | 12,904 | 9,561 | 6,762 | 6,541 | 4,448 |
| | Eagle Pass | 42,294 | 50,273 | 55,867 | 60,826 | 42,661 | 28,013 | 30,298 | 23,718 |
| | El Paso | 294,217 | 305,797 | 335,700 | 322,751 | 360,360 | 243,655 | 184,426 | 87,311 |
| | Hidalgo | 131,028 | 136,645 | 149,698 | 150,974 | 195,124 | 178,579 | 183,474 | 89,272 |
| | Laredo | 449,553 | 441,607 | 472,075 | 489,896 | 598,013 | 634,750 | 658,639 | 271,612 |
| | Lukeville | 0 | 0 | 0 | 0 | 7 | 16 | 12 | 7 |
| | Naco | 2,397 | 3,112 | 1,952 | 1,878 | 2,432 | 1,562 | 1,712 | 1,059 |
| | Nogales | 63,197 | 58,334 | 64,922 | 66,659 | 62,755 | 60,317 | 66,136 | 37,795 |
| | Otay Mesa | 213,858 | 203,927 | 190,133 | 226,452 | 219,968 | 217,079 | 230,950 | 91,103 |
| | Presidio | 5,377 | 6,148 | 5,200 | 4,459 | 4,525 | 3,210 | 1,791 | 1,455 |
| | Progreso | 13,324 | 10,489 | 10,742 | 19,747 | 41,111 | 28,564 | 29,823 | 9,909 |
| | Rio Grande City | 2,212 | 2,039 | 2,303 | 2,771 | 9,458 | 9,679 | 9,265 | 3,673 |
| | Roma | 3,018 | 3,192 | 3,125 | 2,474 | 7,479 | 7,229 | 8,693 | 3,735 |
| | San Luis | 12,590 | 12,463 | 13,245 | 12,015 | 11,084 | 8,635 | 8,823 | 6,609 |
| | San Ysidro | 0 | 0 | 0 | 0 | | | | |
| | Santa Teresa | 20,209 | 30,776 | 39,070 | 47,596 | 56,023 | 31,100 | 19,916 | 21,305 |
| | Sasabe | 261 | 256 | 276 | 274 | 54 | | | |
| | Tecate | 19,901 | 15,462 | 17,399 | 17,732 | 28,073 | 29,282 | 27,962 | 8,458 |
| | Tornillo-Fabens | 0 | 0 | 0 | 0 | 103 | | | |
| | Ysleta | | | | | | | | 39,139 |
| | Total | 1,532,761 | 1,534,439 | 1,609,678 | 1,698,210 | 1,963,633 | 1,785,452 | 1,754,507 | 837,661 |
| Truck Containers Full | Andrade | 0 | 0 | 0 | 0 | | | | |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 123,993 | 130,913 | 128,024 | 134,894 | 164,368 | 150,952 | 153,280 | 43,866 |
| | Calexico | 0 | 0 | 0 | 0 | | | | |
| | Calexico East | 156,634 | 178,871 | 192,747 | 199,469 | 232,455 | 205,403 | 258,227 | 86,657 |
| | Columbus | 10,743 | 12,573 | 13,038 | 13,367 | 13,249 | 15,684 | 15,960 | 3,427 |
| | Del Rio | 49,508 | 52,769 | 55,762 | 56,863 | 68,254 | 61,379 | 59,951 | 17,690 |
| | Douglas | 17,231 | 17,701 | 17,478 | 17,366 | 26,292 | 21,044 | 20,048 | 5,870 |
| | Eagle Pass | 77,293 | 87,556 | 86,386 | 97,180 | 154,755 | 145,394 | 149,732 | 42,215 |
| | El Paso | 358,443 | 390,814 | 428,239 | 424,616 | 493,746 | 568,442 | 610,869 | 101,274 |
| | Hidalgo | 354,952 | 383,442 | 401,436 | 413,082 | 492,841 | 470,160 | 469,777 | 173,491 |
| | Laredo | 1,370,634 | 1,481,478 | 1,520,801 | 1,559,287 | 1,570,156 | 1,683,258 | 1,711,670 | 602,123 |
| | Lukeville | 0 | 0 | 0 | 0 | 200 | 282 | 303 | 129 |
| | Naco | 1,882 | 3,496 | 3,041 | 1,625 | 1,999 | 1,433 | 1,727 | 231 |
| | Nogales | 249,063 | 256,074 | 256,895 | 271,015 | 353,773 | 284,896 | 293,771 | 132,131 |
| | Otay Mesa | 556,262 | 609,172 | 641,512 | 675,511 | 677,590 | 738,966 | 759,362 | 249,990 |
| | Presidio | 3,825 | 4,472 | 3,627 | 3,498 | 4,186 | 5,628 | 8,418 | 2,168 |
| | Progreso | 29,541 | 30,581 | 25,828 | 29,635 | 23,445 | 27,043 | 32,535 | 15,445 |
| | Rio Grande City | 30,006 | 35,358 | 35,682 | 41,016 | 38,647 | 31,437 | 34,866 | 14,275 |
| | Roma | 4,321 | 4,289 | 4,662 | 5,011 | 1,499 | 891 | 3,745 | 4,046 |
| | San Luis | 19,792 | 17,176 | 19,797 | 18,742 | 27,026 | 19,885 | 28,342 | 12,694 |
| | San Ysidro | 0 | 0 | 0 | 0 | | | | |
| | Santa Teresa | 57,169 | 55,156 | 60,068 | 66,824 | 79,456 | 84,972 | 114,701 | 29,448 |
| | Sasabe | 281 | 239 | 428 | 527 | 66 | | | |
| | Tecate | 27,449 | 27,214 | 31,736 | 37,265 | 43,765 | 36,171 | 38,868 | 15,759 |
| | Tornillo-Fabens | 0 | 0 | 0 | 0 | 1 | | | |
| | Ysleta | | | | | | | | 49,545 |
| | Total | 3,499,022 | 3,779,344 | 3,927,187 | 4,066,793 | 4,467,769 | 4,553,320 | 4,766,152 | 1,602,474 |
| | Andrade | 0 | 0 | 0 | 0 | | | | |
| | Boquillas | | | 0 | 0 | | | | |
| | Brownsville | 208,148 | 209,989 | 205,159 | 217,331 | 228,188 | 255,169 | 287,538 | 103,012 |
| | Calexico | 0 | 0 | 0 | 0 | | | | |
| | Calexico East | 325,690 | 325,243 | 337,474 | 349,727 | 360,833 | 376,079 | 389,046 | 156,809 |
| | Columbus | 11,980 | 13,923 | 14,233 | 14,796 | 14,114 | 14,502 | 16,754 | 4,116 |

