JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 10** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

# Tactical Division
# End of Year Report
## Fiscal Year 2016

## U.S. Customs and Border Protection – Office of Field Operations – San Diego

## San Ysidro Port of Entry
## Otay Mesa (PAX) Port of Entry







Highly Confidential/Attorneys' Eyes Only                                          AOL-DEF-00216804

This page is intentionally blank.

Highly Confidential/Attorneys' Eyes Only                                                     AOL-DEF-00216805

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                      **Fiscal Year 2016**

# CONTENT

**I.    Executive Summary** ..................................................................... 1

**II.   Tactical Units** ............................................................................ 2

   **a) Advanced Targeting Unit (ATU)** ............................................... 2
   **b) Canine Enforcement (K-9)** ...................................................... 9
   **c) Anti-Terrorism Contraband Enforcement Team (A-TCET)**................... 15
   **d) Criminal Enforcement Unit (CEU)** ........................................... 21
   **e) Admissibility Enforcement Unit (AEU)** ..................................... 28

**III.  Sustained - Special Operations and Projects** ................................ 32

   **Advanced Targeting Unit (ATU)** ................................................. 32
   **Canine Enforcement (K-9)** ...................................................... 37
   **Anti-Terrorist Contraband Enforcement Team (A-TCET)** .................... 38
   **Criminal Enforcement Unit (CEU)** .............................................. 39
   **Admissibility Enforcement Unit (AEU)** ........................................ 39

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                      AOL-DEF-00216806

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                                    **Fiscal Year 2016**

This page is intentionally blank.

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                          AOL-DEF-00216807

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                                  **Fiscal Year 2016**

# I.    Executive Summary

The global threat posed by terrorism continues to affect nearly all aspects of trade and travel. Terrorists use established alien and narcotic smuggling routes and direct links have been established between terrorism, drug and arms trafficking, money laundering and counterfeiting. As the Office Field Operations (OFO) leverages technology and anti-terrorism inspections, it is believed that terrorists and other criminal elements will shift focus of their efforts toward identified or perceived vulnerabilities at and between the ports of entry.

Our tactical units bring invaluable tools to the field, a pro-active approach to expand the boundary of the border and a commitment to leverage technology.  To be successful, each tactical component must work collectively to acquire actionable information to identify smuggling trends, methods, routes, document vendors, supporters, facilitators and other vulnerabilities that impact port operations. I look to continue to unify and assimilate our traditional disciplines.  Doing so will enable us to apply new concepts in our fight to combat crime, allows us the flexibility to effectively manage a dynamic work environment and strengthen our control over the port(s) of entry.

As Assistant Port Director of Tactical Operations, I envision an integrated, unified and sustained approach to disrupt terrorist networks and alien/narcotic smuggling organizations operating within our AOR.  We are committed to delivering a robust Consequence Delivery System (CDS) to combat those threats to our Port of Entry (PoE). Strategically, our focus is on developing techniques, tactics, and procedures (TTPs) to enhance our ability to identify, disrupt, deter, and dismantle drug trafficking and alien smuggling organizations.

This group of dedicated officers, works vigorously to develop intelligence and targets, provide layered enforcement and a consequence delivery for the Port as well as supporting other law enforcement activities throughout the country.  The outstanding performance of officers assigned to this unit exemplifies CBP's core values of vigilance, service to country and integrity.  Through their successful total team philosophy and effort, the San Ysidro/Otay Mesa Tactical Unit is a top performing unit.  Their hard work and dedication to duty is an example to not only the other Officers at the port but also to Officers across the country.  The Officers of this Unit bring credit and honor to themselves, the Office of Field Operations and to Customs and Border Protection, and are essential to the agency in accomplishing its mission.

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                              AOL-DEF-00216808

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                      **Fiscal Year 2016**

## II.    Tactical Units

### a) Advanced Targeting Unit (ATU)

**Executive Summary:**

The mission of the ATU is to effectively assess, report, respond to, and target threats CBP faces.  This is accomplished through the development and evaluation of intelligence-based targeting rules, development of intelligence driven special operations, statistical analysis, the use of classified information and sources up to the TOP SECRET level, and the identification and acquisition of advanced analytic technologies.

The ATU develops port specific land border intelligence, targets in real time, and disseminates the information accordingly to all officers.  Several Senior CBP-OFO officials, as well as local management, consider the San Ysidro ATU as a nationally recognized unit and several member have been chosen as Team members for Organized Crime Drug Enforcement Task Force (OCDETF).    The ATU accomplishes this as part of an integrated Tactical Team in combination with the Admissibility Enforcement Unit (AEU), Criminal Enforcement Unit (CEU), International Liaison Unit (ILU), Anti-Terrorism and Contraband Enforcement Team (AT-CET), Canine Enforcement Unit (K-9), the Tactical Terrorism Response Team (TTRT), and the Joint Terrorism Task Force (JTTF).

**Staffing (During the reporting period):**

- ⬚ Customs and Border Protection Officers.
- ⬚ CBP Agriculture Specialist
- ⬚ Supervisors
- **LE** Branch Chief
- ⬚ Watch Commander
- ⬚ HSI Intelligence Research Specialist (Liaison)
- ⬚ HSI Special Agent (Liaison)

During the reporting period, there was a reduction in staffing.  Through attrition, and other events **LE** Targeters were lost.  This loss represents a reduction in staffing of 31.25%.

