JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 11** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

# San Ysidro Land Port of Entry
## fact sheet



**Location**
720 East San Ysidro Boulevard
San Diego, CA 92173-3116

**Facility Size (Planned)**
~ 402,754 Authorized Gross Square Feet
~ 50 Acres (Project Area)

**Funding Status**
Phase 1 - Fully Funded
Phase 2 - Fully Funded
Phase 3 - Fully Funded

**Project Cost**
Approximately $741 Million



**Project Phasing & Completion Schedule**
Phase 1A: Pedestrian Bridge – Completed April 2011
Phase 1B: Northbound Vehicle Inspection – Completed December 2014
Phase 1C: Southbound Pedestrian Crossing – Completed August 2012
Phase 1D: West Pedestrian Building (PedWest) – Completed July 2016
Phase 1E: Virginia Ave Transit Center – Completed July 2016
Phase 2: East Pedestrian Building (PedEast) – Completed August 2018
 Historic Custom House – Completed November 2018
 Expanded Southbound Plaza – Completed September 2019
Phase 3: Southbound I-5 Realignment & Northbound Vehicle Inspection - November 2019

**Project Overview**

The San Ysidro Land Port of Entry (LPOE) is the busiest land border crossing in the Western Hemisphere; currently processing an average of 70,000 northbound vehicle passengers and 20,000 northbound pedestrians per day. The San Diego Association of Governments (SANDAG) projects an 87 percent increase in vehicle traffic in San Ysidro by the year 2030.



To accommodate that growth and to better meet the changing needs of the tenant agencies and the traveling public, GSA conducted a complete reconfiguration and expansion of the port. The scope included the demolition and construction of the LPOE, including primary and secondary inspection areas, administration and pedestrian buildings, and all other support structures. The project expanded pedestrian processing facilities including a new pedestrian crossing on the east side of the LPOE that connects with a new multimodal transportation hub in Mexico and expanded northbound inspection facilities. Additionally, there is a new bi-directional crossing at El Chaparral/Virginia Avenue with an associated transit center.



The new port boasts 62 northbound vehicle primary inspection booths, one dedicated bus lane and inspection booth spread over 34 lanes, as well as improved processing facilities for bus and Secure Electronic Network for Travelers Rapid Inspection (SENTRI) travelers. The LPOE has over 110,000 square feet of new primary and secondary vehicle inspection canopies utilizing state-of-the-art materials that both conserve and produce energy. In addition, a portion of the Interstate 5 South freeway has been realigned and expanded from four lanes to ten lanes connecting to Mexico's El Chaparral facility. A corresponding southbound inspection canopy has been constructed to support the U.S. Customs and Border Protection's (CBP) southbound vehicle inspection efforts.







GSA collaborated with local agencies to develop additional pedestrian capacity and constructed a bi-directional pedestrian crossing (PedWest) and the Virginia Avenue Transit Center (VATC) on the west side of the port. PedWest includes ten northbound and two reversible pedestrian processing lanes and serves the traveling public crossing into the U.S. from Mexico's El Chaparral Inspection Station. The VATC accommodates taxis, buses, pedicabs and privately owned vehicles dropping off and picking up passengers. This transit center was jointly funded by GSA and the Caltrans District 11 using Coordinated Border Infrastructure program funds administered by Federal Highway Administration. The facility was a collaborative effort that involved the federal government, Caltrans, the City of San Diego, the San Diego Metropolitan Transit System, and SANDAG. More recently, GSA completed construction on a new pedestrian facility (PedEast) on the east side of the port which features 22 northbound pedestrian inspection booths.



In designing the new San Ysidro LPOE, GSA was committed to build the "Port of the Future" and built a facility that is sustainable, operationally scalable, and dramatically reduces the Port's carbon footprint, while at the same time enhancing CBP's ability to conduct their mission. With the innovative applications of energy production projects, as well as sustainable energy and water-saving features, the San Ysidro LPOE aspires to receive the Leadership in Energy and Environmental Design (LEED) Platinum certification.



**Primary Tenants**

U.S. Department of Homeland Security - Customs and Border Protection (CBP)
U.S. Department of Homeland Security - Immigration and Customs Enforcement (ICE)

**Energy & Sustainability Features**



*Energy*

- Solar photovoltaic system
- Solar thermal hot water system
- Geothermal heat exchange system

*Water*

- Ultra-low flow fixtures
- Rainwater retention and reuse system
- Onsite waste water treatment system
- Xeriscape landscaping (drought tolerant plants)

**Architect**

Master Plan - Miller|Hull Partnership
Phase 1 - Miller|Hull Partnership
Phase 2 - Stantec
Phase 3 - Miller|Hull Partnership

**Construction Management**

Phase 1 - URS Corporation
Phase 2 - Heery International
Phase 3 - Jacobs Engineering

**General Contractor**

Phase 1A - Clark Construction Co.
Phases 1B & 1C - Hensel Phelps Construction Co.
Phase 1D - Halbert Construction Company, Inc.
Phase 1E - Hensel Phelps Construction Co.
Phase 2 - Hensel Phelps Construction Co.
Phase 3 - Atkinson Clark Construction Co.








facebook.com/gsapacificrimregion

www.gsa.gov/SanYsidro


@US_GSAR9

Updated: December 11, 2019