JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 13** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

From: SOLIS, SEVERIANO
Sent: Friday, November 11, 2016 6:53 PM
To: MANCHA, HECTOR
CC: CLEAVES, SAMUEL B; THOME, FERNANDO A; REYES, VICTOR R; SAINDON, CHRISTOPHER; MILLER, BARRY F; BEBON, NORMAN A; AVEITIA, PATRICIA; JIMENEZ, SAMUEL; PROVENCIO, RAY; SIFFORD, DONNA R
Subject: FW: PCS Activity Report, 0800-1600, 11/11/16

DFO Mancha,

The Port of El Paso will begin **metering** at the middle of the bridge at all 3 crossing locations tonight. Guidance is being provided to Chiefs. At this point, Monday is the earliest when we can accept CF cases based on our current number of detainees in custody and facility capacity. Our capacity is set at ▇

A total of 406 detainees in custody.
A total of 217 cases pending processing.
A total of 179 cases completed to date.
A total of 97 cases transported today to ERO.

As of today, a total of 67 cases have been processed and 65 cases acquired.

Severiano Solis
(A) Port Director
Port of El Paso Texas

---

From: BARNES, ALBERT B
Sent: Friday, November 11, 2016 3:28 PM
To: SOLIS, SEVERIANO
Cc: ALVAREZ, MANUEL ▇; GOMEZ, ARNOLDO ▇; GREEN, STEVEN R ▇; RODRIGUEZ, JULIO E ▇; SALVATTI, MICHAEL R ▇; SQUIRES, ▇; TOBIAS, JOHN ▇; AVEITIA, PATRICIA ▇; BEBON, NORMAN A ▇; MILLER, BARRY F ▇
Subject: PCS Activity Report, 0800-1600, 11/11/16

PCS Activity Report.

- **406** detainees in custody reported by locations. (**341** FAMU, **55** UAC, **6** USC minors, and **4** adverse action cases)
- **217** cases pending processing (**213** FAMU and **4** UAC cases).
- **179** cases are complete (**128** FAMU and **51** UAC cases).
- **97** cases were transported during this shift. (**78** FAMU, **18** UAC, **1** ER/CF). All FAMU turned over to ERO, no scheduled flight.
- **39** cases were completed during this shift. (**26** FAMU, **7** UAC cases, **6** ER/CF).
- **33** cases were acquired during this shift. (**16** FAMU, **14** UAC cases, **3** ER/CF).
- **67** cases have been competed today. (**25** Mid shift, **42** Day shift).
- **Evening Chiefs have been notified of pending charter flight for Saturday.**

| | Days Activity By Location | DATE | 11/11/2016 | HOUR | 15:00 |
|---|---|---|---|---|---|
| | CF Processing | PDN | BOA | YSL | TOTAL |
| CREDIBLE FEAR CASES | CF Cases In-Process | 6 | 7 | 8 | 21 |
| | Accompanying USC Minors | 2 | 0 | 4 | 6 |
| | CF Cases Completed | 32 | 15 | 81 | 128 |
| | CF Cases Pending under 24 Hours | 11 | 7 | 13 | 31 |
| | CF Cases Pending over 24 Hours | 29 | 42 | 11 | 82 |
| | CF Cases Pending over 48 Hours | 21 | 21 | 3 | 45 |
| | CF Cases Pending over 72 Hours | 0 | 34 | 0 | 34 |
| | Total Credible Fear Cases | 99 | 126 | 116 | 341 |
| | Other PCS Cases (ER/PROS/WD/ETC) | 2 | 1 | 1 | 4 |

|  | UAC Processing | PDN | BOA | YSL | TOTAL |
|---|---|---|---|---|---|
| **UACS** | UAC Cases In-Process | 2 | 1 | 1 | 4 |
|  | UAC Cases Completed | 49 | 2 | 0 | 51 |
|  | UAC Cases Pending under 24 Hours | 0 | 0 | 0 | 0 |
|  | UAC Cases Pending over 24 Hours | 0 | 0 | 0 | 0 |
|  | UAC Cases Pending over 48 Hours | 0 | 0 | 0 | 0 |
|  | UAC Cases Pending over 72 Hours | 0 | 0 | 0 | 0 |
|  | **Total UAC Cases from Above** | 51 | 3 | 1 | 55 |
| **DETENTION STATUS** | UAC Detentions Over 72 Hours | 1 | 0 | 0 | 1 |
|  | Non-UAC Detentions Over 72 Hours | 22 | 50 | 64 | 136 |
|  | UAC Detentions Over 48 Hours | 9 | 0 | 0 | 9 |
|  | Non-UAC Detentions Over 48 Hours | 33 | 27 | 18 | 78 |
|  | UAC Detentions Under 48 Hours | 41 | 3 | 1 | 45 |
|  | Non-UAC Detentions Under 48 Hours | 48 | 50 | 39 | 137 |
|  | **Total Detainees (From Above)** | 154 | 130 | 122 | 406 |
| **PROCESSING AND PLACEMENT** | **PROCESSING STATISTICS AND PLACEMENT STATUS** | | | | |
|  | CF Cases Completed This Shift (Not Singles) | 6 | 8 | 12 | 26 |
|  | UAC Cases Completed This Shift | 5 | 2 | 0 | 7 |
|  | CF Single Adults Completed This Shift | 3 | 1 | 2 | 6 |
|  | CF Cases Acquired This Shift (Not Singles) | 8 | 6 | 2 | 16 |
|  | UAC Cases Acquired This Shift | 12 | 1 | 1 | 14 |
|  | CF Single Adults Acquired This Shift | 1 | 1 | 1 | 3 |
|  | CF Cases Not Yet Started (Not Singles) | 59 | 103 | 24 | 186 |
|  | UAC Cases Not Yet Started | 0 | 0 | 0 | 0 |
|  | CF Single Adults Not Yet Started | 2 | 1 | 3 | 6 |
|  | CF Cases transported This Shift to ERO | 40 | 8 | 30 | 78 |
|  | UAC Cases Transported This Shift to ERO | 18 | 0 | 0 | 18 |
|  | CF Single Adults Transported This Shift to ERO | 1 | 0 | 0 | 1 |
|  | CF Cases Scheduled Trans/Placement ERO | 0 | 0 | 0 | 0 |
|  | UAC Cases Scheduled Trans/Placement ERO | 8 | 0 | 0 | 8 |
|  | CF Single Adults Scheduled for Placement to ERO | 0 | 1 | 0 | 1 |
|  | CF Cases Awaiting Placement by ERO | 20 | 8 | 29 | 57 |
|  | CF Cases Awaiting Section 240 Proceedings to ERO | 12 | 6 | 47 | 65 |
|  | Hospital Detail (1 detail = 2 officers & 1 patient) | 1 | 0 | 0 | 1 |

Albert Barnes, Watch Commander
Port of El Paso, El Paso Field Office

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from Office of Field Operations, United States Customs & Border Protection.