JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 14** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** CLEAVES, SAMUEL B
**Sent:** Wednesday, September 14, 2016 4:59 PM
**To:** MANCHA, HECTOR
**CC:** BROWN, FRANCIS D; OLIVAS, BERNARDO; SAINDON, CHRISTOPHER; RUSSELL, WILLIAM E; THOME, FERNANDO A;
MORA, ROSANA; REZA, ROBERT; PROVENCIO, RAY; THORPE, TRACY S; SIFFORD, DONNA R; DEPUTY, JOHN; SOLIS,
SEVERIANO; MILLER, BARRY F; AVEITIA, PATRICIA; BEBON, NORMAN A; RODRIGUEZ, JULIO E
**Subject:** FW: Spike in CF/FAMU cases at Port of El Paso in month of September
**Attachments:** IP - Spike in CF-FAMU Cases at Port of El Paso 09142016.docx

Mr. Mancha,

The IP was provided to the Field Liaison and IMD.

Sam

Samuel Cleaves
Watch Commander
El Paso Field Office

███████ (cell)

---

**From:** CLEAVES, SAMUEL B
**Sent:** Wednesday, September 14, 2016 2:48 PM
**To:** Field Liaison███████                OFO-Incident-Management
**Subject:** Spike in CF/FAMU cases at Port of El Paso in month of September

Good afternoon,

Please see attached Issue Paper regarding a significant spike in credible fear family unit cases received by the Port of El Paso this month
(September).

Sam

**Office of Field Operations**
**El Paso Field Office**
**September 14, 2016**

**Action Required:**    Informational

**Time Constraint:**    None

**Issue:** September spike in credible fear family units (FAMU) and unaccompanied alien children (UAC) encountered at the Port of El Paso.

**Executive Summary:**
- The Port of El Paso has entered ████ of the New Mexico / West Texas Corridor Joint Task Force-West (JTF-W) Land Migration Plan
  indicating this facility's holding capacity and resources to process and detain has been exceeded.
- Overall, the El Paso Field Office (EPFO) remains a ████ of the JTF-W Land Migration Plan. The other Ports within EPFO do not
  routinely have excessive amounts of detainees on-site. Capacity has been exceeded at the Port of El Paso only.
- EPFO is standing up an overflow staging area at the Port of Tornillo.

**Background:**
- On May 25, June 15, and July 15; EPFO provided the Incident Management Division (IMD) a brief summary via Issue Paper on the current
  UAC and FAMU situation in El Paso.
- For FY16 to date, the number of UAC and FAMU received has been heavy and steady.
  o FY16TD: 6,773 credible fear cases (excluding Cubans). 106.9% increase from FY15.
  o FY16TD: 2,621 UAC cases. 336.1% increase from FY15.
- The rate of cases received has been slowly increasing throughout the year. In July, the Port of El Paso was averaging ████ subjects in custody
  per day.
- EPFO has no ground transportation contract. All transports are performed by OFO officers.

**Current Status:**
- On September 3, 2016 the Port of El Paso received 92 cases in one shift. Since this date, the Port is experiencing a significant spike of
  FAMU cases.

Confidential                                                                                                    AOL-DEF-00797893

- In the ten day span between September 4 and September 13, the Port is averaging ▮▮ subjects in custody per day. The range was a high of ▮▮ persons in custody and low of ▮▮
- During this spike, an average of 23% of FAMU cases are held at a POE in excess of 72 hours pending placement. It is rare for a UAC to be held for 72 hours however.
- The Port is experiencing events where family units attempt to enter without inspection (EWI) and then claim credible fear. In the last ten days, the Port apprehended twenty-one (21) EWI attempts by families with eight (8) resisting and fighting Officers during apprehension. Criminal prosecution is pursued when appropriate for those that resist and/or fight.
- Close coordination with ICE Enforcement and Removal Office (ERO) is continuing. ERO provided an additional charter flight on September 10 to assist with FAMU movement from the Port resulting in 110 FAMU cases transferred. However, 33 new cases were received shortly thereafter. And an additional 67 were received in one shift on the following day.
- Active caseload management is being performed by transporting cases for processing to less affected Ports. However the increased transports between Ports, to ERO facilities, and to the Airport is straining OFO vehicle and personnel resources.
- Expenditure of COPRA overtime has increased to effectively process, detain, and transport this unforeseen spike.
- Between August 1st and September 9th, the Port of El Paso spent \$37,941.86 on supplies specific to UAC and FAMU cases to include snacks, meals, and clothing. The recent spike in September has depleted current stocks at the Port.
- The Port is providing up to 1,000 meals per day using microwaves. The facility is not equipped for this amount of volume.
- The Port is low on supplies of sleeping mats, blankets, pillows, and child car seats.
- The EPFO has transferred remaining funds in the amount of \$23,000 to the Port of El Paso's purchase card to immediately replenish UAC and FAMU supplies.
- The Ports of Tornillo and Santa Teresa continue to assist with processing Port of El Paso cases. However, these Ports are small and have limited processing capability.
- Border Patrol has allowed the Port to use several cells at the Ysleta substation that may accommodate up to 40 FAMU subjects for temporary holding pending placement. However, USBP has removed all Operation Intrepid personnel that were assisting with outbound operations due to an increase in apprehensions.
- The Field Office Director for ICE ERO reported on September 13th that the Dilley and Karnes family residential centers in San Antonio are full.

**Moving Forward:**
- The EPFO is standing up an overflow staging area at the Port of Tornillo.
- The Port of Tornillo will be able to temporarily hold up to ▮▮ FAMU subjects from the Port of El Paso. Tornillo's hours of operation are 0600 – 2200 hours. However, the staging area will operate 24/7.
- The Tornillo Overflow Staging Area will not hold UACs. The primary staging area for UACs will remain at Paso Del Norte (PDN) crossing. Subjects with medical conditions (lice, scabies, etc.) will be quarantined and treated per existing guidelines at the Port of El Paso.
- EPFO Mission Support is stocking Tornillo with FAMU supplies such as bedding, meals, and water. PODs / auxiliary storage containers are being rented.
- Expenditure of COPRA is projected to increase while the Tornillo overflow staging area is operational.
- EPFO will detail Officers and first-line Supervisors from the Ports of Columbus, Santa Teresa, and El Paso to Tornillo to assist in operating the staging area.

**Watch Out For/If Asked:**
- The same Ports listed above for detailing Officers to Tornillo are also scheduled to detail eight (8) Officers to San Diego and Tucson for Operation Overflow Phase I on October 3, 2016.

Samuel Cleaves
Watch Commander
El Paso Field Office

▮▮▮ (cell)

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from Office of Field Operations, United States Customs & Border Protection.

AOL-DEF-00797894