JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 15** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

From: SOLIS, SEVERIANO
Sent: Friday, September 9, 2016 10:21 AM
To: MANCHA, HECTOR
CC: THOME, FERNANDO A; BROWN, FRANCIS D; CLEAVES, SAMUEL B; MILLER, BARRY F; BEBON, NORMAN A; AVEITIA, PATRICIA
Subject: FW: PCS Activity 09/09/2016 07:30 hours

DFO Mancha,

FYSA. The port is currently at an all-time high of 263 detainees in custody with 87 pending processing. To date, we are scheduled to transport a total of 63 to the airport tomorrow for the flight. We are working with BSC Thome to determine our transportation capabilities in advance of the event.

Severiano Solis
(A) Port Director
Port of El Paso Texas
Office
Cellular

From: TOBIAS, JOHN
Sent: Friday, September 09, 2016 7:48 AM
To: SOLIS, SEVERIANO
Cc: BARNES, ALBERT B; GOMEZ, ARNOLDO; RODRIGUEZ, JULIO E; SALVATTI, MICHAEL R; SQUIRES, KENNETH S; GREEN, STEVEN R; CLEAVES, SAMUEL B; REYES, VICTOR R; AVEITIA, PATRICIA; BEBON, NORMAN A; MILLER, BARRY F
Subject: PCS Activity 09/09/2016 07:30 hours

Sir,

PCS Case activity and placement status as of 0730 hours this morning.

There are currently 263 subjects in custody based on a physical head count.

There are a total of 87 cases pending to be processed: (PDN 44 / BOTA 22 / YSLETA 21).

Out of the 263 cases at the port, 59 CF cases and 0 UAC have gone over the 72 hour mark.

All cases over 72 hours either have placement and are awaiting travel arrangements or placement has been requested

63 CF cases and 25 UAC cases have gone over the 48 hour mark.

A total of 18 cases were processed during the shift.
A total of 11 cases were transported during the shift, 25 additional cases are scheduled to be transported during the next shift.
A total of 12 cases were acquired during the shift as of 07:00.

| PCS Activity By Location | DATE | 9/9/2016 | HOUR | 7:30 |
|---|---|---|---|---|
| CF Processing | PDN | BOA | YSL | TOTAL |
| CF Cases In-Process | 5 | 3 | 2 | 10 |
| Accompanying USC Minors | 1 | 0 | 0 | 1 |
| CF Cases Completed | 78 | 26 | 25 | 129 |
| CF Cases Pending | 44 | 22 | 21 | 87 |
| Total Credible Fear Cases | 127 | 51 | 48 | 226 |
| UAC Processing | PDN | BOTA | YSL | TOTAL |
| UAC Cases In-Process | 0 | 4 | 3 | 7 |
| UAC Cases Completed | 12 | 2 | 4 | 18 |
| UAC Cases Pending | 2 | 0 | 0 | 2 |
| Other PCS Cases (ER/PROS/WD/ETC) | 2 | 6 | 2 | 10 |
| Detentions (Head Count) | PDN | BOTA | YSL | TOTAL |
| UAC Detentions Over 72 Hours | 0 | 0 | 0 | 0 |
| Non-UAC Detentions Over 72 Hours | 39 | 13 | 7 | 59 |
| UAC Detentions Over 48 Hours | 1 | 0 | 0 | 1 |
| Non-UAC Detentions Over 48 Hours | 35 | 22 | 6 | 63 |
| UAC Detentions Under 48 Hours | 13 | 6 | 7 | 26 |
| Non-UAC Detentions Under 48 Hours | 55 | 22 | 37 | 114 |
| Total Detainees | 143 | 63 | 57 | 263 |
| Total Cases Completed This Shift | 11 | 8 | 6 | 25 |

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00797737

| | | | | | |
|---|---|---|---|---|---|
| Total Transports During this Shift | 0 | 0 | 11 | 11 | BOTA has 9 scheduled for transport 9/10/16 @ 0500 |
| Total Scheduled Transports during next Shift | 10 | 11 | 4 | 25 | PDN has 43 scheduled for transport 9/10/16 @ 0500 |
| Total Cases Acquired This Shift | 9 | 3 | 0 | 12 | YSL has 11 scheduled for transport 9/10/16 @ 0500 |

John Tobias
Watch Commander
El Paso Port of Entry
Office: 
Duty Cell:
Email:

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from Office of Field Operations, United States Customs & Border Protection