JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 16** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** THOME, FERNANDO A
**Sent:** Wednesday, September 21, 2016 1:39 PM
**To:** REZA, ROBERT; PROCTOR, JESSE G; SOLIS, SEVERIANO
**CC:** COPPENBARGER, DAVID C; PROVENCIO, RAY; JAMESON, STEVEN R; MILLER, BARRY F; AVEITIA, PATRICIA; BEBON, NORMAN A; RODRIGUEZ, JULIO E; GOMEZ, ARNOLDO; GREEN, STEVEN R; THOME, FERNANDO A; MORA, ROSANA; REYES, VICTOR R; OLIVAS, BERNARDO; MANCHA, HECTOR; SIFFORD, DONNA R; RAY, ENRIQUE; TOBIAS, JOHN; CLEAVES, SAMUEL B; JIMENEZ, SAMUEL; VASQUEZ, YVETTE; VILLANUEVA, ROSIE B; MANCHA, HECTOR
**Subject:** Overflow Staging Area - Port of Tornillo - Temporary Duty (TDY) Solicitation DUE: September 28, 2016
**Attachments:** Overflow Staging Area - Port of TOR - TDY.pdf

Good Morning,

Please see the attached, Overflow Staging Area - Port of Tornillo - Temporary Duty (TDY) Solicitation DUE: September 28, 2016

Confidential                                                                                                                                   AOL-DEF-00798098

9400 Viscount Blvd, Suite 100<br>El Paso, TX 79925



**U.S. Customs and Border Protection**

SEP 21 2016

MEMORANDUM FOR:   CBP Supervisors and Officers GS/1895
                  Port of El Paso, Port of Santa Teresa, and Port of Columbus

FROM:             Director, Field Operations
                  El Paso Field Office

SUBJECT:          Overflow Staging Area - Port of Tornillo - Temporary Duty (TDY) Solicitation


As a result of unprecedented rise in the number of undocumented alien children (UAC) arriving and asserting Credible Fear (CF) claims. The number of credible fear family units (FAMU) within the El Paso Field Office (EPFO) has increased by 106.9% from FY15. These increased CF numbers tremendously affect available resources and ultimately give rise to detention issues that quickly exceed infrastructure capacity. There is an expectation that CF will continue to surge.

The EPFO is standing up an overflow staging area at the Port of Tornillo (TOR). In order to accomplish this, TOR will require supplementary personnel. The TOR Overflow Staging Area will be able to temporarily hold FAMU subjects from the Port of El Paso. The Port of Tornillo's hours of operation are 0600 – 2200 hours; however, the staging area will operate 24/7.

The El Paso Field Office is seeking both qualified CBP Supervisors and Officers GS/1895 for one (1) or more temporary duty assignments (TDY) to the Port of Tornillo. This assignment will be for a period of 28 days with a potential extension of up to 90 days.

Experience in processing CF claims, Expedited Removals, other adverse action cases, Spanish language proficiency, and systems/records queries proficiency is preferred. Experience and ability to operate Vehicle Primary Client (VPC) and US Pedestrian is required.

**QUALIFICATIONS**

Interested Officers should apply by submitting a written application addressing the following criteria. Additionally each officer must also provide examples to each criterion demonstrating through the officer's experience and knowledge how the officer meets each criterion. All applications must be submitted on or before September 28, 2016:

- Enter On Duty (EOD) Date, Length of service with in CBP OFO and/or respective legacy agency(s),

- Ability to plan, organize, prioritize, and complete multiple tasking within given time constraints.
- Ability to work independently with minimal supervision.
- Effective written and oral communications skills.
- Basic language skill in both English and Spanish.
- Sufficient CBP job knowledge to correctly answer routine inquiries regarding Customs, Immigrations and Agriculture related laws and procedures.

### WHAT TO EXPECT

- Overtime is a condition of employment and of this detail.

- No annual leave will be approved during the course of this detail (October 2, 2016 - December 31, 2016). Pre-scheduled / pre-approved at your permanent duty station will not apply to this detail.

- Volunteers must expect to be assigned to any environment within TOR. (Cargo, PCS, PVP ex...)

- The Staging area will be Operational 24 hours a day, seven days a week. Officers will be assigned to all three shifts (day, evening, and midnight) rotational shifts spanning weekends and holidays.

- Officers selected for this assignment are required to perform assigned duties in full CBP uniform.

### APPLICATIONS PROCESS

This vacancy announcement is to Port of El Paso, Port of Santa Teresa, and Port of Columbus. Volunteers from outside the El Paso commuting area may apply, but if selected, are responsible for their own expenses. No mileage, per diem, or relocation expenses will be reimbursed.

Written applications should be directed through your Port Director to Watch Commander Samuel Cleaves, El Paso Field Office, via email. The closing date for this announcement is September 28, 2016.

Please direct any questions pertaining to this announcement to Watch Commander Samuel B. Cleaves a[REDACTED]

**Fernando Thome**
Border Security Coordinator
Office of Field Operations
El Paso Field Office
Office:
Duty Cell: [REDACTED]
Unclass: [REDACTED]
HSDN: [REDACTED]

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated for OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from CBP's Office of Field Operations.

Confidential

AOL-DEF-00798101