JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 17** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** GOOD, BEVERLY
**Sent:** Tuesday, September 27, 2016 3:44 PM
**To:** MANCHA, HECTOR
**CC:** TAMAYO, ENRIQUE S
**Subject:** RE: Spike in CF/FAMU cases at Port of El Paso in month of September - Update

DFO Mancha,

I have Enrique Tamayo working on migration issues because of what the SWB border ports are facing especially in SYS and ELP. If he has more questions as they relate to data or information or needs, etc can he reach out to Mr. Cleaves or who would you like for him to reach out to?

Thank you for the issue paper we will look at its content and ensure that the EAC continues to have visibility into what El Paso is experiencing.

Thanks very much!

Beverly Good
Acting Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** MANCHA, HECTOR
**Sent:** Tuesday, September 27, 2016 2:18 PM
**To:** GOOD, BEVERLY
**Subject:** FW: Spike in CF/FAMU cases at Port of El Paso in month of September - Update
**Importance:** High

(A) XD Good,

As per your request. The highlighted section articulates the changes to our processing of these cases. Let me know if you required additional information. Thanks

HM

Hector A. Mancha
Director, Field Operations
El Paso Field Office
U.S. Customs and Border Protection
                Office
                Fax

---

**From:** CLEAVES, SAMUEL B
**Sent:** Tuesday, September 27, 2016 9:43 AM
**To:** MANCHA, HECTOR
**Cc:** THOME, FERNANDO A <          >; REYES, VICTOR R <          />
**Subject:** FW: Spike in CF/FAMU cases at Port of El Paso in month of September - Update
**Importance:** High

Mr. Mancha,

The September surge of FAMU and UAC cases in El Paso has continued. Yesterday (09/26), the Port of El Paso had 385 detainees. And this is with USBP facility assistance at PDT, with Port of Tornillo assistance with staging and processing, and with Port of Santa Teresa assistance with processing. Yesterday, ERO and Port of El Paso coordinated a charter flight for 68 detainees followed by the Port transporting another 86 to ERO non-detained for paroles (ER/CF cases) and local release. (Note, ERO has informed us that they cannot continue to parole ER cases…but they can assist with completing ORs for NTA cases).

As of this morning, the Port of El Paso has 361 detainees as more FAMU and UAC continue to arrive.

==UAC cases will continue to be processed, placed, and TOT ERO and ORR per existing guidelines. Port of El Paso will be implementing an NTA vs. ER threshold for credible fear family unit cases.== Port will begin to process CF/FAMU cases as NTA. Once NTAs are complete, the subjects will be transported and turned over to ERO (usually at approximately 1300 hours). ERO will then process the OR/Release. ERO will coordinate with local NGOs and transport to bus stations if necessary. the Port will return to Expedited Removal / CF processing, placement requests, and TOT ERO and ORR per established guidelines.

Sam

Highly Confidential/Attorneys' Eyes Only                                                                              AOL-DEF-00806817

Samuel Cleaves
Watch Commander
El Paso Field Office
███████████ (cell)

**From:** CLEAVES, SAMUEL B
**Sent:** Wednesday, September 14, 2016 2:59 PM
**To:** MANCHA, HECTOR
**Cc:** BROWN, FRANCIS D; OLIVAS, BERNARDO; Chris Saindon ███████████ RUSSELL, WILLIAM E; THOME, FERNANDO A; MORA, ROSANA ███████████ REZA, ROBERT; PROVENCIO, RAY; THORPE, TRACY S; SIFFORD, DONNA R; John Deputy ███████████ SOLIS, SEVERIANO ███████████ MILLER, BARRY F; AVEITIA, PATRICIA; BEBON, NORMAN A; RODRIGUEZ, JULIO E
**Subject:** FW: Spike in CF/FAMU cases at Port of El Paso in month of September

Mr. Mancha,

The IP was provided to the Field Liaison and IMD.

Sam

Samuel Cleaves
Watch Commander
El Paso Field Office
███████████ (cell)

**From:** CLEAVES, SAMUEL B
**Sent:** Wednesday, September 14, 2016 2:48 PM
**To:** Field Liaison (O███████████ OFO-Incident-Management
**Subject:** Spike in CF/FAMU cases at Port of El Paso in month of September

Good afternoon,

Please see attached Issue Paper regarding a significant spike in credible fear family unit cases received by the Port of El Paso this month (September).

Sam

Office of Field Operations
El Paso Field Office
September 14, 2016

**Action Required:** Informational

**Time Constraint:** None

**Issue:** September spike in credible fear family units (FAMU) and unaccompanied alien children (UAC) encountered at the Port of El Paso.

