JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 18** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** SOLIS, SEVERIANO
**Sent:** Wednesday, September 28, 2016 12:15 PM
**To:** MANCHA, HECTOR
**CC:** CLEAVES, SAMUEL B; THOME, FERNANDO A; MILLER, BARRY F; BEBON, NORMAN A; AVEITIA, PATRICIA; JIMENEZ, SAMUEL
**Subject:** Implementations to address Credible Fear workload

DFO Mancha,

We have implemented the following changes to address the current Credible Fear processing and detention overflow at the El Paso Port of Entry.

**Staffing:**

ATCET Supervisors and Officers have been re-directed to assist with PCS, PVP and transportation duties until further notice.
Training Officers and Supervisor have been re-directed to assist with PCS and transportation duties.
Training has been suspended and Trainees have been assigned to assist with PCS or PVP duties.
Firearms staff has been re-directed to assist with transportation and PCS duties. Minimal training of OC spray conducted at 1000 to meet mandates.
CBP Techs assigned to the Administration Office have been re-directed after 1000 hours to each bridge location to assist with feeding and other duties as necessary to keep the Officers focused on processing.

**Processing:**

Issuing guidance on PCS case processing from E.R. to NTAs in order to have the capability of transporting detainees on a daily basis to ERO. This is dependent on coordination with ERO for available bed space from the NGOs.
As of 0800 hours today, I advised ERO we plan on processing NTA cases today for possible delivery at 1300 hours, not more than 20 cases. We will continue with NTA processing if ERO can certify bed space. Based on a review of numbers, we process between 65 and 85
As of 0800 hours today, we are at capacity on detention space.



Severiano Solis
Acting Port Director
Port of El Paso Texas
Office
Cellular

Confidential                                                                                                                                          AOL-DEF-00890684