JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br> **DEFENDANTS' EXHIBIT 19** <br><br> [Redacted Public Version] |

**From:** MANCHA, HECTOR
**Sent:** Thursday, September 29, 2016 7:42 AM
**To:** SOLIS, SEVERIANO
**Subject:** FW: PCS Activity 9/28/2016 0000-0800 Shift
**Attachments:** CF Detainees Overcrowding.pdf; CF Detainees Overcrowding2.pptx

Fysa

---

**From:** THOME, FERNANDO A
**Sent:** Wednesday, September 28, 2016 7:47:32 PM
**To:** GOOD, BEVERLY
**Cc:** MANCHA, HECTOR
**Subject:** FW: PCS Activity 9/28/2016 0000-0800 Shift

Good evening XD Good,

Please see the attached, photos of the detention areas.

Thank you,
**Fernando Thome**
Border Security Coordinator
Office of Field Operations
El Paso Field Office
Office:
Duty Cell:
Unclass:
HSDN:

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated for OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from CBP's Office of Field Operations.

---

**From:** MANCHA, HECTOR
**Sent:** Wednesday, September 28, 2016 7:18 PM
**To:** THOME, FERNANDO A
**Subject:** FW: PCS Activity 9/28/2016 0000-0800 Shift

Pls forward pictures to XD Good. Thx

HM

---

**From:** GOOD, BEVERLY
**Sent:** Wednesday, September 28, 2016 12:49:20 PM
**To:** MANCHA, HECTOR
**Subject:** RE: PCS Activity 9/28/2016 0000-0800 Shift

Can you send me some pictures of the detention areas?

Beverly Good
Acting Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
Office
Cell

---

**From:** MANCHA, HECTOR
**Sent:** Wednesday, September 28, 2016 1:56 PM
**To:** GOOD, BEVERLY
**Subject:** FW: PCS Activity 9/28/2016 0000-0800 Shift

FYSA

Port of El Paso continues to get hammered.

Hector A. Mancha
Director, Field Operations
El Paso Field Office
U.S. Customs and Border Protection
Office

Fax

**From:** SOLIS, SEVERIANO
**Sent:** Wednesday, September 28, 2016 8:12 AM
**To:** MANCHA, HECTOR
**Cc:** CLEAVES, SAMUEL B ; THOME, FERNANDO A ; SAINDON, CHRISTOPHER ; MAIER, ROGER ; JAUREGUI, RUBEN
**Subject:** FW: PCS Activity 9/28/2016 0000-0800 Shift

DFO Mancha,

==As of this morning, we have 389 detainees in custody with 235 unprocessed (CF and UACs). We had a total of 67 new arrivals during the midnight shift.==

Severiano Solis
(A) Port Director
Port of El Paso Texas
Office
Cellular

**From:** TOBIAS, JOHN
**Sent:** Wednesday, September 28, 2016 8:03 AM
**To:** AVEITIA, PATRICIA ; BEBON, NORMAN A ; MILLER, BARRY F ; SOLIS, SEVERIANO ; BARNES, ALBERT B ; GOMEZ, ARNOLDO ; RODRIGUEZ, JULIO E ; SALVATTI, MICHAEL R ; SQUIRES, KENNETH S ; GREEN, STEVEN R ; TOBIAS, JOHN ; AGUILAR, JUAN ; ANAYA, PETER E ; BRADY, MICHAEL J ; CASTRO, FERNANDO ; CHAVEZ, FRANK D ; COPPENBARGER, WILLIAM C ; DORNEY, THOMAS P ; GAMBOA, DANIEL ; HILL, DANIEL W ; HINOJOS, JOSE G ; HOLGUIN, MARIO ; JIMENEZ, SAMUEL ; LUND, TIMOTHY ; MELENDEZ, JOSE A ; NAVA, MARIA D ; PEREZ1, ANTONIO ; RAMOS, AUDEN ; RAULSTON, RONNIE T ; ROBLES, JOSE F ; RODRIGUEZ, MIKE ; RUSH, KENNETH E ; SINDERSON, EDWARD T ; SMITH, WILLIAM F ; THOMAS, ROBERT
**Subject:** PCS Activity 9/28/2016 0000-0800 Shift

Sir,

Currently the El Paso POE has the following:

- **389** Total subjects detained, of those **85** CFs and **8** UAC have reached the 72hr mark; **124** CFs and **6** UACs have reached the 48hr mark.
- **17** UACs are scheduled transport during the next shift
- All cases over **72** hrs have had placement requested & pending.
- There are a total of **235** CF cases that have not yet been started port-wide. The majority of those cases are at PDN / YSLETA
  o  Additional staffing was assigned to all locations.
- **13** cases were completed this shift
- additional cases were acquired on this shift.

