1  JEFFREY BOSSERT CLARK
2  Acting Assistant Attorney General
   Civil Division
3  WILLIAM C. PEACHEY
4  Director, Office of Immigration Litigation –
   District Court Section
5  KATHERINE J. SHINNERS (DC 978141)
6  Senior Litigation Counsel
7  ALEXANDER J. HALASKA (IL 6327002)
   Trial Attorney
8  United States Department of Justice
9  Civil Division
   Office of Immigration Litigation
10 P.O. Box 868, Ben Franklin Station
11 Washington, D.C. 20044
   Tel: (202) 307-8704 | Fax: (202) 305-7000
12 alexander.j.halaska@usdoj.gov
13
14 *Counsel for Defendants*

15             **UNITED STATES DISTRICT COURT**
16      **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
                      **(San Diego)**
17

18 AL OTRO LADO, Inc., *et al.*,        Case No. 3:17-cv-02366-BAS-KSC
19
                        *Plaintiffs*,    **DEFENDANTS' EXHIBIT 20**
20
21                   v.
22 Chad F. WOLF, Acting Secretary of
23 Homeland Security, in his official
   capacity, *et al.*,
24
25                      *Defendants*.
26
27
28

**From:** MANCHA, HECTOR
**Sent:** Friday, September 30, 2016 11:14 PM
**To:** GOOD, BEVERLY
**CC:** SOLIS, SEVERIANO
**Subject:** FW: Current posture

(A)XD Good,

Pls see msg below.  Corey Price just advise me that he will have to finds beds to help with the Haitians coming from San Diego. This will further impact the current dire situation that El Paso is facing.  Today the port surpassed the 400 mark of detainees. My visit to the port was not very promising in seeing the conditions in which the detainees are being subjected to. I will continue to work with local ERO in trying to relieve the port of these detainees. If there is anything you can do in messaging at HQ the urgency of finding beds for our local needs versus using bed space for other AOR would be appreciated.

---

**From:** MANCHA, HECTOR
**Sent:** Friday, September 30, 2016 9:01:42 PM
**To:** Price, Corey A
**Subject:** RE: Current posture

Thanks for the heads up. The number of detainees at the El Paso poes have surpassed 400. It incredible to have to give up space when locally the situation is critical. I went by the poe today and the conditions we are putting the folks are really not suited for detention. People are sleeping on floors in hallways throughout the poes. We'll have to find some alternatives to address this situation asap.

HM

---

**From:** Price, Corey A
**Sent:** Friday, September 30, 2016 8:40:58 PM
**To:** MANCHA, HECTOR
**Subject:** Current posture

Hector,

We are going to have to get creative to find beds locally for Haitians from SND this weekend.

I just want you to be aware of what is coming and to know that I have asked my staff to stay engaged with OFO and OBP so we can respond accordingly.

Thanks,
Corey

Confidential

AOL-DEF-00806830