JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 21** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** GOOD, BEVERLY
**Sent:** Monday, October 3, 2016 3:03 PM
**To:** MANCHA, HECTOR
**Subject:** FW: Limited Distribution EAC Bullets - El Paso, TX: Surge of UAC and FAMUs Impacting POEs in the El Paso Field Office
**Attachments:** 20161002 El Paso.pptx

This is what went to everyone today. The only thing that I think it is missing is the fact that the other ports are helping out with detention if in fact they are. It appears that Tornillo is still taking family units. Correct? Is Santa Teresa taking them also?

Beverly Good
Acting Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
                    Office
                    Cell

---

**From:** MCCOY, TIMOTHY H **On Behalf Of** OFO-FIELD LIAISON
**Sent:** Monday, October 03, 2016 3:00 PM
**To:** CAMPBELL, CARL S <            >; CONROY, DONALD E <        >; EXECUTIVE DIRECTORS HQ <        >; HARDIN, JODY M <        >; MCALEENAN, KEVIN K <        >; MONGILLO, PAUL STEPHAN <        >; O'DONNELL, MARTIN E <        >
**Cc:** AVEITIA, PATRICIA <        >; CLEAVES, SAMUEL B <        >; MANCHA, HECTOR <        >; PROVENCIO, RAY <        >; SAINDON, CHRISTOPHER <        >
**Subject:** Limited Distribution EAC Bullets - El Paso, TX: Surge of UAC and FAMUs Impacting POEs in the El Paso Field Office

**U.S. Customs and Border Protection**
**Office of Field Operations**
**Bullets for the Executive Assistant Commissioner**
**October 3, 2016**

**Limited Distribution**

### El Paso, TX: Surge of UAC and FAMUs Impacting POEs in the El Paso Field Office

**Summary:**
The El Paso Field Office continues to experience an increasing surge of Unaccompanied Children (UAC) and Family Units (FAMU). This surge continues to create adverse impacts to port operations, as UAC and FAMU's are being placed throughout administrative spaces of the port. Additionally, CBP personnel are being reassigned to support this influx, impacting other critical areas.

**FAMU/UAC Pending Processing**

| LOC | FAMU | UAC | TOTAL |
|---|---|---|---|
| PDN | 123 | 2 | 125 |
| BOTA | 72 | 10 | 82 |
| YSL | 58 | 3 | 61 |
| TOTAL | 253 | 15 | 268 |

**FAMU/UAC Pending ERO Placement**

| LOC | FAMU | UAC | TOTAL |
|---|---|---|---|
| PDN | 70 | 29 | 99 |
| BOTA | 10 | 1 | 11 |
| YSL | 30 | 0 | 30 |
| TOTAL | 88 | 30 | 140 |

**Detention Report FAMU and UAC**

| LOC | TOTAL |
|---|---|
| PDN | 159 |
| BOTA | 93 |
| YSL | 96 |
| TOR | 18 |
| PDT (BP) | 42 |

| TOTAL | 408 |

### Staffing Adjustments and Reassignments:
- Reassignment of CBP Port Support Personnel to assist with transportation and vehicle primary.
- Reassignment of CBP administrative staff to assist (feeding, restocking supplies, etc.). Allows CBPO'S to focus on case processing.

### Case Processing and Detention:
- Provided guidance for aliens amenable to ER/CF as NTA cases (I-862) for aliens that ERO cannot be placed in detention.
- Coordinating with ERO to determine bed space provided by local NGO, to determine number of cases processed as NTA.
- Currently, anticipate that ERO will have capacity to handle approximately ▇▇▇ NTA cases per day. Well short of the needed space required to support El Paso Operations.

### Port Considerations:
- Expanding use of port administrative space for temporary holding.
- Will require resources, personnel for security, and escorts for using the restroom, feeding, and transportation.



LE

**Prepared by:** Operations, Incident Management Division
**Date:** October 3, 2016