JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 22** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** SOLIS, SEVERIANO
**Sent:** Monday, October 3, 2016 9:46 PM
**To:** MANCHA, HECTOR; GOOD, BEVERLY
**Subject:** RE: USBP requesting Port to cease using PDT

I saw it. Will call him tomorrow morning so we can coordinate the extraction.

Severiano Solis
Acting Port Director
El Paso Port of Entry
█████ (O)
█████ (C)

---

**From:** MANCHA, HECTOR
**Sent:** Monday, October 03, 2016 8:29:43 PM
**To:** GOOD, BEVERLY
**Cc:** SOLIS, SEVERIANO
**Subject:** FW: USBP requesting Port to cease using PDT

Fysa

Seems like BP is also getting swamped with detainees. They are taking back PDT and asking us to use the Ysleta station if need be. Fort Hancock would not be feasible to use. This situation doesn't help us at all.

---

**From:** CLEAVES, SAMUEL B
**Sent:** Monday, October 03, 2016 6:56:14 PM
**To:** MANCHA, HECTOR
**Cc:** OLIVAS, BERNARDO; SAINDON, CHRISTOPHER; THOME, FERNANDO A; MORA, ROSANA; REYES, VICTOR R
**Subject:** USBP requesting Port to cease using PDT

Fyi....

Samuel Cleaves
Watch Commander
El Paso Field Office
█████ (cell)

---

**From:** SCHNEIDER, JASON E
**Sent:** Monday, October 03, 2016 3:21 PM
**To:** SOLIS, SEVERIANO
**Cc:** GALVAN, GERARDO; CLEAVES, SAMUEL B
**Subject:** PDT cell break down for 10/3 @ 2:40PM

Sir,

I apologize for missing your call this am, I was in a meeting. I briefly spoke with Mr. Cleaves earlier to discuss the feasibility of providing processing assistance to your agency. I regret to inform you that logistically & operationally I don't think this will be an option as we utilize different databases (Sigma vs e3) to process UDAs. Furthermore, our current operational tempo is extremely high and we're barely staying afloat with processing our own bodies.

With that being said and not to add more stress to you and your team, below is a snapshot of our holding capacity at PDT. ==I'm respectfully asking that you please consider moving your █ bodies to Ysleta and/or Fort Hancock Stations as we're currently out of policy at PDT by holding subjects in non-holding cells.==

Cell 1 OFO Holding █  OTM FAMU units all Females with children
Cell 2 OFO Holding █  OTM FAMU units all Females with children

Cell 3 Holding █  Adults being Removed to Mexico
Cell 4 Holding █  OTM UACs – Still need processing just arrived
Cell 5 Holding █  OTM FAMU with ( 10 ) people –Adult males with children- just arrived

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00802270

Cell 6 Holding ▓ OTM FAMU with ▓ people –Adult Females with children- just arrived
Cell 7 Holding ▓ ( 1 ) Adult OTM Male- ready for EPCDF / ( 1 ) Adult Mex Male- just arrived

ISO 2 Holding ▓ males to EPCDF/ one Mat Wit- Ready for EPCDF
ISC 2 Holding ▓ 1 Male Principal/ Can't hold with others- Ready for EPCDF

Interview Rooms 1 and 2 Can NOT be used to hold subjects.

Thank you,

Jason

Jason Schneider
Division Chief
Law Enforcement Operations Division
El Paso Sector Headquarters
▓ Office
▓ Cell

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00802271