JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 23** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

From: PARRA, OSCAR A on behalf of BROWNSVILLE OPS CENTER
Sent: Monday, October 3, 2016 7:28 PM
To: BROWNSVILLE OPS CENTER; LAREDO OPS CENTER; LFO-Admissibility; HORNE, PETRA
CC: OFO BRO Managers; OFO BRO Chiefs; OFO BRO Supervisors; PARRA, OSCAR A
Subject: INFLUX of detainees at Brownsville, Texas Port of Entry 10/03/16 @ 1800 hrs.
Attachments: Brownsville.pptx

All,

At this time the Port of Brownsville is experiencing a high volume of detainees.

The total number of subjects currently in custody are **twenty-eight (28)**.

# Brownsville Processing October 3, 2016

**Detention Report FAMU & UAC**

| LOC | TOTAL |
|---|---|
| GWB | 11 |
| BMB | 8 |
| VETS | 5 |
| LIB | 4 |
| TOTAL | 28 |

**FAMU & UAC Pending Processing**

| LOC | FAMU | UAC | TOTAL |
|---|---|---|---|
| GWB | 1 | 0 | 1 |
| BMB | 0 | 0 | 0 |
| VETS | 1 | 0 | 1 |
| LIB | 2 | 0 | 3 |
| TOTAL | 4 | 0 | 5 |

**FAMU and UAC Pending Placement/Transport**

| LOC | FAMU | UAC | TOTAL |
|---|---|---|---|
| GWB | 1 | 0 | 1 |
| BMB | 0 | 0 | 0 |
| VETS | 0 | 0 | 0 |
| LIB | 2 | 0 | 0 |
| TOTAL | 3 | 0 | 1 |

**ER/CF Adult Female/Male Pending Processing**

| LOC | FEMALE | MALE | TOTAL |
|---|---|---|---|
| GWB | 1 | 8 | 9 |
| BMB | 2 | 6 | 8 |
| VETS | 1 | 1 | 2 |
| LIB | 0 | 0 | 0 |
| TOTAL | 4 | 15 | 19 |

**Background**: The Brownsville Field Office continues to experience an increasing surge of Unaccompanied Children (UAC), Family Units (FAMU), and ER/CF cases. This surge continues to create adverse impacts to port operations, as UAC's, FAMU's, and ER/CF's are being placed throughout administrative spaces of the port. Additionally, CBP personnel are being reassigned to support this influx, impacting other critical areas.

**Staffing Adjustments and Reassignments**:
- Reassignment of Port Support Personnel to assist with transportation and vehicle primary.
- Reassignment of CBP administrative staff to assist (feeding, restocking supplies, etc.). Allows CBPO'S to focus on case processing.

**Case Processing and Detention**:
- Provided guidance for aliens amenable to ER/CF as NTA cases (I-862) for aliens that ERO cannot be placed in detention.
- Coordinating with ERO to determine bed space provided by local NGO, to determine number of cases processed as NTA.
- Currently, anticipate that ERO will have capacity to handle approximately  NTA cases per day. Well short of the needed space required to support Brownsville POE Operations.

**Port Considerations**:

**DP**

  

Thank-You,

Oscar A. Parra
Supervisory CBP Officer
U.S. Customs & Border Protection
Brownsville Operations Center
Brownsville, Texas Port of Entry

Confidential

AOL-DEF-00896692