JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 24** |
| v. | [Redacted Public Verision] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** ROJAS, FELIPE on behalf of LAREDO OPS CENTER
**Sent:** Saturday, October 15, 2016 5:15 AM
**To:** LAREDO OPS CENTER; HIGGERSON, DAVID P; LONGORIA, FRANK S; HARRIS, RODNEY H; LOZANO, LUIS G; CALDERON, GEORGE G; CEREZO-SUAREZ, CARLOS; GUERRA, ADRIAN C; HARRIS, RODNEY H; MARES, LIZET M; MERCADO, DANIEL; DONNELLY, STEVEN J; OFO-IMD; OFO-OPS-CAT
**Subject:** Daily Snapshot of Laredo Field Office Immigration Case Processing - FAMU and UAC for Oct. 14, 2016
**Attachments:** 10142016 Daily OFO-LFO UAC FMAU Snapshot.pptx

ALCON,

Attached is the Daily Snapshot of Laredo Field Office Immigration Case Processing - FAMU and UAC for Oct. 14, 2016.

| PORT | CUSTODY INTAKE | | | PROCESSING (Pending) | | | PROCESSED (RELEASED/TRANSFERRED) | | | PROCESSED (Awaiting Transport) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE |
| Brownsville | | | | | | | | | | | | |
| Progreso | | | | | | | | | | | | |
| Hidalgo | | | | | | | | | | | | |
| Rio Grande | | | | | | | | | | | | |
| Roma | | | | | | | | | | | | |
| Laredo | | | | | | | | | | | | |
| Eagle Pass | | | | | | | | | | | | |
| Del Rio | | | | | | | | | | | | |
| Totals: | | | | | | | | | | | | |

*__Hidalgo__ – 72 Cuban nationals were farmed out to the Port of Progreso (64) and Roma (8).

__Background__: The Laredo Field Office continues to experience an increasing surge of unaccompanied Children (UACs) and Family Units (FAMUs). This surge continues to create adverse impacts to port operations, as UACs and FAMUs are being placed throughout administrative spaces of the port. Additionally, CBP personnel are being reassigned to support the influx, resulting in an impact to other critical areas.

__Staffing Adjustments and Reassignments__: Reassignment of personnel to assist with alien transportation and support daily port operations. Reassignment of CBP administrative staff to assist with alien special needs (feeding, restocking supplies, etc.) allowing our officers to focus on case processing. Farming out aliens to neighboring ports of entry to assist with case processing. Providing internal Field Office TDY support to the Port of Hidalgo (one supervisor and ten officers) to assist with case processing.

__Case Processing, Detention and Transportation__: LFO POEs advise ICE-ERO that all arriving aliens expressing fear will be processed for ERCF with mandatory detention. Should ERO deny detention space for any ERCF cases, LFO POEs will process for NTA-Person Detained and remand to ICE-ERO for custody determination. Transportation of FAMUs and UACs provided by G4S and/or CBP officers.

__Port Considerations__: Expanding use of port administrative space for temporary holding. Additional personnel will be required for security, escorts, feeding and transportation.




Confidential

 

Respectfully,

**Felipe Rojas**
CBP Officer
Email: fe█████████████
Laredo Field Office | Laredo, Texas █████████



Report Smuggling Activities a█████████████

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). Printouts and/or screen prints from the Automated Targeting System (ATS) are not part of CBP's System of Record Notification (SORN); therefore should not be used as evidence in Court Proceedings. CBP Official records must be obtained through TECS and reviewed by Office of Chief Counsel prior to dissemination of records outside CBP. This document is to be controlled, handled, transmitted, distributed and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released outside of CBP or the public without the prior approval from the Laredo Field Office.

Confidential

AOL-DEF-00903364