JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 25** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** BRIONES, SYLVIA
**Sent:** Sunday, October 16, 2016 7:14 PM
**To:** DE LOS SANTOS, EFRAIN; LONGORIA, FRANK S
**Subject:** RE: ICE/ERO Traffic (Pending Placement)- Hidalgo POE

Sir

We got hit hard with arrivals yesterday abd we were up to 185......with the Cubans that arrived and issues with pregnant arrivals as well. This morning we had a 13 year old female getting contractions as she arrived 9 months pregnant with mother and minor brother. We called an ambulance and followed to the hospital these issues is what sets the port back.....we NTA release the whole family etc...but custodial and medical issues delay the processing and now bed space not available....plus other issues and most importantly the fear of losing the TDY HELP!!!!!

So the new NORMAL for the Port is 100 plus but we also get our officers moving as fast as possible but they do get tired of not seeing the light at the end if the tunnel!

Thanks for asking though we can tell you better in the morning when they release from detention. LET'S HOPE!

Sylvia

---

**From:** DE LOS SANTOS, EFRAIN
**Sent:** Sunday, October 16, 2016 6:00:24 PM
**To:** LONGORIA, FRANK S
**Cc:** BRIONES, SYLVIA
**Subject:** ICE/ERO Traffic (Pending Placement)- Hidalgo POE

**10/16/2016- 6:00 PM**

Processed and awaiting detention space: **12 Aliens**

12 Male ER/CF (Processed and waiting)- **32 Hours**

| PENDING TRANSPORT-12 |
| --- |
| ER/CF #101 Eritrea Male |
| ER/CF #102 Ghana Male |
| ER/CF #103 Ghana Male |
| ER/CF #104 Ghana Male |
| ER/CF #108 Nepal Male |
| ER/CF #119 Honduras Male * |
| ER/CF #109 Nepal Male |
| ER/CF #114 Ghana Male |
| ER/CF #123 Guatemala Male (Prior) $ |
| ER/CF #115 Ghana Male |
| ER/CF #126 El Salvador Male ^ |
| ER/CF #128 El Salvador Male % |

Efrain De Los Santos
Customs and Border Protection
Hidalgo, Texas POE

---

**From:** LONGORIA, FRANK S
**Sent:** Sunday, October 16, 2016 5:55 PM
**To:** DE LOS SANTOS, EFRAIN
**Cc:** BRIONES, SYLVIA
**Subject:** RE: Hidalgo Admissibility Unit- 4:00 PM

How long has it been now?

When did you get the first message there was no bed space?

Frank S. Longoria
Assistant Director Field Operations - Border Security

Confidential                                                                                                                                                   AOL-DEF-00906636

Office of Field Operations
Laredo Field Office
█████████ (office)
█████████ (cell)

**From:** DE LOS SANTOS, EFRAIN
**Sent:** Sunday, October 16, 2016 3:45:05 PM
**To:** HIDALGO APDS-CHIEFS; Hidalgo POE-ADMISSIBILITY
**Cc:** LFO-Admissibility
**Subject:** Hidalgo Admissibility Unit- 4:00 PM

**169** Total Aliens Currently in Custody
 **52** Arrival 10/16/16 as of 4:00 PM
  No Medical Issues

| SNAPSHOT |
| --- |
| **In Process- 16** |
| 0 – CRAA |
| UAC #64 Guatemala 17M |
| UAC #68 Guatemala 16 M |
| FAMU NTA/D #322 El Sal (M-4F-5M) |
| FAMU NTA/D #321 El Sal (M-14F-10M) |
| FAMU NTA/D #323 El Sal (D-3F) |
| FAMU NTA/D #324 El Sal (M-14F) |
| FAMU NTA/D #325 Hondo (M-7M-2M) |
| ER/CF #120 Ghana Male |
| |
| **Pending Processing –135** |
| 0-Cubans |
| UAC #70 El Salvador 10M * |
| UAC #71 El Salvador 6F * |
| UAC #72 El Salvador 17M |
| UAC #73 El Salvador 16F |
| UAC #74 El Salvador 17F |
| UAC #75 Honduras 14F * |
| UAC #76 Honduras 12M * |
| UAC #77 Honduras 9M |
| FAMU NTA/D #316 El Sal (M-7M-5F) |
| FAMU NTA/D #326 El Sal (M-12M) |
| FAMU NTA/D #327 El Sal (M-3F) |
| FAMU NTA/D #328 El Sal (M-6M) |
| FAMU NTA/D #329 El Sal (D-10M) |
| FAMU NTA/D #330 El Sal (M-3M) |
| FAMU NTA/D #331 El Sal (M-8M) |
| FAMU NTA/D #332 Hondo (M-4M) |
| FAMU NTA/D #333 El Sal (M-16F-13M) |
| FAMU NTA/D #334 El Sal (M-8F) |
| FAMU NTA/D #335 El Sal (M-12 mo.) |
| FAMU NTA/D #336 Guat. (M-15M) |
| FAMU NTA/D #337 Guat. (D-8M) |
| FAMU NTA/D #338 Brazil (D-17F) |
| FAMU NTA/D #339 El Sal (M-10M) |
| FAMU NTA/D #340 El Sal (M-7M) |
| FAMU NTA/D #341 El Sal (M-9F) |
| FAMU NTA/D #342 El Sal (M-16M) |
| FAMU NTA/D #343 El Sal (D-4M) |
| FAMU NTA/D #345 Guat. (M-20 mo.) |
| FAMU NTA/D #346 Guat. (M-9M) |
| FAMU NTA/D #347 Guat. (M-3M) |
| FAMU NTA/D #348 Guat. (D-16M) |
| FAMU NTA/D #349 Guat. (M-17M) |
| FAMU NTA/D #350 Guat. (D-16M) |
| FAMU NTA/D #351 Guat. (M-2M) |
| FAMU NTA/D #352 Guat. (D-5M) |
| FAMU NTA/D #353 Guat. (D-13F) |
| FAMU NTA/D #354 El Sal (M-3F) |
| FAMU NTA/D #355 El Sal (M-4F) |

