JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 26** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** BRIONES, SYLVIA
**Sent:** Tuesday, October 25, 2016 10:51 AM
**To:** LFO-Admissibility
**CC:** HIDALGO APDS-CHIEFS; Hidalgo POE-ADMISSIBILITY
**Subject:** FW: Hidalgo Port of Entry- 10/25/2016 09:45 a.m.

LFO,

HID POE at 9:45 a.m. we have every seat in the Mainhouse taken...we keep processing as fast as possible...but they keep arriving!!

Sylvia

---

**From:** DE LOS SANTOS, EFRAIN
**Sent:** Tuesday, October 25, 2016 9:46 AM
**To:** DIAZ, RICHARD                    DIAZ, JOSE T                    BRIONES, SYLVIA
**Subject:** Hidalgo Port of Entry- 10/25/2016

### 226 Aliens in Custody at Hidalgo POE

PPC at capacity



Adult Males waiting outside pedestrians area



UACs awaiting processing

Confidential

AOL-DEF-00896989



Efrain De Los Santos
Customs and Border Protection
Hidalgo, Texas POE

Confidential

AOL-DEF-00896990