JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 27** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** HUMPHRIES, MICHAEL W
**Sent:** Monday, October 10, 2016 8:19 AM
**To:** BALDENEGRO, MARGARET R
**Subject:** FW: Pedestrian Pathway and temp staging area.

---

**From:** SCHWAMM, JOHN A
**Sent:** Monday, October 10, 2016 12:01:50 AM
**To:** BROOKS, WILLIAM K; HUMPHRIES, MICHAEL W
**Cc:** SCHMUNK, THOMAS R; BRADLEY, CLIFTON G; BEICHLER, JAMES; VALADEZ, MIGUEL A; LEON, CHRIS; VELA, NANCY E
**Subject:** Pedestrian Pathway and temp staging area.

Depending on how the evening goes, I will be in a little later in the morning than I was today.

CURRENT SITUATIONAL CONCERNS :

There are now over 65 folks lined in the pedestrian pathway from Mexico to our pedestrian entrance. They are occupying both the East and West sides of the pathway leading to our facility severally limiting the space we have and need for the field workers and general travelling public.

I have instructed WC Bradley to use the OBP translator to inform these folks that we will prioritize UAC'S and Family Units. They will also be told all to line up on the East side of the pathway and remain there to minimize impeding our regular pedestrian flow. I am told they are cooperative but some are voicing concerns to the length of time they are having to wait.

We are doing out best to inform these folks that we are limited in space and resources to take in and process everyone at once.

This evening we also set up a temp waiting or staging area in the old cargo area by using old traffic barriers. This was done in hope of staging the arriving Asylum and CF cases tomorrow during day light hours.

We will notify OBP and alert them to our growing situation.

Confidential   AOL-DEF-01265180