JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 28** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** CAMPOS, GEORGE E
**Sent:** Wednesday, October 19, 2016 11:24 AM
**To:** BROOKS, WILLIAM K; RAMIREZ, GUADALUPE H; HUMPHRIES, MICHAEL W
**CC:** NOGALES-PD-AND-APDS; NOGALES WATCH COMMANDERS; NOGALES CHIEFS
**Subject:** FW: ***Situational Awareness*** 20 Adult Male Haitian Nationals in Nogales AZ

FYSA:

The following contingency plan has been implemented for the process of Haitian Nationals arriving in Nogales:

Deconcini Passport Control Unit/Area will be utilized to process Haitian Nationals

Mariposa POE (PCU Area) will be utilized to hold the Haitians awaiting process

SIGMA will be up and running to enroll detainees

Mission Support will be on site to ensure food, water, snacks, blankets and other additional supplies are available

In the event PCU's detainee capacity is exhausted, detainees will be transported to the Santa Cruz County Sherriff and be held at that location.

Nogales will be providing updates in a continuous basis.

Thanks,

Campos


**From:** BRISENO, RICARDO A
**Sent:** Wednesday, October 19, 2016 7:33 AM
**To:** NOGALES-PD-AND-APDS                                NOGALES CHIEFS                            NOGALES WATCH COMMANDERS
**Cc:** TUCSON FIELD OFFICE
**Subject:** ***Situational Awareness*** 20 Adult Male Haitian Nationals in Nogales AZ

ALCON,

We currently have a total of 20 Adult Male Haitian Nationals at the DeConcini POE. We have brought in 3 so far and the remainder are waiting outside the turnstile on the Mexican Side. We will bring in and process as we can facilitate, due to current PCU Detention Status.


Thanks,


*Ricardo A. Briseno*
Chief CBP Officer
Passenger Operations/PCU
Tactical Terrorism Response Team (TTRT)
Use of Force Incident Team (UFIT)
Nogales Port of Entry
Office:
BB
Fax:
Work



Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. State and local Homeland security officials may share this document with authorized security personnel without further approval from DHS.

Confidential

AOL-DEF-01266828