JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 29** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** BROOKS, WILLIAM K
**Sent:** Tuesday, October 25, 2016 11:36 AM
**To:** SCHWAMM, JOHN A; HUMPHRIES, MICHAEL W; AGOSTTINI, JOE
**Subject:** FW: Pending Placement

---

**From:** Carter, Albert E
**Sent:** Tuesday, October 25, 2016 8:35 AM
**To:** BROOKS, WILLIAM K <[redacted]>
**Subject:** RE: Pending Placement

We are trying to get you some relief. Let me see what we can do.

Albert


Sent with Good (www.good.com)

---

**From:** BROOKS, WILLIAM K
**Sent:** Tuesday, October 25, 2016 11:32:05 AM
**To:** Carter, Albert E
**Subject:** Pending Placement

Good morning:

Both San Luis and Nogales have far exceeded capacity are in desperate need of relief.

San Luis has 107 in custody.
Pending placement:
20 males adults
7 female adults
17 FAMU total 45 people

Nogales has 102 in custody.
Pending placement:
11 adults
13 FAMU total 29 people

Nogales has approximately 60 Haitian males waiting in line to get in and San Luis has approximately 90 in line.


William K. Brooks
Director Field Operations
Tucson Field Office
Office of Field Operations
U.S. Customs And Border Protection
4740 N. Oracle Road, Suite 310
Tucson, Arizona 85705
(tel) [redacted]
(fax) [redacted]

Confidential                                                                 AOL-DEF-01393904