JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 30** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** Owen, Todd C (AC OFO)
**Sent:** Wednesday, October 5, 2016 3:26 PM
**To:** HOFFMAN, TODD A; WAGNER, JOHN P; GOOD, BEVERLY
**Subject:** FW: Two Urgent Issues

FYSA.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

**From:** Homan, Thomas [mailto: ]
**Sent:** Wednesday, October 05, 2016 2:21 PM
**To:** MCALEENAN, KEVIN K < LE >; Ragsdale, Daniel H
**Cc:** Owen, Todd C (AC OFO) < >; LUCK, SCOTT A (USBP) <
**Subject:** RE: Two Urgent Issues

Here is where we are:

- We are currently at 39,650 aliens in custody. This is the highest level in our history. Unprecedented. We have officers moving aliens all over the country to create bed space for Haitians within the 9th Circuit. So there are many moving parts transferring aliens from one facility to another facility, many times in different states. We are pulling officers from other duties to assist with the movement and the Haitian ERO processing work. To add to this, we had to empty 650 beds in the Hurricane evacuation area in Florida because the facility was not rated high enough to safely withstand a storm of this size/strength. That is also requiring the detailing of officers from other duties to assist in the evac (both ERO detainees and ORR residents in south Florida). In addition, we have lost 650 needed beds. So we are busier right now than we have ever been and we are short staffed dealing with it. As far as bed space for adults, we are working 24/7 to find additional beds.

- 

Hope this helps.

**From:** MCALEENAN, KEVIN K
**Sent:** Wednesday, October 05, 2016 12:18 PM
**To:** Ragsdale, Daniel H
**Cc:** Owen, Todd C (AC OFO); LUCK, SCOTT A (USBP); Homan, Thomas
**Subject:** Two Urgent Issues

Dan,
I know you are tracking developing issues with Haitians and UACs. I wanted to touch base directly and make sure we are lashed up and clear on our joint needs and efforts:

Highly Confidential/Attorneys' Eyes Only            AOL-DEF-00044527

(1) Haitians in Baja California.

▌ I am advised that we have benefitted from 4-6 personnel from ERO that are working 2 per 2 shifts to help with processing. This is apreciated, but candidly, we were really hoping for a much larger effort. We were expecting 30 TDYs, two weeks ago, and increasingly free bed space as of 10/1. Is there anything we can do to ramp up this effort?

(2) UACs and HHS

You probably heard that HHS is evacuating Homestead and claims that, as a result, they are at capacity and can't accept any UACs as of this morning. This, despite their Deputy Secretary's statements at the last DC that they had fully adequate capacity on short recall, that they realized Homestead was in So. Florida and that hurricane season wasn't over. The UCG has a call on this right now, but I plan to follow up with HHS Deputy and was hoping you and Joe Nimmich could join that call later today. We can't wait until a Friday DC. Any ideas or options that you can offer would be appreciated.

Thanks,
KM



Kevin K. McAleenan
Deputy Commissioner
U.S. Customs and Border Protection

> LE

*We are the guardians of our Nation's borders.*
*We are America's frontline.*

*Vigilance • Service • Integrity*

Highly Confidential/Attorneys' Eyes Only                           AOL-DEF-00044528