JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 31** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**U.S. Customs and Border Protection**
**Office of Field Operations**
**Bullets for the Executive Assistant Commissioner**
**October 18, 2016**

**Limited Distribution**

**EAC Bullets - Southwest Border Daily Operations Report**

**Executive Summary:**
U.S. Customs and Border Protection (CBP) southern land border ports of entry continue to experience extraordinary levels of unlawful migration as thousands of foreign nationals, unaccompanied alien children (UAC), and family units attempt to migrate to the U.S. via a Central American land route the result of this surge has caused an extraordinary draw of resources and is outpacing temporary holding capacities at ports of entry.

**Details:**
- CBP, in collaboration with ICE/ERO, continues to explore the feasibility of using ERO's El Centro detention facility as a remote collection and processing center to alleviate congestion at the San Ysidro and Calexico Ports of Entry
    - HQ-OFO-Incident Management Division (OFO-IMD) is currently in El Centro assessing the viability of restoring operations at a retired ICE/ERO detention facility. Additionally, OFO-IMD will also be meeting with port leadership in San Luis, AZ and Calexico, CA and closing out with the DFO at San Diego Field Office.
- CBP has deployed personnel to the impacted ports of entry, streamlining administrative processes, utilized technology applications as a force-multiplier, and re-framed the distribution of workload.
    - OFO has deployed 100 additional officers to support the San Diego Field Office ports of entry;
    - CBP has deployed (16) CBP personnel with special language fluency (Creole) to support the processing of Haitian nationals at the POE.
    - OFO has leveraged remote processing capabilities at impacted POEs. OFO, in collaboration with the Office of Chief Counsel, ICE, and USCIS is streamlining administrative case processes.
- OFO San Diego continues their partnership with USBP to support the overflow of inadmissible aliens in custody.
    - USBP provided OFO San Diego with temporary holding space at the Imperial Beach Border Patrol Station and Barracks Five/Chula Vista location in South San Diego.
- Inadmissible adult males, such as Haitians are being relocated to the Imperial Beach Border Patrol Station where ICE/ERO then employs alternatives to detention (ATD) programs prior to release, if appropriate.



| San Diego Field Office Haitian Inadmissibles (Since 09/21/2016) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| POE | Disposition | 10/11/2016 | 10/12/2016 | 10/13/2016 | 10/14/2016 | 10/15/2016 | 10/16/2016 | 10/17/2016 | Sum: |
| ANDRADE, CA (2502) | EXPEDITED REMOVAL (I-860) | | | | | | | | 7 |
| | POE Subtotal | | | | | | | | 7 |
| CALEXICO, CA (2503) | EXPEDITED REMOVAL (I-860) | 31 | 34 | 36 | 38 | 36 | 30 | 33 | 809 |
| | EXPEDITED REMOVAL WITH CREDIBLE FEAR | | | | 2 | | | | 12 |
| | NOTICE TO APPEAR DETAINED (I-862) | 4 | 3 | 2 | | 3 | 3 | 2 | 124 |
| | NOTICE TO APPEAR RELEASED (I-862) | | | | | | | | 2 |
| | PAROLED | | | | | | | | 4 |
| | POE Subtotal | 35 | 37 | 38 | 40 | 39 | 33 | 35 | 951 |
| SAN YSIDRO (2504) | EXPEDITED REMOVAL (I-860) | 51 | 61 | 30 | 66 | 66 | 53 | 59 | 1,225 |
| | EXPEDITED REMOVAL WITH CREDIBLE FEAR | | 1 | | 3 | 1 | 1 | 2 | 83 |
| | NOTICE TO APPEAR DETAINED (I-862) | 14 | 4 | 14 | 17 | 10 | 17 | 1 | 245 |
| | NOTICE TO APPEAR RELEASED (I-862) | 1 | | | 2 | 1 | 1 | | 14 |
| | PAROLED | | | | | | | | 1 |
| | PROSECUTORIAL DISCRETION | | | | | | | | 1 |
| | POE Subtotal | 66 | 66 | 44 | 88 | 78 | 72 | 62 | 1,569 |
| Grand Total | | 101 | 103 | 82 | 128 | 117 | 105 | 97 | 2,527 |

**Prepared by**:   OFO, Migration Coordination Center
**Date:**          October 18, 2016

Confidential

AOL-DEF-00793586