1  JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General
2  Civil Division
3  WILLIAM C. PEACHEY
   Director, Office of Immigration Litigation –
4  District Court Section
   KATHERINE J. SHINNERS (DC 978141)
5  Senior Litigation Counsel
6  ALEXANDER J. HALASKA (IL 6327002)
   Trial Attorney
7  United States Department of Justice
8  Civil Division
   Office of Immigration Litigation
9  P.O. Box 868, Ben Franklin Station
10 Washington, D.C. 20044
   Tel: (202) 307-8704 | Fax: (202) 305-7000
11 alexander.j.halaska@usdoj.gov
12
13 *Counsel for Defendants*
14

15        **UNITED STATES DISTRICT COURT**
          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
16                      **(San Diego)**
17

18 | AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
19 |                               |                                |
   |                  *Plaintiffs*, | **DEFENDANTS' EXHIBIT 32**     |
20 |                               |                                |
   |                        v.      | [Redacted Public Version]      |
21 |                               |                                |
22 | Chad F. WOLF, Acting Secretary of |                             |
23 | Homeland Security, in his official |                            |
   | capacity, *et al.*,           |                                |
24 |                               |                                |
25 |                  *Defendants*. |                                |

26
27
28

Confidential

# Southern Border Inadmissibility Processing Report for

## October 21, 2016

(Data collected as of 1200 PM October 20, 2016)

U.S. Customs and Border Protection

AOL-DEF-00035554

Confidential

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AOL-DEF-00035555

# Haitian Migration
## Trend Analysis



**Darien Gap/Panama 4,532***

**Acre Brazil**

**\*\*12,235 Estimated numbers in Transit**

- On October 21, 2016, the CBP International Liaison Unit (ILU) in San Diego reported an estimated **5000** Haitian nationals were currently in northern Mexico waiting to enter the U.S.:
  - **3000** are in humanitarian shelters in Tijuana.
  - Another **1500** were estimated to be in Mexicali, and
  - Approximately **500** are in San Luis Rio Colorado.



Confidential

# INADMISSBLE HAITIAN NATIONALS PROCESSED

Calexico, San Luis and San Ysidro Haitian Inadmissibles (Previous 7 Days)

| POE | Disposition | 10/14/2016 | 10/15/2016 | 10/16/2016 | 10/17/2016 | 10/18/2016 | 10/19/2016 | 10/20/2016 | Sum: |
|---|---|---|---|---|---|---|---|---|---|
| CALEXICO, CA (2503) | EXPEDITED REMOVAL (I-860) | 37 | 34 | 27 | 27 | 40 | 35 | 35 | 235 |
| | EXPEDITED REMOVAL WITH CREDIBLE FEAR | 2 | | | 3 | | | | 5 |
| | NOTICE TO APPEAR DETAINED (I-862) | 1 | 4 | 6 | 3 | | 4 | | 18 |
| | POE Subtotal | 40 | 38 | 33 | 33 | 40 | 39 | 35 | 258 |
| SAN LUIS, AZ (2608) | EXPEDITED REMOVAL (I-860) | | 2 | | 4 | 4 | 13 | 1 | 24 |
| | EXPEDITED REMOVAL WITH CREDIBLE FEAR | 12 | 4 | 7 | 11 | | 1 | 2 | 37 |
| | NOTICE TO APPEAR DETAINED (I-862) | 7 | 16 | 19 | 18 | 16 | 16 | 4 | 96 |
| | POE Subtotal | 19 | 22 | 26 | 33 | 20 | 30 | 7 | 157 |
| SAN YSIDRO (2504) | EXPEDITED REMOVAL (I-860) | 66 | 66 | 51 | 60 | 69 | 53 | 69 | 434 |
| | EXPEDITED REMOVAL WITH CREDIBLE FEAR | 3 | 1 | 2 | 2 | 3 | 2 | 1 | 14 |
| | NOTICE TO APPEAR DETAINED (I-862) | 17 | 10 | 19 | 5 | 8 | 8 | 8 | 75 |
| | NOTICE TO APPEAR RELEASED (I-862) | 2 | 1 | 1 | | | | | 4 |
| | POE Subtotal | 88 | 78 | 73 | 67 | 80 | 63 | 78 | 527 |
| Grand Total | | 147 | 138 | 132 | 133 | 140 | 132 | 120 | 942 |

- 7-Day Average = __135__

ADL-DEF-00035556

# Laredo Processing October 20, 2016

Confidential

ADL-DEF-00035557

## LAREDO FIELD OFFICE

| PORT | CUSTODY INTAKE | | | PROCESSING (Pending) | | | PROCESSED Awaiting Transfer | | | PROCESSED (Released/Transferred) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE |
| Brownsville | | | | | | | | | | | | |
| Hidalgo | | | | | | | | | | | | |
| Laredo | | | | | | | | | | | | |
| Totals: | | | | | | | | | | | | |

**Background**: The Laredo Field Office continues to experience an increasing surge of unaccompanied Children (UACs) and Family Units (FAMUs). This surge continues to create adverse impacts to port operations, as UACs and FAMUs being placed throughout administrative spaces of the port.

