1  JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General
2  Civil Division
3  WILLIAM C. PEACHEY
   Director, Office of Immigration Litigation –
4  District Court Section
5  KATHERINE J. SHINNERS (DC 978141)
   Senior Litigation Counsel
6  ALEXANDER J. HALASKA (IL 6327002)
7  Trial Attorney
8  United States Department of Justice
   Civil Division
9  Office of Immigration Litigation
10 P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
11 Tel: (202) 307-8704 | Fax: (202) 305-7000
12 alexander.j.halaska@usdoj.gov
13
   *Counsel for Defendants*
14

15                **UNITED STATES DISTRICT COURT**
16            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
                              **(San Diego)**
17

| | |
|---|---|
| 18  AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| 19              *Plaintiffs*, | **DEFENDANTS' EXHIBIT 34** |
| 20        v. | |
| 21 | |
| 22  Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| 23 | |
| 24 | |
| 25              *Defendants.* | |

26
27
28

| | |
|---|---|
| **From:** | CALVILLO, MANUEL |
| **Sent:** | Thursday, November 3, 2016 8:08 AM |
| **To:** | ADAMS, MARTY; ALLES, RANDOLPH D; BAKER, PAUL; BANKS, DAVID L; BOOTH, RICHARD T; BORKOWSKI, MARK S; CAINE, JEFFREY; CALONDER, DANIEL; CALVILLO, MANUEL; CAMPBELL, CARL S; CASTANEDA, BELINDA C (OCC); CHAVEZ, GLORIA I; DAVIS, DIANA L (DAC HRM); DOUCET, NICHOLAS L; DUTCH, FRANCIS; FALK, SCOTT K (OCC); FLANAGAN, PATRICK S; FRIEL, MICHAEL J; GERMANY, JOHN R.; GLAWE, DAVID; GOOD, BEVERLY; HALL, CHRISTOPHER J; HANNA, RENE; HARDIMAN, TARA; HARRIS, ROBERT L; HEAVEY, BRENDAN P.; HOFFMAN, TODD A; HOLLIDAY, SUSAN; HUTTON, JAMES R; IBANEZ, MARIA E; ISBELL, VALERIE S; JACKSON, ADAM S; JACKSTA, LINDA L (AC HRM); JACOB, ERIN M; KERLIKOWSKE, R GIL; KOLLER, JULIE (OCC); KOUMANS, MARK; KRIEBEL, WESTIN D (CTR); KUHN, CHRISTOPHER S; LANDFRIED, PHIL A; LUCK, SCOTT A (USBP); MACDONALD, CHRISTOPHER; MCALEENAN, KEVIN K; MCDOWELL, DANYELLE; MILLER, TROY A; MORGAN, MARK A (USBP); MORRIS, JOHN E; NUNEZ-NETO, BLAS; NUTZHORN, JOSHUA B; O'DONNELL, MARTIN E; Owen, Todd C (AC OFO); PRICE, SARAH E; PROVOST, CARLA (USBP); QUINN, TIMOTHY; Sadler, Stephen; SAHAKIAN, DIANE V; SAUNDERS, IAN C.; SCHIED, EUGENE; SCHMIDT, PATRICK R; SCHORR, STEPHEN; SHAW, ROBERT; Slocum, Louisa (OCC); SULLIVAN, TIMOTHY P; TAMAYO, ENRIQUE S; TEICHMAN, SABRINA; TEMPLETON, DANIEL; TWYFORD, DONNA L; TWYMAN, GREGORY P; VISCONTI, JAY; VITIELLO, RONALD D (USBP); WAGNER, JOHN P; WHITE, BRENDA L; WILLIAMS, JAYE M; YEAGER, MICHAEL; YOUNG, EDWARD E |
| **Subject:** | FW: 20161103 CBP Migration Crisis Action Team Daily Report |
| **Attachments:** | USBP 11032016.docx; 20161103 Daily Reporting Matrix.xlsx; 20161103 CBP Migration CAT Daily Report.docx |

U.S. Customs and Border Protection
Crisis Action Team
November 3, 2016

Subject: CBP Migration Crisis Action Team Daily Report.

Executive Summary: U.S. Customs and Border Protection (CBP) southern land border ports of entry and between the ports of entry continue to experience extraordinary levels of unlawful migration as thousands of foreign nationals, unaccompanied alien children (UAC), and family units attempt to migrate to the U.S. via a Central American land route. The result of this surge has caused an extraordinary draw of resources and is outpacing temporary holding capacities at CBP facilities.

Details:
• To address the current migrant surge CBP has stood up the Crisis Action Team to mitigate impacts to mission essential functions.
• Deputy Chief Gloria Chavez, (U.S. Border Patrol) has been designated by the CBP Commissioner to oversee the CBP mass migratory response.

Confidential                                          AOL-DEF-00019710

| Apprehensions | | | | |
|---|---|---|---|---|
| | UAC | FMUA | SINGLE | TOTALS |
| USBP | 245 | 514 | 981 | 1740 |
| OFO | 57 | 520 | 255 | 832 |
| Total | 302 | 1034 | 1236 | 2572 |

| In Custody | | | | |
|---|---|---|---|---|
| | UAC | FMUA | SINGLE | TOTALS |
| USBP | 368 | 1624 | 1549 | 3541 |
| OFO | 60 | 1001 | 602 | 1663 |
| Total | 428 | 2625 | 2151 | 5204 |



Apprehensions: 12% UAC, 40% FMUA, 48% SINGLE



In Custody: 8% UAC, 51% FMUA, 41% SINGLE

**Created by:** CBP Migration Crisis Action Team
**Date:** November 3, 2016

2

Confidential                                                                                                          AOL-DEF-00019711