JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 35** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** CBP-CAT
**Sent:** Saturday, November 12, 2016 10:21 AM
**To:** ALLES, RANDOLPH D; BAKER, PAUL; BANKS, DAVID L; BOOTH, RICHARD T; BORKOWSKI, MARK S; CAINE, JEFFREY; CALONDER, DANIEL; CAMPBELL, CARL S; CASTANEDA, BELINDA C (OCC); DAVIS, DIANA L (DAC HRM); DOUCET, NICHOLAS L; DUTCH, FRANCIS; FALK, SCOTT K (OCC); FLANAGAN, PATRICK S; FRIEL, MICHAEL J; GERMANY, JOHN R.; GLAWE, DAVID; GOOD, BEVERLY; HALL, CHRISTOPHER J; HANNA, RENE; HARDIMAN, TARA; HARRIS, ROBERT L; HARROO, HAYTUM D; HEAVEY, BRENDAN P.; HOFFMAN, TODD A; HOLLIDAY, SUSAN; HUTTON, JAMES R; IBANEZ, MARIA E; ISBELL, VALERIE S; JACKSON, ADAM S; JACKSTA, LINDA L (AC HRM); JACOB, ERIN M; KOLLER, JULIE (OCC); KOUMANS, MARK; KRIEBEL, WESTIN D (CTR); KUHN, CHRISTOPHER S; LANDFRIED, PHIL A; LUCK, SCOTT A (USBP); MACDONALD, CHRISTOPHER; MCALEENAN, KEVIN K; MCDOWELL, DANYELLE; MILLER, TROY A; MORGAN, MARK A (USBP); MORRIS, JOHN E; NUNEZ-NETO, BLAS; NUTZHORN, JOSHUA B; O'DONNELL, MARTIN E; Owen, Todd C (AC OFO); PRICE, SARAH E; PROVOST, CARLA (USBP); QUINN, TIMOTHY; REYES, KARINA G; Sadler, Stephen; SAHAKIAN, DIANE V; SANCHEZ1, EDUARDO; SAUNDERS, IAN C.; SCHIED, EUGENE; SCHMIDT, PATRICK R; SCHORR, STEPHEN; SHAW, ROBERT; Slocum, Louisa (OCC); SULLIVAN, TIMOTHY P; TEICHMAN, SABRINA; TEMPLETON, DANIEL; TWYFORD, DONNA L; TWYMAN, GREGORY P; VISCONTI, JAY; VITIELLO, RONALD D (USBP); WAGNER, JOHN P; WHITE, BRENDA L; WILLIAMS, JAYE M; YEAGER, MICHAEL; YOUNG, EDWARD E
**CC:** CHAVEZ, GLORIA I; TAMAYO, ENRIQUE S; CBP-CAT; OFO-Incident-Management
**Subject:** FW: 20161112 CBP Crisis Action Team Daily Report
**Attachments:** 20161112 CBP Migration CAT Daily Report.docx; 20161112 Daily Reporting Matrix.xlsx; USBP Daily Report 11122016.docx

**U.S. Customs and Border Protection**
**Crisis Action Team**
**November 12, 2016**

**Subject:** CBP Crisis Action Team Daily Report.

**Executive Summary:** U.S. Customs and Border Protection (CBP) southern land border ports of entry and between the ports of entry continue to experience extraordinary levels of unlawful migration as thousands of foreign nationals, unaccompanied alien children (UAC), and family units attempt to migrate to the U.S. via a Central American land route. The result of this surge has caused an extraordinary draw of resources and is outpacing temporary holding capacities at CBP facilities.

**Details:**
- To address the current migrant surge CBP has stood up the Crisis Action Team to mitigate impacts to mission essential functions.
- Deputy Chief Gloria Chavez, (U.S. Border Patrol) has been designated by the CBP Commissioner to oversee the CBP mass migratory response.



**Created by:** CBP Migration Crisis Action Team
**Date:** November 12, 2016

THIS DOCUMENT WAS PRODUCED NATIVELY.

Confidential                                                                                                                   AOL-DEF-00522435

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE (FOUO//LES)

## OFO Southwest Border Admissibility Case Processing, November 11, 2016

### PERSONS IN OFO CUSTODY

| Field Office | UAC | FMUA | SINGLE | TOTALS |
|---|---|---|---|---|
| San Diego | ■ | ■ | ■ | ■ |
| Tucson | ■ | ■ | ■ | ■ |
| El Paso | ■ | ■ | ■ | ■ |
| Laredo | ■ | ■ | ■ | ■ |
| Totals: | ■ | ■ | ■ | ■ |

### CAPACITY

| Holding Space | Plus/Minus | % |
|---|---|---|
| ■ | ■ | 121% |
| ■ | ■ | 122% |
| ■ | ■ | 224% |
| ■ | ■ | 72% |
| | | 131% |

### OFO Detainees in USBP Facilities

■

### SAN DIEGO FIELD OFFICE

| PORT | Intake vs. Discharge — CUSTODY INTAKE | | | Intake vs. Discharge — RELEASED/TRANSFERRED | | | In Custody — IN PROCESS (Pending) | | | In Custody — PROCESSED Awaiting Transfer | | | Total In Custody |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | |
| San Ysidro | | | | | | | | | | | | | |
| Calexico | | | | | | | | | | | | | |
| Totals: | | | | | | | | | | | | | |

### TUCSON FIELD OFFICE

| PORT | CUSTODY INTAKE | | | RELEASED/TRANSFERRED | | | IN PROCESS (Pending) | | | PROCESSED Awaiting Transfer | | | Total In Custody |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | |
| San Luis | | | | | | | | | | | | | |
| Nogales | | | | | | | | | | | | | |
| Totals: | | | | | | | | | | | | | |

### El PASO FIELD OFFICE

| PORT | CUSTODY INTAKE | | | RELEASED/TRANSFERRED | | | PROCESSING (Pending) | | | PROCESSED Awaiting Transfer | | | Total In Custody |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | |
| Paso del Norte | | | | | | | | | | | | | |
| BOTA | | | | | | | | | | | | | |
| Ysleta | | | | | | | | | | | | | |
| Tornillo | | | | | | | | | | | | | |
| Santa Teresa | | | | | | | | | | | | | |
| Totals: | | | | | | | | | | | | | |

### LAREDO FIELD OFFICE

| PORT | CUSTODY INTAKE | | | RELEASED/TRANSFERRED | | | PROCESSING (Pending) | | | PROCESSED Awaiting Transfer | | | Total In Custody |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | |
| Brownsville | | | | | | | | | | | | | |
| Progresso | | | | | | | | | | | | | |
| Hidalgo | | | | | | | | | | | | | |
| Eagle Pass | | | | | | | | | | | | | |
| Laredo | | | | | | | | | | | | | |
| Totals: | | | | | | | | | | | | | |

### SOUTHWEST BORDER TOTAL

| SWB Identified Ports | CUSTODY INTAKE | | | RELEASED/TRANSFERRED | | | PROCESSING (Pending) | | | PROCESSED | | | Total In Custody |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | UAC | FMUA | SINGLE | |
| Grand Totals: | 40 | | | | | | | | | | | | |

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE (FOUO//LES)