JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 36** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** LONGORIA, FRANK S
**Sent:** Tuesday, November 15, 2016 2:09 PM
**To:** HIGGERSON, DAVID P
**Subject:** FW: Meeting with INM

See below.

This is what I need to discuss with you.

Frank S. Longoria
Assistant Director Field Operations – Border Security
Office of Field Operations
Laredo Field Office

---

**From:** HUTTON, JAMES R
**Sent:** Tuesday, November 15, 2016 12:35 PM
**To:** LONGORIA, FRANK S
**Cc:** SCHROEDER-FAWCETT, JENNIFER L
**Subject:** FW: Meeting with INM

Frank
Just as a follow to our conversation apropos the highlighted portion of your message below. If any individual arrives at POE, we cannot just send them back to MX to wait to be processed but must process them upon arrival.

Let me know if you need any additional support from HQ to work out the operational/policy portion of this.

J. Ryan Hutton
Deputy Executive Director (A)
Admissibility and Passenger Programs
RRB #2.4G-56
Washington, DC

1

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00814130



**Warning**: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form. *This document, and any attachment(s) hereto, may contain confidential and/or sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient(s). Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by U.S. Customs and Border Protection.*

**From:** LONGORIA, FRANK S
**Sent:** Sunday, November 13, 2016 8:06:20 AM
**To:** LONGORIA, FRANK S; ALVAREZ, GREGORY; BRANDT, JOHN L; CANTU, CRESCENCIO JR; GARZA, NESTOR III; GONZALEZ, DAVID JOHN; HORNE, PETRA; PEREZ, ALBERTO D; RODRIGUEZ, CARLOS; SOLIS, EFRAIN
**Cc:** CANTU, JAVIER N; FLORES, ALBERTO A; HIGGERSON, DAVID P; SKINNER, BRADD M.; HARRIS, RODNEY H; DELAGARZA, ALFONSO; CRAWFORD, EUGENE E; MOLASKI, WILLIAM H; BRUMFIELD, BONITA; MARES, LIZET M
**Subject:** RE: Meeting with INM

Port Directors :

This only applies to Central Americans.

Frank S. Longoria
Assistant Director Field Operations - Border Security
Office of Field Operations
Laredo Field Office

---

**From:** LONGORIA, FRANK S
**Sent:** Saturday, November 12, 2016 2:42:07 PM
**To:** ALVAREZ, GREGORY; BRANDT, JOHN L; CANTU, CRESCENCIO JR; GARZA, NESTOR III; GONZALEZ, DAVID JOHN; HORNE, PETRA; PEREZ, ALBERTO D; RODRIGUEZ, CARLOS; SOLIS, EFRAIN
**Cc:** CANTU, JAVIER N; FLORES, ALBERTO A; HIGGERSON, DAVID P; SKINNER, BRADD M.; HARRIS, RODNEY H; DELAGARZA, ALFONSO; CRAWFORD, EUGENE E; MOLASKI, WILLIAM H; BRUMFIELD, BONITA; MARES, LIZET M
**Subject:** Meeting with INM

Port Directors:

Highly Confidential/Attorneys' Eyes Only                               AOL-DEF-00814131

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ your staff is to provide the alien with a piece of paper identifying a date and time for an appointment and return then to Mexico. This is similar to what San Diego is doing. We understand the alien may express a fear of returning to Mexico and we will address as the situation dictates.

Please schedule a meeting with your INM counterparts ASAP. Let us know the date and time of the meeting as soon as it's scheduled, We will also need a summary of your meeting to include who you met with, what was discussed, what was agreed to, issues/concerns, and timeline.

That's all the information we have on the tasking but we can anticipate being asked to provide an update early next week.

Frank S. Longoria
Assistant Director Field Operations - Border Security
Office of Field Operations
Laredo Field Office
▮▮▮▮▮▮▮▮▮▮

3

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00814132