JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 37** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** TAMAYO, ENRIQUE S
**Sent:** Sunday, July 23, 2017 1:29 PM
**To:** CALONDER, DANIEL; DONNELLY, STEVEN J; MEJIA, LUIS A; VAQUERO, ROBERTO
**Subject:** FW: SWB Metering.pptx
**Attachments:** SWB Metering.pptx

FYSA – Metering powerpoint to EAC.

---

**From:** CAMPOS, GRETA R
**Sent:** Friday, November 18, 2016 8:55 AM
**To:** GOOD, BEVERLY <BEVERLY.GOOD@cbp.dhs.gov>
**Cc:** CAMPBELL, CARL S <CARL.S.CAMPBELL@cbp.dhs.gov>; TAMAYO, ENRIQUE S <ENRIQUE.S.TAMAYO@CBP.DHS.GOV>
**Subject:** FW: SWB Metering.pptx

XD,

FYSA – Metering is a hot topic right now. Lots of international political pressure, and some of it is focused on El Paso and Hidalgo because they are turning people away at the port on US soil. Enrique is working with the port to address.

Greta R. Campos
Acting Director, Field Programs
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** TAMAYO, ENRIQUE S
**Sent:** Friday, November 18, 2016 8:03 AM
**To:** Owen, Todd C (AC OFO);                        WAGNER, JOHN P
**Cc:** CAMPOS, GRETA R                        CHAVEZ, GLORIA I
**Subject:** FW: SWB Metering.pptx

EAC,

Attached are the Southwest Border metering slides and responses from each of the field offices.

Enrique

---

**From:** VAQUERO, ROBERTO
**Sent:** Friday, November 18, 2016 7:40 AM
**To:** TAMAYO, ENRIQUE S <ENRIQUE.S.TAMAYO@CBP.DHS.GOV>
**Subject:** SWB Metering.pptx

See the attached PPT regarding SW land border POEs.

Robert Vaquero
Supervisory Program Manager
Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection
Office:
Mobile:
Email: