JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 38** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** MCALEENAN, KEVIN K
**Sent:** Friday, November 18, 2016 8:49 AM
**To:** Owen, Todd C (AC OFO)
**CC:** WAGNER, JOHN P
**Subject:** RE: SWB Metering.pptx

Thank you. El Paso seems to be the interagency focus, so if I could get that estimate in the next 20 mins, I would appreciate it very much.

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Friday, November 18, 2016 8:43:13 AM
**To:** MCALEENAN, KEVIN K
**Cc:** WAGNER, JOHN P
**Subject:** RE: SWB Metering.pptx

Deputy,

Hard to say. In El Paso, they keep a log with names and appointment times as they turn them away, so we might be able to get a sense of the backlog there. In other locations, especially So Cal and San Luis, the migrants are staying at the shelters ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Hard to know the volume in the shelters but we'll see if we can find it out.

I'm sure someone already raised this, but we need to watch and see if apprehensions go up between the ports as a result of the metering and people not wanting to wait.

Also, Hidalgo may be turning folks away after they reach US soil. We will address that this am and have the officers push back to the actual boundary line on the bridge.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

---

**From:** MCALEENAN, KEVIN K
**Sent:** Friday, November 18, 2016 8:26 AM
**To:** Owen, Todd C (AC OFO) <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Cc:** WAGNER, JOHN P ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: SWB Metering.pptx

EAC,
Thank you. Any ballpark on the numbers "turned away"? That seems to be the focus.
KM

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Friday, November 18, 2016 8:09:14 AM
**To:** MCALEENAN, KEVIN K
**Cc:** WAGNER, JOHN P
**Subject:** FW: SWB Metering.pptx



Outside of El Paso, process works smoothly because of the infrastructure and turnstiles which give us control before they reach US soil.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

---

**From:** TAMAYO, ENRIQUE S
**Sent:** Friday, November 18, 2016 8:03 AM
**To:** Owen, Todd C (AC OFO) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; WAGNER, JOHN P ▮▮▮▮▮▮▮▮
**Cc:** CAMPOS, GRETA R <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; CHAVEZ, GLORIA I ▮▮▮▮▮▮▮▮
**Subject:** FW: SWB Metering.pptx

Highly Confidential/Attorneys' Eyes Only                                                                                                    AOL-DEF-00370791

EAC,

Attached are the Southwest Border metering slides and responses from each of the field offices.

Enrique

---

**From:** VAQUERO, ROBERTO
**Sent:** Friday, November 18, 2016 7:40 AM
**To:** TAMAYO, ENRIQUE S <
**Subject:** SWB Metering.pptx

See the attached PPT regarding SW land border POEs.

Robert Vaquero
Supervisory Program Manager
Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection
Office:
Mobile
Email:

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00370791.0001