JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 39** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

| | |
|---|---|
| **From:** | Owen, Todd C (AC OFO) |
| **Sent:** | Tuesday, November 22, 2016 11:43 AM |
| **To:** | GOOD, BEVERLY; TAMAYO, ENRIQUE S |
| **Cc:** | HOFFMAN, TODD A; WAGNER, JOHN P |
| **Subject:** | RE: Appointments |

Thank you. This is all I need on this.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

_____

From: GOOD, BEVERLY
Sent: Tuesday, November 22, 2016 4:41:26 PM
To: Owen, Todd C (AC OFO); TAMAYO, ENRIQUE S
Cc: HOFFMAN, TODD A; WAGNER, JOHN P
Subject: RE: Appointments

Sir,
Please see below for how the field offices are metering:

El Paso- El Paso started out by giving appointments and has since course corrected (this occurred sometime mid to end of last week) and stopped with the appointments and is now just advising immigrants to come back at a later time if the POE is at detention capacity.

Laredo- Laredo gives them an appointment (verbally) and tells them when to come back. Officers are on the bridge now as well but the metering seems to have had a deterrent effect and they are not seeing too many cases daily so they don't really have to meter at the moment. However, they are prepared to do so at any moment their capacity reaches its maximum.

Tucson- INAMI is controlling the flow (metering) of Haitians for TUCSON. So far they have been able to handle the arrivals of Central Americans and Mexicans without returning anyone with an appointment for another day.

San Diego- Mexican Immigration/Group Beta are handling the metering for San Ysidro and Calexico.


From: Owen, Todd C (AC OFO)
Sent: Tuesday, November 22, 2016 9:39 AM
To: GOOD, BEVERLY <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; TAMAYO, ENRIQUE S <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
Cc: HOFFMAN, TODD A <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; WAGNER, JOHN P <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
Subject: Appointments

Bev, Enrique,

Can you tell me by this afternoon at which ports we – CBP – are giving appointments out at as we turn the migrants away? I know El Paso was doing it, but anyone else? I believe most locations like San Diego are having INAMI give the

1

appointments out, not CBP.   **AC**

**AC**

Thx.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

2

Confidential    AOL-DEF-00022784