JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 41** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

| ORIGINATING OFFICE: CUSTOMS AND BORDER PROTECTION OFFICE OF FIELD OPERATIONS ||
|---|---|
| ISSUE DATE: September 14, 2009 | ISSUE NO: CBP – FO 09-03 |
| STANDARD OPERATING PROCEDURES Streamlined Withdrawal of Application for Admission | DISTRIBUTION: All San Diego Ports |

## 1. PURPOSE

The purpose of this Standard Operating Procedure (SOP) is to provide guidelines on the use of a streamlined process for Withdrawals of Application for Admissions for persons inadmissible under 212(a)(6)(C) or 212(a)(7) to the Ports of Entry within the San Diego Field Office. This document is meant to provide a method that Ports of Entry can implement when inadmissible alien apprehension rates are high at the Ports of Entry.

## 2. POLICY

2.1   It is the policy of the San Diego Field Office to authorize the use of a streamlined process for Withdrawals of Application for Admission in situations where the use of the streamlined process will mitigate overcrowding, detention issues or secondary space issues or high volumes of apprehensions and an Expedited Removal will not be used.

2.2   The streamlined process allows for the officer to not take a sworn statement on form I-867A/B but requires the four questions on the I-867B be placed on the I-275 in the reasons section of Form I-275.

2.3   If apprehensions are manageable and there is no backlog of processing a high number of inadmissible aliens, a sworn statement shall be taken from the inadmissible alien and processed according to Chapter 17.2 in the Inspector's Field Manual.

## 3. AUTHORITIES/REFERENCES

Section 235 (a)(4) of the Immigration and Nationality Act and Chapter 8 of the Code of Federal Regulations section 235.4 are the applicable Department of Homeland Security (DHS) and Customs and Border Protection (CBP) regulations. Chapter 17.2 of the Inspector's Field Manual outlines the procedures for completing a Withdrawal of Application for admission.

## 4. RESPONSIBILITIES

4.1   Director of Field Operations (DFO) is providing general guidance on the use of the streamlined process for Withdrawals of Applications for Admissions during high volume apprehensions of inadmissible aliens through this SOP.

4.2   Port Directors (PD) will:

Confidential

AOL-DEF-00069617

4.2.1  Ensure that the management staff at the Port of Entry is aware of the SOP and ability to use the streamlined processing of Withdrawals of Application for Admissions.

4.3   Assistant Port Directors or Deputy Assistant Port Directors will:

4.3.1  Be the authority for authorizing the streamlined process at the Ports of Entry within the San Diego Field Office jurisdiction.

4.3.2  Ensure Supervisors are aware of the procedures.

4.4   Supervisors will:

4.4.1  Notify officers processing immigration secondary cases when the streamlined Withdrawal of Application for Admission is authorized.

4.4.2  Notify officers of the difference between a streamlined process and normal processing.

4.5.  Officers will:

4.5.1  Process all the streamlined Withdrawal of Application for Admission through the normal system used for secondary case processing.

4.5.2  Familiarize themselves with the streamlined process for Withdrawals of Application for Admission local SOP and the Inspector's Field Manual Chapter 17.2.

4.5.3  Complete a narrative providing pertinent reasons to address the ground of inadmissibility that the alien falls under rendering him/her inadmissible to the United States. This information will be placed in the reason section of Form I-275.

5.   **PROCEDURES**

5.1   The streamlined process for Withdrawal of Application of Admission will be authorized by an Assistant Port Director or Deputy Assistant Port Director.

5.2   The only difference in the streamlined process is that Form I-867A/B record of Sworn Statement does not have to be executed.

5.3   The following four questions must be asked and placed on Form I-275 under the narrative in the reasons section of the form when the streamlined process is used:

5.3.1  Q. Why did you leave your home country or country of last residence?

5.3.2  Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?

Confidential                                                                                                                                      AOL-DEF-00069618

5.3.3   Q. Would you be harmed if you are returned to your home country or country of last residence?

5.3.4   Q. Do you have any questions or is there anything else you would like to ask?

5.4   If the applicant indicates a request for asylum or articulates fear of returning to his/her country of citizenship or last country of residence in any of the four questions listed above, then the subject must be processed under the Expedited Removal with Credible Fear process and detained pending a credible fear determination as outlined in Chapter 17.15 of the Inspector's Field Manual.

5.5   Continuation Pages (Form I-831) may be used in the cases where the officer needs additional pages to finish out the narrative and the questions for Form I-275.

5.6   Complete a narrative providing pertinent reasons to address the ground of inadmissibility that the alien falls under rendering him/her inadmissible to the United States. This information will be placed in the reason section of Form I-275.

5.7   All other current processes for Withdrawals of Application for Admission are still applicable during the streamlined process. The only difference is the need to take a full sworn statement on Form I-867A/B.

5.8   Reporting Requirements

5.8.1   All Ports of Entry, with the exception of San Ysidro, should send an email to the Program Manager, Border Security, in the San Diego Field Office, when the streamlined process is authorized and used.

Paul M. Morris
Director of Field Operations
San Diego Field Office

Confidential                                                                                                                                    AOL-DEF-00069619