```
 1  JEFFREY BOSSERT CLARK
    Acting Assistant Attorney General
 2  Civil Division
 3  WILLIAM C. PEACHEY
    Director, Office of Immigration Litigation –
 4  District Court Section
 5  KATHERINE J. SHINNERS (DC 978141)
    Senior Litigation Counsel
 6  ALEXANDER J. HALASKA (IL 6327002)
 7  Trial Attorney
    United States Department of Justice
 8  Civil Division
 9  Office of Immigration Litigation
10  P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
11  Tel: (202) 307-8704 | Fax: (202) 305-7000
12  alexander.j.halaska@usdoj.gov
13
    Counsel for Defendants
14
```

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 42** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** FLORES, PETE ROMERO
**Sent:** Thursday, December 8, 2016 7:32 PM
**To:** AKI, SIDNEY K; HERNANDEZ, ROSA E; SNYDER, WILLIAM P; SILVA, CARLOS NMI; SALAZAR, DAVID A; SARRASIN, DAVID A; ARMIJO, JOHNNY L; WILSON, LAURA; RAMIREZ, ELLEN
**Subject:** FW: CBP Migration CAT - COB 12/8/2016

FYSA

Pete Flores
Director, Field Operations
San Diego Field Office
U.S. Customs and Border Protection
Work Phone: 619-645-6622
Fax: 619-645-6644

---

**From:** CHAVEZ, GLORIA I
**Sent:** Thursday, December 08, 2016 1:47 PM
**To:**



**Subject:** RE: CBP Migration CAT - COB 12/8/2016

Deputy Commissioner and all – Please see the CBP Migration Crisis Action Team (CAT) "end of day" report for your situational awareness.

**CBP CAT HIGHLIGHTS:**
- **The Tornillo, TX, facility reported 133 detainees with four operational Pods.**
- **Met with PDO and CRCL staffs to discuss CBP's temporary holding facilities capabilities.**
- **Held discussions with OPA to finalize CBP's new public facing website that will display FY17 statistics on Family Units, Unaccompanied Minors, Haitians, and Cubans.**

**J1-ADMINISTRATION:**
- No Updates.

**J2-INTELLIGENCE:**
- 

**J3-OPERATIONS:**
**Tornillo Updates:**
- There is a total of 133 migrants at the Tornillo, TX, facility.
- The four Tornillo, TX facility pods are operational.
- Medicine dispensing MOU is pending revisions.
- Leadership met with Guatemalan Consulate and meeting was very positive.
- Temperature is maintained at 75 degrees in the pods (comfortable setting)

**Donna Updates:**
- Finalizing the Donna, TX, facility's repairs including: fencing, door, and TV installations, painting, IT connections, and general repairs.
- The Donna, TX, facility comprises of five pods and is scheduled for completion on <u>December 8, 2016</u> with operations tentatively scheduled for <u>December 9, 2016</u>.
- Leadership met with Honduran, Mexican and Guatemalan Consulates. Meeting was very positive.
- Leadership met with ACLU and provided a tour of the facility.
- CBP supervisors received an operations brief and then toured the Donna Facility.
- Facility leadership located a local clinic that accepts MEDPAR.

## J4-LOGISTICS:
- No Updates.

## J5-PLANNING:
- No Updates.

## J6–COMMUNICATIONS:
- Completed a successful presentation on CBP's holding facilities capabilities that included the PDO and Civil Rights Civil Liberties (CRCL) staffs.

## J7 – TRAINING:
- No Updates.

## J-8 - FINANCE:
- Contract extensions deadlines for both holding facilities are due (Tornillo - 12/17 and Donna - 12/23).

## J-9 - LIAISON:
- The total number of ICE/ERO transfers processed within the last 24 hours is ▓▓▓
- ICE/ERO will repatriate two flights of ▓▓▓ Haitians weekly during week 12/04 to 12/10 and two flights of ▓▓▓ Haitians during week of 12/11 to 12/17.
- NGOs who toured the Donna facility were pleased with the amenities being provided to those in custody and no real issues were identified at the time.
- Congressional staffers visited the Donna facility and were satisfied with the visit.

| Total | Demographic | App's / Inadmissibles (Previous Day) | Currently in Custody |
|---|---|---|---|
| CBP Southwest Border | UAC | 311 | 580 |
| | FMUA | 665 | 1432 |
| | Single Adults | 1194 | 1703 |
| | Total App's | 2170 | 3715 |

| Total | Demographic | Apprehensions (Previous Day) | Currently in Custody | Total | Demographic | Inadmissibles (Previous Day) | Currently in Custody |
|---|---|---|---|---|---|---|---|
| USBP Southwest Border | UAC | 266 | 534 | OFO Southwest Border | UAC | 45 | 46 |
| | FMUA | 544 | 1314 | | FMUA* | 121 | 118 |
| | Single Adults | 864 | 1226 | | Singles | 330 | 477 |
| | Total App's | 1674 | 3074 | | Total Subjects | 496 | 641 |
| | | | | | Total Haitians | 68 | 315 |

Regards,
Gloria I. Chavez
Commander
Crisis Action Team
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Wash. D.C.
▓▓▓ (O)
▓▓▓ (C)