JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 43** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** CBP-CAT
**Sent:** Saturday, December 17, 2016 9:36 AM
**To:** CBP-CAT; ALLES, RANDOLPH D; BAKER, PAUL; BANKS, DAVID L; BOOTH, RICHARD T; BORKOWSKI, MARK S; BOYCE, MARIA L; CAINE, JEFFREY; CAMPBELL, CARL S; DAVIS, DIANA L (DAC HRM); FALK, SCOTT K (OCC); FLANAGAN, PATRICK S; FRIEL, MICHAEL J; GARRISON, SHAWNA; GLAWE, DAVID; GOOD, BEVERLY; HALL, CHRISTOPHER J; HANNA, RENE; HOFFMAN, TODD A; HOLLIDAY, SUSAN; HUTTON, JAMES R; JACKSTA, LINDA L (AC HRM); KLEIN, MATTHEW (OPR); KOUMANS, MARK; LANDFRIED, PHIL A; LUCK, SCOTT A (USBP); MCALEENAN, KEVIN K; MCDOWELL, DANYELLE; MILLER, TROY A; MORGAN, MARK A (USBP); NUNEZ-NETO, BLAS; NUTZHORN, JOSHUA B; Owen, Todd C (AC OFO); PRICE, SARAH E; PROVOST, CARLA (USBP); QUINN, TIMOTHY; REYES, KARINA G; SCHIED, EUGENE; SCHORR, STEPHEN; Slocum, Louisa (OCC); SMITH, BRENDA BROCKMAN; VISCONTI, JAY; VITIELLO, RONALD D (USBP); WAGNER, JOHN P; WEBB, BENJAMIN E.; WHITE, BRENDA L; WHITTENBURG, CYNTHIA F; WILLIAMS, JAYE M; YEAGER, MICHAEL; YOUNG, EDWARD E
**CC:** TAMAYO, ENRIQUE S; CHAVEZ, GLORIA I; WAUGH, CHRISTINE L; SCHARNWEBER, ANDREW K
**Subject:** 20161217 Crisis Action Team Daily Report
**Attachments:** CBP_UAC_FMUA_CAT_REPORT.pdf; CBP_UAC_FMUA_CAT_REPORT_Excel.xlsx

**U.S. Customs and Border Protection**
**Crisis Action Team**
**December 17, 2016**

**Subject:** CBP Crisis Action Team Daily Report.

**Executive Summary:**
U.S. Customs and Border Protection (CBP) southern land border Ports of Entry and between the Ports of Entry continue to experience extraordinary levels of unlawful migration as thousands of foreign nationals, unaccompanied alien children (UAC), and family units attempt to migrate to the U.S. via a Central American land route. The surge has resulted in an extraordinary draw of resources and is outpacing temporary holding capacities at CBP facilities.

**Details:**
• To address the current migrant surge, CBP has stood up the Crisis Action Team to mitigate impacts to mission essential functions.
• U.S. Border Patrol Deputy Chief Gloria Chavez has been designated by the CBP Commissioner to oversee the CBP mass migratory response.

| Total | Demographic | App's / Inadmissibles (Previous Day) | Currently in Custody | ERO Availables | TOT ERO (Previous Day) |
|---|---|---|---|---|---|
| CBP Southwest Border | UAC | 310 | 567 | N/A | 188 |
| | FMUA | 738 | 1443 | 801 | 591 |
| | Single Adults | 1047 | 1538 | 609 | 434 |
| | Total App's | 2095 | 3548 | 1410 | 1213 |

| Total | Demographic | Apprehensions (Previous Day) | Currently in Custody | Processed Complete |
|---|---|---|---|---|
| USBP Southwest Border | UAC | 278 | 499 | 256 |
| | FMUA | 606 | 1286 | 776 |
| | Single Adults | 729 | 1044 | 430 |
| | Total App's | 1613 | 2829 | 1462 |

| Total | Demographic | Inadmissibles (Previous Day) | Currently in Custody | Processed Complete |
|---|---|---|---|---|
| OFO Southwest Border | UAC | 32 | 68 | 16 |
| | FMUA* | 132 | 157 | 25 |
| | Singles | 318 | 494 | 179 |
| | Total Subjects | 482 | 719 | 220 |
| | Total Haitians | 58 | 301 | 147 |

**Source:** OFO BORDERSTAT / USBP BPERT

**Created By:** CBP Crisis Action Team

Confidential                                                                AOL-DEF-00034127