JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 44** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

| | |
|---|---|
| **From:** | AKI, SIDNEY K |
| **Sent:** | Friday, April 14, 2017 5:16 PM |
| **To:** | HOOD, ROBERT W |
| **Cc:** | CASTILLO, MOISES; MARIN, MARIZA |
| **Subject:** | RE: OIG Reviewing a Complaint from a Nicole Ramos Client |

Please do so!!

**From:** HOOD, ROBERT W
**Sent:** Friday, April 14, 2017 3:32:48 PM
**To:** AKI, SIDNEY K
**Cc:** CASTILLO, MOISES; MARIN, MARIZA
**Subject:** OIG Reviewing a Complaint from a Nicole Ramos Client

Sir,

I think we need to message this out immediately to managers. OIG contacted WC Castillo about a complaint that on Sunday April 9, 2017 CBP Supervisor Soto turned back a Honduran female to get a number from INAMI. The Honduran female was client of Nicole Ramos. This is all we know at this time.

*Currently AEU has adequate detention space to process any applicant for asylum encountered at Ped West. Any applicant we encounter should be taken into custody, escorted to the security office, and then transported to AEU for proper intake and processing.*

1

Confidential                                                                                                                                         AOL-DEF-00722915