JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 48** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |



🇺🇸 Official website of the Department of Homeland Security

U.S. Customs and Border Protection (/)

📘 (https://www.facebook.com/CBPgov/)  📷 (https://www.instagram.com/cbpgov/)
flickr (https://www.flickr.com/photos/cbpphotos/)  🐦 (https://twitter.com/cbp)
in (https://www.linkedin.com/company/2997?trk=tyah)  ▶️ (https://www.youtube.com/user/customsborderprotect)
✉️ (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new)

# Southwest Border Inadmissibles by Field Office FY2018

**Southwest Border Unaccompanied Alien Children (0-17 yr old) Inadmissibles**

Comparisons below reflect Fiscal Year 2018 compared to Fiscal Year 2017.

| | Unaccompanied Alien Children | | |
|---|---|---|---|
| Field Offices | FY 2017 | FY 2018 | % Change FY17 to FY18 |
| El Paso | 2,566 | 2,847 | 11% |
| Laredo | 2,294 | 2,163 | -6% |
| San Diego | 1,208 | 1,767 | 46% |
| Tucson | 1,465 | 1,847 | 26% |
| Field Ops Southwest Border Total | 7,533 | 8,624 | 14% |

**Southwest Border Family Unit Inadmissibles*[1]**

Numbers below reflect Fiscal Year 2018 compared to Fiscal Year 2017.

| | Family Units | | |
|---|---|---|---|
| Field Offices | FY 2017 | FY 2018 | % Change FY17 to FY18 |
| El Paso | 8,361 | 14,089 | 69% |
| Laredo | 11,558 | 13,612 | 18% |
| San Diego | 7,049 | 15,772 | 124% |

| | Family Units | | |
|---|---|---|---|
| Field Offices | FY 2017 | FY 2018 | % Change FY17 to FY18 |
| Tucson Field Operations | 6,956 | 10,428 | 50% |
| Southwest Border Total | 33,924 | 53,901 | 59% |

### Unaccompanied Alien Children Inadmissibles by Fiscal Year

Numbers below reflect totals for Fiscal Years 2017 and FY 2018

| Unaccompanied Alien Children by Country | | |
|---|---|---|
| Country | FY 2017 | FY 2018 |
| El Salvador | 1,721 | 833 |
| Guatemala | 2,829 | 3,691 |
| Honduras | 1,173 | 1,655 |
| Mexico | 1,556 | 2,210 |

### Family Unit Inadmissibles by Fiscal Year*[1]

Numbers below reflect the total for FY 2017 and FY 2018

| Family Unit by Country | | |
|---|---|---|
| Country | FY 2017 | FY 2018 |
| El Salvador | 4,577 | 3,738 |
| Guatemala | 6,789 | 12,185 |
| Honduras | 4,246 | 8,327 |
| Mexico | 10,628 | 21,411 |

**\*Note:** (Family Unit represents the number of individuals (either a child under 18 years old, parent or legal guardian) deemed inadmissible with a family member by the Office of Field Operations.)

[1] **Note:** Field Operations only started collecting Family Unit numbers as of March 2016

### Cuban Inadmissibles

U.S. Customs and Border Protection maintains a robust posture regarding the enforcement of our immigration laws along the nation's borders and coastal areas. We continue to promote safe, legal and orderly migration from Cuba under our Migration Accords and deter dangerous and unlawful migration from Cuba.

*Effective January 12, 2017, the United States ended the special parole policy, also known as the "wet-foot/dry-foot" policy, for Cuban migrants that has been in place since the mid-1990s. Since then, Cuban nationals who attempt to illegally enter the United States are subject to removal, consistent with our enforcement priorities. These actions are part of the ongoing normalization of relations between the governments of the United States and Cuba, and reflect a commitment to have a broader immigration policy in which we treat people from different countries consistently.

Numbers below reflect totals for Fiscal Years 2012-2017, FY 2018

| Cuban Inadmissibles | | | | | | | |
|---|---|---|---|---|---|---|---|
| Field Office | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 |
| El Paso | 154 | 219 | 415 | 685 | 5,018 | 340 | 394 |
| Laredo | 9,429 | 12,384 | 15,333 | 26,181 | 34,658 | 14,275 | 6,533 |
| San Diego | 727 | 959 | 1,229 | 1,555 | 1,589 | 600 | 131 |
| Tucson | 86 | 142 | 132 | 221 | 258 | 168 | 21 |
| Southwest Border Totals | 10,396 | 13,704 | 17,109 | 28,642 | 41,523 | 15,383 | 7,079 |

Haitian Inadmissibles

The number of Haitian inadmissibles arriving at ports of entry has decreased dramatically, with a decline of 97 percent compared to last year, attributable to the end of Temporary Protected Status in November 2017.

Numbers below reflect totals for Fiscal Years 2012-2017, FY 2018

| Haitian Inadmissibles | | | | | | | |
|---|---|---|---|---|---|---|---|
| Field Office | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 |
| El Paso | 0 | 0 | 1 | 0 | 2 | 18 | 0 |
| Laredo | 1 | 1 | 6 | 1 | 6 | 160 | 2 |
| San Diego | 821 | 921 | 477 | 333 | 6,377 | 8,057 | 294 |
| Tucson | 0 | 0 | 0 | 0 | 39 | 960 | 1 |
| Southwest Border Totals | 822 | 922 | 484 | 334 | 6,424 | 9,195 | 297 |

# Southwest Border Inadmissibles Fiscal Year 2018 - By Month

| FY18 Totals by Field Office | October | November | December | January |
| February | March | April | May | June | July | August | September |

| Field Offices | FMUA<br>FY 2018 MAR | UAC<br>FY 2018 MAR | Total Inadmissibles<br>FY 2018 MAR |
|---|---|---|---|
| El Paso | 1,709 | 397 | 2,691 |
| Laredo | 1,475 | 335 | 4,860 |
| San Diego | 1,674 | 208 | 3,770 |
| Tucson | 1,009 | 164 | 1,636 |
| Total | 5,867 | 1,104 | 12,957 |

## Cuban and Haitian inadmissibles*

| Field Offices | Cubans<br>FY 2018 MAR | Haitians<br>FY 2018 MAR |
|---|---|---|
| El Paso | 8 | 0 |
| Laredo | 653 | 0 |
| San Diego | 14 | 20 |
| Tucson | 0 | 0 |
| Total | 675 | 20 |

*Note: Cuban and Haitian inadmissibles are a subset of the Total Southwest Border Inadmissibles data above

Back to **Southwest Border Migration (/newsroom/stats/sw-border-migration)**

Last modified: October 23, 2018

Tags:    Statistics,    Port Security,    Unaccompanied Alien Children (UAC)



Share This Page.