JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 50** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** PROVENCIO, RAY
**Sent:** Wednesday, April 4, 2018 11:34 AM
**To:** MANCHA, HECTOR
**Subject:** Cadence Calls - Supplemental Information

DFO,

A few bullets to supplement the TPs:

**Case processing team:**
- As a result of the increased CF claims, FAMUs and UACs, the Port has created 2 processing teams to place focus on processing without the added distraction of feeding, detention checks, cleaning, etc. As the increase in detainees occurs, humanitarian functions increase, which takes away from case processing. Additionally, with increasing the numbers of CBPOs focused on case processing, this also causes impacts to frontline functions and increased expenditures.

**Bus Pass:**
- The EPFO successfully negotiated a unique process with ERO. Only found in the Ursala combined processing center prior to the establishment of Operation bus pass… EPFO Ports now have DOs collocated at Ports of Entry, working alongside CBP Officers, to further movement of detainees. Without operation bus pass, Ports are reliant on NGOs and FRCs

**CDC:**
- Ports are engaging CDC, as appropriate, when encountering detainees with possible disease. The CDC has increased port engagement, to include an upcoming meet and greet for their new leadership

**Honduran Fraud:**
- [redacted]

**BP Facility:**
When detainee movement results in decreased detention space, EPFO personnel suspend housing at BP, Station 1, which allows for the reallocation of personnel to enforcement actions and/or the backfill of personnel conducting case processing/detainee management. The suspension of overflow space is a balancing act, with increased use when detainees are approaching capacity (i.e. anticipated to occur mostly on weekends).

*Ray Provencio*
Assistant Director of Field Operations
Office of Field Operations – El Paso Field Office
U.S. Customs and Border Protection
Office: [redacted]

Highly Confidential/Attorneys' Eyes Only                                                                                                           AOL-DEF-00801853