JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 51** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** HARRIS, RODNEY H
**Sent:** Tuesday, April 3, 2018 1:14 PM
**To:** LONGORIA, FRANK S
**Subject:** RE: Leadership Cadence Call

Update on the operational environment – five minutes

We've been monitoring the numbers and they have increased for the fourth week in a row. The greatest increase has been single adult credible fear cases. (What country has the highest number?)

==218 to 378 = 73% increase== (week to week)

==ER/CFs in order are: Cuba, Honduras, Guatemala, El Salvador, Mexico==

==Hondurans are by far the greatest number of family units (41%).==

There has been a significant shift of arriving aliens claiming credible fear to the smaller ports of entry, specifically Eagle Pass and Roma, which affect their processing and holding capacity. However, the situation is currently manageable and the neighboring ports of entry support as necessary.

Custody Count - (3/1/2018 - 3/31/2018)

Disposition Name : EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF)

| Country of Citizenship \ Location | BROWNSVILLE, TX | DEL RIO, TX | EAGLE PASS, TX | HIDALGO, TX | LAREDO, TX | PROGRESO, TX | RIO GRANDE CITY, TX | ROMA, TX | Total |
|---|---|---|---|---|---|---|---|---|---|
| ANGOLA | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 |
| BANGLADESH | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| BRAZIL | 26 | 0 | 4 | 2 | 0 | 0 | 0 | 2 | 34 |
| CAMEROON | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| CONGO | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 |
| CONGO - DEMOCRATIC REPUBLIC | 7 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 19 |
| COTE DIVOIRE | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| CUBA | 14 | 0 | 0 | 299 | 280 | 0 | 0 | 0 | 593 |
| ECUADOR | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 |
| EL SALVADOR | 4 | 1 | 6 | 48 | 15 | 0 | 10 | 31 | 115 |
| ERITREA | 1 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 15 |
| ETHIOPIA | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 |
| GEORGIA (OLD CODE) | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| GUATEMALA | 12 | 0 | 6 | 45 | 5 | 0 | 7 | 50 | 125 |
| GUINEA | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| HONDURAS | 18 | 7 | 56 | 92 | 53 | 5 | 17 | 73 | 321 |
| IRAQ | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| MEXICO | 9 | 2 | 19 | 32 | 41 | 2 | 0 | 0 | 105 |
| NICARAGUA | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| PARAGUAY | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| PERU | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 7 |
| ROMANIA | 4 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | 9 |
| RUSSIA | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| SENEGAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| SYRIA | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| TURKEY | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| UZBEKISTAN | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| VENEZUELA | 3 | 0 | 0 | 2 | 3 | 0 | 0 | 1 | 9 |
| Total: | 103 | 10 | 91 | 544 | 421 | 7 | 34 | 167 | 1,377 |