JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 52** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

| | |
|---|---|
| **From:** | CHAVEZ, VERONICA J |
| **Sent:** | Wednesday, April 18, 2018 6:30 PM |
| **To:** | HOOD, ROBERT W |
| **Cc:** | AKI, SIDNEY K; MARIN, MARIZA |
| **Subject:** | FW: Emergency AEU support |
| **Attachments:** | FLEX Unit.xlsx |

Sir,

The 8 passenger officers have been assigned to AEU to assist with case processing through Monday, April 23rd. NTEU has been advised and is on board.

Thank you,

Veronica

---

**From:** CHAVEZ, VERONICA J
**Sent:** Wednesday, April 18, 2018 3:28 PM
**To:** guillermo.barragan@nteu105.org; 'Ken's NTEU' <kenneth.keller@nteu105.org>; jorge.llanos@nteu105.org
**Subject:** Emergency AEU support

Good Afternoon,

We are in need of your assistance. The Port experienced a surge in asylum seekers yesterday (187 applicants), which brought us to max capacity ▮ detainees). We just received notification that another 120 asylum seekers are at El Chaparral awaiting to make entry.

We need to provide support to AEU for case processing.

Attached is a list of Passenger Flex capable officers. Out of the entire list only 2 are qualified to process cases:

1. Beatriz Honorato (FLEX mids)
2. Melissa Cange (FLEX mids)

Due to the emergent need, we will not have enough time to announce and solicit for volunteers. We will need to temporarily pull the following 6 passenger officers to AEU for case processing:

1. Yolanda Pedraza (temp pull mids)
2. Abel Aldape (temp pull days)
3. Ryan Maddela (temp pull nights)
4. Jazmin Garibay (temp pull nights)
5. Francisco Orellna (temp pull nights)
6. Thell Langley (temp pull nights)

The eight officers (2 flex and 6 temporary pull) have been contacted and have agreed to the temporary detail. They will be placed in AEU through Monday, April 23rd on their same shift and RDOs.

Please advise if you require any additional information. Your assistance and understanding is greatly appreciated.

1

*Veronica J. Chavez*
*Watch Commander*
*Employee Services Department*
*San Ysidro Port of Entry*

2

Confidential

AOL-DEF-00729221