JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 53** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** LANDAVAZO, RAUL <​███████████████████​>
**Sent:** Wednesday, April 25, 2018 9:07 AM
**To:** ███████████████████

**Subject:** SYS AEU Custody Report for 04/25/2018
**Attach:** SYS AEU CUSTODY REPORT 04-25-2018.xls

All,

OFO currently has **290** detainees in custody (**0** detainees at BP Barracks, **0** detainees at IMB, **290** detainees at SYS POE, and **0** in the Hospital).

| | |
|---|---|
| **Completed Cases:**<br><br>**Total Completed Cases: 54** (**17** Singles, **2** UAC, **35** individuals from **11** Family Units)<br><br>Locations:  BP Barracks: **0**<br>            IMB BP Station: **0**<br>            SYS POE: **54**<br>            HOSPITAL: **0** | **Total: 54** |
| **Pending Processing at SYS POE: 191** (**191** at SYS POE, **0** in the Hospital)<br><br>**33** Need to be processed as ER/CF/OTM ERs /Paroles.<br>**149** Individuals from **54** Family Units need to be processed as NTAs/ERs.<br>**5** UAC needs to be processed as NTA.<br>**4** New cases pending input in SIGMA. | **Total: 191** |
| **Mexican Fraud/Not going into custody: 45** (**45** at SYS POE, **0** in the Hospital) | **Total: 45** |
| **Currently OFO: 290** | **Total: 290** |

***Total waiting at Limit Line: 0***

**DAYS IN CUSTODY**

| | | | |
|---|---|---|---|
| 00-03 DAYS: 284 | OFO: 284 | Barracks: 0 | IMB: 0 |
| 04-07 DAYS: 06 | OFO: 06 | Barracks: 0 | IMB: 0 |
| 08-11 DAYS: 0 | OFO: 00 | Barracks: 0 | IMB: 0 |
| 12-15 DAYS: 0 | OFO: 0 | Barracks: 0 | IMB: 0 |
| 16-25+ DAYS: 0 | OFO: 0 | Barracks: 0 | IMB: 0 |

Sincerely,

Confidential

**Raul Landavazo**
Supervisory CBP Officer
Admissibility Enforcement Unit
U. S. Customs and Border Protection
Office of Field Operations

███████████████████████

Confidential