JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 55** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** MARICICH, ANNE L <​[redacted]​>
**Sent:** Wednesday, April 25, 2018 6:03 PM
**To:** AKI, SIDNEY K <​[redacted]​>; HOOD, ROBERT W [redacted]; CARRILLO, SALLY R [redacted]; MARIN, MARIZA [redacted]
**Cc:** FLORES, PETE ROMERO <​[redacted]​>; ARMIJO, JOHNNY L [redacted]
**Subject:** RE: Migrant Caravan Pulse Reporting

Perfect. Thank you.

Anne Maricich
Deputy Director Field Operations
San Diego Field Office
[redacted]

**From:** AKI, SIDNEY K
**Sent:** Wednesday, April 25, 2018 3:00 PM
**To:** MARICICH, ANNE L <​[redacted]​>; HOOD, ROBERT W <​[redacted]​>; CARRILLO, SALLY R <​[redacted]​>; MARIN, MARIZA [redacted]
**Cc:** FLORES, PETE ROMERO <​[redacted]​>; ARMIJO, JOHNNY L <​[redacted]​>
**Subject:** RE: Migrant Caravan Pulse Reporting

Anne,

Since this is a Field Office report we have requested that Calexico send us any pertinent information prior to sending the reports to HQ. We will also reach out to Otay to see if they got any. Thx.

**From:** MARICICH, ANNE L
**Sent:** Wednesday, April 25, 2018 4:52:36 PM
**To:** AKI, SIDNEY K; HOOD, ROBERT W; CARRILLO, SALLY R; MARIN, MARIZA
**Cc:** FLORES, PETE ROMERO; ARMIJO, JOHNNY L
**Subject:** FW: Migrant Caravan Pulse Reporting

All,

See below the first report that went to MCAT. Next report is due 1715, and then daily spreadsheet needs to be sent before 0300.

Anne Maricich
Deputy Director Field Operations
San Diego Field Office
[redacted]

**From:** MARICICH, ANNE L

**Sent:** Wednesday, April 25, 2018 2:30 PM
**To:** MIRANDA, EDWARD <[redacted]>; CBP-MCAT-TEAM <[redacted]>
**Subject:** RE: Migrant Caravan Pulse Reporting

Here's the update from San Ysidro:

- 0 encounters from Migrant Caravan
- [redacted]
- San Ysidro received approximately 50 Mexican Family Units claiming asylum today

Anne Maricich
Deputy Director Field Operations
San Diego Field Office
[redacted]

**From:** MARICICH, ANNE L
**Sent:** Wednesday, April 25, 2018 2:23 PM
**To:** MIRANDA, EDWARD <[redacted]>; CBP-MCAT-TEAM <[redacted]>
**Subject:** FW: Migrant Caravan Pulse Reporting

MCAT

We are waiting for an update from San Ysidro. Here is the latest on additional Caravan movement:

- [redacted]
- The subjects will again be fed and receive any medical care they need.
- Media is expected to be on-site and engage with the migrants
- The buses are expected to depart Mexicali for Tijuana within a couple of hours.





Highly Confidential/Attorneys' Eyes Only
AOL-DEF-00704633



Anne Maricich
Deputy Director Field Operations
San Diego Field Office

**From:** MIRANDA, EDWARD
**Sent:** Wednesday, April 25, 2018 12:49 PM
**To:** ARMIJO, JOHNNY L <░░░░░░░░░░░░░░░░░░░░░░░░>; ARELLANO, BONNIE J <░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; PROVENCIO, RAY <░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; LONGORIA, FRANK S <░░░░░░░░░░░░░░░░░░░░░░░░░░>
**Cc:** FLORES, PETE ROMERO <░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; RAMIREZ, GUADALUPE H <░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░; MANCHA, HECTOR <░░░░░░░░░░░░░░░░░░░░░░░░░░; HIGGERSON, DAVID P <░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; DRAGANAC, JOSEPH <░░░░░░░░░░░░░░░░░░░░░░░░░; CAMPBELL, CARL S <░░░░░░░░░░░░░░░░░░░░; HOWE, RANDY J <░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; MARICICH, ANNE L <░░░░░░░░░░░░░░░░░░░░░░░>
**Subject:** Migrant Caravan Pulse Reporting

Good afternoon ADFOs,

Short notice that requires immediate action starting today, we have two separate reporting requirements; for the first, the Commissioner has requested surge reporting over the next 72-hours (ending Friday night at 2015 EST)

on Caravan member encounters both at the ports of entry and at Border Patrol stations. Each field office and sector will be sending a consolidated report for their respective AORs incorporating the information delineated below to the CBP-MCAT-TEAM ▮ at the following times:

**Information Requirements Report 1 (due to the MCAT by 0715, 1115, 1615, 2015 daily):**

- POE or station encounters who claim/admit association with the Migrant Caravan (in current reporting period):
    - # in custody who Claimed association with caravan:
    - # Process completed
        - NTA
        - ER
        - ER CF
    - # Over 72 hrs
    - # TOT ERO
- Information sharing efforts and results with GoM:
- Comments: *Anything C1 or S1 needs to know. Commander's discretion on highlighting realized or perceived operational impacts or emerging trends with the potential to impact operations.*

The second reporting requirement is a daily report (attached). On this spreadsheet, each individual sector or field office will report the combined total numbers for their command/AOR. This report will need to sent to the following mailbox: CBP-MCAT-TEAM ▮ by 0600 EST. The report will cover the prior day's [caravan-related alien] 24-hour stats for the reportable fields (i.e. the report you send in at 0600 on 4/26/18 will be covering the activity from 4/25). This report will need to be generated until Friday May 4th.

**Edward Miranda**
Deputy Commander
U.S. Customs and Border Protection
Migration Crisis Action Team (MCAT)