JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 62** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

| | |
|---|---|
| From: | WATSON, STEPHANIE E |
| Sent: | Wednesday, September 14, 2016 9:20 PM |
| To: | NUNEZ-NETO, BLAS |
| Cc: | HOFFMAN, TODD A; GOOD, BEVERLY; HUTTON, JAMES R; TAMAYO, ENRIQUE S; SCHROEDER-FAWCETT, JENNIFER L; DONNELLY, STEVEN J |
| Subject: | Haitian Migration Surge Briefing |
| Attachments: | 20160914 Haitian Migration Surge IP.docx |

Sir,

Please find attached and below the OFO Haitian Migration Surge brief.

*Stephanie E. Watson*
*Admissibility and Passenger Programs*
*RRB #2.5B-38*

## Office of Field Operations
## Admissibility and Passenger Programs
## And Operations - Incident Management Division
### September 14, 2016

**Action Required:** Information Only

**Time Constraint:** None

**Issue:** San Diego Field Office - Haitian Migration Surge – ERO Delays

**Situation:**
Beginning in February 2016, CBP San Diego Field Office (SDFO) began experiencing a surge of inadmissible Haitian migrants seeking entry into the U.S. To date, 4,876 Haitian inadmissible migrants have been processed at San Ysidro in FY16. The impact to CBP operations at the Port of San Ysidro, and throughout San Diego, continues to be a strain on current staffing, budget, and all other border processes. CBP believes that a migrant surge, which will overwhelm current Department capabilities in San Diego, is eminent and immediate.

**Mission:**

1

The majority of the arriving Haitian nationals are processed under §240 removal proceedings, in lieu of expedited removal under §235 of the INA. This action circumvents the mandatory detention provisions under §235 of the INA and allows ERO to parole the aliens, utilizing existing alternatives to detention, while awaiting removal proceedings. ▮▮▮ The average volume of encountered individuals result in aliens remaining in CBP custody for 4-7 days as ICE/ERO is unable to take custody in a timely manner. The situation is further exacerbated by the current construction at the Port of San Ysidro which has substantially limited OFO's operational footprint and short term holding capacity. CBP is working to identify alternate facilities that could be used to transfer Haitians out of the port of San Ysidro. **DP**

**DP**

### Execution:
In an effort to expedite the transfer of aliens to ERO custody, CBP San Diego has assumed a large portion of ICE/ERO administrative functions which has added substantially to processing time, but has not yielded any efficiencies for ERO in accepting transfer. The current influx of inadmissible aliens coupled with added administrative functions and decreased operational capacity due to construction has created an untenable situation for which ERO assistance is critical. In response to this influx, U.S. Border Patrol (USBP) is providing SYS POE with temporary holding space for approximately ▮ individuals at the Imperial Beach Border Patrol Station and Chula Vista Border Patrol Station (Barracks Five).

### Administration:
To address the current needs, SYS POE has undertaken the following to maximize operational output:
1. Temporarily assigned personnel to support increased San Ysidro workload;
2. Utilized USBP Stations to temporarily hold migrants awaiting custodial transfer to ICE/ERO;
3. Converted administrative work space to accommodate increase surge of migrants;
4. Transferred inadmissibility case processing to alternate areas utilizing virtual processing;
5. Increased AEU staffing assignments;
6. Committed outlying ports of entry to augment resources with virtual processing efforts; and,
7. Integrated Haitian Creole speakers throughout the whole of CBP to conduct virtual processing.

### Command:

**DP**

Confidential                                                                                                               AOL-DEF-00023711.0001