JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 63** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** KOSEOR, RYAN M
**Sent:** Saturday, June 16, 2018 3:40 PM
**To:** HOWE, RANDY J
**CC:** DIKMAN, SABRI Y
**Subject:** FW: Increase Intake at the Ports

Sir,

ERO has been advised of the anticipated increase of processing at the ports. MCAT will continue to monitor.

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*

---

**From:** Longoria, Jose Garcia <JoseGarcia.Longoria@ice.dhs.gov>
**Sent:** Saturday, June 16, 2018 2:57 PM
**To:** KOSEOR, RYAN M <▮>; DIKMAN, SABRI Y <▮>
**Subject:** RE: Increase Intake at the Ports

Understood...

Today, I will schedule a teleconference with All SWB Field Offices to convey this operational modification and ensure ERO is ready to support all facets of mission.

*Joe Longoria*
*Assistant Field Office Director*
*MCATS (Detail)*

*Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either form.*

---

**From:** KOSEOR, RYAN M <▮>
**Date:** Saturday, Jun 16, 2018, 2:03 PM
**To:** Longoria, Jose Garcia <▮>, DIKMAN, SABRI Y <▮>
**Subject:** Increase Intake at the Ports

Longoria,

As you know the ports have been holding the line and enforcing queue management. I was just informed that all the ports along the SWB will increase their daily intake. The ports will not go beyond their capacity limits but will get as close as possible without negatively impacting their other responsibilities. This will result in a significant increase of referrals of FMUAs and single adults. I cannot give you exact numbers at this time because each port will have to base it on their available resources. Can you inform your ERO colleagues about this change? Will ERO be prepared to handle the increase? Finally, will you need anything from the MCAT to help with the coordination of movement?

Thanks,

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*