JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 65** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

**From:** CLEAVES, SAMUEL B
**Sent:** Wednesday, September 14, 2016 1:51 PM
**To:** MANCHA, HECTOR
**CC:** THOME, FERNANDO A
**Subject:** TDY Personnel to Tornillo

Mr. Mancha,

One of the recommendations made for standing up an overflow staging area at Tornillo was providing some TDY personnel to assist. The TDY would be 28 days (2 pay periods) and then re-evaluate.

- Santa Teresa
    - Port Director stated STR able to provide 2 Officers and 1 first line Supervisor
    - Recommend requesting 2 Officers and 1 first line Supervisor

- Columbus
    - Port Director stated COL able to provide 1 Officer and 1 first line Supervisor
    - Recommend requesting 2 Officers and 1 first line Supervisor

- El Paso
    - (A)Port Director would prefer to not send any but discussed sending 5 Officers
    - Recommend requesting 6 Officers and no Supervisors

- **Total recommended TDY personnel allocation to Tornillo: 10 Officers and 2 Supervisors**
  (Note: Port Director for Tornillo will be requesting 15 Officers and 4 Supervisors TDY.)

Samuel Cleaves
Watch Commander
El Paso Field Office
███████ (cell)

---

**From:** CLEAVES, SAMUEL B
**Sent:** Monday, September 12, 2016 4:32 PM
**To:** MANCHA, HECTOR; PROVENCIO, RAY; SIFFORD, DONNA R; SOLIS, SEVERIANO █████████████ MILLER, BARRY F
**Cc:** THOME, FERNANDO A; OLIVAS, BERNARDO; Chris Saindon █████████ RUSSELL, WILLIAM E; REYES, VICTOR R; MORA, ROSANA █████████ AVEITIA, PATRICIA; RAY, ENRIQUE; HAWKINS, JOHN D █████████
GREEN, STEVEN R; RAMOS, AUDEN; REZA, ROBERT; COPPENBARGER, DAVID C; QUINONES, JUAN A; PROCTOR, JESSE G █████████ JAMESON, STEVEN R; TORRES, MARIANNE; █████████ TORRES, ALICE R; TOBIAS, OLGA; BARNES, ALBERT B
**Subject:** Tornillo Overflow Staging Area

Good afternoon,

Below are brief notes from today's (09/12) meeting regarding providing local assistance to the Port of El Paso with CF/Family Unit processing and detention.

Sam

- Port of El Paso identified "Detention Space" as the number one priority need. Secondary need is processing assistance.

- Tornillo was identified as OFO's overflow staging area for CF / Family Unit temporary holding. Field Office MSO has already provided some advance preparation to Tornillo (bedding, etc.)

    - Tornillo preparation:
        - TOR can hold between ████ FAMU subjects. FAMU will be segregated by mother/female guardian w-children and father/male guardian w-children (female w/children in Admin area, males w-children in Headhouse-Detention Cells area).
        - TOR will establish a threshold for number of completed cases that can be received and number of unprocessed cases that can be received. Processing capability is limited at TOR therefore majority of cases sent from ELP will be completed cases.
        - TOR will not accept FAMU with existing medical conditions (lice, scabies, etc.).
        - TOR will not accept UACs. UAC staging area will continue to be at PDN.
        - TOR will create an intake checklist to provide uniform transfer of custody from ELP to TOR. Written confirmation of

- completed placement requests (for completed cases) will need to be provided by ELP.
    - TOR management will provide EPFO with Issue Paper on next steps / staging area operating procedures / requests and needs, etc. to stand up the staging area.
    - <u>Logistics</u>:  Chief Auden Ramos will coordinate with APD Enrique Ray to have UAC and ELP Admin SMEs assist TOR with setting up appropriate amount of equipment, supplies, etc. for FAMU.
    - <u>Policy</u>:  AAN will assist with juvenile detention policy and preparation.
    - <u>Transportation</u>:  APD Enrique Ray will coordinate with WC Steve Green on transportation procedures (transports to TOR and transports to SPC, airport).  Transportation vans and personnel are limited at TOR.  Daily coordinated assistance will be necessary.  EPFO MSO will loan an additional pax van to TOR.
    - <u>Staffing</u>:  Combination of TOR personnel and TDY personnel from ELP, STR, and COL.  TOR will provide an estimate of how many TDY Officers and 1st line Supervisors needed.  EPFO BSF will notify each Port how many will be required and will disseminate solicitation to Port mgmt.  Personnel volunteering must be willing to work all shifts and to work any assignment at Port TOR to include FAMU detention, processing, or other duties as assigned to include PVP primary and secondary processing.  TDY duration discussed was 28 days and then evaluate effectiveness near the end.
        - TDY start date is TBD.

- EPFO MSO:
    - Recommended to have an Overtime code for Credible Fear processing and detention be created by MSO.  Ports may then use their location codes + the CF overtime code.  This will assist in tracking amount of OT funds used for CF processing / detention.
    - TOR requested the UMC Clinic in Fabens or Clint, TX be pursued to accept MEDPAR.  Tornillo to take any subjects with medical issues / clearances to this clinic instead of UMC Hospital in El Paso.

- EPFO BSF:
    - IP to HQ and IMD on current situation's impact to Port operations.
    - Recommended to include "Operation Overflow" request / language.  For ELP to be a future Op Overflow location….or for EPFO to be granted a waiver from providing personnel to San Diego and Tucson operations.

- Other:
    - Port STR's detention / staging space is not sufficient to provide significant relief to ELP.  Port STR will continue to provide processing assistance and TDY personnel if necessary.



Samuel Cleaves
Watch Commander
El Paso Field Office

█████████ (cell)

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated **FOR OFFICIAL USE ONLY**. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from Office of Field Operations, United States Customs & Border Protection.