```
 1  JEFFREY BOSSERT CLARK
    Acting Assistant Attorney General
 2  Civil Division
 3  WILLIAM C. PEACHEY
    Director, Office of Immigration Litigation –
 4  District Court Section
 5  KATHERINE J. SHINNERS (DC 978141)
    Senior Litigation Counsel
 6  ALEXANDER J. HALASKA (IL 6327002)
 7  Trial Attorney
 8  United States Department of Justice
    Civil Division
 9  Office of Immigration Litigation
10  P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
11  Tel: (202) 307-8704 | Fax: (202) 305-7000
12  alexander.j.halaska@usdoj.gov
13
    Counsel for Defendants
14
```

| | |
|---|---|
| 15 | **UNITED STATES DISTRICT COURT** |
| 16 | **FOR THE SOUTHERN DISTRICT OF CALIFORNIA** |
|    | **(San Diego)** |

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 66** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**From:** MANCHA, HECTOR
**Sent:** Wednesday, September 28, 2016 1:58 PM
**To:** GOOD, BEVERLY
**Subject:** FW: Implementations to address Credible Fear workload

FYSA

Some of the drastic measures that will have to be implemented to address the continued CF FAMU workload that EP is encountering.

Hector A. Mancha
Director, Field Operations
El Paso Field Office
U.S. Customs and Border Protection
915-730-7201 Office
915-633-7345 Fax

---

**From:** SOLIS, SEVERIANO
**Sent:** Wednesday, September 28, 2016 10:15 AM
**To:** MANCHA, HECTOR <​>
**Cc:** CLEAVES, SAMUEL B <​>; THOME, FERNANDO A <​>; MILLER, BARRY F <​>; BEBON, NORMAN A <​>; AVEITIA, PATRICIA <​>; JIMENEZ, SAMUEL <​>
**Subject:** Implementations to address Credible Fear workload

DFO Mancha,

We have implemented the following changes to address the current Credible Fear processing and detention overflow at the El Paso Port of Entry.

**Staffing:**

ATCET Supervisors and Officers have been re-directed to assist with PCS, PVP and transportation duties until further notice.
Training Officers and Supervisor have been re-directed to assist with PCS and transportation duties.
Training has been suspended and Trainees have been assigned to assist with PCS or PVP duties.
Firearms staff has been re-directed to assist with transportation and PCS duties. Minimal training of OC spray conducted at 1000 to meet mandates.
CBP Techs assigned to the Administration Office have been re-directed after 1000 hours to each bridge location to assist with feeding and other duties as necessary to keep the Officers focused on processing.

**Processing:**

Issuing guidance on PCS case processing from E.R. to NTAs in order to have the capability of transporting detainees on a daily basis to ERO. This is dependent on coordination with ERO for available bed space from the NGOs.
As of 0800 hours today, I advised ERO we plan on processing NTA cases today for possible delivery at 1300 hours, not more than 20 cases. We will continue with NTA processing if ERO can certify bed space. Based on a review of numbers, we process between ▮▮▮
As of 0800 hours today, we are at capacity on detention space.

Looking at the following two options in order to create additional holding space:

1. Use the BOTA Quarterdeck to enhance our detention space. We will need to provide guard duties and escort detainees to the mainhouse for bathroom use.

2. Start using the permit areas as hold areas for future detainees arriving and claiming CF. We will need to direct them to this designated area before processing via primary or enrolling in Sigma. They will not be under CBP custody, but pending arrival and processing. These CF applicants will still be reported on the end of shift report in order to provide visibility or pending workload. We would post Officers to collect information and maintain priority arrivals..We need coordination from the Field Office to secure the drapes.

Severiano Solis
Acting Port Director
Port of El Paso Texas
Office ▮▮▮
Cellular ▮▮▮

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00806828

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00806829