JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' NOTICE OF MOTION TO SEAL** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | Hearing Date: November 9, 2020 |
| *Defendants* | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

## DEFENDANTS' NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, November 9, 2020, at a time the Court deems proper, or as soon thereafter as the parties may be heard, Defendants will and hereby do move to seal exhibits filed in support of Defendants' motion to exclude Plaintiffs' proffered expert witness. This motion is based on the attached memorandum of points and authorities, all exhibits attached hereto, and on any arguments that may be presented orally at a hearing on this motion. This motion is made following discussions with counsel of Defendants' intent to file this motion. Plaintiffs do not oppose the motion.

Dated: October 5, 2020                  Respectfully submitted,

                                        JEFFREY BOSSERT CLARK
                                        Acting Assistant Attorney General
                                        Civil Division

                                        WILLIAM C. PEACHEY
                                        Director

                                        KATHERINE J. SHINNERS
                                        Senior Litigation Counsel

                                        *s/ Dhruman Y. Sampat*
                                        DHRUMAN Y. SAMPAT
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Office of Immigration Litigation
                                        District Court Section
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, D.C. 20044
                                        Tel: (202) 532-4281| Fax: (202) 305-7000
                                        dhruman.y.sampat@usdoj.gov

                                        *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: October 5, 2020        Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*