JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
dhruman.y.sampat@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DECLARATION OF DHRUMAN Y. SAMPAT WITH RESPECT TO DEFENDANTS' MOTION TO SEAL** |

# DECLARATION OF DHRUMAN Y. SAMPAT

I, Dhruman Y. Sampat, declare as follows:

1. I am a trial attorney in the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation and represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I make this declaration in support of Defendants' Motion to Seal Exhibits filed in Support of Defendants' Opposition to Plaintiffs' Motion to Exclude.

3. On October 5, 2020, I emailed counsel for Plaintiffs to inquire into Plaintiffs' position on this motion to seal. Plaintiffs' counsel indicated that Plaintiffs do not oppose Defendants' motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on October 5, 2020, in Washington, D.C.

Dated: October 5, 2020                    Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney

*Counsel for Defendants*