JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
dhruman.y.sampat@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF DHRUMAN Y. SAMPAT WITH RESPECT TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF GOVERNMENT'S EXPERT WITNESSES** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

## **DECLARATION OF DHRUMAN Y. SAMPAT**

I, Dhruman Y. Sampat, declare as follows:

1. I am a trial attorney in the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation and represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of Defendants' Proffered Expert Witnesses.

3. Attached hereto as Exhibit 1 is a true and accurate copy of Defendants' expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), which Defendants' counsel served on Plaintiffs' counsel on August 7, 2020.

4. Attached hereto as Exhibit 2 is a true and accurate, partially redacted copy of the Declaration of Samuel Cleaves dated September 25, 2020. Defendants have moved to seal portions of this report and are attaching this partially redacted version for filing on the public docket.

5. Attached hereto as Exhibit 3 is true and accurate copy of the Declaration of Rodney Harris accompanied with his resume, which is partially redacted. Defendants have moved to seal portions of the resume and are attached this partially redacted version for filing on the public docket.

6. Attached hereto as Exhibit 4 is a true and accurate, partially redacted copy of the Declaration of Mariza Marin dated. Defendants have moved to seal portions of the declaration and are attaching this partially redacted version for filing on the public docket.

7. On September 1, 2020, I sent an email to Plaintiffs' counsel, Stephen Medlock. In the email communication, I stated, in full:

"This email is sent as a follow-up to the parties' meet-and-confer from

August 27, 2020, regarding the upcoming motions to exclude expert witnesses. Defendants confirm that they asked the three government expert witnesses to review documents and facts from a specific day, as an example that is illustrative of the overall practices, procedures, and considerations that go into determining the port's operational capacity, which is the subject of the witness's firsthand, percipient knowledge."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on October 5, 2020, in Washington, D.C.

Dated: October 5, 2020              Respectfully submitted,

                                    *s/ Dhruman Y. Sampat*
                                    DHRUMAN Y. SAMPAT
                                    Trial Attorney

                                    *Counsel for Defendants*