JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 2** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Al Otro Lado, Inc., *et al.*, | ) | |
|   *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-02366-BAS-KSC |
| | ) | |
| Chad Wolf, *et al.*, | ) | |
|   *Defendants.* | ) | |
| | ) | |

## DECLARATION OF SAMUEL B. CLEAVES

  I, Samuel B. Cleaves, pursuant to 28 U.S.C § 1746, and based on my personal knowledge and information made known to me in the course of my employment, hereby declare as follows relating to the above-captioned matter.

  1.  I am the Assistant Port Director (APD), Port of El Paso, El Paso Field Office (EPFO), Office of Field Operations (OFO), for U.S. Customs and Border Protection (CBP) and have served in this position since 2017.

  2.  In this capacity, I oversee all aspects of passenger operations within the Port of El Paso to include the facilitation of trade and travel and the processing of those subsequently determined to be in violation of law.

  3.  Prior to my current position, I served as the Acting Assistant Director, Field Operations for Border Security, with oversight of all passenger and tactical operations for the El Paso Field Office. I served in this position twice as I was temporarily detailed to Acting Assistant Director, Field Operations for Border Security while I was the Assistant Port Director in 2018. I also previously held the positions of Watch Commander (WC) and Chief Supervisory CBP Officer (2nd Line) at the Port of El Paso; Supervisory CBP Officer at the Ports of

1

Champlain, New York, and Columbus, New Mexico. I began my career with the Immigration and Naturalization Service in 1996 before transferring to the United States Customs Service in 1999.

4. I make this declaration to explain the factors relevant to determining the capacity of the Port of El Paso to process individuals without documents sufficient for lawful entry to the United States.

5. OFO is the largest component in CBP and is responsible for border security, to include anti-terrorism, immigration, anti-smuggling, trade compliance and agricultural protection, all while facilitating the lawful trade and travel that is critical to this Nation's economy. The daily operational needs for OFO are complex and ever-changing, requiring OFO managers to continually assess mission needs and determine how to best allocate their resources. In fiscal year 2019, the Port of El Paso processed 10.8 million vehicles, 8 million pedestrians, more than 800,000 commercial trucks and approximately $49.8 billion in imported merchandise.[1]

6. Administratively, until March 2020, the Port of El Paso was subdivided into three "border crossings": Paso del Norte, Bridge of the Americas, and Ysleta. On March 1, 2020, the Ysleta border crossing became its own Port of Entry, and administratively independent from the Port of El Paso.

7. The Port of El Paso was one of the largest ports on the southwest border, until the Ysleta border crossing became a separate port of entry in March 2020. Compared to other ports of entry (POE), the Port of El Paso is geographically spread out, which poses some unique operational challenges. The port had ten major operations located throughout the city of El Paso:

---

[1] *See* "FY 19 traffic stats" and email, "FWD: Trade Data," dated 8/21/20, containing Office of Trade, Advanced Analysis Support CBP Trade Pulse, dated August 21, 2020.

2

including the four passenger operations bridges[2], two commercial cargo lots, one international airport, one foreign trade zone, two railroad crossings, and one trusted traveler enrollment center. The port had 76 primary lanes for passenger vehicles, commercial vehicles, and pedestrians, and large amounts of commercial passenger buses that enter at Bridge of the Americas and Paso Del Norte crossings. The Bridge of the Americas and Ysleta are each responsible for one of the above referenced passenger operation bridges. Paso del Norte is responsible for the other two, including the Paso del Norte bridge and the Stanton Street Bridge Dedicated Commuter Lane (DCL).

8. The Port of El Paso is responsible for implementing a number of missions, including the facilitation of lawful trade and travel, interdicting drugs and proceeds of criminal enterprise, and counter-terrorism. During the implementation of each of these missions, it is critical that the port is able to preserve security while maintaining safe and sanitary conditions for the traveling public and those temporarily detained for processing and pending transfer to another agency.

