JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4120 | Fax: (202) 305-7000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DEFENDANTS' EXHIBIT 3** |
| v. | [Redacted Public Version] |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>Chad Wolf, *et al.*,<br>    *Defendants*. | No. 3:17-cv-02366-BAS-KSC |

### DECLARATION OF RODNEY HARRIS

I, Rodney Harris, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records, and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am currently the Deputy Assistant Director of Field Operations, Border Security, Laredo Field Office (LFO), Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). Prior to serving in this role, I was a Supervisory Program Manager for Border Security at the Laredo Field Office. I began my career as a Customs Inspector in Laredo, TX.

2. The accompanying resume is a true and accurate copy of my resume, and is an accurate representation of my professional experience, as of today.

3. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 5 day of October, 2020.

Rodney H. Harris
Deputy Assistant Director of Field Operations,
Border Security
Laredo Field Operations
Office of Field Operations
U.S. Customs and Border Protection

1

Rodney H. Harris
109 Shiloh Dr., Suite 300
Laredo, TX 78045



I currently serve as the Deputy Assistant Director, Field Operations - Border Security for the Laredo Field Office (LFO). The LFO is the largest field office within U.S. Customs and Border Protection (CBP) Office of Field Operations (OFO) and leads the Nation in numerous measures.

**Relevant Work Experience**

**Deputy Assistant Director, Field Operations - Border Security**
GS-1895
U.S. Customs and Border Protection (CBP)
07/2018 - Present
Laredo, Texas, U.S.
Grade Level: GS-14
Hours per week: 40+

In July 2018, I assumed the position of Deputy Assistant Director, Field Operations (ADFO) in the Border Security division of the Laredo Field Office (LFO). As Deputy ADFO, I oversee the daily business of the LFO's Border Security division, conducted by a staff of Program Managers - Second Line, Program Managers, and CBP Officers and Supervisory CBP Officers assigned to the Laredo Operations Center (LOC). Additionally, the Border Security division encompasses Supervisory CBP Officers detailed to Joint Terrorism Task Forces (JTTFs) and CBP's Office of Professional Responsibility (OPR) as taskforce officers (TFOs). As Deputy ADFO, I regularly represent the LFO in events and meetings with the public, governmental, and non-governmental stakeholders, and have frequent dealings with other law enforcement agencies at the State, Local and Federal levels. I have fulfilled several collateral duties, such as the LFO's Emergency Management Coordinator and the Field Manager (FM) for the LFO's Confidential Human Source (CHS) program. I have served as a voting member on the Local Use of Force Review Boards (LURBs) in three different QPR Resident Agent in Charge (RAC) offices (Del Rio, Laredo, and McAllen).

Contact Supervisor: Yes
Supervisor's Name: Robert A. Fencel
Supervisor's Phone:

**(Acting) Assistant Director, Field Operations - Border Security**
GS-1895
U.S. Customs and Border Protection (CBP)
09/2018 - 03/2019
Laredo, Texas, U.S.
Grade Level: GS-14
Hours per week: 40+

In September 2018, the Director, Field Operations (DFO) appointed me to the position of (Acting) Assistant Director, Field Operations (ADFO) - Border Security and I assumed responsibility for the Border Security division within the Laredo Field Office (LFO). While acting as ADFO, I continued to manage the personnel and day-to-day operations in the LFO's Border Security division while overseeing operational and enforcement activities at the LFO's eight ports of entry. During the course of my tenure, Border Security successfully collaborated with the LFO's Mission Support division and the Directors of Northern and Southern Operations (DNO / DSO) in preparing for and responding to two massive caravans of migrants that reached the U.S. Southwest Border (SWB) in November 2018 and January 2019. In addition to managing a diverse portfolio of border security programs and initiatives, I had the opportunity to represent the LFO at numerous events, such as the Consular Fair at the American Consulate in Nuevo Laredo, Mexico, and engagements, such as the Overseas Advisory Council (OSAC) where I served as a panelist.

