JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
ARI NAZAROV (CT 414491)
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **JOINT MOTION TO EXTEND DEADLINES FOR THE PARTIES TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO EXCLUDE EXPERT TESTIMONY** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | **[Declaration of Dhruman Y. Sampat filed concurrently)** |

# JOINT MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEFS IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO EXCLUDE

The parties respectfully request that the Court grant a ten-day extension of the deadline for the parties to file their reply briefs in support of their respective motions to exclude expert testimony ("Motions to Exclude"). The hearing date on the motions is currently set for October 19, 2020, thereby making the reply briefs due on Friday, October 9, 2020. Should the Court grant the extension, the parties would submit their reply briefs on October 19, 2020.

## I. DEFENDANTS' POSITION

"Good cause" for an extension under Rule 6(b)(1) "is a non-rigorous standard" and "extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Author R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)). Defendants submit that good case exists to grant an extension to October 19, 2020, for the parties to submit their replies in support of their Motions to Exclude.

The parties filed their respective Motions to Exclude on September 4, 2020, and set the motion hearing date for both Motions for October 19, 2020. *See* ECF No. 536, 539. Per the local rules, the replies would normally be due on October 12, 2020. *See* CivLR 7.1(e)(3) (setting the filing deadline for reply briefs at seven days before the noticed hearing date). As October 12 is a federal holiday, the parties' reply briefs would be due on Friday, October 9. Fed. R. Civ. P. 6(a)(1)(C), (a)(5) (requiring the party to count backwards from the triggering even to determine the proper deadline).

On October 5, 2020, undersigned counsel emailed Plaintiffs' counsel proposing a one-week extension so the parties would file their reply briefs on October 16, 2020. Sampat Decl. ¶ 3. Counsel for Plaintiffs did not oppose the extension request and proposed an additional three days so that the parties' briefs would be due on

1  October 19, 2020. *Id*. ¶ 4. Plaintiffs made this request given that they will be filing
2  their opposition to Defendants' motion for summary judgment on October 16, 2020.
3  *Id*. Defendants do not oppose the new deadline. *Id*. ¶ 5.
4      Defendants make this request because they require additional time to review
5  Plaintiffs' opposition and prepare their reply brief. *Id*. ¶ 6. This brief extension will
6  not interfere with parties' summary judgment briefing, *see* Sampat Decl. ¶ 7, and
7  will not prejudice any party.

## II.   PLAINTIFFS' POSITION

9   Plaintiffs join in the motion above, which correctly states our position. We
10  respectfully request that the deadline for reply briefs in support of motions to exclude
11  be extended to Monday, October 19, 2020.

Dated: October 7, 2020          Respectfully submitted,

                                JEFFREY BOSSERT CLARK
                                Acting Assistant Attorney General
                                Civil Division

                                WILLIAM C. PEACHEY
                                Director

                                KATHERINE J. SHINNERS
                                Senior Litigation Counsel

                                *s/ Dhruman Y. Sampat*
                                DHRUMAN Y. SAMPAT
                                Trial Attorney
                                U.S. Department of Justice
                                Office of Immigration Litigation
                                District Court Section
                                P.O. Box 868, Ben Franklin Station
                                Washington, D.C. 20044
                                Tel: (202) 532-4281| Fax: (202) 305-7000
                                dhruman.y.sampat@usdoj.gov

*Counsel for Defendants*

3

JOINT MOTION
FOR EXTENSION
Case No. 3:17-cv-02366-BAS-KSC

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: October 7, 2020   Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*