JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
dhruman.y.sampat@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF DHRUMAN Y. SAMPAT IN SUPPORT OF JOINT MOTION FOR EXTENSION TO PARTIES' REPLY BRIEFS IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO EXCLUDE EXPERT TESTIMONY** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

# DECLARATION OF DHRUMAN Y. SAMPAT

I, Dhruman Y. Sampat, declare as follows:

1. I am a trial attorney in the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation and represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I make this declaration in support of the parties' joint motion for an extension of time to file their reply briefs in support of their motions to exclude expert testimony.

3. On October 5, 2020, I emailed counsel for Plaintiffs asking for their position on seeking a one-week extension for the parties to file their replies in support of their motions to exclude. The new filing deadline would be October 16, 2020.

4. Stephen Medlock responded promptly noting that Plaintiffs did not oppose the extension and asked Defendants' position on extending the deadline until October 19, 2020. Plaintiffs asked for the additional time because they are scheduled to file their opposition to Defendants' motion for summary judgment on October 16, 2020.

5. I responded that Defendants do no oppose extending the parties' deadline to file replies to their motions to exclude to October 19, 2020.

6. Defendants need additional time to review Plaintiffs' opposition and prepare their reply in support of their motion to exclude.

7. The brief extension will not interfere with any other scheduling order deadline.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on October 7, 2020, in Washington, D.C.

Dated: October 7, 2020

Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney

*Counsel for Defendants*