MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF ORI LEV IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' EX PARTE EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF ORI LEV

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF ORI LEV

I, Ori Lev, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and counsel for the Plaintiffs in this case.

2. I make this declaration in support of the Plaintiffs' Unopposed Motion to Seal Portions of Plaintiffs' *Ex Parte* Emergency Motion to Enforce Preliminary Injunction and Temporarily Enjoin Removal of Preliminary Injunction Class Member ("Emergency Motion") and supporting documents.

3. Plaintiffs seek to seal portions of the Emergency Motion and supporting documents as follows:

   a. The Preliminary Injunction Class Member's name, found in full on
      i. page 3 of the Emergency Motion;
      ii. page 3 of the Memorandum of Law in support of the Emergency Motion;
      iii. Paragraph 2 of the Declaration of Rebecca Cassler filed in support of the Emergency Motion;
      iv. Paragraphs 10, 11, 16 and 17 of the Declaration of Nicole Ramos filed in support of the Emergency Motion; and
      v. Paragraph 2, 7 and 9 of the Declaration of Melissa Crow filed in support of the Emergency Motion.
   b. The Preliminary Injunction Class Member's Alien Registration Number ("A-Number"), on page 3 of the memorandum of law in support of the Emergency Motion.
   c. A photocopy of the waitlist maintained by the Instituto Nacional de Migración, containing the full names of asylum-seekers metered in Mexico, including the Preliminary Injunction Class Member, attached as an exhibit to the Declaration of Nicole Ramos filed in

1 | support of the Emergency Motion.

2 | 4. As described in the accompanying motion to seal, the parties seek to seal these documents and descriptions of them because filing them on the public docket would reveal identifying information of a class member who is at risk of harm should they be identified.

5. The parties have conferred regarding the motion. Defendants do not oppose the motion to seal.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 12th day of October 2020 at Washington, D.C.

*/s/ Ori Lev*

Ori Lev