MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 1**<br><br>**DECLARATION OF REBECCA M. CASSLER IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER**<br><br>*PORTIONS FILED UNDER SEAL* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF REBECCA M. CASSLER

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

DECLARATION OF REBECCA M. CASSLER

# DECLARATION OF REBECCA M. CASSLER

I, Rebecca M. Cassler, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am an attorney at the Southern Poverty Law Center and counsel for the Plaintiffs in this case.

2.    I interviewed ████████████████████████ ("Applicant") on October 11 and October 12, 2020. She is currently detained at Prairieland Detention Center in Alvarado, Texas. I received photographs and scans of some documents related to Applicant's immigration proceedings by contacting her sister over telephone and email. My interviews of Applicant were informed by my review of those documents.

3.    Based on my discussions with Applicant and my review of her documents, my understanding is as follows:

   a. Applicant is a citizen of Cameroon who fled her country seeking humanitarian protection from political persecution based on her activities as a political opposition activist in Cameroon. She was arrested and raped by government officers in Cameroon. She traveled to Tijuana, Mexico, in order to present herself at the U.S. port of entry to seek asylum in the United States. She arrived in Tijuana and put her name on the metering waiting list on or around June 5, 2019.

   b. She was called from the waiting list and inspected by U.S. immigration officials in California on or around July 29, 2019. She was subsequently placed in expedited removal proceedings, and the interviewing officer gave her a negative credible fear determination on November 8, 2019. The interviewing officer concluded that she was ineligible for asylum based on the Asylum Transit Rule—8 C.F.R. § 208.13(c)(4).

    c.   She sought review of her negative credible fear determination by an immigration judge, who affirmed on November 14, 2019.

    d.   Neither Applicant nor her sister provided me with any documentation that would suggest that Applicant was screened for class membership for purposes of the preliminary injunction in this case.

    e.   Applicant did receive a phone call in or around March 2020 in which she was asked questions about whether she has health insurance, her sister's address, her children's birth dates, and her fear of return to Cameroon. Based on her recollection of the conversation, she does not recall being asked questions about being subjected to metering or her time in Tijuana prior to entering the United States. Applicant did not receive any documentation of this phone call.

    f.   Applicant is terrified of returning to Cameroon and fears immediate arrest and/or death if she is removed to Cameroon.

4.    Based on my discussions with Applicant, a number of other Cameroonian individuals detained at Prairieland Detention Center, and other legal advocates following the issue, it is my understanding that a flight to Cameroon is scheduled to depart from Texas sometime this evening or tomorrow morning, October 13, 2020, and that Applicant is set to be deported to Cameroon on that flight.

5.    After I spoke with Applicant today, shortly after noon central time, I emailed ICE Assistant Field Office Director Bradley Czechowicz. I informed him of Applicant's membership in the AOL PI class and asked that he provide me, by 4pm central time today, evidence that she has received the requisite AOL PI screening and a subsequent credible fear determination based on the merits, noting that failure to do so would constitute a violation of the preliminary injunction.

6.    As of 5:53 pm central time, when I executed this declaration, I had not received a response from Mr. Czechowicz.

DECLARATION OF REBECCA M. CASSLER

1

2      I declare under penalty of perjury under the laws of the United States of

3 America that the proceeding declaration is true and correct.

4      Executed on this 12th day of October 2020 at Fort Worth, Texas.

5

6      */s/ Rebecca M. Cassler*

7      Rebecca M. Cassler

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF REBECCA M. CASSLER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF REBECCA M. CASSLER