MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**NOTICE OF THE PARTIES' CONTINUED CONFERRAL EFFORTS REGARDING PLAINTIFFS'** ***EX PARTE*** **EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# NOTICE OF THE PARTIES' CONTINUED CONFERRAL EFFORTS REGARDING PLAINTIFFS' *EX PARTE* EMERGENCY MOTION

With this Notice, Plaintiffs inform the Court of the parties' ongoing conferral regarding Plaintiffs' *Ex Parte* Emergency Motion to Enforce Preliminary Injunction and Temporarily Enjoin Removal of Preliminary Injunction Class Member (ECF 574). Plaintiffs made multiple good faith efforts to communicate with Defendants' counsel regarding the substance of their motion, as required by Local Rule 83.3(g) and Section 6 of Judge Bashant's Standing Order for Civil Cases. *See* Supplemental Declaration of Melissa Crow. The parties communicated via email during the afternoon and evening of October 12, 2020 regarding the substance of the motion. *See id.* Due to the fact that October 12, 2020 was a federal holiday and in light of the immediate nature of the relief requested, the parties did not speak via telephone on that day. *See id.* ¶ 4. (The parties were not able to meet and confer in-person due to the COVID-19 pandemic. *See id.*)

Plaintiffs understand that Defendants will oppose this motion. *See id.* ¶ 20. Plaintiffs' counsel contacted Defendants' counsel this morning, October 13, 2020, to inquire whether Defendants have agreed to temporarily stay removal of the preliminary injunction class member who is the subject of Plaintiffs' Ex Parte Emergency Motion and to request a telephonic meet and confer at defense counsel's earliest convenience. *See id.* ¶ 22. Defendants' counsel responded that they do not yet have Defendants' position on a voluntary stay of removal. *Id.* ¶ 23.

Dated: October 13, 2020

MAYER BROWN LLP
  Matthew H. Marmolejo
  Ori Lev
  Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER

Melissa Crow
Sarah Rich
Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy
  Ghita Schwarz
  Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters

By: */s/ Ori Lev*
    Ori Lev

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2020 a copy of the foregoing joint status conference statement was served on all counsel of record via CM/ECF.

                          *s/Ori Lev*
                          Ori Lev