**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Chad F. Wolf, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR PARTIES TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO EXCLUDE EXPERT TESTIMONY**<br><br>**[ECF No. 571]** |

Before the Court is the parties' Joint Motion to extend their deadlines to file reply briefs in support of their respective motions to exclude by ten days. (ECF No. 571.) Good cause appearing, the Court **GRANTS** the Joint Motion. Both parties shall file their respective reply briefs regarding the motions to exclude by **October 19, 2020**.

　　**IT IS SO ORDERED.**

**DATED: October 13, 2020**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366