MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                     Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                     Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**UNOPPOSED JOINT MOTION TO PERMIT REMOTE ATTENDANCE AT OCTOBER 19, 2020 HEARING**<br><br>**Hearing Date: October 19, 2020**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTD BY THE COURT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

**CENTER FOR CONSTITUTIONAL RIGHTS**
 Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
 *bazmy@ccrjustice.org*
 Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
 *gschwarz@ccrjustice.org*
 Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
 *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

**SOUTHERN POVERTY LAW CENTER**
 Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
 *sarah.rich@splcenter.org*
 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
 *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

**AMERICAN IMMIGRATION COUNCIL**
 Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
 *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1 | The parties jointly request that they be permitted to attend the October 19, 2020 motions hearing remotely in light of the ongoing COVID-19 pandemic. *See* Dkt. 576. *See also* Centers for Disease Control and Prevention, *Travel: Frequently Asked Questions and Answers* (Oct. 14, 2020), https://www.cdc.gov/coronavirus/2019-ncov/travelers/faqs.html ("Air travel requires spending time in security lines and airport terminals, which can bring you in close contact with other people and frequently touched surfaces. Most viruses and other germs do not spread easily on flights because of how air circulates and is filtered on airplanes. However, social distancing is difficult on crowded flights, and you may have to sit near others (within 6 feet), sometimes for hours. This may increase your risk for exposure to the virus that causes COVID-19.").

In this case, lead counsel for Plaintiffs and Defendants are located in the Washington, D.C. area. Therefore, attending the October 19, 2020 hearing would require taking two transcontinental flights, which would increase counsel's risk of exposure to COVID-19. Accordingly, the parties jointly request that they be given leave to appear remotely at the October 19, 2020 hearing.

Dated: October 14, 2020

          MAYER BROWN LLP
             Matthew H. Marmolejo
             Ori Lev
             Stephen M. Medlock

          SOUTHERN POVERTY LAW CENTER
             Melissa Crow
             Sarah Rich
             Rebecca Cassler

          CENTER FOR CONSTITUTIONAL RIGHTS
             Baher Azmy
             Ghita Schwarz

Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters

By: */s/Ori Lev*
Ori Lev

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated:  October 14, 2020                         MAYER BROWN LLP

                                                By */s/ Ori Lev*