# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Chad F. Wolf, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO PERMIT REMOTE ATTENDANCE AT OCTOBER 19, 2020 HEARING**<br><br>**(ECF No. 581)** |

Before the Court is the parties' Joint Motion to appear remotely for the hearing on Plaintiffs' Ex Parte Emergency Motion set for Monday, October 19, 2020 at 11:30 a.m. (ECF No. 581; *see also* ECF No. 576.)  Both parties' lead counsel state that they are located in the Washington D.C. area and would therefore be required to travel by plane to attend the hearing in person, increasing their risk of exposure to COVID-19.

Mindful of the continued public health emergency posed by the pandemic, the Court **GRANTS** the Joint Motion.  Counsel is permitted to appear by telephone for the hearing on Plaintiffs' Motion. Information for calling into the teleconference is listed below.  The parties and the public may access the hearing by calling the Court's teleconference number before 11:30 a.m.  When prompted, enter the access code followed by the pound sign (#).

**Teleconference number**:  (888) 557-8511

**Access code**:  6968297

Any members of the public that join the teleconference must mute their lines after joining.

**IT IS SO ORDERED.**

**DATED: October 15, 2020**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366