MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE** |

---

[1] Defendants have represented that Mr. Wolf is the Acting Secretary of the U.S. Department of Homeland Security. Numerous courts disagree. *Casa de Md., Inc. v. Wolf*, 2020 WL 5500165, at *23 (D. Md. Sept. 11, 2020); *Immigrant Legal Res. Ctr. v. Wolf*, 2020 WL 5798269, at *7-9 (N.D. Cal. Sept. 29, 2020); *N.W. Immigrant Rights Project v. USCIS*, 2020 WL 5995206, at *24 (D.D.C. Oct. 8, 2020).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857


AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1    **DECLARATION OF STEPHEN M. MEDLOCK**

2    I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to
3    28 U.S.C. § 1746:

4        1.   I am a partner at the law firm Mayer Brown LLP and co-lead counsel
5    for the Plaintiffs in this case.

6        2.   I make this declaration in support of Plaintiffs' Motion to Seal Portions
7    of Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment and
8    Plaintiffs' Motion to Seal Portions of Plaintiffs' Opposition to Defendants' Motion
9    to Exclude Plaintiffs' Expert Testimony.

10       3.   Plaintiffs seek to seal portions of 31 exhibits to Plaintiffs' Opposition
11   to Defendants' Cross Motion for Summary Judgment and descriptions of those
12   exhibits in Plaintiffs' brief are as follows:

   a. Reply Exhibit 1, exhibit 34 to the deposition of Todd C. Owen, portions of which Defendants have designated as Confidential under the Court's Protective Order;
   b. Reply Exhibit 2, a document bates stamped AOL-DEF-00014724, portions of which Defendants have designated Confidential under the Court's Protective Order;
   c. Reply Exhibit 3, a document bates stamped AOL-DEF-00014779, portions of which Defendants have designated Confidential under the Court's Protective Order;
   d. Reply Exhibit 4, a document bates stamped AOL-DEF-00014822, portions of which Defendants have designated Confidential under the Court's Protective Order;
   e. Reply Exhibit 5, exhibit 84 to the deposition of Randy Howe, portions of which Defendants have designated as Confidential under the Court's Protective Order;
   f. Op. Ex. 1, the transcript to the November 21, 2019 deposition of the

whistleblower, portions of which Defendants have designated Confidential under the Court's Protective Order;

g. Op. Ex. 3, the transcript of the June 12, 2020 deposition of David Atkinson, portions of which Defendants have designated as Confidential under the Court's Protective Order;

h. Op. Ex. 7, Exhibit 209 to the May 28, 2020 deposition of Mariza Marin, which Defendants have designated Confidential under the Protective Order;

i. Op. Ex. 10, the transcript of the December 13, 2019 deposition of Todd Owen, portions of which Defendants have designated Confidential under the Court's Protective Order;

j. Op. Ex. 12, a document bates stamped AOL-DEF-00046740, portions of which Defendants have designated Confidential under the Court's Protective Order;

k. Op. Ex. 14, the transcript of the June 2, 2020 deposition of Rodney Harris, portions of which Defendants have designated Confidential under the Court's Protective Order;

l. Op. Ex. 17, the transcript of the May 28, 2020 deposition of Mariza Marin, portions of which have been designated Confidential under the Court's Protective Order;

m. Op. Ex. 20, the December 12, 2019 Expert Report of Stephanie Leutert, which Plaintiffs have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

n. Op. Ex. 21, Exhibit 200 to the May 28, 2020 Deposition of Mariza Marin, which Defendants have designated Confidential under the Court's Protective Order;

o. Op. Ex. 22, Exhibit 201 to the May 28, 2020 Deposition of Mariza

1  Marin, which Defendants have designated Confidential under the
2  Court's Protective Order;
3  p. Op. Ex. 23, Exhibit 202 to the May 28, 2020 Deposition of Mariza
4  Marin, which Defendants have designated Confidential under the
5  Court's Protective Order;
6  q. Op. Ex. 24, Exhibit 163 to the May 20, 2020 Deposition of Samuel
7  Cleaves, which Defendants have designated Confidential under the
8  Court's Protective Order;
9  r. Op. Ex. 25, Exhibit 231 to the June 2, 2020 Deposition of Rodney
10  Harris, which Defendants have designated Confidential under the
11  Court's Protective Order;
12  s. Op. Ex. 28, a document bates stamped AOL-DEF-00094256, which
13  Defendants have designated Confidential under the Court's
14  Protective Order;
15  t. Op. Ex. 30, a document bates stamped AOL-DEF-00011011, which
16  Defendants have designated Highly Confidential/Attorneys' Eyes
17  Only under the Court's Protective Order;
18  u. Op. Ex. 93, a document bates stamped AOL-DEF-00074316, which
19  Defendants have designated Highly Confidential/Attorneys' Eyes
20  Only under the Court's Protective Order;
21  v. Op. Ex. 94, a document bates stamped AOL-DEF-00095574, which
22  Defendants have designated Highly Confidential/Attorneys' Eyes
23  Only under the Court's Protective Order;
24  w. Op. Ex. 95, a document bates stamped AOL-DEF-00277294, which
25  Defendants have designated Highly Confidential/Attorneys' Eyes
26  Only under the Court's Protective Order;
27  x. Op. Ex. 96, a document bates stamped AOL-DEF-00288009, which
28  Defendants have designated Highly Confidential/Attorneys' Eyes

1           Only under the Court's Protective Order;

2        y. Op. Ex. 97, a document bates stamped AOL-DEF-00288011, which
3           Defendants have designated Highly Confidential/Attorneys' Eyes
4           Only under the Court's Protective Order;

5        z. Op. Ex. 98, Ex. 39 to the December 13, 2019 deposition of Todd
6           Owen, which Defendants have designated Highly
7           Confidential/Attorneys' Eyes Only under the Court's Protective
8           Order;

9        aa. Op. Ex. 100, transcript for the June 18, 2020 deposition of Frank
10          Longoria, which Defendants have designated Confidential under the
11          Court's Protective Order;

12       bb. Op. Ex. 104, Exhibit 234 to the June 2, 2020 deposition of Rodney
13          Harris, which Defendants have designated Confidential under the
14          Court's Protective Order;

15       cc. Op. Ex. 105, a document bates stamped AOL-DEF-00039597,
16          which Defendants have designated Confidential under the Court's
17          Protective Order;

18       dd. Op. Ex. 117, a document bates stamped AOL-DEF-00038620,
19          which Defendants have designated Highly Confidential/Attorneys'
20          Eyes Only under the Court's Protective Order;

21       ee. Op. Ex. 118, the transcript to the August 13, 2020 deposition of
22          Joseph Eaton, which Defendants have designated Confidential
23          under this Court's Protective Order;

24    4. As described in the accompanying motion to seal, Plaintiffs seek to seal
25 these document and descriptions of them because filing them on the public docket
26 would reveal sensitive law enforcement information regarding the operations of
27 ports of entry on the U.S.-Mexico border.

28    5. The parties have conferred regarding the motion, and Defendants do

not oppose this motion.

      I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

      Executed on this 16th day of October 2020 at Washington, D.C.

*/s/ Stephen M. Medlock*

Stephen M. Medlock

DECLARATION OF STEPHEN M. MEDLOCK