MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | Special Briefing Schedule Ordered (*See* Dkt. 518) |

---

[1] Defendants have represented that Mr. Wolf is the Acting Secretary of the U.S. Department of Homeland Security. Numerous courts disagree. *Casa de Md., Inc. v. Wolf*, 2020 WL 5500165, at *23 (D. Md. Sept. 11, 2020); *Immigrant Legal Res. Ctr. v. Wolf*, 2020 WL 5798269, at *7-9 (N.D. Cal. Sept. 29, 2020); *N.W. Immigrant Rights Project v. USCIS*, 2020 WL 5995206, at *24 (D.D.C. Oct. 8, 2020).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
　Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
　*bazmy@ccrjustice.org*
　Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
　*gschwarz@ccrjustice.org*
　Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
　*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
　Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
　*sarah.rich@splcenter.org*
　Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
　*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
　Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
　*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2. I respectfully submit this Declaration in support of Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment.

**Exhibits**

3. Attached hereto as Exhibit 1 is a true and correct copy of Exhibit 34 to the December 13, 2019 deposition of Todd Owen.

4. Attached hereto as Exhibit 2 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00014724.

5. Attached hereto as Exhibit 3 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00014779.

6. Attached hereto as Exhibit 4 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00014822.

7. Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 84 to the January 9, 2020 deposition of Randy J. Howe.

8. Attached hereto as Exhibit 6 is a true and correct copy of a December 2018 report titled *Asylum Processing and Waitlists at the U.S.-Mexico Border*, authored by the Robert Strauss Center for International Security and Law at the University of Texas at Austin, the Center for U.S.-Mexican Studies at the University of California San Diego School of Global Policy and Strategy, the Migration Policy Centre at the Robert Schuman Centre of the European University Institute, IBI Consultants, and Paula Kuhne.

9. Attached hereto as Exhibit 7 is a true and correct copy of an August 2019 report titled *Metering Update: August 2019*, authored by Stephanie Leutert,

1  Savitri Arvey, and Ellie Ezzell in association with the Robert Strauss Center for
2  International Security and Law at the University of Texas at Austin and the Center
3  for U.S.-Mexican Studies at the University of California San Diego School of Global
4  Policy and Strategy.

5      I declare under penalty of perjury under the laws of the United States of
6  America that the proceeding declaration is true and correct.

7      Executed on this 16th day of October 2020 at Washington, D.C.

8  */s/ Stephen M. Medlock*

9  Stephen M. Medlock