JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DECLARATION OF ALEXANDER J. HALASKA** |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

## DECLARATION OF ALEXANDER J. HALASKA

I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I make this declaration in support of Defendants' Motion to Seal Portions of their Opposition to Plaintiffs' *Ex Parte* Emergency Motion to Enforce Preliminary Injunction and Temporarily Enjoin Removal of Preliminary Injunction Class Member.

2. On October 16, 2020, I informed Plaintiffs' counsel that Defendants intended to move to seal the materials that are the subject of Defendant's Motion to Seal, and requested Plaintiffs' position on the motion. Plaintiffs' counsel stated that they "don't object to sealing those materials."

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on October 16, 2020, in Washington, D.C.

                                                */s/ Alexander J. Halaska*
                                                ALEXANDER J. HALASKA
                                                U.S. Department of Justice