MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF ORI LEV IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO SEAL PORTIONS OF NOTICE OF ADDITIONAL EXHIBITS IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF ORI LEV

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5      *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
6   New York, NY 10012
7   Telephone: +1.212.614.6464
    Facsimile: +1.212.614.6499
8
    SOUTHERN POVERTY LAW CENTER
9      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
       *sarah.rich@splcenter.org*
10     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
       *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
    Decatur, GA 30030
12  Telephone: +1.404.521.6700
13  Facsimile: +1.404.221.5857

14
    AMERICAN IMMIGRATION COUNCIL
15     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
       *kwalters@immcouncil.org*
16  1331 G St. NW, Suite 200
17  Washington, D.C. 20005
    Telephone: +1.202.507.7523
18  Facsimile: +1.202.742.5619

19

20

21

22

23

24

25

26

27

28

2                                                                   DECLARATION OF ORI LEV

## DECLARATION OF ORI LEV

I, Ori Lev, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and counsel for the Plaintiffs in this case.

2. I make this declaration in support of the Unopposed Motion to Seal Portions of the Notice of Additional Exhibits in Support of Plaintiffs' *Ex Parte* Emergency Motion to Enforce Preliminary Injunction and Temporarily Enjoin Removal of Preliminary Injunction Class Member ("Notice") and accompanying declarations.

3. Plaintiffs seek to seal portions of the Notice and supporting documents as follows:

    a. Excerpts from the screening interview of the Applicant conducted by the Government, previously filed under seal by Defendants at ECF 587-1, and a parenthetical referencing the attachment to Shoshana Kushner's Declaration (discussed at point 3.c below);

    b. The Applicant's name and the summary of facts regarding her experience in her home country found in paragraph 4 of her Declaration; and

    c. The attachment to the Declaration of Shoshana Kushner, which consists of a version of Form I-870 from U.S. Immigration and Customs Enforcement's records pertaining to the Applicant dated April 14, 2020, which was provided to Ms. Kushner in the course of her representation of Applicant.

4. As described in the accompanying motion to seal, the Plaintiffs seek to seal these documents and descriptions of them because filing them on the public docket would reveal identifying information of a class member who is at risk of harm should the class member be identified.

1   5.   The parties have conferred regarding the motion. Defendants do not
2   oppose the motion to seal.
3   I declare under penalty of perjury under the laws of the United States of
4   America that the proceeding declaration is true and correct.
5   Executed on this 19th day of October 2020 at Washington, D.C.

7   */s/ Ori Lev*
8   Ori Lev