1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     *olev@mayerbrown.com*
5    Stephen M. Medlock (VA Bar No. 78819)
     *smedlock@mayerbrown.com*
6  1999 K Street, N.W.
   Washington, D.C. 20006
7  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
8
   SOUTHERN POVERTY LAW CENTER
9    Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
10   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
11 Washington, D.C. 20036
   Telephone: +1.202.355.4471
12 Facsimile: +1.404.221.5857
13 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
14
                **UNITED STATES DISTRICT COURT**
15
                **SOUTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17 Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| 18    Plaintiffs, | **Exhibit 2** |
| 19    v. | **DECLARATION OF KAREN GALVAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER** |
| 20 Chad F. Wolf,[1] *et al.*, | |
| 21    Defendants. | |
| 22 | |
| 23 | |
| 24 | ***PORTIONS FILED UNDER SEAL*** |
| 25 | |

26

27 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

                                              DECLARATION OF KAREN GALVAN

1  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4    *aguisado@ccrjustice.org*
5  666 Broadway, 7th Floor
   New York, NY 10012
6  Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9    *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10   *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
11 Decatur, GA 30030
   Telephone: +1.404.521.6700
12 Facsimile: +1.404.221.5857

13
   AMERICAN IMMIGRATION COUNCIL
14   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
     *kwalters@immcouncil.org*
15 1331 G St. NW, Suite 200
   Washington, D.C. 20005
16 Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KAREN GALVAN

**DECLARATION OF KAREN GALVAN**

I, Karen Galvan, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.

2.      I currently serve as the Advocacy Coordinator for Al Otro Lado. Part of my responsibilities include managing asylum eligibility verification requests, which involves searching for asylum seekers' names on pictures of the  Tijuana and Mexicali asylum seeker waitlists, and providing asylum seekers with a declaration confirming their name and waitlist number, and a copy of the image of their name on the applicable waitlist for the purpose of submitting it to the immigration court.

3.      On April 14, 2020, I went to the office of the National Institute of Migration ("INM") at Chaparral Port of Entry (San Ysidro West POE) in Tijuana, México. The purpose of my visit was to take photos of the metering waitlist for asylum seekers waiting in Tijuana to be processed by the U.S. Government at the San Ysidro POE. The Tijuana waitlist is maintained by INM and is used by INM and the U.S. Government to determine which asylum seekers will be processed on a given day. This visit was arranged by the Deputy Director of Al Otro Lado (México), Attorney Soraya Vasquez.

4.      Inside the INM office, I coordinated with an INM representative to take photographs of the waitlist. Because of the length of the waitlist, it is contained in multiple notebooks. The pages of the notebook contain a list of the names of the individuals who were added to the waitlist, their waitlist numbers, and their countries of origin. The names are grouped by date. Each waitlist number in Tijuana is assigned to ten people. The waitlist is handwritten.

5.      I took photos of each page of the Tijuana waitlist covering the time

3                    DECLARATION OF KAREN GALVAN

1  period from March 24, 2019, through July 17, 2019. I have reviewed the document

2  attached to the Declaration of Nicole Ramos in Support of Plaintiffs' Ex Parte

3  Emergency Motion to Enforce Preliminary Injunction and Temporarily Enjoin

4  Removal of Preliminary Injunction Class Member, filed on October 12,  2020, and

5  confirm that this document is a true and correct copy of the photos I took of the

6  pages of the Tijuana waitlist that include numbers 3292 through 3295.

7        6.    The pages I photographed also indicate the following:

8          (a) As of July 15, 2019, the day before the Asylum Ban was

9              implemented, the last waitlist number given out in Tijuana was

10              3667, and the last waitlist number called for inspection and

11              processing was 2702.

12          (b) As of November 19, 2019, the last waitlist number called for

13              inspection and processing was 3487.

14      7.  Based on the above information, approximately 1800 previously-metered

15  people in Tijuana were still waiting to be inspected and processed as of November

16  19, 2019.

17        8.    On May 19, 2020, I traveled to Mexicali, México with Attorney

18  Nicole Ramos, the Director of Al Otro Lado's Border Rights Project. The purpose

19  of our trip to Mexicali was to take photos of the metering waitlist for asylum

20  seekers waiting in Mexicali to be processed at the Calexico Port of Entry. The

21  Mexicali waitlist is maintained by INM and is used by INM and the U.S.

22  Government to determine which asylum seekers will be processed on a given day.

23  The waitlist is maintained in a single notebook, and contains the name, date, and

24  list number for each individual who has added their name to the Mexicali waitlist.

25  The waitlist is handwritten. Each waitlist number is given to one person.

26        9.    During this visit I took photographs of each page of the Mexicali

27  waitlist covering the time period from the months of April through July 2019.

28        10.   I photographed the pages of the Tijuana and Mexicali waitlists to

DECLARATION OF KAREN GALVAN

1    preserve a record of the dates that asylum seekers placed their names on these

2    waitlists and the corresponding waitlist numbers assigned to them. This record is

3    meant to assist asylum seekers in providing evidence that they tried to seek asylum

4    in the United States before the date the rule regarding transit through third

5    countries went into effect, in light of the preliminary injunction I understand is in

6    place.

7

8        I declare under penalty of perjury under the laws of the United States of

9    America that the preceding declaration is true and correct.

10

11        Executed on this 18th day of October 2020 at Tijuana, Mexico.

12

13

14    _____

15    Karen Galvan

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KAREN GALVAN