MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **Exhibit 3** |
| v. | **DECLARATION OF SHOSHANA KUSHNER IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |
| | ***PORTIONS FILED UNDER SEAL*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF SHOSHANA KUSHNER


**CENTER FOR CONSTITUTIONAL RIGHTS**
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

**SOUTHERN POVERTY LAW CENTER**
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

**AMERICAN IMMIGRATION COUNCIL**
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF SHOSHANA KUSHNER

I, Shoshana Kushner, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a Staff Attorney at the Immigrant Defenders Law Center, located in San Diego California.

2. I represent the individual referred to as "the Applicant" in Plaintiffs' *Ex Parte* Emergency Motion to Enforce Preliminary Injunction and Temporarily Enjoin Removal of Preliminary Injunction Class Member.

3. As the Applicant's immigration attorney, I requested documents from U.S. Immigration and Customs Enforcement (ICE) regarding the Applicant's immigration proceedings. On August 24, 2020, I received an email from Duty Attorney Lauren Ommanney, ICE Assistant Chief Counsel. Attached to that email was a Form I-870 "Record of Determination/Credible Fear Worksheet" pertaining to the Applicant with a signature date of April 14, 2020. A true and correct copy of that document is attached to this Declaration as Exhibit A.

I declare under penalty of perjury that the proceeding declaration is true and correct.

Executed on this 18th day of October 2020 at Oceanside, California.

\_\_\_\_\_/s/Shoshana Kushner_____
Shoshana Kushner

# Exhibit A