1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

AL OTRO LADO, *et al.*,

Plaintiffs,

v.

CHAD F. WOLF, Acting Secretary of Homeland Security, *et al.*,

Defendants.

Case No. 17-cv-02366-BAS-KSC

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

**(ECF No. 576)**

On October 12, 2020, Plaintiffs filed an *Ex Parte* Emergency Motion to Enforce Preliminary Injunction and Temporarily Enjoin the Removal of a Preliminary Injunction Class Member ("Motion"). (ECF No. 574.) The Court construed this as a Request for a Temporary Restraining Order ("TRO") and granted it, stating that the TRO would remain in effect until the hearing on October 19, 2020. (ECF No. 576.) After the hearing, the Court took the matter under submission and further extended the TRO. (ECF No. 595.)

The Court is preparing a written order on Plaintiffs' Motion. For this reason, the Court hereby **EXTENDS** the TRO until **November 3, 2020**. *See* Fed. R. Civ. P. 65(b)(2) ("The order expires at the time after entry--not to exceed 14 days--that the court sets, unless before that time the court, for good cause, extends it for a like period . . . . The reasons for an extension must be entered in the record.").

**IT IS SO ORDERED.**

**DATED: October 26, 2020**

Hon. Cynthia Bashant
United States District Judge