JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **JOINT MOTION TO EXTEND DEADLINES TO FILE JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | **[Declaration of Dhruman Y. Sampat filed concurrently)** |

# JOINT MOTION TO EXTEND DEADLINE TO SUMIT JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS

The parties respectfully request that the Court grant an extension of the deadline for the parties to submit their joint statement of undisputed material facts (Joint Statement) concerning their cross-motions for summary judgment. Pursuant to the Court's Standing Order for Civil Cases, the parties' Joint Statement is currently due on October 30, 2020. *See* Standing Order at G; ECF No. 518 (setting forth summary judgment briefing schedule).

## I.  DEFENDANTS' POSITION

"Good cause" for an extension under Rule 6(b)(1) "is a non-rigorous standard" and "extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Author R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)). Defendants submit that good case exists to grant an extension to November 6, 2020, for the parties to submit the Joint Statement.

On the night of Thursday, October 22, 2020, Plaintiffs served their initial portion of the Joint Statement containing 241 paragraphs. Sampat Decl. ¶ 3. Defendants responded the following morning, notifying Plaintiffs that they had begun reviewing the joint statement and would assess timing based on their review of the Joint Statement. Sampat Decl. ¶ 4. Defendants contacted Plaintiffs again on Monday afternoon, notifying them that additional time would be needed for Defendants to complete a thorough review of the Joint Statement and to provide their affirmative/responsive facts. Sampat Decl. ¶¶ 5, 6.

In order to ensure that the parties have had the opportunity to thoroughly review and respond to each other's proposed undisputed material facts, the parties respectfully request a brief one-week extension. The additional time to collaborate on

the Joint Statement will allow the parties to develop a more useful Joint Statement that would assist the Court in reviewing the pending summary judgment motions. Sampat Decl. ¶ 11. Further, this brief extension does not prejudice either party. Sampat Decl. ¶ 9. The parties do not seek an extension to file their replies in further support of their motions for summary judgment, which are due on Friday, October 30, 2020. Sampat Decl. ¶ 10; ECF No. 518. Plaintiffs do not oppose the extension. Sampat Decl. ¶ 8.

## II.   PLAINTIFFS' POSITION

Plaintiffs agree that all sides, and the Court, will benefit from the parties continuing to cooperate with one another to draft a comprehensive joint statement of undisputed fact. Therefore, Plaintiffs agree that good cause exists for the parties to take another week to hammer out such a joint statement of undisputed fact.

Dated: October 27, 2020         Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281| Fax: (202) 305-7000
dhruman.y.sampat@usdoj.gov

*Counsel for Defendants*

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/ Stephen M. Medlock*
   Stephen M. Medlock

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: October 27, 2020          Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*