1 JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
2 Civil Division
3 WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
4 District Court Section
SAMUEL P. GO
5 Assistant Director
6 KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
7 DHRUMAN Y. SAMPAT (NJ 270892018)
8 United States Department of Justice
9 Civil Division
Office of Immigration Litigation – District Court Section
10 P.O. Box 868, Ben Franklin Station
11 Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
12 Trial Attorneys
13 dhruman.y.sampat@usdoj.gov
*Counsel for Defendants*
14

15

16 **UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
17 **(San Diego)**

18

| | |
|---|---|
| 19 AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| | |
| 20           *Plaintiffs*, | Hon. Cynthia A. Bashant |
| 21           v. | **DECLARATION OF DHRUMAN Y. SAMPAT IN SUPPORT OF JOINT MOTION FOR EXTENSION TO JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS** |
| 22 CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his | |
| 23 official capacity, *et al.*, | |
| 24           *Defendants* | |

25

26

27

28

## DECLARATION OF DHRUMAN Y. SAMPAT

I, Dhruman Y. Sampat, declare as follows:

1.     I am a trial attorney in the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation and represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2.     I make this declaration in support of the parties' joint motion for an extension of time to file their joint statement of undisputed material facts concerning their cross-motions for summary judgment.

3.     On October 22, 2020, at 11:18 pm EDT, Plaintiffs' counsel emailed Defendants' counsel a draft of their joint statement of undisputed material facts, containing 241 separate paragraphs.

4.     On October 23, 2020, counsel for Defendants notified Plaintiffs that they would review the joint statement to assess timing.

5.     On October 27, 2020, counsel for Defendants notified Plaintiffs that the fact work required to respond to the proposed joint statement was a time-consuming process, and that based on Defendants' assessment and progress, additional time was needed to return the Joint Statement to Plaintiffs with Defendants' input.

6.     In ensure that the document properly reflects the agreed-upon facts to assist this Court in reviewing the parties' cross-motions for summary judgment, Defendants need additional time to properly respond to Plaintiffs' proposed undisputed facts and incorporate their affirmative and responsive facts based on Defendants' opposition and cross-motion for summary judgment.

7.     Based on the work ahead, Defendants requested Plaintiffs' position on seeking a one-week extension so that the parties would submit their joint statement on November 6, 2020.

8.     On the night of October 27, 2020, Plaintiffs' counsel responded noting

1

DECLARATION OF
DHRUMAN Y. SAMPAT
Case No. 3:17-cv-02366-BAS-KSC

1   that they would not oppose a motion to extend the deadline.

2         9.      The brief extension does not alter the deadlines for filing of parties'

3   briefs in reply in further support of their motions for summary.

4         10.     The brief extension would not prejudice the parties as their summary

5   judgment briefing will have been completed.

6         11.     Additional time is also needed to ensure that the joint statement is as

7   helpful as possible for the Court.

8         I declare under penalty of perjury that the foregoing is true and correct to the

9   best of my knowledge. This declaration was executed on October 27, 2020, in Wash-

10  ington, D.C.

11

12  Dated: October 27, 2020              Respectfully submitted,

13                                       *s/ Dhruman Y. Sampat*
14                                       DHRUMAN Y. SAMPAT
                                         Trial Attorney
15
16                                       *Counsel for Defendants*

17

18

19

20

21

22

23

24

25

26

27

28

2