Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Counsel for Amici Curiae Organizations Advocating For Asylum Seekers*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**NOTICE OF APPEARANCE OF *AMICI CURIAE* ORGANIZATIONS ADVOCATING FOR ASYLUM SEEKERS** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Harrison J. Frahn IV, Simpson Thacher & Bartlett LLP, hereby appears as counsel of record for amici curiae, the Asian Law Alliance; Bet Tzedek; Catholic Charities Community Services, Archdiocese of New York Division of Immigrant & Refugee Services; City Bar Justice Center; HIAS and Council Migration Services, Inc. of Philadelphia, d/b/a HIAS Pennsylvania; Immigrant Defense Project; International Refugee Assistance Project; LatinoJustice PRLDEF; The Legal Project; Michigan Immigrant Rights Center; Pangea Legal Services; The Public Law Center; University of California Irvine School of Law Immigrant Rights Clinic; and UnLocal, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Harrison J. Frahn IV (SBN: 206822)
> hfrahn@stblaw.com
> SIMPSON THACHER & BARTLETT LLP
> 2475 Hanover Street
> Palo Alto, California  94304
> Telephone: (650) 251-5000
> Facsimile: (650) 251-5002

Dated:  October 27, 2020

Respectfully submitted,

By: *Harrison J. Frahn IV*
Harrison J. Frahn IV
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:  (650) 251-5065
Facsimile:  (650) 251-5002

*Counsel for Amici Curiae
Organizations Advocating
For Asylum Seekers*