Anne Aufhauser (SBN 300952)*
(anne.aufhauser@friedfrank.com)
Stephen M. Juris
(stephen.juris@friedfrank.com)
Sarah F. Warren
(sarah.warren@friedfrank.com)
Courtney D. Morphet
(courtney.morphet@friedfrank.com)
Avani Uppalapati
(avani.uppalapati@friedfrank.com)
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000 (phone)
(212) 859-4000 (fax)
*Counsel of Record

*Attorneys for* Amici Curiae
*Haitian Bridge Alliance,*
*Institute for Justice & Democracy in Haiti,*
*Ira Kurzban, and*
*Irwin Stotzky*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHAD F. WOLF, *et al.*,<br><br>          Defendants. | Case No.: 3:17-cv-02366-BAS-KSC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF *AMICI CURIAE* HAITIAN BRIDGE ALLIANCE, INSTITUTE FOR JUSTICE & DEMOCRACY IN HAITI, IRA KURZBAN, AND IRWIN STOTZKY**<br><br>The Honorable Cynthia Ann Bashant |

**To the Court, All Parties, and Their Respective Counsel of Record:**

PLEASE TAKE NOTICE that Anne Aufhauser of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004, hereby appears on behalf of proposed *Amici Curiae* Haitian Bridge Alliance, Institute for Justice & Democracy in Haiti, Ira Kurzban, and Irwin Stotzky in the above-captioned matter.

I certify that I am admitted to practice in this court, am registered for ECF, and have agreed to receive copies of filings, notices, and orders electronically.

DATED: October 27, 2020

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
Anne Aufhauser*
Stephen M. Juris
Sarah F. Warren
Courtney D. Morphet
Avani Uppalapati
*Counsel of Record*

Respectfully submitted

By: */s/ Anne Aufhauser*
    Anne Aufhauser

*Attorneys for* Amici Curiae
*Haitian Bridge Alliance,*
*Institute for Justice & Democracy in Haiti,*
*Ira Kurzban, and*
*Irwin Stotzky*

1   NOTICE OF APPEARANCE
Case No.: 3:17-cv-02366-BAS-KSC

22640937