Anne Aufhauser (SBN 300952)*
(anne.aufhauser@friedfrank.com)
Stephen M. Juris
(stephen.juris@friedfrank.com)
Sarah F. Warren
(sarah.warren@friedfrank.com)
Courtney D. Morphet
(courtney.morphet@friedfrank.com)
Avani Uppalapati
(avani.uppalapati@friedfrank.com)
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000 (phone)
(212) 859-4000 (fax)
*Counsel of Record

*Attorneys for* Amici Curiae
*Haitian Bridge Alliance,*
*Institute for Justice & Democracy in Haiti,*
*Ira Kurzban, and*
*Irwin Stotzky*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAD F. WOLF, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 3:17-cv-02366-BAS-KSC<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE***<br><br>Date:　　Monday, November 30, 2020<br>Time:　　n/a<br>Courtroom:　4B<br>Judge:　　The Honorable Cynthia Ann Bashant<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

# NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF
## *AMICI CURIAE*

PLEASE TAKE NOTICE that on November 30, 2020, or as otherwise scheduled by this Court, before the Honorable Cynthia Bashant, in Courtroom 4B of the United State Courthouse for the Southern District of California, 221 West Broadway, Suite 4145, San Diego, California, Haitian Bridge Alliance, Institute for Justice & Democracy in Haiti, Ira Kurzban, and Irwin Stotzky will move and hereby do move for leave to file a brief *Amici Curiae* in support of Plaintiffs' Motion for Summary Judgment (Dkt. 535).

This Motion is made on the grounds that (i) the *Amici* have a substantial interest in this case because they represent, in various regards, a group of people (Haitian migrants) heavily affected by the metering policy which is at issue; and (ii) being so affected, the perspective of the *Amici* will be helpful to the Court in deciding the legal issues surrounding metering. A copy of the proposed *Amici* brief is attached to this Motion. The *Amici* have sought and obtained concurrence to file this motion from both Plaintiffs and Defendants, and the parties have further concurred to limit the brief to 20 pages. This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying proposed Brief *Amici Curiae*, the papers on file in this action, and such further matters as the Court may properly consider.

DATED: October 27, 2020

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
Anne Aufhauser*
Stephen M. Juris
Sarah F. Warren
Courtney D. Morphet
Avani Uppalapati
*Counsel of Record*

1   MOTION TO FILE BRIEF
Case No.: 3:17-cv-02366-BAS-KSC

Respectfully submitted

By: */s/ Anne Aufhauser*
Anne Aufhauser

*Attorneys for* Amici Curiae
*Haitian Bridge Alliance,*
*Institute for Justice & Democracy in Haiti,*
*Ira Kurzban, and*
*Irwin Stotzky*