Anne Aufhauser (SBN 300952)*
(anne.aufhauser@friedfrank.com)
Stephen M. Juris
(stephen.juris@friedfrank.com)
Sarah F. Warren
(sarah.warren@friedfrank.com)
Courtney D. Morphet
(courtney.morphet@friedfrank.com)
Avani Uppalapati
(avani.uppalapati@friedfrank.com)
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000 (phone)
(212) 859-4000 (fax)
*Counsel of Record

*Attorneys for* Amici Curiae
*Haitian Bridge Alliance,*
*Institute for Justice & Democracy in Haiti,*
*Ira Kurzban, and*
*Irwin Stotzky*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *et al.*,<br><br>Defendants. | Case No.: 3:17-cv-02366-BAS-KSC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE***<br><br>Date:      Monday, November 30, 2020<br>Time:      n/a<br>Courtroom: 4B<br>Judge:     The Honorable Cynthia Ann Bashant<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

Haitian Bridge Alliance ("HBA"), Institute for Justice & Democracy in Haiti ("IJDH"), Ira Kurzban, and Irwin Stotzky hereby request leave of this Court to file the attached Brief *Amici Curiae* in this matter. The following points and authorities are offered in support of the *Amici*'s request.

## I. STANDARD FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

"'The district court has broad discretion to appoint amici curiae.'" *Korolshteyn v. Costco Wholesale Corp.*, 2017 U.S. Dist. LEXIS 135303, at *4 (S.D. Cal. 2017) (quoting *Safari Club Int'l v. Harris*, 2015 U.S. Dist. LEXIS 4467, at *1 (E.D. Cal. 2015)); *see also Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1987), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995) (holding same). "'An amicus brief should normally be allowed when, among other considerations, the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Id*. (quoting *Missouri v. Harris*, 2014 U.S. Dist. LEXIS 89716, at *2 (E.D. Cal. 2014)). More specifically, this district has recognized that "leave to file an amicus brief should be granted: (1) 'when a party is not represented competently or is not represented at all[;] (2) when the amicus has an interest in some other case that may be affected by the decision in the present case . . .; or (3) when the amicus has unique information and perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Barnes-Wallace v. Bsa*, 2004 U.S. Dist. 35016, at *2-3 (S.D. Cal. 2004) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)).

## II. THE *AMICI'S* INTEREST IN THE CASE

HBA is a non-profit community organization based in San Diego that provides direct services to asylum seekers and other detained immigrants in California, and across the United States, from Haiti and Africa. The organization

responds to the ongoing Haitian immigration crisis that has affected Southern California and the United States more broadly as Haitians attempt to seek refuge from the tumultuous political and economic conditions in Haiti, and/or acclimate to new lives in America.

IJDH is a U.S.-based, non-profit human rights organization that joins human rights practitioners in the U.S. and Haiti to advance justice for Haitian communities in Haiti and abroad through pursuit of legal claims, dissemination of information about human rights abuses, advocacy, and partnership with grassroots organizations.

Messrs. Kurzban and Stotzky are practitioners and experts in the field of immigration, particularly as it pertains to Haitian migrants. Mr. Kurzban is a founding partner in the law firm of Kurzban, Kurzban, Tetzeli, & Pratt P.A. of Miami, Florida and chair of the firm's immigration department. Mr. Stotzky is Professor of Law at the University of Miami School of Law. For over thirty years, Mr. Kurzban and Professor Stotzky have represented Haitian refugees on constitutional and human rights issues in many cases, including several before the Supreme Court.

The metering policy at issue in this case heavily affects both Haitians' rights and the rights of various parties whom the *Amici* frequently advocate for and represent. The *Amici* in this case represent and advocate for migrants at all points during the immigration process, including their initial entry into the United States. As such, how this Court rules on the metering policy, which dictates who can gain entry into the United States for asylum proceedings and how they can do so, will affect all of the *Amici* attached to this Motion and Brief. If metering is allowed to continue, Haitians, and all migrants, will continue to be relegated to Mexico to await processing, hindering the effort of the *Amici* to ensure legal entry, and the *Amici* are thus sufficiently interested in the outcome of this case to support the filing of the attached Brief *Amici Curiae*.

### III. THE *AMICI*'S PERSPECTIVE WILL BENEFIT THE COURT

While the Memorandum of Points and Authorities in support of Plaintiffs' Motion for Summary Judgment (Dkt. 535-1) lays out the impact of metering, it does not cover, in depth, the plight of Haitian migrants who have been arriving at the U.S. border *en masse*, and who are now displaced in Mexico due to metering and their inability to return to a politically tumultuous country. The present *Amici* have taken a special interest in the cause of Haitian migrants and are in a unique position to represent the interests of a specific subgroup of people who are among the worst affected by the metering policy, thus allowing the Court, through the attached Brief *Amici Curiae*, to have a complete understanding of the impact of metering in deciding the pending Motion for Summary Judgment.

### CONCLUSION

For the foregoing reasons, the *Amici* ask the Court to exercise its broad discretion and grant the *Amici*'s Motion for Leave to File a Brief *Amici Curiae*.

DATED: October 27, 2020

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
Anne Aufhauser*
Stephen M. Juris
Sarah F. Warren
Courtney D. Morphet
Avani Uppalapati
*Counsel of Record*

Respectfully submitted

By: */s/ Anne Aufhauser*
    Anne Aufhauser

*Attorneys for* Amici Curiae
*Haitian Bridge Alliance,*
*Institute for Justice & Democracy in Haiti,*
*Ira Kurzban, and*
*Irwin Stotzky*