Anne Aufhauser (SBN 300952)*
(anne.aufhauser@friedfrank.com)
Stephen M. Juris
(stephen.juris@friedfrank.com)
Sarah F. Warren
(sarah.warren@friedfrank.com)
Courtney D. Morphet
(courtney.morphet@friedfrank.com)
Avani Uppalapati
(avani.uppalapati@friedfrank.com)
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000 (phone)
(212) 859-4000 (fax)
*Counsel of Record

*Attorneys for* Amici Curiae
*Haitian Bridge Alliance,*
*Institute for Justice & Democracy in Haiti,*
*Ira Kurzban, and*
*Irwin Stotzky*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHAD F. WOLF, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 3:17-cv-02366-BAS-KSC<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Cynthia Ann Bashant |

IT IS HEREBY CERTIFIED THAT:

I, Anne Aufhauser, am a citizen of the United States and am at least eighteen years of age. My business address is One New York Plaza, New York, NY 10004.

I am not a party to the above-entitled action. I have caused service of this Notice of Appearance, Notice of Motion and Motion for leave to file a Brief *Amici Curiae*, Memorandum of Points and Authorities in Support, and Brief *Amici Curiae* on all parties of record by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the following is true and correct.

DATED: October 27, 2020

                                                FRIED, FRANK, HARRIS, SHRIVER
                                                & JACOBSON LLP
                                                Anne Aufhauser*
                                                Stephen M. Juris
                                                Sarah F. Warren
                                                Courtney D. Morphet
                                                Avani Uppalapati
                                                *Counsel of Record*

                                                Respectfully submitted

                                                By:*/s/ Anne Aufhauser*
                                                    Anne Aufhauser

                                                *Attorneys for* Amici Curiae
                                                *Haitian Bridge Alliance,*
                                                *Institute for Justice & Democracy in Haiti,*
                                                *Ira Kurzban, and*
                                                *Irwin Stotzky*