Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Counsel for Amici Curiae*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**UNOPPOSED MOTION FOR LEAVE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR LEAVE TO FILE AMICUS BRIEF OF FOURTEEN ORGANIZATIONS ADVOCATING FOR ASYLUM SEEKERS**<br><br>[Filed concurrently herewith: Amicus Brief; [Proposed] Order] |

**STATEMENT OF INTEREST**

The Asian Law Alliance; Bet Tzedek; Catholic Charities Community Services, Archdiocese of New York Division of Immigrant & Refugee Services; City Bar Justice Center; HIAS and Council Migration Services, Inc. of Philadelphia, d/b/a HIAS Pennsylvania; Immigrant Defense Project; International Refugee Assistance Project; LatinoJustice PRLDEF; The Legal Project; Michigan Immigrant Rights Center; Pangea Legal Services; The Public Law Center; University of California Irvine School of Law Immigrant Rights Clinic; and UnLocal, Inc. (the "proposed *Amici*") respectfully move for leave to file the attached *amici curiae* brief in support of the Plaintiffs' motion for summary judgment. This motion is unopposed: Plaintiffs consent to this motion, and Defendants have also indicated that they consent to *amicus curiae* briefs filed by October 27, 2020.

As non-profit organizations dedicated to ensuring decent treatment of asylum seekers, all proposed *Amici* advocate for asylum seekers, and many focus specifically on asylum claims, serving people who enter the United States through the U.S.-Mexico border. The proposed *Amici* believe that the Turnback Policy endangers the lives of countless refugees by impermissibly restricting the availability of asylum relief for those who enter the United States through the U.S.-Mexico border. The proposed *Amici* are directly aware of the devastating consequences of the Turnback Policy and other anti-asylum policies at the border, including the concrete danger and violence visited on vulnerable populations forced to wait in precarious conditions on the Mexican side of the U.S.-Mexico border. Therefore, the proposed *Amici* seek to protect the humanitarian policy of asylum and have a strong interest in ensuring that federal laws are interpreted to afford asylum protection as Congress intended and the United States' international obligations require.

**ARGUMENT**

This Court has broad discretion over the participation of amici curiae in the briefing process. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court." *Duronslet v. Cty. of Los Angeles*, No. 2:16-cv-08933-ODW (PLAx), 2017 WL 5643144, at \*1 (C.D. Cal. Jan. 23, 2017) (internal quotation marks omitted). This consideration weighs in favor of participation by the *Amici* here.

The Court should exercise its discretion to permit the proposed *Amici* to file the amicus brief attached as Exhibit A hereto. As non-profit organizations with a direct interest in the well-being of immigrants, the *Amici* all have a very strong interest in ensuring that the asylum process is properly maintained, and have specific experience relevant to the policies at issue in this case. The *Amici* are therefore concerned by the Turnback Policy as well as the numerous other tactics put into effect by the Defendants to deter asylum seekers from accessing the asylum process in the United States. As a result of the Defendants' Turnback Policy, asylum seekers are forced to wait in Mexico, only to be inspected when their name is finally called at some indeterminate future time, which may be many *months* later. It is the experience of the *Amici* that asylum seekers who continue to seek asylum at the U.S.-Mexico border are in more dire need than ever. Many of these asylum seekers have suffered brutal violence, including rape, abuse, assault, murder of friends and family, extortion, and countless other traumatic experiences. They have a profound fear of being forced to return to their home countries, a fear so great that they had no option other than to flee and travel thousands of miles to the United States. The difficulties and experience of these asylum seekers bear directly on the *Amici's* missions and experiences.

**CONCLUSION**

For the foregoing reasons, the proposed *Amici* respectfully request leave to file an *amicus* brief in support of Plaintiffs' motion for summary judgment.

Dated:  October 27, 2020          Respectfully submitted,

By: */s/ Harrison J. Frahn IV*
Harrison J. Frahn IV
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:  (650) 251-5065
Facsimile:  (650) 251-5002

*Counsel for Amici Curiae*