# TABLE OF CONTENTS OF EXHIBITS TO UNOPPOSED MOTION FOR LEAVE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR LEAVE TO FILE AMICUS BRIEF OF FOURTEEN ORGANIZATIONS ADVOCATING FOR ASYLUM SEEKERS

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Brief of Fourteen Organizations Advocating for Asylum Seekers as *Amici Curiae* in Support of Plaintiffs' Motion for Summary Judgment | 1-36 |