Annie P. Daher (CA SBN #294266)
CENTER FOR GENDER & REFUGEE STUDIES
UC Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
daherannie@uchastings.edu

Zachary A. Albun (IL ARDC #6323553)*
HARVARD IMMIGRATION & REFUGEE
CLINICAL PROGRAM
6 Everett Street, WCC 3109
Cambridge, MA 02138
zalbun@law.harvard.edu

Sarah Sherman-Stokes (MA SJC #682322)*
IMMIGRANTS' RIGHTS AND HUMAN
TRAFFICKING PROGRAM
Boston University School of Law
765 Commonwealth Ave.
Boston, MA 02215
sstokes@bu.edu

* Application for admission *pro hac vice* forthcoming

Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC. Et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHAD P. WOLF et al.,<br><br>        Defendants. | Case No.: 3:17-cv-02366-BAS-KSC<br><br>**APPLICATION OF CENTER FOR GENDER & REFUGEE STUDIES, HARVARD IMMIGRATION & REFUGEE CLINICAL PROGRAM, AND BOSTON UNIVERSITY SCHOOL OF LAW IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING CLINIC FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS** |

The Center for Gender & Refugee Studies ("CGRS"), Harvard Immigration & Refugee Clinical Program ("HIRC"), and Boston University School of Law Immigrants' Rights and Human Trafficking Program ("Boston University Clinic") (collectively, "Proposed Amici") respectfully apply to the Court for leave to file a brief as Amici Curiae in this matter, for the facts and reasons stated below. The proposed brief is filed herewith as an exhibit to this application.

CGRS has a direct interest and extensive expertise in the proper development of refugee and asylum law, including with regard to gender-based claims. CGRS advances the human rights of refugees through litigation, scholarship, and policy recommendations. It also provides technical assistance for attorneys representing asylum seekers nationwide, reaching over 8,000 unique asylum cases at all levels of the immigration and federal court system in the past year alone. The majority of those cases involved persecution based on membership in a particular social group, including a significant number based on domestic violence. The questions presented in this petition for review relate directly to CGRS's core mission to ensure that asylum protections under U.S. law comport with our international obligations.

HIRC has been a leader in the field of refugee and asylum law for over 35 years and has a direct interest and extensive expertise in the proper development and application of immigration and asylum law, so that claims for protection receive fair and full consideration under existing standards of law. Since its founding in 1984, HIRC has worked with thousands of immigrants and refugees from around the world, including asylum seekers turned back at the U.S. – Mexico border. HIRC combines representation of individual applicants for asylum and related relief with appellate litigation and policy advocacy. HIRC attorneys are recognized experts in asylum law. HIRC has filed briefs as amicus curiae and directly represented immigrants in cases before the U.S. Supreme Court, federal courts of appeals, federal district courts, the Board of Immigration Appeals, and various international tribunals.

The Boston University Clinic represents vulnerable immigrants and asylum seekers in a broad range of complex legal proceedings before the immigration courts, state, local and federal courts, and before immigration agencies. Under the supervision of professors and instructors, law students represent children and adults seeking protection in the United States including survivors of torture and trauma, survivors of domestic violence, and detained and non-detained individuals in removal proceedings. The Boston University Clinic has also provided in-person Know Your Rights trainings and asylum workshops for noncitizens subject to the Turnback Policy in Tijuana, Mexico, in collaboration with Al Otro Lado, and has represented noncitizens previously subject to the Turnback Policy after their arrival in New England.

District courts have broad discretion to appoint *amici curiae*. *Hoptowit v. Ray*, 682 F.2d 1237, 1259 (9th Cir. 1982), *overruled on other grounds*, *Sandlin v. Conner*, 515 U.S. 472 (1995); *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005), and "frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are unable to provide.'" *Trunk v. City of San Diego*, No. 06-cv-1597-LAB (WMc), 2007 WL 9776582, at *1 (S.D. Cal. Dec. 10, 2007). Furthermore, CivLR 5.1(h) authorizes the Court to grant leave to file an amicus brief.

The proposed amicus brief addresses the status of the principle of *non-refoulement* under international law, including whether *non-refoulement* is an actionable norm of international law under the Alien Tort Statute and whether the Government's Turnback Policy violates this principle. The parties did not brief these issues in detail, nor did they provide the historical context out of which the principle of *non-refoulment* arose or is status as a binding norm. It is therefore respectfully suggested that the brief would be of service to the Court.

     Plaintiffs consent to the filing of this amicus brief. Defendants have not consented to the filing of an amicus brief after October 27, 2020. All of the Proposed Amici have been hindered by ongoing limitations, schedule alterations, and school closures resulting from the COVID-19 pandemic and were unable in light of other litigation obligations to complete this proposed amicus brief for submission by the date that was acceptable to Defendants. Proposed Amici respectfully submit that the submission of this brief by afternoon on October 28, 2020, gives Defendants time to consider it in finalizing their reply memorandum.

     For the foregoing reasons, the proposed Amici respectfully request that the Court grant leave to file the attached amicus brief.

Dated: October 28, 2020

Respectfully submitted,

*s/ Annie Daher*
Annie Daher (CA SBN #294266)
CENTER FOR GENDER & REFUGEE STUDIES
UC Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
daher.annie@uchastings.edu
(415) 565-4877

Zachary A. Albun (IL ARDC #6323553)*
HARVARD IMMIGRATION & REFUGEE CLINICAL PROGRAM
6 Everett Street, WCC 3109
Cambridge, MA 02138
zalbun@law.harvard.edu
(617) 496-5497

Sarah Sherman-Stokes (MA SJC #682322)*
IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING PROGRAM
Boston University School of Law

765 Commonwealth Ave.
Boston, MA 02215
sstokes@bu.edu
(617) 358-6272

\* Application for admission *pro hac vice* forthcoming

*Attorneys for Amici Curiae*

# CERTIFICATE OF SERVICE

I, Annie Daher, certify that the foregoing APPLICATION OF CENTER FOR GENDER & REFUGEE STUDIES, HARVARD IMMIGRATION & REFUGEE CLINICAL PROGRAM, AND BOSTON UNIVERSITY SCHOOL OF LAW'S IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING PROGRAM FOR LEAVE TO FILE BRIEF AS AMICI CURIAE and BRIEF OF AMICI CURIAE CENTER FOR GENDER & REFUGEE STUDIES, HARVARD IMMIGRATION & REFUGEE CLINICAL PROGRAM, AND BOSTON UNIVERSITY SCHOOL OF LAW IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING PROGRAM was filed on October 28, 2020, using the Court's CM/ECF system, which will effectuate service on all counsel of record.

*s/ Annie Daher*
Annie Daher

*Attorney for Amici Curiae*