# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| Al Otro Lado, Inc., *et al.*, | Case No. 17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS** |
| v. | |
| Chad F. Wolf, *et al.*, | |
| Defendants. | **[ECF No. 597]** |

Before the Court is the parties' Joint Motion to extend the deadline to file their joint statement of undisputed material facts for their cross-motions for summary judgment by one week. (ECF No. 597.) Good cause appearing, the Court **GRANTS** the Joint Motion. The parties shall file the joint statement by **November 6, 2020**.

  **IT IS SO ORDERED.**

**DATED: October 28, 2020**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366