1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

---

[1] Defendants have represented that Mr. Wolf is the Acting Secretary of the U.S. Department of Homeland Security. Numerous courts disagree. *Casa de Md., Inc. v. Wolf*, 2020 WL 5500165, at *23 (D. Md. Sept. 11, 2020); *Immigrant Legal Res. Ctr. v. Wolf*, 2020 WL 5798269, at *7-9 (N.D. Cal. Sept. 29, 2020); *N.W. Immigrant Rights Project v. USCIS*, 2020 WL 5995206, at *24 (D.D.C. Oct. 8, 2020).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

2

DECLARATION OF STEPHEN M. MEDLOCK

### DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2.    I make this declaration in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Reply in support of its Motion for Summary Judgment.

3.    Plaintiffs seek to seal portions of 56 exhibits to Plaintiffs' Reply in support of its Motion for Summary Judgment and descriptions of those exhibits in Plaintiffs' brief are as follows:

      a.    Exhibit 2, a document bates stamped AOL-DEF-00090275, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

      b.    Exhibit 3, a document bates stamped AOL-DEF-00356565, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

      c.    Exhibit 4, a document bates stamped AOL-DEF-00023065, portions of which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

      d.    Exhibit 5, a document bates stamped AOL-DEF-00062658, portions of which Defendants have designated Confidential under the Court's Protective Order;

      e.    Exhibit 6, a document bates stamped AOL-DEF-00238845, portions of which Defendants have designated Confidential under the Court's Protective Order;

      f.    Exhibit 7, a document bates stamped AOL-DEF-00243111, portions of which Defendants have designated Confidential under the Court's

DECLARATION OF STEPHEN M. MEDLOCK

1   Protective Order;

2   g. Exhibit 8, a document bates stamped AOL-DEF-00539629, which

3   Defendants have designated Highly Confidential/Attorneys' Eyes

4   Only under the Court's Protective Order;

5   h. Exhibit 9, a document bates stamped AOL-DEF-00632354, portions

6   of which Defendants have designated Confidential under the Court's

7   Protective Order;

8   i. Exhibit 10, a document bates stamped AOL-DEF-00632364,

9   portions of which Defendants have designated Confidential under

10   the Court's Protective Order;

11   j. Exhibit 11, a document bates stamped AOL-DEF-00067823, which

12   Defendants have designated Highly Confidential/Attorneys' Eyes

13   Only under the Court's Protective Order;

14   k. Exhibit 12, a document bates stamped AOL-DEF-00067827, which

15   Defendants have designated Highly Confidential/Attorneys' Eyes

16   Only under the Court's Protective Order;

17   l. Exhibit 13, a document bates stamped AOL-DEF-00272878, which

18   Defendants have designated Highly Confidential/Attorneys' Eyes

19   Only under the Court's Protective Order;

20   m. Exhibit 14, a document bates stamped AOL-DEF-00242587,

21   portions of which Defendants have designated Confidential under

22   the Court's Protective Order;

23   n. Exhibit 15, a document bates stamped AOL-DEF-00014800,

24   portions of which Defendants have designated Confidential under

25   the Court's Protective Order;

26   o. Exhibit 16, a document bates stamped AOL-DEF-00210387, which

27   Defendants have designated Highly Confidential/Attorneys' Eyes

28   Only under the Court's Protective Order;

4    DECLARATION OF STEPHEN M. MEDLOCK

1       p. Exhibit 17, a document bates stamped AOL-DEF-00014832,

2          portions of which Defendants have designated Confidential under

3          the Court's Protective Order;

4       q. Exhibit 18, a document bates stamped AOL-DEF-00014822,

5          portions of which Defendants have designated Confidential under

6          the Court's Protective Order;

7       r. Exhibit 19, a document bates stamped AOL-DEF-00026065, which

8          Defendants have designated Highly Confidential/Attorneys' Eyes

9          Only under the Court's Protective Order;

10      s. Exhibit 20, a document bates stamped AOL-DEF-00040005, which

11         Defendants have designated Highly Confidential/Attorneys' Eyes

12         Only under the Court's Protective Order;

13      t. Exhibit 21, a document bates stamped AOL-DEF-00090819,

14         portions of which Defendants have designated Confidential under

15         the Court's Protective Order;

16      u. Exhibit 22, a document bates stamped AOL-DEF-00210387, which

17         Defendants have designated Highly Confidential/Attorneys' Eyes

18         Only under the Court's Protective Order;

19      v. Exhibit 23, a document bates stamped AOL-DEF-00031410, which

20         Defendants have designated Highly Confidential/Attorneys' Eyes

21         Only under the Court's Protective Order;

22      w. Exhibit 24, a document bates stamped AOL-DEF-00030508, which

23         Defendants have designated Highly Confidential/Attorneys' Eyes

24         Only under the Court's Protective Order;

25      x. Exhibit 25, a document bates stamped AOL-DEF-00249063, which

26         Defendants have designated Highly Confidential/Attorneys' Eyes

27         Only under the Court's Protective Order;

28      y. Exhibit 26, a document bates stamped AOL-DEF-00249075,

DECLARATION OF STEPHEN M. MEDLOCK

portions of which Defendants have designated Confidential under the Court's Protective Order;

z. Exhibit 27, a document bates stamped AOL-DEF-00247296, portions of which Defendants have designated Confidential under the Court's Protective Order;

aa. Exhibit 28, a document bates stamped AOL-DEF-00247309, portions of which Defendants have designated Confidential under the Court's Protective Order;

