MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>Chad F. Wolf,[1] *et al.*, <br><br>    Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK CONCERNING PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** <br><br> Special Briefing Schedule Ordered (*See* Dkt. 518) |

---

[1] Defendants have represented that Mr. Wolf is the Acting Secretary of the U.S. Department of Homeland Security ("DHS"). Numerous courts disagree. *Casa de Md., Inc. v. Wolf*, 2020 WL 5500165, at *23 (D. Md. 2020); *Immigrant Legal Res. Ctr. v. Wolf*, 2020 WL 5798269, at *7-9 (N.D. Cal. 2020); *N.W. Immigrant Rts. Project v. USCIS*, 2020 WL 5995206, at *24 (D.D.C. 2020).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hfexac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

DECLARATION OF STEPHEN M. MEDLOCK

2

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2. I respectfully submit this Declaration in support of Plaintiffs' Reply in Support of Their Motion for Summary Judgment.

**Exhibits**

3. Attached hereto as Exhibit 1 is a true and correct copy of an October 27, 2020 DHS Office of Inspector General report entitled *CBP Has Taken Steps to Limit Processing of Undocumented Aliens at Ports of Entry*.

4. Attached hereto as Exhibit 2 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00090275.

5. Attached hereto as Exhibit 3 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00356565.

6. Attached hereto as Exhibit 4 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00023065.

7. Attached hereto as Exhibit 5 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00062658.

8. Attached hereto as Exhibit 6 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00238845.

9. Attached hereto as Exhibit 7 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00243111.

10. Attached hereto as Exhibit 8 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00539629.

11. Attached hereto as Exhibit 9 is a true and correct copy of the document

bearing the Bates stamp AOL-DEF-00632354.

12. Attached hereto as Exhibit 10 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00632364.

13. Attached hereto as Exhibit 11 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00067823.

14. Attached hereto as Exhibit 12 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00067827.

15. Attached hereto as Exhibit 13 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00272878.

16. Attached hereto as Exhibit 14 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00242587.

17. Attached hereto as Exhibit 15 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00014800.

18. Attached hereto as Exhibit 16 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00210387.

19. Attached hereto as Exhibit 17 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00014832.

20. Attached hereto as Exhibit 18 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00014822.

21. Attached hereto as Exhibit 19 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00036065.

22. Attached hereto as Exhibit 20 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00040005.

23. Attached hereto as Exhibit 21 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00090819.

24. Attached hereto as Exhibit 22 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00210387.

25. Attached hereto as Exhibit 23 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00031410.

26. Attached hereto as Exhibit 24 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00030508.

27. Attached hereto as Exhibit 25 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00249063.

28. Attached hereto as Exhibit 26 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00249075.

29. Attached hereto as Exhibit 27 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00247296.

30. Attached hereto as Exhibit 28 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00247309.

31. Attached hereto as Exhibit 29 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00247380.

32. Attached hereto as Exhibit 30 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00247381.

33. Attached hereto as Exhibit 31 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00030448.

34. Attached hereto as Exhibit 32 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00280782.

35. Attached hereto as Exhibit 33 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-00047694.

36. Attached hereto as Exhibit 34 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-01272477.

37. Attached hereto as Exhibit 35 is a true and correct copy of the document bearing the Bates stamp AOL-DEF-01205190.

38. Attached hereto as Exhibit 36 is a true and correct copy of the document

1  bearing the Bates stamp AOL-DEF-00235276.

2     39.   Attached hereto as Exhibit 37 is a true and correct copy of the document
3  bearing the Bates stamp AOL-DEF-00547009.

4     40.   Attached hereto as Exhibit 38 is a true and correct copy of the July 10,
5  2020 Merits Report of Stephanie Leutert.

6     I declare under penalty of perjury under the laws of the United States of
7  America that the proceeding declaration is true and correct.

8     Executed on this 30th day of October 2020 at Washington, D.C.

9     */s/ Stephen M. Medlock*

10    Stephen M. Medlock

DECLARATION OF STEPHEN M. MEDLOCK