1  MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
3  25th Floor
Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
5    *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
  *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
Facsimile:    +1.202.263.3300
9
  SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
11    *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
*Attorneys for Plaintiffs*
15
          **UNITED STATES DISTRICT COURT**
16
          **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  Al Otro Lado, Inc., *et al.*,      Case No.:  17-cv-02366-BAS-KSC

19        Plaintiffs,      **EXHIBIT 2 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**
20      v.

21  Chad F. Wolf,[1] *et al.*,

22        Defendants.

23

24

25

26

27  _____

28  [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 2 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 2 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

# EXHIBIT 2

# FILED UNDER SEAL