MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 27 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 27 IN SUPP. OF REPLY IN SUPP. OF PLTFS' MOT. FOR S.J.

1 | CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2   *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3   *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4   *aguisado@ccrjustice.org*
5 | 666 Broadway, 7th Floor
    New York, NY 10012
6   Telephone: +1.212.614.6464
    Facsimile: +1.212.614.6499
7

8 | SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9   *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10  *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
11  Decatur, GA 30030
    Telephone: +1.404.521.6700
12  Facsimile: +1.404.221.5857

13

14 | AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
     1331 G St. NW, Suite 200
16   Washington, D.C. 20005
     Telephone: +1.202.507.7523
17   Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 27 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

# EXHIBIT 27

# FILED UNDER SEAL