1 | MAYER BROWN LLP
   | Matthew H. Marmolejo (CA Bar No. 242964)
2 | *mmarmolejo@mayerbrown.com*
3 | 350 S. Grand Avenue
   | 25th Floor
   | Los Angeles, CA 90071-1503
4 | Ori Lev (DC Bar No. 452565)
   | (*pro hac vice*)
5 | *olev@mayerbrown.com*
   | Stephen M. Medlock (VA Bar No. 78819)
6 | (*pro hac vice*)
   | *smedlock@mayerbrown.com*
7 | 1999 K Street, N.W.
   | Washington, D.C. 20006
8 | Telephone:  +1.202.263.3000
   | Facsimile:  +1.202.263.3300
9 |
   | SOUTHERN POVERTY LAW CENTER
10 | Melissa Crow (DC Bar No. 453487)
   | (*pro hac vice*)
11 | *melissa.crow@splcenter.org*
   | 1101 17th Street, N.W., Suite 705
12 | Washington, D.C. 20036
   | Telephone: +1.202.355.4471
13 | Facsimile: +1.404.221.5857

14 | *Additional counsel listed on next page*
   | *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 32 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 32 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 32 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

# EXHIBIT 32

# FILED UNDER SEAL