UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC. et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW DOCUMENT; ORDER DENYING AS MOOT MOTION TO SEAL**<br><br>**[Doc. Nos. 519, 615]** |

On August 18, 2020, the parties filed a Discovery Motion [Doc. No. 521] and a Motion to Seal [Doc. No. 519]. On November 4, 2020, the parties advised the Court that the dispute raised in the Discovery Motion had been resolved, which the Court construes as a Motion to Withdraw the Discovery Motion. Doc. No. 615. The Court **GRANTS** the Motion to Withdraw, and the Discovery Motion will be withdrawn. The Court **DENIES AS MOOT** the Motion to Seal. The Clerk of the Court is instructed **not** to file the document(s) lodged at Docket No. 520.

**IT IS SO ORDERED.**

Dated: November 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　Hon. Karen S. Crawford
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge