MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **JOINT STATEMENT OF UNDIS-PUTED FACTS CONCERNING THE PARTIES' CROSS-MO-TIONS FOR SUMMARY JUDG-MENT** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | **Special Briefing Schedule Granted** |

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1

Pursuant to Local Rule 7.1(f)(1) and the Court's Standing Order for Civil Cases ¶ 4(F), Plaintiff Al Otro Lado, Inc. and the Class ("Plaintiffs") and Defendants submit the following Joint Statement of Undisputed Facts Concerning the Parties' Cross-Motions for Summary Judgment. The parties' agreement to these facts as undisputed is for the purposes of the above-captioned litigation only, and the parties reserve the right to dispute any and all facts in future litigation or other contexts. By agreeing that facts presented below are undisputed for purposes of summary judgment, the parties do not necessarily concede their materiality or relevance.[1] The parties reserve any arguments as to relevance and materiality, including those set forth in their summary judgment briefing.

| Fact | Source |
|---|---|
| 1. U.S. Customs and Border Protection (CBP)'s mission is "to safeguard America's borders thereby protecting the public from dangerous people and materials while enhancing the Nation's global economic competitiveness by enabling legitimate trade and travel." | https://www.cbp.gov/about (Defs.' Ex. 7) |
| 2. DHS's component agencies include: CBP; Cybersecurity and Infrastructure Security Agency; U.S. Citizenship and Immigration | Stipulation of the parties |

---

[1] Specifically, Plaintiffs object to the materiality and relevance of facts that are offered in support of rationales for metering and/or turnbacks. In their summary judgment papers, Plaintiffs argue that turnbacks are illegal regardless of the justification for them. Defendants object to the materiality and relevance of facts that are offered in support of Plaintiffs' arguments regarding motive. In their summary judgment papers, Defendants argued that motive is irrelevant to Plaintiffs' claims.

2

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| Services; the Federal Emergency Management Agency (FEMA); U.S. Coast Guard; U.S. Immigration and Customs Enforcement; United States Secret Service; and the Transportation Security Administration. | |
| 3. U.S. Customs and Border Protection's (CBP) Office of Field Operations' (OFO) is the largest operational component within CBP. Its operations span over 328 ports of entry (POEs) within 20 field offices, as well as 70 international locations. OFO "is responsible for border security—including anti-terrorism, immigration, anti-smuggling, trade compliance, and agriculture protection—while simultaneously facilitating the lawful trade and travel at U.S. ports of entry that is critical to our Nation's economy." | https://www.cbp.gov/about/leadership-organization/executive-assistant-commissioners-offices (Defs.' Ex. 6) |
| 4. The Office of Field Operations ("OFO") is the organization within CBP that is responsible for the management of operations at ports of entry into the United States. | Stipulation of the parties. |
| 5. OFO operates various different classes of ports of entry ("POEs"). A Class A land POE is a designated Port-of-Entry for all aliens. | Howe Dep. at 75:18-76:8 |

3

| | |
|---|---|
| 6. CBP officers inspect, and, as applicable, process all individuals entering the United States in vehicles through vehicle lanes at Class A POEs as those vehicles arrive at primary inspection. Individuals may then be referred for further inspection and processing, as appropriate. | Stipulation of the parties. |
| 7. OFO's POEs are overseen by regional field offices. There are four field offices that oversee the land POEs along the U.S.-Mexico border: San Diego, Tucson, El Paso, and Laredo. | Stipulation of the parties. |
| 8. Class A POEs on the U.S.-Mexico border include, among others: San Ysidro, Otay Mesa, Calexico, Nogales, El Paso, Laredo, Hidalgo, and Brownsville. | Stipulation of the parties. |
| 9. The San Diego Field Office's land border POEs include the San Ysidro, Otay Mesa, Tecate, Andrade, and Calexico POEs. | Stipulation of the parties |
| 10. The Tucson Field Office's land border POEs include the Nogales and San Luis POEs. | Stipulation of the parties |
| 11. The El Paso Field Office's land border POEs include the El Paso POE. | Stipulation of the parties |
| 12. The Laredo Field Office's land border POEs include the Laredo, Hidalgo, Brownsville, | Stipulation of the parties |

4

| | |
|---|---|
| Roma, Progreso, Rio Grande City, and Eagle Pass POEs. | |
| 13. In Fiscal Year 2020 (through August), OFO seized 37,830 pounds of cocaine; 4,552 pounds of heroin; 313,813 pounds of marijuana; 141,663 pounds of methamphetamine; and 3,302 pounds of fentanyl. In Fiscal Year 2019, OFO had seized over 117,000 pounds of methamphetamine, 19,000 pounds of cocaine, 2,400 pounds of fentanyl, 4,700 pounds of heroin, and 253,900 pounds of marijuana. | Declaration of Beverly Good (Defs.' Ex. 1) at ¶ 12a |
| 14. POEs in the San Diego and Tucson field offices together accounted for 57% of all opioid seizures by POE officers in 2016 and 2017. In fiscal year 2020 (through September), OFO along the southern border seized more than 412,658 pounds of illicit narcotics | Defs.' Ex. 9 at 2. Defs.' Ex. 1 at ¶ 12a |
| 15. "Currently, OFO faces ongoing staffing shortages at air, land, and sea ports across the country, and officers are often required to work overtime to meet the operational needs that arise on a daily basis." | Defs.' Ex. 1 at ¶ 15 |
| 16. As of May 2018, CBP had been required to | Defs.' Ex. 9 at 2. |

5

| | |
|---|---|
| assign temporary staff details to fulfill staffing needs in the San Diego and Tucson field offices; the May 10, 2018 Senate report described the practice of temporary details as "systemic." For instance, OFO deployed 1,865 officers over the course of five fiscal years to supplement critical staffing shortages in the San Diego and Tucson Field Offices, at a cost of over $41,757,580 in travel expenditures." | Defs.' Ex. 1 at ¶ 18 |
| 17. The senior-most official in OFO is the Executive Assistant Commissioner of OFO. Within OFO headquarters, the Executive Director of Operations is responsible for oversight of operations of POEs. The Executive Director of Admissibility and Passenger Programs is responsible for the development, management, and implementation of policies concerning the entry, admission, and processing of travelers to the United States. | Stipulation of the parties. |
| 18. The senior-most official in each OFO field office is the director of field operations (DFO). Depending on the size of the field office, a director of field operations may be assisted by one or more assistant directors of | Stipulation of the parties. |

6

| | |
|---|---|
| field operations. | |
| 19. Some CBP officers that work at POEs on the U.S.-Mexico border are members of the National Treasury Employees Union ("NTEU"). The NTEU has various chapters that may include employees at different POEs. | Stipulation of the parties |
| 20. From time to time, DHS and CBP have adopted contingency plans for responding to surges of undocumented migrants seeking to enter the United States at or between POEs along the U.S.-Mexico border. | *See, e.g.,* AOL-DEF-00392542; AOL-DEF-00094256; AOL-DEF-00237660; AOL-DEF-0011011 |
| 21. The San Ysidro POE in San Diego is the busiest land border crossing in the Western Hemisphere. | GSA Fact Sheet – San Ysidro Port of Entry (Defs.' Ex. 11) at 1. |
| 22. Between January 1, 2016 and 2020, there has been at least one instance in which a CBP Officer instructed an alien without documents sufficient for lawful entry who was standing on U.S. soil to return to Mexico without inspecting or processing them. | Defs' Resps. to Pltfs' Third Set of RFA at Req. 7 |
| 23. On at least one occasion since January 1, 2016, CBP officers have engaged in metering/queue management when the number of individuals in custody at a particular POE was less than the stated maximum physical | Defs' Resps. to Pltfs' Third Set of RFA at Req. 8 |

7

| | |
|---|---|
| capacity of the designated holding space within the particular POE. | |
| 24. On at least one occasion since January 1, 2016, CBP officers at at least one POE have referred aliens without documents sufficient for lawful entry to another POE for inspection and processing when the number of individuals at the referring POE was less than the stated maximum physical capacity of the designated holding space at the referring POE. | Defs' Resps. to Pltfs' Third Set of RFA at Req. 9 |
| 25. Since January 1, 2016, at least one CBP officer has questioned the legality of the metering and/or queue management policy. | Defs' Resps. to Pltfs' Third Set of RFA at Req. 10 |
| 26. Since January 1, 2016, at least one CBP officer has expressed an opinion that the metering/queue management policy as implemented during specific periods at specific POEs put CBP officers in unsafe situations. | Defs' Resps. to Pltfs' Third Set of RFA at Req. 11 |
| 27. Since January 1, 2016, at least one CBP official conducted inquiries into whether metering and/or queue management had a deterrent effect. | Defs' Resps. to Pltfs' Third Set of RFA at Req. 17 |
| 28. On August 6, 2015, DHS adopted a "Southwest Border Land Migration Contingency | AOL-DEF-00094256 at 259, 261 |

8

| | |
|---|---|
| Plan" with the purpose of preventing and responding to "a surge of . . . undocumented migrants." | |
| 29. In its January 22, 2016, Maximum Capacity Contingency plan for its Admissibility Enforcement Unit (AEU), the San Ysidro POE noted that, at that time and based on the facilities then available, it could hold ▮ detainees safely. The plan noted that the San Ysidro POE could use detention cells, repurposed spaces, and intake seating areas to hold up to ▮ people total, but not overnight; the San Ysidro POE could hold only ▮ people overnight. | AOL-DEF-00392542 |
| 30. In late 2016, the San Ysidro POE was able to augment its capacity of ▮ by detaining additional individuals at the Imperial Beach and Chula Vista Border Patrol Stations. | AOL-DEF-00030002 at 002 |
| 31. Beginning in February 2016, CBP saw an increase in the number of inadmissible Haitian nationals seeking admission at ports of entry at ports of entry in the San Diego Field Office. | AOL-DEF-00031442 (Pls.' Ex. 33) at 443 |
| 32. As of March 25, 2016, the San Ysidro POE AEU's overflow contingency plan provided | AOL-DEF-00237660 |

9

that the port would "draft all eligible personnel" at the port to assist with migrant processing, using the "Old Port" building to hold "Family Units and low-risk detainees (capacity ▮ detainees)," using the second floor of the AEU—which at that time was located in the Pedestrian Building on the site where the "PedEast" facility is now located—to hold family units ("capacity ▮ detainees"), contacting nearby U.S. Border Patrol stations to request detention space at those facilities, utilizing the "streamlined Withdrawal" of application for admission process, and contacting other POEs "to request assistance via Virtual Processing," i.e., processing individuals via video conference. The overflow contingency plan also called for, among other things, "assign[ing] a minimum of two [Detention Control Officers] (more if warranted) to each overflow area," "[e]nsur[ing] two Supervisors (one on the desk and one roving) are assigned per shift," "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮," requesting help from the Calexico Port of Entry "with processing Expedited Removals,

| | |
|---|---|
| Withdrawals, and Credible fear claim cases," and "request[ing] expedited ICE/ERO transportation of detainees." This March 2016 overflow contingency plan did not include metering or queue management. | |
| 33. As of April 2016, POEs in the San Diego field office were experiencing a significant increase in the number of inadmissible Haitian nationals seeking admission at ports of entry in the San Diego Field Office. | Pls.' Ex. 33 at 443. |
| 34. The Admissibility Enforcement Unit (AEU) at the San Ysidro POE is a unit designated for processing aliens without documents sufficient for lawful entry. | Pls.' Ex. 17 at 55:14-56:11 |
| 35. The maximum capacity contingency plan activated by the San Ysidro AEU involved using converted administrative spaces of the POE facilities as holding areas for family units and low-risk detainees. | AOL-DEF-00237660 (Defs.' Ex. 12) at 660; AOL-DEF-00392542 |
| 36. In May 2016, the San Ysidro POE converted a maintenance working area that was had been recently vacated by the General Services Administration (GSA) in-to a temporary holding room. | AOL-DEF-00761338 (Pls.' Ex. 34) at 339 |
| 37. In May 2016, the San Ysidro POE converted GSA offices into holding rooms and closed | Pls.' Ex. 35 at 271 |

11

| | |
|---|---|
| its "Old Port" building in order to process Haitian nationals. | |
| 38. "By May 2016, port leadership [at the San Ysidro POE] had converted office and administrative spaces to temporary holding areas to increase capacity to over 900 persons awaiting transfer to ICE/ERO detention." | AOL-DEF-00031442 |
| 39.       The conversion of administrative and other space in May 2016 temporarily increased the holding capacity of the San Ysidro POE's AEU to approximately 800 to 900 persons awaiting transfer to ICE/ERO for detention. | Pls.' Ex. 33 at 444; AOL-DEF-00030002 (Pls.' Ex. 26) at 002 |
| 40. In May 2016, the San Ysidro AEU increased its staffing on all three daily shifts from ▮ ▮▮▮▮▮▮▮▮▮▮ per shift. | Pls. Ex. 35 at 271 |
| 41. In May 2016, the San Ysidro POE requested, coordinated, and activated virtual processing with local POEs within the San Diego Field Office. | Pls.' Ex. 35 at 271 |
| 42. "Virtual processing" is "where some portion of the processing is done virtually." | Deposition of Randy Howe (Pls.' Ex. 4) at 168:3-5 |
| 43. Virtual processing involves using "technology to process inadmissibility cases." | Pls.' Ex. 17 at 216:2-6 |
| 44. In May 2016, the San Ysidro POE used vir- | AOL-DEF-00216804 (Defs.' Ex. 10) at 835. |

12

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| tual processing to allow the El Centro Border Patrol Station, along with OFO officers from the San Diego, Los Angeles, Detroit, and Miami Field Offices to assist with the processing of migrants at San Ysidro. | |
| 45. In May 2016, the San Ysidro POE reassigned ███████████████ ████████████ to the AEU to assist with the processing of certain inadmissible aliens. | Pls.' Ex. 35 at 271 |
| 46. In May 2016, the San Ysidro POE reassigned 3 CBP Officers who spoke Creole to interview Haitian nationals. | Pls.' Ex. 35 at 271 |
| 47. In May 2016, the San Ysidro POE utilized several U.S. Border Patrol facilities, if those facilities were not already at capacity, to hold detainees. | Pls.' Ex. 33 at 445; Pls.' Ex. 34 at 339. |
| 48. In May 2016, all of the San Ysidro POE's I-94 permit processing was transferred to the Otay Mesa POE in order to secure additional workstations to conduct in person or virtual interviews. | Pls.' Ex. 34 at 339. |
| 49. Before the inception of metering at the San Ysidro POE in 2016, when the AEU was full, aliens without documents for lawful entry would queue in an area between the limit | Pls.' Ex. 17 at 159:12-19. |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| line at the port of entry and the primary inspection booths to wait until there was sufficient space in the AEU for their intake. | |
| 50. During her deposition, Mariza Marin testified that in late May 2016, this queue from the primary inspection booths at the San Ysidro POE stretched "clear south into Mexico." | Pls.' Ex. 17 at 160:10-12. |
| 51. In late May 2016, the San Ysidro POE surpassed 1,000 individuals in custody. | Pls.' Ex. 17 at 161:3-4 |
| 52. At one point in late May 2016, the San Ysidro POE stopped intake at the "international boundary" because there "was no space" left. | Pls.' Ex. 17 160:15-18 |
| 53. As of May 2016, San Ysidro was already in the middle of a multi-phase reconfiguration and expansion of the port that included the demolition and construction of the land POE, including primary and secondary inspection areas, administration and pedestrian buildings, and all other support structures. | Defs.' Ex. 11 at 1 |
| 54. In July 2016, as part of this port reconfiguration, San Ysidro POE opened a new West Pedestrian Building ("PedWest"). | Defs.' Ex. 11 at 1 |

14

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 55. On May 25, 2016, Johnny Armijo, then-Assistant Director of Field Operations, Border Security for the San Diego Field Office, sent an email listing actions that San Ysidro has "undertaken . . . to create additional space": used Border Patrol Stations to temporarily hold detainees awaiting transfer to ICE Enforcement and Removal Operations (ERO); transferred all accompanied and unaccompanied unit processing to the PedEast Old Port overflow processing area; transferred all permit (I-94) processing to the Otay Mesa POE in order to secure additional workstations for processing; and converted GSA's recently vacated maintenance working area at the PedEast Old Port into a temporary holding room. This email did not mention metering or queue management. | PX 34, Todd Owen Dep. Ex. 26 at AOL-DEF-00761338-39 |
| 56. On May 25, 2016, Robert W. Hood, then an Assistant Port Director for the San Ysidro POE, sent an email outlining a "Haitian Processing Action Plan" for the San Ysidro POE. The action plan called for the San Ysidro POE to use a nearby U.S. Border Patrol station to temporarily process and house Haitian detainees and to utilize CBP officers | AOL-DEF-00243099 |

15

| | |
|---|---|
| in Miami to conduct virtual processing. The action plan calls for OFO to staff the facility and to create a dedicated transportation team, taken from officers from units other than the AEU, to transport Haitian detainees from the San Ysidro POE to the U.S. Border Patrol station. The action plan does not list metering or queue management as a step that would be taken. | |
| 57. On May 25, 2016, Carlos Martel, the Acting Executive Director of Operations for OFO, informed Todd Owen of "mitigation actions" being taken to deal with an "increase in [credible fear] cases" at the San Ysidro POE "resulting in saturation of temp detention space" by forwarding the May 25, 2016, email from Johnny Armijo identified in Paragraph 21. | AOL-DEF-00034741 |
| 58. On May 26, 2016 at 5:38pm, Robert W. Hood, an Assistant Port Director for the San Ysidro POE, sent an email listing the actions that the San Ysidro POE had taken "since May 15, 2016 . . . regarding the current Haitian influx." This email lists steps such as activating the SYS AEU Max Capacity Contingency Plan, coordinating with nearby | AOL-DEF-00030271 |

16

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| U.S. Border Patrol Stations, utilizing virtual processing, and dedicating "a separate expedited intake of families into the Old Port 2nd floor."  It also notes that "[a]ll three shifts have been upstaffed from ■ officers to ■ officer per shift," and that "not all officers assigned from passenger can process cases" but are assigned to "intake, Detention Control, transportation and file preparation"; that there was a "temporary realignment of ████████████████████████ to assist AEU."  The email does not list metering or queue management as a step taken. | |
| 59. On May 25, 2016, Johnny Armijo, Assistant Director of Border Security for the San Diego Field Office, sent an email to Carlos Martel, the Acting Executive Director of Operations at OFO, noted that the San Diego Field Office "ha[d] received multiple media requests regarding the Credible Fear/Asylum activity at the San Ysidro Port of Entry.  The inquiries are most likely attributed to our usage of a designated queuing area (Asylum line) in pedestrian that we utilize due to current infrastructure con- | PX 39, AOL-DEF-00034741 |

17

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| straints that currently exist within our Admissibility Enforcement Unit." | |
| 60. On May 26, 2016, Jackie Wasiluk, a CBP Public Affairs representative, stated that she had received a voicemail from San Diego's local ABC affiliate "asking to confirm that there were hundreds of other than Mexican nationals at the San Ysidro claiming asylum." | AOL-DEF-00063869 |
| 61. Early on May 26, 2016, Sandra Dibble, a reporter at the San Diego Union-Tribune, sent several questions to Jackie Wasiluk, a CBP Public Affairs representative, concerning "several hundred people . . . sleeping on the floor of the [San Ysidro] pedestrian entrance," many of whom "appear[ed] to be from Haiti, or perhaps African countries, but not all." She stated that "[m]erchants on the Mexican side tell me that they've seen a large increase in groups of people coming and hoping to be let in since last weekend." She asked, among other questions, "[h]ow are these people getting to the border? Is there a new smuggling route or rings behind this?" She informed Ms. Wasiluk that she would be "writing an article, based on what | AOL-DEF-00063869 at 872 |

18

| | |
|---|---|
| I saw with my own eyes, on what merchants in M[e]xico tell me, and what a couple of Haitians who were waiting to be let in told me when I spoke to them in Tijuana." | |
| 62. The afternoon of May 26, 2016, Dane W. Norman, the Congressional Liaison in CBP's Office of Congressional Affairs received several questions from staffers for U.S. Senator Barbara Boxer regarding reports of "a large number of people seeking asylum" at the San Ysidro POE. Senator Boxer's office noted that the "press is working on a story about what's happening. We'd like to know what [is] happening before it hits . . . the press." | AOL-DEF-00063869 at 870 |
| 63. On May 26, 2016, the San Diego Union-Tribune published a story entitled "Surge of Haitians at San Ysidro Port of Entry." The story noted that "more than 200 people were crowded inside the port's pedestrian entrance." | https://www.sandiegouniontribune.com/news/border-baja-california/sdut-haitians-flood-san-ysidro-port-entry-2016may26-story.html; AOL-DEF-00088702 |
| 64. In the morning on May 26, 2016, Sidney Aki, the Port Director of the San Ysidro POE, wrote: "We need to do all we can to get this under control. The media is asking about our influx of Haitians. We need to | AOL-DEF-00067551 at 552 |

19

| | |
|---|---|
| continue to process in a timely matter, we need to stage the subjects in our courtyard then place in our housing as efficiently as possible. If needed we should be reaching out to BP and placing subjects in th[ei]r facility. I would like to have this done immediately." | |
| 65. On May 27, 2016, Sidney Aki, Port Director for San Ysidro, wrote to supervisors on his staff: "Please guide our team to process case and only focus on processing case[s] at this time. Let's hold the line as best we can." | AOL-DEF-00303657;  AOL-DEF-00321285 |
| 66. On May 28, 2016, Robert Hood, then Assistant Port Director of the San Ysidro POE, wrote: "I got a call late last night from [Port Director Sidney] Aki. . . . I have called the [watch commanders] and told them to not allow any asylees past the limit line at both [the San Ysidro] and [Otay Mesa POEs]. They can line up until we have room." | AOL-DEF-00741876 |
| 67. On May 28, 2016, Robert Hood, Assistant Port Director for the San Ysidro POE stated in an email to Sidney Aki, Port Director for the San Ysidro POE, that "this could go on for a while," and that if the San Ysidro POE intakes "the ▇ from the shelter, the ▇ [he] | AOL-DEF-00321316 |

20

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| saw this morning, plus whatever else is arriving, we will be overcrowded." Mr. Aki responded in an email to his direct reports: "We should coordinate and bring small groups at a time and hold the line to prevent any from entering." Robert Hood, Assistant Port Director for the San Ysidro POE, responded to Mr. Aki: "Ideally, that is what we should do. We need some breathing room." | |
| 68. On May 28, 2016, Sidney Aki, Port Director for the San Ysidro POE, responded to Mr. Hood: "It would be a good symbol to the shelter/INMI to at least take a little at a time and meter it based on our capacity since they are helping us out. ███████████████ ███████████████████" | AOL-DEF-00321325 |
| 69. On May 27, 2016, Robert Hood, then Assistant Port Director of the San Ysidro POE, wrote in response to a report that one of the shelters in Mexico was returning a van of asylum seekers to the limit line outside the San Ysidro POE: "We should hold them at the turnstile and not allow them to come into the line. We have no space and it is ugly." | PX 42, AOL-DEF-00243127 |
| 70. On May 29, 2016, Vona Rossilli, Watch | Pls' SJ Ex. 11 at 298, AOL- |

21

| | |
|---|---|
| Commander for Passenger Operations at the San Ysidro POE, wrote: "The asylee line in the pedestrian building is not being used at this time, there is a line staged on the Mexican side. . . . The Government of Mexico (GOM) is assisting with this increase, and has helped by setting up shelters in Tijuana to house those waiting to claim credible fear/asylum. The GOM officials will coordinate the transportation of those individuals from the shelters to the POE . . . ."<br><br>She went on to state: "The GOM officials will coordinate the transportation of those individuals from the shelters to the POE through ████████████████ who in turn calls the on duty AEU supervisor and advises that a group of Asylees (currently all are Haitian) will be transported to the port and provide us with an ETA. We should be coordinating the arrival of this group [of individuals from shelters] as they are to be taken into AEU intake immediately and not placed in the existing Asylee line . . . . It's very important that we are all on the same page with the intake and processing of peo- | DEF-00030298 |

22

| | |
|---|---|
| ple arriving and claiming credible fear/asylum here at the port." Ms. Rossilli explained that "with these changes it will be important to continue to ensure that we are staffing the Old Port Limit Line to ensure that travels have documents to try and catch those coming to seek credible fear/asylum are identified and directed appropriately at the onset if feasible." | |
| 71. In late June 2016, as phase 2 of the GSA construction project began, the facilities that San Ysidro had used in May to create makeshift detention space for the overflow of undocumented migrants was demolished, cutting short-term holding capacity to ▮. | Pls.' Ex. 33 at 444; Defs.' Ex. 10 at 837; Defs.' Ex. 11 |
| 72. The June 2016 demolition "required the use of semi-mobile facilities to be set up, and the legal occupant capacity for the holding of inadmissible persons was again decreased to ▮ persons." | Pls.' Ex. 33 at 444; Pls.' Ex. 26 at 002 |
| 73. In July 2016, as part of this port reconfiguration, San Ysidro POE opened a new West Pedestrian Building ("PedWest"). | Defs.' Ex. 11 at 1 |
| 74. Officers at the San Ysidro were reminded on July 27, 2016, September 1, 2016, and November 15, 2016 that (1) On July 27, 2016, | AOL-DEF-00014041 (Pls.' Ex. 8) at 069, 070, 071 |

23

| | |
|---|---|
| September 1, 2016, and November 15, 2016, limit line personnel at the San Ysidro POE were sent emails stating that "[u]nder no circumstances will an asylum applicant be denied entry into the U.S." and to "direct all applicants to the Pedestrian West (Ped-West) facility for proper intake and processing." In those emails, Primary personnel were directed to take "any applicant for asylum encountered on primary [inspection]" should be into custody, "escorted to the security office, and transported to the Ped-West facility for proper intake and processing." No asylum applicant should be denied entry into the U.S. and officers should direct all applicants to the Pedestrian West (PedWest) facility for proper intake and processing; and (2) any applicants for asylum encountered at the primary inspection area were to be taken into custody and transported to the Pedestrian West facility for intake and processing. | |
| 75. On August 4, 2016, Todd Hoffman, the Executive Director of Admissibility and Passenger Programs at OFO, wrote of an upcoming call with DHS regarding the asylum | AOL-DEF-00023574 |

| | |
|---|---|
| process at the San Ysidro POE. Mr. Hutton had indicated in a prior email that the call was "a perfect opportunity" to get "ICE ERO more on board with the 'whole of government approach.'" Mr. Hoffman noted that "[h]opefully, the natural question [to ICE ERO] could be 'what contingency plans did you make when you knew you were going to lose 2/3 of your POE detention space?'" | |
| 76. The high number of migrants continued into the fall of 2016, began spreading east, and included more family units (FAMU or FMUA) and unaccompanied alien children (UAC) in addition to the Haitian nationals. | Deposition of Todd Owen (Pls.' Ex. 10) at 313:9-319:8 |
| 77. On September 3, 2016, the El Paso POE in Texas, which around that time reported a capacity of ▮ persons, received 92 cases in one shift. | AOL-DEF-0799100 (Defs.' Ex. 13) at 100; AOL-DEF-00797893 (Defs.' Ex. 14) at 893-94 |
| 78. Between September 4 and September 13, the El Paso POE averaged 232 subjects in custody per day. | Defs.' Ex. 14 at 894 |
| 79. On September 9, 2016, at 7:48 am, the El Paso POE had "an all-time high of 263 detainees in custody, with 87 pending processing." | AOL-DEF-00797737 (Defs.' Ex. 15) at 737 |

25

| | |
|---|---|
| 80. During [the] spike [at the El Paso POE between September 4 and September 13], an average of 23% FAMU cases were held at [the El Paso] POE in excess of 72 hours pending placement." | Defs.' Ex. 14 at 894 |
| 81. On September 13, 2016, Carlos Gonzalez, the Attaché for CBP at the U.S. Embassy in Mexico City, sent an email explaining: " ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ██████████████." | PX 50, AOL-DEF-00762746 |
| 82. The El Paso POE reported on September 14, 2016, that it was "providing up to a 1,000 meals a day using microwaves," but that it was "not equipped for" doing so. | Defs.' Ex. 14 at 894 |
| 83. On September 14, 2016, the El Paso Field Office also reported: "Active caseload management is being performed by transporting cases for processing to less affected Ports. However, the increased transports between | Defs.' Ex. 14 at 894 |

26

| | |
|---|---|
| POEs, to ERO facilities, and to the Airport is straining OFO vehicle and personnel resources." | |
| 84. On September 14, 2016, the El Paso Field Office reported, "The El Paso Field Office has no ground transportation contract. All transports are performed by OFO officers." | Defs.' Ex. 14 at 893 |
| 85. The El Paso Field Office reported on September 14, 2016, that it was scheduled to detail eight officers to San Diego and Tucson on October 3, 2016. | Defs.' Ex. 14 at 894. |
| 86. In a September 16, 2016 presentation, CBP noted that "Mexico is assisting with the flow of Haitians and Other than Mexican nationals" into POEs within the San Diego Field Office and that Mexico was "metering … Haitians into the POEs of [San Ysidro] and [Calexico]." | AOL-DEF-00023715 at 718 |
| 87. On September 17, 2016, Pete Flores, the Director of Field Operations for OFO's San Diego Field Office, wrote to John Wagner, the Deputy Executive Assistant Commissioner: "We are currently operating under an agreement with Mexican Immigration to limit the flow of [other than Mexicans] (Haitians included) to the port[s] of San Ysidro | PX 48, AOL-DEF-00090986 |

27

| | | |
|---|---|---|
| | and Calexico due to facility and processing constraints. The agreement in San Ysidro is current ▮▮▮ a day and in Calexico it is ▮▮▮ a day[;] these numbers are mostly Haitians." | |
| 88. | On September 27, 2016, the El Paso POE reported 361 detainees in custody "as more FAMU and UAC continue[d] to arrive." | AOL-DEF-00806817 (Defs.' Ex. 17) at 817. |
| 89. | On September 28, 2016, the El Paso POE reported that it had: (1) "re-directed" "ATCET Supervisors and Officers" "to assist with PCS, PVP and transportation duties until further notice[;]" (2) "re-directed" "Training Officers and Supervisor" "to assist with PCS and PVP duties[;]" (3) "suspended" training and "assigned [trainees] to assist with PCS or PVP duties[;]" (4) "re-directed" firearms staff "to assist with transportation and PCS duties[;]" and (5) "re-directed" CBP techs assigned to the Administration Office "after 1000 hours to each bridge location to assist with feeding and other duties as necessary to keep the Officers focused on processing." | AOL-DEF-00890684 (Defs.' Ex. 18) at 684 |
| 90. | On September 30, 2016, the number of detainees at El Paso surpassed 400. | AOL-DEF-00806830 (Defs.' Ex. 20) at 830 |
| 91. | On September 30, 2016, Hector Mancha, | Defs.' Ex. 20 at 830 |

28

| | |
|---|---|
| Director of Field Operations for the El Paso Field Office reported to Beverly Good that he would "continue [working] with local ERO in trying to relieve the [El Paso POE] of these [Haitian] detainees. If there is anything you can do in messaging at HQ the urgency of finding beds for our local needs versus using bed space for other AOR[s] would be appreciated." | |
| 92. According to an October 21, 2016 presentation, in fiscal year 2016 (October 1, 2015 to September 30, 2016), the southwest border POEs encountered more than 150,800 inadmissible aliens, a 70% increase over FY 2014. | AOL-DEF-0003554     (Defs.' Ex. 32) at 562 |
| 93. On October 3, 2016, the El Paso Field Office reported that a "surge" of UACs and FAMUs continued to "create adverse impacts to port operations, as UACs and FAMUs were being placed throughout administrative spaces of the port." | AOL-DEF-00893755     (Defs.' Ex. 21) at 755. |
| 94. On October 3, 2016, the El Paso Border Patrol Sector, which does not operate POEs, reported that its "current operational tempo was very high" it was "barely staying afloat" with processing. It requested that the El | AOL-DEF-00802270     (Defs.' Ex. 22) at 270 |

29

| | |
|---|---|
| Paso Field Office move its detainees out of Border Patrol's Paso Del Norte facility and into others because the Paso Del Norte facility was "currently out of policy . . . by holding subjects in non-holding cells." | |
| 95. On October 3, 2016, the Brownsville POE reported that it "continue[d] to experience an increasing surge of [UACs, family units] and EF/CF cases. This surge continues to create adverse impacts to port operations . . . ." The port reported that it had reassigned: (1) Port Support Personnel "to assist with transportation and vehicle primary;" and (2) CBP administrative staff to assist "(feeding, restocking supplies, etc.)," which allowed officers "to focus on case processing." | AOL-DEF-00896692 (Defs.' Ex. 23) at 692 |
| 96. On October 4, 2016, "Hurricane Matthew struck Haiti . . . as a Category 4 hurricane. The combined effects of wind, coastal flooding and rain caused heavy flooding, landslides, and the destruction of a great deal of infrastructure, agricultural crops and natural ecosystems." | Glabe Dep. Ex. 321 at 3. |
| 97. On October 5, 2016, the Deputy CBP Commissioner wrote, the Deputy Commissioner McAleenan asked ICE about increasing ICE | AOL-DEF-00044527 (Defs.' Ex. 30) |

30

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| personnel and ICE bedspace. The Acting ICE Director responded that the agency had 39,650 individuals in custody, the "highest level in [its] history." | |
| 98. On October 6, 2016, Chiara Cardoletti-Carrol, Deputy Regional Representative for the USA and Caribbean of the United Nations High Commissioner for Refugees (UNHCR), issued a report based on UNCHR's site visit at the San Ysidro POE during the week of September 12, 2016. | PX 12, AOL-DEF-0046740; PX 51 AOL-DEF-00339435 |
| 99. The October 6, 2016 UNHCR report stated that "the Mexican press reports that at least 950 Haitians, requested appointments at the San Ysidro port of entry on September 12 alone." | PX 12, AOL-DEF-0046740; PX 51 AOL-DEF-00339435 |
| 100. The October 6, 2016 UNHCR report stated that "[a]ccording to NGOs, Haitians have been arriving in increasing numbers at other ports of entry in recent weeks, such as Calexico, which is far less resourced than San Ysidro." | PX 12, AOL-DEF-0046740; PX 51 AOL-DEF-00339435 |
| 101. In the October 6, 2016 UNHCR report, representatives from UNHCR stated that CBP reports that "most Haitian nationals seeking admission at the San Ysidro port | PX 12, AOL-DEF-0046740; PX 51 AOL-DEF-00339435 |

31

| | |
|---|---|
| of entry are not seeking asylum. While some may fear return to Haiti, CBP reports that the majority are not expressing fear at the port of entry. Instead, they are expressing interest in working and/or reuniting with family in the US. This was also confirmed by the anecdotal accounts of a group of Haitian nationals in CBP custody. A large majority of the Haitians are coming from Brazil. Many had children born there.". | |
| 102.    In the October 6, 2016 UNHCR report, UNCHR stated that it had learned that "[a]t least half of CBP's staffing and space previously dedicated to processing asylum-seekers was being used to process Haitian parole cases. A multi-year construction project is further limiting CBP's asylum processing capacity." | PX 12, AOL-DEF-0046740; PX 51 AOL-DEF-00339435 |
| 103.    In the October 6, 2016 UNHCR report, UNCHR found that "both CBP and ICE in Southern California" were "doing what they [could] with existing resources to process the Haitians expeditiously and humanely and maintain regular processing of asylum seekers." Ms. Cardoletti-Carrol | PX 12, AOL-DEF-0046740; PX 51 AOL-DEF-00339435 |

32

| | |
|---|---|
| wrote that UNHCR "was particularly impressed to see the sincere efforts made by the various DHS counterparts at the border to ensure access to the United States protect for vulnerable persons despite ongoing capacity challenges and increasing number of arrivals." | |
| 104.    In the October 6, 2016 UNHCR Report, Ms. Cardoletti-Carrol, wrote that CBP should "[u]rgently reconsider the use of a metering system (appointment system) for asylum-seekers and other vulnerable populations approaching the [San Ysidro] port of entry." | PX 12, AOL-DEF-0046740; PX 51 AOL-DEF-00339435 |
| 105.    On October 10, 2016, the Port of San Luis, part of the Tucson Field Office, reported that 65 individuals were "lined in the pedestrian pathway from Mexico to our pedestrian entrance," which "severally limit[ed] the space" the port had and needed "for the field workers and the general travelling public." | AOL-DEF-01265180 (Defs.' Ex. 27) at 180 |
| 106.    On October 14, 2016, the Laredo Field Office reported that "CBP personnel are being reassigned to support the influx, | AOL-DEF-00903363 (Defs.' Ex. 24) at 363 |

33

| | |
|---|---|
| resulting in an impact to other critical areas." Specifically, the Field Office reported that it had: (1) reassigned "personnel to assist with alien transportation and support daily port operations;" (2) reassigned "CBP administrative staff to assist with alien special needs (feeding, restocking supplies, etc.) allowing our officers to focus on case processing;" (3) farm[ed] out aliens to neighboring ports of entry to assist with case processing;" (4) "provid[ed] internal Field Office TDY support to the Port of Hidalgo (one supervisor and ten officers) to assist with case processing." | |
| 107.　　On October 16, 2016, at 7:14 pm, the Port of Hidalgo reported that "got hard hit with arrivals yesterday [and] were up to 185 [individuals in custody]," and had to deal with medical issues related to one of the individuals in custody, which caused delays in processing. | AOL-DEF-00906636 (Defs.' Ex. 25) at 636 |
| 108.　　On October 17, 2016, the CAT reported that San Diego Field Office was utilizing 155% of its capacity, the Tucson Field Office was utilizing 231% of its capacity, the El Paso Field Office was using 99% of | AOL-DEF-00793584 (Defs.' Ex. 31) at 585 |

34

| | |
|---|---|
| its capacity, and the Laredo Field Office was utilizing 106% of its capacity. | |
| 109.    On October 18, 2016, Deputy CBP Commissioner Kevin McAleenan sent an email to Todd Owen, the Executive Assistant Commissioner for OFO; Mark Morgan, the Chief of U.S. Border Patrol; and others entitled "Haitian Migrants – Updates and policy decision re El Centro Processing Center concept."    In that email, Mr. McAleenan stated: ████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ | PX 54, AOL-DEF-00802340 at 340 |

35



| | |
|---|---|
| ███████████████ ███████████████ ███████████████ ███████████████ ███████████████ Mr. McAleenan went on to state that he ███████████████ ███████████████ ███████████████ ███████████████ ███████████████ ███████████ | |
| 110.    On October 18, 2016, then-CBP Deputy Commissioner Kevin McAleenan emailed Mark Morgan, then-Chief of U.S. Border Patrol, and Todd Owen, then-Executive Assistant Commissioner of OFO concerning news that ████████ ███████████████ ███████████████ ███████████████ ███████████████ ███████████████ ███████████████ ███████████████ ███████████████ ███████████████ | AOL-DEF-00525116 |

36

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



25    111.    On October 18, 2016, CBP Deputy    AOL-DEF-00525116    (Pls.'
26    Commissioner McAleenan reported that    Ex. 47) at 116-17
27
28                                    37

| | |
|---|---|
| ICE ERO had over 2,000 Haitians in custody and "has crested 41,000 beds overall." | |
| 112.     On October 19, 2016, at 7:33 am, the Nogales POE reported that it had 20 adult male Haitian Nationals at the DeConcini crossing.  The port had "brought in 3 so far and the remainder are waiting outside the turnstile on the Mexican side.  The port reported that it would "bring in and process as we can facilitate, due to current PCU detention status."  Later that same morning, the port reported that it would use the Deconcini Passport Control Unit/Area to process Haitian nationals and would use the Mariposa POE (PCU Area) to hold Haitians awaiting processing. | AOL-DEF-01266827  (Defs.' Ex. 28) at 827 |
| 113.     On October 25, 2016, the Port of Hidalgo reported that, as of 9:45 am, "every seat in the Mainhouse" was taken. "[W]e keep processing as fast as possible . . . but they keep arriving!!" | AOL-DEF-00896989  (Defs.' Ex. 26) at 989 |
| 114.     On October 25, 2016, the Director of Field Operations for the Tucson Field Office reported that the ports of San Luis and Nogales had "far exceeded capacity and are in desperate need of relief." | AOL-DEF-01393904  (Defs.' Ex. 29) at 904 |

38

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 115.    On October 30, 2016, Randolph "Tex" Alles, Acting Executive Assistant Commissioner of CBP's Enterprise Services, wrote: "[The] [d]irection from [CBP Commissioner Gil Kerlikowske] is to continue El Centro work and a new task of looking at bringing the Nogales[, Arizona] facility from 2014 back on line." | AOL-DEF-00258173 at 175 |
| 116.    On October 31, 2016, a meeting was held at DHS' headquarters, the Nebraska Avenue Complex. After that meeting, then-DHS Secretary Jeh Johnson and then-CBP Commissioner Gil Kerlikowske "approved moving forward with the plan to establish the infrastructure that would support ████ ████████████████" in a "FEMA tent city." | PX 55, AOL-DEF-00258173 at 173 |
| 117.    In October 2016, the CBP Commissioner established a Crisis Action Team (CAT). | Defs.' Ex. 33 at 4 |
| 118.    The purpose of the CBP CAT was to "to address the [] migrant surge" and to "mitigate impacts to mission essential functions." "Deputy Chief Gloria Chavez (U.S. Border Patrol) [was] designated by the CBP | AOL-DEF-00019710 (Defs.' Ex. 34) at 710 |

39

| | |
|---|---|
| Commissioner to oversee the CBP mass migratory response." | |
| 119.    The CAT was "composed of representatives from various CBP components" and DHS components, such as "ERO." "The CAT team combined data and intelligence gathered by different CBP offices into a daily report, which it provided to CBP leadership. The CAT team also briefed the leadership daily on the data and what it was doing to address the surge." "The CAT team considered several approaches to address the overcrowding." | Defs.' Ex. 33 at 4.<br><br>Pls.' Ex. 4 at 113:14-114:9 |
| 120.    Around the time it was developed, the CAT began reporting on DHS-coordinated plans "for addressing the surge of migration along the Southwest border." | *See e.g.* AOL-DEF-00904529 (Pls.' Ex. 61) at 530 |
| 121.    DHS led coordination efforts for a multi-phased plan to "address the surge of migration along the Southwest border": (1) in Phase 1, "ICE/ERO will increase the rate of custodial transfer from CBP; (2) in Phase 2, to run semi-concurrently with Phase 1, potentially opening processing facilities in El Centro, California, and Nogales, Arizona; (3) in Phase 3, ███████ | Pls.' Ex. 61 at 530 |

40

| | |
|---|---|
| ███████, erecting a larger soft-sided holding facility, ████████████████ ██████████████████ █████████████████ (4) in Phase 4, █ ███████████████, developing contingency planning for four soft-sided facilities adjacent to POEs to be rolled out respectively in ████████████ █████████████████ ███████. | |
| 122.    On November 1, 2016, DHS Secretary Jeh Johnson held a telephone conference. After the call, "CBP was asked to look at soft-sided housing that can be stood up at CBP locations (POEs and [Border Patrol] Stations)." | PX 56, AOL-DEF-00019314 at 316 |
| 123.    On November 1, 2016, U.S. Border Patrol Deputy Division Chief and CBP Crisis Action Team (CAT) head Gloria Chavez sent an email entitled "CBP Migration CAT Update 11/01/16." In that email, Ms. Chavez noted that the "El Centro Processing/Detention Facility will undergo a soft opening on November 14th and a full opening November 28th." In the same email, Ms. Chavez noted that DHS was examining | AOL-DEF-00019314 at 315-16 |

41

| | |
|---|---|
| "build[ing] out capacity within 30-days . . . [at] multiple sites [including] San Marcos, TX, Mission, TX, and Sharpe Army Depot near Stockton, CA." | |
| 124.    On November 1, 2016, Blas Nunez-Neto, then-Senior Advisor to CBP Commissioner Gil Kerlikowske, in an email entitled "IJ and Asylum Surge," reported ▮▮▮▮▮  He reported that, ▮▮▮▮▮▮▮▮▮▮ ." He further wrote: ▮▮▮▮▮ | PX 57, AOL-DEF-00043575 at 577-578 |

42

| | |
|---|---|
| ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ██████████████ | |
| 125.    On November 1, 2016, Todd Owen, the Executive Assistant Commissioner of OFO, "attended several migration meetings . . . with [CBP Commissioner Gil Kerlikowske] and staff," as well as "discussions with [DHS Secretary Jeh Johnson] and others with [White House] staff." | AOL-DEF-00258210 at 211 |
| 126.    During a 9am ET telephone conference on November 2, 2016 with CBP Commissioner Gil Kerlikowske and DHS. In an email describing that call, EAC Owen stated that OFO and U.S. Border Patrol were "directed to identify POEs and [Border Patrol] stations where soft sided tents with cots, shower trailers, [and] eating areas[] can be deployed in the next 7-10 days." | PX 60, AOL-DEF-00815228 at 228 |
| 127.    On November 2, 2016, Todd Owen, the Executive Assistant Commissioner of OFO, wrote to the four Directors of Field | AOL-DEF-00019314 at 315 |

43

Operations overseeing all POEs on the U.S.-Mexico border. In that email, Mr. Owen stated that "[a]fter several frustrating weeks, we are finally seeing engagement by senior leaders at the department and in the administration on our migration and detention issues." EAC Owen noted that "[s]everal efforts [are] underway, from building soft sided tents in several locations in Texas and California, ████████████████████ ████████████████████ ████████ Mr. Owen stated that "[t]he OFO position" is that "building soft sided tents at ports of entry or [Border Patrol] stations . . . is not an option for us. We lack the physical space and more importantly the sanitary items like showers and bathrooms for large scale housing in a POE." Mr. Owen also noted that one effort was to move away from expedited removal to regular removal proceedings, "████████████ ████████████████████ ████████████" He noted "[w]e all are concerned with the pull effect this decision to almost immediately release family unites would have."

44

| | |
|---|---|
| 128.    According to a November 2, 2016 email titled "CBP Migration CAT Update 11/02/16," "CBP [was] actively exploring the implementation of soft-sided facilities adjacent to Ports of Entry[] and Border Patrol Stations to relieve stress on aliens in custody.  Priority [was] being given to the POEs due to their operational footprint." The same email noted that CBP was also exploring building larger "soft-sided facilities" at ████████████████████████ ████████████████████████. The same email noted that "[t]he El Centro Processing Center is scheduled for a soft opening November 14th and a hard opening November 28th." That Center "will support the Calexico port of entry with processing single adult Haitians," and "[A]ll Haitians will be processed for expedited removal and immediately turned over to ICE/ERO." | AOL-DEF-00272845 at 845 |
| 129.    On November 4, 2016, Gloria Chavez stated in an email titled "CBP Migration CAT - COB 11/04/16," that "the [Office of Facilities and Asset Management], in coordination with U.S. Border Patrol and the Of- | PX 61, AOL-DEF-00904527 at 530 |

45

| | |
|---|---|
| fice of Procurement, continue[d] to complete the milestones" for opening the Nogales Processing Center. Ms. Chavez also noted that "[r]ental furniture" would be delivered to the El Centro Facility on "11/9." | |
| 130.    On November 7, 2016, a telephone conference was held with OFO's San Diego Field Office management "to discuss the 'soft opening' of the El Centro Processing [C]enter on 11/14/16." A November 7, 2016, Crisis Action Team update email noted that the plans for the soft opening included "[a] total of ▮ [ICE] ERO Officers" to "arrive in El Centro on 11/14/2016"; and a "specific line-up of ERO resources to support (e.g. buses/vans?)." The email also reported: "San Ysidro and Calexico are at capacity and are prioritizing intake to manage the flow; still utilizing USBP Imperial Beach Station and Barracks 5 for holding." | PX 62, AOL-DEF-00272790 at 790 |
| 131.    On November 7, 2016, the CAT reported that it held "a 1230 meeting to coordinate plans and requirements for site assessments on" two potential Texas holding | Pls.' Ex. 62 at 790, 791 |

46

| | |
|---|---|
| facilities (Tornillo and San Marcos), in addition to establishing the conditions that would trigger the establishment of those soft-sided facilities. | |
| 132.    On November 7, 2016, the CAT reported that it was assessing and evaluating the usage of the Ysleta Del Sur Pueblo Facility on reservation land in El Paso, Texas as a potential site to temporarily hold FMUAs. The CAT was also evaluating the requirements at the Nogales Processing Center regarding the "transferring of bodies to the [Nogales Processing Center] from other locations." | Pls.' Ex. 62 at 790 |
| 133.    November 8, 2016 was election day for the 2016 presidential election.  Early in the morning of November 9, 2016, it became apparent that Donald Trump had won the presidential election. | Glabe Dep. Ex. 325; Glabe Dep. at 114:20-115:2 |
| 134.    On November 9, 2016, Gloria Chavez sent an email entitled "RE: CBP MIGRATION CAT – COB 11/09/16" to multiple recipients.  In that email, Ms. Chavez wrote: "El Centro Facility will NOT have a soft opening on 11/14 and will NOT go live on | PX 65, AOL-DEF-00272878 at 878-879 |

| | |
|---|---|
| 11/28. Planning and contracting will continue but NO [temporary duty] personnel from OFO and ICE will be deployed." Ms. Chavez also stated: "CBP CAT [Crisis Action Team] discussed El Centro Facility Plans with ERO. ERO will not be able to fulfill a commitment of daily ███████ out of El Centro Facility due to not being able to secure the Cibola County Detention Center in New Mexico as a viable option to hold Haitians. Therefore, as noted above, the El Centro Facility will be placed on pause for TDY personnel until further notice." | |
| 135.     On November 9, 2016, the CAT informed CBP leadership that the El Centro facility would not have a soft opening nor go live, but noted that CBP "will continue to work and have [the] facility ready for when trigger is pulled to staff it." | Pls.' Ex. 65 at 879 |
| 136.     Upon learning that the El Centro project was on hold, Todd Owen said on November 9, 2016, that "the TDY's tomorrow" should "stand down [t]emporarily, with a likely future deployment." | Pls.' Ex. 65 at 878 |

48

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 137.    On November 9, 2016, the CAT discussed other options for developing soft-sided facilities at Tornillo and contingency planning for a facility at Otay Mesa and the Brownsville Border Patrol station. | Pls.' Ex. 65 at 879 |
| 138.    Late on November 9 or early on November 10, 2016, Gloria Chavez responded to an email from Beverly Good at OFO asking about the status of the El Centro facility: "Tomorrow – [CBP Commissioner Gil Kerlikowske and Deputy CBP Commissioner Kevin McAleenan] will socialize with [DHS Secretary Jeh Johnson] and explain our challenge." Ms. Chavez stated "[g]ive me until tomorrow after our NAC meeting so we know for sure that S1 is not going to 'force' ICE to do something different (doubt it as the issue is bed space)." | AOL-DEF-00272878 at 878 |
| 139.    On November 10, 2016 at 1:15pm, Johnny Armijo, then Assistant Director of Field Operations, Border Security for OFO's San Diego Field Office, wrote: "The issues surrounding the influx is extremely fluid involving the Department (DHS) and White House." He added: "[T]here are mul- | PX 66, AOL-DEF-00314214 at 214 |

49

| | |
|---|---|
| tiple lines of effort in play to address the sustained influx we are currently experiencing and [those efforts] require priority attention." | |
| 140.    On November 10, 2016, CBP Deputy Commissioner Kevin McAleenan attended a meeting at DHS' Nebraska Avenue Complex Headquarters.  During the meeting, Mr. McAleenan discussed increasing "efforts to meter arrivals of non-UAC [unaccompanied children], non-Mexican CF [credible fear] cases mid-bridge. . . . This will be mostly CENTAM [Central American] families." | PX 67 AOL-DEF-00272936 at 936 (date of meeting); PX 68 AOL-DEF-00353880 |
| 141.    On November 10, 2016 at 2:48pm, Gloria Chavez wrote to Beverly Good: "I just received word from [CBP Commissioner Kerlikowske's] staff that [the] proposal [to  increase metering efforts] that [CBP Deputy Commissioner Kevin McAleenan] introduced to [DHS Secretary Johnson] for consideration earlier today was approved by [DHS Secretary Johnson] and to make notification to OFO.  So please proceed with informing your OFO field leadership at some of our Texas POEs of this approval so they can start this new operational | PX 67, AOL-DEF-00272936 at 936 |

50

| | |
|---|---|
| alignment to bring relief at the POEs." | |
| 142.    On November 11, 2016, Deputy Commissioner of CBP Kevin McAleenan informed OFO Executive Assistant Commissioner Todd Owen and OFO Deputy Executive Assistant Commissioner John P. Wagner of the briefing with DHS Secretary Jeh Johnson via an email with the subject line "Metering in TX." Mr. McAleenan wrote: "Just wanted to touch base directly because I'm not sure it was conveyed with full clarity from CAT. [CBP Commissioner Kerlikowske] and I briefed [DHS Secretary Johnson] that we wanted to increase efforts to meter arrivals of non-[unaccompanied children], non-Mexican [credible fear] cases mid-bridge. . If INAMI [Mexican immigration] is not willing to help, we will push up to the line and hold them back there.  This will mostly be [Central American] families." | PX 68, AOL-DEF-00353883 |
| 143.    On November 11, 2016 at 2:55pm, Todd Owen wrote to Kevin McAleenan (then the Deputy Commissioner of CBP): "Deputy, we are on board with the metering. Wanted to express this verbally with the | AOL-DEF-00272935    (Pls.' Ex. 69) at 935 |

| | |
|---|---|
| [southwestern border] [Directors of Field Operations] as opposed to a written record. I thought we had advised them via telephone last night to start, and this would be among the various custody issues to discuss more in depth next week." | |
| 144.     On November 11, 2016 at 3:00pm, Deputy Commissioner Kevin McAleenan wrote to Todd Owen, the Executive Assistant Commissioner of OFO, and John Wagner, the Deputy Executive Assistant Commissioner of OFO: "The implementation is subject to your discretion and [the Directors of Field Operations] (and [Port Director]s) on what will work best operationally and whether it is required on any given day or any specific location. We should try to bring INAMI on board with us and certainly give them a heads up.  I just want our folks to have an additional tool to keep conditions safe and working at our POEs." | PX 69, AOL-DEF-00272935 at 935 |
| 145.     On November 11, 2016 at 6:55pm, William Brooks, the Director of Field Operations for the Tucson Field Office, sent an email to the port directors of POEs in OFO's Tucson Field Office with the subject line | AOL-DEF-01266662 at 662 |

52

| | |
|---|---|
| "Metering Flow." Mr. Brooks wrote: "Today I received the following guidance from HQ. HQ asked that each Port management work with their Mexican counterparts to meter the [flow] of Haitians, South and Central Americans. While this is being done for Haitians at most locations it is not so for South and Central Americans." | |
| 146. On November 11, 2016, the El Paso POE reported "406 detainees in custody." | AOL-DEF-00799100 (Defs.' Ex. 13) at 100 |
| 147. The night of November 11, 2016, the El Paso POE began metering "at the middle of the bridge at all 3 crossing locations." | Defs.' Ex. 13 at 100 |
| 148. On November 11 and 12, 2016, the Tucson, Laredo, and El Paso Field Offices transmitted instructions to their ports authorizing metering. | AOL-DEF-01266662 (Pls.' Ex. 70) at 662 (email from Tucson Field Office) AOL-DEF-01267496 (Pls.' Ex. 71) at 496 (email discussing metering at El Paso) AOL-DEF-00814130 (Defs.' Ex. 36) (email from Laredo Field Office to Port Directors) |
| 149. When metering began in November 2016, metering practices were not standardized. | Expert Report from Stephanie Leutert (Pls.' Ex. 20), dated December 10, 2019, at ¶ 47 |

53

| | |
|---|---|
| 150.    On November 12, 2016, Frank Longoria, Assistant Director of Field Operations for Border Security in OFO's Laredo Field Office, wrote to port directors in the Laredo Field Office: "At the request of [the Commissioner] and [Deputy Commissioner of CBP], you are to meet with your [Mexican immigration] counterpart and request they control the flow of aliens to the port of entry. ██████████ ██████████ ██████████ ██████    This is similar to what San Diego is doing." | PX 13, AOL-DEF-00576607 |
| 151.    On November 15, 2016, U.S. Border Patrol Chief sent an email entitled "CBP MIGRATION CAT – COB 11/15/16" to multiple recipients.    In the email, Ms. Chavez wrote: "As of this evening, 11/15/16, CBP leadership has decided to place the Nogales Processing Center on **HOLD** status until further notice. At this time, we are going to conduct an assessment on the cost-benefit and whether this is a viable option operationally as there are other | PX 72, AOL-DEF-00272938 at 939 |

54

| | |
|---|---|
| soft-sided facilities at various strategic locations along the Southwest border under consideration at this time." | |
| 152.     On November 15, 2016, the Acting Deputy Executive Director of Admissibility and Passenger Programs (APP) notified the Assistant Director of Field Operations at the Laredo Field Office that "if any individual arrives at POE, we cannot just send them back to MX to wait to be processed but must process them upon arrival." | Defs.' Ex. 36 at 130 |
| 153.     On November 15, 2016, CAT informed CBP leadership that a Notice to Proceed was issued the night before "to erect a temporary CBP processing center" at Tornillo "with 500 bed capacity with option to expand." | Pls.' Ex. 72 at 939 |
| 154.     CBP stood up two soft-sided facilities, one on November 25, 2016, in Tornillo, Texas, and the other on December 10, 2016, in Donna, Texas. | Defs.' Ex. 33 at 5 |
| 155.     Between November 26, 2016 and February 14, 2017, the Tornillo facility held a total of 5,721 individuals. The Tornillo facility went to "stand-by" mode on February 14, 2017. | Defs.' Ex. 33 at 6 |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 156.      Between December 10, 2016 and February 10, 2017, the Donna facility held 2,172 individuals. The Donna facility went to stand-by status on February 10, 2017. | Defs.' Ex. 33 at 6 |
| 157.      In a November 17, 2016 email, Fernando Thome, a CBP officer in OFO's El Paso Field Office, explained that the El Paso POE was conducting metering "at the top of the bridge or the base of the bridge on the U.S. side, therefore all aliens are being turned away and given appointments while on the U.S. side of the bridge." | AOL-DEF-00799450 at 450 |
| 158.      On November 18, 2016, Carlos Gonzalez, the Attaché for CBP at the U.S. Embassy in Mexico City, wrote: ███████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ | PX 71, AOL-DEF-01267496 at 496 |
| 159.      The morning of November 18, 2016, Greta Campos, the Acting Director of Field Programs at OFO noted that OFO was "working with the port[s] to address" the instances of ports turning away people on U.S. soil. | AOL-DEF-00562927 (Defs.' Ex. 37) at 927 |

56

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 160.     On November 18, 2016, the Execu-tive Assistant Commissioner emailed Dep-uty Commissioner McAleenan, notifying him that OFO would address instances of turning away people on U.S. soil at the Hi-dalgo POE and "have the officers push back to the actual boundary line on the bridge." | AOL-DEF-00370791 (Defs.' Ex. 38) at 791 |
| 161.     On November 22, 2016, Hector Man-cha, the Director of Field Operations for OFO's El Paso Field Office stated in an email: "Metering is definitely working. Overall numbers for poes are significantly down since initiating metering while in comparison the BP numbers for between ports are showing an upward trend." The email also stated: "El Paso started out by giving appointments and has since course corrected and stopped with the appoint-ments and is now just advising immigrants to come back at a later time if the poe is at detention capacity." | PX 106, AOL-DEF-00081089 |
| 162.     During the first week in which the El Paso POE was metering, the port learned that its officers "weren't stationed as close to the international boundary as they were supposed to, and there were shifts" in which | Deposition of Samuel Cleaves (Pls.' Ex. 102) at 137:17-138:3. |

57

| | |
|---|---|
| the officers were not at the international boundary. The port had "some corrections to make in the first week of implementation." | |
| 163. The El Paso POE at first in November 2016 had "people stepping onto U.S. soil" to when the port was metering but then "corrected" its metering practices. | Pls.' Ex. 102 at 207:9-14 |
| 164. When it began metering, the El Paso POE "started out be giving appointments." By November 22, 2016, the port had "course corrected . . . and stopped with the appointments and is now just advising immigrants to come back at a later time if the POE is at detention capacity." | AOL-DEF-00022783 (Defs.' Ex. 39) at 783 |
| 165. On November 22, 2016, Beverly Good wrote to Todd Owen, the Executive Assistant Commissioner of OFO, providing information about how the four Southwest Border field offices were metering at that time. With respect to the Laredo Field Office, Ms. Good reported: "Laredo- Laredo gives them an appointment (verbally) and tells them when to come back. Officers are on the bridge now as well but the metering seems to have had a deterrent effect and they | PRX 1, AOL-DEF-00032389; DX 39, AOL-DEF-00022783 |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| are not seeing too many cases daily so they don't really have to meter at the moment. However, they are prepared to do so at any moment their capacity reaches its maximum." | |
| 166.    On December 23, 2016, William Haralson, an official at Chapter 149 of the National Treasury Employees Union ("NTEU"), sent an email to CBP Officers Jessica Ibara, Christopher Perez, Sylvia Guerra, and Abraham Pena with the subject line "Incident 12/6/2016." Mr. Haralson wrote: "I am contacting you all regarding an incident that occurred on December 2, 2016 at the Pharr, Texas [POE]. The Union has received reports that a large group of undocumented aliens were apprehended at the Pharr [POE] and were subsequently transported to the Hidalgo [POE] and returned to Mexico without any type of adverse action. Apparently, Supervisors . . . have initiated this practice of circumventing the political asylum process and it is an ongoing issue." | PX 77, NTEU - 000136 |
| 167.    On December 26, 2016, CBP Officer Sylvia Guerra sent a memorandum to Eric Clough, a representative of NTEU Chapter | NTEU – 000139-140 |

59

| | |
|---|---|
| 149.  In the memorandum, she wrote: "On December 6, 2016 I, CBPO Sylvia Guerra was advised by SCBPO Ismael Hernandez to aid in transporting a group of [other than Mexican migrants] that had arrived to the Pharr Poe earlier in the evening.  The transportation was from Pharr Poe to Hidalgo Poe.  We drove up to the back entry of [the port building] where I witnessed the group of [other than Mexican migrants] entered in a single file line into [the port building] and as they walked in they were escorted to the front of [the port building], thru the pedestrian entry and w[]ere told to go back to Mexico. No adverse actions were taken." | |
| 168.      In December 2016, the number of individuals without documents sufficient for lawful entry presenting at the southwest border decreased. | AOL-DEF-00034127  (Defs.' Ex. 43) at 127 |
| 169.      In a 2017 report, the Office of the Inspector General (OIG) stated that the "surge of migrants arriving on the Southwest border in 2016" "abruptly, drastically, and unexpectedly ended" in January 2017. | Defs.' Ex. 33 at 2, 5 |
| 170.      In a 2017 report, OIG wrote: "In | Defs.' Ex. 33 at 8 |

60

| | |
|---|---|
| March 2017, several CBP executives recommended permanently closing the Donna and Tornillo facilities (which at that time were in stand-by status) because they believed the migration levels would remain low due to policy changes and other factors." | |
| 171.    OIG noted that "[Deputy Commissioner] McAleenan decided to keep the facilities in stand-by status for one additional month," because: (1) "he worried that policy changes at ICE might lead to another backup;" (2) "he was mindful that a recent Executive Order and DHS guidance for implementing that order instructed CBP to ensure sufficient short-term detention capacity;" (3) "he was concerned that migrants' initial reluctance to come to the U.S. after the inauguration might wear off;" and "he feared the annual Spring migration increase." | Defs.' Ex. 33 at 8 |
| 172.    The January 2017 Standard Operating Procedure for the San Ysidro POE's Admissibility Enforcement Unit ("AEU"), which is the unit within the POE that is responsible for processing inadmissible non- | PX 101, AOL-DEF-00749854 |

61

| | |
|---|---|
| U.S. citizens that arrive at the port, including non-U.S. citizens without documents sufficient for lawful entry, does not use the phrase "operational capacity." | |
| 173.    Mariza Marin, then Watch Commander for the San Ysidro POE, participated in the drafting of the 2017 Standard Operating Procedure for the San Ysidro POE's AEU. | PX 17, Marin Dep. at 95:5-22. |
| 174.    On January 2, 2017, a CBP officer dragged a non-U.S. citizen by the legs from U.S. soil toward Mexican soil at the San Ysidro POE. | AOL-DEF-00014041 at 043 |
| 175.    CBP's Office of Professional Responsibility investigated an incident in which a CBP officer was alleged to have dragged an individual without documents sufficient for lawful entry back toward Mexico in January 2017. The investigation sustained that the officer engaged in the alleged conduct and that he did not follow "CBP policy and procedures pertaining to the processing of asylum seekers." | AOL-DEF-00014041    (Pls.' Ex. 8) at 043 |
| 176.    On August 27, 2019, the San Diego Field Office issued a letter suspending the CBP officer involved in the January 2017 | Defs.' Ex. 40 |

62

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| incident discussed in Paragraph 175 for 30 days for Conduct Unbecoming a CBP Officer and Failure to Follow Procedures. | |
| 177.    On January 19, 2017, NTEU Chapter 149 initiated a Step 1 grievance with Carlos Gonzalez, Port Director of the Hidalgo (Texas) POE via letter.    The grievance stated: "Since, on or about 12/6/2016 and in a continuing manner, the Agency has unilaterally implemented a policy that prevents and/or blocks CBP Officers (pedestrian primary/secondary) from processing political asylum seekers and assessing their possible persecution or torture, and their potential national security and/or terrorist threats to the United States."  The grievance also asserts that CBP "[r]educ[ed] the safety environment for employees at the passenger and secondary sites by not evaluating or screening persons who are Other Than Mexicans (OTM) seeking political asylum . . . as lawfully mandated and past practiced."    According to the grievance: private security guards at the POE "stop certain asylum seekers from entering the [port] building," then they "call a CBP Supervisor," and | NTEU – 000142 at 142-143 |

63

| | |
|---|---|
| "both Supervisors and security guards deny entry and processing and escort them back to the path to Mexico."  The grievance also asserted that CBP has failed to "provide health screening or hazard plans for employees who come in contact with overnight ill or non-ill asylum seekers in the [Passport Control Secondary] areas, asserting that "certain asylum seekers are told by Agency officials (Acting Chief Jose Uribe) not to disclose their illnesses to any person, as they would be returned to their country. This in turn creates an[] unsanitary and unhealthy working environment for employees in the passenger secondary rotational sites, as the PCS [Passport Control Secondary] areas have a continuous strong odor of human waste lingering in the air." | |
| 178.    On January 26, 2017, the San Ysidro POE was engaged in metering. | Stipulation of the parties |
| 179.    On February 21, 2017, NTEU Chapter 149 initiated a Step 2 grievance with Javier Cantu, then-Port Director for the Hidalgo POE, regarding CBP's "Failure to Process ER/CF & Asylum Seekers."  Ac- | NTE - 000145 |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| cording to the letter, CBP "fail[ed] to respond to this issue at the Step 1 grievance level." | |
| 180.     On April 12, 2017, NTEU Chapter 149 invoked arbitration concerning its grievance asserting that the Hidalgo POE "fail[ing] to properly process asylum and/or credible fear seekers." | PX 79 NTEU – 000141 |
| 181.     On April 10, 2017, Nicole Ramos emailed a complaint to CRCL asserting that on April 9, 2017 CBP officers at the San Ysidro POE turned away a Honduran asylum seeker. | PRX 4, AOL-DEF-00014822; DX 44, AOL-DEF-00722915 |
| 182.     On April 14, 2017, Assistant Port Director Hood emailed the managers at San Ysidro and Otay Mesa noting, "AEU has adequate detention space to process any applicant for asylum encountered at our facilities. Any asylum application we encounter should be taken into custody, escorted to the security office, and then transported to AEU for proper intake and processing. We should not be sending any asylum seekers back to Mexico. Please remind our officers." | AOL-DEF-00090443  (Defs.' Ex. 45) at 443 |
| 183.     Between October 1, 2016, and April 12, 2017, CBP spent over $45.25 million to | Pls.' Ex. 33 at 446 |

65

| | |
|---|---|
| address the migrant surge. | |
| 184.    OFO spent: (1) $15.76 million in overtime, temporary duty assignments, and operations support; (2) Border Patrol spent about $9.13 million in overtime, TDY, and operations support; and CBP spent over $20.24 million on facilities and maintenance costs. | Pls.' Ex. 33 at 446 |
| 185.    On June 9, 2017, Mariza Marin sent guidelines on the San Diego Field Office's "Streamlined Withdrawal of Application for Admission" process to CBP Officers at the San Ysidro POE's Admissibility Enforcement Unit ("AEU").  Ms. Marin attached to her email the 2009 Streamlined Standard Operating Procedures along with a "2012 HQ memo instructing the field of the procedural requirements to provide travelers with documentation of the adverse action taken at the Port of Entry."  Ms. Marin noted in her email that the Streamlined Withdrawal process was "to be used to mitigate overcrowding when we are at capacity and should be used during high volumes of apprehensions. Since apprehensions are currently manageable and there is no processing backlog, the | PX 7, AOL-DEF-00069611 |

66

| | |
|---|---|
| streamlined process should not be used." Ms. Marin also noted that "[w]hen using the streamlined process of Withdrawals (especially for alleged Mexican CF cases that have no fear) is we should continue to record (video/audio the complete interview not just the 4 question[s identified in the Standard Operating Procedures]. When we record just the 4 questions, we have been accused of doctoring the interview and removing other CBP officer's remarks and favorable answers by the alien that support their claims." | |
| 186.    In 2009, the San Diego Field Office issued standard operating procedures allowing for a streamlined procedure for withdrawals of application for admission for aliens inadmissible pursuant to Immigration and Nationality Act § 212(a)(6)(C) and/or (a)(7). | AOL-DEF-00069617  (Defs.' Ex. 41) |
| 187.    Under the San Diego Field Office streamlined withdrawal procedures, an applicant for admission indicating a request for asylum or articulating fear of returning to his/her country of citizenship "must" be referred for a credible-fear interview. | Defs.' Ex. 41 at 619 |

67

| | |
|---|---|
| 188.    Under the San Diego Field Office streamlined withdrawal procedures, a CBP officer who permits an inadmissible alien to withdraw his application for admission and return to Mexico without adverse immigration consequences (as agency regulations permit) records the alien's responses to four specific questions about his application instead of recording a comparatively lengthy oral statement from the alien on a separate form. | Defs.' Ex. 41 at 618–19. |
| 189.    The San Diego Field Office streamlined withdrawal procedures are authorized "in situations where the use of the streamlined process will mitigate overcrowding, detention issues or secondary space issues or high volumes of apprehensions and an Expedited Removal will not be used." | Defs.' Ex. 41 at 617 |
| 190.    The San Diego Field Office streamlined withdrawal procedures require that "if the applicant indicates a request for asylum or articulates fear of returning to his/her country of citizenship or last country of residence..., then the subject must be processed under the Expedited Removal with Credible | Defs.' Ex. 41 at 619 |

68

| | |
|---|---|
| Fear process and detained pending a credible fear determination." | |
| 191.    On August 31, 2017, OFO's Laredo Field Office updated the "Laredo Field Office Contingency Plan." The plan outlines certain steps that POEs in the Laredo Field Office can take to adjust their operations to "[t]o ensure port management is provided the necessary resources to address the influx of unaccompanied alien children, family units, or other alien populations expressing fear or returning to Mexico and/or country of origin and minimize the impact to legitimate trade and travel." For example, if the Brownsville POE's ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | AOL-DEF-00011011 at 011, 021-024 |

69

████████████████████████

████████████████████████

██████████    When operating under this Con-

tingency Plan, ████████████████████

████████████████████████

████████████████████████

████████████████████████

██████████████████

| | |
|---|---|
| 192.    The San Ysidro POE engaged in me-tering on December 5, 2017. | PX 17 at 48:20–49:2; 258:15-21 |
| 193.    The San Ysidro POE engaged in me-tering in December 2017. | PX 17 at 48:20–49:2; 258:15-21. |
| 194.    On December 23 and 24, 2017, the San Luis POE was holding at the limit line. | Stipulation of the parties |
| 195.    On December 25 and 27, 2017, the San Luis and Nogales POEs were holding at the limit line. | Stipulation of the parties |
| 196.    On December 29, 2017, the San Luis POE was holding at the limit line. | Stipulation of the parties |
| 197.    On December 30, 2017, the Nogales POE was holding at the limit line. | Stipulation of the parties |
| 198.    On December 31, 2017, the Nogales POE was holding at the limit line. | Stipulation of the parties |
| 199.    In his deposition, Todd Owen testi-fied, in part: "In 2018, the migrants [sic] numbers started to increase again and | Pls.' Ex. 10 at 68:19-20 |

70

| | |
|---|---|
| reached a high point in the spring of 2018." | |
| 200.     In January 2018, the Southwest Border Field Offices processed 9,930 inadmissible arriving aliens. | Defs.' Ex. 46 at 4. |
| 201.     In February 2018, the Southwest Border Field Offices processed 10,085 inadmissible arriving aliens. | Defs.' Ex. 47 at 4 |
| 202.     In March 2018, the Southwest Border Field Offices processed 12,957 inadmissible arriving aliens. | Defs.' Ex. 48 at 4 |
| 203.     In April 2018, the Southwest Border Field Offices processed 12,295 inadmissible arriving aliens. | Defs.' Ex. 49 at 4 |
| 204.     On April 3, 2018, the Laredo Field Office reported that the number of single adult credible fear cases had increased for the fourth week in a row, with a 73% increase week to week. The report went on to note that "there has been a significant shift of arriving aliens claiming credible gear to the smaller ports of entry, specifically Eagle Pass and Roma, which affect their processing and holding capacity." | AOL-DEF-00909574 (Defs.' Ex. 51) at 574 |
| 205.     On April 4, 2018, the El Paso Field Office reported that, "As a result of the in- | AOL-DEF-00801853 (Defs.' Ex. 50) at 853 |

71

| | | |
|---|---|---|
| | creased CF claims, [Family Units], and [Un-accompanied Alien Children," the El Paso POE had created two processing teams "to place focus on processing without the added distraction of feeding, detention checks, cleaning, etc." "As the increase in detainees occurs, humanitarian functions increase, which takes away from case processing. Additionally, with increasing numbers of [CBP Officers] focused on case process, this also causes impact to frontline functions and increased expenditures." | |
| 206. | On March 31, 2018, Aaron Mitchell, a CBP official stationed at the U.S. Embassy in Mexico City, began providing regular reports on the size and activities of the "Viacrucis" migrant caravan as it crossed Mexico after leaving Guatemala. ███████ ████████████████████████████ ████████████████. | PX 80, AOL-DEF-00280783 at 793 |
| 207. | On April 1, 2018, Aaron Mitchell, a CBP official stationed at the U.S. Embassy in Mexico City, reported of the Viacrucis migrant caravan that "████████████ ████████████████████████████ | Pls.' Ex. 80 at 792 |

72

| | |
|---|---|
| ███████████████████ ██████████ " | |
| 208.    On April 2, 2018,  Aaron Mitchell, a CBP official stationed at the U.S. Embassy in Mexico City, reported that as ████████ ██████████████████████████ ██████████████████████████ ██████████. | PX 80, AOL-DEF-00280783 at 792 |
| 209.    On April 2, 2018, Aaron Mitchell, a CBP official stationed at the U.S. Embassy in Mexico City, reported ██████████ ██████████████████████████ ████████████. | PX 80, AOL-DEF-00280783 at 792 |
| 210.    On April 4, 2018, Aaron Mitchell stated: █████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ████████ | Pls.' Ex. 80 at 790 |
| 211.    On April 14, 2018, Aaron Mitchell, a CBP official stationed at the U.S. Embassy in Mexico City, reported ██████████ ██████████████████████████ | PX 80, AOL-DEF-00280783 at 786 |

73

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 212.     On April 17, 2018, Aaron Mitchell, a CBP official stationed at the U.S. Embassy in Mexico City, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. | PX 80, AOL-DEF-00280783 at 786 |
| 213.     On April 18, 2018, Robert Hood, the Assistant Port Director of the San Ysidro POE, sent an email noting that the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | PX 90, AOL-DEF-00063246 at 246 |
| 214.     On April 18, 2018, the San Ysidro POE reported that it "experienced a surge in asylum seekers yesterday (187 applicants), which brought us to max capacity (▉ detainees)." There were another 120 individuals at El Chaparral awaiting to make entry, which required additional support in the AEU for case processing. The POE went on | AOL-DEF-00729220 (Defs.' Ex. 52) at 220 |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| to report that "[d]ue to the emergent need, we will not have enough time to announce and solicit for volunteers. We will need to temporarily pull" six passenger officers to AEU for case processing. | |
| 215.    On April 20, 2018, Aaron Mitchell, a CBP official stationed at the U.S. Embassy in Mexico City, reported ████████ ████████████████████████████. | PX 80, AOL-DEF-00280783 at 785 |
| 216.    On April 22, 2018, Aaron Mitchell, a CBP official stationed at the U.S. Embassy in Mexico City, reported ███████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ██████████████ | PX 80, AOL-DEF-00280783 at 784 |
| 217.    On April 22, 2018, Aaron Mitchell reported ████████████████ ████████████████ ████████████████ ███████████ | Pls.' Ex. 80 at 784 |
| 218.    On April 23, 2018, Carlos Gonzalez, the Attaché for CBP at the U.S. Embassy in | PX 80, AOL-DEF-00280783 at 783 |

75

| | |
|---|---|
| Mexico City, reported that,  | |
| 219.    On April 24, 2018, CBP Commissioner Kevin McAleenan sent an email to Todd Owen, the Executive Assistant Commissioner of OFO, Randy Howe, the Executive Director of Operations at OFO, Pete Flores, the Director of Field Operations for OFO's San Diego Field Office, Sidney Aki, | PX 81 AOL-DEF-00041777 at 777-778 |

76

| | |
|---|---|
| the San Ysidro POE Port Director, and Deputy Executive Assistant Commissioner John P. Wagner with the subject line "Increased Flow and Caravan Anticipated Arrival." Mr. McAleenan wrote: "[I]t is increasingly likely that we will face the arrival of a large portion of these 500-600 individuals [from the migrant caravan] . . . in the coming days without a change in enforcement posture, and without new processing options (such as 235(b)(2)(c)) in place. That said, I know you have been planning and preparing, and that your field leadership and our officers will act with utmost professionalism and competence, in accordance with law, regulation, and CBP policy, as well as the guidance from the Secretary to effectively enforce the immigration laws of the United States, while appropriately considering and processing claims of fear for those seeking protection. Please confirm that you have sent out guidance regarding safe processing and port security and capacity issues relating to queue management." | |
| 220.    At approximately 4:30 p.m. on April 24, 2018, the San Ysidro POE AEU, which | PX 84, AOL-DEF-00010764; PX 17 at 125:17-24 (San |

| | |
|---|---|
| had a total maximum capacity of ▓ in its holding cells, had "209 detainees in custody," and at 5:43 p.m that same day, the AEU was in the process of intaking 82 more individuals without documents sufficient for lawful entry. | Ysidro POE AEU definition of intake). |
| 221.    On April 25, 2018, at about 9:00 AM, the San Ysidro POE had 290 individuals in custody. | AOL-DEF-00010711 (Defs.' Ex. 53) at 712 |
| 222.    Around 1:00 PM, the Mexican government notified CBP that three buses containing ████████████ ████████████ ████████████ ████████ | AOL-DEF-00704631 (Defs.' Ex. 54) at 632 |
| 223.    That same day, the San Ysidro POE received approximately 50 Mexican Family Units claiming asylum, and "0 encounters from [the] Migrant Caravan." | AOL-DEF-00704631 (Defs.' Ex. 55) at 632 |
| 224.    On April 26, 2018, at about 9:00 AM, the San Ysidro POE had 329 individuals in custody. | AOL-DEF-00011644 (Defs.' Ex. 56) at 645 |
| 225.    At the San Ysidro POE, the short-term hold rooms are "used to detain *all* inadmissible and deportable aliens pending their processing and, where appropriate, | Defs.' Ex. 57 ¶ 6 |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| their transfer to ICE, HHS, or other federal agencies, as well as all individuals subject to criminal prosecution awaiting transfer to the custody of a third-party federal or state agencies." | |
| 226.    At the San Ysidro POE, when an individual is first brought into the AEU, he/she goes to an area known as "intake." There, CBP gathers the individual's biographical information, starts a record for the individual in CBP's database, inventories the individual's personal property, and determines whether the individual needs to visit the onsite medical provider for medical care. The individual is then brought to another area of the AEU for processing. The processing is conducted by a specially trained CBP officer who determines the appropriate course of action for the individual, which may be an expedited removal order, or an expedited removal order with a credible fear referral, or placement in removal proceedings before an immigration judge, or allowing the individual to withdraw his/her application for admission. | Defs.' Ex. 60 ¶ 10. |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 227.     Todd Owen and Todd Hoffman testified at their depositions that queue management and MCAT reports provide information about the number of detainees in custody at the particular time the information is reported, and thus reflect a snapshot in time. | Pls.' Ex. 10 at 45:1-15<br>Pls.' Ex. 9 171:22-173:3 |
| 228.     On April 27, 2018, Todd Owen, the Executive Assistant Commissioner of OFO, issued a memorandum with the subject line "Metering Guidance to the Directors of Field Operations overseeing operations at POEs on the U.S.-Mexico border.  In the memorandum, Mr. Owen wrote: "When necessary or appropriate to facilitate orderly processing and maintain the security of the port and safe and sanitary conditions for the traveling public, DFOs [directors of field operations] may elect to meter the flow of travelers at the land border to take into account the port's processing capacity.  Depending on port configuration and operating conditions, DFOs may establish and operate physical access controls at the borderline, including as close to the U.S.-Mexico border as operationally feasible.  DFOs may not | PX 82, April 27, 2018 Metering Guidance Memorandum |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| create a line specifically for asylum-seekers only, but could, for instance, create lines based on legitimate operational needs, such as lines for those with appropriate travel documents and those without such documents." The memorandum also stated: "Ports should inform the waiting travelers that processing at the port is currently at capacity and CBP is permitting travelers to enter the port once there is sufficient space and resources to process them. At no point may an officer discourage a traveler from waiting to be processed, claiming fear of return, or seeking any other protection. . . . Once a traveler is in the United States, he or she must be fully processed." | |
| 229.    The April 27, 2018 Metering Guidance memorandum states: "At no point may an officer discourage a traveler from waiting to be processed, claiming fear of return, or seeking any other protection." | Defs.' Ex. 2 |
| 230.    On April 27, 2018, Todd Hoffman, the Executive Director of Admissibility and Passenger Programs at OFO, sent a copy of Mr. Owen's Metering Guidance memoran- | PX 83, AOL-DEF-00091332 |

81

| | |
|---|---|
| dum to the four Directors of Field Operations for the U.S.-Mexico border via email. In this cover email, Mr. Hoffman stated: "Please see the attached processing guidance during surge events." | |
| 231.    In Fiscal Year 2017, the Southwest Border Field Offices processed 111,275 inadmissible individuals, 17,284 of whom were placed into expedited removal and referred for credible fear interviews. | Defs.' Ex. 4 at 2 |
| 232.    In Fiscal Year 2018, the Southwest Border Field Offices processed 124,876 inadmissible individuals, 38,399 of whom were placed into expedited removal and referred for credible fear interviews. | Defs.' Ex. 4 at 2 |
| 233.    At approximately 9:30 a.m. on April 27, 2018, the San Ysidro POE AEU had "257 detainees in custody," of whom 158 were pending processing.  Of the individuals pending processing, 117 were from 39 family units, and one was an unaccompanied alien child (UAC). | PX 85, AOL-DEF-00010718 at 719 |
| 234.    At approximately 8:40 a.m. on Saturday, April 28, 2018, the San Ysidro POE AEU had "253 detainees in custody," of whom 171 were pending processing.  Of the | PX 86, AOL-DEF-00010722 at 723 |

82

| | |
|---|---|
| individuals pending processing, 120 were from 43 family units, and 4 were unaccompanied alien children. | |
| 235.　　On April 28, 2018, Oscar Saenz, a CBP Officer at the Roma POE, noted in an email reporting updates from Passport Control Secondary as to the status of 3 family units, "Metering has deterred [other than Mexican] traffic." | PX 108, AOL-DEF-00566881 |
| 236.　　On Sunday, April 29, 2018, no later than 6:44 a.m. Pacific Time, the San Ysidro POE, had 289 detainees in custody. | PX 87, AOL-DEF-00048757 at 759; Pls.' Ex. 64 at 148, 153-54. |
| 237.　　On April 29, 2018 at 3:20pm, Pete Flores, the Director of Field Operations for OFO's San Diego Field Office, sent an email to Kevin McAleenan, the Commissioner of CBP, Todd Owen, the Executive Assistant Commissioner of OFO, and others. In the email, he reported: "No caravan subjects have arrived at the San Ysidro Port." | PX 88, AOL-DEF-00047694 at 694; |
| 238.　　On May 15, 2018, the Secretary of Homeland Security publicly stated: "We are 'metering,' which means that if we don't have the resources to let them in on a particular day, they are going to have to come | Stipulation of the parties. |

83

| | |
|---|---|
| back." | |
| 239.    On May 24, 2018 at 12:59pm, Todd Owen, the Executive Assistant Commissioner of OFO, sent an email to Randy Howe, the Executive Director of Operations at OFO, and C. Shane Campbell, the Deputy Executive Director of Operations at OFO with the subject line "Info needed by 1600" with high importance.  In the email, Mr. Owen stated: "For a [meeting with DHS Secretary Kirstjen Nielsen] this afternoon [the Secretary's] office is asking if we fully implement the priority based Que[ue] Management option—what's a rough magnitude of CBP folks that will be needed to man the boundary line?  What's a rough estimate of the number of folks that would likely be turned away per day? Can you please contact the 4 SWB [Southwest border] DFOs and get a very rough estimate by field office?" | PX 93, AOL-DEF-00074316 at 317 |
| 240.    On May 24, 2018 at 10:49am, Pete Flores, the Director of Field Operations for OFO's San Diego Field Office, stated that "the numbers that would [] be held at or near the limit line would vary significantly at | PX 93, AOL-DEF-00074316 at 316-317 |

84

| | |
|---|---|
| each port and throughout the year," but estimated that based on focusing on priorities the San Ysidro and Calexico POEs would intake 50% or more fewer individuals without documents sufficient for lawful entry, and the Otay Mesa POE would redirect individuals without documents sufficient for lawful entry to the San Ysidro POE. | |
| 241.    On May 24, 2018, Ray Provencio, the Assistant Director of Field Operations for the El Paso Field Office, estimated that, if prioritization-based queue management was fully implemented, the El Paso Field Office could "anticipate a 60% reduction . . . in those processed" and "could anticipate 234 [individuals] turned away per day." | PX 94, AOL-DEF-00095574 at 575 |
| 242.    On May 24, 2018 at 2:31pm, the Tucson Field Office estimated that, "if current volumes remain consistent," it "would be turning back roughly 65 [individuals] a day, about 40 in Nogales and 25 at San Luis" if prioritization-based queue management were fully implemented. | PX 95, AOL-DEF-00377294 |
| 243.    On May 24, 2018, Todd Owen, the Executive Assistant Commissioner of OFO, | PX 96, AOL-DEF-00288009; AOL-DEF-00288011 |

85

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| informed Kevin McAleenan, the Commissioner of CBP, and others that if prioritization-based queue management were fully implemented "we would turn away approx. 650 subjects a day.  The number waiting in [Mexico] would grow each day and begin to strain those local [Mexican] border communities."   In response to that email, Mr. McAleenan stated: "Please let [DHS Secretary Nielsen] know today."  Mr. Owen responded: "10-4, heading up there now." | |
| 244.     On June 5, 2018, DHS Secretary Kirstjen Nielsen issued a "Prioritization-Based Queue Management" (PBQM) memorandum to the CBP Commissioner.  In the memorandum, Secretary Nielsen explained that "apprehensions of those crossing our border illegally between the ports of entry and the number of arriving aliens determined to be inadmissible at ports of entry continue to rise. At the same time," the Secretary continued, CBP's "resources remain strained along the Southwest Border. Inadmissible arriving aliens presenting at ports of entry, many of whom arrive without pos- | PX 35; AOL-DEF-00273294 at 296 |

sessing appropriate travel and identity documents required by law, such as a visa and passport, require additional processing time that delays the flow of legitimate trade and travel.  In many cases, CBP officers must take sworn statements from those individuals, which requires a substantial amount of time and resources."  Secretary Nielsen instructed the Commissioner that "CBP must focus on its primary mission: to protect the American public from dangerous people and materials while enhancing our economic competitiveness through facilitating legitimate trade and travel."  Secretary Nielsen stated that "[t]he processing of travelers without documentation draws resources away from CBP's fundamental responsibilities."  "Moreover," Secretary Nielsen continued, "staffing at Southwest border ports of entry is below our target levels for almost all major ports, and our officers are increasingly working extensive overtime hours each pay period, leading to increased fatigue and stress on the workforce.  At several of the largest ports of entry, upwards of 10 per-

87

cent of the CBP officer workforce are engaged in immigration secondary screening and processing functions, primarily addressing persons presenting without documents sufficient for admission or other lawful entry." Thus, Secretary Nielsen directed the CBP Commissioner to "initiate a 30-day pilot program to prioritize staffing and operations in accordance with the following order of priority at all Southwest border ports of entry:"   (1) national security efforts, (2) counter-narcotics operations, (3) economic security, and (4) trade and travel facilitation. The memorandum states that "[p]rocessing persons without documents required by law for admission arriving at the Southwest Border remains a component of CBP's mission, but priority should be given to the [four] efforts described above in the prescribed order.  Field leaders have the discretion to allocate resources and staffing dedicated to any areas of enforcement and trade facilitation not covered by the above priorities and queue management process based on the availability of resources and holding capacity at the local port level."

88

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 245.     In the PBQM memo, the Secretary wrote, "Depending on port configuration and operation conditions, Directors of Field Operations may establish and operate physical access controls at the borderline, including as close to the U.S.-Mexico border as operationally feasible." | Defs.' Ex. 3 at 296 |
| 246.     By midnight on June 8, 2018, the Laredo Field Office had mandated that all of its POEs implement "mid-bridge queue management." | AOL-DEF-00190367 |
| 247.     On June 16, 2018, the Deputy Commander of the Migration Crisis Action Team (MCAT) reported to ICE that "all ports along the [southwest border] will increase their daily intake. The ports will not go beyond their capacity limits but will get as close as possible without negatively impacting their other responsibilities. This will result in a significant increase of referrals of FMUAs and single adults [to ICE]." | AOL-DEF-00380555  (Defs.' Ex. 63) at 555 |
| 248.     In response to the email referred to in paragraph 247, another member of the MCAT reported that he would "convey this operational modification and ensure ERO is ready to support all facets of [the] mission." | Defs.' Ex. 63 at 555 |

89

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 249.    On July 3, 2018, Eddie Arias, a Program Manager within CBP's Tactical Assessment Unit, wrote an email to Johnny Armijo, an official in OFO's San Diego Field Office.  In the email, Mr. Arias explained that "[a]s requested, over the past week I worked towards gauging the overall sentiment of subjects detained at the San Ysidro (SYS) port of entry."  Mr. Arias' goal was "to determine what effect, if any, are measures such as 'zero tolerance' and 'metering' implemented by [CBP] making on subjects attempting entry either illegally or through the credible fear/asylum process."  Mr. Arias reviewed detainee interview narratives from their processing records to conclude that "[d]etainees did not claim fear of prosecution, possible separation of family units, and long wait times in Mexico as deterrent factors." | PX 107, Owen Dep. Ex. 47 |
| 250.    On July 6, 2018, Frank Longoria, the Assistant Director of Field Operations for OFO's Laredo Field Office, observed in an email to other Laredo Field Office officials: "It's been approximately 30 days since we initiated the Queue Management Strategy | PX 99, AOL-DEF-00812864 |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| and shifted from 'detention' capacity to 'operational' capacity." | |
| 251.    CBP has not officially defined the term "operational capacity" in its written policy and procedure documents. | Marin    Dep.    at    73:6-11, 110:24-111:11 |
| 252.    On July 6, 2018, Bradd Skinner, Deputy Director of Field Operations for the Laredo Field Office, wrote to Director of Field Operations for the Laredo Field Office, David P. Higgerson, about a conversation with Ryan Koseor, then Deputy Commander of the CBP Migration Crisis Action Team (MCAT): "The view is that we [should be] processing up to 70% of detention/holding capacity depending upon what is coming at us on any given day." | PX 104, AOL-DEF-01037408 at 408 |
| 253.    On July 24, 2018, Sylvia Briones, an Assistant Port Director at the Hidalgo POE, reported that the implementation of queue management had led to the "circumventing of [the] que[ue]" via bus, taxi, and the SENTRI passenger vehicle lane. | AOL-DEF-00235276 |
| 254.    On August 6, 2018, Ryan Koseor, then Deputy Commander of MCAT, asked Mariza Marin, then Watch Commander at the San Ysidro POE: "How many cases | PX    112,    AOL-DEF-00602802; PX 17, at 173:3-17 |

91

| | |
|---|---|
| could [the San Ysidro POE] process a day if ERO moved them out the next day?" Ms. Marin responded "[w]ell, if we didn't have over half of the officers at the [overtime] cap about █ or so."  Mr. Koseor responded: "10-4.  [The] Front Office just tasked me with finding some solutions. I will try to work this from here. I know [CBP Commissioner McAleenan] and [Executive Assistant Commissioner Owen] don't' want to just throw money at it because that would defeat the purpose of queue management." Mariza Marin responded that the front office tasking was an effort to "fix[] things that aren't broken." | |
| 255.    On August 7, 2018, Robert Hood, the Assistant Port Director at the San Ysidro POE, asked Mariza Marin, then Watch Commander at the San Ysidro POE, "At this rate how long will it take us to get rid of the current back log in Mexico?"  Ms. Marin responded: ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ████████████ | PX 92, AOL-DEF-00072964 |

92

| | |
|---|---|
| 256.     On August 23, 2018, the U.S. Office of Special Counsel (OSC) referred a whis-tleblower disclosure to DHS, requesting a report of DHS's investigation into the allegations by October 22, 2018. The referral stated:  "Pursuant to my authority under 5 U.S.C. § 1213(c), I have concluded that there is  a substantial likelihood that the information provided to OSC discloses violation of law, rule, or regulation." The referral stated that "[p]er statutory requirements, I will review the report [of investigation] for sufficiency and reasonableness." | AOL-DEF-00216900 at 421 |
| 257.     In a memorandum of record regarding a DHS OIG August 28, 2018 tour of the San Ysidro POE and interviews of OFO staff members, DHS OIG wrote: "CBP uses a queue management system when a facility is at capacity and cannot process aliens." | PX 15, AOL-DEF-00205966 at 966 |
| 258.     On August 29, 2018, Ryan Koeseor, Deputy Commander of CBP's Migration Crisis Action Team ("MCAT") wrote to C. Shane Campbell, Deputy Executive Director for Operations at OFO: "I know you are extremely busy but didn't you send some | PX 105, AOL-DEF-00039597 |

93

| | |
|---|---|
| guidance out on keeping our capacity numbers around 60-70%? Why do we have people waiting in line in Laredo when we are at 14%[?]." In response, Mr. Campbell stated: "Info from Laredo: this was temporary due to operational constraints, not facility constraints. The line has already been cleared." | |
| 259.    On November 11, 2018, Pete Flores, the Director of Field Operations for OFO's San Diego Field Office, responded to an email from CBP Commissioner Kevin McAleenan entitled "Re: C1 Migrant Processing Direction." In that email, Mr. Flores explained that the Field Office was ██████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ | PX 109, AOL-DEF-00028473 at    473-474;    AOL-DEF-00028469; PX 111, AOL-DEF-00050247 |



████████████████████████

████████████████████████

████████████████████████

██████████████ In response

to this proposal, Todd Owen, the Executive

Assistant Commissioner of OFO, wrote:

████████████████████████

████████████████████████

████████ At or around 7:30pm

on November 11, 2018, Todd Owen for-

warded a ██████████ to CBP Commis-

sioner Kevin McAleenan ██████████

████████████████████████

████████████████████████

████████████████████████

████████████████████████

████████████████████████

████████████████████████

████████████████████████

████████████████████████

██████████ On November 13,

2018,    CBP    Commissioner    Kevin

McAleenan responded: "This is a very good

and productive plan. I briefed the Secretary

[of Homeland Security] this evening and re-

95

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| ceived guidance on next steps. At this planning stage, the Secretary's preferred approach is: (1) to maintain queue management as currently balanced against all mission sets, including security and passenger/trade facilitation at land border POEs and international airports; and (2) to pursue accelerated planning for a Return to Territory approach to be applied to caravan participants and other arrivals as soon as practicable, pending GoM agreement." | |
| 260.    On March 19, 2019, David Atkinson, the President of National Treasury Employees Union ("NTEU") Chapter 149, sent an email to CBP Commissioner Kevin McAleenan with the subject line "Safety Alert/Rule Clarification." In the email, Mr. Atkinson wrote: "The Port of Hidalgo, Texas employees would like a written order provided to them that mirrors their instructions to return individuals who enter the U.S. and request asylum back to Mexico without appointment or system for a future appointment. The Agency is allowing Mexican officials to create a list and detention area mid[-]bridge to facilitate who would be | PX 76, NTEU – 000110 at 110, 113-114 |

96

next to enter the United States from that de-
tention site on the Mexican side, which is
under the control and direction of CBP of-
ficers on the U.S. side." Mr. Atkinson went
on to state: "The employees would like you
to provide them with proper authority and
sections of law that allows them to detain
these asylum seekers on the Mexican side,
and prevent them from entering the U.S. af-
ter presenting themselves for inspection and
requesting asylum. The [e]mployees would
like something in writing to protect their or-
dered activities, as the Agency is claiming
publicly that they are not conducting these
activities when they really are." Mr. Atkin-
son also noted the NTEU's position that
placing CBP officers at the limit line put of-
ficers in an unsafe position because they are
"out of line of sight of other CBP staff and
outnumbered by the asylum seekers and the
possible smugglers who are attempting to
enter the U.S. by foot and/or by vehicle. The
employees request [Mr. McAleenan's] in-
tervention in this matter to ensure that they
are not injured or killed as Port management
is incompetent in assigning the proper

97

| | |
|---|---|
| amount of or stationing these officers in a safe position." Mr. Atkinson's email also included pictures that he said depicted "[c]hairs [being] reduced" at the Hidalgo POE "to minimize the amount of persons held in the seating area" and "no officers stationed to process work at 10-11 pm." | |
| 261.    David Atkinson is a retired CBP Officer who served at the Hidalgo POE as a full-time Union President during the relevant time period. Mr. Atkinson was stationed at the Hidalgo POE since the late 1990s or early 2000s. | Pls.' Ex. 3, at 36:6-10, 45:21-22. |
| 262.    On September 26, 2019, DHS OIG issued a report concerning its investigation into alleged violations of immigration laws at the Tecate, California POE. DHS OIG "found instances of CBP officials returning some asylum applicants to Mexico after they had already entered the United States, and instructing those individuals to go to other ports to make their asylum claims." DHS OIG concluded that this conduct was "contrary to Federal law and CBP policy requiring that asylum seekers present in the United States be accepted for processing." | Pltfs' SJ Ex. 19 |

98

| | |
|---|---|
| DHS OIG was, however, "unable to substantiate that managers specifically instructed [the whistleblower] or others to engage in the practice, or that it was otherwise the Port's standard practice." The report noted: "The distinction between redirecting asylum seekers from the limit line versus returning and redirecting them from inside the port has potential legal significance. Returning asylum seekers to Mexico from inside a Port violates Federal law and CBP policy, which require officers to accept and process asylum seekers." The DHS OIG report "contains no recommendations." | |
| 263.    On November 27, 2019, the Acting Commissioner of CBP issued a memorandum to the OFO Executive Assistant Commissioner reiterating the Prioritization-Based Queue Management guidance. The memorandum had the subject line "Prioritization-Based Queue Management." The Acting Commissioner explained that "[o]ver the past several years, CBP has seen an increase in the number of inadmissible aliens presenting at POEs without possessing | CBPALOTRO000303-08 |

99

appropriate travel and identification docu-
ments. The processing of these aliens re-
quires a substantial amount of time and re-
sources, which may negatively affect the
flow of trade and other travel. CBP must
carefully balance its space and resources to
ensure that each POE has sufficient capacity
to address its mission sets, in order of prior-
ity, including the safety and expeditious
processing of all travelers accessing the
port."

"In order to ensure the continued success of
the CBP mission," the Acting Commis-
sioner asked for "continued vigilance in pri-
oritizing staffing and operations in accord-
ance with the order of priority as outlined in
the June 5, 2018 memorandum." The memo
states that in Fiscal Year 2019, while priori-
tization-based queue management was be-
ing implemented, CBP officers at the south-
west border ports of entry arrested 1,800
convicted criminals, encountered 1,601
Special Interest Aliens, and found inadmis-
sible three aliens who were on the terrorist
watchlist. The Acting Commisioner went on

100

to state that as "'super labs' in Mexico ... in-crease[ed] production and ... flood[ed] the United States with cheaper and purer forms of methamphetamine," CBP officers at the ports seized 19% more methamphetamine and 58% more fentanyl by volume. CBP of-ficers also interdicted more than $9.4 mil-lion in outbound currency in FY 2019, an increase of more than $2.4 million from the previous fiscal year.

The Acting Commissioner explained that "[t]hese demands create an inherent strain on CBP personnel and resources to process an increasing number of inadmissible arriv-ing aliens while simultaneously focusing on the detection and apprehension of narcotics and currency smugglers.  In accordance with the mission of [OFO] to protect the American people, advance the national economy, and safeguard our borders, field leaders must continue to balance resources according to the order of priority listed above," *i.e.*, national security efforts, coun-ter-narcotics and outbound operations, eco-nomic security, and trade and travel facilita-tion. The Acting Commissioner "reminded"

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| field leaders that they retain discretion to allocate resources to "any areas of enforcement and trade facilitation not covered by the priorities and queue management process," that they may implement queue-management controls at or as close to the physical borderline as operationally feasible, that they may establish lines "based on legitimate operational needs, such as lines for those with appropriate travel documents and those without such documents," and that "the safety of employees and the public is paramount in operational decisions." | |
| 264.    On March 23, 2020, the U.S. Office of Special Counsel wrote a letter addressed to the President of the United States, in accordance with 5 U.S.C. § 1213, concerning "disclosures of wrongdoing at the Customs and Border Protection (CBP), Tecate Port of Entry, Tecate, California." Special Counsel Henry J. Kerner stated that he had "reviewed the agency report and, in accordance with 5 U.S.C. § 1213(e), provide the following summary of the report and my findings." He summarized the contents of the DHS | https://www.oig.dhs.gov/sites/default/files/assets/2020-04/OSC-File-No-DI-18-5034-Agency-Report-Redacted.pdf |

JOINT STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| OIG Tecate Report, Mr. Kerner concluded: "The agency substantiated many of the whistleblower's allegations regarding the processing of asylum seekers at the Tecate Port of Entry. The agency made targeted recommendations and issued guidance to address these concerns. In light of the agency's responsiveness, I have determined that the report meets all statutory requirements, and the findings of the report appear reasonable." | |
| 265.    On April 30, 2020, OFO's Executive Director for Operations issued a new metering guidance memorandum to the Directors of Field Operations. That memorandum has the subject line "Metering Guidance". The Executive Director reiterated that DFOs "maintain the discretion to meter the flow of travelers into the ports of entry, when necessary, to facilitate the orderly processing of travelers and maintain the safety and security of the port. As a reminder, any physical access controls established in accordance with the April 2018 Metering Guidance must be implemented at the borderline between the United States and Mexico, or as | CBPALOTRO000314-315 |

103

| | |
|---|---|
| close as physically possible to that line." Further, "[o]fficers may not discourage any traveler from waiting to be processed, claiming fear of return, or seeking any other protection. Once a traveler is in the United States, he or she must be inspected and processed by CBP officers." "Should a DFO determine that, due to a particular port's operating conditions, it is not operationally feasible to safely process travelers without appropriate entry documents at that particular port, such travelers may be encouraged to initiate their processing and entry at another port that is better positioned to process travelers without appropriate entry documents. ... Once a traveler is in the United States, he or she must be inspected and processed, and may not be directed to return to Mexico." | |
| 266.    On October 30, 2020, DHS' Office of Inspector General (OIG) made public a report entitled, "CBP Has Taken Steps to Limit Processing of Undocumented Aliens." | PX Rep. 1. |
| 267.    In FY 2018, the Southwest Border | Defs.' Ex. 4 at 2. |

104

| | |
|---|---|
| Field Offices processed 124,879 inadmissible arriving aliens, 38,399 of whom were referred for a credible-fear interview. | |
| 268.    In FY 2019, the Southwest Border Field Offices processed 126,001 inadmissible arriving aliens, 80,055 of whom were referred for a credible-fear interview. | Defs.' Ex. 4 at 2 |
| 269.    A Special Interest Alien is a non-U.S. person who, based on an analysis of travel patterns, potentially poses a national security risk to the United States or its interests. | https://www.dhs.gov/news/2019/01/07/mythfact-known-and-suspected-terroristsspecial-interest-aliens |

Dated: October 30, 2020                    Respectfully submitted,


MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters

105

JOINT STATEMENT OF UNDISPUTED FACTS

By: /s/ Stephen M. Medlock
Stephen M. Medlock

*Attorneys for Plaintiffs*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

s/ Dhruman Y. Sampat
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281| Fax: (202) 305-7000
dhruman.y.sampat@usdoj.gov

*Counsel for Defendants*

106

JOINT STATEMENT OF UNDISPUTED FACTS

1

## **CERTIFICATE OF SERVICE**

2      I certify that I served a copy of this document on the Court and all parties by

3 filing this document with the Clerk of the Court through the CM/ECF system, which

4 will provide electronic notice and an electronic link to this document to all counsel

5 of record.

6

7 DATED: November 6, 2020

*/s/ Stephen M. Medlock*

8

9      *Counsel for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              107