MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' MEMORANDUM OF CONTENTIONS OF FACT & LAW** |

---

[1] Defendants have represented that Mr. Wolf is the Acting Secretary of the U.S. Department of Homeland Security. Numerous courts disagree. *Casa de Md., Inc. v. Wolf*, 2020 WL 5500165, at *23 (D. Md. Sept. 11, 2020); *Immigrant Legal Res. Ctr. v. Wolf*, 2020 WL 5798269, at *7-9 (N.D. Cal. Sept. 29, 2020); *N.W. Immigrant Rights Project v. USCIS*, 2020 WL 5995206, at *24 (D.D.C. Oct. 8, 2020).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration in support of Plaintiffs' Motion to Seal Portions of Plaintiffs' Memorandum of Contentions of Fact and Law.

3. Consistent with their prior motions to seal (Dkt. 532, 608), Plaintiffs move to seal discussions of the following documents that were previously filed provisionally under seal:

   a. Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Summary Judgment (Dkt. 535-1);

   b. Plaintiffs' Reply in Support of Their Motion for Summary Judgment (Dkt. 610);

   c. SJ Ex. 1, the transcript to the November 21, 2019 deposition of the whistleblower, portions of which Defendants have designated Confidential under the Court's Protective Order;

   d. SJ Ex. 3, the transcript of the June 12, 2020 deposition of David Atkinson, portions of which Defendants have designated as Confidential under the Court's Protective Order;

   e. SJ Ex. 4, the transcript of the January 9, 2020 deposition of Randy Howe, portions of which Defendants have designated as Confidential under the Court's Protective Order;

   f. SJ Ex. 5, a document bates stamped AOL-DEF-00210364, which Defendants have designated Confidential under the Court's Protective Order;

   g. SJ Ex. 6, a document bates stamped AOL-DEF-00353883, which

Defendants have designated Confidential under the Court's Protective Order;

h. SJ Ex. 8, a document bates stamped AOL-DEF-00014041, portions of which Defendants have designated Confidential under the Court's Protective Order;

i. SJ Ex. 14, the transcript of the June 2, 2020 deposition of Rodney Harris, portions of which Defendants have designated Confidential under the Court's Protective Order;

j. SJ Ex. 15, a document bates stamped AOL-DEF-00205966, portions of which Defendants have designated Confidential under the Court's Protective Order;

k. SJ Ex. 16, the transcript of the April 29, 2020 deposition of Todd Hoffman, portions of which Defendants have designated Confidential under the Court's Protective Order;

l. SJ Ex. 17, the transcript of the May 28, 2020 deposition of Mariza Marin, portions of which have been designated Confidential under the Court's Protective Order;

m. SJ Ex. 20, the December 12, 2019 Expert Report of Stephanie Leutert, which Plaintiffs have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

n. SJ Ex. 39, a document bates stamped AOL-DEF-00034741, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

o. SJ Ex. 40, a document bates stamped AOL-DEF-00063869, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

p. SJ Ex. 41, a document bates stamped AOL-DEF-00067551, which Defendants have designated Confidential under the Court's Protective Order;

q. SJ Ex. 48, Exhibit 279 to the June 10, 2020 deposition of Todd Hoffman, which Defendants have designated Confidential under the Court's Protective Order;

r. SJ Ex. 49, a document bates stamped AOL-DEF-00023715, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

s. SJ Ex. 57, Exhibit 256 to the June 10, 2020 deposition of Todd Hoffman, which Defendants have designated Confidential under the Court's Protective Order;

t. SJ Ex. 67, Exhibit 31 to the December 13, 2019 deposition of Todd Owen, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

u. SJ Ex. 68, Exhibit 328 to the July 1, 2020 deposition of Scott Glabe, which Defendants have designated Confidential under the Court's Protective Order;

v. SJ Ex. 72, Exhibit 329 to the July 1, 2020 deposition of Scott Glabe, which Defendants have designated Confidential under the Court's Protective Order;

w. SJ Ex. 75, Exhibit 171 to the May 20, 2020 deposition of Samuel Cleaves, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

x. SJ Ex. 80, a document bates stamped AOL-DEF-00280783, which

Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

y. SJ Ex. 81, Exhibit 93 to the January 9, 2020 deposition of Randy Howe, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

z. SJ Ex. 93, a document bates stamped AOL-DEF-00074316, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

aa. SJ Ex. 94, a document bates stamped AOL-DEF-00095574, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

bb. SJ Ex. 95, a document bates stamped AOL-DEF-00277294, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

cc. SJ Ex. 96, a document bates stamped AOL-DEF-00288009, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

dd. SJ Ex. 97, a document bates stamped AOL-DEF-00288011, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

ee. SJ Ex. 98, Ex. 39 to the December 13, 2019 deposition of Todd Owen, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

ff. SJ Ex. 100, transcript for the June 18, 2020 deposition of Frank Longoria, which Defendants have designated Confidential under the

Court's Protective Order;

gg. SJ Ex. 109, a document bates stamped AOL-DEF-00028473, portions of which Defendants have designated Confidential under the Court's Protective Order;

hh. SJ Ex. 118, the transcript to the August 13, 2020 deposition of Joseph Eaton, which Defendants have designated Confidential under this Court's Protective Order;

ii. Reply Ex. 3, a document bates stamped AOL-DEF-00356565, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

jj. Reply Ex. 8, a document bates stamped AOL-DEF-00539629, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

kk. Reply Ex. 9, a document bates stamped AOL-DEF-00632354, portions of which Defendants have designated Confidential under the Court's Protective Order;

ll. Reply Ex. 10, a document bates stamped AOL-DEF-00632364, portions of which Defendants have designated Confidential under the Court's Protective Order;

mm. Reply Ex. 16, a document bates stamped AOL-DEF-00210387, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

nn. Reply Ex. 19, a document bates stamped AOL-DEF-00026065, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order;

oo. Reply Ex. 35, a document bates stamped AOL-DEF-01205190, which Defendants have designated Highly Confidential/Attorneys'

Eyes Only under the Court's Protective Order;

pp. Reply Ex. 36, a document bates stamped AOL-DEF-00235276, portions of which Defendants have designated Confidential under the Court's Protective Order; and

qq. Reply Ex. 37, a document bates stamped AOL-DEF-00547009, portions of which Defendants have designated Confidential under the Court's Protective Order.

4. As described in the accompanying motion to seal, Plaintiffs seek to seal discussions of these documents because filing them on the public docket would reveal sensitive law enforcement information regarding the operations of ports of entry on the U.S.-Mexico border.

5. The parties have conferred regarding the motion, and Defendants do not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 9th day of November 2020 at Washington, D.C.

*/s/ Stephen M. Medlock*

Stephen M. Medlock