MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 1 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF CONTENTIONS OF FACT & LAW** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | Pretrial Conference: December 14, 2020 |
| Defendants. | Trial Date: TBD |

---

[1] Defendants have represented that Mr. Wolf is the Acting Secretary of the U.S. Department of Homeland Security ("DHS"). Numerous courts disagree. *Casa de Md., Inc. v. Wolf*, 2020 WL 5500165, at \*23 (D. Md. 2020); *Immigrant Legal Res. Ctr. v. Wolf*, 2020 WL 5798269, at \*7-9 (N.D. Cal. 2020); *N.W. Immigrant Rts. Project v. USCIS*, 2020 WL 5995206, at \*24 (D.D.C. 2020).

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5     *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
6   New York, NY 10012
    Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8
    SOUTHERN POVERTY LAW CENTER
9     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
      *sarah.rich@splcenter.org*
10    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
      *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
    Decatur, GA 30030
12  Telephone: +1.404.521.6700
    Facsimile: +1.404.221.5857
13

14  AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15    *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
16  Washington, D.C. 20005
    Telephone: +1.202.507.7523
17  Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EX. 1 IN SUPP. OF MEMO OF CONTENTIONS OF
FACT & LAW

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep. Ex. |
|---|---|---|---|---|---|
| PX001 | | | U.S. Customs and Border Protection Directive No. 3340-030B, Secure Detention, Transport and Escort Procedures at Ports of Entry | AOL-DEF-00372536 - 570 | Marin Ex. 186 |
| PX002 | | | Memo from Executive Director, Admissibility and Passenger Programs | AOL-DEF-00596511 - 513 | Marin Ex. 204 |
| PX003 | | | Email from Todd Owen re Credible Fear Invlux Spot Report | AOL-DEF-00761338 - 339 | Owens Ex. 026; MSJ Ex. 34 |
| PX004 | | | DHS Memo from Jeh Johnson to DHS Components attaching DHS Southwest Border Land Migration Contingency Plan | AOL-DEF-00094256 - AOL-DEF-00094348 | MSJ Ex. 028 |
| PX005 | | | Email from Claudia Taitague re SIGMA 5063575 | AOL-DEF-00707315 - 316 | Marin Ex. 210 |
| PX006 | | | Mass Migration Surges | AOL-DEF-00349672 - 674 | Randy Howe Ex. 117 |
| PX007 | | | E-Mail from Robert Hood to Vernon Cook re: San Ysidro POE Overflow Contingency Plan | AOL-DEF-00237660 - AOL-DEF-00237661 | MSJ Ex. 029 |
| PX008 | | | E-Mail from Pete Flores to Anne Maricich re: Credible Fear Influx Spot Report | AOL-DEF-00090275 - 276 | Reply MSJ Ex. 2 |
| PX009 | | | E-Mail from Robert Hood to Sidney Aki re: Haitian Processing Action Plan | AOL-DEF-00243099 - AOL-DEF-00243100 | MSJ Ex. 038 |
| PX010 | | | E-Mail from Todd Hoffman to James Hutton re: Credible Fear Influx Sport Report | AOL-DEF-00023065 - 066 | Reply MSJ Ex. 4 |
| PX011 | | | E-Mail from Todd Owen to Pete Flores re: Credible Fear Influx Spot Report | AOL-DEF-00034741 - AOL-DEF-00034742 | MSJ Ex. 039 |
| PX012 | | | E-Mail from Todd Owen to Pete Flores re: Credible Fear Influx Spot Report | AOL-DEF-00356565 - 568 | Reply MSJ Ex. 3 |
| PX013 | | | E-Mail from Jacqueline Wasiluk to Pete Flores re: SY Migrants | AOL-DEF-00062658 - 660 | Reply MSJ Ex. 5 |
| PX014 | | | E-Mail from Pete Flores to Sidney Aki re: SY Migrants | AOL-DEF-00632364 - 366 | Reply MSJ Ex. 10 |
| PX015 | | | E-Mail from Robert Hood to Sidney Aki re: Actions Taken for Influx of Haitians | AOL-DEF-00030271 | MSJ Ex. 035 |
| PX016 | | | E-Mail from Robert Hood to Sidney Aki re: Migrants/Haitians in San Ysidro | AOL-DEF-00067551 - AOL-DEF-00067554 | MSJ Ex. 041 |
| PX017 | | | E-Mail from Sidney Aki to Pete Flores re: SY Migrants | AOL-DEF-00632354 -356 | Reply MSJ Ex. 9 |
| PX018 | | | E-Mail from Sidney Aki to Robert Hood re: Boxer and Davis Interest in SY Migrants | AOL-DEF-00243111 - 115 | Reply MSJ Ex. 7 |
| PX019 | | | E-Mail from Toby Sosbee to Dane Norman re: Boxer and Davis Interest in SY Migrants | AOL-DEF-00063869 - AOL-DEF-00063873 | MSJ Ex. 040 |
| PX020 | | | E-Mail from Enriques Tamayo to Johnny Armijo re: C1 RFI: San Ysidro | AOL-DEF-00539629 - 632 | Reply MSJ Ex. 8 |
| PX021 | | | E-Mail from Moises Castillo to Robert Hood re: Question on AEU Numbers | AOL-DEF-00741876 - AOL-DEF-00741877 | MSJ Ex. 045 |
| PX022 | | | E-Mail from Moises Castillo to Robert Hood re: Update on Shift Report | AOL-DEF-00243127 | MSJ Ex. 042 |
| PX023 | | | E-Mail from Moises Castillo to Sidney Aki re: SYS AEU Movement and Pass Down for 5/27/2016 1400 - 2200 | AOL-DEF-00303657 - AOL-DEF-00303659 | MSJ Ex. 043 |
| PX024 | | | E-Mail from Sidney Aki to Robert Hood re: SYS AEU Movement and Pass Down for 5/28/2016 0600 - 1400 | AOL-DEF-00321316 - AOL-DEF-00321318 | MSJ Ex. 044 |
| PX025 | | | E-Mail from Sidney Aki to Robert Hood re: SYS AEU Movement and Pass Down for 5/28/2016 0600 - 1400 | AOL-DEF-00321325 - AOL-DEF-00321328 | MSJ Ex. 046 |
| PX026 | | | E-Mail from Vona Rossilli to Edward Avila, et al. re: GOM transports from Shelters | AOL-DEF-00030298 - AOL-DEF-00030299 | MSJ Ex. 011 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep Ex. |
|---|---|---|---|---|---|
| PX027 | | | E-Mail from Daniel Johnson to OFO-AC-BULLETS re: U.S. CBP Office of Field Operations Bullets for the Executive Assistant Commissioner May 31, 2016 - San Diego, Ca. : Surge in Haitian Migration | AOL-DEF-00018639 - AOL-DEF-00018640 | MSJ Ex. 036 |
| PX028 | | | Concept of Operations Plan Identifying Efficiencies for San Ysidro Port of Entry Enforcement Programs Division June 6, 2017 | AOL-DEF-00067827 - 830 | Reply MSJ Ex. 12 |
| PX029 | | | E-Mail from Sidney Aki to Sally Carrillo re: 20160607 SYS ConOps Plan (Revised 2) | AOL-DEF-00067823 - 826 | Reply MSJ Ex. 11 |
| PX030 | | | Email from Justin Kelemen re San Ysidro End of Day AEU Reporting for July 26, 2016 | AOL-DEF-00065048 - 050 | Marin Ex. 192 |
| PX031 | | | E-Mail from Todd Hoffman to James Hutton re: POE Detention Space | AOL-DEF-00023574 - AOL-DEF-00023577 | MSJ Ex. 027 |
| PX032 | | | Email from Edward Chavoya re Numbers on the Mexico Side | AOL-DEF-00065471 | Marin Ex. 218 |
| PX033 | | | Email from Todd Owen re Asylum claims at San Ysidro / Ped West | AOL-DEF-00761340 - 341 | Owens Ex. 030 |
| PX034 | | | Email from Joe Gonzalez re San Luis FAMU Surge | AOL-DEF-00793546 - 547 | Humphries Ex. 152 |
| PX035 | | | Email from Katherine Stark re Asylum Claims at San Ysidro / Ed West | AOL-DEF-00761290 - 294 | Owens Ex. 029; MSJ Ex. 53 |
| PX036 | | | Email from Sidney Aki re San Ysidro End of Day AEU Reporting for September 09, 2016 | AOL-DEF-00065872 - 874 | Marin Ex. 191 |
| PX037 | | | Email from John Wagner re Haitians arriving in Tijuana | AOL-DEF-00762746 - 748 | Owens Ex. 027; MSJ Ex. 50 |
| PX038 | | | Email from Mariza Marin to Sidney Aki re Intake | AOL-DEF-00073938 - 940 | Marin Ex. 195 |
| PX039 | | | Email from Todd Hoffman re Haiti and San Ysidro | AOL-DEF-00762523 - 525 | Owens Ex. 028 |
| PX040 | | | Email from Sidney Aki to Pete Romero Flores & David Salazar re Haitian numbers | AOL-DEF-00090986 | Hoffman Ex. 279; MSJ Ex. 48 |
| PX041 | | | Email from Jennifer Schroeder-Fawcett to Todd Hoffman re 2016-COR-01181 Acer 8/1 | AOL-DEF-00027116 - 118 | Hoffman Ex. 280 |
| PX042 | | | Letter from Chiara Cardoletti-Carroll of UNHCR to Rene Hanna, CBP, re: UNHCR Site Visit to San Ysidro Port of Entry (September 12-14, 2016) | AOL-DEF-00046740 - AOL-00046743 | MSJ Ex. 012 |
| PX043 | | | Letter from Chiara Cardoletti-Carroll of UNHCR to Rene Hanna, CBP, re: UNHCR Site Visit to San Ysidro Port of Entry (September 12-14, 2016) | AOL-DEF-00339435 - AOL-DEF-00339438 | MSJ Ex. 051 |
| PX044 | | | Office of Field Operations Incident Management Division Informational Memo re: Haitian Migration Surge | AOL-DEF-00020023 - AOL-DEF-00020024 | MSJ Ex. 037 |
| PX045 | | | Email from Johnny Armijo re Capacity | AOL-DEF-00062088 - 089 | Marin Ex. 190 |
| PX046 | | | E-Mail from Mark Morgan to Kevin McAleenan re: Haitian Migrants - Updates and Policy Decision re El Centro Processing Center Concept | AOL-DEF-00525116 - AOL-DEF-00525118 | MSJ Ex. 047 |
| PX047 | | | Email from Ray Provencio to Hector Mancha re Haitian Migrants - Updates and policy decision re El Centro Processing Center concept | AOL-DEF-00802340 - 341 | Glabe Ex. 322; MSJ Ex. 54 |
| PX048 | | | U.S.-Mexico 21st Century Border Management Initiative, Draft 2017 Action Plan, Secure Flows Sub-Committee | AOL-DEF-00026701 - 703 | Hoffman Ex. 281 |
| PX049 | | | Email from Jeffrey Niverson re SWB POE Holding Capacity | AOL-DEF-00793720 - 721 | Humphries Ex. 143 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep Ex. |
|---|---|---|---|---|---|
| PX050 | | | E-Mail from Blas Nunez-Nieto to Mark Koumans re: NSC Migration Meeting Readout | AOL-DEF-00043545 - AOL-DEF-00043547 | MSJ Ex. 119 |
| PX051 | | | Email from Jaye Williams to Gloria Chavez, Randolph Alles, et al. re CBP CAT UPDATE: Facilities and TDY costs | AOL-DEF-00258173 - 175 | Glabe Ex. 323; MSJ Ex. 055 |
| PX052 | | | E-Mail from Gloria Chavez to Kevin McAleenan re: CBP Migration CAT Update 11/02/2016 | AOL-DEF-00272845 - AOL-DEF-00272846 | MSJ Ex. 059 |
| PX053 | | | Email from James Hutton re IJ and Asylum Surge | AOL-DEF-00043575 - 583 | Hoffman Ex. 256; MSJ Ex. 57 |
| PX054 | | | E-Mail from Pete Flores to Todd Owen re: CBP Migration CAT Update 11/01/2016 | AOL-DEF-00258210 - AOL-DEF-00258212 | MSJ. Ex. 058 |
| PX055 | | | E-Mail from Todd Owen to Pete Flores re: CBP Migration CAT Update 11.01/2016 | AOL-DEF-00815228 - AOL-DEF-00815232 | MSJ Ex. 060 |
| PX056 | | | E-Mail from Gloria Chavez to Kevin McAleenan re: CBP Migration CAT - COB 11/07/2016 | AOL-DEF-00272290 - AOL-DEF-00272292 | MSJ Ex. 062 |
| PX057 | | | Email from Beverly Good to Todd Owen re CBP Migration CAT - COB 11/09/16 | AOL-DEF-00272878 - 880 | Glabe Ex. 327; MSJ Ex. 65; Reply MSJ Ex. 13 |
| PX058 | | | Email from Beverly Good to Todd Owen re CBP Migration CAT - COB 11/09/16 | AOL-DEF-00769118 - 120 | Glabe Ex. 326 |
| PX059 | | | E-Mail from Johnny Armijo to Ryan Koseor re: El Centro Process Center Opening | AOL-DEF-00314214 - AOL-DEF-00314217 | MSJ. Ex. 066 |
| PX060 | | | Email from Kevin McAleenan re Metering FMUAs at the TX CBP POEs | AOL-DEF-00272936 | Cleaves Ex. 168; Owens Ex. 031; MSJ Ex. 67 |
| PX061 | | | Email from Kevin McAleenan to Todd Owen & John Wagner re Metering in Texas | AOL-DEF-00353880 | Glabe Ex. 328; MSJ Ex. 68 |
| PX062 | | | Email from Kevin McAleenan to Todd Owen re Meeting in TX | AOL-DEF-00272935 | Cleaves Ex. 167; MSJ Ex. 69 |
| PX063 | | | E-Mail from Todd Own to Kevin McAleenan re: Metering in Texas | AOL-DEF-00353883 | MSJ Ex. 006 |
| PX064 | | | E-Mail from William Brooks to TFO Port Director APD re: Metering Flow | AOL-DEF-01266662 | MSJ Ex. 070 |
| PX065 | | | Email from Alberto Flores re Meeting with INM | AOL-DEF-00576607 | Owens Ex. 035; MSJ Ex. 13 |
| PX066 | | | Email from Frank Longoria re Meeting with INM | AOL-DEF-00576995 - 996 | Harris Ex. 247; Longoria Ex. 307 |
| PX067 | | | Email from Gloria Chavez to Kevin McAleenan, Mark Morgan, et al. re CBP Migration CAT - COB 11/15/16 | AOL-DEF-00272938 - 940 | Glabe Ex. 329; MSJ Ex. 72 |
| PX068 | | | Email from James Hutton re Meeting with INM | AOL-DEF-00046133 - 136 | Hoffman Ex. 259; Longoria Ex. 306 |
| PX069 | | | Email re: Meeting with INM | AOL-DEF-00814130 - 132 | Longoria Ex. 308 |
| PX070 | | | Email from David Figueroa re San Luis-UDAs in custody / seizure activity for 11/16/2016 Day Shift | AOL-DEF-01266769 | Humphries Ex. 154 |
| PX071 | | | E-Mail from Frank McKinnis to Frank Longoria re: CBP Migration CAT - COB 11/04/2016 | AOL-DEF-00904527 - AOL-DEF-00904531 | MSJ Ex. 061 |
| PX072 | | | Email from Crescenio Cantu to Rodney Harris re Roma: Please Provide Response by COB Today | AOL-DEF-00563847 - 849 | Harris Ex. 249 |
| PX073 | | | Email from Fernando Thome re RFI Please Provide Response by COB Today | AOL-DEF-00799450 -451 | Cleaves Ex. 175; MSJ Ex. 74 |
| PX074 | | | Email from Jesus Cruz re RFI Please Provide Response by COB today | AOL-DEF-01267493 - 494 | Humphries Ex. 155 |
| PX075 | | | Email from Moises Castillo re RFI Please Provide Response by COB Today | AOL-DEF-00706277 - 278 | Marin Ex. 214; Randy Howe Ex. 116 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep. Ex. |
|---|---|---|---|---|---|
| PX076 | | | Email from Robert Hood re RFI Please provide Response by COB today | AOL-DEF-00030087 | Marin Ex. 213 |
| PX077 | | | Email from Joe Agostini re Consolidated Weekly Highlights | AOL-DEF-01267496 - 497 | Cleaves Ex. 166; MSJ Ex. 71 |
| PX078 | | | Email from Beverly Good to Todd Owen re Appointments | AOL-DEF-00032389 | Owens Ex. 034; Opp. to CM Ex. 1 |
| PX079 | | | Email from Brian Levin re Metering Flow | AOL-DEF-00793564 | Humphries Ex. 142 |
| PX080 | | | Email from Todd Owen re Appointments | AOL-DEF-00022783 - 784 | Randy Howe Ex. 106 |
| PX081 | | | Email Hector Mancha re Call Today | AOL-DEF-00081089 | Owens Ex. 033; MSJ Ex. 106 |
| PX082 | | | U.S. Customs and Border Protection Crisis Action Team, Homeland Security | N/A | Glabe Ex. 324 |
| PX083 | | | Email from Samuel Cleaves re RFI due by 1130 EST: metering at Southwest Border | AOL-DEF-00090647 | Cleaves Ex. 159 |
| PX084 | | | Email re: Incident 12/6/2017 | NTEU-000138 | Atkinson Ex. 289 |
| PX085 | | | Email re: OTM memo | NTEU-000139 | Atkinson Ex. 290; MSJ Ex. 78 |
| PX086 | | | Standard Operating Procedure, San Ysidro Port of Entry Admissibility Enforcement Unit | AOL-DEF-00749854 - 866 | Marin Ex. 185; MSJ Ex. 101 |
| PX087 | | | Email re: Asylum Denial (Washington Post) | AOL-DEF-00577299 - 300 | Longoria Ex. 315 |
| PX088 | | | E-Mail from Nicole Ramos to CRCL Compliance re: CBP Refusing to Process Mexican Asylum Seekers at San Ysidro Port of Entry | AOL-DEF-00014800 - 805 | Reply MSJ Ex. 15 |
| PX089 | | | Email from Erik Shoberg to Todd Hoffman re Executive Orders 13767 and 13768 | AOL-DEF-00019429 - 432 | Randy Howe Ex. 83 |
| PX090 | | | Email William Haralson to David Higgerson re Step 3 Grievance | NTEU-000132 | Owens Ex. 046; Atkinson Ex. 292; MSJ Ex. 2 |
| PX091 | | | Memo re: Step 3 Grievance | NTEU-000133 | Atkinson Ex. 293 |
| PX092 | | | E-Mail from Moises Castillo to Laura Wilson re: Metering Complaint | AOL-DEF-00242587 - 589 | Reply MSJ Ex. 14 |
| PX093 | | | Email re: Incident 12/6/2016 | NTEU-000136 - 137 | Atkinson Ex. 288; MSJ Ex. 77 |
| PX094 | | | CBP Other Officer Report/Narrative Continuation for San Diego Field Office | AOL-DEF-00014832 | Reply MSJ Ex. 17 |
| PX095 | | | Case Summary Report (C17-CBP-SND-13321) in San Diego, Ca. | AOL-DEF-00014822 - 824 | Reply MSJ Ex. 18 |
| PX096 | | | Email re: Arbitration invocation Request | NTEU-000141 - 159 | Atkinson Ex. 291; MSJ Ex. 79 |
| PX097 | | | Email from Robert Hood re AEU Detention Space and Asylum Seekers | AOL-DEF-00753684 - 685 | Marin Ex. 219 |
| PX098 | | | E-Mail from Pete Flores to Robert Hood re: Awareness San Diego: Somali Fence Jumpers | AOL-DEF-00036065 | Reply MSJ Ex. 19 |
| PX099 | | | E-Mail from Tom Schneidau to Ryan Scudder re: Somali Nationals | AOL-DEF-00090819 - 820 | Reply MSJ Ex. 21 |
| PX0100 | | | DHS Memorandum from Dana Salvano-Dunn and Suan Mathias to Kevin McAleenan and Scott Falk re: Declining to Inspect or Process Asylum Seekers at the San Ysidro, Hidalgo, Reynosa, and Other Ports of Entry (Various Complaints) | AOL-DEF-00069150 - AOL-DEF-00069156 | MSJ Ex. 052 |
| PX101 | | | Memo summarizing AOL lawsuit | AOL-DEF-00723887 - 892 | Owens Ex. 045 |
| PX102 | | | Email from Jennifer Schroeder-Fawcett re Human Rights Watch | AOL-DEF-00094022 - 023 | Hoffman Ex. 257 |
| PX103 | | | Office of Field Operations Incident Management Division Informational Memo re: CBP Southwest Border Migration Surge - Asylum Issue | AOL-DEF-00031442 - AOL-DEF-00031448 | MSJ Ex. 033 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep. Ex. |
|---|---|---|---|---|---|
| PX104 | | | Email from Robert Hood re Interview with OIG Special Agents | AOL-DEF-00328857 - 858 | Owens Ex. 025 |
| PX105 | | | Email from Moises Castillo to Mariza Marin re Lawsuit documents | AOL-DEF-00723886 | Owens Ex. 044 |
| PX106 | | | Laredo Field Office Contingency Plan | N/A | Randy Howe Ex. 91 |
| PX107 | | | Laredo Field Office Mass Migration Contingency Plan | AOL-DEF-00011011 - AOL-DEF-00011121 | MSJ Ex. 030 |
| PX108 | | | Email from Robert Hood re Streamlined Withdrawals and I-275's | AOL-DEF-00069611 - 612 | Marin Ex. 209; MSJ Ex. 7 |
| PX109 | | | E-Mail from Randy Howe to John Wagner re: San Diego at Limit | AOL-DEF-00031410 - 411 | Reply MSJ Ex. 23 |
| PX110 | | | Email from Randy Howe to Pete Flores re Call | AOL-DEF-00091729 | Hoffman Ex. 261 |
| PX111 | | | Email from Todd Hoffman to Pete Flores re Metering as San Ysidro | AOL-DEF-00538311 - 312 | Hoffman Ex. 260 |
| PX112 | | | E-Mail from Christine Schneider to Johnny Armijo re: Asylee Report/1400 Hours | AOL-DEF-00249075 | Reply MSJ Ex. 26 |
| PX113 | | | E-Mail from Daniel Mendoza to Robert Hood re: Ped West Wait Line 12-08-2017 2100 Hours | AOL-DEF-00249063 - 064 | Reply MSJ Ex. 25 |
| PX114 | | | E-Mail from Christine Schneider to Johnny Armijo re: Asylee Report/1400 Hours/12112017 | AOL-DEF-00247296 | Reply MSJ Ex. 27 |
| PX115 | | | E-Mail from Robert Kapczynski to Johnny Armijo re: Asylum Seeker Report - 12-12-2017 | AOL-DEF-00247309 | Reply MSJ Ex. 28 |
| PX116 | | | E-Mail from Christine Schneider to Johnny Armijo re: Asylee Report/1400 Hours/12152017 | AOL-DEF-00247380 | Reply MSJ Ex. 29 |
| PX117 | | | E-Mail from Christine Schneider to Johnny Armijo re: Asylee Report/1400 Hours/12172017 | AOL-DEF-00247381 | Reply MSJ Ex. 30 |
| PX118 | | | E-Mail from Robert Hood to Vona Rossilli re: AEO Over Capacity Update (Wait Report) | AOL-DEF-00030508 | Reply MSJ Ex. 24 |
| PX119 | | | U.S. Customs and Border Protection Field Operations Port Profile, FY 2018 | AOL-DEF-00290938 - 058 | Cleaves Ex. 160 |
| PX120 | | | E-Mail from Sidney Aki to Roy Villareal re: C1 VTC Conference Call with SWB Leadership - Scheduled Monday 12/17/18 Agenda | AOL-DEF-00030448 - 451 | Reply MSJ Ex. 31 |
| PX121 | | | U.S. Customs and Border Protection and Mexico's National Migration Institute Joint Pedestrian Pilot at the San Ysidro - El Chaparral Port of Entry Pedestrian West Facility Meeting Readout | AOL-DEF-00243914 - 918 | Marin Ex. 216 |
| PX122 | | | Email from Rodney Harris re Reminder: Placement Request Procedures: Inadmissable Aliens with Medical Conditions and Family Units | AOL-DEF-00060248 - 252 | Harris Ex. 239 |
| PX123 | | | Email from Sidney Aki re Caravan Migration | AOL-DEF-00238212 - 213 | Randy Howe Ex. 119 |
| PX124 | | | Email from Mariza Marin to Robert Hood re Intake | AOL-DEF-00600149 | Marin Ex. 187 |
| PX125 | | | Email from Robert Hood re AEU Intake 04/172018 | AOL-DEF-00063246 - 247 | Randy Howe Ex. 97; MSJ Ex. 90 |
| PX126 | | | Email from Randy Howe to Edward Miranda & Sabri Dikman re General Update on Migrant Caravan | AOL-DEF-00280783 - 794 | Glabe Ex. 330; MSJ Ex. 080 |
| PX127 | | | E-Mail from Robert Hood to Karen Ah Nee re: SYS AEU Custody Report for 04/24/2018 @ 1630 HRS. | AOL-DEF-00010764 - AOL-DEF-00010766 | MSJ Ex. 084 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep Ex. |
|--------|-------------|---------------|-------------|-----------|---------|
| PX128 | | | Email from Carlos Gonzalez re General Update on Migrant Caravan | AOL-DEF-00041825 - 836 | Randy Howe Ex. 95; MSJ Ex. 089 |
| PX129 | | | Email from Julie Koller to Tyesha Bordeaux re 10:30-10:45 - Discussion: Al Otro/Metering | AOL-DEF-00027152 - 153 | Hoffman Ex. 267 |
| PX130 | | | Email from Luis Mejia to Todd Hoffman & James Hutton re Metering Guidance | N/A | Hoffman Ex. 266 |
| PX131 | | | Email from Randy Howe to Todd Hoffman re Increased Flow and Caravan Anticipated Arrival | AOL-DEF-00041757 - 758 | Glabe Ex. 331 |
| PX132 | | | Email from Randy Howe to Todd Hoffman re Increased Flow and Caravan Anticipated Arrival | AOL-DEF-00041757 - 758 | Randy Howe Ex. 92 |
| PX133 | | | Email from Todd Hoffman to Randy Howe re Increased Flow and Caravan Anticipated Arrival | AOL-DEF-00027121 - 122 | Hoffman Ex. 264 |
| PX134 | | | Email from Todd Hoffman to Randy Howe re Increased Flow and Caravan Anticipated Arrival | AOL-DEF-00041777 - 778 | Randy Howe Ex. 93; MSJ Ex. 81 |
| PX135 | | | Email from Robert Hood to Sidney Aki re CBP_UAC_FMUA_CAT_REPORT_6:15 | AOL-DEF-00072448 | Marin Ex. 182; Marin Ex. 189 |
| PX136 | | | CBP, Office of Field Operations, Migrant Crisis Action Team report | AOL-DEF-00028127 - 130 | Randy Howe Ex. 99 |
| PX137 | | | E-Mail from Christian Calvillo to Brittany Simon re: SYS AEU Custody Report 04/27/2018.xls | AOL-DEF-00010718 - AOL-DEF-00010720 | MSJ Ex. 085 |
| PX138 | | | Email from Frank Longoria re MCAT Daily Report 04/27/2018 - For Review | AOL-DEF-00060695 - 696 | Randy Howe Ex. 98 |
| PX139 | | | Email from James Hutton to Todd Hoffman re Metering Guidance Memo | AOL-DEF-00026393 - 394 | Hoffman Ex. 268 |
| PX140 | | | Email from Todd Hoffman to Pete Romero Flores, David Higgerson, et al. re Metering Guidance Memo | AOL-DEF-00091332 | Hoffman Ex. 269; MSJ Ex. 83 |
| PX141 | | | Memo from Todd C. Owen re: Metering Guidance | Dkt. 283-1 | Whistleblower Ex. 003; MSJ Ex. 82 |
| PX142 | | | Email from Brandy Urbine re Caravan SITREP | AOL-DEF-00027054 - 055 | Randy Howe Ex. 96 |
| PX143 | | | E-Mail from Christian Calvillo to Richard Abend re: SYS AEU Custody Report 04/28/2018.xls | AOL-DEF-00010722 - AOL-DEF-00010724 | MSJ Ex. 086 |
| PX144 | | | E-Mail from Oscar Saenz to RMA002A RMA Supervisor GML re: PCS Update 1800 hrs. | AOL-DEF-00566881 | MSJ Ex. 108 |
| PX145 | | | CBP, Office of Field Operations, Migrant Crisis Action Team report | AOL-DEF-00274287 - 291 | Randy Howe Ex. 100 |
| PX146 | | | Email from Kevin McAleenan to Pete Romero Flores, Todd Owen, et al. re Checking in | AOL-DEF-00047694 | Glabe Ex. 335; MSJ Ex. 88; Reply MSJ Ex. 33 |
| PX147 | | | Statement of Comissioner Kevin McAleenan on Operations at San Ysidro Port of Entry | N/A | Glabe Ex. 334 |
| PX148 | | | U.S. Customs and Border Protection Migration Crisis Action Team, Homeland Security | AOL-DEF-00048757 - 761 | Glabe Ex. 336; MSJ Ex. 87 |
| PX149 | | | Email from Arlene Rocha to SDFO-BULLETS re Admissibility Enforcement Unit Daily Report for April 29, 2018 | AOL-DEF-00062567 - 568 | Glabe Ex. 338 |
| PX150 | | | San Ysidro Pedestrian Facilities | AOL-DEF-00036093 - 096 | Marin Ex. 206 |
| PX151 | | | E-Mail from Todd Owen to Randy Howe re: Daily MCAT Report - May 12, 2018 | AOL-DEF-00038620 - AOL-DEF-00038622 | MSJ Ex. 117 |
| PX152 | | | Email re: Metering Spot Report Hidalgo | AOL-DEF-00303561 - 563 | Longoria Ex. 310 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep Ex. |
|---|---|---|---|---|---|
| PX153 | | | E-Mail from Guadalupe Ramirez to Randy Howe re: Priority Based Que Management Option | AOL-DEF-00377294 | MSJ Ex. 095 |
| PX154 | | | E-Mail from Kevin McAleenan to Todd Owen re: Today's Meeting - A few Items regarding Que Management | AOL-DEF-00288009 - AOL-DEF-00288010 | MSJ Ex. 096 |
| PX155 | | | Email from Ray Provencio to Randy Howe re Info needed by 1600 | AOL-DEF-00095574 - 576 | Cleaves Ex. 174; MSJ Ex. 094 |
| PX156 | | | E-Mail from Sidney Aki to Sally Carrillo re: Priority Based Que Management Option and Other Issues | AOL-DEF-00074316 - AOL-DEF-00074317 | MSJ Ex. 093 |
| PX157 | | | E-Mail from Todd Owen to Kevin McAleenan re: Today's Meeting - A Few Items (including boundary information) | AOL-DEF-00288011 - AOL-DEF-00288012 | MSJ Ex. 097 |
| PX158 | | | Email from Carlos Rodriguez re Metering Guidance Memo | AOL-DEF-00028834 - 837 | Harris Ex. 223 |
| PX159 | | | Email from Daniel Mercado re Eagle Pass Metering exemption | AOL-DEF-00911036 | Harris Ex. 224; Longoria Ex. 302 |
| PX160 | | | Email from Sabri Kickman to Frank Longoria re Laredo Field Office - Roma Port of Entry | AOL-DEF-01037220 - 222 | Randy Howe Ex. 87 |
| PX161 | | | Email from Randy Howe to Hector Mancha re Bridge even | AOL-DEF-00038270 - 272 | Cleaves Ex. 171; MSJ Ex. 75 |
| PX162 | | | CBP Crisis Action Team Daily Report | AOL-DEF-00102251 - 266 | Longoria Ex. 319 |
| PX163 | | | Email from Valerie Boyd to Todd Owen re SI Action Memo | AOL-DEF-99273293 | Owens Ex. 038 |
| PX164 | | | Memo from Kevin McAleenan re Prioritization-Based Queue Management | AOL-DEF-00273294 - 296 | Owens Ex. 039; MSJ Ex. 98 |
| PX165 | | | CBP Crisis Action Team Daily Report | AOL-DEF-00104911 - 926 | Longoria Ex. 320 |
| PX166 | | | Email Frank Longoria to Javier Vasquez re Queue Management | AOL-DEF-00899300 | Randy Howe Ex. 89 |
| PX167 | | | Email re: Guatemala FAMU | AOL-DEF-00767892 | Longoria Ex. 318 |
| PX168 | | | Email re: Queue Management Summary (June 8) | AOL-DEF-00190367 - 369 | Longoria Ex. 301 |
| PX169 | | | Email re: Traffic and Asylum Claims at Roma POE | AOL-DEF-00565178 - 182 | Longoria Ex. 316 |
| PX170 | | | Laredo Field Office Queue Management Process Contingency Plan | AOL-DEF-00190370 - 374 | Randy Howe Ex. 103 |
| PX171 | | | Email from Frank Longoria to Bradd Skinner re LFO Queue Management Plan - June 2018.docx | AOL-DEF-00911232 | Harris Ex. 233; Longoria Ex. 309 |
| PX172 | | | Email from Kevin McAleenan to Todd Owen re SWB Queue Management Update | AOL-DEF-00047772 - 773 | Cleaves Ex. 165; Marin Ex. 211 |
| PX173 | | | Email from Randy Howee to Todd Owen re SWB Queue Management Update | AOL-DEF-00273818 - 819 | Cleaves Ex. 161 |
| PX174 | | | Email from Ryan Koseor re Report Needed | AOL-DEF-00037758 - 759 | Cleaves Ex. 172 |
| PX175 | | | Email from Jose Garza to Randy Howe re LFO Queue Management Report | AOL-DEF-00037849 - 850 | Randy Howe Ex. 88 |
| PX176 | | | Email from Randy Howe re Field Office Queue Management 06/19/2018 | AOL-DEF-00088501 - 502 | Owens Ex. 024 |
| PX177 | | | Email Eddie Arias to Johnny Armijo re AEU Detainee Sentiment on Metering | N/A | Owens Ex. 047; MSJ Ex. 107 |
| PX178 | | | Email from Bradd Skinner to David Higgerson re Metrics Reminder | AOL-DEF-01037408 - 410 | Harris Ex. 234; Longoria Ex. 312; MSJ Ex. 104 |
| PX179 | | | E-Mail from Frank Longoria to Juan Chavez re: Queue Management - 30 Days In | AOL-DEF-00812864 - AOL-DEF-00812865 | MSJ Ex. 099 |
| PX180 | | | Email from Frank Longoria re Queue Management: 30 days in | AOL-DEF-00274915 | Randy Howe Ex. 84; Opp. to CM Ex. 5 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep. Ex. |
|---|---|---|---|---|---|
| PX181 | | | E-Mail from Frank Longoria to Bob Parker re: Queue Management: 30 Days In | AOL-DEF-01205190 - 191 | Longoria Ex. 311; Reply MSJ Ex. 35 |
| PX182 | | | Email Ryan Kosear to Frank Longoria re Traffic and Asylum Claims at Roma POE | AOL-DEF-00899313 - 315 | Randy Howe Ex. 85 |
| PX183 | | | E-Mail from Sylvia Briones to Jose Diaz re: Queue Management Pilot Respond to LFO ASAP | AOL-DEF-00235276 - 278 | Reply MSJ Ex. 36 |
| PX184 | | | Email re: LFO Queue Management Report for July 26, 2018 | AOL-DEF-00566075 - 076 | Longoria Ex. 313 |
| PX185 | | | Evaluation of the Prioritization-Queue Management Pilot | AOL-DEF-00039621 - 622 | Owens Ex. 041 |
| PX186 | | | Memo from Kevin McAleenan re Evaluation of the Queue Management Pilot | AOL-DEF-00039620 | Owens Ex. 040 |
| PX187 | | | Email re: Queue Management Daily Report- Aug 3, 2018 | AOL-DEF-00028967 | Longoria Ex. 304 |
| PX188 | | | Email from Erika Camarillo re LFO Queue Management Report for August 14, 2018 | AOL-DEF-00095894 | Harris Ex. 228 |
| PX189 | | | Email re: Queue Management Daily Report- Aug 4, 2019 | AOL-DEF-00059739 | Longoria Ex. 305 |
| PX190 | | | Email from Frank Longoria re Attempt to Circumvent Queue - Hidalgo 1238 | AOL-DEF-00909668 - 669 | Harris Ex. 243; Longoria Ex. 303 |
| PX191 | | | E-Mail from Mariza Marin to Ryan Koseor re: Queue Management | AOL-DEF-00602802 - AOL-DEF-00602803 | MSJ Ex. 112 |
| PX192 | | | Email from Mariza Marin to Robert Hood re AEU Data | AOL-DEF-00072964 | Marin Ex. 208; MSJ Ex. 92 |
| PX193 | | | Queue Management Report for Laredo, El Paso, Tucson, San Diego | AOL-DEF-00027826 - 829 | Harris Ex. 230 |
| PX194 | | | Email from George Calderon to Jesus Barrera re GOM Site Visits | AOL-DEF-00579234 - 241 | Harris Ex. 250 |
| PX195 | | | Henry Kerner, Special Counsel, U.S. Office of Special Counsel letter to Kirstjen Nielson re OSC File No. DI-18-5034, Referral for Investigation - 5 U.S.C. § 1213 | AOL-DEF-00205420 - 422 | Eaton Ex. 346 |
| PX196 | | | Memo re: OSC File No. D1-18-5034 | AOL-DEF-00205420 - 422 | Whistleblower Ex. 014 |
| PX197 | | | Email re: Queue Management Communcations (Eagle Pass Best Practice) | AOL-DEF-00909720 - 722 | Longoria Ex. 299 |
| PX198 | | | E-Mail from Carl Campbell to Ryan Koseor re: LFO Queue Mangement Report for August 29, 2018 | AOL-DEF-00039597 | Randy Howe Ex. 90; MSJ Ex. 105 |
| PX199 | | | Exit Interview of LE, Asylum Processing at the SWB POEs, Office of Inspector General | AOL-DEF-00210313 - 316 | Eaton Ex. 353 |
| PX200 | | | Email from Frank Longoria re Topics for SWB DFO conference | AOL-DEF-00910155 | Randy Howe Ex. 109 |
| PX201 | | | Email from Mariza Marin re Intake | AOL-DEF-00603278 | Marin Ex. 193 |
| PX202 | | | Email from Anne Maricich re SWB DFO Strategy Session Material | AOL-DEF-00250231 - 232 | Randy Howe Ex. 108 |
| PX203 | | | Email from Anne Maricich to Pete Romero Flores re SWB DFO Strategy Session Agenda | AOL-DEF-00640410 - 411 | Hoffman Ex. 271 |
| PX204 | | | Special Review - Initial Observations Regarding Family Separation Issues Under the Zero Tolerance Policy, Office of Inspector General, DHS | N/A | Eaton Ex. 349 |
| PX205 | | | Email from Christopher Candela to Randy Howe re SWB DFO Strategy Session Material | AOL-DEF-00040029 | Randy Howe Ex. 107 |
| PX206 | | | DHS OIG Separation of Asylum-Seeking Parents from Children Memorandum of Record of the San Ysidro East Port of Entry | AOL-DEF-00205966 - AOL-DEF-00205974 | MSJ Ex. 015 |
| PX207 | | | Email from Luis Mejia to Kenneth Sava re Honduran Migration Crisis Planning Session | AOL-DEF-00560270 | Hoffman Ex. 272; MSJ Ex. 120 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep Ex. |
|---|---|---|---|---|---|
| PX208 | | | DHS CBP Report of Investigation for Abuse of Detainee in San Diego, Ca. | AOL-DEF-00014041 - AOL-DEF-00014077 | MSJ Ex. 008 |
| PX209 | | | Email from Petra Horne re MCAT Daily Report for October 23 | AOL-DEF-01273136 - 137 | Humphries Ex. 153 |
| PX210 | | | E-Mail from Jesus Cruz to Nogales Chiefs re: Illegal Entry Deterrence: Metering Guidance Memo | AOL-DEF-01272477 | Reply MSJ Ex. 34 |
| PX211 | | | Email from Stacey Falkoff re CRCL Complaint pertaining to Asylum Applicants | AOL-DEF-00344670 - 671 | Kinnahan Ex. 062 |
| PX212 | | | John Kelly, Office of Inspector General, DHS Memorandum for Kevin McAleenan re CBP's Processing of Asylum-seekers at Ports of Entry | AOL-DEF-00095566 - 568 | Eaton Ex. 350; Randy Howe Ex. 111 |
| PX213 | | | Email from Todd Hoffman to Luis Mejia re SWB_SYS Queue Management Brief (002).dox | AOL-DEF-00027765 - 770 | Hoffman Ex. 282 |
| PX214 | | | Annex C, Four step approach to maximize admissibility operational capabilitites at the Laredo, Texas Port of Entry | AOL-DEF-00094682 - 683 | Harris Ex. 238 |
| PX215 | | | Email from John Wagner to Todd Owen, Todd Hoffman & Randy Howe re Agenda for Airlines | AOL-DEF-00228102 | Hoffman Ex. 283 |
| PX216 | | | Queue Management Report for Laredo, El Paso, Tucson, San Diego | AOL-DEF-00027382 - 385 | Cleaves Ex. 162 |
| PX217 | | | Email from Francisco Maldonado re OFO Port of El Paso / Mexican Immigration meeting | AOL-DEF-00808783 - 785 | Cleaves Ex. 176 |
| PX218 | | | Email from Mariza Marin re AEU Processing Plan | AOL-DEF-00073676 | Marin Ex. 207; MSJ Ex. 91 |
| PX219 | | | Email from Robert Hood to Sidney Aki re Surge efforts as SYS | AOL-DEF-00348763 - 764 | Marin Ex. 188 |
| PX220 | | | E-Mail from Pete Flores to Todd Owen re: C1 Migrant Processing Direction | AOL-DEF-00028469 - AOL-DEF-00028470 | MSJ Ex. 110 |
| PX221 | | | E-Mail from Todd Owen to Pete Flores re: C1 Migrant Processing Direction | AOL-DEF-00028473 - AOL-DEF-00028475 | MSJ Ex. 109 |
| PX222 | | | E-Mail from Pete Flores to Randy Howe re: C1 Migrant Processing Direction | AOL-DEF-00050247 - AOL-DEF-00050250 | MSJ Ex. 111 |
| PX223 | | | Email from Jesus Barrera re List of Asylum sekers at casa migrants Nazareth | AOL-DEF-00585486 | Harris Ex. 251 |
| PX224 | | | Email from Evan Sandoval re ILU Tijuana Area Command Center EOSR 12-09-18 | AOL-DEF-00036576 | Marin Ex. 217 |
| PX225 | | | DHS Memo from Jon Goodrich to Matthew Neuburger re: Interview with Brian Ballatore, | AOL-DEF-00210364 - AOL-DEF-00210370 | MSJ Ex. 005 |
| PX226 | | | Email from Joseph Draganac to Luis Mejia re Field Office Queque Management Report 12.21.2018 | AOL-DEF-00283636 | Hoffman Ex. 285 |
| PX227 | | | Email from Todd Hoffman to Valerie Boyd re MPP Meetings with SYS | AOL-DEF-00287190 - 191 | Hoffman Ex. 284 |
| PX228 | | | Email from Pete Flores re Asylum Book | AOL-DEF-00083821 | Marin Ex. 220 |
| PX229 | | | Email from Todd Hoffman to Pete Romero Flores re Media Inquiry | AOL-DEF-00755539 - 541 | Hoffman Ex. 286 |
| PX230 | | | Region VI Executive Summary Update - Central American Migrant Caravan | AOL-DEF-00261937 - 946 | Randy Howe Ex. 115 |
| PX231 | | | Memo for Matthew Neuburger re: Memorandum of Interuiew with Brandon Whistleblower, CBP Officer, Port of Tecate, CA (follow-up) | AOL-DEF-00210384 - 386 | Whistleblower Ex. 017 |
| PX232 | | | Email from Ricardo Briseno re Asylum Claims from large groups of Mexican Nationals at the POE | AOL-DEF-00787971 | Humphries Ex. 158 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep. Ex. |
|---|---|---|---|---|---|
| PX233 | | | Email from Joanne Fitzgerald to Luis Mejia, Timothy Ajemaux, et al. re Action: OFO Issue Paper FY20 Presidents Budget - Due Wednesday, February 27 | AOL-DEF-01021842 | Hoffman Ex. 273 |
| PX234 | | | Email from SDFO Border Security | AOL-DEF-00205672 | Owens Ex. 048 |
| PX235 | | | DHS Office of Inspector General Memorandum Jon Goodrich to Matthew Neuburger re: Memorandum of Interview with Carlos Silva (Follow-Up), Assistant Port Director, Port of Otay Mesa, Ca. | AOL-DEF-00210387 - 400 | Reply MSJ Ex. 16 |
| PX236 | | | Email from Timothy Tyler to Luis Meija re Question on Secondary Intake - ELP | AOL-DEF-00811791 - 792 | Cleaves Ex. 178 |
| PX237 | | | Email David Higgerson to Todd Owen re Safety Alert / Rule Clarification | AOL-DEF-00270451 - 452 | Owens Ex. 053 |
| PX238 | | | Email from Todd Owen to David Higgerson re Safety Alert / Rule Clarification | AOL-DEF-00269970 - 971 | Owens Ex. 052 |
| PX239 | | | Email re: Safety Alert/Rule Clarification | NTEU-000110 - 131 | Atkinson Ex. 294; MSJ Ex. 76 |
| PX240 | | | Email from Ray Provencio to Hector Mancha re GoM assistance with EWI crowd control | AOL-DEF-00838795 - 798 | Cleaves Ex. 179 |
| PX241 | | | Jon Goodrich, Investigative Counsel, Office of Inspector General, DHS Memorandum to OSC Metering at Tecate POE File | AOL-DEF-00210444 -448 | Eaton Ex. 347 |
| PX242 | | | Email from Javier Correa re DFO TFO MCAT REPORT - April 25, 2019 | AOL-DEF-00852769 | Humphries Ex. 132 |
| PX243 | | | Email from Nathaniel Garcia re MCAT 06/17/2019 | AOL-DEF-00852513 | Humphries Ex. 130 |
| PX244 | | | Email from Robert Reed re MCAT Report | AOL-DEF-00852495 - 496 | Humphries Ex. 131 |
| PX245 | | | [Queue Management Report] | N/A | Marin Ex. 196 |
| PX246 | | | [Queue Management Report] | N/A | Marin Ex. 197 |
| PX247 | | | Email from Margaret Baldenegro re Asylum Processing | AOL-DEF-00788114 | Humphries Ex. 141 |
| PX248 | | | Email from Eric Crouston re SYS Daily Custody Intake and ERO Movement 07/10/2019 | AOL-DEF-00084038 | Marin Ex. 194 |
| PX249 | | | Email from George Campos re Shelters and Metering | AOL-DEF-00788035 - 036 | Humphries Ex. 156 |
| PX250 | | | Email from Clauria Zamora re MCAT Report 8/24/19 | AOL-DEF-00850837 | Humphries Ex. 128 |
| PX251 | | | Email from Clauria Zamora re MCAT Report 8/25/19 | AOL-DEF-00850845 | Humphries Ex. 129 |
| PX252 | | | Email from Ray Provencio re MPP/metering (Dallas Morning News) | AOL-DEF-00851607 - 608 | Cleaves Ex. 180 |
| PX253 | | | Email from Dana Johanson re Significant Visit Summary - U.S. Representative Veronica Escobar | AOL-DEF-00274019 - 020 | Randy Howe Ex. 118 |
| PX254 | | | Email from Roger Maier re questions about Mexican citizens waiting to apply for asylum in Juarez | AOL-DEF-00845774 - 776 | Cleaves Ex. 177 |
| PX255 | | | Dep't of Homeland Security, Office of Inspector General, *Investigation of Alleged Violations of Immigration Laws at the Tecate, California Port of Entry by U.S. Customs and Border Protection Personnel,* OIG-19-65 | Dkt. 300-2 | Whistleblower Ex. 019; MSJ Ex. 19 |
| PX256 | | | Email from Samuel Cleaves re Los Angeles Times Mexican asylum seeker question for story running Tuesday | AOL-DEF-00842504 - 506 | Cleaves Ex. 181 |
| PX257 | | | Memo from Todd Owen re Prioritization-Based Queue Management | CBPALOTRO000303 - 308 | Owens Ex. 042 |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep Ex. |
|---|---|---|---|---|---|
| PX258 | | | Expert Report of Stephanie Leutert | N/A | MSJ Ex. 020 |
| PX259 | | | Defendants' Objections and Responses to Plaintiffs' Third Set of Requests for Admission to All Defendants | N/A | MSJ Ex. 073 |
| PX260 | | | Memo from Vernon Foret re Metering Guidance | CBPALOTRO000314 - 315 | Marin Ex. 212 |
| PX261 | | | Merits Expert Report of Stephanie Leutert | N/A | Reply MSJ Ex. 38 |
| PX262 | | | DHS Office of Inspector General Report ro Mark Morgan re: CBP has taken Steps to Limit Processing of Undocumented Aliens at Ports of Entry | N/A | Reply MSJ Ex. 1 |
| PX263 | | | E-Mail from Lorne Campbell to Randy Howe re: Situational Awareness: Nogales POE Detention at Capacity | AOL-DEF-00040005 | Reply MSJ Ex. 20 |
| PX264 | | | E-Mail from Pete Flores to Todd Owen re: CBP Migration CAT Update 11/01/2016 | AOL-DEF-00019314 - AOL-DEF-00019318 | MSJ Ex. 056 |
| PX265 | | | Brownsville Port of Entry Contingency Plan Addressing Possible Mass Migration Influxes | AOL-DEF-00056315 - AOL-DEF-00056324 | MSJ Ex. 032 |
| PX266 | | | CBP Office of Field Operations Report on Haitian Surge in San Diego | AOL-DEF-00023715 - AOL-DEF-00023719 | MSJ Ex. 049 |
| PX267 | | | Eagle Pass/Del Rio Contingency Plan | AOL-DEF-00050864 - AOL-DEF-00050865 | MSJ Ex. 031 |
| PX268 | | | DFO Briefing Bullets Admissibility Enforcement Unit (AEU) | AOL-DEF-00030002 - AOL-DEF-00030004 | MSJ Ex. 026 |
| PX269 | | | CBP Mission Critical Priorities Report Card - June 2018 | AOL-DEF-00547009 | Reply MSJ Ex. 37 |
| PX270 | | | Metering Update (August 2019) (Prepared by Robert Strauss Center and Center for U.S.-Mexican Studies) | N/A | MSJ Opp. To CM Ex. 7 |
| PX271 | | | Honduras Caravan Route Map (with Statistics) | AOL-DEF-00280782 | Reply MSJ Ex. 32 |
| PX272 | | | Asylum Processing and Waitlists at the US-Mexico Border (December 2018) (Prepared by Robert Strauss Center and Center for U.S.-Mexican Studies) | N/A | MSJ Opp. To CM Ex. 6 |
| PX273 | | | MP3 Recording of Turnback Event | ALOTROLADO_00018604 | MSJ Ex. 018 |
| PX274 | | | Demonstrative Exhibit 01 | | |
| PX275 | | | Demonstrative Exhibit 02 | | |
| PX276 | | | Demonstrative Exhibit 03 | | |
| PX277 | | | Demonstrative Exhibit 04 | | |
| PX278 | | | Demonstrative Exhibit 05 | | |
| PX279 | | | Demonstrative Exhibit 06 | | |
| PX280 | | | Demonstrative Exhibit 07 | | |
| PX281 | | | Demonstrative Exhibit 08 | | |
| PX282 | | | Demonstrative Exhibit 09 | | |
| PX283 | | | Demonstrative Exhibit 10 | | |
| PX284 | | | Demonstrative Exhibit 11 | | |
| PX285 | | | Demonstrative Exhibit 12 | | |
| PX286 | | | Demonstrative Exhibit 13 | | |
| PX287 | | | Demonstrative Exhibit 14 | | |
| PX288 | | | Demonstrative Exhibit 15 | | |
| PX289 | | | Demonstrative Exhibit 16 | | |
| PX290 | | | Demonstrative Exhibit 17 | | |
| PX291 | | | Demonstrative Exhibit 18 | | |
| PX292 | | | Demonstrative Exhibit 19 | | |
| PX293 | | | Demonstrative Exhibit 20 | | |
| PX294 | | | Demonstrative Exhibit 21 | | |
| PX295 | | | Demonstrative Exhibit 22 | | |
| PX296 | | | Demonstrative Exhibit 23 | | |
| PX297 | | | Demonstrative Exhibit 24 | | |

Al Otro Lado, Inc. v. Wolf, Case No. 17-cv-02366-BAS-KSC
List of Plaintiffs' Exhibits

| Number | Date Marked | Date Admitted | Description | Bates No. | Dep Ex. |
|---|---|---|---|---|---|
| PX298 | | | Demonstrative Exhibit 25 | | |
| PX299 | | | Fed. R. Evid. 1006 Summary Exhibit - Calexico Port of Entry: Impact to Port Operations, June 16, 2018 - July 14, 2019 | N/A | Marin Ex. 201; MSJ Ex. 22 |
| PX300 | | | Fed. R. Evid. 1006 Summary Exhibit - El Paso Port of Entry: Impact to Port Operations, June 16, 2018 - December 31, 2018 | N/A | Cleaves Ex. 163; MSJ Ex. 24 |
| PX301 | | | Fed. R. Evid. 1006 Summary Exhibit - Laredo Port of Entry: Impact to Port Operations, June 17, 2018-July 15, 2019 | N/A | Harris Ex. 231; Longoria Ex. 314; MSJ Ex. 25 |
| PX302 | | | Fed. R. Evid. 1006 Summary Exhibit - Otay Mesa Port of Entry: Impact to Port Operations, June 16, 2018 - July 14, 2019 | N/A | Marin Ex. 202; MSJ Ex. 23 |
| PX303 | | | Fed. R. Evid. 1006 Summary Exhibit - San Ysidro Port of Entry: Impact to Port Operations, June 16, 2018 - July 14, 2019 | N/A | Marin Ex. 200; MSJ Ex. 21 |