MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 2 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF CONTENTIONS OF FACT & LAW** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Defendants have represented that Mr. Wolf is the Acting Secretary of the U.S. Department of Homeland Security. Numerous courts disagree. *Casa de Md., Inc. v. Wolf*, 2020 WL 5500165, at *23 (D. Md. 2020); *Immigrant Legal Res. Ctr. v. Wolf*, 2020 WL 5798269, at *7-9 (N.D. Cal. 2020); *N.W. Immigrant Rts. Project v. USCIS*, 2020 WL 5995206, at *24 (D.D.C. 2020).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1

## **PLAINTIFFS' WITNESS LIST**

2       Plaintiffs disclose the following list of witnesses whose testimony Plaintiffs

3  anticipate presenting at trial, other than for impeachment purposes.  This list is not

4  a commitment that Plaintiffs will call any particular witness at trial or a

5  representation that any of the witnesses listed are available or will appear for trial.

6  Due to the unforeseen circumstances that may arise due to the ongoing COVID-19

7  pandemic, Plaintiffs expressly reserve the right to adjust the manner of presenting any

8  of the witnesses listed below in Sections I.A or I.B to accommodate for public or

9  personal health concerns, travel restrictions, or any other restrictions, rules, or

10  guidance relating to COVID-19.  This may include presenting witnesses by

11  deposition, videoconference, or a combination of written direct examination and live

12  cross-examination. To the extent that a witness'circumstances otherwise change, or

13  a witness becomes unavailable for trial for reasons related to COVID-19 or

14  otherwise, Plaintiffs reserve the right to present that witness's testimony by

15  deposition or to call a substitute witness. Plaintiffs further reserve the right to call:

16  (1) additional witnesses to provide foundation testimony should any party contest the

17  authenticity or admissibility of any material proffered at trial; (2) additional

18  witnesses to respond to issues raised by the Court's pretrial or trial rulings or to issues

19  raised after the submission   of   this   witness list;   and   (3)   any   witness

20  listed     on Defendants' witness list or required to rebut Defendants' case.  With

21  respect to Defendants' witnesses, Plaintiffs reserve the right to introduce testimony

22  through deposition or live examination, as appropriate.  Plaintiffs also reserve the

23  right to call any  witnesses listed or called by Defendants.

24

25

26

27

28

## A. Witnesses Plaintiffs Expect to Present

| Name | Contact Information | Substance of Testimony |
|------|---------------------|------------------------|
| Stephanie Leutert | c/o Stephen Medlock<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006<br>202-263-3040<br>smedlock@mayerbrown.com | Information relating to the Turnback Policy alleged in the Second Amended Complaint, including capacity at the POEs on the U.S.-Mexico border and CBP's metering procedures. |
| Joseph V. Cuffari, PhD., Inspector General, Department of Homeland Security | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information related to the DHS Investigation that resulted in OIG Report OIG-21-02, and the contents of OIG Report OIG-21-02. |

| | | |
|---|---|---|
| Erika Pinheiro | c/o Stephen Medlock<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006<br>202-263-3040<br>smedlock@mayerbrown.com | Information relating to interactions with CBP officials; CBP's metering procedures; interaction with asylum seekers; the Government of Mexico's role in facilitating the processing of asylum seekers; and other matters that may be relevant to the subject matter of this action. |
| Whistleblower | c/o Stephen Medlock<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006<br>202-263-3040<br>smedlock@mayerbrown.com | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers at POEs on the U.S.-Mexico border, as well as treatment of asylum seekers at the U.S.-Mexico Border. |

### B. Witnesses Plaintiffs May Present

| Name | Contact Information | Substance of Testimony |
|---|---|---|
| Sidney Aki | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halalska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| Johnny Armijo | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| David Atkinson | c/o Denis Downey<br>Denis A. Downey Law Offices<br>1185 FM802<br>Brownsville, TX 78521<br>(956) 544-0561<br>algoasi@att.net | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers |

| | | |
|---|---|---|
| | | at POEs on the U.S.-Mexico border. |
| James Beauchamp | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including information concerning the related DHS OIG investigation. |
| Samuel Cleaves | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers at POEs on the U.S.-Mexico border, as well as interactions with Mexican immigration and treatment of asylum seekers at the U.S.-Mexico Border. |
| Abigail Doe | c/o Stephen Medlock Mayer Brown LLP 1999 K Street NW | Information relating to U.S. Customs and Border Protection ("CBP") |

EX. 2 IN SUPP. OF MEMO OF CONTENTIONS
OF FACT & LAW

| | | |
|---|---|---|
| | Washington, DC 20006<br>202-263-3040<br>smedlock@mayerbrown.com | officials' statements regarding the asylum process; CBP officials' statements regarding Form I-275, Withdrawal of Application for Admission/Consular Notification; CBP officials' statements regarding assistance from the Mexican government; CBP officials' use of a video camera; and other matters that may be relevant to the subject matter of this action. |
| Carolina Doe | c/o Stephen Medlock<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006<br>202-263-3040<br>smedlock@mayerbrown.com | Information relating to CBP officials' statements regarding the asylum process; CBP officials' statements regarding Form I-275, Withdrawal of Application for Admission/Consular Notification; CBP officials' statements regarding assistance from the Mexican government; CBP officials |

| | | |
|---|---|---|
| | | use of a video camera; overnight stay at a Port of Entry ("POE"); and other matters that may be relevant to the subject matter of this action. |
| César Doe | c/o Stephen Medlock Mayer Brown LLP 1999 K Street NW Washington, DC 20006 202-263-3040 smedlock@mayerbrown.com | Information relating to CBP officials' statements regarding the asylum process; CBP officials' statements regarding necessary documents; and other matters that may be relevant to the subject matter of this action. |
| Dinora Doe | c/o Stephen Medlock Mayer Brown LLP 1999 K Street NW Washington, DC 20006 202-263-3040 smedlock@mayerbrown.com | Information relating to CBP officials' statements regarding the asylum process; CBP officials' statements regarding the Mexican government; CBP officials' statements regarding the separation of family members; and other matters that may be relevant to the subject matter of this action. |

EX. 2 IN SUPP. OF MEMO OF CONTENTIONS
OF FACT & LAW

| | | |
|---|---|---|
| Joseph Eaton | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including information concerning the related DHS OIG investigation. |
| Scott Glabe | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers at POEs on the U.S.-Mexico border. |
| Rodney Harris | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers at POEs on the U.S.-Mexico border, as well as |

EX. 2 IN SUPP. OF MEMO OF CONTENTIONS
OF FACT & LAW

| | | |
|---|---|---|
| | | interactions with Mexican immigration and treatment of asylum seekers at the U.S.-Mexico Border. |
| Todd Hoffman | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| Randy Howe | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers at POEs on the U.S.-Mexico border. |
| Michael Humphries | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, |

EX. 2 IN SUPP. OF MEMO OF CONTENTIONS
OF FACT & LAW

| | | P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | including capacity to inspect and process asylum seekers at POEs on the U.S.-Mexico border, as well as treatment of asylum seekers at the U.S.-Mexico border. |
|---|---|---|---|
| | Frank Longoria | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers at POEs on the U.S.-Mexico border, as well as treatment of asylum seekers at the U.S.-Mexico border. |
| | Mariza Marin | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers at POEs on the U.S.-Mexico border, as well as |

| | | |
|---|---|---|
| | | interactions with Mexican immigration authorities. |
| Kevin McAleenan | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| Kristjen Nielsen | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| Todd Owen | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers |

| | | | |
|---|---|---|---|
| | 202-307-8704<br>alexander.j.halaska@usdoj.gov | at POEs on the U.S.-Mexico border, as well as interactions with Mexican immigration authorities and treatment of asylum seekers at the U.S.-Mexico border. |
| Nicole Ramos | c/o Stephen Medlock<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006<br>202-263-3040<br>smedlock@mayerbrown.com | Information relating to interactions with CBP officials; CBP's metering procedures; interaction with asylum seekers; the Government of Mexico's role in facilitating the processing of asylum seekers; and other matters that may be relevant to the subject matter of this action. |
| AnnMarie Shaw | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including concerning related investigations undertaken by the Office for Civil Rights and Civil Liberties. |

| | | |
|---|---|---|
| Tatyana Martell | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information related to the DHS Investigation that resulted in OIG Report OIG-21-02, and the contents of OIG Report OIG-21-02. |
| Elizabeth Kingma | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information related to the DHS Investigation that resulted in OIG Report OIG-21-02, and the contents of OIG Report OIG-21-02. |
| Adam Brown | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information related to the DHS Investigation that resulted in OIG Report OIG-21-02, and the contents of OIG Report OIG-21-02. |

| | | |
|---|---|---|
| Stephen Farrell | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information related to the DHS Investigation that resulted in OIG Report OIG-21-02, and the contents of OIG Report OIG-21-02. |
| Paul Lewandowski | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information related to the DHS Investigation that resulted in OIG Report OIG-21-02, and the contents of OIG Report OIG-21-02. |
| Jason Wahl | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information related to the DHS Investigation that resulted in OIG Report OIG-21-02, and the contents of OIG Report OIG-21-02. |

| Chad Wolf | c/o Alexander James Halaska | Information relating to the |
|---|---|---|
| | U.S. Department of Justice | Turnback Policy alleged in |
| | Office of Immigration | the Second Amended |
| | Litigation | Complaint and its |
| | Ben Franklin Station | implementation and effects, |
| | P.O. Box 868 | including motivations for |
| | Washington, DC 20044 | Turnback Policy and June |
| | 202-307-8704 | 2018 prioritization-based |
| | alexander.j.halaska@usdoj.gov | queue management |
| | | memorandum. |
| John Goodrich | c/o Alexander James Halaska | Information related to the |
| | U.S. Department of Justice | DHS Investigation that |
| | Office of Immigration | resulted in OIG Report |
| | Litigation | OIG-21-02, and the contents |
| | Ben Franklin Station | of OIG Report OIG-21-02. |
| | P.O. Box 868 | |
| | Washington, DC 20044 | |
| | 202-307-8704 | |
| | alexander.j.halaska@usdoj.gov | |
| Gregory Flatow | c/o Alexander James Halaska | Information related to the |
| | U.S. Department of Justice | DHS Investigation that |
| | Office of Immigration | resulted in OIG Report |
| | Litigation | OIG-21-02, and the contents |
| | Ben Franklin Station | of OIG Report OIG-21-02. |
| | P.O. Box 868 | |
| | Washington, DC 20044 | |
| | 202-307-8704 | |

Case 3:17-cv-02366-BAS-KSC    Document 622-2    Filed 11/09/20    PageID.55024
Page 18 of 22

| | | alexander.j.halaska@usdoj.gov | |
|---|---|---|---|
| Michael Brooks | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information related to the DHS Investigation that resulted in OIG Report OIG-21-02, and the contents of OIG Report OIG-21-02. |
| Robert W. Hood | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| Ryan Koseor | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704 | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including the switch to utilizing "operational |

16    EX. 2 IN SUPP. OF MEMO OF CONTENTIONS
OF FACT & LAW

| | | alexander.j.halaska@usdoj.gov | capacity" and capacities of ports of entry. |
|---|---|---|---|
| | Pete Flores | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| | Beverly Good | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| | Salvador Flores | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers |

| | | 202-307-8704<br>alexander.j.halaska@usdoj.gov | at POEs on the U.S.-Mexico border. |
|---|---|---|---|
| J. Ryan Hutton | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| Gloria Chavez | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including alternative plans for increasing capacity of ports of entry. |
| Gil Kerlikowske | c/o Alexander James Halaska<br>U.S. Department of Justice<br>Office of Immigration<br>Litigation<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>202-307-8704<br>alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including motivations for Turnback Policy, expansion of Turnback Policy in November 2016, and |

EX. 2 IN SUPP. OF MEMO OF CONTENTIONS
OF FACT & LAW

| | | |
|---|---|---|
| | | alternative plans for increasing capacity of ports of entry. |
| Jeh Johnson | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |
| William Haralson | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 Washington, DC 20044 202-307-8704 alexander.j.halaska@usdoj.gov | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects, including capacity to inspect and process asylum seekers at POEs on the U.S.-Mexico border. |
| Aaron Mitchell | c/o Alexander James Halaska U.S. Department of Justice Office of Immigration Litigation Ben Franklin Station P.O. Box 868 | Information relating to the Turnback Policy alleged in the Second Amended Complaint and its implementation and effects. |

| | Washington, DC 20044 | |
| --- | --- | --- |
| | 202-307-8704 | |
| | alexander.j.halaska@usdoj.gov | |