JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS
Senior Litigation Counsel
ALEXANDER J. HALASKA
ARI NAZAROV
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO SEAL PORTIONS FO THEIR MEMORANDUM OF CONTENTIONS OF FACT AND LAW** |
| v. | |
| CHAD F. WOLF, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants*. | |

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, pending in the U.S. District Court for the Southern District of California.

2. I submit this declaration concerning Defendants' Motion to Seal Portions of their Memorandum of Contentions of Fact and Law.

3. On November 9, 2020, I conferred via email with Plaintiffs' counsel Stephen Medlock, regarding Defendants' forthcoming Motion to Seal Portions of their Memorandum of Contentions of Fact and Law; Mr. Medlock stated that Plaintiffs do not oppose the relief requested in the motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on November 9, 2020, in Washington, D.C.

                                       *s/ Katherine J. Shinners*
                                       KATHERINE J. SHINNERS