MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **JOINT NOTICE OF FILING REDACTED MATERIALS PURSUANT TO DKT. NOs. 605 & 607** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

[1] Defendants have represented that Mr. Wolf is the Acting Secretary of the U.S. Department of Homeland Security ("DHS").

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857


AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

JOINT NOTICE OF FILING REDACTED DOCUMENTS

In the Court's October 30, 2020 Order granting Plaintiffs' Emergency Motion to Enforce, the Court denied without prejudice the parties' motions to seal exhibits to their motions papers. The Court "direct[ed] the parties to narrow their requests by proposing only those targeted redactions that are necessary to protect Applicant's identity, including but not limited to her name and date of birth and those of her family members and details about her experiences in her home country." Dkt. 607 at 14; *see also* 8 C.F.R. §§ 208.6, 1208.6 (2012). In the Court's October 30, 2020 Order granting Plaintiffs' Motion to Clarify, the Court denied the parties' request to seal portion of the deposition testimony of Rodney Harris, but "allow[ed] Defendants to redact the names of State Department and other non-party contacts to maintain their privacy." Dkt. 605 at 24.

In compliance with both orders, the parties jointly attach the following documents:

1. The redacted excerpts to the deposition transcript of Rodney Harris (Exhibit 4 to Plaintiffs' Motion for Clarification of the Preliminary Injunction);
2. The redacted version of Plaintiffs' ex parte motion to enforce;
3. The redacted memorandum of points and authorities in support of Plaintiffs' ex parte motion to enforce;
4. The redacted declaration of Rebecca Cassler in support of Plaintiffs' ex parte motion to enforce;
5. The redacted declaration of Nicole Ramos in support of Plaintiffs' ex parte motion to enforce;
6. The redacted declaration of Melissa Crow in support of Plaintiffs' ex parte motion to enforce;
7. The partially redacted version of Defendant's opposition to Plaintiffs' ex parte motion to enforce;

8. The partially redacted version of Exhibit 1 to Defendants' opposition to Plaintiffs' ex parte motion to enforce;

9. The partially redacted version of Exhibit 2 to Defendants' opposition to Plaintiffs' ex parte motion to enforce;

10. The redacted notice of additional exhibits in support of Plaintiffs' ex parte motion to enforce;

11. The redacted declaration of Applicant in support of Plaintiffs' ex parte motion to enforce;

12. The redacted declaration of Karen Galvan in support of Plaintiffs' ex parte motion to enforce; and

13. The redacted declaration of Shoshana Kushner in support of Plaintiffs' ex parte motion to enforce.

Dated: November 13, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/ Stephen M. Medlock*
   Stephen M. Medlock

2   MEMO OF P. & A. IN SUPP. OF MOT. TO SEAL

*Counsel for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
– District Court Section

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

3   MEMO OF P. & A. IN SUPP. OF MOT. TO SEAL

## **CERTIFICATE OF SERVICE**

I certify that on November 9, 2020, I served a copy of the foregoing document by filing it with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Stephen M. Medlock*

*Counsel for Plaintiffs*