MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**PLAINTIFFS' *EX PARTE* EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER**<br><br>***PORTIONS FILED UNDER SEAL*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

**CENTER FOR CONSTITUTIONAL RIGHTS**
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

**SOUTHERN POVERTY LAW CENTER**
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

**AMERICAN IMMIGRATION COUNCIL**
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# PLAINTIFFS' *EX PARTE* EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER

PLEASE TAKE NOTICE that, Plaintiffs, by and through undersigned counsel, hereby apply to this Court for an emergency order temporarily enjoining the removal of ███████████████ ("Applicant"). Applicant is a member of the class certified by the Court for purposes of the Preliminary Injunction entered on November 19, 2019. (ECF No. 330).

Applicant was subjected to metering prior to July 16, 2019. She put her name on the metering wait list in Tijuana, Mexico, on or around June 5, 2019. She subsequently entered the United States and was inspected at the San Ysidro port of entry on or around July 29, 2019. She received a negative credible fear determination based on application of the Asylum Transit Rule, C.F.R. § 208.13(c)(4). According to Defendants, Applicant was screened for class membership in March 2020, and was deemed not to be a class member.

Applicant's removal to Cameroon is scheduled to take place early on October 13, 2020, with a plane possibly departing from the Dallas, Texas area as early as shortly after midnight central time. Plaintiffs hereby request that the Court temporarily enjoin Applicant's removal on an emergency basis so that she receives the relief granted to class members under the Court's preliminary injunction.

Dated: October 12, 2020

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow

3    EMERGENCY EX PARTE MOTION TO ENFORCE

Sarah Rich
Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy
  Ghita Schwarz
  Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters


By: */s/ Ori Lev*
    Ori Lev

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2020 a copy of the foregoing ex parte motion was served on all counsel of record via CM/ECF.

*s/Ori Lev*
Ori Lev