MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Chad F. Wolf,[1] *et al.*,

Defendants.

Case No.: 17-cv-02366-BAS-KSC

**EXHIBIT 2**

**DECLARATION OF NICOLE RAMOS IN SUPPORT OF PLAINTIFFS' *EX PARTE* EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER**

***PORTIONS FILED UNDER SEAL***

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF NICOLE RAMOS,**
**BORDER RIGHTS PROJECT DIRECTOR, AL OTRO LADO**

I, Nicole Ramos, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.
2. I am a U.S. licensed attorney barred by the State of New York and a former Assistant Federal Public Defender. I currently serve as the Director of Al Otro Lado's Border Rights Project.
3. Al Otro Lado is a binational nonprofit organization providing legal orientation and legal services to asylum seekers at the U.S.-Mexico border. In my capacity as Border Rights Project Director, I manage our legal orientation program, which includes a human rights monitoring program, in Tijuana, Mexico.
4. Al Otro Lado has worked with thousands of asylum seekers subjected to the "metering" policy. Under the metering policy, U.S. Customs and Border Protection ("CBP") limits the number of people permitted to seek asylum at U.S. ports of entry along the U.S.-Mexico border each day.
5. Under the metering policy, migrants arriving at ports of entry at the U.S.-Mexico border to seek asylum must place their names on a waitlist. An individual's position on the waitlist dictates when he or she will be permitted to present to CBP officers at the port of entry.

6. At the San Ysidro port of entry, this list is managed by Mexican authorities. Individuals' names are noted on the list by "list managers" who are asylum seekers themselves, chosen by Grupo Beta for this position.

7. Each morning, CBP advises Mexican immigration authorities of the number of persons that the agency will accept for processing. After that, names are called from the waitlist until the daily "capacity" for CBP has been reached. This daily limit fluctuates widely, with CBP accepting as few as zero asylum seekers for processing on a given day.

8. Every day, Al Otro Lado observers conduct human rights monitoring at the U.S. port of entry in Tijuana to track the progress of the waitlist. Al Otro Lado observers monitor several data points, including the last waitlist number given out each day, and the last waitlist number called for processing by U.S. immigration authorities each day.

9. Al Otro Lado's internal records show that the last waitlist number given out by CBP as of July 15, 2019, was #3666. Internal records also show that on July 16, 2019, the last waitlist number called to enter the United States was #2702.

10. [REDACTED] indicates that they possessed a waitlist number of 3295. Based upon our internal records, this number was given out on June 5th 2019.

11. Al Otro Lado has limited capacity and opportunities to view the waitlist maintained by Mexican officials at the port of entry in Tijuana, Mexico. However, in the case of [REDACTED], we determined that they placed their name on the waitlist on June 5th 2019, and received the waitlist number of 3295.

12. Because historically Black asylum seekers have had difficulties accessing the waitlist, and the fact that putting oneself on the waitlist entails a waiting period that can last

upwards of nine months, it is not uncommon for Black asylum seekers to pay a bribe to list managers and/or Mexican immigration authorities managing the list in order to enter on a date much sooner than they would otherwise be permitted to enter had they placed their name on the waitlist. As non-Spanish speakers, the forced wait time in México is particularly difficult for them as they have few ways to earn money and are linguistically isolated, thus making them more vulnerable to abuse by law enforcement, organized crime, and labor exploitation.

13. This was an especially common practice during the spring and summer of 2019, and we received many reports from Black asylum seekers who were forced to pay bribes in order to be processed more quickly.

14. As a result of these practices, Cameroonian and other African asylum seekers organized last summer during the months of June and July in order to stage protests at the port of entry in Tijuana, in the plaza where the waitlist operates. The protests involved over one hundred African asylum seekers and were widely covered by the local press.

15. The protesters made several demands of Mexican Immigration, including that African list managers be appointed in order to ensure fairness, and that more Africans be allowed to process in advance of their list number in order to ameliorate the impact of the prior corrupt list management practices.

16. Both of these demands were met by Mexican immigration authorities. African list managers were appointed, and groups of Africans were able to enter in advance of their list number in July, August, and September. Thus while Ms. [redacted] placed her name on the waitlist on June 5, 2019, and would have otherwise not

entered the United States until several months later, she entered in late July. This entry date is consistent with conditions of the waitlist and management by list managers for that period in time, based upon Al Otro Lado's daily human rights monitoring at the port of entry in Tijuana.

17. Attached to this declaration is a photocopy of [REDACTED] name on the waitlist. Al Otro Lado is in possession of a copy of the waitlist for both the cities of Tijuana and Mexicali. Al Otro Lado was provided with a copy of the waitlist by the Instituto Nacional de Migración (National Institute of Migration) for the limited purpose of identifying potential class members impacted by the Transit Rule.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Nicole Elizabeth Ramos
Executed this 12th day of October 2020

3292

1- (H.T) Camerun
2- (H.T) Camerun

110

3- (H.T) Camerun
4- (H.T) Apatria
5- (H.T) Apatria
6- (H.T) Apatria
7- (H.T) Camerun
8- (H.T) Camerun
9- (H.T) (I.D) Camerun
10- (H.T) Apatria

3293

1- (H.T) Camerun
2- (H.T) (I.D) Camerun
3- (H.T) Camerun
4- (H.T) (I.D) Camerun
5- (H.T) (I.D) Camerun
6- (H.T) (I.D) Camerun
7- (H.T) (I.D) Camerun
8- (H.T) (I.D) Camerun
9- (H.T) (I.D) Camerun
10- (H.T) (I.D) Camerun

3294

1- (H.T) (I.D) Camerun
2- (H.T) (pasapor) Camerun
3- (H.T) (I.D) Camerun
4- (H.T) (I.D) Camerun
5- (H.T) (I.D) Camerun
6- (H.T) (I.D) Camerun
7- (H.T) (I.D) Camerun
8- (H.T) (pasapor) Camerun
9- (H.T) Camerun
10- (H.T) (I.D) Camerun

3295

1- (H.T) Camerun
2- (H.T) (I.D) Camerun
3- (H.T) (I.D) Camerun

4- (H.T) (I.D) Camerun
5- (H.T) (I.D) Camerun
6- (H.T) Apatria
7- (H.T) Apatria
8- (H.T) Camerun
9- (H.T) (I.D) Camerun
10- (H.T) (pasapor) Camerun

3296

1- (H.T) (I.D)