MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>    Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 3**<br><br>**DECLARATION OF MELISSA CROW IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER**<br><br>***PORTIONS FILED UNDER SEAL*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF MELISSA CROW

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

## DECLARATION OF MELISSA CROW

I, Melissa Crow, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the Southern Poverty Law Center and counsel for the Plaintiffs in this case.

2. At 1:30 pm on October 12, 2020, I sent an urgent email message to Alexander Halaska and Katherine Shinners, both of whom represent the government in this case, concerning ███████████████ (the "Applicant"), a Cameroonian national who claims to have been ███████████████████████████████████████████████████████.

3. My email informed Mr. Halaska and Ms. Shinners that counsel for plaintiffs in this case had learned that the Applicant, who is currently detained at the Prairieland detention facility in Alvarado, Texas, is scheduled for imminent deportation to Cameroon. I also noted that the Applicant fears that she will be killed if forced to return to Cameroon.

4. My email indicated that the Applicant was metered at the San Ysidro port of entry on June 4, 2019, and inspected and processed on July 29, 2019. I attached a declaration from Nicole Ramos, the director of Al Otro Lado's Border Rights Project, indicating that the Applicant was #3295 on the San Ysidro waitlist and attaching a photo of the page of the waitlist that includes the Applicant's name.

5. My email stated further that the Applicant was deemed to be ineligible for asylum based on 8 CFR § 208.13(c)(4) and thus received a negative credible fear determination on October 23, 2019, which was affirmed by the immigration judge on November 14, 2019.

6. Based on Plaintiffs' counsel's understanding that the Applicant has not received an Al Otro Lado screening, as required by Defendants' guidance regarding the implementation of the November 19, 2019 preliminary injunction, I requested that DHS take immediate action to stay the Applicant's impending deportation until

1  they provide evidence that she has received the required screening and a subsequent
2  credible fear determination on the merits of her case.
3       7.    At 4:55 pm on October 12, 2020, Mr. Halaska responded that "Ms.
4  ▇▇▇ received a screening interview from USCIS on March 25, 2020."
5       8.    At 5:10 pm on October 12, 2020, I sent Mr. Halaska a follow up email
6  asking if USCIS had determined that the Applicant is an Al Otro Lado class member
7  and, if so, whether she received a subsequent credible fear determination based on
8  the merits of her case. I requested a response as soon as possible, along with any
9  available documentation.
10      9.    At 6:19 pm on October 12, 2020, Mr. Halaska responded that "Ms.
11 ▇▇▇ did not establish during her screening interview that she was subject to
12 metering."

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 12th day of October 2020 at North Potomac, Maryland.

*/s/ Melissa Crow*

Melissa Crow

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MELISSA CROW