MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **Exhibit 1** <br><br> **DECLARATION OF THE APPLICANT IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER** <br><br> ***PORTIONS FILED UNDER SEAL*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF THE APPLICANT

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF** ███████████████████████████

I, ███████████████████████████, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am a citizen and national of Cameroon.

3. I am 32 years old.

4. I fled my home country around March 1, 2019, because ███ ███████████████████████████████████████████. Government officials previously ███████████████████████████████████████ ███████████████████████████████████████. I am afraid to return to my home country because I know that government officers continued to search for me after I fled. Around February of 2020, ███████████████ ███████████████████████. I am afraid that if I return to Cameroon, I will be arrested again and possibly killed.

5. After fleeing Cameroon, I traveled through a number of countries on my journey to the United States. When I got to Mexico, I spent approximately a month in Tapachula, near the southern border with Guatemala, before traveling to Tijuana. I arrived in Tijuana on or around the evening of June 4, 2019. I planned to present myself at the port of entry in order to seek asylum in the United States, but when I arrived in Tijuana I was told by other migrants that if I wanted to apply for asylum in the United States, I had to first put my name on the waitlist kept by Mexican immigration officials and wait my turn.

6. The next day, June 5, 2019, I went to put my name on the waitlist. First, I took a taxi to a Mexican immigration office in Tijuana. There, the Mexican immigration officers told me that I was at the wrong place to put my name on the

1

waitlist and that I needed to go to downtown Tijuana to put my name on the waitlist. I did not know what the officials meant by "downtown," so I went to speak with other migrants who had told me about the list in the first place, and one of them accompanied me to the plaza near the San Ysidro port of entry. At the plaza, the migrant who was accompanying me directed me to a small structure in the plaza where I was told that Mexican immigration supervised the waitlist. I showed my passport to the people managing the list, who were Spanish speakers who appeared to be civilians because they were not wearing uniforms. One of those list managers wrote my name on the list. I remember that my number was 3295. They gave me a tiny piece of paper with my number on it, which I later lost.

7. I never tried to enter the United States on my own, either at the port or away from the port. I wanted to follow the proper process, so I put my name on the waitlist and waited until Mexican officials told me it was my turn. If I had not been required to wait on the waitlist, I would have just presented myself at the U.S port of entry, without waiting, on June 4 or 5, 2019.

8. My first night in Tijuana I slept in a hotel, and after that I slept in a church. I made money to survive by working as a cleaner at a hotel and later at a place where I sorted and packed tomatoes. While I was in Tijuana, I observed that some asylum seekers helped out with managing the waitlist process at the plaza, and Mexican officials then let those people enter the United States at the port of entry earlier than the date when their number was called. Because I was desperate to reach the United States to apply for asylum, I decided to do the same thing.

9. I became a volunteer helper to the Mexican officials supervising the waitlist process at the plaza near the San Ysidro port of entry. Usually around 5:30 or 6:00 a.m. each day, I would arrive at the plaza, where I would help manage the lines of people—some waiting to put their names on the waitlist, others waiting to enter the port of entry. My volunteering at the plaza usually ended each day around

9:00 or 9:15 a.m., though sometimes it would not end until 10:30 or 11:00 a.m.

10. One morning on or around July 29, 2019, I went to the plaza as usual, and Mexican immigration officials told the group of helpers that we would get to cross into the United States that day. I was surprised to get to cross so early, given the length of the wait for most people at that time.

11. Since I crossed into the United States, I have been detained the whole time. I spent about twelve days in a "cold house," which is a really cold place where they keep people who come into the United States. Other than that, I spent most of my time detained at the Otay Mesa Detention Center in California.

12. I remember having a phone interview with a U.S. immigration officer sometime in March 2020, well after I was ordered to be removed from the United States. The interview was conducted using a French interpreter. I did not understand the purpose of the interview.

13. During that interview, I do not recall ever being asked about putting my name on the waitlist in Tijuana. If I was asked about this experience, I would most certainly have explained how, when, and why I put my name on the waitlist. I am very familiar with the waitlist in Tijuana, given my experience volunteering with Mexican immigration to help manage the waitlist process.

14. I do not recall U.S. immigration officials ever asking me if I had a number from the waitlist in Tijuana or to produce proof that I was on the waitlist in Tijuana.

15. About a week ago, U.S. immigration transferred me to Prairieland Detention Center in Texas so I could be deported. I have been in Texas since that time.

I declare under penalty of perjury that the things described above are true

3

and correct.

    Executed on October 17, 2020 at Alvarado, Texas.

X

## CERTIFICATION

I, Sarah M. Rich declare that I am proficient in the English and French languages.

On October 16, 2020, I read the foregoing declaration, other than one sentence in paragraph four and one sentence in paragraph five, and orally translated it faithfully and accurately into French on the phone with the declarant. After I completed translating the declaration other than one sentence in paragraph four and one sentence in paragraph five, the declarant verified that the contents of the foregoing declaration, other than the two sentences noted, are true and accurate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2020 at Santa Clara, California.

_[signature]_                                                October 17, 2020

Sarah M. Rich

## CERTIFICATION

I, Rebecca M. Cassler, spoke with the declarant with the assistance of a telephonic interpreter from Telelanguage on October 17, 2020. The telephonic interpreter was proficient in the English and French languages. The majority of the contents of the declaration had already been verified, and I read the one new sentence in paragraph four and one new sentence in paragraph five that had not yet been verified. Through the telephonic interpreter, the declarant verified the contents of those two sentences are true and accurate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2020 at Fort Worth, Texas.

*Rebecca M. Cassler* [signature]                    October 17, 2020

Rebecca M. Cassler