MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**Exhibit 2**<br><br>**DECLARATION OF KAREN GALVAN IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND TEMPORARILY ENJOIN REMOVAL OF PRELIMINARY INJUNCTION CLASS MEMBER**<br><br>***PORTIONS FILED UNDER SEAL*** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF KAREN GALVAN

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF KAREN GALVAN**

I, Karen Galvan, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.

2. I currently serve as the Advocacy Coordinator for Al Otro Lado. Part of my responsibilities include managing asylum eligibility verification requests, which involves searching for asylum seekers' names on pictures of the Tijuana and Mexicali asylum seeker waitlists, and providing asylum seekers with a declaration confirming their name and waitlist number, and a copy of the image of their name on the applicable waitlist for the purpose of submitting it to the immigration court.

3. On April 14, 2020, I went to the office of the National Institute of Migration ("INM") at Chaparral Port of Entry (San Ysidro West POE) in Tijuana, México. The purpose of my visit was to take photos of the metering waitlist for asylum seekers waiting in Tijuana to be processed by the U.S. Government at the San Ysidro POE. The Tijuana waitlist is maintained by INM and is used by INM and the U.S. Government to determine which asylum seekers will be processed on a given day. This visit was arranged by the Deputy Director of Al Otro Lado (México), Attorney Soraya Vasquez.

4. Inside the INM office, I coordinated with an INM representative to take photographs of the waitlist. Because of the length of the waitlist, it is contained in multiple notebooks. The pages of the notebook contain a list of the names of the individuals who were added to the waitlist, their waitlist numbers, and their countries of origin. The names are grouped by date. Each waitlist number in Tijuana is assigned to ten people. The waitlist is handwritten.

5. I took photos of each page of the Tijuana waitlist covering the time

period from March 24, 2019, through July 17, 2019. I have reviewed the document attached to the Declaration of Nicole Ramos in Support of Plaintiffs' Ex Parte Emergency Motion to Enforce Preliminary Injunction and Temporarily Enjoin Removal of Preliminary Injunction Class Member, filed on October 12, 2020, and confirm that this document is a true and correct copy of the photos I took of the pages of the Tijuana waitlist that include numbers 3292 through 3295.

6. The pages I photographed also indicate the following:
   (a) As of July 15, 2019, the day before the Asylum Ban was implemented, the last waitlist number given out in Tijuana was 3667, and the last waitlist number called for inspection and processing was 2702.
   (b) As of November 19, 2019, the last waitlist number called for inspection and processing was 3487.

7. Based on the above information, approximately 1800 previously-metered people in Tijuana were still waiting to be inspected and processed as of November 19, 2019.

8. On May 19, 2020, I traveled to Mexicali, México with Attorney Nicole Ramos, the Director of Al Otro Lado's Border Rights Project. The purpose of our trip to Mexicali was to take photos of the metering waitlist for asylum seekers waiting in Mexicali to be processed at the Calexico Port of Entry. The Mexicali waitlist is maintained by INM and is used by INM and the U.S. Government to determine which asylum seekers will be processed on a given day. The waitlist is maintained in a single notebook, and contains the name, date, and list number for each individual who has added their name to the Mexicali waitlist. The waitlist is handwritten. Each waitlist number is given to one person.

9. During this visit I took photographs of each page of the Mexicali waitlist covering the time period from the months of April through July 2019.

10. I photographed the pages of the Tijuana and Mexicali waitlists to

preserve a record of the dates that asylum seekers placed their names on these waitlists and the corresponding waitlist numbers assigned to them. This record is meant to assist asylum seekers in providing evidence that they tried to seek asylum in the United States before the date the rule regarding transit through third countries went into effect, in light of the preliminary injunction I understand is in place.

I declare under penalty of perjury under the laws of the United States of America that the preceding declaration is true and correct.

Executed on this 18th day of October 2020 at Tijuana, Mexico.

_____

Karen Galvan