# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 17-cv-02366-BAS-KSC |
| Plaintiffs, | **ORDER VACATING FINAL PRETRIAL CONFERENCE** |
| v. | |
| CHAD F. WOLF, *et. al.*, | |
| Defendants. | |

In light of the parties' pending cross-Motions for Summary Judgment (ECF Nos. 535, 563), the Court hereby **VACATES** the final pretrial conference set for December 14, 2020 at 11:00 am. The Court will reset the hearing, if necessary, immediately after the order on the summary judgment motions is issued.

**IT IS SO ORDERED.**

**DATED: November 17, 2020**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366