JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| Plaintiffs, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' APPLICATION TO REPLACE EXHIBIT 64 TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| Defendants | |

|   |   |
|---|---|
| 1 | Defendants respectfully submit this Application to ask the Court to withdraw from the docket of this case the document numbered 563-66, the redacted version of Exhibit 64 to Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. Defendants hereby submit a replacement version of this document, filed as an exhibit to this Application. |

Defendants respectfully submit this Application to ask the Court to withdraw from the docket of this case the document numbered 563-66, the redacted version of Exhibit 64 to Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. Defendants hereby submit a replacement version of this document, filed as an exhibit to this Application.

Defendants' counsel erred in filing a public version that did not contain sufficient redactions to protect the private information concerning the identity of a CBP employee who has been disciplined. (The unredacted version of this same document has been lodged under seal and is the subject of a pending motion to seal (ECF No. 561)). The replacement version is identical to the document originally filed at No. 563-66, but with an additional redaction of the employee's name on page 2 of the document.

Defendants sought the position of counsel for Plaintiffs, who indicated via email on November 18, 2020, that they do not oppose Defendants' request.

Based on the foregoing, Defendants respectfully request that the Court withdraw current ECF document 563-66 and replace it with the replacement version submitted with this Application.

Dated: November 18, 2020　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JEFFREY BOSSERT CLARK
　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　WILLIAM C. PEACHEY
　　　　　　　　　　　　　　　　Director

　　　　　　　　　　　　　　　　*/s/ Katherine J. Shinners*
　　　　　　　　　　　　　　　　KATHERINE J. SHINNERS
　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　Civil Division

Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.shinners@usdoj.gov

ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

2

DEFENDANTS' APPLICATION TO RE-PLACE EXHIBIT
Case No. 3:17-cv-02366-BAS-KSC

1

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: November 18, 2020            Respectfully submitted,

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*