UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>   Plaintiffs,<br>v.<br>CHAD F. WOLF, *et al.*,<br><br>   Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION TO REPLACE EXHIBIT 64 TO SUMMARY JUDGMENT BRIEFING**<br><br>**(ECF No. 628)** |

Before the Court is the Defendants' Application seeking to withdraw Exhibit 64 to Defendants' Cross-Motion for Summary Judgment and Opposition (ECF No. 563-66) from the docket. (ECF No. 628.) Defendants state this exhibit does not contain sufficient redactions to protect the identity of a CBP employee who was disciplined. (*Id.*) Plaintiffs do not oppose Defendants' request. (*Id.*) For good cause shown, the Court **ORDERS** that Exhibit 64 (ECF No. 563-66) be removed from the docket and replaced with the redacted version attached to Defendants' Application. (ECF No. 628-1.)

**IT IS SO ORDERED.**

**DATED:** November 19, 2020

Hon. Cynthia Bashant
United States District Judge