JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Karen S. Crawford |
| v. | |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **JOINT MOTION TO SUSPEND PRETRIAL DEADLINES SET FORTH IN THE SCHEDULING ORDER (ECF No. 420) AND FED. R. CIV. P. 26(a)(3)(B)** |
| *Defendants* | |

### JOINT MOTION TO SUSPEND PRETRIAL DEADLINES

In light of the District Court's Order vacating the Final Pretrial Conference, the parties have met and conferred via email and jointly request that the Court suspend the other pretrial deadlines set forth in the operative Scheduling Order, as well as the deadline for the parties to serve and file their objections under Federal Rule of Civil Procedure 26(a)(3)(B), pending a ruling on the parties' cross-motions for summary judgment and the rescheduling of the final pretrial conference.

On November 17, 2020, the District Court vacated the final pretrial conference set for December 14, 2020, "[i]n light of the parties' pending cross-Motions for Summary Judgment." Order (ECF No. 627). The District Court stated that it "will reset the hearing, if necessary, immediately after the order on the summary judgment motions is issued." *Id.* Under the operative Scheduling Order, Plaintiffs are to serve the draft of their pretrial order on Defendants on November 23, 2020, and the parties are to lodge the pretrial order with the District Judge Bashant's chambers on November 30, 2020. *See* Scheduling Order (ECF No. 420) ¶¶ 5. Further, because the parties served their pretrial disclosures under Federal Rule of Civil Procedure 26(a)(3) on November 9, 2020, the parties' Rule 26(a)(3)(B) objections are currently due on November 23, 2020. *See* Scheduling Order (ECF No. 420) ¶ 5 (setting forth November 9 deadline for Rule 26(a)(3) disclosures); Fed. R. Civ. P. 26(a)(3)(B) (objections to be served and filed within 14 days of disclosures).

"It is an appropriate exercise of this Court's discretion to grant a stay or continuance when it serves the interests of judicial economy and efficiency." *Certified Nutraceuticals, Inc. v. Clorox Co.*, 2020 WL 6081718, at *1 (S.D. Cal. Oct. 15, 2020) (internal quotations omitted) (granting joint motion to continue pretrial deadlines in light of pending motions for summary judgment; vacating pretrial deadlines). The parties submit that suspension of these remaining pretrial deadlines will serve judicial economy and efficiency because the District Court has vacated the final pretrial conference and because its forthcoming ruling on the pending cross-motions for

summary judgment may obviate the need for these remaining pretrial filings, or may alter or guide the parties' presentation of evidence at trial.

If the Court declines to suspend these deadlines, the parties in the alternative seek a continuance until January 8, 2021 to lodge the Pretrial Order and to serve and file Rule 26(a)(3)(B) objections. This extension would allow the parties the opportunity to thoroughly and thoughtfully review, and, as necessary, reach stipulations regarding the facts or object to the significant volume of proposed documentary and deposition evidence. This extension would not prejudice either party.

For the foregoing reasons, the parties respectfully request that the Court suspend the following deadlines pending a ruling on the parties' cross-motions for summary judgment and the rescheduling of the final pretrial conference: the Scheduling Order deadline for Plaintiffs to serve the first draft of the Pretrial Order on Defendants; the Scheduling Order deadline for the parties to lodge the Pretrial Order with the District Court; and the deadline for the parties to serve and file their objections under Federal Rule of Civil Procedure 26(a)(3)(B). In the alternative, the parties request that the Court extend the deadline to submit the Pretrial Order and to serve and file Rule 26(a)(3)(B) objections until January 8, 2021.

Dated: November 20, 2020          Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation

JOINT MOTION
FOR EXTENSION
Case No. 3:17-cv-02366-BAS-KSC

District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER    FOR    CONSTITUTIONAL
RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION
COUNCIL
    Karolina Walters

By: */s/ Stephen M. Medlock*
    Stephen M. Medlock

*Attorneys for Plaintiffs*

JOINT MOTION
FOR EXTENSION
Case No. 3:17-cv-02366-BAS-KSC

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.


DATED: November 20, 2020          Respectfully submitted,

                                  *s/ Katherine J. Shinners*
                                  KATHERINE J. SHINNERS
                                  Senior Litigation Counsel
                                  U.S. Department of Justice
                                  Civil Division
                                  Office of Immigration Litigation
                                  District Court Section

                                  *Counsel for Defendants*

JOINT MOTION
FOR EXTENSION
Case No. 3:17-cv-02366-BAS-KSC