JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Karen S. Crawford <br><br> **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF JOINT MOTION TO SUSPEND PRETRIAL DEADLINES SET FORTH IN THE SCHEDULING ORDER (ECF No. 420) AND FED. R. CIV. P. 26(a)(3)(B)** |

## DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation and represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I make this declaration in support of the parties' joint motion to suspend pretrial deadlines set forth in the Scheduling Order (ECF No. 420) and Federal Rule of Civil Procedure 26(a)(3)(B).

3. On November 12, 2020, the counsel for Defendants and for Plaintifs conferred via telephone regarding the contents of the pretrial order and other pretrial matters, and agreed to seek an extension for the parties to file and serve their objections under Federal Rule of Civil Procedure 26(a)(3)(B).

4. On November 17, 2020, the District Court vacated the final pretrial conference set for December 14, 2020, "[i]n light of the parties' pending cross-Motions for Summary Judgment." Order (ECF No. 627). The District Court stated that it "will reset the hearing, if necessary, immediately after the order on the summary judgment motions is issued." *Id.*

5. Counsel for Defendants and for Plaintiffs subsequently conferred via email on November 17, 2020, and agreed to seek a suspension of the remaining pretrial deadlines, including the deadlines set forth in the scheduling order as well as the deadlines for serving and filing objections under Federal Rule of Civil Procedure 26(a)(3)(B).

6. If the Court does not suspend the deadlines, an extension of the deadlines to January 8, 2021, would promote efficiency and allow the parties the opportunity to thoroughly and thoughtfully review, and, as necessary, reach stipulations regarding the facts or object to the significant volume of proposed documentary and

deposition evidence.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on November 20, 2020, in Washington, D.C.

Dated: November 20, 2020         Respectfully submitted,

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel

*Counsel for Defendants*