# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *et. al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO VACATE PRETRIAL DEADLINES**<br><br>**(ECF No. 630)** |

Pursuant to its previous Order vacating the Pretrial Conference (ECF No. 627) and the parties' related Joint Motion (ECF No. 630), the Court **VACATES** all remaining pretrial deadlines in this case. These deadlines will be reset at the pretrial conference, which will be scheduled, if necessary, after the Court resolves the pending summary judgment motions.

**IT IS SO ORDERED.**

**DATED: November 23, 2020**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366