JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF DEFENDANTS' RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CHAD F. WOLF, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants*. | |

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, pending in the U.S. District Court for the Southern District of California.

2. Attached hereto as Exhibit A is a true and correct copy of the September 4, 2020 Declaration of Vernon Foret.

3. Attached hereto as Exhibit B is a true and correct copy of the November 30, 2020 Declaration of Joseph Draganac.

4. Attached hereto as Exhibit C is a true and correct copy of the May 19, 2020 Declaration of Aaron Heitke.

5. Attached hereto as Exhibit D is a true and correct copy of the April 28, 2020 Declaration of Eric Moncayo.

6. Attached hereto as Exhibit E is a true and correct copy of the February 11, 2020, Declaration of John Buckley.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on November 30, 2020, in Washington, D.C.

                                        *s/ Katherine J. Shinners*
                                        KATHERINE J. SHINNERS