JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary of Homeland Security; Mark A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; and William A. FERRARA, Executive Assistant Commissioner of U.S. Customs and Border Protection's Office of Field Operations, | Case No. 3:17-cv-02366-BAS-KSC <br><br> **NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

| | |
|---|---|
| 1 | in their official capacities,* |
| 2 | *Defendants-Appellants*, |
| 3 | |
| 4 | and |
| 5 | the EXECUTIVE OFFICE FOR IMMI- |
| 6 | GRATION REVIEW, |
| 7 | *Appellants*. |

---

* Acting Commissioner Morgan and Executive Assistant Commissioner Ferrara are automatically substituted as Defendants for their predecessors in office pursuant to Federal Rule of Civil Procedure 25(d).

# NOTICE OF APPEAL

Defendants-Appellants Chad F. Wolf, Acting Secretary of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection (CBP); and William A. Ferrara, Executive Assistant Commissioner of CBP's Office of Field Operations, in their official capacities, and Appellant the Executive Office for Immigration Review (EOIR)[1] hereby appeal from this Court's October 30, 2020 Order Granting Plaintiffs' Motion for Clarification of the Preliminary Injunction (ECF No. 605) to the U.S Court of Appeals for the Ninth Circuit.

//

---

[1] EOIR is not a party to this litigation. It nevertheless appeals from the Order Granting Plaintiffs' Motion for Clarification of the Preliminary Injunction (ECF No. 605) because that Order states that "EOIR is bound by the terms of the" Order Granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 330). *See EEOC v. Pan Am. World Airways, Inc.*, 897 F.2d 1499, 1504 (9th Cir. 1990) (non-parties may "appeal where they actually participated in proceedings before the district court and the equities weigh in favor of hearing the appeal").

| | |
|---|---|
| DATED: December 2, 2020 | Respectfully submitted, |
| | JEFFREY BOSSERT CLARK<br>Acting Deputy Assistant Attorney General,<br>Civil Division |
| | AUGUST E. FLENTJE<br>Special Counsel |
| | WILLIAM C. PEACHEY<br>Director |
| | KATHERINE J. SHINNERS<br>Senior Litigation Counsel |
| | */s/ Alexander J. Halaska*<br>ALEXANDER J. HALASKA<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-8704 \| Fax: (202) 305-7000<br>alexander.j.halaska@usdoj.gov |
| | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 2, 2020            Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice