MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **JOINT STATUS CONFERENCE STATEMENT** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Pursuant to the Court's September 11, 2020 Minute Order (Dkt. 545), the parties provide the following Joint Status Conference Statement.

## JOINT STATUS REPORT

### A.  Pending Motions and Appellate Proceedings

On November 19, 2019, Judge Bashant granted Plaintiffs' motion for a preliminary injunction. On March 5, 2020, the Ninth Circuit denied Defendants' motion to stay the preliminary injunction ruling. *See Al Otro Lado v. Wolf*, 952 F.3d 999 (9th Cir. 2020); Dkt. 330. A Ninth Circuit merits panel heard oral argument regarding the appeal on July 10, 2020 and took the matter under submission. On October 30, 2020, Judge Bashant entered an order granting Plaintiffs' "Motion for Clarification of the Preliminary Injunction." On December 2, 2020, Defendants and the Executive Office for Immigration Review (EOIR) filed a Notice of Appeal from that Order.

On September 4, 2020, Plaintiffs filed motions for summary judgment and to exclude Defendants' proffered expert testimony. On the same day, Defendants filed a motion to exclude Plaintiffs' proffered expert testimony. On September 25, 2020, Defendants filed a cross-motion for summary judgment. Both parties also moved to seal portions of their motion papers. The parties submitted a Joint Statement of Undisputed Facts concerning their summary judgment motions on November 6, 2020. The parties' motions for summary judgment, motions to exclude expert testimony, and accompanying motions to seal are pending before Judge Bashant.

On September 11, 2020, the parties submitted a joint motion for determination of discovery dispute concerning Plaintiffs' request for spoliation sanctions. That motion is currently pending.

### B.  Pretrial Proceedings

The parties exchanged Rule 26(a)(3) disclosures and filed memoranda of contentions of fact and law on November 9, 2020. The parties held their Local

Rule 16.1(f)(4)(a) conference on November 12, 2020. On November 17, 2020, Judge Bashant issued a *sua sponte* order vacating the December 14, 2020 pretrial conference "[i]n light of the parties' pending cross-Motions for Summary Judgment." *See* Dkt. 627. The pretrial conference will be rescheduled "if necessary, immediately after the order on the summary judgment motions is issued." *Id.* On November 24, 2020, Judge Bashant issued an order staying all other pretrial deadlines, noting that those deadlines "will be scheduled, if necessary, after the Court resolves the pending summary judgment motions." Dkt. 632. Depending on the outcome of the pending summary judgment motions, the parties may seek to amend their pretrial disclosures and memoranda of contentions of fact and law.

### C. Anticipated or Potential Disputes

**Plaintiffs' Position**

The parties are currently meeting and conferring regarding Defendants' efforts to comply with Judge Bashant's October 30, 2020 order clarifying the scope of her November 19, 2019 preliminary injunction. *See* Dkt. 605. While the parties are still meeting and conferring, it appears that the parties are at an impasse on numerous aspects of implementation *Id.* at 25. Accordingly, Plaintiffs may file a motion to enforce the preliminary injunction and clarification order later this month.

**Defendants' Position** Defendants may file a motion for clarification of the meaning of certain aspects of Judge Bashant's October 30, 2020 Order in light of the parties' apparent disagreement on these issues.

Defendants also intend to file a motion to stay the October 30, 2020 Order (ECF No. 605) pending adjudication of the government's appeal from that Order and to seek expedited briefing and ruling on that motion.

//
//

### D. Settlement Efforts

**Plaintiffs' Position**

In September 2020, Defendants declined to engage in settlement discussions on Plaintiffs' proposed terms. Plaintiffs have not received any settlement communications from Defendants since then.

**Defendants' Position**

Defendants cannot commit at this time to engage in settlement discussions on Plaintiffs' proposed terms, but continue to assess whether to engage in such discussions.

Dated: December 2, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters


By: */s/ Stephen M. Medlock*
   Stephen M. Medlock

*Attorneys for Plaintiffs*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
Trial Attorney

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2020 a copy of the foregoing joint status conference statement was served on all counsel of record via CM/ECF.

*s/Stephen M. Medlock*
Stephen M. Medlock