|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | DEC 2 2020 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., | No. 19-56417 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-02366-BAS-KSC<br>Southern District of California, San Diego |
| v. | |
| CHAD F. WOLF, Acting Secretary, US Department of Homeland Security; et al., | ORDER |
| Defendants-Appellants. | |

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

Submission is vacated and appellate proceedings are held in abeyance pending issuance of the mandates in *East Bay Sanctuary Covenant v. Trump*, 950 F.3d 1242 (9th Cir. 2020) ("*East Bay*"), in which a petition for rehearing en banc is pending, and *Capital Area Immigrants' Rights Coalition v. Trump*, No. 20-5273 (D.C. Cir. filed Oct. 1, 2020) ("*CAIR*").

Within 30 days of the issuance the latter of the mandates in *East Bay* and *CAIR*, the parties shall each file a supplemental brief of up to 10 pages discussing the implications of the dispositions in those cases, if any, on this case. The parties are, of course, encouraged to notify the court pursuant to Federal Rule of Appellate Procedure 28(j) of any other developments affecting this case in the meantime.