JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
EREZ REUVENI (CA 264124)
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary of Homeland Security; Mark A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; and William A. FERRARA, Executive Assistant Commissioner of U.S. Customs | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DEFENDANTS' EXPEDITED MOTION AND NOTICE OF MOTION TO STAY ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION PENDING APPEAL** <br><br> Hearing Date: January 4, 2020 |

|   |   |
|---|---|
| and Border Protection's Office of Field Operations, in their official capacities,[*] | NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |
| *Defendants.* | |

---

[*] Acting Commissioner Morgan and Executive Assistant Commissioner Ferrara are automatically substituted as Defendants for their predecessors in office pursuant to Federal Rule of Civil Procedure 25(d).

## DEFENDANTS' EXPEDITED MOTION AND NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendants hereby move on an expedited basis for a stay of this Court's Order Granting Plaintiff's Motion for Clarification of the Preliminary Injunction (ECF No. 605) pending Defendants' appeal of that Order to the U.S. Court of Appeals for the Ninth Circuit. As set forth in the government's *Ex Parte* Application for Expedited Briefing and Decision regarding this Expedited Motion, Defendants respectfully request that this Court order any response to this Expedited Motion to be filed on or before December 9, 2020, and that this Court issue a decision on this Expedited Motion on or before December 11, 2020. Defendants also respectfully request that this Court enter an administrative stay of Clarification Order pending briefing and adjudication of this Expedited Motion.

Defendants understand that this Expedited Motion seeking a stay of an order purporting to clarify an order granting preliminary injunctive relief does not require a conference of counsel. *See* Hon. Cynthia Bashant, Standing Order for Civil Cases § 4.A (exempting "applications for temporary restraining orders or preliminary injunctions" from the meet-and-confer requirement). Defendants' counsel nevertheless met and conferred with Plaintiffs' counsel on December 2, 2020 regarding the relief requested in this Expedited Motion. *See* Decl. of Alexander J. Halaska ¶ 4 (filed concurrently). Plaintiffs oppose the relief requested in this Expedited Motion and take no position regarding the relief requested in the *Ex Parte* Application for Expedited Briefing and Decision. *Id.* To the extent a conference is required, Defendants respectfully request that this Court waive the requirement that the conference occur seven days prior to the filing of this Expedited Motion.

//

| | | |
|---|---|---|
| 1 | DATED: December 2, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | JEFFREY BOSSERT CLARK<br>Acting Deputy Assistant Attorney General,<br>Civil Division |
| 4 | | |
| 5 | | AUGUST E. FLENTJE<br>Special Counsel |
| 6 | | |
| 7 | | WILLIAM C. PEACHEY<br>Director |
| 8 | | |
| 9 | | EREZ REUVENI<br>Assistant Director |
| 10 | | |
| 11 | | KATHERINE J. SHINNERS<br>Senior Litigation Counsel |
| 12 | | |
| 13 | | */s/ Alexander J. Halaska* |
| 14 | | ALEXANDER J. HALASKA<br>Trial Attorney |
| 15 | | United States Department of Justice<br>Civil Division |
| 16 | | Office of Immigration Litigation |
| 17 | | District Court Section<br>P.O. Box 868, Ben Franklin Station |
| 18 | | Washington, D.C. 20044 |
| 19 | | Tel: (202) 307-8704 | Fax: (202) 305-7000<br>alexander.j.halaska@usdoj.gov |
| 20 | | |
| 21 | | *Counsel for Defendants* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document and its attachments on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 2, 2020              Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice