JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA** |
| CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

# **DECLARATION OF ALEXANDER J. HALASKA**

I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I make this declaration in support of Defendants' Expedited Motion to Stay the Order Granting Plaintiffs' Motion for Clarification of the Preliminary Injunction Pending Appeal and Defendants' *Ex Parte* Application for an Expedited Schedule.

2. On November 13, November 19, and November 24, 2020, the parties met and conferred through counsel regarding the government's efforts to implement this Court's Order Granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 330) and this Court's Order Granting Plaintiffs' Motion for Clarification of the Preliminary Injunction (ECF No. 605). During the November 13 discussion, government counsel asked whether Plaintiffs agreed that the government is not required to examine for potential reopening or reconsideration cases that were adjudicated by the Executive Office for Immigration Review (EOIR) after June 30, 2020, the date that the transit rule was vacated in *Capital Area Immigrants' Rights Coalition v. Trump* (*CAIR*), — F. Supp. 3d —, 2020 WL 3542481 (D.D.C. June 30, 2020). Plaintiffs' counsel stated that they did not agree, because Plaintiffs do not believe that issuing a decision after June 30, 2020, is by itself dispositive of whether the transit rule was or was not applied.

3. Also during the November 13 discussion, Plaintiffs' counsel stated that they do not believe that the government can rely on U.S. Citizenship and Immigration Services' (USCIS) prior screening efforts to determine whether an individual is a member of the provisional subclass.

4. On December 2, 2020, the parties met and conferred through counsel

regarding the relief requested in Defendants' Expedited Motion. Plaintiffs' counsel stated that Plaintiffs oppose the relief requested in the Expedited Motion and take no position on the government's *Ex Parte* Application for an Expedited Schedule.

**Exhibits**

5. Attached hereto as **Government Exhibit 1** is the declaration of Ashley B. Caudill-Mirillo (Aug. 3, 2020).

6. Attached hereto as **Government Exhibit 2** is the declaration of Jill W. Anderson (Aug. 3, 2020).

7. Attached hereto as **Government Exhibit 3** is the declaration of Jay Visconti (Nov. 25, 2020).

8. Attached hereto as **Government Exhibit 4** is the declaration of Jay Visconti (Aug. 3, 2020).

9. Attached hereto as **Government Exhibit 5** is the declaration of Jill W. Anderson (Nov. 24, 2020).

10. Attached hereto as **Government Exhibit 6** is the declaration of Jose C. Pitti (Nov. 27, 2020).

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on December 2, 2020, in Washington, D.C.

                                                  */s/ Alexander J. Halaska*
                                                  ALEXANDER J. HALASKA
                                                  U.S. Department of Justice