JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **GOVERNMENT EXHIBIT 5** |
| CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

**DECLARATION OF JILL W. ANDERSON,**
**GENERAL COUNSEL, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**

I, JILL W. ANDERSON, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1. I serve as the General Counsel for the Executive Office for Immigration Review ("EOIR"). In this capacity, I manage the Office of General Counsel ("OGC") and provide legal counsel to the Agency on matters pertaining to the Immigration and Nationality Act and other laws and procedures as they relate to EOIR, among other duties. I have served in this position since December 2019.

2. Prior to December 2019, I served as Acting General Counsel beginning in June 2019. From September 2017 to June 2019, I served as Deputy General Counsel. My prior positions in EOIR were Supervisory Attorney for the Board of Immigration Appeals ("BIA") from May 2011 to September 2017, and Attorney Advisor for the BIA from December 2006 to May 2011.

3. I make this Declaration based on my own personal knowledge, on information contained in the records of EOIR, or on information provided to me by EOIR employees.

4. EOIR presently has a backlog of over one million-cases pending completion. *See* https://www.justice.gov/eoir/page/file/1242166/download.

5. Between July 16, 2019, when the interim final rule entitled "Asylum Eligibility and Procedural Modifications," 84 Fed. Reg. 33,829 (July 16, 2019) (the "rule"), went into effect, and November 18, 2019, the day before this Court enjoined application of the rule to provisional class members, immigration judges (IJs) issued decisions in 133,541 removal proceedings and 8,387 credible fear reviews, for a total of 141,928 cases. The BIA issued decisions in 5,369 removal cases on appeal during that same period.

6. Between November 19, 2019, and December 19, 2019, the day before the Ninth Circuit Court of Appeals stayed the preliminary injunction, IJs issued decisions in 40,971 removal cases and 2,496 credible fear reviews, for a total of 43,467 cases. The BIA issued decisions in 5,369 removal cases on appeal.

7. From December 20, 2020, through March 4, 2020, the day before the Ninth Circuit lifted the stay of the preliminary injunction, IJs issued decisions in 85,820 removal proceedings and 4,605 credible fear reviews, for a total of 90,425 cases. The BIA issued 4,194 decisions in removal cases on appeal.

8. From March 5, 2020, through June 30, 2020, when the rule was vacated in *Capital Area Immigrants' Rights Coalition et al., v. Trump et al.,* Case 1:19-cv-02117, IJs issued decisions in 29,565 removal cases and 3,154 credible fear reviews, for a total of 32,719 cases. The BIA adjudicated and issued decisions in 10,488 removal case appeals.

9. EOIR-OGC estimates that an individualized review of each record of proceedings ("ROP"), including the audio recordings, could take between 6 to 24 employee-hours per case, and therefore it could review no more than 30 ROPs every 30 days. Due to significant staffing and workflow disruptions stemming from the global COVID-19 pandemic, including the mounting backlog of cases, the immigration courts do not have resources to assist with the review of these files. EOIR OGC also faces significant time and resource constraints. Because of other ongoing demands on the Agency, including competing immigration-related litigation to which EOIR is a party (OGC is currently handling thirty-six (36) class action lawsuits in addition to 3-5 new habeas and mandamus petitions served weekly), only approximately four OGC employees are available part-time to conduct the record review, as they must also work on other cases with similar demands. OGC has one office located in EOIR headquarters, Falls Church, Virginia, with a current staff of twenty-five (25) federal attorneys and thirteen (13) support staff. OGC supports litigation, policy, regulatory review, the Fraud Program, the Attorney Discipline Program, FOIA, Employee Labor Relations, Ethics, Reasonable Accommodations, Records Management, and Privacy for the Agency. Consequently, four employees represents more than ten percent of our staff to work on tracking and reporting for this single litigation.

Signed this 24th day of November, 2020

JILL ANDERSON
Digitally signed by JILL ANDERSON
Date: 2020.11.24 15:53:44 -05'00'

Jill W. Anderson
General Counsel
Executive Office for Immigration Review