JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **GOVERNMENT EXHIBIT 6** |
| CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants.* | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>Chad F. Wolf, *et al.*,<br>    *Defendants.* | No. 3:17-cv-02366-BAS-KSC |

**DECLARATION OF JOSE C. PITTI**

I, Jose C. Pitti, pursuant to 28 U.S.C. § 1746, and based upon personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am currently the Branch Chief of the Asylum Innovation and Design for Enhanced Adjudication (IDEA) Branch, in the Asylum Division, Refugee, Asylum and International Operations Directorate, within U.S. Citizenship and Immigration Services (USCIS), Department of Homeland Security (DHS). I have held this position since February 18, 2020. Prior to becoming the Branch Chief of Asylum IDEA, I served as a Policy Advisor in the DHS Office for Civil Rights and Civil Liberties from April 2019 to February 2020. I first joined USCIS in 2012 as a Presidential Management Fellow at Asylum Division Headquarters. I have served as a program manager for credible fear quality assurance review, the Asylum Division's case management systems, asylum-related employment authorization issues, and the reporting of asylum case data. In my current position as Branch Chief of Asylum IDEA, I am responsible for managing the Asylum Division's technology projects, data reporting, and analytics.

2.     The following table reflects the approximate number of credible fear cases USCIS completed where the decision date or administrative closure date was between July 16, 2019 and June 30, 2020, based on data retrieved from USCIS' credible fear case management system on November 25, 2020. The "Frequency of 'VOLUNTEERED METERED/AOL' or 'POTENTIAL METERED/AOL' in Decision Notes" column refers to the number of credible fear cases where an exact text match search of the Decision Notes field in the Asylum Division's credible fear case management system contained either of the following exact phrases: "VOLUNTEERED METERED/AOL" or "POTENTIAL METERED/AOL". The data provided below is an approximate reflection of the best available information to USCIS at the time the report was run on the date listed above. Case data may change retroactively due to data corrections and quality review.

| Decision Date/ Administrative Closure Date Range | Total Completed Cases (Positive Determination, Negative Determination, Administratively Closed) | Frequency of Third Country Transit Asylum Bar Special Group Code | Frequency of Third Country Transit Asylum Bar Exception Special Group Code | Frequency of AOL Special Group Code | Frequency of "VOLUNTEERED METERED/AOL" or "POTENTIAL METERED/AOL" in Decision Notes |
|---|---|---|---|---|---|
| July 16, 2019 – Nov. 18, 2019 | 39,049 | 10,832 | 110 | 4 | 8 |
| Nov. 19, 2019 – Dec. 19, 2019 | 7,764 | 2,986 | 52 | 31 | 13 |
| Dec. 20, 2019 – Mar. 4, 2020 | 15,019 | 5,691 | 101 | 15 | 16 |
| Mar. 5, 2020 – Jun. 30, 2020 | 8,634 | 4,553 | 176 | 34 | 39 |
| Totals | 70,466 | 24,062 | 439 | 84 | 76 |

3.     The following table reflects the approximate number of credible fear cases USCIS completed where the decision date or administrative closure date was between July 16, 2019 and June 30, 2020, categorized by case outcome, based on data retrieved from USCIS' credible fear

2

case management system on November 25, 2020. The "Positive Determinations" column refers to credible fear cases that received a positive fear determination, either under the significant possibility standard if the Third Country Transit Asylum Bar did not apply, or the reasonable possibility standard if the Third Country Transit Asylum Bar applied. The "Negative Determinations" column refers to credible fear cases that received a negative fear determination, either under the significant possibility standard if the Third Country Transit Asylum Bar did not apply, or the reasonable possibility standard if the Third Country Transit Asylum Bar applied. The data provided below is an approximate reflection of the best available information to USCIS at the time the report was run on the date listed above. Case data may change retroactively due to data corrections and quality review.

| Decision Date/Administrative Closure Date Range | Frequency of Positive Determinations | Frequency of Negative Determinations | Frequency of Administratively Closed |
|---|---|---|---|
| July 16, 2019 – Nov. 18, 2019 | 20,581 | 15,227 | 3,241 |
| Nov. 19, 2019 – Dec. 19, 2019 | 2,314 | 4,681 | 769 |
| Dec. 20, 2019 – Mar. 4, 2020 | 3,742 | 8,841 | 2,436 |
| Mar. 5, 2020 – Jun. 30, 2020 | 2,748 | 4,617 | 1,269 |
| Totals | 29,385 | 33,366 | 7,715 |

4. The following table reflects the approximate number of credible fear cases USCIS completed where the administrative closure date was between July 16, 2019 and June 30, 2020, categorized by administrative closure reason, based on data retrieved from USCIS' credible fear case management system on November 25, 2020. The "Dissolved" column refers to credible fear cases that were administratively closed due to the individual dissolving their fear claim and

withdrawing from the credible fear process. The "Rare Language" and "Unable to Effectively Communicate" columns refer to administratively closed credible fear cases where USCIS issued a Notice to Appear (NTA) without making a credible fear determination. The "Other" column includes, but is not limited to, cases that were administratively closed due to the individual being in state or federal custody or ineligible for expedited removal/credible fear processing. The data provided below is an approximate reflection of the best available information to USCIS at the time the report was run on the date listed above. Case data may change retroactively due to data corrections and quality review.

| Administrative Closure Date Range | Frequency of Administrative Close Code | | | |
|---|---|---|---|---|
| | Dissolved | Rare Language | Unable to Effectively Communicate | Other |
| July 16, 2019 – Nov. 18, 2019 | 47 | 14 | 0 | 51 |
| Nov. 19, 2019 – Dec. 19, 2019 | 5 | 0 | 1 | 8 |
| Dec. 20, 2019 – Mar. 4, 2020 | 35 | 0 | 1 | 41 |
| Mar. 5, 2020 – Jun. 30, 2020 | 9 | 1 | 2 | 31 |
| Totals | 96 | 15 | 4 | 131 |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 27th day of November 2020.



Jose C. Pitti
Branch Chief
Asylum IDEA, Asylum Division
Refugee, Asylum & International Operations Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security

4