JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR EXPEDITED BRIEFING AND DECISION REGARDING DEFENDANTS' EXPEDITED MOTION TO STAY ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION PENDING APPEAL** |
| CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants*. | |

## *EX PARTE* APPLICATION FOR EXPEDITED SCHEDULE

Pursuant to Civil Local Rule 7.1(e)(5) and this Court's Standing Order for Civil Cases, § 6, Defendants hereby apply *ex parte* to this Court for an order shortening the time for Plaintiffs to respond to the government's Expedited Motion to Stay the Order Granting Plaintiffs' Motion for Clarification of the Preliminary Injunction Pending Appeal. As explained in the Expedited Motion, an expedited briefing schedule is necessary because the government faces substantial burdens complying with the obligations imposed by this Court's October 30, 2020 Order Granting Plaintiffs' Motion for Clarification of the Preliminary Injunction (ECF No. 605), and that Order is causing significant harm to the government and to the public interest. In light of those burdens, the government respectfully requests that this Court direct that any response to the Expedited Motion be filed by December 9, 2020, and that this Court issue a decision on the Expedited Motion as early as possible, but no later than December 11, 2020. The government intends to seek emergency relief from the U.S. Court of Appeals for the Ninth Circuit promptly if this Court does not stay its Order.

The parties met and conferred through counsel on December 2, 2020 regarding the relief requested in this *Ex Parte* Application. Decl. of Alexander J. Halaska ¶ 4 (ECF No. 637-2). Plaintiffs stated that they take no position regarding the relief requested in this *Ex Parte* Application. *Id.*

//

| | | |
|---|---|---|
| 1 | DATED: December 2, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | JEFFREY BOSSERT CLARK |
| | | Acting Deputy Assistant Attorney General, |
| 4 | | Civil Division |
| 5 | | AUGUST E. FLENTJE |
| 6 | | Special Counsel |
| 7 | | WILLIAM C. PEACHEY |
| 8 | | Director |
| 9 | | EREZ REUVENI |
| 10 | | Assistant Director |
| 11 | | KATHERINE J. SHINNERS |
| 12 | | Senior Litigation Counsel |
| 13 | | */s/ Alexander J. Halaska* |
| 14 | | ALEXANDER J. HALASKA |
| | | Trial Attorney |
| 15 | | United States Department of Justice |
| 16 | | Civil Division |
| | | Office of Immigration Litigation |
| 17 | | District Court Section |
| 18 | | P.O. Box 868, Ben Franklin Station |
| | | Washington, D.C. 20044 |
| 19 | | Tel: (202) 307-8704 \| Fax: (202) 305-7000 |
| 20 | | alexander.j.halaska@usdoj.gov |
| 21 | | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 2, 2020              Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice