FILED

DEC 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., | No. 20-56287 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego |
| v. | |
| CHAD F. WOLF, Acting Secretary, US Department of Homeland Security; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | |
| Appellant. | |

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

The motion to assign this appeal to the panel assigned to decide *Al Otro Lado v. Wolf*, No. 19-56417, (Docket Entry No. 6) is granted. The alternative motion to consolidate is denied as unnecessary.

The court has received the emergency motion to stay the district court's October 30, 2020 order. The response to the request for an immediate administrative stay is due December 16, 2020, by 12:00 p.m. PST. The reply is due December 17, 2020, by 10:00 a.m. PST.

AT/MOATT

The opposition to the motion for a stay pending appeal is due December 28, 2020.  The optional reply is due January 4, 2021.  Any amicus filings related to the motion for stay are due December 23, 2020.

The briefing schedule established on December 4, 2020 remains in effect.