MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF REBECCA M. CASSLER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO SEAL EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF REBECCA M. CASSLER

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

2                    DECLARATION OF REBECCA M. CASSLER

### DECLARATION OF REBECCA M. CASSLER

I, Rebecca M. Cassler, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am an attorney with the Southern Poverty Law Center and counsel for the Plaintiffs in this case.

2.    I make this declaration in support of the Plaintiffs' Unopposed Motion to Seal Exhibits in Support of Plaintiffs' Motion to Enforce Preliminary Injunction ("Motion to Enforce").

3.    Plaintiffs seek to seal portions of two exhibits in support of the Motion to Enforce. The exhibits are Immigration Judge decisions denying asylum in the case of a Preliminary Injunction Class Members, which Plaintiffs seek to seal as follows:

      a.  The preliminary injunction class members' names, found in full on pages 1 and 2 of Exhibit 3 and pages 1 and 2 of Exhibit 4;

      b.  The preliminary injunction class members' Alien Registration Numbers ("A-Number"), on pages 1 and 2 of Exhibit 3 and pages 1 and 2 of Exhibit 4;

      c.  The city where a Preliminary Injunction Class Member's cousin lives, on page 4 of Exhibit 4; and

      d.  Details about events occurring in a Preliminary Injunction Class Member's home country giving rise to his claim for asylum, on page 6 of Exhibit 4.

4.    As described in the accompanying motion to seal, Plaintiffs seek to seal these portions of the relevant exhibits because filing them on the public docket would reveal identifying information of class members who are at risk of harm should they be identified.

5.    The parties have conferred regarding the motion. Defendants do not oppose the motion to seal.

I declare under penalty of perjury under the laws of the United States of

DECLARATION OF REBECCA M. CASSLER

America that the proceeding declaration is true and correct.

Executed on this 15th day of December 2020 at Silver Spring, Maryland.

*/s/ Rebecca M. Cassler*

Rebecca M. Cassler