MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **DECLARATION OF REBECCA M. CASSLER IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF REBECCA M. CASSLER

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF REBECCA M. CASSLER

I, Rebecca M. Cassler, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the Southern Poverty Law Center and counsel for the Plaintiffs in this case.

2. Pursuant to Civ. L. R. 7.1(f), I make this declaration in support of Plaintiffs' Motion for Enforcement of the Preliminary Injunction.

3. Plaintiff Al Otro Lado and Plaintiffs' counsel (for purposes of this declaration, "Plaintiffs") have attempted to obtain copies of metering waitlists for ports of entry across the U.S.-Mexico border since the entry of the Preliminary Injunction in this case in November 2019. Those efforts include identifying and locating contact information for waitlist managers, contacting waitlist managers (to the extent their contact information is known) to request copies of the lists, communicating with advocates in the United States and Mexico to seek assistance in obtaining copies of the waitlists, and in some instances filing public records requests pursuant to the applicable procedure under Mexican law.

4. To date, Plaintiffs have been successful in obtaining waitlists in only three locations: Tijuana, Mexicali, and Ciudad Juárez.

5. As for other border towns, Plaintiffs have been unable to obtain waitlists for a variety of reasons, including Mexican officials' unwillingness to collaborate with Plaintiffs, lack of reliable contact information for or access to waitlist managers, fear that sharing the list could give rise to negative consequences for waitlist managers or asylum seekers on the lists, and in one instance, a stated concern that U.S. officials at the POE would be displeased if the waitlist manager were to share the list with Plaintiffs.

6. The Ciudad Juárez waitlist was in text searchable form when Plaintiffs' counsel received it. Upon receiving the waitlists in Tijuana and Mexicali from

1 | Plaintiff AOL, Plaintiffs' counsel transcribed the photographs of those waitlists into
2 | text-searchable spreadsheets for ease of use.
3 |     7.    On November 5, 2020, I shared the copies of the Tijuana, Mexicali, and
4 | Ciudad Juárez waitlists and the spreadsheet transcriptions of the Tijuana and
5 | Mexicali waitlists with Defendants' counsel through a Box.com cloud-based file
6 | folder.
7 |     I declare under penalty of perjury that the foregoing is true and correct.
8 | Executed on this 14th day of December 2020 at Silver Spring, Maryland.

By: */s/ Rebecca M. Cassler*
Rebecca M. Cassler

DECLARATION OF REBECCA M. CASSLER

2