MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 1 TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
5  666 Broadway, 7th Floor
   New York, NY 10012
6  Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10    *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
11 Decatur, GA 30030
   Telephone: +1.404.521.6700
12 Facsimile: +1.404.221.5857

13
   AMERICAN IMMIGRATION COUNCIL
14    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
      *kwalters@immcouncil.org*
15 1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

## AL OTRO LADO: USCIS Metering Questions
*FOR INTERNAL USE ONLY*

[*Below questions only need to be asked of non-Mexicans consistent to the class definition*]

1. What day did you cross the border from Mexico into the US? [*applies to either entrance at POE or EWI; ask appropriate follow-up questions as necessary*]

2. Did you ever seek to enter the United States before that time [*insert date of entry from 1 above*]?

    a. When? [*if all attempts were after 7/16/19, no need for additional questions*]
    b. Where? [*if no attempts to enter before 7/16/19 were at a POE, skip to questions 3-5*]
    c. Which POE?
    d. What happened when you sought to enter at the POE?
        i. Did anyone tell you that the POE was full? If yes, who? [*ask appropriate follow-up questions for details*]
        ii. Did anyone tell you that you needed to wait in Mexico or go to a shelter before returning to the POE? If yes, who? [*ask appropriate follow-up questions for details*]
        iii. Where did you go? [What city and where specifically, e.g., shelter, the streets].
        iv. How long did you spend there?
        v. Do you have any documentation that shows where you stayed and how long you spent in [*city and where specifically the individual states he or she stayed*]? If yes, are you able to provide that documentation or other information? [*note that providing documentation is not a prerequisite to showing class membership at this time*]
            3. While you were in [*name of city in Mexico*] were you told to put your name on any sort of list to get into a POE? If yes, who told you that? [*ask appropriate follow-up questions for details*]
            4. While you were in [*name of city in Mexico*] were you ever told that you could return to a POE to be processed? If yes, who told you that? [*ask appropriate follow-up questions for details*]
                a. If yes, did you then return to that POE? [*ask appropriate follow-up questions for details*]
                b. If no, did you at any point return to that POE or another POE anyway? [*ask appropriate follow-up questions for details*]

3. Did you ever put your name on any sort of list in Mexico that you believed would get you a place in line to get into the United States?
    a. When did you put your name on that list? [*if only after 7/16/16, no need for additional questions*]
    b. Where?
    c. Why?
        i. Did anyone tell you that the POE was full? If yes, who? [*ask appropriate follow-up questions for details*]
        ii. Did anyone tell you that you needed to wait in Mexico or go to a shelter before going to the POE? If yes, who? [*ask appropriate follow-up questions for details*]
    d. While you were in [*name of city in Mexico*] were you ever told that you could go to a POE to be processed? If yes, who told you that? [*ask appropriate follow-up questions for details*]

***AL OTRO LADO*: USCIS Metering Questions**

*FOR INTERNAL USE ONLY*

      i. If yes, did you then go to that POE? [*ask appropriate follow-up questions for details*]
      ii. If no, did you at any point go to a POE anyway? [*ask appropriate follow-up questions for details*]

4. Did you ever try to put your name on a list in Mexico to get into the United States but were unable to put your name on the list?
    a. What happened?

5. Were you ever asked to put your name on a list but decided not to do so?
    a. Why not?