FILED

DEC 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, US Department of Homeland Security; et al., <br><br> Defendants-Appellants, <br><br> and <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Appellant. | No.   20-56287 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego <br><br> ORDER |

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

The unopposed motion to modify the briefing schedule (Docket No. 11) is granted. Appellants' opening brief and excerpts of record are due January 8, 2021; Appellees' answering brief is due February 5, 2021; and Appellants' reply brief is due February 17, 2021.