MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br>　　　　　Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR ORAL ARGUMENT CONCERNING PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION (DKT. 644)** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).  Defendants have represented to Plaintiffs that Chad F. Wolf is the Acting Secretary of Homeland Security.  One district court had disagreed with that representation.  *See Casa de Md., Inc. v. Wolf*, 2020 U.S. Dist. LEXIS 166613, at *65 (D. Md. 2020) ("Wolf filled the role of Acting Secretary without authority").

**CENTER FOR CONSTITUTIONAL RIGHTS**
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

**SOUTHERN POVERTY LAW CENTER**
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

**AMERICAN IMMIGRATION COUNCIL**
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

## *EX PARTE* APPLICATION FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that, pursuant to Section 4.C of the Court's Standing Order for Civil Cases, Plaintiffs, by and through the undersigned counsel, hereby apply to this Court for an order setting oral argument on Plaintiffs' motion to enforce preliminary injunction (Dkt. 644).

Although Plaintiffs believe that the facts supporting their motion are clear and undisputed, Plaintiffs' motion is legally and factually complex. Therefore, Plaintiffs respectfully submit that it may be useful for the Court to test the parties' positions at oral argument.

The parties have conferred regarding this *ex parte* application. Defendants do not oppose the relief requested in this *ex parte* application, but request that such a hearing take place via telephone or video conference.

Dated: December 18, 2020

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/ Stephen M. Medlock*

1  Stephen M. Medlock
2  *Attorneys for Plaintiffs*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EX PARTE* APPLICATION FOR ORAL ARGUMENT

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: December 18, 2020            MAYER BROWN LLP

                                    By */s/ Stephen M. Medlock*

*EX PARTE* APPLICATION FOR ORAL ARGUMENT