1  MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2      *mmarmolejo@mayerbrown.com*
    350 S. Grand Avenue
3    25th Floor
    Los Angeles, CA 90071-1503
4      Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5      *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6      (*pro hac vice*)
      *smedlock@mayerbrown.com*
7    1999 K Street, N.W.
    Washington, D.C. 20006
8    Telephone:   +1.202.263.3000
    Facsimile:   +1.202.263.3300
9
    SOUTHERN POVERTY LAW CENTER
10      Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11      *melissa.crow@splcenter.org*
    1101 17th Street, N.W., Suite 705
12    Washington, D.C. 20036
    Telephone: +1.202.355.4471
13    Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*
15

16  **UNITED STATES DISTRICT COURT**

    **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| 19                 Plaintiffs, | |
| 20         v. | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW PLAINTIFFS' COUNSEL ALLISON W. PARR** |
| 21  Chad F. Wolf,[1] *et al.*, | |
| 22                 Defendants. | |

23

24

25

26

27

28  [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
    McAleenan pursuant to Fed. R. Civ. P. 25(d).

    739459714.2

1   CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2       *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3       *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4       *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
5   New York, NY 10012
    Telephone: +1.212.614.6464
6   Facsimile: +1.212.614.6499

7   SOUTHERN POVERTY LAW CENTER
        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8       *sarah.rich@splcenter.org*
        Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9       *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
10  Decatur, GA 30030
    Telephone: +1.404.521.6700
11  Facsimile: +1.404.221.5857

12  AMERICAN IMMIGRATION COUNCIL
        Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13      *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
14  Washington, D.C. 20005
    Telephone: +1.202.507.7523
15  Facsimile: +1.202.742.5619

16

17

18

19

20

21

22

23

24

25

26

27

28

739459714.2

PARR DECLARATION IN SUPPORT OF
MOTION TO WITHDRAW COUNSEL

1    I, Allison W. Parr, state the following under penalty of perjury:

2
3    1.    I am an associate at the law firm Mayer Brown LLP, a member of the
District of Columbia and New York bars, admitted *pro hac vice* to this Court for this

4
action, and an attorney of record for Plaintiffs in this action.

5    2.    Attached hereto is Plaintiffs' Motion to Withdraw Plaintiffs' Counsel of

6    Record Allison W. Parr.

7    3.    All other counsel of record will continue to represent Plaintiffs in this

8    case.

9    4.    All parties and their counsel have concurrently received notice of this

10    Motion as set forth in the attached Certificate of Service.

11
12    This declaration is executed on December 29, 2020 in Washington, DC.

13    By: */s/    Allison W. Parr*
Allison W. Parr

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

739459714.2