UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| v. | |
| Chad F. Wolf, *et al.*, | **(ECF No. 654)** |
| Defendants. | |

Before the Court is a Motion to Withdraw Plaintiffs' Counsel of Record Allison W. Parr. (ECF No. 654.) Plaintiffs' counsel states that as of January 1, 2021, Ms. Parr will no longer be employed at Mayer Brown LLP, which is representing Plaintiffs in this case. (Decl. of Allison W. Parr ¶ 1, ECF No. 654-1.) All other counsel of record will continue to represent Plaintiffs in this case. (*Id.* ¶ 3.)

Good cause appearing, the Court **GRANTS** the Motion. Accordingly, **IT IS HEREBY ORDERED** that Allison W. Parr is no longer counsel of record for Plaintiffs in this matter.

**IT IS SO ORDERED.**

DATED: December 30, 2020

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366