# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

**DECLARATION OF JILL W. ANDERSON,**
**GENERAL COUNSEL, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**

I, JILL W. ANDERSON, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1. I serve as the General Counsel for the Executive Office for Immigration Review ("EOIR"). In this capacity, I manage the Office of General Counsel ("OGC") and provide legal counsel to the Agency on matters pertaining to the Immigration and Nationality Act and other laws and procedures as they relate to EOIR, among other duties. I have served in this position since December 2019.

2. Prior to December 2019, I served as Acting General Counsel beginning in June 2019. From September 2017 to June 2019, I served as Deputy General Counsel. My prior positions in EOIR were Supervisory Attorney for the Board of Immigration Appeals ("BIA") from May 2011 to September 2017, and Attorney Advisor for the BIA from December 2006 to May 2011.

3. I make this Declaration based on my own personal knowledge, on information contained in the records of EOIR, or information provided to me by EOIR employees.

4. Although EOIR is not a party to this litigation, EOIR has voluntarily agreed to act consistently with this Court's November 19, 2019 class certification and preliminary

injunction order. On October 30, 2020, the Court issued an order binding EOIR to the terms of the November 19, 2019 preliminary injunction order.

5. On October 30, 2020, OGC issued legal guidance to the leadership of the Office of the Chief Immigration Judge ("OCIJ") and of the BIA regarding the court's October 30, 2020 order. OCIJ leadership disseminated the guidance and a copy of the order to the immigration judges ("IJs") who adjudicate cases and their staff, and the BIA disseminated the guidance to Board Members and attorney advisors. As counsel to OCIJ and the BIA, the guidance provided to OGC's clients is protected by attorney-client privilege, and was marked with a banner indicating such.[1] EOIR has never authorized this document to be disclosed publicly.

6. EOIR also took immediate, affirmative steps toward identifying cases that are eligible for reopening or reconsideration under the October 30, 2020 order, by generating a list of individuals in Section 240 removal proceedings for whom EOIR's systems indicate that an application for asylum was denied from July 16, 2019 through June 30, 2020. As of December 18, 2020, when the Ninth Circuit temporarily stayed the government's affirmative obligation to identify such cases, EOIR was preparing to begin the burdensome task of a case-by-case review of each individual on this list who was encountered by CBP between July 16, 2019 and June 30, 2020. This case-by-case review requires manual collection and review of each Record of Proceeding (ROP) for each individual on the list.

7. On July 1, 2020, OGC issued legal guidance to EOIR's Director and OCIJ and BIA leadership regarding the June 30, 2020 order of the U.S. District Court for the District of Columbia in *Capital Area Immigrants' Rights Coalition (CAIR) v. Trump*, No. 19-cv-2117, ECF No. 72 (D.D.C. June 30, 2020), *I.A. v. Barr*, No. 19-cv-2530, ECF No. 55 (D.D.C. June 30, 2020), that vacated the interim final rule, Asylum Eligibility and Procedural Modifications, 84 Fed. Reg. 33829 (July 16, 2019). This legal guidance was disseminated to the immigration court adjudicators and their staff. BIA leadership disseminated the guidance to the adjudicators and attorney advisors. As counsel to OCIJ and the BIA, the guidance provided to EOIR OGC's clients is protected by attorney-client privilege. EOIR has never authorized this document to be disclosed publicly.

Signed this 5th day of January, 2021

---

[1] The email specifically contained the following language at the bottom of the communication:
***Warning***Attorney/Client Privilege***Attorney Work Product***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore, do not print, copy, retransmit, disseminate, or otherwise use this information. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b) (5), (b)(7).

JILL ANDERSON
Digitally signed by JILL ANDERSON
Date: 2021.01.05 18:25:33 -05'00'

Jill W. Anderson
General Counsel
Executive Office for Immigration Review