MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

| | |
|---|---|
| 1 | CENTER FOR CONSTITUTIONAL RIGHTS |
| |    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*) |
| 2 |    *bazmy@ccrjustice.org* |
| |    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*) |
| 3 |    *aguisado@ccrjustice.org* |
| | 666 Broadway, 7th Floor |
| 4 | New York, NY 10012 |
| | Telephone: +1.212.614.6464 |
| 5 | Facsimile: +1.212.614.6499 |
| 6 | SOUTHERN POVERTY LAW CENTER |
| |    Sarah Rich (GA Bar No. 281985) (*pro hac vice*) |
| 7 |    *sarah.rich@splcenter.org* |
| |    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*) |
| 8 |    *rebecca.cassler@splcenter.org* |
| | 150 E. Ponce de Leon Ave., Suite 340 |
| 9 | Decatur, GA 30030 |
| | Telephone: +1.404.521.6700 |
| 10 | Facsimile: +1.404.221.5857 |
| 11 | AMERICAN IMMIGRATION COUNCIL |
| |    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*) |
| 12 |    *kwalters@immcouncil.org* |
| | 1331 G St. NW, Suite 200 |
| 13 | Washington, D.C. 20005 |
| | Telephone: +1.202.507.7523 |
| 14 | Facsimile: +1.202.742.5619 |

## MOTION FOR TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that Plaintiffs will and hereby do move for a Temporary Restraining Order enjoining the application of government's second Asylum Ban, Asylum Eligibility and Procedural Modification, 85 Fed. Reg. 82,260 (Dec. 17, 2020), to members of the class certified by the Court on November 19, 2019. *See* Dkt. 330. The parties have conferred regarding this motion, which Defendants oppose. Because the rule is scheduled to take effect on January 19, 2021, Plaintiffs will be filing an ex parte application to shorten the briefing schedule for this motion.

Dated: January 6, 2021

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/ Stephen M. Medlock*
   Stephen M. Medlock

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on January 6, 2021, I served a copy of the foregoing document by filing it with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

> */s/ Stephen M. Medlock*
>
> *Counsel for Plaintiffs*