MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>　　　　Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 1 TO DECLARATION OF STEHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

---

[1] Acting Secretary Wolf is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


AL OTRO LADO, INC., et al.,


        Plaintiffs,


        vs.              Case No.

                             17-cv-02366-BAS-KSC


KEVIN K. McALEENAN1, et al.,


        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

MARIZA MARIN


THURSDAY, MAY 28, 2020

8:37 A.M.


SAN DIEGO, CALIFORNIA


Reported remotely by Megan M. Grossman-Sinclair,

CSR No. 12586



Page 2

```
 1                    APPEARANCES OF COUNSEL
 2
 3        For Plaintiffs:
 4            MAYER BROWN LLP
             STEPHEN M. MEDLOCK, ESQ.
 5            (By Videoconference)
             1999 K Street, N.W.
 6            Washington, D.C.  20006
             T:  (202) 263-3000
 7            smedlock@mayerbrown.com
 8
             CENTER FOR CONSTITUTIONAL RIGHTS
 9            ANGELO GUISADO, ESQ.
             (By Videoconference)
10            666 Broadway
             7th Floor
11            New York, New York  10012
             T:  (212) 614-6464
12            aguisado@ccrjustice.org
13
14        For Defendants:
15            U.S. Department of Justice
             OFFICE OF IMMIGRATION LITIGATION
16            KATHERINE J. SHINNERS, ESQ.
             (By Videoconference)
17            SUSAN IMERMAN, ESQ.
             (By Telephone)
18            Ben Franklin Square
             P.O. Box 868
19            Washington, D.C.  20044
             T:  (202) 598-8259
20            katherine.j.shinners@usdoj.gov
21
22
23
24
25
```



Page 3

```
 1                    APPEARANCES (Continued)

 2

 3          Also Present:

 4                  JOSEPH NEW, Videographer
                    (By Videoconference)
 5
                    KEVIN CRANFORD, technical support
 6                  (By Videoconference)

 7          LOUISA SLOCUM, ESQ., CBP
                    (By Telephone)
 8
                    STACEY FALKOFF, ESQ., CBP
 9                  (By Telephone)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 4

```
 1                    INDEX OF EXAMINATION

 2      WITNESS:  MARIZA MARIN

 3

 4      EXAMINATION                           PAGE

 5      By Mr. Medlock                        13, 303

 6      By Mr. Guisado                        243

 7      By Ms. Shinners                       308

 8

 9                 INSTRUCTIONS NOT TO ANSWER

10                     PAGE      LINE

11                       29       25

12                       30       21

13                       31       11

14                       43        2

15                       84        4

16                       84       12

17                      263        9

18

19                 INFORMATION REQUESTED

20                     PAGE      LINE

21                      (None)

22

23

24

25                       *  *  *
```



Page 5

1                    INDEX TO EXHIBITS
2      MARKED                                        PAGE
3      Exhibit 182  E-mail chain, top e-mail          23
                    from Robert Hood to Sidney
4                   Aki, April 26, 2018.
                    (Bates AOL-DEF-00072448)
5
       Exhibit 183  Definition of "Capacity"          79
6                   from Ballentine's Law
                    Dictionary.
7
       Exhibit 184  Exhibit 27 to Defendants'         80
8                   Opposition to Plaintiffs'
                    Motion for Class
9                   Certification.
10     Exhibit 185  Standard Operating Procedure      94
                    San Ysidro Port of Entry
11                  Admissibility Enforcement,
                    Date:   January 2017
12                  Review Date:  August 2017
                    Subject:  Admissibility
13                  Enforcement Unit Standard
                    Operating Procedure.
14
       Exhibit 186  U.S. Customs and Border          113
15                  Protection Directive,
                    August 8, 2008, Subject:
16                  Secure Detention, Transport
                    and Escort Procedures at
17                  Ports of Entry.
                    (Bates AOL-DEF-00372536 -
18                   00372570)
19     Exhibit 187  E-mail from Mariza Marin to      123
                    Robert Hood, April 18, 2018,
20                  Subject:  Intake.
                    (Bates AOL-DEF-00600149)
21
       Exhibit 188  E-mail chain, top e-mail         133
22                  from Robert Hood to Sidney
                    Aki, November 9, 2018,
23                  Subject: Re: Surge efforts
                    at SYS.
24                  (Bates AOL-DEF-00348763 -
                     00348764)
25



Page 6

```
 1              INDEX TO EXHIBITS (Continuing)
 2      MARKED                                    PAGE
 3      Exhibit 189  E-mail chain, top e-mail       138
                     from Robert Hood to Sidney
 4                   Aki, November 9, 2018,
                     Subject: CBP UAC FMUA CAT
 5                   REPORT 6:15.
                     (Bates AOL-DEF-00072448)
 6
        Exhibit 190  E-mail chain, top e-mail       141
 7                   from Johnny Armijo to Robert
                     Hood, October 12, 2016,
 8                   Subject:  Capacity.
                     (Bates AOL-DEF-00062088 -
 9                    00062089)
10      Exhibit 191  E-mail chain, top e-mail       162
                     from Sidney Aki to Robert
11                   Hood and others, September
                     10, 2016, Subject:
12                   San Ysidro End of Day AEU
                     Reporting for September 9,
13                   2016.
                     (Bates AOL-DEF-00065872 -
14                    00065874)
15      Exhibit 192  E-mail from Justin Kelemen     163
                     to various recipients, July
16                   27, 2016, Subject:  San
                     Ysidro End of Day AEU
17                   Reporting for July 26, 2016.
                     (Bates AOL-DEF-00065048 -
18                    00065050)
19      Exhibit 193  E-mail chain, top e-mail       166
                     from Mariza Marin to Kylvin
20                   Gomez, September 8, 2018,
                     Subject:  Intake.
21                   (Bates AOL-DEF-00603278)
22      Exhibit 194  E-mail chain, top e-mail       176
                     from Eric Crouston to Sidney
23                   Aki and others, July 12,
                     2019, Subject:  SYS Daily
24                   Custody Intake and ERO
                     Movement 7/10/2019.
25                   (Bates AOL-DEF-00084038)
```


MAGNA ▶
LEGAL SERVICES

```
                                                          Page 7
 1                  INDEX TO EXHIBITS (Continuing)
 2      MARKED                                             PAGE
 3      Exhibit 195   Admissibility Enforcement     155/227
                      Unit 24 Hour Reporting for
 4                    September 11, 2016.
                      (Bates AOL-DEF-00073938 -
 5                     00073940)
 6      Exhibit 196   Queue Management Report for        181
                      July 1st, 2019, spreadsheet.
 7                    (Bates AOL-DEF-00083448)
 8      Exhibit 197   Queue Management Report for        186
                      July 2nd, 2019, spreadsheet.
 9                    (Bates AOL-DEF-00523370)
10      Exhibit 200   Federal Rules of Evidence          190
                      1006 Summary Exhibit for
11                    San Ysidro Port of Entry:
                      Impact to Port Operations.
12
        Exhibit 201   Federal Rules of Evidence          191
13                    1006 Summary Exhibits for
                      Calexico Port of Entry:
14                    Impact to Port Operations.
15      Exhibit 202   Federal Rules of Evidence          192
                      1006 Summary Exhibits for
16                    Otay Mesa Port of Entry:
                      Impact to Port Operations.
17
        Exhibit 203   Lesson 11: Processing              199
18                    Expedited Removals.
                      (Bates AOL-DEF-01090765 -
19                     01090828)
20      Exhibit 204   Memorandum April 6, 2012           201
                      Subject:  Providing
21                    Inadmissible Travelers with
                      Documentation of an Adverse
22                    Action Case.
                      (Bates AOL-DEF-00596511 -
23                     00596513)
24
25
```



Page 8

```
 1              INDEX TO EXHIBITS (Continuing)
 2      MARKED                                    PAGE
 3      Exhibit 205  Defendants' Supplemental and  207
                     Amended Responses to
 4                   Plaintiffs' Fourth Set of
                     Interrogatories to All
 5                   Defendants.
 6      Exhibit 206  San Ysidro Pedestrian         211
                     Facilities May 2018.
 7                   (Bates AOL-DEF-00036093 -
                      00036096)
 8
        Exhibit 207  E-mail from Mariza Marin to   215
 9                   Sidney Aki, November 9,
                     2018, Subject:  AEU
10                   Processing Plan.
                     (Bates AOL-DEF-00073676)
11
        Exhibit 208  E-mail chain, top e-mail      218
12                   from Mariza Marin to Robert
                     Hood, August 7, 2018,
13                   Subject:  AEU Data.
                     (Bates AOL-DEF-00072964)
14
        Exhibit 209  E-mail chain, top e-mail      220
15                   from Robert Hood to Sidney
                     Aki, September 1, 2017,
16                   Subject:  Streamlined
                     Withdrawals and I-275's.
17                   (Bates AOL-DEF-00069611 -
                      00069612)
18
        Exhibit 210  E-mail chain, top e-mail      223
19                   from Claudia Taitague to
                     various recipients,
20                   January 3, 2016, Subject:
                     SIGMA 5063573.
21                   (Bates AOL-DEF-00707315 -
                      00707316)
22
23
24
25
```



Page 9

```
 1                    INDEX TO EXHIBITS (Continuing)
 2       MARKED                                          PAGE
 3       211          E-mail chain, top e-mail            229
                      from Kevin McAleen to Todd
 4                    Owen, June 16, 2018,
                      Subject:  SWB Queue
 5                    Management Update.
                      (Bates AOL-DEF-00047772 -
 6                     00047773)
 7       212          Memorandum April 30, 2020           235
                      Subject:  Metering Guidance.
 8                    (Bates CBPALOTRO000314 -
                       000315)
 9
         213          E-mail chain, top e-mail            244
10                    from Robert Hood to Mariza
                      Marin, November 17, 2016,
11                    Subject:  **RFI** Please
                      Provide Response by COB
12                    today.
                      (Bates AOL-DEF-00030087)
13
         214          E-mail chain, top e-mail            244
14                    from Moises Castillo to
                      Robert Hood, November 17,
15                    2016, Subject:  **RFI**
                      Please Provide Response by
16                    COB today.
                      (Bates AOL-DEF-00706277 -
17                     00706278)
18       215          Letter from Katherine               256
                      Shinners, Esq., to Stephen
19                    Medlock, Esq., May 27, 2020.
20       216          U.S. Customs and Border             269
                      Protection and Mexico's
21                    National Migration Institute
                      Joint Pedestrian Pilot at
22                    the San Ysidro-El Chaparral
                      Port of Entry Pedestrian
23                    West Facility
                      January 25, 2018, Meeting
24                    Readout.
                      (Bates AOL-DEF-00243914 -
25                     00243918)
```



Page 10

```
 1                    INDEX TO EXHIBITS (Continuing)
 2      MARKED                                          PAGE
 3      217          E-mail from Evan Sandoval to      275
                     Peter Flores and Mariza
 4                   Marin, December 9, 2018,
                     Subject:  ILU Tijuana Area
 5                   Command Center EOSR
                     12-09-18.
 6                   (Bates AOL-DEF-00036576)
 7      218          E-mail chain, top e-mail          282
                     from Edward Chavoya to
 8                   Sidney Aki and others,
                     August 16, 2016, Subject:
 9                   Numbers on the Mexico Side.
                     (Bates AOL-DEF-00065471)
10
        219          E-mail chain, top e-mail          285
11                   from Robert Hood to various
                     recipients, May 8, 2017,
12                   Subject:  AEU Detention
                     Space and Asylum Seekers.
13                   (Bates AOL-DEF-00753684 -
                      00753685)
14
        220          E-mail chain, top e-mail          292
15                   from Pete Flores to Mariza
                     Marin, January 29, 2019,
16                   Subject:  Asylum Book.
                     (Bates AOL-DEF-00083821)
17
        221          Audio recording from             305
18                   June 13, 2017.
                     (Bates ALOTROLADO 00018604)
19
20
21                   PRIOR EXHIBITS REFERENCED
22                      Exhibit      Page
23                         3          229
24
25                            * * *
```



Page 11

```
 1                   SAN DIEGO, CALIFORNIA

 2              THURSDAY, MAY 28, 2020; 8:37 A.M.

 3

 4                   VIDEOGRAPHER:  We are now on the

 5     record.  This begins video -- the video deposition

 6     of Mariza Maria (sic) in the matter of Al Otro

 7     Lado v. McAleenan in the United States District

 8     Court, Southern District of California.  Today is

 9     Thursday, May 28th, 2020.  The time is 8:38 a.m.

10     This deposition is being taken remotely at the

11     request of Mayer Brown.

12                   The videographer is Joseph New, and

13     the court reporter is Megan Grossman-Sinclair of

14     Magna Legal Services.

15                   Will counsel and all parties

16     present state their appearances and whom they

17     represent.

18                   MR. MEDLOCK:  Good morning.  This

19     is Stephen Medlock, Mayer Brown LLP, on behalf of

20     plaintiffs and the putative class.

21                   MR. GUISADO:  Good morning.  This

22     is Angelo Guisado, Center for Constitutional

23     Rights, on behalf of the plaintiffs and the

24     putative class.

25                   MS. SHINNERS:  Good morning.  This
```



Page 12

1    is Katherine Shinners.  I am with the U.S.

2    Department of Justice, Office of Immigration

3    Litigation, on behalf of Defendant.  With me is my

4    colleague, Susan Imerman.

5                    Susan.

6                    MS. IMERMAN:  Yes.  Sorry.  This is

7    Susan Imerman with the U.S. Department of Justice.

8                    VIDEOGRAPHER:  Will the court

9    reporter please swear in the witness.

10                   THE COURT REPORTER:  My name is

11   Megan Grossman-Sinclair, a California Certified

12   Shorthand Reporter, and this deposition is being

13   held via videoconferencing equipment.  The witness

14   and reporter are not in the same room.  The

15   witness will be sworn in remotely pursuant to

16   agreement of all parties.  The parties stipulate

17   that the testimony is being given as if the

18   witness was sworn in person.

19                   So stipulated.

20                   MR. MEDLOCK:  So stipulated.

21                   MS. SHINNERS:  Yes.

22                   THE COURT REPORTER:  Also I'd like

23   to remind everyone it's very important not to

24   interrupt each other during question and answer as

25   well as colloquy because the technology cuts out



Page 13

```
1     and it increases the chances that I will miss

2     what's said.  Thank you.

3

4                     MARIZA MARIN,

5                having been first duly sworn,

6                   testifies as follows:

7

8                     EXAMINATION

9     BY MR. MEDLOCK:

10           Q.   Good morning, Ms. Marin.

11           A.   Good morning.

12           Q.   Can you please state and spell your

13    full name.

14           A.   Sure.  It's Mariza Marin,

15    M-a-r-i-z-a, M-a-r-i-n.

16           Q.   Have you ever gone by any other

17    name?

18           A.   No.

19           Q.   Are you presently employed?

20           A.   Yes.

21           Q.   Who are you employed by?

22           A.   U.S. Customs and Border Protection.

23           Q.   What is your present job title at

24    U.S. Customs and Border Protection?

25           A.   I am the assistant director of
```



Page 14

1    field operations in the San Diego field office.

2              Q.   Is the title assistant director of

3    field operations sometimes abbreviated ADFO?

4              A.   It is.

5              Q.   And is U.S. Customs and Border

6    Protection sometimes abbreviated CBP?

7              A.   Yes.

8              Q.   If I use those abbreviations today,

9    will you understand them?

10             A.   Yes.

11             Q.   How long have you worked at CBP?

12             A.   Since December of 2008.

13             Q.   Have you ever testified before in

14   court?

15             A.   I've testified once in a state

16   court for a criminal matter.

17             Q.   What state court did you testify

18   in?

19             A.   California.

20             Q.   What was the criminal matter about?

21             A.   It was a DUI in which I was the

22   primary officer to encounter the driver.

23             Q.   This is before your time at CBP?

24             A.   No.  I was the primary officer at

25   CBP.  He was making entry into the United States



Page 15

1    and driving under the influence.

2              Q.   I understand.

3              Do you recall when you testified in

4    court?

5              A.   I don't.  It would have been, like,

6    2011 or '12, I believe.

7              Q.   And would the state court have been

8    in the San Diego area?

9              A.   Yes.  I believe it was Chula Vista.

10             Q.   Understood.  Chula Vista,

11   California?

12             A.   Yes.

13             Q.   Besides the one time where you

14   testified in state court in Chula Vista,

15   California, have you testified in any other court?

16             A.   No.

17             Q.   Have you ever had your deposition

18   taken before?

19             A.   No.

20             Q.   Have you ever been involved in an

21   arbitration proceeding of any type?

22             A.   No.

23             Q.   Have you ever testified before a

24   governmental body such as the U.S. Congress?

25             A.   No.



Page 16

```
 1                    Q.   Outside of this case, have you ever
 2      provided written testimony under oath in the form
 3      of an affidavit or a declaration?
 4                    A.   That I can remember, there is one
 5      other declaration in a separate case outside of
 6      this one.
 7                    Q.   Would that have been in Doe versus
 8      Wolfe?
 9                    A.   I believe -- I think Christian Doe.
10                    Q.   Yes.
11                    A.   Yes.
12                    Q.   Is that the other case you are
13      thinking of?
14                    A.   Yes.
15                    Q.   All right.  Since you haven't sat
16      for a deposition before, I want to go over a few
17      ground rules with you so that we are on the same
18      page today.
19                         A deposition is essentially a
20      conversation in which I ask questions and you
21      answer them.  I would have preferred to do this in
22      person, like I said before we went on the record,
23      but that's just not possible these days.  So
24      there's going to be a few extra ground rules that
25      go along with doing this over video.
```



Page 17

```
 1                      The first ground rule is that you
 2      need to give audible responses.  Our court
 3      reporter Megan is very good.  She can't take down
 4      shakes of the head, and sometimes the words
 5      "uh-huh" and "uh-uh" can sound similar.
 6                      So can you do me the favor today of
 7      answering my questions audibly?
 8              A.   Yes.
 9              Q.   Most importantly, if you don't
10      understand any of my questions today, just tell
11      me, and I will try to improve them.
12                      Can you do that today?
13              A.   Yes.
14              Q.   It's also important since we are
15      doing this over videoconferencing software today
16      that we don't talk over one another because the
17      audio can cut out and it can lead to a messy
18      record.  So I won't talk over you, and if you can
19      do your best not to talk over me.  Okay?
20              A.   Okay.
21              Q.   In addition, Kevin will be
22      assisting us with the displaying of exhibits on
23      the screen today.  If at any point you want to
24      zoom in on a part of a document or you want to
25      scroll through the document, just let Kevin know,
```



Page 18

1    and he is happy to facilitate that for you.  Okay?

2              A.   Okay.

3              Q.   From time to time your attorneys

4    from DOJ may object to my questions.  Objections

5    are something that the court generally rules on

6    later.  So unless you are instructed not to answer

7    one of my questions today, I will need you to

8    provide an answer.

9                   Do you understand that?

10             A.   I understand.

11             Q.   We will take a break approximately

12   once an hour.  My -- or if you -- or earlier if

13   you need.  My only request is that if you have an

14   answer pending that you finish the answer before

15   we go on break.  Okay?

16             A.   Okay.

17             Q.   And because we are doing the

18   deposition over videoconference, sometimes

19   although not always, there can be a lag between

20   the video and the audio.  So it's helpful if you

21   pause just a couple of seconds before you answer

22   my questions, and I will pause a couple of seconds

23   to make sure you are done with your answer.  That

24   way we can make sure we really don't talk over

25   each other.  Okay?



Page 19

1            A.    Okay.

2            Q.    And if at any point you have any

3     technological issues with the audio or video,

4     please let us know, and we will try to get it

5     sorted out as quickly as possible.  All right?

6            A.    Got it.

7            Q.    All right.  So unless I state

8     otherwise today, my questions relate to the time

9     period from January 1st, 2016, through today.

10               Do you understand that?

11           A.    I understand.

12           Q.    During this deposition, I am going

13    to refer to the U.S. Department of Homeland

14    Security as DHS.

15               Do you understand that acronym?

16           A.    Yes.

17           Q.    During the deposition, I am also

18    going to refer to the office of field operations

19    as OFO.  Do you understand that acronym?

20           A.    I do.

21           Q.    Do you understand you have taken an

22    oath to tell the truth today?

23           A.    I do.

24           Q.    Do you understand it's the same

25    oath that you would take if you were testifying in



Page 20

1    a courtroom?

2                    A.    Yes.

3                    Q.    And do you understand that there

4    are criminal consequences for lying under oath?

5                    A.    I do.

6                    Q.    Is there any reason that you cannot

7    testify fully and truthfully today?

8                    A.    No.



Page 21

6          Q.   Have you ever been sued before in a

7     personal capacity?

8          A.   Excuse me.  No.

9          Q.   Have you ever been a party to a

10    lawsuit either in your personal capacity or in an

11    official capacity?

12         A.   No.

13         Q.   Have you ever been disciplined

14    during your time at CBP?

15         A.   No, not that I -- not that I can

16    recall.  There may have been, like, counseling as

17    an officer, but not that I specifically --

18         Q.   What do you mean -- what do you

19    mean by "counseling as an officer"?

20         A.   So sometimes as an officer if you

21    miss, like, a computer-generated instruction or

22    something like that, then a supervisor would

23    counsel you on, you know, better instruction on

24    not to do that again.  So there could be some

25    counseling as an officer, but anything more



Page 22

```
 1    egregious than that, I don't recall.
 2              Q.   Okay.  So to the best of your
 3    recollection, the only type of discipline you
 4    might have had when you were at CBP was counseling
 5    by a superior; is that right?
 6              A.   Yes.  To the best of my
 7    recollection.  Correct.
 8              Q.   Are you a member of any social
 9    network platforms such as LinkedIn or Facebook?
10              A.   Yes.  Facebook and Instagram.
11              Q.   How long have you had a Facebook
12    account?
13              A.   Several years.
14              Q.   Are you a member of any Facebook
15    groups related to your work at CBP?
16              A.   No.
17              Q.   Have you ever been a member of a
18    Facebook group called "I'm 10-15"?
19              A.   I am not.
20              Q.   Have you ever seen posts from a
21    Facebook group call "I'm 10-15"?
22              A.   I remember hearing about that
23    group, but not that I saw, you know, myself
24    firsthand.
25              Q.   Do you agree with that group?
```



Page 23

```
 1                    A.   I am not familiar with it enough to
 2      know that I agree or disagree with it.
 3                    MR. MEDLOCK:  All right.  Kevin, if
 4      you could pull up Tab 1, please.
 5      BY MR. MEDLOCK:
 6                    Q.   Ms. Marin, I am showing you a
 7      document that's entitled "Plaintiffs' Notice of
 8      Federal Rule of Civil Procedure 30(b)(6)
 9      Deposition of U.S. Customs and Border Protection"
10      on the first page of the document.
11                    Do you see that document in front
12      of you on the screen?
13                    A.   I do.
14                    Q.   Have you ever seen a copy of this
15      document before?
16                    A.   Not that I recall.  I have looked
17      at several documents, though, so I may have.
18                    Q.   Okay.  You just don't recall one
19      way or the other whether you have seen this
20      document?
21                    A.   Right.
22                    Q.   Do you understand that you are
23      testifying as a Rule 30(b)(6) representative of
24      CBP today?
25                    A.   I do understand.
```



Page 24

```
 1                    Q.   In your own words, what does it
 2       mean to be a Rule 30(B)(6) representative of CBP?
 3                    A.   That I will be testifying not only
 4       on my knowledge in my individual capacity but as
 5       the knowledge of CBP for the San Diego field
 6       office.
 7                    Q.   Correct.
 8                    MR. MEDLOCK:  And if we can move to
 9       Tab 7 that we will mark as 182 to the deposition.
10                    (Exhibit No. 182 was marked for
11                    identification by the shorthand
12                    reporter and is attached hereto.)
13       BY MR. MEDLOCK:
14                    Q.   Do you see a section that begins at
15       Line 17 of Page 7 entitled "Topics for
16       Examination"?
17                    A.   I do.
18                    Q.   Do you know which topics you are
19       here to testify on behalf of the San Diego field
20       office?
21                    A.   I do.
22                    Q.   Which topics are those, in your own
23       words?
24                    A.   For the implementation and steps
25       leading to metering and communications with INAMI.
```



Page 25

```
 1                    MR. MEDLOCK:  All right.  And if we
 2      can highlight Topic 2, Kevin, on this same page.
 3      BY MR. MEDLOCK:
 4            Q.   I put in front of you Topic 2 on
 5      Page 7 of Exhibit 182.
 6                    Is this one of the topics that you
 7      are testifying about today, Ms. Marin?
 8            A.   Yes, it is.
 9                    MR. MEDLOCK:  All right.  And if
10      you could scroll in, Kevin, to Topic 15.
11      BY MR. MEDLOCK:
12            Q.   You have an enlarged Topic 15.
13                    Is this one of the topics that you
14      are testifying as a 30(b)(6) representative of the
15      San Diego field office today, Ms. Marin?
16            A.   Yes.
17            Q.   When did you find out that you
18      would be a 30(b)(6) witness in this case?
19            A.   I believe it was late January or
20      February.
21            Q.   Who told you you were going to be a
22      30(b) -- I'm sorry.  Go ahead.
23            A.   It could have been earlier than
24      that, but that's -- to my memory, it was earlier
25      in the year.
```


MAGNA
LEGAL SERVICES

Page 26

```
 1              Q.   Who told you that you were going to
 2    be a 30(b)(6) representative?
 3              A.   Agency counsel.
 4              Q.   Do you recall which agency counsel
 5    told you that?
 6              A.   Yes.  It was my local agency
 7    counsel, Stacey Falkoff.
 8              Q.   Did that initial discussion with
 9    local agency counsel occur via telephone, e-mail,
10    or in person?
11              A.   I believe -- and I don't know which
12    came first, if it was telephone or e-mail, but
13    both kind of occurred, and then subsequently there
14    was some discussion.
15              Q.   I don't want to get into the
16    substance of any discussion you had with
17    attorneys, but the initial discussion about you
18    being a 30(b)(6) representative that you had over
19    the telephone with local agency counsel, how long
20    did that conversation last?
21              A.   I don't remember exactly how long
22    it lasted, but it was a short conversation on, you
23    know, what a 30(b)(6) witness would be or what
24    would be required of me, and then --
25                   MS. SHINNERS:  I am going to
```



Page 27

```
 1    counsel the witness not to reveal the substance of

 2    the conversation.

 3              He is not asking for the substance

 4    of your conversations with counsel.

 5    BY MR. MEDLOCK:

 6              Q.   When did you prepare -- begin

 7    preparing to testify as the 30(b)(6) witness in

 8    this case?

 9              A.   About two weeks ago.

10              Q.   What did you do to prepare?

11              A.   So I met with local counsel a

12    couple hours, you know, first week of -- a couple

13    hours -- a couple days during that week, and then

14    during the last week, every day for a couple hours

15    kind of discussing and making sure that I had

16    adequate knowledge as a 30(b)(6) versus in my

17    individual capacity.

18              Q.   In total how many hours in the last

19    two weeks have you spent preparing for today's

20    deposition as a 30(b)(6) witness?

21              A.   So I couldn't say for sure.  I

22    would say maybe between 30 and 40 hours over

23    the --

24              Q.   Is that your best estimate?

25              A.   That is my best estimate.
```



Page 28

```
 1                  Q.   During the conversations that you
 2      had, did you review -- I'm sorry -- during these
 3      meetings you had, did you review any documents to
 4      prepare you to testify as a Rule 30(b)(6) witness?
 5                  A.   I did look at some documents with
 6      counsel, yes.
 7                  Q.   How many documents did you look at
 8      with counsel?
 9                  A.   I don't know a number for sure.
10      There was no, like, page markings.  They were
11      consolidated electronic files, but there were
12      quite a few documents that I looked at, and some
13      required me to read in more detail than others.
14                  Q.   Of the 30 or 40 hours you spent
15      preparing to be a 30(b)(6) witness, how much of
16      that time was spent reviewing documents with
17      counsel?
18                  A.   I would say between a quarter and a
19      half.
20                  Q.   Who selected the documents that you
21      reviewed with counsel?
22                  A.   Local counsel.
23                  Q.   Did you ever request to look at any
24      documents other than those that were selected for
25      you by the local counsel?
```


MAGNA
LEGAL SERVICES

Page 29

```
 1              A.   I don't know that I specifically
 2    requested to look at any documents, but I know
 3    that, you know, some documents I looked at more
 4    than once, duplicate times.  So there were times
 5    when questions would come up, and to refresh my
 6    memory I would request to look at a document that
 7    I thought I had previously seen.
 8              Q.   Did you take any notes concerning
 9    the documents that you reviewed?
10              A.   No.
11              Q.   Were the documents that you
12    reviewed broken down into any categories?
13              A.   So just to sort them, they were
14    broken down by year.  So the group of documents by
15    the year that they were, I guess, generated or
16    that the events happened.
17              Q.   Did you discuss those documents
18    with anyone other than counsel?
19              A.   So I had two meetings with the DFO
20    regarding one of the documents.
21              Q.   When you say "the DFO," who was the
22    DFO that you met with?
23              A.   So Pete Flores is the director of
24    field operations for the San Diego field office.
25              Q.   And you said you had two meetings
```



Page 30

```
 1     with Mr. Flores.

 2                 When did those two meetings occur?

 3          A.    Within the past week or two.

 4          Q.    How long did those meetings last

 5     for?

 6          A.    They were pretty short meetings, 15

 7     or 20 minutes.

 8          Q.    Besides yourself and Mr. Flores,

 9     who else attended those meetings?

10          A.    The deputy DFO may have been at one

11     of them, but that would have been it.

12          Q.    When you say "deputy DFO," who was

13     that?

14          A.    Her name is Anne Maricich.

15          Q.    Can you spell her last name?

16          A.    M-a-r-i-c-i-c-h.

17          Q.    I think that's right.  You didn't

18     know this was going to be a spelling test but --

19          A.    No, I think that's right.  I can

20     look it up, but I'm pretty sure that's how you

21     spell it.

22          Q.    Okay.  Did any legal counsel attend

23     either of your two meetings with Mr. Flores?

24          A.    No.

25          Q.    What did you discuss with
```



Page 31

1    Mr. Flores during those two meetings?

2                  MS. SHINNERS:  So objection based

3    on work product.  These meetings while counsel was

4    not present were actually done at the direction of

5    counsel.

6                  So, Ms. Marin, to the extent that

7    what was discussed was done at the direction of

8    counsel, I am going to instruct you not to answer

9    this question.  If you can -- if any of the

10   meetings were not conducted at the direction of

11   counsel, you can answer.

12                  THE WITNESS:  Both were at the

13   direction --

14   BY MR. MEDLOCK:

15            Q.   Can you answer the question, then,

16   or are you going to follow your attorney's

17   instruction?

18            A.   I am going to follow my attorney's

19   instruction.  Both were done at the direction of

20   counsel.

21            Q.   What did you want to learn as the

22   result of the meeting with DFO Flores?

23                  MS. SHINNERS:  Same objection.  I

24   will instruct -- same objection on work product.

25   I am going to instruct the witness not to answer.



Page 32

```
 1    BY MR. MEDLOCK:
 2            Q.   Are you going to follow your
 3    attorney's instruction, Ms. Marin?
 4            A.   Yes.
 5            Q.   How many documents did you go over
 6    with DFO Flores during those two meetings?
 7            A.   We didn't go over the document.  We
 8    just discussed -- we didn't go over any document
 9    specifically.  We discussed some meetings
10    surrounding the document.
11            Q.   When you say "some meetings
12    surrounding the document," can you explain what
13    you mean?
14            MS. SHINNERS:  Objection.
15            Ms. Marin, I am going to instruct
16    you not to answer on the substance of the
17    conversation to the extent that they were directed
18    by counsel.  So I am going to instruct you not to
19    answer the question.
20    BY MR. MEDLOCK:
21            Q.   Are you going to follow your
22    attorney's instruction?
23            A.   Yes.
24            Q.   Besides meeting with DFO Flores,
25    Deputy DFO Maricich, and legal counsel, did you
```



Page 33

1    meet with anyone else to prepare for today's

2    deposition as a 30(b)(6) representative?

3            A.   I did.  I spoke with the APD and

4    watch commander at Calexico to ensure I have

5    proper knowledge of the events and relevant

6    information at that port of entry.  Counsel was

7    present at all of those meetings.

8            Q.   When you say "APD," what does that

9    acronym mean?

10           A.   I'm sorry.  Assistant port

11   director.

12           Q.   And who was the assistant port

13   director that you spoke with at Calexico?

14           A.   Ryan Koseor.

15           Q.   At one point was Mr. Koseor also

16   the deputy commander of the MCAT team at CBP?

17           A.   Yes.  He was detailed there for

18   some time.

19           Q.   And who was the watch commander at

20   Calexico that you spoke with to prepare for

21   today's deposition?

22           A.   His name is Gustavo Barretto.

23           Q.   Would you spell his last name?

24           A.   Yes.  B-a-r-r-e-t-t-o.

25           Q.   Was this just one conversation that



Page 34

1    you had with Mr. Koseor and Mr. Barretto, or was

2    it two different conversations?

3            A.   I think it was more than two.  It

4    may have been four or five different conversations

5    just trying to ensure I had enough detail as a

6    30(b)(6) because I don't have individual knowledge

7    to a great extent of Calexico.  So that was those

8    conversations.

9            Q.   Did these conversations happen in

10   person or over the telephone?

11           A.   They were telephonic.

12           Q.   And you said that counsel was

13   present for these conversations.

14                Who was the counsel that was

15   present?

16           A.   It was Stacey Falkoff.

17           Q.   In total how long did these four or

18   five conversations with Mr. Koseor and

19   Mr. Barretto last?

20           A.   Some longer than others, but I

21   would say in total if it was four or five, no more

22   than four or five hours in total.

23           Q.   All right.  Is there anyone else

24   you spoke to to prepare yourself as a 30(b)(6)

25   representative of the San Diego field office?



Page 35

```
 1                 A.   I did speak with DOJ counsel on
 2      three occasions during that prep period, as well
 3      as CBP headquarters counsel, Louisa Slocum.
 4                 Q.   For the three occasions that you
 5      spoke with DOJ counsel, when did those
 6      conversations take place?
 7                 A.   One was this past Tuesday, and then
 8      the other two were the previous week, I believe
 9      Friday.  And I don't remember when the first one
10      was.
11                 Q.   Did those conversations take place
12      over the telephone or videoconference or by some
13      other means?
14                 A.   The first was telephone and two
15      were video.
16                 Q.   In total how much time did you
17      spend speaking with DOJ counsel?
18                 A.   I believe it was six or seven
19      hours.
20                 Q.   During those six or seven hours
21      that you spoke to DOJ counsel, were you shown any
22      documents?
23                 A.   I was.
24                 Q.   Approximately how many documents
25      were you shown by DOJ counsel during those six or
```



Page 36

```
 1    seven hours of prep time?
 2              A.   I don't remember how many, but it
 3    was a small amount, maybe four or five documents.
 4              Q.   And who selected those documents
 5    that were shown to you?
 6              A.   DOJ counsel.
 7              Q.   And you mentioned that you also
 8    spoke to agency counsel, Ms. Slocum.
 9              Was that also in connection with
10    the three times you spoke to DOJ, or were they
11    separate conversations?
12              A.   That was in connection -- at the
13    same time.
14              Q.   Did you review any deposition
15    transcripts to prepare yourself to testify as a
16    30(b)(6) witness in this case?
17              A.   I scanned through the deposition
18    transcripts of EAC Owen and XD Howe.
19              Q.   When you say you "scanned through,"
20    can you explain what you mean by that?
21              A.   So I didn't read them in their
22    entirety, but I did read parts of them during my
23    preparation.
24              Q.   Were you given the entire
25    deposition transcript by counsel, or were you just
```



Page 37

```
 1    given excerpts to read?

 2              A.   I have both transcripts in their

 3    entirety.

 4              Q.   Did you make notes or highlight or

 5    underline those transcripts in any way?

 6              A.   I did not.

 7              Q.   Did you ask to see any other

 8    deposition transcripts to prepare for your

 9    deposition today?

10              A.   I did not.

11              Q.   Did you review any responses to

12    interrogatories to prepare to testify as a

13    Rule 30(b)(6) witness in this case?

14              A.   I did.

15              Q.   Do you recall which interrogatory

16    responses you reviewed?

17              A.   So I have reviewed a few of them,

18    but the ones I have most recently been involved

19    with that I can remember are 18 and 19 and then 20

20    and 21.

21              Q.   These are the interrogatory

22    responses regarding how the limit-line position is

23    set up; is that right?

24              A.   Right.

25              Q.   How long did you spend reviewing
```



Page 38

1    those interrogatory responses to prepare yourself

2    to testify today?

3              A.   I didn't have to spend a lot of

4    time reviewing them, just to refresh my memory,

5    because I did assist in preparing those responses.

6              Q.   Did you take any notes or underline

7    or highlight any of the interrogatory responses in

8    order to prepare yourself to testify?

9              A.   I did not.

10             Q.   Did you speak to anyone at the

11   Otay Mesa port of entry, O-t-a-y, M-e-s-a, to

12   prepare yourself to testify as a Rule 30(b)(6)

13   witness in this case?

14             A.   I did not.  I have previous

15   knowledge of Otay Mesa.

16             Q.   How about the Tecate port of entry,

17   did you speak to anyone at that port of entry to

18   prepare yourself to testify as a Rule 30(b)(6)

19   witness in this case?

20             A.   So I did speak to the officer in

21   charge at Tecate with counsel regarding

22   preparation in this case.

23             Q.   Who was the officer in charge that

24   you spoke with?

25             A.   His name is Shawn Carroll.



1          Q.   When did your conversation with

2     Mr. Carroll take place?

3          A.   I don't remember the exact day.

4     It's sometime in the last two weeks.

5          Q.   How long did the conversation with

6     Mr. Carroll last?

7          A.   About 15 or 20 minutes.

8          Q.   Was it over the phone?

9          A.   It was.

10          Q.   And you said that counsel was also

11     present for that conversation.

12               Who was the counsel that was

13     present for the conversation?

14          A.   It was Stacey.

15          Q.   When you were either in meetings

16     with individuals or on the phone with other --

17     with individuals from CBP preparing to testify,

18     did you take any notes regarding your

19     conversations?

20          A.   I did not.

21          Q.   Besides Mr. Carroll, have you

22     spoken to anybody else at the Tecate port of entry

23     to prepare yourself to testify as a 30(b)(6)

24     witness in this case?

25          A.   I have not.



Page 40

```
 1                    Q.   Have you spoken to anybody at the

 2          Andrade port of entry to prepare yourself to

 3          testify as a 30(b)(6) witness in this case?

 4                    A.   No.

 5                    Q.   Did you make the decision not to

 6          talk to anybody at Andrade?

 7                    A.   For 30(b)(6), it was my

 8          understanding that Otay, Calexico, and San Ysidro

 9          were what I would be required to have knowledge

10          over.

11                    Q.   Did you review any documents that

12          were produced by Al Otro Lado, Incorporated, in

13          this litigation to prepare yourself to testify

14          today as a 30(b)(6) witness?

15                    A.   I believe I have seen the

16          Complaints at some point in preparation.

17                    Q.   Besides the Complaints, have you

18          seen any other documents that were -- I am

19          thinking of, like, e-mails that were produced by

20          Al Otro Lado during the course of this litigation

21          as you were preparing yourself to testify as a

22          30(b)(6) witness?

23                    A.   Not that I can specifically

24          remember, no.

25                    Q.   Do you have any personal views
```



Page 41

1      about Al Otro Lado as an organization?

2                      MS. SHINNERS:  Object to the scope.

3      BY MR. MEDLOCK:

4                Q.    You can answer.

5                A.    I do not.

6                Q.    You don't have any opinions one way

7      or the other about them?

8                      MS. SHINNERS:  Same objection to

9      scope.

10                      THE WITNESS:  I don't.

11      BY MR. MEDLOCK:

12                Q.    Besides the Complaint that was

13      filed in this case, have you reviewed any other

14      documents that were filed with the court in this

15      case or to prepare yourself to testify as a

16      Rule 30(b)(6) witness?

17                      MS. SHINNERS:  And, Ms. Marin, I am

18      going to counsel you not to answer to the extent

19      your answer would reveal the selection of

20      documents by counsel for preparation for this

21      deposition besides selection.  If you can answer

22      without revealing that, then you may do so.

23      BY MR. MEDLOCK:

24                Q.    Right now I am just looking for a

25      "yes" or a "no," so hopefully that won't reveal



Page 42

1     anything.

2                    A.   I don't remember.  I mean, I have

3     looked at quite a few documents, so I don't

4     remember specifically what documents we reviewed.

5                    Q.   Have you ever heard of an academic

6     by the name of Stephanie Leutert, L-e-u-t-e-r-t?

7                    A.   I don't recall that name.

8                    Q.   Have you reviewed any work done by

9     Ms. Leutert in connection with this case in order

10    to prepare yourself to testify as a 30(b)(6)

11    witness?

12                   A.   I don't recall ever seeing that

13    name specifically, no.

14                   Q.   Were you provided with any written

15    statements or documents to refer to during your

16    testimony today?

17                   A.   Written statements?

18                   Q.   Yes.

19                   A.   Handwritten?

20                   Q.   Or typed, yes.

21                   A.   I'm not sure I understand what you

22    mean by "written statement."

23                   Q.   Were you given by your attorneys

24    any written statements that you should read into

25    the record in response to any of my questions



Page 43

1    today?

2              A.    So are you asking if my -- if the

3    attorneys wrote statements?

4              Q.    Right, for you to read today.

5              A.    No.

6              Q.    We have talked about interviews you

7    did with CBP employees, meetings with agency

8    counsel and DOJ counsel and local counsel, and

9    documents and depositions and interrogatories that

10   you have reviewed.

11             Have you done anything else to

12   prepare yourself to testify as a Rule 30(b)(6)

13   witness in this case?

14             A.    No.

15             Q.    Outside of the meetings you had

16   with agency counsel, local counsel, and DOJ

17   counsel, have you met with any other -- and the

18   interviews we discussed, have you met with anyone

19   else to prepare yourself to testify today?

20             A.    No.

21             Q.    Did any of the documents that you

22   were shown either by agency counsel or DOJ counsel

23   jog your memory about CBP's policies with respect

24   to asylum seekers?

25             A.    Some of them, yes, they may have



Page 44

1     jogged my memory.

2              Q.   How so?

3              MS. SHINNERS:  Objection.  Again, I

4     have the same objection to this line of

5     questioning.  If the answer to the question would

6     reveal the selection of documents by counsel, then

7     instruct the witness not to answer.  The refreshed

8     recollection exception applies when the specific

9     information to which the witness's recollection

10    was refreshed is elicited via questioning.

11             MR. MEDLOCK:  I will thank you not

12    to make speaking objections.  As you know under

13    Rule 30(b), objections should be concise.  If you

14    are instructing the witness not to answer, that's

15    where the objection should stop, and beyond that

16    it becomes coaching.

17             I am trying to lay that foundation,

18    but it seems that you have cut me off.

19    BY MR. MEDLOCK:

20             Q.   So I will ask a different question,

21    Ms. Marin.

22             Were there facts relied to metering

23    or queue management that you did not remember

24    before viewing the documents that were shown to

25    you by counsel that you now remember as a result



Page 45

1      of having reviewed those documents?

2              A.   I remember recalling facts from

3      certain documents where, you know, I saw a

4      document and it was like, oh, I hadn't remembered

5      that that occurred, but specifics to which facts,

6      those were -- again, we reviewed a few documents

7      and went through quite a bit of information, so I

8      don't remember specifics on that.

9              Q.   So you know that your memory was

10     jogged, but you can't tell me as you sit here

11     today specifically how it was jogged because you

12     saw so many documents; is that right?

13             A.   Right.  I can't tell you, like,

14     what specific event was jogged.  There were a

15     couple documents that I previously didn't remember

16     and that in review I did remember seeing those

17     previously.

18             Q.   Have you read any news stories

19     regarding this lawsuit?

20             A.   Are we saying during preparation or

21     just ever?

22             Q.   Generally.

23             A.   I recall seeing some news stories

24     very early on in Al Otro Lado, but recently I have

25     not read anything.



Page 46

```
1                    Q.   When was the last time you think
2       you read a news story about this litigation?
3                    A.   Well --
4                    MS. SHINNERS:  Objection to scope.
5                    You can answer.
6                    THE WITNESS:  It's been a few years
7       that I have seen anything regarding Al Otro Lado
8       as far as a news story.
9                    MR. MEDLOCK:  Katie, can you
10      explain your scope objections to me?  Because this
11      witness is here in both her personal capacity and
12      in the representative's.  So I don't understand
13      the scope objection.
14                   MS. SHINNERS:  So I am making a
15      scope objection if I think it's outside of the
16      30(b)(6) topics, and that is precisely so that is
17      clear whether we think she would be testifying in
18      her personal capacity versus her capacity as a
19      representative of CBP as a 30(b)(6)
20      representative.
21                   MR. MEDLOCK:  Okay.  Thank you for
22      explaining.
23      BY MR. MEDLOCK:
24                   Q.   Outside of the work you did to
25      prepare yourself to testify today, have you
```



Page 47

1    discussed the lawsuit filed by Al Otro Lado with

2    anyone, either inside or outside of CBP?

3              MS. SHINNERS:  Object to the scope.

4              THE WITNESS:  I have discussed the

5    fact that I have a disposition coming up with my

6    fiancé at home, but not with any specific detail

7    on, you know, what I needed to -- what I was

8    working on or talking about.

9    BY MR. MEDLOCK:

10             Q.   Okay.  Besides your fiancé, you

11   haven't discussed this case outside of work you

12   have done to prepare with lawyers or other CBP

13   officials with anyone?

14             A.   Well --

15             MS. SHINNERS:  Object to the scope.

16             THE WITNESS:  I have had

17   discussions with the port director, you know, in

18   the past just in general on metering.  So specific

19   to this case, I would say that crosses over, but,

20   you know, I have had conversations with him.

21   BY MR. MEDLOCK:

22             Q.   And when you say "port director,"

23   you are referring to Sidney Aki?

24             A.   I am.

25             Q.   How many conversations have you had



Page 48

1    with Port Director Aki that could cross over into

2    the discussions about this litigation?

3              A.   Well, it's part of our everyday

4    operation.  So, I mean, it would have occurred

5    frequently just in the scope of our day-to-day

6    business.

7              Q.   When you say "it's part of our

8    everyday operations," what's the "it" that you are

9    referring to?

10             A.   Just queue management and, you

11   know, the processing of migrants without documents

12   in general.

13             Q.   And that's because the San Ysidro

14   port of entry has been metering or using queue

15   management for most of the time period from

16   January 1st, 2016, through the present; isn't that

17   right?

18             A.   San Ysidro started metering in May

19   of 2016.

20             Q.   Right.  And since then metering has

21   been fairly constant at the San Ysidro port of

22   entry; correct?

23             A.   Fairly constant but there was a

24   break.  So San Ysidro started metering in May of

25   '16 through February of '17 and did not start



Page 49

1    again till December of '17, but outside of those

2    windows, yes.

3                Q.    And it's still metering today;

4    correct?

5                A.    Correct.

6                Q.    What's the highest level of

7    education you have attained?

8                A.    I have a high school degree, but I

9    did attend four years of college.  Did not

10   graduate.

11               Q.    What college did you attend?

12               A.    The University of La Verne.

13               Q.    You received -- I'm sorry.  I

14   missed the name of it.

15               A.    University of La Verne.

16               Q.    Of La Verne.  Thank you.

17                     What was your major during the time

18   you were enrolled at the University of La Verne?

19               A.    I changed it a couple times.

20   Started as communications and changed to

21   philosophy.

22               Q.    And how many credits were you short

23   of graduating when you left after four years?

24               A.    I think it's probably six or eight.

25   I just never got back to finish them.



Page 50

1          Q.   Understood.

2               Have you ever taken or audited any

3     graduate-level courses since you left the

4     University of La Verne?

5          A.   Not yet.  I am scheduled to

6     participate in a leadership program through the

7     naval postgraduate school.  It was due to start

8     June 1st, but given the current travel -- yeah,

9     it's not, so...

10         Q.   I understand.

11              Starting from the time that you

12    left the University of La Verne up until the time

13    that you joined CBP, what was -- can you give me a

14    brief description of your career history?

15         A.   So at University of La Verne and

16    then -- I don't remember when I stopped working --

17    I worked in radio from high school up through

18    college, and then after college I was employed by

19    GEICO as a claims adjuster, and I left GEICO for

20    CBP.

21         Q.   When did you decide to join CBP?

22         A.   I believe I applied in 2005.

23    Initially it took a little while to kind of go

24    through the background and medical and all of, you

25    know, kind of clearance and physical fitness



Page 51

1    standards.  So -- but I believe I first tested in

2    2005 and then finally got hired in 2008.

3                  Q.    When did you begin training to

4    become a CBP officer?

5                  A.    I believe I left the academy in

6    January.  If it wasn't -- my entrance-on-duty date

7    was late December of 2008.  So I don't know if I

8    left right away for the academy for training or if

9    it was in January, but there was about a -- I

10   think it was a two-week kind of lag.  So may have

11   been early January of 2009.

12                 Q.    So you were on duty as CBP officer

13   before you did the standard training that every

14   officer gets; is that right?

15                 A.    Can you define what you mean by "on

16   duty as a CBP officer"?

17                 Q.    Yeah.  I guess what I am interested

18   is you said you entered on duty.

19                      What does that mean?

20                 A.    So when you are sworn in -- so when

21   officers come in to -- when they are hired, they

22   are sworn in locally and they have a bunch of

23   administrative work to do prior to leaving for the

24   academy.  So I wouldn't say --

25                 Q.    Okay.  I understand now.



Page 52

```
 1                    A.   I wasn't on duty as an officer, but
 2       I was employed at that point.
 3                    Q.   I got it.
 4                         Where did you complete your
 5       training?
 6                    A.   At FLETC?
 7                    Q.   Okay.  During that training, did
 8       you take any courses or any sort of training
 9       regarding U.S. asylum law?
10                    A.   I don't remember the specifics of
11       the training, but in general there were courses on
12       immigration law.
13                    Q.   Was there any coursework on how
14       noncitizens that request asylum at a port of entry
15       should be processed and inspected?
16                    A.   Again --
17                         MS. SHINNERS:  I just want to
18       object to the scope.  Just to clarify, she is not
19       testifying on behalf of CBP, the training.
20                         Go ahead.  You can answer.
21                         THE WITNESS:  I don't remember
22       specifically.  I remember learning aspects of
23       immigration law at the academy.  I don't remember
24       specifically, you know, which aspects we learned.
25       ///
```



Page 53

1    BY MR. MEDLOCK:

2                Q.    After your training, what was your

3    first job at CBP?

4                A.    I worked as an officer at the

5    Long Beach seaport.

6                Q.    And what year did you begin working

7    as an officer at the Long Beach seaport?

8                A.    It would have been in 2009 once the

9    academy was complete.

10               Q.    And how long did you work as an

11   officer at the Long Beach seaport?

12               A.    I believe I stayed in Long Beach.

13   I don't remember the last -- the exact date that I

14   transferred down to San Diego, but it was either

15   late -- or maybe mid 2011 or early 2012.

16               Q.    And when you transferred down to

17   San Diego, are you referring to the San Diego

18   field office?

19               A.    Yes.  So I transferred to the

20   Otay Mesa port of entry.  At the time the

21   Otay Mesa port of entry still fell under the San

22   Ysidro port of entry and port director.

23               Q.    I see.

24                     And when you went to work at the

25   Otay Mesa port of entry, what was your position at



Page 54

1    Otay Mesa?

2              A.    I was CBP officer.

3              Q.    And how long approximately did you

4    work at the Otay Mesa port of entry as CBP

5    officer?

6              A.    Until I was promoted to supervisory

7    CBP officer, and I have to check the exact date.

8    I believe it was 2014, but I am not positive.

9              Q.    Okay.  During the time you were a

10   CBP officer at the Otay Mesa port of entry, what

11   were your responsibilities?

12             A.    So I worked in passenger processing

13   initially.  So what we call "frontline position,"

14   kind of primary and secondary inspections.  And

15   then -- gosh, I don't remember what the time frame

16   was.  I did some work, switched out of primary and

17   secondary into what we call "hard secondary" or

18   "admissibility processing."

19             Q.    When you say "passenger

20   processing," primary and secondary, are you

21   referring to individuals that come through the

22   vehicle lane at Otay Mesa?

23             A.    Both vehicle and pedestrian.

24             Q.    Okay.  And explain to me the

25   difference between primary and secondary for



Page 55

1    purposes of processing.

2              A.    So primary is just the initial

3    encounter, and so the officers in a primary

4    position have a very short time to make a decision

5    on whether someone is admissible or potentially

6    conducting some type of illicit activity.  So the

7    officer will do some cursory interviews, also

8    system checks.  Again, very short time frame.

9              On primary if the officer feels or

10   if I felt as an officer that something warranted

11   further inspection, then the person would be

12   referred to secondary for more in-depth

13   examination.

14             Q.    And you mentioned sort of

15   post-secondary admissibility, doing some work in

16   that area.  Can you explain what you meant by

17   that?

18             MS. SHINNERS:  I just want to

19   object to the scope just for the same reason.

20   Thank you.

21             THE WITNESS:  So admissibility for

22   us, when someone is inadmissible, does not have

23   documents to enter the United States and they

24   require processing, whatever processing that is as

25   appropriate to whatever type of case is in front



Page 56

1    of you, then there is a specialty unit because

2    that is a special skill set that would process

3    that.  So that's what I meant by doing some work

4    in the admissibility unit.

5    BY MR. MEDLOCK:

6            Q.   And when you say the special unit

7    related to admissibility, in the Otay Mesa and

8    San Ysidro ports of entry, that's referred to as

9    the admissibility and enforcement unit, or AEU; is

10   that correct?

11           A.   That's correct.

12           Q.   You mentioned that you became a

13   supervisory CBP officer around 2014; is that

14   correct?

15           A.   Yeah.  I would have to double-check

16   the date, but I believe it was around 2014.

17           Q.   And you were a supervisory CBP

18   officer until approximately February 2016; is that

19   right?

20           A.   Again, I would have to

21   double-check, but I believe so.

22           Q.   Explain to me the difference

23   between a supervisory CBP officer and just a

24   regular CBP officer.

25                MS. SHINNERS:  Object to the scope.



Page 57

1              You can answer.

2              THE WITNESS:  So the supervisory

3    CBP officer is kind of the first level of

4    supervision over the CBP officer.  So they give

5    instructions.  They provide guidance.  They handle

6    plan cards.  It's the first level of supervision.

7    BY MR. MEDLOCK:

8              Q.   What were your responsibilities as

9    a supervisory CBP officer?

10             A.   So, again, it's oversight of the

11   operation.  I was assigned a team, and so

12   mentorship to that team, ensure we were following

13   policy.  Again, you know, processing any payroll,

14   leave requests, and really just being the first

15   line of supervision for the officers.

16             Q.   When you say you had oversight

17   over, quote, "the operation," what's the operation

18   you are referring to?

19             A.   So as a supervisor at San Ysidro,

20   we have several different areas where -- you know,

21   of inspection and processing.  And so there are

22   supervisors assigned in each area to ensure that

23   there is someone there for officers to reach out

24   to for any issues that arise.

25             Q.   And what was the area of inspection



Page 58

1    and processing that you were assigned to?

2              A.   So there are several, and it

3    rotates every day.  So I could have been over

4    schedules one day, you know, over vehicle

5    secondary another, over vehicle primary another,

6    pedestrian primary.  So it varied from day to day.

7              Q.   Around February 2016 you became the

8    watch commander at the San Ysidro port of entry;

9    is that correct?

10             A.   So I became a second-line chief

11   before watch commander.

12             Q.   Okay.  Explain to me what a

13   second-line chief does.

14             A.   So second-line chief --

15             MS. SHINNERS:  Objection to scope.

16             Go ahead, Ms. Marin.

17             THE WITNESS:  Sure.

18             A second-line -- and we refer to it

19   as chief, and it's referred to as different titles

20   in different -- at different ports and even

21   different field office, but they are the second

22   line.  So they have supervisory oversight over

23   the -- what we call "supervisory CBP officers"

24   with the SCBPOs, so first lines.

25                  And then part of their



Page 59

1    responsibilities, they do rotate into all those

2    positions that a first-line supervisor would

3    rotate into, and then there is an additional

4    responsibility in what we call the "operations

5    chief" which really kind of runs the shift as far

6    as vehicle traffic management, scheduling, what

7    staffing for the next shifts should look like,

8    what overtime should look like based on what they

9    have in front of them on that shift.

10   BY MR. MEDLOCK:

11           Q.   Do you recall when you became a

12   second-line chief?

13           A.   I have to double-check the dates on

14   that.  I know my declaration, one of them may

15   have -- we may have accidentally omitted that

16   second line to watch commander role.

17           Q.   Okay.

18           A.   From memory it was late in '15, and

19   then watch commander was January -- I believe

20   January.  And I have to -- I can track down or

21   double-check those dates, but I believe it was

22   January of '07.

23           Q.   And at some point you became watch

24   commander at San Ysidro; is that correct?

25           A.   Correct.



Page 60

1           Q.   What does the -- what were the

2      responsibilities you had as a watch commander?

3           A.   So watch commander at San Ysidro

4      really is who -- is really the commander of the

5      shift.  Right?  So as events come up, they are

6      responsible for reporting to -- you know, up to

7      port leadership.  They are responsible for

8      ensuring that the chiefs and supervisors and even,

9      you know, the officers have any resources they

10     need.  They are responsible for maintaining the

11     traffic.  Again, they are writing any reports on

12     reportable events that occurred throughout each

13     shift.  So the watch commander is really the one

14     that runs the -- the operation on the shift in

15     that environment.

16          Q.   When you referred to shifts, the

17     San Ysidro port of entry is a 24-hour port of

18     entry; correct?

19          A.   Correct.



Page 61

15          MS. SHINNERS:  Object to the scope.



Page  62

2    BY MR. MEDLOCK:

3            Q.   Okay.  I think you answered my

4    question, actually.

5            So when you talked about extended

6    wait times, have you ever heard of something

7    called an "SIR" for wait times?

8            A.   I have.

9            Q.   What's an SIR?

10           A.   It's a significant --

11               MS. SHINNERS:  Object to the scope.

12               Go ahead, Ms. Marin.

13               THE WITNESS:  It's a significant

14    incident report.

15   BY MR. MEDLOCK:

16           Q.   Under what circumstances will a

17    significant incident report be issued regarding

18    wait times at the port of entry?

19               MS. SHINNERS:  Object to the scope.

20               THE WITNESS:  So there are certain

21    thresholds in which ports of entry are required to

22    generate an SIR based on those wait times.  And

23    offhand I just don't recall what the thresholds

24    are.

25    ///



Page 63

```
 1    BY MR. MEDLOCK:
 2              Q.   Are there specific thresholds for
 3    pedestrian wait times for an SIR?
 4                   MS. SHINNERS:  Object to the scope.
 5                   THE WITNESS:  I would have to
 6    double-check the SIR policy.  I'm not sure if
 7    there are specifics for that.
 8    BY MR. MEDLOCK:
 9              Q.   Have you ever heard of something
10    called a "watch commander report"?
11              A.   I have.
12              Q.   Can you describe what a watch
13    commander report is as it's used at the CBP port
14    of entry?
15                   MS. SHINNERS:  Object to the scope.
16                   THE WITNESS:  So the watch
17    commander report is a report that is sent out to
18    all the other watch commanders at port leadership
19    on just the general -- the general flow of the
20    prior shift so that everyone gets a pass-down on,
21    you know, any occurring -- any events that
22    occurred on the previous shift.
23    BY MR. MEDLOCK:
24              Q.   And when you say "any events," that
25    could include narcotics interdiction, terrorist
```



Page 64

1    watch list hit, SIRs for wait times.

2                    Is there anything else?

3            A.    Yeah.  I would say --

4                    MS. SHINNERS:  Objection to scope

5    and form.

6                    THE WITNESS:  I wouldn't say it's

7    all inclusive of everything on the shift.  It

8    would be significant events that the previous --

9    that the following shift either needs to close out

10   or address.  So if there was, you know, a watch

11   list hit that was resolved all in one shift, that

12   wouldn't typically go on a watch commander's

13   report.  So it would really be if there was a

14   reason or a need for follow-up on that.

15   BY MR. MEDLOCK:

16           Q.    Okay.  So it's sort of like you are

17   telling the next watch commander, 'Here is what

18   I'm leaving you,' essentially?

19           A.    For the most part --

20                   MS. SHINNERS:  Objection to scope

21   and form.

22                   THE WITNESS:  For the most part.

23   It may have, you know, some info on previous

24   shift, but to the extent that a watch commander

25   report is all-inclusive, there is so much going on



Page 65

```
 1    on any given day on any shift that I don't think
 2    it's fair to think that any watch commander would
 3    get every single thing that happened on a shift in
 4    all the reports.
 5    BY MR. MEDLOCK:
 6              Q.    When did you become the assistant
 7    director of field operations for the San Diego
 8    field office?
 9              A.    In September of '19.
10              Q.    What are your current
11    responsibilities as assistant director of field
12    operations for the San Diego field office?
13              A.    So I provide support to the DFO for
14    the board of security realm.  So the San Diego
15    field office is kind of in a realignment phase.
16    So I also still do quite a bit of work and work
17    under the division director for the enforcement
18    division in San Diego.  So in the tactical
19    environment, I kind of serve dual purpose in that
20    role as well.
21              Q.    Who is the enforcement director
22    that you work under?
23              A.    Her name is Rosa Hernandez.
24              Q.    And what's the responsibilities of
25    enforcement as opposed to border security?
```



Page 66

```
 1                    MS. SHINNERS:  Object to the scope.
 2                    THE WITNESS:  So border security, a
 3       lot of the enforcement teams, if you will, are
 4       several units within the enforcement division.
 5       Most fall under the scope of border security.  And
 6       so there are several units kind of with specialty
 7       skill sets within the enforcement division.
 8       BY MR. MEDLOCK:
 9            Q.   Let me just back out for a second
10       about the San Diego field office and make sure I
11       understand a couple things.
12                    So there's four ports of entry in
13       the San Diego field office; is that correct?
14            A.   There are -- are we talking land
15       ports of entry?
16            Q.   Land ports of entry, that's
17       correct.
18            A.   There are five.
19            Q.   So there's San Ysidro, Otay Mesa,
20       Calexico West, Calexico East -- I'm sorry.  I see
21       what you are saying.  You have San Ysidro, Otay
22       Mesa, Calexico, Tecate, and Andrade.
23                    Those are the five?
24            A.   Correct.
25            Q.   Have you ever heard the term
```



Page 67

1    "capacity" used with respect to any of those ports

2    of entry?

3              A.   Capacity in general or just have I

4    ever heard it?

5              Q.   Have you ever heard the term

6    "capacity" used with respect to inspecting and

7    processing noncitizens who present themselves at

8    those five land ports of entry?

9              A.   Yes, I have.

10             Q.   What does the term "capacity" mean

11   to you as it's used with respect to processing and

12   inspecting noncitizens that present themselves at

13   the five land ports of entry in the San Diego

14   field office?

15             MS. SHINNERS:  I just want to

16   clarify.  Are you asking her personally or asking

17   her view as a CBP?

18             MR. MEDLOCK:  So I am asking her

19   personally because I think that's not encompassed

20   in the two topics that she is being asked to

21   testify about.

22             MS. SHINNERS:  Okay.

23             THE WITNESS:  So I think we really

24   need to define "capacity," and so the term

25   "capacity," plus there are really two different



Page 68

1       terms for that.  There is a physical capacity

2       that's kind of a set number that's -- that really

3       is not operationally feasible.  There is an

4       operational capacity that fluctuates from day to

5       day, minute to minute.  So there are different

6       capacities of ports of entry.

7       BY MR. MEDLOCK:

8               Q.   To your knowledge, is the

9       distinction between physical capacity and

10      operational capacity memorialized in any sort of

11      regulation?

12              MS. SHINNERS:  Object to the scope.

13              THE WITNESS:  So to my knowledge, I

14      don't know that there is any regulation where

15      that's memorialized.

16      BY MR. MEDLOCK:

17              Q.   Is there any sort of statute that

18      makes a distinction between physical capacity and

19      operational capacity, to your knowledge?

20              MS. SHINNERS:  Object to the scope.

21              THE WITNESS:  My -- not to my

22      knowledge.

23      BY MR. MEDLOCK:

24              Q.   Is there any form of guidance from

25      OFO leadership that makes a distinction between



Page 69

1        physical capacity and operational capacity that

2        you are aware of?

3                    MS. SHINNERS:  Object to the scope.

4                    THE WITNESS:  So we have always had

5        an operational capacity, you know, for as long as

6        I have kind of worked in detention, and so that

7        there is specific guidance on what is and what is

8        not operational capacity, to my knowledge, no.

9        BY MR. MEDLOCK:

10                   Q.   So the answer is you are not aware

11       of any guidance from OFO leadership that defines

12       the difference between physical capacity and

13       operational capacity; is that right?

14                   MS. SHINNERS:  Object to the scope.

15                   THE WITNESS:  I'm not sure I

16       understand your question fully.

17       BY MR. MEDLOCK:

18                   Q.   Have you ever received a memorandum

19       from anybody in the leadership of OFO that

20       explained the difference between operational

21       capacity and physical capacity?

22                   MS. SHINNERS:  Object to the scope.

23                   THE WITNESS:  So I have seen a

24       memorandum that talks about operational capacity,

25       but to the extent that it defines it and gives us



Page 70

1    guidance on what that is, I would say it does not

2    do that.

3    BY MR. MEDLOCK:

4         Q.    Have you ever seen a standard

5    operating procedure that defines the term

6    "operational capacity" and explains what it is?

7              MS. SHINNERS:  Object to the scope.

8              THE WITNESS:  That defines it, no.

9    And I'm not sure.  I would have to look back at

10   any of the standard operating procedures, but,

11   again, for as long as I have worked in detention

12   as a manager, going back to '15-'16, we have

13   always used operational capacity.

14   BY MR. MEDLOCK:

15        Q.    Have you ever seen a written muster

16   that defines the term "operational capacity"?

17             MS. SHINNERS:  Object to the scope.

18             THE WITNESS:  That defines

19   "operational capacity"?  Not that I can recall,

20   no.

21   BY MR. MEDLOCK:

22        Q.    Are you aware of any sort of

23   official document at CBP that defines the term

24   "operational capacity"?

25             MS. SHINNERS:  Object to the scope.



Page 71

1                    THE WITNESS:  Again, I have seen

2    documents that say "operational capacity" and

3    discuss it, but that actually define what that is,

4    I am not aware, no.

5                    MS. SHINNERS:  Is now --

6                    MR. MEDLOCK:  I have just got a

7    couple more questions.  I have just got a couple

8    more questions and we can take a break.  Thank

9    you, Katie.

10   BY MR. MEDLOCK:

11        Q.   So that I understand, you

12   understand what the term "operational capacity"

13   means, but you have never seen any sort of

14   document at CBP that defines the term?

15                    MS. SHINNERS:  Object to the scope.

16                    THE WITNESS:  That specifically

17   define what exactly it is, I have not seen that.

18   BY MR. MEDLOCK:

19        Q.   There is no official guidance that

20   tells CBP employees how they should define the

21   term "operational capacity"; correct?

22                    MS. SHINNERS:  Object to the scope.

23                    THE WITNESS:  Again, in my

24   knowledge, no.

25   ///



Page 72

 1    BY MR. MEDLOCK:

 2              Q.   Do you know whether your definition

 3    of "operational capacity" is the same

 4    understanding of operational capacity that a CBP

 5    officer would have at the port of entry in Texas?

 6              MS. SHINNERS:  Object to the scope.

 7              THE WITNESS:  So all of the

 8    dynamics that go into operational capacity, it

 9    would not be the same understanding and it would

10    differ from port of entry to port of entry, from

11    day to day and sometimes by hour, you know, from

12    hour to hour because really ports of entry don't

13    know what's coming in towards them.

14    BY MR. MEDLOCK:

15              Q.   My question is a little different.

16              Have you ever spoken to somebody at

17    a port of entry in Texas to determine how they

18    define the term "operational capacity"?

19              A.   To define it --

20              MS. SHINNERS:  Object to the scope.

21    BY MR. MEDLOCK:

22              Q.   I couldn't hear you, Ms. Marin.

23    I'm sorry.

24              A.   I have not spoken to someone in

25    Texas to define "operational capacity."



Page 73

 1              Q.   So you don't know how they define
 2      it in the land ports of entry in Texas, do you?
 3                   MS. SHINNERS:  Object to the scope.
 4                   THE WITNESS:  I don't.
 5      BY MR. MEDLOCK:
 6              Q.   So "operational capacity" is a term
 7      that has never been officially defined by CBP, as
 8      far as you know?
 9                   MS. SHINNERS:  Object to the scope.
10                   THE WITNESS:  As far as I know, it
11      has not been officially defined, no.
12                   MR. MEDLOCK:  Okay.  Now would be a
13      good time for a break.
14                   MS. SHINNERS:  Okay, great.  Thank
15      you.
16                   MR. MEDLOCK:  Want to take ten
17      minutes?
18                   MS. SHINNERS:  I think -- yeah.
19      Like, 10 or 12 would be great.
20                   MR. MEDLOCK:  Okay.
21                   VIDEOGRAPHER:  The time is 9:56
22      a.m.  We are now off the record.
23              (Whereupon, a recess was held from
24              9:56 a.m. to 10:12 a.m.)
25                   VIDEOGRAPHER:  The time is 12:13



Page 74

```
 1    a.m.  We are now back on the record.
 2    BY MR. MEDLOCK:
 3              Q.   Welcome back, Ms. Marin.
 4              During the break, did you discuss
 5    the substance of your testimony with your counsel?
 6              A.   I did.
 7              Q.   Which counsel did you discuss the
 8    substance of your testimony with?
 9              A.   All of them.
10              Q.   And what was discussed about the
11    substance of your testimony?
12              MS. SHINNERS:  Objection.  Calls
13    for attorney-client communication.
14              MR. MEDLOCK:  No, it doesn't.  Hill
15    versus Clifton.  There is a lot of other cases
16    about this that when the witness is sworn in and
17    discusses the substance of their testimony during
18    the break, it is a -- it is proper grounds for
19    examination.  So I will ask my question again.
20              Sure, it's an Eastern District of
21    Pennsylvania case from, I believe, 1995, and
22    there's many, many cases that have followed it.
23              MS. SHINNERS:  Well, I am going to
24    ask what you mean by discussing the substance of
25    her testimony because otherwise I don't know
```



Page 75

```
 1    whether that falls under this case.
 2                  MR. MEDLOCK:  All right.
 3    BY MR. MEDLOCK:
 4          Q.   Ms. Marin, you answered "yes," that
 5    you discussed the substance of your testimony with
 6    your attorneys.
 7                  What did you mean by that?
 8          A.   We just discussed --
 9                  MS. SHINNERS:  Object.  I think we
10    need a definition of "the substance of the
11    testimony" before I can let her answer without
12    instructing her not to answer about
13    attorney-client communications.  And the reason
14    for that is because there are other communications
15    that may not fall within the substance of her
16    testimony or that all the communications may not
17    fall within the substance of her testimony.
18                  MR. MEDLOCK:  All right.  She said
19    "yes," so I am entitled to inquire about it.
20                  Are you going to instruct her not
21    to answer, Katie?
22                  MS. SHINNERS:  I -- if you would --
23    if you would allow us to consult regarding the
24    privilege --
25                  MR. MEDLOCK:  Sure.  Do you want to
```



Page 76

1     go off for a second and then talk to Ms. Marin,

2     and then we will just wait here?

3                    MS. SHINNERS:  Yes.  Yes.  Thank

4     you.

5                    MR. MEDLOCK:  All right.  Why don't

6     we go off the record, then.

7                    VIDEOGRAPHER:  Time is 10:15 a.m.

8     We are now off the record.

9              (Whereupon, a recess was held from

10              10:15 a.m. to 10:24 a.m.)

11                   VIDEOGRAPHER:  The time is 10:24

12    a.m.  We are now back on the record.

13    BY MR. MEDLOCK:

14             Q.   Ms. Marin, I want to go back to the

15    question I asked you right after the prior break.

16                  Did you have a conversation or

17    conversations with your attorneys during that

18    break regarding the substance of your testimony at

19    this deposition?

20             A.   So I had a conversation with the

21    attorneys, and I guess I over-generalized when I

22    said "yes" on substance.  It did not contain the

23    substance of the conversation.  It was a general

24    conversation about the way I was answering

25    questions.  I mean, we didn't go over what the



Page 77

1      testimony was.

2                  Q.   Okay.  All right.

3                  TECHNICAL ASSISTANT:  Steve, one

4      second.  Sorry to bother.  This is Kevin.

5                  Nick -- or Joe, can you make sure

6      it's recording?  I see it's paused on my end here.

7                  VIDEOGRAPHER:  Thank you so much.

8      I don't know -- it's recording on video.  But --

9      thank you.  If you want to repeat that first

10     question for the record, that would be wonderful.

11     Sorry about that.

12                 MR. MEDLOCK:  No problem.

13     BY MR. MEDLOCK:

14                 Q.   Ms. Marin, I would like to go back

15     to the question I asked you before the last break

16     which was if you had any conversations or

17     conversation with your attorneys during that break

18     regarding the substance of your testimony at this

19     deposition.

20                 A.   So regarding the substance, no.

21                 Q.   During your time at CBP, have you

22     received any training on the definition of the

23     term "operational capacity"?

24                 MS. SHINNERS:  Object to the scope.

25                 THE WITNESS:  Specific training,



Page 78

1    no.

2    BY MR. MEDLOCK:

3              Q.    During your time at CBP, have you

4    seen any public communication such as a press

5    release informing the public about the definition

6    of the term "operational capacity"?

7              A.    Not that I know of.

8              Q.    During your time at CBP, are you

9    aware of any testimony in written or oral form

10   that has been delivered to the United States

11   Congress explaining the definition of the term

12   "operational capacity"?

13             MS. SHINNERS:   Object to the scope.

14             THE WITNESS:   That I can recall,

15   no.

16   BY MR. MEDLOCK:

17             Q.    When migrants are metered, they are

18   told that a port of entry is at capacity and that

19   they should return at a later date; is that

20   correct?

21             A.    I don't know that they are always

22   told that it's at capacity, but they are told that

23   they should return.

24             Q.    Are there times that you are aware

25   of that the CBP offers at the limit line tell



Page 79

1    migrants that are being metered that the port of

2    entry is at capacity?

3              A.   I don't know of a specific officer

4    saying that, but it could have been said, yes.

5              Q.   Are you aware of any officer who

6    has explained to a migrant that is being metered

7    the difference between operational capacity and

8    physical capacity?

9              A.   No.

10             MS. SHINNERS:  Object to the scope.

11             Go ahead.

12   BY MR. MEDLOCK:

13             Q.   To your knowledge, CBP has never

14   told anyone in the public in any format about the

15   use of the term "operational capacity" and its

16   meaning; correct?

17             MS. SHINNERS:  Object to the --

18   object to the scope.

19             THE WITNESS:  To my knowledge, no.

20   BY MR. MEDLOCK:

21             Q.   And would you agree with me that

22   the simple English definition of the term

23   "capacity" just means holding space?

24             MS. SHINNERS:  Object to the scope.

25             THE WITNESS:  I want --



Page 80

 1                    MS. SHINNERS:  Assumes facts not in

 2      evidence.

 3                    Sorry.  Go ahead.

 4                    THE WITNESS:  When we are talking

 5      just the definition of "capacity" like in a

 6      dictionary or --

 7                    MR. MEDLOCK:  Yeah.

 8                    THE WITNESS:  Yeah, I would agree.

 9                    MR. MEDLOCK:  Let's bring up Tab 2

10      if we could, Kevin.

11                    (Exhibit No. 183 was marked for

12                    identification by the shorthand

13                    reporter and is attached hereto.)

14      BY MR. MEDLOCK:

15                    Q.   So we put in front you what we are

16      going to mark as Exhibit 183 to your deposition.

17      It is a one-page definition of the term "capacity"

18      taken from Ballentine's law dictionary.  And if

19      you look at the definition, the first definition

20      that is offered for the phrase "capacity" is

21      "holding space as the capacity of a ship or

22      freight car."  Do you see that?

23                    A.   I do.

24                    Q.   And you would agree with me that

25      that's the common everyday definition of the term



Page 81

1     "capacity"; correct?

2                    MS. SHINNERS:  Object.  Object to

3     the scope.

4                    THE WITNESS:  Yes, I would agree.

5     BY MR. MEDLOCK:

6           Q.   Do you recall giving a declaration,

7     submitting a declaration to the court in this

8     case?

9           A.   I do.

10                   MR. MEDLOCK:  Can we please bring

11    up Tab 3, please?

12                   (Exhibit No. 184 was marked for

13                   identification by the shorthand

14                   reporter and is attached hereto.)

15    BY MR. MEDLOCK:

16          Q.   All right.  Ms. Marin, we have put

17    in front of you what we will mark as Exhibit 184

18    to your deposition.

19                   MR. MEDLOCK:  Kevin, if you could

20    go in one page of the exhibit.

21    BY MR. MEDLOCK:

22          Q.   This is a multi-page declaration.

23    At the top of the second page, it reads

24    "Declaration of Mariza Marin."

25                   Do you see that?



Page 82

```
 1                A.   I do.

 2                Q.   And I take it that you have seen

 3     this document before, Ms. Marin; is that correct?

 4                A.   Yes, I have.

 5                MR. MEDLOCK:  And if you flip to

 6     the last page of the document, Kevin.

 7     BY MR. MEDLOCK:

 8                Q.   Is that your signature on the final

 9     page of the document, Ms. Marin?

10                A.   Yes, it is.

11                Q.   And your signature was executed on

12     this document October 9th, 2019; correct?

13                A.   Yes.

14                Q.   When did you first learn that you

15     would be providing a declaration in connection

16     with this litigation?

17                A.   I don't recall specifically when I

18     learned that was going to occur.

19                Q.   Do you recall whether it was in

20     October 2019 or September 2019?

21                A.   It was probably October.

22                MS. SHINNERS:  I will just

23     insert -- sorry.  I will wait for a question.

24                MR. MEDLOCK:  Sure, no problem.

25
```



Page 83

 1    BY MR. MEDLOCK:

 2              Q.   Who asked you to provide this

 3    declaration in connection with this litigation?

 4              MS. SHINNERS:   Object to the scope.

 5    And I will just assert that with respect to

 6    general questions about this declaration unless I

 7    say otherwise.

 8              MR. MEDLOCK:   Okay.   Thank you.

 9              THE WITNESS:   I'm sorry.   Can you

10    repeat the last question?

11    BY MR. MEDLOCK:

12              Q.   Sure, no problem.

13              Who asked you to provide this

14    declaration?

15              A.   Local counsel.

16              Q.   Was this declaration drafted by you

17    or by your attorneys?

18              A.   It was a product that we drafted

19    together with the court input.   We met to draft

20    it.

21              Q.   Who actually wrote down the words

22    in this declaration, you or your attorneys?

23              A.   My attorneys.

24              Q.   Did you ensure that this

25    declaration was as accurate as possible before you



Page 84

1    signed it?

2              A.    I believe I did, yes.

3              Q.    How long did you spend reviewing

4    the declaration to make sure it was accurate?

5              A.    I don't recall how long.

6              MR. MEDLOCK:    Kevin, if you could

7    turn to Paragraph 12 of the declaration?  It's on

8    Page 5.  Page 4, sorry.

9    BY MR. MEDLOCK:

10             Q.    So, Ms. Marin, we are at Page 4 of

11   your declaration.  I am focused on Paragraph 12.

12   That paragraph references the San Ysidro custody

13   log for July 1st and 2nd, 2019.

14             Do you see that?

15             A.    I do.

16             Q.    Who provided you with the custody

17   log for those days?

███      ███        █████████████████████

███    █████████████████████████████████

███    ███████████████████████████

21             Q.    Did you access that custody log in

22   order to put this declaration together?

23             A.    I did.

24             Q.    Who made the decision to reference

25   July 1st and 2nd, 2019, in particular?



Page 85

 1                    A.    I don't recall who exactly made the

 2      decision.  We were just looking at a time frame to

 3      illustrate.

 4                    Q.    What factors did you use when

 5      selecting July 1st and 2nd as the dates that would

 6      be summarized in 2019, as the dates that would be

 7      summarized in this declaration?

 8                    MS. SHINNERS:  I am going to object

 9      to the question as calling for work product.  I am

10      going to instruct the witness not to answer.

11      BY MR. MEDLOCK:

12                    Q.    Were the dates of July 1st and

13      July 2nd, 2019, selected at random?

14                    MS. SHINNERS:  Same objection, and

15      instruct the witness not to answer.

16      BY MR. MEDLOCK:

17                    Q.    Are you following your attorney's

18      instruction for those last two questions?

19                    A.    Yes.

20                    Q.    Let's turn to Paragraph 6 of your

21      declaration if we can.  In Paragraph 6 of your

22      declaration, you state that:

23                    "Noncitizens without proper

24                    travel documents are eventually

25                    transferred to the custody of the



Page 86

```
 1              U.S. Immigration and Customs
 2              enforcement, otherwise known as
 3              ICE, or the U.S.
 4              Department of Health and Human
 5              Services or another federal
 6              agency."
 7                   Is that correct?
 8              A.   Correct.
 9              Q.   What are the other federal agencies
10    you are referring to there?
11              A.   It could be a myriad of them.  So
12    we have housed cases for FBI, for DEA, for ATF.
13    So it could have been any one of those of several
14    federal agencies.
15              Q.   Okay.  Noncitizens without proper
16    travel documents do not have to be processed as
17    expedited removals; correct?
18                   MS. SHINNERS:  Object to the scope.
19                   THE WITNESS:  They do not have to
20    be, no.
21    BY MR. MEDLOCK:
22              Q.   Noncitizens without proper travel
23    documents can be given as notice to appear,
24    otherwise known as an NTA; correct?
25              A.   Yes.
```



Page 87

 1                      Q.   Noncitizens without proper travel
 2     documents can be paroled into the United States;
 3     correct?
 4                      A.   There are limited authorities in
 5     which we can parole noncitizens without proper
 6     documents, but yes.
 7                      Q.   So the throughput of a port of
 8     entry isn't entirely reliant on the capacity of
 9     ICE, the U.S. Department of Health and Human
10     Services, and other federal agencies; correct?
11                      A.   I wouldn't say that that is wholly
12     true.  So I would ask for more specifics on what
13     you mean why it's not wholly dependent on ICE or
14     HHS.
15                      Q.   Well, it's not fully dependent
16     because you could be giving those noncitizens
17     notices to appear or paroling them and not
18     detaining them with ICE or HHS; correct?
19                      A.   I don't agree with that statement.
20                      Q.   You don't agree with that
21     statement?  Why don't you agree with that
22     statement?
23                      A.   So even in circumstances where a
24     notice to appear is given, ICE assumes custody of
25     those noncitizens and has to -- has additional



Page 88

1    work that is done on the back end of that notice

2    to appear.  So a notice to appear is not provided

3    and then the throughput is just done and they're

4    allowed -- they are able to just, you know, exit

5    the port of entry and enter the United States.

6    There is additional documentation that ICE

7    completes on the back end of that.

8                    And, you know, as I said before, in

9    circumstances of parole, someone without documents

10   to -- sufficient to enter the United States, just

11   the mere fact that they don't have documents would

12   not authorize a parole.

13             Q.   The rules around who was eligible

14   for parole into the United States changed in

15   January 2017; correct?

16                  MS. SHINNERS:  Objection; assumes

17   facts not in evidence, and object to the scope.

18   Sorry.

19                  Go ahead.

20                  THE WITNESS:  I am unaware of what

21   that rule change was.

22   BY MR. MEDLOCK:

23             Q.   Okay.  And you said that for

24   individuals who go through a notice-to-appear

25   process, ICE has some paperwork to do on the back



Page 89

```
 1    end.  But ICE doesn't detain those individuals

 2    indefinitely; correct?

 3                 A.    That is correct.

 4                 Q.    The only individuals who are deemed

 5    detained indefinitely are noncitizens without

 6    proper travel documents who are processed as

 7    expedited removal cases; correct?

 8                 MS. SHINNERS:  Object as

 9    argumentative, object as vague, and object to the

10    scope.

11                 THE WITNESS:  I can't speak to who

12    ICE makes a decision to detain or not detain.  I

13    don't have knowledge on ICE policy.

14    BY MR. MEDLOCK:

15                 Q.    So you don't know under what

16    circumstances ICE would decide to indefinitely

17    detain a noncitizen without proper travel

18    documents; is that right?

19                 MS. SHINNERS:  Object to -- as

20    vague, scope, and -- yeah.

21                 THE WITNESS:  That's correct.  I do

22    not know.

23    BY MR. MEDLOCK:

24                 Q.    And so you don't know as you sit

25    here today whether a -- processing an individual
```



Page 90

1    as expedited removal, notice to appear, or parole

2    would -- whether that would cause any sort of

3    bottleneck with respect to ICE; is that right?

4            A.  I didn't -- can you clarify your

5    question?

6            Q.  Sure.  In your declaration, you

7    talk about how ICE and HHS holding capacity affect

8    a throughput of ports of entry; correct?

9            A.  Correct.

10           Q.  You don't know the circumstances

11   under which ICE will decide to detain an

12   individual; correct?

13               MS. SHINNERS:  Object to the scope.

14               THE WITNESS:  Correct.

15   BY MR. MEDLOCK:

16           Q.  And you don't know the

17   circumstances under which HHS will decide to

18   detain or house an individual?

19               MS. SHINNERS:  Object to the scope.

20               THE WITNESS:  I do not.

21   BY MR. MEDLOCK:

22           Q.  So when you say that ICE and HHS

23   capacity affects the throughput of ports of entry,

24   you don't know the circumstances under which ICE

25   and HHS's capacity will be constrained?



Page 91

1                      MS. SHINNERS:  Object to the scope.

2                      THE WITNESS:  I only know whether

3       ICE has capacity or does not have capacity based

4       on what they tell me on any given day.  And based

5       on my time in custody at a port of entry, my

6       understanding is that ICE cannot keep up with the

7       throughput of individuals in CBP custody waiting

8       for transfer to ICE custody.

9       BY MR. MEDLOCK:

10                     Q.   And that's based solely on what ICE

11      is telling you; correct?

12                     A.   Correct.

13                     Q.   And do you receive any form of

14      regularly produced reports that show you the

15      capacity of ICE's facilities?

16                     A.   I do not.

17                     Q.   Do you receive any form of

18      regularly produced reports that show you the

19      capacity of HHS facilities?

20                     A.   I do not.

21                     Q.   Have you done anything either in

22      your work at CBP or in preparation for today's

23      deposition to investigate the actual capacity of

24      ICE facilities?

25                     A.   No.



Page 92

1                   Q.   Have you done anything in your time

2       at CBP or in preparation for today's deposition to

3       investigate the actual capacities of HHS

4       facilities?

5                   A.   No.

6                   MS. SHINNERS:  And, again, are you

7       just -- you are asking her in her personal

8       capacity; correct?

9                   MR. MEDLOCK:  Yes.

10                  MS. SHINNERS:  Okay.

11      BY MR. MEDLOCK:

12                  Q.   All right.  So I want to focus on

13      the sentence in Paragraph 6 after the phrase

14      "another federal agency" that begins with the

15      "short-term hold rooms."

16                  Do you see that sentence,

17      Ms. Marin?

18                  A.   Yes.

19                  Q.   That sentence reads:

20                  "The short-term hold rooms at

21                  the San Ysidro POE are located

22                  within that POE's AEU, and have

23                  an aggregate designated capacity

24                  of approximately 300."

25                  Did I read that correctly?



Page 93

 1              A.    Yes.

 2              Q.    What does "designated capacity"

 3    mean as you have used it in that sentence?

 4              A.    For me that's physical capacity.

 5              Q.    Who was that capacity designated

 6    by?

 7              A.    I don't know specifically who it

 8    was designated by, but that's physical hold room,

 9    and I'm not sure or positive to say if that was a

10    fire marshal or GSA, but that's the physical

11    designated capacity in that facility.

12              Q.    So you know that's the physical

13    designated capacity, but you don't know actually

14    who designated that capacity, that 300?

15              A.    I am not positive who did that.

16              Q.    Do you know what factors were used

17    to determine the designated capacity of the

18    short-term hold rooms at the San Ysidro port of

19    entry?

20              A.    I don't know for sure, no.

21              Q.    Do you know whether any legal

22    standards were used to determine the designated

23    capacity of the short-term hold rooms at the

24    San Ysidro port of entry?

25                    MS. SHINNERS:  Object to the scope.



Page 94

 1                          THE WITNESS:  I don't know.

 2        BY MR. MEDLOCK:

 3                  Q.    Do you know whether any standards

 4        or guidance were used whatsoever to determine the

 5        designated capacity of the short-term hold rooms

 6        at the San Ysidro port of entry?

 7                          MS. SHINNERS:  Object to the scope.

 8                          THE WITNESS:  I don't know.

 9        BY MR. MEDLOCK:

10                  Q.    As you sit here today, can you tell

11        me how the capacity, the designated capacity of

12        the short-term hold rooms at the San Ysidro port

13        of entry was calculated?

14                  A.    I don't --

15                          MS. SHINNERS:  Object to the scope.

16        BY MR. MEDLOCK:

17                  Q.    Do you know anybody at CBP who

18        could tell me how the capacity of these short-term

19        hold rooms at the San Ysidro port of entry was

20        calculated?

21                  A.    I do not know.

22                          MR. MEDLOCK:  All right.  Let's

23        bring up Tab 4 if we can, Kevin.

24

25



Page 95

1              (Exhibit No. 185 was marked for

2              identification by the shorthand

3              reporter and is attached hereto.)

4    BY MR. MEDLOCK:

5              Q.   All right.  Ms. Marin, I am showing

6    you what we will mark as Exhibit 185 to your

7    deposition.  It's a multi-page document that bears

8    the Bates numbers AOL-DEF-00749854 through -66.

13             Do you recognize this exhibit,

14   Ms. Marin?

15             A.   I do.



Page 96

█

█

█

█

```
 5                    MS. SHINNERS:  If I may interject,

 6      can you repeat the Bates number of this document?

 7      I can't find it in the folder.

 8                    MR. MEDLOCK:  Sure.  It's

 9      AOL-DEF-00749854.

10                    MS. SHINNERS:  Thank you.

11      BY MR. MEDLOCK:
```

█        █

█

█

█        █

█        █

█

█

█        █

█        █

█

```
22                    MS. SHINNERS:  Object; vague, calls

23      for a legal conclusion, and scope.

24      BY MR. MEDLOCK:
```

█        █



Page 97

6                    MS. SHINNERS:  Object to the scope.

7    BY MR. MEDLOCK:

8                    Q.    You can answer.

16                   Do you see that section, Ms. Marin?

17                   A.    Yes.

18                   Q.    And do you see Subsection 10.1?

19                   A.    I do.

20                   Q.    Can you please read Subsection 10.1

21    in for the record?

24                   Q.    So in your declaration, you said

25    the designated capacity of the port was 300;



Page 98

■  ████████

2                    MS. SHINNERS:  Object.

3    Mischaracterizes declaration.

4    BY MR. MEDLOCK:

5                    Q.   All right.  Let's go back to the

6    declaration, if we can, which is Tab 3.  And I

7    want to focus on Paragraph 6.  In your

8    declaration, you say that:

9                    "The designated capacity of

10                   short-term hold rooms is

11                   approximately 300."

12                   Correct?

13                   A.   Correct.

■         ■    ████████████████

■    ████████████████████████████

■    ████████████████████████████

■    ████████████████████████████

■    ████████████████████

■         ■    ██████████

■         ■    ████████████████

■    ██████████████████████████

■    ████████████████████████

■    ██████████

24                   MS. SHINNERS:  Object.

25    Mischaracterizes declaration.



Page 99

1            But you can answer.

█

█

█

█

█

█

█

9            Q.   Okay.  And --

10           MS. SHINNERS:  If we can go off the

11    record for a moment?

12           MR. MEDLOCK:  Oh, okay.

13           MS. SHINNERS:  Actually, I take

14    that back.

15           MR. MEDLOCK:  You want to go off

16    the record formally?  Oh, sorry.  Go ahead.

17           You want us to continue?

18           MS. SHINNERS:  No, that's okay.

19    You can continue.  It's not --

20           MR. MEDLOCK:  Okay.  Let's, if we

21    can, on Exhibit 185 move to the page that's Bates

22    numbered AOL-DEF-00749860.

23    BY MR. MEDLOCK:

█

█



Page 100



Page 101

6            MS. SHINNERS:  Object to the scope.

7            You can answer.

18            A.    Right, because operational capacity

19    will vary each day based on all of those factors.



Page 102

7            MS. SHINNERS:  Object to the scope.

18           (Document reviewed by witness on

19           screen.)

20           MS. SHINNERS:  Object to the scope.

21           THE WITNESS:  I don't see it on

22    that page.

23           MR. MEDLOCK:  Okay.  Let's move to

24    the second page of the exhibit.

25           (Document reviewed by witness on



Page 103

1          screen.)

2     BY MR. MEDLOCK:



Page 104



Page 105

19          MS. SHINNERS:  I am just going to

20    reiterate the objection to scope to this line of

21    questioning which I previously stated.

22          (Document reviewed by witness on

23          screen.)



Page 106



Page 107



Page 108

12                    MS. SHINNERS:  Object to the scope.

13          BY MR. MEDLOCK:

25                    MS. SHINNERS:  Object to the form,



Page 109

1     scope.

11                        MS. SHINNERS:  Object to the scope.

22                        Is that what you expect the court
23    to believe?
24                        MS. SHINNERS:  Object to the scope.
25    Argumentative.



Page 110

9              MS. SHINNERS:  Object to the scope.



Page 111

█
█
█
     4                    MS. SHINNERS:  Object to the scope.
     5                    THE WITNESS:  I can't explain why
     6     it was never written down, but why it's not
     7     defined is that there isn't -- there isn't a
     8     concrete definition of what that is.  There are
     9     several factors that are always changing in
    10     dynamic that would affect the capacity on any
    11     given day.
█
█
█
█
█
█
█
█
█
█
█
█
    24                    MS. SHINNERS:  Object to the scope.
█



Page 112

```
 1   BY MR. MEDLOCK:
 2            Q.   Are you aware of any form of
 3   official or unofficial document at CBP that lays
 4   out the factors to be considered when determining
 5   what operational capacity is?
 6            MS. SHINNERS:  Object to the scope.
 7            THE WITNESS:  I am not aware.
 8   BY MR. MEDLOCK:
 9            Q.   So to your knowledge, no policy
10   exists defining the factors to be used when
11   determining operational capacity?
12            MS. SHINNERS:  Object to the scope.
13            THE WITNESS:  To my knowledge, no.
14   BY MR. MEDLOCK:
15            Q.   So operational capacity is really
16   just an unwritten policy that's based on the gut
17   of the officials at a port of entry; correct?
18            MS. SHINNERS:  Object to the scope.
19            THE WITNESS:  Operational capacity
20   is not based on the gut of officials.  I would not
21   say that, no.  There are several factors that go
22   into operational capacity.  If I have a family
23   unit that comes in and they have -- one of the
24   children in the family unit has chicken pox, a
25   hold room that could hold 24 -- that's a family
```


MAGNA
LEGAL SERVICES

Page 113

1    unit of four is going to affect my capacity that

2    day because I can't potentially put anyone else at

3    risk of contracting a contagious illness.  If they

4    have --

5    BY MR. MEDLOCK:

6           Q.   Okay.  And that's your testimony,

7    that's the actual policy of CBP that a family has

8    to be put into an isolation unit; is that correct?

9              MS. SHINNERS:  Object to the scope.

10             THE WITNESS:  I cannot speak to the

11   policy of CBP, but at San Ysidro in the

12   admissibility enforcement unit, if there is a

13   contagious illness, we will absolutely take every

14   step possible to make sure that the ill parties

15   are taken care of, but we also have a

16   responsibility to ensure that they are isolated

17   from the rest of the population to ensure that we

18   don't have an outbreak.

19   BY MR. MEDLOCK:

20          Q.   But you don't actually know what

21   the policy of CBP is on housing individuals with

22   chicken pox or another communicable disease, do

23   you?

24             MS. SHINNERS:  Object to the scope.

25             THE WITNESS:  I don't know the



Page 114

```
 1    specific policy on housing individuals with a

 2    communicable disease.

13                    MS. SHINNERS:  Object to the scope.

16                    MR. MEDLOCK:  Okay.  Let's go to

17    Tab 15, please.

18                    (Exhibit No. 186 was marked for

19                    identification by the shorthand

20                    reporter and is attached hereto.)

21    BY MR. MEDLOCK:

22                    Q.  All right.  I have put in front of

23    you what we will mark as Exhibit 186 to your

24    deposition.  It is a multipage document.  It bears

25    the Bates numbers AOL-DEF-00372536 through
```



Page 115



Page 116

10          MS. SHINNERS:  Object to the scope,

11      form.



Page 117

███  ███  ████

███         ██████████████████████

███         █████████████████████

██  ██████████████████████████

██  █████████████████████████████

██  ████████████████████████████████

██  ████████

 8   BY MR. MEDLOCK:

 9           Q.   Do you have the discretion to

10   ignore the directives of CBP?

11               MS. SHINNERS:  Objection.

12   BY MR. MEDLOCK:

13           Q.   Is that your testimony?

14               MS. SHINNERS:  Argumentative,

15   scope.

16               THE WITNESS:  My testimony is not

17   that I have discretion to ignore policy, no.

18   BY MR. MEDLOCK:

██  ███  ████████████████

██  ██████████████████████

██  ████████████████████

██  ███  █████

██  ███  ███████████████████

██  ███████████████████████████

██  ████████████████████████████



Page 118

2            MS. SHINNERS:  Object to the scope.

10            MS. SHINNERS:  Object to the scope,

11   mischaracterizes the document.



Page 119

5          MS. SHINNERS:  Object to the scope,

6     form.

13          MS. SHINNERS:  Object to the scope.

21          MS. SHINNERS:  Object to the scope.



Page 120

██    ███████████████████████████

██  █████████████████████████████████

██  ████████████████

██        ██  ███████████████████████

██  ████████████████████████████████████

██        ██  ████████████████████████████

██    █████

██        ██  ██████████████

 9                    MS. SHINNERS:  Object to the scope.

10    BY MR. MEDLOCK:

██        ██  ██████████████████████

12                    MS. SHINNERS:  Same objection.

██            ██████████████████████

██    ██████

██  ██████████████

██        ██  ████████████████████████

██  ████████████████████████████████

██  ██████████████████████████████

██  ██████████████████████████████████

██    ██████

██            ████████████████████████████

██            ████████████████████████████

██  ████████████████████████████

██  ██████████████████

██        ██  ████████████████████████



Page 121

███  ████████████████████████████████████████████

███  ████████████████

3              MS. SHINNERS:  Object to the scope.

███              ████████████████████████████

███  ████████████████████████████████████

███  ████████████████

███  ████████████████

███              ███  ████████████████████████████████

███  ████████████████████████████████████████

███  ████████████████████████████████████████████

███  ██████████████████████████████████

███              ███  ██████████████████████████

13             MS. SHINNERS:  Object to the scope.

14   BY MR. MEDLOCK:

███              ███  ████████████████████████████████

███  ██████████████████████

17             MS. SHINNERS:  Same objection.

███              ████████████████████████████

███  ████████████████████████████████████

███  ██████████████

███  ████████████████

███              ███  ████████████████████████████

███  ████████████████████████████████████

███  ████████████████████████████████████████████

25             MS. SHINNERS:  Object to the scope



Page 122

15        MS. SHINNERS:  Object to the scope.

25        MS. SHINNERS:  Object to the scope.



Page 123

████     ███████████████████████████

████     ██████████████████████████████

████     █████████████████████████████

████     ███████████████████

████     ████████████

████          ███     ████████████████████

████     ████████████████████████████████

████     ████████████████████████████████

████     █████████████████████████████

████     ████████████

11          MS. SHINNERS:  Object to the form,

12     scope.

13          THE WITNESS:  Can you repeat the

14     question?

15     BY MR. MEDLOCK:

████          ███     ██████████████████

████     █████████████████████████████████

████     ████████████████████████████

████     ██████████████████████████████████

████     █████████████████████████████

████     ███████████████

████          ███     ██████████████

████          ███     ████████████████

████     ████████████████████████████████

████     ████████████████████████████████



Page 124

2          MS. SHINNERS:  Object to the scope.

11          Q.   Do you think that's vague?

12          A.   I do.

13          MR. MEDLOCK:  Okay.  Let's pull up

14   Tab 5, which we will mark as Exhibit 187 to your

15   deposition.

16          (Exhibit No. 187 was marked for

17          identification by the shorthand

18          reporter and is attached hereto.)

19   BY MR. MEDLOCK:

20          Q.   Exhibit 187 is a one-page e-mail

21   that bears the Bates numbers AOL-DEF-00600149.

24          Do you see that?

25          A.   I do.





Page 126



Page 127



Page 128



Page 129

```
 1              Q.    Yeah.

 2              A.    I don't know off the top of my

 3      head, no.

 4              Q.    Do you know if it changed after

 5      6:35 p.m. on April 18, 2018?

 6              A.    I don't know.

 7              Q.    Can you, as you sit here today, go

 8      back and reconstruct for me what the operational

 9      capacity of the San Ysidro port of entry was on

10      any given day between May 2016 and the present?

11              A.    Are you asking me to reconstruct

12      the daily operational capacity?

13              Q.    Yes, correct.

14              A.    I cannot do that.

15              Q.    Do you know of anybody at CBP who

16      can do that?

17              A.    Again, that number --

18                    MS. SHINNERS:  Object to the scope.

19                    THE WITNESS:  That number is fluid

20      and varies from day to day.  So no, I do not

21      believe anyone can do that.

22      BY MR. MEDLOCK:

23              Q.    Do you know of any sort of report

24      or data that exists at CBP that would enable

25      anyone at CBP or otherwise to determine what the
```



Page 130

```
 1    daily operational capacity of any port of entry

 2    was?

 3                   MS. SHINNERS:  Object to the scope.

 4                   THE WITNESS:  I do not know of any

 5    report that's going to give you a daily

 6    operational capacity.  Again, that's fluid, it's

 7    very dynamic, and it changes multiple times even

 8    within a day.

 9    BY MR. MEDLOCK:

10             Q.    So let me get this straight.

11                   The operational capacity of a port

12    of entry is not defined in any official document;

13    correct?

14             A.    To my knowledge --

15                   MS. SHINNERS:  Object to the scope.

16    BY MR. MEDLOCK:

17             Q.    And you can't tell me what it is on

18    any given day; correct?

19             A.    Correct.

20             Q.    And you can't even tell me what the

21    factors were that would have led to the

22    operational capacity changing at any given point

23    in time, can you?

24             A.    I can tell you several factors that

25    would change our operational capacity at any given
```



Page 131

```
1     time.

2               Q.   But you can't tell me which factor

3     it was that caused the operational capacity to

4     change at any given time; correct?

5               A.   Correct.

6               MS. SHINNERS:  Object to the scope,

7     vague.

8     BY MR. MEDLOCK:

9               Q.   I'm sorry.  I couldn't hear you,

10    Ms. Marin.  What was your answer to my question?

11              A.   "Correct."

12              Q.   So how do you expect the court in

13    this case to believe you that operational capacity

14    exists when it isn't written down, you can't tell

15    the court what it is, and you can't tell the court

16    how it changed?

17                   MS. SHINNERS:  Object to the scope.

18                   THE WITNESS:  I can only speak to

19    the facts that it changed every day.  There are

20    concrete reasons on why it would change, and that

21    is the reality of the operation that we work with.

22    BY MR. MEDLOCK:
```



Page 132

8          MS. SHINNERS:  Object to the scope.

9          Go ahead.



Page 133

 1                     MR. MEDLOCK:  We have been going

 2     for more than an hour.  Why don't we take a break.

 3                     MS. SHINNERS:  Okay.  That's fine.

 4                     VIDEOGRAPHER:  Time is 11:38 a.m.

 5     We are now off the record.

 6                 (Whereupon, a recess was held from

 7                 11:38 a.m. to 11:50 a.m.)

 8                     VIDEOGRAPHER:  Time is 11:51 a.m.

 9     We are now back on the record.

10     BY MR. MEDLOCK:

11             Q.   Welcome back, Ms. Marin.

12

13

14

15

16

17                     MS. SHINNERS:  Object; vague.

18

19

20

21

22                     MR. MEDLOCK:  Okay.  Let's bring up

23     Tab 6, Kevin.

24

25



Page 134

```
 1                    (Exhibit No. 188 was marked for

 2                    identification by the shorthand

 3                    reporter and is attached hereto.)

 4   BY MR. MEDLOCK:

 5                    Q.   All right.  Ms. Marin, I am showing

 6   you what we've marked as Exhibit -- will be marked

 7   as Exhibit 188 to your deposition.  It's a

 8   two-page e-mail chain that bears the Bates numbers

 9   AOL-DEF-00348763 through -764.

10                    Have you ever seen a copy of

11   Exhibit 188 before?
```



Page 135



Page 136

████

████     ███   ██████

████     ███   ██████████

████           ████████████

```
5                Do you know who those individuals
6       are?
7                A.   I do.
8                Q.   What were their roles at CBP at the
9       time this e-mail was sent?
10               A.   I am not positive what
11      Mr. Flanagan's role was, but Robert Perez was the
12      deputy commissioner.
13               Q.   Deputy commissioner of CBP;
14      correct?
15               A.   Correct.
16               Q.   And at the time this e-mail was
17      sent and still today, Todd Owen is the executive
18      assistant commissioner of CBP; correct?
19               A.   Correct.
20               Q.   He is the top career official at
21      OFO; correct?
22               A.   Yes.
```

████           ███   █████████

████     █████████████████

████     █████████████████



Page 137



Page 138



Page 139

```
 1                  (Exhibit No. 189 was marked for
 2                  identification by the shorthand
 3                  reporter and is attached hereto.)
 4      BY MR. MEDLOCK:
 5                  Q.   All right.  I have put in front of
 6      you marked as Exhibit 189 to your deposition.  It
 7      is a one-page e-mail that bears the Bates number
 8      AOL-DEF-00072448.
 9                  Have you ever seen a copy of
10      Exhibit 189 before, Ms. Marin?
11                  A.   I don't recall seeing this copy.
```



Page 140

18                    MS. SHINNERS:  Object to the --

19    object to -- calls for speculation.  Thank you.

20    BY MR. MEDLOCK:

21                    Q.   Go ahead, Ms. Marin.



Page 141



Page 142

1    this e-mail as high; correct?

2                A.    Yes.    All of his e-mails are marked

3    high.

4                Q.    Fair enough.    That's a way to get

5    attention, I suppose; right?

6                A.    Yeah.

███    ███    ████████████████

███         ████████████████

███    ███████████████████

███    ████████████

███         ████████

███    ███    ████████

███    ███    ████████████████

███ █████████████████████████

███ ██████████████████████████████

███ ██████████████████████████

███    ██████

███    ███    ████████████████

19               MR. MEDLOCK:    Whoever is typing, if

20   you can mute yourself, please?    Thank you.

21               All right.    Kevin, can we bring up

22   Tab 8, please.

23               (Exhibit No. 190 was marked for

24               identification by the shorthand

25               reporter and is attached hereto.)



Page 143

```
 1     BY MR. MEDLOCK:

 2              Q.   All right.  Ms. Marin, I am showing

 3     you what we have marked as Exhibit -- will be

 4     marked as Exhibit 190 to your deposition.  It's a

 5     two-page e-mail that bears the Bates numbers

 6     AOL-DEF-00062088 through -89.
```



Page 144

███ ███ ██████████████████████

███ █████████████████████████████

███ ███ ████

███ ███ ████████████████████████████

███ ██████████████████████████

███ ███ ████

███ ███ █████████████████████

███ █████████████████████████████████

███ ███ █████████

███ ███ ████████████████████████

███ ████████████████████████████████

███ ████████████████████

13            MR. MEDLOCK:  Kevin, if you can

14    bring that e-mail up.

15    BY MR. MEDLOCK:

███ ███ ██████████████████████

███ ████████████████████████████████

███ ███ ███████

19            Q.  And just like you said, he also

20    marked the importance of this e-mail as high;

21    right?

22            A.  Yeah.  He puts says high even for

23    some that's not, but yes.

███ ███ ████████████████████████

███ ████████████████



Page 145



Page 146



Page 147

7          Q.   And there are -- sorry.  Go ahead.

8     I didn't mean to interrupt you.



Page 148

14          Q.   So let's go back to your

15    declaration which is Tab 3.  And I want to focus

16    on Paragraph 6 of your declaration, on Page 2 of

17    it.  You tell the court that the short-term hold

18    rooms at San Ysidro have a designated capacity of

19    approximately 300; correct?

20          A.   Correct.

24          MS. SHINNERS:  Objection;

25    argumentative.



Page 149

10          Q.   Can you explain to me -- sorry.  Go
11     ahead.  I didn't mean to interrupt you.
12          A.   No, go ahead.

                               ?

18          MS. SHINNERS:  Objection; calls for
19     speculation, scope.



Page 150

███

███

███

4            Q.   Let's go back to Tab 7 and the top

5       of that e-mail chain.  So I am at Tab 7, Bates

███

███

███

███

███

███

███

13            MS. SHINNERS:  Object to the scope.

███

███

███

███

███

███

███

███

███

███

███

███



Page 151

1              Q.   Did you document that conversation

2      in any way?

3                   MS. SHINNERS:  Object to the scope.

4                   THE WITNESS:  Not to my memory.  I

5      didn't document it, no.

6      BY MR. MEDLOCK:

7              Q.   Do you know where in the port of

8      entry that conversation took place?

9              A.   It would have taken place at the

10     head house at San Ysidro which is where their

11     offices are located.

12             Q.   Do you know who was present for

13     that conversation besides you, Sidney Aki, and

14     Robert Hood?

15                  MS. SHINNERS:  Same objection for

16     this line of questioning.

17                  Go ahead.

18                  THE WITNESS:  I believe Moises

19     Castillo may have been present as well.

20     BY MR. MEDLOCK:

21             Q.   Do you know if anybody took any

22     notes about that conversation?

23             A.   I do not know if they took notes.

24             Q.   Let's move back to Tab 8, which is

25     Exhibit 190, and I want to focus again on the



Page 152

11          MS. SHINNERS:  Object to the scope.

18          MR. MEDLOCK:  Okay.  Move to strike
19  everything after the "no" as nonresponsive.
20  BY MR. MEDLOCK:



Page 153

██

██      ██      █████████████████

██      █████████████████

██      ██      █████████████

██      █████████████████████

██      ████████████████████

██      ████████████

██      ██      █████████████████

██      █████████████████

██      █████████████████

██      ██████████████████████

██      █████████████████

13                    MS. SHINNERS:   Object.   Calls for

14      speculation, and scope.

██              ███████████████████

██      ████████████████

██      ██████████

██      ██      █████████████████████

██      ████████████████████

██      ███████████████

21                    MS. SHINNERS:   Objection; assumes

22      facts not in evidence but -- and to scope.   Calls

23      for speculation.

██              ████████████████

██      ████████████████



Page 154

1    BY MR. MEDLOCK:

2              Q.   And going back to Tab 3,



Page 155

███  ██  ████████████████████████

██  ██████████████████████████████████

██  ████████████████████████████████

4                    MS. SHINNERS:  Object to the scope.

██          ████████████████████████████████

██  ██████████████

██  ██  ██████████████████████████████████████

██  ██████████████████████████████████████

██  ████████████████████████████████████

██  ██████████████

11                   MS. SHINNERS:  Object to the scope.

██          ████████████████████████████████

██  ████████████████████████████████████████

██  ██████████████████████████████████████████

██  ██████████████████████████████████████

██  ████████████████████████████████████████████

██  ████████████████████████████████████████████

██  ████████████████████████████████████████████

██  ██████████████████████████████████████████

██  ██████

21  BY MR. MEDLOCK:

22          Q.  Okay.  That is not my question.  I

23  will repeat my question to see if I can get an

24  answer to it.

██          ████████████████████████████████████



[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

5                    MS. SHINNERS:  Object to the scope.

[REDACTED]

[REDACTED]

8                    MR. MEDLOCK:  All right.  I would

9     like to pull up Tab 10, please, Kevin.

10                    Showing you what we've marked --

11    what will be marked as Exhibit 190 to your

12    deposition, it is a three-page e-mail that bears

13    the Bates numbers AOL-DEF-0073938 through -40.

14                    (Exhibit No. 190, later reassigned

15                    as Exhibit No. 195 on Page 227, was

16                    marked for identification by the

17                    shorthand reporter and is attached

18                    hereto.)

19    BY MR. MEDLOCK:

20           Q.   And if you look at the top of the

21    e-mail, it's sent from you to Sidney Aki on

22    September 16, 2016, at 8:31 p.m.

23                    Do you see that?

24           A.   I do.

25                    MR. MEDLOCK:  And if you can exit



Page 157

1    out of that blow-up, Kevin.

2    BY MR. MEDLOCK:

3            Q.   The top of the document or the

4    e-mail says:

8            Do you see that?

9            A.   I do.



Page 158



Page 159

24              MS. SHINNERS:  Objection;
25    mischaracterizes testimony.



Page 160



Page 161

■ ████████████████████████████████████
■ ███████████████████████████████
■ █████████████████████████████████████
■ ██████████████████
■                 ███████████████████████
■ █████████████████████████████████████████
■ ██████████████████████████████████
■ ████████████████████████████████████████
■ ██████

10          Q.   Okay.  Move to strike everything

11    after "May 2016" as nonresponsive.

12          My -- I do want to ask you:  The

13    events you described occurred in May 2016, but the

14    San Ysidro port of entry didn't actually start

15    metering until July 2016; correct?

16          A.   We started metering in May of '16.

17          Q.   So if an interrogatory response

18    says that the San Ysidro port of entry began

19    metering in July 2016, it's just simply wrong; is

20    that right?

21          A.   That is right.  To the best of my

22    knowledge, we started in May of 2016.

23          Q.   So I want to turn back to the

24    exhibit in front of you, Exhibit 190.  And if you

25    turn to the second page of the e-mail ending in



Page 162

■ ██████████████████████████████

■ ████████████████

■ ██ ████

■ ██ ██████████████████

■ █████████████████

■ ██ ██████

■ ██ ██████████████████

■ ███████████████████████

■ ██████████████████

10          MR. MEDLOCK:  If you can pull that

11    up, Kevin, the next section down.

12    BY MR. MEDLOCK:

■ ██ █████████████████████

■ █████████████████

■ ██ ████████████

■ ██ ██████████████████

■ ████████████████████

■ ██ ████

■ ██ ██████████████████████

■ ███████████████████

■ ██ ██████

■ ██ ██████████████████

■ ██████████████████████

■ ████████████████████

■ ████████████



Page 163

1            A.    Yes.

2            Q.    All right.  Let's look at Tab 11

3    which is Exhibit -- will be marked as Exhibit 191.

4            (Exhibit No. 191 was marked for

5            identification by the shorthand

6            reporter and is attached hereto.)

7    BY MR. MEDLOCK:

8            Q.    It's a three-page e-mail that bears

9    the Bates number AOL-DEF-00065872 through -74.



Page 164

█    ████████████████████████████████████████████
█    ████████████████████████████████████████
█    ██████████
█              ████    ████████████

```
 5                   MR. MEDLOCK:  And let's pull up

 6    Tab 12, if you can, please, Kevin.

 7                   (Exhibit No. 192 was marked for

 8                   identification by the shorthand

 9                   reporter and is attached hereto.)

10    BY MR. MEDLOCK:

11         Q.   So I am showing you Tab 12, the

12    document that will be marked as Exhibit 192 to

13    your deposition.

14                   This is an AEU 24-hour reporting

15    for July 26, 2016; correct?

16         A.   Correct.

17         Q.   Okay.  I want to focus on the boxes

18    on the first page --

19                   MS. SHINNERS:  I'm sorry,

20    Mr. Medlock.  Can you provide the Bates number?  I

21    need to find the document.

22                   MR. MEDLOCK:  I'm sorry.  Yeah.

23    That's fine.  AOL-DEF-00065048 through -50.

24    Apologies.  I have been trying to be consistent,

25    but I missed it.
```



Page 165

24            MR. MEDLOCK:  Go ahead.

25            MS. SHINNERS:  I was going to say,



Page 166

1    Ms. Marin, if you need time to look at the

2    document, you can do so.

3                    THE WITNESS:  Okay.

4    BY MR. MEDLOCK:



Page 167

█

█

█            █

█

█

█

█            █

█

 9            Q.   In -- well, let's take a look at

10    one of those e-mails.

11            MR. MEDLOCK:  Kevin, can you bring

12    up Tab 13, please?

13            (Exhibit No. 193 was marked for

14            identification by the shorthand

15            reporter and is attached hereto.)

16    BY MR. MEDLOCK:

17            Q.   All right.  Ms. Marin, I am showing

18    you a one-page e-mail that bears the Bates number

19    AOL-DEF-00603278, which will be marked as

20    Exhibit 193 to your deposition.

21            Do you recognize Exhibit 193?

22            A.   I do.

█            █

█

█            █   █



Page 168



Page 169



Page 170



Page 171



Page 172

████████████████████████████████████

██████████████████████████████████

███████████████████████████████████

██████████████████████████████

███████████

████  ███████████████████

█████████████████████

████  █████████████

███████████████████████████████████

██████████████████████████████████████

███████████████████████████████████

12            Q.    Do you know who that would have

13    been at the time?

14            A.    The APD would have been

15    Robert Hood.  The port director would have been

16    Sidney Aki.

17            Q.    And on September 8, 2018, what were

18    the budget constraints that caused you to set the

██    ████████████████████

20            A.    I don't know what the budget

21    constraint offhand would have been.

22            Q.    On September 8, 2018, what were the

23    man-hours or overtime constraints that caused you

██    ██████████████████████████

25            A.    So, again, I don't know exactly



Page 173

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█

█



Page 174



Page 175



Page 176

███████████████████████████

2                    MS. SHINNERS:  Objection.  What

3       date are you talking about?  Vague as to time

4       frame.

5       BY MR. MEDLOCK:

██          ███      ████████████████████████

██          ██████████████████████████████████████

██          ████████████████████████████████

██          ███████████████████████████

██                   ███████████████████████████████

██          ███████████████████████████████████████

██          █████████████████████████████████

██          █████████████████████████████████

██          █████

██          ███      ████████████████████████████████

██          ████████████████████

██          ███      █████████████████████████

18                   MS. SHINNERS:  It --

19                   MR. MEDLOCK:  Go ahead.

20                   MS. SHINNERS:  It's nearing

21      lunchtime, and I think it's really time to

22      probably get some lunch.

23                   MR. MEDLOCK:  Okay.  Let's stop

24      there, then.  That's fine.

25                   MS. SHINNERS:  Thanks.  Sorry.



Page 177

1                    MR. MEDLOCK:  Why don't we go off

2        the record.

3                    VIDEOGRAPHER:  Time is 1:50 p.m.

4        We are now off the record.

5                    (Whereupon, a luncheon recess was

6                    held from 12:49 p.m. to 2:01 p.m.)

7                    VIDEOGRAPHER:  Time is 2:02 p.m.

8        We are now back on the record.

9        BY MR. MEDLOCK:

10                   Q.  Ms. Marin, welcome back.  I hope

11       you had a good lunch.

12                   A.  Thanks.  You too.

19                   MR. MEDLOCK:  Okay.  Kevin, can you

20       bring up exhibit -- or Tab 14, please?

21                   (Exhibit No. 194 was marked for

22                   identification by the shorthand

23                   reporter and is attached hereto.)

24       BY MR. MEDLOCK:

25                   Q.  All right.  Ms. Marin, I put in



Page 178

1      front of you on the screen what's been marked or

2      will be marked as Exhibit 194 to your deposition.

3      It's a one-page e-mail that bears the Bates number

4      AOL-DEF-00084038.

5                    And my first question to you is

6      whether you recognize Exhibit 194?

7                    A.   I do recognize it.  It's a little

8      small and blurry, though, so if we can potentially

9      blow it up a little more?  But I do recognize it.

10                   Q.   Sure.  And we will focus on the top



Page 179



Page 180

█ █ ████████████

█ ███████████████████

█ ████████████████

█ ██████

█ █ ██████

█ █ █████████████████████

█ ████████████████████████

█ █████████

9              MR. MEDLOCK:  Kevin, if you could

10    bring that e-mail up.

11    BY MR. MEDLOCK:

█ █ ███████████████

█ █████████████████

█ ████████████████

█ ██████████████

█ ████

█ ███████████████

█ █ ███

█ █ ██████████████████

█ ██████████

█ ████████████

█ █████████████

█ ██████████

█ ███████████████

█ ████



Page 181

1        Did I read that correctly?

2              A.   Yes.

3   ███  ███  ██████████████████████

4   ███ ████████████████████████████

5   ███ ████████████████████████████

6   ███ ███████████████████████

7   ███    ███  ██████████

8              Q.   I would like to go back to your

9   declaration which is Tab 3 and Exhibit 185.  And I

10  want to focus on Page 4, Paragraph 12 of your

11  declaration.  And we talked about this earlier

12  this morning.

13              You focus here on relaying

14  statistics about San Ysidro's AEU for July 1st and

15  2nd, 2019; correct?

16              A.   Yes, that's correct.

17              Q.   And you note that on -- that the

18  custody log reflects that there were 265

19  individuals in custody for approximately 85

20  percent capacity, in Paragraph 12(c); correct?

21              A.   So the 85 percent for me was not

22  referring to capacity.  It was 85 percent --

23              Q.   Number of hours; correct?

24              A.   Yeah.  85 percent of the

25  individuals in custody on that day were in custody



Page 182

1    longer than 72 hours.

2                    Q.    And do you know what the number of

3    individuals in custody on July 1st, 2019, at

4    San Ysidro's AEU had any impact on port

5    operations?

6                    A.    They had an impact on AEU

7    operations, but specifically to a given day, the

8    number of officers needed to work in AEU would

9    have an impact on port operations.

10                   MR. MEDLOCK:   Okay.  Let's go to

11   Tab 16, please, Kevin.

12                   (Exhibit No. 196 was marked for

13                   identification by the shorthand

14                   reporter and is attached hereto.)

15   BY MR. MEDLOCK:

16                   Q.    All right.  Ms. Marin, I put in

17   front of you a spreadsheet that bears the Bates

18   number AOL-DEF-00083448, which we have marked as



Page 183



Page 184



Page 185



Page 186

██  ██  ████████████████████

██  ██  ███████████████████

██  ███████████████████████████

██  ██████████

██  ██  ██████████████████████

██  ██████████

██  ██  ██████████████

██  ██  ████████████████████████

██  ████████████████████████

██  ███████████████████

██  ██████

██  ██  █████████████████

██  ██████████████

██  ██  █████████████████

██  ████████████████████████

██  ████████████████

██  ██  ████████████

18                    MS. SHINNERS:  Object to the scope.

19     Object to the scope.

20                    Are you -- continue.

21     BY MR. MEDLOCK:

22            Q.   I'm sorry.  What was your answer,

23     Ms. Marin?

██  ██  █████████████████

25                    MR. MEDLOCK:  I am going to show



Page 187

1    you Tab 17 --

2              Kevin.

3              -- which we will mark as

4    Exhibit 197 to your deposition.  And Exhibit 197

5    is a spreadsheet bearing the Bates number

6    AOL-DEF-00523370.

7              (Exhibit No. 197 was marked for

8              identification by the shorthand

9              reporter and is attached hereto.)

10   BY MR. MEDLOCK:

11             Q.   And my first question to you,

12   Ms. Marin, if this appears to be a queue

13   management report for July 2nd, 2019; correct?

14             A.   Correct.

15             Q.   And July 2nd, 2019, is the second

16   date that was mentioned in Paragraph 12 of your

17   declaration; correct?

18             A.   Correct.

■    ■    ████████████

■    ████████████

■    ████████████████

■    ██████████

■    ■    ██

■    ■    ██████████

■    ████████████



Page 188



Page 189

24          MS. SHINNERS:  Sorry.  Object to

25     the scope.



Page 190

1            But go ahead.

2    BY MR. MEDLOCK:

15            Q.   Okay.  Let's take a look at Tab 18,

16    which is an exhibit we will mark as Exhibit 198 to

17    your deposition.

18            THE COURT REPORTER:  Excuse me,

19    Counsel.  This is the reporter.  There have been a

20    few documents marked as the same exhibit.  There's

21    a bit of confusion with the exhibits.  I just

22    wanted to let you know.  I don't know if you want

23    to go off the record to figure it out.

24            MR. MEDLOCK:  Why don't we do this.

25    We will mark Tab 18 as Exhibit 200, and I know we



Page 191

1    haven't hit that number yet.

2                (Exhibit No. 200 was marked for

3                identification by the shorthand

4                reporter and is attached hereto.)

5    BY MR. MEDLOCK:

6                Q.   So, Ms. Marin, I have brought up

7    what we have marked as Exhibit 200 to your

8    deposition.  It's a multipage Federal Rule of

9    Evidence 1006 summary exhibit entitled "San Ysidro

10   Port of Entry Impact to Port Operations."  It

████ ████████████████████████████████████████████████

████ ██████████████████████████████████████████

████ ████████████████████████████████████████████████

████ ████████████████████████████████████████████████

15   scroll through the pages of this summary exhibit.

████          ████████████████████████████████

████ ██████████████████████████████████████

18                (Document reviewed by witness on

19                screen.)

20   BY MR. MEDLOCK:

21                Q.   That's the last page.

████          ████████████████████████████████

████ ██████████████████████████████████████████████

████ ████████████████████████████████████████████

████        ███  ██████████



Page 192

1             MS. SHINNERS:  Objection.

2   Assumes -- assumes the accuracy of the summary.

3                   You can answer.

4   BY MR. MEDLOCK:

███     ███     █████████████████████

███   ███████████████████████████████

███   ███████████████████████████████

███   ███████

███     ███     ███████████████████

████   ██████████████████████████████

████   ███████

12                  MR. MEDLOCK:  Kevin, can you bring

13  up Tab 40, which we will mark as Exhibit 201?

14                  (Exhibit No. 201 was marked for

15                  identification by the shorthand

16                  reporter and is attached hereto.)

17  BY MR. MEDLOCK:

18                  Q.   So, Ms. Marin, I am showing you a

19  summary exhibit that we have marked as Exhibit 201

███   ██████████████████████████████

███   ████████████████████████████████

███   ██████████████████████████████

███   █████████████████

24                  I will ask Kevin to scroll through

25  it so you can look at it, and once you've done



Page 193

[REDACTED]

[REDACTED]

[REDACTED]

4          MS. SHINNERS:  Objection to the

5    extent it assumes the accuracy of the summary,

6    which we have not had the chance to verify.

7               (Document reviewed by witness on

8               screen.)

9    BY MR. MEDLOCK:

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

14          MS. SHINNERS:  Same objection.

[REDACTED]

[REDACTED]

17          MR. MEDLOCK:  Okay.  And, Kevin,

18   can you please bring up Tab 41, which we will mark

19   as Exhibit 202 to this deposition.

20               (Exhibit No. 202 was marked for

21               identification by the shorthand

22               reporter and is attached hereto.)

23   BY MR. MEDLOCK:

24          Q.   Exhibit 202 is a Federal Rule of

25   Evidence 1006 summary exhibit that depicts the



Page 194

██

██

██

4            I will ask Kevin to scroll through

5      the Federal Rule of Evidence 1006 exhibit.

6            And after that, Ms. Marin, my

██

██

██

██

11            MS. SHINNERS:  Same objection.

12            (Document reviewed by witness on

13            screen.)

14      BY MR. MEDLOCK:

15            Q.   Ms. Marin, having looked at every

██

██

██

██

20            MS. SHINNERS:  Same objection.

██

██

23      BY MR. MEDLOCK:

██

██



██  ████████████████████████████████████████

██  ██████████████████████████████████████

██  ██████████████████████████████████████

██  ██████████████████████████████████████

██  ████████████████████

6              MS. SHINNERS:  Objection;

7     argumentative.

8     BY MR. MEDLOCK:

9              Q.   You can answer.

██          ██   ███

11             Q.   I would like to talk a little bit

12    more directly about how the metering works in

13    practice at the San Diego field office.

14             When a port of entry is engaged in

15    metering, CBP officers stand in positions at or

16    near the limit line between the U.S. and Mexico;

17    is that right?

18             A.   Yes.

19             Q.   And when a port of entry is engaged

20    in metering and a noncitizen without proper travel

21    documents arrive at or near the limit line, the

22    CBP officer is instructed to tell them that they

23    should return at a later time to be processed;

24    correct?

25             A.   Depending on what port of entry,



Page 196

20    when a noncitizen without proper travel documents

21    arrives at the limit line, a CBP officer will tell

22    them that they -- the "them" meaning the person

23    without the proper travel documents -- that they

24    should return at a later time to be processed; is

25    that right?



Page 197

```
 1              A.   I can't say that they would tell
 2    them to return at a later time, no.
 3              Q.   They would tell them that they
 4    can't be processed at that time; is that right?
 5              A.   Yes.  They could have told them
 6    that.
 7              Q.   And in some instances, they may
 8    tell them that the port is at capacity; correct?
 9              A.   Yes.  That's a possibility.
10              Q.   You would agree with me that
11    noncitizens that are at the limit line who are
12    told that they can't be processed at that time are
13    attempting to set foot on U.S. soil; correct?
14              A.   In some instances, yes.
15              Q.   In what instances are they not
16    trying to set foot on U.S. soil?
17              A.   I'm not sure I understand your
18    question on trying to step foot.  If they are
19    stopped in Mexican soil, then they may not be
20    trying to set foot on U.S. soil.
21              Q.   Asylum seekers who make it to the
22    border between the U.S. and Mexico are attempting
23    to cross that border and step onto U.S. soil; is
24    that right?
25              A.   Generally, yes.
```



Page 198

1              Q.   You say "generally."

2              What are the instances in which

3    asylum seekers who come to the U.S.-Mexico border

4    are not attempting to cross from Mexican territory

5    onto U.S. territory?

6              A.   Sorry.  I didn't hear the beginning

7    of your question that you differentiated asylum

8    seekers versus people without documents.

9              Q.   Oh, okay.  So my question is -- you

10   said generally asylum seekers who are at the

11   border are attempting to get onto U.S. soil.

12             My question is:  You used the

13   qualifier "generally."  In what circumstances are

14   those asylum seekers not trying to get to U.S.

15   soil?

16             A.   Right.

17             MS. SHINNERS:  Objection to form

18   and object to the scope.  Object to the scope as

19   well.

20             THE WITNESS:  So I initially heard

21   your question to say noncitizens or residents

22   without documents are attempting to step onto U.S.

23   soil.  I did not hear the differentiation to

24   asylum seekers.  So that's why I used the term

25   "generally."



Page 199

 1    BY MR. MEDLOCK:

 2            Q.    Okay.  So for asylum seekers that

 3    are at the border, they want to make it onto U.S.

 4    soil so they can claim asylum in the

 5    United States; correct?

 6            MS. SHINNERS:  Object to the scope

 7    and calls for speculation.

 8            THE WITNESS:  I would say yes,

 9    probably.

10    BY MR. MEDLOCK:

11            Q.    Okay.  Why do you say "probably"?

12    What else are they there to do?

13            MS. SHINNERS:  Object to the scope.

14    Calls for speculation.

15            THE WITNESS:  I don't know what

16    else they would be there to do but I don't -- I

17    can't give a definitive answer onto someone's

18    intent to come to the United States.

19    BY MR. MEDLOCK:

20            Q.    Well, how many asylum seekers do

21    you see who just decide to sit down and have a

22    sandwich or have a picnic at the midpoint of the

23    bridge?  I mean, they want to keep walking and get

24    onto U.S. soil; right?

25            MS. SHINNERS:  Object to the scope.



Page 200

1    Same objection.  Speculation.

2              THE WITNESS:  Yes.

3    BY MR. MEDLOCK:

4         Q.   Are you aware of the term --

5         A.   I'm sorry.  The audio broke up.

6         Q.   Oh, I'm sorry.  Have you ever heard

7    of the term "arriving alien"?

8         A.   Yes.

9         Q.   Have you received training on what

10   the term "arriving alien" means?

11             MS. SHINNERS:  Object to the scope.

12             THE WITNESS:  Yes.

13             MR. MEDLOCK:  Kevin, can you please

14   bring up Tab 19, which we will mark as Exhibit 203

15   to Ms. Marin's deposition.

16             (Exhibit No. 203 was marked for

17             identification by the shorthand

18             reporter and is attached hereto.)

19   BY MR. MEDLOCK:

███        ███    ███████████████████████

███    ████████████████████████████████████████

███    █████████████████████████████████████

23   AOL-DEF-01090765 through -828.  And I would like

24   to focus with you if I could, Ms. Marin, on

25   Line 11-4, which is Bates number AOL-DEF-01090768.


MAGNA
LEGAL SERVICES

Page 201

22    Q.    Okay.  In your experiences, are

23    asylum seekers who are at the border between the

24    United States and Mexico attempting to enter the

25    United States at a port of entry?



Page 202

```
 1                      MS. SHINNERS:  Object to the scope,

 2      calls for a legal conclusion.

 3                      THE WITNESS:  Yes.

 4                      MR. MEDLOCK:  I would like to --

 5      BY MR. MEDLOCK:

 6              Q.   Actually, I have a follow-up

 7      question.  Isn't it the case that CBP officers are

 8      supposed to provide documentation to individuals

 9      who are denied entry to the U.S.?

10                      MS. SHINNERS:  Object to the scope.

11                      THE WITNESS:  Yes.

12                      MR. MEDLOCK:  Kevin, if we can pull

13      up Tab 20, which is -- we will mark as Exhibit 204

14      to Ms. Marin's deposition.

15                      (Exhibit No. 204 was marked for

16                       identification by the shorthand

17                       reporter and is attached hereto.)

18      BY MR. MEDLOCK:

19              Q.   This Exhibit 204 is a three-page

20      memorandum dated April 6, 2012, that bears the

21      Bates numbers AOL-DEF-00586511 through -13.

22                      Ms. Marin, my first question is:

23      Have you ever seen a copy of this memorandum

24      before?

25              A.   Not that I --
```



Page 203

```
 1                    MS. SHINNERS:  I can't find -- I
 2      apologize.  I can't find this document.  I can't
 3      see it on the screen either.
 4                    MR. MEDLOCK:  Okay.  Hold on,
 5      Katie, I will send it to you.
 6                    All right.  Katie, I e-mailed it to
 7      you.  If you can let us know when you get it with
 8      the server lag.  I'd appreciate it.  Katie, I
 9      might have got the Bates numbers wrong.  So this
10      might be --
11                    MS. SHINNERS:  Oh, that's probably
12      why.  That's probably why.
13                    MR. MEDLOCK:  AOL-DEF-00596, not
14      586, 511 through -13.
15                    MS. SHINNERS:  Okay.  Yeah, I have
16      it.  Okay.  Thank you.
17                    MR. MEDLOCK:  Sorry.  All my fault.
18      All right.
19      BY MR. MEDLOCK:
20           Q.  Ms. Marin, have you ever seen a
21      copy of this memorandum before?
22           A.  I may have seen it.  I don't
23      specifically recall seeing it, though.
24           Q.  Okay.  The subject line of this
25      memorandum reads:
```



Page 204

22            MS. SHINNERS:  Object to the scope.



Page 205

15          MS. SHINNERS:  Object to the scope.

17    BY MR. MEDLOCK:

18          Q.   Isn't it true that individuals who

19    are metered are not provided with any sort of

20    documentation by CBP?

21          A.   Yes.

22          Q.   Who made that decision, to your

23    knowledge?

24          MS. SHINNERS:  Object to the scope.

25          THE WITNESS:  I'm sorry.  Are you



Page 206

```
 1    asking who made a decision to meter or who made a
 2    decision --
 3    BY MR. MEDLOCK:
 4              Q.   Yeah, that's a good point.
 5              Who made the decision not to give
 6    documentation to individuals that were metered?
 7              MS. SHINNERS:  Object to the scope.
 8              THE WITNESS:  I don't know that
 9    anyone specifically made a documentation -- or
10    made a decision not to give documentation to
11    individuals who are metered, but those individuals
12    have not been processed for an adverse action.
13    BY MR. MEDLOCK:
14              Q.   Right.  I understand that.
15              Did you receive any written
16    guidance regarding not providing individuals that
17    were metered with documentation regarding the fact
18    that they had been metered?
19              A.   That I can remember, I do not
20    remember receiving written guidance stating not to
21    provide documentation.
22              Q.   Did you receive any oral guidance
23    regarding not providing documentation to
24    individuals that were metered?
25              A.   I do not remember receiving oral
```



Page 207

1    guidance not to provide documentation.

2                Q.   Do you recall how CBP officers came

3    to understand that they should not provide

4    documentation to individuals that were metered at

5    the port of entry?

6                A.   I don't know that there was ever

7    specific guidance given one way or the other

8    regarding providing documents to individuals who

9    are metered.

10               Q.   It just so happens that no

11   documentation is provided; is that right?

12               A.   I'm sorry.  I don't understand your

13   question.

14               Q.   So my question is:  Is it just an

15   accident that individuals that are metered at land

16   ports of entry in the San Diego field office don't

17   receive documentation, or is that the result of

18   some choice made by management?

19               A.   I don't know what documentation we

20   would provide them.

21               Q.   Has there ever been any effort to

22   create documentation to provide the individuals

23   that are metered in the San Diego land ports of

24   entry and the San Diego field office?

25               A.   To my knowledge, no.



Page 208

```
 1                    MR. MEDLOCK:  All right.  I would
 2     like to mark, if I can, Tab 21 and mark that as
 3     Exhibit 205 to Ms. Marin's deposition.
 4                    (Exhibit No. 205 was marked for
 5                    identification by the shorthand
 6                    reporter and is attached hereto.)
 7     BY MR. MEDLOCK:
 8                    Q.   Ms. Marin, I am showing you what's
 9     been marked as Exhibit 205 to your deposition.
10     It's a multipage document that's entitled in the
11     bottom right corner "Descendent's [Sic] Amended
12     and Supplemental" -- sorry -- "Defendant's
13     Supplemental and Amended Response," the
14     plaintiff's forms of interrogatories to all
15     defendants.  Do you see that?
16                    A.   I do.
17                    MR. MEDLOCK:  And if we could flip
18     to Page 3 of Exhibit 205, please, Kevin.
19     BY MR. MEDLOCK:
20                    Q.   You will see that this starts off
21     under the section specific objections and
22     responses with Interrogatory No. 18.
23                    Do you see that, Ms. Marin?
24                    A.   I do.
25                    Q.   Are these the interrogatory
```



Page 209

4          Q.   Okay.  I would like to go in

5     further to Page 5 of Exhibit 205 on about Line 7.

6               Do you see the bold word

7     "response"?

8          A.   Yes.



Page 210

█

█          █      █

█          █      █

█          █      █

5                Q.   So -- and do asylum seekers attempt

6       to enter the United States through the Ped East

7       entrance to San Ysidro, to your knowledge?

8                     MS. SHINNERS:  Objection; calls for

9       a legal conclusion, and scope.

10                    THE WITNESS:  So in few instances,

11      now they do.

12      BY MR. MEDLOCK:

█                  █      █

█          █

█          █

█          █

█          █

█          █

█                  █      █

█                  █      █

█          █

█          █

█          █

█                  █      █

█          █



Page 211

███████████████████████████████████████

████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████

```
 8               Q.   When the officer encounters that
 9    person who's at the jersey barrier, they -- and
10    that person is metered, it's clear to you that the
11    person who is at the jersey barrier intends to
12    come into the United States; correct?
13               MS. SHINNERS:  Object to the scope,
14    calls for speculation.
15               THE WITNESS:  In most cases, I
16    would say yes, that's true.  I don't know -- if
17    they are an asylum seeker walking up to the
18    officer, then yes.
19    BY MR. MEDLOCK:
20               Q.   You would expect in every instance
21    where an asylum seeker walks up to a turnstile or
22    jersey barrier or a fence at the land border
23    between the U.S. and Mexico at a land port of
24    entry, that they are intending and attempting to
25    come into the U.S.; correct?
```



Page 212

1                    MS. SHINNERS:  Object to the scope.

2        Calls for a legal conclusion -- calls for

3        speculation.

4                    THE WITNESS:  Yes.

5                    MR. MEDLOCK:  Let's pull up Exhibit

6        -- or, sorry -- Tab 22, Kevin, which we will mark

7        as Exhibit 206 to Ms. Marin's deposition.

8                    (Exhibit No. 206 was marked for

9                    identification by the shorthand

10                   reporter and is attached hereto.)

11       BY MR. MEDLOCK:

12                   Q.   Ms. Marin, I put in front of you

13       and marked Exhibit 206 to your deposition.  It's a

14       multipage document that begins with the Bates

15       number AOL-DEF-00036093 through -96.  And on the

16       first page, there is information about the

17       San Ysidro pedestrian facility.

18                   Do you see that?

19                   A.   Yes, I do.

20                   Q.   And there's references to Ped East,

21       Ped West, and Cross-border Express; correct?

22                   A.   Yes.

23                   Q.   Can you explain to me what

24       Cross-border Express is?

25                   A.   Cross-border Express is a facility,



Page 213

1    a pedestrian facility that connect the bridge to

2    the Tijuana airport, and so travelers can pay a

3    fee there to walk from the airport.  And it goes

4    both ways, northbound and southbound, back into

5    the United States to be cleared by CBP as opposed

6    to having to come through the land port of entry.

7              Q.    In your experience, are asylum

8    seekers typically encountered at the Cross-border

9    Express lanes?

10              A.    Typically they are not encountered

11    there.

12              Q.    There is reference here to

13    Cross-border Express having double-occupancy

14    lanes.  What does that mean?

15              A.    So those are lanes in which the

16    lane kind of opens to two officers.  There's two

17    officers at each -- in each lane.

18              Q.    Yeah, understood.

19              Since December 2015, isn't it true

20    that three new pedestrians crossings have opened

21    at the San Ysidro port of entry?

22              A.    I just want to define "three new."

23    So Cross-border Express and Pedestrian West are

24    new.  Pedestrian East was reconstructed, but it

25    never closed.  So it's not brand-new.



Page 214

```
 1              Q.   Yeah, let me put it this way.
 2              In December 2015 Cross-border
 3    Express opened; correct?
 4              A.   Correct.
 5              Q.   And 2016 the new Ped West facility
 6    opened as well; correct?
 7              A.   Yes.
 8              Q.   And then in 2018 the Ped East
 9    facility's reconstruction was completed; correct?
10              A.   Correct.
11              Q.   And the -- as a result of those
12    reconstruction or construction projects, the
13    number of workstations for primary processing of
14    pedestrians has increased; correct?
15              A.   Correct.
16              Q.   And as a result of those
17    construction projects, the number of lanes for
18    processing pedestrians at the San Ysidro port of
19    entry has increased; correct?
20              A.   Correct.
21              Q.   And isn't it also true that the
22    amount of funding that San Ysidro has received has
23    increased since December 2015?
24              MS. SHINNERS:  Object to the scope.
25              THE WITNESS:  I can't confirm
```



Page 215

1    whether that's true.

2    BY MR. MEDLOCK:

3            Q.   Do you know whether the number of
4    CBP officers assigned to the San Ysidro port of
5    entry has increased since December 2015?

6                MS. SHINNERS:  Same objection.

7                THE WITNESS:  I don't know if it's
8    increased.

9    BY MR. MEDLOCK:

10           Q.   You just don't know one way or the
11   other whether it's increased or decreased;
12   correct?

13           A.   Correct.  There are several -- I
14   mean, with attrition and, you know, all the
15   factors that come with staff load, I don't know if
16   it's true -- if it's truly increased.

17           Q.   Okay.  Understood.

18                Have you ever heard the term "TDY"
19   before?

20           A.   Yes.

21           Q.   What does "TDY" mean?

22           A.   It's a temporary duty assignment to
23   a location out of your home assignment.

24           Q.   Have you ever heard the term
25   "virtual processing" before?



Page 216

1              A.    Yes.

2              Q.    What is virtual processing?

3              A.    Virtual processing is a lot like

4     what we are doing now.  It's the -- you know,

5     using technology to process in admissibility

6     cases.

7              Q.    Okay.  When you say "what we are

8     doing now," you mean using videoconferencing

9     technology?

10             A.    Yeah, using video conferencing

11     technology.

12             Q.    Okay.  Has the San Ysidro port of

13     entry ever utilized virtual processing, to your

14     knowledge?

15             A.    Yes, we have.

16             Q.    Has the San Ysidro port of entry

17     ever received TDY CBP officers?

18             A.    Yes.

19             MR. MEDLOCK:  I would like to pull

20     up, if we can, Tab 24, which we will mark as

21     Exhibit 207, I believe, to your deposition,

22     Ms. Marin.

23             (Exhibit No. 207 was marked for

24             identification by the shorthand

25             reporter and is attached hereto.)



Page 217

1     BY MR. MEDLOCK:

2          Q.   And Exhibit 207 is a one-page

3     e-mail that bears the Bates numbers -- Bates

4     number AOL-DEF-00073676.



Page 218



Page 219

1                    A.    Correct.    Whatever that queue was.

2    Again, assuming that ICE ERO were able to move

3    people out of our custody so that I could intake

4    more.

5                    MR. MEDLOCK:    Okay.    Let's pull up

6    Tab 25, which we will mark as Exhibit 208 to your

7    deposition, Ms. Marin.

8                    (Exhibit No. 208 was marked for

9                    identification by the shorthand

10                   reporter and is attached hereto.)

11   BY MR. MEDLOCK:

12                   Q.    And Tab 25 is a one-page e-mail

13   that bears the Bates number AOL-DEF-00072964.

14                   And my first question is:    Have you

15   ever seen a copy of this e-mail before, Ms. Marin?

16                   A.    I would have seen it when it was

17   generated, but I don't specifically recall seeing

18   it.

19                   Q.    Okay.    This is an August 7, 2018,

20   e-mail exchange between you and Robert Hood;

21   correct?

22                   A.    Correct.

23                   Q.    And true to his nature, if you look

24   at the middle e-mail, Mr. Hood again lists the

25   importance of his e-mail as high; correct?



Page 220



Page 221

███  ███  ████

███  ███  █████

 3              MS. SHINNERS:  Object to the --

 4      object to the scope.

███  ████████

███  █████████

███  █████████

███  ████████

███  █████████

10              MR. MEDLOCK:  Let's, Kevin, please

11      pull up Tab, 26 which we will mark as Exhibit 209

12      to Ms. Marin's deposition.

13              (Exhibit No. 209 was marked for

14              identification by the shorthand

15              reporter and is attached hereto.)

16      BY MR. MEDLOCK:

17              Q.  Ms. Marin, this is a two-page

18      e-mail that bears the Bates numbers

███  █████████

███  █████████

███  █████████

███  ██████

███  ███  ████

███  ███  ████████

███  █████████



Page 222

███  ██████████████████████

███            ████  █████████

3              Q.    And you don't always -- unlike

4        Mr. Hood, you don't always label your e-mails with

5        highly important; correct?

6              A.    Correct.

███            ████  ████████████████████████████████

███      ████████████████████████████████████████████

███      ██████████████████████████████████

███  ████  ██████████

███  ████  ██████████████████████

███  ████████████████████████████████████

███  ██████████████████████

███              ████████████████████████

███        ████████████████████████

███        ████████████████████████

███        ██████████████████████

███        ██████████████████████

███              ██████████████████████

███  ████  ██████

███  ████  ████████████████████████

███  ██████████████████████████████

███  ██████████████████████████████

███  ████████████████████



Page 223

1            MS. SHINNERS:  Object to the scope.

███ ████████████████████████

███ █████████████████████████████████████

███ ██████████████████████████████████████████

███ ██████████████

███ ████████████████

███ ████ ███████████████████████████████████

███ ███████████████████████████████████████████

███ █████████████████████████████████████

███ █████████████████████████

11            MS. SHINNERS:  Object to the scope.

12    Excuse me.  Object to the scope.

███ ███████████████████████████████

███ ███████████████████████████

███ ██████████████

███ ████ ████████████████████████████████████

███ ██████████████████████████████████████████████

███ █████████████████████████████████████

███ ████████████████████████████████

20            MS. SHINNERS:  Object to the scope.

███ █████████████████████████████████

███ ███████████████████████████████

23            MR. MEDLOCK:  Kevin, if we can

24    bring up Tab 27, which we will mark as Exhibit 210

25    to Ms. Marin's deposition.



Page 224

```
 1                    (Exhibit No. 210 was marked for

 2                    identification by the shorthand

 3                    reporter and is attached hereto.)

 4      BY MR. MEDLOCK:

 5              Q.   Ms. Marin, this is a copy of a

 6      two-page e-mail from Claudia Taitague dated

 7      January 3rd, 2016.  It bears the Bates numbers

 8      AOL-DEF-00707315 through -316.  And I want to just

 9      focus on the header portion of the e-mail for just

10      a second.

11                    If you look at the CC line of this

12      e-mail, you were copied on this e-mail; correct?

13              A.   Correct.

14              Q.   And the subject line is "Sigma

15      5063575"; correct?

16              A.   Correct.

17              Q.   What does "sigma" mean there if you

18      know?

19              A.   Sigma --

20                    MS. SHINNERS:  Object to the scope.

21                    THE WITNESS:  Sigma is the database

22      that we process cases in.

23      BY MR. MEDLOCK:

24              Q.   Okay.  I want to focus on the first

25      paragraph of Ms. Taitague's e-mail if I could.
```



Page 225

14          MS. SHINNERS:  Object to the scope.

18     BY MR. MEDLOCK:

19               Q.   Do you know Claudia?

20               A.   I do.

21               Q.   And you believe her to be a

22     trustworthy CBP officer?

23               A.   Yes.

24               MS. SHINNERS:  Object to the scope.

25



Page 226

1    BY MR. MEDLOCK:

2         Q.   I would like to focus on the last
███████████████████████████████████████████

███████████████████████████████████

████████████████████████████████████

██████████████████████████████████

███████████████████████████████████

█████████████████████████████

████████████████████████████████████

█████████████████████████████

██████████████████████████████████████

██████     █████

██████     ███████████████████████████

████████████████████████████████████████████

██████     ████████

██████     █████████████████████████████████

█████████

██████     █████████

██████     █████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████

23             MS. SHINNERS:  Object to the scope.

█████████████████████████████████████

████████████████████████████████████



Page 227

1    accurate or not.

2    BY MR. MEDLOCK:

3              Q.   Do you know Ms. Taitague to be a

4    person who makes up facts?

5              A.   No.

6              MS. SHINNERS:  Object to the scope.

7    BY MR. MEDLOCK:

8              Q.   If Ms. Taitague had a concern about

9    the way that a withdrawal of a credible-fear claim

10   was made, would you take that seriously?

11             A.   Yes.

12             MS. SHINNERS:  Object to the scope.

13             MR. MEDLOCK:  We have been going

14   for about an hour.  Why don't we take a quick

15   break.

16             MS. SHINNERS:  Okay.  Sounds good.

17             MR. MEDLOCK:  Shall we take about

18   ten minutes?

19             MS. SHINNERS:  That sounds good.

20             MR. MEDLOCK:  Okay.  Why don't we

21   go off the record, then.

22             VIDEOGRAPHER:  Time is 3:14 p.m.

23   We are now off the record.

24             (Whereupon, a recess was held from

25             3:14 p.m. to 3:26 p.m.)



Page 228

```
 1                    VIDEOGRAPHER:  Time is 3:27 p.m.
 2       We are now back on the record.
 3                    MR. MEDLOCK:  All right.  I will
 4       just take a second to deal with some housekeeping
 5       matter with regard to exhibit numbers at the top
 6       of this portion of the deposition.  I previously
 7       marked both Tabs 8 and 10 in my outline as
 8       Deposition Exhibit 190.  For purposes of clarity,
 9       we will re-mark Tab 10, which was AOL-DEF-00073938
10       through -73940, as Deposition Exhibit 195.
11       BY MR. MEDLOCK:
12                    Q.  All right.  With that little boring
13       bit out of the way, Ms. Marin, I would like to
14       talk to you a little bit more about the metering
15       guidance.  Isn't it true that CBP leadership
16       believes that the only port of entry where asylum
17       seekers were a real challenge was San Ysidro?
18                    MS. SHINNERS:  Object to the scope.
19                    THE WITNESS:  I don't know that --
20       are you talking about headquarters senior
21       leadership or --
22                    MR. MEDLOCK:  Yes.
23                    THE WITNESS:  I'm not sure if they
24       felt that.
25                    MR. MEDLOCK:  Okay.  Kevin, can you
```



Page 229

1    bring up Tab 28, please.

2              (Exhibit No. 3 was previously marked

3              for identification.)

4    BY MR. MEDLOCK:

5              Q.   Ms. Marin, I have brought up --

6    we've brought up Tab 28 which was previously

7    marked as deposition Exhibit 3 way back when in

8    this case.  It's an April 27, 2018, memorandum for

9    distribution from Todd Owen; has the subject line

10   "Metering guidance."

11             Do you see that?

12             A.   I do.

13             MR. MEDLOCK:  And, Kevin, if you

14   could pull up distribution at the bottom of the

15   memorandum, please.

16   BY MR. MEDLOCK:

17             Q.   So this -- the distribution for

18   this memorandum is to the director of field

19   operations for El Paso, Laredo, San Diego, and

20   Tucson; correct?

21             A.   Correct.

22             Q.   And those are the four directors of

23   field operations with direct control over land

24   ports of entry on the U.S.-Mexico border; correct?

25             A.   Correct.



Page 230

1                    Q.   And isn't it the case that the

2       metering guidance memorandum has been implemented

3       from time to time at the San Ysidro port of entry?

4                    A.   The -- I'm sorry.  The memorandum

5       itself?

6                    Q.   The process that's described in the

7       memorandum had been implemented from time to time

8       at the San Ysidro port of entry; is that right?

9                    A.   Yes.

10                   Q.   And the process that's described in

11      the metering guidance memorandum has on occasion

12      been implemented at the Otay Mesa port of entry;

13      correct?

14                   A.   Correct.

15                   Q.   And the process that's described in

16      this metering memorandum has been implemented from

17      time to time at the Calexico port of entry;

18      correct?

19                   A.   Correct.

20                   MR. MEDLOCK:  Kevin, can we pull up

21      Tab 29, which we will mark as Exhibit 211 to

22      Ms. Marin's deposition.

23                   (Exhibit No. 211 was marked for

24                   identification by the shorthand

25                   reporter and is attached hereto.)



Page 231

1     BY MR. MEDLOCK:

2               Q.    This is a June 16 and 17, 2018,

3     e-mail chain that a bears the Bates number

4     AOL-DEF-00047772 through -73.  And I want to

5     focus, if I can, on the bottom e-mail in this

18               Q.    And "SWB" means southwest border;

19    correct?

20               A.    Correct.



18            MS. SHINNERS:  Object to the scope.

19      BY MR. MEDLOCK:



Page 233

15                    MS. SHINNERS:  Object to the scope.

21                    MS. SHINNERS:  Same objection to

22        scope.



Page 234

```
█
█
█              █       █████
█              █       █████████████
    ██████████████
█              █       ████
```

 7              Q.   At the time Kevin McAleenan was the

 8       commissioner of CBP; correct?

 9              A.   Yes.

10              MS. SHINNERS:  Object to the scope.

11              You can answer.

12       BY MR. MEDLOCK:

```
█              █       ███████████████
█    ███████
█            ████████████████
█         ████████████████
█         █████████████
█         █████
█            ██████████████
█              █   █████
█              █   ████████████████
█    ██████████████████████████
█    ████████████████
```

24              MS. SHINNERS:  Object to the scope.

```
█              ██████████████
```



Page 235

18                    MS. SHINNERS:  Object to the scope.



Page 236

■ ███████████

2          MS. SHINNERS:  Object to the scope.

■          ████████████████████████

■  ████

5          MR. MEDLOCK:  All right.  Kevin, if

6    we can pull up Tab 39, please.

7              (Exhibit No. 212 was marked for

8              identification by the shorthand

9              reporter and is attached hereto.)

10   BY MR. MEDLOCK:

11         Q.   Okay.  Ms. Marin, I pulled up Tab

12   39, which we will mark as Exhibit 212 to your

13   deposition.  It bears the Bates numbers

14   CBPALOTRO-00000314 through -315.

■          ███████████████████

■  ████████████████████████

■  ████████████████

■          ██  ████

■          ██  █████████████████████

■  ██████████████████████████

■  ████████████████

■          ██  ████

■          ██  ████████████████████████

■  ███████████████████

■          ██  ████████



Page 237



Page 238



Page 239

███ ██████████████████████████████████

2                    MS. SHINNERS:  If you -- I'm sorry.

3       I have to ensure that the witness doesn't reveal

4       attorney-client communications.

5                    MR. MEDLOCK:  Do you want to

6       confer?

7                    MS. SHINNERS:  Would you like to

8       confer, Ms. Marin?  Sorry.

9                    THE WITNESS:  Yeah, please.

10                   MS. SHINNERS:  Thank you.

11                   MR. MEDLOCK:  We will wait here if

12      you guys want to confer in the other room.

13                   MS. SHINNERS:  Okay.  Great.

14      Thanks so much.

15                   MR. MEDLOCK:  Can we go off the

16      record?

17                   VIDEOGRAPHER:  Yeah.  Time is 3:43

18      p.m.  We are now off the record.

19              (Whereupon, a recess was held from

20              3:42 p.m. to 3:50 p.m.)

21                   VIDEOGRAPHER:  Time is 3:51 p.m.

22      We are now back on the record.

23      BY MR. MEDLOCK:

24              Q.  Ms. Marin, welcome back.  Before we

25      took a break so you could confer with your counsel



Page 240

███████████████████████████████

███████████████████████████████

█████████████████████████████████████

███████████████████████████████

█████████████████████████████

███████████████████████████████████

████████████████████████

```
 8              A.    I can't.  I learned that in a

 9    discussion with counsel.

10              Q.    And who else was present for that

11    discussion with counsel?

12              A.    It was just myself and counsel.

13              Q.    And when did that discussion

14    between yourself and counsel take place?
```

██       ██    █████████████████████

██   █████████████████████

██       ██    ███████████████████

██       ██    ████████

```
19              Q.    When you say "counsel," who was the

20    counsel that you were talking to?

21              A.    It was local counsel, Stacey.

22              Q.    Okay.  And the local agency counsel

23    that you were talking to, was this part of your

24    deposition preparation, or was this just a regular

25    course conversation that you had with her?
```



Page 241

1            A.    It was a conversation on legal

2      advice.

███        ███        ████████████████████████

███        ██████████████████████████████████████

███        ██████████████████████████████████

███        ██████████████████████████████████

███        ███        ████

███        ███        ██████████████████████

███        ████████████████████

███        ███        ██████████████

11            Q.    Okay.  And that's because you

12      consider those conversations to be privileged?

13            A.    Yes.

███        ███        ████████████████████████

███        ██████████████████████████████████████

███        ████████████████████████

███        ██████████████████████████

███        ████████████████████████████

███        ██████

███        ███        ████████████████████████████

███        ██████████████████████████████████

███        ██████████

███        ███        ████████████████████████

███        ████████████████████████████

25                        MS. SHINNERS:  Object to the scope.



Page 242

4    BY MR. MEDLOCK:

5            Q.    Okay.  And are there any other

6    details that you can share with me without

9            MS. SHINNERS:  Object to the scope.

10           THE WITNESS:  I don't have

11   any other information.

12   BY MR. MEDLOCK:

13           Q.    I'm sorry.  What did you say,

14   Ms. Marin?

15           A.    I said no, I don't have any other

16   details.



Page 243

1    guidance from Todd Owen still remains in effect;

2    correct?

3              A.   Yes, with the caveat that given the

4    current situation, it's not as permanent as it

5    normally would be.

6              MR. MEDLOCK:  Okay.  All right.  I

7    am going to pass the questioning over to my

8    colleague, Mr. Guisado, and he will pick up from

9    here.

10             Angelo, you are muted.

11             MR. GUISADO:  Well, that answered

12   my question.  Can you hear me all right?  Am I

13   coming through fine?

14             THE WITNESS:  Yes, you are.

15

16                   EXAMINATION

17   BY MR. GUISADO:

18             Q.   Great.  Good afternoon.  Thank you

19   for sitting with us today.  I know it's been quite

20   a long afternoon.  I promise I don't have nearly

21   as many questions as my colleague Mr. Medlock, but

22   I do have some questions for you.

23             I think the same ground rules

24   apply; verbal answers, same reference to time

25   frame unless I specify otherwise.  If you need a



Page 244

```
 1    break at any time, just let me know; we will take
 2    a break with the exception unless a question is
 3    pending.
 4                  So let's start with a very easy
 5    question.  How would you like me to address you,
 6    "Ms. Marin" or "Officer Marin"?
 7              A.    "Ms. Marin" is fine.
 8              Q.    Cool.  I am going to ask you some
 9    questions related to Topic 15 of the 30(b)(6)
10    notice.
11                  Do you recall earlier Mr. Medlock
12    showed you the notice at around, I don't know,
13    9:00 a.m. relating to communications with the
14    Mexican government?  Do you remember that?
15              A.    I do.
16              Q.    Do you feel adequately prepared to
17    answer questions about that today?
18              A.    I do.
19              Q.    Okay.  Great.
20                  MR. GUISADO:  Kevin, please bring
21    up AG1 and AG2 side by side if possible.
22                  And I would ask the court reporter,
23    what was the last exhibit number?
24                  THE COURT REPORTER:  The last was
25    212, so this will be 213.
```



Page 245

1          MS. GUISADO:  All right.

2          (Exhibit Nos. 213 and 214 were

3          marked for identification by the

4          shorthand reporter and are attached

5          hereto.)

6    BY MR. GUISADO:

7          Q.   Okay.  Ms. Marin, I am showing you

8    what we have marked as Exhibits 213 and 214, which

9    bears the Bates numbers respectively

10   AOL-DEF-0030087.  That's the one on the left.  And

11   AOL-DEF-00706277 through -78.  Let's focus on

12   Exhibit 213 for now ending in dash 0087.

13         MR. GUISADO:  Kevin, please bring

14   up AG1 focusing on the very top of the e-mail.

15   Great.

16   BY MR. GUISADO:

24         MR. GUISADO:  Okay.  Kevin, if you

25   could zoom out and just leave the first page.



Page 246

```
 1    BY MR. MEDLOCK:
 2              Q.   Ms. Marin, can you read this all
 3    right if you zoom in, or is it too small?
 4              A.   It doesn't let me zoom in on my
 5    side.
 6              Q.   Okay.
 7              A.   I can read it from here.
 8              Q.   All right.  Okay.  Great.
 9              MS. SHINNERS:  And just one moment.
10    I actually don't believe I have this e-mail or
11    this exhibit.
12              MR. GUISADO:  It's marked as AG1 on
13    the box.com file.  I don't know if that went over.
14    If you don't have it, I will e-mail you all of my
15    exhibits right now.
16              MS. SHINNERS:  Okay.  That would be
17    great.  I apologize for the interruption.
18              MR. GUISADO:  No, no.
19              MS. SHINNERS:  I will let you know
20    when I receive it.
21              MR. GUISADO:  I may have to send it
22    in batches just for, like, size purposes.  So
23    excuse me if you get a series of e-mails from me.
24              MS. SHINNERS:  Okay.  Yeah.  Again,
25    I apologize for the interruption.
```



Page 247

1                    MR. GUISADO:  That's all right.

2                    MS. SHINNERS:  In the meantime I

3      might just try and pull up this particular

4      document.  Just going to --

5                    MR. GUISADO:  I just sent them.

6                    MS. SHINNERS:  Thanks.  You can go

7      forward with the questioning on this.  Thank you.

8                    MR. GUISADO:  Of course.

9      BY MR. GUISADO:



Page 248

17                    MR. GUISADO:  Kevin, please take

18    away AG1 and bring up AG2.  That's Exhibit, I want

19    to say, 214.  Kevin, can you move to the second

20    page focusing on Question 6.  Great.

21    BY MR. GUISADO:



Page 249

███    ████████████████████

███    ██████████

███    ████████████████████████

███  ██    ███████████████

███  ██    ███████████████

█████████████████████████

███    ███████████████████

███    ██████████████████████

███    ████████████████

10            Can you explain who or what Grupo

11    Beta is?

12            A.    Grupo Beta is -- so you heard us

13    talk about kind of units in OFO San Diego.  So

14    Grupo Beta is a unit of part of INAMI, which is

15    Mexican immigration.  They are really good at the

16    humanitarian arm of INAMI, so very comparable to,

17    like, BORSTAR for border patrol that provide

18    humanitarian aid and assistance to migrants that

19    are encountered in Mexico.

20            Q.    Okay.  INAMI and INM generally mean

21    the same thing, I presume?

22            A.    Yes.

23            Q.    Okay.  Thank you.

███    ████████████████████████████████

███    ████████████████



Page 250

1              That's the administrative

2      enforceability unit?

3              A.    Yeah.   Admissibility enforceability

4      unit.

5              Q.    Admissibility enforceability.

6      Thank you.

7              And the ILU is the International

8      Liaison; right?

9              A.    Correct.



Page 251



Page 252



Page 253



Page 254



Page 255



Page 256



Page 257

```
10              MR. GUISADO:  Okay.  Kevin, please
11     bring up AGXX.
12              Okay.  Thank you.
13              (Exhibit No. 215 was marked for
14              identification by the shorthand
15              reporter and is attached hereto.
16     BY MR. GUISADO:
17              Q.  I am showing you what we have
18     marked as Exhibit 215, which is a letter DOJ
19     counsel sent to us, Plaintiff's counsel,
25     The document is pretty lengthy, and we don't need
```



Page 258

```
 1    to get into all of it.

 2                    MR. MEDLOCK:  Kevin, please cue up

 3    the second paragraph, please.

 4    BY MR. MEDLOCK:

 5            Q.   Take your time to read this,

 6    Ms. Marin, and let me know when you are done.  I

 7    hope you can see it.

 8            A.   I can see it.  I can see it.

 9            (Document reviewed by witness on

10            screen.)

11                    THE WITNESS:  Okay.

12    BY MR. MEDLOCK:
```



Page 259

[redacted]

16          Q.   Got it.

17               MR. GUISADO:  Counsel, do you know

18     offhand if you have produced those logs, the AEU

19     shift logs, by any chance?

20               MS. SHINNERS:  I believe we have.

21     I -- to the extent that as part of the review

22     process they came through, but I know we have

23     produced some iterations of those reports, yes.

24               MR. GUISADO:  Thank you.

25



MAGNA
LEGAL SERVICES

Page 260

25                    MS. SHINNERS:  Object to the form.



Page 261

1    BY MR. GUISADO:

2              Q.   You can answer.

3              A.   Can you just clarify it for me?

██          ██        ████████████████████████

██     ██████████████████████████████████████████

██     ████████████████████████████████████████████

██     ████████████████████████████████████████████

██     ████████

██              ██     ████████

10             Q.   Thank you.

11             MR. GUISADO:  Kevin, please pull up

12   the first of the last paragraph, please.

13   BY MR. GUISADO:

14             Q.   So because of the page split, I am

15   going to show you the next paragraph in two

16   different sets.  Let me know when you are done

17   with the first half, and then we will move on to

18   the second.

19             (Document reviewed by witness on

20             screen.)

21                 THE WITNESS:  Okay.

22             MR. GUISADO:  Kevin, could you

23   please blow up the rest of the paragraph beginning

24   at the top of the next page.

25             (Document reviewed by witness on



Page 262

```
 1          screen.)
 2               THE WITNESS:  Okay.
 3    BY MR. GUISADO:
 4          Q.   Ms. Marin, is this accurate?
 5          A.   It is.
 6          Q.   Okay.  I am going to ask you a few
 7    questions about CBP policies.  It's not out of
 8    malice or judgment.  People break and lose phones
 9    all the time.  I just want a couple answers on
10    what the policies are regarding losing or
11    misplacing a phone.
12               Does CBP have policies relating to
13    government-issued mobile devices that you know of?
14          A.   Yes.
15               MS. SHINNERS:  Object to the scope.
16    BY MR. GUISADO:
17          Q.   What are they?
18          A.   I would have to look at them to
19    have any good detail to answer that.
20          Q.   Do you recall any CBP policies
21    between 2016 and present that relate to
22    misplacement or loss of a government-issued mobile
23    phone?
24               MS. SHINNERS:  Object to the scope.
25               THE WITNESS:  I know I have seen
```



Page 263

1    policies.  I just -- I'm not familiar enough with

2    memorizing the details of those policies.

3    BY MR. GUISADO:

4              Q.   Generally what do you recall about

5    them?

6              A.   That we have to report it to the

7    lost-property officer and provide information

8    regarding the loss.

9              Q.   Are there any policies relating to

10   the content of what's on the government-issued

11   phone?

12                  MS. SHINNERS:  Object to the scope.

13                  THE WITNESS:  Specifically, I

14   cannot recall what those policies are.

15   BY MR. GUISADO:

16             Q.   And can you recall any policies

17   relating to backing the iPhones up, preservation

18   of data, something like that?

19                  MS. SHINNERS:  Object to the scope.

20                  THE WITNESS:  So I have seen

21   litigation holds that relate to the preservation

22   of data.

23   BY MR. GUISADO:

24             Q.   How many?

25             A.   I believe I have seen four in



Page 264

1    regards to this case.

2            Q.   Do you remember when the first one

3    was shown to you?

█       █    ████████████████████

█    ████████████

█       █    █████

█       █    ████

█       █    █████████

9            And what did those litigation holds

10   say?

11           MS. SHINNERS:  Object that the

12   litigation hold memo itself is an attorney-client

13   privileged communication as well as work product,

14   and instruct the witness not to answer questions

15   that would reveal the specific content of the

16   litigation memo itself.

17   BY MR. GUISADO:

18           Q.   Without revealing the substance of

19   the memo included in the litigation hold, do you

20   recall what, if anything, the litigation hold

21   asked you to do?

22           MS. SHINNERS:  Objection.  I think

23   that asks for the same information.  So I instruct

24   Ms. Marin not to answer.

25



Page 265

1    BY MR. GUISADO:

2            Q.    Are you following your counsel's

3    advice, Ms. Marin?

4            A.    Yes.

█       █       ████████████████████████

█    ████████████████████████████████████

█    ████████████████████████████████████

█    ████████████████████████████████████

█    █████████████

█       █       ██████████████████████

█       █       ███████████████████████

█    █████████████████████

13                   MS. SHINNERS:  Object to the scope.

14                   But go ahead.

█                  ███████████████████████████████

█    █████████████████████████████████████

█    █████████████████████████

█    ████████████

█       █       ███████████████████

█    ██████████████████████████████

█    ███████████████████████████████████

█    ████████████████

23                   MS. SHINNERS:  Objection; vague.

24    Scope -- no, not scope.  Just vague.

█                  ████████████████████████



Page 266

1    specifically if I did.

2    BY MR. GUISADO:

3              Q.   Okay.   It says here you lost or

4    misplaced your phone tree times between 2016 and

5    2019; is that correct?

6              A.   Correct.

7              Q.   How quickly were you able to get a

8    replacement government-issued phone, if you

9    recall?

10             A.   In my memory, it was pretty

11   quickly.

12             Q.   Like the next day?

13             A.   Typically, yes.  I don't remember

14   having to wait an extended time.



Page 267

1      them.

2              Q.   And do you happen to know or recall

3      what servicer the CBP-issued phone used or was?

4                  MS. SHINNERS:  Object to the scope.

5                  MR. GUISADO:  State your basis,

6      Counsel.

7                  MS. SHINNERS:  I don't think the

8      servicer of the phone used is within the scope of

9      the topic.  She can answer the question.

10                 MR. GUISADO:  Thank you.

███

███

███

███

███

███

17     BY MR. GUISADO:

18             Q.   Do you recall when it switched?

19             A.   I don't.

20             Q.   Do you know which servicer you

21     currently use?

22                 MS. SHINNERS:  Currently use.  Same

23     objection as to scope.

24                 MR. GUISADO:  You can answer.

25     Sorry.  I didn't hear you.



Page 268

1          MS. SHINNERS:  Just wait -- oh, go

2     ahead.

3     BY MR. GUISADO:

4          Q.   Please answer.

7               I just want to recap because we

8     went over quite a lot.  And that was very helpful.

22              MS. SHINNERS:  Objection; misstates

23     testimony and letter.

24     BY MR. GUISADO:

25          Q.   You can answer.



Page 269

████  ████  ████████████

████  ████  ██████████████

████  ██████████████████

███████████████████████

█████████████████████████

██████████████████████

██████████████████████

████  ████  ████████

████  ████  ████████████

█████████████████████████

████████████████████

```
12              MS. SHINNERS:  Object to the scope.

13              You can answer.
```

████  ████████████████

████  ████████████████████

████  ██████

████  ████████████

```
18              THE WITNESS:  I would like to ask

19       about privilege in litigation.

20       BY MR. GUISADO:
```

████  ████  ████████████████

████  ████████████████████

████  ████████████████████

████  ████████████

```
25              MS. SHINNERS:  Objection; vague and
```



Page 270

1    scope.

███                    ████████████████████

███      █████████████████████

4                    MR. GUISADO:  Thank you.

5                    Kevin --

6                    MS. SHINNERS:  Can we take a quick

7    break?

8                    MR. GUISADO:  Sure.

9                    MS. SHINNERS:  Thank you.  Go off

10   the record.

11                   VIDEOGRAPHER:  Time is 3- -- I'm

12   sorry -- 4:31 p.m.  We are now off the record.

13               (Whereupon, a recess was held from

14               4:31 p.m. to 4:43 p.m.)

15                   VIDEOGRAPHER:  The time is 4:44

16   p.m.  We are now back on the record.

17                   MR. GUISADO:  Thank you, Ms. Marin.

18                   Kevin, if you wouldn't mind, could

19   you load up AG3 focusing on the top third or top

20   half of the document.

21               (Exhibit No. 216 was marked for

22               identification by the shorthand

23               reporter and is attached hereto.)

24   BY MR. GUISADO:

25                   Q.  Ms. Marin, I am about to show you



Page 271

1     what we have marked as Exhibit 216 bearing the

2     Bates number AOL-DEF-00243914 through -918.  I

3     will represent to you that Exhibit 216 is a



Page 272



Page 273

█

█

█          █

█

█          █

█          █

█

█

█

█          █

█

█

█

█          █

█

█

█

█          █

█

█          █

█

█

█

█

█          █

█

█

25                          MS. SHINNERS:  Objection; vague.



Page 274

```
 1    BY MR. GUISADO:

 2            Q.   Yeah.  Let me rephrase.

 ■                     ████████████████████

 ■    ████████████████████████████████████

 ■    ███████████████████████████████████

 ■    ██████████████████████████████

 7            MS. SHINNERS:  Objection; compound.

 8    BY MR. GUISADO:

 9            Q.   You can answer.

 ■           ■    █████████████████████

 ■    ████████████████████████████████████

 ■    █████████████████████████████

 ■           ■    █████████████████████████

 ■    ████████████████████████████

 ■    ██████████████████████████

 ■           ■    ████████████████████

 ■    ██████████████████████████████

 ■           ■    ██████████████████

 ■                ████████████████████

 ■    █████████████████████████████

 ■    ███████████████████████████████

 ■    █████████████████

 ■           ■    █████████████████████

 ■    ██████████████████████████████████

 ■    ████████████████████████
```



Page 275

22            MR. GUISADO:  Okay.  Kevin, could

23    you bring up AG4.

24            MS. SHINNERS:  I just want to note

25    that I have actually lost access to my computer,



Page 276

1    not the one that I am using.  I don't have the

2    ability to access documents either, so I may

3    ask -- if I need to look a little more closely at

4    the screen, I may ask as well.

5                    MR. GUISADO:  Okay.  Of course.

6                    (Exhibit No. 217 was marked for

7                    identification by the shorthand

8                    reporter and is attached hereto.)

9    BY MR. GUISADO:

10                    Q.   Ms. Marin, I am showing you what's

11    been marked as Exhibit 217 bearing the Bates

12    numbers AOL-DEF-00036576.  I will represent to you

███  ████████████████████████████████████████

███  ████████████████████████████████████████████

███  ███████████████████████████████████████████████

███  ██████████████████████████████████████████████

███  ████████████████████

18                    MR. GUISADO:  Kevin, if you

19    wouldn't mind, could you highlight everything

20    below the -- the thing below the subject line.

21                    Yeah.  That's good.

22    BY MR. GUISADO:

23                    Q.   Is this big enough for you to read?

24                    A.   It is.

25                    Q.   All right.  Take your time and



Page 277

1      review and let me know when you are done.

2                  (Document reviewed by witness on

3             screen.)

4                  THE WITNESS:  Okay.  I am done.

5      BY MR. GUISADO:

6             Q.   Thank you.

21                 MS. SHINNERS:  I'm sorry.  Object

22     to the scope.

23                 You can answer, Ms. Marin.

24                 THE WITNESS:  So late in 2018 there

25     was a caravan of Central American migrants that



Page 278

1    were coming into the United States.  There was a

2    lot of media and publicity around it.  And they

3    openly said they were going to incur the borders.

14              MS. SHINNERS:  Counsel, can we go

15   off the record for a second?  I am having a

16   technical emergency.

17              MR. GUISADO:  Yes, of course.  By

18   all means.

19              VIDEOGRAPHER:  Time is 4:56 p.m.

20   We are now off the record.

21         (Whereupon, a recess was held from

22         4:55 p.m. to 5:08 p.m.)

23              VIDEOGRAPHER:  Time is 5:09 p.m.

24   We are now back on the record.

25



Page 279

1      BY MR. GUISADO:

█          █          ████████████████

█    ███████████████████████████

█    ████████████████████

5              MR. GUISADO:  Kevin, if you

6      wouldn't mind, could you please bring up AG4 once

7      more.

8      BY MR. GUISADO:

█          █          █████████████████████

█    █████████████████████████

█              ██████████████████████

█    ██████████████████████████

█    ███████████████████████████████

█    █████████████████████████████████

█    █████████████████

█              ████████████████████

█    ██████████

█          █          █████████████████████

█    ████████████████████████████

█    █████████████████████████████

█    █████████████████████████████

█    ██████████████████████████████

█          █          █████████████████████

█    ████████████████████████████

█    ████████████████████████



Page 280



Page 281

19                      MS. SHINNERS:  Object to the scope.



Page 282

1    BY MR. GUISADO:



Page 283

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███    ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

```
 9         A.   Correct.

10         Q.   Thank you.

11              MR. GUISADO:  Kevin, could you

12    bring up AG5, please.

13              (Exhibit No. 218 was marked for

14              identification by the shorthand

15              reporter and is attached hereto.)

16    BY MR. GUISADO:

17         Q.  Ms. Marin, I am showing you what we

18    have marked as Exhibit 218.  It bears the Bates
```

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████

```
24              Please take your time to read it

25    and let me know when you are done.
```



Page 284

1          (Document reviewed by witness on

2          screen.)

3               THE WITNESS:  Okay.  I am done.

4     BY MR. GUISADO:



Page 285



Page 286

█

█

█

█

```
 5              Q.   Okay.  Thank you.
 6              MR. GUISADO:  Kevin, would you mind
 7    bringing up AG9.
 8              (Exhibit No. 219 was marked for
 9              identification by the shorthand
10              reporter and is attached hereto.)
11    BY MR. GUISADO:
12              Q.   I am showing you what we have
13    marked as Exhibit 219, which bears the Bates
```

█

█

█

█

█

```
19              MR. GUISADO:  Kevin, if you
20    wouldn't mind, could you focus on the top e-mail
21    with all the recipients.
22    BY MR. GUISADO:
23              Q.   And, Ms. Marin, please take a
24    minute to review and let me know when you are
25    done.
```



Page 287

1              (Document reviewed by witness on

2              screen.)

3                   THE WITNESS:  Okay.  Just the

4    portion with the recipients; correct?

5    BY MR. GUISADO:

6              Q.  And the body with the actual

7    message.  Thank you.

8              A.  Okay.

9              (Document reviewed by witness on

10             screen.)

11                  THE WITNESS:  Okay.

12   BY MR. GUISADO:

20                  Do you recall when this happened

21   specifically?

22             A.  When the e-mail happened

23   specifically or --

24             Q.  When there was space in the AEU and

25   that CBP was accepting asylum applicants as they



Page 288

1    arrive?

2              A.   Yeah.  So that would have been from

3    February of '17, and I believe we did not start

4    seeing an increase that that was going to cause --

5    cause us to slow intake or meter until December of

6    '17.



Page 289



Page 290

█

█

█          █

█

█

6                    MS. SHINNERS:  Objection; calls for

7        speculation.

8        BY MR. GUISADO:

9                    Q.   If you know.

10                   A.   I believe that that was just

█

█

█

█          █

15                   MS. SHINNERS:  Objection; vague.

16       BY MR. GUISADO:

█          █

█

█

█

█

█          █

█

█          █

█



Page 291

13          MS. SHINNERS:  Objection to the

14    form.  Go ahead.  Sorry.

15          Go ahead, Ms. Marin.  My apologies.



Page 292



Page 293

████████████████████████

████     ████████████████

███████████████████████████

██████████████████████████

█████████████████████████

████████

████     █████████████████

██████

████     ████

████     ████████████████

█████████████████

12          Q.   Thank you.

13               MR. GUISADO:  Kevin, please bring

14     up AG10.

15               MS. SHINNERS:  How much time is

16     left in the seven hours?

17               VIDEOGRAPHER:  We are at 6:15 right

18     now.

19               MS. SHINNERS:  Okay.  Thank you.

20          (Exhibit No. 220 was marked for

21               identification by the shorthand

22               reporter and is attached hereto.)

23     BY MR. GUISADO:

24          Q.   Ms. Marin, I am showing you what we

25     have marked as Exhibit 220 bearing the Bates



Page 294

███████████████████████████████████

███████████████████████████████████

█████████████████████████████████

██████████████████████████████████

███████████████████████

6              (Document reviewed by witness on

7              screen.)

8                    THE WITNESS:  Okay.  I am done.

9                    MS. SHINNERS:  I'm sorry.  Is this

10     one of the documents you sent me?

11                    MR. GUISADO:  No, but if you will

12     grant me a brief indulgence, this is my last

13     document, and I will send it to you as soon as we

14     are done.

15                    MS. SHINNERS:  I thought we agreed

16     that I would get the documents before you started

17     questioning generally in the remote deposition

18     protocol.

19                    MR. GUISADO:  Generally, yes.  I

20     believe we sent you a box.com invite containing

21     all of our exhibits, but I will send it to you

22     right now.

23                    MS. SHINNERS:  I'm sorry.  I will

24     check the folder.  I apologize.

25                    Yes.  It is in the folder.  I



Page 295

1    apologize.  Thank you.

2                    MR. GUISADO:  You're welcome.

3    BY MR. GUISADO:

▮          ▮          ████████████████████

▮    ████████████

▮          ▮    █████

▮          ▮    █████████████

▮              ███████████████

▮          █████████████████

█          ████████████████

█          ███████████████████

█          ███████████████████

█          ████████████████

█          ███████████████

█          █████████████

█              ███████████████

█    ████████████████████████████

█    ████████████████

19                    MS. SHINNERS:  Object to the form.

20                    MR. GUISADO:  Which form, Counsel?

21                    MS. SHINNERS:  The term "asylum

22    process through metering" is vague, and I was

23    trying not to give a speaking objection, but

24    that's my objection.

25                    MR. GUISADO:  I am not totally



Page 296

1     understood.

2     BY MR. GUISADO:

3               Q.    Ms. Marin, do you understand what I

4     mean when I say "asylum process through metering"?

5               A.    I understand that you are talking

6     about migrants at shelters that are being metered.

25                          MS. SHINNERS:  Object to the form.



Page 297

25



Page 298

1    BY MR. GUISADO:

2              Q.   Is it your -- thank you.

3              A.   You're welcome.



Page 299

███  ████████████████████████████████████
███  █████████████████████████████████████████
███  ████████████████████████████████████████
███  ██████████████████████████
███          ███    █████████████████████████████
███  ████████████████████████████████████████████
███  ███████████████████████████████████████
███          ███    ████████████████████████████
███  ████████████████████████████████████████████
███  ████████████████████████████████████
███  █████████████████████████

12                    MS. SHINNERS:  I mean, you said it

13        a while ago, and it's a very long statement.  So I

14        am going to object.

15                    MR. GUISADO:  All right.  That's

16        fair.

17        BY MR. GUISADO:

███          ███    ███████████████████████████
███  █████████████████████████████████████
███  ████████████████████████████████████████
███  ██████████████████████████████████████████
███  ██████████████████████
███                ███████████████████████████████
███  ████████████████████████████████████████
███  ██████████████████████████████████



Page 300

1           A.    I ask you to be more specific on

2     what you mean by metering in Tijuana.

3           Q.    Sure.   In 2016 to facilitate the

4     entry process for asylum seekers at the San Ysidro

5     port of entry, CBP began metering individual

6     asylum seekers, and CBP would process those

7     individuals as capacity would allow; is that

8     correct?

9           A.    That's correct.



Page 301

17              Q.    And so this process or -- is it
18      fair to call it a "process"?
19              A.    I think that's fair.
20              Q.    Can I call it the "asylum-seeking
21      process at San Ysidro"; is that fair?
22              A.    There are individuals in the list
23      that arrive at a port of entry that do not always
24      seek asylum.
25              Q.    Okay.  Let's stick specifically to



Page 302

1    people who are seeking asylum.

2              A.    Okay.

3              Q.    Is it fair to state that this

4    process that we have been talking about, is it

5    fair to call it the "asylum-seeking process at

6    San Ysidro"?  If I said that, would you know what

7    I meant?

8              A.    Yes.



Page 303

███

███

███  ██

```
 4                    MR. GUISADO:  Thank you.

 5                    I have no further questions for the

 6          witness.

 7                    MR. MEDLOCK:  How much time do we

 8          have left on the seven hours?

 9                    VIDEOGRAPHER:  We just hit 6 hours

10          and 30 minutes.

11                    MR. MEDLOCK:  Okay.  Ms. Marin,

12          before we pass you back to Ms. Shinners to ask any

13          questions that she may have, I actually wanted to

14          follow up on something that Mr. Guisado asked.

15                    And I apologize.  I am having

16          trouble with my camera.  So I apologize about

17          that.

18

19                    FURTHER EXAMINATION

20          BY MR. MEDLOCK:

21                    Q.  When did you say in 2017 that CBP

22          paused metering at the San Ysidro port of entry?

23                    A.   I believe we saw a significant drop

24          in numbers in February of '17, and we did not see

25          a need to meter until December of '17.
```



Page 304

1              Q.   Okay.  So this should have been

2    during the summer of 2017, to your knowledge, no

3    one was metered at the San Ysidro port of entry;

4    is that right?

5              A.   To my knowledge, they were not.

6              Q.   Okay.  Isn't it true that CBP

7    officers have actually attempted to turn back

8    asylum seekers who have valid U.S. visas to

9    Grupo Beta in Mexico?

10             A.   I don't know of any specific

11   instances where someone with a valid entry

12   document was referred to Grupo Beta.

13             Q.   Isn't it true that in 2017, in fact

14   in June of 2017, CBP officers at the San Ysidro

15   port of entry told attorneys representing asylum

16   seekers to, quote, go back to Mexico?

17                  MS. SHINNERS:  Object to the scope.

18                  THE WITNESS:  I don't recall that

19   occurring.

20   BY MR. MEDLOCK:

21             Q.   Isn't it true that in 2017 CBP

22   officers at the San Ysidro port of entry accused

23   attorneys at the border of loitering?

24                  MS. SHINNERS:  Object to the scope.

25                  THE WITNESS:  I don't recall any



Page 305

1    accusations of loitering.

2    BY MR. MEDLOCK:

3            Q.    Isn't it true that when attorneys

4    insisted that arriving asylum seekers be inspected

5    and processed at ports of entry CBP officers have

6    threatened to have them removed from the San

7    Ysidro port of entry?

8                MS. SHINNERS:  Object to the scope.

9                THE WITNESS:  I don't recall

10   specific incidents of that.

11   BY MR. MEDLOCK:

12           Q.    Isn't it true that CBP officers at

13   the San Ysidro port of entry have told asylum

14   seekers standing on U.S. soil that they are,

15   quote, not admitted yet and need to go back to

16   Mexico to make contract with Grupo Beta?

17               MS. SHINNERS:  Object to the scope.



Page 306

■

■    ■

■

■    ■

 5            Q.  Isn't it true that CBP officers

 6    have told asylum seekers that Al Otro Lado staff

 7    are, quote, trouble?

 8                 MS. SHINNERS:  Object to the scope.

 9                 THE WITNESS:  I don't know of

10    instances where CBP officers have said that.

11                 MR. MEDLOCK:  Okay.  Kevin, could

12    you pull up Tab 38, please.

13                 And, Madam Court Reporter, can you

14    let me know what exhibit number we're on?

15                 THE COURT REPORTER:  Exhibit 221

16    will be Tab 38.

17                 MR. MEDLOCK:  All right.  So we

18    will mark Tab 38 as Exhibit 221 to your

19    deposition, Ms. Marin.

20                 (Exhibit No. 221 was marked for

21                 identification by the shorthand

22                 reporter and is attached hereto.)

23                 MR. MEDLOCK:  And for the record,

24    Exhibit 221 is an audio recording of an

25    interaction that occurred with CBP on June 13,



Page 307

1    2017.  It bears the Bates number

2    AL OTRO LADO_00018604.

3                  Kevin, if you could please play the

4    audio recording.

5                  (Audio recording played from

6                  5:49 p.m. to 5:55 p.m.)

7    BY MR. MEDLOCK:

8                  Q.   Ms. Marin, can you explain to me

9    why an asylum seeker was turned back and told to

10   go to Grupo Beta in 2017 and is recorded -- and is

11   recorded -- the interaction had been recorded

12   during a time in which you previously testified

13   metering was not occurring?

14                  MS. SHINNERS:  Object to the scope.

15                  THE WITNESS:  I cannot explain to

16   you why that would have occurred.

17   BY MR. MEDLOCK:

18                  Q.   You would agree with me that you

19   don't tell someone to go back to Mexico if they

20   are already in Mexico; right?

21                  A.   Yes.

22                  Q.   So that would lead you to believe

23   that this interaction occurred on U.S. soil;

24   correct?

25                  A.   I don't know that it would directly



Page 308

1    lead me to believe that without seeing where they

2    were -- it could have been, again, careless

3    language on the part of the person on the team.

4              Q.  But you would agree with me that

5    the CBP officers used the phrase "go back to

6    Mexico" multiple times during the conversation;

7    correct?

8              A.  Yes, I would agree to that.

9              MR. MEDLOCK:  All right.  I have no

10   further questions.  Thank you.

11             MS. SHINNERS:  Can we go off the

12   record briefly?

13             VIDEOGRAPHER:  Time is 5:37 p.m.

14   We are now off the record.

15             (Whereupon, a recess was held from

16             5:57 p.m. to 6:21 p.m.)

17             VIDEOGRAPHER:  Time is 6:22 p.m.

18   We are now back on the record.

19

20                    EXAMINATION

21   BY MS. SHINNERS:

22             Q.  Ms. Marin, I just have a few

23   questions for you.  I am going to --

24             MS. SHINNERS:  Kevin, could you

25   pull up Tab 13.



Page 309

1                    Great.  That's perfect.  Thank you.

2         BY MS. SHINNERS:

3                    Q.   Ms. Marin, I am showing you what

4         was previously marked as an exhibit to your

5         deposition.  I cannot remember the exhibit number,

6         but it is Bates labeled AOL-DEF-00603278.

7                    Do you recall seeing this document

8         earlier in your deposition?

9                    A.   I do.



Page 310

███  ███  ████████████████████████

███  ████████████████████████████████

███  ████████████████████████████████

███  █████████████████████████████████████

███  ███████████████████████████████

███  ███████████████████████████████████

███  ███████████████████████████████

███  ████████████████████████████████████

███  ████████████████████████████████

███  █████████████████████

11          But, you know, based on the

12   demographic, if I had, you be, limited cell

13   capacity based on, you know, UACs that had a huge

14   range of age ranges and I took two cells for UACs

15   versus one, if I had rival gang members and wasn't

16   able to adequately separate those from general

17   population.  If I had LGBTQ members, that would

18   affect that number.

19          If ICE ERO had already indicated to

20   me that they were not going to be able to move any

21   subjects out of our custody within the next couple

22   days, then I would have to consider TC time and

23   the number of people already in custody needing

24   more space and as TC time increases, they require

25   more care and additional officers and resources to



Page 311

```
 1    be able to accommodate that.  So it could have

 2    been one of several or all of several factors.

 3                   MR. MEDLOCK:  Move to strike

 4    everything after the first sentence as

 5    nonresponsive.  Also the question was leading.

 6    BY MS. SHINNERS:
```

█      █        ██████████████████████

█        ████████████████████████████

█        ████████████████████████████

█        █████████████████████████████████

█              ██████████████████████████

█        ████████████

```
13                   MR. MEDLOCK:  Objection; leading.

14                   THE WITNESS:  Yes, you did.  And

15    that would have been one of the factors to include

16    the others that I mentioned previously.

17                   MR. MEDLOCK:  Move to strike

18    everything after "you did" as nonresponsive.

19    BY MS. SHINNERS:

20          Q.   So are there any other factors that

21    would have played into the port of San Ysidro's

22    operational capacity on that or any other day?

23                   MR. MEDLOCK:  Objection; leading.

24    Objection; calls for speculation.  Objection;

25    foundation.
```



Page 312

1                    THE WITNESS:  So, again, there are

2      several factors that will affect our operational

3      capacity on any given day.  Again, to include

4      demographics, the health of detainees, the

5      increased TC time due to ICE's inability to move

6      them out of CBP custody in a timely manner, the

7      ability of resources and man-hours.  So it's not

8      just some monetary budget.  Again, officers have a

9      set number of -- a finite number of man-hours that

10     they are able to work towards.

11                   So all of that would have played

12     into my decision to set a target on any given day.

13     And, again, that target is fluid and fluctuating

14     at any given time.

15                   MS. SHINNERS:  Okay.  Thank you,

16     Ms. Marin.

17                   I have no further questions for

18     Ms. Marin.

19                   MR. MEDLOCK:  All right.

20     Plaintiffs have no further questions.  I also

21     think we have run out of time anyway.

22                   MS. SHINNERS:  I just wanted to

23     state on the record that the witness would like to

24     read and sign and that the deposition transcript

25     is confidential for 30 days pending more specific



Page 313

1    confidentiality designations.

2                    THE COURT REPORTER:  Okay.  Thank

3    you.  And can I get transcript and video records

4    -- video orders on the record, please?

5                    MS. SHINNERS:  The defendants would

6    like to order --

7                    MR. MEDLOCK:  Sorry.  Go ahead.

8                    MS. SHINNERS:  The defendants would

9    like to order the transcript.

10                   MR. MEDLOCK:  And Plaintiffs have a

11   standing order that you can get from Canby Wood at

12   Magna Legal.

13                   THE COURT REPORTER:  Okay.  Thank

14   you very much.  Joseph is going to read us off the

15   record, and I'd ask that everyone stay on the line

16   just in case I have got a couple more questions

17   afterwards.  Thank you.

18                   Thanks, Joseph.

19                   VIDEOGRAPHER:  Time is 6:28 p.m.

20   This concludes the deposition of Mariza Marin.  We

21   are now off the record.

22

23       (Whereupon, at the hour of 6:29 p.m., the

24            proceedings were concluded.)

25                   --oo0oo--



Page 314

1                    REPORTER'S CERTIFICATION

2

3

4

5          I, Megan Grossman-Sinclair, Certified

6     Shorthand Reporter, in and for the State of

7     California, do hereby certify:

8

9          That the foregoing witness was by me duly

10    sworn; that the deposition was then taken before

11    me at the time and place herein set forth; that

12    said testimony and proceedings were reported

13    stenographically by me and later transcribed into

14    typewriting under my direction; that the foregoing

15    is a true record of the testimony and proceedings

16    taken at that time.

17

18          IN WITNESS WHEREOF, I have subscribed my name

19    this 10th day of June 2020.

20

21

22

23    Megan Grossman-Sinclair, CSR No. 12586

24

25



Page 315

1                    DEPOSITION ERRATA SHEET

2

3        AL OTRO LADO, INC., et al.

4        vs. KEVIN K. McALEENAN1, et al.

5

6          DECLARATION UNDER PENALTY OF PERJURY I

7        declare under penalty of perjury that I have read

8        the entire transcript of my Deposition taken in

9        the above captioned matter or the same has been

10       read to me, and the same is true and accurate,

11       save and except for changes and/or corrections, if

12       any, as indicated by me on the DEPOSITION ERRATA

13       SHEET hereof, with the understanding that I offer

14       these changes as if still under oath.

15

16       Signed on the       day of

17                    , 20     ,

18

19

20             MARIZA MARIN

21

22

23

24

25



```
                                                        Page 316
 1                    DEPOSITION ERRATA SHEET

 2      Page No.     Line No.     Change to:

 3      Reason for change:

 4      Page No.     Line No.     Change to:

 5      Reason for change:

 6      Page No.     Line No.     Change to:

 7      Reason for change:

 8      Page No.     Line No.     Change to:

 9      Reason for change:

10      Page No.     Line No.     Change to:

11      Reason for change:

12      Page No.     Line No.     Change to:

13      Reason for change:

14      Page No.     Line No.     Change to:

15      Reason for change:

16      Page No.     Line No.     Change to:

17      Reason for change:

18      Page No.     Line No.     Change to:

19      Reason for change:

20      Page No.     Line No.     Change to:

21      Reason for change:

22      Page No.     Line No.     Change to:

23      Reason for change:

24      SIGNATURE:                     DATE

25               MARIZA MARIN
```



Page 317

1                    DEPOSITION ERRATA SHEET

2      Page No.     Line No.      Change to:

3      Reason for change:

4      Page No.     Line No.      Change to:

5      Reason for change:

6      Page No.     Line No.      Change to:

7      Reason for change:

8      Page No.     Line No.      Change to:

9      Reason for change:

10     Page No.     Line No.      Change to:

11     Reason for change:

12     Page No.     Line No.      Change to:

13     Reason for change:

14     Page No.     Line No.      Change to:

15     Reason for change:

16     Page No.     Line No.      Change to:

17     Reason for change:

18     Page No.     Line No.      Change to:

19     Reason for change:

20     Page No.     Line No.      Change to:

21     Reason for change:

22     Page No.     Line No.      Change to:

23     Reason for change:

24     SIGNATURE:                      DATE

25                 MARIZA MARIN



| A |
|---|

**abbreviated** 14:3
14:6
**abbreviations**
14:8
**ability** 101:25
276:2 312:7
**able** 88:4 150:3
159:5 160:13
161:2 171:20
172:1,2,4
218:16 219:2
241:6 255:11
266:7 310:16
310:20 311:1
312:10
**absolutely**
113:13
**academic** 42:5
**academy** 51:5,8
51:24 52:23
53:9
**accepting** 287:16
287:25
**access** 84:21
155:13 275:25
276:2
**accident** 207:15
**accidentally**
59:15
**accommodate**
311:1
**account** 22:12
165:15 232:15
260:21 261:5
297:4
**accountability**
276:15 277:12
281:8,21
**accuracy** 192:2
193:5
**accurate** 83:25
84:4 150:18
227:1 255:7,8
255:13 258:13

262:4 310:8
315:10
**accurately**
311:12
**accusations**
305:1
**accused** 304:22
**acronym** 19:15
19:19 33:9
**acted** 110:15
**acting** 288:25
**action** 7:22 137:4
204:3,16
206:12 248:7
**activated** 100:10
**activity** 55:6
**actual** 91:23 92:3
113:7 127:21
128:5,9,14
152:14 191:16
287:6
**add** 148:3
**addition** 17:21
**additional** 59:3
87:25 88:6
160:14 161:2
218:4,7,16,17
242:2 297:3
310:25
**address** 64:10
244:5 272:2
**addressed** 136:4
**adequate** 27:16
173:12 289:2
290:2
**adequately**
101:12 116:19
244:16 310:16
**ADFO** 14:3
**adjust** 147:4
**adjuster** 50:19
**administered**
261:5 292:7
**administrative**
51:23 250:1
**admissibility**

5:11,12 7:3
54:18 55:15,21
56:4,7,9 84:20
95:11 108:1
109:6 111:1,22
113:12 157:5
157:15 163:10
178:19 216:5
250:3,5 258:16
**admissible** 55:5
**admission** 159:16
220:25 221:6
222:15,24
223:19
**admissions**
223:10
**admitted** 305:15
**adult** 147:13,14
226:7,21
**adverse** 7:21
204:3,15
206:12
**advice** 175:6,10
241:2 265:3
**advise** 295:11
**advised** 137:3,7
**advising** 296:11
296:20
**AEU** 6:12,16 8:9
8:13 10:12 56:9
92:22 95:18
96:1 97:15,23
98:18 101:1
102:16 109:9
109:17,20
116:13 119:18
120:19 121:9
121:24 122:3
122:14 123:18
124:1 125:24
128:5 133:16
138:10,19
140:11 145:1
145:11,20
146:2,4,7,11,13
149:16 157:20

157:23 158:10
159:6,15
162:20,24
163:17 164:1
164:14 165:8,8
165:21 166:15
166:22 168:5
171:19 175:2,9
175:14 176:9
179:5 181:6,14
182:4,6,8
183:23 184:5,7
185:18 187:21
217:14 218:16
218:19 222:25
223:3 249:6,25
250:11 252:4
253:4,8,17
254:6,6 255:4
259:10,11,18
286:17 287:15
287:24 288:17
289:3
**affect** 90:7
111:10 113:1
310:18 312:2
**affidavit** 16:3
**afraid** 260:15
**afternoon** 243:18
243:20 255:11
**age** 310:14
**agencies** 86:9,14
87:10 251:8
260:13
**agency** 26:3,4,6,9
26:19 36:8 43:7
43:16,22 86:6
92:14 240:22
**aggregate** 92:23
**ago** 27:9 258:23
299:13
**agree** 22:25 23:2
79:21 80:8,24
81:4 87:19,20
87:21 119:2,7
154:6 174:11

197:10 204:20
205:13 225:15
307:18 308:4,8
**agreed** 294:15
**agreement** 12:16
302:13 303:1
**aguisado@ccrj...**
2:12
**AGXX** 257:11
**AG1** 244:21
245:14 246:12
248:18
**AG10** 293:14
**AG2** 244:21
248:18
**AG3** 270:19
**AG4** 275:23
279:6
**AG5** 283:12
**AG9** 286:7
**ahead** 25:22
52:20 58:16
62:12 79:11
80:3 88:19
99:16 132:9
140:21 147:7
149:11,12
151:17 165:24
176:19 190:1
251:22 265:14
268:2 280:12
291:14,15
313:7
**ahold** 256:15
**aid** 249:18
**aide** 288:17
**airport** 213:2,3
280:20
**Aki** 5:4,22 6:4,10
6:23 8:9,15
10:8 47:23 48:1
141:4,9,17
143:11 149:15
151:13 156:21
157:11 172:16
178:13 180:7



180:13 217:10
247:13 284:5
**al** 1:4,4,8 11:6
40:12,20 41:1
45:24 46:7 47:1
306:6 307:2
315:3,3,4
**alcohol** 20:16
**alien** 200:7,10
201:2,10
**allow** 75:23
149:7 225:6
300:7
**allowed** 88:4
173:5
**all-inclusive**
64:25
**ALOTROLADO**
10:18
**ALO-DEF-007...**
107:13
**Amended** 8:3
208:11,13
**American** 277:25
**amount** 36:3
214:22
**Andrade** 40:2,6
66:22 196:14
**and/or** 249:7
255:4 292:24
311:10 315:11
**Angeles** 20:23,24
**Angelo** 2:9 11:22
243:10
**Anne** 30:14
**answer** 4:9 12:24
16:21 18:6,8,14
18:14,21,23
31:8,11,15,25
32:16,19 41:4
41:18,19,21
44:5,7,14 46:5
52:20 57:1
69:10 75:11,12
75:21 85:10,15
97:8 99:1 101:7

102:9 124:6
131:10 155:24
176:16 186:22
192:3 195:9
199:17 234:11
240:7 241:9
244:17 248:13
249:5 261:2
262:19 264:14
264:24 267:9
267:24 268:4
268:25 269:13
274:9 277:23
284:19
**answered** 62:3
75:4 243:11
**answering** 17:7
76:24
**answers** 243:24
262:9
**Anthony** 179:1,3
**anybody** 39:22
40:1,6 69:19
94:17 129:15
132:3 138:3
151:21 241:14
**anyone's** 171:17
**anyway** 312:21
**AOL-DEF-000...**
9:12
**AOL-DEF-000...**
8:7 212:15
**AOL-DEF-000...**
10:6 276:12
**AOL-DEF-000...**
9:5 231:4
**AOL-DEF-000...**
6:8 143:6
**AOL-DEF-000...**
6:17 164:23
10:9
**AOL-DEF-000...**
6:13 163:9
**AOL-DEF-000...**
163:16

**AOL-DEF-000...**
8:17 221:19
**AOL-DEF-000...**
5:4 6:5 139:8
150:6
**AOL-DEF-000...**
8:13 219:13
**AOL-DEF-000...**
8:10 217:4
**AOL-DEF-000...**
7:4 228:9
**AOL-DEF-000...**
7:7 182:18
**AOL-DEF-000...**
10:16 294:1
**AOL-DEF-000...**
6:25 178:4
**AOL-DEF-002...**
9:24 271:2
245:10
**AOL-DEF-003...**
135:24
**AOL-DEF-003...**
5:24 134:9
**AOL-DEF-003...**
5:17 114:25
**AOL-DEF-003...**
115:16
**AOL-DEF-005...**
7:9 187:6
**AOL-DEF-005...**
202:21
**AOL-DEF-005...**
203:13
**AOL-DEF-005...**
7:22
**AOL-DEF-006...**
5:20 124:21
**AOL-DEF-006...**
6:21 167:19
309:6
**AOL-DEF-006...**
283:19
**AOL-DEF-007...**
9:16 245:11

**AOL-DEF-007...**
8:21 224:8
**AOL-DEF-007...**
156:13
**AOL-DEF-007...**
95:8 96:9
**AOL-DEF-007...**
97:14
**AOL-DEF-007...**
99:22
**AOL-DEF-007...**
107:5
**AOL-DEF-007...**
10:13 286:14
**AOL-DEF-010...**
7:18 200:23
**AOL-DEF-010...**
200:25
**AP** 172:11
**apart** 265:6
**APD** 33:3,8
172:14
**apologies** 164:24
291:15
**apologize** 203:2
246:17,25
294:24 295:1
303:15,16
**appear** 86:23
87:17,24 88:2,2
90:1 116:9
118:1,8 120:18
121:2 123:3
**appearances** 2:1
3:1 11:16
**appeared** 116:23
117:21 123:9
127:25 226:7
226:20
**appears** 107:24
109:9 114:5,10
115:22 119:3
119:11 122:11
122:22 181:4
187:12 221:19
225:3 281:11

**applicant** 201:10
205:7
**applicants**
284:21 287:16
287:25
**application**
220:24 221:6
222:15,23
223:18
**applications**
223:9
**applied** 50:22
**applies** 44:8
**apply** 223:3
243:24 285:20
293:4 299:3
301:11
**appreciate** 203:8
**apprehensions**
222:19
**approach** 191:12
**approached**
292:3
**appropriate**
55:25 155:19
**approximately**
18:11 35:24
54:3 56:18 61:4
92:24 98:11
99:3 148:19
154:7,11
169:13 181:19
209:21 211:3
284:20,22
**April** 5:4,19 7:20
9:7 124:22
128:24 129:5
139:14 140:4
141:5,24
142:14 150:22
152:4 153:11
202:20 229:8
235:24 236:15
237:8,11 240:3
241:4,18
242:18,23,25



253:8 254:5,6
**arbitration** 15:21
**area** 10:4 15:8
20:24 55:16
57:22,25 114:6
114:11 115:23
115:25 116:14
116:24 147:22
148:6 149:7,9
159:17 277:17
278:7 279:3,12
279:21,24
280:1,20
282:12 292:25
297:10,14
299:25
**areas** 57:20
145:3 147:16
147:24 149:4
154:14 281:13
**argumentative**
89:9 109:25
117:14 148:25
195:7
**Arlene** 280:5
**arm** 249:16
**Armijo** 6:7
143:10,15,18
143:23 144:25
**arose** 272:13
**arrested** 20:14
**arrival** 122:3
293:7
**arrive** 195:21
287:17 288:1
289:23 301:23
**arrived** 160:21
285:22 291:23
292:1,9 297:5
**arrives** 196:21
295:13
**arriving** 175:14
176:1,9,13
200:7,10 201:2
201:10 210:16
280:24 282:24

297:10 305:4
**articulated**
265:20
**ascertain** 286:2
**Asher** 179:1,3
**aside** 299:8
**asked** 67:20
76:15 77:15
83:2,13 240:6
253:12 254:16
255:15 264:21
282:14 283:3
292:2,14
303:14 311:7
**asking** 27:3 43:2
67:16,16,18
92:7 129:11
138:6 170:10
170:14 206:1
248:12 284:6
299:20
**asks** 264:23
**aspects** 52:22,24
302:10
**assert** 83:5
**assigned** 57:11
57:22 58:1 61:5
61:13 215:4
282:2 288:9
**assignment**
215:22,23
**assist** 38:5
251:12 285:17
**assistance** 249:18
**assistant** 13:25
14:2 33:10,12
65:6,11 77:3
96:1 136:18
143:19
**assisting** 17:22
**assume** 140:17
140:22 153:25
192:10 267:12
277:13,16
**assumes** 80:1
87:24 88:16

153:21 192:2,2
193:5
**assuming** 219:2
**asterisk** 152:13
**asylum** 10:12,16
43:24 52:9,14
159:11,12,22
160:3,6,9 161:8
197:21 198:3,7
198:10,14,24
199:2,4,20
201:23 210:5
210:21 211:4
211:17,21
213:7 228:16
250:19 258:25
260:22 272:5
273:15 274:5
274:15,21
280:24,25
281:1 283:7
285:21 287:16
287:25 289:22
290:19 291:9
291:11 292:3,5
292:12,14
293:2,5 294:3
295:17,21
296:4,12,21
298:21 299:3
300:4,6,13,14
300:18,19,23
301:6,8,8,24
302:1 304:8,15
305:4,13,19
306:6 307:9
**asylum-seeking**
301:20 302:5,9
302:22,24
**ATF** 86:12
**attached** 24:12
80:13 81:14
95:3 114:20
124:18 134:3
139:3 142:25
156:17 163:6

164:9 167:15
177:23 182:14
187:9 191:4
192:16 193:22
200:18 202:17
208:6 212:10
216:25 219:10
221:15 224:3
230:25 236:9
245:4 257:15
270:23 276:8
283:15 286:10
293:22 306:22
**attachment**
236:20
**attained** 49:7
**attempt** 101:10
210:5
**attempted** 304:7
**attempting**
197:13,22
198:4,11,22
201:14,24
211:24 250:21
**attend** 30:22 49:9
49:11
**attended** 30:9
**attention** 142:5
247:11 248:3
**attorneys** 18:3
26:17 42:23
43:3 75:6 76:17
76:21 77:17
83:17,22,23
304:15,23
305:3
**attorney's** 31:16
31:18 32:3,22
85:17
**attorney-client**
74:13 75:13
239:4 242:7
264:12
**attrition** 215:14
**AT&T** 267:13,14
**audible** 17:2

**audibly** 17:7
**audience** 147:18
147:24 148:3,5
149:4,6 150:12
152:16 154:14
154:19,20
155:2,9 156:2
**audio** 10:17
17:17 18:20
19:3 200:5
306:24 307:4,5
**audited** 50:2
**augment** 61:22
**August** 5:12,15
8:12 10:8 95:10
115:3 219:19
220:9 283:20
283:21 285:15
285:15
**authorities** 87:4
**authorize** 88:12
**authorized**
137:14
**available** 101:11
118:24
**average** 217:20
217:24 218:12
**averages** 220:5
**avoid** 292:25
**aware** 69:2,10
70:22 71:4 78:9
78:24 79:5
111:13 112:2,7
116:7,12,22
117:3,4,23
155:7,12,25
174:17 200:4
235:15,19
**a.m** 1:17 11:2,9
73:22,24,24
74:1 76:7,10,10
76:12 133:4,7,7
133:8 139:14
140:5 141:5,24
169:2 170:2
171:8 178:14



220:9 233:4
244:13 247:12
248:4

**B**

**back** 49:25 66:9
70:9,12 74:1,3
76:12,14 77:14
88:1,7,25 98:5
99:14 126:19
129:8 133:9,11
148:14 150:4
151:24 154:2
161:23 171:2,7
173:8 177:8,10
181:8 213:4
220:16 228:2
229:7 239:22
239:24 253:6,8
254:6 259:7
269:4 270:16
274:18 278:24
287:18 289:7
289:10,13,16
290:4,12,17,20
290:20 291:19
300:21 303:12
304:7,16
305:15,20
307:9,19 308:5
308:18
**background**
50:24
**backing** 263:17
**backlog** 220:12
**balance** 171:20
172:1
**Ballentine's** 5:6
80:18
**ballpark** 99:6
101:10 132:13
167:7 177:17
**Barracks** 158:13
158:15 159:6
**Barretal** 279:13
**Barretto** 33:22

34:1,19
**barrier** 211:3,9
211:11,22
**based** 31:2 59:8
61:6 62:22 91:3
91:4,10 101:19
112:16,20
125:4 133:20
153:25 167:7
171:24 172:4
173:9 184:19
194:21 226:9
281:14 309:22
310:11,13
311:10
**basis** 109:17
117:5 118:15
118:20 120:5
157:11 184:22
188:18 267:5
**batches** 246:22
**Bates** 5:4,17,20
5:24 6:5,8,13
6:17,21,25 7:4
7:7,9,18,22 8:7
8:10,13,17,21
9:5,8,12,16,24
10:6,9,13,16,18
95:8 96:6 97:13
99:21 107:5,12
114:25 115:15
124:21 134:8
135:23 139:7
143:5 150:5
156:13 163:9
163:15 164:20
167:18 178:3
182:17 187:5
200:22,25
202:21 203:9
212:14 217:3,3
219:13 221:18
224:7 231:3
236:13 245:9
271:2 276:11
283:18 286:13

293:25 307:1
309:6
**Beach** 53:5,7,11
53:12 158:24
159:1,7
**Bean** 272:21
**bearing** 187:5
271:1 276:11
293:25
**bears** 95:7
114:24 115:15
124:21 134:8
139:7 143:5
156:12 163:8
167:18 178:3
182:17 200:22
202:20 217:3
219:13 221:18
224:7 231:3
236:13 245:9
283:18 286:13
307:1
**bedding** 155:13
155:15
**began** 161:18
185:19 253:3
254:13 300:5
**beginning** 136:23
145:25 198:6
261:23 299:9
**begins** 11:5 24:14
60:25 92:14
126:1 209:14
212:14 225:1
**behalf** 11:19,23
12:3 24:19
52:19
**belief** 153:9,11
237:16
**believe** 15:6,9
16:9 25:19
26:11 35:8,18
40:15 50:22
51:1,5 53:12
54:8 56:16,21
59:19,21 61:10

74:21 84:2 99:2
100:21 108:14
108:19 109:15
109:23 125:14
129:21 131:13
135:19 144:8
151:18 157:17
161:3 168:22
169:25 194:24
195:1 210:24
216:21 218:9
218:10 225:11
225:17,21
237:13,18
246:10 248:6
255:12 259:20
263:25 264:4
278:9 279:2
285:14 288:3
288:16,25
290:10 294:20
299:7 303:23
305:25 307:22
308:1 311:9
**believed** 235:16
235:24
**believes** 228:16
**Ben** 2:18
**bench** 155:16
**beneath** 100:3
145:8 159:10
179:22 201:12
209:9 232:2
**best** 17:19 22:2,6
27:24,25
161:21 257:8
280:12 290:25
291:4
**Beta** 249:6,11,12
249:14,24
251:15 252:2,9
252:19 253:24
254:11 255:1,4
256:1,3,11,23
257:6 258:25
259:5,8 260:5,7

260:17,21,24
261:6 265:8,22
266:18 268:10
269:5,5 272:25
273:8 282:15
282:17,22,24
283:6,7 284:16
287:19 289:8
289:11,17,25
290:4,14,20,23
291:3,9,19,24
292:7,17,22,23
296:10,23
298:5,23,25
299:20 300:20
300:20,24
301:3,5,7,13,14
304:9,12
305:16 307:10
**better** 21:23
299:22
**beyond** 44:15
**big** 276:23
**bit** 45:7 61:17
65:16 190:21
195:11 228:13
228:14
**blank** 260:11
**blow** 178:9
261:23
**blow-up** 157:1
**blurry** 178:8
**board** 65:14
143:19
**bodies** 165:12
**body** 15:24 237:1
248:9 287:6
**bold** 209:6
**bolded** 226:13
**book** 10:16
274:24 275:2
275:17,20
294:4 298:25
299:6,7,9
300:15,17
**border** 5:14 9:20



13:22,24 14:5
23:9 65:25 66:2
66:5 123:9
158:15,21
159:2 197:22
197:23 198:3
198:11 199:3
201:23 204:9
211:22 229:24
231:18 232:14
235:23 249:17
251:9 304:23
**borders** 278:3
**boring** 228:12
**BORSTAR**
249:17
**bother** 77:4
**bottleneck** 90:3
**bottom** 99:24
152:13 162:4
166:9 169:3
178:25 180:12
208:11 220:3
221:20 229:14
231:5 248:3
281:8 284:5
**boundary** 160:16
209:23 210:17
211:1,2 289:19
289:21 297:8
297:11
**box** 2:18 102:11
165:3 169:3
**boxes** 164:17
**box.com** 246:13
294:20
**brand-new**
213:25
**break** 18:11,15
48:24 71:8
73:13 74:4,18
76:15,18 77:15
77:17 133:2
227:15 239:25
244:1,2 262:8
270:7

**breaks** 260:4
**bridge** 199:23
213:1
**brief** 50:14 254:4
294:12
**briefed** 288:9,20
**briefly** 308:12
**bring** 80:9 81:10
94:23 98:15
102:11 133:22
138:23 142:21
144:14 167:11
177:20 180:10
192:12 193:18
200:14 223:24
229:1 244:20
245:13 248:18
256:21 257:11
275:23 279:6
283:12 293:13
296:14 297:23
301:7,7
**bringing** 125:22
285:18,18
286:7 290:1
296:24 299:2
300:22
**brings** 298:5
**Broadway** 2:10
**broke** 200:5
269:1,2
**broken** 29:12,14
**brought** 160:4
191:6 229:5,6
256:20 285:23
301:15
**Brown** 2:4 11:11
11:19
**Brownfield**
158:18,20,21
159:7 280:21
**budget** 171:24
172:18,20
173:1 311:10
312:8
**built** 146:4

**bullet** 136:25
137:9 201:13
217:16,21
218:11 279:10
**bunch** 51:22
**burden** 205:6
**business** 48:6
96:21 109:19
265:12
**busy** 223:5
**B-a-r-r-e-t-t-o**
33:24

---

## C

**calculated** 94:13
94:20
**Calexico** 7:13
33:4,13,20 34:7
40:8 66:20,20
66:22 190:4,8
192:6,22 193:3
193:12 196:11
196:19 230:17
**California** 1:2,19
11:1,8 12:11
14:19 15:11,15
314:7
**call** 22:21 54:13
54:17 58:23
59:4 173:11
249:8 252:3,7,8
254:16 255:5
256:12 266:20
266:21,25
268:17 298:24
301:18,20
302:5
**called** 22:18 62:7
63:10 147:18
162:1,9 179:7
196:7 220:24
236:20 260:11
266:22 278:11
298:23
**calling** 85:9
**calls** 74:12 96:22

108:17 140:19
149:18 153:13
153:22 199:7
199:14 202:2
210:8 211:14
212:2,2 252:23
290:6 311:24
**camera** 303:16
**camp** 297:10
**Canby** 313:11
**cap** 173:11,16,19
173:23
**capacities** 68:6
92:3
**capacity** 5:5 6:8
21:7,10,11 24:4
27:17 46:11,18
46:18 67:1,3,6
67:10,24,25
68:1,4,9,10,18
68:19 69:1,1,5
69:8,12,13,21
69:21,24 70:6
70:13,16,19,24
71:2,12,21 72:3
72:4,8,18,25
73:6 77:23 78:6
78:12,18,22
79:2,7,8,15,23
80:5,17,20,21
81:1 87:8 90:7
90:23,25 91:3,3
91:15,19,23
92:8,23 93:2,4
93:5,11,13,14
93:17,23 94:5
94:11,11,18
97:22,25 98:9
98:17,21 100:8
100:19,22
101:5,8,14,16
101:17,18,22
102:6,16 103:4
103:12,21
104:5,14,23
105:3,4,8,12,17

106:4,14,21
107:4,15,24
108:9,16,22
109:4,15,20
110:4,13,20,22
110:25 111:10
111:15 112:5
112:11,15,19
112:22 113:1
126:5,14,16,21
126:24 127:4,5
127:22 128:2,4
128:5,9,14,19
128:21,23
129:9,12 130:1
130:6,11,22,25
131:3,13,25
132:4,23
133:13,15,20
137:14,20,24
138:1,5,10,18
140:11 141:13
141:18,19,20
142:10,15
145:2 146:14
147:25 148:2,9
148:12,18
149:5,16 150:8
152:7,14,17
153:10,19
154:5 160:14
161:6 167:5,8
175:22,24
179:14,18,18
179:19,23
180:2,2,3
181:20,22
183:5 184:8,12
184:20 187:22
187:25 188:1,2
188:2 190:13
191:11 192:20
194:1 195:1,2
197:8 218:4
222:17 232:7
232:15,21,22



233:10,14,14
233:18,20,20
234:22,22
300:7 302:19
309:22,25
310:1,13
311:22 312:3
**caps** 226:16
**captioned** 315:9
**car** 80:22
**caravan** 273:13
275:13 277:25
279:22 281:12
281:17,18,22
**caravans** 260:14
**cards** 57:6
**care** 101:12
113:15 116:17
116:18,19
123:2 250:17
250:24 310:25
**career** 50:14
136:20
**careless** 290:11
291:20 308:2
**Carroll** 38:25
39:2,6,21
**carry** 265:6
**case** 1:7 7:22
16:1,5,12 25:18
27:8 36:16
37:13 38:13,19
38:22 39:24
40:3 41:13,15
42:9 43:13
47:11,19 55:25
74:21 75:1 81:8
101:20 109:15
131:13 149:13
192:5 202:7
204:3 205:5
217:20,24
218:12,23
223:3 226:6,25
229:8 230:1
264:1 279:19

313:16
**cases** 74:15,22
86:12 89:7
128:18 169:8
169:14 211:15
216:6 218:17
218:21 224:22
226:4 250:23
310:5
**case-by-case**
117:5 118:15
118:18,20
120:4
**Castillo** 9:14
96:4,13 108:15
143:11 151:19
247:13 248:13
286:17
**CAT** 6:4 248:4
**categories** 29:12
**cause** 90:2 288:4
288:5
**caused** 131:3
172:18,23
174:6 237:17
**caveat** 243:3
**CBP** 3:7,8 6:4
14:6,11,23,25
21:14 22:4,15
23:24 24:2,5
33:16 35:3
39:17 43:7
46:19 47:2,12
50:13,20,21
51:4,12,16
52:19 53:3 54:2
54:4,7,10 56:13
56:17,23,24
57:3,4,9 58:23
61:5,13 63:13
67:17 70:23
71:14,20 72:4
73:7 77:21 78:3
78:8,25 79:13
91:7,22 92:2
94:17 96:14

97:1,4 111:14
112:3 113:7,11
113:21 115:1
115:10 116:8
117:10 118:7
125:6 126:25
129:15,24,25
132:6 135:6,16
136:8,13,18
139:20 140:25
141:1 143:24
144:2 158:5
168:2,9,16,20
173:3 178:18
179:4 195:15
195:22 196:21
202:7 204:10
205:3,6,20
207:2 210:23
213:5 215:4
216:17 223:7
223:13,19
225:22 228:15
234:8 245:19
248:4 252:19
254:25 256:1
257:5,22
258:24 260:24
262:7,12,20
265:12 266:22
268:10 269:10
269:15,22
271:5,15 272:6
272:20 273:3,7
273:14,22
274:4,13
279:16,23,25
280:15 281:11
281:17 283:6,8
284:9 285:16
287:25 289:10
290:17 291:2,8
292:4,5,15,15
292:21 293:5
296:20 297:6
297:21 298:19

298:23 299:19
299:19,23
300:5,6,19
301:4,5,13
302:10,24
303:21 304:6
304:14,21
305:5,12 306:5
306:10,25
308:5 312:6
**CBPALOTRO...**
236:14
**CBPALOTRO...**
9:8
**CBP's** 43:23
96:21 116:22
175:1 235:24
**CBP-CAT** 248:5
**CBP-issued**
267:3
**CC** 224:11
**CC'd** 134:17
231:7 247:13
**CC'ing** 141:24
235:5
**ceiling** 101:10,14
101:16 132:11
**cell** 114:6 115:24
116:25 118:9
119:4,20,23
120:3,5,7,19
121:10 122:6
122:12,23,24
123:4,8,21
146:19 147:1,2
147:4,6,15
148:2,7 310:12
**cells** 116:9
117:21 118:1
121:24 122:14
145:11,13,14
145:16 146:17
147:11,17
310:14
**center** 2:8 10:5
11:22 276:14

277:18 278:5,6
278:7 279:3,12
279:21 280:19
280:21
**Central** 277:25
**certain** 45:3
62:20 167:6
**certainly** 111:20
**Certification** 5:9
314:1
**Certified** 12:11
314:5
**certify** 314:7
**CFR** 201:6
**chain** 5:3,21 6:3
6:6,10,19,22
8:11,14,18 9:3
9:9,13 10:7,10
10:14 134:8,16
135:19 139:13
141:3,22 143:8
143:9 144:11
150:5 152:2
167:23 168:16
168:23 178:11
178:12,25
180:6 220:3
221:21 231:3,6
233:3 235:3
245:19 247:24
**challenge** 228:17
235:10,17
236:1
**chance** 193:6
247:25 259:19
**chances** 13:1
**change** 88:21
130:25 131:4
131:20 146:19
147:5,14
255:19 316:2,3
316:4,5,6,7,8,9
316:10,11,12
316:13,14,15
316:16,17,18
316:19,20,21


MAGNA
LEGAL SERVICES

316:22,23
317:2,3,4,5,6,7
317:8,9,10,11
317:12,13,14
317:15,16,17
317:18,19,20
317:21,22,23
**changed** 49:19
49:20 60:24
88:14 128:23
129:4 131:16
131:19,25
175:8 252:17
**changes** 130:7
132:4,11,22
315:11,14
**changing** 111:9
130:22 175:6
273:1
**Chaparral** 9:22
291:24,25
292:1,5,8,9,11
292:13 293:1,2
295:14
**charge** 20:18
38:21,23
**charged** 20:11
21:3
**chart** 146:18
148:9,10,11
152:24 179:10
183:2 187:24
**chat** 260:12
**Chavoya** 10:7
280:6 283:21
**Chavoya's**
284:19
**check** 54:7
294:24 305:24
**checked** 61:9
**checks** 55:8
**chicken** 112:24
113:22 118:19
119:19 121:8
121:10 122:10
**chief** 58:10,13,14

58:19 59:5,12
175:1 178:19
185:23 252:1,4
253:16 256:8
**chiefs** 60:8
**children** 112:24
**choice** 207:18
**Christian** 16:9
**Chula** 15:9,10,14
158:16
**circumstances**
62:16 87:23
88:9 89:16
90:10,17,24
117:6 133:19
198:13
**citation** 20:14
**cited** 20:15 21:3
**citizens** 159:15
160:11
**city** 20:22
**Civil** 23:8
**claim** 188:7
199:4 225:7
226:22 227:9
**claims** 50:19
**clarification**
138:7
**clarify** 52:18
67:16 90:4
261:3 290:3
299:5 301:2,2
**clarity** 228:8
**class** 5:8 11:20,24
**Claudia** 8:19
224:6 225:16
225:19
**clear** 46:17
149:24 160:12
188:19 189:2
211:10 218:24
**clearance** 50:25
**cleared** 213:5
**clearly** 110:19
**Clifton** 74:15
**climbed** 211:5

**close** 64:9 154:14
**closed** 213:25
**closely** 276:3
**close-out** 237:14
237:21 238:22
240:5 241:17
**cloud** 259:3,7
**coaching** 44:16
**COB** 9:11,16
**coffee** 272:21
273:2
**coincidence**
128:3,7
**colleague** 12:4
243:8,21
**colleagues** 238:5
**collective** 147:25
**college** 49:9,11
50:18,18
**colloquy** 12:25
**column** 146:18
146:24 152:13
183:10 184:10
188:4 191:14
194:1
**columns** 192:21
**combined** 165:8
**come** 29:5 51:21
54:21 60:5
126:7 128:18
150:21 165:13
166:15,22
198:3 199:18
211:12,25
213:6 215:15
252:6 296:22
298:25 301:16
**comes** 112:23
298:6
**comfortable**
121:11
**comfortably**
120:23
**coming** 47:5
72:13 118:7
164:2 171:11

243:13 256:22
260:14 273:13
275:14 278:1
284:13 309:15
**command** 10:5
276:14 277:18
278:6,7 279:3
279:12,21
280:20
**commander** 33:4
33:16,19 58:8
58:11 59:16,19
59:24 60:2,3,4
60:13 61:19,23
63:10,13,17
64:17,24 65:2
96:3 172:9
253:5 288:17
288:18
**commanders**
63:18
**commander's**
64:12
**commissioner**
136:12,13,18
234:8,13,15
235:8,15,24
**committing** 21:3
**common** 80:25
**communicable**
113:22 114:2
123:16
**communicate**
256:2 281:24
**communicated**
282:9
**communicates**
295:8
**communicating**
189:3 248:25
**communication**
74:13 78:4
251:13,24
252:18 255:16
264:13 268:14
302:25

**communications**
24:25 49:20
75:13,14,16
188:20 239:4
244:13 253:7
253:13,18
256:16 257:23
258:20
**comparable**
249:16
**compiles** 279:18
**Complaint** 41:12
**Complaints**
40:16,17
**complete** 52:4
53:9
**completed** 214:9
241:24
**completes** 88:7
**compound** 274:7
**comprises** 281:8
**computer** 259:3
275:25
**computer-gene...**
21:21
**concept** 109:5,8
109:20 110:25
196:8
**concern** 227:8
**concerning** 29:8
**concerns** 257:1
297:13
**concise** 44:13
**concluded**
313:24
**concludes** 313:20
**conclusion** 96:23
202:2 210:9
212:2 226:20
**concrete** 111:8
131:20
**concurrently**
251:18
**conditions**
297:14
**conducted** 31:10



conducting 55:6
confer 239:6,8,12
  239:25
conferencing
  216:10
confident 302:17
confidential
  312:25
confidentiality
  313:1
configuration
  147:15
confirm 214:25
confirmed
  279:12
confusion 190:21
Congress 15:24
  78:11
connect 213:1
connection 36:9
  36:12 42:9
  82:15 83:3
consequences
  20:4
consider 101:4
  155:17 241:12
  310:22
considered 112:4
  123:24 201:9
consistent 153:19
  154:10 164:24
consolidated
  28:11
constant 48:21
  48:23
Constitutional
  2:8 11:22
constrained
  90:25
constraint
  172:21 173:1
constraints
  172:18,23
  176:11
constructed
  146:2,9

construction
  145:25 146:3,7
  146:10 214:12
  214:17
consult 75:23
contact 252:2
  254:10,10,25
  256:1,11
  258:24 260:3
  265:22 266:17
  268:10 297:19
  298:23 299:20
contacted 251:15
  251:15 253:23
contacting
  174:25 253:23
  296:20
contacts 249:6,25
  251:24 255:4
contagious 113:3
  113:13 118:17
contain 76:22
contained 269:4
  298:11 300:12
containing
  294:20
contemporane...
  132:5
contemporane...
  132:22
content 259:14
  260:20 263:10
  264:15
contents 96:17
  168:12 259:4
context 125:20
  140:16,24
  285:4
contingency
  100:1,9,13,25
  101:4 102:5,11
continue 99:17
  99:19 173:13
  186:20 188:17
Continued 3:1
continuing 6:1

7:1 8:1 9:1 10:1
  299:18
continuously
  171:19
contract 302:14
  302:18 303:2
  305:16
contracted 116:3
contracting
  113:3 118:17
control 114:12
  116:2 229:23
  279:13
controlled
  291:25
conversation
  16:20 26:20,22
  27:2 32:17
  33:25 39:1,5,11
  39:13 76:16,20
  76:23,24 77:17
  150:16,24,25
  151:1,8,13,22
  152:4,22 153:1
  153:3,5,6,7,12
  185:20 186:1,5
  240:25 241:1,6
  308:6
conversations
  27:4 28:1 34:2
  34:4,8,9,13,18
  35:6,11 36:11
  39:19 47:20,25
  62:1 76:17
  77:16 185:16
  241:12
convert 161:2
converting 297:3
convicted 20:10
conviction 20:18
Cool 244:8
copied 139:13
  144:17 224:12
copies 205:4
copy 23:14 95:16
  134:10 139:9

139:11 202:23
  203:21 217:6
  219:15 224:5
copying 143:10
corner 208:11
correct 21:1 22:7
  24:7 48:22 49:4
  49:5 56:10,11
  56:14 58:9
  59:24,25 60:18
  60:19 66:13,17
  66:24 71:21
  78:20 79:16
  81:1 82:3,12
  86:7,8,17,24
  87:3,10,18
  88:15 89:2,3,7
  89:21 90:8,9,12
  90:14 91:11,12
  92:8 95:18,19
  96:14,15,21
  97:5 98:1,12,13
  98:18,19 99:8
  100:4,5,16,17
  100:20 101:1
  101:17 108:2,3
  108:5,6,10,11
  108:24 109:6
  109:12 111:23
  112:17 113:8
  115:11 116:25
  119:4,12
  123:22 125:3,6
  125:7,9,12,13
  125:18 126:11
  126:12,25
  127:19,20,24
  129:13 130:13
  130:18,19
  131:4,5,11
  132:24,25
  134:18,19,21
  134:22,24,25
  135:3,4,7,10,16
  136:14,15,18
  136:19,21

137:21,22
  138:1,11
  139:15,16,20
  139:21,23
  140:1 141:10
  141:11,14,21
  142:1,11,12,17
  143:12,13,16
  143:17,20,21
  143:24 144:2,5
  144:17,18
  145:8,9,11,14
  145:17,18
  146:15 147:19
  147:20,22,23
  147:25 148:5,9
  148:12,19,20
  148:23 149:1,5
  153:20 158:7,8
  158:10,11
  159:8,23 160:1
  161:15 162:5,6
  162:9,14,15,17
  162:20,21,25
  163:12,13,18
  163:19,23,24
  164:3,4,15,16
  165:21,22
  166:12,13,16
  166:17,23
  167:24 168:9
  168:13,16,20
  168:21 169:15
  169:23 170:2
  170:11,12,16
  170:25 171:1
  174:1,2,7,12,15
  179:12,13,15
  179:16,20,24
  180:4,5 181:6,7
  181:15,16,20
  181:23 182:25
  183:1,5,6,8,9
  183:16,24
  184:25 185:1,5
  187:13,14,17



187:18,22
188:2,3,5,6,8,9
188:21,22,25
189:1,19
191:24,25
195:24 196:8,9
196:11,12,16
196:17 197:8
197:13 199:5
210:18,19,23
211:12,25
212:21 214:3,4
214:6,9,10,14
214:15,19,20
215:12,13
217:11,12,14
217:15,17
218:5,6,8,13,17
218:21,25
219:1,21,22,25
220:6,7 221:22
221:23 222:1,2
222:5,6,10
224:12,13,15
224:16 225:11
226:14,15,17
226:18 229:20
229:21,24,25
230:13,14,18
230:19 231:7,8
231:16,17,19
231:20,25
232:1,3,4,7,8
232:10,11
233:5,6,11,20
233:23 234:2,3
234:5,8 235:6,7
236:17,18,21
236:22,24,25
237:4,5,8,9,18
237:19 240:18
243:2 248:10
248:14 250:9
251:16,17
253:25 254:1
257:8,9 260:24

266:5,6,23
268:12,16,18
268:19,21
269:7,11 273:4
273:5 274:13
274:15 280:25
281:13,15
283:8,9 284:25
287:4 292:7
295:16 296:15
296:16 298:11
298:12,16,17
299:4,11,25
300:8,9,14
301:12 307:24
308:7
**correcting**
150:10,15
**corrections**
315:11
**correctly** 92:25
100:11 116:4
126:8 127:15
137:16 140:13
141:15 145:5
146:21 169:10
170:7 171:12
180:17 181:1
201:20 204:4
204:18 205:11
210:1 220:14
220:21 222:9
222:20 225:9
226:5,11
234:19 235:13
**counsel** 2:1 11:15
21:23 26:3,4,7
26:9,19 27:1,4
27:11 28:6,8,17
28:21,22,25
29:18 30:22
31:3,5,8,11,20
32:18,25 33:6
34:12,14 35:1,3
35:5,17,21,25
36:6,8,25 38:21

39:10,12 41:18
41:20 43:8,8,8
43:16,16,17,22
43:22 44:6,25
74:5,7 83:15
175:1,2 190:19
239:1,25 240:9
240:11,12,14
240:19,20,21
240:22 241:14
257:19,19
259:17 267:6
278:14 295:20
**counseling** 21:16
21:19,25 22:4
**counsel's** 265:2
**count** 149:8
150:11,12
**counterparts**
251:6 278:9
**couple** 18:21,22
27:12,12,13,14
45:15 49:19
66:11 71:7,7
154:24 252:22
260:16 262:9
272:10,21
297:12 310:21
313:16
**course** 40:20
96:21 135:6
139:19 168:8
240:25 247:8
276:5 278:17
**courses** 50:3 52:8
52:11
**coursework**
52:13
**court** 1:1 11:8,13
12:8,10,22
14:14,16,17
15:4,7,14,15
17:2 18:5 20:20
41:14 81:7
83:19 109:14
109:22 131:12

131:15,15
148:17,21
149:3 154:4,13
154:16 190:18
194:24,25
244:22,24
306:13,15
313:2,13
**courtroom** 20:1
**coverage** 280:7
**Covina** 20:22,25
**CRANFORD** 3:5
**create** 157:13
207:22
**created** 84:19
97:11 157:10
299:7,10
**creates** 205:5
**creating** 97:3
**credible** 226:22
**credible-fear**
227:9
**credits** 49:22
**crime** 20:10 21:4
**criminal** 14:16
14:20 20:4
**crisis** 248:6
**cross** 48:1 197:23
198:4
**crosses** 47:19
**crossings** 213:20
**Cross-border**
212:21,24,25
213:8,13,23
214:2
**Crouston** 6:22
178:14 180:19
185:23 253:17
254:21
**Crouston's**
178:17
**CSR** 1:25 314:23
**cue** 258:2
**current** 50:8
65:10 146:1,20
158:5 220:12

233:8 234:15
243:4 253:16
280:5
**currently** 60:25
179:12 267:21
267:22 268:5
285:9
**cursory** 55:7
**custody** 6:24
84:12,16,18,21
85:25 87:24
91:5,7,8 101:13
125:23 140:25
140:25 141:1,2
158:5 161:3,6
165:13 179:7
179:12 181:18
181:19,25,25
182:3 183:4
187:21 190:13
219:3 232:6
250:24 275:17
297:3 310:21
310:23 312:6
**Customs** 5:14
9:20 13:22,24
14:5 23:9 86:1
204:9
**cut** 17:17 44:18
177:14
**cuts** 12:25

---

**D**
**daily** 6:23 84:19
109:17 129:12
130:1,5 157:16
276:15 277:12
280:16 281:7
281:21
**dash** 245:12
**data** 8:13 129:24
263:18,22
**database** 224:21
**data-sharing**
271:6
**date** 5:11,12 51:6



53:13 54:7
56:16 78:19
95:9,10 115:2
125:2 173:2
176:3 186:4
187:16 306:1
316:24 317:24
**dated** 202:20
224:6
**dates** 59:13,21
85:5,6,12 167:6
**day** 6:12,16
27:14 39:3 58:3
58:4,6,6 65:1
68:4,5 72:11,11
91:4 101:19
110:21 111:11
111:16 113:2
118:18 128:1,4
128:16 129:10
129:20,20
130:8,18
131:19 132:1
147:13,15
158:19 162:17
163:18,25
166:14 167:1
170:15 171:8
176:14,15,17
181:25 182:7
183:8 184:13
184:13 217:21
217:25 218:12
218:17,21
220:17 249:9
253:20 255:5,6
256:7 257:3,6
261:7 266:12
266:18 277:10
277:14 282:20
282:23 283:2
295:13 296:12
297:6,12,24
299:19 311:22
312:3,12
314:19 315:16

**days** 16:23 27:13
84:17 128:8,13
157:22 158:1
162:22 166:21
175:13,15,17
175:19 176:7
176:10 182:23
218:24 220:5
220:18 297:13
310:22 312:25
**day-to-day** 48:5
109:19 111:1
184:22 188:18
**DEA** 86:12
**deal** 222:24
228:4
**December** 10:4
14:12 49:1 51:7
213:19 214:2
214:23 215:5
253:3 254:7,12
258:18 276:13
288:5 303:25
**decide** 50:21
61:21 89:16
90:11,17
199:21
**decided** 100:24
128:1
**deciding** 61:12
**decision** 40:5
55:4 61:23
84:24 85:2
89:12 121:19
176:12 205:22
206:1,2,5,10
312:12
**decision-makers**
110:19
**declaration** 16:3
16:5 59:14 81:6
81:7,22,24
82:15 83:3,6,14
83:16,22,25
84:4,7,11,22
85:7,21,22 90:6

97:24 98:3,6,8
98:22,25
148:15,16
154:3,9,17
181:9,11
182:25 187:17
315:6
**declare** 315:7
**decreased** 215:11
**DEEF** 260:18
**deemed** 89:4
**Defendant** 12:3
**defendants** 1:10
2:14 5:7 8:3,5
208:15 313:5,8
**Defendant's**
208:12
**define** 51:15
67:24 71:3,17
71:20 72:18,19
72:25 73:1
184:2 213:22
274:17 289:12
289:15
**defined** 73:7,11
110:13 111:3,7
130:12 183:25
**defines** 69:11,25
70:5,8,16,18,23
71:14
**defining** 112:10
185:2
**definition** 5:5
72:2 75:10
77:22 78:5,11
79:22 80:5,17
80:19,19,25
105:11 108:22
111:8 124:4
195:2 201:2
290:18
**definitive** 199:17
**degree** 49:8
**delegado** 255:20
**delivered** 78:10
**demographic**

310:12
**demographics**
147:5 312:4
**denied** 202:9
204:13 205:10
**Department** 2:15
12:2,7 19:13
86:4 87:9
**depend** 121:5
272:1 284:11
**dependent** 87:13
87:15
**depending** 97:10
147:3 195:25
196:2 256:15
310:6
**depends** 166:24
271:20
**depicts** 193:25
**deposition** 1:13
11:5,10 12:12
15:17 16:16,19
18:18 19:12,17
23:9 24:9 27:20
33:2,21 36:14
36:17,25 37:8,9
41:21 76:19
77:19 80:16
81:18 91:23
92:2 95:7
114:24 124:15
132:20 134:7
139:6 143:4
156:12 164:13
167:20 178:2
182:19 187:4
190:17 191:8
192:20 193:19
200:15 202:14
208:3,9 209:2
212:7,13
216:21 219:7
221:12 223:25
228:6,8,10
229:7 230:22
236:13 240:24

294:17 306:19
309:5,8 312:24
313:20 314:10
315:1,8,12
316:1 317:1
**depositions** 43:9
**deputy** 30:10,12
32:25 33:16
136:12,13
137:2
**Descendent's**
208:11
**describe** 63:12
**described** 147:21
161:13 230:6
230:10,15
**description** 50:14
146:25 147:18
152:13
**designated** 92:23
93:2,5,8,11,13
93:14,17,22
94:5,11 97:25
98:9,21 148:18
148:22
**designations**
313:1
**detail** 28:13 34:5
47:6 262:19
280:22
**detailed** 33:17
**details** 226:25
237:15,25
242:2,2,6,16
263:2
**detain** 89:1,12,12
89:17 90:11,18
**detained** 89:5
114:5 115:22
**detainee** 162:1
163:16 165:20
**detainees** 145:4
158:5 183:4,23
232:6 312:4
**detaining** 87:18
**detention** 5:16



10:12 69:6 70:11 97:15,22 98:17 100:15 102:1 110:21 114:6 115:4,23 116:9,25 117:21 118:1,9 118:17 119:4 119:20,23 120:3,5,6,19 121:10,24 122:12,13,22 122:24 123:4,8 123:20 126:16 141:19 145:1 145:10,13 150:1 154:23 160:14 165:14 167:4 286:17
**determination** 117:5 118:14
**determine** 72:17 93:17,22 94:4 129:25
**determined** 111:15 127:23
**determining** 112:4,11
**device** 266:17
**devices** 262:13
**DFO** 29:19,21,22 30:10,12 31:22 32:6,24,25 65:13 137:3,7 137:19 138:14 273:19,19
**DHS** 19:14 269:22
**dictionary** 5:6 80:6,18
**Diego** 1:19 11:1 14:1 15:8 24:5 24:19 25:15 29:24 34:25 53:14,17,17 65:7,12,14,18

66:10,13 67:13 100:24 132:24 143:20 174:19 195:13 196:6 207:16,23,24 221:6 229:19 241:15 242:19 242:22,24 249:13 278:4,6 280:20,20 299:24
**differ** 72:10
**difference** 54:25 56:22 69:12,20 79:7
**different** 34:2,4 44:20 57:20 58:19,20,20,21 67:25 68:5 72:15 232:21 259:12 261:16 275:15 281:12 296:7 301:3
**differentiated** 198:7
**differentiation** 198:23
**direct** 114:11 116:1 133:14 133:19 186:9 229:23 241:16 247:11 284:18
**directed** 32:17
**direction** 31:4,7 31:10,13,19 314:14
**directive** 5:15 115:2 117:20 117:25 118:6
**directives** 117:10
**directly** 118:7 137:19 195:12 307:25
**director** 13:25 14:2 29:23 33:11,13 47:17

47:22 48:1 53:22 65:7,11 65:17,21 96:1 141:10 142:14 143:19 149:14 150:17 172:11 172:15 229:18 237:4 273:19 289:1
**directors** 229:22 237:2
**disagree** 23:2 226:19
**discipline** 22:3
**disciplined** 21:13 305:21
**discretion** 110:3 117:4,9,17 118:23 119:11
**discuss** 29:17 30:25 71:3 74:4 74:7 272:3,12
**discussed** 31:7 32:8,9 43:18 47:1,4,11 74:10 75:5,8 182:24
**discusses** 74:17
**discussing** 27:15 74:24 279:3
**discussion** 26:8 26:14,16,17 240:9,11,13
**discussions** 47:17 48:2 172:8,10
**disease** 113:22 114:2
**diseases** 123:17
**displaying** 17:22
**disposition** 47:5
**distance** 275:19
**distinction** 68:9 68:18,25
**distinguish** 127:3 141:18 234:21
**distinguishing** 233:19

**distributed** 242:21,24
**distribution** 229:9,14,17
**District** 1:1,2 11:7,8 74:20
**division** 65:17,18 66:4,7
**document** 17:24 17:25 23:7,10 23:11,15,20 29:6 32:7,8,10 32:12 45:4 70:23 71:14 82:3,6,9,12 95:7,21,24 96:6 96:13,17,20,25 98:16 102:14 102:18,25 103:14,23 104:7,16,25 105:22 106:6 106:15,23 107:6,12,17 108:5 112:3 114:24 115:6 115:15 118:11 130:12 151:1,5 157:3 164:12 164:21 165:19 166:2 186:5,15 191:18 193:7 194:12 203:2 208:10 212:14 247:4 248:4 257:25 258:9 261:19,25 269:6,10 270:20 277:2 284:1 287:1,9 294:6,13 304:12 309:7
**documentation** 7:21 88:6 202:8 204:2,15 205:20 206:6,9

206:10,17,21 206:23 207:1,4 207:11,17,19 207:22
**documented** 132:14,22 153:16
**documenting** 132:4
**documents** 23:17 28:3,5,7,12,16 28:20,24 29:2,3 29:9,11,14,17 29:20 32:5 35:22,24 36:3,4 40:11,18 41:14 41:20 42:3,4,15 43:9,21 44:6,24 45:1,3,6,12,15 48:11 55:23 71:2 85:24 86:16,23 87:2,6 88:9,11 89:6,18 123:18 125:23 132:21,21 154:4 159:16 160:11 190:20 195:21 196:15 196:20,23 198:8,22 207:8 250:17,20 259:1 260:23 276:2 294:10 294:16 297:5
**Doe** 16:7,9
**doing** 16:25 17:15 18:17 55:15 56:3 175:10 216:4,8
**DOJ** 18:4 35:1,5 35:17,21,25 36:6,10 43:8,16 43:22 257:18
**domiciles** 282:17
**domicile-specific** 282:13



**double-check**
56:15,21 59:13
59:21 63:6
**double-occupa...**
213:13
**draft** 83:19
**drafted** 83:16,18
96:13,16 101:2
125:1,5 168:8
**drafting** 95:20,24
98:16 108:4
110:2
**drastically** 310:3
**drew** 260:11
**drive** 84:19 259:3
**driver** 14:22
**drives** 109:16
**driving** 15:1
**drop** 303:23
**dropped** 258:17
**dual** 65:19
**due** 50:7 312:5
**DUI** 14:21
**duly** 13:5 314:9
**duplicate** 29:4
**duties** 125:6
135:6 139:20
302:20
**duty** 51:12,16,18
52:1 183:18
185:24 215:22
**dynamic** 111:10
130:7
**dynamics** 72:8
**D.C** 2:6,19

————————
**E**
————————
**EAC** 36:18 233:8
**earlier** 18:12
25:23,24
100:18 132:12
139:17 166:21
181:11 244:11
260:2 284:23
296:8 297:2
298:13 302:21

309:8 311:7
**early** 45:24 51:11
53:15 252:9
273:20 285:15
285:16
**earn** 173:6
**East** 66:20
146:10,12
209:15,19
210:6,22
212:20 213:24
214:8 291:23
295:15 297:8
**Eastern** 74:20
**easy** 244:4
**education** 49:7
**Edward** 10:7
280:6 283:21
284:18
**effect** 242:19
243:1
**effective** 115:2
**effectively**
123:20 237:11
**efficient** 252:10
**effort** 160:13
207:21
**efforts** 5:23
134:21
**egregious** 22:1
**eight** 49:24
128:18
**either** 21:10
30:23 39:15
43:22 47:2
53:14 64:9
91:21 153:20
169:14 203:3
248:12 266:20
266:24 275:12
276:2 280:18
**El** 229:19 235:11
279:13
**electronic** 28:11
**elements** 161:1
**elicited** 44:10

**eligible** 88:13
**emergency** 278:5
278:16 280:19
**employed** 13:19
13:21 50:18
52:2 96:14
**employee** 135:6
**employees** 43:7
71:20
**enable** 129:24
**encompassed**
67:19
**encounter** 14:22
55:3 210:23
**encountered**
211:6 213:8,10
249:19
**encounters** 211:8
**ends** 165:19
**end-of-shift**
276:14 277:10
**enforceability**
250:2,3,5
**enforcement**
5:11,13 7:3
56:9 65:17,21
65:25 66:3,4,7
84:20 86:2
95:11 108:1
109:6 111:2,22
113:12 157:5
157:15 163:11
178:20 251:6,7
258:17 260:12
**engaged** 195:14
195:19 196:19
**English** 79:22
**enlarged** 25:12
**enrolled** 49:18
**ensure** 33:4 34:5
57:12,22 83:24
113:16,17
239:3 288:8
**ensuring** 60:8
**enter** 55:23 88:5
88:10 125:23

201:15,24
210:6 250:18
250:21
**entered** 51:18
**entering** 123:4
201:14
**entire** 36:24
315:8
**entirely** 87:8
**entirety** 36:22
37:3
**entitled** 23:7
24:15 75:19
191:9 200:21
208:10
**entrance** 209:15
209:19 210:7
210:22
**entrances** 291:25
**entrance-on-d...**
51:6
**entries** 298:15
**entry** 5:10,17
7:11,13,16 9:22
14:25 33:6
38:11,16,17
39:22 40:2
48:14,22 52:14
53:20,21,22,25
54:4,10 56:8
58:8 60:17,18
60:21 62:18,21
63:14 66:12,15
66:16 67:2,8,13
68:6 72:5,10,10
72:12,17 73:2
78:18 79:2 87:8
88:5 90:8,23
91:5 93:19,24
94:6,13,19
100:14,20
101:21 112:17
115:5 117:24
118:6 123:25
127:19 128:10
128:23 129:9

130:1,12
132:23 133:14
137:7 142:16
146:2 150:8
151:8 153:10
154:6 159:5,17
160:7 161:14
161:18 167:4
171:15 174:19
175:13 176:8
177:14 179:15
183:3 189:9
191:10,12
192:23 193:12
194:10 195:14
195:19,25
196:3,4 201:25
202:9 204:14
204:17 205:10
207:5,16,24
211:24 213:6
213:21 214:19
215:5 216:13
216:16 228:16
229:24 230:3,8
230:12,17
235:23 248:25
256:20 261:8
268:11 285:19
285:23 291:2
291:11 292:4,6
292:14 293:3
296:14 298:5
298:20 299:2,4
299:21 300:4,5
300:18,25
301:11,23
302:12 303:22
304:3,11,15,22
305:5,7,13
**entry's** 95:18
108:1 138:10
149:16
**environment**
60:15 65:19
**EOSR** 10:5



**equals** 217:25
**equipment** 12:13
**ER** 147:2
**Eric** 6:22 178:13
  185:23 253:17
  254:21
**ERO** 6:24 141:2
  219:2 252:6
  310:19
**ERRATA** 315:1
  315:12 316:1
  317:1
**escort** 5:16 115:4
**escorts** 295:14
**Esq** 2:4,9,16,17
  3:7,8 9:18,19
**essentially** 16:19
  64:18 169:12
  237:6
**estimate** 27:24
  27:25
**et** 1:4,8 315:3,4
**Evan** 10:3 276:15
  279:19 280:4
**evening** 231:22
  234:18
**event** 45:14
**events** 29:16 33:5
  60:5,12 63:21
  63:24 64:8
  161:13 205:8
  297:12
**eventually** 85:24
**everybody**
  110:14 189:17
**everyday** 48:3,8
  80:25 126:24
  191:12
**evidence** 7:10,12
  7:15 80:2 88:17
  153:22 191:9
  193:25 194:5
**exact** 39:3 53:13
  54:7 61:8
  177:17 186:4
**exactly** 26:21

71:17 85:1
  172:25 253:12
  267:15 306:1
**examination** 4:1
  4:4 13:8 24:16
  55:13 74:19
  243:16 303:19
  308:20
**example** 147:1,9
  256:19
**exceeded** 160:11
**exception** 44:8
  244:2
**excerpts** 37:1
**exchange** 219:20
  286:16 294:2
**excuse** 21:8
  165:10 190:18
  211:7 223:12
  246:23 280:17
  283:20
**executed** 82:11
**executive** 136:17
  237:4
**exhausted** 160:13
**exhibit** 5:3,5,7,7
  5:10,14,19,21
  6:3,6,10,15,19
  6:22 7:3,6,8,10
  7:10,12,15,17
  7:20 8:3,6,8,11
  8:14,18 10:22
  24:10 25:5
  80:11,16 81:12
  81:17,20 95:1,6
  95:13,16 99:21
  102:6,24 103:5
  103:11,13,20
  103:22 104:4,6
  104:13,15,22
  104:24 105:18
  106:5,14,22
  107:16,23
  114:18,23
  124:14,16,20
  134:1,6,7,11

135:23 139:1,6
  139:10 142:23
  143:3,4 151:25
  156:11,14,15
  161:24,24
  163:3,3,4 164:7
  164:12 167:13
  167:20,21
  177:20,21
  178:2,6 181:9
  182:12,19
  184:24 187:4,4
  187:7 190:16
  190:16,20,25
  191:2,7,9,15
  192:13,14,19
  192:19 193:16
  193:19,20,24
  193:25 194:5
  194:16,22
  200:14,16,20
  202:13,15,19
  208:3,4,9,18
  209:5 212:5,7,8
  212:13 216:21
  216:23 217:2
  219:6,8 221:11
  221:13 223:24
  224:1 228:5,8
  228:10 229:2,7
  230:21,23
  236:7,12
  244:23 245:2
  245:12,18
  246:11 248:18
  257:13,18,21
  270:21 271:1,3
  276:6,11,13
  283:13,18,20
  286:8,13,15
  293:20,25
  294:2 306:14
  306:15,18,20
  306:24 309:4,5
**exhibits** 5:1 6:1
  7:1,13,15 8:1

9:1 10:1,21
  17:22 166:19
  190:21 245:8
  246:15 294:21
**exist** 154:19
**existed** 154:18
  302:19
**exists** 112:10
  129:24 131:14
**exit** 88:4 156:25
**expand** 160:13
**expect** 109:14,22
  131:12 211:20
**expectations**
  172:5
**expedite** 223:4
**expedited** 7:18
  86:17 89:7 90:1
  200:22
**experience** 213:7
  280:3,8
**experiences**
  201:22
**explain** 32:12
  36:20 46:10
  54:24 55:16
  56:22 58:12
  110:24 111:5
  118:5 149:10
  149:13,22
  152:5 153:8
  185:6 212:23
  235:21 236:3
  249:10 307:8
  307:15
**explained** 69:20
  79:6 131:24
  296:8
**explaining** 46:22
  78:11 118:8
  150:17 185:7
**explains** 70:6
**explanation**
  101:3 165:16
**Express** 212:21
  212:24,25

213:9,13,23
  214:3
**extended** 61:21
  62:5 266:14
**extent** 31:6 32:17
  34:7 41:18
  64:24 69:25
  193:5 259:21
  282:25
**extra** 16:24
  188:11 189:5
  189:12 218:20
**extradited**
  251:11
**e-mail** 5:3,3,19
  5:21,21 6:3,3,6
  6:6,10,10,15,19
  6:19,22,22 8:8
  8:11,11,14,14
  8:18,18 9:3,3,9
  9:9,13,13 10:3
  10:7,7,10,10,14
  10:14 26:9,12
  124:20,22
  125:1,2,11,12
  125:15,17,20
  126:2 127:8,17
  127:25 131:23
  134:8,16,17,21
  135:2,5,15,16
  135:19,25
  136:1,3,9,16,24
  139:7,13,13,18
  140:4,6,9,16
  141:3,4,6,17,23
  142:1 143:5,8,8
  143:15 144:1,2
  144:8,11,14,17
  144:20 145:8
  150:5,6,10,15
  150:22 152:1,2
  152:6 156:12
  156:21 157:4
  158:4 161:25
  162:8 163:8,15
  163:22 165:19



167:18,23
168:15,16,23
169:1,4,25
178:3,12,18,25
178:25 179:7
179:17 180:7
180:10 185:7
185:10 217:3,6
217:10,13,17
219:12,15,20
219:24,25
220:3,4,8
221:18,20,21
221:25 222:8
222:12 224:6,9
224:12,12,25
225:1 231:3,5,6
231:15 232:22
233:2,3,25
234:4,23 235:2
235:3 236:16
236:20,23
237:1,6 245:14
245:18 246:10
246:14 247:11
247:24 248:3
248:10 283:21
284:5 286:16
286:20 287:22
288:7,10
290:25 294:2,4
295:5 309:11
**e-mailed** 203:6
276:16
**e-mails** 40:19
125:8 132:14
135:9,13
139:18,22,25
142:2 143:22
144:4 166:18
167:10 168:7
168:12,18
178:11 180:13
221:22 222:4
246:23
**e.g** 115:23

---

**F**

**F** 309:11
**Facebook** 22:9
22:10,11,14,18
22:21
**facilitate** 18:1
300:3
**facilities** 8:6
91:15,19,24
92:4
**facility** 9:23
93:11 146:4
154:21 158:16
212:17,25
213:1 214:5
272:20,20,22
274:25 275:7
292:24 293:1
**facility's** 214:9
**fact** 47:5 88:11
184:18 206:17
240:7 304:13
**factor** 131:2
**factors** 85:4
93:16 101:19
111:9,14 112:4
112:10,21
130:21,24
174:5 215:15
310:10 311:2,8
311:15,20
312:2
**facts** 44:22 45:2,5
80:1 88:17
131:19 153:22
227:4 241:4
**fair** 65:2 142:4
144:24 277:13
277:15 282:19
289:9,11
299:16 301:18
301:19,21
302:3,5,23
**fairly** 48:21,23
302:17

---

**Falkoff** 3:8 26:7
34:16
**fall** 66:5 75:15,17
**falls** 75:1
**familiar** 23:1
225:4 263:1
277:7
**family** 112:22,24
112:25 113:7
147:1,2,11,12
181:5 256:25
**FAMU** 147:1
**far** 46:8 59:5
73:8,10 259:7
**fault** 203:17
**favor** 17:6
**FBI** 86:12 251:10
**fear** 225:8 226:22
**feasible** 68:3
**February** 25:20
48:25 56:18
58:7 258:14,15
258:18 288:3
303:24
**federal** 7:10,12
7:15 23:8 86:5
86:9,14 87:10
92:14 191:8
193:24 194:5
278:9,10
279:14,15
292:24
**fee** 213:3
**feel** 244:16
**feels** 55:9
**feet** 209:22
210:15 211:1,4
275:19 298:15
**fell** 53:21
**felt** 55:10 223:17
228:24
**female** 226:8,21
**females** 147:14
**fence** 211:22
**fiancé** 47:6,10
**field** 14:1,1,3

---

19:18 24:5,19
25:15 29:24,24
34:25 53:18
58:21 65:7,8,11
65:12,15 66:10
66:13 67:14
100:24 132:24
143:20 157:17
174:19 184:5
195:13 196:6
207:16,24
221:7 229:18
229:23 237:2
239:1 241:15
242:19,22,25
260:19 278:4
279:24 299:24
**fifth** 217:19
**figure** 152:23
190:23
**file** 246:13
**filed** 41:13,14
47:1
**files** 28:11
**fill** 133:19
**filled** 183:19
189:11
**final** 20:18 82:8
**finally** 51:2
**find** 25:17 96:7
102:15 164:21
203:1,2
**fine** 20:13,19
133:3 164:23
176:24 243:13
244:7
**finish** 18:14
49:25
**finite** 171:24,24
312:9
**fire** 93:10
**first** 13:5 17:1
23:10 26:12
27:12 35:9,14
51:1 53:3 57:3
57:6,14 58:24

---

77:9 80:19
82:14 115:1
136:24,25
137:9 158:4
160:19 164:18
165:3 178:5
187:11 201:13
202:22 204:6,7
212:16 219:14
222:12 224:24
226:9 245:25
252:3 261:12
261:17 264:2,4
279:10 311:4
**firsthand** 22:24
**FirstNet** 267:12
267:13 268:5,6
**first-line** 59:2
**fiscal** 173:2
**fist** 256:15
**fitness** 50:25
**five** 34:4,18,21
34:22 36:3
66:18,23 67:8
67:13 249:9
255:5,6,13
272:16 280:13
**Flanagan** 136:4
235:5
**Flanagan's**
136:11
**FLETC** 52:6
**flip** 82:5 102:13
208:17
**Floor** 2:10
**Flores** 10:3,15
29:23 30:1,8,23
31:1,22 32:6,24
137:3,7,19
138:15 276:16
294:3,5
**flow** 63:19
184:16 292:25
297:15
**fluctuated**
110:21



**fluctuates** 68:4
**fluctuating**
312:13
**fluid** 128:20
129:19 130:6
312:13
**FMUA** 6:4
**focus** 92:12 98:7
115:16 125:25
135:22,24
136:23 140:3
141:4 144:10
148:15 151:25
154:22 158:3
164:17 178:10
181:10,13
200:24 204:6
217:19 220:2
222:11 224:9
224:24 226:2
231:5 245:11
279:9 281:7
286:20
**focused** 84:11
97:14
**focusing** 245:14
248:20 270:19
**folder** 96:7
294:24,25
**follow** 31:16,18
32:2,21 303:14
**followed** 74:22
**following** 57:12
64:9 85:17
118:6,13 265:2
**follows** 13:6
176:7
**follow-up** 64:14
202:6
**foot** 197:13,16,18
197:20
**forced** 223:18
226:8,21
**foregoing** 314:9
314:14
**Foret** 237:3

**form** 16:2 64:5
64:21 68:24
78:9 91:13,17
108:25 112:2
116:11 119:6
123:11 198:17
240:4 260:25
291:14 295:19
295:20 296:25
**formally** 99:16
**format** 79:14
132:5 157:11
**forms** 208:14
**forth** 314:11
**forward** 222:8
247:7,19,20
**found** 259:10
**foundation** 44:17
311:25
**four** 34:4,17,21
34:22 36:3 49:9
49:23 66:12
113:1 128:18
229:22 263:25
**Fourth** 8:4
**frame** 54:15 55:8
85:2 173:9,14
176:4 243:25
257:6 259:2
265:8 272:14
285:24
**frames** 171:22
**Franklin** 2:18
**fraud** 310:5
**freight** 80:22
**frequency** 273:6
**frequent** 273:11
**frequently** 48:5
**Friday** 35:9
**front** 20:21 23:11
25:4 55:25 59:9
80:15 81:17
95:9 114:22
136:1 139:5
140:6 141:6
160:22 161:24

169:4 178:1
182:17 212:12
**frontline** 54:13
**full** 13:13 133:15
137:13,20,23
138:1,5,10
159:15 255:13
279:13
**fully** 20:7 69:16
87:15
**function** 146:19
147:4
**funding** 214:22
**funds** 173:5
**further** 55:11
209:5 237:15
274:16 303:5
303:19 308:10
312:17,20

_____
**G**
**gang** 310:15
**gather** 281:2
**gathers** 295:13
**GEICO** 50:19,19
**general** 47:18
48:12 52:11
61:18,25 63:19
63:19 67:3
76:23 83:6
117:25 119:3
119:17 122:21
256:4 282:12
310:16
**generally** 18:5
45:22 115:19
120:1 122:11
135:12 139:25
197:25 198:1
198:10,13,25
249:20 250:10
251:3 252:14
263:4 268:14
271:18 294:17
294:19 295:16
**generate** 62:22

**generated** 29:15
185:19 219:17
**genuine** 250:20
**getting** 185:11
266:15 284:12
**give** 17:2 50:13
57:4 130:5
199:17 206:5
206:10 295:23
**given** 12:17
36:24 37:1
42:23 50:8 61:7
65:1 86:23
87:24 91:4
110:1,6,21
111:11,16
117:5 128:14
129:10 130:18
130:22,25
131:4 147:13
167:1 182:7
186:8 207:7
243:3 257:6,6
261:7 266:18
296:11 312:3
312:12,14
**gives** 69:25
**giving** 81:6 87:16
121:11 186:12
**go** 16:16,25 18:15
25:22 32:5,7,8
50:23 52:20
58:16 62:12
64:12 72:8 76:1
76:6,14,25
77:14 79:11
80:3 81:20
88:19,24 98:5
98:15 99:10,15
99:16 103:19
112:21 114:16
119:4 120:5,6
120:19 127:10
129:7 132:9
140:21 147:5,7
148:14 149:10

149:12 150:4
151:17 157:17
162:7 165:24
166:9 173:8
176:19 177:1
181:8 182:10
190:1,23 209:4
227:21 235:2
239:15 247:6
251:22 265:14
268:1 270:9
273:7,14 274:4
275:14 278:14
280:12 289:25
291:9,14,15,18
292:22 304:16
305:15 307:10
307:19 308:5
308:11 310:2
311:8 313:7
**goes** 119:15
213:3
**going** 16:24
19:12,18 25:21
26:1,25 30:18
31:8,16,18,25
32:2,15,18,21
41:18 64:25
70:12 74:23
75:20 80:16
82:18 85:8,10
102:13 105:19
113:1 118:22
123:18 130:5
133:1 154:2
157:19 165:12
165:25 169:15
176:13 185:4
186:25 188:20
194:25 227:13
242:21 243:7
244:8 247:4
253:20 261:15
262:6 271:11
271:20 278:3
280:11 288:4



299:14 308:23
309:10,23
310:7,8,20
313:14
**Gomez** 6:20
167:24 168:19
168:24 169:2,6
169:12 170:10
309:11
**Gomez's** 168:1
**good** 11:18,21,25
13:10,11 17:3
73:13 177:11
206:4 227:16
227:19 231:22
243:18 249:15
262:19 276:21
**gosh** 54:15
**govern** 109:19
**government**
244:14 265:16
279:14
**governmental**
15:24
**government-is...**
262:13,22
263:10 265:7
266:8 268:15
269:24
**graduate** 49:10
**graduate-level**
50:3
**graduating** 49:23
**grant** 294:12
**great** 34:7 73:14
73:19 239:13
243:18 244:19
245:15 246:8
246:17 248:20
255:3,24 309:1
**greater** 121:1,15
121:19
**greatest** 174:9
**Grossman-Sin...**
1:24 11:13
12:11 314:5,23

**ground** 16:17,24
17:1 243:23
**grounds** 74:18
**group** 22:18,21
22:23,25 29:14
184:15 256:25
260:15,17
295:14
**groups** 22:15
160:20 181:6
251:14 260:16
282:24 283:1
**Grupo** 249:6,10
249:12,14,24
251:15 252:2,9
252:19 253:24
254:11 255:1,4
256:1,3,11,23
257:6 258:25
259:5,8 260:4,7
260:17,21,24
261:6 265:8,22
266:18 268:10
269:5,5 272:25
273:8 282:15
282:17,22,24
283:6,7 284:16
287:19 289:8
289:11,17,25
290:4,14,20,23
291:3,9,19,24
292:7,17,22,23
296:10,23
298:5,23,25
299:20 300:20
300:20,24
301:3,5,7,13,14
304:9,12
305:16 307:10
**GSA** 93:10 297:4
**guard** 116:3
**guess** 29:15
51:17 76:21
254:9 256:15
272:24
**guessing** 173:25

**guidance** 9:7
57:5 68:24 69:7
69:11 70:1
71:19 94:4
138:14 186:8
186:13 206:16
206:20,22
207:1,7 225:5
225:13 228:15
229:10 230:2
230:11 235:22
236:21,24
237:7,11
238:25 240:3
241:19 242:18
242:24 243:1
**guidances** 223:8
**Guisado** 2:9 4:6
11:21,22 243:8
243:11,17
244:20 245:1,6
245:13,16,24
246:12,18,21
247:1,5,8,9
248:17,21
257:10,16
259:17,24
260:1 261:1,11
261:13,22
262:3,16 263:3
263:15,23
264:17 265:1
265:18 266:2
267:5,10,17,24
268:3,24
269:17,20
270:4,8,17,24
274:1,8 275:22
276:5,9,18,22
277:5 278:17
279:1,5,8 281:6
281:10 282:1
283:11,16
284:4 286:6,11
286:19,22
287:5,12 290:8

290:16 291:21
293:13,23
294:11,19
295:2,3,20,25
296:2 298:1
299:15,17
303:4,14
**Gustavo** 33:22
**gut** 112:16,20
**guys** 239:12
**Guzman** 252:2
256:9 280:4

**H**

**habitual** 254:10
**Haitian** 160:21
**half** 28:19 121:1
121:23 209:21
210:15 211:1,4
261:17 270:20
281:9
**handle** 57:5
**Handwritten**
42:19
**happen** 34:9
167:2 267:2
274:6
**happened** 29:16
65:3 158:2
287:20,22
297:12
**happening** 271:9
**happens** 207:10
**happy** 18:1
**hard** 54:17 101:9
101:9
**hate** 272:15
**head** 17:4 129:3
132:18 137:19
151:10
**header** 224:9
**heading** 277:11
277:11
**headquarters**
35:3 184:8
228:20

**health** 86:4 87:9
312:4
**hear** 72:22 131:9
198:6,23 241:8
243:12 267:25
**heard** 42:5 62:6
63:9 66:25 67:4
67:5 198:20
200:6 215:18
215:24 220:23
249:12
**hearing** 22:22
271:12 284:12
**heavy** 221:9
**held** 12:13 62:1
73:23 76:9
133:6 158:13
158:19,25
177:6 183:23
227:24 239:19
270:13 272:18
272:19,20
274:21 278:21
297:7 308:15
**help** 171:10
309:14
**helpful** 18:20
268:8
**helps** 165:17
**hereof** 315:13
**hereto** 24:12
80:13 81:14
95:3 114:20
124:18 134:3
139:3 142:25
156:18 163:6
164:9 167:15
177:23 182:14
187:9 191:4
192:16 193:22
200:18 202:17
208:6 212:10
216:25 219:10
221:15 224:3
230:25 236:9
245:5 257:15



270:23 276:8
283:15 286:10
293:22 306:22
**Hernandez** 65:23
**Hey** 256:16,21
273:1
**HHS** 87:14,18
90:7,17,22
91:19 92:3
**HHS's** 90:25
**Hidalgo** 235:11
**high** 49:8 50:17
142:1,3 144:20
144:22 219:25
221:25 222:18
**higher** 101:17
147:12 157:24
164:1
**highest** 49:6
**highlight** 25:2
37:4 38:7
276:19
**highlighted**
265:21
**highly** 222:5
**Hill** 74:14
**hired** 51:2,21
**history** 50:14
**hit** 64:1,11
100:19,22
126:1,5 191:1
303:9
**hold** 92:15,20
93:8,18,23 94:5
94:12,19 98:10
98:17,21
101:21,24
112:25,25
116:17 118:14
118:23 119:12
119:15 122:6
124:1,4,7,10
127:13,19,24
147:22 148:17
149:7,9 150:1,3
150:11,18

154:10,11,22
155:14,15,19
161:6 203:4
264:12,19,20
269:21
**holding** 79:23
80:21 90:7
133:15 137:15
137:20 138:11
145:2 146:14
146:17 148:2,7
152:14,16
155:18 289:19
289:20
**holds** 154:21
263:21 264:9
270:3
**home** 47:6
215:23
**Homeland** 19:13
**Hood** 5:3,19,22
6:3,7,11 8:12
8:15 9:10,14
10:11 96:3,12
108:14 124:23
125:8 126:19
134:17 135:9
135:13 139:14
139:19,23
140:1,4 141:5
141:23,25
142:7,13
143:10 144:11
144:17,24
149:14 150:7
151:14 152:1,4
152:22 153:3,9
172:15 178:13
217:11 219:20
219:24 220:5
222:4 247:12
248:12 286:16
287:13 288:25
289:15 290:3
291:20
**Hood's** 134:20

**hope** 177:10
258:7
**hopefully** 41:25
**hour** 7:3 18:12
72:11,12,12
133:2 227:14
313:23
**hours** 27:12,13
27:14,18,22
28:14 34:22
35:19,20 36:1
132:19 154:25
181:23 182:1
279:10 293:16
303:8,9
**house** 90:18
151:10 159:5
**housed** 86:12
273:15
**housekeeping**
228:4
**housing** 113:21
114:1
**Howe** 36:18
179:2 231:7
233:4,13 235:5
**hub** 196:7,10,16
196:18
**huge** 310:13
**Human** 86:4 87:9
**humanely** 101:25
102:3
**humanitarian**
249:16,18
**hundred** 61:10
**hundreds** 160:20

──────── **I** ────────

**ICE** 86:3 87:9,13
87:18,24 88:6
88:25 89:1,12
89:13,16 90:3,7
90:11,22,24
91:3,6,8,10,24
141:2 219:2
310:19

**ICE's** 91:15
312:5
**iCloud** 269:6
**ideal** 310:2
**identification**
24:11 80:12
81:13 95:2
114:19 124:17
134:2 139:2
142:24 156:16
163:5 164:8
167:14 177:22
182:13 187:8
191:3 192:15
193:21 200:17
202:16 208:5
212:9 216:24
219:9 221:14
224:2 229:3
230:24 236:8
245:3 257:14
270:22 276:7
283:14 286:9
293:21 306:21
**identify** 155:18
**ignore** 117:10,17
**ill** 113:14 114:5
114:10 115:22
116:9,24
117:21 118:1,8
119:3,11
120:18 121:2
122:11,22
123:3,9
**illicit** 55:6
**illness** 113:3,13
118:17 121:6
**illustrate** 85:3
**ILU** 10:4 249:7
250:7 251:23
251:25 252:1
252:25 253:7
255:4 274:10
274:14,19
278:8 280:3,5,8
297:20

**imagine** 97:10
312:5
**Imerman** 2:17
12:4,6,7
**immediate** 137:4
**Immediately**
137:11
**immigration**
2:15 12:2 52:12
52:23 86:1
249:15
**impact** 7:11,14
7:16 182:4,6,9
183:8,21,23
184:3,14,18,25
185:3,3,8,13,14
186:10,15
188:5,7,10,15
188:16,16
189:5,8,16,17
189:20 190:3,6
190:7,11
191:10,13,17
191:24 192:6
192:21 193:2
193:11 194:1,8
194:18 195:3,4
232:9
**impeding** 184:16
292:25 297:15
**Imperial** 158:24
159:1,7
**implementation**
24:24
**implemented**
230:2,7,12,16
299:23
**implies** 289:9
**import** 273:19
**importance**
141:25 144:20
219:25 222:1
**important** 12:23
17:14 109:5,8
109:16 110:25
222:5
**importantly** 17:9



impossible
  100:19,22
imposters 128:18
  250:20
improve 17:11
inability 312:5
inaccurate
  125:15 135:19
  144:8 152:24
  168:24
inadmissible
  7:21 55:22
  204:1
INAMI 24:25
  249:14,16,20
  253:12 255:14
  272:19 274:25
  275:7,20
  278:11 281:25
  282:3 285:16
  285:17 291:25
  292:24 296:20
  297:19,19
inbox 135:16
  144:2 168:16
inception 159:14
  186:3 300:15
  300:17
incidence 305:19
incident 21:2
  62:14,17
  223:22
incidents 305:10
include 63:25
  149:4 250:19
  250:19,20
  281:1 297:4
  311:15 312:3
included 108:21
  165:14 264:19
including 165:4
  179:2 276:15
inclusive 64:7
Incorporated
  40:12
incorrect 98:23

152:9 170:17
increase 137:4,11
  218:12 288:4
increased 214:14
  214:19,23
  215:5,8,11,16
  312:5
increases 13:1
  310:24
incur 278:3
incursion 260:15
incursions
  278:13 281:3,5
indefinitely 89:2
  89:5,16
INDEX 4:1 5:1
  6:1 7:1 8:1 9:1
  10:1
indicated 310:19
  315:12
indicative 166:20
individual 24:4
  27:17 34:6
  89:25 90:12,18
  114:4 254:24
  298:15,20
  300:5,22
individually
  169:14
individuals 39:16
  39:17 54:21
  88:24 89:1,4
  91:7 100:15
  101:1 113:21
  114:1 116:23
  117:20 118:8
  119:18 120:2
  120:17 121:1,9
  121:22 122:5,9
  122:13,20,23
  123:7 125:22
  136:5 143:23
  158:7,9,13,25
  159:21 160:3
  164:1,2 167:5
  170:10,24

181:5,19,25
  182:3 187:21
  202:8 205:18
  206:6,11,11,16
  206:24 207:4,8
  207:15,22
  259:1 260:23
  285:20 296:13
  297:5 298:24
  299:1,20 300:7
  300:10,21
  301:22 302:11
indulgence
  294:12
inevitably 292:10
infecting 118:21
influence 15:1
info 64:23
inform 154:4
information 4:19
  33:6 44:9 45:7
  152:8 212:16
  242:11 245:22
  259:7 263:7
  264:23 269:4
  279:17 280:16
  280:23 282:3
  282:20,25
  284:10
informed 148:21
informing 78:5
infrastructure
  160:17 165:11
initial 20:14 26:8
  26:17 55:2
  272:11
initially 50:23
  54:13 157:18
  198:20 225:7
  251:23,25
  255:9
INM 249:20
  271:5,15 272:6
  273:3,7 279:14
  295:8,13
  296:10,10,12

296:23 302:10
  302:24
input 83:19
inquire 75:19
insert 82:23
inside 47:2 293:1
insisted 305:4
inspected 52:15
  305:4
inspecting 67:6
  67:12
inspection 55:11
  57:21,25
  250:21
inspections 54:14
Instagram 22:10
instance 100:23
  117:23 196:5
  211:20 251:10
  292:20
instances 100:7
  197:7,14,15
  198:2 210:10
  210:20 291:17
  304:11 306:10
Institute 9:21
instruct 31:8,24
  31:25 32:15,18
  44:7 75:20
  85:10,15
  264:14,23
instructed 18:6
  195:22 255:22
instructing 44:14
  75:12
instruction 21:21
  21:23 31:17,19
  32:3,22 85:18
  116:19
instructions 4:9
  57:5
intake 5:20 6:20
  6:24 123:25
  124:10 125:18
  125:21 127:24
  137:5 145:3

148:6 149:9
  154:23 159:19
  160:15,25
  161:7 162:9,14
  162:16,20,25
  163:20,22
  164:2 166:6,7
  166:11,16,22
  166:25 168:19
  169:9 170:10
  173:13 175:21
  176:13 219:3
  220:6 252:7
  253:19,24
  254:11,25
  255:11 256:2,5
  256:6 257:5
  258:25 259:8
  260:5 261:7
  265:9 266:18
  268:11 269:6
  272:5 273:1,9
  274:6,15,17
  275:12 282:10
  288:5 290:2
  295:10,12,15
  296:12 297:6,7
  297:22 301:16
  310:4
intakes 157:25
  169:20
intaking 171:20
  175:25
intel 260:13,17
intelligence
  278:12 281:3
  284:12
intending 211:24
intends 211:11
intent 183:10
  199:18
interaction
  306:25 307:11
  307:23
interdiction
  63:25



**interested** 51:17
**interim** 225:5,13
**interject** 96:5
**internally** 138:17
  142:8,15
  149:15 150:7
**international**
  160:16 209:23
  250:7 251:1,4
  297:8
**interpret** 138:4
**interrogatories**
  8:4 37:12 43:9
  208:14
**interrogatory**
  37:15,21 38:1,7
  161:17 208:22
  208:25
**interrupt** 12:24
  147:8 149:11
  280:10
**interruption**
  246:17,25
**interviewed**
  238:2,6,9
**interviews** 43:6
  43:18 55:7
**investigate** 91:23
  92:3
**investigation**
  237:14,17,21
  237:23 238:3,7
  238:8,11,18,21
  238:22 240:5,6
  241:5,17,17,20
  241:24 242:8
**invite** 294:20
**involved** 15:20
  37:18
**involves** 241:21
**involving** 302:24
**in-depth** 55:12
**iPhones** 263:17
**isolated** 113:16
**isolation** 113:8
  116:17 145:14

145:16
**issue** 240:1
  271:24 272:1,2
  288:8
**issued** 62:17
  237:7
**issues** 19:3 57:24
  271:23 272:13
  272:13 273:8
  273:12
**iterations** 259:23
**I-275** 221:8
**I-275s** 222:9
**I-275's** 8:16

---

## J

**J** 2:16
**January** 5:11
  8:20 9:23 10:15
  19:9 25:19
  48:16 51:6,9,11
  59:19,20,22
  88:15 95:9
  224:7 253:6
  254:4 271:7
**jersey** 211:3,9,11
  211:22
**job** 13:23 53:3
  125:9 135:10
  139:23 143:23
  144:5 168:19
  171:19
**Joe** 77:5
**jog** 43:23
**jogged** 44:1
  45:10,11,14
**John** 179:2
**Johnny** 6:7 143:9
  145:1 247:20
  247:21
**join** 50:21
**joined** 50:13
**joint** 9:21 271:4,6
  271:16
**Joseph** 3:4 11:12
  313:14,18

**judgment** 262:8
**July** 6:15,17,23
  7:6,8 84:13,25
  85:5,12,13
  146:1 161:15
  161:19 164:15
  178:14 180:7
  181:14 182:3
  182:20 183:12
  187:13,15
  253:16,21
  254:22,23
  285:14
**June** 9:4 10:18
  50:8 221:24
  231:2,6 233:4
  234:1 235:4,16
  304:14 306:25
  314:19
**Justice** 2:15 12:2
  12:7
**Justin** 6:15

---

## K

**K** 1:8 2:5 315:4
**Katherine** 2:16
  9:18 12:1
**katherine.j.shi...**
  2:20
**Katie** 46:9 71:9
  75:21 203:5,6,8
**keep** 91:6 199:23
  280:10
**Kelemen** 6:15
**kept** 96:20,25
  135:16
**Kevin** 1:8 3:5 9:3
  17:21,25 23:3
  25:2,10 77:4
  80:10 81:19
  82:6 84:6 94:23
  102:10,13
  133:23 138:24
  142:21 144:13
  156:9 157:1
  162:11 164:6

166:9 167:11
  177:19 180:9
  182:11 187:2
  191:14 192:12
  192:24 193:17
  194:4 200:13
  202:12 208:18
  212:6 221:10
  223:23 228:25
  229:13 230:20
  234:4,7 235:3
  236:5 244:20
  245:13,24
  248:17,19
  257:10 258:2
  261:11,22
  270:5,18
  275:22 276:18
  279:5 281:6
  283:11 286:6
  286:19 293:13
  306:11 307:3
  308:24 315:4
**kick** 100:14,25
**kind** 26:13 27:15
  50:23,25 51:10
  54:14 57:3 59:5
  65:15,19 66:6
  68:2 69:6
  132:14 213:16
  237:20 249:13
  272:13
**knew** 110:2,18
  150:24 184:4,5
  184:5,6,7
  188:15,17,23
  189:8,13,15,17
  302:22 305:25
**know** 17:25 19:4
  20:13,17 21:23
  22:23 23:2
  24:18 26:11,23
  27:12 28:9 29:1
  29:2,3 30:18
  44:12 45:3,9
  47:7,17,20

48:11 50:25
  51:7 52:24
  57:13,20 58:4
  59:14 60:6,9
  61:8,10,18
  63:21 64:10,23
  68:14 69:5 72:2
  72:11,13 73:1,8
  73:10 74:25
  77:8 78:7,21
  79:3 88:4,8
  89:15,22,24
  90:10,16,24
  91:2 93:7,12,13
  93:16,20,21
  94:1,3,8,17,21
  97:9 102:8
  103:11,20
  104:4,13
  106:12,20
  107:3,14
  113:20,25
  120:8 121:12
  121:15 124:9
  128:22 129:2,4
  129:6,15,23
  130:4 132:13
  136:5 138:13
  138:16 140:23
  151:7,12,21,23
  153:7,15 155:5
  157:18 158:1
  165:9 170:14
  171:17 172:12
  172:20,25
  173:17,18,21
  174:2,4,8,10
  179:3 182:2
  184:5,20
  185:13,17
  186:3 189:20
  190:3,22,22,25
  199:15 203:7
  206:8 207:6,19
  211:16 215:3,7
  215:10,14,15


MAGNA
LEGAL SERVICES

216:4 223:13
223:21 224:18
225:19 226:25
227:3 228:19
232:14 237:10
238:8,9,10
240:6 241:15
241:20,21
243:19 244:1
244:12 246:13
246:19 248:5
252:21 257:2
258:6 259:13
259:17,22
261:16 262:13
262:25 267:2
267:20 271:21
271:23,24
272:3,11,15,17
273:10,16,17
273:22 275:19
277:1,18
278:10 279:16
279:23,25
280:15,17
281:17 282:16
283:1,25 285:2
285:3 286:1,3
286:24 290:9
291:17 296:17
299:6 302:6,16
304:10 305:18
306:2,9,14
307:25 310:4
310:11,13
**knowing** 124:7
176:15 226:24
**knowledge** 24:4
24:5 27:16 33:5
34:6 38:15 40:9
68:8,13,19,22
69:8 71:24
79:13,19 89:13
96:17 111:18
112:9,13 114:7
130:14 155:3

159:13 160:8
161:22 174:23
186:7,17,24
205:23 207:25
210:7 216:14
232:17 238:6
241:16,22,23
242:17 251:9
273:17 274:4
274:10,12
280:13 281:20
291:1,4,5
302:15,25
303:3 304:2,5
**knowledgeable**
168:12
**known** 86:2,24
152:15 299:23
**Koseor** 33:14,15
34:1,18 143:11
231:7,10,11,13
231:14,21
232:12,20
**Kylvin** 6:19
167:24 168:19
309:11
**K-rail** 211:2

———— L ————
**La** 49:12,15,16
49:18 50:4,12
50:15
**label** 222:4
**labeled** 99:25
209:10 309:6
**Lado** 1:4 11:7
40:12,20 41:1
45:24 46:7 47:1
306:6 315:3
**LADO_000186...**
307:2
**lag** 18:19 51:10
203:8
**land** 66:14,16
67:8,13 73:2
207:15,23

211:22,23
213:6 229:23
235:22
**lane** 54:22
213:16,17
**lanes** 159:18
213:9,14,15
214:17
**language** 290:11
291:20 308:3
**Laredo** 229:19
**large** 160:20
173:13,22,25
180:21 181:6
184:15 255:10
282:23 283:1
284:13
**lasted** 26:22
**late** 25:19 51:7
53:15 59:18
160:10 277:20
277:24 285:14
285:15 286:4
**launch** 271:5
**law** 5:6 52:9,12
52:23 80:18
251:6,7 260:12
**lawful** 259:1
260:23
**lawsuit** 21:10
45:19 47:1
**lawyers** 47:12
**lay** 44:17 150:2
**lays** 112:3
**lead** 17:17
307:22 308:1
**leadership** 50:6
60:7 62:1 63:18
68:25 69:11,19
157:17 184:6
189:4 228:15
228:21
**leading** 24:25
311:5,13,23
**learn** 31:21 82:14
**learned** 52:24

82:18 240:8
241:4
**learning** 52:22
**leave** 57:14
166:22,25
180:24 245:25
253:1
**leaving** 51:23
64:18 164:1
**led** 130:21
176:11 238:13
238:23 241:18
**left** 49:23 50:3,12
50:19 51:5,8
146:25 161:1
245:10 253:4
293:16 303:8
**legal** 11:14 30:22
32:25 93:21
96:23 175:5,10
202:2 210:9
212:2 241:1
313:12
**legitimate** 297:15
**lengthy** 257:25
**Lesson** 7:17
200:21
**letter** 9:18
257:18,21
268:23
**let's** 80:9 85:20
94:22 98:5
99:20 102:23
103:10,19
104:3,12,21
105:15 106:2
106:11,19
107:2,11
114:16 115:14
121:8 124:13
133:22 141:3
141:22 147:9
148:14 150:4
151:24 163:2
164:5 167:9
169:1 176:23

182:10 190:15
212:5 219:5
221:10 233:25
235:2 244:4
245:11 285:6
301:25
**Leutert** 42:6,9
**level** 49:6 57:3,6
111:14 137:5
**LGBTQ** 310:17
**liaison** 250:8
251:1,4,5,7,12
**life-saving**
115:21
**life-sustaining**
115:20
**limit** 78:25 126:7
128:17 159:17
184:15 195:16
195:21 196:21
197:11 209:20
210:22 289:23
293:7
**limited** 87:4
173:3 242:2
310:12
**limit-line** 37:22
210:14
**line** 4:10,20
24:15 44:4
57:15 58:22
59:16 78:25
95:11 103:7
105:20 115:3
122:1 125:17
126:7 128:17
134:20 151:16
159:11,12,17
159:22 160:3,6
160:9,16 161:7
161:8 184:16
195:16,21
196:21 197:11
200:25 203:24
209:5,20,23
210:17,22



217:13 222:7
224:11,14
229:9 231:14
236:23 245:20
276:20 277:19
284:7 289:23
293:8 297:7
313:15 316:2,4
316:6,8,10,12
316:14,16,18
316:20,22
317:2,4,6,8,10
317:12,14,16
317:18,20,22
**lines** 58:24
**LinkedIn** 22:9
**list** 64:1,11 218:3
273:24 274:5
274:12 281:12
293:4 298:9,10
298:21 301:14
301:22
**listed** 127:22
147:10 148:8
179:23 191:13
191:17,23,24
192:7 193:2,11
194:8,19
232:10 248:9
**listing** 154:5,9
**lists** 141:25
145:10 148:11
162:14 179:14
219:24 232:6
**litigation** 2:15
12:3 40:13,20
46:2 48:2 82:16
83:3 263:21
264:9,12,16,19
264:20 269:19
269:21
**little** 50:23 61:17
72:15 178:7,9
195:11 228:12
228:14 272:24
276:3

**LLP** 2:4 11:19
**load** 215:15
270:19
**local** 26:6,9,19
27:11 28:22,25
43:8,16 83:15
84:19 175:1
240:21,22
**locally** 51:22
**located** 92:21
151:11
**location** 145:19
146:1 215:23
278:7
**log** 84:13,17,18
84:18,21
181:18
**logistical** 272:13
273:11
**logistics** 275:12
**logs** 259:18,19
**loitering** 304:23
305:1
**long** 14:11 22:11
26:19,21 30:4
34:17 37:25
39:5 53:5,7,10
53:11,12 54:3
69:5 70:11 84:3
84:5 174:22
220:11 243:20
299:13
**longer** 34:20
154:18 182:1
254:5
**longer-term**
155:17
**long-term** 155:17
**look** 28:5,7,23
29:2,6 30:20
59:7,8 61:9
70:9 80:19
139:12 141:23
143:7 145:7
146:24 156:20
163:2 166:1,6

167:9 178:11
183:2 185:12
187:19 190:15
192:25 219:23
221:20 224:11
236:19 252:5,6
262:18 272:12
274:12 276:3
**looked** 23:16
28:12 29:3 42:3
194:15
**looking** 41:24
61:20 85:2
98:14 147:10
163:16,21
173:1 205:1
221:24
**looks** 61:7 132:11
134:16
**Los** 20:23,24
**lose** 262:8
**losing** 262:10
**loss** 262:22 263:8
**lost** 265:19 266:3
266:16,19
268:20 269:1,2
275:25
**lost-property**
263:7
**lot** 38:3 66:3
74:15 216:3
268:8 278:2
**lots** 132:20
**Louisa** 3:7 35:3
**low** 177:15
258:21
**lunch** 176:22
177:11
**luncheon** 177:5
**lunchtime** 176:21
**lying** 20:4
**L-e-u-t-e-r-t** 42:6

————————
**M**
————————
**M** 1:24 2:4
**Madam** 306:13

**Magna** 11:14
313:12
**main** 254:24
**maintained**
125:12 144:2
168:15
**maintaining**
60:10
**major** 49:17
**making** 14:25
27:15 46:14
172:11 189:10
**male** 147:2
**males** 147:14
**malice** 262:8
**mall** 272:24
**management** 7:6
7:8 9:5 44:23
48:10,15 59:6
118:7 170:6,15
170:19 176:12
182:20 184:5
185:7,12
186:10,16
187:13 188:20
188:23,24
189:3,8 190:11
191:13,22
192:7,10,22
193:3,13 194:2
194:9,17
207:18 223:17
231:15,24
232:3,13 233:9
235:17,25
249:7,25
255:19 257:24
**management's**
223:8
**manager** 70:12
**managers** 250:12
250:15
**mandated** 175:25
**manner** 312:6
**manpower**
173:12

**man-hours**
171:24 172:23
312:7,9
**Maria** 11:6
**Maricich** 30:14
32:25
**marijuana** 20:16
**Marin** 1:14 4:2
5:19 6:19 8:8
8:12 9:10 10:4
10:15 13:4,10
13:14 23:6 25:7
25:15 31:6 32:3
32:15 41:17
44:21 58:16
62:12 72:22
74:3 75:4 76:1
76:14 77:14
81:16,24 82:3,9
84:10 92:17
95:5,14 96:25
97:16 99:24
105:16 115:7
115:17 116:5
131:10 133:11
134:5 139:10
140:7,21 143:2
144:16 166:1
167:17 176:6
177:10,25
182:16 186:23
187:12 191:6
192:18 193:10
194:6,15
200:24 201:3
202:22 203:20
208:8,23
212:12 216:22
217:7 219:7,15
221:17 224:5
228:13 229:5
236:11 239:8
239:24 242:14
244:6,6,7 245:7
245:17,21
246:2 247:10



249:3 258:6
260:2 262:4
264:24 265:3,5
270:17,25
271:8 276:10
277:23 279:2
279:11 281:11
283:17 286:23
291:15 293:24
295:4 296:3
303:11 306:19
307:8 308:22
309:3 312:16
312:18 313:20
315:20 316:25
317:25
**Marin's** 200:15
202:14 208:3
212:7 221:12
223:25 230:22
**Mariza** 1:14 4:2
5:19 6:19 8:8
8:12 9:10 10:3
10:15 11:6 13:4
13:14 81:24
220:10 313:20
315:20 316:25
317:25
**mark** 24:9 80:16
81:17 95:6
114:23 124:14
187:3 190:16
190:25 192:13
193:18 200:14
202:13 208:2,2
212:6 216:20
219:6 221:11
223:24 230:21
236:12 306:18
**marked** 5:2 6:2
7:2 8:2 9:2 10:2
24:10 80:11
81:12 95:1
114:18 124:16
134:1,6,6 139:1
139:6 142:2,23

143:3,4 144:20
156:10,11,16
163:3,4 164:7
164:12 167:13
167:19 177:21
178:1,2 182:12
182:18 187:7
190:20 191:2,7
192:14,19
193:20 200:16
202:15 208:4,9
212:8,13
216:23 219:8
221:13 224:1
228:7 229:2,7
230:23 236:7
245:3,8 246:12
257:13,18
270:21 271:1
276:6,11
283:13,18
286:8,13
293:20,25
306:20 309:4
**markings** 28:10
**marshal** 93:10
**mass** 260:15
**materials** 200:21
**matter** 11:6
14:16,20
119:18 228:5
315:9
**matters** 260:8
**maximum** 97:22
100:8 101:14
101:16 127:21
128:5 145:4
148:12 149:4
153:9,19 154:5
**maximum-cap...**
152:23
**Mayer** 2:4 11:11
11:19
**mayor** 297:13,18
**McAleen** 9:3
**McAleenan** 11:7

234:5,7,14
235:4,8,16
**McALEENAN1**
1:8 315:4
**MCAT** 33:16
142:9
**mean** 21:18,19
24:2 32:13 33:9
36:20 42:2,22
48:4 51:15,19
67:10 74:24
75:7 76:25
87:13 93:3
101:13 124:9
125:21 126:20
126:21 140:15
145:24 146:23
147:8 149:11
152:15 158:14
159:12 168:5
169:16,18
170:19 181:4
184:1,2,11
185:3 189:22
190:6 196:2
199:23 213:14
215:14,21
216:8 218:19
224:17 249:3
249:20 274:17
289:13,18,20
289:22 296:4
299:12 300:2
309:19
**meaning** 79:16
147:5 173:12
195:4 196:22
290:18
**means** 35:13
71:13 79:23
124:7 147:3,6
185:14 188:7
189:20 190:3
195:1,3 200:10
201:19 231:18
245:21 278:18

289:15
**meant** 55:16 56:3
108:10,16
110:14,18
126:10 154:23
185:8 186:16
188:15 189:13
189:17 290:4
302:7,23
**measures** 100:25
**media** 278:2
**medical** 50:24
116:16,18
123:2 257:1
272:1
**medication**
115:21
**Medlock** 2:4 4:5
9:19 11:18,19
12:20 13:9 23:3
23:5 24:8,13
25:1,3,9,11
27:5 31:14 32:1
32:20 41:3,11
41:23 44:11,19
46:9,21,23 47:9
47:21 53:1 56:5
57:7 59:10 62:2
62:15 63:1,8,23
64:15 65:5 66:8
67:18 68:7,16
68:23 69:9,17
70:3,14,21 71:6
71:10,18 72:1
72:14,21 73:5
73:12,16,20
74:2,14 75:2,3
75:18,25 76:5
76:13 77:12,13
78:2,16 79:12
79:20 80:7,9,14
81:5,10,15,19
81:21 82:5,7,24
83:1,8,11 84:6
84:9 85:11,16
86:21 88:22

89:14,23 90:15
90:21 91:9 92:9
92:11 94:2,9,16
94:22 95:4 96:8
96:11,24 97:7
98:4 99:4,12,15
99:20,23
101:15 102:10
102:12,23
103:2,9,18
104:2,11,20
105:6 106:1,10
106:18 107:1
107:10,21
108:13,20
109:3,13 110:5
110:11,23
111:12,19
112:1,8,14
113:5,19 114:3
114:16,21
116:21 117:8
117:12,18
118:4 119:1,9
119:16,24
120:10,15,24
121:7,14,21
122:4,19 123:5
123:15 124:5
124:13,19
127:9 129:22
130:9,16 131:8
131:12 132:15
133:1,10,22
134:4 138:23
139:4 140:20
142:19 143:1
144:13,15
149:2,21
150:20 151:6
151:20 152:18
152:20 153:17
154:1 155:6,21
156:8,19,25
157:2 160:5
162:10,12



163:7 164:5,10
164:20,22
165:2,24 166:4
166:8,10
167:11,16
176:5,19,23
177:1,9,19,24
180:9,11
182:10,15
186:21,25
187:10 190:2
190:24 191:5
191:20 192:4
192:12,17
193:9,17,23
194:14,23
195:8 199:1,10
199:19 200:3
200:13,19
202:4,5,12,18
203:4,13,17,19
204:24 205:17
206:3,13 208:1
208:7,17,19
210:12 211:19
212:5,11 215:2
215:9 216:19
217:1 219:5,11
221:10,16
223:6,15,23
224:4,23
225:18 226:1
227:2,7,13,17
227:20 228:3
228:11,22,25
229:4,13,16
230:20 231:1
232:19 233:1
233:17,24
234:12 235:1
235:20 236:5
236:10 238:15
238:20 239:5
239:11,15,23
242:4,12 243:6
243:21 244:11

246:1 258:2,4
258:12 303:7
303:11,20
304:20 305:2
305:11,22
306:11,17,23
307:7,17 308:9
311:3,7,13,17
311:23 312:19
313:7,10
**meet** 33:1 150:18
172:2,4 257:8
271:21 273:2,4
**meeting** 9:23
31:22 32:24
271:4,4,9,12,12
271:14,16
273:13 275:6,8
275:17 285:16
**meetings** 28:3
29:19,25 30:2,4
30:6,9,23 31:1
31:3,10 32:6,9
32:11 33:7
39:15 43:7,15
271:22 272:4
272:17
**Megan** 1:24
11:13 12:11
17:3 314:5,23
**member** 22:8,14
22:17
**members** 278:8
310:15,17
**memo** 264:12,16
264:19
**memorandum**
7:20 9:7 69:18
69:24 131:24
202:20,23
203:21,25
204:7 229:8,15
229:18 230:2,4
230:7,11,16
237:2 240:16
241:5 302:13

302:18 303:1
**memorialized**
68:10,15
302:13 303:1
**memorializing**
301:10
**memorized** 192:9
**memorizing**
263:2
**memory** 25:24
29:6 38:4 43:23
44:1 45:9 59:18
151:4 174:9
266:10 286:1
310:8
**mention** 285:1,4
**mentioned** 36:7
55:14 56:12
103:12 107:15
109:21 187:16
255:14 258:22
260:2 311:16
**mentorship**
57:12
**mere** 88:11
**Mesa** 7:16 38:11
38:15 53:20,21
53:25 54:1,4,10
54:22 56:7
66:19,22 192:6
194:2,10,18
196:4,14
230:12
**message** 253:18
256:21,23
287:7,13
296:10
**messaged** 260:6
**messages** 153:25
259:4,6,10
261:6 268:14
269:5,11,16,23
**messaging**
225:16 257:22
265:8
**messy** 17:17

**met** 27:11 29:22
43:17,18 83:19
272:14,21
**meter** 206:1
251:25 253:3
254:13 288:5
289:3,4 303:25
**metered** 78:17
79:1,6 159:21
159:22 205:19
206:6,11,17,18
206:24 207:4,9
207:15,23
211:10 249:1
296:6 300:11
304:3
**metering** 9:7
24:25 44:22
47:18 48:14,18
48:20,24 49:3
159:15 160:2
161:15,16,19
195:12,15,20
196:19 228:14
229:10 230:2
230:11,16
235:22 236:20
236:24 237:7
237:10,17
240:3 241:18
242:18,25
248:23 252:21
254:7 257:24
258:20 272:5
272:16 273:8
273:20 274:5
285:8 290:22
291:8 292:5,15
293:6 295:18
295:22 296:4
298:19 299:19
299:24 300:2,5
303:22 307:13
**method** 252:18
268:13
**Mexican** 197:19

198:4 211:7
244:14 249:4
249:15 257:23
271:23,25
284:15 285:20
**Mexicans** 284:24
285:2,5,7,18
**Mexico** 10:9
160:12 161:8
195:16 197:22
198:3 201:24
209:25 210:17
211:23 220:13
229:24 235:23
248:24 249:19
251:6 273:4,7
273:23 274:4
274:11,14,20
275:5 278:9
281:13 283:23
284:6,21
287:18 289:7
289:10,13,16
290:13,19
304:9,16
305:16 307:19
307:20 308:6
**Mexico's** 9:20
**mid** 53:15
**middle** 152:1
219:24
**midpoint** 199:22
**migrant** 79:6
137:5,11
223:17 233:10
233:13
**migrants** 48:11
78:17 79:1
157:23,25
159:5 184:20
249:18 277:25
280:23 281:12
281:23 282:4
282:21 295:11
296:6 297:10
297:15 298:5



**migrant's** 295:12
**Migration** 9:21
**military** 279:15
**mind** 270:18
    276:19 279:6
    281:7 286:6,20
**Mini** 272:24
**minor** 20:15
**minute** 68:5,5
    286:24 294:4
**minutes** 30:7
    39:7 73:17
    227:18 258:23
    303:10
**mischaracterizes**
    98:3,25 118:11
    159:25
**misplaced** 265:20
    266:4 268:21
**misplacement**
    262:22
**misplacing**
    262:11
**missed** 49:14
    164:25
**misstates** 268:22
**misstating**
    305:25
**mitigate** 222:16
**Mo** 247:14,14
**mobile** 262:13,22
**mode** 252:18
**model** 61:25
**Moises** 9:14 96:3
    143:10 151:18
    247:13,14
    248:12 286:16
**moment** 99:11
    116:17 246:9
**monetary** 312:8
**morning** 11:18
    11:21,25 13:10
    13:11 61:1
    181:12 253:19
    255:10 256:19
**Motion** 5:8

**move** 24:8 99:21
    102:23 104:3
    104:12,21
    105:15 106:2
    106:11,19
    107:2,11 141:3
    141:22 151:24
    152:18 161:10
    163:14 178:24
    219:2 233:2,25
    248:19 261:17
    310:20 311:3
    311:17 312:5
**moved** 146:7,11
    146:13 162:5
    162:19,24
    163:17 165:12
    165:20 166:15
**movement** 6:24
    140:12,15,17
    140:24 141:1
    162:1 163:16
    165:20 180:22
    181:4,4 220:6
    252:6 255:10
    278:12
**moving** 163:20
    165:18,23
    166:5 180:6
**multipage** 114:24
    191:8 208:10
    212:14
**multiple** 130:7
    308:6
**multi-page** 81:22
    95:7
**muster** 70:15
    155:7 156:1
    288:8
**mute** 142:20
**muted** 243:10
**myriad** 86:11
**M-a-r-i-c-i-c-h**
    30:16
**M-a-r-i-n** 13:15
**M-a-r-i-z-a** 13:15

**M-e-s-a** 38:11
_____

**N**
_____
**name** 12:10
    13:13,17 30:14
    30:15 33:22,23
    38:25 42:6,7,13
    49:14 65:23
    134:12,15
    231:10 300:13
    300:22 301:9
    314:18
**names** 274:22,25
    300:11,11
**narcotics** 63:25
**narrow** 272:15
**National** 9:21
**nationalities**
    160:22 162:17
    163:23 166:12
**nationals** 160:21
    271:24,25
**nature** 219:23
**naval** 50:7
**near** 195:16,21
**nearing** 173:10
    173:23 176:20
**nearly** 243:20
**need** 17:2 18:7,13
    60:10 61:16
    64:14 67:24
    75:10 123:25
    147:4 164:21
    165:13 166:1
    171:23 243:25
    257:25 276:3
    289:25 303:25
    305:15
**needed** 20:19
    47:7 110:13
    138:10 182:8
**needing** 310:23
**needs** 64:9 280:7
**negative** 232:10
**network** 22:9
**never** 49:25

71:13 73:7
    79:13 108:21
    110:13 111:2,6
    114:7 119:14
    127:8 133:18
    138:22 148:21
    154:13 177:17
    183:25 192:6
    193:2,11 194:8
    213:25 281:22
    292:20 301:13
    302:25
**new** 2:11,11 3:4
    11:12 128:19
    154:20 169:20
    171:9 213:20
    213:22,24
    214:5 273:12
    309:13,18
    310:5
**news** 45:18,23
    46:2,8
**NGOs** 295:8,10
**Nick** 77:5
**night's** 140:12
**noncitizen** 89:17
    195:20 196:20
    210:16
**noncitizens** 52:14
    67:7,12 85:23
    86:15,22 87:1,5
    87:16,25 89:5
    123:17 124:1
    175:14 176:1,9
    176:13 196:15
    197:11 198:21
**nonresponsive**
    152:19 161:11
    311:5,18
**non-hub** 196:13
**non-U.S** 159:15
    160:10
**norm** 184:4,11
    184:12,14
    283:2
**normal** 184:25

185:14 188:16
    195:2
**normally** 185:4
    243:5
**north** 209:22
    211:1
**northbound**
    213:4
**Nos** 245:2
**note** 181:17
    218:15 238:14
    238:16 275:24
**notebook** 274:21
    298:11,14,22
    300:12,23
    301:9
**notes** 29:8 37:4
    38:6 39:18
    146:18 151:22
    151:23 158:18
    310:8
**notice** 23:7 86:23
    87:24 88:1,2
    90:1 244:10,12
**notices** 87:17
**notice-to-appear**
    88:24
**notification**
    127:14
**November** 5:22
    6:4 8:9 9:10,14
    20:12 134:18
    135:2,10,25
    137:18 138:8
    217:9 245:18
    264:5
**NTA** 86:24
**nuances** 257:2
**number** 28:9
    61:8,13 68:2
    96:6 97:13
    101:9 115:2,16
    120:14,22
    121:4,11
    123:24 127:18
    128:11,20



129:17,19
132:13 135:23
138:20,22
139:7 148:22
148:22 150:6
150:18 157:22
157:24 158:1
160:10 163:9
163:15,25
164:2,20
165:15 167:5
167:18 171:10
171:16,18
172:3,6,19,24
173:4,17 174:6
174:20,22
175:2,6,9,18,20
177:14,17
178:3 180:21
181:23 182:2,8
182:18 183:22
187:5 190:12
191:1 200:25
212:15 214:13
214:17 215:3
217:4 219:13
231:3 244:23
249:1 252:6,8
253:19 256:17
257:3,8 259:8
271:2 281:23
281:25 282:4
282:10,15,16
282:21 283:3,6
283:8,19
286:14 297:9
297:21,22,23
298:6 300:13
301:3,6,15
306:14 307:1
309:5,14,19,20
309:21,24
310:2,5,18,23
311:9 312:9,9
**numbered** 99:22
107:5,12

**numbers** 10:9
95:8 114:25
124:21 134:8
143:15 156:13
165:7 173:9
179:7 200:22
202:21 203:9
217:3 221:18
224:7 228:5
236:13 245:9
252:5 258:16
258:21 274:22
275:1 276:12
281:23 282:11
283:22 284:6,8
284:15 294:1
295:9,12
298:25 303:24
**N.W** 2:5

_____

**O**
**oath** 16:2 19:22
19:25 20:4
315:14
**object** 18:4 41:2
47:3,15 52:18
55:19 56:25
61:15 62:11,19
63:4,15 66:1
68:12,20 69:3
69:14,22 70:7
70:17,25 71:15
71:22 72:6,20
73:3,9 75:9
77:24 78:13
79:10,17,18,24
81:2,2 83:4
85:8 86:18
88:17 89:8,9,9
89:19 90:13,19
91:1 93:25 94:7
94:15 96:22
97:6 98:2,24
101:6 102:7,20
103:6 108:12
108:25 109:11

109:24 110:9
110:16 111:4
111:17,24
112:6,12,18
113:9,24
114:13 116:10
117:2 118:2,10
119:5,13,21
120:9,21 121:3
121:13,25
122:15,25
123:11 124:2
127:6 129:18
130:3,15 131:6
131:17 132:8
133:17 140:18
140:19 150:13
151:3 152:11
153:13 155:4
155:11 156:5
186:18,19
189:24 198:18
198:18 199:6
199:13,25
200:11 202:1
202:10 204:22
205:15,24
206:7 211:13
212:1 214:24
221:3,4 223:1
223:11,12,20
224:20 225:14
225:24 226:23
227:6,12
228:18 232:18
232:23 233:15
234:10,24
235:18 236:2
241:25 242:9
260:25 262:15
262:24 263:12
263:19 264:11
265:13 267:4
269:12 277:21
281:19 295:19
296:25 299:14

304:17,24
305:8,17 306:8
307:14
**objection** 31:2,23
31:24 32:14
41:8 44:3,4,15
46:4,13,15
58:15 64:4,20
74:12 85:14
88:16 105:20
108:17 117:11
120:12 121:17
148:24 149:18
151:15 153:21
159:24 176:2
192:1 193:4,14
194:11,20
195:6 198:17
200:1 210:8
215:6 233:21
264:22 265:23
267:23 268:22
269:25 273:25
274:7 290:6,15
291:13 295:23
295:24 311:13
311:23,24,24
**objections** 18:4
44:12,13 46:10
208:21
**occasion** 159:4
177:13 223:17
230:11 274:24
275:5,15
**occasions** 35:2,4
274:11
**occur** 26:9 30:2
82:18 180:22
186:1 271:19
284:14 305:23
**occurred** 26:13
45:5 48:4 60:12
63:22 161:13
205:9 271:7
291:6 306:2,25
307:16,23

**occurring** 63:21
304:19 307:13
**occurs** 166:25
210:15
**October** 6:7
82:12,20,21
98:22 143:8,15
144:12 152:6,8
152:22 153:5
**offenses** 20:9
**offer** 315:13
**offered** 80:20
**offers** 78:25
**offhand** 62:23
172:21 173:17
174:3 259:18
**office** 2:15 12:2
14:1 19:18 24:6
24:20 25:15
29:24 34:25
53:18 58:21
65:8,12,15
66:10,13 67:14
100:24 132:24
143:20 157:18
174:19 175:1
184:6 185:25
195:13 196:7
207:16,24
221:7 239:1
241:15 242:19
242:22,25
260:19 266:24
278:4 279:24
299:25
**officer** 14:22,24
21:17,19,20,25
38:20,23 51:4
51:12,14,16
52:1 53:4,7,11
54:2,5,7,10
55:7,9,10 56:13
56:18,23,24
57:3,4,9 72:5
79:3,5 114:12
115:11 116:2



179:4 195:22
196:21 210:13
210:23,25
211:5,8,18
225:22 244:6
260:24 263:7
274:4 279:18
282:2 288:11
288:14,15
289:23,24
292:21 305:20
**officers** 51:21
55:3 57:15,23
58:23 60:9 61:5
61:13 171:25
173:3,7,10,16
173:19,23
182:8 195:15
202:7 204:10
205:3 207:2
213:16,17
215:4 216:17
218:4,7,8,16,20
223:8,14,19
225:2,12
250:12,14,16
250:22,23
257:22 273:7
273:14,22
274:13,20
280:3 288:9
304:7,14,22
305:5,12 306:5
306:10 308:5
310:25 312:8
**offices** 151:11
**official** 21:11
70:23 71:19
112:3 116:23
130:12 136:20
275:21
**officially** 73:7,11
**officials** 47:13
112:17,20
257:24
**OFO** 19:19 68:25

69:11,19
136:21 137:19
188:21,23
189:4 237:4
249:13
**oh** 45:4 99:12,16
170:23 198:9
200:6 203:11
268:1
**OIG** 237:13,16
237:21,23
238:3,11,17,21
238:22 240:4,5
241:5,16,17
242:8
**okay** 17:19,20
18:1,2,15,16,25
19:1 20:20,24
22:2 23:18
30:22 46:21
47:10 51:25
52:7 54:9,24
58:12 59:17
62:3 64:16
67:22 73:12,14
73:20 77:2 83:8
86:15 88:23
92:10 97:12
99:5,9,12,18,20
100:23 102:23
103:10 105:15
107:2,22 113:6
114:16 115:14
121:8 122:9
124:13 125:25
126:13 127:10
128:3 133:3,22
135:1 138:23
140:9 146:6,12
147:16 152:18
153:8 155:22
157:21 158:3
161:10 163:14
164:17 165:16
166:3,18 167:3
169:22 170:1

170:18,23
171:2,4 173:24
176:23 177:19
180:6 182:10
183:15,21
190:6,15
193:17 196:6
198:9 199:2,11
201:22 203:4
203:15,16,24
209:4 210:13
215:17 216:7
216:12 217:19
218:11 219:5
219:19 222:7
222:11 224:24
227:16,20
228:25 233:2
236:11 239:13
240:17,22
241:3,11,23
242:5,17,23
243:6 244:19
245:7,24 246:6
246:8,16,24
247:10,16
248:2,8 249:20
249:23 250:25
251:14 252:16
254:2 255:3,14
255:24 256:10
256:24 257:4,7
257:10,12
258:11,22
260:20 261:21
262:2,6 264:8
266:3 268:6
273:3,22
275:22 276:5
277:4,17 281:5
284:3 286:5
287:3,8,11
293:19 294:8
296:7 298:18
299:8 301:25
302:2,21

303:11 304:1,6
306:11 312:15
313:2,13
**old** 160:12
**Olivari** 280:8
**omitted** 59:15
**once** 14:15 18:12
29:4 53:8
109:21 111:3
192:25 255:9
279:6 282:8
283:4,4,5,5
284:16 292:9
**ones** 37:18
**one-page** 80:17
124:20 139:7
167:18 178:3
217:2 219:12
**ongoing** 241:24
**on-site** 165:7
**oo0oo** 313:25
**opened** 213:20
214:3,6
**openly** 278:3
**opens** 213:16
**operate** 110:3
**operating** 5:10
5:13 70:5,10
95:12,17 97:3
102:16 107:25
108:23 109:10
109:18 111:21
127:22 155:8
156:1 184:7
**operation** 48:4
57:11,17,17
60:14 117:6
131:21 192:21
277:19 280:19
**operational** 68:4
68:10,19 69:1,5
69:8,13,20,24
70:6,13,16,19
70:24 71:2,12
71:21 72:3,4,8
72:18,25 73:6

77:23 78:6,12
79:7,15 101:5,8
101:17,18,22
102:6,15 103:4
103:12,21
104:5,14,23
105:3,7,12,17
106:4,13,21
107:4,15,24
108:9,15,22
109:4,15,20
110:4,13,20,25
111:15 112:5
112:11,15,19
112:22 126:14
126:21 127:4
128:2,4,9,14,19
128:21,22
129:8,12 130:1
130:6,11,22,25
131:3,13,25
132:4,11,23
133:13,20
137:24 141:18
167:8 175:22
175:24 176:11
179:18 180:2
184:8 188:1
232:15,21
233:14,19
234:22 309:22
309:25 310:1
311:22 312:2
**operationally**
68:3 116:13
122:17
**operations** 7:11
7:14,16 14:1,3
19:18 29:24
48:8 59:4 65:7
65:12 111:1
182:5,7,9 183:8
183:22,24
184:19 188:5
190:12 191:10
191:14,17,24



192:7 193:2,11
194:1,8,19
229:19,23
232:6,10 237:3
237:4 272:3
278:5
**opinions** 41:6
**opposed** 65:25
213:5
**Opposition** 5:8
**oral** 78:9 206:22
206:25
**order** 38:8 42:9
84:22 117:25
133:19 201:9
313:6,9,11
**ordered** 137:19
**orders** 133:14
313:4
**ordinary** 184:25
188:8,11 189:6
189:9 190:7
195:3
**org** 221:9
**organization**
41:1
**Otay** 7:16 38:11
38:15 40:8
53:20,21,25
54:1,4,10,22
56:7 66:19,21
165:4,8,10,12
192:5 194:2,10
194:18 196:4
196:14 230:12
**OTM** 249:3
**OTMs** 249:1
284:22
**Otro** 1:4 11:6
40:12,20 41:1
45:24 46:7 47:1
306:6 307:2
315:3
**outbreak** 113:18
**outline** 228:7
**outside** 16:1,5

43:15 46:15,24
47:2,11 49:1
256:18 257:2
269:21 270:2
272:22 283:1,1
**overall** 116:15
**overcrowding**
222:16,25
**overflow** 99:25
100:9,13,24
101:4 102:4,11
**overnight** 165:14
**oversight** 57:10
57:16 58:22
171:19
**overtime** 59:8
61:22 171:25
172:23 173:4,5
173:11,16,19
311:10
**over-generalized**
76:21
**Owen** 9:4 36:18
135:25 136:17
137:18,23
138:4,13 179:2
229:9 233:4
234:1,13,21
235:5 237:8
243:1
**Owen's** 136:24
**O-t-a-y** 38:11

——————
**P**
**P** 276:16
**page** 4:4,10,20
5:2 6:2 7:2 8:2
9:2 10:2,22
16:18 23:10
24:15 25:2,5
28:10 81:20,23
82:6,9 84:8,8
84:10 95:9
97:13 99:21,25
102:22,24
103:5,10,13,19

103:21 104:3,6
104:13,15,21
104:23 105:8
105:12,15,18
106:2,4,11,14
106:20,21
107:2,4,12,16
107:23 115:1
115:15 135:23
148:16 156:15
158:4 161:25
162:8 163:15
163:21 164:18
165:18 181:10
191:21 194:16
208:18 209:5
212:16 221:20
226:3 245:25
248:20 261:14
261:24 281:9
316:2,4,6,8,10
316:12,14,16
316:18,20,22
317:2,4,6,8,10
317:12,14,16
317:18,20,22
**pages** 191:15
**paperwork** 88:25
**paragraph** 84:7
84:11,12 85:20
85:21 92:13
98:7 136:25
148:16 154:3
181:10,20
182:24 187:16
204:7,25 205:2
209:13 222:12
224:25 226:3
258:3,13
261:12,15,23
**paraphernalia**
20:16
**parole** 87:5 88:9
88:12,14 90:1
**paroled** 87:2
**paroling** 87:17

**part** 17:24 48:3,7
58:25 64:19,22
100:6 125:5,9
135:10 139:23
140:10 141:12
142:7 143:23
144:5 148:9
168:19 172:11
180:20 181:5
220:17 237:13
237:20 238:2,6
240:23 249:14
252:23 253:10
255:9 259:21
260:16 278:6
281:21 291:20
293:10 308:3
**participate** 50:6
95:20
**participated**
95:23 98:16
108:4
**particular** 84:25
247:3 275:5,16
296:14,15,22
299:3
**parties** 11:15
12:16,16
113:14
**parts** 36:22
**party** 21:9
**Paso** 229:19
235:11
**pass** 243:7
303:12
**passageway**
292:14
**passenger** 54:12
54:19
**pass-down** 63:20
**Patrick** 136:4
137:2 235:5
**patrol** 158:15,21
159:2 249:17
**patrols** 292:24
**pause** 18:21,22

**paused** 77:6
303:22
**pay** 20:13,19
213:2
**payroll** 57:13
**PD** 297:18
**Ped** 146:5,6,9,10
146:12 209:15
209:19 210:6
210:21 212:20
212:21 214:5,8
288:9,11
291:23 295:15
297:8
**pedestrian** 8:6
9:21,22 54:23
58:6 63:3
212:17 213:1
213:23,24
271:6 272:22
**pedestrians**
213:20 214:14
214:18
**penalty** 315:6,7
**pending** 18:14
169:8 244:3
312:25
**Pennsylvania**
74:21
**people** 101:12,22
140:25 141:1
150:3 155:19
160:25 161:3
162:19,24
165:15 166:14
166:21 169:22
179:1 190:12
198:8 219:3
250:11,21
262:8 289:10
297:21 302:1
310:23
**percent** 120:11
121:16,20
122:12 179:23
181:20,21,22



181:24 183:5
187:21 232:7
**percentage** 120:6
120:17 121:9
121:12 128:13
147:12 173:18
173:21,23,25
179:23 187:25
**Perez** 136:4,11
**perfect** 309:1
**period** 19:9 35:2
48:15 60:21
141:14 153:18
154:24 155:3
155:10 156:3
159:20 160:2
259:14 292:15
293:5 298:19
299:9
**periods** 258:18
**perjury** 315:6,7
**permanent** 243:4
**permission** 221:7
**person** 12:18
16:22 26:10
34:10 55:11
114:9 116:16
126:10 127:3
145:17 185:18
196:22 205:9
211:6,9,10,11
227:4 253:22
280:7 308:3
**personal** 21:7,10
40:25 46:11,18
92:7 265:10,11
266:17,25
**personally** 67:16
67:19
**persons** 116:8
118:1,14
147:25
**perspective**
222:22
**Pete** 10:15 29:23
294:3

**Peter** 10:3
**phase** 65:15
**philosophy** 49:21
**phone** 39:8,16
185:12,18
249:8 252:23
253:13,15
255:5,16
256:12 262:11
262:23 263:11
265:7,10,12,16
265:20,21
266:4,8,16,19
266:22,25
267:3,8,15
268:15,21
269:24 298:24
**phones** 262:8
265:6
**phonetic** 260:18
280:9
**phrase** 80:20
92:13 102:15
103:4,12 104:4
104:10,14,19
104:22 105:3,7
105:17,25
106:13 107:4
107:14,23
108:8,9,22
138:5 146:23
147:3,6 170:18
183:21 185:3,8
186:9,15
226:14 308:5
**physical** 50:25
68:1,9,18 69:1
69:12,21 79:8
93:4,8,10,12
100:19 105:4
127:5 179:18
180:2 188:1
232:22 233:20
234:22 274:21
275:17 298:11
298:22 300:12

300:23
**physically** 101:21
101:24 274:24
298:14
**pick** 243:8
**picnic** 199:22
**pilot** 9:21 260:18
271:6,13
**place** 35:6,11
39:2 116:15
117:25 118:14
119:11 123:7
151:8,9 174:23
240:14 314:11
**placed** 118:9
119:19,23
120:2 121:10
121:24 122:5
122:11,13,22
122:24 123:20
292:10 300:11
300:12
**placement** 148:7
**placing** 117:20
**plaintiffs** 1:5 2:3
5:8 8:4 11:20
11:23 23:7
312:20 313:10
**plaintiff's** 208:14
257:19
**plan** 8:10 57:6
100:1,10,13
102:5,11
217:14
**platform** 269:7
**platforms** 22:9
**play** 307:3
**played** 307:5
311:21 312:11
**plaza** 272:24
**please** 9:11,15
12:9 13:12 19:4
23:4 81:10,11
97:20 102:14
103:11 114:17
142:20,22

156:9 164:6
167:12 169:9
170:5 177:20
182:11 191:16
193:18 200:13
208:18 221:10
229:1,15 236:6
239:9 244:20
245:13 247:18
248:17 257:10
258:2,3 261:11
261:12,23
268:4 279:6
283:12,24
286:23 293:13
294:4 306:12
307:3 313:4
**plus** 67:25
**POE** 92:21
115:24 201:16
248:24 249:2
**POE's** 92:22
**point** 17:23 19:2
33:15 40:16
52:2 59:23
125:9 130:22
132:5 136:25
137:9,12
160:12,15,24
161:1,4,7
169:23 175:8
206:4 253:14
254:25 255:15
255:25 258:24
260:3 265:19
266:16 273:20
300:10 309:22
**points** 217:16
**police** 278:10
**policia** 279:14
**policies** 43:23
102:4 262:7,10
262:12,20
263:1,2,9,14,16
269:10
**policy** 57:13 63:6

89:13 102:2
112:9,16 113:7
113:11,21
114:1,8,15
116:8,13,23
117:17 119:8
154:10 155:1
155:13 269:15
269:22 305:21
**population**
113:17 116:15
118:22 121:5
122:18 146:20
147:3,13
293:11 310:17
**port** 5:10 7:11,11
7:13,14,16,16
9:22 33:6,10,12
38:11,16,17
39:22 40:2
47:17,22 48:1
48:14,21 52:14
53:20,21,22,22
53:25 54:4,10
58:8 60:7,17,17
60:21 62:1,18
63:13,18 72:5
72:10,10,17
78:18 79:1 87:7
88:5 91:5 93:18
93:24 94:6,12
94:19 95:18
96:1 97:25
100:14,20
101:21,21,22
108:1 112:17
117:24 118:6
123:25 127:18
128:9,23 129:9
130:1,11
132:23 133:13
133:14 137:6
137:13 138:9
141:9 142:13
142:16 146:2
149:14,16



150:8,17 151:7
153:10 154:6
157:16,25
159:4,17 160:7
161:14,18
167:4 171:15
172:11,15
174:18 175:13
176:8,11
177:14 179:15
182:4,9 183:3,4
183:8,22,23
184:5,19 188:4
189:9 190:11
190:13 191:10
191:10,11,14
191:17,24
192:7,21,23
193:2,11,12
194:1,8,10,19
195:14,19,25
196:3,4,18
197:8 201:25
204:16 207:5
211:23 213:6
213:21 214:18
215:4 216:12
216:16 228:16
230:3,8,12,17
232:5,9 248:24
256:20 261:7
285:19,22
288:25 291:1
291:10 292:4,6
292:14 293:3
296:14,22
298:5,20 299:2
299:3,21 300:5
300:18,24
301:11,23
302:12 303:22
304:3,15,22
305:7,13
311:21
**portion** 224:9
228:6 287:4

299:8
**ports** 5:17 56:8
58:20 62:21
66:12,15,16
67:1,8,13 68:6
72:12 73:2 90:8
90:23 115:4
196:10,13,16
207:16,23
229:24 235:22
268:11 305:5
**position** 37:22
53:25 54:13
55:4 168:1
178:17 209:20
210:14,23
**positions** 59:2
195:15
**positive** 54:8
93:9,15 136:10
154:21 218:9
248:7
**possession** 20:15
**possibility** 197:9
**possible** 16:23
19:5 83:25
113:14 210:25
244:21 278:12
279:10 281:3
**postgraduate**
50:7
**posts** 22:20
**post-secondary**
55:15
**potentially** 55:5
113:2 178:8
**pox** 112:24
113:22 118:19
119:19 121:8
121:10 122:10
**practice** 195:13
**precisely** 46:16
**preferred** 16:21
**pregnant** 115:20
**premium** 173:5
**prep** 35:2 36:1

169:8,15
**preparation**
36:23 38:22
40:16 41:20
45:20 91:22
92:2 240:24
**prepare** 27:6,10
28:4 33:1,20
34:24 36:15
37:8,12 38:1,8
38:12,18 39:23
40:2,13 41:15
42:10 43:12,19
46:25 47:12
**prepared** 244:16
**preparing** 27:7
27:19 28:15
38:5 39:17
40:21 132:20
**prepped** 169:21
**presence** 279:14
**present** 3:3 11:16
13:23 31:4 33:7
34:13,15 39:11
39:13 48:16
67:7,12 129:10
151:12,19
240:10 262:21
272:9 291:1
298:20 299:19
299:20 300:18
300:24
**presented** 291:10
302:12
**presently** 13:19
**preservation**
263:17,21
269:15,23
**press** 78:4
**presume** 248:10
249:21
**pretty** 30:6,20
153:19 252:9
257:25 266:10
**prevent** 133:21
**previous** 35:8

38:14 63:22
64:8,23 289:10
**previously** 29:7
45:15,17
105:21 228:6
229:2,6 255:21
307:12 309:4
311:16
**pre-decision**
242:20
**primarily** 160:20
260:20 261:6
**primary** 14:22
14:24 54:14,16
54:20,25 55:2,3
55:9 58:5,6
159:18 160:11
160:23 214:13
253:22 255:25
258:24 260:3
268:10,13
**prior** 10:21 51:23
63:20 76:15
159:14 160:2
209:2 311:11
**privilege** 75:24
240:1 242:7
269:19
**privileged** 241:12
264:13
**probably** 49:24
82:21 176:22
185:24 199:9
199:11 203:11
203:12
**problem** 77:12
82:24 83:12
123:8
**procedural**
204:12
**procedure** 5:10
5:13 23:8 70:5
95:12,17
102:17 127:23
156:1
**procedures** 5:16

70:10 97:4
107:25 108:23
109:10,19
111:21 115:4
155:8 225:5
**proceeding** 15:21
**proceedings**
313:24 314:12
314:15
**process** 56:2
88:25 101:12
169:21 171:21
216:5 218:17
218:20 221:8
222:24 224:22
230:6,10,15
250:22 252:9
257:5 259:22
272:12 274:6
285:8 290:2
292:16 295:17
295:22 296:4
296:17,19
300:4,6 301:10
301:17,18,21
302:4,5,9,22,24
**processed** 52:15
86:16 89:6
160:4 171:23
173:14 195:23
196:24 197:4
197:12 206:12
305:5
**processes** 223:4
**processing** 7:17
8:10 48:11
54:12,18,20
55:1,24,24
57:13,21 58:1
67:7,11 89:25
137:6,12 149:9
160:14 171:21
172:2 200:21
214:13,18
215:25 216:2,3
216:13 217:14



217:20,24
218:4,12 220:6
250:17 260:22
296:12
**produced** 40:12
40:19 91:14,18
194:3 259:18
259:23
**product** 31:3,24
83:18 85:9
264:13
**program** 50:6
**project** 271:6
**projects** 214:12
214:17
**promise** 243:20
**promoted** 54:6
253:5
**prongs** 201:12
**pronounced**
231:10
**proper** 33:5
74:18 85:23
86:15,22 87:1,5
89:6,17 123:17
195:20 196:15
196:20,23
**protect** 122:18
**protection** 5:15
9:20 13:22,24
14:6 23:9
116:14 204:10
**protocol** 294:18
**provide** 9:11,15
18:8 57:5 65:13
83:2,13 120:23
155:13 164:20
202:8 204:13
205:4 206:21
207:1,3,20,22
220:4 249:17
263:7
**provided** 16:2
42:14 84:16
88:2 205:19
207:11 234:17

**provider** 116:18
**providing** 7:20
82:15 204:1
206:16,23
207:8
**public** 78:4,5
79:14 174:17
174:19
**publicity** 278:2
**pull** 23:4 124:13
156:9 162:10
164:5 202:12
212:5 216:19
219:5 221:11
229:14 230:20
236:6 247:3
261:11 306:12
308:25
**pulled** 236:11
**purpose** 65:19
157:14 281:2
**purposes** 55:1
150:1 228:8
246:22
**pursuant** 12:15
**put** 25:4 80:15
81:16 84:22
109:18 113:2,8
114:22 116:8
116:24 123:25
139:5 170:21
177:25 182:16
183:11,15
212:12 214:1
**putative** 11:20,24
**puts** 144:22
**putting** 124:10
185:9
**p.m** 61:2,3
124:23 129:5
134:18 136:1
144:12 156:22
170:11,14
177:3,6,6,7
180:8 220:17
221:25 227:22

227:25,25
228:1 234:2
235:4 239:18
239:20,20,21
270:12,14,14
270:16 278:19
278:22,22,23
307:6,6 308:13
308:16,16,17
313:19,23
**P.O** 2:18

**Q**

**qualifier** 198:13
**quarter** 28:18
**question** 12:24
31:9,15 32:19
44:5,20 61:17
62:4 69:16
72:15 74:19
76:15 77:10,15
82:23 83:10
85:9 90:5
119:25 120:1
123:14 124:7
131:10 152:21
155:22,23,25
176:6 178:5
187:11 193:1
194:7 197:18
198:7,9,12,21
202:7,22
207:13,14
217:5 219:14
238:24 240:2,7
243:12 244:2,5
248:20,22
267:9 296:8
299:22 311:5
**questioning** 44:5
44:10 103:7
105:21 122:1
151:16 243:7
247:7 294:17
**questions** 16:20
17:7,10 18:4,7

18:22 19:8 29:5
42:25 71:7,8
76:25 83:6
85:18 243:21
243:22 244:9
244:17 247:17
248:9,11 262:7
264:14 303:5
303:13 308:10
308:23 312:17
312:20 313:16
**queue** 7:6,8 9:4
44:23 48:10,14
159:16 160:23
170:6,15,19,21
170:24 182:19
184:6,21
186:10,16
187:12 188:24
190:10 191:12
191:22 192:7,9
192:21 193:3
193:12 194:2,9
194:17 218:24
219:1 231:15
231:23 232:2
232:13 233:9
235:16,25
281:25 282:5
282:14,15,18
282:21 283:3,7
290:23,24
291:3,10 292:2
292:6,10,18
293:4 298:6,8
298:10 310:4
**queueing** 291:5,8
**quick** 227:14
270:6
**quickly** 19:5
123:7,19 266:7
266:11
**quite** 28:12 42:3
45:7 65:16
243:19 268:8
**quote** 57:17

287:14 289:5
304:16 305:15
306:7

**R**

**radio** 50:17
**railing** 211:5
**raise** 238:23
**random** 85:13
**Randy** 179:2
231:7 233:3
235:5
**range** 310:14
**ranges** 310:14
**rate** 220:10
**reach** 57:23
127:12 133:14
137:20 138:10
252:11
**reached** 100:9
105:5 128:17
137:13 173:8
239:1 252:12
297:18,19
**read** 28:13 36:21
36:22 37:1
42:24 43:4
45:18,25 46:2
92:25 97:20
100:11 116:4
118:13,13
126:8 127:15
135:12 137:16
139:25 140:13
141:15 145:5
146:21 169:10
169:19,25
170:7 171:12
180:17 181:1
201:20 204:4
204:18 205:11
210:1 220:14
220:21 222:9
222:20 225:9
226:11 234:19
235:13 246:2,7



258:5 276:23
283:24 312:24
313:14 315:7
315:10
**Readout** 9:24
**reads** 81:23
92:19 100:6
115:18 137:10
140:9 201:13
203:25 204:8
205:2 209:18
231:15
**read-out** 271:4
**real** 138:18
148:22 228:17
**realignment**
65:15
**reality** 131:21
**really** 18:24
57:14 59:5 60:4
60:4,13 64:13
67:23,25 68:2
72:12 112:15
176:21 235:9
235:17,25
249:15 251:5
256:17 260:13
271:20
**realm** 65:14
**reason** 20:6
55:19 61:20
64:14 75:13
125:14 135:18
144:7 155:16
168:22 188:17
189:15 210:25
225:16 226:19
253:1 316:3,5,7
316:9,11,13,15
316:17,19,21
316:23 317:3,5
317:7,9,11,13
317:15,17,19
317:21,23
**reasons** 105:4
131:20 170:13

175:22,24
275:15
**reassigned**
156:14
**recall** 15:3 20:20
21:16 22:1
23:16,18 26:4
37:15 42:7,12
45:23 59:11
62:23 70:19
78:14 81:6
82:17,19 84:5
85:1 114:14
126:19,22
132:2,3,17,21
134:13,13
138:6 139:11
152:10,21,25
153:2,4,6
174:25 175:4,5
175:7,11 185:9
185:11 186:12
203:23 207:2
219:17 223:22
244:11 253:12
255:18 262:20
263:4,14,16
264:20 265:17
265:25 266:9
267:2,18 269:9
269:15,22
270:3 272:4
275:4,8,10,16
275:18 287:20
291:8,22 295:4
304:18,25
305:9 309:7
**recalling** 45:2
**recap** 268:7
**receive** 91:13,17
206:15,22
207:17 246:20
282:20
**received** 49:13
69:18 77:22
115:9 133:18

135:1,5 139:18
140:1 143:14
168:8,13 200:9
214:22 216:17
240:16 281:12
281:23
**receiving** 135:9
139:22 143:22
144:4 206:20
206:25
**recess** 73:23 76:9
133:6 177:5
227:24 239:19
270:13 278:21
308:15
**recipients** 6:15
8:19 10:11
286:21 287:4
**recognize** 95:13
167:21 178:6,7
178:9
**recollect** 156:6
**recollection** 22:3
22:7 44:8,9
**reconstruct**
129:8,11
**reconstructed**
213:24
**reconstructing**
205:8
**reconstruction**
214:9,12
**record** 11:5
16:22 17:18
42:25 73:22
74:1 76:6,8,12
77:10 97:21
99:11,16 133:5
133:9 177:2,4,8
190:23 226:10
227:21,23
228:2 238:17
239:16,18,22
270:10,12,16
278:15,20,24
305:24 306:23

308:12,14,18
312:23 313:4
313:15,21
314:15
**recorded** 307:10
307:11,11
**recording** 10:17
77:6,8 306:24
307:4,5
**records** 313:3
**redirect** 196:5,14
**redirected**
291:24
**reducing** 180:15
**refer** 19:13,18
42:15 58:18
179:17 292:5,8
309:10
**reference** 84:24
102:6,15 103:3
103:21 104:14
104:22 105:3
105:16 106:3
106:13,20
107:3 145:23
158:12,17,23
159:11 181:3
201:5 213:12
238:21 243:24
**referenced** 10:21
104:5
**references** 84:12
183:22 212:20
**referencing**
237:24
**referred** 55:12
56:8 58:19
60:16 298:9
304:12
**referring** 47:23
48:9 53:17
54:21 57:18
86:10 181:22
309:16
**refers** 134:23
158:9 217:20

**reflect** 146:20
**reflects** 181:18
**refresh** 29:5 38:4
**refreshed** 44:7
44:10
**regard** 228:5
**regarding** 29:20
37:22 38:21
39:18 45:19
46:7 52:9 62:17
75:23 76:18
77:18,20
132:14 206:16
206:17,23
207:8 220:19
223:9 240:1
242:7 256:4,6
257:21,24
260:5,14 261:6
262:10 263:8
269:6,15 271:5
271:22,25
272:5,16
273:11 280:23
282:3,5,10
286:17 294:3
**regardless**
133:12 154:6
190:12
**regards** 264:1
**regular** 56:24
96:21 97:9
157:11 221:8
240:24 254:10
297:15
**regularly** 91:14
91:18 97:5
118:19 184:7,9
**regulation** 68:11
68:14
**regulatory**
204:11
**reissued** 237:11
237:17
**reiterate** 105:20
**relate** 19:8



262:21 263:21
**related** 22:15
  56:7 240:1
  244:9 260:13
  260:21
**relating** 244:13
  262:12 263:9
  263:17 269:10
  269:22 273:8
**relay** 282:24
  299:1 300:19
  300:21 301:3
  302:10
**relayed** 259:5
**relaying** 181:13
**release** 78:5
**released** 20:15
**relevant** 33:5
**reliant** 87:8
**relied** 44:22
**relying** 174:8
**remains** 140:11
  243:1
**remember** 16:4
  20:12,18 22:22
  26:21 35:9 36:2
  37:19 39:3
  40:24 42:2,4
  44:23,25 45:2,8
  45:15,16 50:16
  52:10,21,22,23
  53:13 54:15
  150:9,14,16
  174:24 185:16
  206:19,20,25
  244:14 247:24
  251:21 252:13
  254:15,17,20
  264:2 266:13
  267:15 271:8
  271:11,13,14
  272:10 273:18
  286:2,3 288:20
  288:23,24
  289:1 291:17
  309:5

**remembered**
  45:4
**remind** 12:23
**remote** 294:17
**remotely** 1:24
  11:10 12:15
**removal** 89:7
  90:1
**removals** 7:18
  86:17 200:22
**removed** 255:21
  305:6
**repatriation**
  271:23,25
**repeat** 77:9 83:10
  96:6 123:13
  138:20 155:23
**repeated** 153:11
**rephrase** 274:2
  299:21
**replacement**
  266:8
**replies** 180:19
**reply** 296:13
**report** 6:5 7:6,8
  62:14,17 63:10
  63:13,17,17
  64:13,25
  129:23 130:5
  157:13,16
  158:24 163:11
  170:6,15,19,22
  182:20 183:10
  183:11 184:1
  184:13,17,18
  184:21 185:18
  186:3,16
  187:13 188:14
  188:14,18,24
  189:10,11
  191:13,23
  192:8,22 193:3
  194:2,9,17
  231:23 232:3
  234:16 235:12
  259:11 263:6

276:14,15
  277:8,11,12
  279:19 280:16
  281:8,14,21,25
**reportable** 60:12
**reported** 1:24
  178:21 314:12
**reporter** 11:13
  12:9,10,12,14
  12:22 17:3
  24:12 80:13
  81:14 95:3
  114:20 124:18
  134:3 139:3
  142:25 156:17
  163:6 164:9
  167:15 177:23
  182:14 187:9
  190:18,19
  191:4 192:16
  193:22 200:18
  202:17 208:6
  212:10 216:25
  219:10 221:15
  224:3 230:25
  236:9 244:22
  244:24 245:4
  257:15 270:23
  276:8 283:15
  286:10 293:22
  306:13,15,22
  313:2,13 314:6
**REPORTER'S**
  314:1
**reporting** 6:12
  6:17 7:3 60:6
  157:6 163:11
  164:14 282:17
**reports** 60:11
  65:4 91:14,18
  157:10,15
  165:9 184:9
  186:9,11
  190:11 192:10
  193:13 259:13
  259:23 277:14

280:22 281:2
  281:16 284:12
**represent** 11:17
  245:17 257:20
  271:3 276:12
  283:19 286:15
  294:1
**representative**
  23:23 24:2
  25:14 26:2,18
  33:2 34:25
  46:19,20
**representative's**
  46:12
**representing**
  304:15
**request** 11:11
  18:13 28:23
  29:6 52:14
  245:21 282:3
  282:20 297:20
**requested** 4:19
  29:2 256:19
  280:15 301:16
**requesting**
  298:24
**requests** 57:14
**require** 55:24
  310:24
**required** 26:24
  28:13 40:9
  62:21 102:1
  173:14 185:19
**requirement**
  172:2
**requirements**
  171:22 204:12
**requiring** 116:16
**rescinded** 138:14
**residents** 198:21
**resolved** 20:13
  64:11
**resources** 60:9
  101:11 310:25
  312:7
**respect** 43:23

67:1,6,11 83:5
  90:3 189:21
  190:4,8 254:11
  254:25 256:1
  257:23 258:24
  268:10
**respectively**
  245:9
**respond** 170:1
  247:18 257:7
**responding**
  296:23
**responds** 180:7
  220:8
**response** 9:11,15
  42:25 161:17
  208:13 209:7
  238:24 294:5
**responses** 8:3
  17:2 37:11,16
  37:22 38:1,5,7
  208:22 209:1
  247:19
**responsibilities**
  54:11 57:8 59:1
  60:2 65:11,24
  250:11 251:2
**responsibility**
  59:4 113:16
  171:14,18
**responsible** 60:6
  60:7,10 61:12
  250:16,24
  253:23
**rest** 113:17
  118:22 122:18
  140:23 261:23
  299:10
**restates** 237:7
**restrooms** 155:14
**result** 31:22
  44:25 207:17
  214:11,16
  240:4 297:9
**resume** 254:9
**resumed** 254:2



retention 269:10
return 78:19,23
  195:23 196:24
  197:2
returned 255:21
  305:19
reveal 27:1 41:19
  41:25 44:6
  239:3 264:15
revealing 41:22
  264:18
review 5:12 28:2
  28:3 36:14
  37:11 40:11
  45:16 95:10
  118:21 120:4
  259:21 277:1
  286:24 294:4
reviewed 28:21
  29:9,12 37:16
  37:17 41:13
  42:4,8 43:10
  45:1,6 102:18
  102:25 103:14
  103:23 104:7
  104:16,25
  105:22 106:6
  106:15,23
  107:6,17
  132:20 191:18
  193:7 194:12
  209:1 258:9
  261:19,25
  277:2 284:1
  287:1,9 294:6
reviewing 28:16
  37:25 38:4 84:3
re-mark 228:9
RFI 9:11,15
  245:20
rid 220:11
right 16:15 19:5
  19:7 20:25 22:5
  23:3,21 25:1,9
  30:17,19 34:23
  37:23,24 41:24

43:4 45:12,13
48:17,20 51:8
51:14 56:19
60:5 69:13 75:2
75:18 76:5,15
77:2 81:16
89:18 90:3
92:12 94:22
95:5 96:18 98:5
99:7 101:18,23
104:12 106:19
107:11 109:10
114:22 120:20
123:6,10,21
124:8 125:19
132:6 134:5
136:3 139:5
140:3,5 141:20
141:22 142:5
142:21 143:2
144:16,21
146:8 147:10
148:4,8 154:15
156:8 161:20
161:21 163:2
165:1 167:1,17
171:5 172:7
177:25 178:24
182:16 185:4
189:18 195:5
195:17 196:25
197:4,24
198:16 199:24
203:6,18
206:14 207:11
208:1,11 218:1
228:3,12 230:8
236:5 243:6,12
245:1 246:3,8
246:15 247:1
250:8 254:3,20
265:5 272:24
272:25 276:25
281:24 284:24
293:17 294:22
299:11,15

304:4 306:17
307:20 308:9
312:19
Rights 2:8 11:23
risk 113:3 118:21
risks 118:16
rival 310:15
Robert 5:3,19,22
  6:3,7,10 8:12
  8:15 9:10,14
  10:11 96:3
  124:23 134:17
  136:4,11
  139:14 140:4
  143:10 144:11
  149:14 150:7
  151:14 152:1
  172:15 178:13
  217:11 219:20
  247:12 248:12
  286:16 287:13
  289:15 290:3
Rocha 280:5
role 59:16 65:20
  136:11
roles 136:8
  250:10 251:2
room 12:14 93:8
  112:25 116:17
  118:15,23
  119:12,15
  147:22 150:1
  154:19,23
  155:2,9,14,15
  155:20 156:2
  239:12
rooms 92:15,20
  93:18,23 94:5
  94:12,19 98:10
  98:17,21
  133:15 137:15
  137:20 138:11
  148:18 150:3
  154:10,22
Rosa 65:23
rotate 59:1,3

rotated 280:6,13
rotates 58:3
roughly 272:8
  301:7
row 187:19
rule 17:1 23:8,23
  24:2 28:4 37:13
  38:12,18 41:16
  43:12 44:13
  88:21 119:3
  122:10,21
  191:8 193:24
  194:5
rules 7:10,12,15
  16:17,24 18:5
  88:13 243:23
run 170:16
  312:21
running 117:7
  155:13 260:19
  272:3
runs 59:5 60:14
Ryan 33:14
  143:11 231:6

─────────
S
─────────
safely 101:11
  122:17 297:6
safest 116:15
San 1:19 5:10
  6:12,16 7:11
  8:6 9:22 11:1
  14:1 15:8 24:5
  24:19 25:15
  29:24 34:25
  40:8 48:13,18
  48:21,24 53:14
  53:17,17,21
  56:8 57:19 58:8
  59:24 60:3,17
  60:20 65:7,12
  65:14,18 66:10
  66:13,19,21
  67:13 84:12
  92:21 93:18,24
  94:6,12,19

95:17 96:2
100:14,23
107:25 109:5
109:17 111:2
111:22 113:11
117:24 118:5
119:18 120:19
121:24 122:14
123:19,24
127:18,23
128:9,23 129:9
132:24 133:13
134:23 137:6
137:21 138:9
138:18 141:10
142:14,16
143:20 145:11
148:18 149:16
150:8 151:10
153:10 154:5
157:23 158:10
159:4 160:7
161:14,18
165:8,11,13
167:3 171:14
174:18,19
175:9,13 176:8
177:14 179:15
181:14 182:4
183:3 185:15
187:20 191:9
191:11 195:13
196:5,6,11,18
207:16,23,24
209:10 210:7
212:17 213:21
214:18,22
215:4 216:12
216:16 221:6
228:17 229:19
230:3,8 232:5
235:9,17,25
241:15 242:19
242:22,24
249:13 260:5
261:7 268:11



278:4,6 280:20
280:20 295:18
299:24 300:4
300:14 301:11
301:21 302:6
303:22 304:3
304:14,22
305:6,13,20
311:21
**Sandoval** 10:3
276:16 279:19
280:4
**sandwich** 199:22
**sanitary** 297:14
**Saro** 280:8
**sat** 16:15
**save** 259:3,6
269:3 315:11
**saw** 22:23 45:3
45:12 160:19
188:24 275:2
275:18,20
298:14 303:23
**saying** 45:20
66:21 79:4
138:4 150:10
152:7 166:20
174:20 185:12
186:9
**says** 97:15 98:17
125:4 138:1
144:22 145:20
146:18,25
147:1 150:7
152:14 155:2,8
157:4 161:18
162:4 185:13
187:25 188:2,5
189:16 201:8
247:14,16
248:22 249:5
249:24 255:3
256:24 266:3
277:10 279:11
284:19 287:13
288:7,7 289:5

289:15 295:7
**scabies** 118:19
119:19 121:22
121:23 122:2,7
122:20 123:17
123:19
**scanned** 36:17,19
**SCBPOs** 58:24
**schedule** 61:9
**scheduled** 50:5
275:6
**schedules** 58:4
**scheduling** 59:6
**school** 49:8 50:7
50:17
**scope** 41:2,9 46:4
46:10,13,15
47:3,15 48:5
52:18 55:19
56:25 58:15
61:15 62:11,19
63:4,15 64:4,20
66:1,5 68:12,20
69:3,14,22 70:7
70:17,25 71:15
71:22 72:6,20
73:3,9 77:24
78:13 79:10,18
79:24 81:3 83:4
86:18 88:17
89:10,20 90:13
90:19 91:1
93:25 94:7,15
96:23 97:6
101:6 102:7,20
103:6 105:20
108:12,18
109:1,11,24
110:9,16 111:4
111:17,24
112:6,12,18
113:9,24
114:13 116:10
117:2,15 118:2
118:10 119:5
119:13,21

120:9,21 121:3
121:13,25
122:15,25
123:12 124:2
127:6 129:18
130:3,15 131:6
131:17 132:8
149:19 150:13
151:3 152:11
153:14,22
155:4,11 156:5
186:18,19
189:25 198:18
198:18 199:6
199:13,25
200:11 202:1
202:10 204:22
205:15,24
206:7 210:9
211:13 212:1
214:24 221:4
223:1,11,12,20
224:20 225:14
225:24 226:23
227:6,12
228:18 232:18
232:23 233:15
233:22 234:10
234:24 235:18
236:2 238:10
238:18 241:25
242:9 262:15
262:24 263:12
263:19 265:13
265:24,24
267:4,8,23
269:12 270:1
277:22 281:19
304:17,24
305:8,17 306:8
307:14
**screen** 17:23
23:12 102:19
103:1,15,24
104:8,17 105:1
105:23 106:7

106:16,24
107:7,18 178:1
191:19 193:8
194:13 203:3
258:10 261:20
262:1 276:4
277:3 284:2
287:2,10 294:7
**scroll** 17:25
25:10 191:15
192:24 194:4
**seaport** 53:5,7,11
**seated** 115:25
147:22
**seating** 145:3
**seats** 152:16
155:16
**second** 58:21
59:16 66:9 76:1
77:4 81:23
102:24 103:5
135:22 161:25
163:14 165:18
187:15 201:17
209:13 222:12
224:10 228:4
248:19 258:3
261:18 278:15
**secondary** 54:14
54:17,17,20,25
55:12 58:5
114:11 115:25
116:14
**seconds** 18:21,22
**second-line** 58:10
58:13,14,18
59:12
**section** 24:14
97:14,16 99:25
162:1,8,9,11,13
163:17,21
165:20 166:6,6
179:6 183:25
208:21 209:10
209:14 210:1
**secure** 5:16 114:5

115:3,23
116:24 277:19
**security** 19:14
65:14,25 66:2,5
143:19
**see** 23:11 24:14
37:7 53:23
66:20 77:6
80:22 81:25
84:14 92:16
97:16,18 99:25
102:21 103:3,8
103:11,16,20
103:25 104:4,9
104:13,18,22
105:2,4,16,24
106:3,8,13,17
106:20 107:3,8
107:14,19
118:18 124:24
126:2 136:1
140:6,23 141:6
145:21 155:23
156:23 157:8
162:2 165:5
169:4 178:15
179:8 182:21
188:17 199:21
201:3,6 203:3
208:15,20,23
209:6,11,16
212:18 217:21
229:11 232:25
247:22 248:8
258:7,8,8
273:20 274:25
303:24 309:16
**seeing** 42:12
45:16,23
114:15 134:14
139:11 203:23
219:17 288:4
308:1 309:7
**seek** 117:19
175:10 280:24
284:9 300:14



301:24
**seeker** 210:21
211:4,17,21
290:19 292:3,6
292:12 293:2
300:18 307:9
**seekers** 10:12
43:24 197:21
198:3,8,10,14
198:24 199:2
199:20 201:23
210:5 213:8
228:17 250:19
258:25 260:22
272:5 273:15
274:15,22
280:24 281:1
283:7 289:22
291:9 296:21
300:4,6,13
301:7,8,8 304:8
304:16 305:4
305:14,19
306:6
**seeking** 175:5
201:18 291:11
302:1
**seen** 22:20 23:14
23:19 29:7
40:15,18 46:7
69:23 70:4,15
71:1,13,17 78:4
82:2 114:7,10
115:6 116:18
123:2 132:16
134:10 138:22
139:9 202:23
203:20,22
217:6 219:15
219:16 262:25
263:20,25
274:24 302:19
**seldomly** 301:3
**selected** 28:20,24
36:4 85:13
**selecting** 85:5

**selection** 41:19
41:21 44:6
200:20
**send** 127:13
203:5 246:21
247:18 256:20
289:13 290:4
290:17,19,20
292:17 294:13
294:21 296:9
**sending** 150:9,15
168:18 287:18
289:6,16
290:11 295:4
**sends** 152:6
234:4
**senior** 189:4,8
228:20
**sensitive** 226:4
**sent** 63:17 124:22
131:24 134:17
135:13,25
136:9,17 140:4
141:4,23 143:9
144:11 152:1
156:21 168:13
169:2 178:12
179:1 217:10
221:21,25
233:3 234:1
235:3 247:5,12
247:12 248:4
257:19 281:16
281:18 289:10
290:23 294:10
294:20
**sentence** 92:13
92:16,19 93:3
118:12 126:1,2
127:11 169:16
204:7,8 205:1
222:13 311:4
**separate** 16:5
36:11 265:6
310:16
**September** 6:11

6:12,20 7:4
8:15 65:9 82:20
156:22 157:7
163:12 168:2
169:3 170:2
172:7,17,22
173:3,15,19
174:7 285:16
310:9
**Sergio** 252:1,7
253:7 256:9
266:20,21
280:4
**series** 246:23
**seriously** 227:10
**serve** 65:19
**server** 203:8
**servicer** 267:3,8
267:16,20
**services** 11:14
86:5 87:10
116:3
**set** 8:4 37:23 56:2
68:2 167:4
171:15,18
172:3,6,18,24
174:6 175:2,18
175:20 197:13
197:16,20
309:24 312:9
312:12 314:11
**sets** 66:7 261:16
**seven** 35:18,20
36:1 293:16
303:8
**severely** 161:5
**shakes** 17:4
**share** 241:6
242:6
**Shawn** 38:25
**SHEET** 315:1,13
316:1 317:1
**shelter** 279:13
282:12 297:23
**shelters** 170:25
218:25 273:15

273:21 285:18
285:19 295:9
296:6 297:21
**shift** 59:5,9 60:5
60:13,14,25
61:1,5,7,14,19
63:20,22 64:7,9
64:11,24 65:1,3
217:25 259:10
259:19 277:10
**shifts** 59:7 60:16
60:20,22,23
**Shinners** 2:16
4:7 9:18 11:25
12:1,21 26:25
31:2,23 32:14
41:2,8,17 44:3
46:4,14 47:3,15
52:17 55:18
56:25 58:15
61:15 62:11,19
63:4,15 64:4,20
66:1 67:15,22
68:12,20 69:3
69:14,22 70:7
70:17,25 71:5
71:15,22 72:6
72:20 73:3,9,14
73:18 74:12,23
75:9,22 76:3
77:24 78:13
79:10,17,24
80:1 81:2 82:22
83:4 85:8,14
86:18 88:16
89:8,19 90:13
90:19 91:1 92:6
92:10 93:25
94:7,15 96:5,10
96:22 97:6 98:2
98:24 99:10,13
99:18 101:6
102:7,20 103:6
105:19 108:12
108:17,25
109:11,24

110:9,16 111:4
111:17,24
112:6,12,18
113:9,24
114:13 116:10
117:2,11,14
118:2,10 119:5
119:13,21
120:9,12,21
121:3,13,17,25
122:15,25
123:11 124:2
127:6 129:18
130:3,15 131:6
131:17 132:8
133:3,17
140:18 148:24
149:18 150:13
151:3,15
152:11 153:13
153:21 155:4
155:11 156:5
159:24 164:19
165:1,25 176:2
176:18,20,25
186:18 189:24
192:1 193:4,14
194:11,20
195:6 198:17
199:6,13,25
200:11 202:1
202:10 203:1
203:11,15
204:22 205:15
205:24 206:7
210:8 211:13
212:1 214:24
215:6 221:3
223:1,11,20
224:20 225:14
225:24 226:23
227:6,12,16,19
228:18 232:18
232:23 233:15
233:21 234:10
234:24 235:18



236:2 238:14
238:16 239:2,7
239:10,13
241:25 242:9
246:9,16,19,24
247:2,6 259:20
260:25 262:15
262:24 263:12
263:19 264:11
264:22 265:13
265:23 267:4,7
267:22 268:1
268:22 269:12
269:25 270:6,9
273:25 274:7
275:24 277:21
278:14 281:19
290:6,15
291:13 293:15
293:19 294:9
294:15,23
295:19,21
296:25 299:12
303:12 304:17
304:24 305:8
305:17 306:8
307:14 308:11
308:21,24
309:2 311:6,19
312:15,22
313:5,8
**ship** 80:21
**short** 26:22 30:6
49:22 55:4,8
148:6 150:2
154:24 155:3,9
156:3 247:14
254:17,21
**shorthand** 12:12
24:11 80:12
81:13 95:2
114:19 124:17
134:2 139:2
142:24 156:17
163:5 164:8
167:14 177:22

182:13 187:8
191:3 192:15
193:21 200:17
202:16 208:5
212:9 216:24
219:9 221:14
224:2 230:24
236:8 245:4
257:14 270:22
276:7 283:14
286:9 293:21
306:21 314:6
**shortly** 186:2
240:15
**short-term** 92:15
92:20 93:18,23
94:5,12,18
98:10 148:17
149:8
**show** 91:14,18
186:25 261:15
270:25
**showed** 244:12
**showing** 23:6
95:5 134:5
143:2 156:10
164:11 167:17
192:18 208:8
245:7 257:17
276:10 283:17
286:12 293:24
309:3
**shown** 35:21,25
36:5 43:22
44:24 102:5
125:2 264:3
**shows** 126:6
158:6,24
179:11 183:3,7
187:20 192:20
**sic** 11:6 208:11
**side** 10:9 244:21
244:21 246:5
272:23 283:23
284:6,15
**Sidney** 5:3,22 6:3

6:10,22 8:9,15
10:8 47:23
141:4 143:11
149:15 151:13
156:21 172:16
178:13 180:7
217:10 247:13
284:5
**sigma** 8:20
224:14,17,19
224:21
**sign** 226:6,14
312:24
**signal** 265:16
**signature** 82:8,11
316:24 317:24
**signed** 84:1
236:20 315:16
**significant** 62:10
62:13,17 64:8
147:11 205:6
303:23
**signified** 301:6
**similar** 17:5
192:11
**simple** 79:22
**simply** 161:19
**single** 65:3
180:22 181:3
**sir** 62:7,9,22 63:3
63:6 220:18
231:22
**SIRs** 64:1
**sit** 45:10 89:24
94:10 120:16
129:7 174:4
175:24 199:21
278:8
**site** 158:7 165:4
169:7,14,20,23
**sitting** 243:19
**situation** 243:4
**six** 35:18,20,25
49:24 247:17
248:8
**six-zero** 138:21

**size** 246:22
**skill** 56:2 66:7
**slide** 201:1,1
**Slocum** 3:7 35:3
36:8
**slow** 288:5
**small** 36:3 178:8
246:3
**smedlock@ma...**
2:7
**snapshot** 157:20
167:1
**social** 22:8
**software** 17:15
**soil** 159:22 160:4
197:13,16,19
197:20,23
198:11,15,23
199:4,24
210:21 211:7
305:14,20
307:23
**solely** 91:10
**somebody** 72:16
**someone's**
199:17
**soon** 294:13
**sorry** 12:6 25:22
28:2 33:10
49:13 66:20
72:23 77:4,11
80:3 82:23 83:9
84:8 88:18
99:16 131:9
147:7 149:10
164:19,22
176:25 186:22
189:24 198:6
200:5,6 203:17
205:25 207:12
208:12 212:6
230:4 238:15
239:2,8 241:8
242:13 251:22
258:15 267:25
270:12 277:21

280:10 291:14
291:16 294:9
294:23 313:7
**sort** 29:13 52:8
55:14 64:16
68:10,17 70:22
71:13 90:2
129:23 169:15
205:19 273:6
**sorted** 19:5
**sought** 117:24
**sound** 17:5
**sounds** 227:16,19
**south** 160:12
184:15 297:11
**southbound**
213:4
**Southern** 1:2
11:8
**southwest** 231:18
**southwestern**
232:14
**space** 10:12
79:23 80:21
149:8 159:19
160:18 161:2
286:18 287:15
287:24 289:2
290:1,2 296:11
297:3 300:20
301:4 310:24
**spaces** 148:3
149:25 150:12
150:18
**span** 255:13
**speak** 35:1 38:10
38:17,20 89:11
110:17 113:10
131:18 273:7
**speaking** 35:17
44:12 288:24
289:2 291:7
295:23
**special** 56:2,6
**specialty** 56:1
66:6



MAGNA
LEGAL SERVICES

specific 44:8
45:14 47:6,18
63:2 69:7 77:25
79:3 114:1
176:15,17
184:10 207:7
208:21 223:22
264:15 274:11
282:11,16
300:1 304:10
305:10 312:25
specifically 21:17
29:1 32:9 40:23
42:4,13 45:11
52:22,24 71:16
82:17 93:7
114:15 118:7
134:13 136:24
182:7 203:23
206:9 219:17
252:1 263:13
265:17 266:1
269:9,14
275:10 280:18
287:21,23
290:5,21 291:7
291:12,18
301:25
specifics 45:5,8
52:10 61:17
63:7 87:12
271:14
specify 243:25
speculate 128:6
149:23 189:10
189:14 292:21
speculating
150:23
speculation
108:18 140:19
149:19 153:14
153:23 199:7
199:14 200:1
211:14 212:3
290:7 311:24
spell 13:12 30:15

30:21 33:23
spelling 30:18
spend 35:17
37:25 38:3 84:3
173:11
spent 27:19
28:14,16
132:19
split 261:14
spoke 33:3,13,20
34:24 35:5,21
36:8,10 38:24
132:12 297:1,2
spoken 39:22
40:1 72:16,24
spreadsheet 7:6
7:8 182:17
187:5
Square 2:18
SS 145:20
Stacey 3:8 26:7
34:16 39:14
240:21
staff 215:15
255:22 306:6
staffing 59:7
61:22,25
311:10
stairs 292:13
stand 195:15
standard 5:10,13
51:13 70:4,10
95:11,17 97:3
102:16 107:25
108:23 109:9
109:18 111:21
127:22 155:8
156:1
standards 51:1
93:22 94:3
102:1 150:19
standing 210:14
305:14 313:11
stands 248:6
start 48:25 50:7
161:14 169:1

244:4 250:14
288:3
started 48:18,24
49:20 161:16
161:22 251:25
253:2 286:4
294:16 297:10
Starting 50:11
starts 61:2
208:20 251:5
state 11:16 13:12
14:15,17 15:7
15:14 19:7
85:22 154:17
267:5 302:3
311:11 312:23
314:6
stated 105:21
127:17 176:7
240:2 285:17
311:9
statement 42:22
87:19,21,22
145:8 174:18
204:21 205:14
226:10 299:11
299:13
statements 42:15
42:17,24 43:3
states 1:1 11:7
14:25 55:23
78:10 87:2 88:5
88:10,14 119:8
199:5,18
201:15,19,24
201:25 204:14
209:24 210:6
211:12 213:5
250:18 278:1
280:25 281:4
309:12
stating 169:13
180:20 206:20
station 158:16,22
159:3
statistics 181:14

status 157:19
233:9 234:15
statute 68:17
Statutorily 173:3
statutory 204:11
stay 101:10
313:15
stayed 53:12
stenographically
314:13
step 113:14
197:18,23
198:22
Stephanie 42:6
Stephen 2:4 9:18
11:19
steps 24:24
210:21
Steve 77:3
Stevens 236:16
stick 301:25
stipulate 12:16
stipulated 12:19
12:20
stood 278:4
284:23
stop 44:15
102:14 160:6,9
160:15 161:7
176:23 297:6
stopped 50:16
197:19 252:21
285:25 286:3
storage 269:7
stored 84:19
stories 45:18,23
story 46:2,8
straight 130:10
streamline
220:24 221:7
streamlined 8:16
222:8,14,23
223:2
Street 2:5
stress 171:10
309:14

stretched 160:16
strictly 174:9
strike 152:18
161:10 311:3
311:17
subject 5:12,15
5:20,23 6:4,8
6:11,16,20,23
7:20 8:9,13,16
8:20 9:4,7,11
9:15 10:4,8,12
10:16 95:10
115:3 125:17
134:20 203:24
217:13 222:7
224:14 229:9
231:14 236:23
245:20 260:8
276:20 283:22
285:7
subjects 310:21
submit 123:1
submitting 81:7
Subparagraph
115:17,17
subscribed
314:18
Subsection 97:18
97:20 98:15
100:4,6 102:5
subsequently
26:13
subsidiary
267:14
substance 26:16
27:1,3 32:16
74:5,8,11,17,24
75:5,10,15,17
76:18,22,23
77:18,20
264:18
substantially
157:24 162:23
substations 159:7
sub-matters
260:10



sued 21:6
sufficient 88:10
  159:19
suggested 237:21
summarized 85:6
  85:7 193:13
  194:9,18
summarizes
  191:11
summary 7:10
  7:13,15 191:9
  191:15 192:2
  192:19 193:5
  193:15,25
  194:16,21
  271:4
summer 304:2
superior 22:5
supervision 57:4
  57:6,15 114:11
  116:1
supervisor 21:22
  57:19 59:2
  157:13 168:3
  183:18 188:14
  280:5
supervisors
  57:22 60:8
  183:14 185:24
  225:2,12 252:5
supervisory 54:6
  56:13,17,23
  57:2,9 58:22,23
  179:4
supervisor's
  185:25
Supplemental
  8:3 208:12,13
support 3:5
  65:13
suppose 142:5
  266:15
supposed 156:3
  202:8
sure 13:14 18:23
  18:24 27:15,21

28:9 30:20
42:21 58:17
61:11 63:6
66:10 69:15
70:9 74:20
75:25 77:5
82:24 83:12
84:4 90:6 93:9
93:20 96:8
113:14 123:16
160:25 178:10
183:17 188:13
197:17 228:23
251:23 261:4
270:8 274:18
285:25 300:3
Surge 5:23
  134:21
surges 273:12
  284:8,13
surrounding
  32:10,12
Susan 2:17 12:4
  12:5,7
sustain 154:23
SWB 9:4 231:15
  231:18,24
  232:13 233:10
  234:16
swear 12:9
switch 255:15
switched 54:16
  251:21 252:10
  253:6 267:18
sworn 12:15,18
  13:5 51:20,22
  74:16 226:10
  314:10
SYS 5:23 6:23
  134:21,23
  145:20
system 55:8
  299:23

————————
        T
————————
T 2:6,11,19

Tab 23:4 24:9
  80:9 81:11
  94:23 98:6,15
  114:17 124:14
  133:23 138:24
  142:22 148:15
  150:4,5 151:24
  154:2 156:9
  163:2 164:6,11
  167:12 177:20
  181:9 182:11
  187:1 190:15
  190:25 192:13
  193:18 200:14
  202:13 208:2
  212:6 216:20
  219:6,12
  221:11 223:24
  228:9 229:1,6
  230:21 236:6
  236:11 306:12
  306:16,18
  308:25
table 145:7,10,20
  147:17 158:4
Tabs 228:7
TACC 277:18
  278:11 280:14
tactical 65:18
  96:2
Taitague 8:19
  224:6 226:3,13
  227:3,8
Taitague's
  224:25 226:20
take 17:3 18:11
  19:25 29:8 35:6
  35:11 38:6 39:2
  39:18 52:8 71:8
  73:16 82:2
  99:13 113:13
  133:2 137:3
  161:3 167:9
  169:16,18
  190:15 218:24
  220:11 227:10

227:14,17
228:4 232:15
240:14 244:1
248:17 258:5
270:6 276:25
283:24 286:23
289:18 294:4
297:20
taken 11:10
  15:18 19:21
  50:2 80:18
  113:15 151:9
  175:14 204:16
  314:10,16
  315:8
takes 155:18
talk 17:16,18,19
  18:24 40:6 76:1
  90:7 152:7
  195:11 228:14
  249:13 273:1
talked 43:6 62:5
  181:11
talking 47:8
  61:18,24 66:14
  80:4 127:3,4
  128:21 162:23
  166:19 176:3
  228:20 240:20
  240:23 250:12
  296:5 302:4
talks 69:24
target 167:4
  171:9,15,18
  172:6,19,24
  174:6,20,22
  175:2,6,9,17,20
  177:14 309:13
  309:19,19,21
  312:12,13
TC 310:22,24
  312:5
TDY 215:18,21
  216:17 218:8
team 33:16 57:11
  57:12 248:7

257:24 308:3
teams 66:3
Tecate 38:16,21
  39:22 66:22
  189:21 196:14
technical 3:5
  77:3 278:16
technological
  19:3
technology 12:25
  216:5,9,11
TEDS 150:19
  154:10
telephone 2:17
  3:7,9 26:9,12
  26:19 34:10
  35:12,14
telephonic 34:11
  255:16 269:23
tell 17:10 19:22
  45:10,13 78:25
  91:4 94:10,18
  120:16,25
  128:12,13
  130:17,20,24
  131:2,14,15
  148:17 149:3
  154:16 175:23
  176:10 191:16
  195:22 196:21
  197:1,3,8 257:4
  283:8 292:16
  292:19 297:21
  301:5 307:19
telling 64:17
  91:11 142:13
  170:21 289:24
  291:9
tells 71:20
temporary
  137:15,20
  146:3,4 215:22
ten 73:16 227:18
  272:16
term 66:25 67:5
  67:10,24 70:5



70:16,23 71:12
71:14,21 72:18
73:6 77:23 78:6
78:11 79:15,22
80:17,25
126:23 127:2
195:4 198:24
200:4,7,10
215:18,24
295:21
**terms** 68:1 195:4
**territory** 198:4,5
**terrorist** 63:25
**test** 30:18
**tested** 51:1
**testified** 14:13,15
15:3,14,15,23
108:8 139:17
209:1 298:13
302:21 307:12
**testifies** 13:6
**testify** 14:17 20:7
24:19 27:7 28:4
36:15 37:12
38:2,8,12,18
39:17,23 40:3
40:13,21 41:15
42:10 43:12,19
46:25 67:21
**testifying** 19:25
23:23 24:3 25:7
25:14 46:17
52:19
**testimony** 12:17
16:2 42:16 74:5
74:8,11,17,25
75:5,11,16,17
76:18 77:1,18
78:9 110:8,12
113:6 117:13
117:16 159:25
194:25 258:23
261:4 268:23
274:19 311:11
314:12,15
**Texas** 72:5,17,25

73:2
**text** 253:18,20
257:22 265:21
**thank** 13:2 44:11
46:21 49:16
55:20 71:8
73:14 76:3 77:7
77:9 83:8 96:10
140:19 142:20
146:12 203:16
231:13 238:19
239:10 243:18
247:7 248:16
249:23 250:6
254:23 256:10
257:12 259:24
261:10 264:8
267:10 268:6,9
269:2 270:4,9
270:17 277:6
283:10 286:5
287:7 288:19
293:12,19
295:1 298:2
303:4 308:10
309:1 312:15
313:2,13,17
**Thanks** 165:16
171:4 176:25
177:12 239:14
247:6,21
313:18
**thing** 65:3 249:21
276:20
**things** 66:11
171:23 189:9
251:5
**think** 16:9 30:17
30:19 34:3 46:1
46:15,17 49:24
51:10 61:16
62:3 65:1,2
67:19,23 73:18
75:9 124:11
172:9 176:21
243:23 253:5

264:22 267:7
267:13 277:15
291:19 301:19
312:21
**thinking** 16:13
40:19
**third** 103:10,13
163:21 270:19
**thought** 29:7
138:5 180:15
294:15
**threatened** 305:6
**three** 35:2,4
36:10 60:22,23
84:20 147:10
147:16,24
166:18 188:11
189:5,12
213:20,22
249:8 255:5,6
255:12 268:21
**three-page**
156:12 163:8
202:19
**thresholds** 62:21
62:23 63:2
**throughput** 87:7
88:3 90:8,23
91:7
**Thursday** 1:16
11:2,9
**Tijuana** 10:4
170:25 213:2
218:25 273:15
276:14 277:17
278:7,8 279:3
279:12,21,22
280:24 281:24
282:4,18 283:2
284:13 297:13
297:18 299:25
300:2
**Tijuana/San**
279:24
**till** 49:1 260:4
**time** 11:9 14:23

15:13 18:3,3
19:8 21:14
28:16 33:18
35:16 36:1,13
38:4 46:1 48:15
49:17 50:11,12
53:20 54:9,15
55:4,8 61:9
73:13,21,25
76:7,11 77:21
78:3,8 85:2
91:5 92:1 95:25
96:12,16 101:2
108:7 109:18
125:2 128:25
130:23 131:1,4
132:5 133:4,8
136:9,16 141:9
141:14 143:18
144:5 150:3,21
154:24 155:3
155:10,18
156:4 160:19
160:21 166:1
166:24,25
168:13,20
171:22 172:10
172:13 173:9
173:14 176:3
176:21 177:3,7
178:18,22
185:22 195:23
196:24 197:2,4
197:12 205:9
227:22 228:1
230:3,3,7,7,17
230:17 233:3
234:1,7 239:17
239:21 243:24
244:1 253:11
254:4,7,17
255:20,25
256:17,22
257:6 258:5,16
258:17 259:2
262:9 265:7

266:14 270:11
270:15 272:14
276:25 278:19
278:23 279:22
280:1 282:9
283:24 285:10
285:21,24
287:19 288:10
289:1,8,10,17
292:4 293:15
296:15,22
299:9 303:7
307:12 308:13
308:17 309:23
310:3,7,22,24
312:5,14,21
313:19 314:11
314:16
**timely** 172:2
312:6
**times** 29:4,4
36:10 49:19
61:21 62:6,7,18
62:22 63:3 64:1
78:24 130:7
183:19 249:9
255:5,6 266:4
268:21 269:3
272:16,21
273:2 275:12
308:6
**title** 13:23 14:2
201:1
**titles** 58:19
**TJPD** 278:10
**today** 9:12,16
11:8 14:8 16:18
17:6,10,12,15
17:23 18:7 19:8
19:9,22 20:7
23:24 25:7,15
37:9 38:2 40:14
42:16 43:1,4,19
45:11 46:25
49:3 61:19
89:25 94:10



120:17 129:7
136:17 169:9
174:5 175:25
194:25 210:3
243:19 244:17
256:17,22
261:4
**today's** 27:19
33:1,21 91:22
92:2 209:2
**Todd** 9:3 135:25
136:17 137:18
179:2 229:9
233:4 234:1
235:4 237:8
243:1
**told** 25:21 26:1,5
78:18,22,22
79:14 149:14
154:13 176:17
197:5,12
284:23 291:2
291:18,22
292:21,23
304:15 305:13
306:6 307:9
**tomorrow** 180:23
234:17
**tonight** 127:12
180:23
**top** 5:3,21 6:3,6
6:10,19,22 8:11
8:14,18 9:3,9
9:13 10:7,10,14
81:23 129:2
132:17 134:16
136:20 139:12
143:7,9 144:25
145:19 150:4
156:20 157:3
158:5 178:10
178:12 201:1
228:5 235:2
245:14 247:11
261:24 270:19
270:19 286:20

309:11
**topic** 25:2,4,10
25:12 244:9
267:9 288:10
288:21
**topics** 24:15,18
24:22 25:6,13
46:16 67:20
238:19
**total** 27:18 34:17
34:21,22 35:16
152:14 162:5,9
162:14,16
163:17,22
165:20 166:5,7
166:11 169:20
218:21 282:3
282:16,21
**totality** 117:6
**totally** 295:25
**tour** 273:18
**town** 273:13
**track** 59:20
**traffic** 20:9 59:6
60:11 61:20
184:16 221:9
293:1 297:16
**trailers** 145:20
145:23 146:3,7
146:14,15
154:18
**training** 51:3,8
51:13 52:5,7,8
52:11,19 53:2
77:22,25 115:9
115:10,13
200:9,21
**transcribed**
314:13
**transcript** 36:25
312:24 313:3,9
315:8
**transcripts** 36:15
36:18 37:2,5,8
**transfer** 91:8
**transferred**

53:14,16,19
85:25
**transit** 201:18
**transport** 5:16
115:4
**transported**
157:23
**travel** 50:8 85:24
86:16,22 87:1
89:6,17 123:18
195:20 196:15
196:20,23
**travelers** 7:21
204:2,13 205:4
213:2
**treat** 123:7
**treated** 122:2,8
122:23 123:2
123:19
**tree** 266:4
**tried** 286:1,2
**trouble** 303:16
306:7
**true** 87:12 114:4
114:9 119:17
120:2 123:23
133:12 138:17
157:21 167:3
175:12 177:13
190:10,14
193:1,10,16
194:7,16
205:18 210:3
211:16 213:19
214:21 215:1
215:16 219:23
223:7,16,22
228:15 304:6
304:13,21
305:3,12 306:5
314:15 315:10
**truly** 215:16
**trustworthy**
225:22
**truth** 19:22
**truthfully** 20:7

**try** 17:11 19:4
247:3
**trying** 34:5 44:17
164:24 197:16
197:18,20
198:14 295:23
**Tucson** 229:20
**Tuesday** 35:7
**turn** 84:7 85:20
97:12 103:10
115:14 161:23
161:25 248:2
285:6 297:18
298:22 304:7
**turned** 307:9
**turnstile** 211:21
**twice** 284:16
**two** 27:9,19
29:19,25 30:2,3
30:23 31:1 32:6
34:2,3 35:8,14
39:4 67:20,25
85:18 178:11
180:12 182:23
196:10 201:12
209:22 210:15
211:1,4 213:16
213:16 255:12
259:12 261:15
267:11 272:11
282:8 283:4,6
297:23 301:14
**two-page** 134:8
143:5 221:17
224:6
**two-week** 51:10
**two-year** 153:18
**type** 15:21 22:3
55:6,25 251:12
273:13 277:7
277:14 284:9
**typed** 42:20
**types** 281:16
**typewriting**
314:14
**typically** 64:12

140:24 157:12
183:18 213:8
213:10 252:7
256:14,16
260:10 266:13
266:19 282:7
**typing** 142:19

**U**

**UAC** 6:4
**UACs** 310:13,14
**uh-huh** 17:5
255:17
**uh-uh** 17:5
**unavailable**
253:1 256:8
**unaware** 88:20
**uncareful** 290:11
**underline** 37:5
38:6
**underlined**
226:14
**underneath**
136:25 179:11
209:14
**understand** 14:9
15:2 17:10 18:9
18:10 19:10,11
19:15,19,21,24
20:3 23:22,25
42:21 46:12
50:10 51:25
66:11 69:16
71:11,12 108:9
126:20 152:15
197:17 206:14
207:3,12 223:8
223:14 225:3
225:12,17
296:3,5
**understanding**
40:8 72:4,9
91:6 189:7
237:22 295:17
297:11,17
298:4,7 300:25



302:14,18
303:2 315:13
**understood**
15:10 50:1
108:7,15
110:14,19
138:9 213:18
215:17 296:1
**undocumented**
184:20
**UNHCR** 260:18
**UNINTELLIG...**
259:11
**unit** 5:13 7:3 56:1
56:4,6,9 95:11
108:1 109:6
110:19 111:2
111:22 112:23
112:24 113:1,8
113:12 147:2
147:11 157:6
157:12,15
159:19 163:11
168:3,5 171:25
172:4 178:20
183:14,19
249:14 250:2,4
250:22 251:1,4
251:12 256:25
258:17 274:14
**United** 1:1 11:7
14:25 55:23
78:10 87:2 88:5
88:10,14 199:5
199:18 201:15
201:19,24,25
204:14 209:24
210:6 211:12
213:5 250:18
278:1 280:25
281:4
**units** 66:4,6
84:20 97:10
147:12 181:5
249:13 288:18
**University** 49:12

49:15,18 50:4
50:12,15
**unofficial** 112:3
**unofficially**
138:18 142:9
142:15 149:15
150:7
**unusual** 271:15
**unwritten** 112:16
**update** 9:5
231:16
**updated** 295:11
**updates** 280:23
**uphold** 101:25
102:3
**uploaded** 231:23
**USC** 260:18
**use** 14:8 79:15
85:4 127:2
254:16 255:23
257:21 265:11
265:21 266:17
267:21,22
299:10
**uses** 141:19
179:19 180:3
233:18
**usually** 283:4
**utilized** 216:13
**U.S** 2:15 5:14
9:20 12:1,7
13:22,24 14:5
15:24 19:13
23:9 52:9 86:1
86:3 87:9
125:23 159:22
160:3 195:16
197:13,16,20
197:22,23
198:3,5,11,14
198:22 199:3
199:24 202:9
204:9 210:17
210:21 211:23
211:25 223:10
223:19 229:24

235:23 251:8
272:23 278:13
304:8 305:14
305:20 307:23

———————
**V**
———————
**v** 11:7
**vague** 89:9,20
96:22 124:11
131:7 133:17
138:5 176:3
265:23,24
269:25 273:25
290:15 295:22
**valid** 304:8,11
**Vanessa** 236:16
**variations** 259:12
**varied** 58:6
256:18
**varies** 61:6
129:20
**various** 6:15 8:19
10:11 274:11
**vary** 101:19
**vehicle** 54:22,23
58:4,5 59:6
128:18
**verbal** 243:24
**verified** 301:13
**verify** 173:9
193:6
**Verizon** 267:12
**Verne** 49:12,15
49:16,18 50:4
50:12,15
**Vernon** 237:3
**versa** 259:5
260:7
**version** 188:24
240:3
**versus** 16:7 27:16
46:18 74:15
118:18,22
198:8 310:15
**vice** 259:5 260:7
**video** 11:5,5

16:25 18:20
19:3 35:15 77:8
216:10 313:3,4
**videoconference**
1:13 2:5,9,16
3:4,6 18:18
35:12
**videoconferenc...**
12:13 17:15
216:8
**videographer** 3:4
11:4,12 12:8
73:21,25 76:7
76:11 77:7
133:4,8 177:3,7
227:22 228:1
239:17,21
270:11,15
278:19,23
293:17 303:9
308:13,17
313:19
**VIDEOTAPED**
1:13
**view** 67:17
274:21,23
**viewing** 44:24
**views** 40:25
**violating** 242:7
**virtual** 215:25
216:2,3,13
**visas** 304:8
**Vista** 15:9,10,14
158:16
**voice** 255:16
**volumes** 222:19
**vs** 1:7 315:4
**vulnerable**
293:11

———————
**W**
———————
**Wagner** 179:2
**wait** 61:21 62:6,7
62:18,22 63:3
64:1 76:2 82:23
159:18 160:3

239:11 266:14
268:1 273:24
274:5 289:24
292:19,23
293:4 298:9,10
298:21,22
300:23
**waiting** 91:7
147:22 159:21
170:20,24
184:15 235:10
300:13
**wait-list** 301:10
**waiver** 117:19,25
**walk** 213:3
**walking** 199:23
211:17
**walks** 211:21
**want** 16:16 17:23
17:24 26:15
31:21 52:17
55:18 67:15
73:16 75:25
76:14 77:9
79:25 92:12
98:7 99:15,17
115:16 125:25
135:22,24
136:23 140:3
141:4 148:15
151:25 158:3
161:12,23
164:17 181:10
188:19 190:22
199:3,23 204:6
213:22 217:19
220:2 222:11
224:8,24 231:4
238:16 239:5
239:12 248:18
255:22 262:9
268:7 273:1
275:24 285:17
**wanted** 102:3
189:2 190:22
257:1 303:13



312:22
**warrant** 251:11
**warranted** 55:10
**Washington** 2:6
2:19
**wasn't** 20:14
51:6 52:1
109:20 119:25
254:5 283:2
310:15
**watch** 33:4,19
58:8,11 59:16
59:19,23 60:2,3
60:13 61:19,23
63:10,12,16,18
64:1,10,12,17
64:24 65:2 96:3
172:9 253:5
288:17,18
**water** 155:14
**way** 18:24 23:19
37:5 41:6 76:24
118:21 125:15
135:20 142:4
144:8 151:2
160:17 166:9
168:24 186:6
187:24 207:7
214:1 215:10
222:24 223:4
227:9 228:13
229:7 298:19
**ways** 213:4
**week** 27:12,13,14
30:3 35:8 282:8
283:4,5 284:17
**weekend** 180:24
**weeks** 27:9,19
39:4 282:8
283:4,6
**weigh** 101:25
118:16
**welcome** 74:3
133:11 177:10
239:24 295:2
298:3

**went** 16:22 45:7
53:24 235:22
246:13 253:8
254:6 268:8
273:23 274:14
274:20 292:13
293:3
**weren't** 258:20
**west** 9:23 20:22
20:25 66:20
146:5,6,9
212:21 213:23
214:5 272:22
288:9,11
**we're** 306:14
**we've** 134:6
156:10 229:6
**WhatsApp** 249:8
252:22,24
253:11,13,15
254:11,16
255:4,15,23
256:3,12
257:22 260:11
260:21 261:5
268:14 269:5
269:11 296:10
298:24
**whatsoever** 94:4
**WHEREOF**
314:18
**wholly** 87:11,13
**wide** 211:4
**window** 254:21
**windows** 49:2
**wished** 296:21
**withdraw** 223:18
225:6
**withdrawal**
220:24 221:5,8
222:14,23
223:3,9 226:9
227:9
**withdrawals** 8:16
222:8
**withdrawing**

226:21
**witness** 4:2 12:9
12:13,15,18
25:18 26:23
27:1,7,20 28:4
28:15 31:12,25
36:16 37:13
38:13,19 39:24
40:3,14,22
41:10,16 42:11
43:13 44:7,14
46:6,11 47:4,16
52:21 55:21
57:2 58:17
61:16 62:13,20
63:5,16 64:6,22
66:2 67:23
68:13,21 69:4
69:15,23 70:8
70:18 71:1,16
71:23 72:7 73:4
73:10 74:16
77:25 78:14
79:19,25 80:4,8
81:4 83:9 85:10
85:15 86:19
88:20 89:11,21
90:14,20 91:2
94:1,8 99:2
101:8 102:8,18
102:21,25
103:8,14,16,23
103:25 104:7,9
104:16,18,25
105:2,22,24
106:6,8,15,17
106:23,25
107:6,8,17,19
108:19 109:2
109:12 110:1
110:10,17
111:5,18,25
112:7,13,19
113:10,25
114:14 116:12
117:3,16 118:3

118:12 119:7
119:14,22
120:13,22
121:4,18 122:2
122:16 123:1
123:13 124:3
127:7 129:19
130:4 131:18
132:10 133:18
149:1,20
150:14 151:4
151:18 152:12
153:15,24
155:5,12 156:6
160:1 166:3
191:18 193:7
193:15 194:12
194:21 198:20
199:8,15 200:2
200:12 202:3
202:11 204:23
205:16,25
206:8 210:10
211:15 212:4
214:25 215:7
221:5 223:2,13
223:21 224:21
225:15 226:24
228:19,23
232:24 233:16
233:23 234:25
235:19 236:3
239:3,9 242:1
242:10 243:14
258:9,11
261:19,21,25
262:2,25
263:13,20
264:14 265:15
265:25 267:11
269:14,18
270:2 273:24
274:5,14,17
277:2,4,24
281:20 284:1,3
287:1,3,9,11

291:16 294:6,8
297:1 303:6
304:18,25
305:9,18 306:9
307:15 311:14
312:1,23 314:9
314:18
**witness's** 44:9
**Wolfe** 16:8
**wonderful** 77:10
**Wood** 313:11
**word** 141:19
179:19 180:3
209:6 226:16
233:18
**words** 17:4 24:1
24:23 83:21
188:12 189:5
189:12
**work** 22:15 31:3
31:24 42:8
46:24 47:11
51:23 53:10,24
54:4,16 55:15
56:3 65:16,16
65:22 85:9 88:1
91:22 126:24
131:21 168:8
172:1 182:8
221:9 223:3
264:13 312:10
**worked** 14:11
50:17 53:4
54:12 69:6
70:11
**working** 47:8
50:16 53:6
132:6 183:18
184:19 251:8
252:4 279:20
279:20,22,25
**workload** 61:7
172:3
**works** 195:12
295:18
**workshop** 297:4



**workstations**
214:13
**wouldn't** 51:24
64:6,12 87:11
251:17 270:18
276:19 279:6
281:7 286:20
**write** 110:7
111:14 126:4
127:11 170:4
171:7 189:4,12
217:23 222:13
259:3
**writes** 137:1
141:12 142:7
144:24 169:6
171:2 179:10
180:13 220:9
226:3 231:21
233:7 234:13
235:8
**writing** 60:11
126:19 186:15
**written** 16:2
42:14,17,22,24
70:15 78:9
111:3,6 131:14
154:18 155:1
156:2 186:8,12
188:10 206:15
206:20
**wrong** 161:19
203:9 248:10
**wrote** 43:3 83:21
188:13,14
220:16,17

___ **X** ___

**XD** 36:18

___ **Y** ___

**yeah** 50:8 51:17
56:15 64:3
73:18 80:7,8
89:20 125:5
129:1 142:6

144:22 146:12
149:23 164:22
169:24 181:24
203:15 206:4
213:18 214:1
216:10 237:18
239:9,17
246:24 250:3
252:20 271:21
274:2 276:21
277:15 280:2
288:2 301:1
**year** 25:25 29:14
29:15 53:6
128:8,15 173:2
173:6 252:13
**years** 22:13 46:6
49:9,23 60:25
173:22 253:24
**yesterday** 257:20
**York** 2:11,11
**Ysidro** 5:10 6:12
6:16 7:11 8:6
40:8 48:13,18
48:21,24 53:22
56:8 57:19 58:8
59:24 60:3,17
60:20 66:19,21
84:12 92:21
93:18,24 94:6
94:12,19 95:17
96:2 100:14
107:25 109:5
109:17 111:2
111:22 113:11
117:24 118:6
119:18 120:19
121:24 122:14
123:19,25
127:18,23
128:9,23 129:9
133:13 134:23
137:6,21 138:9
138:18 141:10
142:14,16
145:11 148:18

149:16 150:8
151:10 153:10
154:5 157:23
158:10 159:4
160:7 161:14
161:18 165:8
165:11,13
167:4 171:15
174:18 175:9
175:13 176:8
177:14 179:15
183:3 185:15
187:20 191:9
191:11 196:5
196:11,18
209:10 210:7
212:17 213:21
214:18,22
215:4 216:12
216:16 228:17
230:3,8 232:5
235:9,17,25
260:5 261:7
268:11 279:24
295:18 300:4
300:14 301:11
301:21 302:6
303:22 304:3
304:14,22
305:7,13,20
**Ysidro's** 181:14
182:4 311:21
**Ysidro-El** 9:22

___ **Z** ___

**zero** 175:14,16
175:18,20,25
176:8,13
**zoom** 17:24
245:25 246:3,4

___ **0** ___

**00018604** 10:18
**000315** 9:8
**00036096** 8:7
**00047773** 9:6

**00062089** 6:9
**00065050** 6:18
**00065874** 6:14
**00069612** 8:17
**00073940** 7:5
**00243918** 9:25
**00348764** 5:24
**00372570** 5:18
**00596513** 7:23
**00706278** 9:17
**00707316** 8:21
**00753685** 10:13
**0087** 245:12
**01090828** 7:19
**049** 165:19
**0600** 61:1
**07** 59:22

___ **1** ___

**1** 8:15 23:4 147:1
**1st** 7:6 19:9 48:16
50:8 84:13,25
85:5,12 181:14
182:3,20
183:12
**1,076** 161:4 297:2
**1.1** 201:6
**1:50** 177:3
**10** 6:11 73:19
97:15 98:15
156:9 228:7,9
**10th** 314:19
**10-15** 22:18,21
**10.1** 97:18,20
**10:00** 61:2
**10:06** 139:14
141:24
**10:12** 73:24
**10:15** 76:7,10
**10:24** 76:10,11
**10:32** 247:12
**100** 218:24
**10012** 2:11
**1006** 7:10,13,15
191:9 193:25
194:5

**11** 4:13 7:4,17
99:25 157:7
163:2 180:7
200:21
**11-4** 200:25
**11.1** 100:4,6
102:5
**11:34** 171:8
**11:37** 220:9
**11:38** 133:4,7
**11:50** 133:7
**11:51** 133:8
**112** 162:5,19
**113** 5:14
**1150** 220:19
**12** 4:16 6:7,23
15:6 73:19 84:7
84:11 143:8,15
144:12 164:6
164:11 181:10
182:24 187:16
221:19
**12th** 178:14
**12(c)** 181:20
**12-09-18** 10:5
**12:13** 73:25
**12:19** 233:4
**12:27** 178:14
**12:49** 177:6
**123** 5:19
**12586** 1:25
314:23
**13** 4:5 10:18
167:12 202:21
203:14 306:25
308:25
**133** 5:21
**138** 6:3
**14** 177:20
**1400** 61:2 256:22
**141** 6:6
**1430** 170:5
**15** 25:10,12 30:6
39:7 59:18
70:12 114:17
244:9



**152** 163:23
**155/227** 7:3
**1550** 170:5,18,20
170:23
**159** 218:17
**16** 9:4 10:8 48:25
70:12 99:6
145:10,13
146:1 147:17
156:22 161:16
182:11 231:2,6
234:1 235:4
283:21 286:4
**162** 6:10
**163** 6:15
**166** 6:19
**167** 165:21
166:14
**17** 9:10,14 24:15
48:25 49:1
187:1 231:2
233:4 245:18
252:21 253:3,6
254:5,5,8,12
258:15,18,18
264:7,8 288:3,6
288:16 303:24
303:25
**17-cv-02366-B...**
1:7
**175** 218:4,7,16,20
**176** 6:22 163:18
**18** 5:19 37:19
124:22 128:24
129:5 172:10
190:15,25
208:22
**181** 7:6
**182** 5:3 24:9,10
25:5
**183** 5:5 80:11,16
**184** 5:7 81:12,17
**185** 5:10 95:1,6
95:16 99:21
102:6 103:5,11
103:13,20,22

104:4,6,13,15
104:22,24
105:18 106:5
106:14,22
107:16,23
181:9
**186** 5:14 7:8
114:18,23
**187** 5:19 124:14
124:16,20
**188** 5:21 134:1,7
134:11 135:23
**189** 6:3 139:1,6
139:10
**19** 37:19 65:9
200:14 254:18
254:22,23
**190** 6:6 7:10
142:23 143:4
151:25 156:11
156:14 161:24
166:19 228:8
**191** 6:10 7:12
163:3,4
**192** 6:15 7:15
164:7,12
166:20
**193** 6:19 167:13
167:20,21
**194** 6:22 177:21
178:2,6
**195** 7:3 156:15
228:10
**196** 7:6 182:12,19
184:24
**197** 7:8 187:4,4,7
**198** 190:16
**199** 7:17
**1995** 74:21
**1999** 2:5

————————
**2**
————————
**2** 4:14 25:2,4
80:9 147:2
148:16
**2nd** 7:8 84:13,25

85:5,13 181:15
187:13,15
**2:00** 61:2
**2:01** 177:6
**2:02** 177:7
**2:30** 170:11
**2:40** 220:17
**20** 30:7 37:19
39:7 170:5,9,10
202:13 275:19
283:20 310:5
315:17
**200** 7:10 177:15
180:16,25
190:25 191:2,7
232:6 284:22
**20006** 2:6
**2001** 20:12
**20044** 2:19
**2005** 50:22 51:2
**2007** 264:6
**2008** 5:15 14:12
51:2,7 115:3
**2009** 51:11 53:8
**201** 7:12,20
192:13,14,19
**2011** 15:6 53:15
**2012** 7:20 53:15
202:20
**2014** 54:8 56:13
56:16
**2015** 108:5
213:19 214:2
214:23 215:5
**2016** 6:7,11,13,16
6:17 7:4 8:20
9:10,15 10:8
19:9 48:16,19
56:18 58:7
129:10 143:8
143:16 144:12
152:6,8,23
153:5,11
156:22 157:7
160:10 161:11
161:13,15,19

161:22 163:12
164:15 214:5
224:7 245:18
251:14 252:15
252:16,17,20
253:24 260:4
262:21 266:4
268:9,20 272:8
273:23 274:3
283:21 296:9
298:18 299:6,7
299:18,24
300:3
**2017** 5:11,12 8:15
10:11,18 88:15
95:10,10 98:16
221:25 253:9
253:24 254:6
264:5 286:16
288:10 298:18
303:21 304:2
304:13,14,21
306:3 307:1,10
**2018** 5:4,19,22
6:4,20 8:6,9,12
9:4,23 10:4
124:22 125:9
128:24 129:5
134:18 135:2
135:10,25
137:18 138:8
139:14 140:5
141:5,24
142:14 150:22
152:4 153:11
168:2 169:3
170:2 172:7,17
172:22 173:15
173:20 174:7
214:8 217:9
219:19 220:9
229:8 231:2,6
233:4 234:2
235:4,16,24
237:8 242:25
254:2 271:7

276:13 277:24
310:9
**2019** 6:23 7:6,8
10:15 82:12,20
82:20 84:13,25
85:6,13 98:22
178:14 180:8
181:15 182:3
182:20 183:12
187:13,15
253:11,16,21
260:4 266:5
268:9,20
273:23 274:3
296:9 299:18
**202** 2:6,19 7:15
193:19,20,24
**2020** 1:16 9:7,19
11:2,9 236:15
236:21 237:12
240:3,17 241:4
241:18 242:18
242:24 257:20
314:19
**203** 7:17 200:14
200:16,20
**204** 7:20 202:13
202:15,19
**205** 8:3 208:3,4,9
208:18 209:5
**206** 8:6 212:7,8
212:13
**207** 8:3,8 216:21
216:23 217:2
**208** 8:11 219:6,8
**209** 8:14 221:11
221:13
**21** 4:12 37:20
208:2
**210** 8:18 223:24
224:1
**211** 8:6 9:3
230:21,23
**212** 2:11 9:7
236:7,12
244:25



**213** 9:9 244:25
  245:2,8,12
**214** 9:13 245:2,8
  248:19
**215** 8:8 9:18
  257:13,18,21
**216** 9:20 270:21
  271:1,3
**217** 10:3 276:6,11
  276:13
**218** 8:11 10:7
  283:13,18,20
**219** 10:10 286:8
  286:13,15
**22** 212:6 220:18
**220** 8:14 10:14
  293:20,25
  294:2
**2200** 61:2
**221** 10:17 306:15
  306:18,20,24
**223** 8:18
**227** 156:15
**229** 9:3 10:23
**23** 5:3
**234** 218:21
**235** 9:7
**24** 7:3 112:25
  216:20
**24-hour** 60:17,21
  157:6,15,20
  163:11 164:14
  259:11
**242** 169:7,20,22
**243** 4:6
**244** 9:9,13
**25** 4:11 9:23
  217:25 219:6
  219:12
**25th** 271:7
**256** 9:18
**258** 179:12
**26** 5:4 6:17
  139:14 140:4
  141:5,24
  164:15 221:11

**263** 4:17
**263-3000** 2:6
**265** 181:18
**269** 9:20
**27** 5:7 6:16 9:19
  223:24 229:8
  235:24 237:8
  242:25
**27th** 257:20
**275** 10:3 171:9
  172:19,24
  174:6,12,14,20
  174:23 175:3,6
  309:13,18
  310:4 311:8
**28** 1:16 11:2
  229:1,6
**28th** 11:9
**282** 10:7
**285** 10:10 131:25
**29** 4:11 10:15
  230:21
**292** 10:14
**294** 187:20
**295** 183:4 310:6

_____

**3**

**3** 8:20 10:23
  81:11 98:6
  148:15 154:2
  181:9 208:18
  229:2,7 270:11
**3rd** 224:7
**3:14** 227:22,25
**3:26** 227:25
**3:27** 228:1
**3:33** 144:12
**3:42** 239:20
**3:43** 239:17
**3:50** 170:14
  239:20
**3:51** 239:21
**3:57** 221:25
**30** 4:12 9:7 27:22
  28:14 132:19
  275:19 298:15

  303:10 310:5
  312:25
**30th** 236:15
  237:11 240:3
  241:4,18
  242:18,23
**30(b)** 25:22 44:13
**30(b)(6)** 23:8,23
  24:2 25:14,18
  26:2,18,23 27:7
  27:16,20 28:4
  28:15 33:2 34:6
  34:24 36:16
  37:13 38:12,18
  39:23 40:3,7,14
  40:22 41:16
  42:10 43:12
  46:16,19 244:9
**300** 92:24 93:14
  97:25 98:11,21
  99:3 148:19
  154:8,11
  169:13 179:14
**303** 4:5 169:13
**305** 10:17
**308** 4:7
**31** 4:13
**315** 236:14
**316** 97:23 98:18
  99:3 100:8,15
  100:25 123:24
  127:12,18,25
  128:10,13,17
  131:25 142:10
  145:2 146:15
  148:3,22
  150:11 152:15
  167:5 174:14
  224:8
**328** 128:19
**3340-030B** 115:2
**349** 158:6
**36** 158:24
**360** 138:19,21,22
  141:13 142:16
  149:17 150:8

  150:17 153:20
  154:7,12
**361** 145:4 148:4
  148:12 149:5
  152:7 153:10
  153:20 154:7
  154:14 174:12
**372570** 115:1
**38** 162:17,20
  306:12,16,18
**39** 236:6,12

_____

**4**

**4** 4:15 84:8,10
  94:23 98:15
  181:10
**4:31** 270:12,14
**4:43** 270:14
**4:44** 270:15
**4:55** 278:22
**4:56** 278:19
**40** 27:22 28:14
  132:19 156:13
  192:13
**41** 193:18
**43** 4:14
**45** 147:25 148:3
  152:16
**450** 284:20,21

_____

**5**

**5** 84:8 124:14
  158:13,15
  159:6 209:5
**5:08** 278:22
**5:09** 278:23
**5:37** 308:13
**5:49** 307:6
**5:55** 307:6
**5:57** 308:16
**50** 120:11 121:16
  121:20 122:12
  164:23 256:19
  256:21
**5063573** 8:20
**5063575** 224:15

  **51** 180:14
**511** 203:14
**52** 256:24
**586** 203:14
**598-8259** 2:19

_____

**6**

**6** 7:20 85:20,21
  92:13 98:7
  133:23 145:13
  148:16 154:3
  202:20 248:20
  248:22 303:9
**6:00** 61:1
**6:15** 6:5 293:17
**6:21** 308:16
**6:22** 308:17
**6:28** 313:19
**6:29** 313:23
**6:35** 124:23
  129:5
**6:51** 136:1
**60** 220:5
**61** 169:7,20
**614-6464** 2:11
**63** 232:7
**66** 95:8
**666** 2:10
**685** 286:14

_____

**7**

**7** 8:12 24:9,15
  25:5 115:15
  138:24 150:4,5
  209:5 219:19
  220:9
**7th** 2:10
**7/10/2019** 6:24
**7:00** 141:5
**7:04** 169:2
**7:23** 234:2
**72** 182:1
**73** 231:4
**73940** 228:10
**74** 163:9
**75** 217:25



**764** 134:9
**78** 245:11
**79** 5:5

---
**8**
**8** 5:15 6:20 10:11
142:22 151:24
170:2 172:17
172:22 173:15
173:19 174:7
201:5 228:7
288:10
**8th** 115:3 169:3
172:7 286:15
**8.3** 115:17,17
**8:31** 156:22
170:2
**8:32** 171:3
**8:37** 1:17 11:2
**8:38** 11:9
**8:44** 235:4
**8:48** 140:5
**80** 5:7
**800** 279:10
**828** 200:23
**84** 4:15,16
**85** 181:19,21,22
181:24
**86** 179:23
**868** 2:18
**874** 163:22
**89** 143:6

---
**9**
**9** 4:17 5:22 6:4
6:12 8:9 10:4
135:2,25
163:12 217:9
221:24
**9th** 82:12 98:22
134:18 276:13
**9.14** 180:8
**9:00** 244:13
**9:22** 248:4
**9:31** 134:18
135:2

**9:56** 73:21,24
**91** 166:12,15
**918** 271:2
**939** 162:1
**94** 5:10
**96** 212:15
**98** 183:4 187:21

