MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 750
Washington, DC 20036
Telephone:  +1.202.355.4471
Facsimile:  +1.404.221.5857

*Attorneys for Plaintiffs*
*Additional counsel listed on next page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN THE BRIEFING SCHEDULE FOR THEIR MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | *Declaration of Stephen M. Medlock Filed Concurrently* |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  +1.212.614.6464
Facsimile:  +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone:  +1.202.507.7523
Facsimile:  +1.202.742.5619

# EX PARTE APPLICATION

PLEASE TAKE NOTICE that, pursuant to Section 7.1(e)(5) of the Local Rules, Plaintiffs, by and through undersigned counsel, hereby apply to this Court for an order shortening the time for briefing and hearing of Plaintiffs' Motion for Temporary Restraining Order (the "Motion").

As explained in more detail in the Motion, a shortened briefing schedule (and expedited oral argument, should the Court desire such argument) is necessary because members of the class certified by the Court on November 19, 2019 ("PI class members"), *see* Dkt. 330, could imminently be denied meaningful access to the U.S. asylum system because they will become subject to Final Rule, Asylum Eligibility and Procedural Modification, 85 Fed. Reg. 82,260 (Dec. 17, 2020), which is to become effective January 19, 2021.

Therefore, Plaintiffs respectfully request that, in light of the above, the shortened briefing schedule be as follows:

- Defendants' opposition to the Motion shall be due on or before **January 12, 2021.**
- Plaintiffs' reply brief in support of the Motion, should they choose to file one, shall be due on or before **January 14, 2021.**

On January 4, 2021, Plaintiffs met-and-conferred by phone with Defendants regarding this *ex parte* application. Defendants oppose this application. They propose that Defendants file their opposition on January 14, 2021, giving Defendant's a full week to draft their opposition papers. Defendants argue that Plaintiffs should be given only 24 hours to fashion a reply, which they propose would be due on January 15, 2021. Under Defendants' proposal, due to the Dr. Martin Luther King, Jr. holiday, this Court would be given 0 business days to consider the parties' motion papers prior to the rule becoming effective.

Defendants may cite intervening motions deadlines as a reason for extending the deadline for their responsive brief. Those deadlines are a mess of Defendants'

own making. The deadlines are the January 8th deadline for Defendants' opening merits brief in the Ninth Circuit appeal of this Court's October 30, 2020 clarification order, the deadline for Defendants to file a response to Plaintiffs' motion for summary dismissal of that appeal on January 11th, and the deadline for Defendants to file a reply in support of their motion for a protective order (Dkt. 647). Defendants are the ones that have control over the effective date of the rule. Defendants are the ones that made the decision to appeal this Court's October 30, 2020 clarification order. And Defendants are the ones that filed a motion for protective order and selected the hearing date requiring a reply be filed on January 12, 2020. The briefing schedule for the motion for a temporary restraining order should not be held hostage to Defendants' decision to litigate every conceivable aspect of this Court's November 19, 2019 Preliminary Injunction.

Dated: January 6, 2021

MAYER BROWN LLP
   Ori L ev
   Matthew H. Marmolejo
   Stephen S. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/   Stephen M. Medlock*
   Stephen M. Medlock

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated:  January 6, 2021                    MAYER BROWN LLP

                                By */s/ Stephen M. Medlock*