MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK CONCERNING PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO SHORTEN THE BRIEFING SCHEDULE FOR THEIR MOTION FOR TEMPORARY RESTRAINING ORDER** |

---

[1] Acting Secretary Wolf is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
2    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
     *bazmy@ccrjustice.org*
3    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
     *aguisado@ccrjustice.org*
4  666 Broadway, 7th Floor
   New York, NY 10012
5  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
6
7  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8    *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9    *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.404.221.5857
12
   AMERICAN IMMIGRATION COUNCIL
13   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
     *kwalters@immcouncil.org*
14 1331 G St. NW, Suite 200
   Washington, D.C. 20005
15 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARTION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2. Pursuant to Civ. L. R. 83.3(g), I make this declaration in support of Plaintiffs' *Ex Parte* Application to Shorten the Briefing Schedule for Plaintiffs' Motion for Temporary Restraining Order.

3. Plaintiffs' propose that Defendants' opposition to Plaintiffs' motion for temporary restraining order shall be due on January 12, 2021 and Plaintiffs' reply will be due on January 14, 2021. Plaintiffs' proposal gives Defendants' six days to file an opposition, Plaintiffs two days to file a reply, and this Court one business day to issue its ruling. The timing of this briefing schedule is condensed, but that is what is required to ensure that this Court has the ability to rule before the regulation in question takes effect.

4. On January 4, 2020, I conferred with counsel for Defendants regarding the accompanying *ex parte* application by telephone. Based on subsequent email communications with Defendants, I understand that Defendants' oppose this application.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 6th day of January 2021 at Washington, D.C.

By: */s/ Stephen M. Medlock*
Stephen M. Medlock

*Attorney for Plaintiffs*

EX PARTE APPLICATION TO
SHORTEN BRIEFING SCHEDULE