JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA** |
| CHAD F. WOLF, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants*. | |

# **DECLARATION OF ALEXANDER J. HALASKA**

Pursuant to 28 U.S.C. § 1746, I, Alexander J. Halaska, hereby declare as follows:

1.  I am a trial attorney employed by the United States Department of Justice, Civil Division, Office of Immigration Litigation – District Court Section. I represent the federal government Defendants (the government) in this matter. I submit this declaration in support of the government's Response to Plaintiffs' *Ex Parte* Application to Shorten the Briefing Schedule for Their Motion for Temporary Restraining Order. The statements contained herein are made based on my personal knowledge.

2.  On December 15, 2020, I sent an email to Plaintiffs' counsel that states: "Tomorrow, the government intends to file a motion to modify the merits briefing deadlines in the *Al Otro Lado* appeal, No. 20-56287 (9th Cir.). Presently, the government's opening brief and excerpts of record are due December 30, 2020; Plaintiffs' answering brief is due January 27, 2021; and the government's reply brief is due February 17, 2021. We will ask the Court to modify the schedule so that the government's opening brief and excerpts of record are due on January 6, 2021; Plaintiffs' answering brief is due February 3, 2021; and the government's reply brief is due February 17, 2021." I requested Plaintiffs' position on the motion.

3.  On December 16, 2020, Plaintiffs' counsel responded: "Would you mind prosing that Plaintiffs' brief be due on February 8th? I am defending a CEO deposition on February 3rd. If we can agree on that date, then Plaintiffs will not oppose your motion."

4.  On December 16, 2020, I responded: "Thanks. We appreciate that you are defending a deposition on February 3, but a February 8 filing date would leave us too little time to file the reply brief. Would Plaintiffs be able to file the answering brief on February 5? If so, we would ask the Court to enter the following schedule:

|  | Current Deadline | Proposed Modification |
|---|---|---|
| Government opening brief and ER | December 30, 2020 | January 8, 2021 |
| Plaintiffs' answering brief | January 27, 2021 | February 5, 2021 |
| Government reply brief | February 17, 2021 | February 17, 2021 |

5. On December 16, 2020, Plaintiffs' counsel responded: "That works."

6. On December 16, 2020, I filed with the Ninth Circuit an unopposed motion to modify the briefing schedule and requested that the court enter the schedule that accommodated Plaintiffs' counsel's stated conflict. *See* Appellants' Unopposed Mot. to Modify Briefing Schedule (Dkt. 11-1), *Al Otro Lado v. Wolf*, No. 20-56287 (9th Cir. filed Dec. 16, 2020).

**Exhibits**

7. Attached hereto as **Exhibit 1** is a true and accurate copy of Appellants' Unopposed Motion to Modify Briefing Schedule, filed on the docket in *Al Otro Lado v. Wolf*, No. 20-56287 (9th Cir.), on December 16, 2020, at Dkt. No. 11-1.

8. Attached hereto as **Exhibit 2** is a true and accurate copy of the Declaration of Alexander J. Halaska, filed on the docket in *Al Otro Lado v. Wolf*, No. 20-56287 (9th Cir.), on December 16, 2020, at Dkt. No. 11-2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 8, 2021, in Washington, D.C.

> */s/ Alexander J. Halaska*
> ALEXANDER J. HALASKA
> Trial Attorney
> U.S. Department of Justice