# EXHIBIT 1

No. 20-56287

_____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

AL OTRO LADO, INC., *et al.*,

*Plaintiffs-Appellees*,

v.

CHAD WOLF, Acting Secretary of Homeland Security, *et al.*,

*Defendants-Appellants*.

_____

On Appeal from an Order Granting Preliminary Injunctive Relief Issued by the
U.S. District Court for the Southern District of California
(Civil Action No. 17-cv-02366-BAS-KSC)

_____

APPELLANTS' UNOPPOSED MOTION TO
MODIFY BRIEFING SCHEDULE

_____

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director, Office of Immigration
Litigation – District Court Section

EREZ REUVENI
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Appellants*

# INTRODUCTION

Defendants-Appellants and Appellant (collectively, the government) respectfully move this Court without opposition to modify the briefing schedule. The requested modification to the briefing schedule would extend the deadline for the government's opening brief and excerpts of record, as well as the deadline for the answering brief, but would keep the same reply brief deadline, ensuring that the appeal is fully briefed within the timeline initially ordered by this Court ordered and contemplated by Ninth Circuit Rule 3-3(b).

# DISCUSSION

On December 2, 2020, the government appealed from the district court's October 30, 2020 Order granting further preliminary injunctive relief related to its November 19, 2019 preliminary-injunction order. On December 4, 2020, this Court entered the following briefing schedule in accordance with Ninth Circuit Rule 3-3(b), which governs preliminary-injunction appeals: The government's opening brief and excerpts of record are due December 30, 2020; Plaintiffs' answering brief is due January 27, 2021; and the government's reply brief is due February 17, 2021. *See* Order, at 2 (Dkt. 2).

The government requests without opposition[1] that this Court enter the following modified briefing schedule: The government's opening brief and excerpts of record are due January 8, 2021; Plaintiffs' answering brief is due February 5, 2021; and the government's reply brief is due February 17, 2021.

The government requests this modification to allow additional time for government counsel to draft the opening brief and prepare the excerpts of record while ensuring that this appeal is fully briefed by February 17, 2021, the same date that this Court ordered and that is contemplated by Ninth Circuit Rule 3-3(b). Halaska Decl. ¶ 4. Moreover, the government submits that the requested modified schedule would not prejudice Plaintiffs, as it provides them the same number of days to draft the answering brief as the current schedule.

The government submits that there is substantial need to grant this request because other litigation responsibilities in this appeal and the district court proceedings have required government counsel's attention during the period when government counsel is drafting the opening brief and preparing the excerpts of record. Specifically, in this Court, the government filed the Emergency Motion Under Circuit Rule 27-3 for an Administrative Stay and a Stay Pending Appeal (Dkt. 7) on De-

---

[1] On December 16, 2020, Plaintiffs' counsel informed undersigned counsel that Plaintiffs do not oppose the modified schedule proposed herein. *See* Decl. of Alexander J. Halaska ¶¶ 4, 6 (filed concurrently).

2

cember 11, 2020; will file a reply in support of the request for an immediate administrative stay on December 17, 2020, at 10:00 AM (Pacific), *see* Order, at 1 (Dkt. 9); and will file a reply in support of the Emergency Motion for a Stay Pending Appeal on January 4, 2021, *see* Order, at 2 (Dkt. 9). In the district court, on December 15, 2020, the government filed a Motion for Protective Order that will facilitate the government's obligation under the district court's October 30, 2020 Order to share information with Plaintiffs that is protected from disclosure by 8 C.F.R. §§ 208.6 and 1208.6, *see* Mot. for Protective Order (ECF No. 647), *Al Otro Lado, Inc. v. Wolf*, No. 17-cv-2366 (S.D. Cal. filed Dec. 15, 2020); and on January 5, 2021, the government will file an opposition to Plaintiffs' recently-filed Motion to Enforce the Preliminary Injunction, which seeks further enforcement of the district court's November 19, 2019 preliminary-injunction order and its October 30, 2020 Order, *see* Mot. to Enforce Prelim. Inj. (ECF No. 644), *Al Otro Lado, Inc.*, No. 17-cv-2366 (S.D. Cal. filed Dec. 15, 2020) (noticing the motion hearing date for January 19, 2021); *see also* S.D. Cal. Civil Local Rule 7.1(e)(2) (requiring oppositions to motions to be filed no later than 14 calendar days prior to the noticed hearing date). *See* Halaska Decl. ¶ 4.

Moreover, the government has been and will continue to be diligent to meet these deadlines. Halaska Decl. ¶ 5. The requested modification of the briefing schedule will allow the government sufficient time to draft the opening brief and prepare

3

the excerpts of record in this appeal and to meet its other litigation responsibilities in this case.

## **CONCLUSION**

The government respectfully requests that this Court enter the modified briefing schedule proposed herein.

//

4

| | |
|---|---|
| DATED: December 16, 2020 | Respectfully submitted, |
| | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General,<br>Civil Division |
| | AUGUST E. FLENTJE<br>Special Counsel |
| | WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation –<br>District Court Section |
| | EREZ REUVENI<br>Assistant Director |
| | KATHERINE J. SHINNERS<br>Senior Litigation Counsel |
| | */s/ Alexander J. Halaska*<br>ALEXANDER J. HALASKA<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-8704 | Fax: (202) 305-7000<br>alexander.j.halaska@usdoj.gov |
| | *Counsel for Defendants-Appellants* |

5

## CERTIFICATE OF SERVICE

I certify that on December 16, 2020, I served a copy of this document on the Court and all parties by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and a link to this document to all counsel of record.

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 697 words, as measured by the word-processing application used to draft the document.

DATED: December 16, 2020        Respectfully submitted,

        */s/ Alexander J. Halaska*
        ALEXANDER J. HALASKA
        Trial Attorney
        United States Department of Justice
        Civil Division
        Office of Immigration Litigation
        P.O Box 868, Ben Franklin Station
        Washington, D.C. 20044
        Tel: (202) 307-8704 | Fax: (202) 305-7000
        alexander.j.halaska@usdoj.gov

        *Counsel for Defendants-Appellants*