# EXHIBIT 2

No. 20-56287

_____

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

AL OTRO LADO, INC., *et al.*,

*Plaintiffs-Appellees*,

v.

CHAD WOLF, Acting Secretary of Homeland Security, *et al.*,

*Defendants-Appellants*.

_____

On Appeal from an Order Granting Preliminary Injunctive Relief Issued by the
U.S. District Court for the Southern District of California
(Civil Action No. 17-cv-02366-BAS-KSC)

_____

**DECLARATION OF ALEXANDER J. HALASKA**

_____

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director, Office of Immigration
Litigation – District Court Section

EREZ REUVENI
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Appellants*

## DECLARATION OF ALEXANDER J. HALASKA

Pursuant to 28 U.S.C. § 1746, I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney employed by the United States Department of Justice, Civil Division, Office of Immigration Litigation – District Court Section. I represent the federal government Defendants-Appellants and Appellants (collectively, the government) in this matter. I submit this declaration pursuant to Ninth Circuit Rule 31-2.2(b) in support of the government's Unopposed Motion to Modify Briefing Schedule. The statements contained herein are made based on my personal knowledge.

2. The government's opening brief and excerpts of record are due on December 30, 2020. Plaintiffs-Appellees' (Plaintiffs) answering brief is due January 27, 2021, or 28 days after service of the opening brief, whichever is earlier. The government's reply brief is within 21 days after service of the answering brief. *See* Order, at 2 (Dkt. 2). This Court has not established any other deadlines relating to the merits briefs in this appeal.

3. The government requests a nine-day extension of time to file its opening brief and excerpts of record, from December 30, 2020, until January 8, 2021. To avoid enlarging the overall briefing period, while still affording Plaintiffs 28 days to file the answering brief, the government requests also that the Court shorten the time for the government to file its reply brief, from 21 days after service of the answering

1

brief to 12 days after service of the answering brief. Thus, the government requests that the Court enter the following briefing schedule: The government's opening brief and excerpts of record are due on January 8, 2021; Plaintiffs' answering brief is due on February 5, 2021; and the government's reply brief is due on February 17, 2021.

4. The government requests this modification of the briefing schedule to allow additional time for government counsel to draft the opening brief and prepare the excerpts of record in light of government counsel's other litigation responsibilities in this matter, without enlarging the overall merits briefing schedule for this appeal, which this Court ordered be completed no later than February 17, 2021. Specifically, government counsel have prepared and filed, or are responsible for preparing and/or filing, the following matters during the briefing period for the opening brief:

    a. on December 11, 2020, the government filed an Emergency Motion Under Circuit Rule 27-3 for an Administrative Stay and a Stay Pending Appeal (Dkt. 7) in this Court;

    b. on December 15, 2020, the government filed a Motion for Protective Order in the district court, *see* Mot. for Protective Order (ECF No. 647), *Al Otro Lado, Inc. v. Wolf*, No. 17-cv-2366 (S.D. Cal. filed Dec. 15, 2020), which will facilitate the government's obligation under the district court's October 30, 2020 Order to share information with Plaintiffs that is

2

protected from disclosure by 8 C.F.R. §§ 208.6 and 1208.6;

      c.     by December 17, 2020, at 10:00 AM (Pacific), the government will file a reply in support of the request for an immediate administrative stay in this Court, *see* Order, at 1 (Dkt. 9);

      d.     on January 4, 2021, the government will file a reply in support of its Emergency Motion Under Circuit Rule 27-3 for an Administrative Stay and a Stay Pending Appeal in this Court, *see* Order, at 2, (Dkt. 9); and

      e.     on January 5, 2021, the government will file an opposition to Plaintiffs' recently-filed Motion to Enforce the Preliminary Injunction in the district court, which seeks further enforcement of the district court's November 19, 2019 preliminary-injunction order and its October 30, 2020 Order, *see* Mot. to Enforce Prelim. Inj. (ECF No. 644), *Al Otro Lado, Inc.*, No. 17-cv-2366 (S.D. Cal. filed Dec. 15, 2020) (noticing the motion hearing date for January 19, 2021); *see also* S.D. Cal. Civil Local Rule 7.1(e)(2) (requiring oppositions to motions to be filed no later than 14 calendar days prior to the noticed hearing date).

5.     Government counsel has exercised diligence and will continue to exercise diligence to meet the deadlines set by this Court.

6.     On December 16, 2020, Plaintiffs' counsel informed undersigned coun-

3

sel via email that Plaintiffs do not oppose the briefing schedule requested in Paragraph 4 above.

7. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executive on December 16, 2020, in Washington, D.C.

>*/s/ Alexander J. Halaska*
>ALEXANDER J. HALASKA
>Trial Attorney
>U.S. Department of Justice

4