MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
olev@mayerbrown.com
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>Plaintiffs,<br><br>v.<br><br>Pete T. Gaynor,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO SEAL EXHIBITS TO AND A PORTION OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>*Declaration of Karolina Walters Filed Concurrently*<br><br>Hearing Date: February 15, 2021<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

[1] Acting Secretary Gaynor is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

738436793.3

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
 *bazmy@ccrjustice.org*
 Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
 *gschwarz@ccrjustice.org*
 Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
 *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
 Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
 *sarah.rich@splcenter.org*
 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
 *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
 Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
 *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# UNOPPOSED MOTION TO SEAL EXHIBITS TO AND A PORTION OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO ENFORCE PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on January 12, 2021, Plaintiffs will and hereby do move to seal part or all of three exhibits to and a portion of Plaintiffs' Reply in Support of Their Motion to Enforce the Preliminary Injunction. The parties have conferred regarding this motion and Defendants do not oppose this motion.

Dated: January 12, 2021

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Ghita Schwarz
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/ Stephen M. Medlock*
   Stephen M. Medlock

*Attorneys for Plaintiffs*

1     MOT. AND NOTICE OF MOT. TO SEAL

## **CERTIFICATE OF SERVICE**

I certify that on January 12, 2021, I served a copy of the foregoing document by filing it with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Stephen M. Medlock*