MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                  Plaintiffs,<br><br>     v.<br><br>Pete T. Gaynor,[1] *et al.*,<br><br>                  Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF KAROLINA WALTERS IN SUPPORT OF UNOPPOSED MOTION TO SEAL EXHIBITS TO AND A PORTION OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO ENFORCE PRELIMINARY INJUNCTION** |

---

[1] Acting Secretary Gaynor is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF KAROLINA WALTERS

**CENTER FOR CONSTITUTIONAL RIGHTS**
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

**SOUTHERN POVERTY LAW CENTER**
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

**AMERICAN IMMIGRATION COUNCIL**
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF KAROLINA WALTERS

I, Karolina Walters, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the American Immigration Council, a member of the District of Columbia Bar and the New York State Bar, admitted *pro hac vice* to this Court for this action, and counsel for the Plaintiffs in this case.

2. I make this declaration in support of the Unopposed Motion to Seal Exhibits to and a Portion of Plaintiffs' Reply in Support of Their Motion to Enforce Preliminary Injunction ("Reply").

3. Plaintiffs seek to seal part or all of three exhibits to the Reply and a portion of the Reply that describes one of those exhibits. The exhibits which Plaintiffs seek to seal are as follows:

   a. A document bearing the Bates number AOL-DEF-00028525 to AOL-DEF-00028531, which Defendants have designated Highly Confidential/Attorney's Eyes Only under the Court's Protective Order;

   b. Portions of a document bearing the Bates number AOL-DEF-00851181, which Defendants have designated Highly Confidential/Attorneys' Eyes Only under the Court's Protective Order; and

   c. Portions of a document bearing the Bates number AOL-DEF-00263553, which Defendants have designated Confidential under the Court's Protective Order.

4. As described in the accompanying motion to seal, Plaintiffs seek to seal parts or all of these exhibits and a portion of the Reply that describes one of these exhibits because filing them on the public docket would reveal confidential and sensitive information concerning how U.S. Customs and Border Protection ("CBP") deploys resources and its procedures for inspecting, processing, and detaining

1  asylum seekers.

2    5.    The parties have conferred regarding the motion. Defendants do not
3  oppose the motion to seal.

4    I declare under penalty of perjury under the laws of the United States of
5  America that the proceeding declaration is true and correct.

7    Executed on this 12th day of January 2021 at Palm City, Florida.

9    */s/ Karolina Walters*
10  Karolina Walters

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF KAROLINA WALTERS