MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **DECLARATION OF KAROLINA WALTERS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO ENFORCE THE PRELIMINARY INJUNCTION** |
| v. | |
| Peter T. Gaynor,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Gaynor is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF KAROLINA WALTERS

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF KAROLINA WALTERS

I, Karolina Walters, state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the American Immigration Council, a member of the District of Columbia Bar and the New York State Bar, admitted *pro hac vice* to this Court for this action, and counsel for the Plaintiffs in this case.

2. I make this declaration in support of Plaintiffs' Reply in Support of Their Motion to Enforce the Preliminary Injunction.

3. The Declaration of Ori Lev (Dkt. 644-2), previously filed in support of Plaintiffs' Motion to Enforce the Preliminary Injunction, reflects the parties' consultations regarding Defendants' and the Executive Office for Immigration Review's ("EOIR") (collectively, the "government") obligations under, and efforts to comply with, the Preliminary Injunction (Dkt. 330) and Clarification Order (Dkt. 605) (collectively, the "Orders") issued by this Court. Since the filing of Plaintiffs' Motion to Enforce the Preliminary Injunction, Defendants have not communicated with Plaintiffs further regarding the government's efforts to comply with the Orders.

4. To date, Defendants have not shared with Plaintiffs the "supplemental and amended list of questions to be asked during the class membership interview to determine whether the individual sought to enter the United States at a port of entry to seek asylum before July 16, 2019" as described in the Declaration of Elizabeth E. Mura (Dkt. 657-5), attached as Ex. D to the Declaration of Katherine J. Shinners in Support of Defendants' Opposition to Plaintiffs' Motion to Enforce the Preliminary Injunction.

5. Attached hereto as Exhibit 1 is a true and correct copy of the document bearing the Bates number AOL-DEF-00028525 to AOL-DEF-00028531.

6. Attached hereto as Exhibit 2 is a true and correct copy of the document bearing the Bates number AOL-DEF-00851181.

1    7.   Attached hereto as Exhibit 3 is a true and correct copy of the document
2 bearing the Bates number AOL-DEF-00263553.
3    I declare under penalty of perjury under the laws of the United States of
4 America that the proceeding declaration is true and correct.
5    Executed on this 12th day of January 2021 at Palm City, Florida.

By: */s/ Karolina Walters*
Karolina Walters

DECLARATION OF KAROLINA WALTERS
2