MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 2 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO ENFORCE THE PRELIMINARY INJUNCTION** |
| v. | |
| Peter T. Gaynor,[1] *et al.*, | **AOL-DEF-00851181** |
| Defendants. | *REDACTED* |

---

[1] Acting Secretary Gaynor is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
5  666 Broadway, 7th Floor
   New York, NY 10012
6  Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10    *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
11 Decatur, GA 30030
   Telephone: +1.404.521.6700
12 Facsimile: +1.404.221.5857

13
   AMERICAN IMMIGRATION COUNCIL
14    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
      *kwalters@immcouncil.org*
15 1331 G St. NW, Suite 200
   Washington, D.C. 20005
16 Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18
19
20
21
22
23
24
25
26
27
28

**From:** HOLMAN, JOHN L
**Sent:** Thursday, July 4, 2019 1:28 PM
**To:** NOGALES CHIEFS;NOG COMMAND STAFF;TUCSON OPERATIONS CENTER
**Subject:** FW: Port of Nogales Deconcini Pedestrian Closure

<u>PORT OF NOGALES AZ/DECONCINI PEDESTRAIN CLOSURE</u>

**Executive Summary: Deconcini Pedestrian Closure**

**Narrative:** On July 04, 2019 at approximately 0700 hrs. a group of ▇ Cuban Nationals arrived at Mariposa POE requesting information to enter the United States. CBPO's conducting lane security explained the metering process to the group. The Nogales Operations Center was notified by the Mariposa Supervisor that the group had increased to approximately ▇ Cuban Nationals. A-TCET CBPO's responded to the Mariposa Port of Entry to provide additional line security. Duty Chiefs responded at 0720hrs and conducted a brief conversation with the Cuban National Spokesperson ▇ who stated that the Cuban Nationals were not being placed on the waiting list. Port Duty Chief explained to ▇ that the Port would contact Government of Mexico Authorities.

At 0745 hrs. the Cuban Nationals dispersed Mariposa POE and were escorted by the Municipal Police away from the international border line.

At 0810 hrs. the Duty Chief met with the Shelter Coordinator, ▇ at the DeConcini POE who explained that everyone that has arrived at the shelter has been placed on the waiting list.

At 0840 hrs. approximately 25 Cubans from the same group that were at Mariposa earlier in the morning arrived at the Deconcini Port Entry Pedestrian gate with their spokesperson ▇ complaining that the Cuban Nationals were not being metered.

At 0845 hrs. the Deconcini Pedestrian Gate was secured due to the overheard conversation of the Cuban Nationals stating that they would try to force entry.

At 0850 hrs. the Duty Chief requested assistance from Nogales Station Border Patrol Agents.

The Mexican Federal, Municipal, and Immigration authorizes arrived at the Deconcini Pedestrian gate and notified the Cuban Nationals that they needed to return to the Shelter to verify that they have been placed on the waiting list.

At 0915 Mexican Authorities dispersed the group and advised them to return to the shelters.

At 0930 hrs. Deconcini Pedestrian gate was re-opened for normal operations.

Tucson Field Office was requested to archive the event.

Possible updates to follow.


John L. Holman
Chief Passenger Operations
Nogales MWR Coordinator
Nogales Arizona

Highly Confidential/Attorneys' Eyes Only                                                                                                                                      AOL-DEF-00851181