MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 3 TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO ENFORCE THE PRELIMINARY INJUNCTION** |
| v. | |
| Peter T. Gaynor,[1] *et al.*, | **AOL-DEF-00263553** |
| Defendants. | |
| | *REDACTED* |

---

[1] Acting Secretary Gaynor is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4    *aguisado@ccrjustice.org*
5  666 Broadway, 7th Floor
   New York, NY 10012
6  Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9    *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10   *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
11 Decatur, GA 30030
   Telephone: +1.404.521.6700
12 Facsimile: +1.404.221.5857

13
   AMERICAN IMMIGRATION COUNCIL
14   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
     *kwalters@immcouncil.org*
15 1331 G St. NW, Suite 200
   Washington, D.C. 20005
16 Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**From:** BRIONES, SYLVIA
**Sent:** Friday, April 26, 2019 1:39 PM
**To:** GONZALEZ, DAVID JOHN;SALINAS, SERGIO L.;DIAZ, RICHARD;DIAZ, JOSE T;FLORES, EDGAR M;GARZA, RAQUEL M
**CC:** RODRIGUEZ, CARLOS;DROOTMAN, ERIC (OCC)
**Subject:** FW: Senda de Vida (12)- INM Escort to Hidalgo Bridge 04/26/2019 1400 hrs HID POE
**Attachments:** Venezuela x4.jpg; Guatemala x2.jpg; Venezuela x2.jpg; Venezuela Single Male.jpg; Cuba Single Male_.jpg; Cuba Single Female_.jpg; Cuba Single Male__.jpg

Friday, April 26, 2019 1400 hrs HID POE

The attached 12 individuals will be arriving to the HID POE QUEUE

GOM INM ▇▇▇ will escort and turn over to CBP for Asylum processing.

HID POE QUEUE - Notification

Escort and coordinate with Medical Staff before entering the HID POE Lobby.

Thank you!

Respectfully,

Sylvia Briones, PHR/HID/ANZ
U. S. Customs and Border Protection
Office of Field Operations
Asst. Port Director

---

**From:** DE LOS SANTOS, EFRAIN
**Sent:** Friday, April 26, 2019 12:31 PM
**To:** BRIONES, SYLVIA
**Subject:** Senda de Vida (12)- INM Escort to Hidalgo Bridge

Ma'am- Twelve (12) aliens from **Senda de Vida** ready to present themselves at the Hidalgo Bridge Queue Management at 2:00 PM.

Subject will be escorted by INM- ▇▇▇

No medical issues. No luggage.

DLS