JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' MOTION TO WITHDRAW COUNSEL OF RECORD** |
| PETER T. GAYNOR, Acting Secretary of Homeland Security; MARK. A MORGAN, Acting Commissioner, U.S. Customs and Border Protection; and WILLIAM A. FERRARA, Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border | |

Protection, in their official capacities,[*]

*Defendants.*

---

[*] Pursuant to Federal Rule of Civil Procedure 25(d), these individuals are automatically substituted as Defendants for their predecessors in office.

## MOTION TO WITHDRAW COUNSEL

Pursuant to Civil Local Rule 83.3(f)(3), Defendants Peter T. Gaynor, Acting Secretary of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection (CBP); and William A. Ferrara, Executive Assistant Commissioner of CBP's Office of Field Operations (collectively, Defendants) hereby move to withdraw Scott G. Stewart as counsel of record in this matter. Mr. Stewart will be leaving the U.S. Department of Justice on January 20, 2021, and will no longer be counsel for Defendants. All other counsel of record will continue to represent Defendants in this matter.

As set forth in the attached Declaration of Counsel and Certificate of Service, Plaintiffs' counsel and Defendants concurrently have been served with copies of this Motion. Plaintiffs do not oppose this Motion.

//

| | |
|---|---|
| DATED: January 13, 2021 | Respectfully submitted, |
| | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | KATHERINE J. SHINNERS<br>Senior Litigation Counsel |
| | */s/ Alexander J. Halaska*<br>ALEXANDER J. HALASKA<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-8704 | Fax: (202) 305-7000<br>alexander.j.halaska@usdoj.gov |
| | *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document and its attachment on the Court and all parties by filing such documents with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to such documents to all counsel of record.

DATED: January 13, 2021              Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice