JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF COUNSEL** |
| PETER T. GAYNOR, Acting Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants*. | |

## DECLARATION OF COUNSEL

Pursuant to 28 U.S.C. § 1746, I, Scott G. Stewart, hereby declare as follows:

1. I am a Deputy Assistant Attorney General in the Civil Division of the U.S. Department of Justice. I represent the federal government Defendants in this matter in their official capacities. I submit this declaration in support of Defendants' Motion to Withdraw Counsel of Record.

2. I will be leaving my employment with the U.S. Department of Justice on January 20, 2021, and will no longer represent the Defendants in this matter. All other counsel of record will continue to represent Defendants in this matter.

3. Pursuant to Local Civil Rule 83.3(f)(3), all parties and their counsel concurrently have been served with this Motion.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on January 13, 2021, in Washington, D.C.

*/s/ Scott G. Stewart*
SCOTT G. STEWART