JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-2859 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** |
| PETER T. GAYNOR, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

## <u>DECLARATION OF KATHERINE J. SHINNERS</u>

I, Katherine J. Shinners, declare as follows:

1.      I am Senior Litigation Counsel with the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation. I represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2.      I submit this declaration in connection with Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order filed in this matter at ECF Document No. 658.

**Defendants' Exhibits**

3.      Attached hereto as Exhibit A is a true and correct copy of the publicly-filed, redacted version of the parties' Joint Statement of Undisputed Facts Concerning the Parties' Cross-Motions for Summary Judgment, as filed in this matter at ECF Document No. 619.

4.      Attached hereto as Exhibit B is a true and correct copy of the Declaration of Beverly Good, as previously filed in this matter at ECF Document No. 563-3.

5.      Attached hereto as Exhibit C is a true and correct copy of the October 4, 2019 Declaration of Ashley B. Caudill-Mirillo, as previously filed in this matter at ECF Document No. 307-11.

6.      Attached hereto as Exhibit D is a true and correct copy of guidance issued by United States Citizenship and Immigration Services (USCIS), as previously filed in this matter at ECF Document No. 508-2.

7.      Attached hereto as Exhibit E is a true and correct copy of the publicly-filed, redacted version of an immigration judge decision, as previously filed in this matter at ECF Document No. 508-10.

8.      Attached hereto as Exhibit F is a true and correct copy of the publicly-

filed, redacted version of an immigration judge decision, as previously filed in this matter at ECF Document No. 508-15.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on January 13, 2021, in Washington, D.C.

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel

*Counsel for Defendants*

SHINNERS DECLARATION
Case No. 3:17-cv-02366-BAS-KSC