# EXHIBIT E

1  ETHAN P. DAVIS
2  Acting Assistant Attorney General
   Civil Division
3  WILLIAM C. PEACHEY
4  Director, Office of Immigration Litigation –
   District Court Section
5  KATHERINE J. SHINNERS (DC 978141)
6  Senior Litigation Counsel
   ALEXANDER J. HALASKA (IL 6327002)
7  Trial Attorney
8  United States Department of Justice
   Civil Division
9  Office of Immigration Litigation
10 P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
11 Tel: (202) 307-8704 | Fax: (202) 305-7000
12 alexander.j.halaska@usdoj.gov
13
   *Counsel for Defendants*
14

15           **UNITED STATES DISTRICT COURT**
16        **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
                      **(San Diego)**
17

| | |
|---|---|
| 18  AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| 19           *Plaintiffs*, | |
| 20           v. | **GOVERNMENT EXHIBIT 9** |
| 21 | |
| 22  Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| 23 | |
| 24 | |
| 25           *Defendants* | |

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1623 EAST J STREET, SUITE 3
TACOMA, WA 98421

Menter Immigration Law PLLC
Menter, Meena Pallipamu
130 Andover Park East
#300
Tukwila, WA 98188

In the matter of          File A ▮▮▮▮▮▮▮▮▮          DATE: May 12, 2020
A▮▮▮, A▮▮▮▮ N.

__ Unable to forward   No address provided.
__ Attached is a copy of the decision of the Immigration Judge. This decision
   is final unless an appeal is filed with the Board of Immigration Appeals
   within 30 calendar days of the date of the mailing of this written decision.
   See the enclosed forms and instructions for properly preparing your appeal.
   Your notice of appeal, attached documents, and fee or fee waiver request
   must be mailed to:   Board of Immigration Appeals
                        Office of the Clerk
                        5107 Leesburg Pike, Suite 2000
                        Falls Church, VA 22041
__ Attached is a copy of the decision of the immigration judge as the result
   of your Failure to Appear at your scheduled deportation or removal hearing.
   This decision is final unless a Motion to Reopen is filed in accordance
   with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
   1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
   1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
   motion must be filed with this court:
                        IMMIGRATION COURT
                        1623 EAST J STREET, SUITE 3
                        TACOMA, WA 98421
__ Attached is a copy of the decision of the immigration judge relating to a
   Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
   1208.31(g)(1), no administrative appeal is available. However, you may file
   a petition for review within 30 days with the appropriate Circuit Court of
   Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

__ Attached is a copy of the decision of the immigration judge relating to a
   Credible Fear Review. This is a final order. No appeal is available.

 X Other: **PLEASE SEE ATTACHED ORDER OF THE IMMIGRATION JUDGE GRANTING ASYLUM.**

                                                   _____
                                                   COURT CLERK
                                                   IMMIGRATION COURT                FF

cc: ANTHONY M. CAPECE, ASSISTANT CHIEF COUNSEL
    1623 EAST J. STREET, SUITE 2
    TACOMA, WA 98421

Case 3:17-cv-02366-BAS-KSC Document 508-1 Filed 05/03/21 PageID.44612 Page 3 of 4
Case 3:17-cv-02366-BAS-KSC Document 506-1 Filed 03/01/21 PageID.44062 Page 33 of
Page 4 of 5

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
TACOMA IMMIGRATION COURT
TACOMA, WASHINGTON

In the Matter of:

A▇▇, A▇▇ N.

Respondent

File Number: A▇▇
In Removal Proceedings

Motion: Motion to Reopen

On Behalf of Respondent
Meena Pallipamu Menter
Menter Immigration Law PLLC
130 Andover Park East, Suite 300
Tukwila, Washington 98188

On Behalf of DHS
Anthony M. Capece
Immigration and Customs Enforcement
1623 East J Street, Suite 2
Tacoma, Washington 98421

### Order of the Immigration Judge

On September 24, 2019, the court granted respondent's, A▇▇ N. A▇▇'s, application for withholding of removal under Immigration and Nationality Act (INA) § 241(b)(3)(A), but denied her application for asylum because she was "metered" at the southern land border of the United States and subject to the safe third country bar under 8 C.F.R. § 1208.13(c)(4). IJ Order (Sept. 24, 2019). On May 1, 2020, respondent filed an untimely Motion to Reopen in light of the Ninth Circuit's subsequent decision in *Al Otro Lado v. Wolf*, 952 F.3d 999 (9th Cir. 2020), which declined to stay an injunction that precludes application of 8 C.F.R. § 1208.13(c)(4) to individuals who were metered and therefore prevented from entering the southern land border of the United States before July 16, 2019. *See Al Otro Lado, Inc., et al. v. McAleenan*, 17-CV-02366, 2019 WL 6134601 (S.D. Cal. Nov. 19, 2019) (granting preliminary injunctions for alien "metered" before July 16, 2019), *appeal docketed*, No. 19-56417 (9th Cir. Dec. 5,

1

2019); Resp't Mot. at 3 ("[Respondent] is now eligible for asylum under this new case law because she was metered at the U.S.-Mexico border and she is a member of the provisional certified class.") (May 1, 2020). The court denied Respondent's Motion to Reopen on May 5, 2020. IJ Order (May 5, 2020).

Based on further consideration, the court sua sponte reopens respondent's case. 8 C.F.R. §§ 1003.0(f), 1003.23(b)(1). Having satisfied the higher burden of proof for withholding of removal, it follows that respondent is entitled to asylum under INA § 208(b)(1)(B)(i). *Cf. Kamalthas v. INS*, 251 F.3d 1279, 1283 (9th Cir. 2001).

Accordingly, the following orders shall enter:

### Orders

Respondent's case is reopened sua sponte. 8 C.F.R. § 1003.23(b)(1).

Respondent's application for asylum under INA § 208 is **GRANTED**.

Date May 11, 2020

Tammy L. Fitting
Immigration Judge