# EXHIBIT F

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | **GOVERNMENT EXHIBIT 14** |
| Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1623 EAST J. STREET, SUITE 3
TACOMA, WA 98421


McHaffey & Nice, LLC
Nice, Robin Nicole
176 Federal Street
Suite 502
Boston, MA  02110

In the matter of         File                    DATE: May 26, 2020
N▇▇▇, R▇▇

\_\_ Unable to forward   No address provided.
_X_ Attached is a copy of the decision of the Immigration Judge. This decision
    is final unless an appeal is filed with the Board of Immigration Appeals
    within 30 calendar days of the date of the mailing of this written decision.
    See the enclosed forms and instructions for properly preparing your appeal.
    Your notice of appeal, attached documents, and fee or fee waiver request
    must be mailed to:    Board of Immigration Appeals
                          Office of the Clerk
                          5107 Leesburg Pike, Suite 2000
                          Falls Church, VA 22041
\_\_ Attached is a copy of the decision of the immigration judge as the result
    of your Failure to Appear at your scheduled deportation or removal hearing.
    This decision is final unless a Motion to Reopen is filed in accordance
    with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
    1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
    1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
    motion must be filed with this court:
                          IMMIGRATION COURT
                          1623 EAST J. STREET, SUITE 3
                          TACOMA, WA 98421
\_\_ Attached is a copy of the decision of the immigration judge relating to a
    Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
    1208.31(g)(1), no administrative appeal is available. However, you may file
    a petition for review within 30 days with the appropriate Circuit Court of
    Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

\_\_ Attached is a copy of the decision of the immigration judge relating to a
    Credible Fear Review. This is a final order. No appeal is available.

\_\_ Other: _____

                                        _____
                                        COURT CLERK
                                        IMMIGRATION COURT            FF

    cc: OFFICE OF THE CHIEF COUNSEL
        1623 EAST J. STREET, SUITE 2
        TACOMA, WA 98421

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
TACOMA IMMIGRATION COURT
TACOMA, WASHINGTON

In the Matter of:

N███████, R███

Respondent

File Number: ███████
In Removal Proceedings

On Behalf of Respondent
Robin N. Nice
McHaffey & Nice, LLC
176 Federal Street, Suite 502
Boston, Massachusetts 02110

On Behalf of DHS
William P. Hollerich
Immigration and Customs Enforcement
1623 East J Street, Suite 2
Tacoma, Washington 98421

### Order of the Immigration Judge

On January 28, 2020, the court granted Respondent's, R███ N███████'s, application for withholding of removal under Immigration and Nationality Act (INA) § 241(b)(3)(A), but denied his application for asylum because he was "metered" at the southern land border of the United States and subject to the safe third country bar under 8 C.F.R. § 1208.13(c)(4). IJ Order (Jan. 28, 2020). On April 27, 2020, Respondent filed a timely Motion to Reopen in light of the Ninth Circuit's subsequent decision in *Al Otro Lado v. Wolf*, 952 F.3d 999 (9th Cir. 2020), which declined to stay an injunction that precludes application of 8 C.F.R. § 1208.13(c)(4) to individuals who were metered and therefore prevented from entering the southern land border of the United States before July 16, 2019. *See Al Otro Lado, Inc., et al. v. McAleenan*, 17-CV-02366, 2019 WL 6134601 (S.D. Cal. Nov. 19, 2019) (granting preliminary injunctions for alien "metered" before July 16, 2019), *appeal docketed*, No. 19-56417 (9th Cir. Dec. 5, 2019); Resp't Mot. at 2 ("Respondent respectfully requests that his order of removal be

1

Case 3:17-cv-02366-BAS-KSC Document 506-1 Filed 05/03/21 PageID.46817 Page 4 of 4
Case 3:17-cv-02366-BAS-KSC Document 608-15 Filed 07/20/13 PageID.50294 of 4
Page 5 of 5

rescinded and that his case be reopened so that he may be granted asylum.") (Apr. 27, 2020). On May 5, 2020, the court denied Respondent's timely Motion to Reopen. IJ Order (May 5, 2020).

Upon further consideration, the court sua sponte reopens respondent's case. 8 C.F.R. § 1003.23(b)(1). Having satisfied the higher burden of proof for withholding of removal, it follows that Respondent is entitled to asylum under INA § 208(b)(1)(B)(i). *Cf. Kamalthas v. INS*, 251 F.3d 1279, 1283 (9th Cir. 2001).

Accordingly, the following orders shall enter:

## Orders

Respondent's case is reopened sua sponte. 8 C.F.R. § 1003.23(b)(1).

Respondent's application for asylum under INA § 208 is **GRANTED**.

5-20-2020
Date

Charles N. Floyd
Immigration Judge