UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PETER T. GAYNOR, Acting Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** <br><br> **(ECF No. 666)** |

Before the Court is a Motion to Withdraw Defendants' Counsel of Record Scott G. Stewart. (ECF No. 666.) Mr. Stewart will be leaving the Department of Justice on January 20, 2021, and will therefore no longer be counsel for Defendants. (Decl. of Scott G. Stewart ¶ 2, ECF No. 666-1.) All other counsel of record will continue to represent Defendants in this case. (*Id.*)

Good cause appearing, the Court **GRANTS** the Motion. Accordingly, **IT IS HEREBY ORDERED** that Scott G. Stewart is no longer counsel of record for Defendants in this matter.

**IT IS SO ORDERED.**

**DATED: January 14, 2021**

Hon. Cynthia Bashant
United States District Judge