BRIAN BOYNTON
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID PEKOSKE[1], Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> **JOINT MOTION TO WITHDRAW DEFENDANTS' MOTION TO STAY ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION PENDING APPEAL (ECF No. 637)** |

---

[1] Acting Secretary Pekoske is automatically substituted as Defendant for former Acting Secretary Wolf under Federal Rule of Civil Procedure 25(d).

1   The parties, through counsel, hereby jointly request that the Court permit Defendants to withdraw their pending "Motion to Stay Order Granting Plaintiffs' Motion for Clarification of Preliminary Injunction Pending Appeal" (ECF No. 637) (the Stay Motion). In support of this request, the parties state as follows.

On December 2, 2020, Defendants noticed their appeal from the Court's October 30, 2020 Order Granting Plaintiffs' Motion for Clarification. *See* ECF No. 634. That same day, Defendants also moved this Court for a stay of that Order and requested an expedited briefing schedule. *See* ECF Nos. 637, 638. On December 7, 2020, the Court denied the expedited briefing schedule and set the hearing on the Stay Motion for February 8, 2021. *See* ECF No. 641.

On December 11, 2020, the government filed in the United States Court of Appeals for the Ninth Circuit an emergency motion for an administrative stay and for a stay of the October 30 Order pending appeal. *See Al Otro Lado v. Wolf*, No. 20-56287, Docket Entry 7-1 (9th Cir. Dec. 11, 2020). On January 14, 2021, the Ninth Circuit issued an order denying the government's request for a stay pending appeal. *See* ECF No. 668.

In light of the Ninth Circuit's denial of the government's stay request, Defendants seek to withdraw the request for parallel relief made to this Court, to save resources of the parties and the Court. In so doing, Defendants do not waive their arguments in support of the Stay Motion or their right to renew their request for stay relief should circumstances change.

Based on the foregoing, the parties request that the Court allow Defendants to withdraw the Stay Motion.

//
//

| | | |
|---|---|---|
| 1 | Dated: January 22, 2021 | Respectfully Submitted, |
| 2 | | |
| 3 | | BRIAN BOYNTON<br>Acting Assistant Attorney General, |
| 4 | | Civil Division |
| 5 | | WILLIAM C. PEACHEY |
| 6 | | Director, Office of Immigration Litigation –<br>District Court Section |
| 7 | | |
| 8 | | */s/ Katherine J. Shinners*<br>KATHERINE J. SHINNERS |
| 9 | | Senior Litigation Counsel |
| 10 | | U.S. Department of Justice<br>Civil Division |
| 11 | | Office of Immigration Litigation |
| 12 | | District Court Section<br>P.O. Box 868, Ben Franklin Station |
| 13 | | Washington, D.C. 20044 |
| 14 | | Tel: (202) 598-8259 | Fax: (202) 305-7000 |
| 15 | | katherine.j.shinners@usdoj.gov |
| 16 | | ALEXANDER J. HALASKA |
| 17 | | DHRUMAN Y. SAMPAT<br>Trial Attorneys |
| 18 | | |
| 19 | | *Counsel for Defendants* |
| 20 | | |
| 21 | Dated: January 22, 2021 | MAYER BROWN LLP |
| 22 | | Matthew H. Marmolejo |
| 23 | | Ori Lev |
| 24 | | SOUTHERN POVERTY LAW CENTER |
| 25 | | Melissa Crow |
| 26 | | Sarah Rich |
| 27 | | Rebecca Cassler |
| 28 | | CENTER FOR CONSTITUTIONAL |

RIGHTS
   Baher Azmy
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters


By: */s/ Rebecca Cassler*
    Rebecca Cassler
*Attorneys for Plaintiffs*