# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>                                  Plaintiffs,<br><br>v.<br><br>DAVID PEKOSKE, Acting Secretary of Homeland Security, *et al.*,<br><br>                                  Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW DEFENDANTS' MOTION TO STAY**<br><br>**(ECF No. 672)** |

On December 2, 2020, Defendants appealed this Court's Order Granting Plaintiffs' Motion for Clarification and moved this Court for a stay of that Order. (ECF Nos. 637, 638.) On January 14, 2021, the Ninth Circuit denied Defendants' concurrent request for a stay pending appeal in that forum. (*See* ECF No. 668.)

In light of this, the parties now jointly move to withdraw Defendants' Motion for Stay Pending Appeal before this Court. (ECF No. 672.) The Court **GRANTS** the joint motion and **ORDERS** that Defendants' Motion to Stay the Order Granting Plaintiffs' Motion for Clarification of Preliminary Injunction Pending Appeal (ECF No. 637) is **WITHDRAWN**.

       **IT IS SO ORDERED.**

**DATED: January 25, 2021**

                                                               Hon. Cynthia Bashant<br>
                                                               United States District Judge