BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation – District Court Section
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID PEKOSKE, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants*. | Case No. 3:17-cv-02366-BAS-KSC<br><br>**DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF DEFENDANTS' RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL EXHIBITS TO AND A PORTION OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO ENFORCE PRELIMINARY INJUNCTION** |

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Pekoske*, No. 3:17-cv-02366-BAS-KSC, pending in the U.S. District Court for the Southern District of California.

2. Attached hereto as Exhibit A is a true and correct copy of the April 28, 2020 Declaration of Eric Moncayo.

3. Attached hereto as Exhibit B is a true and correct copy of the April 27, 2020 Declaration of Aaron Heitke.

4. Attached hereto as Exhibit C is a true and correct copy of the November 30, 2020 Declaration of Joseph Draganac.

5. Attached hereto as Exhibit D is a true and correct copy of the September 4, 2020 Declaration of Vernon Foret.

6. Attached hereto as Exhibit E is a true and correct copy of the February 11, 2020, Declaration of John Buckley.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on February 1, 2021, in Washington, D.C.

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS