**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, *et al.*,<br><br>                                    Petitioners,<br><br>   v.<br><br>DAVID PEKOSKE, Acting Secretary of Homeland Security, *et al.*,<br><br>                                    Respondents. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION**<br><br>**(ECF No. 674)** |

On January 18, 2021, the Court issued a Temporary Restraining Order ("TRO") regarding the application of a new immigration regulation, to be promulgated on January 19, 2021, on the underlying certified class in this case.  (ECF No. 671.)  The Court set a hearing on the TRO for February 3, 2021.  (*Id.*)  The parties now jointly move to convert the TRO to a preliminary injunction and vacate the hearing.  (ECF No. 674.)  Defendants represent that they do not intend to make any arguments in addition to those made in their opposition briefing to Plaintiff's Motion for a TRO.  (*Id.*)

Good cause appearing, the Court **GRANTS** the joint motion, **CONVERTS** the January 18, 2021 TRO to a Preliminary Injunction, and **VACATES** the telephonic hearing scheduled for February 3, 2021.

   **IT IS SO ORDERED.**


**DATED: February 1, 2021**

Hon. Cynthia Bashant
United States District Judge

- 1 -