BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT(NJ 270892018)
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ALEJANDRO MAYORKAS,  Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>    *Defendants* | Case No. 3:17-cv-02366-BAS-KSC<br><br>Hon. Karen S. Crawford<br><br>**CORRECTED JOINT MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF JOINT MOTION REGARDING SPOLIATION DISPUTE** |

**INTRODUCTION**

The Parties hereby submit this corrected motion to seal portions of the Joint Motion Concerning Spoliation Sanctions ("Joint Motion," ECF No. 549). The original motion to seal was filed on September 11, 2020 (ECF No. 547). Specifically, Defendants withdraw requests to seal information that was redacted in the publicly filed version of the Joint Motion at pages 5 & n. 4, 12, 13 (first redaction), and 22 n.12, based on subsequent public disclosure of that information.[1] The parties maintain their request to seal the information addressed below.

I.    **DEFENDANTS' ARGUMENT**

a.    Plaintiffs' Exhibit 1 and Portions of the Joint Motion Discussing Exhibit 1 Should be Sealed

Plaintiffs' Exhibit 1 to the Joint Motion is a litigation hold notice distributed in this case, and discussions or quotes therefrom because it is protected by attorney-client privilege and the work-product doctrine. "Attorney-client communications are the type of privileged materials that have 'traditionally been kept secret for important policy reasons." *Am. Claims Mgmt., Inc. v. Allied World Surplus Lines Ins. Co.*, 2020 WL 3078397, at *2 (S.D. Cal. June 9, 2020) (quoting *Lambright v. Ryan*, 698 F.3d 808, 820 (9th Cir. 2012)). "Thus, attorney-client communications do not require 'compelling reasons' nor a 'particularized showing of good cause' before such materials are filed with the court under seal." *Moreno v. SFX Entm't*, 2015 WL 12683794, at *2 (C.D. Cal. Aug. 28, 2015) (quoting *Lambright*, 698 F.3d at 820).

---

[1] This information cited and characterized evidence discussed at pages 13 and 14 of Plaintiffs' Memorandum in Support of their Motion for Summary Judgment (ECF No. 535-1). This Memorandum was cited in the Joint Motion as "Dkt. 533" or "Dkt. 533-1," rather than Dkt. 535-1.

1

The Court has already determined that the document is protected by the attorney-client privilege, see ECF No. 506 at 4, which justifies sealing the exhibit. The litigation hold notice also constitutes work product of attorneys reflecting their views on materials relevant to the case. *See* ECF No. 506 at 4. As this Court has previously held, privileged documents should be sealed from public disclosure. ECF No. 446 at 8 (holding that that portions of a discovery dispute that either discussed or quoted from documents protected by the deliberative process privilege warranted sealing). Although the Court ordered Defendants to produce Exhibit 1, with some redactions, to Plaintiffs for the purposes of the underlying Joint Motion, broader public disclosure is not necessary and would result in waiver of the privilege as well as work product protection for other purposes beyond this lawsuit.

Accordingly, the Court should seal Exhibit 1, citations to that Exhibit, and discussions of the substance of that Exhibit.

### b. The Court Should Seal Discussions about the San Ysidro Processing Plan

The Joint Motion's references to and discussions of the San Ysidro Processing Plan at page 13 (second redaction, referencing page 16 of Plaintiffs' Memorandum in Support of their Motion for Summary Judgment) should be sealed. This is because both this Court and Judge Bashant have ruled that this information is protected by the deliberative process privilege and found good cause for sealing. *See* ECF No. 543 at 7 (approving sealing descriptions of the same emails relating to the San Ysidro Processing Plan as are referenced at page 13).

### c. The Court Should Seal the Excerpt of Todd Owen's Deposition

The Court should seal portions of Defendants' Exhibit D, one page from Todd Owen's deposition transcript. The District Court has already approved the filing of those portions of Exhibit D under seal. *See* ECF No. 510 at 5-6 and App'x B (approving redactions to lines 8-18 on page 40). The reasons for sealing apply here.

2

1    Accordingly, the Court should seal portions of Exhibit D.

2    **II.    PLAINTIFFS' ARGUMENT**

3    Plaintiffs do not oppose sealing the above-referenced information.

Dated: February 16, 2021                    Respectfully submitted,

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CEN-TER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters


By: _/s/ Stephen M. Medlock_
    Stephen M. Medlock

*Attorneys for Plaintiffs*

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

3

JOINT MOT. TO SEAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_s/ Katherine J. Shinners_
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259| Fax: (202) 305-7000
Katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

_Counsel for Defendants_

4

**<u>CERTIFICATE OF SERVICE</u>**

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: February 16, 2021

> *s/ Katherine J. Shinners*
> KATHERINE J. SHINNERS
> Senior Litigation Counsel
> U.S. Department of Justice
> Civil Division
>
> *Counsel for Defendants*

5

JOINT MOT. TO SEAL