MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO SEAL EXHIBITS IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION** |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

## DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration in support of the Plaintiffs' Unopposed Motion to Seal Exhibits in Support of Plaintiffs' Expedited Motion for Discovery Concerning Compliance with Preliminary Injunction ("Motion for Discovery").

3. Plaintiffs seek to seal limited portions of three exhibits in support of the Motion for Discovery. The exhibits are Declarations from Rebecca M. Cassler (Exhibit 1), Katrina Huber (Exhibit 2), and Cindy Escoto (Exhibit 3), which Plaintiffs seek to seal as follows:

   a. The potential Preliminary Injunction Class Members' names, found in full in paragraphs 5, 14 and 25 of Exhibit 1,[2] paragraphs 6, 7, 8, and 9 of Exhibit 2; and paragraph 2 of Exhibit 3;

   b. The potential Preliminary Injunction Class Members' Alien Registration Numbers ("A-Number"), in paragraphs 5, 14 and 25 of Exhibit 1 and paragraphs 6, 7, 8, and 9 of Exhibit 2; and

   c. Details about various potential Preliminary Injunction Class Members' immigration cases, shared with Plaintiffs' Counsel by Defendants' Counsel and subject to the existing Protective Order, *see* Dkt 276, and found in paragraphs 22-23, 27, 29-33, and 38-39 of Exhibit 1.

4. As described in the accompanying motion to seal, Plaintiffs seek to seal these portions of the relevant exhibits because filing them on the public docket

---

[2] "Exhibit" refers to Exhibits to the Declaration of Stephen M. Medlock in Support of the Motion for Discovery.

would reveal identifying information of class members who are at risk of harm should they be identified.

     5.     The parties have conferred regarding the motion. Defendants do not oppose the motion to seal.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 16th day of February 2021 at Washington, D.C.

*/s/ Stephen M. Medlock*
Stephen M. Medlock

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK