MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 2 TO DECLARATION OF STEPHEN M. MEDLOCK** |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **DECLARATION OF KATRINA HUBER IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF KATRINA HUBER]

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF KATRINA HUBER

I, Katrina Huber, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a Project Coordinator with the Southeast Immigrant Freedom Initiative of the Southern Poverty Law Center. I am based in New Orleans, Louisiana, and provide legal assistance to noncitizens detained at various facilities throughout the state.

2. I make this declaration in support of the Plaintiffs' expedited motion for discovery concerning compliance with preliminary injunction.

3. I am a member of a WhatsApp group with 63 participants including lawyers, advocates, volunteers, and family members of individuals in immigration detention. The purpose of the group is to share information relating to African immigrants in immigration detention, and in particular to track and coordinate around deportation flights to Cameroon and other African countries. In late January and early February, members of this group have been sharing frequent updates regarding a deportation flight to Cameroon purportedly scheduled for February 3, 2021.

4. At 4:18 pm on Monday, February 1, 2021, I sent a message to this group. The message stated that in certain situations, if class members in the *Al Otro Lado* case are facing imminent deportation, the lawyers for the plaintiffs in the case might be able to advocate on their behalf to try to help them remain in the United States to pursue their cases. I explained that to qualify, individuals must have been metered at the United States/Mexico border prior to July 16, 2019; must have entered the United States across the United States/Mexico border after July 16, 2019; and must have been found ineligible for asylum at least in part because of the transit ban. I asked members of this group to contact me via WhatsApp message or email if they were in touch with anyone who they believed to fit this description.

5. In response to my message, I received a number of WhatsApp messages

1  and emails from lawyers, advocates, volunteers, and family members, providing me
2  with names and A numbers for a total of 9 individuals identified by these advocates
3  as potential class members.

4      6.    For three of these individuals (▇▇▇▇ ("NF"), A▇▇▇▇,
5  ▇▇▇▇ ("GN"), A▇▇▇▇, and ▇▇▇▇ ("NC"),
6  A▇▇▇▇), I spoke directly with their attorneys on February 1, 2021. These
7  attorneys were able to confirm the dates on which their clients had been metered at
8  the southern border and the dates on which they entered the United States at ports of
9  entry. The attorney for GN confirmed that the immigration judge had applied the
10 transit rule when denying his client asylum.

11      7.    I contacted the attorney for an additional two of these individuals (▇▇
12 ▇▇▇▇ ("JM"), ▇▇▇▇ and ▇▇▇▇ ("AS"), A▇
13 ▇▇▇▇) over email on the afternoon of February 1, 2021 and, upon receiving no
14 response, by phone in the afternoon of February 2, 2021. When I reached the
15 attorney, he was driving and was unable to provide confirmation of the dates in
16 question. He told me that he would follow up with me when he reached his
17 destination later in the evening. He never followed up with me.

18      8.    The final four individuals referred to me (▇▇▇▇ ("MC"), A▇
19 ▇▇▇▇, ▇▇▇▇, ("FL"), A▇▇▇▇, ▇▇
20 ▇▇▇▇, ("LW"), A▇▇▇▇, and ▇▇▇▇ ("BC"), A▇▇▇▇)
21 were referred by family members or organizers in the Cameroonian community. I
22 was unable to reach any of their lawyers. For FL and LW, a volunteer advocate
23 familiar with their legal cases was able to confirm the dates on which they entered
24 the United States. The volunteer advocate told me that FL and LW entered through
25 ports of entry after July 16, 2019. I was unable to confirm dates of entry for BC or
26 MC. I sent two messages to the community organizer who had referred these
27 individuals to me but did not receive a response. I was not able to confirm the dates
28 on which any of these four individuals were metered or whether they were deemed

ineligible for asylum due to the transit rule.

9. On the evening of February 2, 2021, I passed on to Plaintiffs' counsel in *Al Otro Lado* one additional potential class member name received from an advocate in response to my Whatsapp message (███████ ("LA"), A███████). On the morning of February 3, 2021, I passed on yet another potential class member name received from an attorney in response to my WhatsApp message (███████ ("KP"), A███████).

10. It is my understanding that on February 2 and 3, 2021, all of the individuals in question were being held in the Alexandria Staging Facility in Alexandria, Louisiana, awaiting deportation. It is impossible to schedule legal calls with individuals in this facility, or to visit this facility in person. Therefore, between the time these nine individuals were referred to me and the time that the flight was scheduled to take off, I was not able to speak directly with any of them.

11. On the afternoon of February 3, 2021, I learned that the flight scheduled to depart that day had been cancelled. It is my understanding that afterthat, those individuals who had been moved to Alexandria in preparation for the flight were then transferred to other detention facilities, and some have since been released.

12. On the morning of February 10, 2021, I received a call from the New Orleans Asylum Office. The caller, an Asylum Officer ("AO"), told me that he was conducting an interview with a potential *Al Otro Lado* class member who had requested that I be present for the interview. It turned out that the person being interviewed was JM, one of the individuals previously identified to me as a potential class member scheduled for removal on the February 3 flight. I agreed and the interview followed immediately thereafter.

13. ███████

1 █████████████████████████████████████████████████
2 █████████████████████████████████████████████████
3 █████████████████████████████████████████████████
4 █████████████████████████████████████████████████
5 █████████████████████████████████████████████████
6 █████████████████████████████████████████████████
7 █████████████████████████████████████████████████
8 █████████████████████████████████████████████████
9 █████████████████████████████████████████████████
10 █████████████████████████████████████████████████
11 ██████████████████████████████.

12     I declare under penalty of perjury under the laws of the United States of
13 America that the preceding declaration is true and correct.
14     Executed on this 15th day of February, 2021 at New Orleans, Louisiana.
15
16     */s/ Katrina Huber*
17     Katrina Huber