MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Alejandro Mayorkas,[1] *et al.*,

Defendants.

Case No.: 17-cv-02366-BAS-KSC

**EXHIBIT 3 TO DECLARATION OF STEPHEN M. MEDLOCK**

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).


CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Alejandro Mayorkas,[1] *et al.*,

Defendants.

Case No.: 17-cv-02366-BAS-KSC

**DECLARATION OF CINDY ESCOTO**

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF CINDY ESCOTO

I, Cindy Escoto, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an outreach paralegal at the Southern Poverty Law Center.

2. Since January 27, 2021, I have been attempting to get in touch with Buffalo Service Processing Center (referred to as "Batavia") to learn the process for scheduling a legal call with a person detained there. My goal is to schedule a legal call with a potential PI class member in the *Al Otro Lado* litigation, named [REDACTED] ("SC"), who is detained at Batavia. The purpose of the call would be to discuss SC signing a privacy waiver giving Plaintiffs' counsel access to information about his case.

3. To schedule the legal call, I went to ICE's website, which shows information about Batavia. The website states: "If you need information about a detainee that is housed at this facility, you may call (585) 344-6500 between the hours of 8 a.m. and 4 p.m." The website also states that individuals detained at Batavia "cannot receive incoming calls" but "[i]f you need to get in touch with a detainee to leave an urgent message, you must call (585) 344-6500," and a message can be left to be provided to a detained person. The website also states that "[l]egal representatives of detainees are authorized to visit their clients" Mondays through Sundays 8 a.m. to 4 p.m., and that "[v]isits outside these hours should be made by calling the facility." The website states that "[t]he ICE Supervisory Deportation Officer for this facility can be reached at" the same phone number ((585) 344-6500). Other than this phone number, there is no other phone number listed to call Batavia. The website does not explain how to set up legal phone calls or virtual legal visits. An image of that website saved on February 11, 2021 is attached as Exhibit A to this declaration.

4. Over the course of two weeks, I have called Batavia five times. Each time I called, nobody answered the phone. I made these calls on January 27, and

February 1, 2, 8, and 11, 2021. I left four messages asking for a return call to explain how I can set up a legal call. I left these messages on January 27, and February 1, 8 and 11, 2021. As of February 12, 2021, I have not received a call back.

5. Upon calling Batavia during business hours, I am directed to a longwinded voicemail greeting message that directs callers to push number options or alternative phone numbers for various immigration matters. There is not an option to speak to a live operator.

6. The voicemail greeting message states: "Detainees are given a handbook when they arrive at the facility. Many of your questions can be answered by the detainee, such as visiting hours and mailing procedures. To leave a brief message for a detainee press 1 and the pound sign." This is the only option that gives a caller the ability to leave a voice message. After pushing the 1# option, I am directed to a robo voice that states "the main line mailbox is full," after which the call is routed to an unknown mailbox. Without knowing how else to get through to Batavia, I have left messages in this unknown mailbox, although I do not know whether anyone checks these messages.

7. I have reviewed ICE's website to try to find other information about how to set up a legal call at Batavia. There is no information about how to set up a legal call at Batavia, nor can I find on ICE's website the handbook that the Batavia voicemail greeting message mentions.

I declare under penalty of perjury under the laws of the United States of America that the preceding declaration is true and correct.

Executed on this 12th day of February, 2021 at Fillmore, California.

*/s/ Cindy Escoto*

Cindy Escoto

MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT A TO DECLARATION OF CINDY ESCOTO** |

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

An official website of the United States government



**The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.



**The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

View the latest ICE guidance on COVID-19




**Call 1-866-DHS-2-ICE**
Report Crime

ICE DETAIN DETENTION FACILITIES

# Buffalo (Batavia) Service Processing Center Buffalo Field Office

## Contacting a Detainee

If you need information about a detainee that is housed at this facility, you may call (585) 344-6500 between the hours of 8 a.m. and 4 p.m. When you call, please have the individual's biographical information ready, including first, last and hyphenated names, any aliases he or she may use, date of birth and country of birth.

Detainees cannot receive incoming calls. If you need to get in touch with a detainee to leave an urgent message, you must call (585) 344-6500 and leave the detainee's full name, alien registration number and your name and telephone number where you can be reached. The detainee will be given your message

## Legal & Case Information

### Immigration Court

For information about a matter before the immigration court, you may call 1-800-898-7180 to speak with them directly. Applications for relief from removal and other applications requested by the immigration judge must be filed directly with the immigration court.

### Board of Immigration Appeals (BIA)

For information about a matter before the Board of Immigration Appeals (BIA), you may call (703) 605-1007 where you can obtain automated information or speak with a live representative during office hours.

Nationwide pro bono representatives listing →

### To Post a Delivery Bond

Delivery bonds are posted when a person has been taken into ICE custody and placed into removal proceedings while in the United States. The person posting the bond must show proof of identity (valid Government-issued photo identification, passport, military ID, LPR card, driver's license, etc.). This person (the obligor) is responsible for ensuring that the alien

presents them self before an officer or representative of this agency whenever a request is made.

Bonds for aliens detained by ICE may be posted at ICE ERO bond acceptance offices nationwide, Monday through Friday (except public holidays) between the hours of **9 a.m. and 3 p.m., local time**. For a list of ICE ERO bond acceptance offices nearest you or for bond information, click **here**. You must have the last name of the detainee and alien registration number before calling. Acceptable forms of payment to post a bond are money orders, cashier's checks or certified checks. For all bonds **$10,000 and over, the only accepted method of payment is a single cashier or certified check.** Payments must be made payable to "**U.S. Department of Homeland Security**" or "**Immigration and Customs Enforcement**."

## Hours of Visitation

### Friends and Family Visits

| DAY | VISITATION TIME |
|---|---|
| **Mondays — Fridays** | 9 a.m. – 11 a.m.<br>1 p.m. – 3 p.m<br>6 p.m. – 8 p.m. |
| **Saturdays & Sundays** | 9 a.m. – 11 a.m.<br>1 p.m. – 3 p.m. |

- To ensure adequate time to process visitors through security, all visitors must be checked in by 10:30 a.m., 2:30 p.m., and 7:30 p.m. respectively.
- Visitors must present a valid verifiable government-issued identification card to enter the facility.
- Visits shall not exceed 1 hour.
- Minors who are visiting the facility must be accompanied by an adult guardian (18 years or older). Minors must not be left unaccompanied in the waiting room, visiting room or any other area.
- Adult visitors must present a valid, verifiable government-issued identification card to enter the facility.

### Attorney Visits

Legal representatives of detainees are authorized to visit their clients during the following hours:
Mondays through Sundays: 8 a.m. - 4 p.m. Visits outside these hours should be made by calling the facility.

A list of pro bono (free) legal organizations will be posted in all detainee housing units and other appropriate areas. This list shall be updated quarterly. If a detainee wishes to see a representative or paralegal from that organization, it is the detainee's responsibility to contact them for an appointment.

### Consular Visits

Consular officials may meet with their detained nationals at any time. It is requested that prior arrangements be made with the ICE Supervisory Deportation Officer to the extent possible, and that consular officials bring appropriate credentials when they come to the facility. The ICE Supervisory Deportation Officer for this facility can be reached at (585) 344-6500

### Clergy Visits

Clergy may visit detainees at any time, but must make prior arrangements with the Chaplain's Office.

### Visiting Restrictions

- All family or other social visits are Non-contact.
- No firearms or weapons of any kind are permitted in the facility.

- If visitors are or appear to be intoxicated, visitation will not be allowed.
- All visitors are subject to search while in the facility.
- Visitors are not allowed to pass or attempt to pass any items to detainees.
- Visitors are not allowed to carry any items into the visitation area.

### Search Procedures (prior to or during all visitations)

All individuals requesting admittance to the facility or the visitation area are subject to a pat-down search of their person, an inspection of their belongings, and a metal scan search. Individuals refusing to cooperate with a reasonable search will not be admitted. No firearms or weapons of any kind are permitted. No electronic devices (cell phones, pagers, radios, etc.) are permitted in the secure areas of this facility.

## Sending Items to Detainees

Letters sent to detainees must include the last four digits of the detainee's A-number (File Number), plus the sender's name and address. To enhance the safety of the facility, all incoming mail is subject to screening for contraband. The mail is not read upon opening, only inspected by the delivering officer. Detainees may send mail from the facility. Detainees may seal their outgoing letters and place them in the provided receptacle. All incoming mail will be delivered to the detainee, and outgoing mail will be routed to the proper postal office within 24 hours of receipt by facility staff. A mail pick-up and delivery schedule is posted in all housing units.

Detainees are allowed to purchase stamps for use. Generally, there is no limit to the amount of correspondence detainees may send at their own expense. Indigent detainees (those who have no means of financial support and no funds in their facility account) will be provided postage allowance at government expense.

When detainees depart the facility or are transferred to another facility, only their legal mail will be forwarded to them. General correspondence will be endorsed "Return to Sender" and returned to the post office.

If detainees receive funds in the mail, they will be taken to the processing area for the money to be placed into their account. The processing officer will provide a receipt for all funds received. Detainees are cautioned not to have cash sent to them in the mail.

A detainee may receive items that are determined to be of necessity for the sole purpose of travel or release from agency custody with approval of the ICE Deportation Officer.

Before sending packages to detainees, contact the Deportation Officer at the facility at:

Buffalo Federal Detention Facility
4250 Federal Drive Batavia, NY 14020

Note that detainees being removed from the United States are allowed one small piece of luggage. If a detainee does not have such baggage, such luggage can be sent/delivered after receiving approval from Supervisory Deportation Officer. Please be advised that for security reasons, no electronic devices (cell phones, electric razors, laptop computers, radios, etc.) will be accepted.

## SAAPI

U.S. Immigration and Customs Enforcement (ICE) has a zero-tolerance policy for all forms of sexual abuse or assault. ICE maintains a Sexual Abuse and Assault Prevention and Intervention (SAAPI) Program that ensures effective procedures for preventing, reporting, responding to, investigating, and tracking incidents or allegations of sexual abuse or assault against individuals in ICE detention. ICE is committed to safety and security in all its detention and holding facilities.

ICE provides detainees and their attorneys, family, friends, and associates multiple ways to report sexual abuse, retaliation for reporting sexual abuse, or staff neglect or violations of responsibilities that may have contributed to such incidents. Third parties not connected to a detainee can also report these allegations. Reports are confidential and may be made anonymously, both verbally and in writing.

The following link provides information regarding how to report detainee sexual abuse, SAAPI related ICE regulation and policies, DHS PREA facility audits, and SAAPI statistics.

ICE/PREA

## Press & Media

The Facility has a responsibility to protect the privacy and other rights of detainees and members of the staff. Therefore, interviews will be regulated to ensure the orderly and safe operation of the Facility. Ordinarily, live television or radio interviews will not be permitted in the facility. For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs (OPA) at (202) 732-4242 or email ICEMedia@ice.dhs.gov.

### Personal Interviews

A news media representative who desires to conduct an interview with a detainee must apply in writing to the Atlanta Field Office, Office of Enforcement and Removal Operations, indicating familiarity with and agreement to comply with the rules and regulations of the facility as provided to that person by staff.

### Detainee Consent

A detainee has the right not to be interviewed, photographed, or recorded by the media. Before interviewing, photographing, or recording the voice of a detainee, a visiting representative of the media must obtain written permission from that individual.

## FOIA

All FOIA and Privacy Act requests must be submitted on form G-639 (Freedom of Information / Privacy Act Request) or in letter format. All requests must contain the original, notarized signature of the subject in question. Please complete the form G-639 thoroughly and if writing a letter, be sure to include the full name, any other names used, date of birth, place of birth, A-number of the alien you are seeking information about, as well as your full name, address, and telephone number, so that we may contact you if we have any questions.

Mail your FOIA or Privacy Act request to:

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
800 North Capitol Street, NW, Room 585
Washington, D.C. 20536
Phone – 1 (866) 633-1182
Email – ICE-FOIA@dhs.gov

## Feedback or Complaints

We strive to provide quality service to people in our custody, their family, friends, and to their official representatives. If you believe that we have not lived up to this commitment, we would like to know. If we have met or exceeded your expectations, please let us know that as well. To comment on the services provided at this office, please write to:

Field Office Director, Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
130 Delaware Avenue Buffalo, New York 14202

If you feel that an ICE employee or contract services employee mistreated you and wish to make a complaint of misconduct, you may:

Contact the Field Office Director at:
Field Office Director, Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
130 Delaware Avenue Buffalo, New York (716) 843 7600

Write the Office of Professional Responsibility:

Director, Office of Professional Responsibility
U.S. Immigration and Customs Enforcement
P.O. Box 14475
Pennsylvania Ave, NW
Washington, D.C. 20044

Contact the Joint Intake Center:

Phone Number: 1-877-2INTAKE
Email: Joint.Intake@dhs.gov

You may also contact the Department of Homeland Security, Office of Inspector General:

DHS Office of Inspector General
Attn: Office of Investigations - Hotline
245 Murray Drive, Building 410 Stop: 2600
Washington, DC 20528
Call: 1-800-323-8603
Fax: 202-254-4292
DHSOIGHOTLINE@DHS.GOV

Updated: 01/07/2021

## ADDRESS

4250 Federal Drive
Batavia, NY 14020
United States

See Map

## CONTACT INFORMATION

Facility Main Phone: (585) 344-6500

Field Office Main Phone: (716) 843-7600

## ACCESS INFORMATION

Parking: Free parking is available on-site.

Accessibility for Individuals with Special Needs: The facility does not discriminate based on disability and provides detainees with disability-related accommodations, as needed, to access its programs and activities.

CONNECT WITH #ICE INFORMATION PARTNERS

- Facebook
- Twitter
- YouTube
- Instagram
- Flickr
- LinkedIn
- RSS

LIBRARY

- Detention Policies
- Facility Inspections
- Fact Sheets
- Federal Register Notices
- Forms
- Freedom of Information Act
- Legal Notices
- Metrics
- Speeches & Testimonies
- Statements
- Statistics

- DHS
- USCIS
- TSA
- FEMA
- USSS
- CISA
- CBP
- USCG
- FLETC

---

Accessibility Accountability Archive Data Intellectual Property Policy
No Fear Act OIG Privacy Policies Site Map Site Policies & Plugins
Web Content Inventory