MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 750
Washington, DC 20036
Telephone:  +1.202.355.4471
Facsimile:  +1.404.221.5857

*Attorneys for Plaintiffs*
*Additional counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN THE BRIEFING SCHEDULE FOR THEIR EXPEDITED MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION** <br><br> ***Declaration of Stephen M. Medlock Filed Concurrently*** |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

1

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  +1.212.614.6464
Facsimile:  +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone:  +1.202.507.7523
Facsimile:  +1.202.742.5619

## EX PARTE APPLICATION

PLEASE TAKE NOTICE that, pursuant to Section 7.1(e)(5) of the Local Rules, Plaintiffs, by and through undersigned counsel, hereby apply to this Court for an order shortening the time for briefing and hearing of Plaintiffs' Expedited Motion for Discovery Concerning Compliance with Preliminary Injunction (the "Motion").

As explained in more detail in the Motion, a shortened briefing schedule (and expedited oral argument, should the Court desire such argument) is necessary because members of the class certified by the Court on November 19, 2019 ("PI class members"), *see* Dkt. 330, could imminently be denied meaningful access to the U.S. asylum system because the government has not taken sufficient steps to comply with this Court's November 19, 2019 preliminary injunction and October 30, 2020 order clarifying the scope of the preliminary injunction. In particular, 15 individuals that may be members of the preliminary injunction class are slated for removal as soon as the temporary stays of removal granted to them on or around February 2, 2021 are lifted.

Therefore, Plaintiffs respectfully request that, in light of the above, the shortened briefing schedule be as follows:

- Defendants' opposition to the Motion shall be due on or before **February 23, 2021.**
- Plaintiffs' reply brief in support of the Motion shall be due on or before **February 26, 2021.**

On February 16, 2021, Plaintiffs met-and-conferred by phone with Defendants regarding this *ex parte* application. Defendants oppose this application.

.

Dated: February 16, 2021

MAYER BROWN LLP
   Ori Lev
   Matthew H. Marmolejo
   Stephen S. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters

By: */s/   Stephen M. Medlock*
     Stephen M. Medlock

*Attorneys for Plaintiffs*

---

2

PLAINTIFFS' EX PARTE APPLICATION FOR SHORTENED BRIEFING SCHEDULE

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated:  February 16, 2021                    MAYER BROWN LLP

                                             By */s/ Stephen M. Medlock*