MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **DECLARATION OF STEPHEN M. MEDLOCK CONCERNING PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO SHORTEN THE BRIEFING SCHEDULE FOR THEIR EXPEDITED MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION** |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

## **DECLARTION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP, a member of the Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead counsel for the Plaintiffs in this case.

2. Pursuant to Civ. L. R. 83.3(g), I make this declaration in support of Plaintiffs' *Ex Parte* Application to Shorten the Briefing Schedule for Plaintiffs' Expedited Motion for Discovery Concerning Compliance with Preliminary Injunction (the "Motion").

3. Plaintiffs' propose that Defendants' opposition shall be due on February 23, 2021 and Plaintiffs' reply will be due on February 23, 2021. Plaintiffs' proposal gives Defendants' a week to file an opposition, Plaintiffs three days to file a reply. The timing of this briefing schedule is condensed, but that is what is required to ensure that the parties can commence discovery prior to members of the preliminary injunction class being removed from the United States in error.

4. On February 16, 2020, I conferred with counsel for Defendants regarding the accompanying *ex parte* application. I understand that Defendants' oppose this application.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 16th day of February 2021 at Washington, D.C.


By: */s/ Stephen M. Medlock*
      Stephen M. Medlock

*Attorney for Plaintiffs*