SARAH HARRINGTON
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' RESPONSE TO PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING ASYLUM INFORMATION OF POTENTIAL PRELIMINARY-INJUNCTION CLASS MEMBERS** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities,* | |
| *Defendants*. | |

---

* Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mayorkas is automatically substituted as a Defendant for former Acting Secretary Wolf.

# RESPONSE TO *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY

Pursuant to this Court's Standing Order for Civil Case, § 6, Defendants hereby respond to Plaintiffs' *Ex Parte* Application for Leave to File a Sur-Reply in Further Opposition to Defendants' Motion for Protective Order Concerning Asylum Information of Potential Preliminary-Injunction Class Members (App.) (ECF No. 684). Defendants do not oppose the *Ex Parte* Application, provided that Defendants are permitted a brief response to the proposed sur-reply of no more than three (3) pages to address the new facts submitted therein.[1]

//

---

[1] Plaintiffs contend that when the government noted in its reply brief that Plaintiffs "do not provide concrete examples of why the proposed protective order's terms are an actual hindrance to assisting class members," the government was "setting forth" an argument "for the first time in [its] reply." App., at 1 n.2. That is not correct. The government "merely noted" that Plaintiffs "failed to raise the issue" in their opposition brief, which "does not constitute raising the issue" for the first time in reply. *Eberle v. City of Anaheim*, 901 F.2d 814, 818 (9th Cir. 1990).

| | |
|---|---|
| 1   DATED: February 22, 2021 | Respectfully submitted, |
| 2 | |
| 3 | SARAH HARRINGTON<br>Deputy Assistant Attorney General |
| 4 | |
| 5 | WILLIAM C. PEACHEY<br>Director |
| 6 | |
| 7 | KATHERINE J. SHINNERS<br>Senior Litigation Counsel |
| 8 | */s/ Alexander J. Halaska* |
| 9 | ALEXANDER J. HALASKA<br>Trial Attorney |
| 10 | United States Department of Justice |
| 11 | Civil Division<br>Office of Immigration Litigation |
| 12 | District Court Section |
| 13 | P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 |
| 14 | Tel: (202) 307-8704 | Fax: (202) 305-7000 |
| 15 | alexander.j.halaska@usdoj.gov |
| 16 | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

*Al Otro Lado v. Mayorkas*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: February 22, 2021           Respectfully submitted,

<div style="margin-left: 2em;">
<u>/s/ Alexander J. Halaska</u>
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
</div>