# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br> **ORDER DIRECTING PARTIES TO MEDIATION RE: PROTECTIVE ORDER** |

In October of last year, this Court ordered Defendants to "review their own records to aid in the identification of class members" and "share the information in their custody regarding the identities of class members with Plaintiffs" to facilitate compliance with the Preliminary Injunction issued by this Court over a year ago. (ECF No. 605). Rather than comply, Defendants now file a motion requesting that Plaintiffs be required to sign a protective order before these names are disclosed. Plaintiffs claim they are not opposed in concept to a protective order but disagree with the confines proposed by Defendants.

Instead of resolving what seems to the Court to be a simple issue, the parties have instead filed a spate of no less than eleven docket entries—which include briefings on two additional motions regarding the same dispute—and request oral argument on the issue. Considering the contentiousness of the issue and the parties' repeated failures to come to a resolution, the Court hereby **DIRECTS** the parties to contact the chambers of Magistrate Judge Crawford to schedule a mediation on the narrow issue of whether a protective order should issue and, if so, what should be included in the order.

**IT IS SO ORDERED.**

**DATED: March 4, 2021**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366