# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC. et al., <br><br>    Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, et al., <br><br>    Defendants. | Case No.: 3:17-cv-02366-BAS-KSC <br><br> **ORDER SETTING MEDIATION REGARDING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

Pursuant to the District Court's March 4, 2021 Order Directing Parties to Mediation re: Protective Order [Doc. No. 691], the Court hereby **ORDERS** as follows:

1. Counsel for the parties shall appear at a telephonic mediation on ***March 24, 2021*** at ***2:00 p.m.*** before the Honorable Karen S. Crawford.

2. The Court will meet with all counsel jointly at the beginning of the session. To participate in the mediation, counsel should call the Court's teleconference line at 1-877-873-8017 and enter the access code 2924630.

3. Thereafter, the Court will caucus with each side separately to try to resolve the parties' dispute concerning the need for, and scope of, a protective order to govern the sharing of asylum information. To facilitate these separate, confidential discussions, each party must provide the Court with a ***single*** phone number at which

counsel representing the party will be available between 2:00 p.m. and 5:00 p.m. on March 24, 2021. All counsel who are participating in the mediation must be already conferenced on one line and ready to discuss the matter.

4. ***Attendance by parties and/or party representatives at the mediation is permitted but not required***. However, counsel participating in the mediation must have the authority to negotiate and agree to any protective order developed through the mediation process without the need to consult with anyone not attending the mediation (party, party representative, or superior).

5. No later than March 19, 2021, the parties shall email to the undersigned's Chambers (efile_Crawford@casd.uscourts.gov) the following: (1) their preferred phone number for separate, confidential discussions during the mediation (and any other necessary passcodes or conference ID numbers) and (2) a list of counsel (and parties or party representatives, if any) who will attend the mediation.

6. No additional briefing regarding the need for, and scope of, a protective order to govern the sharing of asylum information will be accepted unless specifically requested by the Court.

**IT IS SO ORDERED.**

Dated: March 8, 2021

Hon. Karen S. Crawford
United States Magistrate Judge