SARAH HARRINGTON
Deputy Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>ALEJANDRO MAYORKAS, <br>Secretary of Homeland Security, *et al.*, <br>in their official capacities, <br><br>*Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br>Hon. Cynthia A. Bashant <br><br>**DEFENDANTS' MOTION TO SEAL PORTIONS OF THEIR OPPOSITION PAPERS TO PLAINTIFFS' MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION** <br><br>Hearing Date: April 12, 2021 <br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**DEFENDANTS' MOTION TO SEAL PORTIONS OF THEIR OPPOSITION PAPERS TO PLAINTIFFS' MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION**

Please take notice that on Monday, April 12, 2021, Defendants will and hereby move to seal portions of their memorandum of law and portions of certain exhibits accompanying Defendants' Opposition to Plaintiffs' Motion for Discovery Concerning Compliance with Preliminary Injunction. On March 8, 2021, the parties met and conferred through counsel via email regarding this motion. Plaintiffs' counsel states that Plaintiffs take no position on this motion.

DATED: March 8, 2021                    Respectfully submitted,

SARAH HARRINGTON
Deputy Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

*Al Otro Lado v. Mayorkas*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: March 8, 2021                Respectfully submitted,

<u>/s/ Katherine J. Shinners</u>
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice