SARAH HARRINGTON
Deputy Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities, <br><br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DEFENDANTS' MOTION TO SEAL PORTIONS OF THEIR OPPOSITION PAPERS TO PLAINTIFFS' MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION** |

**DECLARATION OF KATHERINE J. SHINNERS**

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel for the United States Department of Justice. I represent the federal government Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the District of Columbia, and am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I make this declaration in support of Defendants' Motion to Seal Portions of their Opposition to Plaintiffs' Motion for Discovery Concerning Compliance with Preliminary Injunction.

2. On March 8, 2021, I informed Plaintiffs' counsel via email that Defendants intended to move to seal the material that is the subject of Defendants' Motion to Seal, and requested Plaintiffs' position on the motion. Plaintiffs' counsel stated via email that Plaintiffs take no position on the motion.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on March 8, 2021, in Washington D.C.

DATED: March 8, 2021

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
 District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259| Fax: (202) 305-7000

*Counsel for Defendants*