MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>Alejandro Mayorkas,[1] *et al.*, <br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION** <br><br>*Declaration of Stephen M. Medlock Filed Concurrently* |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

1 CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2   *bazmy@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
3   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
4 New York, NY 10012
Telephone: +1.212.614.6464
5 Facsimile: +1.212.614.6499

6 SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
7   *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
8   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
9 Decatur, GA 30030
Telephone: +1.404.521.6700
10 Facsimile: +1.404.221.5857

11 AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
12   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
13 Washington, D.C. 20005
Telephone: +1.202.507.7523
14 Facsimile: +1.202.742.5619

# UNOPPOSED MOTION TO SEAL EXHIBITS IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on March 15, 2021, Plaintiffs will and hereby do move to seal portions of their reply brief in support of their Motion for Discovery Concerning Compliance with Preliminary Injunction. The parties have conferred regarding this motion and Defendants do not oppose this motion.

Dated: March 15, 2021

MAYER BROWN LLP
  Matthew H. Marmolejo
  Ori Lev
  Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
  Melissa Crow
  Sarah Rich
  Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy
  Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters

By: */s/ Stephen M. Medlock*
  Stephen M. Medlock

*Attorneys for Plaintiffs*

1

MOT. AND NOTICE OF MOT. TO SEAL

## CERTIFICATE OF SERVICE

I certify that on March 15, 2021, I served a copy of the foregoing document by filing it with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Stephen M. Medlock*

*Counsel for Plaintiffs*