1

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

2

3

4

5

6

7

8

9

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, DC 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

10

11

12

13

14

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

15

**UNITED STATES DISTRICT COURT**

16

**SOUTHERN DISTRICT OF CALIFORNIA**

17

18

Al Otro Lado, Inc., *et al.*,

| | |
|---|---|
| | Case No.:  17-cv-02366-BAS-KSC |

19

Plaintiffs,

20

v.

21

Alejandro Mayorkas,[1] *et al.*,

22

Defendants.

**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF TO THEIR MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION**

23

24

25

26

27

28

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1

**DECLARATION OF ORI LEV**

2          I, Stephen M. Medlock, hereby declare as follows:

3          1.      I am a partner at the law firm Mayer Brown LLP, a member of the

4    Virginia State Bar, admitted *pro hac vice* to this Court for this action, and co-lead

5    counsel for the Plaintiffs in this case.

6          2.      Pursuant to Civ. L. R. 83.3(g), I make this declaration in support of

7    Plaintiffs' Reply in Support of Their Motion for Discovery Concerning

8    Compliance with this Court's Preliminary Injunction.

9          3.      Attached hereto as Exhibit 1 is a true and correct copy of the March

10   15, 2021 Declaration of Karolina Walters.

11         I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the

12   foregoing is true and correct.

13         Executed on this 15$^h$ day of March 2021 at Washington, D.C.

14

15                                              By _/s/ Stephen M. Medlock__
                                                Stephen M. Medlock

16                                              *Attorney for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

MEDLOCK DECL. ISO PLS' REPLY ISO
MOT. FOR DISCOVERY