**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL OF RECORD FOR ARI NAZAROV** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | Hearing Date: May 3, 2021 |
| *Defendants* | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that pursuant to Local Rule 83.3(f)(3), Defendants provide notice that Ari Nazarov is no longer employed with the Office of Immigration Litigation and no longer counsel for Defendants in this case.

All other counsel of record will continue to represent Defendants in this case. Accordingly, Defendants respectfully request the Court grant Defendants' Motion to Withdraw As Defendants' Counsel of Record for Ari Nazarov.

Plaintiffs are simultaneously receiving notice of this Motion as set forth in the attached Declaration of Counsel and Certificate of Service.

//

//

Dated: March 25, 2021             Respectfully Submitted,


*/s/ Ari Nazarov*
ARI NAZAROV
Trial Attorney
U.S. Department of Justice
Civil Division
P.O. Box 888, Ben Franklin Station
Washington, D.C. 20044
Tel: (202)-616-4162
ari.nazarov@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

Case No. 3:17-cv-02366-BAS-KSC

I certify that on March 25, 2021, I served a copy of this motion on the following persons via ECF:

**Matthew Ellis Fenn**
mfenn@mayerbrown.org

**Matthew M. Marmolejo**
mmarmolejo@mayerbrown.com

**Ori Lev**
olev@mayerbrown.com

**Rebecca Cassler**
rebecca.cassler@splcenter.org

**Sarah Marion Rich**
sarah.rich@splcenter.org

**Stephen Medlock**
smedlock@mayerbrown.com

**Angelo R. Guisado**
aguisado@ccrjustice.org

**Baher Azmy**
bazmy@ccrjustice.org

**Ghita R. Schwarz**
gschwarz@ccrjustice.org

**Karolina J. Walters**
kwalters@immcouncil.org

**Melissa E. Crow**
melissa.crow@splcenter.org

/s/ Ari Nazarov
Ari Nazarov
Trial Attorney