# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ARI NAZAROV SUPPORTING THE MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL OF RECORD** |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants*. | |

## DECLARATION OF ARI NAZAROV

I, Ari Nazarov, declare as follows:

1. From February 2012 to November 2020, I served as a trial attorney with the U.S. Department of Justice's Office of Immigration Litigation-District Court Section.

2. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Mayorkas*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. Because of my transfer in November 2020, my job duties have changed, and I am no longer working on this case. Accordingly, I respectfully withdraw my appearance in this case.

4. All other counsel of record will continue to represent Defendants in this case.

5. All parties and their counsel simultaneously received notice of this motion per the attached certificate of service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on March 25, 2021, in Washington, D.C.

*s/ Ari Nazarov*
ARI NAZAROV