SARAH HARRINGTON
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DEFENDANTS' UNOPPOSED MOTION TO SEAL PLAINTIFFS' PREVIOUSLY FILED DOCUMENTS** <br><br> NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

# DEFENDANTS' MOTION AND NOTICE OF MOTION TO SEAL PLAINTIFFS' PREVIOUSLY FILED DOCUMENTS

Please take notice that Defendants do hereby move to seal Exhibit A to Plaintiffs' Unopposed Motion for Leave to Lodge Supplemental Evidence (ECF No. 300-2), and Exhibit 19 to Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Summary Judgment (ECF No. 535-21).  Both documents reveal the name of a whistleblower who did not consent to the public release of his identity and whose safety and security is potentially put at risk through such public disclosure.  This motion is based on the attached memorandum of points and authorities.  The parties met and conferred regarding this motion via email on March 26, 2021.  Plaintiffs take no position on this motion.

DATED: March 26, 2021		Respectfully submitted,

		SARAH HARRINGTON
		Deputy Assistant Attorney General
		Civil Division

		WILLIAM C. PEACHEY
		Director

		*/s/ Katherine J. Shinners*
		KATHERINE J. SHINNERS
		Senior Litigation Counsel
		U.S. Department of Justice
		Civil Division
		Office of Immigration Litigation
		District Court Section
		P.O. Box 868, Ben Franklin Station
		Washington, D.C. 20044
		Tel: (202) 598-8259 | Fax: (202) 305-7000
		katherine.j.shinners@usdoj.gov

		ALEXANDER J. HALASKA

DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: March 11, 2021            Respectfully submitted,

/s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*