UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>ALEJANDRO MAYORKAS, Secretary of U.S. Department of Homeland Security, *et al.*, <br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** <br><br>**(ECF No. 700)** |

Before the Court is a Motion to Withdraw Defendants' Counsel of Record Ari Nazarov. (ECF No. 700.) Mr. Nazarov is no longer employed with the Office of Immigration Litigation and is therefore no longer counsel for Defendants. (Decl. of Ari Nazarov ¶ 3, ECF No. 700-1.) All other counsel of record will continue to represent Defendants in this case. (*Id.* ¶ 4.)

Good cause appearing, the Court **GRANTS** the Motion. Accordingly, **IT IS HEREBY ORDERED** that Ari Nazarov is no longer counsel of record for Defendants in this matter.

**IT IS SO ORDERED.**

**DATED:** March 29, 2021

Hon. Cynthia Bashant
United States District Judge