SARAH HARRINGTON
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br>        *Plaintiffs*, <br><br>      v. <br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br>        *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **JOINT APPLICATION TO CORRECT RECORD ON PLAINTIFFS' MOTION FOR DISCOVERY CONCERNING COMPLIANCE WITH PRELIMINARY INJUNCTION** <br> **[ECF Nos. 680, 695, 698]** |

740792057.1

The parties jointly submit this Application to correct the record concerning Plaintiffs' Motion for Discovery Concerning Compliance with Preliminary Injunction (ECF Docket Nos. 680, 695, 698).

Specifically, the parties request to correct the statement in Plaintiffs' Reply in Support of their Motion (ECF No. 698) that "ICE [U.S. Immigration and Customs Enforcement] did not issue any guidance to its Field Office leadership regarding the Orders until November 6, 2020." *Id.* at 4.[1] As set forth in the briefing on Plaintiffs' prior Motion for Clarification of the Preliminary Injunction and the Court's Order granting that motion, ICE did issue guidance to its Enforcement and Removal Operations Field Office leadership regarding the preliminary injunction on December 8, 2019, and March 16, 2020. *See* Opp. to Pls.' Mot. for Clarification (ECF No. 508) at 7-8; Opp. Ex 5, Dec. 8, 2019 Broadcast (ECF No. 508-6); Opp. Ex. 6, Mar. 16, 2020 Broadcast (ECF No. 508-7); Order Granting Motion for Clarification (ECF No. 605) at 4.

Dated: April 1, 2021

Respectfully submitted,

SARAH HARRINGTON
Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice

---

[1] This particular statement was redacted in the public version of Plaintiffs' Reply. Yet the guidance it references is generally available on the public docket, with minor redactions. *See* ECF No. 695-5 (Guadian Decl.). This statement thus does not require confidential treatment.

|   |   |
|---|---|
| 1 | Civil Division |
| 2 | Office of Immigration Litigation |
|   | District Court Section |
| 3 | P.O. Box 868, Ben Franklin Station |
| 4 | Washington, D.C. 20044 |
|   | Tel: (202) 598-8259 | Fax: (202) 305-7000 |
| 5 | katherine.shinners@usdoj.gov |

ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters

By: */s/ Ori Lev*
    Ori Lev

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: April 1, 2021             Respectfully submitted,

<u>*/s/ Katherine J. Shinners*</u>
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*