**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, *et al.*,<br><br>                              Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>                              Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CORRECT THE RECORD**<br><br>**(ECF No. 705)** |

Before the Court is the parties' request to correct the record regarding Plaintiffs' Motion for Discovery Concerning Compliance with Preliminary Injunction. Specifically, the parties seek to correct a statement in Plaintiffs' reply brief that "ICE [U.S. Immigration and Customs Enforcement] did not issue any guidance to its Field Office leadership regarding the Orders until November 6, 2020." (ECF No. 698.) The parties agree, as stated in other briefings, that ICE did, in fact, issue such guidance to its Enforcement and Removal Operations ("ERO") Field Office leadership on December 8, 2019, and March 16, 2020.

The Court **GRANTS** the Joint Motion. The Court will disregard the erroneous statement in Plaintiffs' reply brief. The record is corrected to reflect that ICE issued guidance to its ERO Field Office in December 2019 and March 2020.

**IT IS SO ORDERED.**

**DATED:  April 1, 2021**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366