MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Alejandro Mayorkas, *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW PLAINTIFFS' COUNSEL SYDNEY R. FIELDS** |

741784727.2

1   CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4      *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
5   New York, NY 10012
    Telephone: +1.212.614.6464
6   Facsimile: +1.212.614.6499

7   SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8      *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9      *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
10  Decatur, GA 30030
    Telephone: +1.404.521.6700
11  Facsimile: +1.404.221.5857

12  AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
13     *kwalters@immcouncil.org*
       Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
14     *gborroto@immcouncil.org*
    1331 G St. NW, Suite 200
15  Washington, D.C. 20005
    Telephone: +1.202.507.7523
16  Facsimile: +1.202.742.5619

17

18

19

20

21

22

23

24

25

26

27

28

741784727.2

FIELDS DECLARATION IN SUPPORT OF
MOTION TO WITHDRAW COUNSEL

I, Sydney R. Fields, state the following under penalty of perjury:

1. I am an associate at the law firm Mayer Brown LLP, a member of the District of Columbia and New York bars, admitted *pro hac vice* to this Court for this action, and an attorney of record for Plaintiffs in this action.

2. Attached hereto is Plaintiffs' Motion to Withdraw Plaintiffs' Counsel of Record Sydney R. Fields.

3. As explained in the motion, I will be leaving the law firm Mayer Brown LLP effective June 7, 2021 to take a job as investigative counsel on the U.S. House of Representatives' Ethics Committee.

4. All other counsel of record will continue to represent Plaintiffs in this case.

5. All parties and their counsel have concurrently received notice of this Motion as set forth in the attached Certificate of Service.

This declaration is executed on June 4, 2021 in Washington, DC.

By: */s/ Sydney R. Fields*
     Sydney R. Fields

1

741784727.2

FIELDS DECLARATION IN SUPPORT OF
MOTION TO WITHDRAW COUNSEL