# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**<br><br>**(ECF No. 712)** |

Before the Court is a Motion to Withdraw Plaintiffs' Counsel of Record Sydney R. Fields. Ms. Fields will be leaving Mayer Brown LLP for other employment on June 7, 2021 and will therefore no longer be counsel for Plaintiffs. (Decl. of Sydney R. Fields ¶ 3, ECF No. 712-1.) All other counsel of record will continue to represent Plaintiffs in this case. (*Id.* ¶ 4.)

Good cause appearing, the Court **GRANTS** the Motion. Accordingly, **IT IS HEREBY ORDERED** that Sydney R. Fields is no longer counsel of record for Plaintiffs in this matter.

**IT IS SO ORDERED.**

**DATED: June 4, 2021**

Hon. Cynthia Bashant
United States District Judge