```
JEFFREY BOSSERT CLARK
Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
HAYDEN WINDROW
Trial Attorney
U.S. Dep't of Justice Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Ben Franklin
Station Washington, D.C. 20044
Tel: (202) 305-2023
hayden.e.windrow@usdoj.gov
```
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, INC., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. DHS, in his official capacity; *et al.*,<br><br>Defendants. | Case No. 3:17-cv-02366-BAS-KSC<br>Hon. Karen S. Crawford<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW (ECF No. 714)** |

The undersigned hereby withdraws his motion to withdraw, ECF Docket No. 714.

Dated: June 7, 2021

/s/ Hayden Windrow
HAYDEN WINDROW
Trial Attorney
United States Department of Justice Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2023
hayden.e.windrow@usdoj.gov

*Counsel for Defendants*