# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants* | Case No. 3:17-cv-02366-BAS-KSC<br><br>**MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL OF RECORD FOR HAYDEN WINDROW** |

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
2  Please take notice that pursuant to Local Rule 83.3(f)(3), Defendants provide notice
3  that Hayden Windrow is no longer employed with the Office of Immigration
4  Litigation and no longer counsel for Defendants in this case.
5     All other counsel of record will continue to represent Defendants in this case.
6  Accordingly, Defendants respectfully request the Court grant Defendants' Motion
7  to Withdraw As Defendants' Counsel of Record for Hayden Windrow.
8     Plaintiffs are simultaneously receiving notice of this Motion as set forth in the
9  attached Declaration of Counsel and Certificate of Service.
10
11     //
12     //
13
14  Dated: June 7, 2021                Respectfully Submitted,
15
16                                      */s/ Hayden Windrow*
17                                     HAYDEN WINDROW
                                       Trial Attorney
18                                     U.S. Department of Justice
19                                     Civil Division
                                       P.O. Box 888, Ben Franklin Station
20                                     Washington, D.C. 20044
21                                     Tel: (202)-305-2023
                                       hayden.e.windrow@usdoj.gov
22
23                                     *Counsel for Defendants*
24
25
26
27
28

# CERTIFICATE OF SERVICE

Case No. 3:17-cv-02366-BAS-KSC

I certify that on June 7, 2021, I served a copy of this motion on the following persons via ECF:

**Matthew Ellis Fenn**
mfenn@mayerbrown.org

**Matthew M. Marmolejo**
mmarmolejo@mayerbrown.com

**Ori Lev**
olev@mayerbrown.com

**Rebecca Cassler**
rebecca.cassler@splcenter.org

**Sarah Marion Rich**
sarah.rich@splcenter.org

**Stephen Medlock**
smedlock@mayerbrown.com

**Angelo R. Guisado**
aguisado@ccrjustice.org

**Baher Azmy**
bazmy@ccrjustice.org

**Ghita R. Schwarz**
gschwarz@ccrjustice.org

**Karolina J. Walters**
kwalters@immcouncil.org

**Melissa E. Crow**
melissa.crow@splcenter.org

/s/ *Hayden Windrow*
Hayden Windrow
Trial Attorney

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF HAYDEN WINDROW SUPPORTING THE MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL OF RECORD** |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants*. | |

# DECLARATION OF HAYDEN WINDROW

I, Hayden Windrow, declare as follows:

1. From July 15, 2020, to December 2020, I served as a trial attorney at the U.S. Department of Justice's Office of Immigration Litigation-District Court Section.

2. I am an attorney of record for the federal Defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Mayorkas*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

3. Because of my transfer in December 2020, my job duties have changed, and I am no longer working on this case. Although I previously drafted a motion to withdraw in December 2020, it appears it was not filed. Accordingly, I respectfully withdraw my appearance in this case.

4. All other counsel of record will continue to represent Defendants in this case.

5. All parties and their counsel simultaneously received notice of this motion per the attached certificate of service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on June 7, 2021, in Washington, D.C.

*s/ Hayden Windrow*
HAYDEN WINDROW