UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** <br><br> **(ECF No. 716)** |

Before the Court is a Motion to Withdraw Defendants' Counsel of Record Hayden Windrow. Mr. Windrow is no longer employed with the Office of Immigration Litigation and is therefore no longer counsel for Defendants. (Decl. of Hayden Windrow ¶ 3, ECF No. 716.) All other counsel of record will continue to represent Defendants in this case.

Good cause appearing, the Court **GRANTS** the Motion. Accordingly, **IT IS HEREBY ORDERED** that Hayden Windrow is no longer counsel of record for Defendants in this matter.

**IT IS SO ORDERED.**

**DATED: June 8, 2021**

Hon. Cynthia Bashant
United States District Judge