MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
   *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
   Ori Lev (DC Bar No. 452565)
   (*pro hac vice*)
   *olev@mayerbrown.com*
   Stephen M. Medlock (VA Bar No. 78819)
   (*pro hac vice*)
   *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                    Plaintiffs,<br><br>            v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>                    Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO FACILITATE CLASS NOTICE OF HUMANITARIAN EXCEPTION PROCESSES**<br><br>***Declaration of Stephen M. Medlock Filed Concurrently*** |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

740094205.4

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
   Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
   *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1    **UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION**

2    **TO FACILITATE NOTICE TO CLASS MEMBERS OF HUMANITARIAN**

3    **EXCEPTION PROCESSES**

4         PLEASE TAKE NOTICE that on June 17, 2021, Plaintiffs will and hereby do

5    move to seal portions of their Motion to Facilitate Notice to Class Members of

6    Humanitarian Exception Processes and certain exhibits supporting that motion. The

7    parties have conferred regarding this motion and Defendants do not oppose this

8    motion.

9

10    Dated: June 17, 2021                MAYER BROWN LLP
                               Matthew H. Marmolejo

11                                   Ori Lev
                               Stephen M. Medlock

12

13                    SOUTHERN POVERTY LAW CENTER
                               Melissa Crow

14                                   Sarah Rich
                               Rebecca Cassler

15

16                    CENTER FOR CONSTITUTIONAL
                RIGHTS

17                                   Baher Azmy

18                                   Angelo Guisado

19                    AMERICAN IMMIGRATION
                COUNCIL

20                                   Karolina Walters
                               Gianna Borroto

21

22                    By: */s/ Stephen M. Medlock*

23                         Stephen M. Medlock

24                    *Attorneys for Plaintiffs*

25

26

27

28

740094205.4

1

## **CERTIFICATE OF SERVICE**

2      I certify that on June 17, 2021, I served a copy of the foregoing document by

3  filing it with the Clerk of Court through the CM/ECF system, which will provide

4  electronic notice and an electronic link to this document to all attorneys of record.

5                                                    */s/ Stephen M. Medlock*

6                                                    *Counsel for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

740094205.4

MOT. AND NOTICE OF
MOT. TO SEAL