MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO FACILITATE CLASS NOTICE OF HUMANITARIAN EXCEPTION PROCESSES** |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF STEPHEN M. MEDLOCK

1 | CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
    Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
    *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case.

2. I make this declaration in support of the Plaintiffs' Unopposed Motion to Seal Portions of their Memorandum of Law in Support of their Motion to Facilitate Class Notice of Humanitarian Exception Processes under seal.

3. While Plaintiffs recognize the high threshold that a party seeking to seal court records must clear, Plaintiffs seek to seal two categories of material: (1) materials for which other motions to seal are pending, and (2) declarations that reveal how the Biden administration is inspecting and processing certain categories of asylum seekers.

4. With respect to the first set of materials, Plaintiffs seek to seal references to information that the parties previously moved to seal in connection with summary judgment briefing and briefing on Plaintiffs' Motion to Enforce the Court's Clarification Order. If the Court grants those motions to seal, these references should also be sealed.

5. With respect to the second sets of materials, the Declarations of Joanna Williams and Ursela Ojeda and quotations or summaries of the factual content of those declarations because they reveal sensitive details about how Defendants have partnered with certain aid organizations to create a series of humanitarian exemption processes that work around the existing pandemic-related limitations on inspecting and processing asylum seekers at ports of entry on the U.S.-Mexico border. Defendants have expressed concerns that the disclosure of this information to the general public could undermine these processes. In order to avoid a dispute as to this issue, Plaintiffs have elected to file these materials under seal.

6. The parties have conferred regarding the motion. Defendants do not oppose the motion to seal.[2]

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 17th day of June 2021 at Washington, D.C.

*/s/ Stephen M. Medlock*

Stephen M. Medlock

---

[2] Specifically, on June 17, 2021, Defendants' counsel informed Plaintiffs' counsel: "Defendants generally support sealing information that the parties have previously moved to seal, and Defendants will likely file a response in support that also may narrow the confidentiality designations (but this depends on the particular documents attached). Defendants also support sealing the information in the second and third categories of information you described on the call, whether attached to the motion or described in the memorandum of law."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN M. MEDLOCK