1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
      *olev@mayerbrown.com*
5    Stephen M. Medlock (VA Bar No. 78819)
      *smedlock@mayerbrown.com*
6  1999 K Street, N.W.
   Washington, D.C. 20006
7  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
8
   SOUTHERN POVERTY LAW CENTER
9    Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
10    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
11 Washington, D.C. 20036
   Telephone: +1.202.355.4471
12 Facsimile: +1.404.221.5857

13 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
14

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' MOTION TO FACILITATE NOTICE TO CLASS MEMBERS OF HUMANITARIAN EXCEPTION PROCESSES** |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

742015841.1                                              DECLARATION OF STEPHEN M. MEDLOCK

1  CENTER FOR CONSTITUTIONAL RIGHTS
2     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
      *bazmy@ccrjustice.org*
3     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
      *aguisado@ccrjustice.org*
4  666 Broadway, 7th Floor
   New York, NY 10012
5  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
6

7  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
8     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
9     *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
10 Decatur, GA 30030
   Telephone: +1.404.521.6700
11 Facsimile: +1.404.221.5857

12
   AMERICAN IMMIGRATION COUNCIL
13    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
      *kwalters@immcouncil.org*
14    Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
      *gborroto@immcouncil.org*
15 1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Mayer Brown LLP and co-lead counsel for the Plaintiffs in this case. I make this declaration in support of the Plaintiffs' Motion to Facilitate Notice to Class Members of Humanitarian Exception Processes.

2. Counsel for the parties conferred about the contents of this motion by telephone on June 4, 2021. The parties were unable to come to an agreement on the relief requested in this motion, and Defendants indicated that they will oppose this motion.

3. Attached hereto as Exhibit 1 is a true and correct copy of the declaration of Savitri Arvey.

4. Attached hereto as Exhibit 2 is a true and correct copy of the declaration of Joanna Williams.

5. Attached hereto as Exhibit 3 is a true and correct copy of *A Guide to Title 42: Expulsions at the Border,* Fact Sheet, American Immigration Council (March 29, 2021).

6. Attached hereto as Exhibit 4 is a true and correct copy of Human Rights First, *Failure to Protect: Biden Administration Continues Illegal Trump Policy to Block and Expel Asylum Seekers to Danger* (April 2021).

7. Attached hereto as Exhibit 5 is a true and correct copy of the declaration of Ursela Ojeda.

8. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Dep't of Homeland Security, DHS Improves Process for Humanitarian Exceptions to Title 42 (May 12, 2021).

9. Attached hereto as Exhibit 7 is a true and correct copy of Elliot Spagat & Julie Watson, *Biden Taps Groups to Help Pick Asylum-Seekers to Come to US*,

Associated Press (June 4, 2021).

10. Attached hereto as Exhibit 8 is a true and correct copy of Molly O'Toole, *Exclusive: Biden has quietly deployed an app for asylum seekers. Privacy experts are worried*, Los Angeles Times (June 4, 2021).

11. Attached hereto as Exhibit 9 is a true and correct copy of *Attorney General Sessions Addresses Recent Criticisms of Zero Tolerance By Church Leaders*, DOJ, June 14, 2018.

12. Attached hereto as Exhibit 10 is a true and correct copy of Savitri Arvey & Caitlyn Yates, *Metering Update* (Univ. of Tex., Strauss Ctr. for Int'l Sec'y & Law, May 2021).

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 17th day of June 2021 at Washington, D.C.


*/s/ Stephen M. Medlock*
Stephen M. Medlock

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

742015841.1

DECLARATION OF STEPHEN M. MEDLOCK