MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>                    Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 1 TO DECLARATION OF STEPHEN M. MEDLOCK**<br><br>***FILED UNDER SEAL*** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2      *bazmy@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
3      *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
4  New York, NY 10012
   Telephone: +1.212.614.6464
5  Facsimile: +1.212.614.6499

6  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
7      *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
8      *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
9  Decatur, GA 30030
   Telephone: +1.404.521.6700
10 Facsimile: +1.404.221.5857

11 AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
12     *kwalters@immcouncil.org*
       Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
13     *gborroto@immcouncil.org*
   1331 G St. NW, Suite 200
14 Washington, D.C. 20005
   Telephone: +1.202.507.7523
15 Facsimile: +1.202.742.5619

16

17

18

19

20

21

22

23

24

25

26

27

28

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 South Grand Avenue
25th Floor
Los Angeles, California  90071-1503
United States of America
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, District of Columbia  20006-1101
United States of America71
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3000

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc. , *et al*., | Case No. 17-cv-02366-BAS-KSC |
| Plaintiff, | **DECLARATION OF SAVITRI ARVEY** |
| vs. | |
| Alejandro Mayorkas,[1] *et al*., | |
| Defendant. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
*gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**DECLARATION OF SAVITRI ARVEY**

I, Savitri Arvey, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am a Central America & Mexico Policy Initiative ("CAMPI") Fellow at the Strauss Center for International Security and Law at the University of Texas at Austin. Since January 2021, I have led the CAMPI project to document U.S. Customs and Border Protection's ("CBP's") metering practice and the conditions faced by asylum seekers waiting in Mexican border cities to be inspected and processed by CBP officials. From October 2018 to June 2020, I collaborated on this project at the University of California (UC) San Diego Center for U.S.-Mexican Studies ("USMEX"), initially as a Graduate Student Researcher and then as the Border and Migration Policy Fellow. From July to December 2020, I collaborated on the CAMPI project as an independent researcher. I have also worked as a consultant and researcher for other institutions on issues related to Central American migration to the U.S.-Mexico border, Mexico's migration policy, and U.S. immigration policy.

2.      Since December 2018, CAMPI has published regular reports on CBP's metering practice and the conditions for asylum seekers in Mexican border cities, sometimes in collaboration with USMEX and the Migration Policy Centre at the European University Institute in Florence, Italy.  These reports include: (a) Asylum Processing and Waitlists at the U.S.-Mexico Border (December 2018); (b) Metering Update (February 2019); (c) Metering Update (May 2019); (d) Metering Update (August 2019); (e) Metering Update (November 2019); (f) Metering Update (February 2020); (g) Metering & COVID-19 (April 2020); (h) Metering Update (May 2020); (i) Metering Update (August 2020); (j) Metering Update (November 2020); (k) Metering Update (February 2021); and (l) Metering Update (May 2021) (collectively, the "Reports").

3.      The Reports are based on information that I, along with colleagues from CAMPI and the Migration Policy Centre, have directly collected from field and

phone interviews and observations during visits to Mexican border cities. For the interviews that are used to write the Reports, the interviewer documents statements explaining or describing CBP's metering practice and the conditions for asylum seekers affected by that practice in Mexican border cities. The Reports are written and published soon after information is collected. CAMPI regularly publishes these Reports on its publication website: https://www.strausscenter.org/campi-content/campi-reports-working-papers.html.

4. Through my work at CAMPI and USMEX, I have directly observed CBP's implementation of its metering practice at ports of entry on the U.S.-Mexico border. Since October 2018, I have done interviews with people in eleven Mexican border cities where asylum seekers affected by CBP's metering practice are forced to wait.[2] In these interviews, I have spoken with affected asylum seekers, migrant shelter staff, members of civil society organizations, and Mexican federal and local government officials. I have spoken numerous times to the individuals managing the asylum waitlists in these eleven Mexican border cities. I have also seen physical or digital copies of the waitlists in Mexicali and Tijuana, and my colleagues have seen copies of lists in Matamoros, Reynosa, Piedras Negras, Ciudad Acuña, Nuevo Progreso, and Ciudad Juárez.

5. I have directly observed how CBP's metering practice has affected individuals seeking to present themselves at ports of entry to request asylum. Under metering, travelers at ports of entry who have valid travel documents in hand are allowed to cross the border by walking over the international line or through the turnstiles. However, when metering is in effect, CBP officers stand at the limit line to intercept asylum seekers, who usually do not have valid travel documents, before they can step into U.S. territory. CBP officers turn back asylum seekers before they

---

[2] Those cities are: Matamoros, Tamaulipas; Reynosa, Tamaulipas; Nuevo Laredo, Tamaulipas; Piedras Negras, Coahuila; Ciudad Acuña, Coahuila; Ciudad Juárez, Chihuahua; Agua Prieta, Sonora; Nogales, Sonora; San Luis Rio Colorado, Sonora; Mexicali, Baja California; Tijuana, Baja California.

cross the international boundary, telling them that there is no capacity at the port of entry and at times instructing them to contact officials or shelter staff on the Mexican side of the border to get on a waitlist to enter the United States. At times, Mexican officials or private security guards turn back asylum seekers on Mexican territory before they can set foot on the international bridge, approach the port of entry, or speak with a CBP official, instead directing asylum seekers to sign up for a waitlist.

6.     At the onset of the pandemic in March 2020, CBP stopped processing asylum seekers at ports of entry altogether. This change was based on an order issued by the Centers for Disease Control and Prevention, under pressure from the Trump administration, that blocked entry for individuals—including asylum seekers— seeking to enter the U.S. through Mexico without valid travel documents. Since March 2020, CBP has continued to station officers at the limit line to turn back asylum seekers arriving at ports of entry, telling them that asylum processing has been suspended and that they are not able to request asylum at this time. In some cities, Mexican officials or private security guards have continued to prevent asylum seekers from accessing the international bridge or approaching the port of entry in order to speak with a CBP official, saying that the border is closed or there is no U.S. asylum processing.

7.     Due to metering, lines of asylum seekers formed in Mexican border cities, and asylum seekers often slept on the international bridges or in front of ports of entry while waiting to be processed.  In response to the growing backlog, various actors, including Mexican government officials and migrant shelter staff, created waitlists. List managers have cited the following reasons for creating the waitlists: to prevent confusion and conflict about the order in which asylum seekers were being processed at U.S. ports of entry; to allow asylum seekers to wait in shelters while maintaining their places in line; to minimize security and health risks for asylum seekers waiting outside ports of entry, given the insecurity and extreme temperatures in Mexican border cities; and to halt the congregation of asylum seekers outside ports

of entry, which blocked pedestrian traffic and led local residents to complain.

8.     As of May 2021, nearly 18,700 individuals remained on waitlists in eight Mexican border cities: Reynosa, Nuevo Laredo, Ciudad Acuña, Agua Prieta, Nogales, San Luis Rio Colorado, Mexicali, and Tijuana.

9.     There is no standardized process for list management, and the processes for enrolling on and managing the lists have changed over the past two and a half years in many cities. Currently, the lists are run by the Mexican federal or municipal governments in four cities and by migrant shelters in four cities. Specifically, Grupo Beta, a branch of the Mexican federal government's *Instituto Nacional de Migración* (National Migration Institute, or "INM") manages the lists in Tijuana and Mexicali; Mexican municipal governments manage the lists in Nogales and Ciudad Acuña; and migrant shelters manage the lists in Reynosa, Nuevo Laredo, San Luis Rio Colorado, and Agua Prieta. Previously, lists were also run by the *Consejo Estatal de Población* (State Population Council) in Ciudad Juárez, the municipal government in Piedras Negras, and INM and asylum seekers in Matamoros.

10.     The information that list managers collect from asylum seekers varies by city, but always includes the person's name and nationality, and usually includes the date of enrollment on the list. In addition, list managers in five cities—Reynosa, Ciudad Acuña, Agua Prieta, Nogales, and San Luis Rio Colorado—report that they collect asylum seekers' contact phone numbers to advise individuals when it is their turn to present at the port of entry. In Tijuana, list managers provided asylum seekers a waitlist number to represent their turn to present at the port of entry.

11.     Before CBP suspended the processing of asylum seekers in March 2020, CBP coordinated directly with list managers by phone, email, and text message regarding the processing of asylum seekers at ports of entry.[3]     According to our

---

[3] In Nuevo Laredo, INM facilitates coordination between the six migrant shelters that manage the list and CBP. Each of the shelters operates its own list and has been assigned a day of the week when INM officials notify the shelter regarding how many asylum seekers CBP will accept that day.

interviews, in some cases, list managers shared with CBP officials the names, nationalities, and in several instances, photos of asylum seekers on the lists. In most cities, CBP officials directly called the list managers and told them the number of asylum seekers they would accept that day at the port of entry. The list managers then notified the asylum seekers that they could present at the port by calling their phone number, calling the shelter where they were staying, or announcing their waitlist number outside the port of entry.

12.    As of May 2021, the length of time asylum seekers at the top of lists had been waiting ranged from 16 to 20 months depending on the city. Due to CBP's suspension of processing of asylum seekers, four asylum waitlists have closed to new entrants since March 2020, and the number of asylum seekers on these lists has remained frozen ever since.[4] In addition, waitlists in Piedras Negras, Ciudad Juárez and Matamoros dissolved after few or no remained. Asylum waitlists remain open in Reynosa, Nuevo Laredo, Ciudad Acuña, and Agua Prieta, and individuals continue to sign up for those lists. List managers in cities with both open and closed lists have reported that they continue to receive calls from asylum seekers asking when CBP processing will resume and it will be their turn to be inspected and processed at the port of entry.

I declare under penalty of perjury under the laws of the United States of America that the preceding declaration is true and correct.

Executed on this 16th day of June, 2021 at Monterrey, Nuevo Leon, Mexico.

_____
Savitri Arvey

_____
[4] The lists in Tijuana, Mexicali, and Nogales closed to new entrants in March 2020. The list in San Luis Rio Colorado closed to new entrants in November 2020.