1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 South Grand Avenue
3  25th Floor
   Los Angeles, California  90071-1503
4  United States of America
     Ori Lev (DC Bar No. 452565)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    *smedlock@mayerbrown.com*
   1999 K Street, N.W.
7  Washington, District of Columbia  20006-1101
   United States of America71
8  Telephone:   +1.202.263.3000
   Facsimile:   +1.202.263.3000
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
   Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*

15  *Attorneys for Plaintiffs*

16              **UNITED STATES DISTRICT COURT**

17            **SOUTHERN DISTRICT OF CALIFORNIA**

18

19  Al Otro Lado, Inc. , *et al.*,              Case No. 17-cv-02366-BAS-KSC

20              Plaintiff,                       **EXHIBIT 5 TO DECLARATION
                                                 OF STEPHEN M. MEDLOCK**
21        vs.
                                                 *FILED UNDER SEAL*
22  Alejandro Mayorkas,[1] *et al.*,

23              Defendant.

24

25

26

27

28
   ─────────────
   [1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
   Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
   *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

PLS' MOT. AND NOTICE OF MOT. TO FACILITATE CLASS NOTICE, CASE NO. 17-CV-02366-BAS-KSC