MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 7 TO DECLARATION OF STEPHEN M. MEDLOCK** |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

PLS' MOT. AND NOTICE OF MOT. TO FACILITATE
CLASS NOTICE, CASE NO. 17-CV-02366-BAS-KSC

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   [kwalters@immcouncil.org](mailto:kwalters@immcouncil.org)
   Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
   *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

ADVERTISEMENT

# Biden taps groups to help pick asylum-seekers to come to US

By ELLIOT SPAGAT and JULIE WATSON June 4, 2021

AD

Trending on AP N
'You stabbed me,' double-murder tr
Video shows mar Honolulu police s
US antivirus soft extradition from



6/17/2021 Case 3:17-cv-02366-BAS-KSC Biden taps groups to help pick asylum-seekers to come to US Document 720-9 Filed 06/17/21 PageID.58664 Page 4 of 12

**Biden taps groups to help pick asylum-seeke...**  Top Stories  Topics  Video  Listen

recommending which migrants should be allowed into the United States to pursue asylum as it faces mounting pressure to lift public health rules that have barred people from seeking protection.

The consortium of groups is determining who is most vulnerable out of those waiting in Mexico to get into the U.S., and the criteria they are using has not been made public. It comes as large numbers of migrants are crossing the southern border and the government has been rapidly expelling them from the country under a public health order instituted by former President Donald Trump and kept in place by President Joe Biden during the coronavirus pandemic.

Several members of the consortium revealed details about the new system to The Associated Press. The government is aiming to admit up to 250 asylum-seekers a day who are referred by the groups, agreeing to that system only until July 31. By then, the consortium hopes the Biden administration will have lifted the public health rules, though the government has not committed to that.

ADVERTISEMENT

So far, nearly 800 asylum-seekers have been let into the country since May 3, and members of the consortium say there is already more demand than they can meet.

The groups have not been publicly identified except for the International Rescue Committee, a global relief organization. The others are London-based Save the Children; two U.S.-based organizations, HIAS and Kids in Need of Defense; and two Mexico-based organizations, Asylum Access and the Institute for Women in Migration, according to two people with direct knowledge who spoke on condition of anonymity because the information was not intended for public release.

Asylum Access, which provides services to people seeing asylum in Mexico, characterized its role as minimal.

The effort started at the border in El Paso, Texas, and is expanding to Nogales, Arizona.

A similar but separate system led by the American Civil Liberties Union began in late March and allows 35 families a day into the United States at places along the border. It has no end date.

The twin tracks are described by participating organizations as an imperfect transition from so-called Title 42 authority, named for a section of an obscure 1944 public health law that Trump used in March 2020 to effectively end asylum at the Mexican border. With COVID-19 vaccination rates rising, Biden is finding it difficult to justify the expulsions on public health grounds and faces demands to end it from the U.N. refugee agency and members of his own party and administration.

ADVERTISEMENT

The Department of Homeland Security said in a statement that it's in "close coordination with international and non-governmental organizations in Mexico" to identify vulnerable people and that it has the final say on who gets in. The agency described its work with the groups as fluid and said it hasn't identified them to avoid giving them exposure.

attacks from extortionists and other criminals.

Critics of the new selection processes say too much power is vested in a small number of organizations and that the efforts are secretive without a clear explanation of how the groups were chosen. Critics also say there are no assurances that the most vulnerable or deserving migrants will be chosen to seek asylum.

The consortium was formed after the U.S. government asked the U.N. High Commissioner for Refugees' office in Mexico for the names of organizations with deep experience and capacity in Mexico, said Sibylla Brodzinsky, a U.N. office spokeswoman.

"We've had long relationships with them and they're trusted partners," she said.

The groups say they are merely streamlining the process but that the vulnerable migrants' cases can come from anywhere.

In Nogales, Arizona, the International Rescue Committee is working with local organizations and using a program that connects to migrants via social media and smartphones to find those "facing extreme life-threatening situations," said Raymundo Tamayo, the group's director in Mexico. It plans to refer up to 600 people a month to U.S. officials.

Special consideration is being given to asylum-seekers who have been in Mexico a long time, are in need of acute medical attention or who have disabilities, are members of the LGBTQ community or are non-Spanish speakers, though each case is being weighed on its unique circumstances, Tamayo said.

ACLU attorney Lee Gelernt said advocacy groups are in "a very difficult position because they need to essentially rank the desperation" of people, but he insisted it was temporary. The government, he said, "cannot farm out the asylum system."

The most vulnerable migrants may be too scared or uninformed to bring attention to themselves, said Margaret Cargioli, managing attorney for Immigrant Defenders Law Center, a Los Angeles-based group that got involved with the ACLU-led effort after "more organizations became aware of it." She called the approach a "Band-Aid" while the health rules remain in place.

Migration experts not involved in the process have questioned why the government has not been more transparent.

"It has been murky," said Jessica Bolter, an analyst at the nonpartisan Migration Policy Institute who believes the administration is quietly trying to be humane without encouraging more people to come, a balancing act she doubts will succeed.

"Setting out clear and accurate information about how and who might get in might lead to fewer migrants making the trip, so there's not this game of chance that kind of seems to be in place right now," Bolter said.

U.S. border authorities recorded the highest number of encounters with migrants in more than 20 years in April, though many were repeat crossers who had previously been expelled from the country. The number of children crossing the border alone also is hovering at all-time highs.

Against that backdrop, some advocates are seeing the makings of the "humane" asylum system that Biden promised during his campaign. Details have been elusive, with administration officials saying they need time.

Susana Coreas, who fled El Salvador, was among those identified as vulnerable and allowed into the United States last month. Coreas spent more than a year in Ciudad Juarez waiting to apply for asylum but was barred by the public health order.

She and other transgender women refurbished an abandoned hotel to have a safe place to stay

**Biden taps groups to help pick asylum-seeke...**  Top Stories  Topics  Video  Listen

But they continued to have problems. One transgender woman had a knife pointed at her. Another had a gun pulled on her.

"There was so much anxiety," Coreas said. "I now feel at peace."

---

PAID FOR BY GO RVING

### Go On a Real Vacation ↗

Real Food. Real Shows. #RealVacation #GoRVing

Go RVing

Ad removed. Details

AD



Continue watching
**US jobless claims tick up to 412,000 from a pandemic low**
after the ad

## Ad Content

**22 Worst Movies Ever, According to Rotten Tomatoes**

Promoted: POPSUGAR

**Best & Worst Refinance Mortgage Companies Of 2021**

Promoted: Comparisons.org

**Neuroscientists in Israel are trying to turn**

**Biden taps groups to help pick asylum-seeke...**   Top Stories   Topics   Video   Listen

Promoted: Aviv Clinic

Maps That Show Us A New Perspective

Promoted: BetterBe

## Ad Content

High-interest savings accounts that earn you piles of cash

Promoted: NerdWallet

Here's What 16 Historical Figures Actually Looked Like

Promoted: Definition

The Ingenious Reason There Are No Mosquitoes At Disney World

Promoted: Total Past

'You stabbed me,' boy tells father at double-murder trial

TAMPA, Fla. (AP) — Acting as his own lawyer, a double-murder defendant opened his death penalt...

yesterday

## Ad Content

10 Cars That Jay Leno Owns That Are Too Cool

Promoted: Definition

The Worst City In Every State According To Americans

Promoted: MoneyWise.com

Illinois Launches New Policy For Cars Used Less Than 50 Miles/Day

Promoted: Walletgenius

Kirkland Products That Are Actually Big Brands In Disguise

Promoted: moneywise.com

## Ad Content

5 Digital Marketing Tips

Promoted: Travelers                      Read Article

Historians Doubt These 21 Famous People Ever Existed

Promoted: Definition

The Hollywood "It Girl" the Year You Were Born

Promoted: Good Housekeeping

**Biden taps groups to help pick asylum-seeke...**　　Top Stories　Topics　　Video　Listen

humanitarian

SALT LAKE CITY (AP) — The family of a women's rights activist from Uganda sued the National Par...

June 15, 2021

## Ad Content

**The Bodyguards Of The Most Protected Celebrities**

Promoted: investing.com

**Chicago: Startup Is Changing the Way People Retire**

Promoted: SmartAsset

**14 Beach Towns Where You Can Live Dirt Cheap**

Promoted: Thrillist

**A Victorian Magazine Asked Women Why They're Single And They Said This**

Promoted: Scribol

## Ad Content

**7 Discounts Seniors Only Get If They Ask**

Promoted: National Penny For Seniors

**You Won't Believe These Celebrity Duos Were Once Married**

Promoted: POPSUGAR

**Her Love Triangle Inspired 3 Of The Most Popular Songs Ever Written**

Promoted: Film Oracle

**Senators would stop 'micropolitan' label for 144 US cities**

Some lawmakers are trying to stop 144 U.S. cities from losing their designations as "metropolitan ...

yesterday

## Ad Content

**The Most Famous Movie Filmed In Every U.S. State**

Promoted: Definition

**New DNA Test May Have Solved The 'Shroud Of Turin'**

Promoted: zenherald.com

**$11/Month Gets Seniors Under 86 of Age $100,000 Worth Of Life Insurance**

**Biden taps groups to help pick asylum-seeke...**　Top Stories　Topics　　Video　Listen

20 Rules Genghis Khan's Army Had To Live By

Promoted: zenherald.com

## Ad Content

**61 Celebrity Mothers and Daughters at The Same Age**

Promoted: Elle

**America's 10 Coolest Towns for Retirees**

Promoted: TheStreet

**How much can you save with a balance transfer credit card?**

Promoted: NerdWallet

**Former student guilty of murder in Colorado school shooting**

DENVER (AP) — A former high school student accused of teaming up with a classmate to kill tee...

June 15, 2021

## Ad Content

**Looking For A New Credit Card? These Have No Annual Fees.**

Promoted: NerdWallet

**Every Marvel Movie, Ranked From Worst to First**

Promoted: Thrillist

**Man Finds Wierd Cave In Chicago, Enters And Drops To His Knees**

Promoted: Interesticle

**20 Places Where $150K Is More Than Enough To Retire**

Promoted: MoneyWise.com

## Ad Content

**If You Have Toenail Fungus Try This Tonight**

Promoted: Fungus Eliminator

**If You See A Red Ball On A Power Line, Here's What It Means**

Promoted: Magellan Times

**25 Funny Notes Written By Strangers**

Promoted: Noteabley

**Video shows man apologized before Honolulu police shot him**

HONOLULU (AP) — Doorbell camera video

Biden taps groups to help pick asylum-seeke... Top Stories  Topics  Video  Listen

yesterday

## Ad Content

**Montana Man Tries New DNA Test And Gets in USA Today**

Promoted: CRI Genetics

**How this Vietnamese Immigrant Cracked The Code of Wall Street**

Promoted: Stock Navigators

**20 Everyday Things Kate Middleton Is Not Allowed To Do**

Promoted: Post Fun

**All 52 Tom Hanks Movies, Ranked**

Promoted: NowThis

## Ad Content

**This Patented Pillow Is Proven To Eliminate [Shoulder Pain]**

Promoted: MedCline

**Plastic Surgeon Explains: "Doing This Every Morning Can Snap Back Sagging Skin" (No Creams Needed)**

Promoted: Beverly Hills MD

Learn More

**This 90's Star Looks Completely Different Now**

Promoted: MoneyPail

**Kim warns of 'tense' food situation, longer COVID lockdown**

SEOUL, South Korea (AP) — North Korean leader Kim Jong Un warned about possible food shortage...

yesterday

## Ad Content

**These Are The Funniest Photos Of IT Support Workers**

Promoted: Definition

**20 Vinyl Records That Are Worth A Fortune**

Promoted: History 10

**John Wick Stuntman Reveals The Truth About Keanu Reeves**

Promoted: Total Past

Popeye The Sailor Is Real And Not A Hero

**Biden taps groups to help pick asylum-seeke...**   Top Stories   Topics   Video   Listen

## Ad Content

**Stop wasting money on Amazon, read this**
Promoted: Capital One Shopping

**NASA's Voyager 2 Has Entered Deep Space – And It Brought Scientists To Their Knees**
Promoted: Zen Herald

**The Songwriters Behind Your Favorite Hits Are Making Millions Under The Radar**
Promoted: investing.com

---

**More evidence suggests COVID-19 was in US by Christmas 2019**

NEW YORK (AP) — A new analysis of blood samples from 24,000 Americans taken early last ...

June 15, 2021

ADVERTISEMENT

**AP NEWS**
Top Stories
Video
Contact Us

[ Cookie Settings ]

**DOWNLOAD AP NEWS**
Connect with the definitive source for global and local news





**MORE FROM AP**
ap.org

AP Insights
AP Definitive Source
AP Images Spotlight
AP Explore

6/17/2021  Case 3:17-cv-02366-BAS-KSC  Biden taps groups to help pick asylum-seekers to come to US  PageID.58672
Document 720-9   Filed 06/17/21
Page 12 of 12

Biden taps groups to help pick asylum-seeke... Top Stories Topics    Video  Listen

**THE ASSOCIATED PRESS**

About   Contact   Customer Support   Careers   Terms & Conditions   Privacy

All contents © copyright 2021 The Associated Press. All rights reserved.