# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO FACILITATE NOTICE TO CLASS MEMBERS OF HUMANITARIAN EXCEPTION PROCESS**<br><br>**(ECF No. 720)** |

On June 17, 2021, Plaintiffs filed a motion regarding Defendants' alleged failure to inform class members of a humanitarian process that would allegedly allow eligible class members entry into the United States. (ECF No. 720.) The Court notes that in the caption of the motion, Plaintiffs have indicated a hearing date of June 19, 2021. The Court assumes this is a typographical error and that Plaintiffs intended to indicate a hearing date of July 19, 2021, which would be consistent with this Court's requirements. *See* Hon. Cynthia A. Bashant's Standing Order for Civil Cases § 4B ("Parties filing a noticed motion may choose any Monday between thirty (30) and sixty (6) days from the motion's filing date."). Thus, the Court **ORDERS** the parties to file their respective briefings on the motion, in accordance with Civil Local Rules 7.1(e)(2)–(3), based on a hearing date of **July 19, 2021**.

　　　　**IT IS SO ORDERED.**

**DATED: June 21, 2021**

Hon. Cynthia Bashant
United States District Judge

1

17cv2366