BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DEFENDANTS' RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (ECF No. 718)** |

| | |
|---|---|
| 1 | Defendants hereby respond in support of Plaintiffs' "Unopposed Motion to Seal Portions of Plaintiffs' Motion to Facilitate Class Notice of Humanitarian Exception Processes" (ECF No. 718). In particular, two of the declarations Plaintiffs proposed to be sealed, *see* Motion to Facilitate Class Notice, Ex. 2 and 5, at ECF Nos. 720-4 and 720-7, identify organizations involved in the sensitive processes described therein. Defendants agree that public disclosure of the organizations' identities could expose employees of those organizations to potential harm based on their involvement in those processes. The Court has previously permitted the sealing of similar information about non-parties. ECF No. 605 at p. 24 (allowing redactions of "the names of the State Department and other non-party contact to maintain their privacy"); ECF No. 510 at p. 21 (agreeing with Defendants' arguments that revealing the names of whistleblower and witnesses to internal investigations could threaten those individuals' privacy and security and expose them to threats; permitting redaction of names). The same rationale—protection of the security of the employees of the organizations involved—supports the sealing of the information about organizations identified in Plaintiffs' Exhibits 2 and 5, and the nature of those organizations' involvement in the processes described, and any portion of the parties' briefs that cite that information. |

Dated: July 2, 2021                     Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General
                                        Civil Division

                                        WILLIAM C. PEACHEY
                                        Director

                                        */s/ Katherine J. Shinners*
                                        KATHERINE J. SHINNERS
                                        Senior Litigation Counsel
                                        U.S. Department of Justice

Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: July 2, 2021          Respectfully submitted,

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*