BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities,* | |
| *Defendants*. | |

---

* Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mayorkas is automatically substituted as a Defendant for former Acting Secretary Wolf.

# DECLARATION OF ALEXANDER J. HALASKA

Pursuant to 28 U.S.C. § 1746, I, Alexander J. Halaska, hereby declare as follows:

1. I am a Trial Attorney employed by the United States Department of Justice. I represent the Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Facilitate Notice to Class Members of Humanitarian Exception Process. The facts contained herein are based upon my personal knowledge.

2. Attached hereto as **Defendants' Exhibit 1** is a true and accurate copy of the Declaration of Joseph Draganac (Jan. 5, 2021).

3. Attached hereto as **Defendants' Exhibit 2** is an excerpt of the true and accurate transcript of the deposition of Rodney Harris (June 2, 2020).

4. Attached hereto as **Defendants' Exhibit 3** is an excerpt of the true and accurate transcript of the deposition of Randy J. Howe (Jan. 9, 2019).

5. Attached hereto as **Defendants' Exhibit 4** is a true and accurate copy of the notice entitled "Notice of Order Under Sections 362 and 365 of the Public Health Service Act Suspending Introduction of Certain Persons From Countries Where a Communicable Disease Exists," 85 Fed. Reg. 17,060 (Mar. 26, 2020).

6. Attached hereto as **Defendants' Exhibit 5** is a true and accurate copy of the interim final rule entitled "Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons Into United States From Designated Foreign Countries or Places for Public Health Purposes," 85 Fed. Reg. 16,559 (Mar. 24, 2020).

7. Attached hereto as **Defendants' Exhibit 6** is a true and accurate copy of the final rule entitled "Control of Communicable Diseases; Foreign Quarantine:

1  Suspension of the Right To Introduce and Prohibition of Introduction of Persons Into
2  United States From Designated Foreign Countries or Places for Public Health
3  Purposes," 85 Fed. Reg. 56,424 (Sept. 11, 2020).

4      8.    Attached hereto as **Defendants' Exhibit 7** is a true and accurate copy
5  of the notice entitled "Order Suspending the Right To Introduce Certain Persons
6  From Countries Where a Quarantinable Communicable Disease Exists," 85 Fed.
7  Reg. 65,806 (Oct. 16, 2020).

9      I declare under penalty of perjury that the foregoing is true and accurate to the
10 best of my knowledge. Executed on July 2, 2021 in Washington, D.C.

                                        */s/ Alexander J. Halaska*
                                        ALEXANDER J. HALASKA