BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' EXHIBIT 2** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities,[1] | |
| *Defendants*. | |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mayorkas is automatically substituted as a Defendant for former Acting Secretary Wolf.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AL OTRO LADO, INC., ET )
AL., )
   PLAINTIFFS, )
)
VS. ) CASE NO.
) 17-cv-02366-BAS-KSC
)
KEVIN K. MCALEENAN, ET )
AL., )
   DEFENDANTS. )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
RODNEY HARRIS
JUNE 2, 2020

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    ORAL AND VIDEOTAPED DEPOSITION of RODNEY HARRIS, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on June 2, 2020, from 10:23 a.m. to 6:27 p.m., before Delia Ordonez, CSR in and for the State of Texas, reported by machine shorthand, via Webex Magna LegalVision.

                Magna Legal Services
                    866.624.6221
                  www.MagnaLS.com



Page 2

```
 1                    A P P E A R A N C E S
 2     FOR THE PLAINTIFFS:
 3          Rebecca Cassler
            Sara Rich
 4          Southern Poverty Law Center
            1101 17th Street, N.W., Suite 705
 5          Washington, D.C. 20036
            202.355.4471
 6          Rebecca.cassler@splcenter.org
            Sara.rich@splcenter.org
 7
            Allison Parr
 8          Steve Medlock
            Mayer Brown
 9          1999 K Street, N.W.
            Washington, D.C. 20006
10          202.263.3221
            AWParr@mayerbrown.com
11
       FOR THE DEFENDANTS:
12
            Ari Nazarov
13          Dhruman Y. Sampat
            U.S. Department of Justice
14          Office of Immigration Litigation
            P.O. Box 868, Ben Franklin Station
15          Washington, D.C. 20044
            202.598.8259
16          Ari.Nazarov@usdoj.gov
            Dhruman.y.sampat@usdoj.gov
17
18     ALSO PRESENT:
19          Louisa Slocum, CBP
20          Benjamin Wolarsky
21     THE VIDEOGRAPHER:
            Noah Fox
22
       THE MAGNA LEGAL TECHNICIAN:
23
            Kevin Cranford
24
25
```



Page 108

1    A.   Okay.  So to, you know, reiterate, ports and
2    the LFO don't maintain a wait list.  We don't use a wait
3    list to determine who we process.  We liaise with an
4    entity in -- in Mexico, you know, and ask for a certain
5    number of persons --
6    Q.   (BY MS. CASSLER)  Yeah.
7    A.   -- a day, and then they, you know, send us
8    people that are presumably on the -- on the --
9    Q.   Yeah.
10   A.   -- wait list.
11   Q.   So that process you just described, when did --
12   A.   Right.
13   Q.   -- that start happening?
14   A.   Okay.  So that would have started to happen, as
15   I mentioned earlier -- give me just one second to
16   silence this phone, please.
17            MS. CASSLER:  Oh, no problem.
18            THE WITNESS:  It's my office phone.  Sorry
19   about that.
20            MS. CASSLER:  That's okay.
21   A.   So I mentioned earlier that after June 2018,
22   when we were doing our queue management at the middle of
23   the bridge, some of the larger ports started seeing
24   larger numbers of people waiting on the bridge on the
25   Mexican side.  So as the Government of Mexico elected to



Page 109

1  not allow these people to wait on the bridge any longer,
2  then that's when that communication would have started
3  to occur.
4       Q.  (BY MS. CASSLER)  How did CBP even know that
5  there were waiting lists?
6       A.  So that would have -- the day-to-day business
7  conversations with our Mexican counterparts.
8       Q.  Yeah.  I mean, that makes sense.
9            And at this point, for the ports that have
10 wait lists, the process is, more or less, similar across
11 the ports, right, in terms of how the wait list works?
12 Like, you talk to INM, you give them a number, and then
13 processing happens; is that right?
14           MR. NAZAROV:  Objection, form.
15      A.  It's -- it's similar, not -- not -- it -- it's
16 going to vary at every port to a certain extent, but in
17 overall, high-level terms, yes.  We request a certain --
18      Q.  (BY MS. CASSLER)  Yeah.
19      A.  -- number of persons either that day, or I
20 think in the case of Hidalgo, they actually request
21 the -- the evening before, late, for the next morning.
22 And, yes, the next morning the -- the migrants will be
23 escorted to the middle of the bridge by INM in most
24 cases.
25      Q.  So that policy -- or -- sorry -- that -- that

