MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 1 TO DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO FACILITATE NOTICE TO CLASS MEMBERS OF HUMANITARIAN EXCEPTION PROCESSES** |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

| | |
|---|---|
| From: | (b)(6), (b)(7)(C) on behalf of (b)(7)(E) |
| Sent: | Tuesday, February 26, 2019 7:07 AM |
| To: | (b)(6), (b)(7)(C), (b)(7)(E) |
| Cc: | |
| Subject: | Executive Summary: Central American Migrant Caravan 02/26/2019 |
| Attachments: | Executive Summary Feb. 26, 2019.docx; Southwest Border Migration Update 26 Feb 2019.pdf; Combined Caravan Map for Display Purposes Update 51.pdf |

## Executive Summary-Central American Migrant Caravan
## February 26, 2019

### Summary

CBP maintains an enhanced OP posture at and between the ports. Laredo Field Office port's of entry continue to monitor (b)(7)(E) Caravan activity and anticipate processing increased numbers of Hondurans in (b)(7)(E). (b)(7)(E) CBP continues to assess the situation on the ground and anticipates recommending a transition to Phase II of the MFF re-deployment as early as Wednesday, February 27, 2019. EOC will meet with local (b)(7)(E) leadership to discuss their force drawdown plan. USBP will meet with the (b)(7)(E) and discuss their force lay down plan for the week of February 25th. Port Director Del Rincon remains in constant communication with key GOM officials. GOM officials continue to ensure the controlled metering of migrants

### CBP – (b)(7)(E) Efforts/ (b)(7)(E)

**Region VI:**
**Office of Field Operations (OFO)**

(b)(7)(E)

**USBP**

(b)(7)(E)

(b)(7)(E)

1

Region VI - (b)(7)(E)

**USBP**
- (b)(7)(E)

(b)(7)(E)

- On February 25, 2019 at approximately 0840 hours, (b)(6), (b)(7)(C) DOB (b)(6), (b)(7)(C) COB: Honduras, was <u>one of approximately 90 subjects apprehended near</u> (b)(6), (b)(7)(C) Texas. The subject and others were transported in a U.S. Border Patrol bus to (b)(6), (b)(7)(C) for further processing. Upon arriving at (b)(6), (b)(7)(C) the subject had to be rushed out of the bus due to her experiencing severe pain and claiming to being pregnant. The subject was immediately taken to the (b)(6), (b)(7)(C), (b)(7)(E) where she gave birth moments after her arrival. No other updates on her or her child's condition are available at this time. At this time, none of the group is claiming to be related to the Caravan.

**Region IX:**
- The CBP Region IX (b)(7)(E) is currently operating (b)(7)(E) with Operations, Planning, Logistics and Finance sections.
- Operations Section continues to work with the (b)(7)(E) and supporting federal agencies to maintain comprehensive and agile response and posture across CBP Region IX.
- Logistics Section continues to manage transportation and lodging requirements for all TDY personnel assigned to Region IX.
- Planning Section is actively managing (b)(7)(E) requests for information/assistance (RFI/RFA).
- Finance/Admin Section continues to process and reconcile travel documents, ensuring adequate funding at Ports of Entry (POE).
- Region IX operations and supporting partners remain postured to activate response forces including (b)(7)(E) (b)(7)(E) teams, obstacles plans, and medical teams.
- Organic forces will be responsible for all POE MFF functions starting March 1st, 2019 when the remaining 50 TDY personnel return to their home ports.

(b)(7)(E)

2

**(b)(7)(E)**

**(b)(7)(E)**

3

EMAIL-002897995