MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 2 TO DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO FACILITATE NOTICE TO CLASS MEMBERS OF HUMANITARIAN EXCEPTION PROCESSES** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

| | |
|---|---|
| From: | **(b)(6), (b)(7)(C)** |
| Sent: | Monday, February 25, 2019 12:44 PM |
| To: | CBP HQ Leaders Group Caravan 2019 |
| Subject: | (b)(7)(E) Spot Report #1 - 02/25/2019 |

# (b)(7)(E) Spot Report (1240 hrs)
# February 25, 2019

**Situational Update**

**(b)(7)(E) TX: Mobile Field Force (MFF) Team Deployed to (b)(7)(E) Port of Entry**

**Summary:**

On February 24, 2019 at 1804 hours (MST), the (b)(7)(E) Port of Entry encountered thirty three (33) undocumented aliens while conducting queue management operations. The immigrants are reported to being Citizens of Cuba awaiting admission into the United States. Currently the port is processing twelve (12) credible fear cases. The port is conducting queue management operations utilizing (b)(7)(E) U.S. Custom and Border Protection Officers, (b)(7)(E) U.S. Border Patrol Agents and (b)(7)(E) port security guards. Mexican Federal Police and Chihuahua State Police were notified of the situation (b)(7)(E) reports that they arrived on site at 2006 hours. Assistant Port Director (APD) (b)(6), (b)(7)(C) confirmed that Mexican Law Enforcement presence is on site. Federal Protective Services were notified of the situation. At 2020 hours (MST), Mobile Field Force (MFF) from (b)(6), (b)(7)(C) Border Crossing arrived at the port remained on site until port closes at 2200 hours (MST). SRT notified APD (b)(6), (b)(7)(C) that the immigrants have been loaded into Mexican Law Enforcement vehicles and departed the area at 2018 hours (MST).

**Details:**

On February 24, 2019 at 1804 hours (MST), the (b)(7)(E) Port of Entry encountered thirty three (33) undocumented aliens while conducting queue management operations.

The immigrants are reported to being Citizens of Cuba awaiting admission into the United States.

Currently the port is processing twelve (12) credible fear cases.

The port is conducting queue management operations utilizing three (3) U.S. Custom and Border Protection Officers (b)(7)(E) U.S. Border Patrol Agents and (b)(7)(E) port security guards.

Mexican Federal Police and Chihuahua State Police were notified of the situation (b)(7)(E) (b)(7)(E) reports that they arrived on site at 2006 hours.

Assistant Port Director (APD) (b)(6), (b)(7)(C) confirmed that Mexican Law Enforcement presence is on site. Federal Protective Services were notified of the situation.

At 2020 hours (MST), Mobile Field Force (MFF) from (b)(7)(E) Border Crossing arrived at the port remained on site until port closes at 2200 hours (MST).

(b)(7)(E) notified APD (b)(6), (b)(7)(C) that the immigrants have been loaded into Mexican Law Enforcement vehicles and departed the area at 2018 hours (MST).

  

**Timeline:**

- 1804 hours - (b)(7)(E) Port of Entry encountered approximately thirty-three (33) Cuban Citizens awaiting admission into the United States
- 1823 hours - (b)(7)(E) activated
- 1908 hours – Mexican Federal Police and State Police (MX) notified.
- 1914 hours - Port reports USBP and port security assisting CBP officers at boundary line.
- 2006 hours (b)(7)(E) arrived at the (b)(7)(E) Port of Entry
- 2018 hours (b)(7)(E) notified APL (b)(6), (b)(7)(C) that the immigrants have been loaded into Mexican Law Enforcement vehicles and departed the area
- 2020 hours (MST), Mobile Field Force (MFF) from (b)(7)(E) Border Crossing arrived

**GPS Coordinates:**

Location:

Latitude:           (b)(7)(E)

Longitude:


**SITROOM Directive**:    N/A

**SITROOM Notified:**     Yes/Declined
**SITROOM #:**            N/A

3