1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

15

**UNITED STATES DISTRICT COURT**

16

**SOUTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **EXHIBIT 3 TO DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO FACILITATE NOTICE TO CLASS MEMBERS OF HUMANITARIAN EXCEPTION PROCESSES** |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

| | | |
|---|---|---|
| From: | (b)(6), (b)(7)(C) on behalf of (b)(7)(E) | |
| Sent: | Thursday, February 21, 2019 7:01 AM | |
| To: | (b)(6), (b)(7)(C), (b)(7)(E) | |
| Cc: | | |
| Subject: | Executive Summary: Central American Migrant Caravan 02/21/2019 | |
| Attachments: | Executive Summary Feb. 21, 2019.docx; Combined Caravan Map for Display Purposes Update 46.pdf; Southwest Border Migration Update 21 Feb Final.pdf | |

## Executive Summary-Central American Migrant Caravan
## February 21, 2019

### Summary

**(b)(5), (b)(7)(E)**

| Migrant Group | Formation | Size | Description | Location | Destination |
|---|---|---|---|---|---|
| Group 1 October Caravan | 13-21 October Honduras | ~ 596 | Majority Honduran with some Guatemalan and Salvadoran | Tijuana Mexicali | U.S. |
| Group 2 Migration Crisis Flow | 16 January to Present | 11,183 | Honduran, Salvadoran, Guatemalan, very few Nicaraguan, Haitian, Cuban, Angolan, and Brazilian | Guanajuato CDMX Queretaro | Mexico, U.S. |
| Group 3 January Caravan | 14-16 January | Originally ~3,345 | Central American | Piedras Negras | U.S. |

### Line of Effort 1: Local Outreach Efforts

1

**Region VI:**
**DPS meeting**
- (b)(7)(E) continues supporting Border Patrol Operations to the north and south of the focus area.
- (b)(7)(E)
- (b)(7)(E)
- (b)(7)(E)

**Region IX:**
- (b)(7)(E)
- Coordination with the U.S. Consulate – Tijuana, (b)(7)(E) and ILU is active and ongoing.

## Line of Effort 2: CBP – DOD Efforts

**Region VI:**
**Office of Field Operations (OFO)**
Personnel

(b)(7)(E)

(b)(7)(E)

(b)(7)(E)

2

**(b)(7)(E)**

- (b)(7)(E) Leadership continues to maintain constant communication with Grupo Beta to ensure new developments within the AOR.
- (b)(7)(E)
- Queue metering will continue.
- Shelter in (b)(7)(E) has 268 migrants waiting in the queue with no plans to shut down.

**USBP** (b)(7)(E)

**(b)(7)(E)**

(b)(7)(E) **POE**
- (b)(7)(E)

**Region IX:**
- The CBP Region IX (b)(7)(E) is currently operating (b)(7)(E) with Operations, Planning, Logistics and Finance sections. (b)(7)(E)
- Operations Section continues to work with the (b)(7)(E) and supporting federal agencies to maintain comprehensive and agile response and posture across CBP Region IX.
- Logistics Section continues to manage transportation and lodging requirements for all TDY personnel assigned to Region IX.
- Planning Section is actively managing (b)(7)(E) requests for information/assistance (RFI/RFA), submitted a LFC Region IX sustainability plan for HQ review.

EMAIL-002897977

- Finance/Admin Section continues to process and reconcile travel documents, ensuring adequate funding at Ports of Entry (POE).
- Region IX operations and supporting partners remain postured to activate response forces including (b)(7)(E) teams, obstacles plans, and medical teams.



### Line of Effort 3: LFC International Engagement

**Region VI:**
(b)(7)(E) POE
- Maintained communication with Instituto Nacional de Migracion (INAMI) for updates in Ciudad Acuña.
- Constant communication with Grupo Beta is kept to ensure any new developments.

**Region IX:**
- CBP Region IX UCC leadership remains engaged with its foreign counterparts.

### Line of Effort 4: HQ Area Command

**Area Command:**
- HQ Area Command continues to refine the demobilization plan of the area command.
- Logistics continues to monitor (b)(7)(E) for incoming RFA/RFI requests
- Planning section continues to monitor the outcome of "Migrant Protection Protocol" in order to refine the conceptual operational plan for the (b)(7)(E) & temporary holding area.
- Discussed and facilitated logistic issues.
- Planning section updated the (b)(7)(E)

### Line of Effort 5: Foreign Partner/ Stakeholder Activities

4

**Region IX:**
-  (b)(7)(E)
- (b)(7)(E)
- (b)(7)(E)

### Line of Effort 6: Public Affairs

**Region IX:**
- Established a Joint Information Center led by the CBP Office of Public Affairs.

### Line of Effort 7: Health and Medical

**Region VI:**
(b)(7)(E) POE
- Requisition and purchase of supplies for MFF personnel.

**Region IX:**
- Continue to monitor situations and report any health/medical related information to ensure precautions can be initiated when needed.

5

**(b)(7)(E)**

6