MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 4 TO DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO FACILITATE NOTICE TO CLASS MEMBERS OF HUMANITARIAN EXCEPTION PROCESSES** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.561

| | |
|---|---|
| From: | **(b)(6), (b)(7)(C)** on behalf of SITROOM |
| Sent: | Wednesday, December 19, 2018 8:25 AM |
| To: | SITROOM; CBP SITROOM CBP LEADERSHIP |
| Cc: | CBP SITROOM - Reports - EOC; **(b)(6), (b)(7)(C)**; **(b)(6), (b)(7)(C)** |
| Subject: | Executive Summary: Central American Migrant Caravan 12/19/18 |
| Attachments: | Executive Summary Dec 19 2018.docx |

# Executive Summary-Central American Migrant Caravan
# December 19, 2018

## Summary

Approximately 15 migrants showed up for **(b)(6), (b)(7)(C)**'s march to the U.S. Consulate in Tijuana and the **(b)(7)(E)** port of entry, earlier today, according to **(b)(7)(E)**. Following the march, the **(b)(7)(E)** detained **(b)(6), (b)(7)(C)** for disturbing the peace at the **(b)(6), (b)(7)(C), (b)(7)(E)** was also arrested during the incident.

**(b)(6), (b)(7)(C), (b)(7)(E)**

| Migrant Group | Formation | Size | Description | Location | Destination |
|---|---|---|---|---|---|
| Group 1 | 13-21 October Honduras | ~ 3,786 | Majority Honduran with some Guatemalan and Salvadoran | Tijuana | Tijuana |
| Group 2 | 13-21 October Honduras | ~ 500 | Majority Honduran with some Guatemalan and Salvadoran | Mexicali | Tijuana/Mexicali |

## Line of Effort 1: Local Outreach Efforts

**Region IX:**
- The International Liaison Unit (ILU) and Foreign Operations Branch (FOB) remains attached to the **(b)(7)(E)**
- Coordination with the U.S. Consulate – Tijuana, Regional Security Officer and ILU is active and ongoing.
- San Diego Area Command continues to host multiagency state and local meetings to inform all partners on all aspects of operations and efforts.
- Area Commands continue to engage with local and state first responders to inform them on the current status of the migrant caravan as well as reinforce established partnerships.

## Line of Effort 2: CBP - **(b)(7)(E)** Efforts

**Region IX:**
- **(b)(7)(E)**

- Operations Section continues to work with (b)(7)(E) and supporting federal agencies to maintain comprehensive and agile response and posture across CBP Region IX.
- Logistics Section continues to manage transportation and lodging requirements for all TDY personnel assigned Region IX.
- Planning Section is actively managing (b)(7)(E) requests for information/assistance (RFI/RFA), submitted a LF Region IX sustainability plan for LFC review.
- Finance/Admin Section continues to process and reconcile travel documents, ensuring adequate funding at Port of Entry (POE).
- The EOC is monitoring the pending installation of (b)(7)(E) by the San Diego BP Sector (b)(7)(E)
  (b)(7)(E)
    - (b)(7)(E)
    - (b)(7)(E)
- Region IX operations and supporting partners remain postured to activate response forces including (b)(7)(E) (b)(7)(E)
- (b)(7)(E) reported possible shots fired on December 17th at approximately 1930 hours. (b)(7)(E) and GoM assets responded and reported negati findings. Agents reported they had previously seen fireworks in the area earlier.
- (b)(7)(E)

(b)(7)(E)

(b)(6), (b)(7)(C), (b)(7)(E)

  - Today (b)(6), (b)(7)(C) planned to start a migrant march from the (b)(7)(E) shelter to the U.S. Consulate (Tijuana) to inquire about President Trump's response to their letter. After the consulate, migrants had planned to walk to (b)(7)(E) International Bridge.
    - (b)(6), (b)(7)(C) entered (b)(7)(E) Shelter 0700 hour this morning, attempted to incite migrants, and was subsequently arrested by GoM authorities.
  - December 19th - "Caravan Supply and Peace Rally" event at Horton Plaza, downtown San Diego. Donations will be collected for migrants. (11 attending - 95 interested).
  - December 20th – (17:00 hours) "The Migrant Caravan Support Holiday Potluck". People will gather an bring food, create holiday cards. Christmas Day material donations to "Pueblo Sin Fronteras". (17 attending – 37 interested).
  - December 25th – (0800-1800 hours) "Showers and Smoothies for Asylum Seekers". Tijuana, BC (3 attending – 8 interested).
  - December 31st – (22:00 hours) *Protest* "U.S. Globalists Greet Caravan" (3 attending – 30 interested). Location: San Diego/Mexico border. "Greet your brothers and sisters at the U.S. Mexico border".
- Otay Mesa - December 17, 2018 - at approximately 1500 hours (PST) (Situation ongoing), Congresswoman Nanett BARRAGAN and Congressman Jimmy GOMEZ arrived at the Otay Mesa Port of Entry with 15 Honduran Nationals. The group included a mother with her five (5) children, eight (8) unaccompanied minors, and one adult male. Ongoing media attention.
  - The asylum seekers were organized by legal aid group Al Otro Lado. A group of attorneys, law students and volunteers formed a human shield around the migrants.
  - (8) Unaccompanied minors (UAC) were processed at Otay Mesa by the Admissibility Enforcement Uni (AEU).
  - The Otay Mesa AEU processed the mother and her 5 children for Expedited Removal/Credible Fear interview.
    - Medical staff at (b)(7)(E) examined the family and found that they all had "Head Lice", staff prescribed treatment for the head lice.

EMAIL-002907323

- o At approximately 0230 hours Congresswoman Nanette Barragan applied for entry to the United States v OTM/POE pedestrian primary, Congresswoman Barragan was processed and proceeded north without incident.
- o U.S. Congressional presence remained at Otay Mesa with additional caravan migrants: Congressman Jimmy Gomez, Roberto Gama and Daniel Santa Cruz both Congressional staffer.
- o At approximately 0700 hours CBP made contact with the remaining group at the limit line, and attempt to explained facility constraints and the need to proceed to (b)(7)(E) POE for processing. A spokesperson for the group stated, they would only provide the names of migrates if they were to be processed at the OTM POE.
- o Congressman Jimmy Gomez was no longer with the group, (b)(7)(E) Congressman made entry to the United States via OTM pedestrian at 0537 hours.
- o At approximately 0800 hours the last remaining migrates were escorted into OTM AEU for processing. the group consisted of 1 single Honduran male, 1 family unit with 1 Honduran adult male, 1 Honduran adult female and three minor Honduran female children.
  - ▪ CBP Office of Congressional Affairs Assistant Commissioner John "Pete" Ladowicz and Deputy Assistant Commissioner Kim Lowery were looped in (b)(7)(E)

(b)(7)(E)

- **(b)(5), (b)(6), (b)(7)(C), (b)(7)(E)**

- **(b)(7)(E)**

- Coordination continues with our partners to provide accurate Caravan Migrant population numbers in Mexico.
  - o CBP (b)(7)(E) Numbers as of December 18, 2018.
    - ▪ Total Caravan Migrants in Tijuana is estimated at 3,017, Mexicali is approximately 497
      - o 2,017 Migrants in (b)(7)(E)
      - o 300 (b)(7)(E)
      - o 150
      - o 150
      - o 300 Migrants dispersed in different 15 shelters and hotel throughout Tijuana
      - o 100 (b)(7)(E) Surrounding Area)
  
(b)(7)(E)
- Yesterday, December 17, 2018, (b)(7)(E) missions resulting in (b)(7)(E) There were no (b)(7)(E) missions.
  - o To date,
  - o To date, (b)(7)(E)
(b)(7)(E)
- (b)(7)(E) has deployed a total of (b)(7)(E) to Region IX.
- (b)(7)(E) has trained (b)(7)(E) CBP officers in Region IX with MFF training.
- Coordinating integration of federal law enforcement agencies supporting CBP efforts.

(b)(7)(E)

3

- (b)(7)(E) overall personnel total (b)(7)(E) including (b)(7)(E)
- (b)(7)(E)

Region VI: (b)(7)(E)

Personnel in Region VI (b)(7)(E)

(b)(7)(E)

**(b)(7)(E)**

USBP/OFO/SRT:
- (b)(7)(E) USBP personnel detailed from (b)(7)(E) to Region IX
- (b)(7)(E) MFF OFO Officers detailed from (b)(7)(E) to Region IX
- (b)(7)(E)
  o OFO-SOC
    o 12-17-18 2010hrs
    o Group of 60 migrants organized to present themselves to the (b)(7)(E) Bridge POEs
    o Verified by MX Immigration
    o MFF team at (b)(7)(E) activated along with USBP personnel

4

EMAIL-002907325

- - o (b)(7)(E) requested at (b)(7)(E) Bridge
  - o MX Immigration removed subjects from the bridges to local shelters
    - 10 subjects left at (b)(7)(E) Bridge for QUEUE
    - 15 subjects left at (b)(7)(E) Bridge for QUEUE
  - o 2045 hours MFF officers, USBP, (b)(7)(E) deactivated resume normal operations

### Line of Effort 3: LFC International Engagement

**Region IX:**
- At this time the Mexican government has not formally issued their proposed policy regarding migrant registration and the four options below:
  - o Request asylum from the Government of Mexico.
  - o Request a humanitarian visa (valid for 1 year), which allows travel through Mexico, work authorization, and public assistance.
  - o Request repatriation to their home country which Mexico will facilitate.
  - o Refuse above options and receive an official notice to return to their country of origin within 10 days.

### Line of Effort 4: HQ Area Command

**HQ Area Command:**
- Planning continues to monitor (b)(7)(E) for incoming RFA/RFI requests.
- Planning section continues to monitor the outcome of "Remain in Mexico" in order to refine the conceptual operational plan for the (b)(7)(E)
- Planning section updated the (b)(7)(E)

### Line of Effort 5: Foreign Partner/ Stakeholder Activities

**Region IX:**
- (b)(7)(E) to monitor any movement by the migrants and to be able to report as needed to the San Diego Area Command.
- CBP Region IX (b)(7)(E) is collaborating with CBP's Mexico Country Team to gather information from CBP, ICE and Mexican Law Enforcement sources.
- (b)(7)(E) continues to work closely with (b)(7)(E) officers and CBP OI at the Region IX EOC to provide timely information on caravan movements.
- (b)(7)(E)

### Line of Effort 6: Public Affairs

**Region IX:**
- Region IX has established a Joint Information Center (JIC) led by the CBP Office of Public Affairs.

### Line of Effort 7: Health and Medical

**Region IX:**
- Personnel continue to be mustered on health and safety protocols and utilization of PPE, consistent with local medical plans.

(b)(7)(E)

6