UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ALEJANDARO MAYORKAS, *et al*,<br><br>　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORAL ARGUMENT (ECF No. 560);**<br><br>**AND**<br><br>**(2) SETTING ORAL ARGUMENT ON SUMMARY JUDGMENT MOTIONS** |

　　　Plaintiffs applied to the Court for an order setting oral argument on Plaintiffs' Motion for Summary Judgment. Defendants do not oppose the application and have not separately requested oral argument on their Cross-Motion for Summary Judgment.

　　　Finding that oral argument would aid in the resolution of the overlapping issues presented in both parties' motions, the Court **GRANTS** the application and **SETS** oral argument for **August 31, 2021 at 10:00 a.m.** on Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment. The parties should therefore be prepared to discuss issues and arguments pertaining to both Plaintiffs' Motion and Defendants' Cross-Motion at the hearing.

　　　**IT IS SO ORDERED.**

**DATED: July 12, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge