MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
*(pro hac vice)*
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice)*
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
*(pro hac vice)*
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, DC 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>                Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO PERMIT REMOTE ATTENDANCE AT AUGUST 31, 2021 ORAL ARGUMENT** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
bazmy@ccrjustice.org
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
aguisado@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
sarah.rich@splcenter.org
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
rebecca.cassler@splcenter.org
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
kwalters@immcouncil.org
Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
gborroto@immcouncil.org
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

1    Plaintiffs respectfully request, and Defendants do not oppose, that the Court
2    enter an Order permitting either party to attend the upcoming August 31, 2021 oral
3    argument via videoconference or telephone.

4    Since COVID vaccinations ramped up in the United States, this Court has
5    followed a steady and prudent reopening plan for civil motions practice and trials.
6    On March 2, 2021, Chief Judge Order ("CJO") 62 gave District Judges of this Court
7    the discretion to conduct in-person proceedings, except jury trials, in all civil cases,
8    "after considering the ongoing need to protect the health and safety of all persons in
9    the federal courthouses."  *See* CJO 62, *In re Civil Case Proceedings During the*
10   *COVID-19 Public Emergency* (S.D. Cal. Mar. 2, 2021).  On June 1, 2021, District
11   Judges in this Court resumed jury trials in civil cases.  *See* CJO 62-B, *In re Civil Case*
12   *Proceedings During the COVID-19 Public Emergency* (S.D. Cal. Jun. 11, 2021); *see*
13   *also* CJO 36-B, *In re Supplement to District Trial Reopening Plan* (S.D. Cal. May
14   24, 2021) (supplementing existing civil trial reopening plan with limitations on the
15   number of juries that may be selected on particular days of the week).

16   Nevertheless, this Court has recognized that individual counsel may be
17   differently situated with respect to the risks associated with travel and appearances.
18   As CJO 62-B explains, "[a]ttorneys who for health or other exceptional reasons are
19   unable to appear in-person may request to appear telephonically or by
20   videoconference with the presiding judge."  CJO 62-B, *In re Civil Case Proceedings*
21   *During the COVID-19 Public Emergency* (S.D. Cal. Jun. 11, 2021).

22   One of the counsel for Plaintiffs that intend to argue at the August 31, 2021
23   oral argument on the pending cross-motions for summary judgment lives with an
24   immunocompromised family member.[2]  *See, e.g.*, Erika Edwards & Laura Strickler,
25   *Rarely, COVID Vaccine Breakthrough Infections Can Be Severe.  Who's at risk?*

26   _____
     [2] To protect the privacy and health information of that individual, Plaintiffs can
27   provide the Court more details regarding that family member under seal or via an ex
     parte telephone call, if necessary.
28

1

1    (NBC News, July, 19, 2021), https://www.nbcnews.com/health/health-news/rarely-

2    covid-vaccine-breakthrough-infections-can-be-severe-who-s-n1274164    (Dr.    Tal

3    Brosh, Head of Infectious Disease Unit, Assuta Ashod University Hospital: "If

4    you're vaccinated and . . . you are immunocompromised, you are not [as] well

5    protected as someone else who is vaccinated.").    That counsel would like to avoid

6    any attendant risks associated with transcontinental air travel, taxi rides, and a hotel

7    stay.  Accordingly, Plaintiffs request (and Defendants do not oppose) that all counsel

8    be given the option of appearing via telephone or video conference for the August

9    31, 2021 oral argument (while retaining the option to appear in person).

10

11

12    Dated: July 23, 2021                          MAYER BROWN LLP
                                                     Matthew H. Marmolejo
13                                                   Ori Lev
                                                     Stephen M. Medlock
14
                                                     SOUTHERN POVERTY LAW
15                                                   CENTER
                                                     Melissa Crow
16                                                   Sarah Rich
                                                     Rebecca Cassler
17
                                                     CENTER FOR CONSTITUTIONAL
18                                                   RIGHTS
                                                     Baher Azmy
19                                                   Angelo Guisado

20                                                   AMERICAN IMMIGRATION
                                                     COUNCIL
21                                                   Karolina Walters
                                                     Gianna Borroto
22
                                                     By: */s/ Stephen M. Medlock*
23                                                   Stephen M. Medlock

24                                                   *Attorneys for Plaintiffs*

25

26

27

28

                                            2

1

## CERTIFICATE OF SERVICE

2    I certify that I caused a copy of the foregoing document to be served on all

3  counsel via the Court's CM/ECF system.

4  Dated: July 23, 2021                    MAYER BROWN LLP

5
                                           By  */s/ Stephen M. Medlock*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28