# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING IN PART JOINT MOTION TO PERMIT REMOTE ATTENDANCE AT AUGUST 31, 2021 ORAL ARGUMENT**<br><br>**(ECF No. 726)** |

Before the Court is Plaintiffs' unopposed Motion to Permit Remote Attendance at the oral argument on the parties' cross-motions for summary judgment on August 31, 2021. (ECF No. 726.) Plaintiffs state that one of their counsel who intends to argue at the hearing lives with an immunocompromised family member and seeks to avoid the risks associated with travel. (*Id.*)

Good cause appearing, the Court **GRANTS** the Joint Motion as to this specific member of Plaintiffs' counsel. The Court will provide information regarding how to appear via video teleconference in advance of the hearing. However, the Court **DENIES WITHOUT PREJUDICE** the request as to any remaining counsel who intend to make an appearance at the hearing as they have not provided any individualized reasons for their inability to appear in person. *See* Chief Judge Order 62-B, *In re Civil Case Proceedings During the COVID-19 Public Emergency* (S.D. Cal. Jun. 11, 2021) ("Attorneys who *for*

*health or other exceptional reasons* are unable to appear in-person may request to appear telephonically or by videoconference with the presiding judge.") (emphasis added).

Counsel may renew their requests to appear remotely, for good cause, by **August 17, 2021**. If a request to appear remotely is not filed by this date, each attorney who intends to appear at the hearing will be expected to appear in person on August 31, 2021 in Courtroom 4B.

**IT IS SO ORDERED.**

DATED: July 23, 2021

Hon. Cynthia Bashant
United States District Judge