# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER RE: INFORMATION FOR PUBLIC ACCESS TO AUGUST 31, 2021 SUMMARY JUDGMENT HEARING** |

Oral argument on the parties' cross-motions for summary judgment is set for August 31, 2021. (ECF No. 725.) Mindful of the continuing risk to public health posed by COVID-19, the Court hereby provides teleconference access to any members of the public who wish to remotely listen to the proceedings. Interested parties can access the hearing by calling the below number before 10:00 a.m. When prompted, enter the access code followed by the pound sign (#).

**Teleconference number**: (888) 557-8511

**Access code**: 6968297

All lines will be muted. Therefore, use of this remote access is reserved for the only the public and counsel not intending to make an appearance. Any member of counsel intending to argue at the hearing must appear in person or have received permission from the Court to attend via video teleconference. (*See* ECF No. 727.)

**IT IS SO ORDERED.**

**DATED: August 11, 2021**

Hon. Cynthia Bashant
United States District Judge