BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities,[*]<br><br>　　　　　*Defendants*. | Case No. 3:17-cv-02366-BAS-KSC<br><br>Hon. Cynthia A. Bashant<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO PERMIT REMOTE ATTENDANCE AT AUGUST 31, 2021 ORAL ARGUMENT** |

---

[*] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mayorkas is automatically substituted as a Defendant for former Acting Secretary Wolf.

1    Defendants respectfully request, and Plaintiffs do not oppose, that the Court

2    enter an order permitting one of Defendants' Counsel, Katherine Shinners, to appear

3    telephonically at the August 31, 2021 hearing on the parties' Cross-Motions for

4    Summary Judgment.

5    In recent months, this Court has implemented a steady plan for conducting in-

6    person civil proceedings. *See, e.g.*, Order of the Chief Judge No. 62-B (June 11,

7    2021), *available at* https://www.casd.uscourts.gov/_assets/pdf/rules/Chief%20

8    Judge%20Order%2062-B.pdf. Nevertheless, this Court has recognized that individ-

9    ual attorneys may be differently situated with respect to the risks associated with

10   travel and appearances. As Order of the Chief Judge No. 62-B explains, "[j]udges

11   may conduct court proceedings by telephone or video conferencing where practica-

12   ble and consistent with the law," and "[a]ttorneys who for health or other exceptional

13   reasons are unable to appear in-person may request to appear telephonically or by

14   videoconference with the presiding judge." *Id.*

15   One of Defendants' Counsel, Katherine Shinners, who intends to appear at the

16   August 31, 2021 hearing on the pending Cross-Motions for Summary Judgment is

17   the parent of two unvaccinated children under the age of 12. Both of those children

18   are scheduled to start in-person school the week of August 30. If she were to attend

19   the August 31 hearing in person, Ms. Shinners would isolate from her children upon

20   return from the hearing to minimize the risk to her children and preserve their ability

21   to attend school. Accordingly, to avoid the risks associated with air travel and hotel

22   stays and the disruption and potential expense of isolation, Defendants request (and

23   Plaintiffs do not oppose) that Ms. Shinners be permitted to appear at the hearing

24   telephonically. Defendants respectfully submit that such relief would not detract

25   from the presentation of oral argument, as two of Defendants' Counsel intend to

26   appear in-person at the hearing, including the attorney who will present argument

27   for Defendants.

28

DEFS.' MOT. TO PERMIT RE-
MOTE ATTENDANCE
Case No. 3:17-cv-02366-BAS-KSC

1  DATED: August 17, 2021    Respectfully submitted,

2
    BRIAN M. BOYNTON
3   Acting Assistant Attorney General

4   WILLIAM C. PEACHEY
5   Director

6   KATHERINE J. SHINNERS
7   Senior Litigation Counsel

8   */s/ Alexander J. Halaska*
9   ALEXANDER J. HALASKA
    Trial Attorney
10  United States Department of Justice
    Civil Division
11  Office of Immigration Litigation
12  District Court Section
    P.O. Box 868, Ben Franklin Station
13  Washington, D.C. 20044
14  Tel: (202) 307-8704 | Fax: (202) 305-7000
15  alexander.j.halaska@usdoj.gov

16  *Counsel for Defendants*

17

18

19

20

21

22

23

24

25

26

27

28

DEFS.' MOT. TO PERMIT RE-
MOTE ATTENDANCE
Case No. 3:17-cv-02366-BAS-KSC

**<u>CERTIFICATE OF SERVICE</u>**

*Al Otro Lado v. Mayorkas*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: August 17, 2021              Respectfully submitted,

                                    */s/ Alexander J. Halaska*
                                    ALEXANDER J. HALASKA
                                    Trial Attorney
                                    United States Department of Justice

DEFS.' MOT. TO PERMIT RE-
MOTE ATTENDANCE
Case No. 3:17-cv-02366-BAS-KSC