BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities,[*] <br><br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DECLARATION OF ALEXANDER J. HALASKA IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO PERMIT REMOTE ATTENDANCE AT AUGUST 31, 2021 ORAL ARGUMENT** |

---

[*] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mayorkas is automatically substituted as a Defendant for former Acting Secretary Wolf.

# **DECLARATION OF ALEXANDER J. HALASKA**

Pursuant to 28 U.S.C. § 1746, I, Alexander J. Halaska, hereby declare as follows:

1. I am a Trial Attorney employed by the United States Department of Justice. I represent the Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I submit this declaration in support of Defendants' Unopposed Motion to Permit Remote Attendance at the August 31, 2021 Oral Argument. The facts contained herein are based upon my personal knowledge or facts made known to me in the course of my employment.

2. One of Defendants' Counsel, Katherine Shinners, who intends to appear at the August 31, 2021 hearing is the parent of two unvaccinated children under the age of 12. Counsel's children begin school the week of August 30.

3. Thus, while Defendants recognize that this Court has ordered the parties to appear for the August 31 hearing in-person, Defendants respectfully request that Ms. Shinners be permitted to attend the August 31 hearing by telephone. Ms. Shinners would present argument only insofar as the Court has questions regarding its preliminary injunction orders. Undersigned Counsel intends to appear in-person to present argument on the pending Cross-Motions for Summary Judgment.

4. The parties have conferred regarding this Motion. Plaintiffs do not oppose this Motion.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on August 17, 2021 in Washington, D.C.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA

1    DECL. OF ALEXANDER J. HALASKA
Case No. 3:17-cv-02366-BAS-KSC