MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
*(pro hac vice)*
olev@mayerbrown.com
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice)*
smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
  *(pro hac vice)*
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, DC 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No. 17-cv-02366-BAS-KSC |
| Plaintiffs, | **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO PERMIT REMOTE ATTENDANCE AT AUGUST 31, 2021 ORAL ARGUMENT** |
| v. | |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
  Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
  *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

Plaintiffs respectfully request, and Defendants do not oppose, that the Court enter an Order permitting four of Plaintiffs' counsel, Rebecca Cassler, Melissa Crow, Sarah Rich, and Karolina Walters, to attend the upcoming August 31, 2021 oral argument via videoconference or telephone.

Since COVID vaccinations ramped up in the United States, this Court has followed a steady and prudent reopening plan for civil motions practice and trials. On March 2, 2021, Chief Judge Order ("CJO") 62 gave District Judges of this Court the discretion to conduct in-person proceedings, except jury trials, in all civil cases, "after considering the ongoing need to protect the health and safety of all persons in the federal courthouses." *See* CJO 62, *In re Civil Case Proceedings During the COVID-19 Public Emergency* (S.D. Cal. Mar. 2, 2021). On June 1, 2021, District Judges in this Court resumed jury trials in civil cases. *See* CJO 62-B, *In re Civil Case Proceedings During the COVID-19 Public Emergency* (S.D. Cal. Jun. 11, 2021); *see also* CJO 36-B, *In re Supplement to District Trial Reopening Plan* (S.D. Cal. May 24, 2021) (supplementing existing civil trial reopening plan with limitations on the number of juries that may be selected on particular days of the week).

Nevertheless, this Court has recognized that individual counsel may be differently situated with respect to the risks associated with travel and appearances. As CJO 62-B explains, "[a]ttorneys who for health or other exceptional reasons are unable to appear in-person may request to appear telephonically or by videoconference with the presiding judge." CJO 62-B, *In re Civil Case Proceedings During the COVID-19 Public Emergency* (S.D. Cal. Jun. 11, 2021).

Three of Plaintiffs' counsel who intend to appear at the August 31, 2021 oral argument on the pending cross-motions for summary judgment are the parents of unvaccinated children under the age of 12 who have started or will be starting in-person school on or before the week of August 30. If they were to attend the August 31 hearing in person, they would be required to quarantine upon return from the hearing to minimize the risk to their children and ensure that they can continue to

1

attend school. These counsel would like to avoid the risks associated with transcontinental air travel, taxi rides, and a hotel stay.

The fourth counsel for Plaintiffs falls within one of the categories listed by the Centers for Disease Control and Prevention (CDC) as having a higher risk of developing a severe case of COVID-19 if infected.[2] Like her co-counsel with unvaccinated children, that counsel would like to avoid the risks associated with travel.

Accordingly, Plaintiffs request (and Defendants do not oppose) that Rebecca Cassler, Melissa Crow, Sarah Rich and Karolina Walters be given the option of appearing via telephone or video conference for the August 31, 2021 oral argument.

---

[2] To protect the privacy and health information of that individual, Plaintiffs can provide the Court more details regarding that attorney under seal or via an ex parte telephone call, if necessary.

Dated: August 17, 2021

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters
   Gianna Borroto

By: */s/ Stephen M. Medlock*
   Stephen M. Medlock

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: August 17, 2021                MAYER BROWN LLP

                                      By */s/ Stephen M. Medlock*