## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING MOTIONS TO PERMIT REMOTE ATTENDANCE AT AUGUST 31, 2021 ORAL ARGUMENT**<br><br>**(ECF No. 730, 731)** |

Before the Court are two Motions to Permit Remote Attendance at the oral argument on the parties' cross-motions for summary judgment on August 31, 2021. (ECF Nos. 730. 731.) Defendants' counsel Katherine Shinners and Plaintiffs' counsel Rebecca Cassler, Melissa Crow, Sarah Rich, and Karolina Walters request to appear remotely for health and exceptional reasons.

Good cause appearing, the Court **GRANTS** the Motions. The Court will provide information regarding how to appear via video teleconference in advance of the hearing.

**IT IS SO ORDERED.**

**DATED: August 18, 2021**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366