# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

Pending before the Court is the parties' cross-motions for summary judgment. After considering the parties' papers, the Court requests that the parties submit supplemental briefing on the following two issues:

　　(1) why no administrative record was designated in this case for purposes of the APA claims; and

　　(2) what evidentiary material, if any, the Court can consider on summary judgment for purposes of resolving these claims.

Accordingly, the Court **ORDERS** the parties to file supplemental briefing with the Court no later than **August 25, 2021**. Each party's memorandum may not exceed seven pages.

　　**IT IS SO ORDERED.**

**DATED: August 20, 2021**

Hon. Cynthia Bashant
United States District Judge