MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *(pro hac vice)*
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  *(pro hac vice)*
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  *(pro hac vice)*
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, DC 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>        Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR COURT OVERSIGHT OF PRELIMINARY INJUNCTION COMPLIANCE**<br><br>Hearing Date: September 27, 2021<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>*Declaration of Rebecca M. Cassler Filed Concurrently* |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
  Gianna Borroto (IL Bar No. 6305516)
  (*pro hac vice*)
  *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# **PLAINTIFFS' MOTION FOR COURT OVERSIGHT OF PRELIMINARY INJUNCTION COMPLIANCE AND NOTICE THEREOF**

PLEASE TAKE NOTICE that on August 24, 2021, Plaintiffs will and here by do move for ongoing supervision of Defendants' compliance with the preliminary injunction ("PI") entered in this case on November 19, 2019, and the Clarification Order entered in this case on October 30, 2020. Specifically, Plaintiffs seek a referral of PI compliance issues to Magistrate Judge Crawford, with instructions that she hold regular status conferences with the parties regarding PI compliance issues, seek to mediate areas of disagreement, and either decide, or make recommendations to this Court regarding, disputes that the parties cannot resolve through mediation. This motion is based on the attached memorandum of points and authorities and the accompanying declaration of Rebecca M. Cassler. The parties have met and conferred about this motion, which Defendants oppose.

Dated: August 25, 2021

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters
   Gianna Borroto

By: */s/ Ori Lev*

Ori Lev

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: August 25, 2021	MAYER BROWN LLP

By /s/ Ori Lev

*Counsel for Plaintiffs*