# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>                Plaintiffs,<br>v.<br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER RE: MOTIONS TO SEAL**<br><br>**(ECF Nos. 532, 537, 561, 568, 583, 608, 617, 620, 623)** |

    Before the Court are the parties' motions to seal exhibits attached to and portions of the parties' briefings on their respective motions to exclude experts ("Motions to Exclude") and motions for summary judgment ("MSJs"). The parties also seek to seal portions of the Joint Statement of Undisputed Facts ("JSUF") and their memoranda of contentions of fact and law.[1] Specifically, they request that the Court seal, either partially or in their entirety, the majority of the exhibits attached to the aforementioned documents because they contain sensitive law enforcement information, communications with the Government of Mexico, and other confidential information regarding witnesses and CBP employees. The Court provides instructions for sealing below.

## I.    DISCUSSION

    The Court identifies below the documents it finds compelling reasons to seal partially or entirely and provides guidelines for redactions consistent with its August 6, 2020 order regarding the parties' previous sealing motions ("Sealing Order").

---

[1] Defendants filed responses in support of Plaintiffs' Motions to Seal. (ECF No. 594, 631, 633.)

**A.     Documents Previously Ruled on by Sealing Order**

In response to the Court's previous Sealing Order, Defendants submitted redacted versions of certain exhibits that are also at issue in the instant motions. (*See* ECF Nos. 529, 530.) These redacted documents are on the public docket. As such, the Clerk shall accept and file under seal the following documents:

- Whistleblower Dep., Ex. 1 to Pls.' MSJ (ECF No. 533-3) and Ex. 23 to Pls.' Mot. to Exclude (ECF No. 534-25);
- Howe Dep., Ex. 4 to Pls.' MSJ (ECF No. 533-6);
- Owen Dep., Ex. 10 to Pls.' MSJ (ECF No. 533-12);
- AOL-DEF-00046740,[2] Ex. 12 to Pls.' MSJ (ECF Nos. 533-14) and Ex. 17 to Pls.' Mot. to Exclude (ECF No. 534-19);
- AOL-DEF-00205966, Ex. 15 to Pls.' MSJ (ECF No. 533-17);
- AOL-DEF-00020023, Ex. 37 to Pls.' MSJ (ECF No. 533-39);
- AOL-DEF-00243099, Ex. 38 to Pls.' MSJ (ECF No. 533-40);
- AOL-DEF-00039597, Ex. 105 to Pls.' MSJ (ECF No. 533-107);
- AOL-DEF-00566881, Ex. 108 to Pls.' MSJ (ECF No. 533-110);
- AOL-DEF-00028473, Ex. 109 to Pls.' MSJ (ECF No. 533-111);
- AOL-DEF-00028469, Ex. 110 to Pls.' MSJ (ECF No. 533-112);
- AOL-DEF-00050247, Ex. 111 to Pls.' MSJ (ECF No. 533-113);
- AOL-DEF-00602802, Ex. 112 to Pls.' MSJ (ECF No. 533-114).

The Sealing Order also granted sealing the following documents in their entirety. The Court finds the same compelling reasons apply to keep these documents under seal on summary judgment. Accordingly, the Clerk shall accept and file under seal the following documents:

- AOL-DEF-00011011, Ex. 30 to Plaintiffs' MSJ (ECF No. 533-32);
- AOL-DEF-00525116, Ex. 47 to Plaintiffs' MSJ (ECF No. 533-49);

---

[2] The Court includes the Bates number only for the first page of multi-page exhibits.

- Exhibit 322 to Glabe Dep., Ex. 54 to Plaintiffs' MSJ (ECF No. 533-56);
- AOL-DEF-00280783, Ex. 80 to Plaintiffs' MSJ (ECF No. 533-82);
- AOL-DEF-00041825, Ex. 89 to Plaintiffs' MSJ (ECF No. 533-91);
- Exhibit 97 to Howe Dep., Ex. 90 to Plaintiffs' MSJ (ECF No. 533-92).

### B. Deliberative Process Privilege

Defendant also requests that several documents be kept under seal entirely because they are the subject of the deliberative process privilege. However, Defendants withdrew their privilege claim after the Office of Inspector General released a report that publicly disclosed the information contained in the documents. (ECF No. 615.) Therefore, to the extent Defendants rely on the privilege to request sealing, their motions are denied.

### C. Proposed Redactions of Exhibits

Defendants have also designated targeted redactions of transcripts of deposition testimony and other reports. (Appendix 1 to ECF No. 594; Appendix 1 to ECF No. 633.) Finding these redactions appropriate, the Court grants Defendants' request to seal the unredacted deposition transcripts attached to Plaintiffs' MSJ. <u>As such, the Clerk shall accept and file under seal the following documents:</u>

- Atkinson Dep., Ex. 3 to Pls.' MSJ (ECF No. 533-5) and Ex. 2 to Pls.' Mot. to Exclude (ECF No. 534-4);
- Ex. 9 to Hoffman Dep., Ex. 9 to Pls.' MSJ (ECF No. 533-11);
- Harris Dep. Ex. 14 to Pls.' MSJ (ECF No. 533-16) and Ex. 8 to Pls.' Mot. to Exclude (ECF No. 534-10);
- Humphries Dep., Ex. 16 to Pls.' MSJ (ECF No. 533-18);
- Marin Dep., Ex. 17 to Pls.' MSJ (ECF No. 533-19) and Ex. 17 to Pls.' Mot. to Exclude (ECF No. 534-19);
- Leutert Expert Report, Ex. 20 to Pls.' MSJ (ECF No. 533-22), Ex. 10 to Pls.' Mot. to Exclude (ECF No. 534-12), and Ex. 38 to Pls.' MSJ Reply (ECF No. 609-39);
- Glabe Dep., Ex. 64 to Pls.' MSJ (ECF No. 533-66);

- Longoria Dep., Ex. 100 to Pls.' MSJ (ECF No. 533-102) and Ex. 3 to Pls.' Mot. to Exclude (ECF No. 534-5);
- Cleaves Dep., Ex. 102 to Pls.' MSJ (ECF No. 533-104) and Ex. 7 to Pls.' Mot to Exclude (ECF No. 534-9);
- Eaton Dep., Ex. 118 to Pls.' MSJ (ECF No. 533-120) and Ex. 24 to Pls.' Mot to Exclude (ECF No. 534-26);
- Cleaves Decl., Ex. 2 to Defs.' Opp'n to Pls.' Mot. to Exclude (ECF No. 569-1);
- Marin Decl., Ex. 4 to Defs.' Opp'n to Pls.' Mot. to Exclude (ECF No. 569-2).

Defendants' exhibits to their MSJ are also filed on the public docket with targeted redactions. (ECF Nos. 563-3 through 563-69.) Upon review, the Court finds them compliant with the Court's Sealing Order and grants Defendants' motion to partially seal these documents. (ECF No. 561.) <u>The Clerk need not take any action with regard to these documents</u>.

### D. Port Information and Communications with Government of Mexico

Defendants also request that the Court seal information on port capacity, contingency plans, shifts and staffing, limit line positions, and communications with the Government of Mexico. On these bases, the Court finds compelling reasons for some exhibits to remain sealed in their entirety. <u>As such, the Clerk shall accept and file under seal the following documents:</u>

- AOL-DEF-00094256, Ex. 28 to Pls.' MSJ (ECF No. 533-30);
- AOL-DEF-00050864, Ex. 31 to Pls.' MSJ (ECF No. 533-33);
- AOL-DEF-00056315, Ex. 32 to Pls.' MSJ (ECF No. 533-34);
- Ex. 207 to Marin Dep., Ex. 91 to Pls.' MSJ (ECF No. 533-93);
- AOL-DEF-00043545, Ex. 119 to Pls.' MSJ (ECF No. 533-121);
- AOL-DEF-00067827, Ex. 12 to Pls.' MSJ Reply (ECF No. 609-13);
- AOL-DEF-00280782, Ex. 32 to Pls.' MSJ Reply (ECF No. 609-33);
- AOL-DEF-00547009, Ex. 37 to Pls.' MSJ Reply (ECF No. 609-38);
- AOL-DEF-00237660, Ex. 12 to Defs.' MSJ (ECF No. 562-1).

As to the remaining documents the parties seek to seal for these reasons, the Court again finds that wholesale sealing of the majority of these records is unwarranted but will permit redactions of contact information and numbers or statistics from which maximum port capacity can be inferred. These redactions shall comply with the guidelines set forth in the Court's August 6, 2020 Sealing Order.

### E.  Redactions Re: Personal Information

The parties also seek to redact employee contact information and the names of subjects and witnesses to investigations. The Court again permits the redaction of this information in any documents not already subject to sealing in their entirety.

### F.  JSUF and Memoranda of Contentions of Law and Fact

The parties also request to redact specific portions of the JSUF and their respective memoranda of contentions of law and fact. The Court grants these requests. (ECF Nos. 617, 620, 623.) <u>The Clerk shall therefore accept and file under seal the following documents</u>:

- Joint Statement of Undisputed Facts (ECF No. 618);
- Plaintiffs' Memorandum of Contentions of Fact and Law (ECF No. 621);
- Defendants' Memorandum of Contentions of Fact and Law (ECF No. 624).

### G.  Documents to Unseal

The Court finds some exhibits are not the subject of a motion to seal or, alternatively, no compelling reason exists to seal them. <u>The Clerk is directed to replace the sealed versions of these documents with the unsealed copies as specified in Appendix A, attached to this Order.</u>

## II.  CONCLUSION AND ORDER

Accordingly, the Court:

(1)  **GRANTS IN PART** and **DENIES IN PART** the Motions to Seal regarding Plaintiffs' Motion to Exclude, Defendants' Motion to Exclude, Plaintiffs' Reply in support of their Motion to Exclude, and Plaintiffs' Opposition to Defendants' Cross-MSJ (ECF Nos. 532, 537, 583);

(2) **GRANTS** the Motions to Seal regarding Defendants' MSJ, Defendants' Opposition to Plaintiffs' Motion to Exclude, and Plaintiffs' Reply to Defendants' MSJ (ECF Nos. 561, 568, 608);

(3) **GRANTS** the parties' Motion to Seal the JSUF (ECF Nos. 617); and

(4) **GRANTS** the parties' Motions to Seal their Memoranda of Contentions of Law and Fact (ECF No. 620, 623).

The Clerk of Court is directed to complete the various sealing requests that are underlined throughout this order above. The parties shall meet and confer regarding redactions, consistent with the Sealing Order, to all documents that the Court did not explicitly allow to remain sealed, whether partially or in their entirety. Redacted documents shall be submitted to the Court by **October 1, 2021**. In their response, the parties shall indicate which documents currently under seal in their entirety are to be replaced with the redacted versions on the public docket. They shall also indicate which documents, if any, may now be unsealed in light of this Order.

**IT IS SO ORDERED.**

**Dated: September 2, 2021**

Hon. Cynthia Bashant
United States District Judge

**Appendix A**
**Order Re: Motions to Seal**

| Document | Exhibit No. | Replace sealed copy (ECF No.) | With unredacted copy (ECF No.) |
|---|---|---|---|
| Ex. 200 to Marin Dep. | Ex. 21 to Pls.' MSJ | 535-23 | 533-23 |
| Ex. 201 to Marin Dep. | Ex. 22 to Pls.' MSJ | 535-24 | 533-24 |
| Ex. 202 to Marin Dep. | Ex. 23 to Pls.' MSJ | 535-25 | 533-25 |
| Ex. 163 to Cleaves Dep. | Ex. 24 to Pls.' MSJ | 535-26 | 533-26 |
| Ex. 231 to Harris Dep. | Ex. 25 to Pls.' MSJ | 535-27 | 533-27 |
| Ex. 200 to Marin Dep. | Ex. 11 to Pls.' Mot. to Exclude | 536-13 | 534-13 |
| Ex. 201 to Marin Dep. | Ex. 12 to Pls.' Mot. to Exclude | 536-14 | 534-14 |
| Ex. 202 to Marin Dep. | Ex. 13 to Pls.' Mot. to Exclude | 536-15 | 534-15 |
| Ex. 163 to Cleaves Dep. | Ex. 14 to Pls.' Mot. to Exclude | 536-16 | 534-16 |
| Ex. 231 to Harris Dep. | Ex. 15 to Pls.' Mot. to Exclude | 536-17 | 534-17 |
| Aug. 11, 2020 Leutert Dep. | Ex. 2 to Defs.' Mot. to Exclude | 539-4 | 538-1 |
| AOL-DEF-00014822 | Ex. 4 to Pls.' Opp'n to Defs.' MSJ | 585-5 | 584-5 |
| AOL-DEF-00014800 | Ex. 15 to Pls.' MSJ Reply | 610-16 | 609-16 |
| AOL-DEF-00014822 | Ex. 18 to Pls.' MSJ Reply | 610-19 | 609-19 |