1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                **UNITED STATES DISTRICT COURT**
16              **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 Al Otro Lado, Inc., *et al.*,          | Case No.:  17-cv-02366-BAS-KSC

19              Plaintiffs,                | **EXHIBIT 21 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**
20       v.
21 Chad F. Wolf,[1] *et al.*,
22              Defendants.
23                                        | **FILED UNDER SEAL**
24
25
26
27
   ---
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2      CENTER FOR CONSTITUTIONAL RIGHTS
          Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3          *bazmy@ccrjustice.org*
          Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4          *gschwarz@ccrjustice.org*
          Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5          *aguisado@ccrjustice.org*
       666 Broadway, 7th Floor
6      New York, NY 10012
       Telephone: +1.212.614.6464
7      Facsimile: +1.212.614.6499

8
       SOUTHERN POVERTY LAW CENTER
9          Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
           *sarah.rich@splcenter.org*
10         Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
           *rebecca.cassler@splcenter.org*
11     150 E. Ponce de Leon Ave., Suite 340
       Decatur, GA 30030
12     Telephone: +1.404.521.6700
       Facsimile: +1.404.221.5857
13

14     AMERICAN IMMIGRATION COUNCIL
          Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15         *kwalters@immcouncil.org*
       1331 G St. NW, Suite 200
16     Washington, D.C. 20005
       Telephone: +1.202.507.7523
17     Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 21 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

### San Ysidro Port of Entry: Impact to Port Operations

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| June 16, 2018 | 63% | No impact | AOL-DEF-00037621 |
| June 17, 2018 | 63% | No impact | AOL-DEF-00028028 |
| June 18, 2018 | 66% | No impact | AOL-DEF-00374755 |
| June 19, 2018 | 75% | No impact | AOL-DEF-00047974 |
| June 20, 2018 | 77% | No impact | AOL-DEF-00517099 |
| June 21, 2018 | 80% | No impact | AOL-DEF-00736882 |
| June 22, 2018 | 76% | No impact | AOL-DEF-00517095 |
| June 23, 2018 | 76% | No impact | AOL-DEF-00256996 |
| June 24, 2018 | 75% | No impact | AOL-DEF-00074302 |
| June 25, 2018 | 78% | No impact | AOL-DEF-00517097 |
| June 26, 2018 | Not listed[1] | Not listed | AOL-DEF-00600153 |
| June 27, 2018 | 75% | No impact | AOL-DEF-00257183 |
| June 28, 2018 | 75% | No impact | AOL-DEF-00517105 |
| June 29, 2018 | 76% | No impact | AOL-DEF-00517103 |
| June 30, 2018 | 81% | No impact | AOL-DEF-00257002 |
| July 1, 2018 | 81% | No impact | AOL-DEF-00517101 |
| July 2, 2018 | 69% | No impact | AOL-DEF-00257004 |
| July 3, 2018 | 76% | No impact | AOL-DEF-00257019 |
| July 4, 2018 | 78% | No impact | AOL-DEF-00257006 |
| July 5, 2018 | 75% | No impact | AOL-DEF-00257008 |

---

[1] "Not listed" means that none of the reports produced for a given date contain data regarding the San Ysidro

**EXHIBIT**

**200**

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366** (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| July 6, 2018 | 76% | No impact | AOL-DEF-00257017 |
| July 7, 2018 | 85% | No impact | AOL-DEF-00257072 |
| July 8, 2018 | 83% | No impact | AOL-DEF-00257074 |
| July 9, 2018 | 76% | No impact | AOL-DEF-00257082 |
| July 10, 2018 | 75% | No impact | AOL-DEF-00257078 |
| July 11, 2018 | 76% | No impact | AOL-DEF-00257084 |
| July 12, 2018 | 72% | No impact | AOL-DEF-00257080 |
| July 13, 2018 | 72% | No impact | AOL-DEF-00257088 |
| July 14, 2018 | 76% | No impact | AOL-DEF-00257086 |
| July 15, 2018 | 78% | No impact | AOL-DEF-00257090 |
| July 16, 2018 | 73% | No impact | AOL-DEF-00768937 |
| July 17, 2018 | 71% | No impact | AOL-DEF-00257092 |
| July 18, 2018 | 76% | No impact | AOL-DEF-00257094 |
| July 19, 2018 | 72% | No impact | AOL-DEF-00257100 |
| July 20, 2018 | 68% | No impact | AOL-DEF-00257102 |
| July 21, 2018 | 64% | No impact | AOL-DEF-00257098 |
| July 22, 2018 | 60% | No impact | AOL-DEF-00257096 |
| July 23, 2018 | 64% | No impact | AOL-DEF-00257109 |
| July 24, 2018 | 48% | No impact | AOL-DEF-00257111 |
| July 25, 2018 | 49% | No impact | AOL-DEF-00090800 |
| July 26, 2018 | 52% | No impact | AOL-DEF-00257115 |
| July 28, 2018 | 66% | No impact | AOL-DEF-00075863 |
| July 29, 2018 | 63% | No impact | AOL-DEF-00257117 |
| July 30, 2018 | 51% | No impact | AOL-DEF-00257121 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| July 31, 2018 | 57% | No impact | AOL-DEF-00257119 |
| August 1, 2018 | 64% | No impact | AOL-DEF-00257123 |
| August 2, 2018 | 63% | No impact | AOL-DEF-00736185 |
| August 3, 2018 | 61% | No impact | AOL-DEF-00600173 |
| August 4, 2018 | 66% | No impact | AOL-DEF-00257126 |
| August 5, 2018 | 67% | No impact | AOL-DEF-00351662 |
| August 6, 2018 | 57% | No impact | AOL-DEF-00090606 |
| August 7, 2018 | 56% | No impact | AOL-DEF-00257128 |
| August 8, 2018 | 75% | No impact | AOL-DEF-00257130 |
| August 9, 2018 | 59% | No impact | AOL-DEF-00257145 |
| August 10, 2018 | 72% | No impact | AOL-DEF-00257134 |
| August 11, 2018 | 70% | No impact | AOL-DEF-00257136 |
| August 12, 2018 | 67% | No impact | AOL-DEF-00257139 |
| August 13, 2018 | 75% | No impact | AOL-DEF-00257141 |
| August 14, 2018 | 57% | No impact | AOL-DEF-00257143 |
| August 15, 2018 | Not listed | Not listed | AOL-DEF-00802568 |
| August 16, 2018 | 24% | No impact | AOL-DEF-00257149 |
| August 17, 2018 | 35% | No impact | AOL-DEF-00257147 |
| August 18, 2018 | 30% | No impact | AOL-DEF-00257151 |
| August 19, 2018 | 43% | No impact | AOL-DEF-00256904 |
| August 20, 2018 | 45% | No impact | AOL-DEF-00257155 |
| August 21, 2018 | 42% | No impact | AOL-DEF-00257157 |
| August 22, 2018 | 42% | No impact | AOL-DEF-00256894 |
| August 23, 2018 | 43% | No impact | AOL-DEF-00256900 |

3

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| August 24, 2018 | Not listed | Not listed | AOL-DEF-00802629 |
| August 25, 2018 | 44% | No impact | AOL-DEF-00256896 |
| August 26, 2018 | 45% | No impact | AOL-DEF-00256902 |
| August 27, 2018 | 56% | No impact | AOL-DEF-00256906 |
| August 28, 2018 | 41% | No impact | AOL-DEF-00075870 |
| August 29, 2018 | 49% | No impact | AOL-DEF-00256912 |
| August 30, 2018 | Not listed | Not listed | AOL-DEF-00803198 |
| August 31, 2018 | Not listed | Not listed | AOL-DEF-00803200 |
| September 1, 2018 | 80% | No impact | AOL-DEF-00256918 |
| September 2, 2018 | 69% | No impact | AOL-DEF-00074293 |
| September 3, 2018 | 86% | No impact | AOL-DEF-00256920 |
| September 4, 2018 | 71% | No impact | AOL-DEF-00090855 |
| September 5, 2018 | 70% | No impact | AOL-DEF-00256928 |
| September 6, 2018 | 52% | No impact | AOL-DEF-00256924 |
| September 7, 2018 | 79% | No impact | AOL-DEF-00256926 |
| September 8, 2018 | 75% | No impact | AOL-DEF-00256922 |
| September 9, 2018 | 70% | No impact | AOL-DEF-00256930 |
| September 10, 2018 | 82% | No impact | AOL-DEF-00256934 |
| September 11, 2018 | 74% | No impact | AOL-DEF-00256932 |
| September 12, 2018 | 78% | No impact | AOL-DEF-00074295 |
| September 13, 2018 | 78% | No impact | AOL-DEF-00256936 |
| September 14, 2018 | 85% | No impact | AOL-DEF-00256940 |
| September 15, 2018 | 87% | No impact | AOL-DEF-00351321 |
| September 16, 2018 | 78% | No impact | AOL-DEF-00256943 |

4

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| September 17, 2018 | 86% | No impact | AOL-DEF-00256938 |
| September 18, 2018 | 78% | No impact | AOL-DEF-00256945 |
| September 19, 2018 | 78% | No impact | AOL-DEF-00257185 |
| September 20, 2018 | 90% | No impact | AOL-DEF-00257187 |
| September 21, 2018 | 90% | No impact | AOL-DEF-00074338 |
| September 22, 2018 | 92% | No impact | AOL-DEF-00074332 |
| September 23, 2018 | 96% | No impact | AOL-DEF-00257189 |
| September 24, 2018 | 96% | No impact | AOL-DEF-00257191 |
| September 25, 2018 | 91% | No impact | AOL-DEF-00257195 |
| September 26, 2018 | 92% | No impact | AOL-DEF-00257193 |
| September 27, 2018 | Not listed | Not listed | AOL-DEF-00567469 |
| September 28, 2018 | 79% | No impact | AOL-DEF-00257601 |
| September 29, 2018 | 94% | No impact | AOL-DEF-00257431 |
| September 30, 2018 | Not listed | Not listed | AOL-DEF-00807179 |
| October 1, 2018 | 89% | No impact | AOL-DEF-00257603 |
| October 2, 2018 | 90% | No impact | AOL-DEF-00257609 |
| October 3, 2018 | 86% | No impact | AOL-DEF-00257605 |
| October 4, 2018 | 88% | No impact | AOL-DEF-00257607 |
| October 5, 2018 | 78% | No impact | AOL-DEF-00257611 |
| October 6, 2018 | 79% | No impact | AOL-DEF-00257613 |
| October 7, 2018 | 86% | No impact | AOL-DEF-00257617 |
| October 8, 2018 | 84% | No impact | AOL-DEF-00257615 |
| October 9, 2018 | 87% | No impact | AOL-DEF-00257197 |
| October 10, 2018 | 87% | No impact | AOL-DEF-00257205 |

5

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| October 11, 2018 | 87% | No impact | AOL-DEF-00257199 |
| October 12, 2018 | 84% | No impact | AOL-DEF-00257201 |
| October 13, 2018 | 87% | No impact | AOL-DEF-00351697 |
| October 14, 2018 | 86% | No impact | AOL-DEF-00257203 |
| October 15, 2018 | 82% | No impact | AOL-DEF-00257211 |
| October 16, 2018 | 81% | No impact | AOL-DEF-00257207 |
| October 17, 2018 | 83% | No impact | AOL-DEF-00257215 |
| October 18, 2018 | 81% | No impact | AOL-DEF-00257213 |
| October 19, 2018 | 90% | No impact | AOL-DEF-00257223 |
| October 20, 2018 | 79% | No impact | AOL-DEF-00257219 |
| October 21, 2018 | 80% | No impact | AOL-DEF-00257217 |
| October 22, 2018 | 82% | No impact | AOL-DEF-00257225 |
| October 23, 2018 | 74% | No impact | AOL-DEF-00257221 |
| October 24, 2018 | 87% | No impact | AOL-DEF-00257229 |
| October 25, 2018 | 76% | No impact | AOL-DEF-00257227 |
| October 26, 2018 | 76% | No impact | AOL-DEF-00257239 |
| October 27, 2018 | 92% | No impact | AOL-DEF-00257231 |
| October 28, 2018 | 95% | No impact | AOL-DEF-00257233 |
| October 29, 2018 | 90% | No impact | AOL-DEF-00257235 |
| October 30, 2018 | 79% | No impact | AOL-DEF-00257243 |
| October 31, 2018 | 84% | No impact | AOL-DEF-00257237 |
| November 1, 2018 | 74% | No impact | AOL-DEF-00768946 |
| November 2, 2018 | 77% | No impact | AOL-DEF-00074340 |
| November 3, 2018 | 81% | No impact | AOL-DEF-00257241 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366** (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| November 4, 2018 | 85% | No impact | AOL-DEF-00090925 |
| November 5, 2018 | 83% | No impact | AOL-DEF-00257245 |
| November 6, 2018 | 76% | No impact | AOL-DEF-00090927 |
| November 7, 2018 | 73% | No impact | AOL-DEF-00257247 |
| November 8, 2018 | 70% | No impact | AOL-DEF-00257249 |
| November 9, 2018 | 83% | No impact | AOL-DEF-00257251 |
| November 10, 2018 | 96% | No impact | AOL-DEF-00093397 |
| November 11, 2018 | 109% | No impact | AOL-DEF-00309972 |
| November 12, 2018 | 111% | No impact | AOL-DEF-00257255 |
| November 13, 2018 | 88% | No impact | AOL-DEF-00257257 |
| November 14, 2018 | 77% | No impact | AOL-DEF-00074342 |
| November 15, 2018 | 87% | No impact | AOL-DEF-00257261 |
| November 16, 2018 | 117% | No impact | AOL-DEF-00257271 |
| November 17, 2018 | 102% | No impact | AOL-DEF-00257259 |
| November 18, 2018 | 95% | No impact | AOL-DEF-00257263 |
| November 19, 2018 | 107% | No impact | AOL-DEF-00257265 |
| November 20, 2018 | 98% | No impact | AOL-DEF-00517172 |
| November 21, 2018 | 90% | No impact | AOL-DEF-00257269 |
| November 22, 2018 | 93% | No impact | AOL-DEF-00257273 |
| November 23, 2018 | 98% | No impact | AOL-DEF-00768948 |
| November 24, 2018 | 98% | No impact | AOL-DEF-00257288 |
| November 25, 2018 | 96% | No impact | AOL-DEF-00768950 |
| November 26, 2018 | 100% | No impact | AOL-DEF-00768954 |
| November 27, 2018 | 92% | No impact | AOL-DEF-00768952 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366** (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| November 28, 2018 | 91% | No impact | AOL-DEF-00257290 |
| November 29, 2018 | 90% | No impact | AOL-DEF-00517176 |
| November 30, 2018 | 102% | No impact | AOL-DEF-00257294 |
| December 1, 2018 | 93% | No impact | AOL-DEF-00517174 |
| December 2, 2018 | 110% | No impact | AOL-DEF-00257292 |
| December 3, 2018 | 95% | No impact | AOL-DEF-00257304 |
| December 4, 2018 | 92% | No impact | AOL-DEF-00257296 |
| December 5, 2018 | 85% | No impact | AOL-DEF-00768956 |
| December 6, 2018 | 96% | No impact | AOL-DEF-00257298 |
| December 7, 2018 | 99% | No impact | AOL-DEF-00257300 |
| December 8, 2018 | 98% | No impact | AOL-DEF-00517180 |
| December 9, 2018 | 86% | No impact | AOL-DEF-00517178 |
| December 10, 2018 | 99% | No impact | AOL-DEF-00257302 |
| December 11, 2018 | 92% | No impact | AOL-DEF-00257308 |
| December 12, 2018 | 90% | No impact | AOL-DEF-00257306 |
| December 13, 2018 | 94% | No impact | AOL-DEF-00257323 |
| December 14, 2018 | 94% | No impact | AOL-DEF-00768961 |
| December 15, 2018 | 93% | No impact | AOL-DEF-00517182 |
| December 16, 2018 | 94% | No impact | AOL-DEF-00517184 |
| December 17, 2018 | 97% | No impact | AOL-DEF-00257325 |
| December 18, 2018 | 95% | No impact | AOL-DEF-00762246 |
| December 19, 2018 | 96% | No impact | AOL-DEF-00257327 |
| December 20, 2018 | 97% | No impact | AOL-DEF-00768965 |
| December 21, 2018 | 97% | No impact | AOL-DEF-00257345 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366** (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| December 22, 2018 | 92% | No impact | AOL-DEF-00517190 |
| December 23, 2018 | 90% | No impact | AOL-DEF-00517186 |
| December 24, 2018 | 100% | No impact | AOL-DEF-00257343 |
| December 25, 2018 | 100% | No impact | AOL-DEF-00351879 |
| December 26, 2018 | 92% | No impact | AOL-DEF-00517188 |
| December 27, 2018 | 71% | No impact | AOL-DEF-00257351 |
| December 28, 2018 | 79% | No impact | AOL-DEF-00257347 |
| December 29, 2018 | 92% | No impact | AOL-DEF-00517194 |
| December 30, 2018 | 101% | No impact | AOL-DEF-00517192 |
| December 31, 2018 | 105% | No impact | AOL-DEF-00517196 |
| January 1, 2019 | 100% | No impact | AOL-DEF-00093554 |
| January 2, 2019 | 90% | No impact | AOL-DEF-00093563 |
| January 3, 2019 | 85% | No impact | AOL-DEF-00600947 |
| January 4, 2019 | 95% | No impact | AOL-DEF-00527975 |
| January 5, 2019 | 83% | No impact | AOL-DEF-00036631 |
| January 6, 2019 | 89% | No impact | AOL-DEF-00196408 |
| January 7, 2019 | 101% | No impact | AOL-DEF-00600550 |
| January 8, 2019 | 92% | No impact | AOL-DEF-00550244 |
| January 9, 2019 | 97% | No impact | AOL-DEF-00600862 |
| January 10, 2019 | Not listed | Not listed | AOL-DEF-00932689 |
| January 11, 2019 | Not listed | Not listed | AOL-DEF-00779369 |
| January 12, 2019 | 93% | No impact | AOL-DEF-00036571 |
| January 13, 2019 | 98% | No impact | AOL-DEF-00550472 |
| January 14, 2019 | 101% | No impact | AOL-DEF-00092938 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| January 15, 2019 | 99% | No impact | AOL-DEF-00092948 |
| January 16, 2019 | 98% | No impact | AOL-DEF-00092965 |
| January 17, 2019 | 101% | No impact | AOL-DEF-00092968 |
| January 18, 2019 | 96% | No impact | AOL-DEF-00092980 |
| January 19, 2019 | 100% | No impact | AOL-DEF-00092997 |
| January 20, 2019 | 100% | No impact | AOL-DEF-00093000 |
| January 21, 2019 | 99% | No impact | AOL-DEF-00093665 |
| January 22, 2019 | Not listed | Not listed | AOL-DEF-00916717 |
| January 23, 2019 | 96% | No impact | AOL-DEF-00093674 |
| January 24, 2019 | 96% | No impact | AOL-DEF-00093274 |
| January 25, 2019 | 93% | No impact | AOL-DEF-00083797 |
| January 26, 2019 | Not listed | Not listed | AOL-DEF-00916783 |
| January 27, 2019 | 104% | No impact | AOL-DEF-00093278 |
| January 28, 2019 | 98% | No impact | AOL-DEF-00093685 |
| January 29, 2019 | 88% | No impact | AOL-DEF-00523445 |
| January 30, 2019 | 87% | No impact | AOL-DEF-00523545 |
| January 31, 2019 | 102% | No impact | AOL-DEF-00093694 |
| February 1, 2019 | 88% | No impact | AOL-DEF-00093697 |
| February 2, 2019 | Not listed | Not listed | AOL-DEF-00916740 |
| February 3, 2019 | 97% | No impact | AOL-DEF-00093720 |
| February 4, 2019 | 102% | No impact | AOL-DEF-00093725 |
| February 5, 2019 | 94% | No impact | AOL-DEF-00083742 |
| February 6, 2019 | 94% | No impact | AOL-DEF-00083722 |
| February 7, 2019 | 88% | No impact | AOL-DEF-00093737 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| February 8, 2019 | 92% | No impact | AOL-DEF-00083619 |
| February 9, 2019 | 96% | No impact | AOL-DEF-00083685 |
| February 10, 2019 | 98% | No impact | AOL-DEF-00035032 |
| February 11, 2019 | 89% | No impact | AOL-DEF-00093753 |
| February 12, 2019 | 93% | No impact | AOL-DEF-00093761 |
| February 13, 2019 | 89% | No impact | AOL-DEF-00083623 |
| February 14, 2019 | 80% | No impact | AOL-DEF-00083680 |
| February 15, 2019 | 92% | No impact | AOL-DEF-00035030 |
| February 16, 2019 | 92% | No impact | AOL-DEF-00035027 |
| February 17, 2019 | 92% | No impact | AOL-DEF-00916970 |
| February 18, 2019 | 92% | No impact | AOL-DEF-00083579 |
| February 19, 2019 | 85% | No impact | AOL-DEF-00083554 |
| February 20, 2019 | 87% | No impact | AOL-DEF-00035021 |
| February 21, 2019 | 84% | No impact | AOL-DEF-00083710 |
| February 22, 2019 | 96% | No impact | AOL-DEF-00093797 |
| February 23, 2019 | 96% | No impact | AOL-DEF-00035018 |
| February 24, 2019 | 96% | No impact | AOL-DEF-00093803 |
| February 25, 2019 | 87% | No impact | AOL-DEF-00083457 |
| February 26, 2019 | 82% | No impact | AOL-DEF-00083727 |
| February 27, 2019 | 83% | No impact | AOL-DEF-00093812 |
| February 28, 2019 | 83% | No impact | AOL-DEF-00083516 |
| March 1, 2019 | 89% | No impact | AOL-DEF-00083445 |
| March 2, 2019 | 90% | No impact | AOL-DEF-00083454 |
| March 3, 2019 | 97% | No impact | AOL-DEF-00093866 |

11

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| March 4, 2019 | 83% | No impact | AOL-DEF-00093869 |
| March 5, 2019 | 76% | No impact | AOL-DEF-00035046 |
| March 6, 2019 | 79% | No impact | AOL-DEF-00093892 |
| March 7, 2019 | 97% | No impact | AOL-DEF-00035038 |
| March 8, 2019 | 95% | No impact | AOL-DEF-00085096 |
| March 9, 2019 | 94% | No impact | AOL-DEF-00035041 |
| March 10, 2019 | 84% | No impact | AOL-DEF-00035076 |
| March 11, 2019 | 84% | No impact | AOL-DEF-00035057 |
| March 12, 2019 | 79% | No impact | AOL-DEF-00085243 |
| March 13, 2019 | 88% | No impact | AOL-DEF-00035052 |
| March 14, 2019 | 95% | No impact | AOL-DEF-00085252 |
| March 15, 2019 | 93% | No impact | AOL-DEF-00085037 |
| March 16, 2019 | 93% | No impact | AOL-DEF-00085045 |
| March 17, 2019 | 95% | No impact | AOL-DEF-00085034 |
| March 18, 2019 | 97% | No impact | AOL-DEF-00085040 |
| March 19, 2019 | 96% | No impact | AOL-DEF-00085083 |
| March 20, 2019 | 96% | No impact | AOL-DEF-00085072 |
| March 21, 2019 | 93% | No impact | AOL-DEF-00084965 |
| March 22, 2019 | 88% | No impact | AOL-DEF-00084880 |
| March 23, 2019 | 85% | No impact | AOL-DEF-00085004 |
| March 24, 2019 | 85% | No impact | AOL-DEF-00085014 |
| March 25, 2019 | 70% | No impact | AOL-DEF-00085031 |
| March 26, 2019 | 67% | No impact | AOL-DEF-00084860 |
| March 27, 2019 | 97% | No impact | AOL-DEF-00084869 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| March 28, 2019 | 92% | No impact | AOL-DEF-00035061 |
| March 30, 2019 | 83% | No impact | AOL-DEF-00084723 |
| March 31, 2019 | 95% | No impact | AOL-DEF-00084689 |
| April 1, 2019 | 99% | No impact | AOL-DEF-00084662 |
| April 2, 2019 | 92% | No impact | AOL-DEF-00084601 |
| April 3, 2019 | 85% | No impact | AOL-DEF-00084794 |
| April 4, 2019 | 83% | No impact | AOL-DEF-00084720 |
| April 5, 2019 | 77% | No impact | AOL-DEF-00084672 |
| April 6, 2019 | 92% | No impact | AOL-DEF-00084541 |
| April 7, 2019 | Not listed | Not listed | AOL-DEF-00588514 |
| April 8, 2019 | 101% | No impact | AOL-DEF-00084598 |
| April 9, 2019 | 99% | No impact | AOL-DEF-00084488 |
| April 10, 2019 | 93% | No impact | AOL-DEF-00084536 |
| April 11, 2019 | 96% | No impact | AOL-DEF-00084527 |
| April 12, 2019 | 84% | No impact | AOL-DEF-00365853 |
| April 13, 2019 | 87% | No impact | AOL-DEF-00365628 |
| April 14, 2019 | 86% | No impact | AOL-DEF-00084544 |
| April 15, 2019 | 95% | No impact | AOL-DEF-00084547 |
| April 16, 2019 | 94% | No impact | AOL-DEF-00365856 |
| April 17, 2019 | 93% | No impact | AOL-DEF-00365631 |
| April 18, 2019 | 92% | No impact | AOL-DEF-00365608 |
| April 19, 2019 | 97% | No impact | AOL-DEF-00365332 |
| April 20, 2019 | 97% | No impact | AOL-DEF-00084485 |
| April 21, 2019 | 90% | No impact | AOL-DEF-00365255 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| April 22, 2019 | 86% | No impact | AOL-DEF-00365619 |
| April 23, 2019 | 83% | No impact | AOL-DEF-00365370 |
| April 24, 2019 | 90% | No impact | AOL-DEF-00365778 |
| April 25, 2019 | Not listed | Not listed | N/A[2] |
| April 26, 2019 | 86% | No impact | AOL-DEF-00365611 |
| April 27, 2019 | 95% | No impact | AOL-DEF-00365258 |
| April 28, 2019 | 95% | No impact | AOL-DEF-00365622 |
| April 29, 2019 | 83% | No impact | AOL-DEF-00365038 |
| April 30, 2019 | 92% | No impact | AOL-DEF-00364993 |
| May 1, 2019 | 92% | No impact | AOL-DEF-00364613 |
| May 2, 2019 | Not listed | Not listed | AOL-DEF-00082281 |
| May 3, 2019 | 91% | No impact | AOL-DEF-00374848 |
| May 4, 2019 | Not listed | Not listed | N/A |
| May 5, 2019 | 86% | No impact | AOL-DEF-00364577 |
| May 6, 2019 | 97% | No impact | AOL-DEF-00364851 |
| May 7, 2019 | 100% | No impact | AOL-DEF-00523768 |
| May 8, 2019 | 83% | No impact | AOL-DEF-00364318 |
| May 9, 2019 | 89% | No impact | AOL-DEF-00523762 |
| May 10, 2019 | Not listed | Not listed | AOL-DEF-00082253 |
| May 11, 2019 | 90% | No impact | AOL-DEF-00364330 |
| May 12, 2019 | 87% | No impact | AOL-DEF-00364205 |
| May 13, 2019 | 84% | No impact | AOL-DEF-00364580 |
| May 14, 2019 | 84% | No impact | AOL-DEF-00364574 |

---

[2] "N/A" means that no report was produced for this date.

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| May 15, 2019 | 84% | No impact | AOL-DEF-00364487 |
| May 16, 2019 | 92% | No impact | AOL-DEF-00364490 |
| May 17, 2019 | 92% | No impact | AOL-DEF-00523765 |
| May 18, 2019 | 84% | No impact | AOL-DEF-00364528 |
| May 19, 2019 | 85% | No impact | AOL-DEF-00523759 |
| May 20, 2019 | Not listed | Not listed | N/A |
| May 21, 2019 | 85% | No impact | AOL-DEF-00084200 |
| May 22, 2019 | 95% | No impact | AOL-DEF-00084242 |
| May 23, 2019 | 97% | No impact | AOL-DEF-00084259 |
| May 24, 2019 | 88% | No impact | AOL-DEF-00364315 |
| May 25, 2019 | 95% | No impact | AOL-DEF-00084281 |
| May 26, 2019 | 98% | No impact | AOL-DEF-00084290 |
| May 27, 2019 | 93% | No impact | AOL-DEF-00084268 |
| May 28, 2019 | 93% | No impact | AOL-DEF-00084250 |
| May 29, 2019 | Not listed | Not listed | N/A |
| May 30, 2019 | 85% | No impact | AOL-DEF-00084256 |
| May 31, 2019 | Not listed | Not listed | N/A |
| June 1, 2019 | 88% | No impact | AOL-DEF-00084143 |
| June 2, 2019 | 93% | No impact | AOL-DEF-00084089 |
| June 3, 2019 | 93% | No impact | AOL-DEF-00084098 |
| June 4, 2019 | 98% | No impact | AOL-DEF-00084153 |
| June 5, 2019 | Not listed | Not listed | N/A |
| June 6, 2019 | 89% | No impact | AOL-DEF-00084040 |
| June 7, 2019 | 95% | No impact | AOL-DEF-00084179 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366** (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| June 8, 2019 | 94% | No impact | AOL-DEF-00084132 |
| June 9, 2019 | 96% | No impact | AOL-DEF-00084025 |
| June 10, 2019 | 96% | No impact | AOL-DEF-00084176 |
| June 11, 2019 | Not listed | Not listed | N/A |
| June 12, 2019 | 92% | No impact | AOL-DEF-00084117 |
| June 13, 2019 | 87% | No impact | AOL-DEF-00084005 |
| June 14, 2019 | 95% | No impact | AOL-DEF-00084015 |
| June 15, 2019 | 98% | No impact | AOL-DEF-00083995 |
| June 16, 2019 | 102% | No impact | AOL-DEF-00084058 |
| June 17, 2019 | 96% | No impact | AOL-DEF-00083977 |
| June 18, 2019 | 91% | No impact | AOL-DEF-00084008 |
| June 19, 2019 | 104% | No impact | AOL-DEF-00362926 |
| June 20, 2019 | 96% | No impact | AOL-DEF-00084002 |
| June 21, 2019 | 85% | No impact | AOL-DEF-00083936 |
| June 22, 2019 | 104% | No impact | AOL-DEF-00083917 |
| June 23, 2019 | 102% | No impact | AOL-DEF-00083939 |
| June 24, 2019 | 104% | No impact | AOL-DEF-00523714 |
| June 25, 2019 | 102% | No impact | AOL-DEF-00083928 |
| June 26, 2019 | 98% | No impact | AOL-DEF-00523687 |
| June 27, 2019 | 101% | No impact | AOL-DEF-00523680 |
| June 28, 2019 | 98% | No impact | AOL-DEF-00523468 |
| June 29, 2019 | 100% | No impact | AOL-DEF-00523462 |
| June 30, 2019 | 103% | No impact | AOL-DEF-00035024 |
| July 1, 2019 | 98% | No impact | AOL-DEF-00083448 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366** (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| July 2, 2019 | 98% | No impact | AOL-DEF-00523370 |
| July 3, 2019 | 96% | No impact | AOL-DEF-00367412 |
| July 4, 2019 | 98% | No impact | AOL-DEF-00035055 |
| July 5, 2019 | 88% | No impact | AOL-DEF-00084595 |
| July 6, 2019 | 97% | No impact | AOL-DEF-00085153 |
| July 7, 2019 | 83% | No impact | AOL-DEF-00365210 |
| July 8, 2019 | 80% | No impact | AOL-DEF-00364694 |
| July 9, 2019 | 78% | No impact | AOL-DEF-00084336 |
| July 10, 2019 | 82% | No impact | AOL-DEF-00084191 |
| July 11, 2019 | 86% | No impact | AOL-DEF-00084052 |
| July 12, 2019 | 84% | No impact | AOL-DEF-00083956 |
| July 13, 2019 | 73% | No impact | AOL-DEF-00523457 |
| July 14, 2019 | 74% | No impact | AOL-DEF-00083442 |