MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>               Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 13 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY**<br><br>**FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1
2
3    CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
4      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
5      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
6      *aguisado@ccrjustice.org*
7    666 Broadway, 7th Floor
     New York, NY 10012
8    Telephone: +1.212.614.6464
     Facsimile: +1.212.614.6499
9
10   SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
11     *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
12     *rebecca.cassler@splcenter.org*
     150 E. Ponce de Leon Ave., Suite 340
13   Decatur, GA 30030
     Telephone: +1.404.521.6700
14   Facsimile: +1.404.221.5857

15   AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
16     *kwalters@immcouncil.org*
17   1331 G St. NW, Suite 200
     Washington, D.C. 20005
18   Telephone: +1.202.507.7523
     Facsimile: +1.202.742.5619
19
20
21
22
23
24
25
26
27
28

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

### Otay Mesa Port of Entry: Impact to Port Operations

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| June 16, 2018 | 0% | No impact | AOL-DEF-00037621 |
| June 17, 2018 | 0% | No impact | AOL-DEF-00028028 |
| June 18, 2018 | 0% | No impact | AOL-DEF-00374755 |
| June 19, 2018 | 5% | No impact | AOL-DEF-00047974 |
| June 20, 2018 | 0% | No impact | AOL-DEF-00517099 |
| June 21, 2018 | 0% | No impact | AOL-DEF-00736882 |
| June 22, 2018 | 0% | No impact | AOL-DEF-00517095 |
| June 23, 2018 | 0% | No impact | AOL-DEF-00256996 |
| June 24, 2018 | 0% | No impact | AOL-DEF-00074302 |
| June 25, 2018 | 0% | No impact | AOL-DEF-00517097 |
| June 26, 2018 | 0% | Not listed | AOL-DEF-00600153 |
| June 27, 2018 | 0% | No impact | AOL-DEF-00257183 |
| June 28, 2018 | 0% | No impact | AOL-DEF-00517105 |
| June 29, 2018 | 0% | No impact | AOL-DEF-00517103 |
| June 30, 2018 | 0% | No impact | AOL-DEF-00257002 |
| July 1, 2018 | 0% | No impact | AOL-DEF-00517101 |
| July 2, 2018 | 0% | No impact | AOL-DEF-00257004 |
| July 3, 2018 | 0% | No impact | AOL-DEF-00257019 |
| July 4, 2018 | 0% | No impact | AOL-DEF-00257006 |
| July 5, 2018 | 0% | No impact | AOL-DEF-00257008 |
| July 6, 2018 | 0% | No impact | AOL-DEF-00257017 |

EXHIBIT 202

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| July 7, 2018 | 0% | No impact | AOL-DEF-00257072 |
| July 8, 2018 | 0% | No impact | AOL-DEF-00257074 |
| July 9, 2018 | 0% | No impact | AOL-DEF-00257082 |
| July 10, 2018 | 0% | No impact | AOL-DEF-00257078 |
| July 11, 2018 | 0% | No impact | AOL-DEF-00257084 |
| July 12, 2018 | 0% | No impact | AOL-DEF-00257080 |
| July 13, 2018 | 0% | No impact | AOL-DEF-00257088 |
| July 14, 2018 | 0% | No impact | AOL-DEF-00257086 |
| July 15, 2018 | 0% | No impact | AOL-DEF-00257090 |
| July 16, 2018 | 0% | No impact | AOL-DEF-00768937 |
| July 17, 2018 | 0% | No impact | AOL-DEF-00257092 |
| July 18, 2018 | 0% | No impact | AOL-DEF-00257094 |
| July 19, 2018 | 0% | No impact | AOL-DEF-00257100 |
| July 20, 2018 | 0% | No impact | AOL-DEF-00257102 |
| July 21, 2018 | 0% | No impact | AOL-DEF-00257098 |
| July 22, 2018 | 0% | No impact | AOL-DEF-00257096 |
| July 23, 2018 | 0% | No impact | AOL-DEF-00257109 |
| July 24, 2018 | 0% | No impact | AOL-DEF-00257111 |
| July 25, 2018 | 0% | No impact | AOL-DEF-00090800 |
| July 26, 2018 | 0% | No impact | AOL-DEF-00257115 |
| July 28, 2018 | 0% | No impact | AOL-DEF-00075863 |
| July 29, 2018 | 0% | No impact | AOL-DEF-00257117 |
| July 30, 2018 | 0% | No impact | AOL-DEF-00257121 |
| July 31, 2018 | 0% | No impact | AOL-DEF-00257119 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| August 1, 2018 | Not Listed[1] | No impact | AOL-DEF-00257123 |
| August 2, 2018 | 0% | No impact | AOL-DEF-00736185 |
| August 3, 2018 | Not Listed | No impact | AOL-DEF-00600173 |
| August 4, 2018 | Not Listed | No impact | AOL-DEF-00257126 |
| August 5, 2018 | 0% | No impact | AOL-DEF-00351662 |
| August 6, 2018 | 0% | No impact | AOL-DEF-00090606 |
| August 7, 2018 | 0% | No impact | AOL-DEF-00257128 |
| August 8, 2018 | 0% | No impact | AOL-DEF-00257130 |
| August 9, 2018 | 0% | No impact | AOL-DEF-00257145 |
| August 10, 2018 | 0% | No impact | AOL-DEF-00257134 |
| August 11, 2018 | 0% | No impact | AOL-DEF-00257136 |
| August 12, 2018 | 0% | No impact | AOL-DEF-00257139 |
| August 13, 2018 | 0% | No impact | AOL-DEF-00257141 |
| August 14, 2018 | 0% | No impact | AOL-DEF-00257143 |
| August 15, 2018 | Not listed | Not listed | AOL-DEF-00802568 |
| August 16, 2018 | 0% | No impact | AOL-DEF-00257149 |
| August 17, 2018 | 0% | No impact | AOL-DEF-00257147 |
| August 18, 2018 | 0% | No impact | AOL-DEF-00257151 |
| August 19, 2018 | 0% | No impact | AOL-DEF-00256904 |
| August 20, 2018 | 0% | No impact | AOL-DEF-00257155 |
| August 21, 2018 | 0% | No impact | AOL-DEF-00257157 |
| August 22, 2018 | 0% | No impact | AOL-DEF-00256894 |
| August 23, 2018 | 0% | No impact | AOL-DEF-00256900 |

---

[1] "Not listed" means that none of the reports produced for a given date contain data regarding Otay Mesa.

3

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| August 24, 2018 | Not listed | Not listed | AOL-DEF-00802629 |
| August 25, 2018 | 0% | No impact | AOL-DEF-00256896 |
| August 26, 2018 | 0% | No impact | AOL-DEF-00256902 |
| August 27, 2018 | 0% | No impact | AOL-DEF-00256906 |
| August 28, 2018 | 0% | No impact | AOL-DEF-00075870 |
| August 29, 2018 | 0% | No impact | AOL-DEF-00256912 |
| August 30, 2018 | Not listed | Not listed | AOL-DEF-00803198 |
| August 31, 2018 | Not listed | Not listed | AOL-DEF-00803200 |
| September 1, 2018 | 0% | No impact | AOL-DEF-00256918 |
| September 2, 2018 | 0% | No impact | AOL-DEF-00074293 |
| September 3, 2018 | 0% | No impact | AOL-DEF-00256920 |
| September 4, 2018 | 0% | No impact | AOL-DEF-00090855 |
| September 5, 2018 | 0% | No impact | AOL-DEF-00256928 |
| September 6, 2018 | 0% | No impact | AOL-DEF-00256924 |
| September 7, 2018 | 0% | No impact | AOL-DEF-00256926 |
| September 8, 2018 | 0% | No impact | AOL-DEF-00256922 |
| September 9, 2018 | 0% | No impact | AOL-DEF-00256930 |
| September 10, 2018 | 0% | No impact | AOL-DEF-00256934 |
| September 11, 2018 | Not Listed | Not listed | AOL-DEF-00256932 |
| September 12, 2018 | 0% | No impact | AOL-DEF-00074295 |
| September 13, 2018 | 0% | No impact | AOL-DEF-00256936 |
| September 14, 2018 | Not listed | Not listed | AOL-DEF-00256940 |
| September 15, 2018 | 0% | No impact | AOL-DEF-00351321 |
| September 16, 2018 | 0% | No impact | AOL-DEF-00256943 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| September 17, 2018 | 0% | No impact | AOL-DEF-00256938 |
| September 18, 2018 | 0% | No impact | AOL-DEF-00256945 |
| September 19, 2018 | 0% | No impact | AOL-DEF-00257185 |
| September 20, 2018 | 0% | No impact | AOL-DEF-00257187 |
| September 21, 2018 | 0% | No impact | AOL-DEF-00074338 |
| September 22, 2018 | 0% | No impact | AOL-DEF-00074332 |
| September 23, 2018 | 0% | No impact | AOL-DEF-00257189 |
| September 24, 2018 | 0% | No impact | AOL-DEF-00257191 |
| September 25, 2018 | 0% | No impact | AOL-DEF-00257195 |
| September 26, 2018 | 0% | No impact | AOL-DEF-00257193 |
| September 27, 2018 | Not listed | Not listed | AOL-DEF-00567469 |
| September 28, 2018 | Not listed | Not listed | AOL-DEF-00257601 |
| September 29, 2018 | 0% | No impact | AOL-DEF-00257431 |
| September 30, 2018 | Not listed | Not listed | AOL-DEF-00807179 |
| October 1, 2018 | 0% | No impact | AOL-DEF-00257603 |
| October 2, 2018 | 0% | No impact | AOL-DEF-00257609 |
| October 3, 2018 | 0% | No impact | AOL-DEF-00257605 |
| October 4, 2018 | 0% | No impact | AOL-DEF-00257607 |
| October 5, 2018 | 0% | No impact | AOL-DEF-00257611 |
| October 6, 2018 | 0% | No impact | AOL-DEF-00257613 |
| October 7, 2018 | 0% | No impact | AOL-DEF-00257617 |
| October 8, 2018 | 0% | No impact | AOL-DEF-00257615 |
| October 9, 2018 | 0% | No impact | AOL-DEF-00257197 |
| October 10, 2018 | 0% | No impact | AOL-DEF-00257205 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| October 11, 2018 | 0% | No impact | AOL-DEF-00257199 |
| October 12, 2018 | 0% | No impact | AOL-DEF-00257201 |
| October 13, 2018 | 0% | No impact | AOL-DEF-00351697 |
| October 14, 2018 | 0% | No impact | AOL-DEF-00257203 |
| October 15, 2018 | 0% | No impact | AOL-DEF-00257211 |
| October 16, 2018 | 0% | No impact | AOL-DEF-00257207 |
| October 17, 2018 | 0% | No impact | AOL-DEF-00257215 |
| October 18, 2018 | 0% | No impact | AOL-DEF-00257213 |
| October 19, 2018 | 0% | No impact | AOL-DEF-00257223 |
| October 20, 2018 | 0% | No impact | AOL-DEF-00257219 |
| October 21, 2018 | 0% | No impact | AOL-DEF-00257217 |
| October 22, 2018 | 0% | No impact | AOL-DEF-00257225 |
| October 23, 2018 | 0% | No impact | AOL-DEF-00257221 |
| October 24, 2018 | 0% | No impact | AOL-DEF-00257229 |
| October 25, 2018 | 0% | No impact | AOL-DEF-00257227 |
| October 26, 2018 | 0% | No impact | AOL-DEF-00257239 |
| October 27, 2018 | 0% | No impact | AOL-DEF-00257231 |
| October 28, 2018 | 0% | No impact | AOL-DEF-00257233 |
| October 29, 2018 | 0% | No impact | AOL-DEF-00257235 |
| October 30, 2018 | 0% | No impact | AOL-DEF-00257243 |
| October 31, 2018 | 0% | No impact | AOL-DEF-00257237 |
| November 1, 2018 | 0% | No impact | AOL-DEF-00768946 |
| November 2, 2018 | 0% | No impact | AOL-DEF-00074340 |
| November 3, 2018 | 0% | No impact | AOL-DEF-00257241 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| November 4, 2018 | 0% | No impact | AOL-DEF-00090925 |
| November 5, 2018 | 0% | No impact | AOL-DEF-00257245 |
| November 6, 2018 | 0% | No impact | AOL-DEF-00090927 |
| November 7, 2018 | 0% | No impact | AOL-DEF-00257247 |
| November 8, 2018 | 0% | No impact | AOL-DEF-00257249 |
| November 9, 2018 | 0% | No impact | AOL-DEF-00257251 |
| November 10, 2018 | 0% | No impact | AOL-DEF-00093397 |
| November 11, 2018 | 0% | No impact | AOL-DEF-00309972 |
| November 12, 2018 | 0% | No impact | AOL-DEF-00257255 |
| November 13, 2018 | 0% | No impact | AOL-DEF-00257257 |
| November 14, 2018 | 0% | No impact | AOL-DEF-00074342 |
| November 15, 2018 | 0% | No impact | AOL-DEF-00257261 |
| November 16, 2018 | 0% | No impact | AOL-DEF-00257271 |
| November 17, 2018 | 0% | No impact | AOL-DEF-00257259 |
| November 18, 2018 | 0% | No impact | AOL-DEF-00257263 |
| November 19, 2018 | 0% | No impact | AOL-DEF-00257265 |
| November 20, 2018 | 0% | No impact | AOL-DEF-00517172 |
| November 21, 2018 | 0% | No impact | AOL-DEF-00257269 |
| November 22, 2018 | 0% | No impact | AOL-DEF-00257273 |
| November 23, 2018 | 0% | No impact | AOL-DEF-00768948 |
| November 24, 2018 | 0% | No impact | AOL-DEF-00257288 |
| November 25, 2018 | 0% | No impact | AOL-DEF-00768950 |
| November 26, 2018 | 0% | No impact | AOL-DEF-00768954 |
| November 27, 2018 | 0% | No impact | AOL-DEF-00768952 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| November 28, 2018 | 0% | No impact | AOL-DEF-00257290 |
| November 29, 2018 | 0% | No impact | AOL-DEF-00517176 |
| November 30, 2018 | 0% | No impact | AOL-DEF-00257294 |
| December 1, 2018 | 0% | No impact | AOL-DEF-00517174 |
| December 2, 2018 | 0% | No impact | AOL-DEF-00257292 |
| December 3, 2018 | 0% | No impact | AOL-DEF-00257304 |
| December 4, 2018 | 0% | No impact | AOL-DEF-00257296 |
| December 5, 2018 | 0% | No impact | AOL-DEF-00768956 |
| December 6, 2018 | 0% | No impact | AOL-DEF-00257298 |
| December 7, 2018 | 0% | No impact | AOL-DEF-00257300 |
| December 8, 2018 | 0% | No impact | AOL-DEF-00517180 |
| December 9, 2018 | 0% | No impact | AOL-DEF-00517178 |
| December 10, 2018 | 0% | No impact | AOL-DEF-00257302 |
| December 11, 2018 | 0% | No impact | AOL-DEF-00257308 |
| December 12, 2018 | 0% | No impact | AOL-DEF-00257306 |
| December 13, 2018 | 0% | No impact | AOL-DEF-00257323 |
| December 14, 2018 | 0% | No impact | AOL-DEF-00768961 |
| December 15, 2018 | 0% | No impact | AOL-DEF-00517182 |
| December 16, 2018 | 0% | No impact | AOL-DEF-00517184 |
| December 17, 2018 | 0% | No impact | AOL-DEF-00257325 |
| December 18, 2018 | 0% | No impact | AOL-DEF-00762246 |
| December 19, 2018 | 0% | No impact | AOL-DEF-00257327 |
| December 20, 2018 | 0% | No impact | AOL-DEF-00768965 |
| December 21, 2018 | 0% | No impact | AOL-DEF-00257345 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| December 22, 2018 | 0% | No impact | AOL-DEF-00517190 |
| December 23, 2018 | 0% | No impact | AOL-DEF-00517186 |
| December 24, 2018 | 0% | No impact | AOL-DEF-00257343 |
| December 25, 2018 | Not listed | Not listed | AOL-DEF-00351879 |
| December 26, 2018 | 0% | No impact | AOL-DEF-00517188 |
| December 27, 2018 | 0% | No impact | AOL-DEF-00257351 |
| December 28, 2018 | 0% | No impact | AOL-DEF-00257347 |
| December 29, 2018 | 0% | No impact | AOL-DEF-00517194 |
| December 30, 2018 | 0% | No impact | AOL-DEF-00517192 |
| December 31, 2018 | 0% | No impact | AOL-DEF-00517196 |
| January 1, 2019 | 0% | No impact | AOL-DEF-00093554 |
| January 2, 2019 | 0% | No impact | AOL-DEF-00093563 |
| January 3, 2019 | 0% | No impact | AOL-DEF-00600947 |
| January 4, 2019 | 0% | No impact | AOL-DEF-00527975 |
| January 5, 2019 | 0% | No impact | AOL-DEF-00036631 |
| January 6, 2019 | 0% | No impact | AOL-DEF-00196408 |
| January 7, 2019 | 0% | No impact | AOL-DEF-00600550 |
| January 8, 2019 | 0% | No impact | AOL-DEF-00550244 |
| January 9, 2019 | 0% | No impact | AOL-DEF-00600862 |
| January 10, 2019 | Not listed | Not listed | AOL-DEF-00932689 |
| January 11, 2019 | Not listed | Not listed | AOL-DEF-00779369 |
| January 12, 2019 | 0% | No impact | AOL-DEF-00036571 |
| January 13, 2019 | 0% | No impact | AOL-DEF-00550472 |
| January 14, 2019 | 0% | No impact | AOL-DEF-00092938 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| January 15, 2019 | 0% | No impact | AOL-DEF-00092948 |
| January 16, 2019 | 0% | No impact | AOL-DEF-00092965 |
| January 17, 2019 | 0% | No impact | AOL-DEF-00092968 |
| January 18, 2019 | 0% | No impact | AOL-DEF-00092980 |
| January 19, 2019 | 0% | No impact | AOL-DEF-00092997 |
| January 20, 2019 | 0% | No impact | AOL-DEF-00093000 |
| January 21, 2019 | 0% | No impact | AOL-DEF-00093665 |
| January 22, 2019 | 0% | No impact | AOL-DEF-00916717 |
| January 23, 2019 | 0% | No impact | AOL-DEF-00093674 |
| January 24, 2019 | 0% | No impact | AOL-DEF-00093274 |
| January 25, 2019 | 0% | No impact | AOL-DEF-00083797 |
| January 26, 2019 | 14% | No impact | AOL-DEF-00916783 |
| January 27, 2019 | 0% | No impact | AOL-DEF-00093278 |
| January 28, 2019 | 0% | No impact | AOL-DEF-00093685 |
| January 29, 2019 | 0% | No impact | AOL-DEF-00523445 |
| January 30, 2019 | 0% | No impact | AOL-DEF-00523545 |
| January 31, 2019 | 0% | No impact | AOL-DEF-00093694 |
| February 1, 2019 | 0% | No impact | AOL-DEF-00093697 |
| February 2, 2019 | 22% | No impact | AOL-DEF-00916740 |
| February 3, 2019 | 0% | No impact | AOL-DEF-00093720 |
| February 4, 2019 | 0% | No impact | AOL-DEF-00093725 |
| February 5, 2019 | 0% | No impact | AOL-DEF-00083742 |
| February 6, 2019 | 0% | No impact | AOL-DEF-00083722 |
| February 7, 2019 | 0% | No impact | AOL-DEF-00093737 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| February 8, 2019 | 0% | No impact | AOL-DEF-00083619 |
| February 9, 2019 | 0% | No impact | AOL-DEF-00083685 |
| February 10, 2019 | 0% | No impact | AOL-DEF-00035032 |
| February 11, 2019 | 0% | No impact | AOL-DEF-00093753 |
| February 12, 2019 | 0% | No impact | AOL-DEF-00093761 |
| February 13, 2019 | 0% | No impact | AOL-DEF-00083623 |
| February 14, 2019 | 0% | No impact | AOL-DEF-00083680 |
| February 15, 2019 | 0% | No impact | AOL-DEF-00035030 |
| February 16, 2019 | 0% | No impact | AOL-DEF-00035027 |
| February 17, 2019 | Not listed | Not listed | AOL-DEF-00916970 |
| February 18, 2019 | 0% | No impact | AOL-DEF-00083579 |
| February 19, 2019 | 0% | No impact | AOL-DEF-00083554 |
| February 20, 2019 | 0% | No impact | AOL-DEF-00035021 |
| February 21, 2019 | 0% | No impact | AOL-DEF-00083710 |
| February 22, 2019 | 0% | No impact | AOL-DEF-00093797 |
| February 23, 2019 | 0% | No impact | AOL-DEF-00035018 |
| February 24, 2019 | 0% | No impact | AOL-DEF-00093803 |
| February 25, 2019 | 0% | No impact | AOL-DEF-00083457 |
| February 26, 2019 | 0% | No impact | AOL-DEF-00083727 |
| February 27, 2019 | 0% | No impact | AOL-DEF-00093812 |
| February 28, 2019 | 0% | No impact | AOL-DEF-00083516 |
| March 1, 2019 | 0% | No impact | AOL-DEF-00083445 |
| March 2, 2019 | 0% | No impact | AOL-DEF-00083454 |
| March 3, 2019 | 0% | No impact | AOL-DEF-00093866 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| March 4, 2019 | 0% | No impact | AOL-DEF-00093869 |
| March 5, 2019 | 0% | No impact | AOL-DEF-00035046 |
| March 6, 2019 | 0% | No impact | AOL-DEF-00093892 |
| March 7, 2019 | 0% | No impact | AOL-DEF-00035038 |
| March 8, 2019 | 0% | No impact | AOL-DEF-00085096 |
| March 9, 2019 | 0% | No impact | AOL-DEF-00035041 |
| March 10, 2019 | Not listed | Not listed | AOL-DEF-00035076 |
| March 11, 2019 | 0% | No impact | AOL-DEF-00035057 |
| March 12, 2019 | 0% | No impact | AOL-DEF-00085243 |
| March 13, 2019 | 0% | No impact | AOL-DEF-00035052 |
| March 14, 2019 | 0% | No impact | AOL-DEF-00085252 |
| March 15, 2019 | 0% | No impact | AOL-DEF-00085037 |
| March 16, 2019 | 0% | No impact | AOL-DEF-00085045 |
| March 17, 2019 | 0% | No impact | AOL-DEF-00085034 |
| March 18, 2019 | 0% | No impact | AOL-DEF-00085040 |
| March 19, 2019 | 0% | No impact | AOL-DEF-00085083 |
| March 20, 2019 | 0% | No impact | AOL-DEF-00085072 |
| March 21, 2019 | 0% | No impact | AOL-DEF-00084965 |
| March 22, 2019 | 0% | No impact | AOL-DEF-00084880 |
| March 23, 2019 | 0% | No impact | AOL-DEF-00085004 |
| March 24, 2019 | 0% | No impact | AOL-DEF-00085014 |
| March 25, 2019 | 0% | No impact | AOL-DEF-00085031 |
| March 26, 2019 | 0% | No impact | AOL-DEF-00084860 |
| March 27, 2019 | 0% | No impact | AOL-DEF-00084869 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| March 28, 2019 | 0% | No impact | AOL-DEF-00035061 |
| March 29, 2019 | Not listed | Not listed | N/A[2] |
| March 30, 2019 | 0% | No impact | AOL-DEF-00084723 |
| March 31, 2019 | 0% | No impact | AOL-DEF-00084689 |
| April 1, 2019 | 0% | No impact | AOL-DEF-00084662 |
| April 2, 2019 | 0% | No impact | AOL-DEF-00084601 |
| April 3, 2019 | 0% | No impact | AOL-DEF-00084794 |
| April 4, 2019 | 0% | No impact | AOL-DEF-00084720 |
| April 5, 2019 | 0% | No impact | AOL-DEF-00084672 |
| April 6, 2019 | 0% | No impact | AOL-DEF-00084541 |
| April 7, 2019 | Not listed | Not listed | AOL-DEF-00588514 |
| April 8, 2019 | 0% | No impact | AOL-DEF-00084598 |
| April 9, 2019 | 0% | No impact | AOL-DEF-00084488 |
| April 10, 2019 | 0% | No impact | AOL-DEF-00084536 |
| April 11, 2019 | 0% | No impact | AOL-DEF-00084527 |
| April 12, 2019 | 0% | No impact | AOL-DEF-00365853 |
| April 13, 2019 | 0% | No impact | AOL-DEF-00365628 |
| April 14, 2019 | 0% | No impact | AOL-DEF-00084544 |
| April 15, 2019 | 0% | No impact | AOL-DEF-00084547 |
| April 16, 2019 | 0% | No impact | AOL-DEF-00365856 |
| April 17, 2019 | 0% | No impact | AOL-DEF-00365631 |
| April 18, 2019 | 0% | No impact | AOL-DEF-00365608 |
| April 19, 2019 | 0% | No impact | AOL-DEF-00365332 |

---

[2] "N/A" means that no report was produced for this date.

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| April 20, 2019 | 0% | No impact | AOL-DEF-00084485 |
| April 21, 2019 | 0% | No impact | AOL-DEF-00365255 |
| April 22, 2019 | 0% | No impact | AOL-DEF-00365619 |
| April 23, 2019 | 0% | No impact | AOL-DEF-00365370 |
| April 24, 2019 | 0% | No impact | AOL-DEF-00365778 |
| April 25, 2019 | Not listed | Not listed | N/A |
| April 26, 2019 | 0% | No impact | AOL-DEF-00365611 |
| April 27, 2019 | 0% | No impact | AOL-DEF-00365258 |
| April 28, 2019 | 0% | No impact | AOL-DEF-00365622 |
| April 29, 2019 | 03% | No impact | AOL-DEF-00365038 |
| April 30, 2019 | 0% | No impact | AOL-DEF-00364993 |
| May 1, 2019 | 0% | No impact | AOL-DEF-00364613 |
| May 2, 2019 | Not listed | Not listed | AOL-DEF-00082281 |
| May 3, 2019 | Not listed | Not listed | AOL-DEF-00374848 |
| May 4, 2019 | Not listed | Not listed | N/A |
| May 5, 2019 | 0% | No impact | AOL-DEF-00364577 |
| May 6, 2019 | 0% | No impact | AOL-DEF-00364851 |
| May 7, 2019 | 0% | No impact | AOL-DEF-00523768 |
| May 8, 2019 | 0% | No impact | AOL-DEF-00364318 |
| May 9, 2019 | 0% | No impact | AOL-DEF-00523762 |
| May 10, 2019 | Not listed | Not listed | AOL-DEF-00082253 |
| May 11, 2019 | 0% | No impact | AOL-DEF-00364330 |
| May 12, 2019 | 0% | No impact | AOL-DEF-00364205 |
| May 13, 2019 | 0% | No impact | AOL-DEF-00364580 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| May 14, 2019 | 0% | No impact | AOL-DEF-00364574 |
| May 15, 2019 | 0% | No impact | AOL-DEF-00364487 |
| May 16, 2019 | 0% | No impact | AOL-DEF-00364490 |
| May 17, 2019 | 0% | No impact | AOL-DEF-00523765 |
| May 18, 2019 | 0% | No impact | AOL-DEF-00364528 |
| May 19, 2019 | 0% | No impact | AOL-DEF-00523759 |
| May 20, 2019 | Not listed | Not listed | N/A |
| May 21, 2019 | 0% | No impact | AOL-DEF-00084200 |
| May 22, 2019 | 0% | No impact | AOL-DEF-00084242 |
| May 23, 2019 | 0% | No impact | AOL-DEF-00084259 |
| May 24, 2019 | 0% | No impact | AOL-DEF-00364315 |
| May 25, 2019 | 0% | No impact | AOL-DEF-00084281 |
| May 26, 2019 | 0% | No impact | AOL-DEF-00084290 |
| May 27, 2019 | 0% | No impact | AOL-DEF-00084268 |
| May 28, 2019 | 0% | No impact | AOL-DEF-00084250 |
| May 29, 2019 | Not listed | Not listed | N/A |
| May 30, 2019 | 0% | No impact | AOL-DEF-00084256 |
| May 31, 2019 | Not listed | Not listed | N/A |
| June 1, 2019 | 0% | No impact | AOL-DEF-00084143 |
| June 2, 2019 | 0% | No impact | AOL-DEF-00084089 |
| June 3, 2019 | 0% | No impact | AOL-DEF-00084098 |
| June 4, 2019 | 0% | No impact | AOL-DEF-00084153 |
| June 5, 2019 | Not listed | Not listed | N/A |
| June 6, 2019 | Not listed | Not listed | AOL-DEF-00084040 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| June 7, 2019 | 0% | No impact | AOL-DEF-00084179 |
| June 8, 2019 | 0% | No impact | AOL-DEF-00084132 |
| June 9, 2019 | 0% | No impact | AOL-DEF-00084025 |
| June 10, 2019 | 0% | No impact | AOL-DEF-00084176 |
| June 11, 2019 | Not listed | Not listed | N/A |
| June 12, 2019 | 0% | No impact | AOL-DEF-00084117 |
| June 13, 2019 | 0% | No impact | AOL-DEF-00084005 |
| June 14, 2019 | 0% | No impact | AOL-DEF-00084015 |
| June 15, 2019 | 0% | No impact | AOL-DEF-00083995 |
| June 16, 2019 | 0% | No impact | AOL-DEF-00084058 |
| June 17, 2019 | 0% | No impact | AOL-DEF-00083977 |
| June 18, 2019 | 0% | No impact | AOL-DEF-00084008 |
| June 19, 2019 | 0% | No impact | AOL-DEF-00362926 |
| June 20, 2019 | 0% | No impact | AOL-DEF-00084002 |
| June 21, 2019 | 0% | No impact | AOL-DEF-00083936 |
| June 22, 2019 | 0% | No impact | AOL-DEF-00083917 |
| June 23, 2019 | 0% | No impact | AOL-DEF-00083939 |
| June 24, 2019 | 0% | No impact | AOL-DEF-00523714 |
| June 25, 2019 | 0% | No impact | AOL-DEF-00083928 |
| June 26, 2019 | 0% | No impact | AOL-DEF-00523687 |
| June 27, 2019 | 0% | No impact | AOL-DEF-00523680 |
| June 28, 2019 | 0% | No impact | AOL-DEF-00523468 |
| June 29, 2019 | 0% | No impact | AOL-DEF-00523462 |
| June 30, 2019 | 0% | No impact | AOL-DEF-00035024 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| July 1, 2019 | 0% | No impact | AOL-DEF-00083448 |
| July 2, 2019 | 0% | No impact | AOL-DEF-00523370 |
| July 3, 2019 | 0% | No impact | AOL-DEF-00367412 |
| July 4, 2019 | 0% | No impact | AOL-DEF-00035055 |
| July 5, 2019 | 0% | No impact | AOL-DEF-00084595 |
| July 6, 2019 | 0% | No impact | AOL-DEF-00085153 |
| July 7, 2019 | 0% | No impact | AOL-DEF-00365210 |
| July 8, 2019 | 0% | No impact | AOL-DEF-00364694 |
| July 9, 2019 | 0% | No impact | AOL-DEF-00084336 |
| July 10, 2019 | 0% | No impact | AOL-DEF-00084191 |
| July 11, 2019 | 0% | No impact | AOL-DEF-00084052 |
| July 12, 2019 | 0% | No impact | AOL-DEF-00083956 |
| July 13, 2019 | 0% | No impact | AOL-DEF-00523457 |
| July 14, 2019 | 0% | No impact | AOL-DEF-00083442 |