MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 14 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY** <br><br> **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
Fed. R. Evid. 1006 Summary Exhibit

## El Paso Port of Entry: Impact to Port Operations, 2018

| Date | Capacity | Impact to Port Operations | Bates Number |
| --- | --- | --- | --- |
| June 16, 2018 | 50% | Negative | AOL-DEF-00273818 |
| June 17, 2018 | 80% | No impact | AOL-DEF-00273655 |
| June 18, 2018 | 78% | None | AOL-DEF-00037818 |
| June 19, 2018 | 95% | No impact | AOL-DEF-00088501 |
| June 20, 2018 | 95% | No impact | AOL-DEF-00278484 |
| June 21, 2018 | 93% | No impact | AOL-DEF-00802860 |
| June 22, 2018 | 52% | No impact | AOL-DEF-00802872 |
| June 23, 2018 | 50% | No impact | AOL-DEF-00802883 |
| June 24, 2018 | 62% | No impact | AOL-DEF-00806216 |
| June 25, 2018 | 57% | No impact | AOL-DEF-00806220 |
| June 26, 2018 | 58% | No impact | AOL-DEF-00806223 |
| June 27, 2018 | 68% | No impact | AOL-DEF-00806228 |
| June 28, 2018 | 65% | No impact | AOL-DEF-00806242 |
| June 29, 2018 | 51% | No impact | AOL-DEF-00806245 |
| June 30, 2018 | 57.4% | n/a[1] | AOL-DEF-00806096 |
| July 1, 2018 | 68.7% | No impact | AOL-DEF-00806248 |
| July 2, 2018 | 60% | No impact | AOL-DEF-00806254 |
| July 3, 2018 | 62% | No impact | AOL-DEF-00806260 |
| July 4, 2018 | 53% | No impact | AOL-DEF-00806257 |
| July 5, 2018 | 27% | No impact | AOL-DEF-00806293 |
| July 6, 2018 | 15% | No impact | AOL-DEF-00806297 |

---

[1] "n/a" means that none of the reports produced for a given date contain data regarding impact to port operations at the El Paso POE.

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
| --- | --- | --- | --- |
| July 7, 2018 | 59% | No impact | AOL-DEF-00806300 |
| July 8, 2018 | 73% | No impact | AOL-DEF-00806303 |
| July 9, 2018 | 99% | No impact | AOL-DEF-00806315 |
| July 10, 2018 | 115% | Minimal | AOL-DEF-00806346 |
| July 11, 2018 | 111% | Minimal Impact – Queue Mitigation in Process | AOL-DEF-00806363 |
| July 12, 2018 | 80% | Minimal | AOL-DEF-00893377 |
| July 13, 2018 | 92% | Minimal | AOL-DEF-00806402 |
| July 14, 2018 | 92% | Minimal impact | AOL-DEF-00039550 |
| July 15, 2018 | 93% | Minimal Impact – Queue Mitigation in Process | AOL-DEF-00806438 |
| July 16, 2018 | 71% | No impact | AOL-DEF-00026865 |
| July 17, 2018 | 110% | Minimal impact | AOL-DEF-00048983 |
| July 18, 2018 | 110% | Minimal impact | AOL-DEF-00026873 |
| July 19, 2018 | 85% | Minimal impact | AOL-DEF-00026898 |
| July 20, 2018 | 97% | Minimal impact | AOL-DEF-00026903 |
| July 21, 2018 | 75% | Minimal impact | AOL-DEF-00893414 |
| July 22, 2018 | 102% | Queue Mitigation in Process | AOL-DEF-00806554 |
| July 23, 2018 | 103% | Queue Mitigation in Process | AOL-DEF-00026908 |
| July 24, 2018 | 75% | No impact | AOL-DEF-00026913 |
| July 25, 2018 | 78% | No impact | AOL-DEF-00026922 |
| July 26, 2018 | 18% | No impact | AOL-DEF-00026929 |
| July 27, 2018 | 77% | No impact | AOL-DEF-00026934 |
| July 28, 2018 | 75% | No impact | AOL-DEF-00893455 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
Fed. R. Evid. 1006 Summary Exhibit

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| July 29, 2018 | 110% | Minimal Impact – Queue Mitigation in Process | AOL-DEF-00806892 |
| July 30, 2018 | 114% | Minimal impact | AOL-DEF-00026939 |
| July 31, 2018 | 52% | Minimal impact | AOL-DEF-00026951 |
| August 1, 2018 | 53.9% | n/a | AOL-DEF-00806884 |
| August 2, 2018 | 57% | No impact | AOL-DEF-00026976 |
| August 3, 2018 | 53% | No impact | AOL-DEF-00027000 |
| August 4, 2018 | 59% | No impact | AOL-DEF-00806921 |
| August 5, 2018 | 90% | No impact | AOL-DEF-00806933 |
| August 6, 2018 | 94% | Minimal impact | AOL-DEF-00027005 |
| August 7, 2018 | 63% | Minimal Impact – Queue Mitigation in Process | AOL-DEF-00806945 |
| August 8, 2018 | 72% | No impact | AOL-DEF-00027806 |
| August 9, 2018 | 81% | Minimal impact | AOL-DEF-00027070 |
| August 10, 2018 | 74% | No impact | AOL-DEF-00807030 |
| August 11, 2018 | 109% | No impact | AOL-DEF-00807031 |
| August 12, 2018 | 119% | Bounda[r]y queue mitigation in progress | AOL-DEF-00807063 |
| August 13, 2018 | 47% | No impact | AOL-DEF-00027093 |
| August 14, 2018 | 58% | No impact | AOL-DEF-00027826 |
| August 15, 2018 | 52% | No impact | AOL-DEF-00027098 |
| August 16, 2018 | 90% | No impact | AOL-DEF-00027103 |
| August 17, 2018 | 103% | Minimal impact | AOL-DEF-00027112 |
| August 18, 2018 | 77% | No impact | AOL-DEF-00802586 |
| August 19, 2018 | 78.3% | n/a | AOL-DEF-00892976 |

3

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
| --- | --- | --- | --- |
| August 20, 2018 | 85% | No impact | AOL-DEF-00027148 |
| August 21, 2018 | 47% | No impact | AOL-DEF-00027155 |
| August 22, 2018 | 54% | No impact | AOL-DEF-00027160 |
| August 23, 2018 | 57% | No impact | AOL-DEF-00027171 |
| August 24, 2018 | 79% | No impact | AOL-DEF-00027209 |
| August 25, 2018 | 67% | No impact | AOL-DEF-00802625 |
| August 26, 2018 | 87% | No impact | AOL-DEF-00805759 |
| August 27, 2018 | 73% | No impact | AOL-DEF-00027214 |
| August 28, 2018 | 63% | No impact | AOL-DEF-00027219 |
| August 29, 2018 | 115% | No impact | AOL-DEF-00027246 |
| August 30, 2018 | 46% | No impact | AOL-DEF-00027254 |
| August 31, 2018 | 86% | No impact | AOL-DEF-00027261 |
| September 1, 2018 | 88% | No impact | AOL-DEF-00803202 |
| September 2, 2018 | 79% | No impact | AOL-DEF-00803207 |
| September 3, 2018 | 75% | No impact | AOL-DEF-00803210 |
| September 4, 2018 | 63% | No impact | AOL-DEF-00027271 |
| September 5, 2018 | 73% | No impact | AOL-DEF-00027276 |
| September 6, 2018 | 80% | No impact | AOL-DEF-00027281 |
| September 7, 2018 | 83% | No impact | AOL-DEF-00027300 |
| September 8, 2018 | 90% | No impact | AOL-DEF-00803223 |
| September 9, 2018 | 116% | No impact | AOL-DEF-00803228 |
| September 10, 2018 | 114% | Minimal impact – Queue Management in process | AOL-DEF-00027305 |
| September 11, 2018 | 90% | No impact | AOL-DEF-00027320 |

4

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| September 12, 2018 | 64% | No impact | AOL-DEF-00027325 |
| September 13, 2018 | 83% | No impact | AOL-DEF-00027330 |
| September 14, 2018 | 73% | No impact | AOL-DEF-00027335 |
| September 15, 2018 | 94% | No impact | AOL-DEF-00803306 |
| September 16, 2018 | 94% | No impact | AOL-DEF-00803303 |
| September 17, 2018 | 98% | No impact | AOL-DEF-00027542 |
| September 18, 2018 | 78% | No impact | AOL-DEF-00027549 |
| September 19, 2018 | 100% | No impact | AOL-DEF-00027558 |
| September 20, 2018 | 65% | No impact | AOL-DEF-00027563 |
| September 21, 2018 | 76% | No impact | AOL-DEF-00027578 |
| September 22, 2018 | 96.5% | n/a | AOL-DEF-00804555 |
| September 23, 2018 | 89.6% | n/a | AOL-DEF-00804568 |
| September 24, 2018 | 96% | No impact | AOL-DEF-00027585 |
| September 25, 2018 | 91% | No impact | AOL-DEF-00027590 |
| September 26, 2018 | 90% | No impact | AOL-DEF-00027595 |
| September 27, 2018 | 80% | No impact | AOL-DEF-00027600 |
| September 28, 2018 | 81% | No impact | AOL-DEF-00027605 |
| September 29, 2018 | 65% | n/a | AOL-DEF-00807160 |
| September 30, 2018 | 81% | No impact | AOL-DEF-00807180 |
| October 1, 2018 | 89% | No impact | AOL-DEF-00027610 |
| October 2, 2018 | 68% | No impact | AOL-DEF-00027615 |
| October 3, 2018 | 106% | No impact | AOL-DEF-00027623 |
| October 4, 2018 | 81% | No impact | AOL-DEF-00027633 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| October 5, 2018 | 92% | No impact | AOL-DEF-00027649 |
| October 6, 2018 | 100.9% | n/a | AOL-DEF-00803852 |
| October 7, 2018 | 98.3% | n/a | AOL-DEF-00803869 |
| October 8, 2018 | 106.1% | n/a | AOL-DEF-00803896 |
| October 9, 2018 | 84% | No impact | AOL-DEF-00027656 |
| October 10, 2018 | 98% | No impact | AOL-DEF-00027667 |
| October 11, 2018 | 120% | No impact | AOL-DEF-00027674 |
| October 12, 2018 | 99% | No impact | AOL-DEF-00027679 |
| October 13, 2018 | 77% | n/a | AOL-DEF-00804617 |
| October 14, 2018 | 104% | Metering in progress | AOL-DEF-00804060 |
| October 15, 2018 | 111% | Queue Management in progress | AOL-DEF-00804124 |
| October 16, 2018 | 99% | No impact | AOL-DEF-00027689 |
| October 17, 2018 | 121% | No impact | AOL-DEF-00027702 |
| October 18, 2018 | 115% | No impact | AOL-DEF-00027707 |
| October 19, 2018 | 104% | No impact | AOL-DEF-00027712 |
| October 20, 2018 | 113% | Queue Management in progress | AOL-DEF-00804263 |
| October 21, 2018 | 132% | Queue Management in progress | AOL-DEF-00804308 |
| October 22, 2018 | 110% | No impact | AOL-DEF-00027717 |
| October 23, 2018 | 110% | No impact | AOL-DEF-00027725 |
| October 24, 2018 | 95% | No impact | AOL-DEF-00027730 |
| October 25, 2018 | 104% | No impact | AOL-DEF-00027740 |
| October 26, 2018 | 138% | No impact | AOL-DEF-00027745 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| October 27, 2018 | 104% | No impact to operations/active queue management | AOL-DEF-00803442 |
| October 28, 2018 | 111% | Queue Management in Progress | AOL-DEF-00803450 |
| October 29, 2018 | 114% | No impact | AOL-DEF-00027750 |
| October 30, 2018 | 102% | Queue Management in Progress | AOL-DEF-00028284 |
| October 31, 2018 | 102% | Queue Management in Progress | AOL-DEF-00028282 |
| November 1, 2018 | 85% | Queue Management in Progress | AOL-DEF-00027350 |
| November 2, 2018 | 93% | Queue Management in Progress | AOL-DEF-00027371 |
| November 3, 2018 | 90% | n/a | AOL-DEF-00057083 |
| November 4, 2018 | 85.5% | n/a | AOL-DEF-00803708 |
| November 5, 2018 | 69% | Queue Management in Progress | AOL-DEF-00803774 |
| November 6, 2018 | 91% | Queue Management in Progress | AOL-DEF-00027411 |
| November 7, 2018 | 91% | Queue Management in Progress | AOL-DEF-00027437 |
| November 8, 2018 | 114% | Queue Management in Progress | AOL-DEF-00803978 |
| November 9, 2018 | 94% | Queue Management in Progress | AOL-DEF-00028307 |
| November 10, 2018 | 101% | Queue Management in Progress | AOL-DEF-00028313 |
| November 11, 2018 | 123% | Queue Management in Progress | AOL-DEF-00028314 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| November 12, 2018 | 98% | Queue Management in Progress | AOL-DEF-00039374 |
| November 13, 2018 | 149% | Queue Management in Progress | AOL-DEF-00028318 |
| November 14, 2018 | 166% | Queue Management in Progress | AOL-DEF-00028323 |
| November 15, 2018 | 135% | Queue Management in Progress | AOL-DEF-00028328 |
| November 16, 2018 | 117% | Queue Management in Progress | AOL-DEF-00028333 |
| November 17, 2018 | 129% | Queue Management in Progress | AOL-DEF-00804354 |
| November 18, 2018 | 129% | Queue Management in Progress | AOL-DEF-00804366 |
| November 19, 2018 | 90% | No impact | AOL-DEF-00028346 |
| November 20, 2018 | 101% | Queue Management in Progress | AOL-DEF-00028351 |
| November 21, 2018 | 117% | Queue Management in Progress | AOL-DEF-00028356 |
| November 22, 2018 | 110% | Queue Management in Progress | AOL-DEF-00804448 |
| November 23, 2018 | 117% | Queue Management in Progress | AOL-DEF-00028361 |
| November 24, 2018 | 182% | Queue Management in Progress | AOL-DEF-00028366 |
| November 25, 2018 | 181% | Queue Management in Progress | AOL-DEF-00804630 |
| November 26, 2018 | 195% | Queue Management in Progress | AOL-DEF-00028386 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| November 27, 2018 | 199% | Queue Management in Progress | AOL-DEF-00028391 |
| November 28, 2018 | 154% | Queue Management in Progress | AOL-DEF-00028396 |
| November 29, 2018 | 146% | Queue Management in Progress | AOL-DEF-00028401 |
| November 30, 2018 | 136% | Queue Management in Progress | AOL-DEF-00028406 |
| December 1, 2018 | 172% | Queue Management in Progress | AOL-DEF-00804679 |
| December 2, 2018 | 153% | Queue Management in Progress | AOL-DEF-00804689 |
| December 3, 2018 | 153% | Queue Management in Progress | AOL-DEF-00028412 |
| December 4, 2018 | 156% | Queue Management in Progress | AOL-DEF-00028417 |
| December 5, 2018 | 110% | Queue Management in Progress | AOL-DEF-00804721 |
| December 6, 2018 | 110% | Queue Management in Progress | AOL-DEF-00028425 |
| December 7, 2018 | 110% | Queue Management in Progress | AOL-DEF-00028430 |
| December 8, 2018 | 137% | Queue Management in Progress | AOL-DEF-00804741 |
| December 9, 2018 | 146% | Queue Management in Progress | AOL-DEF-00804751 |
| December 10, 2018 | 157% | Queue Management in Progress | AOL-DEF-00028435 |
| December 11, 2018 | 158% | Queue Management in Progress | AOL-DEF-00028442 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
| --- | --- | --- | --- |
| December 12, 2018 | 174% | Queue Management in Progress | AOL-DEF-00028444 |
| December 13, 2018 | 165% | Queue Management in Progress | AOL-DEF-00050001 |
| December 14, 2018 | 166% | Queue Management in Progress | AOL-DEF-00028446 |
| December 15, 2018 | 152% | Queue Management in Progress | AOL-DEF-00804783 |
| December 16, 2018 | 175% | Queue Management in Progress | AOL-DEF-00804789 |
| December 17, 2018 | 177% | Queue Management in Progress | AOL-DEF-00101680 |
| December 18, 2018 | 180% | Queue Management in Progress | AOL-DEF-00047507 |
| December 19, 2018 | 157% | Queue Management in Progress | AOL-DEF-00050063 |
| December 20, 2018 | 188% | n/a | AOL-DEF-00027756 |
| December 21, 2018 | 177% | n/a | AOL-DEF-00027292 |
| December 22, 2018 | 190% | Queue Management in Progress | AOL-DEF-00804831 |
| December 23, 2018 | 147% | Queue Management in Progress | AOL-DEF-00804834 |
| December 24, 2018 | 89% | Queue Management in Progress | AOL-DEF-00804837 |
| December 25, 2018 | 64% | Queue Management in Progress | AOL-DEF-00804844 |
| December 26, 2018 | 73% | n/a | AOL-DEF-00050135 |
| December 27, 2018 | 70% | n/a | AOL-DEF-00050159 |
| December 28, 2018 | 64% | n/a | AOL-DEF-00050179 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| December 29, 2018 | 73.9% | n/a | AOL-DEF-00807636 |
| December 30, 2018 | 71.3% | n/a | AOL-DEF-00807671 |
| December 31, 2018 | 66% | n/a | AOL-DEF-00050203 |