MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 15 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY**<br><br>**FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1
2
3   CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
4      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
5      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
6      *aguisado@ccrjustice.org*
7   666 Broadway, 7th Floor
    New York, NY 10012
8   Telephone: +1.212.614.6464
    Facsimile: +1.212.614.6499
9
10  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
11     *sarah.rich@splcenter.org*
       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
12     *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
13  Decatur, GA 30030
    Telephone: +1.404.521.6700
14  Facsimile: +1.404.221.5857

15  AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
16     *kwalters@immcouncil.org*
17  1331 G St. NW, Suite 200
    Washington, D.C. 20005
18  Telephone: +1.202.507.7523
    Facsimile: +1.202.742.5619
19
20
21
22
23
24
25
26
27
28

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

**Laredo Port of Entry: Impact to Port Operations, June 17, 2018-July 15, 2019**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| June 17, 2018 | 67% | none | AOL-DEF-00037849 |
| June 18, 2018 | 28% | None | AOL-DEF-00095711 |
| June 19, 2018 | 70% | None | AOL-DEF-00095708 |
| June 20, 2018 | 56% | None | AOL-DEF-00902058 |
| June 21, 2018 | 51% | None | AOL-DEF-00095701 |
| June 22, 2018 | 27% | None | AOL-DEF-00095722 |
| June 23, 2018 | 48% | None | AOL-DEF-01037371 |
| June 24, 2018 | 51% | None | AOL-DEF-00276324 |
| June 25, 2018 | 42% | None | AOL-DEF-00902107 |
| June 26, 2018 | 46% | None | AOL-DEF-00095737 |
| June 27, 2018 | 47% | None | AOL-DEF-00095725 |
| June 28, 2018 | 48% | No Impact | AOL-DEF-00100501 |
| June 29, 2018 | 42% | None | AOL-DEF-00095728 |
| June 30, 2018 | 50% | None | AOL-DEF-00095731 |
| July 1, 2018 | 44% | None | AOL-DEF-00095740 |
| July 2, 2018 | 68% | No impact to operations - Note* Total Detainees 51-48 are /CF | AOL-DEF-00095734 |
| July 3, 2018 | 42% | None | AOL-DEF-01037549 |
| July 4, 2018 | 40% | None | AOL-DEF-00095743 |
| July 5, 2018 | 35% | None | AOL-DEF-00095752 |
| July 6, 2018 | 41% | None | AOL-DEF-00095756 |
| July 7, 2018 | 27% | None | AOL-DEF-00095747 |
| July 8, 2018 | 20% | None | AOL-DEF-00095749 |
| July 9, 2018 | 28% | None | AOL-DEF-00095759 |
| July 10, 2018 | 26% | None | AOL-DEF-00095791 |
| July 11, 2018 | 33% | None | AOL-DEF-00095804 |
| July 12, 2018 | 38% | No Impact | AOL-DEF-00100300 |
| July 13, 2018 | 45% | None | AOL-DEF-00095765 |
| July 14, 2018 | 39% | None | AOL-DEF-00095768 |
| July 15, 2018 | 40% | None | AOL-DEF-00095762 |
| July 16, 2018 | 40% | None | AOL-DEF-01037635 |
| July 17, 2018 | 46% | None | AOL-DEF-00095788 |
| July 18, 2018 | 37% | None | AOL-DEF-00095824 |
| July 19, 2018 | 26% | None | AOL-DEF-00095821 |
| July 20, 2018 | 41% | None | AOL-DEF-00095776 |
| July 21, 2018 | 26% | None | AOL-DEF-00095785 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
Fed. R. Evid. 1006 Summary Exhibit

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| July 22, 2018 | 18% | None | AOL-DEF-00095797 |
| July 23, 2018 | 1% | None | AOL-DEF-00095801 |
| July 24, 2018 | 5% | None | AOL-DEF-00095773 |
| July 25, 2018 | 7% | None | AOL-DEF-00095782 |
| July 26, 2018 | 18% | None | AOL-DEF-00095779 |
| July 27, 2018 | 16% | None | AOL-DEF-00095813 |
| July 28, 2018 | 18% | None | AOL-DEF-00095794 |
| July 29, 2018 | 6% | Total detainees 9 w/ 7 CF | AOL-DEF-00095829 |
| July 30, 2018 | 8% | Total detainees 10 w/ 10 CF | AOL-DEF-00095810 |
| July 31, 2018 | 1% | None | AOL-DEF-00095807 |
| August 1, 2018 | 1% | None | AOL-DEF-00095818 |
| August 2, 2018 | 10% | No Impact | AOL-DEF-00027778 |
| August 3, 2018 | 23% | None | AOL-DEF-00280156 |
| August 4, 2018 | 14% | None | AOL-DEF-00095834 |
| August 6, 2018 | 21% | None | AOL-DEF-00095837 |
| August 7, 2018 | 9% | None | AOL-DEF-00095857 |
| August 8, 2018 | 6% | None | AOL-DEF-00095840 |
| August 9, 2018 | 13% | None | AOL-DEF-00276329 |
| August 10, 2018 | 16% | None | AOL-DEF-00095873 |
| August 11, 2018 | 32% | None | AOL-DEF-00095871 |
| August 12, 2018 | 24% | None | AOL-DEF-00095882 |
| August 13, 2018 | 15% | None | AOL-DEF-00095892 |
| August 14, 2018 | 11% | None | AOL-DEF-00095894 |
| August 15, 2018 | 14% | None | AOL-DEF-00095896 |
| August 16, 2018 | 11% | None | AOL-DEF-00095902 |
| August 17, 2018 | 3% | None | AOL-DEF-00095898 |
| August 18, 2018 | 10% | None | AOL-DEF-00095900 |
| August 19, 2018 | 26% | None | AOL-DEF-00095906 |
| August 20, 2018 | 6% | None | AOL-DEF-00095904 |
| August 21, 2018 | 6% | None | AOL-DEF-00095911 |
| August 22, 2018 | 5% | None | AOL-DEF-00095927 |
| August 23, 2018 | 22% | None | AOL-DEF-00095930 |
| August 24, 2018 | 36% | None | AOL-DEF-00190153 |
| August 25, 2018 | 37% | None | AOL-DEF-00190158 |
| August 26, 2018 | 18% | None | AOL-DEF-00190155 |
| August 27, 2018 | 19% | None | AOL-DEF-00190161 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| August 28, 2018 | 39% | No Impact | AOL-DEF-00027912 |
| August 29, 2018 | 14% | None | AOL-DEF-00190167 |
| August 30, 2018 | 22% | None | AOL-DEF-00190165 |
| August 31, 2018 | 42% | None | AOL-DEF-01038374 |
| September 1, 2018 | 20% | None | AOL-DEF-00190174 |
| September 2, 2018 | 10% | None | AOL-DEF-00190179 |
| September 3, 2018 | 15% | None | AOL-DEF-00190172 |
| September 4, 2018 | 15% | None | AOL-DEF-00190177 |
| September 5, 2018 | 17% | None | AOL-DEF-00190184 |
| September 6, 2018 | 13% | None | AOL-DEF-01038443 |
| September 7, 2018 | 14% | None | AOL-DEF-01038447 |
| September 8, 2018 | 14% | None | AOL-DEF-01038457 |
| September 9, 2018 | 14% | None | AOL-DEF-01038461 |
| September 10, 2018 | 10% | None | AOL-DEF-00190197 |
| September 11, 2018 | 12% | None | AOL-DEF-01038510 |
| September 12, 2018 | 18% | None | AOL-DEF-01038539 |
| September 13, 2018 | 20% | None | AOL-DEF-00095844 |
| September 14, 2018 | 22% | None | AOL-DEF-00095853 |
| September 15, 2018 | 32% | None | AOL-DEF-00095842 |
| September 16, 2018 | 24% | None | AOL-DEF-00095851 |
| September 17, 2018 | 14% | None | AOL-DEF-00095847 |
| September 18, 2018 | 18% | None | AOL-DEF-00095849 |
| September 19, 2018 | 23% | None | AOL-DEF-01037820 |
| September 20, 2018 | 15% | None | AOL-DEF-00095855 |
| September 21, 2018 | 25% | None | AOL-DEF-00095876 |
| September 22, 2018 | 10% | None | AOL-DEF-00095859 |
| September 23, 2018 | 23% | None | AOL-DEF-00095868 |
| September 24, 2018 | 44% | None | AOL-DEF-00095862 |
| September 25, 2018 | 34% | None | AOL-DEF-00095865 |
| September 26, 2018 | 30% | None | AOL-DEF-00095887 |
| September 27, 2018 | 42% | None | AOL-DEF-00095884 |
| September 28, 2018 | 31% | None | AOL-DEF-00095879 |
| September 29, 2018 | 38% | None | AOL-DEF-00095889 |
| September 30, 2018 | 18% | None | AOL-DEF-00095915 |
| October 1, 2018 | 29% | None | AOL-DEF-00190340 |
| October 2, 2018 | 36% | None | AOL-DEF-00190359 |
| October 3, 2018 | 47% | None | AOL-DEF-00190345 |
| October 4, 2018 | 46% | None | AOL-DEF-00190356 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| October 5, 2018 | 47% | None | AOL-DEF-00190349 |
| October 6, 2018 | 52% | None | AOL-DEF-00280177 |
| October 7, 2018 | 56% | None | AOL-DEF-00095913 |
| October 8, 2018 | 49% | None | AOL-DEF-00190347 |
| October 9, 2018 | 38% | None | AOL-DEF-01039210 |
| October 10, 2018 | 38% | None | AOL-DEF-00190291 |
| October 11, 2018 | 37% | None | AOL-DEF-00190361 |
| October 12, 2018 | 42% | None | AOL-DEF-01039233 |
| October 13, 2018 | 40% | None | AOL-DEF-01039249 |
| October 14, 2018 | 29% | None | AOL-DEF-00190299 |
| October 15, 2018 | 38% | None | AOL-DEF-01039292 |
| October 16, 2018 | 26% | No impact to Operations *Total Detainees 37/32 are CF* | AOL-DEF-00190296 |
| October 17, 2018 | 32% | No impact to Operations - Note* Total Detainees 40/40 are CF | AOL-DEF-00190317 |
| October 18, 2018 | 29% | No impact to Operations - Note* Total Detainees 37 / 36 are CF | AOL-DEF-00040457 |
| October 19, 2018 | 32% | None | AOL-DEF-00190314 |
| October 20, 2018 | 35% | None | AOL-DEF-00190305 |
| October 21, 2018 | 38% | None | AOL-DEF-00095917 |
| October 22, 2018 | 29% | None | AOL-DEF-00095925 |
| October 23, 2018 | 39% | None | AOL-DEF-00040454 |
| October 24, 2018 | 40% | None | AOL-DEF-00190353 |
| October 25, 2018 | 26% | No impact to Operations Note** Total Detainees 30/32 are CF | AOL-DEF-00190311 |
| October 26, 2018 | 23% | No impact to Operations Note ** Total Detainees 29/35 are CF | AOL-DEF-00190320 |
| October 27, 2018 | 32% | None | AOL-DEF-00280174 |
| October 28, 2018 | 29% | No impact to operations - Note* Total Detainees 39/36 are CF | AOL-DEF-00190332 |
| October 29, 2018 | 16% | No impact to operations - Note* Total Detainees 22/20 are CF | AOL-DEF-00190323 |

4

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| October 30, 2018 | 38% | No impact to operations - Note* Total Detainees 48/48 are CF | AOL-DEF-00190363 |
| October 31, 2018 | 35% | No impact to operations - Note* Total Detainees 48 / 44 are CF | AOL-DEF-00040460 |
| November 1, 2018 | 54% | No impact to operations - Note* Total Detainees 42 / 38 are CF | AOL-DEF-00040462 |
| November 2, 2018 | 28% | None | AOL-DEF-00190326 |
| November 3, 2018 | 45% | None | AOL-DEF-00190335 |
| November 4, 2018 | 25% | None | AOL-DEF-00190329 |
| November 5, 2018 | 44% | None | AOL-DEF-00190351 |
| November 6, 2018 | 36% | No impact to operations - Note* Total Detainees 45/39 are CF | AOL-DEF-00190342 |
| November 7, 2018 | 51% | No impact to operations - Note* Total Detainees 64/64 are CF | AOL-DEF-00190337 |
| November 8, 2018 | 34% | No impact to operations - Note* Total detainees 43/37 are CF | AOL-DEF-00381969 |
| November 9, 2018 | 42% | No impact to operations - Note* Total Detainees 52/49 are CF | AOL-DEF-00101317 |
| November 10, 2018 | 29% | No impact to operations - Note* Total Detainees 36/11 are CF | AOL-DEF-00101323 |
| November 11, 2018 | 41% | No impact to operations | AOL-DEF-00101314 |
| November 12, 2018 | 35% | No impact to operations. | AOL-DEF-00101320 |
| November 13, 2018 | 43% | None | AOL-DEF-00039022 |
| November 14, 2018 | 44% | No impact to operations. | AOL-DEF-00101331 |
| November 15, 2018 | 32% | None | AOL-DEF-00101328 |
| November 16, 2018 | 30% | None | AOL-DEF-00101185 |
| November 17, 2018 | 54% | None | AOL-DEF-00101158 |
| November 18, 2018 | 40% | None | AOL-DEF-00101167 |
| November 19, 2018 | 33% | No impact to operations- Note* Total Detainees 41/ are CF 23 | AOL-DEF-00101155 |

5

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
Fed. R. Evid. 1006 Summary Exhibit

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| November 20, 2018 | 46% | No impact to operations. | AOL-DEF-00101164 |
| November 21, 2018 | 31% | No impact to operations. | AOL-DEF-00101161 |
| November 22, 2018 | 37% | None | AOL-DEF-00101170 |
| November 23, 2018 | 35% | None | AOL-DEF-00101173 |
| November 24, 2018 | 36% | None | AOL-DEF-00101176 |
| November 25, 2018 | 44% | None | AOL-DEF-00101036 |
| November 26, 2018 | 45% | None | AOL-DEF-00101190 |
| November 27, 2018 | 41% | No impact to operations - Note* Total Detainees 51/ are CF 50 | AOL-DEF-00101182 |
| November 29, 2018 | 42% | No impact to operations- Note* Total Detainees 53/ are CF 49 | AOL-DEF-00101179 |
| November 30, 2018 | 45% | No impact to operations. | AOL-DEF-00101039 |
| December 1, 2018 | 33% |  | AOL-DEF-00038921 |
| December 2, 2018 | 34% | [nothing listed] | AOL-DEF-00900075 |
| December 3, 2018 | 35% | No impact to operations. - Note* Total Detainees 44/39 are CF | AOL-DEF-00900088 |
| December 4, 2018 | 27% | No impact to operations. - Note* Total Detainees 34/31 are CF | AOL-DEF-00038925 |
| December 5, 2018 | 34% | No impact to operations - Note*Total Detainees 43 / 43 are CF | AOL-DEF-00039002 |
| December 6, 2018 | 31% | No impact to operations - Note* Total Detainees 39 / 35 are CF | AOL-DEF-00039016 |
| December 7, 2018 | 38% | No impact to operations- Note* Total Detainees 47/28 are CF | AOL-DEF-00101196 |
| December 8, 2018 | 48% | No impact to operations. | AOL-DEF-00101042 |
| December 9, 2018 | 36% | No impact to operations. | AOL-DEF-00039004 |
| December 10, 2018 | 44% | No impact to operations. | AOL-DEF-00101193 |
| December 11, 2018 | 42% | No impact to operations. | AOL-DEF-00101188 |
| December 12, 2018 | 21% | No impact to operations | AOL-DEF-00101204 |
| December 13, 2018 | 40% | None | AOL-DEF-00101216 |
| December 14, 2018 | 34% | None | AOL-DEF-00101221 |
| December 15, 2018 | 36% | None | AOL-DEF-00101201 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| December 16, 2018 | 38% | No impact to operations. | AOL-DEF-00101048 |
| December 17, 2018 | 29% | No impact to operations. | AOL-DEF-00101213 |
| December 18, 2018 | 34% | No impact to operations. | AOL-DEF-00101045 |
| December 19, 2018 | 22% | No impact to operations. | AOL-DEF-00038931 |
| December 20, 2018 | 20% | No impact to operations. | AOL-DEF-00038923 |
| December 21, 2018 | 43% | No impact to operations. | AOL-DEF-00038927 |
| December 22, 2018 | 38% | No impact to operations. | AOL-DEF-00039010 |
| December 23, 2018 | 34% | No impact to operations. | AOL-DEF-00101199 |
| December 24, 2018 | 22% | No impact to operations. | AOL-DEF-00101207 |
| December 25, 2018 | 34% | No impact to operations. | AOL-DEF-00101210 |
| December 26, 2018 | 38% | No impact to operations. | AOL-DEF-00101233 |
| December 27, 2018 | 41% | No impact to operations. | AOL-DEF-00101218 |
| December 28, 2018 | 26% | No impact to operations. | AOL-DEF-00039020 |
| December 29, 2018 | 38% | No impact to operations. | AOL-DEF-00039018 |
| December 30, 2018 | 35% | No impact to operations. | AOL-DEF-00039014 |
| December 31, 2018 | 30% | No impact to operations. | AOL-DEF-00101224 |
| January 1, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101236 |
| January 2, 2019 | 50% | No Impact to Port Operations | AOL-DEF-00101238 |
| January 3, 2019 | 39% | No impact to Port Operations | AOL-DEF-00101231 |
| January 4, 2019 | 20% | No Impact to Port Operations | AOL-DEF-00101240 |
| January 5, 2019 | 21% | No Impact to Port Operations | AOL-DEF-00101245 |
| January 6, 2019 | 35% | No Impact to Port Operations | AOL-DEF-00101243 |
| January 7, 2019 | 42% | No Impact to Port Operations | AOL-DEF-00101264 |
| January 8, 2019 | 34% | No Impact to Port Operations. | AOL-DEF-00101254 |
| January 9, 2019 | 44% | No Impact to Port Operations | AOL-DEF-00101250 |
| January 10, 2019 | 33% | No Impact to Port Operations | AOL-DEF-00101270 |
| January 11, 2019 | 30% | No Impact to Port Operations | AOL-DEF-00101258 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| January 12, 2019 | 19% | No Impact to Port Operations | AOL-DEF-00101261 |
| January 13, 2019 | 35% | No Impact to Port Operations | AOL-DEF-00101266 |
| January 14, 2019 | 37% | No Impact to Port Operations | AOL-DEF-00101278 |
| January 15, 2019 | 37% | No Impact to Port Operations | AOL-DEF-00101284 |
| January 16, 2019 | 40% | No Impact to Port Operations | AOL-DEF-00101272 |
| January 17, 2019 | 18% | No Impact to Port Operations | AOL-DEF-00101281 |
| January 18, 2019 | 36% | No Impact to Port Operations | AOL-DEF-00101308 |
| January 19, 2019 | 34% | No Impact to Port Operations | AOL-DEF-00101311 |
| January 20, 2019 | 33% | No Impact to Port Operations | AOL-DEF-00101296 |
| January 21, 2019 | 42% | No Impact to Port Operations | AOL-DEF-00101290 |
| January 22, 2019 | 33% | No Impact to Port Operations | AOL-DEF-00101287 |
| January 23, 2019 | 42% | No Impact to Port Operations | AOL-DEF-00101299 |
| January 24, 2019 | 30% | No Impact to Port Operations | AOL-DEF-00101293 |
| January 25, 2019 | 33% | No Impact to Port Operations | AOL-DEF-00101305 |
| January 26, 2019 | 42% | No Impact to Port Operations | AOL-DEF-00281831 |
| January 27, 2019 | 36% | No Impact to Port Operations | AOL-DEF-00379331 |
| January 28, 2019 | 45% | No Impact to Port Operations | AOL-DEF-00101326 |
| January 29, 2019 | 50% | No Impact to Port Operations | AOL-DEF-00101302 |
| January 30, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00922902 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| January 31, 2019 | 52% | No Impact to Port Operations | AOL-DEF-00101051 |
| February 1, 2019 | 50% | No Impact to Port Operations | AOL-DEF-00038937 |
| February 2, 2019 | 37% | No Impact to Port Operations | AOL-DEF-00038929 |
| February 3, 2019 | 34% | No Impact to Port Operations | AOL-DEF-00101057 |
| February 4, 2019 | 39% | No impact to Port Operations. | AOL-DEF-00194778 |
| February 5, 2019 | 49% | No impact to Port Operations. | AOL-DEF-00038940 |
| February 6, 2019 | 48% | No Impact to Port Operations | AOL-DEF-00101054 |
| February 7, 2019 | 51% | No Impact to Port Operations | AOL-DEF-00194829 |
| February 8, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00101066 |
| February 9, 2019 | 43% | No Impact to Port Operations | AOL-DEF-00101063 |
| February 10, 2019 | 46% | No impact to Port Operations | AOL-DEF-00101060 |
| February 11, 2019 | 44% | None | AOL-DEF-00101069 |
| February 12, 2019 | 50% | None | AOL-DEF-00101072 |
| February 13, 2019 | 50% | None | AOL-DEF-00101079 |
| February 14, 2019 | 54% | None | AOL-DEF-00101087 |
| February 15, 2019 | 29% | No Impact to Port Operations | AOL-DEF-00101098 |
| February 16, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00101095 |
| February 17, 2019 | 31% | No Impact to Port Operations | AOL-DEF-00195358 |
| February 18, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00101090 |
| February 19, 2019 | 42% | No Impact to Port Operations. | AOL-DEF-00101101 |
| February 20, 2019 | 37% | No Impact to Port Operations. | AOL-DEF-00101093 |
| February 21, 2019 | 52% | None | AOL-DEF-00101104 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| February 22, 2019 | 54% | No Impact to Port Operations. | AOL-DEF-00101107 |
| February 23, 2019 | 46% | No Impact to Port Operations | AOL-DEF-00195472 |
| February 24, 2019 | 56% | No Impact to Port Operations. | AOL-DEF-00101119 |
| February 25, 2019 | 48% | No Impact to Port Operations | AOL-DEF-00194610 |
| February 26, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101122 |
| February 27, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101143 |
| February 28, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101134 |
| March 1, 2019 | 36% | No Impact to Port Operations | AOL-DEF-00101137 |
| March 2, 2019 | 48% | No Impact to Port Operations | AOL-DEF-00101140 |
| March 3, 2019 | 36% | No Impact to Port Operations | AOL-DEF-00101146 |
| March 4, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00101149 |
| March 5, 2019 | 44% | No Impact to Port Operations. | AOL-DEF-00101152 |
| March 6, 2019 | 54% | No Impact to Port Operations | AOL-DEF-00101356 |
| March 7, 2019 | 56% | No Impact to Port Operations | AOL-DEF-00101347 |
| March 8, 2019 | 53% | No Impact to Port Operations | AOL-DEF-00101344 |
| March 9, 2019 | 47% | No Impact to Port Operations | AOL-DEF-00101359 |
| March 10, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101350 |
| March 11, 2019 | 34% | No Impact to Port Operations | AOL-DEF-00101341 |
| March 12, 2019 | 37% | No Impact to Port Operations | AOL-DEF-00101362 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| March 13, 2019 | 48% | No Impact to Port Operations | AOL-DEF-00101353 |
| March 14, 2019 | 40% | None | AOL-DEF-00189985 |
| March 15, 2019 | 52% | No impact to Port Operations | AOL-DEF-00189991 |
| March 16, 2019 | 49% | No impact to Port Operations | AOL-DEF-00189993 |
| March 17, 2019 | 52% | No impact to Port Operations | AOL-DEF-00189996 |
| March 18, 2019 | 47% | No impact to Port Operations | AOL-DEF-00189999 |
| March 19, 2019 | 23% | No impact to Port Operations | AOL-DEF-00190004 |
| March 20, 2019 | 42% | No impact to Port Operations | AOL-DEF-00190006 |
| March 21, 2019 | 33% | No impact to Port Operations | AOL-DEF-00282710 |
| March 22, 2019 | 41% | No impact to Port Operations | AOL-DEF-00194945 |
| March 23, 2019 | 37% | No impact to Port Operations | AOL-DEF-00194962 |
| March 24, 2019 | 46% | No impact to Port Operations | AOL-DEF-00186932 |
| March 25, 2019 | 39% | No impact to Port Operations | AOL-DEF-00193932 |
| March 26, 2019 | 47% | No impact to Port Operations | AOL-DEF-00193892 |
| March 27, 2019 | 43% | No Impact to Port Operations | AOL-DEF-00698918 |
| March 28, 2019 | 46% | No Impact to Port Operations | AOL-DEF-00698921 |
| March 29, 2019 | 37% | No impact to Port Operations | AOL-DEF-00041435 |
| March 30, 2019 | 46% | No impact to Port Operations | AOL-DEF-00194922 |
| March 31, 2019 | 43% | No impact to Port Operations | AOL-DEF-00186939 |
| April 1, 2019 | 36% | No impact to Port Operations | AOL-DEF-00193784 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| April 2, 2019 | 46% | No impact to Port Operations | AOL-DEF-00193700 |
| April 3, 2019 | 40% | No impact to Port Operations | AOL-DEF-00184984 |
| April 4, 2019 | 42% | [nothing listed] | AOL-DEF-00087286 |
| April 5, 2019 | 38% | No impact to Port Operations | AOL-DEF-00184991 |
| April 6, 2019 | 46% | No impact to Port Operations | AOL-DEF-00184999 |
| April 7, 2019 | 39% | No impact to Port Operations | AOL-DEF-00185002 |
| April 8, 2019 | 36% | No impact to Port Operations | AOL-DEF-00385255 |
| April 9, 2019 | 24% | No impact to Port Operations | AOL-DEF-00185008 |
| April 10, 2019 | 40% | No impact to Port Operations | AOL-DEF-00185011 |
| April 11, 2019 | 48% | No impact to Port Operations | AOL-DEF-00171363 |
| April 12, 2019 | 36% | No impact to Port Operations | AOL-DEF-00185018 |
| April 13, 2019 | 38% | No impact to Port Operations | AOL-DEF-00190012 |
| April 14, 2019 | 47% | No impact to Port Operations | AOL-DEF-00194452 |
| April 15, 2019 | 54% | No impact to Port Operations | AOL-DEF-00190023 |
| April 16, 2019 | 45% | No impact to Port Operations | AOL-DEF-00186956 |
| April 17, 2019 | 43% | No impact to Port Operations | AOL-DEF-00186963 |
| April 18, 2019 | 38% | No impact to Port Operations | AOL-DEF-00186953 |
| April 19, 2019 | 46% | No impact to Port Operations | AOL-DEF-00186968 |
| April 20, 2019 | 49% | No impact to Port Operations. | AOL-DEF-00041297 |
| April 21, 2019 | 53% | No impact to Port Operations | AOL-DEF-00186966 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| April 22, 2019 | 49% | No impact to Port Operations | AOL-DEF-00279978 |
| April 23, 2019 | 40% | No impact to Port Operations | AOL-DEF-00186970 |
| April 24, 2019 | 36% | No impact to Port Operations | AOL-DEF-00193662 |
| April 25, 2019 | 40% | [nothing listed] | AOL-DEF-00087670 |
| April 29, 2019 | 39% | [nothing listed] | AOL-DEF-00087608 |
| April 30, 2019 | 30% | [nothing listed] | AOL-DEF-00086640 |
| May 1, 2019 | 30% | [nothing listed] | AOL-DEF-00086969 |
| May 2, 2019 | 38% | [nothing listed] | AOL-DEF-00086900 |
| May 3, 2019 | 44% | No impact to Port Operations | AOL-DEF-00082849 |
| May 4, 2019 | 0% | No impact to Port Operations. | AOL-DEF-00082277 |
| May 5, 2019 | 0% | No impact to Port Operations. | AOL-DEF-00082274 |
| May 6, 2019 | 63% | [nothing listed] | AOL-DEF-00086662 |
| May 7, 2019 | 38% | [nothing listed] | AOL-DEF-00087013 |
| May 8, 2019 | 46% | [nothing listed] | AOL-DEF-00087047 |
| May 9, 2019 | 59% | [nothing listed] | AOL-DEF-00086887 |
| May 10, 2019 | 34% | [nothing listed] | AOL-DEF-00086530 |
| May 13, 2019 | 34% | [nothing listed] | AOL-DEF-00088460 |
| May 14, 2019 | 57% | [nothing listed] | AOL-DEF-00086596 |
| May 15, 2019 | 51% | [nothing listed] | AOL-DEF-00086862 |
| May 16, 2019 | 56% | [nothing listed] | AOL-DEF-00088416 |
| May 17, 2019 | 42% | [nothing listed] | AOL-DEF-00087003 |
| May 20, 2019 | 42% | [nothing listed] | AOL-DEF-00086775 |
| May 21, 2019 | 58% | [nothing listed] | AOL-DEF-00088443 |
| May 22, 2019 | 51% | [nothing listed] | AOL-DEF-00087060 |
| May 23, 2019 | 62% | [nothing listed] | AOL-DEF-00087023 |
| May 24, 2019 | 58% | [nothing listed] | AOL-DEF-00085953 |
| May 27, 2019 | 52% | [nothing listed] | AOL-DEF-00085890 |
| May 28, 2019 | 45% | [nothing listed] | AOL-DEF-00085906 |
| May 29, 2019 | 48% | [nothing listed] | AOL-DEF-00085929 |
| May 30, 2019 | 53% | [nothing listed] | AOL-DEF-00085916 |
| May 31, 2019 | 50% | [nothing listed] | AOL-DEF-00085865 |
| June 3, 2019 | 47% | [nothing listed] | AOL-DEF-00085820 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
Fed. R. Evid. 1006 Summary Exhibit

| Date | Capacity | Impact to Port Operations | Bates Number |
| --- | --- | --- | --- |
| June 5, 2019 | 54% | [nothing listed] | AOL-DEF-00085718 |
| June 6, 2019 | 44% | [nothing listed] | AOL-DEF-00085836 |
| June 7, 2019 | 52% | [nothing listed] | AOL-DEF-00085757 |
| June 10, 2019 | 49% | [nothing listed] | AOL-DEF-00085786 |
| June 11, 2019 | 47% | [nothing listed] | AOL-DEF-00085700 |
| June 12, 2019 | 38% | [nothing listed] | AOL-DEF-00085652 |
| June 13, 2019 | 47% | [nothing listed] | AOL-DEF-00085738 |
| June 14, 2019 | 17% | [nothing listed] | AOL-DEF-00085767 |
| June 17, 2019 | 37% | [nothing listed] | AOL-DEF-00085685 |
| June 18, 2019 | 40% | [nothing listed] | AOL-DEF-00086313 |
| June 19, 2019 | 25% | [nothing listed] | AOL-DEF-00086284 |
| June 20, 2019 | 46% | [nothing listed] | AOL-DEF-00086339 |
| June 21, 2019 | 44% | [nothing listed] | AOL-DEF-00086326 |
| June 24, 2019 | 42% | [nothing listed] | AOL-DEF-00086297 |
| June 25, 2019 | 41% | [nothing listed] | AOL-DEF-00086162 |
| June 26, 2019 | 30% | [nothing listed] | AOL-DEF-00086190 |
| June 27, 2019 | 48% | [nothing listed] | AOL-DEF-00086222 |
| June 28, 2019 | 36% | [nothing listed] | AOL-DEF-00086117 |
| July 1, 2019 | 36% | [nothing listed] | AOL-DEF-00086082 |
| July 2, 2019 | 47% | [nothing listed] | AOL-DEF-00086149 |
| July 3, 2019 | 49% | [nothing listed] | AOL-DEF-00086046 |
| July 5, 2019 | 30% | [nothing listed] | AOL-DEF-00086029 |
| July 8, 2019 | 56% | [nothing listed] | AOL-DEF-00085977 |
| July 9, 2019 | 38% | [nothing listed] | AOL-DEF-00086455 |
| July 10, 2019 | 27% | [nothing listed] | AOL-DEF-00086382 |
| July 11, 2019 | 29% | [nothing listed] | AOL-DEF-00086367 |
| July 12, 2019 | 34% | [nothing listed] | AOL-DEF-00086353 |
| July 15, 2019 | 12% | [nothing listed] | AOL-DEF-00086468 |