MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[4] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 4 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> **FILED UNDER SEAL VERSION** |

---

[4] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# Case Summary Report
## C17-CBP-SND-13321

**Title:** FNU LNU; CBP; San Diego, CA

| | | | | |
|---|---|---|---|---|
| Date Rcd: | 4/13/2017 | Date Assigned: | Date Opened: 4/13/2017 | Date Closed: 4/19/2017 |
| Rcd Method: | DHS Connect | | Agent: | |
| Affected Agency: | U.S. Customs and Border Protection (DHS) | | Primary Office: | San Diego, CA |
| Ref Agency: | Office for Civil Rights and Civil Liberties | | | |
| Alleg Type: | Civil Rights / Civil Liberties \ Other Civil Rights/Civil Liberties | | | |
| Special: | No | Privacy: No | Confidential: No | Dollar Loss: $0.00 |
| Joint Agency: | | | | |
| Ref Cases: | 17-07-CBP-0258 | | | |
| | CL-17-001345 | | | |

**Comments:** On April 10, 2017, CRCL received an email from Nicole Ramos on behalf of ▇▇▇▇▇ a Honduran asylum seeker who was allegedly turned away by CBP Sergeant Pacheco and CBP Shift Chief Soto on April 9, 2017. Specifically, Ms. Ramos alleges that when she presented ▇▇▇▇ and her child to CBP that they were told they needed to go to the INAMI (Mexican immigration) to be placed on a list and obtain a ticket. Ms. Ramos informed Chief Soto that it was against the law to turn the asylum seeker away, and attempted to provide Chief Soto with documentation from the Instituto Nacioal de Migracion, which officially stated that its agency is not responsible for giving asylum seekers tickets to seek asylum in the United States. However, Chief Soto stood firm in his refusal to process the individual.

## People - Subjects

**LNU, FNU**          **Home**
| | | |
|---|---|---|
| Aka: | SSN: | EOD: |
| POB City: | POB State: | |
| DOB: | Alien Number: | |
| Address: | Company Name: | |
| | City: | State:  Zip: |
| DHS Emp: YES | DHS Exec: No | |
| Phone: | | |
| Email: | | |

**LNU, FNU**          **Work**
| | | |
|---|---|---|
| Aka: | SSN: | EOD: |
| POB City: | POB State: | |
| DOB: | Alien Number: | |
| Address: | Company Name: | |
| | City: | State:  Zip: |
| DHS Emp: YES | DHS Exec: No | |
| Phone: | | |
| Email: | | |

**IMPORTANT NOTICE**

This report is intended solely for the official use of the Department of Homeland Security, or any entity receiving a copy directly from the Office of Inspector General. This report remains the property of the Office of Inspector General, and no secondary distribution may be made, in whole or in part, outside the Department of Homeland Security, without prior authorization by the Office of Inspector General. Public availability of the report will be determined by the Office of Inspector General under 5 U.S.C. 552. Unauthorized disclosure of this report may result in criminal, civil, or administrative penalties.

# Case Summary Report
## C17-CBP-SND-13321

### People - Complainants

| | | |
|---|---|---|
| Aka: | Home | |
| POB City: | SSN: | EOD: |
| DOB: | POB State: | |
| Address: | Alien Number: | |
| | Company Name: | |
| | City: | State: Zip: |
| DHS Emp: No | DHS Exec: No | |
| Phone: | | |
| Email: | | |

| | | |
|---|---|---|
| Aka: | Work | |
| POB City: | SSN: | EOD: |
| DOB: | POB State: | |
| Address: | Alien Number: | |
| | Company Name: | |
| | City: | State: Zip: |
| DHS Emp: No | DHS Exec: No | |
| Phone: | | |
| Email: | | |

### People - Witness

### People - Victims

### Violations

### Case Dates:

| | | | | | |
|---|---|---|---|---|---|
| Received: | 4/13/2017 | Assigned: | | Reassigned: | |
| Prb Referral: | | Retention: | | Acknowledged: | |
| Incident Start: | 4/13/2017 12:00:00 AM | Incident End: | | Approx: | No |
| Police Report: | | Police Rpt #: | | | |
| Notified: | | Reesponse: | | Referred: | |
| Investigation Comp: | 4/13/2017 12:00:00 AM | Closed: | 4/19/2017 | | |
| Prb Decision: | 4/13/2017 12:00:00 AM | Reopened: | | | |

**IMPORTANT NOTICE**

This report is intended solely for the official use of the Department of Homeland Security, or any entity receiving a copy directly from the Office of Inspector General. This report remains the property of the Office of Inspector General, and no secondary distribution may be made, in whole or in part, outside the Department of Homeland Security, without prior authorization by the Office of Inspector General. Public availability of the report will be determined by the Office of Inspector General under 5 U.S.C. 552. Unauthorized disclosure of this report may result in criminal, civil, or administrative penalties.

2 of 3 Pages

# Case Summary Report
## C17-CBP-SND-13321

### Location

| | | |
|---|---|---|
| Airport: | Location: | |
| City: San Diego | State: CA | Zip: |
| Facility: | FFDO Airline: | |
| Investigation Loc: | Region: | |
| Transport Mode: | | |

### Technical

### Disposition - Criminal

### Dispositions - Civil

### Dispositions - Admin

### MA

### ROI / Referral

Case Type: Complaint   Referral Date: 4/19/2017   Response Date: 4/19/2017   Closed Date: 4/19/2017
Action: Referred - No Reply   Agency Referred: Office for Civil Rights and Civil Liberties

### Collaterals

### Uploaded Documents

| | |
|---|---|
| Date Prepared: | Grand Jury: No |
| Doc Type: Complaint Origination Document(s) | |
| Description: | |

| | |
|---|---|
| Date Prepared: 4/19/2017 | Grand Jury: No |
| Doc Type: Box 1 | |
| Description: C1713321 _ 17-07-CBP-0258 | |

| | |
|---|---|
| Date Prepared: 4/19/2017 | Grand Jury: No |
| Doc Type: Other Document(s) | |
| Description: SOTO MEMO.pdf | |

**IMPORTANT NOTICE**

This report is intended solely for the official use of the Department of Homeland Security, or any entity receiving a copy directly from the Office of Inspector General. This report remains the property of the Office of Inspector General, and no secondary distribution may be made, in whole or in part, outside the Department of Homeland Security, without prior authorization by the Office of Inspector General. Public availability of the report will be determined by the Office of Inspector General under 5 U.S.C. 552. Unauthorized disclosure of this report may result in criminal, civil, or administrative penalties.