1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>          Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 15 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**FILED UNDER SEAL VERSION** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 15 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

1   CENTER FOR CONSTITUTIONAL RIGHTS
2       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
        *bazmy@ccrjustice.org*
3       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
        *gschwarz@ccrjustice.org*
4       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
        *aguisado@ccrjustice.org*
5   666 Broadway, 7th Floor
    New York, NY 10012
6   Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8   SOUTHERN POVERTY LAW CENTER
        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9       *sarah.rich@splcenter.org*
        Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10      *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
11  Decatur, GA 30030
    Telephone: +1.404.521.6700
12  Facsimile: +1.404.221.5857
13
    AMERICAN IMMIGRATION COUNCIL
14      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
        *kwalters@immcouncil.org*
15  1331 G St. NW, Suite 200
16  Washington, D.C. 20005
    Telephone: +1.202.507.7523
17  Facsimile: +1.202.742.5619

18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 15 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

| | |
|---|---|
| **From:** | Nicole Ramos |
| **To:** | CRCLCompliance |
| **Subject:** | CBP Refusing to Process Mexican Asylum Seekers @ San Ysidro POE |
| **Date:** | Monday, February 6, 2017 6:22:26 AM |
| **Attachments:** | Maria Guadalupe G-28 .pdf |

Dear CRCL Compliance Officer:

My name is Nicole Elizabeth Ramos (DOB 06/08/1979). I am a U.S. licensed immigration attorney working in the Tijuana border region with asylum seekers that wish to turn themselves over to American authorities at the San Ysidro port-of-entry. I am barred by the State of New York, and a former federal public defender.  I am now writing to file a complaint regarding discrimination based on nationality by CBP at the San Ysidro / Pedwest Port of Entry.

 My client, ███████████████████████ presented herself at the port-of-entry on February 4th, 2017.  During that encounter with CBP she stated that she was seeking asylum. This occurred in the presence of several others.

Following, ██████████ was taken back for processing. In less than 24 hours she had been removed to Mexico by CBP officers. She refused to sign documents for her removal and expressed a fear of return, yet she was removed anyway. Even more disturbing, is that specifically submitted my G-28 Notice of Representation to the CBP POE supervisor email, notifying them in writing that this client was an asylum seeker, and that she was requesting a credible fear interview.

She reported being coerced by CBP officers into recanting her fear of return, and told that simply, by virtue of her being Mexican, she did not qualify for asylum. She was threatened, that if she did not withdraw her asylum claim, that the "next time she tried" to seek asylum, she would be facing a deportation. Further, ████████████ brought with her a declaration outlining her fear of return, and other case documents, none of which were returned to her.

Immediately upon learning that ██████████████ had been removed, I traveled to the port-of-entry to meet her. I accompanied her back to the gate of the port-of-entry and requested to speak with a supervisor.

I spoke with Supervisor DeJesus, and explained that CBP officers had been coercive and verbally abusive with ███ ██████ and that she had been removed despite her request, and my clear written request, that she be referred to an asylum officer for a credible fear interview.

Supervisor DeJesus then advised me that they would "take her back and decide what she qualifies for." That is not the legal standard. Under Title 8, Section 1225 of the U.S. Code, CBP officers must refer an asylum seeker to an asylum officer for a credible fear interview. It is certainly not the function of CBP to determine who qualifies for asylum, let alone that citizens of an entire country do not qualify. Today will be ███████████████, third attempt at applying for asylum, despite CBP repeating to her that "there is no asylum for Mexicans."

Additionally, this is the third case in less than 30 days of Mexican women being coerced into withdrawing their asylum claims, berated for hours until they gave up. The two other complaints will be forthcoming.

This is a pattern and practice at the San Ysidro port-of-entry, and I personally, have interviewed seven families to which this has happened in the past three months.

I am requesting that the agency take action, and initiate appropriate investigations, making contact with actually impacted parties. If contacted, I am able to connect investigators with asylums seekers to which this has happened.  Please do not ignore this. One day CBP is going to illegally turn away an asylum seeker, and that human rights violation may be the thing that gets them killed.

Regards,

Nicole Ramos

Nicole Ramos, Esq.

*(Admitted in NY - practice consists exclusively of federal immigration matters)*

Law Office of Nicole Ramos
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
(664) 526-0145 (MX)
(619) 309-1539 (USA)

*"A lawyer is either a social engineer or a parasite on society."*
*Charles Hamilton Houston*

_____

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended  recipient of this e-mail, or an authorized agent employee responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

*"En la sociedad, un abogado es un ingeniero social o un parásito"*
*Charles Hamilton Houston*

_____

Este correo electrónico contiene información PRIVILEGIADA y CONFIDENCIAL destinada únicamente para el uso del destinatario(s) nombrado anteriormente. Si usted no es el destinatario original de este e-mail, o un empleado agente autorizado responsable de entregar este mensaje a su destinatario, se le notifica que cualquier diseminación o duplicación de este correo electrónico es estrictamente prohibido. Si ha recibido este correo electrónico por error, por favor notifique por correo electrónico de respuesta.Gracias por su cooperación.

AOL-DEF-00014801



## Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

| Part 1. Information About Attorney or Accredited Representative | Part 2. Notice of Appearance as Attorney or Accredited Representative |
|---|---|

**Part 1. Information About Attorney or Accredited Representative**

1. USCIS ELIS Account Number *(if any)*
   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

*Name and Address of Attorney or Accredited Representative*

2.a. Family Name *(Last Name)*   `Ramos`

2.b. Given Name *(First Name)*   `Nicole`

2.c. Middle Name   `Elizabeth`

3.a. Street Number and Name   `511 E. San Ysidro Blvd`

3.b. Apt. [ ]  Ste. [X]  Flr. [ ]   `333`

3.c. City or Town   `San Ysidro`

3.d. State `CA`  3.e. ZIP Code `92173`

3.f. Province

3.g. Postal Code

3.h. Country   `United States`

4. Daytime Telephone Number   `619-309-1539`

5. Fax Number   `619-202-7752`

6. E-Mail Address *(if any)*   `LawOFFiceOFNicoleRamos@Gmail.com`

7. Mobile Telephone Number *(if any)*

**Part 2. Notice of Appearance as Attorney or Accredited Representative**

This appearance relates to immigration matters before *(Select only one box)*:

1.a. [ ] USCIS

1.b. List the form numbers

2.a. [ ] ICE

2.b. List the specific matter in which appearance is entered

3.a. [X] CBP

3.b. List the specific matter in which appearance is entered   `Asylum Seeker`

I enter my appearance as attorney or accredited representative at the request of:

4. Select **only one** box:
   [ ] Applicant   [ ] Petitioner   [ ] Requestor
   [X] Respondent (ICE, CBP)

*Information About Applicant, Petitioner, Requestor, or Respondent*

5.a. Family Name *(Last Name)*   ███████

5.b. Given Name *(First Name)*   ███████

5.c. Middle Name   ███████

6. Name of Company or Organization *(if applicable)*

---



Confidential                                                    AOL-DEF-00014802

## Part 2. Notice of Appearance as Attorney or Accredited Representative *(continued)*

### Information About Applicant, Petitioner, Requestor, or Respondent *(continued)*

7. USCIS ELIS Account Number *(if any)*
   ▶

8. Alien Registration Number (A-Number) or Receipt Number

9. Daytime Telephone Number

10. Mobile Telephone Number *(if any)*

11. E-Mail Address *(if any)*

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application, petition, or request being filed with this Form G-28.

12.a. Street Number and Name   511 E San Ysidro

12.b. Apt. ☐  Ste. ☒  Flr. ☐   333

12.c. City or Town   San Ysidro

12.d. State   CA   12.e. ZIP Code   92173

12.f. Province

12.g. Postal Code

12.h. Country   United States

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

   Licensing Authority

   New York State Bar

1.b. Bar Number *(if applicable)*

   466 - 0445

1.c. Name of Law Firm

   Law Office of Nicole Ramos

1.d. I *(choose one)* ☒ am not ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization

2.c. Date accreditation expires
   *(mm/dd/yyyy)* ▶



Form G-28   05/05/16   Y

Page 2 of 4

AOL-DEF-00014803

## Part 3. Eligibility Information for Attorney or Accredited Representative *(continued)*

3. [ ] I am associated with

_____,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b.** or **Item Numbers 2.a. - 2.c.** in **Part 3.** *(whichever is appropriate).*

4.a. [ ] I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

_____

## Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### Consent to Representation and Release of Information

1. I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

   When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

   DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) at your U.S. mailing address **unless** you ask us to send your secure identity documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

2.a. [X] I request DHS send any notice (including Form I-94) on an application, petition, or request to the U.S. business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

2.b. [X] I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the U.S. business address of my attorney of record or accredited representative as listed in this form or to a designated military or diplomatic address for pickup in a foreign country (if permitted). I consent to having my secure identity document sent to my attorney of record or accredited representative's U.S. business address and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or Respondent

➡ _____

3.b. Date of Signature *(mm/dd/yyyy)* ▶  02/04/2017

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

   _____

2. Signature of Law Student or Law Graduate

   _____

3. Date of Signature *(mm/dd/yyyy)* ▶  02/04/2017



Confidential                                                     AOL-DEF-00014804

## Part 6.  Additional Information

Use the space provided below to provide additional information
pertaining to **Part 3., Item Numbers 1.a. - 1.d.** or to provide
your U.S. business address for purposes of receiving secure
identity documents for your client (if your client has consented
to your receipt of such documents under **Part 4.**)



Form G-28   05/05/16   Y

Confidential