BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DEFENDANTS'** *EX PARTE* **APPLICATION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR COURT OVERSIGHT OF PRELIMINARY INJUNCTION COMPLIANCE** <br><br> **[Declaration of Katherine J. Shinners filed concurrently]** |

Defendants respectfully request that the Court grant a two-day extension of time to file their opposition to Plaintiffs' motion seeking court oversight of compliance with the preliminary injunction ("Motion for Court Oversight," ECF No. 736). The noting date on the motion is currently set for September 27, 2021, thereby making the opposition due on Monday, September 13, 2021. Should the Court grant the extension, Defendants would submit their opposition brief on September 15, 2021. Defendants could not have sought an extension via noticed motion and obtain a ruling before the deadline.

"Good cause" for an extension under Rule 6(b)(1) "is a non-rigorous standard," and "extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Author R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)). Defendants submit that good case exists to grant an extension to September 20, 2021, to submit their opposition to Plaintiffs' recently-filed motion.

Plaintiffs filed their Motion for Court Oversight on August 24, 2021, one week before the Court's hearing on the parties' cross-motions for summary judgment, and noticed the hearing date for September 27, 2021. *See* ECF No. 734. On August 25, 2021, Plaintiffs filed a corrected motion. *See* ECF No. 736. The government's opposition is thus due on September 13, 2021. *See* CivLR 7.1(e)(2) (setting the filing deadline for reply briefs at fourteen days before the noticed hearing date). Government agencies are finalizing declarations about their procedures related to the implementation of the court's preliminary injunction and clarification orders. *See* Shinners Declaration ¶ 5. Defendants thus request this brief extension in order to allow adequate time to incorporate these declarations into the opposition and present these facts to the Court to facilitate full consideration of Plaintiffs' request for relief.

On this date, undersigned counsel emailed Plaintiffs' counsel asking if Plaintiffs would consent to a four-day extension and offering to request a commensurate extension for Plaintiffs' reply. Shinners Decl. ¶ 6. Counsel for Plaintiffs stated that they opposed any extension request. *Id.* Counsel for the parties then conferred via telephone regarding the instant application, and Defendants' counsel proposed that the parties could perhaps even agree on a briefer extension. *Id.* ¶ 7. Counsel for Plaintiffs explained that they opposed any extension on the ground that they oppose any delay in the briefing of the motion. *Id.* In consideration of this concern, Defendants now request a two-day extension to file their opposition, which Plaintiffs still oppose, *see id.*, but which Defendants submit should not unduly delay the completion of briefing and decision on the motion and thus will not prejudice Plaintiffs or the preliminary-injunction class.

Should the court grant this extension, Defendants consent to a commensurate extension for Plaintiffs to file their reply in support of their Motion for Court Oversight.

//

Dated: September 9, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: September 9, 2021          Respectfully submitted,

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel

*Counsel for Defendants*