BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| Plaintiffs, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION OF EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION SEEKING COURT OVERSIGHT OF PRELIMINARY INJUNCTION** |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| Defendants | |

## <u>DECLARATION OF KATHERINE J. SHINNERS</u>

I, Katherine J. Shinners, declare as follows:

1.      I am Senior Litigation Counsel with the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation. I represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Mayorkas*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2.      I make this declaration in connection with Defendants' *ex parte* application to extend the deadline to file their opposition to Plaintiffs' motion seeking court oversight of the preliminary injunction (Motion for Court Oversight, ECF No. 736).

3.      The parties met and conferred regarding Plaintiffs' motion for court oversight on August 4, 2021.

4.      Plaintiffs filed their motion for court oversight on August 24, 2021.

5.      At this time, government agencies involved in the implementation of the Court's preliminary-injunction orders are finalizing declarations to be submitted with the Government's opposition to Plaintiffs' motion.

6.      The morning of September 9, 2021, I emailed Plaintiffs' counsel asking for their position on a request for a four-day extension for Defendants to file their opposition to the Motion for Court Oversight, and offering to seek an extension on Plaintiffs' reply. On the same date, Plaintiffs' counsel Rebecca Cassler responded via email, stating that Plaintiffs oppose any extension.

7.      I then requested a conference of the parties, stating Defendants' intent to file an *ex parte* application that evening to seek an extension. At the telephone conference, I expressed Defendants' desire to work with Plaintiff while still allowing additional time to incorporate the in-progress declarations into the parties' briefing, and sought Plaintiffs position on a shorter extension of time. Plaintiffs stated that they oppose the requested extension for any length of time on the ground that they

1   oppose any delay to the briefing.

2       I declare under penalty of perjury that the foregoing is true and correct to the

3   best of my knowledge. This declaration was executed on September 9, 2021, in

4   Washington, D.C.

5   Dated: September 9, 2021       Respectfully submitted,

6

7                      *s/ Katherine J. Shinners*
                   KATHERINE J. SHINNERS

8                      Senior Litigation Counsel

9                      *Counsel for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF
KATHERINE J. SHINNERS
Case No. 3:17-cv-02366-BAS-KSC