# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR AN EXTENSION OF TIME (ECF No. 755)** |

On September 9, 2021, Defendants filed an *ex parte* application for an extension of time to submit their opposition to Plaintiffs' motion seeking court oversight of Defendants' compliance with the preliminary injunction ("Motion for Court Oversight," ECF No. 736). (ECF No. 755.) Plaintiffs opposed Defendants' application on September 10, 2021. (ECF No. 756.) Under the current schedule, Defendants' opposition to the Motion for Court Oversight is due no later than September 13, 2021. Defendants request a two-day extension to finalize and incorporate into their opposition certain declarations that purportedly bear upon issues raised in Plaintiffs' Motion for Court Oversight. This is Defendants' first request for an extension. Plaintiffs oppose Defendants' application for lack of good cause.

"[R]equests for extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the part of the party seeking

1 | relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 1165 (3d ed. 2004)).  Having reviewed Defendants' moving papers and Plaintiffs' opposition, the Court is satisfied that Defendants' application is made in good faith and that Plaintiffs will not be prejudiced by a two-day extension.  Accordingly, Defendants' *ex parte* application for an extension of time is **GRANTED** (ECF No. 755).

In light of the foregoing, the Court orders Defendants to file their opposition to Plaintiffs' Motion for Court Oversight no later than **September 15, 2021** (ECF No. 736). Plaintiffs shall file their reply no later than **September 22, 2021**.

**IT IS SO ORDERED.**

**DATED: September 13, 2021**

Hon. Cynthia Bashant
United States District Judge

- 2 -

17cv2366