MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 20 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY** <br><br> **EXHIBIT 50 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** WAGNER, JOHN P
**Sent:** Tuesday, September 13, 2016 9:42 AM
**To:** DUGAN, MAUREEN B; HOFFMAN, TODD A; HUTTON, JAMES R
**Subject:** FW: Haitians arriving in Tijuana

**From:** WAGNER, JOHN P
**Sent:** Tuesday, September 13, 2016 9:41 AM
**To:** NUNEZ-NETO, BLAS <████████████████>; Owen, Todd C (AC OFO) <████████████>
**Cc:** MCALEENAN, KEVIN K <████ LE ████>; QUINN, TIMOTHY <t████████>
**Subject:** RE: Haitians arriving in Tijuana

**DP**

**From:** NUNEZ-NETO, BLAS
**Sent:** Tuesday, September 13, 2016 9:34 AM
**To:** Owen, Todd C (AC OFO) <████████████████>; WAGNER, JOHN P <████████████>
**Cc:** MCALEENAN, KEVIN K <████ LE ████>; QUINN, TIMOTHY <████████████>
**Subject:** FW: Haitians arriving in Tijuana
**Importance:** High

EAC Owen, see the below from our Attache in Mexico. ████████████████

**DP**

**From:** GONZALEZ, CARLOS L
**Sent:** Tuesday, September 13, 2016 8:54 AM
**To:** KOUMANS, MARK <████████████>; NUNEZ-NETO, BLAS <████████████████>; SAUNDERS, IAN C <████████████>; ORTIZ, ABDIAS <████████████>; MCGILL, JENNIFER A <████████████>
**Subject:** RE: Haitians arriving in Tijuana

Sir,

████████████████████████████████

EXHIBIT NO. 27
Dec. 13, 2019

Highly Confidential/Attorneys' Eyes Only          AOL-DEF-00762746

If this happens, I fear that we will have mass crowds not only coming up the pedestrian lanes, but the vehicle ones as well as the local police will follow their leadership instructions and most likely guide the crowds to the port as they arrive in the City.



Carlos L. Gonzalez
Attaché
Customs and Border Protection
U.S. Embassy, Mexico City
Office: 5080 2515
Cell: 55 4339 5432
U.S. # 301 985 8843 X 2515



**From:** KOUMANS, MARK
**Sent:** Tuesday, September 13, 2016 5:57 AM
**To:** NUNEZ-NETO, BLAS <​>; SAUNDERS, IAN C. <​>; ORTIZ, ABDIAS <​> GONZALEZ, CARLOS L <​> MCGILL, JENNIFER A <​>
**Subject:** FW: Haitians arriving in Tijuana

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Tuesday, September 13, 2016 6:16:39 AM
**To:** MCALEENAN, KEVIN K; KOUMANS, MARK
**Subject:** FW: Haitians arriving in Tijuana

Deputy, update. 900 Haitians arrived into Tijuana yesterday.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

---

**From:** FLORES, PETE ROMERO
**Sent:** Tuesday, September 13, 2016 2:53:31 AM
**To:** Owen, Todd C (AC OFO); WAGNER, JOHN P; GOOD, BEVERLY
**Cc:** ARMIJO, JOHNNY L
**Subject:** FW: Haitians arriving in Tijuana

2

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00762747

Over 900 Haitians showed up in TJ today looking to be processed by Mexican Immigration for appointments into SYS.

---

From: CASTILLO, MOISES
Sent: Monday, September 12, 2016 6:43:21 PM
To: FLORES, PETE ROMERO; AKI, SIDNEY K
Cc: MISENHELTER, JOSEPH; CARRILLO, SALLY R; MARIN, MARIZA; GUZMAN, SERGIO M; ARMIJO, JOHNNY L; HOOD, ROBERT W
Subject: Haitians arriving in Tijuana

Sir,

Video of Hatians at El Chaparral in Tijuana

3

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00762748