MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>  Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 22 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY**<br><br>**EXHIBIT 96 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** MCALEENAN, KEVIN K
**Sent:** Thursday, May 24, 2018 4:09 PM
**To:** Owen, Todd C (AC OFO); FLANAGAN, PATRICK S
**CC:** VITIELLO, RONALD D (USBP); WAGNER, JOHN P; SCHORR, STEPHEN; BOYD, VALERIE S; BORDEAUX, TYESHA
**Subject:** RE: Today's Meeting - A few items

Please let the S1 know today

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Thursday, May 24, 2018 3:48:02 PM
**To:** FLANAGAN, PATRICK S
**Cc:** MCALEENAN, KEVIN K; VITIELLO, RONALD D (USBP); WAGNER, JOHN P; SCHORR, STEPHEN; BOYD, VALERIE S; BORDEAUX, TYESHA
**Subject:** RE: Today's Meeting - A few items

Patrick,

We estimate that it would take approx. 200 officers per day to adequately secure the boundary line, and we would turn away approx. 650 subjects a day. The number waiting in MX would grow each day and begin to strain those local MX border communities, as we saw with the Haitians in Tijuana in 2016.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

---

**From:** FLANAGAN, PATRICK S
**Sent:** Thursday, May 24, 2018 12:55 PM
**To:** Owen, Todd C (AC OFO) <TODD.OWEN@CBP.DHS.GOV>
**Cc:** MCALEENAN, KEVIN K <​>; VITIELLO, RONALD D (USBP) <​>; WAGNER, JOHN P <​>; SCHORR, STEPHEN <​>; BOYD, VALERIE S <​>; BORDEAUX, TYESHA <​>
**Subject:** FW: Today's Meeting - A few items

EAC,

Valerie will update the language in the S1 memo. As we discussed, we will amend the memo to reflect this effort will initiate under a 30 day pilot, and S1 will reassess at the 30 day mark.

Photos you are taking care of, and will bring to the meeting.

Do you have an estimate for his third question? On the necessary manpower for queue management?

Thank you.

V/R
Patrick

Patrick Flanagan

Notice: FOR OFFICIAL USE ONLY - this transmission contains material covered by the Privacy Act of 1974 and should be viewed only by personnel having an official "need to know." If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify me immediately by email and delete the original message.

---

**From:** Wolf, Chad
**Sent:** Thursday, May 24, 2018 12:22 PM
**To:** FLANAGAN, PATRICK S
**Cc:** MCALEENAN, KEVIN K <​>
**Subject:** Today's Meeting - A few items

Patrick,
A couple of items –
- Need to amend the S1 memo on POE to include 30 day pilot language.
- Photos for today's meeting
- If we implement the Que Management option – what's a rough magnitude of CBP folks that will be needed to man the boundary line? What's a rough estimate of the number of folks that would likely be turned away per day during the pilot period?

I'll be at the RRB at 2pm. Would like to review these at that point. Thanks.

Highly Confidential/Attorneys' Eyes Only                    AOL-DEF-00288009

Chad F. Wolf
Chief of Staff
Department of Homeland Security

███

Highly Confidential/Attorneys' Eyes Only                                   AOL-DEF-00288010