MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                  Plaintiffs,<br><br>        v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                  Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 26 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY**<br><br>**EXHIBIT 117 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2

3
CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
4
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
5
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
6
   *aguisado@ccrjustice.org*
7
666 Broadway, 7th Floor
New York, NY 10012
8
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499
9

10
SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
11
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
12
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
13
Decatur, GA 30030
Telephone: +1.404.521.6700
14
Facsimile: +1.404.221.5857

15
AMERICAN IMMIGRATION COUNCIL
16
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
17
1331 G St. NW, Suite 200
Washington, D.C. 20005
18
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619
19

20

21

22

23

24

25

26

27

28

**From:** Owen, Todd C (AC OFO)
**Sent:** Saturday, May 12, 2018 11:31 AM
**To:** HOWE, RANDY J
**Subject:** RE: Daily MCAT Report May 12, 2018

Yes, holding at the line will soon become the norm so all along the SWB need to act the same so the NGOs don't try to play one port against the other.

Enjoy your Saturday.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** HOWE, RANDY J
**Sent:** Saturday, May 12, 2018 3:30:29 PM
**To:** Owen, Todd C (AC OFO)
**Subject:** RE: Daily MCAT Report May 12, 2018

Just spoke to Mike and he's a little disappointed with his staff that they pushed the limit on space last night. They will tighten this up and ensure they hold when they are at capacity.

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
███████ (Office)
███████ (Cell)

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Saturday, May 12, 2018 9:53:20 AM
**To:** HOWE, RANDY J
**Subject:** RE: Daily MCAT Report May 12, 2018

10-4, they should know that they are fully supported when they need to hold at the line.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** HOWE, RANDY J
**Sent:** Saturday, May 12, 2018 2:45:22 PM
**To:** Owen, Todd C (AC OFO)
**Subject:** FW: Daily MCAT Report May 12, 2018

Info. Wagner kicked my ass in the race.

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

Highly Confidential/Attorneys' Eyes Only

(Office)
(Cell)

---

**From:** RAMIREZ, GUADALUPE H
**Sent:** Saturday, May 12, 2018 9:35:31 AM
**To:** HOWE, RANDY J; HUMPHRIES, MICHAEL W
**Subject:** RE: Daily MCAT Report May 12, 2018

The Port has just started to hold the line. There are 6 subjects waiting on the Mx side at DeConcini but 13 individuals will be transported within the hour and those 6 will be brought in.
The Port is coordinating with both Mx Customs and Immigration.

---

**From:** HOWE, RANDY J
**Sent:** Saturday, May 12, 2018 5:58:25 AM
**To:** HUMPHRIES, MICHAEL W; RAMIREZ, GUADALUPE H
**Subject:** FW: Daily MCAT Report May 12, 2018

Good morning. Numbers are high in Nogales. Are you guys holding at the line?


Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
(Office)
(Cell)

---

**From:** GONZALEZ, MARISSA
**Sent:** Saturday, May 12, 2018 8:38:32 AM
**To:** CBP-MCAT-TEAM; CAMPBELL, CARL S; CHAVEZ, GLORIA I; FLANAGAN, PATRICK S; FRIEL, MICHAEL J; HOFFMAN, TODD A; HUTTON, JAMES R; KOLBE, KATHRYN; KOUMANS, MARK; LANDFRIED, PHIL A; LUCK, SCOTT A (USBP); MCALEENAN, KEVIN K; MILLER, TROY A; NUTZHORN, JOSHUA B; Owen, Todd C (AC OFO); PROVOST, CARLA (USBP); SALAZAR, JAIME; SANCHEZ1, EDUARDO; SCHORR, STEPHEN; SMITH, BRENDA BROCKMAN; VISCONTI, JAY; VITIELLO, RONALD D (USBP); WAGNER, JOHN P; Miller, Philip T; MODESTO, ALYCE M; HARDIMAN, TARA; COMMISSIONER BRIEF TEAM; WATCH CBP INTEL; LEY, JENNIFER E.; EANES, TY; PEREZ, ROBERT E; MANDRYCK, JAMES R; SAUNDERS, IAN C.; MORENO, MARCOS; LEY, JENNIFER E.; HOWE, RANDY J; PETERLIN, MEGHANN K; PAULS, TAMARA (OCC); GOLDHAMER, SANDI I; CORE, JERRIE L; HIGGINS, CHRIS A; DRAGANAC, JOSEPH; FLORES, PETE ROMERO; ARELLANO, BONNIE J; FLANAGAN, PATRICK S; BP Field Chiefs; BP Field Deputies; BEESON, PAUL A; Ayala, Janice; Schultz, Karl VADM; DIRECTORS FIELD OPS; BORDER SECURITY ASST DIRECTORS; HASTINGS, BRIAN S; Homan, Thomas; Edge, Peter T; Blank, Thomas; MINER, MICHAEL; Laws, Joseph P; Brown, Erin; Baker, Nikita M; Valverde, Michael; Gnipp, Gregg (ACF); scott.lloyd@acf.hhs.gov; CARTER III, WILLIAM J; WILLIAMS, MARC; FABRE, JOSE M; AMOS, ASHLEY N; DHS JTF-W J3; NIEVES, JOHN M; Drew.W.Cramer2@omb.eop.gov; Littlepage, Eric; Anderson, John; Novelliere, Alexander; BOYD, VALERIE S; WORMS, TODD; Jailyn Sualog; Guadian, Robert; Bible, Daniel; Cronen, C M; BOYD, VALERIE S; BRODSKY, MARCY; Scudder, Ryan; Albence, Matthew
**Cc:** OFO-Incident-Management; TWYMAN, GREGORY P; MUMMERT, JOHN E; BOYER, STEPHEN A; Nicorvo, Richard H; JACKSON, JD; Johnson, Michael P.; MONCAYO, ERIK E; CBT (CBP); Johnson, Tae D; BEALS, ALTA R.; SCHROEDER, DANIEL W; LOWRY, KIM M; HETLAGE, DANIEL; Slocum, Louisa (OCC); KOLLER, JULIE (OCC); HARRIS, RODNEY H; Seemiller, Denice; MENNELL, JOHN B; MORENO, MARCOS; Bauer, Rayna; OPS WEST SECTORS; OPS EAST SECTOR; OPSCENTRALSECTORS; MENNELL, JOHN B
**Subject:** Daily MCAT Report May 12, 2018

Good Morning,

Rio Grande Valley Central Processing Center is at 84% capacity and Nogales POE is at 138%.

Highly Confidential/Attorneys' Eyes Only



UNCLASSIFIED//FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

**U.S. Customs and Border Protection**
Office of Field Operations / U.S. Border Patrol
Migration Crisis Action Team

Data is through:  5/11/2018          Preliminary Data and Subject to Change          Report Run Date:   5/12/2018 6:43:22 AM

| Total | Demographic | App's / Inadmissibles (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOT's/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| CBP Southwest Border | UAC | 167 | 198 | 343 | 33 | 125 | 105 | 200 |
| | FMUA | 438 | 540 | 1,652 | 55 | 761 | 449 | 247 |
| | Single Adults | 859 | 991 | 1,915 | 48 | 858 | 653 | 1,066 |
| | Total App's | 1,464 | 1,729 | 3,910 | 50 | 1,744 | 1,207 | 1,513 |

| Total | Demographic | Apprehensions (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOT's/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| USBP Southwest Border | UAC | 138 | 162 | 294 | 31 | 111 | 95 | 189 |
| | FMUA | 322 | 351 | 1,264 | 53 | 504 | 363 | 209 |
| | Single Adults | 624 | 786 | 1,621 | 46 | 766 | 560 | 963 |
| | Total App's | 1,084 | 1,300 | 3,179 | 47 | 1,381 | 1,018 | 1,361 |

| Total | Demographic | Inadmissibles (Previous Day) | 21-Day Average | Currently in Custody | Average TIC (HRS) | Processed Complete / Ready for ERO | TOT ERO (Previous Day) | All Other TOT's/ REPATS (Previous Day) |
|---|---|---|---|---|---|---|---|---|
| OFO Southwest Border | UAC | 29 | 37 | 49 | 43 | 14 | 10 | 11 |
| | FMUA* | 116 | 198 | 388 | 61 | 257 | 86 | 38 |
| | Singles | 235 | 215 | 294 | 60 | 92 | 93 | 103 |
| | Total Subjects | 380 | 450 | 731 | 59 | 363 | 189 | 152 |

*OFO did not start tracking FMUA until March 2016

Thank you,

███████████████

Highly Confidential/Attorneys' Eyes Only                                          AOL-DEF-00038622