MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 29 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS' PURPORTED EXPERT TESTIMONY**<br><br>**EXHIBIT 93 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** AKI, SIDNEY K
**Sent:** Thursday, May 24, 2018 7:23 PM
**To:** CARRILLO, SALLY R; HOOD, ROBERT W
**Subject:** FW: Info needed by 1600

Fyi.

---

**From:** FLORES, PETE ROMERO
**Sent:** Thursday, May 24, 2018 4:05:30 PM
**To:** AKI, SIDNEY K; HERNANDEZ, ROSA E; SALAZAR, DAVID A
**Cc:** ARMIJO, JOHNNY L; MARICICH, ANNE L
**Subject:** FW: Info needed by 1600

FYSA – this is what I sent to HQ for the EAC.

Pete Flores
Director, Field Operations
San Diego, CA
U.S. Customs and Border Protection
Work Phone: [Redacted]
Fax: [Redacted]

**From:** FLORES, PETE ROMERO
**Sent:** Thursday, May 24, 2018 10:49 AM
**To:** HOWE, RANDY J <[Redacted]>
**Cc:** '[Redacted]'; MARICICH, ANNE L <[Redacted]>; ARMIJO, JOHNNY L <[Redacted]>
**Subject:** RE: Info needed by 1600

Randy,

We would need [Redacted] positioned at [Redacted] our pedestrian facilities for all total of [Redacted]

**San Ysidro**
Ped West   [Redacted] officers x [Redacted] shifts = [Redacted]
Ped East   [Redacted] officers x [Redacted] shifts = [Redacted]

**Otay Mesa**
Ped   [Redacted] officers x [Redacted] shifts = [Redacted]

**Tecate**
Ped   [Redacted] officers x [Redacted] shifts = [Redacted]

**Calexico**
West Ped   [Redacted] officers x [Redacted] shifts = [Redacted]
East Ped   [Redacted] officers x [Redacted] shifts = [Redacted]

**Andrade**
Ped   [Redacted] officers x [Redacted] shifts = [Redacted]

The numbers that would have be held at or near the limit line would vary significantly at each port and throughout the year. However we would see the biggest impact at the port of San Ysidro followed by Calexico and Otay Mesa. Under normal circumstances and not accounting of volume influxes (caravans, etc.) we could be holding **110-120** subjects a day at the limit line with that number increasing each day.

Based on previous/current flows and assets being dedicated to the processing and detention we estimate the following changing would occur based on focusing on priorities;

**San Ysidro**
Current   Intake 80-100 individuals a day
Future    Intake 20-40 individuals a day

**Calexico**
Current   Intake 30-40 individuals a day
Future    Intake 10-20 individuals a day

**Otay Mesa**
Current   Intake 10-30 individuals a day
Future    Redirected to San Ysidro for processing

Pete Flores
Director, Field Operations
San Diego, CA
U.S. Customs and Border Protection
Work Phone: ▮
Fax: ▮

**From:** HOWE, RANDY J
**Sent:** Thursday, May 24, 2018 10:08 AM
**To:** FLORES, PETE ROMERO ▮; MARICICH, ANNE L ▮; RAMIREZ, GUADALUPE H ▮; MANCHA, HECTOR ▮; PROVENCIO, RAY ▮; HIGGERSON, DAVID P ▮; SKINNER, BRADD M.
**Cc:** CAMPBELL, CARL S ▮
**Subject:** FW: Info needed by 1600
**Importance:** High

DFOs: See EAC request below for a Secretary meeting today. Any questions please call me.

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
▮ (Office)
▮ (Cell)

**From:** Owen, Todd C (AC OFO)
**Sent:** Thursday, May 24, 2018 12:59 PM
**To:** HOWE, RANDY J ▮; CAMPBELL, CARL S ▮
**Cc:** BORDEAUX, TYESHA ▮
**Subject:** Info needed by 1600
**Importance:** High

Randy/Shane,

- For an S1 meeting this afternoon, S1's office is asking if we fully implement the priority based Que Management option – ==what's a rough magnitude of CBP folks that will be needed to man the boundary line? What's a rough estimate of the number of folks that would likely be turned away per day?==

Can you please contact the 4 SWB DFOs and get a very rough estimate by field office?

Thank you.


Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection