MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 7 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** HOOD, ROBERT W
**Sent:** Friday, September 1, 2017 2:09 PM
**To:** AKI, SIDNEY K; CASTILLO, MOISES
**Subject:** FW: Streamlined Withdrawals and I-275's
**Attachments:** 20120406 Documentation to Inadmissible Travelers.pdf; SOP for Streamlined Processing Waiver.pdf

**Importance:** High

Below is what we put into play back in June.

---

**From:** CASTILLO, MOISES
**Sent:** Tuesday, June 13, 2017 11:39 AM
**To:** HOOD, ROBERT W <ROBERT.W.HOOD@CBP.DHS.GOV>
**Subject:** FW: Streamlined Withdrawals and I-275's
**Importance:** High

Sir,

Messaged out to AEU

*"Vires et Honor"*



---

**From:** MARIN, MARIZA
**Sent:** Friday, June 09, 2017 3:57 PM
**To:** SYS AEU <​​​​​​​>
**Subject:** FW: Streamlined Withdrawals and I-275's
**Importance:** High

Team,

Attached are the 2009 Streamlined Standard Operating Procedures and the 2012 HQ memo instructing the field of the procedural requirements to provide travelers with documentation of the adverse action taken at the Port of Entry.

The Streamlined Withdrawal of Application for Admission is to be used to mitigate overcrowding when we are at capacity and should be used during high volumes of apprehensions. Since apprehensions are currently manageable and there is no processing backlog, the streamlined process should not be used. If we start receiving large numbers in mass that impact detention space and processing rates, then the PD or APD will immediately implement the streamlined process.

- With the streamlined process, I-867 A/B record of sworn statement does NOT need to be executed.
- The four questions identified in the SOP must be asked and placed on Form I-275.
- We must complete a narrative providing pertinent reasons to address ground of admissibility, which will be placed in the reason section of the I-275.

The 2012 HQ memo Providing Inadmissible Travelers with Documentation of an Adverse Action case must be followed as required for legal sufficiency.
- In general, copies of documents signed by the traveler as part of processing must be furnished to the traveler.
- For the streamlined process of Withdrawal of Application for Admission, we must provide a signed copy of the I-275 to the traveler. It must have the aliens signature and the officers signature.
- When using the streamlined process of Withdrawals (especially for alleged Mexican CF cases that have no fear) is we should continue to record (video/audio) the complete interview not just the 4 question. When we record just the 4 questions, we have been accused of doctoring the interview and removing other CBP officer's remarks and favorable answers by the alien that support their claims.

\*\*\*\*\*Bottom Line is that we will NOT do a streamlined 275. **ALL WD MUST BE COMPLETE A-FILES,** and include the 275, 213, 867 A/B and queries with a discretionary. The Q&A does not have to be in depth like a deferred case with travel history, etc. but it must be legally sufficient for the case. VIDEO is only required if the family or individual is represented by (or will be) an attorney. You all have been around these cases long enough to know when we need to be particularly careful or sensitive with the processing. If that is the case, I ask that those please be recorded as well. We are facing a ton of scrutiny, so please err on the side of caution and if there is any discomfort in doing a WD, take the family/subject into custody and process as appropriate. 5150s that we are unable to obtain a Q&A from can still be processed on the streamlined WD without the full A-File. Let's make sure we are mustering the officers and following this policy. Please let me know if you have any questions.

Confidential

AOL-DEF-00069612