MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 11 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** ROSSILLI, VONA M
**Sent:** Sunday, May 29, 2016 8:31 PM
**To:** SYS-OTM-MNGR; AVILA, EDWARD; CASTILLO, MOISES; CHAVEZ, VERONICA J; DELGADO, ALBERT F; FORD, STEPHEN C; HALL, TONY L (OFO CBS POE); KAPCZYNSKI, ROBERT A; MCCULLOCH, CHANTELLE; MENDOZA, DANIEL; MILLER, CHRIS; RODRIGUEZ, CARLOS C; RODRIGUEZ, CARY; ROSSILLI, VONA M
**CC:** HOOD, ROBERT W; MARIN, MARIZA; KIRKMAN, JOSEPH E; CARRILLO, SALLY R; MISENHELTER, JOSEPH
**Subject:** FW: GOM transports from Shelters

Managers,

Due to the increased workload in AEU with regard to the Asylee line and the changes made to increase our intake and processing efforts, there have been some modifications that you need to be aware of. The Asylee line in the pedestrian building is not being used at this time, there is a line staged on the Mexican side which is where the people used to wait for permits. The Government of Mexico (GOM) is assisting with this increase, and has helped by setting up shelters in Tijuana to house those waiting to claim credible fear/asylum. The GOM officials will coordinate the transportation of those individuals from the shelters to the POE through our ILU Supervisor ▮▮▮▮ who in turn calls the on duty AEU supervisor and advises that a group of Asylees (currently all are Haitian) will be transported to the port and provide us with an ETA. We should be coordinating the arrival of this group as they are to be taken into AEU intake immediately and not placed in the existing Asylee line, they've been in the shelters for multiple days at this point. I've asked the AEU managers if they can please notify the on duty WC and Operations Chief so that the Old Port personnel can be used to meet and accept the group being transported from the Mexican Shelters. At this time, we are not getting exact numbers from the Shelters, hopefully the information will be more precise as we move forward. It's very important that we are all on the same page with the intake and processing of people arriving and claiming credible fear/ asylum here at the port. Also to note*, with these changes it will be important to continue to ensure that we are staffing the Old Port Limit Line to ensure that travelers have documents to try and catch those coming to seek credible fear/asylum are identified and directed appropriately at the onset if feasible.

Respectfully,

Vona Rossilli
Watch Commander, Passenger Ops
San Ysidro Port of Entry
▮▮▮▮ office
▮▮▮▮ mobile

---

**From:** HOOD, ROBERT W
**Sent:** Sunday, May 29, 2016 2:46 PM
**To:** PEREZ, MARICELA R ▮▮▮; CASTILLO, MOISES ▮▮▮; SYS AEU ▮▮▮
**Cc:** CHAVOYA, EDWARD R ▮▮▮; DELGADO, ALBERT F ▮▮▮; ROSSILLI, VONA M ▮▮▮
**Subject:** RE: GOM transports from Shelters

Please bring them into Intake immediately. Since they are coming from the shelter we need to intake per our agreement with INAMI and the shelters.

Thank you

---

**From:** PEREZ, MARICELA R
**Sent:** Sunday, May 29, 2016 2:36:33 PM
**To:** CASTILLO, MOISES; SYS AEU
**Cc:** CHAVOYA, EDWARD R; DELGADO, ALBERT F
**Subject:** RE: GOM transports from Shelters

Alcon,

This group was brought to us around 1315 hours by GOM. They were escorted to the Asylum line by SCBPO Jerez and CBPO Lababi and AEU Supervisor was notified to take them into intake to begin processing as per DAPD Castillo.

Officer Lanier went out at 1420 hours to Pedestrian and there were no subjects in line.

Per the Pedestrian lead, they were taken back to Mexico by Night Shift officers.

---

**From:** CASTILLO, MOISES
**Sent:** Sunday, May 29, 2016 12:00 PM
**To:** SYS AEU ▮▮▮
**Cc:** CHAVOYA, EDWARD R ▮▮▮; DELGADO, ALBERT F ▮▮▮

**Subject:** GOM transports from Shelters

ALCON,

From 1300-1330 GOM will transport a van full of males to the POE. Please meet them at the limit line and take custody of those individuals. Take them directly into intake and begin to process them.

Thank you,

"Vires et Honor"

Moises Castillo
Watch Commander
San Ysidro Port of Entry
Special Response Team

Confidential

AOL-DEF-00030299