Page 1 of 3

```
 1   MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
 2     mmarmolejo@mayerbrown.com
     350 S. Grand Avenue
 3   25th Floor
     Los Angeles, CA 90071-1503
 4     Ori Lev (DC Bar No. 452565)
       (pro hac vice)
 5     olev@mayerbrown.com
       Stephen M. Medlock (VA Bar No. 78819)
 6     (pro hac vice)
       smedlock@mayerbrown.com
 7   1999 K Street, N.W.
     Washington, D.C. 20006
 8   Telephone:  +1.202.263.3000
     Facsimile:   +1.202.263.3300
 9
     SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
       (pro hac vice)
11     melissa.crow@splcenter.org
     1101 17th Street, N.W., Suite 705
12   Washington, D.C. 20036
     Telephone: +1.202.355.4471
13   Facsimile: +1.404.221.5857

14   Additional counsel listed on next page
     Attorneys for Plaintiffs
15
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | **EXHIBIT 13 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 13 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5      *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
6   New York, NY 10012
    Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8
    SOUTHERN POVERTY LAW CENTER
9      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
       *sarah.rich@splcenter.org*
10     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
       *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
    Decatur, GA 30030
12  Telephone: +1.404.521.6700
    Facsimile: +1.404.221.5857
13

14  AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15     *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
16  Washington, D.C. 20005
    Telephone: +1.202.507.7523
17  Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

From: FLORES, ALBERTO A
Sent: Monday, November 14, 2016 1:08 PM
To: LONGORIA, FRANK S
CC: ALVAREZ, GREGORY; CHAVEZ, JUAN; CHAVEZ, SYLVIA; ARCE, ADRIANA M; GARCIA, FRANCISCO; HERNANDEZ, JUAN J; HARRIS, RODNEY II; BARRERA, JESUS A; PENA, JAVIER A
Subject: RE: Meeting with INM

Good afternoon Frank,

Just a quick message to advise that the port of Laredo will be meeting with INM today at 12:30 pm. Summary of meeting will be provided by COB today.

Thanks,

Alberto A Flores
Deputy Port Director
Laredo Port of Entry
956-523-7386

From: LONGORIA, FRANK S
Sent: Saturday, November 12, 2016 2:42 PM

Subject: Meeting with INM
Importance: High

Port Directors:

At the request of C-1 and C-2, you are to meet with your INM counterpart and request they control the flow of aliens to the port of entry. For example, if you determine that you can only process 50 aliens at a time, you will request that INM release only 50.

If INM cannot or will not control the flow, your staff is to provide the alien with a piece of paper identifying a date and time for an appointment and return then to Mexico. This is similar to what San Diego is doing. We understand the alien
may express a fear of returning to Mexico and we will address as the situation dictates.

Please schedule a meeting with your INM counterparts ASAP. Let us know the date and time of the meeting as soon as it's scheduled, We will also need a summary of your meeting to include who you met with, what was discussed, what was agreed to, issues/concerns, and timeline.

That's all the information we have on the tasking but we can anticipate being asked to provide an update early next week.

Frank S. Longoria
Assistant Director Field Operations - Border Security
Office of Field Operations
Laredo Field Office
                    office)
                    cell)



EXHIBIT NO. 35
Dec. 13, 2019

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00576607