MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 26 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5     *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
6   New York, NY 10012
    Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8
    SOUTHERN POVERTY LAW CENTER
9     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
      *sarah.rich@splcenter.org*
10    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
      *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
    Decatur, GA 30030
12  Telephone: +1.404.521.6700
    Facsimile: +1.404.221.5857
13

14  AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15    *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
16  Washington, D.C. 20005
    Telephone: +1.202.507.7523
17  Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

## DFO Briefing Bullets
## Admissibility Enforcement Unit (AEU)

The Admissibility Enforcement Unit (AEU) needs to process all adverse actions cases within 48 hours and detain subjects no longer than 72 hours, if operationally feasible, in order to comply with *National Standards on Transport, Escort, Detention and Search (TEDS October 2015)*. Due to the ongoing construction, current infrastructure limitations and the limited availability of ICE/ERO detention space, AEU must meter the intake number of undocumented aliens arriving at the San Ysidro and Otay Mesa Ports of Entry.

The San Ysidro and Otay Mesa Ports of Entry are experiencing an unprecedented surge in the migration of large groups of people, from various geographical areas around the world, arriving and asserting Credible Fear (CF) claims. The significant volume of arriving undocumented travelers has surpassed the physical capacity of the port and has resulted in a tremendous strain on all available local resources, including personnel.

- Detention levels have exceeded infrastructure capacity. To alleviate the congestion, address the additional functions of care, and improve the detention conditions of those held in OFO custody, the San Ysidro Ports of Entry have employed alternative housing measures to temporary hold detainees at the Imperial Beach/Chula Vista Border Patrol Stations while awaiting transfer to ICE-ERO custody.
- AEU has also experienced a decrease in capacity as a result of ongoing construction at the San Ysidro Port of Entry. Amongst the limitations, were the loss of detention space from the approximate capacity of 800 down to the current temporary capacity of ▮ though this temporary capacity number is augmented with the assistance from Border Patrol at the Imperial Beach and Chula Vista Stations (approximate capacity of ▮ at each location).

### Current Intake:

- Pedestrian West was identified as the designated area for all asylum intake. All asylum seekers are re-directed to Pedestrian West for intake and processing.
- AEU has a need to balance the number of individuals that are able to be brought in for processing with the ability to humanely provide for persons in our care.
- The Government of Mexico, Grupo Beta (GoM) has developed a numeric process in order to address the increased number of asylum seekers waiting in Mexico. This process assists with ensuring that individuals that are brought into CBP facilities are done in a managed and orderly manner. These protocols also assist with guiding migrants to humanitarian shelters in Tijuana as they await their appointments. Furthermore, this process is designed for citizens from countries other than Mexico (OTM's).
- Mexican Nationals are not part of the numeric/appointment based process managed by the GoM. Any Mexican National seeking asylum is directed to the Pedestrian West Facility, and brought to the Admissibility Enforcement Unit (AEU) for appropriate processing. Additionally, beginning in October 2016, the Non-Government Organizations (NGOs) at the five Tijuana Shelters are also coordinating with CBP SYS

1

Highly Confidential/Attorneys' Eyes Only                                                                                               AOL-DEF-00030002

- on bringing Mexican Nationals to our custody from the shelters in large manageable groups at 7am and 11am daily.
- On a daily basis AEU intakes approximately 40-80 OTM's at 1500, and normally intakes another 50-100 citizens of Mexico throughout the day.

### Path Forward:

CBP is committed to continuing to work with the NGO's (neutral third party) to assist and fine tune the metering of Mexican Nationals to our intake process on a daily basis (7am and 11am). The current process has assisted with preventing overcrowding within our facility so as to maintain a balance of humanely caring for all individuals in custody while continuing to address the influx of subjects requesting asylum.

Concurrently, the current numeric/appointment based process managed by GoM to assist with the orderly and managed flow of OTM's into CBP's custody will remain in place until further notice. As of current, CBP SYS determines the number of OTM's being intaked into our custody. The discretion is based on the number of detainees in our custody (capacity of ▇▇) and our ability to humanely provide adequate care (feeding, space, water, medical, etc.); as well as the coordinated movement/transfer of detainees into ICE/ERO custody.

### Care in Custody:

AEU is committed to remaining in compliance with TEDS policy. Detention Control Officers (DCOs) are assigned on every shift to ensure that anyone in CBP custody is humanely cared for in sanitary conditions. Steps taken to ensure compliance with TEDS and the Flores Settlement include the following and memorialized in the SIGMA database:
- Cell Temperature is checked twice per shift to ensure temperatures remain between 68 and 80 degrees Fahrenheit.
- Fresh drinking water is available at all times in each holding area.
- Cells are cleaned thoroughly once per shift (three times per day) and spot checked as needed for mishaps.
- Holding rooms are segmented as needed (i.e. Family units, Unaccompanied minors, adult males, adult females)
- A physician's assistant remains onsite 12 hours daily to tend to any medical issues that arise while an individual is in custody.
  - Any required medication is prescribed and delivered to AEU
  - DCOs ensure medication is available at required dosage times
- Meals are provided 3 times daily for adult males and females (0600, 1100 and 1700). Pregnant women and minors (whether accompanied or not) are provided a fourth meal at 2200.
  - Hot meals are delivered twice daily by Savor Catering.
  - All subjects in custody are given two hot meals a day.
- Snacks and juice are available at any time
- Any person with a dietary restriction is accommodated. Vegetarian, vegan, and kosher meals are available on request.
- Toothbrushes are provided with every meal.

- Anyone remaining in custody over 48 hours is allowed to shower.
    - Soap, shampoo, and clean towels are provided. Towels are single use and laundered by Washboard.
- All subjects are provided with a clean blanket and mat to sleep on. Blankets are single use and laundered by Job Options Inc.
- Costco makes deliveries of supplies 3 times a week to include:
    - Diapers (infant through Toddler sizes)
    - Toilet Paper and feminine hygiene products
    - Baby formula (Several types) and Baby Bottles
    - Hand Sanitizer
    - Cereal
    - Juice
    - Crackers
    - Fruit Snacks
    - Milk
    - Soup

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00030004