MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 27 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** HOFFMAN, TODD A
**Sent:** Thursday, August 4, 2016 9:53 AM
**To:** HUTTON, JAMES R
**Subject:** RE:

Hopefully, the natural question could be "what contingency plans did you make when you knew you were going to lose 2/3 of your POE detention space?"

Todd A. Hoffman
Executive Director, Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection

**From:** HUTTON, JAMES R
**Sent:** Thursday, August 04, 2016 9:47 AM
**To:** HOFFMAN, TODD A <TODD.A.HOFFMAN@CBP.DHS.GOV>
**Subject:** RE:

It most assuredly will but hopefully more for them than us....

J. Ryan Hutton
Deputy Executive Director (A)
Admissibility and Passenger Programs
RRB #2.4G-56
Washington, DC





**Warning:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form. This document, and any attachment(s) hereto, may contain confidential and/or sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient(s). Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by U.S. Customs and Border Protection.

**From:** HOFFMAN, TODD A
**Sent:** Thursday, August 4, 2016 9:31 AM
**To:** HUTTON, JAMES R
**Subject:** RE:

Highly Confidential/Attorneys' Eyes Only                                       AOL-DEF-00023574

It is, but may get messy.

Todd A. Hoffman
Executive Director, Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** HUTTON, JAMES R
**Sent:** Thursday, August 04, 2016 9:30 AM
**To:** HOFFMAN, TODD A <█████████████████>
**Subject:** RE:

Me too neither
They are going to want to help shape how we handle this and it's a perfect opportunity to get ERO more on board with the "whole of government" approach….

J. Ryan Hutton
Deputy Executive Director (A)
Admissibility and Passenger Programs
RRB #2.4G-56
Washington, DC





**Warning**: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form. This document, and any attachment(s) hereto, may contain confidential and/or sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient(s). Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by U.S. Customs and Border Protection.

---

**From:** HOFFMAN, TODD A
**Sent:** Thursday, August 4, 2016 9:26 AM
**To:** HUTTON, JAMES R █████████████████
**Subject:** RE:

Okay, I don't think the call is going to end with "thanks for the clarification that you are not refusing aliens claiming asylum, but metering them in for the next year or so due to the construction impact."

Todd A. Hoffman
Executive Director, Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection

2

**From:** HUTTON, JAMES R
**Sent:** Thursday, August 04, 2016 9:22 AM
**To:** HOFFMAN, TODD A <█████████████>
**Cc:** FLORES, SALVADOR S <█████████████>
**Subject:** RE:

I just spoke with Marc…..he seemed non-plussed.

J. Ryan Hutton
Deputy Executive Director (A)
Admissibility and Passenger Programs
RRB #2.4G-56
Washington, DC





**Warning:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form. This document, and any attachment(s) hereto, may contain confidential and/or sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient(s). Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by U.S. Customs and Border Protection.

**From:** HOFFMAN, TODD A
**Sent:** Thursday, August 4, 2016 9:11 AM
**To:** HUTTON, JAMES R <█████████████>
**Cc:** FLORES, SALVADOR S <█████████████>
**Subject:** RE:

Okay, thx.

Todd A. Hoffman
Executive Director, Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection

**From:** HUTTON, JAMES R
**Sent:** Thursday, August 04, 2016 9:10 AM
**To:** HOFFMAN, TODD A <█████████████>
**Cc:** FLORES, SALVADOR S <█████████████>
**Subject:** RE:

I did mention to Marc but didn't have a chance to have a more substantive discussion. I have a message out to him to go over in more detail.

Highly Confidential/Attorneys' Eyes Only                                           AOL-DEF-00023576

J. Ryan Hutton
Deputy Executive Director (A)
Admissibility and Passenger Programs
RRB #2.4G-56
Washington, DC





**Warning**: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form. *This document, and any attachment(s) hereto, may contain confidential and/or sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient(s). Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by U.S. Customs and Border Protection.*

---

**From:** HOFFMAN, TODD A
**Sent:** Thursday, August 4, 2016 9:08 AM
**To:** HUTTON, JAMES R
**Cc:** FLORES, SALVADOR S <
**Subject:**

Rhino,

Did you advise Marc Rapp that we're having a call with DHS to discuss the asylum process at San Ysidro? I advised Sidney to give Jack a heads-up as this may bring attention to their operation.

Todd A. Hoffman
Executive Director, Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection

4

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00023577