MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 34 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8
   SOUTHERN POVERTY LAW CENTER
9    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
     *sarah.rich@splcenter.org*
10   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
     *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

**From:** Owen, Todd C (AC OFO)
**Sent:** Wednesday, May 25, 2016 10:19 PM
**To:** MARTEL, CARLOS C; WAGNER, JOHN P; HOFFMAN, TODD A; HUNOLT, KIRBY
**Cc:** BRAUNSTEIN, MARGARET A; BORDEAUX, TYESHA; DODD, BRUCE E
**Subject:** RE: Credible Fear Influx Spot Report

Kirby, pls advise the status of the cap waiver request for San Diego. Need to know by 11am Thursday. In speaking with Pete Flores, we need to get this approved immediately. Pls advise.

Thx.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

---

From: MARTEL, CARLOS C
Sent: Wednesday, May 25, 2016 6:20:03 PM
To: Owen, Todd C (AC OFO); WAGNER, JOHN P; HOFFMAN, TODD A
Cc: BRAUNSTEIN, MARGARET A
Subject: FW: Credible Fear Influx Spot Report

Gentlemen: FYSA - Significant increase in CF cases at SYS/Otay POEs resulting in saturation of temp detention space. Mitigation actions are enumerated below to include virtual processing assistance from Detroit and MIA. Media coverage is expected.

Carlos C. Martel
Acting Executive Director, Operations
Office of Field Operations
U. S. Customs and Border Protection


Office
Mobile

---

From: ARMIJO, JOHNNY L
Sent: Thursday, May 26, 2016 1:59:31 AM
To: MARTEL, CARLOS C; BRAUNSTEIN, MARGARET A
Cc: OFO-FIELD LIAISON; FLORES, PETE ROMERO; BRINTON, WALTER A; HENNING, PAUL R; AKI, SIDNEY K; HOOD, ROBERT W; CARRILLO, SALLY R; MISENHELTER, JOSEPH; CASTILLO, MOISES; MARIN, MARIZA; TAITAGUE, CLAUDIA; GRANADOS, ANDREA M; COOK, VERNON; TIBBETTS, STEVEN L
Subject: Credible Fear Influx Spot Report

Greetings, Sir. The SDFO has received multiple media requests regarding the Credible Fear/Asylum activity at the San Ysidro Port of Entry. The inquiries are most likely attributed to our usage of a designated queuing area (Asylum line) in

1


EXHIBIT NO. 26
Dec. 13, 2019

Confidential                                                                                           AOL-DEF-00761338

pedestrian that we utilize due to the infrastructure constraints that currently exist within our Admissibility Enforcement Unit.

Credible Fear Influx

- The number of Credible Fear encounters at the San Ysidro/Otay Mesa Ports of Entry remain elevated.

- This morning's San Ysidro/Otay Mesa Admissibility Enforcement Unit (AEU) activity report indicated a total 885 individuals in various stages of immigration removal proceedings. Many of them asserting Credible Fear/Asylum.

- Additionally, Public Affair Officers/Liaisons have received multiple media inquiries regarding an influx of Haitians.

- A Borderstat query indicates 422 Haitians have presented themselves and asserted Credible Fear during the month of May 2016 (May 1-25).

- The San Ysidro/Otay Mesa AEU has exceeded its existing temporary detention capabilities and have undertaken the following remedies to create additional space.

1) Utilized several Border Patrol Stations to temporarily hold detainees awaiting transfer to ICE-ERO.

2) Transferred all accompanied and unaccompanied unit processing to the Old Port overflow processing area.

3) Transferred all permit (I-94) processing to the Otay Mesa Port of Entry in order to secure additional workstations to conduct in person or virtual interviews.

4) Converted GSA's recently vacated maintenance working area at the Old Port into a temporary holding room.

- Port management is currently working with San Diego Sector Border Patrol to utilize the Imperial Beach station to hold and process single adult males awaiting Credible Fear.

Johnny Armijo
Assistant Director Border Security
San Diego, California

[redacted]

2

Confidential

AOL-DEF-00761339