MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 35 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1
2  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5    *aguisado@ccrjustice.org*
6  666 Broadway, 7th Floor
   New York, NY 10012
7  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
8
9  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
10   *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
11   *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
12 Decatur, GA 30030
   Telephone: +1.404.521.6700
13 Facsimile: +1.404.221.5857

14 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
16 1331 G St. NW, Suite 200
   Washington, D.C. 20005
17 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 35 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

**From:** HOOD, ROBERT W
**Sent:** Thursday, May 26, 2016 5:38 PM
**To:** AKI, SIDNEY K
**CC:** CASTILLO, MOISES; MARIN, MARIZA
**Subject:** Actions Taken for Influx of Haitians

**Importance:** High

Sir, for your information below are the actions we have since May 15, 2016 taken regarding the current Haitian influx.

### Actions Taken to Mitigate Mass Migration at San Ysidro

- Activation of SYS AEU Max Capacity Contingency Plan
- Priority cases being processed – 1) UAC's, 2) Medical issues, 3)Families and 4) Haitians (NTA-Released) May 16
- All three shifts have been up staffed from 20 officers to 38 officers per shift. (Note: not all officers assigned as additional staffing from passenger can process cases. Some are assigned to Intake, Detention Control, transportation and file preparation).
- Request, coordination and activation of Virtual Processing with local SDFO Ports (Cargo, APSP, Tecate, CLX, Andrade and JTF-W OFO team depending on staffing and availability – schedule is being worked on).
- Activation of El Centro OBP Virtual Processing through JTF-W Imperial Valley (generally 1 – 2 agents per shift).
- Dedication of a separate expedited intake of families into the Old Port 2nd floor with full intake and processing.
- Coordination with OBP to house completed single ER/CF cases. Brownfield will house a capacity of ▇ and Imperial Beach ▇.
- Temporary realignment of CEU officers working HSI narcotics cases to assist AEU. CEU will only work guideline alien cases.
- Reassignment of three (3) CBPO Creole speakers to interview Haitians.
- Full usage of Barracks 5 with all beds dedicated to OFO detainees of ▇ bed spaces.
- Coordination in process with the Detroit Field Office to do Virtual Processing (Pending schedule and equipment i.e. E-signature pads)
- Coordination in process with the Miami Field Office to do Virtual Processing of Haitians with Creole speakers (Pending scheduling).
- Plan A: Closed Old Port to Process Haitians and converted GSA Offices and GSA garage area into holding rooms of approximately ▇ (May 25, 2016). Supplies ordered – blankets, mats etc.
- Transferred Asylum line from Pedestrian hall to Courtyard for staging.
- Plan B: Process and house Haitian detainees at **Imperial Beach** Station, with the potential to house up to ▇ detainees (not yet activated).

Robert Hood
Customs & Border Protection
Assistant Port Director
San Ysidro Tactical Operations
Desk:
Cell:
Email:

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00030271