MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 42 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** CASTILLO, MOISES
**Sent:** Saturday, May 28, 2016 1:37 AM
**To:** HOOD, ROBERT W; AKI, SIDNEY K; MARIN, MARIZA
**Subject:** RE: Update

10/4

"Vires et Honor"

Moises Castillo
Watch Commander
San Ysidro Port of Entry
Special Response Team



---

**From:** HOOD, ROBERT W
**Sent:** Friday, May 27, 2016 10:33:41 PM
**To:** CASTILLO, MOISES; AKI, SIDNEY K; MARIN, MARIZA
**Subject:** RE: Update

We should hold them at the turnstile and not allow them to come into the line. We have no space and it is ugly.

---

**From:** CASTILLO, MOISES
**Sent:** Friday, May 27, 2016 10:07:07 PM
**To:** HOOD, ROBERT W; AKI, SIDNEY K; MARIN, MARIZA
**Subject:** RE: Update

I got a call from Chavoya. One of the shelters had issues receiving the people they took. They are returning a van full of asylees back to the limit line. They didn't give me an exact number, but they are all males.

"Vires et Honor"

Moises Castillo
Watch Commander
San Ysidro Port of Entry
Special Response Team

---

**From:** HOOD, ROBERT W
**Sent:** Friday, May 27, 2016 9:58:46 PM
**To:** AKI, SIDNEY K; CASTILLO, MOISES; MARIN, MARIZA
**Subject:** RE: Update

We should have the 2200 end of shift report soon.

---

**From:** AKI, SIDNEY K
**Sent:** Friday, May 27, 2016 9:57:31 PM
**To:** HOOD, ROBERT W; CASTILLO, MOISES; MARIN, MARIZA
**Subject:** Update

How are we doing? How many cases have we processed?

Confidential                                                                                                         AOL-DEF-00243127