1  MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5     *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6     (*pro hac vice*)
      *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 43 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5     *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
6   New York, NY 10012
    Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8
    SOUTHERN POVERTY LAW CENTER
9     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
      *sarah.rich@splcenter.org*
10    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
      *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
    Decatur, GA 30030
12  Telephone: +1.404.521.6700
    Facsimile: +1.404.221.5857
13

14  AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15    *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
16  Washington, D.C. 20005
    Telephone: +1.202.507.7523
17  Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

**From:** CASTILLO, MOISES
**Sent:** Saturday, May 28, 2016 2:13 PM
**To:** AKI, SIDNEY K; HOOD, ROBERT W
**CC:** MARIN, MARIZA
**Subject:** RE: SYS AEU movement and pass down for 5/27/2016 1400-2200

[redacted]

Consulate employees are also making donations to the shelters that are housing the people that were moved yesterday.

**From:** AKI, SIDNEY K
**Sent:** Friday, May 27, 2016 10:52 PM
**To:** HOOD, ROBERT W <[redacted]>
**Cc:** MARIN, MARIZA <[redacted]>; CASTILLO, MOISES [redacted]
**Subject:** RE: SYS AEU movement and pass down for 5/27/2016 1400-2200

We are not prepared and we told BP that we were not going this weekend.

Please guide our team to process cases and only focus on processing case at this time. Let's hold the line the best we can. Please call and muster the supervisors and focus them on the task. Thx.

**From:** HOOD, ROBERT W
**Sent:** Saturday, May 28, 2016 12:46:33 AM
**To:** HOOD, ROBERT W; AKI, SIDNEY K
**Cc:** MARIN, MARIZA; CASTILLO, MOISES
**Subject:** RE: SYS AEU movement and pass down for 5/27/2016 1400-2200

Sir,

[redacted]

Respectfully,

**From:** HOOD, ROBERT W
**Sent:** Friday, May 27, 2016 10:31:26 PM
**To:** AKI, SIDNEY K
**Cc:** MARIN, MARIZA; CASTILLO, MOISES
**Subject:** FW: SYS AEU movement and pass down for 5/27/2016 1400-2200

Sir,

Below are the numbers. [redacted]

It looks like 28 Haitians were completed and 20 VP.

**From:** PORTOCARRERO, WILSON
**Sent:** Friday, May 27, 2016 10:18:30 PM
**To:** SYS AEU
**Subject:** SYS AEU movement and pass down for 5/27/2016 1400-2200

### San Ysidro AEU Detainee Movement for May 27, 2016 (1400-2200)

- (3)    Detainees Transported to BK5
- (2)    Detainees Paroled by CBP

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00303657

- (7)     Detainees Paroled by ICE-ERO

    Total movement: (12) detainees moved

***Other Movement***

    (14)    Detainees Transported to Imperial Beach BP Station
    (15)    Detainees Transported to Brownfield BP Station

    Total Movement: (29) Detainees Moved

***Subjects brought into AEU from PAX and Asylum line (43)***

| START of Shift Numbers | | END of Shift Numbers | |
|---|---|---|---|
| CASA | CEU/ICE | CASA | CEU/ICE |
| 0 | 0 | 0 | 0 |
| CAI | MEX CONSUL | CAI | MEX CONSUL |
| 0 | 4 | 0 | 5 |
| BK5 | HOSPITAL | BK5 | HOSPITAL |
| 61 | 1 | 61 | 1 |
| OLD PORT | CELL 4 | OLD PORT | CELL 4 |
| 199 | 1 | 203 | 0 |
| Brown Field | Imperial Bch | Brown Field | Imperial Bch |
| 7 | 0 | 4 | 12 |
| ON SITE | ASYLUM LINE | On Site | Asylum Line |
| 636 | 0 | 716 | 15 |

| SYS CASES PROCESSED | |
|---|---|
| ER/CF | 0 |
| NTA-R | 28 |
| CUBAN | 0 |
| NTA-D | 5 |
| UAC | 2 |
| ER | 0 |
| TGIS (NEG) | 0 |
| TTRT | 7 |
| TTRT Mismatch | 7 |
| WD | 0 |
| VWR | 0 |
| VEHICLE CASE | 0 |
| TOTAL | 49 |

| Virtual Processed Cases | |
|---|---|
| Murrieta | 0 |
| San Ysidro | 0 |
| El Centro BP | 3 |
| Winterhaven OFO | 2 |
| Long Beach | 3 |
| Tecate | 3 |
| San Diego Airport | 0 |
| Ft Lauderdale | 4 |
| MIAMI | 5 |
| TOTAL | 20 |

**Turnover Notes:**

- You will start with 716 detainees on-site.
- Mexico is bringing 24 asylees from their facility to be processed at 1400 hrs. so you will have 24 to start your intaking at the beginning of your shift. **38 were actually brought into the Asylum line**
- All of the detainees were taken into AEU.
- AEU brought 15 from Otay Mesa's asylum and were taken to SYS asylum line.
- Old Port has 203 detainees plus 245 old port warehouse.
- Deaf Detainee in custody was unable to establish communication on swings. We need to determine if she can sign, and proceed from there.

Highly Confidential/Attorneys' Eyes Only                                                        AOL-DEF-00303658

- Fraud cases were brought from Otay Mesa and have been taken into SYS AEU.
- Pending Priority TARS will need to be ready for the PA in the morning.
- Detainees transported to IMB and Brownfield BP Stations.
- Mexico will be bringing 20 Haitians to our asylum lane.
- 1 vehicle cases pending.
- 0 CTR/TGIS pending.

**Previous Notes:**

- 1 Japanese VWPR meet and greet emailed and confirmed with SAN. Detainee will depart on May 28, 2016.
- 1 Haitian female infant (███████████████) admitted to Radys Children's Hospital. Bullets sent. STILL AT HOSPITAL.
- 2 Daily Placement schedule were created one for AEU and one for Old Port.
- Haitian (███████████) POC will call with update on bus ticket, ticket was purchased for downtown SD, will call with new time for bus ticket from SYS bus station.
- Have old port monitor closely the detainees. Several complaints from job options for restrooms.

Wilson Portocarrero
Supervisory Customs and Border Protection Officer
SD National Frontline Recruiting Command
Tactical Terrorism Response Team
Admissibility Enforcement Unit
San Ysidro Port of Entry

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00303659