1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | **EXHIBIT 44 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** AKI, SIDNEY K
**Sent:** Saturday, May 28, 2016 7:40 PM
**To:** HOOD, ROBERT W; CASTILLO, MOISES; MARIN, MARIZA
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

We should coordinate and bring small groups at a time and hold the line to prevent any from entering.

---

**From:** HOOD, ROBERT W
**Sent:** Saturday, May 28, 2016 6:21:06 PM
**To:** CASTILLO, MOISES; AKI, SIDNEY K; MARIN, MARIZA
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

This could go on for a while. When they bring the ▮ from the shelter, the ▮ I saw this morning, plus whatever else is arriving, we will be overcrowded.

---

**From:** CASTILLO, MOISES
**Sent:** Saturday, May 28, 2016 3:42:22 PM
**To:** AKI, SIDNEY K; MARIN, MARIZA
**Cc:** HOOD, ROBERT W
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

They are working on it as we speak. They are showering the detainees before moving them to Brown Field. Supervisors are waiting for BK5 to see how many they will take from us.

On a side note, ERO Supervisor was here picking up files and he was walked to the GSA warehouse. He has been instructed by his director to have a full staff the entire weekend. He just drafted his entire shift until they finish processing the detainees that were picked up.

They will show up tomorrow for another run and take everything we have ready. They will be doing the same on Monday.

It seems that their HQ sent word that they will support our movement of detainees and won't stop until this is resolved.

"Vires et Honor"

Moises Castillo
Watch Commander
San Ysidro Port of Entry
Special Response Team


---

**From:** AKI, SIDNEY K
**Sent:** Saturday, May 28, 2016 3:06:07 PM
**To:** MARIN, MARIZA
**Cc:** CASTILLO, MOISES; HOOD, ROBERT W
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

Can we move completed cases to IB, BF, and BK5 so as to make room for us?

---

**From:** MARIN, MARIZA
**Sent:** Saturday, May 28, 2016 4:54:09 PM
**To:** AKI, SIDNEY K
**Cc:** CASTILLO, MOISES; HOOD, ROBERT W
**Subject:** FW: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

Sir, FYSA

---

**From:** CRUZ, CHRISTOPHER C
**Sent:** Saturday, May 28, 2016 2:51:40 PM
**To:** SYS AEU
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

***AMMENDED MOVEMENT for 05/28/2016 0600-1400

-

**San Ysidro AEU Detainee Movement for May 28 2016 (0600-1400)**

- (11)  Detainees transported to W-3
- (6)   Mexican minors repatriated to Mexico with Mexican consul
- (1)   detainee transported to SND airport for meet and greet
- (44)  Detainees TOT ICE/ERO
    Total movement: (62) detainees moved

**In addition to the above:**

(7)   Transported from Brownfield Border Patrol Station to ICE ERO

(10)  Transported from Imperial Beach Border Patrol Station to ICE ERO

(22)  Transported from Barracks 5 to ICE ERO

   Additional movement: (39) detainees moved

**Total detainees moved:   (101)

Christopher C. Cruz
US Customs & Border Protection Supervisor
Admissibility Enforcement Unit
OFO Recruiter
Juvenile Outreach Team
San Ysidro Port of Entry
Office: ███████

From: TOVAR, LORENZO G
Sent: Saturday, May 28, 2016 2:13 PM
To: SYS AEU ███████
Subject: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

**San Ysidro AEU Detainee Movement for May 28 2016 (0600-1400)**

- (11)  Detainees transported to W-3
- (6)   Mexican minors repatriated to Mexico with Mexican consul
- (1)   detainee transported to SND airport for meet and greet
- (44)  Detainees TOT ICE/ERO
    Total movement: (62) detainees moved
    - (0)  Detainees were intake from Asylum line during shift.

| START of Shift Numbers | | END of Shift Numbers | |
|---|---|---|---|
| CASA | CEU/ICE | CASA | CEU/ICE |
| 0 | 0 | 0 | 0 |
| CAI | MEX CONSUL | CAI | MEX CONSUL |
| 0 | 4 | 0 | 4 |
| BK5 | HOSPITAL | BK5 | HOSPITAL |
| 77 | 1 | 55 | 1 |
| OLD PORT | CELL 4 | OLD PORT | CELL 4 |
| 176 | 0 | 170 | 1 |
| Brown Field | Imperial Bch | Brown Field | Imperial Bch |
| 15 | 14 | 8 | 4 |
|  | ASYLUM |  |  |

| SYS CASES PROCESSED | |
|---|---|
| ER/CF | 10 |
| DEFFERED | 0 |

Highly Confidential/Attorneys' Eyes Only                            AOL-DEF-00321317

| ON SITE | LINE | | On Site | Asylum Line | | CUBAN | 4 |
|---|---|---|---|---|---|---|---|
| 724 | 0 | | 796 | 0 | | NTA | 10 |
| | | | | | | UAC | 0 |
| | | | | | | ER | 0 |
| | | | | | | TGIS (NEG) | 0 |
| | | | | | | TTRT | 0 |
| | | | | | | TTRT Mismatch | 3 |
| | | | | | | WD | 4 |
| | | | | | | VWR | 0 |
| | | | | | | VEHICLE CASE | 2 |
| | | | | | | **TOTAL** | **33** |

| Virtual Processed Cases | |
|---|---|
| Murrieta | 0 |
| San Ysidro | 0 |
| El Centro BP | 6 |
| Calexico | 0 |
| Ft Lauderdale | 3 |
| Long Beach | 1 |
| San Diego Airport | 0 |
| Tecate | 0 |
| Downtown-CEU/TF | 0 |
| TOTAL | 10 |

**Turnover Notes:**

- You will start with 792 detainees on-site.
- You have 0 in the asylum line.
- Old Port has 170 detainees plus 245 old port warehouse.
- 1 vehicle cases pending.
- 0 CTR/TGIS pending.

**Previous Notes:**

- 1 Haitian female infant [LE] Bullets sent. STILL AT HOSPITAL.
- 240 Haitian males out of 245 in the Old Port warehouse were enrolled in Sigma.
- 2 Daily Placement schedule were created one for AEU and one for Old Port.

Lorenzo Geno Tovar
SCBPO
SYS/OTM AEU Supervisor

Highly Confidential/Attorneys' Eyes Only                                AOL-DEF-00321318