MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 46 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8
   SOUTHERN POVERTY LAW CENTER
9    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
     *sarah.rich@splcenter.org*
10   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
     *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

**From:** AKI, SIDNEY K
**Sent:** Saturday, May 28, 2016 7:57 PM
**To:** HOOD, ROBERT W; CASTILLO, MOISES; MARIN, MARIZA
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

Agree. It would be a good symbol to the shelter/INMI to at least take a little at a time and meter it based on our capacity since they are helping us out. Let's work with Chavoya to bring a small group in per shift.

---

**From:** HOOD, ROBERT W
**Sent:** Saturday, May 28, 2016 6:41:53 PM
**To:** AKI, SIDNEY K; CASTILLO, MOISES; MARIN, MARIZA
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

Ideally, that is what we should do. We need some breathing room.

---

**From:** AKI, SIDNEY K
**Sent:** Saturday, May 28, 2016 4:39:37 PM
**To:** HOOD, ROBERT W; CASTILLO, MOISES; MARIN, MARIZA
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

We should coordinate and bring small groups at a time and hold the line to prevent any from entering.

---

**From:** HOOD, ROBERT W
**Sent:** Saturday, May 28, 2016 6:21:06 PM
**To:** CASTILLO, MOISES; AKI, SIDNEY K; MARIN, MARIZA
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

This could go on for a while. When they bring the ▮▮▮ from the shelter, the ▮▮▮ I saw this morning, plus whatever else is arriving, we will be overcrowded.

---

**From:** CASTILLO, MOISES
**Sent:** Saturday, May 28, 2016 3:42:22 PM
**To:** AKI, SIDNEY K; MARIN, MARIZA
**Cc:** HOOD, ROBERT W
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

They are working on it as we speak. They are showering the detainees before moving them to Brown Field. Supervisors are waiting for BK5 to see how many they will take from us.

On a side note, ERO Supervisor was here picking up files and he was walked to the GSA warehouse. He has been instructed by his director to have a full staff the entire weekend. He just drafted his entire shift until they finish processing the detainees that were picked up.

They will show up tomorrow for another run and take everything we have ready. They will be doing the same on Monday.

It seems that their HQ sent word that they will support our movement of detainees and won't stop until this is resolved.

"Vires et Honor"

Moises Castillo
Watch Commander
San Ysidro Port of Entry
Special Response Team

---

**From:** AKI, SIDNEY K
**Sent:** Saturday, May 28, 2016 3:06:07 PM
**To:** MARIN, MARIZA
**Cc:** CASTILLO, MOISES; HOOD, ROBERT W
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

Can we move completed cases to IB, BF, and BK5 so as to make room for us?

---

**From:** MARIN, MARIZA
**Sent:** Saturday, May 28, 2016 4:54:09 PM
**To:** AKI, SIDNEY K
**Cc:** CASTILLO, MOISES; HOOD, ROBERT W
**Subject:** FW: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

Sir, FYSA

---

**From:** CRUZ, CHRISTOPHER C
**Sent:** Saturday, May 28, 2016 2:51:40 PM
**To:** SYS AEU
**Subject:** RE: SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

***AMMENDED MOVEMENT for 05/28/2016 0600-1400

### San Ysidro AEU Detainee Movement for May 28 2016 (0600-1400)

- (11)   Detainees transported to W-3
- (6)    Mexican minors repatriated to Mexico with Mexican consul
- (1)    detainee transported to SND airport for meet and greet
- (44)   Detainees TOT ICE/ERO

    Total movement: (62) detainees moved

### In addition to the above:

(7)   Transported from Brownfield Border Patrol Station to ICE ERO

(10)  Transported from Imperial Beach Border Patrol Station to ICE ERO

(22)  Transported from Barracks 5 to ICE ERO

   Additional movement:   (39) detainees moved

**Total detainees moved:   (101)

Christopher C. Cruz
US Customs & Border Protection Supervisor
Admissibility Enforcement Unit
DFO Recruiter
Juvenile Outreach Team
San Ysidro Port of Entry

---

**From:** TOVAR, LORENZO G
**Sent:** Saturday, May 28, 2016 2:13 PM
**To:** SYS AEU
**Subject:** SYS AEU MOVEMENT AND PASS DOWN FOR 5/28/16 0600-1400

### San Ysidro AEU Detainee Movement for May 28 2016 (0600-1400)

- (11)   Detainees transported to W-3
- (6)    Mexican minors repatriated to Mexico with Mexican consul
- (1)    detainee transported to SND airport for meet and greet
- (44)   Detainees TOT ICE/ERO

    Total movement: (62) detainees moved

Highly Confidential/Attorneys' Eyes Only                                      AOL-DEF-00321326

- (0) Detainees were intake from Asylum line during shift.

| START of Shift Numbers | | END of Shift Numbers | |
|---|---|---|---|
| CASA | CEU/ICE | CASA | CEU/ICE |
| 0 | 0 | 0 | 0 |
| CAI | MEX CONSUL | CAI | MEX CONSUL |
| 0 | 4 | 0 | 4 |
| BK5 | HOSPITAL | BK5 | HOSPITAL |
| 77 | 1 | 55 | 1 |
| OLD PORT | CELL 4 | OLD PORT | CELL 4 |
| 176 | 0 | 170 | 1 |
| Brown Field | Imperial Bch | Brown Field | Imperial Bch |
| 15 | 14 | 8 | 4 |
| ON SITE | ASYLUM LINE | On Site | Asylum Line |
| 724 | 0 | 796 | 0 |

| SYS CASES PROCESSED | |
|---|---|
| ER/CF | 10 |
| DEFFERED | 0 |
| CUBAN | 4 |
| NTA | 10 |
| UAC | 0 |
| ER | 0 |
| TGIS (NEG) | 0 |
| TTRT | 0 |
| TTRT Mismatch | 3 |
| WD | 4 |
| VWR | 0 |
| VEHICLE CASE | 2 |
| TOTAL | 33 |

| Virtual Processed Cases | |
|---|---|
| Murrieta | 0 |
| San Ysidro | 0 |
| El Centro BP | 6 |
| Calexico | 0 |
| Ft Lauderdale | 3 |
| Long Beach | 1 |
| San Diego Airport | 0 |
| Tecate | 0 |
| Downtown-CEU/TF | 0 |
| TOTAL | 10 |

Turnover Notes:

- You will start with 792 detainees on-site.
- You have 0 in the asylum line.
- Old Port has 170 detainees plus 245 old port warehouse.
- 1 vehicle cases pending.
- 0 CTR/TGIS pending.

Previous Notes:

- 1 Haitian female infant LE Bullets sent. STILL AT HOSPITAL.
- 240 Haitian males out of 245 in the Old Port warehouse were enrolled in Sigma.
- 2 Daily Placement schedule were created one for AEU and one for Old Port.

Lorenzo Geno Tovar
SCBPO
SYS/OTM AEU Supervisor

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00321328