1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>　　　　　Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 48 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5    *aguisado@ccrjustice.org*
6  666 Broadway, 7th Floor
   New York, NY 10012
7  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
8
9  SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
10   *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
11   *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
12 Decatur, GA 30030
   Telephone: +1.404.521.6700
13 Facsimile: +1.404.221.5857

14 AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
16 1331 G St. NW, Suite 200
   Washington, D.C. 20005
17 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 48 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

**From:** AKI, SIDNEY K
**Sent:** Saturday, September 17, 2016 7:23 PM
**To:** FLORES, PETE ROMERO; SALAZAR, DAVID A
**CC:** ARMIJO, JOHNNY L
**Subject:** RE: Haitian numbers

Will do. Thx.

---

**From:** FLORES, PETE ROMERO
**Sent:** Saturday, September 17, 2016 6:04:07 PM
**To:** AKI, SIDNEY K; SALAZAR, DAVID A
**Cc:** ARMIJO, JOHNNY L
**Subject:** FW: Haitian numbers

FYSA - this is what I sent to HQ.

Can you get me approximate number of Haitians sitting in shelters.

---

**From:** FLORES, PETE ROMERO
**Sent:** Saturday, September 17, 2016 3:59:37 PM
**To:** WAGNER, JOHN P; HIGGERSON, DAVID P; BROOKS, WILLIAM K; MANCHA, HECTOR
**Cc:** HOFFMAN, TODD A; Homan, Thomas
**Subject:** RE: Haitian numbers

EDAC,

We are currently operating under an agreement with Mexican Immigration to limit the flow of OTMs (Haitians included) to the port of San Ysidro and Calexico due to facility and processing constraints. The agreement in San Ysidro is currently ▓ a day and in Calexico it is ▓ a day these numbers are mostly Haitians.

However numbers waiting in Tijuana and Mexicali are much higher.

If you need us to reach out to Tijuana and Mexicali to get approximate numbers in shelters we can.

Pete

---

**From:** WAGNER, JOHN P
**Sent:** Saturday, September 17, 2016 2:49:21 PM
**To:** FLORES, PETE ROMERO; HIGGERSON, DAVID P; BROOKS, WILLIAM K; MANCHA, HECTOR
**Cc:** HOFFMAN, TODD A; Homan, Thomas
**Subject:** Haitian numbers

DFOs - can you please reply to this email with the average daily intake of Haitians at the ports? Mr Homan from ERO is on the cc line and is preparing an Ops plan for S1 and needs to plan the bed space. Thanks!

Confidential

EXHIBIT
Number 279    6/10/2020
exhibitsticker.com

AOL-DEF-00090986