1    MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
2       *mmarmolejo@mayerbrown.com*
     350 S. Grand Avenue
3    25th Floor
     Los Angeles, CA 90071-1503
4       Ori Lev (DC Bar No. 452565)
       (*pro hac vice*)
5       *olev@mayerbrown.com*
       Stephen M. Medlock (VA Bar No. 78819)
6       (*pro hac vice*)
       *smedlock@mayerbrown.com*
7    1999 K Street, N.W.
     Washington, D.C. 20006
8    Telephone:  +1.202.263.3000
     Facsimile:   +1.202.263.3300
9
     SOUTHERN POVERTY LAW CENTER
10      Melissa Crow (DC Bar No. 453487)
       (*pro hac vice*)
11      *melissa.crow@splcenter.org*
     1101 17th Street, N.W., Suite 705
12   Washington, D.C. 20036
     Telephone: +1.202.355.4471
13   Facsimile: +1.404.221.5857

14   *Additional counsel listed on next page*
     *Attorneys for Plaintiffs*

15

16                    **UNITED STATES DISTRICT COURT**

17                    **SOUTHERN DISTRICT OF CALIFORNIA**

18   Al Otro Lado, Inc., *et al.*,              Case No.:  17-cv-02366-BAS-KSC

19              Plaintiffs,                      **EXHIBIT 49 IN SUPPORT OF**
                                                 **PLAINTIFFS' MEMORANDUM OF**
20        v.                                     **POINTS AND AUTHORITIES IN**
                                                 **SUPPORT OF THEIR MOTION**
21   Chad F. Wolf,[1] *et al.*,                  **FOR SUMMARY JUDGMENT**

22              Defendants.

23

24

25

26

27
     ---
     [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28   McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

3

4

5

6

7

8

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

9

10

11

12

13

14

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 49 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT



Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00023715

**CBP RESPONSE**



## CBP OFFICE OF FIELD OPERATIONS
### Haitian Surge in San Diego

**Transfer custody to ERO**

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00023716

## CBP OFFICE OF FIELD OPERATIONS
### Haitian Surge in San Diego

**ERO RESPONSE**

### In the next 5 days ERO will:

- Dispatch a 3 person jump team to evaluate ERO process and recommend efficiencies
- Increase duty time to 24/7 with 4 pick ups a day from the port
- TDY 25-30 ERO Officers to San Diego
- Launch ERO Mobile Command Center
- Resume responsibility for ERO needed processes to occur simultaneous to CBP process
- Dispatch a contracting officer to facilitate transportation from the POE

Highly Confidential/Attorneys' Eyes Only

## CBP OFFICE OF FIELD OPERATIONS
## Haitian Surge in San Diego

**EMERGING THREAT**

### Current Status

- Mexico is assisting with the flow of Haitians and Other than Mexican nationals
- Mexico metering of Haitians into the POEs of SYS and CLX allows for SDFO to provide a safe and efficient process for detainees and officers.
- SDFO and SYS continues to experience an increase of inadmissible aliens:
  - ➢ SDFO has seen a 17% increase (37,224) in FY16 through July 2016
  - ➢ Over 24,000 of the total inadmissible number are claiming credible fear
    - ✓ 54% are Mexican Nationals
    - ✓ Credible fear/asylum claims have increased 28% in FY16 versus FY15 of 24,904

Highly Confidential/Attorneys' Eyes Only

## CBP OFFICE OF FIELD OPERATIONS
### Haitian Surge in San Diego

**OPERATIONAL**

## Considerations/Constraints:

# DP

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00023719