1 MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
2   *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3   25th Floor
   Los Angeles, CA 90071-1503
4   Ori Lev (DC Bar No. 452565)
   (*pro hac vice*)
5   *olev@mayerbrown.com*
   Stephen M. Medlock (VA Bar No. 78819)
6   (*pro hac vice*)
   *smedlock@mayerbrown.com*
7 1999 K Street, N.W.
   Washington, D.C. 20006
8 Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
    (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857
14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
16              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18 Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| 19              Plaintiffs, | **EXHIBIT 53 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| 20       v. | |
| 21 Chad F. Wolf,[1] *et al.*, | |
| 22              Defendants. | |

23

24

25

26

27

28

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 53 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

| From: | STARK, KATHERINE |
|---|---|
| Sent: | Wednesday, September 7, 2016 4:20 PM |
| To: | ARMIJO, JOHNNY L |
| Cc: | FLORES, PETE ROMERO; TAITAGUE, CLAUDIA; HOFFMAN, TODD A; AKI, SIDNEY K; HUTTON, JAMES R; COOK, VERNON |
| Subject: | RE: Asylum claims at San Ysidro/Ped West |

Thank you!

Kylie Stark
Office of Congressional Affairs
U.S. Customs and Border Protection

From: ARMIJO, JOHNNY L
Sent: Wednesday, September 07, 2016 1:02 PM
To: STARK, KATHERINE <
Cc: FLORES, PETE ROMERO <                                    : TAITAGUE, CLAUDIA
                        >; HOFFMAN, TODD A                          ; AKI, SIDNEY K
                   HUTTON, JAMES R                              COOK, VERNON

Subject: RE: Asylum claims at San Ysidro/Ped West

Good morning, Ms Stark.

Affixed below, in red, are our responses to the questions submitted.

1) *I believe in the call, the Port Director said on behalf of CBP, there is currently no coordination with Grupo Beta. Is that accurate?*

*At the outset, CBP SYS did not coordinate with Grupo Beta on the development of the numbering system in which Grupo Beta currently utilizes to meter the flow of potential asylum claims into our custody. However, subsequent to the development of this system, CBP SYS does routinely coordinate with Grupo Beta to ensure that there is a consistent/metered flow of potential asylum claims accepted into our intake process; to include prioritizing medical concerns to advance the intake/processing timeframes.*

2) *Could you confirm that an individual who presents him/herself at the POE as an asylum-seeker without a time and date appointment slip from Grupo Beta will be accepted for processing?*

*If an asylum seeker presents himself/herself at the primary lane for entry into the U.S. (without an appointment slip from Grupo Beta) he/she will be accepted for processing.*

Johnny Armijo
Assistant Director Border Security
San Diego, California

EXHIBIT NO. 29
Dec. 13, 2019

1

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00761290

(202) 325-3921

**From:** HUTTON, JAMES R
**Sent:** Wednesday, August 17, 2016 2:53 PM
**To:** AKI, SIDNEY K < ███████████          STARK, KATHERINE < ███████████
**Cc:** FLORES, PETE ROMERO < ███████████ >; ARMIJO, JOHNNY L
███████████     TAITAGUE, CLAUDIA ███████████    HOFFMAN, TODD A
**Subject:** FW: Asylum claims at San Ysidro/Ped West

Sid
FYDA Below
We are trying to set up a call with Gary Merson (Democratic Chief Counsel, Subcommittee on Immigration and Border Security, Committee on the Judiciary) to talk about the NGO strenuous assertions that POE is turning away CF applicants at SYS. Kylie Stark with OCA did speak with Merson on talking points we used for call with DHS but he still wants to speak with POE management to get our version and better understand the situation.

Kylie
Do we have proposed times for this call?


J. Ryan Hutton
Deputy Executive Director (A)
Admissibility and Passenger Programs
███████████

Washington, DC

☎:
🖷:
📱:



**Warning:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form. This document, and any attachments herein, may contain confidential and/or sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient(s). Please notify the sender if this email has been misrouted and immediately destroy all originals and copies of the original. Any disclosure of such document must be approved by CBP Customs and Border Protection.


**From:** Owen, Todd C (AC OFO)
**Sent:** Wednesday, August 17, 2016 1:14 PM
**To:** HUTTON, JAMES R < ███████████       WAGNER, JOHN P < ███████████ >
**Cc:** HOFFMAN, TODD A ███████████ >
**Subject:** RE: Asylum claims at San Ysidro/Ped West

3

Highly Confidential/Attorneys' Eyes Only                          AOL-DEF-00761292

10-4, pls coordinate with Sid.


*Todd C. Owen*
*Executive Assistant Commissioner*
*Office of Field Operations*
*U.S. Customs & Border Protection*


**From:** HUTTON, JAMES R
**Sent:** Wednesday, August 17, 2016 1:08 PM
**To:** Owen, Todd C (AC OFO) ███████████████████████; WAGNER, JOHN P ███████████████
**Cc:** HOFFMAN, TODD A <████████████████████████>
**Subject:** FW: Asylum claims at San Ysidro/Ped West

E-AC Owen
FYDA below

Gary Merson (Democratic Chief Counsel, Subcommittee on Immigration and Border Security, Committee on the Judiciary) would like to have a conference call with the PD at San Ysidro and the appropriate HQ SME to discuss the processing of asylum claims at San Ysidro/Ped West. This relates to call you, XD Hoffman & PD Aki recently had with DHS on this very issue in which NGO's were claiming that POE was turning away people claiming CF when in fact Government of Mexico is assisting with metering pedestrians due to current construction.


J. Ryan Hutton
Deputy Executive Director (A)
Admissibility and Passenger Programs


Washington, DC

☎:
🖷:
✉:



**Warning:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this record should be furnished to the media, either in written or verbal form. This document and any attachments hereto, may contain confidential and/or sensitive attorney/client privileged information or work product and/or law enforcement sensitive information. If you are not the intended recipient or believe that you may have received this document in error, please notify the sender and delete this document and any copies thereof. Do not duplicate, distribute, or disseminate. If you have any questions concerning this document, please contact the sender of this document.


**From:** STARK, KATHERINE
**Sent:** Wednesday, August 17, 2016 12:46 PM
**To:** HUTTON, JAMES R ████████████████████████

4

Highly Confidential/Attorneys' Eyes Only                                        AOL-DEF-00761293

**Cc:** NORMAN, DANE W ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Asylum claims at San Ysidro/Ped West

Hey Ryan,

Thanks for your help on this one. Per our conversation, Gary Merson (Democratic Chief Counsel, Subcommittee on Immigration and Border Security, Committee on the Judiciary) would like to have a conference call with the PD at San Ysidro and the appropriate HQ SME to discuss the processing of asylum claims at San Ysidro/Ped West.

Gary has received calls from local advocacy groups alleging that CBP officers are turning Mexican nationals away from the Port (once they claim asylum) and directing them to a facility/mission house in Mexico to receive a new date/time to return to the Port. Gary is concerned CBP is violating policies/regulations by turning these individuals away and wants to discuss these concerns on the conference call.

Let me know if there's anything else you need. Once participation is decided, we'll need to look at dates/times early next week that work for the group.

Thanks in advance!

Kylie Stark
Office of Congressional Affairs
U.S. Customs and Border Protection
▮▮▮ ▮▮▮▮

5

Highly Confidential/Attorneys' Eyes Only