MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Chad F. Wolf,[1] *et al.*,

Defendants.

Case No.: 17-cv-02366-BAS-KSC

**EXHIBIT 55 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** WILLIAMS, JAYE M
**Sent:** Monday, October 31, 2016 10:37 PM
**To:** CHAVEZ, GLORIA I; ALLES, RANDOLPH D; CALVO, KARL H.; LANDFRIED, PHIL A; BORKOWSKI, MARK S; SAHAKIAN, DIANE V; JACKSON, ADAM S; MORGAN, MARK A (USBP); VITIELLO, RONALD D (USBP); Owen, Todd C (AC OFO); YOUNG, EDWARD E; KOUMANS, MARK; GLAWE, DAVID; CASTANEDA, BELINDA C (OCC); Slocum, Louisa (OCC); GOOD, BEVERLY; PROVOST, CARLA (USBP); LUCK, SCOTT A (USBP); KLEIN, MATTHEW (OPR); YEAGER, MICHAEL
**CC:** WHITE, BRENDA L; JANSON, ROBERT F; KOLLER, JULIE (OCC); HANNA, RENE; QUINN, TIMOTHY; NUNEZ-NETO, BLAS; MCALEENAN, KEVIN K; TAMAYO, ENRIQUE S; MORRIS, JOHN E; FRIEL, MICHAEL J
**Subject:** RE: CBP CAT UPDATE: Facilities and TDY costs

Thank you for the update and cost estimates for staffing. DP



Jaye M. Williams
Assistant Commissioner
Office of Finance

---

**From:** CHAVEZ, GLORIA I
**Sent:** Monday, October 31, 2016 9:40:53 PM
**To:** ALLES, RANDOLPH D; CALVO, KARL H.; WILLIAMS, JAYE M; LANDFRIED, PHIL A; BORKOWSKI, MARK S; SAHAKIAN, DIANE V; JACKSON, ADAM S; MORGAN, MARK A (USBP); VITIELLO, RONALD D (USBP); Owen, Todd C (AC OFO); YOUNG, EDWARD E; KOUMANS, MARK; GLAWE, DAVID; CASTANEDA, BELINDA C (OCC); Slocum, Louisa (OCC); GOOD, BEVERLY; PROVOST, CARLA (USBP); LUCK, SCOTT A (USBP); KLEIN, MATTHEW (OPR); YEAGER, MICHAEL
**Cc:** WHITE, BRENDA L; JANSON, ROBERT F; KOLLER, JULIE (OCC); HANNA, RENE; QUINN, TIMOTHY; NUNEZ-NETO, BLAS; MCALEENAN, KEVIN K; TAMAYO, ENRIQUE S; MORRIS, JOHN E; FRIEL, MICHAEL J
**Subject:** CBP CAT UPDATE: Facilities and TDY costs

EAC Alles and all – Latest update on the facilities side for CBP. I made contact with the FEMA representative this evening and he provided a brief sitrep on where we are with the soft sided surge facility. I also spoke with Tucson leadership to get the update on the Nogales Processing Center and its status for being operational. I also connected with the Rio Grande Valley leadership on the standing up of the Weslaco Station Central Processing Center. I confirmed the status on the El Centro Processing / Detention facility in El Centro, CA.

Please see below:

**FEMA Tent City:**
After today' meeting at the NAC, C1 and S1 have approved moving forward with the plan to establish the infrastructure that would support DP

DP



I hope this clarifies most of the questions today, please ensure that we have a contractual rep to attend FEMA meeting tomorrow. More updates to follow with regards to overall expenditures to provide to the Office of Finance. DP

DP

GC

Regards,
Deputy Division Chief Gloria I. Chavez
Crisis Action Team
U.S. Customs and Border Protection
1300 Pennsylvania Avenue
Washington, DC 20229
(office)
(cell)

---

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, October 30, 2016 9:04:06 AM
**To:** ALLES, RANDOLPH D; CALVO, KARL H.; WILLIAMS, JAYE M; LANDFRIED, PHIL A; BORKOWSKI, MARK S; CHAVEZ, GLORIA I
**Cc:** WHITE, BRENDA L; JANSON, ROBERT F
**Subject:** RE: Facilities

EAC Alles,
I just sent a note out to the leadership team on the CAT actions. Here were the bullets I pulled as priorities for tomorrow:

- Facilities
  - ***Need to implement Weslaco processing center.***
  - ***Need immediate assessment of Nogales facility and ability to use for UACs and FMUAs processing/holding in short term.***
  - ***Need to come to agreement on FEMA plan and funding for establishing base for scalable, soft-sided surge facility.***
  - Continue to press HHS for significant surge capacity decision.

- I would add continued work on the El Centro facility intended for Haitian processing, that you noted below, as well.

Please advise with any questions or concerns. Thank you,

KM

**From:** ALLES, RANDOLPH D
**Sent:** Sunday, October 30, 2016 11:56 AM
**To:** CALVO, KARL H; WILLIAMS, JAYE M; LANDFRIED, PHIL A; BORKOWSKI, MARK S
**Cc:** WHITE, BRENDA L; JANSON, ROBERT F; MCALEENAN, KEVIN K
LEP
**Subject:** RE: Facilities

Folks, Direction from C1 is to continue El Centro work and new task of looking at bringing the Nogales facility from 2014 back on line.

Karl, this is a OFAM lead with necessary support from CFO, Procurement & OIT. Need to know the possibilities tomorrow.

S/F
R. D. Alles (Cell)

---

**From:** ALLES, RANDOLPH D
**Sent:** Sunday, October 30, 2016 11:47:07 AM
**To:** MCALEENAN, KEVIN K
**Cc:** WHITE, BRENDA L; CALVO, KARL H.; JANSON, ROBERT F; LANDFRIED, PHIL A; BORKOWSKI, MARK S; WILLIAMS, JAYE M
**Subject:** Facilities

Sir,

DP

S/F
R. D. Alles Cell)