MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br>　　　　　Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 56 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8
   SOUTHERN POVERTY LAW CENTER
9    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
     *sarah.rich@splcenter.org*
10   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
     *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28


**From:** FLORES, PETE ROMERO
**Sent:** Wednesday, November 2, 2016 7:56 AM
**To:** Owen, Todd C (AC OFO); BROOKS, WILLIAM K; MANCHA, HECTOR; HIGGERSON, DAVID P
**Cc:** WAGNER, JOHN P; HOFFMAN, TODD A; GOOD, BEVERLY
**Subject:** RE: CBP MIGRATION CAT UPDATE 11/01/16

Thanks for the update and position direction on open items.

Pete

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Wednesday, November 02, 2016 4:31:53 AM
**To:** FLORES, PETE ROMERO; BROOKS, WILLIAM K; MANCHA, HECTOR; HIGGERSON, DAVID P
**Cc:** WAGNER, JOHN P; HOFFMAN, TODD A; GOOD, BEVERLY
**Subject:** FW: CBP MIGRATION CAT UPDATE 11/01/16

Pete, Will, Hector, Dave,

After several frustrating weeks, we are finally seeing engagement by senior leaders at the department and in the administration on our migration and detention issues. C1 has established a single CBP crisis action team, being led by BP Chief Gloria Chavez, with Enrique Tamayo as her Deputy. Several efforts underway, from building soft sided tents in several locations in Texas and California, to foreign assistance efforts, more flights back to Haiti, and potential legal changes. Below is the end of day summary from last night, to give you a sense of what is taking place. I will forward these on to you each day so you have visibility into the ongoing discussions and actions being under taken or considered.

A few items to highlight: (1) Disconnect within senior leadership about building soft sided tents at ports of entry or BP stations. The OFO position on this is that this is not an option for us. We lack the physical space and more importantly the sanitary items like showers and bathrooms for large scale housing in a POE. If you are approached by FEMA or others on this, our position is that we do not support.



(4) Use of the Family Residential Centers at Dilley and Carnes as processing sites, moving away from ER to NTA, with the goal of cutting time in detention for FAMU from the 15 days now, to 2-3 days. We all are concerned with the pull effect this decision to almost immediately release family units would have.

We'll be providing periodic updates. If you have any questions please let me know.

Thx.

Highly Confidential/Attorneys' Eyes Only                    AOL-DEF-00019314

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

**From:** CHAVEZ, GLORIA I
**Sent:** Tuesday, November 01, 2016 7:40 PM



**Subject:** CBP MIGRATION CAT UPDATE 11/01/16

Deputy Commissioner and all – Both EAC Owen and I attended several migration meetings today with C1 and staff. Some of the discussions were with S1 and others and with WHT staff. We provided situational awareness to all parties on CBP's operational posture, challenges, and requirements to ease overcrowding at our CBP temporary holding facilities (POEs, BP stations – to include Ursula). Below is the daily Migration CAT update for the CBP Senior Leadership.

**Planning:**
- CBP Migration CAT team representatives attended DHS FEMA coordination meeting regarding UAC contingency planning.
- The objective is to support detention space build out capacity within 30-days, FEMA is exploring multiple sites; San Marcos, TX, Mission, TX, and Sharpe Army Depot near Stockton, CA.
- ICE/ERO did not attend or dial in.
- CBP expressed concerns on assuming a non-traditional role of managing detention centers, while simultaneously achieving critical border security mission essential functions.

**Get backs:**
- Reconvene another FEMA coordination meeting to clearly define agency and component roles and responsibilities as it relates to detention management.
- Integrate ICE/ERO into the planning and coordination process.
- Validate CBP transportation capabilities to support transportation to facilities in Texas.

2

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00019315

**Facilities:**

- CBP Migration CAT members, CBP procurement, CBP Finance, CBP OCC and others attended and participated in the discussions to narrow down the search to two locations (Moore Facility in Mission, TX or the Gary Job Corps Facility in San Marcos, TX) that could possibly meet our CBP requirements to transfer out detainees from CBP temporary holding facilities. We are working with FEMA to evaluate which of these locations is the most feasible. Thus far, the Gary Facility ▇ in San Marcos, TX seems to be the one that offers the largest amount of space and the most logistical support. This facility is also located close to an airport.
- FEMA asked for CBP support to assist in housing, care, and transportation for all processed populations. CBP was the only one at the meeting, there was **NO ICE** rep in attendance. <u>CBP advised that this was not within the scope of CBP duties to staff detention facilities.</u>
- CBP requested that FEMA expand its focus from UACs to include FMUAs.
- This facility will house processed aliens from the CBP POEs and USBP stations to include the Ursula facility. This is a 5 hour trip one-way.
- The facility would be manned by ICE-ERO or another contract service provided by ICE.
- CBP will provide support with transportation, if required due to lack of ICE capabilities with transport.
- FEMA stated that S2 will be contacting the Dept. of Labor to get approval and secure this facility.
- Due to the contractual process, this could take up to 4 to 6 weeks before standing up the soft-sided housing facility in San Marcos, TX.

**Short Term:**

- CBP – RGV USBP Sector will be housing detainees in a centralized location at Ursula. Capacity for Ursula is ▇ however, we have been over ▇ bodies in recent weeks.
- If capacity is reached that is unmanageable at Ursula, RGV Sector will institute a process to laterally move detainees to other stations within the RGV area of responsibility.
- If capacity is reached at all stations in the RGV Sector, coordination will be done with Laredo Sector and Del Rio Sector to ease the burden of overcrowding.

**NOTE:** After the call with S1 today, CBP was asked to look at soft-sided housing that can be stood up at CBP locations (POEs and Stations). The CAT will begin assessing this and provide an update.

**NOTE:** FM&E has provided an update with regards to the Nogales Processing Center (NPC). The latest assessment is that the facilities-related requirements will be completed by November 28, 2016. Once facility is operational, USBP is offering for consideration the permanent transfer of the NPC facility to ERO for them to manage fully. This will be a discussion and decision point by CBP leadership and once concurrence is reached for engagement with ERO.

**NOTE:** El Centro Processing/Detention Facility will undergo a soft opening on November 14th and a full opening November 28th.

**Finance:**

- At the FEMA meeting, S1 had given approval to proceed with requirements as needed to support the UAC transfer process.
- CBP OF is already assessing our expected expenditures for the 1st quarter of FY17 to provide a snapshot.

3

Highly Confidential/Attorneys' Eyes Only                                                     AOL-DEF-00019316

- Next steps is for the potential to outsource the humanitarian portion of the USBP work to G4S. $60 million addition to G4S contract and a prioritization of background investigations for G4S employees.

**Policy:**

- [redacted]

- Of urgent need is ERO at the table to engage and identify their commitment and ownership on some of these areas.

**ERO:**

- San Antonio ERO - FOD (Daniel Bible) was directed to increase FAMU pick-ups from RGV. Target is [redacted] above normal rate. The CAT team will monitor.
- The El Centro Detention Facility plan was submitted for review today to ERO Phil Miller. Jaime Salazar will track from his end.
- ERO has no visibility on the IJ discussion. Jaime Salazar verbally briefed Chris Shanahan (ERO) on the concept and will provide Phil Miller the same requesting ERO feedback on the transporting piece and their role in category 5.
- ERO today executed a change in their staff line-up and are bringing up FODs from field to replace Chris Shanahan who will depart Friday and his Deputy.

**COMMS:**

- Consistent messaging from CBP should support the current emerging crisis which is FMUAs, UACs, and Haitians in that order. We need to be consistent across the board so that it is the same priority given by all entities. If this line-up has changed, please advise.
- Question for CBP Leadership to consider – at what point do we start messaging to external audiences since ERO are beginning to engage NGOs seeking support at other locations?

**CAT DAILY STATS:**

**CBP (OFO/BP) Apprehensions for October 31, 2016**
UAC:      280
FAMU:     691
Single:   1053
Total:    2024

**CBP (OFO/BP) in Custody for October 31, 2016**
UAC:      366
FAMU:     2551
Single:   1238
Total:    4165

Thank you for the support.
GC

4

Highly Confidential/Attorneys' Eyes Only                                     AOL-DEF-00019317

Regards,
Gloria I. Chavez
Deputy Division Chief
Crisis Action Team
U.S. Customs and Border Protection
1300 Pennsylania Avenue, Wash. D.C.
███████ (O)
███████ (C)

5

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00019318