MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>  Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 57 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
7  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
8

9  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
     *sarah.rich@splcenter.org*
10   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
     *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
13 Facsimile: +1.404.221.5857

14 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
16 1331 G St. NW, Suite 200
   Washington, D.C. 20005
17 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT
Exhibit 256   6/10/2020

**From:** HUTTON, JAMES R
**Sent:** Wednesday, November 2, 2016 7:25 AM
**To:** CHAVEZ, GLORIA I; SCHROEDER-FAWCETT, JENNIFER L; GOOD, BEVERLY; HOFFMAN, TODD A; TAMAYO, ENRIQUE S; JAQUEZ, PETER; HULL, AARON A; SALAZAR, JAIME
**Subject:** RE: IJ and Asylum Surge

Good copy....I figured we were.

J. Ryan Hutton
Deputy Executive Director (A)
Admissibility and Passenger Programs





**Warning**: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form. *This document, and any attachment(s) hereto, may contain confidential and/or sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient(s). Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by U.S. Customs and Border Protection.*

**From:** CHAVEZ, GLORIA I
**Sent:** Wednesday, November 02, 2016 6:33 AM

**Subject:** RE: IJ and Asylum Surge

Ryan - We are tracking the same. I expressed the same at yesterday's meetings and so did EAC Owen when meeting with C1. Beverly was present during those discussions as well.

We are tracking buddy.

GC

1

Confidential                                                                                               AOL-DEF-00043575

Gloria I. Chavez
Deputy Chief - Law Enforcement Operations
U.S. Border Patrol Headquarters
Washington D.C.

---

**From:** HUTTON, JAMES R
**Sent:** Wednesday, November 02, 2016 3:21:50 AM
**To:** CHAVEZ, GLORIA I; SCHROEDER-FAWCETT, JENNIFER L; GOOD, BEVERLY; HOFFMAN, TODD A; TAMAYO, ENRIQUE S; JAQUEZ, PETER; HULL, AARON A; SALAZAR, JAIME
**Subject:** RE: IJ and Asylum Surge

Gloria

**DP**

---

**From:** CHAVEZ, GLORIA I
**Sent:** Tuesday, November 01, 2016 10:39:19 PM
**To:** NUNEZ-NETO, BLAS; HANNA, RENE; KOLLER, JULIE (OCC); SCHROEDER-FAWCETT, JENNIFER L; GOOD, BEVERLY; HOFFMAN, TODD A; TAMAYO, ENRIQUE S; HUTTON, JAMES R; JAQUEZ, PETER; HULL, AARON A; SALAZAR, JAIME
**Cc:** QUINN, TIMOTHY
**Subject:** RE: IJ and Asylum Surge



**DP**

GC

---

**From:** NUNEZ-NETO, BLAS
**Sent:** Tuesday, November 01, 2016 10:29 PM

**Subject:** RE: IJ and Asylum Surge

**DP**

---

**From:** HANNA, RENE
**Sent:** Tuesday, November 01, 2016 10:20:26 PM
**To:** NUNEZ-NETO, BLAS; KOLLER, JULIE (OCC); SCHROEDER-FAWCETT, JENNIFER L; GOOD, BEVERLY; HOFFMAN, TODD A; TAMAYO, ENRIQUE S; CHAVEZ, GLORIA I; HUTTON, JAMES R
**Cc:** QUINN, TIMOTHY
**Subject:** RE: IJ and Asylum Surge

---

From: NUNEZ-NETO, BLAS
Sent: Tuesday, November 01, 2016 10:16:31 PM
To: HANNA, RENE; KOLLER, JULIE (OCC); SCHROEDER-FAWCETT, JENNIFER L; GOOD, BEVERLY; HOFFMAN, TODD A; TAMAYO, ENRIQUE S; CHAVEZ, GLORIA I; HUTTON, JAMES R
Cc: QUINN, TIMOTHY
Subject: RE: IJ and Asylum Surge

---

From: HANNA, RENE
Sent: Tuesday, November 01, 2016 10:06:51 PM
To: NUNEZ-NETO, BLAS; KOLLER, JULIE (OCC); SCHROEDER-FAWCETT, JENNIFER L; GOOD, BEVERLY; HOFFMAN, TODD A; TAMAYO, ENRIQUE S; CHAVEZ, GLORIA I
Cc: QUINN, TIMOTHY
Subject: RE: IJ and Asylum Surge

**DP**

Again, appreciate your work and quick turnaround very much.

Thanks,
Rene

---

From: NUNEZ-NETO, BLAS
Sent: Tuesday, November 01, 2016 7:14:11 PM

3

To: KOLLER, JULIE (OCC); SCHROEDER-FAWCETT, JENNIFER L; GOOD, BEVERLY; HOFFMAN, TODD A; TAMAYO, ENRIQUE S; CHAVEZ, GLORIA I
Cc: HANNA, RENE; QUINN, TIMOTHY
Subject: RE: IJ and Asylum Surge

## AC

Issue: Migration Surge along the Southwest Border

Overview:

U.S. Customs and Border Protection is currently facing a confluence of factors that are putting an already strained immigration enforcement system at risk of breaking down. These factors include:

* Record numbers of family units, largely from Central America, appearing at the border between the ports of entry and increasingly at the ports of entry in order to claim credible fear;
* Elevated numbers of unaccompanied children continuing to arrive at the border;
* A surge in migration of Haitian nationals residing in Brazil;
* An apparent spike in the number of Mexican nationals appearing at the San Ysidro port of entry in order to claim credible fear.

As of the morning of November 1, the USBP had 1,821 family units in custody, with 671 having been in CBP facilities for more than 72 hours. Over the weekend there were approximately 900 family units who were processed and awaiting pickup out of CBP temporary holding facilities at POEs and BP Stations.



## DP

4



From: KOLLER, JULIE (OCC)
Sent: Tuesday, November 01, 2016 6:46 PM

Subject: RE: IJ and Asylum Surge

AC

From: NUNEZ-NETO, BLAS
Sent: Tuesday, November 01, 2016 6:32:49 PM
To: KOLLER, JULIE (OCC); SCHROEDER-FAWCETT, JENNIFER L; GOOD, BEVERLY; HOFFMAN, TODD A; TAMAYO, ENRIQUE S; CHAVEZ, GLORIA I
Cc: HANNA, RENE; QUINN, TIMOTHY
Subject: RE: IJ and Asylum Surge

DP

Confidential

AOL-DEF-00043579

From: KOLLER, JULIE (OCC)
Sent: Tuesday, November 01, 2016 6:26 PM

Subject: RE: IJ and Asylum Surge



From: NUNEZ-NETO, BLAS
Sent: Tuesday, November 01, 2016 5:55:17 PM
To: SCHROEDER-FAWCETT, JENNIFER L; GOOD, BEVERLY; HOFFMAN, TODD A; TAMAYO, ENRIQUE S; KOLLER, JULIE (OCC)
Cc: HANNA, RENE
Subject: RE: IJ and Asylum Surge
I have some questions about the paper:

From: SCHROEDER-FAWCETT, JENNIFER L
Sent: Tuesday, November 01, 2016 5:16 PM

Subject: FW: IJ and Asylum Surge

Sir,

As requested.

Jennifer Schroeder Fawcett
(A)Director
Enforcement Programs
Customs and Border Protection

6

From: SCHROEDER-FAWCETT, JENNIFER L
Sent: Tuesday, November 01, 2016 3:29:23 PM
To: HANNA, RENE
Cc: HOFFMAN, TODD A; HUTTON, JAMES R; GOOD, BEVERLY; TAMAYO, ENRIQUE S; THORNBLOOM, LINDA A; VAQUERO, ROBERTO; MANUEL CALVILLO ~~~~~~~~~~~ KOLLER, JULIE (OCC); SALAZAR, JAIME
Subject: FW: IJ and Asylum Surge

Rene;

## DP and AC

Thank you,

Jennifer Schroeder Fawcett
(A)Director
Enforcement Programs
Washington, DC 20229

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated for OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from CBPs Office of Field Operations.

From: HANNA, RENE
Sent: Tuesday, November 01, 2016 12:02 PM

Subject: RE: IJ and Asylum Surge

Understood. Either put holds where we need their input or please ask Jaime to coordinate today. S1 understands that this is still under development but we need to have somethings sketched out, if even CBP equities by 330pm please.

Rene N. Hanna
Deputy Chief of Staff (Policy)
Office of the Commissioner
U.S. Customs and Border Protection

From: HOFFMAN, TODD A
Sent: Tuesday, November 01, 2016 12:00 PM

[REDACTED]

Subject: RE: IJ and Asylum Surge

Rene,

**DP**

Todd A. Hoffman
Executive Director, Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection

From: HANNA, RENE
Sent: Tuesday, November 01, 2016 11:17 AM

[REDACTED]

Subject: RE: IJ and Asylum Surge

All,

[REDACTED]

However, I have subsequently received guidance from DHS DCOS and COS that they want us to continue the paper. The areas we may be able to touch on are below. I welcome additional thoughts and work to advance this paper. The bottom line is that it will be used by S1 and C1 at a Principal's Committee meeting at the WH on Wednesday to engage DOJ EOIR. [REDACTED]

**AC**

[REDACTED]

**AC**

I know the challenges due to everything we discussed yesterday. However, can you help fill in these sections to the best of your ability? We can raise cons in the paper so S1 is aware.

8

Thank you,
Rene

Rene N. Hanna
Deputy Chief of Staff (Policy)
Office of the Commissioner
U.S. Customs and Border Protection

From: SCHROEDER-FAWCETT, JENNIFER L
Sent: Monday, October 31, 2016 11:46 AM

Subject: IJ and Asylum Surge

All;

Please see attached draft updates as requested.

Jennifer Schroeder Fawcett
(A)Director
Enforcement Programs
Washington, DC, 20229

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated for OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from CBPs Office of Field Operations.

9