MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 59 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5      *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8
   SOUTHERN POVERTY LAW CENTER
9      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
       *sarah.rich@splcenter.org*
10     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
       *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15     *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 59 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

**From:** CHAVEZ, GLORIA I
**Sent:** Wednesday, November 2, 2016 7:02 PM
**To:** MCALEENAN, KEVIN K; MORGAN, MARK A (USBP); Owen, Todd C (AC OFO); YOUNG, EDWARD E; ALLES, RANDOLPH D; VITIELLO, RONALD D (USBP); WILLIAMS, JAYE M; LANDFRIED, PHIL A; BORKOWSKI, MARK S; SAHAKIAN, DIANE V; JACKSON, ADAM S; KOUMANS, MARK; GLAWE, DAVID; CASTANEDA, BELINDA C (OCC); Slocum, Louisa (OCC); GOOD, BEVERLY; PROVOST, CARLA (USBP); LUCK, SCOTT A (USBP); KLEIN, MATTHEW (OPR); YEAGER, MICHAEL; HOOVER, CRINLEY S; HULL, AARON A; JAQUEZ, PETER; HUDSON, RICHARD M; CALVO, KARL H.; KOLLER, JULIE (OCC); WHITE, BRENDA L; JANSON, ROBERT F; FRIEL, MICHAEL J; BRISTOW, JUSTIN A
**CC:** TAMAYO, ENRIQUE S; QUINN, TIMOTHY; HANNA, RENE; NUNEZ-NETO, BLAS; MORRIS, JOHN E; KUHN, CHRISTOPHER S; FLANAGAN, PATRICK S; SALAZAR, JAIME
**Subject:** RE: CBP MIGRATION CAT UPDATE 11/02/16

Deputy Commissioner and all: Today, I attended several pre-briefs with the Commissioner and a meeting at the NAC. The topics of discussion were centered around migration flow (Haitians, FMUAs, UACs, single adult males, etc.), Facilities (soft-sided tent facility) was a huge topic of the day followed by Foreign Assistance, Law Enforcement Efforts, and External Communication. One point of clarification that was decided today with C1 approval was that the FEMA soft-sided tents would be considered CBP Processing Center Facilities.

**Agency Updates: Operational Operation consideration:**
- CBP is actively exploring the implementation of soft-sided facilities adjacent to Ports of Entry's and Border Patrol Stations to relieve the stress of aliens in custody. Priority is being given to the POEs due to their operational footprint.
- Locations are being assessed by operational component offices for recommendation.
- To support soft-sided facilities, CBP is exploring the expansion of contract services for facilities such as medical, food service, transport, etc..
- CBP is also exploring the cost outliers for establishing an Ursula like m o processing facilities.
- Short term solution (within 30 days): CBP is recommending to FEMA to proceed with a soft-sided facility at the ICE Port Isabel Detention Facility grounds in Port Isabel, TX. This would provide immediate relef to the Rio Grande Valley Sector Border Patrol stations and the Ports of Hidalgo and Brownsville, TX. The facility is located about 1 hour from McAllen, TX (Ursula) and 1 hour from Weslaco, TX (Weslaco CPC). Timeline for implementation is 7- 9 days.
- Long Term solution (30 days + implementation): Soft sided facilities that are larger are also being explored. These facilities would be stood up in either Mission ███ beds) and San Marcos, TX (███ beds). FEMA is working the required documentation and coordinating with CBP.
- Each facility will be a temporary holding facility and managed by a small cadre of CBP officers/agents and a large footprint of contract personnel until custodial transfer is completed.

**Resources/Facilities/Finance:**
- To support the expansion of E3 case processing in South Texas, U.S. Border Patrol will temporarily assign ███ agents to RGV.
- This station will serve as a E3 processing station, and aliens processed there will be relocated to Ursula or soft-sided facilities until custodial transfer can be completed.
- RFI sent to RGV w a s s u be fenericetthe Ursula footprint/model as a template for additional locations requirements.
- The Nogales Processing Station is also being considered as an overflow site that will be ready later in November.
  - USBP and the Office of Procurement, continues to complete the milestones for this week, focusing on formalizing required procurement documents. OFAM will be finalizing the statements of work to cover construction, rentals and janitorial service by Friday, November 4, 2016. The period of performance will be a 3 month base with 3 month options.
- The El Centro Processing Center is scheduled for a soft opening November 14th and a hard opening November 28th.
- El Centro will support the Calexico port of entry with processing single adult Haitians.
- All Haitians will be processed for expedited removal and immediately turned over to ICE/ERO.
- OF is currently working with the CBP CAT to cost out the operational expense profile for the migration surge including TOY, overtime, processing facilities, transportation and contracts to support the humanitarian efforts
- OF continues to engage with OHS and OMB regarding potential funding requirements to ensure funding availability during a continuing resolution

**OGA Coordination:**
- Weekly UCG Teleconference:
- ORR is currently at 86% capacity (75% if the reserve beds are included)
- The ORR Homestead facility is currently holding ███ with a total capacity of ███ During hurricane season they limit the bed space to ███ due to the evacuation protocols.
- Fort Bliss is at ███ The capacity is ███ ORR tries to maintain Fort Bliss at maximum occupancy.
- The addition of semi-permanent facilities at Fort Bliss have been approved by DOD and is under review.
- HHS and FEMA are pursuing to activate Sharp Army Depot if needed. Althouogh DOD concurs, the Sharpe Army Depot is approximately 450 miles north of San Ysidro, CA (7 hour drive time)

**ERO:**
- CBP CAT working with CBP CRCL to provide ERO a list of NGOs to work with and expand assistance footprint with FMUAs.

Highly Confidential/Attorneys' Eyes Only

- CBP CAT Liaison to ERO will be participating in telephonic meeting with Immigration services tomorrow who will be proposing additional NGO support in the Houston, Texas area. It is anticipated that 300-500 proposed beds and ERO would provide transport.

Thank you.
GC

Regards,
Gloria I. Chavez
Deputy Division Chief
Crisis Action Team
U.S. Customs and Border Protection
1300 Pennsylania Avenue, Wash. D.C.

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00272846