| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | Matthew H. Marmolejo (CA Bar No. 242964)<br>*mmarmolejo@mayerbrown.com* |
| 3 | 350 S. Grand Avenue<br>25th Floor |
| 4 | Los Angeles, CA 90071-1503<br>Ori Lev (DC Bar No. 452565) |

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 61 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** MCKINNIS, FRANK H (OCC)
**Sent:** Wednesday, November 16, 2016 11:09 AM
**To:** LONGORIA, FRANK S; CEREZO-SUAREZ, CARLOS
**Subject:** FW: CBP MIGRATION CAT - COB 11/04/16

AC

---

**From:** MCKINNIS, FRANK H (OCC)
**Sent:** Tuesday, November 15, 2016 6:30:50 PM
**To:** KOLLER, JULIE (OCC)
**Cc:** COUREY, MARC BENNETT (OCC); Slocum, Louisa (OCC); CASTANEDA, BELINDA C (OCC); HUMPHRIES, ROBERT H (OCC); MERCER, MEREDITH L (OCC); MCCRANIE, MITCH (OCC); HUMPHRIES, ROBERT H (OCC); MCKINNIS, FRANK H (OCC)
**Subject:** RE: CBP MIGRATION CAT - COB 11/04/16

AC

Confidential

AOL-DEF-00904527



Frank H. McKinnis, III
Assistant Chief Counsel, Laredo
U.S. Customs and Border Protection

Confidential

AOL-DEF-00904528

**From:** KOLLER, JULIE (OCC)
**Sent:** Saturday, November 05, 2016 8:41 AM

[redacted]

**Subject:** FW: CBP MIGRATION CAT - COB 11/04/16

**AC**

**AC**

**From:** CHAVEZ, GLORIA I
**Sent:** Friday, November 04, 2016 7:16:17 PM
**To:** MCALEENAN, KEVIN K; MORGAN, MARK A (USBP); Owen, Todd C (AC OFO); SMITH, BRENDA BROCKMAN; YOUNG, EDWARD E; ALLES, RANDOLPH D; VITIELLO, RONALD D (USBP); WILLIAMS, JAYE M; LANDFRIED, PHIL A; BORKOWSKI, MARK S; SAHAKIAN, DIANE V; JACKSON, ADAM S; KOUMANS, MARK; GLAWE, DAVID; CASTANEDA, BELINDA C (OCC); Slocum, Louisa (OCC); GOOD, BEVERLY; PROVOST, CARLA (USBP); LUCK, SCOTT A (USBP); KLEIN, MATTHEW (OPR); YEAGER, MICHAEL; HOOVER, CRINLEY S; HULL, AARON A; JAQUEZ, PETER; HUDSON, RICHARD M; CALVO, KARL H.; KOLLER, JULIE (OCC); WHITE, BRENDA L; JANSON, ROBERT F; FRIEL, MICHAEL J; BRISTOW, JUSTIN A; BURKE, JENNY L; BP Field Chiefs; BROOKS, WILLIAM K; BOYCE, MARIA L; HIGGERSON, DAVID P; FLORES, PETE ROMERO; MANCHA, HECTOR; WEBB, BENJAMIN E.; DUTCH, FRANCIS; HEAVEY, BRENDAN P.
**Cc:** QUINN, TIMOTHY; HANNA, RENE; NUNEZ-NETO, BLAS; FLANAGAN, PATRICK S; SALAZAR, JAIME; VISCONTI, JAY; CBP-CAT
**Subject:** RE: CBP MIGRATION CAT - COB 11/04/16

Deputy Commissioner and all – Please see the below end of day report for the CBP Migration Crisis Action Team (CAT) for your situational awareness.

**J1-ADMINISTRATION:**
- Tracking Battle Rhythm and Daily Reports on Web EOC.
- Compiled and drafted reports for CBP CAT Team.
- Notified offices for daily updates on Migration activities for reporting purposes.
- CAT Presentation completed for Senior Management Council Presentation.

**J2-INTELLIGENCE:**
- 2 Hatian subjects were processed and interviewed at the Bota POE in El Paso, Texas. They stated that they had gone eastbound because they heard it was easier to go through the process.
- CBP CAT requested a questionaire from OI to send the field.

- OI is developing a trend analysis of all admissibles made up of Haitians.

**J3 OPS:**
- Attended planning meeting with FEMA to establish a unified plan to create a soft-sided facility utilizing FEMA contractors.
- The CBP-CAT in coordination with the CBP Office of Facilities and Management (OFAM) discussed the feasibility of establishing soft-sided facilities in San Marcos, TX.
- In anticipation, the CBP-CAT is actively developing contingency "off-the-shelf" planning in coordination with OFAM and CBP Budget to quickly implement the soft-side option.
    - CAT identified the requirements to Procurement, FM&E, BP Logistics, OFO Facilities to develop a standardized plan to utilize a 500 person soft-sided facility template (blocks) to establish temporary facilities as needed for overflow.
- Conference call with Laguna Niguel to discuss the expansion of the janitorial contract at the El Centro facility.

**J4 LOGISTICS:**
- <u>Nogales Processing Center</u>: OFAM, in coordination with USBP and the Office of Procurement, continues to complete the milestones for this week, focusing on formalizing required procurement documents. OFAM will continue to coordinate requirements with USBP and work closely with the Office of Procurement to meet the facilities-related requirements by 11/28/2016.
- <u>El Centro ICE Facility</u>: Rental furniture confirmed for 11/9. Permanent furniture will be delivered no later than 12/23/16. OFAM plans site visit on 11/8 to confirm deep cleaning and CCTV repairs with ICE. Still on track for 11/14 soft opening (OFO dry run operations) and 11/28 Go Live date.
- <u>Possible soft-sided processing facilities at CBP sites (for short term response - 7-9 day)</u>: FEMA will not make their contract available to CBP; therefore, OFAM is working with Procurement for CBP to pursue a contract for erecting temporary, soft-sided processing structures at CBP sites. OFAM facility SMEs are working with OFO and USBP on the currently targeted CBP locations, and OFAM is working with GSA to discuss the LPOE sites because they are owned or leased by GSA.

**J5 PLANNING:**
Through DHS led coordination efforts the following are the strategic phases for addressing the surge of migration along the Southwest border:



**J6-COMMUNICATIONS:**
- Assisted in facilitating statistics on Haitian counts at ports of entry and between ports of entry.
- Continue to facilitate reporting requirements.
- Planned for weekend reporting.

**J7-TRAINING:**
- No updates.

**J8-FINANCE:**
- OF is currently working with the CBP CAT to cost out the operational expense profile for the migration surge including TDY, overtime, processing facilities, transportation and contracts to support the humanitarian efforts.
- OF continues to engage with DHS and OMB regarding potential funding requirements to ensure funding availability during a continuing resolution.
- Contracting out caretaking functions (G4S) – Donna Twyford has lead.

**J9-LIAISON:**
- 200 additional cots to Sister Norma at her request/from FEMA working out specifics on delivery.
- City of McAllen will set up a new tent with Sister Norma this evening and through the weekend that will take an additional 270 FAMU.
- ERO working on "internal" flow increase and additional output from CPC within 1-2 days. They have increased based on

number by 100-200 day in the past few days.
- Call set up with VTC GM by HQ ERO to see if he can increase busses out of McAllen consistent with City and NGO flow.
- ERO CAT Team is operational FOD Tom Decker is running it.

**NOTE: OCC**



**NOTE: OFO - XD Beverly Good:**
- El Paso City Emergency Services offered the Tigua Indian recreation center for overflow use.
- The Recreation Center has restrooms, and showers. XD Good has an issue paper and photos available.

**NOTE: OPA:**
Legal Migration Campaign will begin soon with TV and radio commercials.

| Apprehensions | | | | | In Custody | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UAC | FMUA | SINGLE | TOTALS | | UAC | FMUA | SINGLE | TOTALS |
| USBP | 207 | 457 | 781 | 1445 | USBP | 420 | 1505 | 1555 | 3480 |
| OFO | 62 | 314 | 234 | 610 | OFO | 90 | 805 | 451 | 1346 |
| Total: | 269 | 771 | 1015 | 2055 | Total: | 510 | 2310 | 2006 | 4826 |

GC

Regards,
Gloria I. Chavez
Crisis Action Team
U.S. Customs and Border Protection
1300 Pennsylania Avenue, Wash. D.C.