MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 62 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** CHAVEZ, GLORIA I
**Sent:** Monday, November 7, 2016 5:47 PM
**To:** MCALEENAN, KEVIN K; MORGAN, MARK A (USBP); Owen, Todd C (AC OFO); SMITH, BRENDA BROCKMAN; YOUNG, EDWARD E; ALLES, RANDOLPH D; VITIELLO, RONALD D (USBP); WILLIAMS, JAYE M; LANDFRIED, PHIL A; BORKOWSKI, MARK S; SAHAKIAN, DIANE V; JACKSON, ADAM S; KOUMANS, MARK; GLAWE, DAVID; CASTANEDA, BELINDA C (OCC); Slocum, Louisa (OCC); GOOD, BEVERLY; PROVOST, CARLA (USBP); LUCK, SCOTT A (USBP); KLEIN, MATTHEW (OPR); YEAGER, MICHAEL; HOOVER, CRINLEY S; HULL, AARON A; JAQUEZ, PETER; HUDSON, RICHARD M; CALVO, KARL H.; KOLLER, JULIE (OCC); WHITE, BRENDA L; JANSON, ROBERT F; FRIEL, MICHAEL J; BRISTOW, JUSTIN A; BURKE, JENNY L; BP Field Chiefs; BROOKS, WILLIAM K; BOYCE, MARIA L; HIGGERSON, DAVID P; FLORES, PETE ROMERO; MANCHA, HECTOR; WEBB, BENJAMIN E.; DUTCH, FRANCIS; HEAVEY, BRENDAN P.; LEY, JENNIFER E.; MILLER, TROY A; CONROY, DONALD E; SADLER, STEPHEN; HOFFMAN, TODD A; HUTTON, JAMES R
**CC:** QUINN, TIMOTHY; HANNA, RENE; NUNEZ-NETO, BLAS; FLANAGAN, PATRICK S; SALAZAR, JAIME; VISCONTI, JAY; CBP-CAT; GARRISON, SHAWNA
**Subject:** RE: CBP MIGRATION CAT - COB 11/07/16

Deputy Commissioner and all - Please see the below end of day report for the CBP Migration Crisis Action Team (CAT) for your situational awareness.

### J1-ADMINISTRATION:

- Implemented a collection and reporting process on CBP-wide operational component migration activities.
- Developing the CBP CAT Standard Operating Procedures and Governance.
- Working on specific group mailing lists.

### J2-INTEL:

- [redacted]
- [redacted]

### J3 OPERATIONS:

- Conducted operational conference call with San Diego Field Office management to discuss the "soft opening" of the El Centro Processing center on 11/14/16.
    - A total of 47 ERO Officers on TDY arrive in El Centro on 11/14/2016. Some ERO officers arriving in the AM hours on 11/14/16.
    - CBP-CAT will work with ERO to get specific line-up of ERO resources to support (e.g. busess/vans?)
    - USCG will provide support to conduct medical screenings (CBP-CAT working this currently).
- San Ysidro and Calexico are at capacity and are prioritizing intake to manage the flow; still utilizing USBP Imperial Beach Station and Barracks 5 for holding.
- RGV working closely with Brownsville POE to facilitate and prioritize the transfer of processed FMUAs to Ursula and/or Sister Norma Tent location.

### J4 LOGISTICS:

- Submitted request to expand janitorial and custodial services for El Paso and Laredo Field Office, waiting for response from Mission Support.
- Assessing/Evaluating the Ysleta Del Sur Pueblo Facility on reservation land (Tiguas Tribe) in El Paso, TX to be considered for the temporary hold of FMUAs. Capacity at the facility is [redacted] FM&E and Procurement will be making a site visit tomorrow (Tuesday) to assess the facility. Upon feedback, we will engage the Tiguas Tribe for presentation before their tribal council (2 weeks). This can serve as a short term solution for overflow of detainees.
- Nogales Processing Center (NPC) – CBP-CAT is evaluating the requirements at the NPC to ensure that everyone is on the same page regarding OCC counsel regarding with regards to the transferring of bodies to the NPC from other locations.
    - For consideration is the current Jane Doe requirements, Time in Custody of the detainees (72 hour limit), and originiating venue for transfers. More to follow on this front.

### J5 PLANNING:

- CBP-CAT held a 1230 meeting to coordinate plans and requirements for site assessments on Tornillo, TX facility and the Gary Job corps Facility in San Marcos, TX. Both are 30 days out until operational.
    - A preliminary site assessment for both facilities are due NLT COB on Thursday 11/10.

Confidential

AOL-DEF-00272790

- o A cost estimate for these site are due NLT 11/18.
- o CBP-CAT, FM&E, and Procurement is working closely with FEMA.
- CBP – CAT is working on metrics and measures that will trigger us to stand up the tents at the Tornillo, TX and Gary Facility in San Marcos, TX.

**J6-COMMUNICATIONS:**

- Coordination with OPA on a request from CBS News in Los Angeles in regards to Haitain Refugees at San Ysidro.
- Coordination with OCA to manage request for Congressional briefings on migration operational tempo on the Southwest border.
- Coordination with CBP-OC and CBP-NGO to facilitate as NGO's are reaching out to Agency to make donations.
- CBP-CAT working on a Migration briefing 101 to be using for upcoming briefings.

**J7-TRAINING:**
- No updates.

**J8-FINANCE:**

- OF has provided the CBP-CAT a spreadsheet to capture the operational expense profile for the migration surge including TDY, overtime, processing facilities, transportation and contracts for both OFO and USBP. CBP-CAT will coordinate with operational offices to capture data accurately and provide an estimate of expeditures.
- OF continues to engage with DHS and OMB regarding potential funding requirements to ensure funding availability during a continuing resolution.
- Humanitarian Contract – Current USBP contract allows for a 25% surge. Working on expanding G4S contract.
    - o Prioritizing RGV and EPT
    - o In short term, USBP can use surge funding for (2 months).
    - o This will increase hours by 25% at both locations

**J9-LIAISON:**

- Anna Hinken is organizing a teleconference with the NGO community on Nov. 18th at 2 p.m.
- Sisiter Norma received 200 cots and blankets from FEMA and Red Cross; we are now working to get her sleeping mats to maximize capacity at her location for the intake of FMUAs.
- ERO has committed to the below pickups and transfers from CBP:
    - o Currently ▮ processed – ▮ will be sent to Dilley
    - o A total of ▮ will be released to local shelter (today)
    - o A total of ▮ will be released to local shelter (tomorrow – Tuesday)
    - o A total of ▮ will be released by ERO (Wednesday)

|  |  |
|---|---|
|  |  |

Thank you.

GC

Regards,
Gloria I. Chavez
Crisis Action Team
U.S. Customs and Border Protection

Confidential

AOL-DEF-00272792