MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Chad F. Wolf,[1] *et al.*,

Defendants.

Case No.: 17-cv-02366-BAS-KSC

**EXHIBIT 66 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** ARMIJO, JOHNNY L
**Sent:** Thursday, November 10, 2016 1:15 PM
**To:** KOSEOR, RYAN M; HOOD, ROBERT W; LABAK, RICHARD J; COOK, VERNON; TIBBETTS, STEVEN L; TAITAGUE, CLAUDIA; GRANADOS, ANDREA M; AKI, SIDNEY K; SALAZAR, DAVID A
**CC:** FLORES, PETE ROMERO
**Subject:** RE: El Centro Processing Center Opening

Good morning, All.

I want to assure that everyone is dialed in.

The issues surrounding the influx is extremely fluid involving the Department (DHS) and White House.

CAT's notification indicating that the El Centro Processing Center will not be activated on November 14th **does not** change/impact our current battle rhythm.

There is a substantial amount of preparation/logistical work required to ensure that the SDFO is well position and readily able to execute any and all operational requirements.

Moreover, there are multiple lines of effort in play to address the sustained influx we are currently experiencing and require priority attention.

The expectation is that we maximize our tools and capabilities to assure we are well prepared and able to execute well.

If you encounter any encumbrances or concerns, feel free to reach out.

Johnny Armijo
Assistant Director Border Security
San Diego, California

---

**From:** ARMIJO, JOHNNY L
**Sent:** Wednesday, November 09, 2016 3:40 PM
**To:** KOSEOR, RYAN M HOOD, ROBERT W
**Cc:** LABAK, RICHARD J < TAITAGUE, CLAUDIA GRANADOS, ANDREA M
**Subject:** Re: El Centro Processing Center Opening

Read thread.

The El Centro Facility **will not** have a soft opening on November 14th and we **will not** go live on November 28th.

Johnny Armijo
Assistant Director Border Security
San Diego, California

---

**From:** FLORES, PETE ROMERO
**Sent:** Wednesday, November 09, 2016 3:32 PM



FYSA –

- El Centro ICE Facility:
  - Rental furniture delivered today 11/9.
  - Permanent furniture will be delivered no later than 12/23/16.
  - OFAM confirmed completion of the deep cleaning and CCTV repairs.

- El Centro Facility will **NOT** have a soft opening of 11/[illegible] and will NOT go live on 11/28. Planning and contracting will continue but NO TDY personnel from OFO and ICE will be deployed. CBP will continue to work and have facility ready for when trigger is pulled to staff it.

- OFO HQ will provide notification to the field components.

CBP-CAT will make notification of the same to ICE-ERO.

Pete Flores
Director, Field Operations
San Diego Field Office
U.S. Customs and Border Protection
[redacted]

---

**From:** CHAVEZ, GLORIA I
**Sent:** Wednesday, November 09, 2016 3:26 PM
[redacted]
**Subject:** RE: CBP MIGRATION CAT - COB 11/09/16

Deputy Commissioner and all - Please see the below end of day report for the CBP Migration Crisis Action Team (CAT) for your situational awareness.

**J1-ADMINISTRATION:**

- CBP CAT is developing the CBP CAT Standard Operating Procedures and Governance.

**J2-INTEL:**

- [redacted]

**J3 OPERATIONS:**

- CBP CAT attended a coordination meeting with RGV to identify triggers in the event soft-sided facilities are needed. RGV will provide their assessment to us by COB Monday, 11/9/16.

**J4 LOGISTICS:**

- Nogales Processing Center:
  - Conducted walk-throughs with potential vendors and receipt of proposals - expected shortly.
  - Contract awards and notices to proceed will be awarded early next week.
  - OFAM will continue to coordinate requirements with USBP and work closely with OP to meet the facilities-related requirements by 11/28/2016.
- El Centro ICE Facility:
  - Rental furniture delivered today 11/9.

- Permanent furniture will be delivered no later than 12/23/16.
- OFAM confirmed completion of the deep cleaning and CCTV repairs.
- El Centro Facility will **NOT** have a soft opening of 11/14 and will **NOT** go live on 11/28. Planning and contracting will continue but NO TDY personnel from OFO and ICE will be deployed. CBP will continue to work and have facility ready for when trigger is pulled to staff it.
- OFO HQ will provide notification to the field components.
- CBP-CAT will make notification of the same to ICE-ERO.

- Possible Soft-sided Processing Facilities at LPOEs:
  - OFAM is working with OP to develop a contract for erecting a temporary, soft-sided processing structures at CBP site at Tornillo (ASAP), and contingency plans for Otay Mesa and Brownsville USBP Station.
  - Plans for Tornillo was for [redacted] to up to [redacted] beds for UACs and families as needed (scalable).
  - FM&E conducted a preliminary site visit to Tornillo and Tigua facilities–
    - Initial determination is that Tornillo can accommodate up to [redacted] beds if three separate sites are utilized. Plans are to start at [redacted] capacity for now and grow from there as needed.
    - Tigua facility was removed from consideration due to local tribe denying the CBP request.
  - Otay Mesa site visit by FM&E is scheduled for this Thursday. Possible Soft-sided Processing Facilities at Brownsville Station and conducting site assessment tomorrow Thursday as well.

**J5 PLANNING:**

- No updates.

**J6-COMMUNICATIONS:**

- Briefed Congressman O'Rourke's office on status of current migrant surge in the El Paso region; his office offered assistance and asked to be kept updated. OCA will coordinate this effort.

**J7-TRAINING:**

- No updates.

**J8-FINANCE:**

- OF Budget team will create a draft exception apportionment document, with justification for additional spending authority during the CR period.
- OF Budget will draft a cost-estimate of the Migration Surge requirements.
- OFO HQ is tasked with providing OF a requirement list of expenditures for (TDY, OT, contractual services, etc.)
- USBP HQ is tasked with providing OF a requirement list of expenditures for (TDY, OT, contractual services, etc.)

**J9-LIAISON:**

- CBP CAT discussed El Centro Facility Plans with ERO. ERO will not be able to fulfill a commitment of daily [redacted] out of El Centro Facility due to [redacted] Therefore, as noted above, the El Centro Facility will be placed on pause for TDY personnel until further notice. CBP and ERO will work transfers on a daily basis based on bed space throughout the country.
- ERO moved 100 Haitians from San Diego to various detention centers today.

| Apprehensions | | | | | In Custody | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UAC | FMUA | SINGLE | TOTALS | | UAC | FMUA | SINGLE | TOTALS |
| USBP | 301 | 636 | 845 | 1782 | USBP | 541 | 1508 | 1590 | 3639 |
| OFO | 42 | 339 | 249 | 630 | OFO | 80 | 726 | 571 | 1377 |
| Total: | 343 | 975 | 1094 | 2412 | Total: | 621 | 2234 | 2161 | 5016 |

GC

Regards,
Gloria I. Chavez
Crisis Action Team

U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Wash. D.C.