MAYER BROWN LLP
　Matthew H. Marmolejo (CA Bar No. 242964)
　*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
　Ori Lev (DC Bar No. 452565)
　(*pro hac vice*)
　*olev@mayerbrown.com*
　Stephen M. Medlock (VA Bar No. 78819)
　(*pro hac vice*)
　*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:　+1.202.263.3000
Facsimile:　+1.202.263.3300

SOUTHERN POVERTY LAW CENTER
　Melissa Crow (DC Bar No. 453487)
　(*pro hac vice*)
　*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br>　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 67 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** MCALEENAN, KEVIN K
**Sent:** Friday, November 11, 2016 2:50 PM
**To:** Owen, Todd C (AC OFO); WAGNER, JOHN P
**Subject:** FW: Metering FMUAs at the TX CBP POEs

Beverly said on our call just now that you were going to talk about this next week at your conference. Hence my other note.

I would like to attend your next one, by the way.

---

**From:** CHAVEZ, GLORIA I
**Sent:** Friday, November 11, 2016 2:44:25 PM
**To:** MCALEENAN, KEVIN K
**Subject:** FW: Metering FMUAs at the TX CBP POEs

Deputy - FYSA - I sent this guidance yesterday to them and spoke with Beverly about it as well.

GC

Gloria I. Chavez
Deputy Chief - Law Enforcement Operations
U.S. Border Patrol Headquarters
Washington D.C.

---

**From:** CHAVEZ, GLORIA I
**Sent:** Thursday, November 10, 2016 2:48:49 PM
**To:** GOOD, BEVERLY
**Cc:** TAMAYO, ENRIQUE S; FLANAGAN, PATRICK S
**Subject:** Metering FMUAs at the TX CBP POEs

Beverly – One other topic that C2 discussed at the NAC meeting today was the ability to meter the flow of FMUAs at the POE bridges (at the middle of the bridge) at some of our Texas POEs to prevent the overflow at the actual POEs. For example, placing a couple of CBPOs at the international boundary line (middle of the bridge) to manage the flow of arriving FMAUs at the POE. The proposal was focused towards the family units from Central America; the exception being Mexican FMUAs claiming credible fear of course. All other legitimate pedestrian traffic would be okay to pass through and not be held up.

I just received word from Commissioner's staff that this proposal that C2 introduced to S1 for consideration earlier today was approved by S1 and to make notification to OFO. So please proceed with informing your OFO field leadership at some of our Texas POEs of this approval so they can start this new operational alignment to bring relief at the POEs. Also, at the local level there are valuable partnerships with our Mexican counterparts, so if possible, it would be great if OFO field leadership at those affected locations inform their Mexican counterparts of their intent.

Let me know if you have any questions.

Thank you!
GC

Regards,
Gloria I. Chavez
Crisis Action Team
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Wash. D.C.



EXHIBIT NO. 31
Dec. 13, 2019

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00272936