MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 71 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** AGOSTTINI, JOE
**Sent:** Friday, November 18, 2016 7:43 PM
**To:** GONZALEZ, CARLOS L; BROOKS, WILLIAM K
**CC:** HUMPHRIES, MICHAEL W
**Subject:** Consolidated Weekly highlights

Perfect, I am glad DHS and HQ is involved and working with the Embassy in D.C.

We will make our adjustments here locally to make it successful and easier for everyone.

Enjoy the weekend.

Joe

**From:** GONZALEZ, CARLOS L
**Sent:** Friday, November 18, 2016 5:28 PM

**Subject:** RE: Consolidated Weekly highlights

Joe,

We are working the bus issue through the repatriation workgroup in DC. DHS is now involved with the Mexican embassy in DC.

INM is back to the drawing board on how to assist us meter migrants. As you may already know, we (CBP) announced to GOM two days ago that our ports will be pushing migrants without entry documents back to Mexico to await an appointment to be processed at the POEs. These self-metered measures began in El Paso already.

From my understanding, the concept pretty much involves placing CBP personnel at the international line to screen legitimate passengers with entry documents and allowing them into the processing areas while asking those that do not have documents and that may otherwise be seeking some sort of benefit to return to Mexico with a date and time issued by our personnel.

I defer to Will for guidance on how Nogales should handle this but highly recommend we push back (self-meter).

Carlos

Carlos L. Gonzalez
Attaché
Customs and Border Protection
U.S. Embassy, Mexico City



**From:** AGOSTTINI, JOE
**Sent:** Friday, November 18, 2016 6:09 PM

**Subject:** RE: Consolidated Weekly highlights

The Local Sub Delgado and Delgado for Sonora give us limited assistance as it relates to the influx of Haitians and Central Americans.

INM in San Luis will no longer be processing or metering Haitians, I am sure they will be coming our way soon.

Also, INM is straying away from participating in helping us with the move of repatriation buses from ERO/USBP from the DeConcini to the Mariposa POE.

This move is inevitable as GSA engineers report that the outbound lanes infrastructure is extremely weak to support more than 20,000 pounds of weigh from these buses; they will be repairing the outbound lanes at the DeConcini POE at the end of January, beginning of February.

We have already met with the commercial bus companies to advise them of this move, they understand.

Joe

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-01267497