MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>        Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 72 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

| | |
|---|---|
| 1 | |
| 2 | CENTER FOR CONSTITUTIONAL RIGHTS |
| | Baher Azmy (NY Bar No. 2860740) (*pro hac vice*) |
| 3 | *bazmy@ccrjustice.org* |
| | Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*) |
| 4 | *gschwarz@ccrjustice.org* |
| | Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*) |
| 5 | *aguisado@ccrjustice.org* |
| 6 | 666 Broadway, 7th Floor |
| | New York, NY 10012 |
| 7 | Telephone: +1.212.614.6464 |
| | Facsimile: +1.212.614.6499 |
| 8 | |
| 9 | SOUTHERN POVERTY LAW CENTER |
| | Sarah Rich (GA Bar No. 281985) (*pro hac vice*) |
| 10 | *sarah.rich@splcenter.org* |
| | Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*) |
| 11 | *rebecca.cassler@splcenter.org* |
| | 150 E. Ponce de Leon Ave., Suite 340 |
| 12 | Decatur, GA 30030 |
| | Telephone: +1.404.521.6700 |
| 13 | Facsimile: +1.404.221.5857 |
| 14 | |
| | AMERICAN IMMIGRATION COUNCIL |
| 15 | Karolina Walters (DC Bar No. 1049113) (*pro hac vice*) |
| | *kwalters@immcouncil.org* |
| 16 | 1331 G St. NW, Suite 200 |
| | Washington, D.C. 20005 |
| 17 | Telephone: +1.202.507.7523 |
| | Facsimile: +1.202.742.5619 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**From:** CHAVEZ, GLORIA I
**Sent:** Tuesday, November 15, 2016 7:04 PM
**To:** MCALEENAN, KEVIN K; MORGAN, MARK A (USBP); Owen, Todd C (AC OFO); SMITH, BRENDA BROCKMAN; YOUNG, EDWARD E; ALLES, RANDOLPH D; VITIELLO, RONALD D (USBP); WILLIAMS, JAYE M; LANDFRIED, PHIL A; BORKOWSKI, MARK S; SAHAKIAN, DIANE V; JACKSON, ADAM S; KOUMANS, MARK; GLAWE, DAVID; CASTANEDA, BELINDA C (OCC); Slocum, Louisa (OCC); GOOD, BEVERLY; PROVOST, CARLA (USBP); LUCK, SCOTT A (USBP); KLEIN, MATTHEW (OPR); YEAGER, MICHAEL; HOOVER, CRINLEY S; HULL, AARON A; JAQUEZ, PETER; HUDSON, RICHARD M; CALVO, KARL H.; KOLLER, JULIE (OCC); WHITE, BRENDA L; JANSON, ROBERT F; FRIEL, MICHAEL J; BRISTOW, JUSTIN A; BURKE, JENNY L; BP Field Chiefs; BROOKS, WILLIAM K; BOYCE, MARIA L; HIGGERSON, DAVID P; FLORES, PETE ROMERO; MANCHA, HECTOR; WEBB, BENJAMIN E.; DUTCH, FRANCIS; HEAVEY, BRENDAN P.; LEY, JENNIFER E.; MILLER, TROY A; CONROY, DONALD E; SADLER, STEPHEN; HOFFMAN, TODD A; HUTTON, JAMES R; VILLARREAL, MARIO; MADDOCKS, WILLIAM J
**CC:** QUINN, TIMOTHY; HANNA, RENE; NUNEZ-NETO, BLAS; FLANAGAN, PATRICK S; SALAZAR, JAIME; VISCONTI, JAY; CBP-CAT; GARRISON, SHAWNA; WRIGHT, KEVIN S
**Subject:** RE: CBP MIGRATION CAT - COB 11/15/16

Deputy Commissioner and all - Please see the below end of day report for the CBP Migration Crisis Action Team (CAT) for your situational awareness.

### J1 – ADMINISTRATION

- Developing a chart/graph for ERO transfers per day for further analysis.
- Capturing from the CBP operational components the total expenditures on their end related to this migration surge.

### J2-INTEL:

- ████████████████████████████████████████
- To date, 839 Congo/Haitians have reported to date; and 4226 for FY 2017.
- Southwest Border-Ports of Entry report an unofficial FY 2017 Haitian count as follows:

    - Calexico, CA – West      1252
    - Calexico, CA – East      4
    - Douglas, AZ             16
    - El Paso, TX             14
    - Otay Mesa, CA           0
    - San Luis, AZ            589
    - San Ysidro, CA          2451
    - Brownsville, TX         66
    - Nogales, AZ             116
    - **TOTAL:**              **4508**

- Costa Rica reported the following numbers of migrants during the week of 11/08 to 11/14:



### J3 OPERATIONS:

- Working with RGV (OFO and USBP) to identify triggers for the stand up of a soft-sided facility.

- Working with San Diego (OFO and USBP) on triggers for the stand up of a soft-sided facility.
- Coordinated with OPA on strategic messaging for Tornillo's Guadalupe Processing Facility establishment.
- CBP-OPA will provide a Public Affairs Guidance (PAG) packet developed; DRAFT media advisory, DRAFT press release, DRAFT Talking Points for leadership review by COB, Thursday, November 17, 2016.
- Working with the OPA, OCA and NGO CBP representatives to manage the invites of media, congressional and NGO representatives to the Tornillo-Guadalupe site before it becomes operational.
- Tours to the site are tentatively scheduled for Saturday, 11/19/16.

**J4 LOGISTICS:**

- <u>Nogales Processing Center **(ON HOLD STATUS)**</u>:
- As of this evening, 11/15/16, CBP leadership has decided to place the Nogales Processing Center on **HOLD** status until further notice. At this time, we are going to conduct an assessment on the cost-benefit and whether this is a viable option operationally as there are other soft-sided facilities at various strategic locations along the Southwest border under consideration at this time.

- <u>*El Centro ICE Facility **(ON HOLD STATUS)***</u>:
  - This facility is on **HOLD** status until further notice.
  - Rental furniture delivered and appliances installation completed.
  - Permanent furniture will be delivered no later than 12/23/16.
  - Facility ready for soft opening with opening and "Go Live" date.

<u>**Soft-sided Holding Facilities at LPOEs:**</u>

- *Tornillo Detention Facility:*
  - Notice to Proceed issued last night to erect a temporary CBP processing center with ▮ bed capacity with option to expand.
  - This CBP soft-sided facility is located at Tornillo-Guadalupe.
  - The CBP contract includes guard services, both inside and outside each of the facilities.
  - Contractor starting to mobilize on site today 11/15/16.
  - Initial operating capability (IOC) on Friday, 11/18.
  - The contractor will develop pricing for the option of meeting transportation requirements.
  - Other option: Current G4S contract might be able to provide 1 bus/2 drivers for transportation per shift. Confirmation on this will be delivered tomorrow, Wednesday, 11/15/16.

- *Office of Facilities Asset and Management updates (OFAM):*
  - Contingency plans to hold **Otay Mesa** and **Donna** LPOEs sites.
  - Site visits and OFAM's resulting reports for these sites will be completed this week.
  - OFAM facility SMEs working with GSA on a permit to place soft-sided processing structures at LPOEs due to targeted LPOE sites are owned by GSA.

- *Brownsville Border Patrol Station Soft-sided facility updates:*
  - Preliminary site visit held on 11/9 at the **Brownsville Border Patrol Station**.
  - This site would be used for Ursula overflow if required.

**J5 PLANNING:**

- Planning will complete trigger points to erect additional soft sided facilities.
    - Consider utilizing the bus and transportation officers to shuttle detainees to the Tornillo Guadalupe Processing Facility.
    - Officers will man 2 shifts for the Tornillo shuttle transportation (7am-3pm / 3pm – 9pm).
    - Working with G4S to see what they can offer to offset the need for a new transportation contract; confirmation on 11/16/16.

**J6-COMMUNICATIONS:**

- OCA
    - Appropriations briefing went well. There are pending "get backs" that are due by COB Wednesday, 11/16/16.
    - Judiciary briefing scheduled for tomorrow, Wednesday, 11/16/16.
    - **Invite of congressional representatives to visit the Tornillo-Guadalupe site location on Saturday, 11/19/16.**
- OPA
    - Will draft the Public Affairs Guidance (PAG) packet developed; DRAFT media advisory, DRAFT press release, DRAFT Talking Points for leadership review by COB, Thursday, November 17, 2016.
    - **Invite media representatives to visit the Tornillo-Guadalupe site location on Saturday, 11/19/16.**
- NGO
    - NGO call will be held tomorrow, Wednesday, 11/15/16.
    - A number of NGOs are meeting this week in El Paso among themselves to plan for the coming year. This includes NGOs from Wash DC and along the SW border.
    - **Invite NGOs to visit the Tornillo-Guadalupe site on Saturday, 11/19/16.**

Thank you.

GC

Regards,
Gloria I. Chavez
Crisis Action Team
U.S. Customs and Border Protection
1300 Pennsylania Avenue, Wash. D.C.