MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>       Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 74 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** THOME, FERNANDO A
**Sent:** Thursday, November 17, 2016 2:10 PM
**To:** CBP-CAT
**CC:** BROWN, FRANCIS D; CLEAVES, SAMUEL B; BROWN, FRANCIS D; OLIVAS, BERNARDO; SAINDON, CHRISTOPHER; CLEAVES, SAMUEL B; SOLIS, SEVERIANO; MILLER, BARRY F; REYES, VICTOR R; SIFFORD, DONNA R; MANCHA, HECTOR
**Subject:** RE: **RFI** Please Provide Response by COB today
**Attachments:** PDN1.jpg; YSL1.jpg; BOTA1.bmp

ALCON,

1. Is the POE/crossing metering OTMs?
    - Port of El Paso: Yes
    - Port of Columbus: No
    - Port of Santa Teresa: No
    - Port of Albuquerque: No
    - Port of Tornillo: No
    - Port of Presidio: No

2. Who is doing the metering? (CBP or Mexico)
    - CBP OFO officers are performing the metering.

3. Where is the metering taking place? (In Mexico, in the U.S., on the bridge)
    - At the top of the bridge or the base of the bridge in the United States at the Port of El Paso (Paso Del Norte, Bridge of the Americas, Ysleta). Location of metering varies between the top of the bridge or the bottom depending on operational feasibility

4. How is the metering being handled? (e.g. turnstile, tickets, turning people away)
    - They are provided an appointment for a future date (within a day or two). For example: they are instructed to return on Thursday at 0800.
    - They are then turned away and provide NGO locations in Juarez

5. If the metering is done by Mexico, how is the POE communicating the number of OTMs to be metered to the POE? (Phone call, how often, when, etc.)
    - Not applicable – Metering conducted by CBP OFO

6. Has the POE/crossing turned away any aliens due to capacity issues once the aliens were on U.S. soil?
    - All metering is conducted at the top of the bridge or the base of the bridge on the U.S. side, therefore all aliens are being turned away and given appointments while on the U.S. side of the bridge.

Additional note: PAO received inquiry from Mexican Media (El Norte) regarding a group of Hondurans who were turned away at the Port of El Paso. PAO coordinating with OPA on response.

BSC Thome

---

**From:** CLEAVES, SAMUEL B
**Sent:** Thursday, November 17, 2016 11:18 AM
**To:** THOME, FERNANDO A
**Subject:** FW: **RFI** Please Provide Response by COB today


Samuel Cleaves
Watch Commander
El Paso Field Office

---

**From:** CBP-CAT
**Sent:** Thursday, November 17, 2016 10:21:30 AM
**To:** ARMIJO, JOHNNY L; BROWN, FRANCIS D; CLEAVES, SAMUEL B; LONGORIA, FRANK S; HUMPHRIES, MICHAEL W
**Cc:** THORNBLOOM, LINDA A; TAMAYO, ENRIQUE S; VAQUERO, ROBERTO
**Subject:** **RFI** Please Provide Response by COB today

All,

Please provide an immediate response to the information below for each POE and bridge on the Southwest Border:

1. Is the POE/crossing metering OTMs?

2. Who is doing the metering? (CBP or Mexico)

3. Where is the metering taking place? (In Mexico, in the U.S., on the bridge)

4. How is the metering being handled? (e.g. turnstile, tickets, turning people away)

5. If the metering is done by Mexico, how is the POE communicating the number of OTMs to be metered to the POE? (Phone call, how often, when, etc.)

6. Has the POE/crossing turned away any aliens due to capacity issues once the aliens were on U.S. soil?

Finally, please send pictures of your pedestrian bridges/turnstile areas as part of the response.

CBP-CAT

[redacted]

Confidential

AOL-DEF-00799451