MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>   Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 75 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8
   SOUTHERN POVERTY LAW CENTER
9    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
     *sarah.rich@splcenter.org*
10   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
     *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

**From:** HOWE, RANDY J
**Sent:** Sunday, June 3, 2018 8:42 AM
**To:** MANCHA, HECTOR
**Subject:** RE: Bridge even

Thanks.. What's with the taser incident mentioned in the first message?

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** MANCHA, HECTOR
**Sent:** Sunday, June 03, 2018 8:10:30 AM
**To:** HOWE, RANDY J
**Subject:** FW: Bridge even

FYI e-mail exchanges between Maier and Moore.

HM

---

**From:** MAIER, ROGER
**Sent:** Saturday, June 02, 2018 11:18:37 PM
**To:** PROVENCIO, RAY; CLEAVES, SAMUEL B
**Cc:** MANCHA, HECTOR
**Subject:** FW: Bridge even

---

**From:** Robert Moore
**Sent:** Saturday, June 02, 2018 11:07:36 PM
**To:** MAIER, ROGER
**Subject:** Re: Bridge even

OK. I'm going to put in my story that I was standing a couple of feet from Agent Augustin and saw him cross into Mexico to block entry. I will say that CBP denies he entered Mexico.

On Sat, Jun 2, 2018 at 8:31 PM, MAIER, ROGER <ROGER.MAIER@cbp.dhs.gov> wrote:
I checked with the port of El Paso. We did not have an officer enter Mexico.

---

**From:** MAIER, ROGER
**Sent:** Saturday, June 02, 2018 9:27:14 PM
**To:** Robert Moore
**Subject:** RE: Bridge even

Again capacity will vary based on several factors as previously mentioned below.

Checking on you other questions.

---

**From:** Robert Moore [mailto:bmooreep@gmail.com]
**Sent:** Saturday, June 2, 2018 7:13 PM
**To:** MAIER, ROGER <ROGER.MAIER@CBP.DHS.GOV>
**Subject:** Re: Bridge even

Thanks Roger. I should have made it clear that I'm writing for Texas Monthly. Ruben Garcia challenged the accuracy of the capacity claims. Can you tell me the capacity for holding people at the bridges, particularly PDN, where we were today? Can you provide some statistics for the past

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00038270

week or so on the number of people detained at the ports?

Also, are you saying that CPB agents have the legal ability to order people already present in the United States to go to Mexico? I witnessed that today. Eventually, the supervisor on the scene, Agent Gomez, acknowledged that they should take in the three people in the group I was following because they were already several steps inside the boundary. After Agent Gomez made that statement, two CBP agents positioned themselves right on the border to prevent another small group of Guatemalans from coming across the line. I witnessed one agent, Agustin, take a couple of steps into Mexico to block a Guatemalan. Was that appropriate?

Thanks for the response so far.

Bob

On Sat, Jun 2, 2018 at 6:29 PM, MAIER, ROGER <ROGER.MAIER@cbp.dhs.gov> wrote:

> Bob:
>
> Regarding what you witnessed today U.S. Customs and Border Protection (CBP) is taking a proactive approach to ensure that arriving travelers have valid entry documents in order to expedite the processing of lawful travel. That being said, CBP processes undocumented persons as expeditiously as possible without negating the agency's overall mission, or compromising the safety of individuals within our custody.
>
> The number of inadmissible individuals CBP is able to process varies based upon case complexity; available resources; medical needs; translation requirements; holding/detention space; overall port volume; and ongoing enforcement actions. No one is being denied the opportunity to make a claim of credible fear or seek asylum. Once space is available and/or other factors allow then CBP officers allow more people into our facilities for processing. This has been occurring intermittently as needed for about a month here in El Paso and other locations as well where the volume of arriving people exceeds the capacity of our facilities.
>
> I know you understand that port of entry facilities were not designed to hold hundreds of people at a time who may be seeking asylum. I also know that as a longtime resident of El Paso you fully understand that keeping the flow of legitimate trade and travel is important to our community leaders and residents of El Paso and Juarez. Balancing these demands, keeping illicit goods and people out of the country, and managing the influx of Central Americans seeking asylum (along with everything else we do) requires a careful balance of our resources and space.
>
> You did not indicate if you are just asking out of curiosity or if you are writing for someone but either way please let me know. See you later this week at our training session.
>
> Thanks.
>
> Roger Maier

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00038271

**Sent:** Saturday, June 2, 2018 3:25 PM
**To:** MAIER, ROGER <ROGER.MAIER@CBP.DHS.GOV>
**Subject:** Bridge even

Roger:

I accompanied Ruben Garcia from Annunciation House today to talk to a group of Guatemalans who said they were denied the opportunity to come into the United States to make an asylum claim. After meeting with them, Ruben took a badly sunburned mother and her baby, as well as a 16-year-old unaccompanied girl. Our group was stopped at the top of the bridge, just inside U.S. territory, for CBP agents who asked the Guatemalans for ID. The agents initially said they would not allow the three Guatemalans to move forward. Ruben asked to speak to a supervisor. While we were waiting, another agent armed with a semiautomatic or automatic rifle arrived. At one point, he discharged his Taser toward the ground. It was not a threatening move, but it was audible and visible. The supervisor, Agent Gomez, arrived after a few minutes. He told Ruben the facilities were at capacity, a claim Ruben challenged. Agent Gomez also initially said the Guatemalans couldn't move forward. Ruben and his assistant insisted that since they were on U.S. soil, the law required that they be processed. Agent Gomez eventually agreed to allow them to come forward to be processed.

While I was there, I saw agents standing at the boundary blocking Guatemalans from coming in, or trying to urge Guatemalans back to the Mexican side. At one point, one of the agents crossed into Mexican territory to keep a migrant from coming on to U.S. soil.

Agent Gomez indicated to Ruben that this is happening border wide. Can you tell me what the current directives are regarding people attempting to present at the border to make an asylum claim? What is the policy once someone is on U.S. soil? Can agents prevent them from moving forward on the grounds that the port is at capacity?

Thanks for any help you can provide.

Bob Moore

Highly Confidential/Attorneys' Eyes Only                                AOL-DEF-00038272