MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 84 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

| | |
|---|---|
| **From:** | HOOD, ROBERT W < > |
| **Sent:** | Tuesday, April 24, 2018 9:02 PM |
| **To:** | AH NEE, KAREN S < >; GORDON, TAKA T < >; AKI, SIDNEY K < >; MARIN, MARIZA < > |
| **Subject:** | RE: SYS AEU Custody Report for 04/24/2018 @ 1630 HRS |

Thank you

**From:** AH NEE, KAREN S
**Sent:** Tuesday, April 24, 2018 5:43:47 PM
**To:** HOOD, ROBERT W; GORDON, TAKA T; AKI, SIDNEY K; MARIN, MARIZA
**Subject:** RE: SYS AEU Custody Report for 04/24/2018 @ 1630 HRS

We are intaking 82 right now and there's nothing at the turnstile.

**Karen S. Ah Nee**
Branch Chief, U.S. Customs & Border Protection
Admissibility Enforcement Unit/TTRT
San Ysidro Port of Entry

**From:** HOOD, ROBERT W
**Sent:** Tuesday, April 24, 2018 5:41 PM
**To:** GORDON, TAKA T < >; AKI, SIDNEY K < >; MARIN, MARIZA < >; AH NEE, KAREN S < >
**Subject:** RE: SYS AEU Custody Report for 04/24/2018 @ 1630 HRS

How many are we intaking right now?

Is the a line waiting at the Ped West turnstile?

**From:** GORDON, TAKA T
**Sent:** Tuesday, April 24, 2018 4:41:12 PM
**To:** AKI, SIDNEY K; HOOD, ROBERT W; MARIN, MARIZA; AH NEE, KAREN S
**Subject:** SYS AEU Custody Report for 04/24/2018 @ 1630 HRS

All,

OFO currently has **209** detainees in custody (**0** detainees at BP Barracks, **0** detainees at IMB, **209** detainees at SYS POE, and **0** in the Hospital).

| Completed Cases: | |
|---|---|
| **Total Completed Cases: 57** (35 Singles, 1 UAC, 21 individuals from 7 Family Units)<br><br>Locations:  BP Barracks: **0**<br>          IMB BP Station: **0**<br>          SYS POE: **57**<br>          HOSPITAL: **0** | **Total: 57** |
| **Pending Processing at SYS POE: 116** (116 at SYS POE, 0 in the Hospital) | |

| | |
|---|---|
| **22** Need to be processed as ER/CF/OTM ERs /Paroles.<br>**93** Individuals **32** from Family Units need to be processed as NTAs/ERs.<br>**1** UAC needs to be processed as NTA.<br>**0** New cases pending input in SIGMA. | **Total: 116** |
| **Mexican Fraud/Not going into custody: 36 (36 at SYS POE, 0 in the Hospital)** | **Total: 36** |
| **Currently OFO: 209** | **Total: 209** |

***Total waiting at Limit Line: 0***

**DAYS IN CUSTODY**

| | | | |
|---|---|---|---|
| 00-03 DAYS: 204 | OFO: 204 | Barracks: 0 | IMB: 0 |
| 04-07 DAYS: 05 | OFO: 05 | Barracks: 0 | IMB: 0 |
| 08-11 DAYS: 0 | OFO: 00 | Barracks: 0 | IMB: 0 |
| 12-15 DAYS: 0 | OFO: 0 | Barracks: 0 | IMB: 0 |
| 16-25+ DAYS: 0 | OFO: 0 | Barracks: 0 | IMB: 0 |

Respectfully,

Taka T. Gordon
Supervisory CBP Officer
Admissibility Enforcement Unit
Tactical Terrorist Response Team
Customs and Border Protection
San Ysidro Port of Entry

This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.

Confidential

AOL-DEF-00010766