1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*

15

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | **EXHIBIT 85 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3  *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4  *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5  *aguisado@ccrjustice.org*
6  666 Broadway, 7th Floor
   New York, NY 10012
7  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
8

9  SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
10 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
13 Facsimile: +1.404.221.5857

14 AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15 *kwalters@immcouncil.org*
16 1331 G St. NW, Suite 200
   Washington, D.C. 20005
17 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

**From:** CALVILLO, CHRISTIAN D <
**Sent:** Friday, April 27, 2018 9:29 AM

Confidential

AOL-DEF-00010718

**Subject:** SYS AEU Custody Report for 04/27/2018
**Attach:** SYS AEU CUSTODY REPORT 04-27-2018.xls

All,

OFO currently has **257** detainees in custody (**0** detainees at BP Barracks, **0** detainees at IMB, **257** detainees at SYS POE, and **0** in the Hospital).

| | |
|---|---|
| **Completed Cases:**<br><br>**Total Completed Cases: 59** (**28** Singles, **0** UAC, **31** individuals from **10** Family Units)<br><br>Locations:  BP Barracks: **0**<br>            IMB BP Station: **0**<br>            SYS POE: **59**<br>            HOSPITAL: **0** | **Total: 59** |
| **Pending Processing at SYS POE: 158** (**158** at SYS POE, **0** in the Hospital)<br><br>  **40** Need to be processed as ER/CF/OTM ERs /Paroles.<br>  **117** Individuals from **39** Family Units need to be processed as NTAs/ERs.<br>    **1** UAC needs to be processed as NTA.<br>    **0** New cases pending input in SIGMA. | **Total: 158** |
| **Mexican Fraud/Not going into custody: 40** (**40** at SYS POE, **0** in the Hospital) | **Total: 40** |

| Currently OFO: 257 | | | Total: 257 |

### ***Total waiting at Limit Line: 0***

**DAYS IN CUSTODY**

| 00-03 DAYS: 256 | OFO: 256 | Barracks: 0 | IMB: 0 |
|---|---|---|---|
| 04-07 DAYS: 01 ERO NOTIFIED MOVEMENT PENDING | OFO: 01 | Barracks: 0 | IMB: 0 |
| 08-11 DAYS: 0 | OFO: 00 | Barracks: 0 | IMB: 0 |
| 12-15 DAYS: 0 | OFO: 0 | Barracks: 0 | IMB: 0 |
| 16-25+ DAYS: 0 | OFO: 0 | Barracks: 0 | IMB: 0 |

Sincerely,

**CHRISTIAN D. CALVILLO**
Customs and Border Protection Officer
Admissibility Enforcement Unit
Office of Field Operations
San Ysidro Port of Entry

