MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 86 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** CALVILLO, CHRISTIAN D <
**Sent:** Saturday, April 28, 2018 8:40 AM

Confidential

AOL-DEF-00010722

| | |
|---|---|
| Subject: | SYS AEU Custody Report for 04/28/2018 |
| Attach: | SYS AEU CUSTODY REPORT 04-28-2018.xls |

All,

OFO currently has **253** detainees in custody (**0** detainees at BP Barracks, **0** detainees at IMB, **253** detainees at SYS POE, and **0** in the Hospital).

| | |
|---|---|
| **Completed Cases:**<br><br>**Total Completed Cases: 31** (**23** Singles, **1** UAC, **7** individuals from **2** Family Units)<br><br>Locations: BP Barracks: **0**<br>              IMB BP Station: **0**<br>              SYS POE: **31**<br>              HOSPITAL: **0** | **Total: 31** |
| **Pending Processing at SYS POE: 171** (**171** at SYS POE, **0** in the Hospital)<br><br>  **47** Need to be processed as ER/CF/OTM ERs /Paroles.<br>  **120** Individuals from **43** Family Units need to be processed as NTAs/ERs.<br>   **4** UAC needs to be processed as NTA.<br>   **0** New cases pending input in SIGMA. | **Total: 171** |
| **Mexican Fraud/Not going into custody: 51** (**51** at SYS POE, **0** in the Hospital) | **Total: 51** |
| **Currently OFO: 253** | **Total: 253** |

***Total waiting at Limit Line: 0***

**DAYS IN CUSTODY**

| 00-03 DAYS: 253 | OFO: 253 | Barracks: 0 | IMB: 0 |
|---|---|---|---|
| | | | |

Confidential

AOL-DEF-00010723

| | | | |
|---|---|---|---|
| 04-07 DAYS: 0 | OFO: 0 | Barracks: 0 | IMB: 0 |
| 08-11 DAYS: 0 | OFO: 00 | Barracks: 0 | IMB: 0 |
| 12-15 DAYS: 0 | OFO: 0 | Barracks: 0 | IMB: 0 |
| 16-25+ DAYS: 0 | OFO: 0 | Barracks: 0 | IMB: 0 |

Sincerely,

**CHRISTIAN D. CALVILLO**
Customs and Border Protection Officer
Admissibility Enforcement Unit
Office of Field Operations
San Ysidro Port of Entry



Confidential

AOL-DEF-00010724