MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 88 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

**CENTER FOR CONSTITUTIONAL RIGHTS**
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

**SOUTHERN POVERTY LAW CENTER**
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

**AMERICAN IMMIGRATION COUNCIL**
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, April 29, 2018 3:23 PM
**To:** FLORES, PETE ROMERO; Owen, Todd C (AC OFO); PROVOST, CARLA (USBP); SCOTT, RODNEY S; VILLAREAL, ROY D; GONZALEZ, CARLOS L
**CC:** VITIELLO, RONALD D (USBP); FLANAGAN, PATRICK S
**Subject:** RE: Checking in

Thank you. What is current capacity level?

---

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, April 29, 2018 3:20:52 PM
**To:** MCALEENAN, KEVIN K; Owen, Todd C (AC OFO); PROVOST, CARLA (USBP); SCOTT, RODNEY S; VILLAREAL, ROY D; GONZALEZ, CARLOS L
**Cc:** VITIELLO, RONALD D (USBP); FLANAGAN, PATRICK S
**Subject:** RE: Checking in

Sir,

- No caravan subjects have arrived at the San Ysidro Port
- INM has stated they will hold subjects at the entrance to their facility and allow small groups to the limited line so we can notify the subjects we are at capacity.
- INM will allow the subjects to stay at the limit line on the Mexican side for a duration time and ask that they proceed back to the entrance.
- [redacted]

Pete Flores
Director, Field Operations
San Diego, CA
U.S. Customs and Border Protection
[redacted]

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, April 29, 2018 12:07 PM
[redacted]
**Subject:** Checking in

How is everything looking?

Highly Confidential/Attorneys' Eyes Only                                      AOL-DEF-00047694