MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br>  Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 92 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** MARIN, MARIZA
**Sent:** Tuesday, August 7, 2018 2:40 PM
**To:** HOOD, ROBERT W
**CC:** AKI, SIDNEY K
**Subject:** RE: AEU Data

Sir,

22 days, but that is only regarding the 1150 there now. There is no way to tell what will continue to arrive in Tijuana. Some days there are no arrivals, some days there are 100-150.

---

**From:** HOOD, ROBERT W
**Sent:** Tuesday, August 7, 2018 11:37 AM
**To:** MARIN, MARIZA
**Cc:** AKI, SIDNEY K
**Subject:** RE: AEU Data
**Importance:** High

Mariza,

At this rate how long will it take us to get rid of the current back log in Mexico?

**From:** MARIN, MARIZA
**Sent:** Tuesday, August 7, 2018 11:26 AM
**To:** HOOD, ROBERT W
**Subject:** AEU Data

Sir, AEU averages for the last 60 days are as follows:

Intake- 52
Process- 44
Movement- 37

INM is working on getting the number of FAMU vs Singles for us, I have not heard back yet.

Thank you,

Mariza Marin
Watch Commander
San Ysidro Port of Entry

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00072964