MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 94 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** PROVENCIO, RAY
**Sent:** Thursday, May 24, 2018 3:50 PM
**To:** HOWE, RANDY J
**CC:** MANCHA, HECTOR
**Subject:** RE: Info needed by 1600

10-4.

Ray Provencio
Assistant Director of Field Operations
Office of Field Operations – El Paso Field Office
U.S. Customs and Border Protection



---

**From:** HOWE, RANDY J
**Sent:** Thursday, May 24, 2018 1:48 PM
**To:** PROVENCIO, RAY
**Cc:** MANCHA, HECTOR
**Subject:** RE: Info needed by 1600

We reduced your estimate for this exercise to 84 CBPOs.

EAC pointed out that once vehicles and busses cross the boundary line we will not be removing migrants from vehicles and having them walk back to Mexico.

Once they cross the border they are in the US and are ours to process.

Call me if you would like to discuss.

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** PROVENCIO, RAY
**Sent:** Thursday, May 24, 2018 1:41 PM
**To:** HOWE, RANDY J
**Cc:** MANCHA, HECTOR
**Subject:** FW: Info needed by 1600
**Importance:** High

Based on the request and absent unforeseen challenges (e.g. protests, riots, rushing the border, entering via commercial facilities, etc.), the below is a general estimate of what would be needed each shift, per location:

**Port of El Paso**

|     | Mid | Day | Eve | Total |
|-----|-----|-----|-----|-------|
| PDN | 10  | 10  | 10  | 30    |
| BOA | 10  | 10  | 10  | 30    |
| YSL | 10  | 10  | 10  | 30    |
|     |     |     |     | 90    |

**Port of Santa Teresa**

|   | 0 | 6 | 6 | 12 |
|---|---|---|---|----|

**Port of Tornillo**

Highly Confidential/Attorneys' Eyes Only                    AOL-DEF-00095574

| | | | |
|---|---|---|---|
| _Port of Ft. Hancock_ | | | |
| 0 | 2 | 2 | 4 |
| _Port of Columbus_ | | | |
| 6 | 6 | 6 | 18 |
| _Port of Antelope Wells_ | | | |
| 0 | 2 | 0 | 2 |
| _Port of Presidio_ | | | |
| 6 | 6 | 6 | 18 |
| _Port of Albuquerque_ | | | |
| n/a | n/a | n/a | 0 |

EPFO Total                                                                 **156**

The attached power point provides a bit more detail regarding each crossing. Based on the current trend regarding inadmissible aliens and/or those requesting CF, we can anticipate a 60% reduction (i.e. those turned away) in those processed; which, based on previous capacity numbers ▉ we could anticipate 234 turned away per day. We generated that number by taking a snapshot of the busiest port (El Paso), using April 22-25 and comparing it to May 20-23, 2018.

*Ray Provencio*
Assistant Director of Field Operations
Office of Field Operations – El Paso Field Office
U.S. Customs and Border Protection



**From:** HOWE, RANDY J
**Sent:** Thursday, May 24, 2018 11:08 AM
**To:** FLORES, PETE ROMERO ▉ MARICICH, ANNE L ▉ RAMIREZ, GUADALUPE H ▉ MANCHA, HECTOR ▉ PROVENCIO, RAY ▉ HIGGERSON, DAVID P ▉ SKINNER, BRADD M. ▉
**Cc:** CAMPBELL, CARL S ▉
**Subject:** FW: Info needed by 1600
**Importance:** High

DFOs: See EAC request below for a Secretary meeting today. Any questions please call me.

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

**From:** Owen, Todd C (AC OFO)
**Sent:** Thursday, May 24, 2018 12:59 PM
**To:** HOWE, RANDY J ▉ CAMPBELL, CARL S ▉
**Cc:** BORDEAUX, TYESHA ▉
**Subject:** Info needed by 1600
**Importance:** High

Randy/Shane,

- For an S1 meeting this afternoon, S1's office is asking if we fully implement the priority based Que Management option – what's a rough magnitude of CBP folks that will be needed to man the boundary line? What's a rough estimate of the number of folks that would likely be turned away per day?

Can you please contact the 4 SWB DFOs and get a very rough estimate by field office?

Thank you.

*Todd C. Owen*
*Executive Assistant Commissioner*
*Office of Field Operations*
*U.S. Customs & Border Protection*

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00095576