MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 104 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5    *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8

   SOUTHERN POVERTY LAW CENTER
9    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
     *sarah.rich@splcenter.org*
10   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
     *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

**From:** SKINNER, BRADD M.
**Sent:** Friday, July 6, 2018 7:35 PM
**To:** HIGGERSON, DAVID P
**Subject:** FW: Metrics Reminder

Sir, just fyi I spoke w/ Ryan Koseor earlier today and he relayed HQ standing down for now on developing the queue management metrics, good news. The reference to the 30 day strategy in his message relates to the focus on priority mission sets and queue management which as I understand it has come and gone now. The view is that we s/b processing up to 70% of detention / holding capacity depending upon what is coming at us on any given day. ADFO Longoria is asking the PD's for an update on queue management and what is trending at the ports, will discuss further with you on Monday.... Had a good discussion with Brownsville to prep for the Congressional visit on Monday; they will follow a very similar flow to Hidalgo tours with show and tell displays available at different stations; Tater knows to keep it pithy and on point. ... Busy day but all to the good. V/r, Bradd

Bradd Skinner
Deputy Director
Laredo Field Office
Office of Field Operations
U.S. Customs and Border Protection
Office:
Cell:

---

**From:** KOSEOR, RYAN M
**Sent:** Friday, July 6, 2018 1:17 PM
**To:** SKINNER, BRADD M. <​​​​​​​​​​​​​​​​​​​​​​​​​​>; ARMIJO, JOHNNY L <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** FW: Metrics Reminder

Good Afternoon,

Here is the email I sent to the DFOs this morning.

Thanks,

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*
*Cell:*
*MCAT:*

---

**From:** KOSEOR, RYAN M
**Sent:** Friday, July 6, 2018 10:24 AM

1

**To:** PETE ROMERO FLORES ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; ANNE L MARICICH ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; RAMIREZ, GUADALUPE H <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ MANCHA, HECTOR <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; HIGGERSON, DAVID P ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: Metrics Reminder

All,

Since the ports were not able to fully implement this strategy for the entire 30 days, this request has been placed on hold. I will be following up with XD Howe upon his return for further guidance.

Thanks,

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*
*Cell:* ▓▓▓▓▓▓▓▓
*MCAT:* ▓▓▓▓▓▓▓▓

---

**From:** KOSEOR, RYAN M
**Sent:** Thursday, July 5, 2018 3:27 PM
**To:** PETE ROMERO FLORES (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; ANNE L MARICICH ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; RAMIREZ, GUADALUPE H ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; MANCHA, HECTOR <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; HIGGERSON, DAVID P ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Metrics Reminder

Good Afternoon,

I hope everyone had a safe and pleasant holiday. Just wanted to send a friendly reminder about the reporting metrics each field office is to establish. Although the final report is not due until July 18th, please have your team contact me if they have any questions or need some guidance.

Thanks,

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*
*Cell:* ▓▓▓▓▓▓▓▓
*MCAT:* ▓▓▓▓▓▓▓▓

Confidential                                                                                                                                  AOL-DEF-01037409

**From:** HOWE, RANDY J
**Sent:** Monday, June 18, 2018 2:40 PM
**To:** FLORES, PETE ROMERO ▪ ███ ; MARICICH, ANNE L ███ ; RAMIREZ, GUADALUPE H <███> ; MANCHA, HECTOR <███> ; HIGGERSON, DAVID P <███>
**Cc:** DRAGANAC, JOSEPH <███> ; CAMPBELL, CARL S <███>
**Subject:**

DFOs: Please establish some metrics applicable to your AOR…narcotics interdictions, reductions in wait times, OT savings, other cost savings, national security achievements and any other measureable impact. Any questions please call me.


Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
███ (Office)
███ (Cell)

3