MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 107 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

## Search Results Report  

| | |
|---|---|
| Summary | 1 document (selected by user) from search [Any: ["sop" AND "metering"]][Stemmed] in [All fields] |
| Report Date | 02/27/2019 2:39 PM EST |
| Generated By | FarrellS |
| Case Name | 18-122-ISP-CBP |
| PDF Directory | D:\CW\V90\data\esadb\dataStore_case_axt7pdctso_70862856\fileManager\0.14.728.17\jobRun_221 |
| Input File | input_urn |
| Total email message count | 1 |
| Total loose file count | 0 |
| Total email message failed count | 0 |
| Total file conversion failed count | 0 |

EXHIBIT NO. 47
Dec. 13, 2019

Document ID: 0.7.735.198992

From:
To:
Cc:
Bcc:
Subject: AEU Detainee Sentiment on Metering, Current Legislation and SOP at SYS
Date: Tue Jul 03 2018 15:16:42 EDT
Attachments:

Sir,

As requested, over the past week I worked towards gauging the overall sentiment of subjects detained at the San Ysidro (SYS) port of entry. My goal was to determine what effect, if any, are measures such as "zero tolerance" and "metering" implemented by the US/CBP making on subjects attempting entry either illegally or through the credible fear/asylum process.

After reviewing approx. 75 detainee I-213 interview narratives conducted by the SYS AEU during the past 30 days, and speaking with deferred inspections officers from the San Ysidro AEU, I assess that the Mexican, Honduran, El Salvadorian and Guatemalan citizen sentiment detained at the POE is unshaken. Detainees did not claim fear of prosecution, possible separation of family units, and long wait times in Mexico as deterrent factors.

I believe that they are steadfast with the "process", which is described by the detainees as the steps necessary to gain entry into the US through SYS. This "process", again as described by the detainees, begins with a list managed by asylees that places the subject in a line to wait for their turn to attempt entry into the US. Once allowed to attempt entry into the US, subjects stated they could now request asylum/claim credible fear with CBP, which allows you access into the United States to live and work. Detainees described this "process" as necessary for entry and containing minimal to no threat of corruption.

The information on the "process" currently in action in Tijuana and San Ysidro has spread through media outlets in respective countries, and by word of mouth from family members or acquaintances who often have first-hand knowledge. Detainees also commented on the accommodations/shelters provided here to someone in the "process". Detainees stated that at these shelters, managed by Humanitarian group's Derechos Humanos and Desarrollo Sociales, provide food and medical care, and at other ports of entry such as Laredo, "subjects sleep in tents or on the street". This also has spread through word of mouth and through media outlets in respective countries adding to the activity or interest here.

In closing Sir, I did not find any evidence to support whether current legislation and or current procedures in processing had a major effect on detainee sentiment. I assess that detainees are resilient to measures taken and are actually content with current accommodations and procedures in act in Tijuana and San Ysidro.

Respectfully,

Eddie Arias

CBP Border Security

Program Manager / TAU

San Diego Field Office



CONFIDENTIALITY NOTICE: This electronic transmission and/or any/all attachments are to be considered Sensitive But Unclassified (SBU) / For Official Use Only (FOUO) / Law Enforcement Sensitive (LES), and are to be handled and disseminated accordingly.

This electronic transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain sensitive but unclassified information or Privacy Act data and is protected from disclosure under the Freedom of Information Act, 5 USC 552. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.