MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>　　　　　Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 1 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

**From:** GOOD, BEVERLY
**Sent:** Tuesday, November 22, 2016 11:41 AM
**To:** Owen, Todd C (AC OFO); TAMAYO, ENRIQUE S
**CC:** HOFFMAN, TODD A; WAGNER, JOHN P
**Subject:** RE: Appointments

Sir,
Please see below for how the field offices are metering:

**El Paso-** El Paso started out by giving appointments and has since course corrected (this occurred sometime mid to end of last week) and stopped with the appointments and is now just advising immigrants to come back at a later time if the POE is at detention capacity.

**Laredo-** Laredo gives them an appointment (verbally) and tells them when to come back. Officers are on the bridge now as well but the metering seems to have had a deterrent effect and they are not seeing too many cases daily so they don't really have to meter at the moment. However, they are prepared to do so at any moment their capacity reaches its maximum.

**Tucson-** INAMI is controlling the flow (metering) of Haitians for TUCSON. So far they have been able to handle the arrivals of Central Americans and Mexicans without returning anyone with an appointment for another day.

**San Diego-** Mexican Immigration/Group Beta are handling the metering for San Ysidro and Calexico.

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Tuesday, November 22, 2016 9:39 AM
**To:** GOOD, BEVERLY <​>; TAMAYO, ENRIQUE S <​>
**Cc:** HOFFMAN, TODD A <​>; WAGNER, JOHN P <​>
**Subject:** Appointments

Bev, Enrique,

Can you tell me by this afternoon at which ports we – CBP – are giving appointments out at as we turn the migrants away? I know El Paso was doing it, but anyone else? I believe most locations like San Diego are having INAMI give the appointments out, not CBP.

Thx.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection



EXHIBIT NO. 34
Dec. 13, 2019