MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>    Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 3 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 3 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
*bazmy@ccrjustice.org*
Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
*gschwarz@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
*kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 3 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

From: Owen, Todd C (AC OFO)
Sent: Wednesday, May 25, 2016 10:25:20 PM
To: FLORES, PETE ROMERO
Subject: RE: Credible Fear Influx Spot Report

I gave the deputy a heads up.  Gaurenteed to spin up with the election
year shenanigans.


Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection
_____
From: FLORES, PETE ROMERO
Sent: Wednesday, May 25, 2016 7:22:43 PM
To: Owen, Todd C (AC OFO)
Subject: RE: Credible Fear Influx Spot Report

10-4, thanks. Hoping this doesn't start a media frenzy here. Local media
outlets have in the past asked for credible fear numbers and they have
been referred to DHS for a response.


_____
From: Owen, Todd C (AC OFO)
Sent: Wednesday, May 25, 2016 7:17:55 PM
To: FLORES, PETE ROMERO
Subject: RE: Credible Fear Influx Spot Report

Pete, 10-4 on SRT.  I did ask Anne Maricich for what resources she could
immediately provide.  Told her I need to know by thurs late afternoon.
Also have Kirby tracking down the cap waiver.

I'm in phoenix, fly back to DC in the am and will be out of pocket most
of the day for the flight.


Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection
_____
From: FLORES, PETE ROMERO
Sent: Wednesday, May 25, 2016 7:12:32 PM
To: Owen, Todd C (AC OFO)
Subject: RE: Credible Fear Influx Spot Report

Todd,

No need for SRT but good to know that is an option.

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00356565

The Haitian volume has been increasing over the last couple of months but the surge has now reached new levels since they are arriving in much larger groups and frequency.

In regards to the Intel collected. Most of these Haitians have been in Brazil for a period of time working but since the economic downturn they are unemployed and now coming to the US for employment. When they arrive in Mexico they are claiming to be from Congo or other African nations. Once they are released from Mexican Immigration custody they head to SYS and state they are Haitians, they have no documents and usually no bio-metrics in the system.

---

From: Owen, Todd C (AC OFO)
Sent: Wednesday, May 25, 2016 6:49:02 PM
To: FLORES, PETE ROMERO
Subject: RE: Credible Fear Influx Spot Report

Pete, let me work the cap waiver. We can quickly deploy 50+ SRT if you need them, won't help with case processing but they are extra bodies that we can make available quickly if this continues.

Amy sense where the Haitians arw coming from, this volume is new, correct? Getting anything out of Intel on that?

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

---

From: FLORES, PETE ROMERO
Sent: Wednesday, May 25, 2016 6:40:03 PM
To: Owen, Todd C (AC OFO)
Subject: RE: Credible Fear Influx Spot Report

Todd,

At this point I am looking for additional existing space to hold detainees and officers that know how to work ER cases.

What we are doing locally to address both issues are:

- Reorganizing staff to add resources for case processing; sending staff at the FO to the port, pulling back some task force officers, moving officers out of their current unit to help with processing casing, reached out to Detroit and Miami for VP processing.

- For get additional space BP has agreed to open up their station(s) to us to hold or process detainees. We are in the process of putting that plan together however this will put an additional strain on resources.

Highly Confidential/Attorneys' Eyes Only



# DP

From: Owen, Todd C (AC OFO)
Sent: Wednesday, May 25, 2016 6:23:08 PM
To: FLORES, PETE ROMERO
Subject: FW: Credible Fear Influx Spot Report

Pete, anything you need from us right now?

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

From: MARTEL, CARLOS C
Sent: Wednesday, May 25, 2016 6:20:03 PM
To: Owen, Todd C (AC OFO); WAGNER, JOHN P; HOFFMAN, TODD A
Cc: BRAUNSTEIN, MARGARET A
Subject: FW: Credible Fear Influx Spot Report

Gentlemen: FYSA – Significant increase in CF cases at SYS/Otay POEs
resulting in saturation of temp detention space. Mitigation actions are
enumerated below to include virtual processing assistance from Detroit
and MIA. Media coverage is expected.

Carlos C. Martel
Acting Executive Director, Operations
Office of Field Operations
U. S. Customs and Border Protection

 Office
Mobile

From: ARMIJO, JOHNNY L
Sent: Thursday, May 26, 2016 1:59:31 AM
To: MARTEL, CARLOS C; BRAUNSTEIN, MARGARET A
Cc: OFO-FIELD LIAISON; FLORES, PETE ROMERO; BRINTON, WALTER A; HENNING,
PAUL R; AKI, SIDNEY K; HOOD, ROBERT W; CARRILLO, SALLY R; MISENHELTER,
JOSEPH; CASTILLO, MOISES; MARIN, MARIZA; TAITAGUE, CLAUDIA; GRANADOS,
ANDREA M; COOK, VERNON; TIBBETTS, STEVEN L
Subject: Credible Fear Influx Spot Report

Highly Confidential/Attorneys' Eyes Only

Greetings, Sir.  The SDFO has received multiple media requests regarding the Credible Fear/Asylum activity at the San Ysidro Port of Entry.  The inquiries are most likely attributed to our usage of a designated queuing area (Asylum line) in pedestrian that we utilize due to the infrastructure constraints that currently exist within our Admissibility Enforcement Unit.

Credible Fear Influx

·       The number of Credible Fear encounters at the San Ysidro/Otay Mesa Ports of Entry remain elevated.

·       This morning's San Ysidro/Otay Mesa Admissibility Enforcement Unit (AEU) activity report indicated a total 885 individuals in various stages of immigration removal proceedings.  Many of them asserting Credible Fear/Asylum.

·       Additionally, Public Affair Officers/Liaisons have received multiple media inquiries regarding an influx of Haitians.

·       A Borderstat query indicates 422 Haitians have presented themselves and asserted Credible Fear during the month of May 2016 (May 1-25).

·       The San Ysidro/Otay Mesa AEU has exceeded its existing temporary detention capabilities and have undertaken the following remedies to create additional space.

1)      Utilized several Border Patrol Stations to temporarily hold detainees awaiting transfer to ICE-ERO.

2)      Transferred all accompanied and unaccompanied unit processing to the Old Port overflow processing area.

3)      Transferred all permit (I-94) processing to the Otay Mesa Port of Entry in order to secure additional workstations to conduct in person or virtual interviews.

4)      Converted GSA's recently vacated maintenance working area at the Old Port into a temporary holding room.

·       Port management is currently working with San Diego Sector Border Patrol to utilize the Imperial Beach station to hold and process single adult males awaiting Credible Fear.
Johnny Armijo
Assistant Director Border Security
San Diego, California
[O]
[C]