MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 6 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 6 IN SUPP. OF REPLY IN SUPP. OF PLTFS' MOT. FOR S.J.

1  CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2    *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3    *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4    *aguisado@ccrjustice.org*
5  666 Broadway, 7th Floor
   New York, NY 10012
6  Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8  SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9    *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10   *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
11 Decatur, GA 30030
   Telephone: +1.404.521.6700
12 Facsimile: +1.404.221.5857

13
   AMERICAN IMMIGRATION COUNCIL
14   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
     *kwalters@immcouncil.org*
15 1331 G St. NW, Suite 200
   Washington, D.C. 20005
16 Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 6 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

**From:** NORMAN, DANE W
**Sent:** Thursday, May 26, 2016 7:35 PM
**To:** SOSBEE, TOBY DON
**CC:** OFO-FIELD LIAISON; O'DONNELL, MARTIN E; TALTON, STEPHANIE; GOLDSBERRY, SHERRY L; GONZALEZ, JOE V; AKI, SIDNEY K; CARRILLO, SALLY R; HOOD, ROBERT W; HUA, PHONG M; WASILUK, JACQUELINE E; DECIMA, ANGELICA D; ARMIJO, JOHNNY L; FLORES, PETE ROMERO; COOK, VERNON; MARTEL, CARLOS C; HUTTON, JAMES R
**Subject:** RE: Boxer and Davis Interest in SY Migrants

All,

Thanks again for your time on short notice this evening. From the call, we have one immediate get-back to staff:

1. # of the 300 Haitians that CBP has turned over to ICE ERO.

Can San Diego answer this one at its convenience?

OPS we also agreed to provide updates to staff of any new influx of Haitians into San Ysidro. XD Martel, do you have a direct POC I can work with to keep abreast of any new surges so I can notify staff? Enrique Tamayo had been keeping us updated on Cubans for an identical request made by Congressman O'Rourke in Texas.

Thanks again, and have a good night,

Dane W. Norman, Esq.
Congressional Liaison, Office of Congressional Affairs
U.S. Customs and Border Protection
1300 Pennsylvania Ave., NW – Suite 5.4A
Washington, D.C. 20229

---

**From:** NORMAN, DANE W
**Sent:** Thursday, May 26, 2016 5:12 PM
**To:** SOSBEE, TOBY DON
**Cc:** OFO-FIELD LIAISON; O'DONNELL, MARTIN E; TALTON, STEPHANIE; GOLDSBERRY, SHERRY L; GONZALEZ, JOE V; AKI, SIDNEY K; CARRILLO, SALLY R; HOOD, ROBERT W; HUA, PHONG M; WASILUK, JACQUELINE E; DECIMA, ANGELICA D; ARMIJO, JOHNNY L; FLORES, PETE ROMERO; COOK, VERNON
**Subject:** RE: Boxer and Davis Interest in SY Migrants

Noted – thanks Toby. I will confirm that time with staff and distribute a calendar hold with call in details.

---

**From:** SOSBEE, TOBY DON
**Sent:** Thursday, May 26, 2016 5:03 PM
**To:** NORMAN, DANE W
**Cc:** OFO-FIELD LIAISON; O'DONNELL, MARTIN E; TALTON, STEPHANIE; GOLDSBERRY, SHERRY L; GONZALEZ, JOE V; AKI, SIDNEY K; CARRILLO, SALLY R; HOOD, ROBERT W; HUA, PHONG M; WASILUK, JACQUELINE E; DECIMA, ANGELICA D; ARMIJO, JOHNNY L; FLORES, PETE ROMERO; COOK, VERNON
**Subject:** RE: Boxer and Davis Interest in SY Migrants
**Importance:** High

Dane:

The DFO would like the call to be at 3:30 p.m. today. We plan on having our key folks on the call to help if necessary.

I did advise the DFO also about your comments concerning APP and Mr. Hutton.

We will stand by to hear from you with the call in information.

Best regards,

Toby Sosbee
Border Community Liaison
San Diego Field Office
Customs and Border Protection
Dept. of Homeland Security
Office:
FAX:

Confidential                                                                                                          AOL-DEF-00238845

Cell: ███

**From:** NORMAN, DANE W
**Sent:** Thursday, May 26, 2016 1:52 PM
**To:** SOSBEE, TOBY DON ███
**Cc:** OFO-FIELD LIAISON ███; O'DONNELL, MARTIN E <MARTIN.E.O'DONNELL@cbp.dhs.gov>; TALTON, STEPHANIE ███; GOLDSBERRY, SHERRY L ███; GONZALEZ, JOE V ███; AKI, SIDNEY K ███; CARRILLO, SALLY R ███; HOOD, ROBERT W ███; HUA, PHONG M ███; WASILUK, JACQUELINE E ███; DECIMA, ANGELICA D ███; ARMIJO, JOHNNY L ███; FLORES, PETE ROMERO ███; COOK, VERNON ███
**Subject:** RE: Boxer and Davis Interest in SY Migrants

Toby,

Staff can do the call any time after 3:30pm PST this afternoon, or tomorrow morning. What works best for you all? Also note, the call will now likely involve district staff from the offices of Senators Boxer and Feinstein, as well as staff from Rep. Vargas' office and Rep. Susan Davis's office.

Thank you,
Dane

---

**From:** SOSBEE, TOBY DON
**Sent:** Thursday, May 26, 2016 4:02 PM
**To:** NORMAN, DANE W
**Cc:** OFO-FIELD LIAISON; O'DONNELL, MARTIN E; TALTON, STEPHANIE; GOLDSBERRY, SHERRY L; GONZALEZ, JOE V; AKI, SIDNEY K; CARRILLO, SALLY R; HOOD, ROBERT W; HUA, PHONG M; WASILUK, JACQUELINE E; DECIMA, ANGELICA D; ARMIJO, JOHNNY L; FLORES, PETE ROMERO; COOK, VERNON
**Subject:** RE: Boxer and Davis Interest in SY Migrants

Dane:

Thanks for the call. We are able to participate on a conference call later if you can set up the opportunity. Additionally, as we mentioned, there will be some limitations to what we can answer in regards to the questions from Caridad.

Please let us know the call-in information and a time for the call. We will try to have our key personnel on the call.

Best regards,

Toby Sosbee
Border Community Liaison
San Diego Field Office
Customs and Border Protection
Dept. of Homeland Security
Office:
FAX: ███
Cell: ███

---

**From:** NORMAN, DANE W
**Sent:** Thursday, May 26, 2016 12:12 PM
**To:** SOSBEE, TOBY DON ███
**Cc:** OFO-FIELD LIAISON ███; O'DONNELL, MARTIN E ███; TALTON, STEPHANIE ███; GOLDSBERRY, SHERRY L ███; GONZALEZ, JOE V ███
**Subject:** RE: Boxer and Davis Interest in SY Migrants
**Importance:** High

Toby,

See the following note I just got from Caridad. Any chance the SDFO can get back on the phone with her this afternoon to try to answer as many of these as possible? We will set it up and be on.
These questions seem mostly process related, so hopefully addressable with a more formal call. I will try to pull in Jessica from Susan Davis' office as well.

*Hey Dane!*

*Thanks for your response. Yes, I have lots of questions. I'm trying to get an accurate understanding of what is happening. What is happening with such a large number of people seeking asylum is very unusual. I am receiving all sort of information 200 people, 800*

people, all from Haiti, others from Central America. Etc. I have been working on a story about what's happening. We'd like to know what happening before it hits to the press. (BTW Donald Trump will here tomorrow and you better believe it's going to blow up).

Mexican press is reporting that there are 800 Haitians, which even for San Ysidro, is not normal.
http://www.frontera.info/EdicionEnLinea/Notas/Noticias/26052016/1085496-Cientos-de-haitianos-piden-asilo-a-EU-en-garitas-de-SY-y-Otay.html

1. How many people are actually being processed for refugee or political asylum? Are they all from Haiti? Are they families, unaccompanied minors?

How long will it take to process the estimated 800 people waiting at the San Ysidro Port of Entry?

SYPOE is under construction and the infrastructure for pedestrians is very tight. Where are the people being processed?

Do you know what has prompted this large number of asylees from Haiti? They must have traveled on planes, do they not have Mexican documents? What is Mexico doing to help? Are there more people expected?

Processing political asylum cases and interviews takes a time. Do you have adequate staffing to process folks? Are you moving staff from elsewhere to help manage the flow?

If the asylees aren't processed by the end of the day, where are they being housed? I have received reports that they are sleeping on the floors of the POE and outside the POE. I know there aren't enough bed spaces for such folks, where will they be housed? Or are they being given Notice to Appear?

Is ICE DRO taking people?

What social services is CBP working with to address to the humanitarian issue (i.e. having to sleep and eat at the port)

Is there a priority given to individuals with children?

. Is CBP communicating with ICE on available bed space, not only regionally, but nationwide?

. We understand that a couple of Mexican non-profits are providing food to while they wait to be processed, is CBP reaching out to any of the local non-profits on the US side to help?

. Does CBP have the necessary staff to deal with the situation? Is there anything that you need from Congressional?

---

**From:** NORMAN, DANE W
**Sent:** Thursday, May 26, 2016 2:27 PM
**To:** SOSBEE, TOBY DON
**Cc:** OFO-FIELD LIAISON; O'DONNELL, MARTIN E; TALTON, STEPHANIE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ GOLDSBERRY, SHERRY L; GONZALEZ, JOE V
**Subject:** Boxer and Davis Interest in SY Migrants

Hi Toby,

FYSA, I sent the below language to Caridad (Sen. Boxer) and Jessica (Rep. Susan Davis) as suggested. I anticipate they'll shoot back and ask for specific numbers and nationalities pertaining to the recent uptick in undocumented persons arriving at SYPOE. Should that request come, can I work that through you (i.e. the San Diego Field Office), or would PPAE here at HQ have up-to-date info in your estimation?

Thank you,

Dane W. Norman, Esq.
Congressional Liaison, Office of Congressional Affairs
U.S. Customs and Border Protection
1300 Pennsylvania Ave., NW – Suite 5.4A
Washington, D.C. 20229

---

**From:** SOSBEE, TOBY DON
**Sent:** Thursday, May 26, 2016 1:35 PM
**To:** TALTON, STEPHANIE
**Cc:** OCAINQUIRY
**Subject:** FW: SY MIGRANTS

Stephanie:

See the information we have shared today on the matter. We have spoken to Caridad already over the phone, but it would be good to actually email her office.

Confidential                                                                                                         AOL-DEF-00238847

Best regards,

Toby Sosbee
Border Community Liaison
San Diego Field Office
Customs and Border Protection
Dept. of Homeland Security
Office:
FAX:
Cell:

**From:** FLORES, PETE ROMERO
**Sent:** Thursday, May 26, 2016 10:29 AM
**To:** SOSBEE, TOBY DON
**Cc:** ARMIJO, JOHNNY L
**Subject:** FW: SY MIGRANTS

Toby,

Here is the information we provided to media inquiries yesterday so we provided a similar response to Caridad over the phone. She was also advised that if she wanted specific information in regards to numbers or process she would have to go through OCA.

Pete Flores
Director, Field Operations
San Diego Field Office
U.S. Customs and Border Protection
Work Phone:
Fax:

**From:** WASILUK, JACQUELINE E
**Sent:** Thursday, May 26, 2016 6:57 AM
**To:** FLORES, PETE ROMERO
**Cc:** ARMIJO, JOHNNY L                    ; HENNING, PAUL F                    ; AKI, SIDNEY K
                    ; DECIMA, ANGELICA D
**Subject:** FW: SY MIGRANTS

Sir –

Here is an email from Sandra Dibble early this morning, as well as the email I received yesterday from her colleague Tatiana. I also received a voicemail from ABC 10 news asking to confirm that there were hundreds of other than Mexican nationals at San Ysidro claiming asylum.

Here is some draft messaging for your consideration:
We have persons of many nationalities who arrive at the San Ysidro port of entry and don't have the legal documents required to enter into the U.S.

Recently, we have seen an uptick in the number of Haitians arriving at San Ysidro with no status in the United States.

We are processing them on a case by case basis. After CBP has processed individuals with no status to legally enter the U.S., they are placed in removal proceedings according to their situation, and placed into the custody of U.S. Immigration and Customs Enforcement for further disposition.

While CBP officials have made adjustments to port operations to accommodate this uptick in arriving individuals, CBP officials are used to dynamic changes at San Ysidro, the nation's busiest border crossing, and are able to flex resources to accommodate those changes.

Jackie Wasiluk
CBP Public Affairs

**From:** Dibble, Sandra [mailto:sandra.dibble@sduniontribune.com]
**Sent:** Thursday, May 26, 2016 4:11 AM
**To:** WASILUK, JACQUELINE E
**Cc:** Sanchez, Tatiana
**Subject:** SY MIGRANTS

Jackie,

As you must know, several hundred people are sleeping on the floor of the SY pedestrian entrance. Many appear to be from Haiti, or perhaps African countries, but not all, as some look Latino. Merchants on the Mexican side tell me that they've seen a large increase in groups of people coming and hoping to be let in since last weekend.

My questions are:
1. Who are these people, and why are they sleeping on the floor of the SY poe?
2. Are they expressing fear of returning to their countries, and if so, why aren't they being turned over to ICE for processing?

3. If the are not expressing fear, why aren't they being turned away at the border?
4. If an OTM comes to the border, trying to come in, what is the protocol? Who deports them?
5. How are these people getting to the border? Is there a new smuggling route or rings behind this?
6. What do your numbers say?> Is this business as usual to have this many people on the floor sleeping? I have never seen it before.

I will be writing an article, based on what I saw with my own eyes, on what merchants in MExico tell me, and what a couple of Haitians who were waiting to be let in told me when I spoke with them in Tijuana. And any other information I am able to get.

I hope you can answer my questions.

Thank you,

Sandra Dibble

**Sandra Dibble | Reporter, Sr**
O: +1 (619) 2931716
sandra.dibble@sduniontribune.com
600 B Street, San Diego, California 92101

Jackie Wasiluk
CBP Public Affairs

**From:** Sanchez, Tatiana [mailto:tatiana.sanchez@sduniontribune.com]
**Sent:** Wednesday, May 25, 2016 12:23 PM
**To:** WASILUK, JACQUELINE E
**Cc:** Dibble, Sandra
**Subject:** RE: Haitians in San Ysidro

I believe it was in one group (and this happened recently, within the last few days). Definitely not referring to the beginning of the fiscal year.

Sandra is heading to her tour with CBP, so she will speak to you about it further. In the meantime, I will reach out to USCIS.

Thanks,

Tatiana

**Tatiana Sanchez | Reporter - Immigration**
O: +1 (619) 2931380
tatiana.sanchez@sduniontribune.com
600 B Street, San Diego, California 92101

**From:** WASILUK, JACQUELINE E
**Sent:** Wednesday, May 25, 2016 12:03 PM
**To:** Sanchez, Tatiana <tatiana.sanchez@sduniontribune.com>
**Cc:** Dibble, Sandra <sandra.dibble@sduniontribune.com>
**Subject:** RE: Haitians in San Ysidro

Tatiana, thanks. I figured I would have a chance to chat with Sandra about this in about an hour, but I'll follow up now... when you heard about 100 people that turned themselves in, what timeframe are we looking at? (In one day? In one group? Since the beginning of the fiscal year back in October?)

I will look into it, but if you have any additional information that would be helpful.

(Generally, my initial thought, not for quoting, but to help as you are reporting, is that if your source is saying "turning themselves in" then these would be persons entering the credible fear/asylum process. CBP has a very limited role in that process, and I would highly recommend that you reach out to USCIS for a broader picture about what it means when someone without proper documents enters the credible fear/asylum process in the U.S., and what steps have to be taken by the government.)

I will get back to you as soon as I can, but what kind of deadline are you all working on?

Thank you

Jackie Wasiluk
CBP Public Affairs

**From:** Sanchez, Tatiana [mailto:tatiana.sanchez@sduniontribune.com]
**Sent:** Wednesday, May 25, 2016 11:46 AM
**To:** WASILUK, JACQUELINE E
**Cc:** Dibble, Sandra

**Subject:** Haitians in San Ysidro

Hi Jackie,

We've learned that there are about 100 Haitians that turned themselves into the SY Port of Entry. Would you be able to confirm this and provide further information about where they are being housed, why and how they arrived here, etc. We are looking to get as many details as possible.

I know Sandra reached out to you about this but I'm following up because our editors would really like us to report on this.

Thanks,
Tatiana

**Tatiana Sanchez | Reporter - Immigration**
O: +1 (619) 2931380
tatiana.sanchez@sduniontribune.com
600 B Street, San Diego, California 92101

Confidential                                                                                   AOL-DEF-00238850