1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 8 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 8 IN SUPP. OF REPLY IN SUPP. OF PLTFS' MOT. FOR S.J.

1  CENTER FOR CONSTITUTIONAL RIGHTS
2     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
      *bazmy@ccrjustice.org*
3     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
      *gschwarz@ccrjustice.org*
4     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
      *aguisado@ccrjustice.org*
5  666 Broadway, 7th Floor
   New York, NY 10012
6  Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10    *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
11 Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13
   AMERICAN IMMIGRATION COUNCIL
14    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
      *kwalters@immcouncil.org*
15 1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 8 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

From: TAMAYO, ENRIQUE S
Sent: Friday, May 27, 2016 3:32 PM
To: ARMIJO, JOHNNY L
CC: FLORES, PETE ROMERO; AKI, SIDNEY K; MARTEL, CARLOS C
Subject: RE: C1 RFI: San Ysidro

Excellent – thank you for the feedback.

Enrique

From: ARMIJO, JOHNNY L
Sent: Friday, May 27, 2016 3:32 PM
To: TAMAYO, ENRIQUE S <█████████████████>
Cc: FLORES, PETE ROMERO <█████████████████>; AKI, SIDNEY K <█████████████████>; MARTEL, CARLOS C <█████████████████>
Subject: FW: C1 RFI: San Ysidro

Enrique,

Thank you for allowing us to review. Our injects are included below in red.

Johnny Armijo
Assistant Director Border Security
San Diego, California
█████████████ [O]
█████████████ [C]

From: TAMAYO, ENRIQUE S
Sent: Friday, May 27, 2016 12:08 PM
To: FLORES, PETE ROMERO; ARMIJO, JOHNNY L
Subject: FW: C1 RFI: San Ysidro

Gents –

This an IP for C1, before we send this out can you review.

**Office of Field Operations**
**Incident Management Division**
**May 27, 2016**

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00539629



**Prepared by:** Incident Management Division
**Date:** May 27, 2016

---

**From:** MARTEL, CARLOS C
**Sent:** Friday, May 27, 2016 2:58 PM
**To:** TAMAYO, ENRIQUE S <​>; O'DONNELL, MARTIN E <​>; GOLDSBERRY, SHERRY L <​>
**Subject:** FW: C1 RFI: San Ysidro


Carlos C. Martel
Acting Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection

 Office
 Mobile

---

**From:** HISE, JENNIFER L
**Sent:** Friday, May 27, 2016 2:57 PM
**To:** MARTEL, CARLOS C <​>
**Subject:** C1 RFI: San Ysidro

Sir,

Highly Confidential/Attorneys' Eyes Only                              AOL-DEF-00539630

Do we have an ETA on IMD's draft response?
Thank you,
Jen

---

**From:** HISE, JENNIFER L
**Sent:** Friday, May 27, 2016 10:50 AM
**To:** MARTEL, CARLOS C <
**Cc:** BRAUNSTEIN, MARGARET A < >; MARTIN E O'DONNELL ( <MARTIN.E.O'DONNELL@cbp.dhs.gov>; TAMAYO, ENRIQUE S <
**Subject:** C1 RFI: San Ysidro
**Importance:** High

Good Morning Sir,

May we please have your staff's assistance to research the below and prepare a draft response addressing the issues raised by the Department? DEAC Wagner will be asked to review/concur with the draft prior to providing to C1's staff.

Requesting a quick-turn on this priority request please.

Thank you,
Jennifer

Tribune adds that after the 2010 earthquake, "Brazil welcomed large numbers of Haitians," but some have been leaving "after encountering hard times there," as Brazil "is enduring one of its deepest recessions in years."

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00539632