MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>     v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>                Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 9 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 9 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 9 IN SUPP. OF REPLY IN SUPP. OF PLTFS'
MOT. FOR S.J.

From: AKI, SIDNEY K
Sent: Thursday, May 26, 2016 10:20 AM
To: FLORES, PETE ROMERO
Subject: RE: SY MIGRANTS

10-4. Thx.

---

From: FLORES, PETE ROMERO
Sent: Thursday, May 26, 2016 9:09:07 AM
To: AKI, SIDNEY K
Subject: FW: SY MIGRANTS

Sid,

Need to get that asylum line out of public viewing area.

---

From: WASILUK, JACQUELINE E
Sent: Thursday, May 26, 2016 6:56:45 AM
To: FLORES, PETE ROMERO
Cc: ARMIJO, JOHNNY L; HENNING, PAUL R; AKI, SIDNEY K; DECIMA, ANGELICA D
Subject: FW: SY MIGRANTS

Sir –

Here is an email from Sandra Dibble early this morning, as well as the email I received yesterday from her colleague Tatiana. I also received a voicemail from ABC 10 news asking to confirm that there were hundreds of other than Mexican nationals at San Ysidro claiming asylum.

Here is some draft messaging for your consideration:



Jackie Wasiluk
CBP Public Affairs

---

From: Dibble, Sandra [mailto:sandra.dibble@sduniontribune.com]
Sent: Thursday, May 26, 2016 4:11 AM
To: WASILUK, JACQUELINE E
Cc: Sanchez, Tatiana
Subject: SY MIGRANTS

Jackie,

As you must know, several hundred people are sleeping on the floor of the SY pedestrian entrance. Many appear to be from Haiti, or perhaps African countries, but not all, as some look Latino. Merchants on the Mexican side tell me that they've seen a large increase in groups of people coming and hoping to be let in since last weekend.

My questions are:
1. Who are these people, and why are they sleeping on the floor of the SY poe?
2. Are they expressing fear of returning to their countries, and if so, why aren't they being turned over to ICE for processing?
3. If the are not expressing fear, why aren't they being turned away at the border?
4. If an OTM comes to the border, trying to come in, what is the protocol? Who deports them?
5. How are these people getting to the border? Is there a new smuggling route or rings behind this?
6. What do your numbers say?> Is this business as usual to have this many people on the floor sleeping? I have never seen it before.

I will be writing an article, based on what I saw with my own eyes, on what merchants in MExico tell me, and what a couple of Haitians who were waiting to be let in told me when I spoke with them in Tijuana. And any other information I am able to get.

I hope you can answer my questions.

Thank you,

Sandra Dibble | Reporter, Sr
O: +1 (619) 2931716
sandra.dibble@sduniontribune.com
600 B Street, San Diego, California 92101

Jackie Wasiluk
CBP Public Affairs

**From:** Sanchez, Tatiana [mailto:tatiana.sanchez@sduniontribune.com]
**Sent:** Wednesday, May 25, 2016 12:23 PM
**To:** WASILUK, JACQUELINE E
**Cc:** Dibble, Sandra
**Subject:** RE: Haitians in San Ysidro

I believe it was in one group (and this happened recently, within the last few days). Definitely not referring to the beginning of the fiscal year.

Sandra is heading to her tour with CBP, so she will speak to you about it further. In the meantime, I will reach out to USCIS.

Thanks,

Tatiana

Tatiana Sanchez | Reporter - Immigration
O: +1 (619) 2931380
tatiana.sanchez@sduniontribune.com
600 B Street, San Diego, California 92101

**From:** WASILUK, JACQUELINE E [mailto:
**Sent:** Wednesday, May 25, 2016 12:03 PM
**To:** Sanchez, Tatiana <tatiana.sanchez@sduniontribune.com>
**Cc:** Dibble, Sandra <sandra.dibble@sduniontribune.com>
**Subject:** RE: Haitians in San Ysidro

Tatiana, thanks. I figured I would have a chance to chat with Sandra about this in about an hour, but I'll follow up now… when you heard about 100 people that turned themselves in, what timeframe are we looking at? (In one day? In one group? Since the beginning of the fiscal year back in October?)

I will look into it, but if you have any additional information that would be helpful.

I will get back to you as soon as I can, but what kind of deadline are you all working on?

Thank you

Jackie Wasiluk
CBP Public Affairs

**From:** Sanchez, Tatiana [mailto:tatiana.sanchez@sduniontribune.com]
**Sent:** Wednesday, May 25, 2016 11:46 AM
**To:** WASILUK, JACQUELINE E
**Cc:** Dibble, Sandra
**Subject:** Haitians in San Ysidro

Confidential                                                                                                   AOL-DEF-00632355

Hi Jackie,

We've learned that there are about 100 Haitians that turned themselves into the SY Port of Entry. Would you be able to confirm this and provide further information about where they are being housed, why and how they arrived here, etc. We are looking to get as many details as possible.

I know Sandra reached out to you about this but I'm following up because our editors would really like us to report on this.

Thanks,
Tatiana

**Tatiana Sanchez | Reporter - Immigration**
O: +1 (619) 2931380

tatiana.sanchez@sduniontribune.com
600 B Street, San Diego, California 92101

Confidential

AOL-DEF-00632356