MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 11 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 11 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 11 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** AKI, SIDNEY K
**Sent:** Tuesday, June 7, 2016 3:24 PM
**To:** CARRILLO, SALLY R; HOOD, ROBERT W; MISENHELTER, JOSEPH; WARD, WILLIAM B; CASTILLO, MOISES; MARIN, MARIZA
**Subject:** FW: ConOps Proposal to address San Diego, CA: Surge
**Attachments:** 20160607 SYS ConOps plan (Revised 2).docx

We need to review and coordinate the conference call please. Thx.

---

**From:** FLORES, SALVADOR S
**Sent:** Tuesday, June 07, 2016 12:36:40 PM
**To:** ARMIJO, JOHNNY L
**Cc:** AKI, SIDNEY K; HENRY, RAFAEL E
**Subject:** ConOps Proposal to address San Diego, CA: Surge

Johnny,

Please review the attached ConOps draft which summarizes the topics we briefed out on May 27th with DFO Flores and PD Aki. The intent here [DP redacted]. I will be meeting with XD Hoffman this Thursday and would like to set up a telecon for tomorrow for discussion on the attached. Please advise when would be best tomorrow for a telecon.

I do not recall asking if SYS has requested from ERO to resume their role in completing the medical and sponsor duties. Please advise so that I can update the attached.

Much appreciated

Sal

Salvador S. Flores
(A)Director Enforcement Programs
HQ-Office of Field Operations
U.S. Customs and Border Protection
2.5B-36
[redacted] Office)
[redacted] Cell)

DHS Mission Statement: *"With honor and integrity, we will safeguard the American people, our homeland, and our values."*

This email and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient.

---

**From:** ARMIJO, JOHNNY L
**Sent:** Wednesday, June 01, 2016 12:08 PM
**To:** FLORES, SALVADOR S <[redacted]>
**Cc:** HOOD, ROBERT W [redacted]; CASTILLO, MOISES <[redacted]>; HUTTON, JAMES R <[redacted]>
**Subject:** RE: Update 1: EAC Bullets - San Diego, CA: Surge in Haitian Migration

Sal,

I conferred with APD Hood.

ICE-ERO has not embedded staff within the AEU.

They have, however, increased their presence at the Port throughout the day Monday-Friday.

SYS indicated that we could use that type of increased support over the weekends as well.

It has been messaged to AEU that ICE-ERO would assign 2-3 ICE-ERO at the Port but they still have not pulled that trigger.

Johnny Armijo
Assistant Director Border Security
San Diego, California

[redacted] [O]
[redacted] [C]

---

**From:** FLORES, SALVADOR S
**Sent:** Wednesday, June 01, 2016 7:14 AM

Highly Confidential/Attorneys' Eyes Only                          AOL-DEF-00067823

**To:** HUTTON, JAMES R; ARMIJO, JOHNNY L
**Cc:** HOOD, ROBERT W
**Subject:** RE: Update 1: EAC Bullets - San Diego, CA: Surge in Haitian Migration

Ryan,
Talked to Johnny, he will be responding once he arrives to work.

Salvador S. Flores
(A)Director Enforcement Programs
HQ-Office of Field Operations
U.S. Customs and Border Protection
2.5B-36
          (Office)
          (Cell)

DHS Mission Statement: *"With honor and integrity, we will safeguard the American people, our homeland, and our values."*

This email and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient.

**From:** HUTTON, JAMES R
**Sent:** Wednesday, June 01, 2016 9:03 AM
**To:** ARMIJO, JOHNNY L
**Cc:** FLORES, SALVADOR S; HOOD, ROBERT W
**Subject:** FW: Update 1: EAC Bullets - San Diego, CA: Surge in Haitian Migration

Johnny
FYI below
Need a list of what you could help with ERO that you cant get done locally. Sal will give you a call after you get your beauty rest :-)

**From:** Gurule, Jon M
**Sent:** Wednesday, June 01, 2016 8:59:47 AM
**To:** HUTTON, JAMES R; Rapp, Marc A
**Cc:** HOFFMAN, TODD A
**Subject:** RE: Update 1: EAC Bullets - San Diego, CA: Surge in Haitian Migration

Roger that; let me know if you need anything

Sent with Good (www.good.com)

**From:** HUTTON, JAMES R
**Sent:** Wednesday, June 01, 2016 7:26:00 AM
**To:** Gurule, Jon M; Rapp, Marc A
**Cc:** HOFFMAN, TODD A
**Subject:** RE: Update 1: EAC Bullets - San Diego, CA: Surge in Haitian Migration

Jon
Thanks and we appreciate the partnership we have with ERO. I know SYS is looking to streamline the process to extent possible and is working locally with ERO. We will definitely reach as we identify possible efficiencies.

Thanks again

**From:** Gurule, Jon M
**Sent:** Tuesday, May 31, 2016 6:54:53 PM
**To:** HUTTON, JAMES R; Rapp, Marc A
**Subject:** RE: Update 1: EAC Bullets - San Diego, CA: Surge in Haitian Migration

Thanks Ryan. Are you getting what you need from ERO SND?

Sent with Good (www.good.com)

**From:** HUTTON, JAMES R
**Sent:** Tuesday, May 31, 2016 4:01:14 PM
**To:** Rapp, Marc A; Gurule, Jon M
**Subject:** FW: Update 1: EAC Bullets - San Diego, CA: Surge in Haitian Migration

Highly Confidential/Attorneys' Eyes Only      AOL-DEF-00067824

Jon/Marc
FYDA below

---

**From:** JOHNSON, DANIEL I on behalf of OFO-FIELD LIAISON
**Sent:** Tuesday, May 31, 2016 4:55:24 PM
**To:** OFO-AC-BULLETS
**Cc:** ARMIJO, JOHNNY L; BRINTON, WALTER A; FLORES, PETE ROMERO; HENNING, PAUL R
**Subject:** Update 1: EAC Bullets - San Diego, CA: Surge in Haitian Migration

**U.S. Customs and Border Protection**
**Office of Field Operations**
**Bullets for the Executive Assistant Commissioner**
**May 31, 2016**

**San Diego, CA:  Surge in Haitian Migration**

**Update 1:**
As of May 31, 2016, 146 Haitian nationals in various stages of immigration removal proceedings were on-site at San Ysidro/Otay Mesa.

San Diego ICE-ERO has reported that CBP-OFO has transferred approximately 232 Haitian nationals to their custody in the last 7 days.

**Submitted by:**  Dan Johnson / Field Liaison Division
**Date / Time:**  May 31, 2016 / 1655 hours

*****************************************
**Summary:**
CBP's Southern Land Border ports are experiencing an influx of third country nationals seeking asylum.  Adding to the migrant groups from Central America and Cuba, are large numbers of migrants from Haiti and West Africa.  These groups of migrants are traveling to Brazil and migrating northward through traditional routes into Central America and Mexico.  Since December 2015, CBP has encountered approximately 1,700 Haitian migrants, most of whom were encountered at the ports of entry within the San Diego Field Office.  Updates to follow.

**Details:**
As of May 27, 2016, 891 individuals are in various stages of immigration removal proceedings in the San Diego AOR.  Many of them are asserting Credible Fear/Asylum.

Since December 2015, CBP has encountered approximately 1,700 Haitian migrants, most of whom were encountered at the ports of entry within the San Diego Field Office.

A Borderstat query indicates 518 Haitians have presented themselves and asserted Credible Fear during the month of May 2016.

Based upon interviews with Haitian nationals seeking asylum in the United States, migrants travel two (2) routes from Haiti: flying directly from Haiti to Brazil, or through the Dominican Republic to Brazil.  All Haitians interviewed lived and worked in Brazil between one (1) to three (3) years before starting their journey to the United States.  During travel through Latin America, Haitians claim their documents are either lost, stolen, or destroyed.  If encountered, they claim African citizenship from French speaking African countries.  Upon release from Panama, they continue to travel north through Central America via Costa Rica, Nicaragua, Honduras, Guatemala, and Mexico.

Public Affair Officers/Liaisons have received multiple media inquiries regarding an influx of Haitians.

The San Ysidro/Otay Mesa AEU have undertaken the following remedies to create additional space for processing.
- Utilized several Border Patrol Stations to temporarily hold detainees awaiting transfer to ICE-ERO.
- Transferred all accompanied and unaccompanied unit processing to the Old Port overflow processing area.
- Transferred all permit (I-94) processing to the Otay Mesa Port of Entry in order to secure additional workstations to conduct in person or virtual interviews.
- Converted GSA's recently vacated maintenance working area at the Old Port into a temporary holding room.
- Increased AEU staffing assignments to 52 per shift throughout the Memorial Day weekend.
- Ports of Andrade/Calexico/Otay Mesa-Cargo have committed resources to augment the interview process virtually.
- Port management is currently working with San Diego Sector Border Patrol to utilize the Imperial Beach station to hold and process single adult males awaiting Credible Fear determination.

To assist in processing, the San Ysidro/Otay Mesa has undertaken the following initiatives.
- CBP San Diego is coordinating locally with ICE/ERO and USBP to facilitate the movement of OFO processed detainees.
- To assist ICE/ERO, CBP San Diego supports them with additional administrative preparatory efforts to reduce the burden on ICE/ERO.
- The San Ysidro POE has coordinated with ports in Miami, Fort Lauderdale, and Detroit and are currently providing virtual processing support.
- San Ysidro is currently coordinating with the Los Angeles Field Office for support through virtual processing.

Highly Confidential/Attorneys' Eyes Only                                                                                                       AOL-DEF-00067825

- San Ysidro is currently collaborating with Mexican Immigration to place individuals waiting to be processed in non-governmental shelters on a temporary basis.
- HQ-IMD will engage ports with 81 identified CBP officers fluent in the Creole language to support San Ysidro with interpreter and virtual processing.

Updates to follow.

**Submitted by:** Tim McCoy, Field Liaison Division
**Date / Time:** May 27, 2016 / 1630 hours