MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:    +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 13 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 13 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

1
2
3
4
5
6
7

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

8
9
10
11
12

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

13
14
15
16
17

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 13 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** GOOD, BEVERLY
**Sent:** Wednesday, November 9, 2016 9:05 PM
**To:** Owen, Todd C (AC OFO)
**Subject:** FW: CBP MIGRATION CAT - COB 11/09/16

Fyi

---

**From:** CHAVEZ, GLORIA I
**Sent:** Thursday, November 10, 2016 1:51:59 AM
**To:** GOOD, BEVERLY
**Cc:** TAMAYO, ENRIQUE S
**Subject:** RE: CBP MIGRATION CAT - COB 11/09/16

Yes - Correct - Tomorrow - C1/C2 will socialize with S1 and explain our challenge.  Give me until tomorrow after our NAC meeting so we know for sure that S1 is not going to 'force' ICE to do something different (doubt it as the issue is bed space).  After the meeting - I'll let you know so you can message to your field folks.

C2 did say in our meeting that we would not TDY personnel this Sunday...for now; but then the S1 discussion happened.  We'll know more tomorrow.

GC


Gloria I. Chavez
Deputy Chief - Law Enforcement Operations
U.S. Border Patrol Headquarters
Washington D.C.

---

**From:** GOOD, BEVERLY
**Sent:** Wednesday, November 09, 2016 5:45:25 PM
**To:** CHAVEZ, GLORIA I
**Cc:** TAMAYO, ENRIQUE S
**Subject:** FW: CBP MIGRATION CAT - COB 11/09/16

Gloria,
This message days El Centro is not a go but I thought C1 was going to brief S1 tomorrow for an answer.  Had that happened?  S1 have approval to stand down?  Please advise! Thanks.

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Wednesday, November 09, 2016 11:30:25 PM
**To:** GOOD, BEVERLY
**Subject:** FW: CBP MIGRATION CAT - COB 11/09/16

Bev,

So this report says el centro is on hold?  We should notify the TDYs tomorrow to stand down Temporarily, with a likely future deployment.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

---

From: CHAVEZ, GLORIA I
Sent: Wednesday, November 09, 2016 11:25:32 PM
To: MCALEENAN, KEVIN K; MORGAN, MARK A (USBP); Owen, Todd C (AC OFO); SMITH, BRENDA BROCKMAN; YOUNG, EDWARD E; ALLES, RANDOLPH D; VITIELLO, RONALD D (USBP); WILLIAMS, JAYE M; LANDFRIED, PHIL A; BORKOWSKI, MARK S; SAHAKIAN, DIANE V; JACKSON, ADAM S; KOUMANS, MARK; GLAWE, DAVID; CASTANEDA, BELINDA C (OCC); Slocum, Louisa (OCC); GOOD, BEVERLY; PROVOST, CARLA (USBP); LUCK, SCOTT A (USBP); KLEIN, MATTHEW (OPR); YEAGER, MICHAEL; HOOVER, CRINLEY S; HULL, AARON A; JAQUEZ, PETER; HUDSON, RICHARD M; CALVO, KARL H.; KOLLER, JULIE (OCC); WHITE, BRENDA L; JANSON, ROBERT F; FRIEL, MICHAEL J; BRISTOW, JUSTIN A; BURKE, JENNY L; BP Field Chiefs; BROOKS, WILLIAM K; BOYCE, MARIA L; HIGGERSON, DAVID P; FLORES, PETE ROMERO; MANCHA, HECTOR; WEBB, BENJAMIN E; DUTCH, FRANCIS; HEAVEY, BRENDAN P.; LEY, JENNIFER E.; MILLER, TROY A; CONROY, DONALD E; SADLER, STEPHEN; HOFFMAN, TODD A; HUTTON, JAMES R; VILLARREAL, MARIO; MADDOCKS, WILLIAM J
Cc: QUINN, TIMOTHY; HANNA, RENE; NUNEZ-NETO, BLAS; FLANAGAN, PATRICK S; SALAZAR, JAIME; VISCONTI, JAY; CBP-CAT; GARRISON, SHAWNA; WRIGHT, KEVIN S
Subject: RE: CBP MIGRATION CAT - COB 11/09/16

Deputy Commissioner and all  - Please see the below end of day report for the CBP Migration Crisis Action Team (CAT) for your situational awareness.

Highly Confidential/Attorneys' Eyes Only                                                    AOL-DEF-00272878

**J1-ADMINISTRATION:**

· CBP CAT is developing the CBP CAT Standard Operating Procedures and Governance.

**J2-INTEL:**

[REDACTED]

**J3 OPERATIONS:**

· CBP CAT attended a coordination meeting with RGV to identify triggers in the event soft-sided facilities are needed. RGV will provide their assessment to us by COB Monday, 11/9/16.

**J4 LOGISTICS:**

· Nogales Processing Center:

§ Conducted walk-throughs with potential vendors and receipt of proposals - expected shortly.

§ Contract awards and notices to proceed will be awarded early next week.

§ OFAM will continue to coordinate requirements with USBP and work closely with OP to meet the facilities-related requirements by 11/28/2016.

· El Centro ICE Facility:

§ Rental furniture delivered today 11/9.

§ Permanent furniture will be delivered no later than 12/23/16.

§ OFAM confirmed completion of the deep cleaning and CCTV repairs.

§ El Centro Facility will NOT have a soft opening of 11/14 and will NOT go live on 11/28. Planning and contracting will continue but NO TDY personnel from OFO and ICE will be deployed. CBP will continue to work and have facility ready for when trigger is pulled to staff it.

§ OFO HQ will provide notification to the field components.

§ CBP-CAT will make notification of the same to ICE-ERO.

· Possible Soft-sided Processing Facilities at LPOEs:

§ OFAM is working with OP to develop a contract for erecting a temporary, soft-sided processing structures at CBP site at Tornillo (ASAP), and contingency plans for Otay Mesa and Brownsville USBP Station.

§ Plans for Tornillo was for [REDACTED] to up to [REDACTED] beds for UACs and families as needed (scalable).

§ FM&E conducted a preliminary site visit to Tornillo and Tigua facilities—

o Initial determination is that Tornillo can accommodate up to [REDACTED] beds if three separate sites are utilized. Plans are to start at [REDACTED] capacity for now and grow from there as needed.

o Tigua facility was removed from consideration due to local tribe denying the CBP request.

§ Otay Mesa site visit by FM&E is scheduled for this Thursday. Possible Soft-sided Processing Facilities at Brownsville Station and conducting site assessment tomorrow Thursday as well.

**J5 PLANNING:**
• No updates.

**J6-COMMUNICATIONS:**

· Briefed Congressman O'Rourke's office on status of current migrant surge in the El Paso region; his office offered assistance and asked to be kept updated. OCA will coordinate this effort.

**J7-TRAINING:**
· No updates.

**J8-FINANCE:**

· OF Budget team will create a draft exception apportionment document, with justification for additional spending authority during the CR period.

· OF Budget will draft a cost-estimate of the Migration Surge requirements.

· OFO HQ is tasked with providing OF a requirement list of expenditures for (TDY, OT, contractual services, etc.)

· USBP HQ is tasked with providing OF a requirement list of expenditures for (TDY, OT, contractual services, etc.)

**J9-LIAISON:**

· CBP CAT discussed El Centro Facility Plans with ERO. ERO will not be able to fulfill a commitment of daily [REDACTED] transfers out of El Centro Facility due to [REDACTED]. Therefore, as noted above, the El Centro Facility will be placed on pause for TDY personnel until further notice. CBP and ERO will work transfers on a daily basis based on bed space throughout the country.

· ERO moved 100 Haitians from San Diego to various detention centers today.

Highly Confidential/Attorneys' Eyes Only

[cid:image001.png@01D23AB3.E9D62C10][cid:image003.png@01D23AB3.E9D62C10]

GC

Regards,
Gloria I. Chavez
Crisis Action Team
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Wash. D.C.