MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 14 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 14 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 14 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** CASTILLO, MOISES
**Sent:** Thursday, March 23, 2017 3:05 PM
**To:** WILSON, LAURA
**CC:** HOOD, ROBERT W; AKI, SIDNEY K
**Subject:** FW: URGENT : Reference 170131-003357

Laura,

On January 26th we had 306 detainees in custody and on the 27th we had 350. At the time of the complaint we were metering. I have not seen any complaints since our custody numbers began to decline. The conversation in regards to metering has taken place with the Port Director and management. If there are any complaints since our numbers declined please let us know.

Thanks,

**From:** WILSON, LAURA
**Sent:** Wednesday, March 22, 2017 3:59 PM
**To:** CASTILLO, MOISES <            >
**Subject:** RE: URGENT : Reference 170131-003357

Moises,

We have drafted a copy of the response for this complaint and its sitting in Johnny's desk for review. We went over the information with Janet Murray and I understand why the metering was being used while you guys had the huge influx of Haitians. Maybe it's time to reassess if the process need to be changed or readdressed since we no longer have the overcrowding in the processing areas. I have seen a few complaints regarding this issue and I don't know if we can continue to explain the metering since we don't have the numbers to back us.

**Thank you,**
**Laura Wilson**
**Supervisory Program Manager**
**San Diego Field Office**

---

**From:** CASTILLO, MOISES
**Sent:** Tuesday, March 21, 2017 2:38 PM
**To:** CASTORENA, EDUARDO C <            >
**Cc:** WILSON, LAURA            ; HOOD, ROBERT W            ; TAITAGUE, CLAUDIA            >
**Subject:** RE: URGENT : Reference 170131-003357

10/4

**From:** CASTORENA, EDUARDO C
**Sent:** Tuesday, March 21, 2017 2:27 PM
**To:** CASTILLO, MOISES            
**Cc:** WILSON, LAURA <            >; HOOD, ROBERT W <            >; TAITAGUE, CLAUDIA
**Subject:** RE: URGENT : Reference 170131-003357

Moises,

Thank you. Looks like we got what we needed at this time. If anything else comes up, I will reach out to you. Please thank Supervisor Cruz for his prompt attention and quick response.

Ed Castorena

*Eduardo Castorena*
*Supervisory Program Manager / Trade Division*
*San Diego Field Office*
            *office*
            *mobile*

**From:** CASTILLO, MOISES
**Sent:** Tuesday, March 21, 2017 1:59 PM

**To:** CASTORENA, EDUARDO C ▮
**Cc:** WILSON, LAURA ▮ HOOD, ROBERT W ▮; TAITAGUE, CLAUDIA ▮
**Subject:** RE: URGENT : Reference 170131-003357

Ed,

I have been out of the office most of the day, but I know my supervisors have been providing information. Let me know if there's anything else that is need and I will coordinate for you to receive the information.

---

**From:** CASTORENA, EDUARDO C
**Sent:** Tuesday, March 21, 2017 9:31 AM
**To:** CASTILLO, MOISES ▮
**Cc:** WILSON, LAURA <▮>
**Subject:** FW: URGENT : Reference 170131-003357
**Importance:** High

Good morning Mr. Castillo,

I called and left you a voice message but wanted to follow up with this email. As you know, we are working with Chief Counsel in responding to a complaint from Attorney Nicole Ramos. **Attorney-Client Privileged** ▮ **Attorney-Client Privileged** ▮

Thank you in advance for your assistance.

Ed Castorena

*Eduardo Castorena*
*Supervisory Program Manager / Trade Division*
*San Diego Field Office*
▮ office
▮ mobile

---

**From:** CASTORENA, EDUARDO C
**Sent:** Friday, March 17, 2017 9:34 AM
**To:** PRECIADO, ROSA E ▮; LOPEZ, TERRI L ▮
**Cc:** LEWENDA, PETER ▮; CHAVEZ, VERONICA J <▮>; WILSON, LAURA <▮>; HODGERS, SONIA P <▮>
**Subject:** RE: URGENT : Reference 170131-003357
**Importance:** High

Good morning SCBPOs Preciado and Lopez,

We are working with Chief Counsel on formulating a response to Ms. Nicole Ramos. Chief counsel is **Attorney-Client Privileged** ▮ **Attorney-Client Privileged** ▮

Thank you,

Ed Castorena

*Eduardo Castorena*
*Supervisory Program Manager / Trade Division*
*San Diego Field Office*
▮ office
▮ mobile

---

**From:** MURRAY, JANET L (OCC)
**Sent:** Friday, March 17, 2017 8:37 AM
**To:** CASTORENA, EDUARDO C <▮>
**Cc:** WILSON, LAURA <▮>; HODGERS, SONIA P <▮>
**Subject:** RE: Assistance Requested with Complaint Response

**Attorney-Client Privileged** ▮

Janet L. Murray
Staff Attorney
Office of Assistant Chief Counsel

U.S. Customs and Border Protection
610 West Ash Street, Suite 1200
San Diego, CA 92101

[redacted]

**Notice: Attorney Work Product/Privileged Communication-Circulation Restricted.** This document may contain attorney work product and privileged attorney/client communications. It is therefore not available for release, disclosure, or use outside of CBP without the express prior approval of the Commissioner of CBP and the Chief Counsel.

**From:** CASTORENA, EDUARDO C
**Sent:** Thursday, March 16, 2017 4:00 PM
**To:** MURRAY, JANET L (OCC) <[redacted]>
**Cc:** WILSON, LAURA <[redacted]> HODGERS, SONIA P <[redacted]>
**Subject:** Assistance Requested with Complaint Response

Good afternoon Ms. Murray;

**Attorney-Client Privileged**

[redacted]

Ed Castorena

*Eduardo Castorena*
*Supervisory Program Manager / Trade Division*
*San Diego Field Office*
[redacted] *office*
[redacted] *mobile*

Confidential                                              AOL-DEF-00242589