MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>           Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>           Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 17 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 17 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
 Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
 *bazmy@ccrjustice.org*
 Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
 *gschwarz@ccrjustice.org*
 Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
 *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
 Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
 *sarah.rich@splcenter.org*
 Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
 *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
 Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
 *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 17 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.




# U.S. CUSTOMS AND BORDER PROTECTION
## Department of Homeland Security
### San Diego Field Office
### San Ysidro/Otay Mesa Passenger
### Other Officer Report / Narrative Continuation

Narrative continuation ☐        Report of Other Officer Involved in Incident ☒
REPORTING OFFICER (Name/Title/Agency): ███████ / I / CBP(I)
Subjects Name: _____    DOB: _____
Port-of-Entry:    San Ysidro    Seizure No.:  200 -250 -        Date:  04/01/2017
TOPIC:  Political Asylum
IOIL No. (If Any):  2004-250 -

(Write in first person: Record observations, statements and behavior, contraband concealment, and other pertinent facts)

On Sunday 04/01/2017 I was assigned to PED West facility as the swing shift Supervisor. At approximately 1500 hours a call over the radio from the Officer assigned to the limit line requesting a Supervisor to the limit line. When I arrived to the limit line the Officer informed me that a women was requesting Political Asylum for a lady and her child. I went to the gate and a women approached me stating that she was a lawyer representing her client and they were requesting Political Asylum. I asked her "are they minors or Mexicans citizens and she said, no they are from Honduras. I informed her that all Political Ashlee's unless they are unaccompanied minors or Mexican citizens who are allowed to make entry however everyone else is required to register with Mexican (INAMI.) I told her that CBP contacts INAMI daily requesting INAMI to bring Ashlee's who registered with them to the Port of Entry for processing. At that point another women that was accompanying the lawyer became angry and started yelling at me saying that we could not refuse them entry. Later a GSA Security Officer informed me that the lady who was yelling at me was MS. Ramos a lawyer from Mexico. I informed her that this is the process we tell everyone requesting Political Asylum because these are the orders that I have been told to follow.



REPORTING OFFICER/BADGE NO:                                    SUPERVISOR/BADGE NO:

AREA CODE (619) SAN YSIDRO: 690-8800; OTAY MESA: 671-8900