MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 19 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 19 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

1  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4     *aguisado@ccrjustice.org*
5  666 Broadway, 7th Floor
   New York, NY 10012
6  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
7

8  SOUTHERN POVERTY LAW CENTER
      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9     *sarah.rich@splcenter.org*
      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10    *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 19 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** FLORES, PETE ROMERO
**Sent:** Thursday, May 18, 2017 10:07 AM
**To:** HOOD, ROBERT W
**CC:** ARMIJO, JOHNNY L
**Subject:** FW: Awareness: San Diego: Somali Fence Jumpers

Bob – are you aware of this reporting?

Pete Flores
Director, Field Operations
San Diego, CA
U.S. Customs and Border Protection
Work Phone:
Fax:

---

**From:** AKI, SIDNEY K
**Sent:** Thursday, May 18, 2017 4:39 AM
**To:** FLORES, PETE ROMERO                              ; ARMIJO, JOHNNY L
**Subject:** FW: Awareness: San Diego: Somali Fence Jumpers

Pete/Johnny,

FYI. Thx.

---

**From:** CAMPBELL, CARL S
**Sent:** Thursday, May 18, 2017 6:31:12 AM
**To:** Owen, Todd C (AC OFO); WAGNER, JOHN P
**Cc:** AKI, SIDNEY K
**Subject:** Awareness: San Diego: Somali Fence Jumpers

EAC/DEAC,

Just for your awareness: San Diego Field Office is reporting that a group of Somali nationals was recently apprehended by BP locally. It appears that the group initially claimed that they crossed between the ports of entry due to having been "turned back" at the POE. BP Agents didn't pursue further questioning at the time. Later, in further interviews by JTFW, <u>the aliens clarified that they were given a number and time to report to the POE, but didn't want to wait</u>.

Bringing this to your attention because this may come up with C1 via reporting from the Migration CAT and/or BP. There is a concern that a group called Human Rights First (HRF) may be involved and this may be used to bolster their allegations that CBP/OFO is violating human rights by denying persons the right to seek asylum.

San Diego states they are not turning anyone away and locally INAMI has not been giving out numbers for a while.


Thank you,

C. Shane Campbell
Deputy Executive Director (Acting)
Office of Field Operations - Operations
US Customs and Border Protection

(c)

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00036065