MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 20 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 20 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 20 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** CAMPBELL, LORNE A on behalf of OFO-FIELD LIAISON
**Sent:** Sunday, May 13, 2018 12:50 PM
**To:** HOWE, RANDY J; CAMPBELL, CARL S; DRAGANAC, JOSEPH; FRASER, CATHERINE J
**CC:** OFO-FIELD LIAISON; SITROOM; QUINTERO, LILIANA; SHORR, JOSHUA; JOHNSON, DANIEL I; ROSS, MATTHEW; OFO-Incident-Management
**Subject:** FW: SITUATIONAL AWARENESS: Nogales POE Detention at capacity

FYSA:

On May 12, 2017, at 0600 hours, the Nogales POE reached ▓ detainees in custody and began metering. As of 0730 on May 13, 2018 there are a total of ▓ detainees in custody with ▓ of those pending processing. Additionally, there are approximately 56 persons on the Mexican side waiting for entry into the U.S. Those persons are in a separate line for individuals without documents to enter the U.S. These individuals have been waiting in line between 8 and 24 hours and have been told that the Nogales POE is at full capacity. Those persons will be brought in when the current detainee population decreases. Updates to follow.

Respectfully,

Lorne Campbell
CBP Officer/ Program Mgr
OFO - Field Liaison Division
US Customs & Border Protection
Unclass ▓
HSDN: ▓
JWICS
Desk: ▓
Office: ▓
Mobile ▓

---

**From:** ENRIQUEZ, NATHAN J **On Behalf Of** TUCSON OPERATIONS CENTER
**Sent:** Sunday, May 13, 2018 12:04 PM
**To:** OFO-FIELD LIAISON <▓>; TFO DFO ADFOS <▓>
**Cc:** TUCSON OPERATIONS CENTER ▓
**Subject:** SITUATIONAL AWARENESS: Nogales POE Detention at capacity

**Situational Awareness:** On May 12, 2017 at 0600 hours, The Nogales POE reached ▓ detainees in custody and began metering. As of 0730 on May 13, 2018 there are a total of ▓ detainees in custody with ▓ of those pending processing. Additionally, there are approximately 56 persons on the Mexican side waiting for entry into the U.S. Those persons are in a separate line for individuals without documents to enter the U.S. These individuals have been waiting in line between 8 and 24 hours and have been told that the Nogales POE is at full capacity. Those persons will be brought in when the current detainee population decreases. Updates to follow.

Thank you.

*William Badillo*
Chief - Passenger Operations
Nogales Port of Entry
9 N. Grand Ave
Nogales, AZ 85621
W: ▓
C: ▓

"Honor Earned, Never Given"

Confidential                                                    AOL-DEF-00040005