MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 21 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 21 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 21 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** SCHNEIDAU, TOM R
**Sent:** Thursday, May 18, 2017 1:05 PM
**To:** SCUDDER, RYAN J; FITCH, DONALD J; YOUNG, CHRISTOPHER A; PARKS, DANIEL J; JOHNSON, BENEDICT; KIRKPATRICK, MARK
**CC:** FLORES, PETE ROMERO
**Subject:** RE: Somali Nationals

Sirs, Ma'am,

Did the IMB or CHU interview of the recently encountered Somalis give any indication of how GoM was handling the Somalis' approach to the POE.

Specifically, did the agents' interviews provide any insight into whether GoM was issuing the Somalis a number, or providing them with a time window to 'meter' their approach to the POE?

Thanks,

Rodger

T. Rodger Schneidau
Chief of Staff
Joint Task Force West California Corridor

---

**From:** FLORES, PETE ROMERO
**Sent:** Thursday, May 18, 2017 9:58 AM
**To:** SCHNEIDAU, TOM R <​>
**Subject:** RE: Somali Nationals

Did they have any documentation that indicated they were provided a number by the GoM?

We have had several conversations with GoM about stopping the issuance of numbers and they have stated the practiced has ceased.

Pete Flores
Director, Field Operations
San Diego, CA
U.S. Customs and Border Protection
Work Phone:
Fax:

---

**From:** SCHNEIDAU, TOM R
**Sent:** Thursday, May 18, 2017 9:53 AM
**To:** FLORES, PETE ROMERO <​>
**Subject:** RE: Somali Nationals

Yes Sir,

I received the query from BP and provided them with an answer. The query also came in from OI, Lorna and I gave the same response.

Short of the Long…..The detainees are given a time by GoM to report to the POE to be processed. If they don't feel like waiting, they jump the fence.

Rodger

---

**From:** FLORES, PETE ROMERO
**Sent:** Thursday, May 18, 2017 7:14 AM
**To:** SCHNEIDAU, TOM R <​>
**Subject:** Somali Nationals

Rodger,

Confidential                                                                                    AOL-DEF-00090819

Did we have JTF-W staff interview some Somalis that were apprehended by BP recently?

If so, I'm looking for some clarity on their claims they were either turned away from the port or issued a number and did not want to wait.

Thanks,

Pete Flores
Director, Field Operations
San Diego, CA
U.S. Customs and Border Protection
Work Phone
Fax

Confidential

AOL-DEF-00090820