MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 23 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 23 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 23 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** HOWE, RANDY J
**Sent:** Tuesday, December 5, 2017 11:49 AM
**To:** WAGNER, JOHN P; Owen, Todd C (AC OFO)
**CC:** MIRANDA, EDWARD; FLORES, PETE ROMERO; CAMPBELL, CARL S; DRAGANAC, JOSEPH; BORDEAUX, TYESHA; MODESTO, ALYCE M
**Subject:** FW: San Diego at limit

**Importance:** High

EAC:

San Ysidro is at capacity and metering as needed.

I met with the ERO rep at the MCAT this morning and he is taking the actions noted below.

They are striving to correct the shortage in bed space as soon as possible.

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
███████ (Office)
███████ (Cell)

---

**From:** MIRANDA, EDWARD
**Sent:** Tuesday, December 05, 2017 11:41 AM
**To:** HOWE, RANDY J <███████>
**Subject:** RE: San Diego at limit

Randy,

As a follow up from our conversation with the ICE ERO rep (DFOD Sifuentes, Joe), ERO is taking the following actions:

- ERO states they have all hands on deck and they have daily coordination with ICE Crisis Action Team (CAT), in San Antonio.
- ERO FOD in San Diego is seeking available bed space within the AOR to accommodate the bed space needs.
- Scheduling additional staff to move the processed cases pending ERO movement.
- ERO is seeking additional courses of action to resolve the current issues of subjects pending placement.
- Pending ERO numbers of aliens being moved today and the next couple of days.

**Edward Miranda**
Deputy Commander
U.S. Customs and Border Protection
Migration Crisis Action Team (MCAT)
███████ – Cell
███████ – MCAT

---

**From:** MIRANDA, EDWARD
**Sent:** Tuesday, December 5, 2017 10:44 AM
**To:** HOWE, RANDY J <███████> MODESTO, ALYCE M <███████>
**Cc:** CAMPBELL, CARL S <███████> DRAGANAC, JOSEPH <███████>
**Subject:** RE: San Diego at limit

Good morning XD,

Our team is coordinating with ERO HQ and ICE Crisis Action Team (CAT), in San Antonio, TX to find available bed space to accommodate the cases awaiting pickup at the ports of entry.

ERO HQ had a teleconference call last Friday with the FODs to instruct them to immediately start seeking available bed space within their

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00031410

respective AOR to accommodate the bed space needs, along the border both, especially the needs of San Diego.

I'll follow up with ERO this morning to get some movement asap of those subjects in custody at the POE.

**Edward Miranda**
Deputy Commander
U.S. Customs and Border Protection
Migration Crisis Action Team (MCAT)
▇▇▇▇▇ Cell
▇▇▇▇▇ MCAT

---

**From:** HOWE, RANDY J
**Sent:** Tuesday, December 5, 2017 10:13 AM
**To:** MIRANDA, EDWARD ▇▇▇▇▇ MODESTO, ALYCE M ▇▇▇▇▇
**Cc:** CAMPBELL, CARL S ▇▇▇▇▇ ; DRAGANAC, JOSEPH ▇▇▇▇▇
**Subject:** San Diego at limit
**Importance:** High

Good morning Edward,

I just received a call from DFO Flores in San Diego.

They currently have 348 in custody and the limit is ▇▇.

As they are seeing ▇▇▇ aliens per day they are metering individuals from the limit line moving forward.

What efforts are being made with ERO to address the need for coordination and additional bed space?

Randy

Randy J. Howe
Executive Director, Operations
Office of Field Operations
U.S. Customs and Border Protection
▇▇▇▇▇ (Office)
▇▇▇▇▇ (Cell)

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00031411