```
 1  MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
 2      mmarmolejo@mayerbrown.com
    350 S. Grand Avenue
 3  25th Floor
    Los Angeles, CA 90071-1503
 4     Ori Lev (DC Bar No. 452565)
       (pro hac vice)
 5     olev@mayerbrown.com
       Stephen M. Medlock (VA Bar No. 78819)
 6     (pro hac vice)
       smedlock@mayerbrown.com
 7  1999 K Street, N.W.
    Washington, D.C. 20006
 8  Telephone:  +1.202.263.3000
    Facsimile:  +1.202.263.3300
 9
    SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
       (pro hac vice)
11     melissa.crow@splcenter.org
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  Additional counsel listed on next page
    Attorneys for Plaintiffs
15
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | **EXHIBIT 24 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 24 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

1 | CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2 | *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3 | *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4 | *aguisado@ccrjustice.org*
5 | 666 Broadway, 7th Floor
    New York, NY 10012
6 | Telephone: +1.212.614.6464
7 | Facsimile: +1.212.614.6499

8 | SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9 | *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10 | *rebecca.cassler@splcenter.org*
    150 E. Ponce de Leon Ave., Suite 340
11 | Decatur, GA 30030
12 | Telephone: +1.404.521.6700
    Facsimile: +1.404.221.5857

13 |
    AMERICAN IMMIGRATION COUNCIL
14 |   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
15 | 1331 G St. NW, Suite 200
16 | Washington, D.C. 20005
    Telephone: +1.202.507.7523
17 | Facsimile: +1.202.742.5619

18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 24 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** HOOD, ROBERT W
**Sent:** Thursday, December 21, 2017 9:15 PM
**To:** ROSSILLI, VONA M; SYS-OTM-MNGR; DAVIS, TAHIR; GARZA, DUSTIN
**Subject:** RE: REMINDER: AEU Over Capacity UPDATE (Wait Report)

Thank you Vona.

---

**From:** ROSSILLI, VONA M
**Sent:** Thursday, December 21, 2017 5:33:00 PM
**To:** SYS-OTM-MNGR; DAVIS, TAHIR; GARZA, DUSTIN
**Subject:** FW: REMINDER: AEU Over Capacity UPDATE (Wait Report)

Chiefs/Supervisors,

This message serves as a reminder that if you are assigned to either Pedestrian area at the port, that you are required to maintain the Asylee Wait Report. We are seeing instances of the wait times not being recorded which is cause for concern. Please ensure that you are remaining engaged with the wait times for all travelers as well as asylees and that the officers assigned to the limit line position are talking to the travelers and checking documents.

Thank you.

Vona

---

**From:** ROSSILLI, VONA M
**Sent:** Thursday, December 07, 2017 3:28 PM
**To:** SYS-OTM-MNGR -
**Cc:** AKI, SIDNEY K                                                    HOOD, ROBERT W <                    MISENHELTER, JOSEPH
<                                 CARRILLO, SALLY R                            >; ROSSILLI, VONA M <                   >
**Subject:** REMINDER: AEU Over Capacity UPDATE (Wait Report)

Team,

Effective immediately, the attached wait time logs have been implemented at the San Ysidro and Otay Mesa pedestrian areas to assist in tracking Asylees waiting to be processed by our AEU staff. Please see message string below and ensure that we are adhering to the guidance from Port Director Aki. Each end of shift report should include the number of Asylee applicants waiting to be processed at each location.

Thank you.

---

**From:** CARRILLO, SALLY R
**Sent:** Thursday, December 07, 2017 2:40 PM
**To:** CHAVEZ, VERONICA J <                        ; CASTILLO, MOISES                              RODRIGUEZ, CARLOS C                           ; RODRIGUEZ, CARY <                        MCCULLOCH, CHANTELLE                                    AVILA, EDWARD <                               ; DELGADO, ALBERT F <                          ; MILLER, CHRIS <                      KAPCZYNSKI, ROBERT A                                MENDOZA, DANIEL <                              ROSSILLI, VONA M                         SCHNEIDER, CHRISTINE I
**Cc:** HOOD, ROBERT W                     >; MISENHELTER, JOSEPH <                              ; CARRILLO, SALLY R                         >
**Subject:** REMINDER: AEU Over Capacity UPDATE (Wait Report)

Team,

The information below from PD Aki continues to apply and it is imperative that we maintain ongoing mustering and more importantly that we verify at all levels that we are complying with the below guidance. Our communication will be the key to our efficient processing and success. Effective immediately please incorporate to our existing pedestrian processing the monitoring and documentation of potential asylee applicants at the limit line.

Throughout each day, AEU will communicate with the duty Watch Commander the AEU capacity status. We must be able to provide AEU with a status of persons who appear to be waiting at each of our pedestrian locations. The midnight shift is responsible for the daily placement and collection of our "wait report", please verify that the report is complete and accurate prior to filing. Supervisors must instruct officers to record the hourly stats at the end of each hour. The reports will be filed by the San Ysidro midnight shift WC in a RED folder labeled "Wait Reports".

The reports for each pedestrian facility are attached, please implement ASAP.

Please make sure you conduct briefings with your teams to reemphasize the guidance and the fact that there is **NO room for error** by anyone. This should be fairly easy to accomplish if we all communicate effectively.

**APD Carrillo** for PD Aki

*************************************************************************************************************************************************

Team, (12/05/2017 PD Message)

Guidance on arriving Asylees at the SYS/OTM Ports of entry:

- Due to capacity issues (above ▇▇ occupancy rate) at our AEU facility we are requesting that all asylee applicants be rerouted from OTM pedestrian and SYS Pedeast pedestrian to the SYS Pedwest pedestrian facility. This will help ensure that asylum applicants are processed in priority order and efficiently as possible. Upon arrival at Pedwest please message to the asylee applicants that we are accepting asylum claims at the port however due to capacity issues in our facility we are asking the applicants to temporarily wait at the limit line in Mexico until space is available. Once space is available we will prioritize our acceptance starting with UAC's, pregnant females, family units, and then singles (Supervisors will have the discretion to accept applicants on a case by case basis – medical, etc.).

- If we encounter an asylee applicant on primary (vehicle or pedestrian) we are to immediately take them into custody (secondary) and eventually transfer them to AEU when feasible for appropriate processing.

- If/when we encounter an asylee at the limit line (OTM pedestrian/SYS Pedeast pedestrian) who refuses to be rerouted to SYS Pedwest for processing, please emphasize that their processing will be more efficient at SYS Pedwest. However, if they continue to be persistent and want to remain at OTM pedestrian or SYS Pedeast, please ask them to temporarily wait until we can take them into custody and transport them to SYS Pedwest facility for appropriate processing.

- Managers please also identify a supervisor or a good lead officer who can communicate effectively and clearly to the potential asylum applicants – "that we are open and accepting asylum applicants at the SYS/OTM ports of entry, however due to capacity issues in our facility we are asking you to be patient and temporarily wait until we can orderly process you."

- Key points – given the rapidly evolving conditions, limit line personnel should not attempt to estimate wait times for the asylum applicants waiting in line; and that we should instead emphasize <u>that under no circumstances will an applicant be denied entry into the U.S. for asylum processing.</u>

- All limit line personnel should be cognizant that their messaging/communication with the asylum applicants and those escorting them (lawyers/advocates) may be recording the conversation via audio or video.

PD Aki

Highly Confidential/Attorneys' Eyes Only                                                                                                      AOL-DEF-00030508