MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>  Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**EXHIBIT 25 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 25 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 25 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** MENDOZA, DANIEL
**Sent:** Saturday, December 9, 2017 12:28 AM
**To:** HOOD, ROBERT W
**CC:** SANDOVAL, EVAN J; MARIN, MARIZA; AKI, SIDNEY K; CARRILLO, SALLY R
**Subject:** RE: Ped West Wait Line 12/8.17 2100 hours

Sir,

Give us a couple of minutes please. Evan is calculating at this time.

Daniel Mendoza
Watch Commander
San Ysidro Port of Entry
Office:
Cell:

This communication is intended only for the named addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original communication to us at the above address.

---

**From:** HOOD, ROBERT W
**Sent:** Friday, December 08, 2017 9:26 PM
**To:** MENDOZA, DANIEL <    >
**Cc:** SANDOVAL, EVAN J <    >; MARIN, MARIZA <    >; AKI, SIDNEY K <    >; CARRILLO, SALLY R <    >
**Subject:** RE: Ped West Wait Line 12/8.17 2100 hours

Danny

What are the AEU numbers in custody after we intake the 40 from the 77 in line?

---

**From:** MENDOZA, DANIEL
**Sent:** Friday, December 08, 2017 9:09:20 PM
**To:** HOOD, ROBERT W
**Cc:** SANDOVAL, EVAN J
**Subject:** Ped West Wait Line 12/8.17 2100 hours

Assistant Port Director (Tactical) Hood,

Please be advised that as of 1500 hours we had 71 people waiting at Ped West. As of 2100 hours, the number went up to 77. SCBPO Sandoval is in the process of taking 30 from Ped West thus lowering our number to 41. Please advise if you still need me to call ADFO Armijo. Thank you.

Daniel Mendoza
Watch Commander
San Ysidro Port of Entry
Office:
Cell:

This communication is intended only for the named addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original communication to us at the above address.

---

**Importance:** High

Watch Commanders,

The SDFO AEU will be reporting the Limit Line numbers to the SDFO and up twice per day: 1) in the AEU Daily Report at 2200, and 2) on the morning SYS AEU Custody Report.

In addition, should the Limit Line numbers reach [    ] in line AND those [    ] have been waiting 4 hours or more, there is a mandatory notification requirement, which will be the Watch Commander's responsibility to make the notification. Please notify ADBS Johnny Armijo Desk [    ] or Cell [    ] and send a follow up email to WC Marin and myself.

Highly Confidential/Attorneys' Eyes Only                    AOL-DEF-00249063

Thank you,

Robert Hood
Assistant Port Director

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-00249064