MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 31 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 31 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 31 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** AKI, SIDNEY K
**Sent:** Tuesday, January 2, 2018 3:57 PM
**To:** VILLAREAL, ROY D; LEONARD, RALEIGH L; SCOTT, RODNEY S; YAMASAKI, RYAN; SCUDDER, RYAN J
**Cc:** MOODY, MARK R; FLORES, PETE ROMERO; TAITAGUE, CLAUDIA; HOOD, ROBERT W; MARIN, MARIZA; MARICICH, ANNE L
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Thanks Roy.

---

**From:** VILLAREAL, ROY D
**Sent:** Tuesday, January 02, 2018 12:50:40 PM
**To:** AKI, SIDNEY K; LEONARD, RALEIGH L; SCOTT, RODNEY S; YAMASAKI, RYAN; SCUDDER, RYAN J
**Cc:** MOODY, MARK R; FLORES, PETE ROMERO; TAITAGUE, CLAUDIA; HOOD, ROBERT W; MARIN, MARIZA; MARICICH, ANNE L
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Sidney,

Mark Moody is covering for us today. Mark would you please coordinate with Sidney.
Thanks

---

**From:** AKI, SIDNEY K
**Sent:** Tuesday, January 02, 2018 6:13:21 PM
**To:** VILLAREAL, ROY D; LEONARD, RALEIGH L; SCOTT, RODNEY S; YAMASAKI, RYAN; SCUDDER, RYAN J
**Cc:** MOODY, MARK R; FLORES, PETE ROMERO; TAITAGUE, CLAUDIA; HOOD, ROBERT W; MARIN, MARIZA; MARICICH, ANNE L
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Roy/Raleigh,

Shall we have a quick conference call prior to the noon C1 call?

---

**From:** VILLAREAL, ROY D
**Sent:** Monday, December 18, 2017 11:17 AM
**To:** AKI, SIDNEY K <[redacted]>; LEONARD, RALEIGH L <[redacted]>; SCOTT, RODNEY S <[redacted]>; YAMASAKI, RYAN <[redacted]>; SCUDDER, RYAN J <[redacted]>
**Cc:** MOODY, MARK R <[redacted]>; FLORES, PETE ROMERO <[redacted]>; TAITAGUE, CLAUDIA <[redacted]>; HOOD, ROBERT W <[redacted]>; MARIN, MARIZA <[redacted]>
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Sounds great....we can use the following number to communicate:

[redacted]

Access code [redacted]

---

**From:** AKI, SIDNEY K
**Sent:** Monday, December 18, 2017 11:14 AM
**To:** VILLAREAL, ROY D <[redacted]>; LEONARD, RALEIGH L <[redacted]>; SCOTT, RODNEY S <[redacted]>; YAMASAKI, RYAN <[redacted]>; SCUDDER, RYAN J <[redacted]>
**Cc:** MOODY, MARK R <[redacted]>; FLORES, PETE ROMERO <[redacted]>; TAITAGUE, CLAUDIA <[redacted]>; HOOD, ROBERT W <[redacted]>; MARIN, MARIZA <[redacted]>
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

1pm?

---

**From:** VILLAREAL, ROY D
**Sent:** Monday, December 18, 2017 12:53:50 PM
**To:** LEONARD, RALEIGH L; AKI, SIDNEY K; SCOTT, RODNEY S; YAMASAKI, RYAN; SCUDDER, RYAN J
**Cc:** MOODY, MARK R; FLORES, PETE ROMERO; TAITAGUE, CLAUDIA; HOOD, ROBERT W; MARIN, MARIZA
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

What time do you all want to pre-call/discuss?

---

**From:** LEONARD, RALEIGH L
**Sent:** Monday, December 18, 2017 9:52 AM
**To:** VILLAREAL, ROY D [redacted]; AKI, SIDNEY K [redacted]; SCOTT, RODNEY S <[redacted]>; YAMASAKI, RYAN [redacted]; SCUDDER, RYAN J [redacted]
**Cc:** MOODY, MARK R [redacted]; FLORES, PETE ROMERO <[redacted]>; TAITAGUE, CLAUDIA [redacted]

Confidential                                                                                   AOL-DEF-00030448

>; HOOD, ROBERT W █████████; MARIN, MARIZA █████
Subject: RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

ELC is available -

Raleigh L. Leonard, Acting Deputy Chief Patrol Agent
U.S. Border Patrol – El Centro Sector
211 West Aten Road, Imperial, California 92251
████████ - Office
████████ - IPhone

---

**From:** VILLAREAL, ROY D
**Sent:** Monday, December 18, 2017 9:43 AM
**To:** AKI, SIDNEY K █████████; SCOTT, RODNEY S █████████; YAMASAKI, RYAN █████████; SCUDDER, RYAN J █████████; LEONARD, RALEIGH L █████████
**Cc:** MOODY, MARK R █████████; FLORES, PETE ROMERO █████████; TAITAGUE, CLAUDIA █████████; HOOD, ROBERT W █████████; MARIN, MARIZA █████████
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Sidney,

It's a call in teleconference. But I'm certainly amenable to a pre-telecom to discuss our presentation.

---

**From:** AKI, SIDNEY K
**Sent:** Monday, December 18, 2017 5:26:49 PM
**To:** SCOTT, RODNEY S; YAMASAKI, RYAN; SCUDDER, RYAN J; LEONARD, RALEIGH L; VILLAREAL, ROY D
**Cc:** MOODY, MARK R; FLORES, PETE ROMERO; TAITAGUE, CLAUDIA; HOOD, ROBERT W; MARIN, MARIZA
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Rodney/Roy/Ryan,

Would it possible for us to do a joint VTC at Sector? We could meet an hour earlier to discuss and then jointly be present for the C1 meeting. Thoughts?

---

**From:** SCOTT, RODNEY S
**Sent:** Monday, December 18, 2017 8:24 AM
**To:** YAMASAKI, RYAN █████████; SCUDDER, RYAN J █████████; LEONARD, RALEIGH L █████████; VILLAREAL, ROY D █████████; AKI, SIDNEY K █████████
**Cc:** MOODY, MARK R █████████
**Subject:** FW: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Roy, Ryan and Sid
FYI for this afternoon see below. Also, Is there any chance that we can get shared talking points between SDC/ELC and SD OFO before the call?

---

**From:** FLORES, PETE ROMERO
**Sent:** Monday, December 18, 2017 7:15 AM
**To:** SCOTT, RODNEY S █████████; VILLAREAL, ROY D █████████
**Cc:** AKI, SIDNEY K █████████; MARICICH, ANNE L █████████
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Rodney,

Sidney will be handling the call since Anne and I will be touring Owen at that time. Below are some bullet points that we have prepared for the call.

**Executive Summary:**
The San Ysidro Port of Entry (SYS) continues to experience high levels of foreign nationals asserting claims of fear of returning to their home countries. Thousands of unaccompanied alien children (UAC), family units, and adults attempt to migrate to the U.S. via Central America and Mexico. The foreign nationals are made up of numerous nationalities to include citizens of Mexico, Haiti, Africa, Eastern Europe, and Asia. Due to the ongoing construction/infrastructure challenges at the SYS and the limited availability of ICE/ERO detention space and coordinated movement; SYS is facing limitations in the intake and processing of inadmissible travelers.

**Background:**
- The significant volume of arriving undocumented travelers has surpassed the physical capacity of the port and has resulted in a tremendous strain on all available local resources, to include personnel.
- When the Admissibility Enforcement Unit (AEU) is over the maximum capacity, the ability to comply with our detention policy (TEDS) and Reno v. Flores settlement is hindered and creates a liability for the agency.

Confidential

AOL-DEF-00030449

- Without sufficient ICE detention facilities and the coordinated movement of completed cases into ICE/ERO custody, asylees remain at the port for extended periods of time, which compounds our infrastructure challenges and our ability to intake new surges of aslyees. Concurrently, the extended holding time requires additional resources to ensure safe, habitable, and sanitary holding conditions.
- In FY 2015, The SYS POE apprehended 27,515 inadmissible aliens; a 22% increase in encounters at the Ports of Entry since FY 2014. In FY 2016, the number surged to 43,961; a 59% increase. During FY2017, the number of inadmissible aliens declined to 24,251.

**Current Status:**
This fiscal year SYS continues to experience an upward trend in undocumented travelers for all nationalities.



- The majority of asylum applicants are family units coming from Mexico and Central and South America. Most have stated that the reason for travel is fueled by social media posts saying the "Doors are Open to the U.S." for the people of Michoacan" and others have indicated that there are NGOs providing workshops and advice about claiming asylum.
- Given the limited infrastructure and current ongoing construction at Pedeast, Pedwest is now the primary intake area for asylum claims and other admissibility processing; and provides the capacity, intake area, and infrastructure to process the flow of travelers.
- SYS CBP personnel are not denying anyone requesting asylum, however are redirecting potential applicants to Pedwest to ensure a timelier and efficient intake process.
- All potential asylum applicants arriving at the primary lane (pedestrian, vehicle, CBX) and making entry into the U.S. are taken into custody and safeguarded.
- ICE ERO has conveyed that family unit housing facilities are at capacity, causing the movement of family units out of ERO custody to slow.
- SYS AEU is continuously at capacity of ▮▮▮. In order to safely and humanely care for the detention population, asylum applicants are being queued at the limit line until ICE ERO can move subjects out of CBP custody. Once subjects are moved, SYS AEU continues the intake of asylum applicants until capacity is reached.
- The SYS AEU has coordinated with ICE ERO to modify case processing from ER/CF to NTA, in increments of 72 hours, to alleviate the backlog of family units. If ERO detention levels remain elevated, ERO will notify the PoE of such and respective management representatives will confer to establish a mutually agreeable additional time needed for continued NTA processing.
- SYS AEU has reached out to US Border Patrol (USBP) Stations to temporarily hold migrants awaiting custodial transfer to ICE/ERO. Locations include: Imperial Beach Border Patrol Station and the Barracks five facility located within the Chula Vista Border Patrol Station. (Currently, the bulk of detention population is family units, so USBP space has not been used).

Pete Flores
Director, Field Operations
San Diego, CA
U.S. Customs and Border Protection
Work Phone: ▮▮▮▮
Fax: ▮▮▮▮

**From:** SCOTT, RODNEY S
**Sent:** Saturday, December 16, 2017 7:45 AM
**To:** VILLAREAL, ROY D <▮▮▮▮>; FLORES, PETE ROMERO <▮▮▮▮
**Subject:** RE: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

A few bullets on the detention issues and the lack of light at the end of the tunnel right now for CA would be beneficial. I would like to coordinate that with OFO. I have copied the DFO for SA.

**From:** VILLAREAL, ROY D
**Sent:** Friday, December 15, 2017 6:05:23 PM
**To:** SCOTT, RODNEY S
**Subject:** FW: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Chief,

This falls inline with the Harpers Ferry meeting. I tasked SIU and Yamasaki with giving us a breakdown/assessment of the Indian national flow, our

Confidential                                                                                                                                          AOL-DEF-00030450

staging at the TSA and to also view and assess as the California Border. Any concerns or other areas you'd like pursued?

---

**From:** CHAVEZ, GLORIA I
**Sent:** Saturday, December 16, 2017 12:04:53 AM
**To:** VILLAREAL, ROY D; LANDRUM, CARL E; SELF, JEFFREY D; BLANCHARD-JR, KENNETH W; VELAZQUEZ, VICTOR M; HUDAK, MATTHEW J; ORTIZ, RAUL L; LEONARD, RALEIGH L; GOOD, ANTHONY S
**Cc:** HASTINGS, BRIAN S
**Subject:** FW: IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

DCPAs - FYSA only. See below.

GC


Regards,
Gloria I. Chavez
Deputy Chief - LEOD/Operations
U.S. Border Patrol Headquarters
███ (office)
███ (cell)

---

**From:** CHAVEZ, GLORIA I
**Sent:** Friday, December 15, 2017 2:49:07 PM
**To:** FLORES, PETE ROMERO; MANCHA, HECTOR; HIGGERSON, DAVID P; BROOKS, WILLIAM K; PADILLA, MANUEL JR; OWENS, JASON D; CHAVEZ, FELIX; BOATRIGHT, ROBERT L; HULL, AARON A; HARRISON, DOUGLAS E; KARISCH, RODOLFO; PORVAZNIK, ANTHONY J; SCUDDER, RYAN J; SCOTT, RODNEY S; BEESON, PAUL A; Owen, Todd C (AC OFO); PROVOST, CARLA ███; BOYER, STEPHEN A; KOLBE, KATHRYN; SMITH, BRENDA BROCKMAN; LUCK, SCOTT A (USBP); PEREZ, ROBERT E; WAGNER, JOHN P
**Cc:** MCALEENAN, KEVIN K; VITIELLO, RONALD D (USBP); PETERLIN, MEGHANN K; FLANAGAN, PATRICK S; VISCONTI, JAY; NUTZHORN, JOSHUA B; MIRANDA, EDWARD; HIGGINS, CHRIS A; SCHORR, STEPHEN
**Subject:** IMPORTANT: C1 VTC-Conference call w/SWB Leadership - Scheduled Monday, 12/18/17-Agenda

Good afternoon CBP field leadership - CBP Acting Commissioner Kevin McAleenan will host a video tele-conference (VTC) and/or conference call with our Southwest Border Directors of Field Operations, Chief Patrol Agents, and JTF-W Director on **Monday, December 18, 2017** to provide an update on our collective efforts as we improve our shared consciousness of CBP's border security mission. Additionally, the Acting Commissioner has a key interest in hearing from you regarding your operational tempo, migration, holding, and detention issues; and any/all coordination efforts to mitigate the impacts to our border security across the Southwest border.

This will be a good opportunity to identify and discuss emerging threats, innovation efforts, and triggers or early warnings being experienced in the current operational environment.

Please see the attached agenda. If you have any questions, don't hesitate to contact me.

**Participants:** DFOs, CPAs, JTW-Director
**Time:** 5:00 PM (EST) – 6:00 PM (EST).
**Dial in:** ███
**PIN#** ███

GC

Gloria I. Chavez
Commander
CBP – MCAT
███ (office)
███ (cell)

Confidential

AOL-DEF-00030451