MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 34 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 34 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

1 | CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
2  *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
3  *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4  *aguisado@ccrjustice.org*
5 666 Broadway, 7th Floor
  New York, NY 10012
6 Telephone: +1.212.614.6464
  Facsimile: +1.212.614.6499
7

8 SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9  *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10 *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
11 Decatur, GA 30030
   Telephone: +1.404.521.6700
12 Facsimile: +1.404.221.5857

13
   AMERICAN IMMIGRATION COUNCIL
14    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
      *kwalters@immcouncil.org*
15 1331 G St. NW, Suite 200
   Washington, D.C. 20005
16 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
17

18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 34 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** CRUZ, JESUS T
**Sent:** Wednesday, October 24, 2018 3:51 PM
**To:** NOGALES CHIEFS
**CC:** NOG COMMAND STAFF
**Subject:** Illegal entry deterrence
**Attachments:** FW: Metering Guidance Memo

All

On the ▇▇▇ shift ▇ officer will be assigned to ▇▇ as a deterrence to stop the attempted entry of pedestrians through the car lanes. The officer needs to be active and ensuring that the persons are directed toward the Deconcini pedestrian area. Shift supervisors need to keep monitoring this situation and make sure that the officers are provided with instructions and guidance. If we have an emergency the supervisor needs to be called and make a decision on allowing the person to enter through the car lanes. Remember that Mexican citizens are allowed to enter if they are claiming fear. UAC and medical emergencies are also given priority.

The PCU supervisors and chiefs have been provided instructions to maintain the detainee count to about 20-29. If we have EWIs we still have to bring them in for processing at PCU. Remember that we must abide by the metering guidance memo provided in the attachment.

Please continue to provide reports on pedestrians arrested while attempting to enter through vehicle lanes.

Thanks

Jesus T Cruz
APD(A) Passenger Operations
Port of Nogales, AZ
Ph ▇▇▇
Cell ▇▇▇

Confidential

AOL-DEF-01272477