MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf,[1] *et al.*, <br><br> Defendants. | Case No.:  17-cv-02366-BAS-KSC <br><br> **EXHIBIT 35 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 35 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 35 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** LONGORIA, FRANK S
**Sent:** Monday, July 9, 2018 3:06 PM
**To:** PARKER, BOB B
**CC:** ORTIZ, TATER; PEREZ, EDUARDO G; GONZALEZ, ADRIANA
**Subject:** RE: Queue Management: 30 Days In

Thank you.

Frank S. Longoria
Assistant Director Field Operations
Office of Field Operations
Laredo Field Office
▓▓▓▓▓▓▓ (office)
▓▓▓▓▓▓▓ (mobile)

---

**From:** PARKER, BOB B
**Sent:** Monday, July 9, 2018 2:02 PM
**To:** LONGORIA, FRANK S <▓▓▓▓▓▓▓>
**Cc:** ORTIZ, TATER <▓▓▓▓▓▓▓>; PEREZ, EDUARDO G <▓▓▓▓▓▓▓>; GONZALEZ, ADRIANA <▓▓▓▓▓▓▓>
**Subject:** FW: Queue Management: 30 Days In

Mr. Longoria,

As requested,

Bob Parker
Deputy Port Director
Customs and Border Protection
Office of Field Operations
Brownsville, Texas Port of Entry
▓▓▓▓▓▓▓ Office
▓▓▓▓▓▓▓ Cell

---

**From:** GONZALEZ, ADRIANA
**Sent:** Monday, July 09, 2018 12:19 PM
**To:** PARKER, BOB B <▓▓▓▓▓▓▓>
**Cc:** PEREZ, EDUARDO G <▓▓▓▓▓▓▓>; ORTIZ, TATER <▓▓▓▓▓▓▓>; MARTINEZ, MICHAEL JOSE <▓▓▓▓▓▓▓>
**Subject:** RE: Queue Management: 30 Days In

DPD Parker,

Please see below responses on tasking due to LFO by COB today.

Thank you.

1. Identify each international crossing you are conducting Queue Management at.
    Gateway International Bridge and Brownsville-Matamoros International Bridge.

2. Are you assigning officers at your Queue Management point(s) 24/7?
    Yes.

3. Regarding processing undocumented aliens based on operational capacity:

    a. How many officers assigned to passport control were reassigned to enforcement operations on a daily basis?
        i. None, Brownsville does not have a unit solely dedicated to processing of inadmissible aliens. The three officers assigned to Passport Control Secondary each shift are responsible for both, soft and hard secondary processing, i.e. I-94, immigrant packets, traveler information, narcotic smugglers, outstanding warrants, and processing, monitoring and transportation of detainees.

    b. Any enforcement actions directly linked to the reassignment of passport control officer to enforcement operations? If yes, provide a brief summary of the enforcement action.

Highly Confidential/Attorneys' Eyes Only                                    AOL-DEF-01205190

   i. None.

4. Has your overtime expenditures increased/decreased? If yes, how much?
   Increased by approximately $180,000.00.

5. Any national security achievements?
   No.

Any other measureable impact (positive or negative) to your operations?
   Although, queue management has allowed CBP to process arriving travelers with valid entry documents in a more expeditious manner and those without proper travel documents in a more efficient manner. [LEP] [LEP]

---

**From:** LONGORIA, FRANK S
**Sent:** Friday, July 06, 2018 3:00 PM
**To:** CHAVEZ, JUAN <​>; FLORES, ALBERTO A <​>; GONZALEZ, DAVID JOHN <​>; GUERRA, ANDRES <​>; MERCADO, DANIEL <​>; ORTIZ, TATER <​>; RODRIGUEZ, CARLOS <​>; WEAVER, WALTER W <​>; CANTU, JAVIER N <​>; GALVAN, JORGE <​>; PARKER, BOB B <​>; SULLIVAN, JOHN D <​>
**Cc:** HIGGERSON, DAVID P <​>; SKINNER, BRADD M <​>; CRAWFORD, EUGENE E <​>; TABOADA, ARMANDO <​>; HARRIS, RODNEY H <​>
**Subject:** Queue Management: 30 Days In

Port Directors:

It's been approximately 30 days since we initiated the Queue Management Strategy and shifted from "detention" capacity to "operational" capacity. We'll need to provide OFO an assessment in the very near future on the impact the strategy has had at LFO ports of entry. Therefore, please provide a response to each of the items below by COB Monday, July 9, 2018.

1. Identify each international crossing you are conducting Queue Management at.

2. Are you assigning officers at your Queue Management point(s) 24/7?

3. Regarding processing undocumented aliens based on operational capacity:

   a. How many officers assigned to passport control were reassigned to enforcement operations on a daily basis?

   b. Any enforcement actions directly linked to the reassignment of passport control officer to enforcement operations? If yes, provide a brief summary of the enforcement action.

4. Has your overtime expenditures increased/decreased? If yes, how much?

5. Any national security achievements?

6. Any other measureable impact (positive or negative) to your operations?

We'll compile your responses and provide an overall LFO assessment. It's critical that you provide an honest assessment on the impact (good or bad) the Queue Management Strategy has had to your operations.

Please call me at the numbers indicated below if you have any questions.


Frank S. Longoria
Assistant Director Field Operations
Office of Field Operations
Laredo Field Office
▇▇▇▇▇▇▇ (office)
▇▇▇▇▇▇▇ (mobile)

Highly Confidential/Attorneys' Eyes Only                    AOL-DEF-01205191