1 | MAYER BROWN LLP
2 | Matthew H. Marmolejo (CA Bar No. 242964)
  | *mmarmolejo@mayerbrown.com*
3 | 350 S. Grand Avenue
  | 25th Floor
4 | Los Angeles, CA 90071-1503
  | Ori Lev (DC Bar No. 452565)
5 | (*pro hac vice*)
  | *olev@mayerbrown.com*
6 | Stephen M. Medlock (VA Bar No. 78819)
  | (*pro hac vice*)
7 | *smedlock@mayerbrown.com*
  | 1999 K Street, N.W.
8 | Washington, D.C. 20006
  | Telephone: +1.202.263.3000
9 | Facsimile: +1.202.263.3300

10 | SOUTHERN POVERTY LAW CENTER
   | Melissa Crow (DC Bar No. 453487)
11 | (*pro hac vice*)
   | *melissa.crow@splcenter.org*
12 | 1101 17th Street, N.W., Suite 705
   | Washington, D.C. 20036
13 | Telephone: +1.202.355.4471
   | Facsimile: +1.404.221.5857

14 | *Additional counsel listed on next page*
   | *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 36 IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 36 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

1 | CENTER FOR CONSTITUTIONAL RIGHTS
2 |    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
3 |    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
   *gschwarz@ccrjustice.org*
4 |    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
5 | 666 Broadway, 7th Floor
New York, NY 10012
6 | Telephone: +1.212.614.6464
7 | Facsimile: +1.212.614.6499

8 | SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
9 |    *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
10 |    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
11 | Decatur, GA 30030
Telephone: +1.404.521.6700
12 | Facsimile: +1.404.221.5857

13 |
AMERICAN IMMIGRATION COUNCIL
14 |    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
15 | 1331 G St. NW, Suite 200
Washington, D.C. 20005
16 | Telephone: +1.202.507.7523
17 | Facsimile: +1.202.742.5619

18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 36 IN SUPP. OF REPLY IN SUPP. OF
PLTFS' MOT. FOR S.J.

**From:** BRIONES, SYLVIA
**Sent:** Tuesday, July 24, 2018 3:17 PM
**To:** DIAZ, JOSE T
**CC:** SALINAS, SERGIO L.; CANTU, JAVIER N; RODRIGUEZ, CARLOS
**Subject:** RE: Queue Management Pilot respond to LFO asap...

Thomas Garcia will be providing the list of AG Seizures as well from July 9th on....

**Sylvia Briones, PHR/HID/ANZ**
**U. S. Customs and Border Protection**
**Office of Field Operations**
**Asst. Port Director**
Office
Cell

**From:** BRIONES, SYLVIA
**Sent:** Tuesday, July 24, 2018 2:05 PM
**To:** DIAZ, JOSE T
**Cc:** SALINAS, SERGIO L.
**Subject:** FW: Queue Management Pilot

Trino:

AS DISCUSSED NEED TO RESPOND TO LFO ASAP.....

POSITIVE ON QUE MANAGEMENT:

4 loads back to back –

ADVERSE ACTIONS SINCE JULY 9TH....

PROSECUTION;
OFC
DFC
REINSTATEMENTS
OVERSTAY.....-
ADVERSE ACTIONS


NEGATIVE;
CIRCUMVENTING OF QUE;
BY BUS PAX – PURCHASING TICKET TO MCALLEN – REYNOSA TERMINAL AVOID THE QUE
TAXI-
SENTRI – SIA'S/CUBAN'S/UBAZNISKTAN
PHARR POE - ENCOUNTERS

THAT IS WHAT I NEED IN THE REPORT BACK TO LFO...

**Sylvia Briones, PHR/HID/ANZ**
**U. S. Customs and Border Protection**
**Office of Field Operations**
**Asst. Port Director**
Office
Cell

**From:** CANTU, JAVIER N
**Sent:** Tuesday, July 24, 2018 1:58 PM
**To:** BRIONES, SYLVIA
**Cc:** RODRIGUEZ, CARLOS
**Subject:** FW: Queue Management Pilot

Sylvia, pls have someone work on this we. We had the 4 loads and Dfcs.

Javie

Confidential

AOL-DEF-00235276

**From:** LONGORIA, FRANK S
**Sent:** Tuesday, July 24, 2018 1:53:07 PM
**To:** CHAVEZ, JUAN; FLORES, ALBERTO A; GONZALEZ, DAVID JOHN; GUERRA, ANDRES; MERCADO, DANIEL; ORTIZ, TATER; RODRIGUEZ, CARLOS; WEAVER, WALTER W; CANTU, JAVIER N; GALVAN, JORGE; PARKER, BOB B; SULLIVAN, JOHN D; AGUILAR, JOSE J; ALANIS, JOHN E; ALVAREZ, DAVID; ARCE, ADRIANA M; BRIONES, SYLVIA; CASTILLO, JAIME; GARCIA, FRANCISCO; GONZALEZ, ADRIANA; GONZALEZ, NARCISCO; MORENO, DAVID; RECIO, IMELDA; SANCHEZ, ALFREDO I; SANCHEZ, ODILE; VASQUEZ, JAVIER; VEGA, ANDRES A; VILLALOBOS, VINCENT
**Cc:** HIGGERSON, DAVID P; SKINNER, BRADD M.; HARRIS, RODNEY H; DOVALINA, MUCIA C
**Subject:** FW: Queue Management Pilot

**PRIORITY TASKING!**

Please see tasking below and draft response.

The information was compiled from your responses to a similar tasking on July 9th.

Please review and let me know by 1600 hours today, Tuesday, July 24, 2018 if there are any other significant enforcement action that should be reflected.

Call me if you have any questions.

DRAFT RESPONSE:

As a whole, the Laredo Field Office (LFO) maintained an aggressive enforcement posture during the Queue Management pilot.

For example, the Laredo Port of Entry reported a 34% increase in its overall enforcement posture when compared to the same period last year.

**June 8, 2018 thru July 9, 2018**

```
Fraud Documents  10
False Claims     28
Seizures         09
                 47
```

**June 8, 2017 thru July 9, 2017**

```
Fraud Documents  06
False Claims     18
Seizures         11
                 35
```

- ▇
- ▇
- ▇
- ▇
- ▇
- ▇
- ▇

There was no reduction in overtime.  **Note:** Seven of the eight ports of entry reported a significant increase in overtime attributable to Queue Management.

There was no significant impact to wait times.

There were no national security achievements.

---

Frank S. Longoria
Assistant Director Field Operations
Office of Field Operations
Laredo Field Office
▇ (office)
▇ (mobile)

Confidential                                                        AOL-DEF-00235277

**From:** JOHNSON, DANIEL I **On Behalf Of** OFO-FIELD LIAISON
**Sent:** Tuesday, July 24, 2018 12:02 PM
**To:** MANCHA, HECTOR ; CLEAVES, SAMUEL B < IGGERSON, DAVID P ; LONGORIA, FRANK S < FLORES, PETE ROMERO ; ARMIJO, JOHNNY L AMIREZ, GUADALUPE H ; APPLE, RICHARD
**Cc:** OFO-FIELD LIAISON < TAMAYO, ENRIQUE S >; FRASER, CATHERINE J

**Subject:** Queue Management Pilot

Good Afternoon Directors,

We would appreciate if your staff could provide success statistics from the recent queue management pilot. Examples would be reductions in overtime, narcotics interdictions, reductions in wait times, cost savings, and national security achievements.

Responses should be in the form of several bullets.

Please provide your responses as soon as possible.

Respectfully,

Dan Johnson
Supervisor
Field Liaison Division
Office of Field Operations
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW, Room 2.3A-17
Washington, DC 20229
Office:
Mobile
E-Mail:



Confidential

AOL-DEF-00235278