MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 South Grand Avenue
25th Floor
Los Angeles, California  90071-1503
United States of America
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, District of Columbia  20006-1101
United States of America71
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3000

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc. , *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> Alejandro Mayorkas,[1] *et al.*, <br><br> Defendant. | Case No. 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 1 TO DECLARATION OF STEPHEN M. MEDLOCK** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
    Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
    *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *(pro hac vice)*
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *(pro hac vice)*
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>              Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**DECLARATION OF ERIKA PINHEIRO IN SUPPORT OF PLAINTIFFS' BRIEF CONCERNING DECLARATIVE AND INJUNCTIVE RELIEF** |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
  Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
  *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

DECLARATION OF ERIKA PINHEIRO

### DECLARATION OF ERIKA PINHEIRO

I, Erika Pinheiro, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently and truthfully to these matters.

2.      I am the Litigation and Policy Director of Al Otro Lado ("AOL"), a binational nonprofit serving refugees, deportees, and other migrants in Tijuana, Mexico and throughout Southern California.  I am currently based primarily in Tijuana and help manage Al Otro Lado and oversee its legal and humanitarian services in Tijuana, San Diego, and Los Angeles. I cross the U.S. - Mexico border at the San Ysidro Port of Entry approximately one or two times per week. I also serve as a facilitator for the California Welcoming Task Force, which is described in more detail below

**CHANGES IN ASYLUM PROCESSING AT PORTS OF ENTRY IN 2021**

3.      From November 2020 through January 2021, I joined representatives of a broad coalition of border organizations in numerous meetings with President Biden's transition team and DHS Secretary Alejandro Mayorkas concerning U.S. border policy, with the understanding that border nonprofits would be assisting the Biden administration to wind down the Migrant Protection Protocols (MPP), under which certain asylum seekers were required to await their immigration court proceedings in Mexico, and restart asylum processing at ports of entry. By February of 2021, nonprofit organizations providing legal, humanitarian, and medical services on both sides of the US-Mexico divided into five regional border task forces/welcoming committees—the California Welcoming Task Force, Arizona Welcoming Task Force, Frontera Welcome Coalition (El Paso), Mid Texas Welcoming Committee, and the Rio Grande Valley Welcoming Committee.  These groups would regularly engage with the White House, DHS, and other federal agencies that supposedly shared our goal of increasing capacity for asylum

DECLARATION OF ERIKA PINHEIRO

1    processing at ports.

2        4.    I am a co-lead of the Legal Subcommittee of the California Welcoming

3    Task Force ("CA Task Force"), a coalition of approximately 100 nonprofit

4    organizations on both sides of the California-Mexico border. Al Otro Lado leads the

5    CA Task Force organizations' efforts to provide legal and humanitarian services to

6    refugees residing in Tijuana and other border cities. The CA Task Force coordinated

7    with San Diego County, California State, and U.S. federal agencies to effectuate the

8    wind-down of MPP and the humanitarian exemption process for Title 42. We also

9    coordinate with local, state, and federal agencies, elected officials, and partner

10   NGOs in Mexico to build systems to streamline asylum seeker processing and meet

11   refugees' immediate humanitarian and medical needs. Al Otro Lado works with

12   intergovernmental partners (including UNHCR, IOM, and UNICEF) on both sides

13   of the border to facilitate COVID testing for paroled migrants, distribute PPE

14   through shelters, and increase COVID testing capacity amongst migrant service

15   providers in Baja California. I also participate in biweekly meetings with DHS and

16   other relevant agency leads to address border issues.

17       5.    All regional task forces have built capacity to safely process asylum

18   seekers through ports of entry, in coordination with CBP and other federal, state, and

19   local agencies. For example, there are two main shelter hubs in the San Diego area

20   that receive asylum seekers admitted by CBP at the border. Jewish Family Service

21   provides transportation from CBP custody, testing, quarantine, case management,

22   and onward travel assistance to any migrant being processed through the Port of

23   Entry. Catholic Charities serves those who cross between ports. The state, counties,

24   and cities all work together to create local capacity for migrants as needed. For

25   example, California has established several hubs for health screening, COVID

26   testing, vaccination, and medical treatment for migrants paroled in at the California

27   - Mexico border. Long Beach, San Diego, and other cities provided convention

28   centers and other facilities to meet the needs of unaccompanied children during a

4                          DECLARATION OF ERIKA PINHEIRO

recent increase.

6.    The capacity built through the task forces have supported the processing of thousands of asylum seekers at ports of entry in 2021. Between February 19, 2021 and August 16, 2021, over 12,500 migrants were paroled into the U.S. at ports of entry. During this time, the San Ysidro Port of Entry was processing between 25 and 100 asylum seekers per day. Between March and August 31, 2021, over 16,000 migrants were processed at ports of entry. At San Ysidro, asylum seekers paroled by CBP were processed at the Pedestrian West facility, which has otherwise been closed to U.S.-bound travelers since March 2020.

7.    Throughout 2021, CBP has consistently posted officers at the limit line for the pedestrian walkway at the San Ysidro Port of Entry to turn back asylum seekers who seek protection there. In recent months, asylum seekers have increasingly resorted to attempting to cross the limit line and reach CBP inspection booths through the car lanes by purchasing cheap vehicles in Tijuana. In response, CBP has stationed one officer in each car lane at the limit line, where they ask travelers to show travel documents before their vehicle crosses onto U.S. soil. Travelers unable to produce documents are turned back to Mexico in coordination with Mexican law enforcement. I have personally observed more than a dozen CBP officers at a time posted in car lanes at the limit line—personnel resources that otherwise could be used to process asylum seekers in accordance with the law. Despite CBP's efforts, a considerable number of asylum seekers have been able to reach car inspection booths, and have either been paroled into the United States, expelled pursuant to Title 42, or potentially subjected to expedited removal.

**DENIAL OF ACCESS TO ASYLUM AT THE SAN YSIDRO PORT OF ENTRY AFTER SEPTEMBER 2, 2021**

8.    Since this Court issued its Summary Judgment opinion on September 2, 2021, CBP officers have been continually posted at the limit line to prevent migrants from accessing the U.S. asylum system at ports of entry. Following media

DECLARATION OF ERIKA PINHEIRO

coverage of the decision, on September 3, 2021, several dozen asylum seekers walked to the San Ysidro Port of Entry to see if they could be processed. In response, CBP closed the SENTRI lanes, suspended pedestrian processing, and posted several dozen officers in riot gear to block access to the car lanes. The asylum seekers chanted "we want asylum" in Spanish before dispersing.

9.    Currently, with all asylum access blocked at ports of entry, Al Otro Lado and other nonprofits working with migrants in Mexico have submitted numerous humanitarian parole applications to CBP on behalf of particularly vulnerable asylum seekers. Virtually all of these applications have been either ignored or denied. CBP's recent practice of blanket denials stands in stark contrast to its policies earlier this year and even under the Trump administration, when we had dozens of humanitarian parole applications approved for asylum seekers with serious medical conditions or at imminent risk of harm.

**CURRENT CONDITIONS FOR ASYLUM SEEKERS WAITING IN MEXICO TO BE PROCESSED AT PORTS OF ENTRY**

10.    Asylum seekers in Tijuana face extreme danger and live in precarity. Few have access to safe housing, medical care, or work to support themselves. They face kidnapping, rape, extortion, and other violence on a regular basis. Clients frequently report to us that they are unable to afford food, medicine, and other basic necessities. Families travelling with minor children frequently report attempts to kidnap their children. Families with children who identify as female frequently report sexual harassment and other sexual violence. Three of our clients have died since March 2021 because they were denied the ability to seek medical care in the U.S.

11.    Thousands of migrants live in a makeshift tent encampment in El Chaparral next to the San Ysidro port of entry. They sleep under plastic tarps, without bathrooms, and are subject to extreme weather conditions. There is no running water or sanitation. Organized criminal groups control the camp, and Al

DECLARATION OF ERIKA PINHEIRO

Otro Lado has received reports of kidnappings, assaults, and sexual abuse against migrants. Smugglers pressure migrants into hiring them through fraud and force. Al Otro Lado has received multiple reports of migrants who were held for ransom by smugglers. Others have been kidnapped by traffickers and forced into prostitution or other types of labor. Aid workers have received numerous threats from those controlling the camp. Few groups are willing to provide in-person services, so there is a lack of food and supplies for those living in the camp.

12.     Families with members who identify as LGBTQ are frequently subjected to violence and discrimination. One family that we represented in this process was forced to leave three different housing situations after the owners of each property discovered that the mother was in a same-sex relationship. Another LGBTQ couple that we represented were kidnapped and raped in Mexico, after which both contracted HIV. While in Tijuana, they had to leave a shelter due to constant threats. Another client, a Haitian LGBTQ man who was unable to present himself to U.S. authorities to seek asylum, was living in a rented room in Tijuana when armed men broke into his dwelling, raped him, and stole all of his belongings and documents. He had to go into hiding because these same people continued to threaten him.

13.     Migrants who are not from Mexico frequently struggle to access medical care. When they are able to be admitted to a hospital, they frequently report discrimination by medical staff. Multiple Haitian clients have reported to us that they refer to the hospitals in Tijuana as "where Haitians go to die."

14.     AOL staff members transported a Honduran man with an epidural hematoma between hospitals because the initial hospital refused to touch him without an upfront payment in full for the emergency neurosurgery he required. At that point, he was lying on a bed with a nosebleed and struggling to breathe. When AOL staff members tried to call an ambulance because of the delicate nature of his condition, the hospital refused to communicate with the receiving hospital. AOL

DECLARATION OF ERIKA PINHEIRO

staff members were left with no alternative but to transport him themselves or risk watching him die.

15.    A Haitian woman who wanted to seek asylum suffered third degree burns while living in Tijuana. Her injuries were so severe that an external fixator had to be applied to hold the bone in her arm together. While she was able to access emergency treatment, she was unable to access any follow-up care or cleaning for her burn wounds. The woman, her husband, and their young daughter were living in the tent camp where they had no access to running water or sanitation.

16.    AOL's clients in other cities across the southwest border face similarly dangerous situations due to their inability to access the U.S. asylum system. A client in Reynosa, traveling with his wife and children, was kidnapped by a criminal group. He was tortured and left for dead, covered in blood with burn and stab wounds all over his body. He survived, and the family fled to Tijuana, but they have still been unable to seek asylum at a port of entry. As a result, they have been forced to live in the tent camp outside the San Ysidro port of entry, where the client's wounds became infected due to lack of medical treatment and sanitation.

17.    Al Otro Lado has conducted an online survey of over 17,000 asylum seekers stuck in Mexico near the U.S. border. Over 12,500 refugees surveyed arrived at the US - Mexico border before March 2020, when the Title 42 restrictions were implemented. Over 30% reported having been kidnapped or having escaped an attempted kidnapping, and over 40% reported having been assaulted while waiting in Mexico. Other Al Otro Lado staff and I have conducted "know your rights" presentations with thousands of migrants, many of whom have told us horrific stories of tragedies suffered while waiting to access the U.S. asylum system. A significant number have also suffered kidnapping, extortion, rape, or trafficking at the hands of smugglers and organized crime groups. Many are desperate to access the U.S. asylum system at the port of entry to avoid victimization at the hands of smugglers. However,  due to CBP's continued practice of turning migrants away at ports of

8                    DECLARATION OF ERIKA PINHEIRO

entry, those facing extreme harm in Mexico must risk their lives by crossing between ports of entry in the hope of a chance to access protection in the United States.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 30th day of September, 2021, in Tijuana, Mexico.

*/s/ Erika Pinheiro*

Erika Pinheiro

DECLARATION OF ERIKA PINHEIRO