MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 South Grand Avenue
25th Floor
Los Angeles, California 90071-1503
United States of America
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, District of Columbia 20006-1101
United States of America71
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3000

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc. , *et al.*, | Case No. 17-cv-02366-BAS-KSC |
| Plaintiff, | **EXHIBIT 2 TO DECLARATION OF STEPHEN M. MEDLOCK** |
| vs. | |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendant. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
  Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
  *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | |
| v. | **DECLARATION OF GIANNA BORROTO IN SUPPORT OF PLAINTIFFS' BRIEF CONCERNING DECLARATIVE AND INJUNCTIVE RELIEF** |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF GIANNA BORROTO

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
  Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
  *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF GIANNA BORROTO

I, Gianna Borroto, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the American Immigration Council and counsel for the Plaintiffs in this case. Pursuant to Civ. L. R. 7.1(f), I make this declaration in support of Plaintiffs' Brief Concerning Declarative and Injunctive Relief.

2. On July 7, 2021, I emailed Alexander Halaska, Trial Attorney for the Department of Justice, and one of Defendants' counsel, regarding Plaintiff Roberto Doe[2]. I understand that under a prior agreement, Defendants agreed to inspect and process Roberto Doe and other amended complaint plaintiffs upon their arrival at a port of entry. In my email, I asked Mr. Halaska to confirm whether Defendants would still honor their agreement to inspect and process Roberto Doe when he arrived at a port of entry.

3. Mr. Halaska replied via email on July 8, 2021, confirming that Roberto Doe would be inspected and processed upon his arrival at the San Ysidro port of entry.

4. On July 12, 2021, I again emailed Mr. Halaska regarding Roberto Doe. I understand that Roberto Doe was detained by Mexican immigration officials on the Hidalgo Bridge in 2018 while attempting to reach the Hidalgo port of entry for inspection and processing per the agreement with Defendants' counsel, and that he was subsequently removed from Mexico. Because of Roberto Doe's immigration history in Mexico, I requested in my email to Mr. Halaska that Defendants provide a letter or other written confirmation that Roberto Doe would be inspected and processed upon arrival at the POE. In the alternative, I requested that Defendants allow Mr. Doe to fly directly into the United States.

5. On July 13, 2021, Mr. Halaska replied that the email exchange between

---

[2] Pseudonym

3                                    DECLARATION OF GIANNA BORROTO

the parties could serve as written confirmation that Mr. Doe would be inspected and processed. Defendants declined to provide any additional written confirmation of the agreement. Defendants also declined to allow Mr. Doe to fly into the United States.

6. I understand that Plaintiff Al Otro Lado attempted to use the email exchange between the parties to obtain official travel documents for Mr. Doe from the government of Mexico. Such travel documents would allow Mr. Doe to lawfully transit through Mexico on his way to the San Ysidro POE. I understand that to date Al Otro Lado has been unsuccessful in obtaining the travel documents for Mr. Doe.

7. Based on the difficulties in obtaining these travel documents for Mr. Doe, I again emailed Mr. Halaska on August 12, 2021, asking whether Defendants would allow Mr. Doe to fly into the United States and thus avoid transiting through Mexico.

8. Mr. Halaska replied on August 13, 2021, stating that Defendants' position remained the same and that they would not agree to allow Mr. Doe to fly into the United States.

9. I understand that Mr. Doe continues to seek access to the U.S. asylum process but is unable to reach the San Ysidro POE because he has not obtained permission to transit through Mexico.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.

Executed on this 30th day of September 2021 in Chicago, Illinois.

*/s/ Gianna Borroto*
Gianna Borroto