1   MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
    350 South Grand Avenue
3   25th Floor
    Los Angeles, California  90071-1503
4   United States of America
      Ori Lev (DC Bar No. 452565)
5    *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6    *smedlock@mayerbrown.com*
    1999 K Street, N.W.
7   Washington, District of Columbia  20006-1101
    United States of America71
8   Telephone:   +1.202.263.3000
    Facsimile:    +1.202.263.3000
9
    SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11     *melissa.crow@splcenter.org*
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14
    *Additional counsel listed on next page*
15  *Attorneys for Plaintiffs*

16             **UNITED STATES DISTRICT COURT**

17           **SOUTHERN DISTRICT OF CALIFORNIA**

18

19  Al Otro Lado, Inc. , *et al.*,          Case No. 17-cv-02366-BAS-KSC

20              Plaintiff,                   **EXHIBIT 3 TO DECLARATION**
                                            **OF STEPHEN M. MEDLOCK**
21       vs.

22  Alejandro Mayorkas,[1] *et al.*,

23              Defendant.

24

25

26

27

28  [1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
   *kwalters@immcouncil.org*
   Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
   *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXS. TO MEDLOCK DECLARATION, CASE NO. 17-CV-02366-BAS-KSC

1    MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
2      *mmarmolejo@mayerbrown.com*
     350 S. Grand Avenue
3    25th Floor
     Los Angeles, CA 90071-1503
4      Ori Lev (DC Bar No. 452565)
       *olev@mayerbrown.com*
5      Stephen M. Medlock (VA Bar No. 78819)
       *smedlock@mayerbrown.com*
6    1999 K Street, N.W.
     Washington, D.C. 20006
7    Telephone:   +1.202.263.3000
     Facsimile:   +1.202.263.3300
8
     SOUTHERN POVERTY LAW CENTER
9      Melissa Crow (DC Bar No. 453487)
       (*pro hac vice*)
10     *melissa.crow@splcenter.org*
     1101 17th Street, N.W., Suite 705
11   Washington, D.C. 20036
     Telephone: +1.202.355.4471
12   Facsimile: +1.404.221.5857

13   *Additional counsel listed on next page*
     *Attorneys for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF SORAYA VAZQUEZ IN SUPPORT OF PLAINTIFFS' BRIEF CONCERNING DECLARATIVE AND INJUNCTIVE RELIEF** |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF SORAYA VAZQUEZ

1

2    CENTER FOR CONSTITUTIONAL RIGHTS
         Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3        *bazmy@ccrjustice.org*
         Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
4        *aguisado@ccrjustice.org*
     666 Broadway, 7th Floor
5    New York, NY 10012
     Telephone: +1.212.614.6464
6    Facsimile: +1.212.614.6499

7
     SOUTHERN POVERTY LAW CENTER
8        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
         *sarah.rich@splcenter.org*
9        Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
         *rebecca.cassler@splcenter.org*
10   150 E. Ponce de Leon Ave., Suite 340
     Decatur, GA 30030
11   Telephone: +1.404.521.6700
     Facsimile: +1.404.221.5857
12

13   AMERICAN IMMIGRATION COUNCIL
         Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
14       *kwalters@immcouncil.org*
         Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
15       *gborroto@immcouncil.org*
     1331 G St. NW, Suite 200
16   Washington, D.C. 20005
     Telephone: +1.202.507.7523
17   Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

                                         2        DECLARATION OF SORAYA VAZQUEZ

# DECLARATION OF SORAYA VAZQUEZ

I, Soraya Vazquez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am the Deputy Director of Al Otro Lado's Tijuana Office. Pursuant to Civ. L. R. 7.1(f), I make this declaration in support of Plaintiffs' Brief Concerning Declarative and Injunctive Relief.

2.      Since July 2021, I have been advocating with the Mexican government for travel documents for Plaintiff Roberto Doe[2] so that Mr. Doe may lawfully travel through Mexico to reach a U.S. port of entry.

3.      At the end of July, I began the process to request that the Mexican immigration authorities issue Roberto Doe a visa that would allow him to travel to the city of Tijuana on the northern border of Mexico.

4.      On August 1, 2021, I sent an information sheet about Mr. Doe to the Mexican Federal Government's Migration and Human Rights deputy secretary, but I did not receive an answer.

5.      I had several telephone conversations and one face-to-face meeting with the delegate of the National Institute of Migration ("INM") in Baja California, Mexico to explain the details of Mr. Doe's case and to request that the delegate intercede with the Secretary of Foreign Relations to facilitate the issuance of Mr. Doe's visa.

6.      I understand that the INM delegate tried to present Mr. Doe's case to an official from the Ministry of Foreign Affairs but was unsuccessful in obtaining approval for travel documents for Mr. Doe.

7.      I believe the difficulties I have faced in Mr. Doe's case are because Mexico does not issue transit visas for people who do not intend to stay in Mexico, but rather only intend to transit through the country.

---

[2] Pseudonym

3                          DECLARATION OF SORAYA VAZQUEZ

8.      I also understand that the decisions in this type of case are centralized within the federal government and it is very difficult to successfully advocate from outside the government.

9.      The Mexican authorities have questioned why the U.S. government does not issue Mr. Doe a visa to directly enter the United States.

10.      At this point, I believe that I have exhausted my efforts to help Mr. Doe obtain permission to transit through Mexico on his way to a port of entry on the southern border of the United States. If he cannot obtain permission from the Mexican government, Mr. Doe could be apprehended by Mexican immigration officials and deported from Mexico before reaching the United States. He is especially at risk of deportation from Mexico because he has already been removed once before.

11.      Because my advocacy with the government of Mexico has been unsuccessful, I believe it would be necessary for the U.S. government to issue Mr. Doe the appropriate travel documents to fly directly into the United States to avoid any issues Mr. Doe could face traveling through Mexico without authorization.

I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true and correct.


Executed on this 30th day of September 2021 in Tijuana, Mexico


*/s/Soraya Vazquez*

Soraya Vazquez

4                    DECLARATION OF SORAYA VAZQUEZ