BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Alejandro MAYORKAS, Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants* | Case No. 3:17-cv-02366-BAS-KSC<br><br>**JOINT MOTION TO EXTEND DEADLINE TO SUBMIT REDACTED DOCUMENTS APPROVED FOR SEALING UNDER SECTION C OF THE COURT'S ORDER ON MOTIONS TO SEAL (ECF No. 743)**<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

The parties, through counsel, hereby jointly move the Court to allow the parties until October 13, 2021, to submit the redacted documents approved to be filed under seal under Section C of this Court's Order on the Motions to Seal (Sealing Order) (ECF No. 743). In Section C of its Order, the Court accepted Defendants' designated redactions for transcripts of deposition testimony and other reports attached to Plaintiffs' Motion for Summary Judgment (MSJ) (as set forth in Appendix 1 to ECF No. 594; Appendix 1 to ECF No. 633), and ordered the Clerk to accept and file these documents under seal. Sealing Order at 3. The Sealing Order also permitted other targeted redactions consistent with a prior order. *See* Sealing Order at 5.

The Sealing Order directed the parties to "meet and confer regarding redactions, consistent with the Sealing Order, to all documents that the Court did not explicitly allow to remain sealed, whether partially or in their entirety," and stated that "Redacted documents shall be submitted to the Court by October 1, 2021." Sealing Order at 6.

On September 30, 2021, the parties submitted a joint response to the Sealing Order, listing documents that were not explicitly addressed by the Sealing Order but that Defendants submit contain information permitted for partial sealing under the Court's Sealing Order. (ECF No. 767). Defendants also submitted redacted versions of 91 of these documents that had not already been filed on the public docket.

To the extent the Court also requires the submission of redacted versions of the deposition transcripts and reports listed in Section C, the parties respectfully request an extension of the deadline from October 1, 2021, to October 13, 2021. The parties submit that good cause exists for this extension. Given the number of documents that required execution of partial redactions under Sections D and E of the Sealing Order, and the coinciding October 1 deadline for the parties to submit supplemental briefing in connection with the Court's order on the parties' motions for summary judgment (*see* ECF No. 742), the parties require additional time to

execute the approved redactions to these Section C documents for submission to the Court. Neither party will be prejudiced by the requested extension.

Dated: October 1, 2021          Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

WILLIAM C. PEACHEY
Director,
Office of Immigration Litigation – District Court Section

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

Dated: October 1, 2021          MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev

SOUTHERN POVERTY LAW CENTER

    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Ghita Schwarz
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters


By: */s/ Stephen M. Medlock*
   Stephen M. Medlock
*Attorneys for Plaintiffs*