BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities, <br><br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DECLARATION OF ALEXANDER J. HALASKA IN SUPPORT OF DEFENDANTS' MEMORANDUM REGARDING SUMMARY JUDGMENT REMEDY** |

## DECLARATION OF ALEXANDER J. HALASKA

Pursuant to 28 U.S.C. § 1746, I, Alexander J. Halaska, hereby declare as follows:

1. I am a Trial Attorney employed by the United States Department of Justice. I represent the Defendants in their official capacities in the above-captioned matter. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I submit this declaration in support of Defendants' Supplemental Brief Regarding Summary Judgment Remedy. The facts contained herein are based upon my personal knowledge.

2. Attached hereto as **Defendants' Exhibit 1** is a true and correct copy of the Proposed Order Granting Plaintiffs' Motion for Summary Judgment, submitted to this Court via email by Plaintiffs' Counsel Stephen M. Medlock on September 4, 2020.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed October 1, 2021, in Washington, D.C.

/s/ *Alexander J. Halaska*
ALEXANDER J. HALASKA