BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' EXHIBIT 1** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants*. | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Al Otro Lado, Inc., *et al.*,

    Plaintiffs,

v.

Chad F. Wolf,[1] *et al.*,

    Defendants.

Case No.: 17-cv-02366-BAS-KSC

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT**

## ORDER

Before the Court is the Plaintiffs' Motion for Summary Judgement. For good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

Defendants are PERMANENTLY ENJOINED from engaging in all forms of turnbacks and are required to inspect asylum seekers as they arrive at Class A POEs on the U.S.-Mexico border.

This Court ENTERS a declaratory injunction finding that the turnback policy violates the Administrative Procedure Act, the Due Process Clause of the Fifth Amendment, and the Alien Tort Statute.

SO ORDERED.

Dated: _____

                                                  Hon. Cynthia A. Bashant
                                                United States District Judge

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).