UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>                  Plaintiffs,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                  Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME (ECF No. 769)** |

Before the Court is the parties' joint motion for an extension of time to file redacted versions of the 12 documents—consisting of deposition testimony and other reports—explicitly identified in Section C of this Court's Order on Defendants' Motions to Seal (ECF Nos. 532, 537, 561, 567, 573, 608, 617, 620, 623). (ECF No. 769 ("Sealing Order").) Good cause having been shown, the Court **GRANTS** the parties' joint motion for an extension of time and directs Defendants to file their submission of redacted versions of the deposition transcripts and reports listed in Section C of the Sealing Order no later than **October 13, 2021**.

     IT IS SO ORDERED.

**DATED: October 5, 2021**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366