BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DEFENDANTS' SUPPLEMENTAL RESPONSE TO THIS COURT'S SEPTEMBER 3, 2021 ORDER (ECF No. 743)** |

In its September 3, 2021 Order (ECF No. 734) ("Sealing Order"), the Court issued various rulings pertaining to the parties' motions to seal their summary judgment papers. As relevant here, in Section C of that Sealing Order, this Court accepted Defendants' designated redactions for transcripts of deposition testimony and other reports attached to Plaintiffs' MSJ, (Appendix 1 to ECF No. 594; Appendix 1 to ECF No. 633), and ordered the Clerk to accept and file these documents under seal. Sealing Order at 3. The parties submitted their joint response to the Sealing Order on September 30, 2021, but requested an extension to submit the redacted versions of those documents listed in Section C that were not already filed on the public docket. *See* ECF Nos. 767, 769. The Court granted that extension, directing Defendants to file those documents no later than October 13, 2021. *See* ECF No. 771 (Extension Order).

In accordance with the Sealing Order and the Extension Order, Defendants attach hereto the redacted versions of the following documents listed under Section C of this Court's Sealing Order:

1) The transcript of the deposition of David Atkinson, Ex. 3 to Pls.' MSJ (ECF No. 533-5) and Ex. 2 to Pls.' MTE (ECF No. 534-4);

2) The transcript of the deposition of Todd Hoffman, Ex. 9 to Pls.' MSJ (ECF No. 533-11), with one additional redaction to the testimony on page 334:7-13;[1]

3) The transcript of the deposition of Rodney Harris, Ex. 14 to Pls.' MSJ (ECF No. 533-16) and Ex. 8 to Pls.' MTE (ECF No. 534-10);

4) The transcript of the deposition of Michael Humphries, Ex. 16 to Pls.' MSJ

---

[1] In their designated redactions listed in Appendix 1 to Defendants' Response in Support of Plaintiffs' Motion to Seal (ECF No. 594), Defendants mistakenly identified 324:7-13 for redaction, yet they meant to identify 334:7-13 instead. Defendants have applied the correct redactions to lines 334:7-13 to the transcript of the deposition of Todd Hoffman, attached hereto, and submit for the Court's approval.

(ECF No. 533-18);

5) The transcript of the deposition of Mariza Marin, Ex. 17 to Pls.' MSJ (ECF No. 533-19) and Ex. 17 to Pls.' MTE (ECF No. 534-19);

6) The Expert Report of Stephanie Leutert, dated December 10, 2019, Ex. 20 to Pls.' MSJ (ECF No. 533-22), Ex. 10 to Pls.' MTE (ECF No. 534-12), and Ex. 38 to Pls.' MSJ Reply (ECF No. 609-39);

7) The transcript of the deposition of Scott Glabe, Ex. 64 to Pls.' MSJ (ECF No. 533-66);

8) The transcript of the deposition of Frank Longoria, Ex. 100 to Pls.' MSJ (ECF No. 533-102) and Ex. 3 to Pls.' MTE (ECF No. 534-5);

9) The transcript of the deposition of Samuel Cleaves, Ex. 102 to Pls.' MSJ (ECF No. 533-104) and Ex. 7 to Pls.' MTE (ECF No. 534-9); and

10) The transcript of the deposition of Joseph Eaton, Ex. 118 to Pls.' MSJ (ECF No. 533-120) and Ex. 24 to Pls.' MTE (ECF No. 534-26).[2]

DATED: October 13, 2021  Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice

---

[2] As previously noted, Defendants already filed redacted versions of the declaration of Samuel Cleaves, (Ex. 2 to Defs.' Opp. To Pls.' Mot. To Exclude, ECF No. 569-1) and the declaration of Mariza Marin (Ex. 4 to Defs.' Opp. To Pls.' Mot. To Exclude, ECF No. 569-2), and thus will not be submitting these documents with this Supplemental Response.

2

Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

No. 17-cv-02366-BAS-KSC

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: October 13, 2021                Respectfully submitted,

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*