# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>　　　　　Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT** |

**ORDER**

Before the Court is the Plaintiffs' Motion for Summary Judgement.  For good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

Defendants are PERMANENTLY ENJOINED from engaging in all forms of turnbacks and are required to inspect asylum seekers as they arrive at Class A POEs on the U.S.-Mexico border.

This Court ENTERS a declaratory injunction finding that the turnback policy violates the Administrative Procedure Act, the Due Process Clause of the Fifth Amendment, and the Alien Tort Statute.

SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　Hon. Cynthia A. Bashant
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).