BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
DHRUMAN Y. SAMPAT
ALEXANDER J. HALASKA
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' NOTICE OF ADMINISTRATIVE ACTION** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants*. | |

# NOTICE OF ADMINISTRATIVE ACTION

Defendants hereby respectfully notify the Court of the following administrative actions, as discussed at the August 31, 2021, hearing on the parties' Motions for Summary Judgment (*see* Tr., ECF No. 754, at 17:1-3):

(1) Memorandum from Troy A. Miller, Acting Commissioner, U.S. Customs and Border Protection, *Guidance for Management and Processing of Undocumented Noncitizens at Southwest Border Land Ports of Entry* (Nov. 1, 2021), attached hereto as Exhibit 1, and available at https://www.cbp.gov/document/guidance/guidance-management-and-processing-undocumented-non-citizens-southwest-border-land.

(2) Memorandum from Alejandro N. Mayorkas, Secretary of Homeland Security, *Rescission of June 5, 2018, Prioritization-Based Queue Management Memorandum* (Nov. 1, 2021), attached hereto as Exhibit 2.

//

DATED: November 2, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

| | |
|---|---|
| 1 | */s/ Katherine J. Shinners* |
| 2 | KATHERINE J. SHINNERS |
|   | Senior Litigation Counsel |
| 3 | United States Department of Justice |
| 4 | Civil Division |
|   | Office of Immigration Litigation |
| 5 | District Court Section |
| 6 | P.O. Box 868, Ben Franklin Station |
|   | Washington, D.C. 20044 |
| 7 | Tel: (202) 598-8259 | Fax: (202) 305-7000 |
| 8 | katherine.j.shinners@usdoj.gov |
| 9 | |
| 10 | ALEXANDER J. HALASKA |
|    | DHRUMAN Y. SAMPAT |
| 11 | Trial Attorneys |
| 12 | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

*Al Otro Lado v. Mayorkas*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

    I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: November 2, 2021        Respectfully submitted,

                                          */s/ Katherine J. Shinners*
                                          KATHERINE J. SHINNERS
                                          Senior Litigation Counsel
                                          United States Department of Justice