# EXHIBIT 2



*Secretary*

U.S. Department of Homeland Security
Washington, DC 20528

November 1, 2021

MEMORANDUM FOR:   Troy A. Miller
                  Acting Commissioner
                  U.S. Customs and Border Protection

FROM:             Alejandro N. Mayorkas
                  Secretary

SUBJECT:          **Rescission of June 5, 2018, *Prioritization-Based Queue Management* Memorandum**

---

Upon the recommendation of Acting Commissioner Troy A. Miller of U.S. Customs and Border Protection, I hereby rescind Secretary Nielsen's June 5, 2018 memorandum, *Prioritization-Based Queue Management*.