BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
dhruman.y.sampat@usdoj.gov
Trial Attorneys
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **GOVERNMENT'S UNOPPOSED MOTION TO ALLOW THE GOVERNMENT UNTIL NOVEMBER 29, 2021, TO FILE OPPOSITION TO PLAINTIFFS' DISCOVERY REQUESTS CONCERNING COMPLIANCE WITH THE PRELIMINARY INJUNCTION** <br><br> **[Declaration of Dhruman Y. Sampat filed concurrently)** |

Defendants and EOIR (collectively "the Government") respectfully request that the Court allow them until November 29, 2021, to file an opposition to specific discovery requests submitted for approval by Plaintiffs in accordance with the Court's Order on Plaintiffs' Motion for Discovery Regarding Compliance with the Preliminary Injunction. *See* ECF No. 776. Plaintiffs do not oppose this request. Sampat Decl. ¶ 5.

On September 24, 2021, the Court granted Plaintiffs' Motion for Discovery "in principle," but requested "that Plaintiffs submit their discovery requests to the Court for approval," and stated that "[t]he Government may oppose the specific requests." *See* ECF No. 760.

On November 8, 2021, Plaintiffs submitted their written discovery requests for approval. *See* ECF No. 776. Plaintiffs' filing stated: "[T]his Court stated that 'the Government may oppose the specific requests' made by Plaintiffs. Dkt. 760 at 3. Plaintiffs respectfully request that any such opposition be filed with this Court no later than November 22, 2021."

The Government states that it intends to file an opposition to approval of particular requests submitted by Plaintiffs. The Government's understanding of the Court's order is that the filing of an opposition (or its failure to oppose particular requests wholesale) does not waive the government's right to negotiate the scope of those requests and assert specific objections along with their responses should the Court approve any requests, including objections based on overbreadth, vagueness, burden, and privilege. That is, the Government does not interpret the Court's order granting limited discovery into preliminary injunction compliance and allowing the Government to oppose specific requests, *see* ECF. No. 760, as supplanting or waiving its right and ability to specifically object to the scope of any or all of the requests—including based on burden and proportionality—in accordance with normal procedures for responding to written discovery, once any discovery requests are approved and served upon the Government. *See, e.g.*, ECF No. 776-1 at 1 *and* 776-2

at 1 (requesting that the Government serve its responses to written discovery within 30 days of service); Fed. R. Civ. P. 34(b)(2)(C), (D); Fed. R. Civ. P. 33(b)(4). Plaintiffs take no position on the Government's understanding of the Court's order. Sampat Decl. ¶ 5.

The Government submits that good cause exists to allow Defendants until November 29, 2021, to file such an opposition to particular discovery requests submitted by Plaintiffs. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (stating that, in the context of seeking an extension under Rule 6(b)(1), "good cause" is a "non-rigorous standard," and "extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party) (quoting 4B Charles Alan Wright & Author R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)). The Government requires additional time to coordinate with multiple agencies and to prepare and draft an opposition to the approval of specific requests. Sampat Decl. ¶ 6. In light of the upcoming Thanksgiving holiday, a November 29 deadline is sufficient for the Government to draft and finalize a limited opposition. *Id*. Additionally, under this Court's motion procedures, November 29, 2021, would be the earliest date by which the Government's opposition would be due. *See* Judge Bashant's Standing Order for Civil Cases 4.B (setting forth the minimum 30-day requirement for a noticed motion).

| | | |
|---|---|---|
| 1 | Dated: November 17, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| 4 | | Civil Division |
| 5 | | WILLIAM C. PEACHEY |
| 6 | | Director |
| 7 | | KATHERINE J. SHINNERS |
| 8 | | Senior Litigation Counsel |
| 9 | | *s/ Dhruman Y. Sampat* |
| 10 | | DHRUMAN Y. SAMPAT |
| 11 | | Trial Attorney<br>U.S. Department of Justice |
| 12 | | Office of Immigration Litigation |
| 13 | | District Court Section<br>P.O. Box 868, Ben Franklin Station |
| 14 | | Washington, D.C. 20044 |
| 15 | | Tel: (202) 532-4281 \| Fax: (202) 305-7000 |
| 16 | | dhruman.y.sampat@usdoj.gov |
| 17 | | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: November 17, 2021

Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*