BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
DHRUMAN Y. SAMPAT (NJ 270892018)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4281 | Fax: (202) 305-7000
Trial Attorney
dhruman.y.sampat@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **DECLARATION OF DHRUMAN Y. SAMPAT IN SUPPORT OF GOVERNMENT'S UNOPPOSED MOTION TO ALLOW THE GOVERNMENT UNTIL NOVEMBER 29, 2021, TO FILE OPPOSITION TO PLAINTIFFS' DISCOVERY REQUESTS CONCERNING COMPLIANCE WITH THE PRELIMINARY INJUNCTION** |

# DECLARATION OF DHRUMAN Y. SAMPAT

I, Dhruman Y. Sampat, declare as follows:

1. I am a trial attorney in the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation and represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Mayorkas*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California. I also represent non-party the Executive Office for Immigration Review (EOIR) in the context of that litigation. Defendants and EOIR are collectively referred to herein as "the Government."

2. I make this declaration in support of the Government's unopposed motion to allow the Government until November 29, 2021, to file opposition to Plaintiffs' discovery requests concerning compliance with the preliminary injunction.

3. On November 16, 2021, I emailed counsel for Plaintiffs asking for their position on a motion allowing the Government until November 29, 2021, to file any opposition to any specific requests submitted by Plaintiffs for the Court's approval at ECF No. 776.

4. In the same email, I also represented that "Defendants understand the opposition to be an opportunity to oppose the approval of specific requests, but that this opposition would not supplant or waive the government's right to specifically object to the scope of any or all of the requests—including based on burden and proportionality—in accordance with normal procedures for responding to written discovery, once any discovery requests are approved and served upon Defendants." I requested that Plaintiffs let us know if they disagree.

5. Stephen Medlock, counsel for Plaintiffs, responded by email, stating that Plaintiffs "agree to an extension until November 29." Mr. Medlock stated that Plaintiffs took no position on the remainder of the email, which they understood to be asking for Plaintiffs' interpretation of the Court's order.

6. The Government needs additional time to coordinate with multiple

agencies to draft its opposition. The Government will need seven days in light of the upcoming Thanksgiving holiday.

7. Allowing the Government until November 29, 2021, to file its opposition will not interfere with any other pending deadlines.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on November 17, 2021, in Arlington, Virginia.

Dated: November 17, 2021            Respectfully submitted,

                                    *s/ Dhruman Y. Sampat*
                                    DHRUMAN Y. SAMPAT
                                    Trial Attorney

                                    *Counsel for Defendants*