**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

RTS

FILED
NOV 19 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

SPRAYED
SEP 14 2021
DOJ MAILROOM

REFERRED
MAIL REFERRAL UNIT
SEP 10 2021
READER #2

Genevieve Kelly
450 5th St. NW
Washington, DC 20001

RECEIVED
NOV 15 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY