UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                              Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND (ECF No. 779)** |

On November 18, 2021, the parties jointly moved for an extension of time for the Government to file an opposition to specific discovery requests submitted for approval by Plaintiffs on November 8, 2021 ("Discovery Requests") (ECF No. 776), pursuant to this Court's September 24, 2021 Order ("Order") (ECF No. 760). (Joint Mot., ECF No. 779.)[1] Having reviewed the Joint Motion, the Court **ORDERS** the Government to file its

---

[1] The parties fashion their request as a "joint motion" to enlarge the Government's time to file an opposition to Plaintiffs' discovery requests. (Joint Mot.) However, the Court observes there is no court order under which the Government was obliged to file such an opposition by a date certain. The Court stated in its Order that the "Government may oppose the specific [Discovery Requests]," it did not issue a deadline to do so. And the request in Plaintiff's filing that the Government file its opposition "no later than November 22, 2021" never was exalted to the status of a scheduling order. Accordingly, the "good cause" standard generally applicable to requests to modify or change a scheduling order is inapposite here. *See* Fed. R. Civ. P. 16(b).

- 1 -

opposition to the Discovery Requests in accordance with this Court's Order **by no later than November 29, 2021**.

      **IT IS SO ORDERED.**

**DATED: November 22, 2021**

Hon. Cynthia Bashant
United States District Judge