BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **GOVERNMENT'S UNOPPOSED MOTION TO AMEND/CORRECT GOVERNMENT'S OPPOSITION TO MOTION FOR COURT OVERSIGHT AND DECLARATION FILED IN SUPPORT [ECF Nos. 758, 758-1]** |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

740792057.1

**GOVERNMENT'S UNOPPOSED MOTION AND NOTICE OF MOTION TO AMEND/CORRECT GOVERNMENT'S OPPOSITION TO MOTION FOR COURT OVERSIGHT AND DECLARATION FILED IN SUPPORT**

Please take notice that Defendants and the Executive Office for Immigration Review (EOIR) (collectively "the Government") do hereby move amend/correct statements in their Opposition to Plaintiffs' Motion for Court Oversight and Paragraph 24 of the Declaration of Counsel filed in support thereof (ECF Docket Nos. 758, 758-1) concerning the particular contents of a production of information about potential preliminary-injunction class members. The Government seeks to correct the portion of the statement made at Paragraph 24 of the Declaration quoting a production cover letter that indicated that the Master List produced on April 22, 2021, contained all individuals whose EOIR's electronic records as of January 29, 2021, indicated they had filed applications for Asylum, Withholding of Removal, or the Convention Against Torture, rather than all individuals whose EOIR's electronic records as of February 1, 2021, indicated that a decision had been entered by an immigration judge on their applications for Asylum, Withholding of Removal, or the Convention Against Torture. This motion is based on the attached memorandum of points and authorities.

The parties met and conferred regarding this motion on November 19, 2019. *See* Declaration of Katherine J. Shinners (Nov. 23, 2019) (Shinners Decl.) ¶ 5. Plaintiffs do not oppose the relief requested in this motion. *See id.* ¶ 5.

Dated: November 23, 2021                    Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Deputy Assistant Attorney General
                                              Civil Division

                                              WILLIAM C. PEACHEY
                                              Director

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  | SAMUEL P. GO                                                    |
|    | Assistant Director                                              |
| 3  |                                                                 |
| 4  | */s/ Katherine J. Shinners*                                     |
|    | KATHERINE J. SHINNERS                                           |
| 5  | Senior Litigation Counsel                                       |
| 6  | U.S. Department of Justice                                      |
|    | Civil Division                                                  |
| 7  | Office of Immigration Litigation                                |
| 8  | District Court Section                                          |
|    | P.O. Box 868, Ben Franklin Station                              |
| 9  | Washington, D.C. 20044                                          |
| 10 | Tel: (202) 598-8259 | Fax: (202) 305-7000                       |
| 11 | katherine.shinners@usdoj.gov                                    |
| 12 | ALEXANDER J. HALASKA                                            |
|    | DHRUMAN Y. SAMPAT                                               |
| 13 | Trial Attorneys                                                 |
| 14 |                                                                 |
| 15 | *Counsel for Defendants*                                        |

740792057.1