BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
Trial Attorneys

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO AMEND/CORRECT GOVERNMENT'S OPPOSITION TO MOTION FOR COURT OVERSIGHT AND DECLARATION FILED IN SUPPORT [ECF Nos. 758, 758-1]** |

740792057.1

Defendants and the Executive Office for Immigration Review (collectively, "the Government") respectfully moves to correct statements made in its Opposition to Plaintiffs' Motion for Court Oversight and Declaration of Counsel filed in support thereof (ECF Docket Nos. 758, 758-1) concerning the particular contents of a production of information about potential preliminary-injunction class members.

Specifically, the Government requests to correct the statement made in Paragraph 24 of its Declaration of Counsel submitted in support of the Opposition. *See* Declaration of Katherine J. Shinners (Sept. 15, 2021) (ECF No. 758-1). That paragraph recounted the contents of a cover letter for Defendants' and the Executive Office for Immigration Review's April 22, 2021, production of information about potential preliminary-injunction class members to Plaintiffs. *Id.* ¶ 24. In relevant part, that paragraph stated:

> As stated in the April 22 letter, the production included what the government refers to as the "Master List" of potential PI class members. This list includes "inadmissible or deportable non-Mexican noncitizens who were encountered by CBP—either OFO [Office of Field Operations] or U.S. Border Patrol (USBP)[—]between July 16, 2019 and June 30, 2020, inclusive, and processed under the Immigration and Nationality Act for expedited removal, expedited removal/credible fear (ER/CF), or a Notice to Appear, and who: (1) as of January 29, 2021, the electronic records of the Executive Office for Immigration Review (EOIR) indicated that the individual filed for Asylum, Withholding of Removal, or the Convention Against Torture before EOIR on or after July 16, 2019; (2) were noted as being originally processed by CBP for ER/CF [expedited removal/credible fear]; or (3) as of January 11, 2021, USCIS has an electronic record of the individual in the Asylum Division's case management system (other than records reflecting a Migrant Protection Protocols case or a Reasonable Fear case)."

*Id.* ¶ 24.

EOIR has since reported to undersigned counsel that there was a logic error in the data pull conducted by EOIR of its records of applications for relief, which was used by the Government to identify those inadmissible or deportable non-

1  Mexican noncitizens who were encountered by CBP—either OFO [Office of Field
2  Operations] or U.S. Border Patrol (USBP) between July 16, 2019 and June 30, 2020,
3  inclusive, as to whom EOIR's electronic records, as of January 29, 2021, indicated
4  that they had filed for Asylum, Withholding of Removal, or the Convention Against
5  Torture before EOIR on or after July 16, 2019. *See* Declaration of Katherine J.
6  Shinners (Nov. 23, 2021) (attached hereto) ¶ 4 & Ex. 1 (Declaration of Benjamin
7  McDowell) ¶¶ 5-6. EOIR reports that its list of those with records of applications for
8  relief only included those applications for relief that had a recorded decision in its
9  electronic database as of February 1, 2021. *See id.* In other words, the cover letter
10 for the production on April 22, 2021—and the paragraph in the declaration—should
11 have stated that the Master List includes inadmissible or deportable non-Mexican
12 noncitizens who were encountered by CBP—either OFO or U.S. Border Patrol
13 (USBP)—between July 16, 2019 and June 30, 2020, inclusive, and processed under
14 the Immigration and Nationality Act for expedited removal, expedited
15 removal/credible fear (ER/CF), or a Notice to Appear, and who: (1) as of *February*
16 *1*, 2021, the electronic records of EOIR indicated that the individual filed for
17 Asylum, Withholding of Removal, or the Convention Against Torture before EOIR
18 on or after July 16, 2019, *and that a decision had been entered on that application*;
19 (2) were noted as being originally processed by CBP for ER/CF [expedited
20 removal/credible fear]; or (3) as of January 11, 2021, USCIS has an electronic record
21 of the individual in the Asylum Division's case management system (other than
22 records reflecting a Migrant Protection Protocols case or a Reasonable Fear case).
23     Accordingly, the Government seeks to correct the portion of the statement
24 made at Paragraph 24 of the Declaration that indicated that the Master List produced
25 on April 22, 2021, contained all individuals for whom EOIR's electronic records as
26 of January 29, 2021, indicated they had filed applications for Asylum, Withholding
27 of Removal, or the Convention Against Torture, rather than all individuals for whom
28 EOIR's electronic records as of February 1, 2021, indicated that a decision of some

sort had been entered on their applications for Asylum, Withholding of Removal, or the Convention Against Torture. This portion of the statement was also cited or referenced at pages 7 and 17 of the Government's Opposition to Plaintiffs' Motion for Court Oversight. *See* Opp. to Mot. for Court Oversight (ECF No. 768) at 7:14-17, 17:3-4.[1]

The Government thus requests that the Court grant this motion to amend/correct the statements made in the quoted cover letter in Paragraph 24 of the Declaration of Counsel (ECF No. 768-1), and the citations thereto at page 7 of the Opposition (ECF No. 768), to the extent those statements indicated that the Master List produced on April 22, 2021 contained all individuals whose EOIR's electronic records as of January 29, 2021, indicated they had pending (rather than decided) applications for Asylum, Withholding of Removal, or the Convention Against Torture before EOIR.

Dated: November 23, 2021                Respectfully submitted,

BRIAN M. BOYNTON
Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice

---

[1] Counsel for the Government has notified Plaintiffs' counsel of this issue, and Defendants and EOIR have conferred with Plaintiffs regarding the relief sought in this motion. *See* Shinners Decl. (Nov. 23, 2021) ¶ 5.

Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.shinners@usdoj.gov

ALEXANDER J. HALASKA
DHRUMAN Y. SAMPAT
Trial Attorneys

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: November 23, 2021        Respectfully submitted,

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*