Downloaded from https://explore.dot.gov/views/BorderCrossingData/Annual?:isGuestRedirectFromVizportal=yembed=y (Aug. 26, 2020)        4

| Measure | Port Name | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Trucks | Del Rio | 67,718 | 69,048 | 70,009 | 74,290 | 74,207 | 78,328 | 75,493 | 25,573 |
| | Douglas | 32,497 | 33,104 | 32,104 | 30,815 | 30,649 | 27,804 | 26,588 | 10,348 |
| | Eagle Pass | 118,363 | 136,506 | 141,592 | 159,538 | 169,578 | 173,105 | 179,832 | 66,304 |
| | El Paso | 738,914 | 759,125 | 747,702 | 763,868 | 779,410 | 810,935 | 792,441 | 165,076 |
| | Hidalgo | 510,706 | 530,093 | 546,259 | 568,235 | 620,236 | 647,157 | 651,579 | 263,968 |
| | Laredo | 1,846,282 | 1,947,846 | 2,015,773 | 2,083,964 | 2,182,984 | 2,313,967 | 2,364,681 | 877,817 |
| | Lukeville | 53 | 68 | 106 | 154 | 206 | 298 | 315 | 140 |
| | Naco | 3,947 | 3,601 | 2,988 | 3,287 | 3,424 | 2,997 | 3,439 | 1,319 |
| | Nogales | 311,669 | 312,010 | 319,747 | 335,737 | 333,941 | 337,179 | 349,377 | 170,180 |
| | Otay Mesa | 769,886 | 810,193 | 829,581 | 899,336 | 929,614 | 962,577 | 948,630 | 337,921 |
| | Presidio | 9,546 | 10,584 | 8,827 | 7,561 | 8,697 | 8,829 | 10,198 | 3,614 |
| | Progreso | 42,761 | 41,416 | 36,940 | 48,983 | 52,516 | 50,795 | 54,800 | 22,335 |
| | Rio Grande City | 27,120 | 32,459 | 30,890 | 35,996 | 37,521 | 38,094 | 41,108 | 16,560 |
| | Roma | 7,479 | 7,556 | 7,870 | 7,494 | 7,608 | 8,111 | 12,412 | 7,834 |
| | San Luis | 33,402 | 31,968 | 33,712 | 31,338 | 31,940 | 28,211 | 36,885 | 19,192 |
| | San Ysidro | 0 | 0 | 0 | 0 | | | | |
| | Santa Teresa | 80,944 | 87,597 | 102,315 | 113,889 | 114,876 | 114,988 | 133,927 | 50,820 |
| | Sasabe | 0 | 0 | 0 | 0 | | | | |
| | Tecate | 47,762 | 52,239 | 52,090 | 56,269 | 59,128 | 61,778 | 65,212 | 24,104 |
| | Tornillo-Fabens | 0 | 0 | 0 | 173 | 104 | | | |
| | Ysleta | | | | | | | | 116,055 |
| | Total | 5,194,867 | 5,414,568 | 5,535,371 | 5,802,781 | 6,039,774 | 6,310,903 | 6,440,255 | 2,443,097 |

Downloaded from https://explore.dot.gov/views/BorderCrossingData/Annual?:isGuestRedirectFromVizportal=y&:embed=y (Aug. 26, 2020)    5