**Resources:**

- As the operational aspects and parameters of ATU's complex mission have developed and refined, the unit's operational needs to further its capabilities and resources have expanded.  With the expansion into a wider range of targeting and research activities, the unit's personnel need to be augmented. The current Table of Organization and Equipment (TO&E) is minus five (5) Officers/Targeters.    As increasing workload and mission requirements

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                      AOL-DEF-00216809

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                                                       **Fiscal Year 2016**

continue, ATU's TO&E will need to expand. The ATU needs the ability to utilize advanced systems and processes requiring additional/ upgraded hardware for assigned terminals. An upgrade to current hardware will enable us to accomplish the mission and operational assignments more effectively and counter future threats. Additionally, due to the increase in work volume, information driven products are being generated (e.g. larger and more complex i2 charts, presentations and briefings, and video recovery projects), the allocation of larger storage capabilities, in the form of a dedicated ATU server, is essential to maintain files and records.

**Highlights**:

- The ATU continues to evolve its mission parameters. During FY 2016, the ATU has addressed/identified operational needs and expanded its participation in operational activities. Two (2) team members have received credentials as Homeland Security Intelligence Analysts after completion of the Basic Intelligence & Threat Analysis Course. ATU has maintained the practice of cross training with AEU and CEU to develop a cohesive Tactical Group. As we learn the methods and techniques of other Tactical units, we begin to see commonalities and develop a better understanding of each other's strengths and vulnerabilities. In addition, we de-conflict targets and can prioritize targets based on needs.

- During this FY, ATU planned and executed a joint exercise with Special Reconnaissance Team-1 assigned to Navy Special Warfare. The training was a joint activity between all San Ysidro Tactical Units and all Units within AEU. The training was lauded as a great success by the Navy and plans to request regular trainings with OFO are being developed.

- ATU was tasked with several special video productions. As part of the introduction during a Director of Field Operations conference ATU recorded and produced a video introduction to the San Diego Field Office. ATU also created a video as part of a public service announcement for General Services Administration (GSA) for the opening of the PED-West. ATU Officers were also requested for Headquarters level Information Technology (IT) projects, specifically with a focus to support the Special Response Team (SRT).

**Accomplishments**

**LE**

**Advanced Targeting Unit**                           3            **San Ysidro / Otay Mesa (PAX) Port of Entry**

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                                           AOL-DEF-00216810

**LE**

Highly Confidential/Attorneys' Eyes Only                    AOL-DEF-00216811

**LE**

Highly Confidential/Attorneys' Eyes Only                                                                AOL-DEF-00216812

**LE**

Highly Confidential/Attorneys' Eyes Only

**LE**

Highly Confidential/Attorneys' Eyes Only                                        AOL-DEF-00216814

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**        **Fiscal Year 2016**

### Interdiction Snapshot

| Positive Lookouts Types | TOTAL |
|---|---|
| Agriculture | 1 |
| Aliens | 100 |
| Aliens Prosecuted | 2 |
| Marihuana | 58 |
| MAR - Weight in kilograms | 3,179.30 |
| Cocaine | 53 |
| COC - Weight in kilograms | 1,063.07 |
| Heroin | 21 |
| HER - Weight in kilograms | 125.84 |
| Methamphetamines | 96 |
| MET - Weight in kilograms | 1,433.07 |
| Pharmaceuticals | 1 |
| Currency | 14 |
| Value of Currency | $2,232,509.00 |
| Other Agencies - State and Local | 9 |
| Mutual Aid/Research/Assist - Federal LEO/A | 1 |
| Mutual Aid/Research/Assist - STL LEO/A | 16 |
| Mutual Aid/Research/Assist - TTRT | 2 |
| DOMEX Activities | 3 |
| Total (Positive Lookouts): | 351 |
| Total (Weight (kg.) of Drugs Intercepted): | 5,801.28 |

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00216815

## b) Canine Enforcement (SYCEP)



**Executive Summary:**

The San Ysidro K-9 Enforcement Program (SYCEP) is committed to the use of canine assets to proactively defend the United States by disrupting the flow of and interdicting narcotics, reducing narcotic abuse and demand through drug awareness presentations, interdicting aliens being smuggled into the United States and denying funding and material support to terrorist groups and drug trafficking organizations by detecting and intercepting smuggled currency and firearms. The screening of arriving or exiting conveyances, cargo, international mail, passengers, passenger luggage and pedestrians by the SYCEP is an integral part of CBP's overall enforcement strategy. It will continue to serve as a training ground of assistance and expertise for the National Canine Enforcement Program (NCEP) and external Office of Field Operation's (OFO) Canine Enforcement Programs. The entirety, of the mission of the SYCEP, is integral in deterring acts of terrorism abroad and within the United States by denying the funding necessary for such acts by the innate nature of its mission.

**Staffing:**

- Authorized Personnel and Billets

  - **LE** personnel billeted and/or assigned to the San Ysidro Canine Enforcement Program.

    - One (1) Deputy Assistant Port Director.
    - **LE** K9 Branch Chief.

  - **LE** Supervisory Canine Enforcement Officers (SCEO's).

  - **LE** Detector Dog personnel positions assigned.

    - **LE** Narcotic Detector Dog Teams assigned.

      A. Breakdown:

        1. **LE** employed HD/NDD-PP Teams.
        2. **LE** employed HD/NDD Teams.
        3. **LE** Canine Enforcement Officer (CEO) (OWCP).
        4. **LE** CEO (Light duty).
        5. **LE** CEO's decertified and assigned to Operations.

  - **LE** Currency Firearms Detector Dog Teams (passenger processing) (C&F).

  - T **LE** Animal Quarantine and Inspection (AQI) Detector Dog Teams.

  - **LE** Canine Field Trainers (CFT).

  - **LE** Mission Support Specialist (MSS).

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00216816

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                                          **Fiscal Year 2016**

- **LE** Animal Caretakers (AC).
  - o Breakdown:
    - A. Four (4) Wage Grade.
    - B. Three (3) American Staffing Partners (ASP) contracted staff.
    - C. One (1) ASP contract AC was hired in December 2015 bringing the number to seven (7).

## CEO Vacancies

- **LE** immediate vacant CEO handler positions and an additional **LE** beginning of FY-17.
  - o Breakdown:
    - A. **LE** newly assigned HD/NDD positions (pending selections).
    - B. **LE** immediate HD/NDD back-fill positions (pending selections).
    - C. Two (2) back-fill positions for two (2) CEO's resigning Oct 02, 2016 (FY-17) due to medical concerns (pending selections).
    - D. One (1) AQI back-fill (pending announcement of position).
- Awaiting appointment of:
  - o **LE** additional America's Staffing Partner (ASP) contract AC (pending background).
  - o **LE** additional Wage Grade (WG) AC (pending selection).

## Highlights:

- ***U.S. Navy Military Working Dog (MWD) Unit & CBP SYCEP Memorandum of Understanding (MOU).***
  In collaboration with the Department of the U.S. Navy and the 32nd Street Naval Centre Military Working Dog Program, CBP continued to maintain established relations with an updated local MOU, which provides mutual support in the areas of kennelling, emergency transportation/relocation of canine assets as well as the framework for detector dog training and training sites. This effort provides additional assets to address emergencies and resources not typically available to CBP K9 in San Diego

- ***U.S. Marine Corps (MWD) Unit & CBP SYCEP MOU.***
  The SYCEP is reaching out to the Miramar Marine Corps Air Station (MCAS) MWDP to establish the same mutual assistance MOU as it currently shares with the U.S. Navy. This process will continue into FY-17.

- ***Military Working Dog Veterinarian.***
  - The SYCEP has maintained permanent relations with the Department of the Army's Veterinary Corps through a National Partnership.

---

**Canine Enforcement Unit**            10            **San Ysidro / Otay Mesa (PAX) Port of Entry**

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                          AOL-DEF-00216817

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                                **Fiscal Year 2016**

- This maintains the addition of Working Dog medical skills through the Miramar NAS Military Working Dog Veterinarian, Colonel Cummins (U.S. Army DVM). Colonel Cummins' 30 years of experience provides us with a wealth of experience in observing, diagnosing and treating injuries and maladies commonly seen in working dogs.

- This agreement continues to save the service financially in veterinary/medical supply and prescription costs.

- Medical evaluation under this agreement consistently reports more precise diagnosis and treatment plans resulting in faster healing and less "down time" for the canine.

- ***Red Ribbon Week.***

  - CBP Canine Teams participated in outreach programs such a "Red Ribbon Week" to promote drug awareness, safety, and education to schools in San Diego County.

  - In addition to national Drug Awareness Programs, CBP Teams have conducted numerous outreach activities with:

    - Local schools and organizations (Government personnel, foreign dignitaries, International Order of Police Chiefs, etc.).

    - The SYCEP also participated in recruitment events to provide insight, knowledge, and possible career paths for men and women seeking opportunities in law enforcement. This type of participation has resulted in positive feedback from the public, educators, and government officials.

- ***National Canine Enforcement Program (NCEP) Assistance Requests***

  - The SYCEP was requested by the Port of Miami CEP (MCEP) to accept two of its CEO's for a two week TDY to the SYCEP to assist in identifying proficiency issues, and assist with training and local deployment to the San Ysidro and Otay Mesa Ports of Entry. In exchange, two SYCEP CEO's went TDY to Miami where they initiated seven (7) narcotics seizures (noted to be the first CEO initiated narcotics seizures in Miami in the past four (4) years).

  - It is anticipated that the request to locally assist with the training of CEO's from throughout the U.S. will become more frequent in the coming fiscal year. Additionally, requests to TDY STATUS SYCEP Managers to other U.S. locations to assist with proficiency, performance and other issues will begin.

  - The SYCEP due to its fundamental principles underlying all facets of operations, administration and logistics is recognized nationally. Resultant will be an increase in the workload for the SYCEP to accommodate requests from NCEP and other OFO's

---

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                               AOL-DEF-00216818

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**          **Fiscal Year 2016**

### FY-16 Enforcement Review:

- SYCEP interdiction and impact: Marijuana, Heroin, Ecstasy, Cocaine and Methamphetamine.

  The effectiveness of the SYCEP Human Detection Narcotic Detector Dog Passenger Processing (HD/NDD-PP) and Human Detection Narcotic Detector Dogs (HD/NDD) Teams in FY-16 led to:

| Category | Number | Number & Multiples | Dollar Amount | Weight (in KG) | Units |
|---|---|---|---|---|---|
| Illegal Narcotic Seizures | 1859 | 2080 | N/A | N/A | N/A |
| Seized Assets | N/A | N/A | $5,287,527.00 | N/A | N/A |
| Fines & Penalties | N/A | N/A | $16,902,861.00 | N/A | N/A |
| Arrests | 1273 | N/A | N/A | N/A | N/A |
| Concealed Human Interdictions (Persons) | 63 | N/A | N/A | N/A | N/A |
| Marijuana Seizures & Weight | 866 | N/A | N/A | 967,395 | N/A |
| Heroin Seizures & Weight | 147 | N/A | N/A | 924 | N/A |
| Cocaine Seizures & Weight | 255 | N/A | N/A | 3828 | N/A |
| Methamphetamine Seizures & Weight | 677 | N/A | N/A | 7662 | N/A |
| Liquid Methamphetamine Seizures & Weight | 3 | N/A | N/A | 140 | N/A |
| Fentanyl & Carfentanil Seizures & Weight | 1 | N/A | N/A | 12 | N/A |
| Other Drugs Seizures & Weight | 51 | N/A | N/A | 770 | N/A |
| Other Non-Narcotic Seizures & Units | 8 | N/A | N/A | N/A | 406 |

- The SYCEP updated the way it maintains seizure statistics in FY-2015. In the past, each narcotic type of a multi-narcotic interdiction counted as one seizure. By this accounting method in FY-2016, the SYCEP had 2080 narcotic seizures, a decrease of 142 narcotics interdictions (6 % decrease) that's been realized FY-15 over FY-16. This decrease is directly attributable to:
  - **LE** canines retiring.
  - **LE** new canines in the field (thirty-six (36) % of the workforce).
  - **LE** quarter FY-16 nil overtime funding.
  - Overtaxed canines **LE** and personnel.

---

**Canine Enforcement Unit**      12      **San Ysidro / Otay Mesa (PAX) Port of Entry**

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only         AOL-DEF-00216819

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE
**Tactical Division Review**                                                    **Fiscal Year 2016**

- K-9 Currency and Firearms (C&F) Program.
  - SYCEP C&F (SYCEP-CF) teams have had a direct impact on the success of CBP's mission in detecting and intercepting smuggled currency. These five (5) teams were responsible for interdicting $ 1,347,664.00 dollars of undeclared currency and seizure of twenty-two (22) weapons in thirty-four (34) separate actions.
- Animal Caretakers (AC's)
  - The BTKF operated in FY 16 through December 2015 with a cadre of **LE** AC's; in December 2015 a seventh (7) AC was hired. There are **LE** additional AC's projected early in FY 17 to bring the manning number to **LE**. Due to the shortage of assigned AC's, CEO's were assigned duty at the BTKF to act as AC's. This action resulted in an expenditure of overtime funds and reduced CEO coverage at the POE's. The significant impact was and will continue divert assets from their primary mission to supplement SYCEP peripheral logistics.
- SYCEP Training Department
  - First Aid Training for K-9's.
    - The SYCEP-TD continues to incorporate care, welfare and safety classes as part of a continuing effort to keep its assets safe and its personnel educated. For the second year in a row, because of the training and experiences of the past FY's, the SYCEP has not had a single case of Bloat/Torsion. This was due to the diligent care by the handlers and the Animal Caretakers, and the continuing education program by the SYCEP-TD.
    - Additionally, FY 16 saw the fruition of extensive planning and coordination resulting in the initiation of Gastropexy Surgery of six (6) healthy canines as an additional measure to reduce the incidence of Bloat/Torsion and the resulting deaths and medical expenses incurred to mitigate this significant medical event. This procedure, performed by our Military Veterinarian, staples the stomach to the chest wall, reducing the incidence of "Torsion", or the stomach twisting, as a result of "Bloat", or build-up and blockage of air in the intestines. This SYCEP pro-active measure, ahead of its time in CBP, will most importantly save lives, money (medical and overtime costs) and lost time due to the illness.
  - Training Department: Intra and Inter Agency Training Assistance.
    - The increase in inter and intra agency assistance has led to a dramatic increase in training and proficiency review requests.
    - The SYCEP has received requests for, and provided for, the training of internal federal as well as external state and local law enforcement agencies K-9 programs.

---

**Canine Enforcement Unit**                    13          **San Ysidro / Otay Mesa (PAX) Port of Entry**
CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                           AOL-DEF-00216820

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                    **Fiscal Year 2016**

- ▪ The increasing demands on the SYCEP-TD, currently staffed by two (2) SCEO's and two (2) Canine Field Trainers (CFT's) warrants an additional position to fulfil the ever increasing demands placed upon this department.

- ▪ Late in FY 16, the SYCEP was tasked with assessing and assisting with proficiency training of two (2) Temporary Duty Assignment (TDY) handlers from Florida. National recognition of the capability, performance and experience of the SYCEP will only increase the demand for training assistance into the coming FY.

- • Intra and Inter Agency Assistance.

  - o This past FY has seen an increase in inter and intra-agency cooperation with the SYCEP receiving requests for assistance from a number of federal, state and local law enforcement organization.

  - o The (SYCEP) is recognized by law enforcement agencies as the yardstick for canine excellence. Continued cooperation in support of these agencies has resulted in increased demands/requests for assets, which will carry into the coming FY.

**Interdiction Snapshot:**

| Interdiction Summary (By FY) | FY 2016 Total | FY 2015 Total | FY 2014 Total | FY 2013 Total | FY 2012 Total |
|---|---|---|---|---|---|
| CANINE ENFORCEMENT PROGRAM | | | | | |
| Intensive Narcotic Interdictions | 749 | 846 | 641 | 702 | 712 |
| Sweep - Narcotic Interdictions | 1110 | 1176 | 875 | 1270 | 1068 |
| Pedestrian Narcotic Interdictions | 244 | 402 | 466 | 298 | 357 |
| Intensive Human Interdictions | 9 | 20 | 10 | 13 | 20 |
| Sweep - Human Interdictions | 29 | 30 | 20 | 25 | 48 |
| Currency | 33 | 46 | 25 | 12 | 20 |
| Arrests | 1273 | N/A | N/A | N/A | N/A |
| Assets (Seized Assets and Fines) | $22,190,388.00 | N/A | N/A | N/A | N/A |
| Aggregate Pedestrian Seizures | 244 (13% of all seizures) | N/A | N/A | N/A | N/A |

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00216821

### c) Anti-Terrorism Contraband Enforcement Team (A-TCET)



**Executive Summary:**

The San Ysidro and Otay Mesa A-TCET teams provide enhanced layered enforcement in the pre-primary, post primary and pedestrian environments to address threats affecting the San Diego area of responsibility. In addition, the San Ysidro A-TCET team provides outbound enforcement operations necessary to counter threats posed by powerful criminal enterprises, rogue states, transnational terrorists, and other entities violating U.S. export control laws in the San Diego areas of responsibility, which includes the vehicle (I-5 freeway south) and pedestrian environments. A-TCET utilizes a multi-layered enforcement approach, and leverages technology and officer enforcement skills, to develop actionable intelligence to conduct effective enforcement operations.

**Staffing:**

- **LE** ) Customs and Border Protection Officers
- Supervisors, plus one temporary promotion supervisor
- Branch Chief
- Deputy Assistant Port Director
- Total staffing of six (6) supervisors, with the sixth position filled by promotion of officers to temporary supervisor for a period not to exceed of 120 days.

**Highlights:**

**LE**

---

Highly Confidential/Attorneys' Eyes Only                                          AOL-DEF-00216822

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                           **Fiscal Year 2016**



**Anti-Terrorism Contraband Enforcement Team**  16      **San Ysidro / Otay Mesa (PAX) Port of Entry**

Highly Confidential/Attorneys' Eyes Only                                           AOL-DEF-00216823

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                          **Fiscal Year 2016**

**LE**

**Anti-Terrorism Contraband Enforcement Team**  17      **San Ysidro / Otay Mesa (PAX) Port of Entry**

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                          AOL-DEF-00216824

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                        **Fiscal Year 2016**

**LE**

**Anti-Terrorism Contraband Enforcement Team**  18    **San Ysidro / Otay Mesa (PAX) Port of Entry**

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                AOL-DEF-00216825

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                         **Fiscal Year 2016**



### Approach (Inbound):

- A-TCET has a multi-layered enforcement approach, and leverages technology and officer enforcement skills, to develop actionable intelligence to conduct effective enforcement operations.

### Interdiction Snapshot (In Bound):

| Interdiction Summary | 1st QTR. FY 2016 | 2nd QTR. FY 2016 | 3rd QTR. FY 2016 | 4th QTR. FY 2016 | FY 2016 Total | FY 2015 Total |
|---|---|---|---|---|---|---|
| **ANTI-TERRORISM CONTRABAND ENFORCEMENT TEAM (A-TCET) – Aggregate SYS and OTM** | | | | | | |
| Marijuana Interdictions | 94 | 70 | 68 | 68 | 300 | 311 |
| Cocaine Interdictions | 24 | 27 | 30 | 26 | 107 | 96 |
| Methamphetamine Interdictions | 64 | 57 | 70 | 60 | 251 | 261 |
| Heroin Interdictions | 11 | 13 | 19 | 20 | 63 | 85 |
| Human Smuggling Interdictions | 26 | 29 | 28 | 28 | 111 | 181 |
| Currency Interceptions / Seizures | 5 | 1 | 1 | 1 | 8 | 7 |
| Value of Currency Seized (in US Dollars) | $72,662 | $19,612 | $12,650 | $20,125 | $125,049 | $86,282 |

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                         AOL-DEF-00216826

**Tactical Division Review**                                      **Fiscal Year 2016**

### Approach (Outbound):

- Current outbound operations are conducted on a "pulse-and-surge" basis on as needed basis.



. The key to successful outbound enforcement is developing actionable intelligence. Intelligence and technology are leveraged through partnerships with the San Ysidro ATU, Homeland Security Investigations, State and Local partners, and other CBP components.

### Interdiction Snapshot (Out Bound):

| Interdiction Summary | 1st QTR. FY 2016 | 2nd QTR. FY 2016 | 3rd QTR. FY 2016 | 4th QTR. FY 2016 | FY 2016 Total | FY 2015 Total |
|---|---|---|---|---|---|---|
| ANTI-TERRORISM CONTRABAND ENFORCEMENT TEAM (A-TCET) – Aggregate SYS and OTM | | | | | | |
| Number of Currency Seizures | 0 | 1 | 3 | 1 | 5 | 7 |
| Value of Currency Seized– in U.S. Dollars | 0.00 | $19,320 | $77,262 | $899,900 | $996,482 | $562,968 |
| Weapons (Firearms – all types) | 0 | 2 | 0 | 0 | 2 | 2 |
| NCIC Stolen Vehicles | 0 | 0 | 0 | 0 | 0 | 0 |
| NCIC Fugitives/ Warrants/Wanted Persons | 0 | 0 | 0 | 0 | 0 | 4 |

Highly Confidential/Attorneys' Eyes Only                               AOL-DEF-00216827

Case 3:17-cv-02366-BAS-KSC    Document 563-12    Filed 09/25/20    PageID.52380
Page 26 of 45
CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Tactical Division Review                                                     Fiscal Year 2016

## d) **Criminal Enforcement Unit** (CEU)



### **Executive Summary:**

Encompassed within this year-end achievement, CEU affected the arrest of more than 2379 subjects who were successfully booked into a correctional facility without incident. 570 cases were presented for prosecution either through the U.S. Attorney's Office or the San Diego District Attorney's Office. In a collaborative effort with the Department of State-Diplomatic Security Service (DOS-DSS), CEU directed the prosecution of 106 documented fraud cases. In addition, CEU processed 1636 NCIC fugitive arrests who were wanted for crimes such as: Homicide, Rape, Sexual Assault, Robbery, etc. The Unit also expanded criminal inquiry capabilities with Homeland Security Investigations (HSI) and the Federal Bureau of Investigations (FBI).  CEU has contributed in, an ancillary role, with five (5) proactive investigations. The reduction of G4S (transportation) resources, has impacted the CEU which recorded 2,513 man-hours transporting prisoners to various correctional facilities.

### **Staffing:**

- **LE** Enforcement Officers,
- **LE** Supervisory Enforcement Officers,
- Supervisory ILU Officer,
- **LE** Chief Enforcement Officer
- Watch Commander and
- Mission Support Specialist

### **Highlights:**

- **CBP District Liaison Officers (DLO):**  The Criminal Enforcement Unit sustained a 98% conviction success rate in cases presented to the United States Attorney's Office within the Southern District of California.  CBP District Liaison Officers (DLO) assisted in the court proceedings of two jury trials – (2) 1326 Attempted Entry after Deportation. DLO also served as the agency representative in thirty-four (34) Grand Jury Hearings.  They are responsible for the integrity of cases that are presented to the USAO for prosecution. Currently, CEU has two officers assigned as District Liaison Officers.

- **CBP Material Witness Coordinator (MWC):**  The Criminal Enforcement Unit has one officer designated as a Material Witness Coordinator (MWC). MWC establishes and maintains constant communication with Pre-Trial Services and Material Witness Attorneys.  They maintain a docket control over paroled witnesses and work closely with the US Marshal's Service for individuals in custody.  Once a material witness is no longer needed for a

Highly Confidential/Attorneys' Eyes Only                                      AOL-DEF-00216828

criminal case, the MWC will make arrangements to meet with the material
witness to repatriate them to their country of citizenship.  FY-2016 the MWC
had a docket control of 169 material witnesses. Only 1 of the 169 material
witnesses is not within current status and a warrant for her arrest has been
issued by the U.S. Marshal's Service.

- **CBP International Liaison Officer:**  CBP Supervisor █████████ s
assigned as the CBP International Liaison Unit (ILU), with assistance from
CBP Chiefs █████████ and ██████████ who previously held this
position.  During FY-2016, instrumental negotiations continued to take
place, resulting in the modification of the repatriation agreement between
CBP OFO and the Government of Mexico (GOM).  The Liaison Officer has
also been able to establish valuable relationships with many Mexican
Government officials both in public sector and in law enforcement, which
has ultimately led to positive results in assisting the enforcement efforts of
many Local, State and Federal agencies in the United States.  Due to these
relationships, OFO benefits have included several drug seizures and the
apprehension of wanted fugitives both in the U.S. and Mexico.  Also in
collaboration with Instituto Nacional de Migracion (INM) new protocols have
assisted with the influx of individuals arriving to the Baja California region
applying for credible fear.

  - **Enforcement Results:**  ILU plays a pivotal role in USC minors'
  repatriation from Mexico with the coordinated assistance of the U.S.
  Consulate in Tijuana and local CPS.  ILU is also instrumental in
  coordinating the deportation of U.S. wanted fugitives with Mexico. The
  fugitives are ultimately turned over to U.S. law enforcement entities.  ILU
  has also assisted in several narcotic seizures at the ports of entry.  ILU
  has worked with the United States Attorney's Office in obtaining identity
  documents from various places throughout Mexico which has proven to
  be crucial evidence that has been used in trials.

## CEU Initiatives:

- **Narcotic Case work:**  In December 2015 CEU partnered with HSI to begin the
"Port Disposition Team" to respond to the narcotics interdictions stemming from
inspections. The Criminal Enforcement Unit has committed to participate in the
post Miranda interview and be a deciding factor in the prosecutorial decision
and disposition of the criminal case.  CEU took the lead on the narcotic arrest
up to presenting the case work package to the federal or state prosecutors.
CEU represents CBP's vested interest and will provide a viable consequence
delivery system.  In FY-2016 CEU filed 175 narcotics cases.

Highly Confidential/Attorneys' Eyes Only                                 AOL-DEF-00216829

**Tactical Division Review**                                      **Fiscal Year 2016**

- Law Enforcement Privileged

**Task Force Officers:**

**LE**

---

**Criminal Enforcement Unit**     23     **San Ysidro / Otay Mesa (PAX) Port of Entry**

Highly Confidential/Attorneys' Eyes Only                              AOL-DEF-00216830

**LE**

Highly Confidential/Attorneys' Eyes Only

LE

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00216832

**LE**

Highly Confidential/Attorneys' Eyes Only                                                  AOL-DEF-00216833

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                             **Fiscal Year 2016**

### Interdiction Snapshot

| Interdiction Summary | 1st QTR. FY 2016 | 2nd QTR. FY 2016 | 3rd QTR. FY 2016 | 4th QTR. FY 2016 | FY 2016 Total | FY 2015 Total |
|---|---|---|---|---|---|---|
| **CRIMINAL ENFORCEMENT UNIT (CEU)** | | | | | | |
| Immigration Cases | 82 | 94 | 94 | 125 | 395 | 500 |
| Narcotics Cases | 15 | 49 | 49 | 62 | 175 | 16 |
| NCIC Wanted Persons | 374 | 395 | 408 | 459 | 1636 | 1662 |
| Material Witnesses Handled | 21 | 40 | 47 | 61 | 169 | 91 |

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                   AOL-DEF-00216834

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**        **Fiscal Year 2016**

## e) Admissibility Enforcement Unit (AEU)

**Executive Summary:**

AEU is principally charged with the application of administrative immigration statutes. Over 42,000 apprehensions were reported between the San Ysidro and Otay Mesa ports of entry, for FY 16.

Between both ports, the AEU executed 5,520 Expedited Removals, issued 23,337 Notices to Appear, and processed 8,358 Credible Fear claims.

**Staffing:**

- **LE** CBP Officers
- **LE** ) Supervisors
- **LE** Branch Chiefs
- Watch Commander
- CBP Technician

**Highlights:**

- **Virtual Processing Centre (VPC)** – The Virtual Processing Centre was established as a result of the surge of asylum claims at the San Ysidro and Otay Mesa Ports of Entry. The VPC allowed cases apprehended at San Ysidro and Otay Mesa to be processed "virtually" by OFO Officers and OBP Agents throughout the country. El Centro Border Patrol Station along with OFO Officers from the San Diego, Los Angeles, Detroit, and Miami Field Offices assisted with case processing. During FY-16, OFO processed 6,666 cases and OBP processed an additional 1,926 using Microsoft Communicator.

- **Tactical Terrorism Response Team (TTRT)** – TTRT is responsible for the vetting, screening, and processing of all **LE** **LE** encountered at The San Ysidro and Otay Mesa Ports of Entry. During FY-16, TTRT detected and processed **LE** TTRT vetted all Special Interest Aliens (SIA) from countries determined to be of interest by the FBI. TTRT cold referrals led to the development of cases of two individuals who were placed on a no-fly list and identification of several individuals not previously identified as subjects of interest to the FBI.

- **Operation "_CLOSED GATES_":** Operation Closed Gates was developed in cooperation with Homeland Security Investigations SAC San Diego National Security Group (NSG) as an initiative to target and prosecute individuals making fraudulent asylum claims. Specifically, widespread Asylum Fraud being perpetuated by Iraqi and East African Nationals in the San Diego Area of Responsibility. AEU Officers worked closely with HSI Agents to target,

---

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only        AOL-DEF-00216835

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                          **Fiscal Year 2016**

interview and track these individuals, and eventually prosecute them. A TTRT Officer was embedded with HSI Agents to assist in this operation.

After multiple arrests and administrative removal orders were executed in the months of July and August which generated massive media attention, a sharp decrease in this fraud has been observed, resulting in significant benefits to various agencies that are already overburdened by asylum claims and a clear disruption of this smuggling route. In FY-16:

- 518 Individuals Identified
- 2 Smugglers/facilitators under investigation.
- 2 Immigration Attorneys under investigation.

- **Operation "*OVERFLOW*":** With the large influx of detainees and cases, AEU was inundated with work and requested assistance to help maintain with workload levels. CBP Officers from several field offices were granted TDYs to the San Ysidro AEU to assist with the workload. There were four phases of officer deployments. The first phase began in November of FY 16 and lasted through February. The deployment of additional officers increased staffing in AEU by 30 Officers. Operation Overflow resulted in the processing of over 5800 cases throughout its duration.

- **Surge of Detainees** – FY 16 saw an unprecedented increase in the migration of large groups of people from various geographical areas around the world, arriving and asserting Credible Fear (CF) claims. The significant volume of arriving undocumented travellers surpassed the physical capacity of the port and resulted in a tremendous strain on all available local resources, including personnel.

In May 2016 AEU converted the GSA workshop to a temporary detention facility in order to accommodate the 1076 detainees in custody. While there was a large increase in the migration of all nationalities, there was a notable increase in the apprehension of Haitian Nationals, which spiked from 339 in FY-15 to 5,649 in FY 16.

In response to this influx, U.S. Border Patrol (USBP) provided SYS PoE with temporary holding space at the Imperial Beach Border Patrol Station and Chula Vista Border Patrol Station (Barracks 5). In an effort to expedite the transfer of aliens to ERO custody, SYS PoE assumed a large portion of ICE/ERO administrative functions, which added substantially to processing time but did not yield any efficiencies for ERO in accepting transfer. The influx of inadmissible aliens coupled with added administrative functions and decreased operational capacity due to construction created an untenable situation. To address the needs, SYS PoE took the following steps to maximize operational output:

1. Temporarily assigned personnel to support and enhance San Ysidro workload;

---

**Admissibility Enforcement Unit**          29          **San Ysidro / Otay Mesa (PAX) Port of Entry**

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                          AOL-DEF-00216836

2. Utilized USBP Stations to temporarily hold migrants awaiting custodial transfer to ICE/ERO;

3. Converted administrative work space to accommodate increase surge of migrants;

4. Transferred all inadmissibility case processing to alternate areas within the Port;

5. Transferred all permit (I-94) processing to the Otay Mesa Port of Entry;

6. Increased AEU staffing assignments;

7. Committed outlying ports of entry to augment resources with virtual processing efforts; and,

8. Integrated Haitian Creole speakers throughout the whole of CBP to conduct virtual processing.

During June of FY 16, AEU experienced several infrastructural limitations caused by ongoing construction at the San Ysidro Port of Entry.

Amongst the limitations, was the loss of detention space down to a current capacity of 316, though the number is augmented with assistance from Border Patrol at the Imperial Beach and Chula Vista Stations.

Pedestrian West was identified as the designated area for all asylum intake. All asylum seekers were re-directed to Pedestrian West for intake and processing. The Sally Port was established as the best area to intake and take initial biometrics of all detainees. Portable Jump Kits and CBP Wi-Fi were installed to assist with intake processing.

AEU has a need to balance the number of individuals that are able to be brought in versus the ability to humanely provide for their needs. The Government of Mexico (GoM) developed a numeric process in order to address the number of asylum seekers waiting in Mexico. Mexico assists individuals who have to wait for an intake time by providing services at one of the five shelters in Tijuana. Mexican Nationals are not part of the numeric process. Any Mexican National seeking asylum is directed to the Pedestrian West Facility, and brought to AEU for processing.

Asylum seekers that are from places other than Mexico (OTM) are still being metered by GoM Grupo Beta and are provided numbers for intake.

AEU is committed to working with Non-Government Organizations (NGOs) to develop a relationship with a third party NGO who can resume providing numbers to Mexican Nationals who have no fear of being in Tijuana so that AEU can maintain a balance of humanely caring for all individuals in custody while continuing to address the influx of subjects requesting asylum. The current process of numbering and metering asylum seekers from countries other than Mexico by GoM Grupo Beta will remain in place as long as the current surge continues unabated.

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00216837

- **Medical Care** – AEU worked closely with Evolution Health during FY-16 to ensure all detainees with medical issues were adequately cared for. The care was provided by on-site Physician's Assistants (PAs), who are able to take care of most complaints without a visit to the emergency room, saving money and staffing. During FY-16, a large backlog of over 10,000 TARS, the payment mechanism for Evolution Health was addressed and resolved by creating a streamlined process for payment in cooperation with AEU and ICE Health Services Corps (IHSC).

| Interdiction Summary | 1st QTR. FY 2016 | 2nd QTR. FY 2016 | 3rd QTR. FY 2016 | 4th QTR. FY 2016 | FY 2016 Total | FY 2015 Total |
|---|---|---|---|---|---|---|
| **Admissibility Enforcement Unit (AEU) - San Ysidro PoE** | | | | | | |
| Expedited Removals | 1141 | 1,158 | 1,258 | 1905 | 5,520 | 3,622 |
| Expedited Removals/Credible Fear | 1,622 | 2,342 | 2,830 | 1,548 | 8,358 | 4,748 |
| EOIR Referrals (240 Cases) NTA Asylum | 5,448 | 3,821 | 5,259 | 7,687 | 21,094 | 12, 882 |
| UACs | 750 | 523 | 573 | 393 | 2,243 | 1,788 |
| W/D s | 1,077 | 1,364 | 1,657 | 1,605 | 5,718 | 4,126 |
| Totals | 10,038 | 9,208 | 11,577 | 13,138 | 43,961 | 27,515 |

Highly Confidential/Attorneys' Eyes Only                                      AOL-DEF-00216838

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

**Tactical Division Review**                                    **Fiscal Year 2016**

## III.   Sustained - Special Operations and Projects

### ADVANCED TARGETING UNIT (ATU)



- Drug Trafficking Organizations (DTOs) have control of the human smuggling routes in Mexico and utilize "plaza bosses" to collect payment for use of these routes to help finance their illicit drug enterprises.  Lenient asylum law requirements exist to qualify for a Credible Fear/Asylum interview creating opportunities to conceal their identity and commit immigration fraud generating an added vulnerability to gain illegal entry to the United States.  In collaboration with CEU and AEU, ATU has developed a process/mechanism (CENTRIFUGE), which targets and investigates sponsors and criminal organizations who are exploiting the Credible Fear/Asylum process for alien smuggling.

**LE**

**LE**

CONTROLLED UNCLASSIFIED INFORMATION – FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00216839

**LE**

**LE**

Highly Confidential/Attorneys' Eyes Only

**LE**

Highly Confidential/Attorneys' Eyes Only

**LE**

Highly Confidential/Attorneys' Eyes Only     AOL-DEF-00216843

**LE**

Highly Confidential/Attorneys' Eyes Only

**LE**

AOL-DEF-00216845

**LE**

Highly Confidential/Attorneys' Eyes Only                                          AOL-DEF-00216846

**LE**

Highly Confidential/Attorneys' Eyes Only                    AOL-DEF-00216847