**Executive Summary:**
- The Port of El Paso has entered ███ of the New Mexico / West Texas Corridor Joint Task Force-West (JTF-W) Land Migration Plan indicating this facility's holding capacity and resources to process and detain has been exceeded.
- Overall, the El Paso Field Office (EPFO) remains at ███ of the JTF-W Land Migration Plan. The other Ports within EPFO do not routinely have excessive amounts of detainees on-site. Capacity has been exceeded at the Port of El Paso only.
- EPFO is standing up an overflow staging area at the Port of Tornillo.

**Background:**
- On May 25, June 15, and July 15; EPFO provided the Incident Management Division (IMD) a brief summary via Issue Paper on the current UAC and FAMU situation in El Paso.
- For FY16 to date, the number of UAC and FAMU received has been heavy and steady.
    - FY16TD: 6,773 credible fear cases (excluding Cubans). 106.9% increase from FY15.
    - FY16TD: 2,621 UAC cases. 336.1% increase from FY15.
- The rate of cases received has been slowly increasing throughout the year. In July, the Port of El Paso was averaging ███ subjects in custody

Highly Confidential/Attorneys' Eyes Only                                                       AOL-DEF-00806818

per day.
- EPFO has no ground transportation contract. All transports are performed by OFO officers.

**Current Status:**
- On September 3, 2016 the Port of El Paso received 92 cases in one shift. Since this date, the Port is experiencing a significant spike of FAMU cases.
- In the ten day span between September 4 and September 13 the Port is averaging ▮ subjects in custody per day. The range was a high of ▮ persons in custody and low of ▮.
- During this spike, an average of 23% of FAMU cases are held at a POE in excess of 72 hours pending placement. It is rare for a UAC to be held for 72 hours however.
- The Port is experiencing events where family units attempt to enter without inspection (EWI) and then claim credible fear. In the last ten days, the Port apprehended twenty-one (21) EWI attempts by families with eight (8) resisting and fighting Officers during apprehension. Criminal prosecution is pursued when appropriate for those that resist and/or fight.
- Close coordination with ICE Enforcement and Removal Office (ERO) is continuing. ERO provided an additional charter flight on September 10 to assist with FAMU movement from the Port resulting in 110 FAMU cases transferred. However, 33 new cases were received shortly thereafter. And an additional 67 were received in one shift on the following day.
- Active caseload management is being performed by transporting cases for processing to less affected Ports. However the increased transports between Ports, to ERO facilities, and to the Airport is straining OFO vehicle and personnel resources.
- Expenditure of COPRA overtime has increased to effectively process, detain, and transport this unforeseen spike.
- Between August 1st and September 9th, the Port of El Paso spent $37,941.86 on supplies specific to UAC and FAMU cases to include snacks, meals, and clothing. The recent spike in September has depleted current stocks at the Port.
- The Port is providing up to 1,000 meals per day using microwaves. The facility is not equipped for this amount of volume.
- The Port is low on supplies of sleeping mats, blankets, pillows, and child car seats.
- The EPFO has transferred remaining funds in the amount of $23,000 to the Port of El Paso's purchase card to immediately replenish UAC and FAMU supplies.
- The Ports of Tornillo and Santa Teresa continue to assist with processing Port of El Paso cases. However, these Ports are small and have limited processing capability.
- Border Patrol has allowed the Port to use several cells at the Ysleta substation that may accommodate up to 40 FAMU subjects for temporary holding pending placement. However, USBP has removed all Operation Intrepid personnel that were assisting with outbound operations due to an increase in apprehensions.
- The Field Office Director for ICE ERO reported on September 13th that the Dilley and Karnes family residential centers in San Antonio are full.

**Moving Forward:**
- The EPFO is standing up an overflow staging area at the Port of Tornillo.
- The Port of Tornillo will be able to temporarily hold up to ▮ FAMU subjects from the Port of El Paso. Tornillo's hours of operation are 0600 – 2200 hours. However, the staging area will operate 24/7.
- The Tornillo Overflow Staging Area will not hold UACs. The primary staging area for UACs will remain at Paso Del Norte (PDN) crossing. Subjects with medical conditions (lice, scabies, etc.) will be quarantined and treated per existing guidelines at the Port of El Paso.
- EPFO Mission Support is stocking Tornillo with FAMU supplies such as bedding, meals, and water. PODs / auxiliary storage containers are being rented.
- Expenditure of COPRA is projected to increase while the Tornillo overflow staging area is operational.
- EPFO will detail Officers and first-line Supervisors from the Ports of Columbus, Santa Teresa, and El Paso to Tornillo to assist in operating the staging area.

**Watch Out For/If Asked:**
- The same Ports listed above for detailing Officers to Tornillo are also scheduled to detail eight (8) Officers to San Diego and Tucson for Operation Overflow Phase I on October 3, 2016.

Samuel Cleaves
Watch Commander
El Paso Field Office
▮ (cell)

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from Office of Field Operations, United States Customs & Border Protection.

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00806819