We (in-processed) approximately 67 detainees throughout the night.(pat-downs, run all checks assign A#s, etc.). Many of these cases had been at the port since 2130 hours.
We got groups of (20 at PDN @ 2130), (19 at YSLETA @ 2200) (8 at 0100 at PDN), (20 at PDN @ 0700).

**The 2 month old child at the hospital has been diagnosed with bronchitis.**

There were no narcotics seizures on this shift.

No critical incidents at this time.

Confidential

AOL-DEF-00891857

Wait times are low-moderate at all locations.

Chiefs this morning are:

- Dorney / Raulston—BOTA
- Rush – PDN
- Nava – YSL

| Activity By Location | DATE | 9/28/2016 | HOUR | 7:30 |
|---|---|---|---|---|
| **CF Processing** | **PDN** | **BOA** | **YSL** | **TOTAL** |
| CF Cases In-Process | 14 | 7 | 4 | 25 |
| Accompanying USC Minors | 2 | 0 | 0 | 2 |
| CF Cases Completed | 29 | 45 | 27 | 101 |
| CF Cases Pending under 24 hrs | 36 | 12 | 40 | 88 |
| CF Cases Pending over 24 hrs | 37 | 1 | 11 | 49 |
| CF Cases Pending over 48 hrs | 29 | 0 | 3 | 32 |
| CF Cases Pending over 72 hrs | 35 | 0 | 0 | 35 |
| Total Credible Fear Cases | 180 | 65 | 85 | 330 |
| **UAC Processing** | **PDN** | **BOA** | **YSL** | **TOTAL** |
| UAC Cases In-Process | 8 | 0 | 2 | 10 |
| UAC Cases Completed | 14 | 1 | 5 | 20 |
| UAC Cases Pending under 24 hrs | 12 | 0 | 0 | 12 |
| UAC Cases Pending over 24 hrs | 15 | 0 | 0 | 15 |
| UAC Cases Pending over 48 hrs | 0 | 0 | 0 | 0 |
| UAC Cases Pending over 72 hrs | 0 | 0 | 0 | 0 |
| Other PCS Cases (ER/PROS/WD/ETC) | 2 | 0 | 2 | 4 |
| **Detentions (Head Count)** | **PDN** | **BOA** | **YSL** | **TOTAL** |
| UAC Detentions Over 72 Hours | 8 | 0 | 0 | 8 |
| Non-UAC Detentions Over 72 Hours | 48 | 34 | 3 | 85 |
| UAC Detentions Over 48 Hours | 6 | 0 | 0 | 6 |
| Non-UAC Detentions Over 48 Hours | 89 | 12 | 23 | 124 |
| UAC Detentions Under 48 Hours | 24 | 4 | 7 | 35 |
| Non-UAC Detentions Under 48 Hours | 55 | 15 | 61 | 131 |
| Total Detainees | 29 | 65 | 94 | **389** |
| Total Cases Completed This Shift | 3 | 5 | 5 | 13 |
| Total Cases Acquired This Shift | 23 | 2 | 0 | 25 |
| Total CF / UAC Cases Not Yet Started | 166 | 13 | 56 | 235 |
| CF Cases transported this shift | 2 | 2 | 4 | 8 |
| UAC Cases Transported this shift | 0 | 0 | 0 | 0 |
| CF Cases Scheduled Transport next shift | 3 | 5 | 3 | 11 |
| UAC Cases Scheduled Transport next Shift | 9 | 1 | 7 | 17 |
| Hospital Detail | 0 | 2 | 0 | 2 |

John Tobias
Watch Commander
El Paso Port of Entry
Office:
Duty Cell:
Email:

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from Office of Field Operations, United States Customs & Border Protection



Confidential                                                                                                                           AOL-DEF-00891859




# Port of Santa Teresa, NM




# El Paso Field Office




Confidential

AOL-DEF-00891860

# Port of Tornillo, TX







# El Paso Field Office




Confidential

AOL-DEF-00891861




# Bridge of the Americas Border Crossing




# El Paso Field Office




Confidential

AOL-DEF-00891862

Case 3:17-cv-02366-BAS-KSC  Document 563-21  Filed 09/25/20  PageID.52432  Page 9 of 14

 

# Bridge of the Americas Border Crossing

 

# El Paso Field Office

 

Confidential                                                                AOL-DEF-00891863

 

# Paso Del Norte Border Crossing

 

# El Paso Field Office

 

Confidential	AOL-DEF-00891864




# Paso Del Norte Border Crossing




# El Paso Field Office







# Paso Del Norte Border Crossing




# El Paso Field Office




Confidential                                                                                                              AOL-DEF-00891866




# Paso Del Norte Border Crossing




# El Paso Field Office




Confidential

AOL-DEF-00891867

# Ysleta Border Crossing







# El Paso Field Office