| | |
|---|---|
| FAMU NTA/D #356 | Hondo (M-4F) |
| FAMU NTA/D #357 | El Sal (M-16M-10F) |
| FAMU NTA/D #358 | El Sal (D-5M) |
| FAMU NTA/D #359 | El Sal (M-11M) |
| FAMU NTA/D #360 | Hondo (M-12M-3M) |
| FAMU NTA/D #361 | El Sal (M-3F) |
| FAMU NTA/D #362 | El Sal (M-13M-3F) |
| FAMU NTA/D #363 | Hondo (M-11F) |
| FAMU NTA/D #364 | El Sal (M-6F) |
| FAMU NTA/D #365 | Hondo (M-13F) |
| FAMU NTA/D #366 | Hondo (M-13F) |
| FAMU NTA/D #367 | Hondo (M-14 mo.) |
| FAMU NTA/D #368 | Guat. (M-15F) |
| FAMU NTA/D #369 | El Sal (M-10M) |
| FAMU NTA/D #370 | Hondo (M-8F) |
| FAMU NTA/D #371 | Hondo (M-8 mo.) |
| FAMU NTA/D #373 | El Sal (M-15F) |
| FAMU NTA/D #374 | El Sal (5F-9M) |
| FAMU NTA/D #375 | Guat (D-2f ) |
| FAMU NTA/D #377 | El Sal (M-3M) |
| FAMU NTA/D #378 | El Sal (M-16M) |
| FAMU NTA/D #379 | El Sal (M-8F) |
| FAMU NTA/D #380 | Hondo (M-15 mo.) |
| FAMU NTA/D #381 | Hondo (M-10M) |
| ER/CF #121 | El Salvador Male |
| ER/CF #122 | Guatemala Male |
| ER/CF #124 | Guatemala Male |
| ER/CF #125 | El Salvador Male |
| ER/CF #129 | Mexico Male |
| ER/CF #130 | Eritrea Male |
| ER/CF #131 | Eritrea Male |
| ER/CF #132 | Eritrea Male |
| ER/CF #133 | Eritrean Female |
| ER/CF #134 | Eritrean Male |
| ER/CF #135 | India Male |
| ER/CF #136 | India Male |
| ER/CF #137 | Guatemalan Male |
| ER/CF #138 | El Salvador Female |
| | |
| **PENDING TRANSPORT-18** | |
| ER/CF #101 | Eritrea Male |
| ER/CF #102 | Ghana Male |
| ER/CF #103 | Ghana Male |
| ER/CF #104 | Ghana Male |
| ER/CF #108 | Nepal Male |
| ER/CF #119 | Honduras Male * |
| ER/CF #109 | Nepal Male |
| ER/CF #114 | Ghana Male |
| ER/CF #123 | Guatemala Male (Prior) $ |
| ER/CF #115 | Ghana Male |
| ER/CF #126 | El Salvador Male ^ |
| ER/CF #128 | El Salvador Male % |
| FAMU NTA/D #312 | Hondo (M-2M) |
| FAMU NTA/D #317 | El Sal (M-10M) |
| FAMU NTA/D #320 | El Sal (D-7M) |
| | |
| **MEDICAL- 0** | |
| | |
| | |
| **FARMED OUT- 26** | |
| PGR/DNA- 26 | |
| RIO- 0 | |
| ROM- 0 | |
| BRO- 0 | |
| **No longer in Custody- 41** | |
| UAC #39 | El Salvador 15F- 7 mo. Preg. |
| UAC #49 | Guatemala 16M |
| UAC #45 | Guatemala 16F |

| | |
|---|---|
| **UAC #48** El Salvador 17M | |
| **UAC #50** Guatemala 16M | |
| **UAC #51** Guatemala 15M | |
| **UAC #52** Guatemala 14M | |
| **UAC #46** Guatemala 17M | |
| **UAC #53** Guatemala 15M $ | |
| **FAMU NTA/R #376** Hon(M-13F-2M) Pregnant | |
| **FAMU NTA/D #309** El Sal (M-2M) | |
| **FAMU NTA/D #311** Guat. (D-3M) | |
| **FAMU NTA/D #314** El Sal (M-11M-7M) | |
| **FAMU NTA/D #315** El Sal (M-14M-9M) | |
| **FAMU NTA/D #319** El Sal (D-12F) | |
| **NTA/D #1** Guatemala- 2 mo. Preg. | |
| **FAMU NTA/R #372** Hon (M-12M-12M)-4 Preg. | |
| **UAC #56** El Salvador 13F % | |
| **UAC #61** Honduras 12F | |
| **UAC #62** Honduras 10M | |
| **UAC #54** El Salvador 15M | |
| **UAC #55** El Salvador 14M ^ | |
| **UAC #58** Honduras 14M | |
| **UAC #60** El Salvador 3F | |
| **UAC #63** Guatemala 15M | |
| **UAC #65** Honduras 17F | |
| **UAC #59** Honduras 12F | |
| **UAC #69** Honduras 8F | |
| **UAC #66** Honduras 13F | |
| **UAC #57** Honduras 8F | |
| | |