**Staffing Adjustments and Reassignments**:

- Reassignment of personnel to assist with alien transportation and support daily port operations.
- Reassignment of CBP administrative staff to assist with alien special needs (feeding, restocking supplies, etc.)
- Farming out aliens to neighboring ports of entry to assist with case processing.
- Providing internal Field Office TDY support to the Port of Hidalgo (one (1) supervisor and ten (10) officers) to assist with case processing.

**Port Considerations**: Expanding use of port administrative space for temporary holding. Additional personnel will be required for security, escorts, feeding and transportation.





Confidential

ADL-DEF-00035558

# SW Border Field Office Admissibility Case Processing, October 20, 2016

## PERSONS IN OFO CUSTODY



| Field Office | UAC | FAMU | SINGLE | TOTALS |
|---|---|---|---|---|
| San Diego | | | | |
| Tucson | | | | |
| El Paso | | | | |
| Laredo | | | | |
| Totals: | | | | |

## Capacity



| | |
|---|---|
| | 153% |
| | 146% (*San Luis POE) |
| | 88% |
| | 100% |
| | 163% |

## USBP



| UAC | FAMU | SINGLE |
|---|---|---|

# El Paso Processing October 20, 2016

| EL PASO FIELD OFFICE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PORT | CUSTODY INTAKE | | | PROCESSING (Pending) | | | PROCESSED Awaiting Transfer | | | PROCESSED (Released/Transferred) | | |
| | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE |
| Paso del Norte | [redacted] | | | | | | | | | | | |
| BOTA | | | | | | | | | | | | |
| Ysleta | | | | | | | | | | | | |
| **Totals:** | | | | | | | | | | | | |

**<u>Case Processing</u>**:

- The EPFO stood up an overflow staging area at the Port of Tornillo. Officers from the Ports of Columbus, Santa Teresa, and El Paso were detailed to Tornillo to assist.
- The Port of Tornillo is able to temporarily hold up to [redacted] FAMU subjects.
- Tornillo's hours of operation are 0600 – 2200 hours. However, the staging area operates 24/7.
- Increased transports between Ports, to ERO facilities, and to the Airport is straining OFO vehicle and personnel resources.

**<u>Port Considerations</u>**:

- ERO continues to provide additional charter flights and continues to accept FAMU cases processed for NTA for local release to include coordination with local NGOs.
- Local ERO does not foresee issues with detention bed space locally at this time
- For this weekend, ERO indicates San Antonio residential centers are open for ER and placements. And ERO has coordinated with local NGO for local release of a limited number of FAMU cases processed for NTA.

Confidential

# Tucson Processing October 20, 2016

## TUCSON FIELD OFFICE

| PORT | CUSTODY INTAKE | | | IN PROCESS (Pending) | | | PROCESSED Awaiting Transfer | | | PROCESSED (Released/Transferred) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE |
| San Luis | | | | | | | | | | | | |
| Nogales | | | | | | | | | | | | |
| Totals: | | | | | | | | | | | | |



The POE has converted additional administrative spaces for processing;

OFO Field Office and USBP Sector Leadership are engaged

o   USBP's Yuma and Welton Stations are providing resources to OFO San Luis;

o   Single adults are being processed for Expedited removal;

o   Family units are being processed for I-240 removal proceedings.

On October 20, 2016, ERO transported six (6) pregnant inadmissible applicants to Phoenix for Alternatives to Detention (ATD) release.

ERO also transported four (4) Family Units (nine [9] total persons) for local release in Yuma.

Transportation continues to be a plaguing issue; example; ERO will go to Yuma BP station but will not go 25 more miles to the POE.

Placement is very slow with family units, single males' placement is the only thing that is running smooth. However, CBPOs normally haves to make an 8-hour round trip to get them there.







ADL-DEF-00035560

Confidential

# San Diego Processing October 20, 2016

## SAN DIEGO FIELD OFFICE

| PORT | CUSTODY INTAKE | | | IN PROCESS (Pending) | | | PROCESSED Awaiting Transfer | | | PROCESSED (Released/Transferred) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE | UAC | FAMU | SINGLE |
| San Ysidro | | | | | | | | | | | | |
| Calexico | | | | | | | | | | | | |
| **Totals:** | | | | | | | | | | | | |

**Staffing Adjustments and Reassignments:**

Reassignment of Port Support Personnel to assist with processing, transportation, in-custody care.

Supported with TDY staff for *Operation Overflow* + 12 special language CBPOs + 4 special language BPAs

Support by processing via remote technology

**Case Processing and Detention:**

Coordinating with ERO to determine bed space provided.

**Port Considerations:**

Expanding use of port administrative space for temporary holding.





AOL-DEF-00035561

Confidential

AOL-DEF-00035562