9. One of the Port of El Paso's responsibilities is to inspect aliens for admission to the United States. To the extent that an alien seeking admission to the United States lacks adequate entry documents or is otherwise inadmissible, the Port of El Paso must temporarily detain them pending transfer to longer-term detention facilities operated by U.S. Immigration and Customs Enforcement (ICE) or the U.S. Department of Health and Human Services (HHS).

10. One of the more common questions that ports receive from visitors is regarding the size of a port of entry. One of the more common descriptions provided is the number of primary lanes that a facility may have. For example, within the El Paso Field Office, the Port of

---

[2] Prior to Ysleta becoming its own port, the bridges that fell under the El Paso POE were Paso Del Norte (PDN), Stanton, Bridge of the Americas (BOTA), and Ysleta.

3

Presidio has six primary lanes while the Port of El Paso had 76 primary lanes during the years of 2018 and 2019. However, this "physical lane capacity" is only useful in providing a general description of a facility's infrastructure. It is not a useful tool in the field for purposes of managing the operation. Ports of entry are generally not equipped with the resources (staffing, equipment, funding) to open every primary lane all of the time. In addition, the workload changes often, many times hourly, and not all ports are the same. Some ports may have challenges unique to their location. For example, as described above, the port of El Paso has multiple facilities located over a large area. In contrast, the Port of Presidio is not only smaller, but its entire facility is encompassed in one location. The resources that a port of entry has assigned to each location on any given day, the current workload at any given time at each of these locations, combined with any unique facility challenges, are what constitutes the Port of El Paso's operational capacity. It is necessary for this operational capacity to be considered when determining the port's capacity to process individuals without documents sufficient for lawful entry.

11.     The port's physical detention capacity of ■ is similar to the number of primary lanes in that it provides a general size description of the facility itself. The Port of El Paso is generally not equipped with the resources to utilize every short-term hold room at the same time all of the time. In fact, the El Paso port of entry is not designed to detain individuals for extended periods. Migrant surges experienced along the southwest border have led to periods where overcrowding became a significant issue at the El Paso Port of Entry. Overcrowding in any facility is a significant safety concern. Physical detention capacity is a useful data point to show that a facility may be subject to overcrowding at any point in time. However, this is only one factor among many that make up a port's operational capacity. A port's capability to

4

receive, process, hold for custody, provide care, and transport migrants is dictated by the port's operational capacity and not solely by its infrastructure.

12. El Paso's short-term hold rooms were not designed to be used for long-term detention. However, the amount of time a migrant detainee is held at the port is highly dependent upon the ability of ICE to take custody. Until ICE provides notification to the port that a detainee has been accepted for placement, the detainee must wait in OFO custody at the port. As in-custody times increase due to factors beyond the port's control, the port may deem it necessary to take steps to manage the flow into the port of entry of aliens without documents sufficient for lawful entry, in order to ensure that the short-term hold rooms remain safe and sanitary for those already in custody.

13. The availability of space in the short-term holding rooms at each specific border crossing is also dependent on additional factors, such as the characteristics and demographics of the individuals in custody, transfers of detainees from the port of entry, and the day-to-day operational needs of the port of entry. Detainee transfers to another agency generally require port personnel to transport the detainees to that agency's facility. The location where the custody transfer will occur varies depending on the violation that the detainee committed and the agency accepting custody and performing the subsequent investigation. Criminal prosecutions are typically transported to the El Paso County Detention Facility. ICE typically handles releases of inadmissible aliens from jails, but not all. If ICE declines to pick up jail releases, port personnel must conduct the transport, and this involves various facilities to include Otero Country Prison in New Mexico and the West Texas Detention Facility in Sierra Blanca, Texas. Unaccompanied alien children (UAC) may be placed by ICE and HHS at local facilities or outside the area. If placed outside the area, then UACs are typically transported to the El Paso International Airport

5

for transfer to an ICE contractor for flights. If placed locally, port personnel will conduct a ground transport to approved facilities located throughout the city. In addition, transfers of family units to ICE often involve transports to multiple facilities in one trip. For example, a family unit being transferred to ICE will require an OFO transport to ICE's alternative detention facility in order for ICE to assign an ankle monitor prior to them being transported to a different ICE facility that will accept custody. If any of these agencies require a medical clearance, then the detainee will be transported to one of various hospitals in the area. While the physical detention capacity of the short-term hold rooms generally sets an upper ceiling for CBP's holding capacity purposes, the Port of El Paso's operational capacity to hold individuals in the short-term holding rooms varies and may sometimes be lower than the physical detention capacity at any given time.

14. Short-term hold rooms were designed to temporarily detain individuals for several hours. The Port of El Paso utilizes the short-term hold rooms to detain all inadmissible and deportable aliens pending their processing and inspection for admission to the United States and, where appropriate, their transfers to ICE, HHS, and/or another federal agency. The short-term hold rooms at the Port of El Paso are also used to detain individuals subject to criminal prosecution while they await transfer to the custody of a third-party federal or state agency. The aggregate physical detention capacity of the hold rooms at Paso del Norte, Bridge of the Americas, and Ysleta border crossings is approximately ▇.[3] The number of individuals in custody at the Port of El Paso affects the space that the port has at each of these border crossings to process additional individuals without documents sufficient for lawful entry into the United

---

[3] The Port of El Paso calculated this to represent the number of individuals who can be held overnight in the port's designated holding space. The calculations were based on space for sleeping mats and the areas of the port that operated 24/7. Many sections of the port are not open 24/7 and therefore there are no personnel assigned to these areas when closed.

6

States. CBP generally makes efforts to keep family units together in the short-term hold rooms. However, the demographics of a particular family unit may impact the amount of space that CBP has for other individuals. For example, a family unit consisting of a father and teenage son will not be held with other family units that contain mothers with young daughters. Family units will not be held in the same room as unrelated single adult males or females. Pursuant to CBP's National Standards on Transportation, Escort, Detention and Search, all single adult males and females must be held separately.[4] CBP policy also requires that unaccompanied alien children (UAC) be held separately from unrelated adults.[5] At the Paso Del Norte border crossing, the designated UAC holding area for the El Paso Field Office, unaccompanied alien children are held in a repurposed facility space separate and apart from the short-term hold rooms, which creates a less restrictive environment. Additionally, it is both CBP policy and general practice at the Port of El Paso that if an individual is determined to be a risk to others because he or she has a contagious disease or has a criminal history or gang affiliation, CBP may choose to isolate that individual in a short-term hold room by themselves for the safety of officers and other detainees, thereby affecting the remaining physical detention capacity available to CBP.[6]

15. CBP attempts to process and transfer to another agency, as appropriate, all individuals in custody as expeditiously as possible without negating CBP's overall mission or compromising the safety of individuals within its custody. However, the port has no control over the speed at which third-party federal or state agencies assume custody of detainees. Depending on third-party agency movement of detainees, or lack thereof, the Port of El Paso's short-term

---

[4] TEDS, Section 4.3 [AOL-DEF-00039041] and CBP Directive 3340-030B [AOL-DEF-00197091], Section 8.6
[5] TEDS, Section 4.3 and 5.6 [AOL-DEF-00039041]. CBP Directive 3340-030B [AOL-DEF-00197091], Section 9.7.9
[6] TEDS, Sections 2.8, 4.2, 4.3, 4.10 [AOL-DEF-00039041] and CBP Directive 3340-030B [AOL-DEF-00197091], Section 9.5.3

7

hold rooms may remain at or near capacity even without the port processing additional individuals. The speed in which the detainees are transferred directly impacts whether the port has space to process additional individuals who are subject to detention.

16. The Port of El Paso's staffing also heavily impacts its operational capacity to process aliens without documents sufficient for lawful entry. Staffing is not only dependent upon internal operations but external as well, for example, the deployment of personnel to other areas or CBP components in need of assistance. In 2018, the Port of El Paso deployed 123 officers to OFO's San Diego and Tucson field offices as part of Operation Secure Line. In 2019, 164 officers were deployed to U.S. Border Patrol's El Paso Sector as part of Operation Southern Support. Both deployments were conducted to address mass migration events.[7]

17. I was asked to describe port operations for the El Paso Port of Entry on June 17, 2018 and to discuss how specific factors impacted the port's operational capacity to process individuals without travel documents on this date as an example of how the operational capacity factors may operate on a particular date. After reviewing the materials listed in the Appendix, I conclude that on Sunday, June 17, 2018, the Port of El Paso was operating beyond its operational capacity during its midnight shift and at or near its operational capacity for all other shifts on this date.

18. Some of the operations within the Port of El Paso are open and operate 24/7, including weekends and holidays. Port operations for Sunday, June 17, 2018 are listed below as an example.

---

[7] *See* "Operation Southern Support – Phase 8" Talking points; Email, "FWD: El Paso TDY Figures for Op Secure Line and Op Southern Support," 10/3/2019 with attachment: Port of El Paso -Secure Line and OSS Deployment Roster (excel spreadsheet). *See also* Email, "IP – Op Secure Line / El Paso", 12/3/2018 with attachments: Issue Paper on "Update – Operation Secure Line / El Paso", dated 12/3/2018; "Op Secure Line EPFO Contact Information Roster (Updated 12032018" (excel spreadsheet); "IP – Op Secure Line El Paso Background details".

- *Midnight Shift*

    a. 0000 – 0600 hours. Midnight Passenger-Vehicle-Pedestrian (PVP) and Passport Control Secondary (PCS) operations were underway at the three locations of Paso del Norte, Bridge of the Americas, and Ysleta border crossings. These operations conduct inspections on entering vehicles and pedestrians, to include merchandise and agricultural products. PCS operations conduct secondary inspections and processing of immigration-related referrals and violations. PVP operations have no immigration processing capability, but they do have short-term hold rooms and some capacity for overnight detention. PCS operations have both immigration processing and overnight detention capability. The operations at the same location are able to assist each other when feasible to do so. However, due to reduced staffing on midnight shifts, the capability to assist is limited.

    b. Overnight migrant staging event. The Port of Santa Teresa, New Mexico requested assistance on the evening of June 16th for the overnight staging of 9 of their migrant detainees. The Port of El Paso agreed to assist and held them overnight at the Paso del Norte border crossing.[8]

    c. 0458 hours event. Fugitive arrest interdicted at the Bridge of the Americas. Subject was a lawful permanent resident alien with an active warrant for a narcotics violation. Because the subject was an alien, some immigration processing was required prior to the individual being turned over to ICE Homeland Security Investigations (HSI) and transported to jail.[9]

---

[8] *See* E-mail "El Paso Field Office Detainee Activity Report, 6/16/18 2300" AOL-DEF-00805956-58.
[9] *See* E-mail "BOA POE / TECS Hit Wanted / Adult MX Male", 06/17/18.

9

    d. 0000 – 0500 hours event. Heavy vehicle traffic at all three Passenger-Vehicle-Pedestrian locations. Bridge of the America's traffic led to extra lanes being opened through 0500 hours. Paso del Norte had extra lanes opened through 0400 hours. Ysleta had extra lanes opened until about 0100 hours.[10]

    e. 0000 – 2400 hours event. Two officers per shift from Bridge of the Americas were detailed for the full day to guard a previously deported criminal alien at the hospital. All subjects in OFO custody must be guarded and escorts of subjects in OFO custody typically require two personnel for officer safety. It is important to note that Bridge of the Americas' midnight shift operates normally with 13-14 officers at PVP. Therefore, two officers at the hospital represents approximately 15% of their midnight staffing. The alien arrived at Bridge of the Americas on June 14th and was immediately transported to a hospital for medical treatment for gun-shot wounds to his left wrist, arm, chest, and chin. Subject had a collapsed lung and he had difficulty breathing. The subject was shot by an assailant in Mexico on June 8th. On June 17th, the subject had been under guard at the hospital by shifts of two port personnel over the course of three days.[11]

    f. 0000 – 0600 hours and 1600 – 2400 hours. Rail commercial cargo operations begin each night at 1600 hours and continue overnight through the midnight shift at the two locations of the Union Pacific (UP) and Burlington Northern Santa Fe (BNSF) rail yards. Railyards are inherently dangerous, especially at night, and personnel operating in

---

[10] *See* E-mails "Hourly Wait and Staffing Report 06/17/2018 0000 Hours" and "0100, 0200, 0300, 0400, 0500 Hours".
[11] *See* CBP Directive 3340-030B [AOL-DEF-00197091], Section 9.17. *See also* "PCS-Activity Report 06/16/18", "PCS-Activity Report 06/17/18", and "BOTA PEDs /Medical Assistance/ Adult MX Male", 06/17/18 with attachment "72.pdf" dated 06/14/18.

10

this environment require specialized safety training. Stowaway encounters, inadmissible aliens attempting entry by hiding on/in the train, are common. Rail operations have no detention nor processing capability. Violators are generally placed into hand restraints and wait sitting on the ground under guard until officers are reassigned away from PVP or PCS operations to transport them to the Paso del Norte border crossing to be processed. On a given day, there are usually two officers that are reassigned to transport these individuals; however, the number of officers reassigned to transport is dependent upon the number of stowaways encountered. Officers reassigned to attend to these situations are typically unable to perform their usual duties anywhere from thirty minutes to an hour.[12]

    g. The Watch Commander for each shift at the Port of El Paso typically provides an informal briefing to the on-coming shift's Watch Commander. Part of this information usually includes the current status of detainees held at the port. The information passed-on is therefore generally reflective of current port conditions at 0700, 1500, and 2300 hours, respectively.[13]

    h. At 0700 hours, there were 80 subjects in detention. 37 of these were cases that had previously been completed and were waiting to be accepted by ICE. Of these cases waiting for ICE, 6 were family units that were in detention for over 72 hours and 2 were unaccompanied alien children that were in detention for over 48 hours. There were also 16 cases at the port still pending processing. Over the previous 24 hours, 14 cases were accepted and transferred to ICE and 26 new cases were received.

---

[12] *See* "Railroad Daily Stats Spreadsheet, June FY 2018".
[13] *See* "PCS-Activity Report 06/16/18-NEW", "PCS-Activity Report 06/17/18", and E-mail "PCS Activity Report – EOS – EVE WATCH 06/17/18".

11

      i. Considering all of the events taking place during this shift and the number of cases in various stages of processing (i.e. pending processing, pending notification from ICE to accept custody with some who had been at the port waiting for over three days), the port's staffing was stretched thin. The combination of these staffing constraints, some cases near or over 72 hours time-in-custody (also referred to as "TIC times"), the high number of cases pending acceptance from ICE, the number of cases still pending processing, the number of new cases acquired, and the events that occurred during the midnight shift, indicate that the port was operating beyond operational capacity for that shift.[14]

- ***Day Shift***

      j. 0000 – 2400 hours. Tactical operations consisting of the Anti-Terrorism Contraband Enforcement Team (A-TCET) and Mobile Enforcement Team (MET) are generally conducted 24/7. These are small rover teams that conduct counter-narcotic enforcement operations in all environments, to include outbound operations focused on currency and firearms smuggling by drug trafficking organizations. A-TCET typically operates with 3-5 officers per shift while MET typically operates with up to 10 officers in multiple teams. All teams are mobile and change locations frequently. Inadmissible or illegally present aliens encountered by these teams are transported to the nearest Passport Control Secondary location for processing.

      k. 0600 – 2200 hours. Passenger-Vehicle-Pedestrian and Passport Control Secondary operations were underway. Passport Control Secondary operations at the port operates 24/7. Staffing levels are typically higher on the day and evening shifts

---

[14] *See* "PCS-Activity Report 06/16/18".

providing the port a higher operational capacity on these shifts over the midnight shift. Migrants processed at a port of entry are turned over to ICE. ICE's Enforcement and Removal Office (ERO) did not often operate on weekends or holidays. In December 2017, the Port of El Paso coordinated with ICE to initiate Operation Bus Pass, an operation implemented to expand ICE capability to accept migrant family unit cases and provide some capability, although limited, to accept custody of cases on weekends.[15]

l. 0800 – 2400 hours. Passenger-Vehicle-Pedestrian trusted traveler lane operations begin at the Stanton location. Stanton normally operates from 0600 – 2400 hours Monday - Friday, opening at 0800 hours on weekends. Travelers that are pre-enrolled into CBP's various trusted traveler programs such as Global Entry or SENTRI may utilize this border crossing.

m. 0800 – 2400 hours. Airport operations begin at the General Aviation Facility on Boeing Avenue. Officers inspect international flights at the El Paso International Airport and military flights at Biggs Army Airfield on Ft. Bliss. There are generally 3-4 officers per shift assigned to the Airport. For military flights, up to 5 personnel are assigned to inspect the flight. There is no immigration processing or overnight detention capability at this location when open. There are a small number of short-term hold rooms. All overnight detention or cases involving processing, such as immigration cases, paroles or waiver requests, narcotics or other contraband seizures, or arrests for other criminal violations are transferred to the Bridge of the Americas border crossing.

---

[15] This information is derived from personal knowledge and is also captured, in part, in an issue paper from OFO, Port of El Paso, entitled "Impact of Operation Bus Pass conducted by Immigration and Customs Enforcement's Enforcement Removal Office (ICE ERO)," dated December 29, 2017. It is important to note that ICE does not usually operate on weekends. During June 2018, ICE had a special operation implemented that provided some limited capability on weekends, as reflected in this issue paper.

n. 1000 – 1400 hours. "All Lanes Open Initiative" event. The Port of El Paso does not have the resources to open all primary lanes for extended periods of time, but the port is capable of opening as many lanes as possible for short periods of time during rush hour or peak travel periods. On Sundays, the port opens as many vehicle and pedestrian lanes as possible at all four Passenger-Vehicle-Pedestrian locations. To accomplish this, the port must both reassign personnel from other operations and assign extra personnel on overtime. Therefore, assistance from other areas for Passport Control Secondary operations is limited during this time frame. This peak travel time event is conducted between the hours of 0600 – 1000 hours Monday – Friday and from 1000 – 1400 hours on weekends.[16]

o. Seizures. There were two narcotics seizure events intercepted, both at the Bridge of the Americas. There was also one agricultural seizure with penalty intercepted at Ysleta.[17]

p. 1107 hours event. There was a SIGMA system outage affecting all three Passport Control Secondary locations. However, based on the documents reviewed, there is no indication as to how long the outage lasted. SIGMA was the system used for processing immigration cases.[18]

q. At 1500 hours there were 92 subjects in detention. Thirty-eight of these were cases that had previously been completed and were waiting to be accepted by ICE. Of these cases waiting for ICE, 14 were family units that were in detention for over 72 hours and 4 were unaccompanied alien children that were in detention for over 48 hours. There

---

[16] *See* E-mails "Hourly Wait and Staffing Report 06/17/2018 1000 Hours" and "1100, 1200, and 1300 Hours".
[17] *See* "El Paso Field Office Daily Summary Report," 06/17/18.
[18] *See* E-mail "SIGMA/IDENT/Search and Enroll (E3)/ATS System Outage", 06/17/18.

14

were also 22 cases at the port still pending processing. On this shift, two cases were accepted and transferred to ICE and 21 new cases were received. Two of the new cases were unaccompanied alien children that would have been prioritized over other cases. Considering all of the events taking place during this shift and the number of cases in various stages of processing (i.e. pending processing, pending notification from ICE to accept custody with some who had been at the port waiting for over three days), the port's staffing appeared to be operating well, but near the limit of what they can handle. For example, the combination of high numbers of cases near or over 72 hours time-in-custody, the high number of cases pending acceptance from ICE, the number of cases still pending processing, the high number of new cases acquired, and the other events that occurred during the day shift, indicate that the port was operating at or near full operational capacity.[19]

- ***Evening Shift***

    r. 1545 hours event. U.S Representative Joe Kennedy III of Massachusetts and staff arrive to PDN border crossing. Purpose of arrival was return travel from Mexico to United States only.[20]

    s. 2200 – 2400 hours. Midnight Passenger-Vehicle-Pedestrian operations begin at the four passenger locations of Paso del Norte, Stanton, Bridge of the Americas, and Ysleta. Midnight Passport Control Secondary operations begin at the three locations of Paso del Norte, Bridge of the Americas, and Ysleta. On weekends, the Port of El Paso strives to open "50%" of all lanes between the hours of 2200 - 2400 to alleviate peak

---

[19] *See* "PCS Activity Report", 06/17/18.
[20] See E-mail "U.S. Representative Joe Kennedy III Applies for Entry at the Paso Del Norte Border Crossing", 06/17/18.

15

weekend evening traffic. To accomplish this, the port must both reassign personnel from other operations and assign extra personnel on overtime. Therefore, assistance from other areas for Passport Control Secondary operations is limited during this timeframe.[21]

t.  Overnight migrant staging event. The Port of Santa Teresa, New Mexico requested assistance on the evening of June 17th for the overnight staging of 8 of their migrant detainees. The Port of El Paso agreed to assist and held them overnight at the Paso del Norte border crossing.[22]

u.  At 2300 hours there were 102 subjects in detention. 38 of these were cases that had been previously completed and were waiting to be accepted by ICE. Of these cases waiting for ICE, 15 were family units that were in detention for over 72 hours and 5 were unaccompanied alien children that were in detention for over 48 hours. There were also 14 cases that were still pending processing at the port. Considering all of the events taking place during this shift and the number of cases in various stages of processing (i.e. pending processing, pending notification from ICE to accept custody with some who had been at the port waiting for over three days), the port's staffing appeared to be operating well but near the limit of what they can handle. For example, the combination of high numbers of cases near or over 72 hours time-in-custody, the high number of cases pending acceptance from ICE, the number of cases still pending processing, and the events that occurred during the evening shift indicate that the port was operating at or near full operational capacity.[23]

---

[21] *See* E-mails "Hourly Wait and Staffing Report 06/17/2018 2200 Hours", "2300 Hours", and "RE: Hourly Wait and Staffing Report 06/17/2018 2300 Hours".
[22] *See* E-mail "El Paso Field Office Detainee Activity Report for 6/17/2018 2300" AOL-DEF-00805964-66.
[23] *See* E-mail "PCS Activity Report – EOS – EVE WATCH", 06/17/18.

16

  v. The following port operations are generally closed on Sundays and therefore were not open on June 17, 2018: two large Cargo operations at Bridge of the Americas and Ysleta border crossings, the off-site Foreign Trade Zone consisting of 55 warehouses or container freight stations and the trusted traveler Enrollment Center. The staffing and resources dedicated to these operations are primarily involved with protecting the Nation's economy such as trade and agriculture compliance and the facilitation of lawful trade and travel. Immigration processing is only one of many operations at the Port of El Paso. While the port does have staffing dedicated to immigration processing, much of its staffing is also dedicated to the port's other operations as well. Many of these operations due to their mission, facility constraints, and/or operating hours are generally not capable of immigration processing or overnight detention.

 I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

          Executed on the 25 day of September, 2020.

          _____
          Samuel Cleaves
          Assistant Port Director
          Port of El Paso
          Office of Field Operations
          U.S. Customs and Border Protection