Contact Supervisor: Yes
Supervisor's Name: Bradd M. Skinner
Supervisor's Phone:
Supervisor's Name: David P. Higgerson
Supervisor's Phone:


**Supervisory Program Manager**
GS-1895
U.S. Customs and Border Protection (CBP)
08/2015 - 07/2018
Laredo, Texas, U.S.
Grade Level: GS-14
Hours per week: 40+

In August of 2015, I was promoted to the position of Supervisory Program Manager within the Border Security division of the Laredo Field Office (LFO). In this assignment, I directly supervised three Program Managers - Second Line, and a Student Intern. I also provided oversight for Joint Terrorism Task Force (JTTF) officers, three Task Force Officers with CBP's Office of Professional Responsibility (OPR), and the Laredo Operations Center with a staff of 15 CBP Officers and 5 Supervisory CBP Officers. In this position, I continued to direct a wide variety of complex border security programs and added oversight of the field office's

Admissibility Unit to my portfolio. While in this position, I oversaw the establishment of the Tactical Terrorism Response Team (TTRT) and Confidential Human Source (CHS) programs within the LFO.

Contact Supervisor: Yes
Supervisor's Name: Frank S. Longoria
Supervisor's Phone: ███████

**Assistant Commander - Logistics Division**
GS-1895
U.S. Customs and Border Protection (CBP)
02/2012 - 08/2015
Laredo, Texas, U.S.
Grade Level: GS-13
Hours per week: Collateral Duty

In February of 2012, I was detailed to the South Texas Campaign (STC) headquarters staff as a collateral duty. On the STC headquarters staff, I held the position of Assistant Commander - Logistics Division (J4). With the advent of the Southern Border and Approaches Campaign Plan (SBACP), I continued to serve the Joint Task Force - West South Texas Corridor (JTF-W STC) in the same capacity. As the J4, I was responsible for advising senior leaders on budgetary matters and other logistical and support issues. During my tenure as J4 I oversaw weekly budget reports, authored numerous budgetary issue papers, developed business cases, served as the Government Accountability Office (GAO) liaison, coordinated training, monitored inventory and purchasing, and spearheaded the STC Forensic Development Initiative (developed electronic data collection standard operating procedures and managed basic crime scene investigation training). Some of the products I was responsible for developing included the South Texas Campaign (STC) Plan Joint Targeting Team (JTT) Annex, the Compilation of Corridor Best Practices briefing book, and the South Texas Campaign Organizational Development business case. I successfully managed annual budgets ranging from $570,000 (FY2012) to over $5.5 million (FY2014).

Contact Supervisor: Yes
Supervisor's Name: Robert L. Harris
Supervisor's Phone: ███████

**CBP Officer (Program Manager- Second Line)**
GS-1895
U.S. Customs and Border Protection (CBP)
05/2011 - 08/2015
Laredo, Texas, U.S.
Grade Level: GS-13

Hours per week: 40+

I held the position of Program Manager - Second Line with the Laredo Field Office (LFO) from May 2011 through August 2015. My duties included maintaining subject matter expertise in a wide variety of CBP programs, projects, and initiatives. Some of my programmatic responsibilities included Pursuit Vehicles, Situation Room reporting, Pleasure Boat reporting, CAOS (Combined Automated Operations System), DOMEX (Document and Media Exploitation), and Basic Crime Scene Investigation (BCSI). In addition to my routine duties, and the long-term collateral assignment identified above, I was selected to serve as the field office's Emergency Preparedness Coordinator (EPC), with all hazards responsibilities ranging from overseeing the completion of Continuity of Operations Plans (COOPs) and Occupant Emergency Plans (OEPs), to serving as the field office coordinator for National Security Special Events and supporting the designated Lead Field Coordinators.

Contact Supervisor: Yes
Supervisor's Name: Frank S. Longoria
Supervisor's Phone:

**Supervisory CBP Officer (First Line)**
GS-1895
U.S. Customs and Border Protection (CBP)
10/2006 - 05/2011
Laredo, Texas, U.S.
Grade Level: GS-12 through GS-13
Hours per week: 40+

As a supervisor with U.S. Customs and Border Protection, I held several assignments at the Port of Laredo. I had over four years of experience supervising cargo operations and concluded my first-line supervisory career directing Passenger Processing teams. I have extensive experience with ACE (Automated Commercial Environment), ACS (Automated Commercial System), NII, and A-TCET (Anti-Terrorism Contraband Enforcement Team) operations. While assigned to the Colombia Solidarity Bridge, I was an instructor for the CBP Cargo/Trade - Land Training course. As a supervisory CBPO, I managed day-to-day operations in several operational environments and oversaw numerous large narcotics and commercial seizures, as well as admissibility-related adverse actions.

Contact Supervisor:  Yes
Supervisor's Name: William Trevino
Supervisor's Phone:

**Customs Inspector/ CBP Officer**
GS-1890 / GS-1895

U.S. Customs Service/ U. S. Customs and Border Protection
09/1999 - 10/2006
Laredo, Texas, U.S.
Grade Level: GS-5 through GS-11
Hours per week: 40+

As a Customs Inspector, and later a **CBP** Officer at the Port of Laredo, I gained significant experience in passenger processing operations, ACS (Automated Commercial System) operations, railroad and airport operations, and was responsible for numerous significant narcotics and commercial seizures. During those assignments, my initiative and enforcement mindset led to my selection for several special enforcement teams: the A-TCET (Anti-Terrorism Contraband Enforcement Team), the ISET (Import Specialist Enforcement Team), and the MET (Merchandise Enforcement Team). I held the following NII certifications: MTXR primary operator, VACIS primary operator, Rail VACIS primary operator, and was a certified Hazardous Materials Coordinator.

Contact Supervisor: Yes
Supervisor's Name: Gerald Raines
Supervisor's Phone:

## Education

Campbell University
Buies Creek, North Carolina, U.S.
Bachelor's Degree; Received 05/1998
128 Semester Hours
Major: Government
Concentration: International Studies
GPA: 3.196 out of 4.00
Elected to the Pi Gamma Mu International Honor Society in 1997

## Job Related Training

Basic Combat Training Course, 1992
Firearms Safety Training Course, 1997
Basic Course for Correctional Officers, 1999
Spanish for Correction and Detention Personnel, 1999
Customs Inspector Basic Training, 1999 (Distinguished Student)
Hazardous Materials / Dangerous Goods Coordinators Course, 2002
Customs Inspector Anti-Terrorism Training, 2002
MTXR, 2002
Confined Space Entry, 2005
VACIS, 2005

Rail VACIS, 2005
Unified Immigration Processing- Land (UIPL), 2007
Supervisory Leadership Training (SLT), 2007
TRAEN Training, 2009
Team Leadership Program, 2010
Incident Command Systems 300, 2011
Patron Saints of the Mexican Drug Underworld, 2011
National Planners Course, 2012


**Languages**
Spanish
Spoken: Novice
Written: Novice
Read: Novice


**References**

Bradd M. Skinner, U.S. Customs and Border Protection, Deputy Director, Field Operations
Phone Number:
Reference Type: Professional

Frank S. Longoria, U.S. Customs and Border Protection, Assistant Director, Field Operations - Border Security (Retired)
Phone Number:
Reference Type: Professional

Francisco Garcia, U.S. Customs and Border Protection, Assistant Port Director (Retired)
Phone Number:
Reference Type: Professional

William Trevino, U.S. Customs and Border Protection, Watch Commander
Phone Number:
Reference Type: Professional


**Additional Information, Honors, or Awards**

U.S. Army Cadet Command:
    Certificate of Appreciation, 07/1998
U.S. Customs Service/ U.S. Customs and Border Protection:
    Certificate of Commendation, 10/2001
    Certificate of Appreciation, 2002
    Certificate of Commendation, 01/2003
    Certificate of Commendation, 01/2003

      Certificate of Commendation, 12/2003
      Certificate of Recognition, 04/2008
      Certificate of Recognition, 09/2008
      Special Act Award, 09, 2012
      Certificate of Recognition, 09/2014
      Quality Step Increase, 12, 2017
      Certificate of Recognition, 12/2018
      Certificate of Recognition, 09/2019
      Quality Step Increase, 02/2020
      Letter of Commendation, 03/2020

**<u>Miscellaneous</u>**

Country of Citizenship: United States of America
Veterans' Preference: No
Registered for Selective Service: Yes
Highest Grade: GS-1895-14, 08/2015-Present
Contact Current Employer: Yes
Availability/Job Type: Permanent
Work Schedule: Full Time
Desired Locations: U.S.