bb. Exhibit 29, a document bates stamped AOL-DEF-00247380, portions of which Defendants have designated Confidential under the Court's Protective Order;

cc. Exhibit 30, a document bates stamped AOL-DEF-00247381, portions of which Defendants have designated Confidential under the Court's Protective Order;

dd. Exhibit 31, a document bates stamped AOL-DEF-00030448, portions of which Defendants have designated Confidential under the Court's Protective Order;

ee. Exhibit 32, a document bates stamped AOL-DEF-00280782, portions of which Defendants have designated Confidential under the Court's Protective Order;

ff. Exhibit 33, a document bates stamped AOL-DEF-00047694, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

gg. Exhibit 34, a document bates stamped AOL-DEF-01272477, portions of which Defendants have designated Confidential under the Court's Protective Order;

hh. Exhibit 35, a document bates stamped AOL-DEF-01205190, which Defendants have designated Highly Confidential/Attorneys' Eyes

DECLARATION OF STEPHEN M. MEDLOCK

1    Only under the Court's Protective Order;

2    ii. Exhibit 36, a document bates stamped AOL-DEF-00235276,

3    portions of which Defendants have designated Confidential under

4    the Court's Protective Order;

5    jj. Exhibit 37, a document bates stamped AOL-DEF-00547009,

6    portions of which Defendants have designated Confidential under

7    the Court's Protective Order;

8    kk.Exhibit 38, the July 10, 2020 Expert Report of Stephanie Leutert,

9    which Plaintiffs have designated Highly Confidential/Attorneys'

10    Eyes Only under the Court's Protective Order;

11    4.    Consistent with its prior motion to seal (Dkt. 532), Plaintiffs also move

12    to seal discussions of the following documents that were previously filed

13    provisionally under seal:

14    a.  Op. Ex. 8, a document bates stamped AOL-DEF-00014041, portions

15    of which Defendants have designated Confidential under the Court's

16    Protective Order;

17    b.  Op. Ex. 17, the transcript of the May 28, 2020 deposition of Mariza

18    Marin, portions of which have been designated Confidential under

19    the Court's Protective Order;

20    c.  Op. Ex. 20, the December 12, 2019 Expert Report of Stephanie

21    Leutert,    which    Plaintiffs    have    designated    Highly

22    Confidential/Attorneys' Eyes Only under the Court's Protective

23    Order;

24    d.  Op. Ex. 36, a document bates stamped AOL-DEF-00018639, which

25    Defendants have designated Confidential under the Court's

26    Protective Order;

27    e.  Op. Ex. 38, a document bates stamped AOL-DEF-00243099,

28    portions of which Defendants designated Confidential under the

7    DECLARATION OF STEPHEN M. MEDLOCK

1    Court's Protective Order;

2        f.  Op. Ex. 39, a document bates stamped AOL-DEF-00034741, which

3           Defendants have designated Highly Confidential/Attorneys' Eyes

4           Only under the Court's Protective Order;

5        g.  Op. Ex. 40, a document bates stamped AOL-DEF-00063869, which

6           Defendants have designated Highly Confidential/Attorneys' Eyes

7           Only under the Court's Protective Order;

8        h.  Op. Ex. 41, a document bates stamped AOL-DEF-00067551, which

9           Defendants have designated Confidential under the Court's

10          Protective Order;

11       i.  Op. Ex. 43, a document bates stamped AOL-DEF-00303657, which

12          Defendants have designated Highly Confidential/Attorneys' Eyes

13          Only under the Court's Protective Order;

14       j.  Op. Ex. 61, a document bates stamped AOL-DEF-00904527, which

15          Defendants have designated Confidential under the Court's

16          Protective Order;

17       k.  Op. Ex. 80, a document bates stamped AOL-DEF-00280783, which

18          Defendants have designated Highly Confidential/Attorneys' Eyes

19          Only under the Court's Protective Order;

20       l.  Op. Ex. 98, Ex. 39 to the December 13, 2019 deposition of Todd

21          Owen, which Defendants have designated Highly

22          Confidential/Attorneys' Eyes Only under the Court's Protective

23          Order;

24       m. Op. Ex. 100, transcript for the June 18, 2020 deposition of Frank

25          Longoria, which Defendants have designated Confidential under the

26          Court's Protective Order;

27       n.  Op. Ex. 109, a document bates stamped AOL-DEF-00028473,

28          portions of which Defendants have designated Confidential under

DECLARATION OF STEPHEN M. MEDLOCK

1    the Court's Protective Order;

2    o. Op. Ex. 110, a document bates stamped AOL-DEF-00028469,

3    portions of which Defendants have designated Confidential under

4    the Court's Protective Order;

5    p. Op. Ex. 111, a document bates stamped AOL-DEF-00050247,

6    portions of which Defendants have designated Confidential under

7    the Court's Protective Order.

8    5.    As described in the accompanying motion to seal, Plaintiffs seek to seal

9    these document and descriptions of them because filing them on the public docket

10   would reveal sensitive law enforcement information regarding the operations of

11   ports of entry on the U.S.-Mexico border.

12   6.    The parties have conferred regarding the motion, and Defendants do

13   not oppose this motion.

14   I declare under penalty of perjury under the laws of the United States of

15   America that the proceeding declaration is true and correct.

16   Executed on this 30th day of October 2020 at Washington, D.C.

17

18   */s/ Stephen M. Medlock*

19   Stephen M. Medlock

20

21

22

23

24

25

26

27

28

9        DECLARATION OF STEPHEN M. MEDLOCK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK