MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 750
Washington, DC 20036
Telephone:  +1.202.355.4471
Facsimile:  +1.404.221.5857

*Attorneys for Plaintiffs*
*Additional counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>             Defendants. | Case No.:  3:17-cv-02366-BAS-KSC<br><br>**PLAINTIFFS'** *EX PARTE* **EMERGENCY APPLICATION FOR INJUNCTIVE RELIEF FOR NAMED PLAINTIFF ROBERTO DOE**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>*Declarations of Melissa Crow, Gianna Borroto and Roberto Doe Filed Concurrently* |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

1

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740)
  (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688)
  (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  +1.212.614.6464
Facsimile:   +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985)
  (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309)
  (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA  30030

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113)
  (*pro hac vice*)
  *kwalters@immcouncil.org*
  Gianna Borroto (IL Bar No. 6305516)
  (*pro hac vice*)
  *gborroto@immcouncil.org*
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone:  +1.202.507.7523
Facsimile:   +1.202.742.5619

# *EX PARTE* EMERGENCY APPLICATION FOR INJUNCTIVE RELIEF FOR NAMED PLAINTIFF ROBERTO DOE

PLEASE TAKE NOTICE that, pursuant to Section 6 of Judge Bashant's Standing Order for Civil Cases, Plaintiffs, by and through undersigned counsel, hereby apply to this Court for an order granting injunctive relief requiring Defendants to provide named Plaintiff Roberto Doe with the necessary documents and/or approvals to travel on a commercial airline to the United States so that he may access the asylum process and further requiring Defendants to grant him access to the asylum process under the rules and regulations governing the asylum process that would have applied to him at the time of his arrival in the United States (October 2, 2018). Plaintiffs' *Ex parte* Emergency Application is based on the accompanying memorandum of points and authorities and the declarations of Roberto Doe, Melissa Crow, and Gianna Borroto.

As explained in more detail in the accompanying memorandum of points and authorities, an emergency order is necessary because Plaintiff Roberto Doe is living in hiding as a result of Defendants illegally turning him back at a Texas port of entry and is in fear for his life as the situation in Nicaragua deteriorates. He cannot remain in his current situation without running a serious risk of being discovered and harmed by a government he actively opposes.

Plaintiffs' counsel emailed Defendants' counsel on December 2, 2021, asking to meet and confer regarding Plaintiffs' *Ex parte* application. The parties met and conferred by phone on December 3, 2021. On December 6, 2021, Defendants' counsel stated that "Defendants do not agree that the issuance of documents to facilitate air travel to the United States is a proper remedy in this case" and that "[a]t this time, Defendants decline to facilitate air travel for Mr. Doe."

On December 7, 2021, Plaintiffs conferred by email with counsel for Defendants regarding a proposed briefing schedule if Defendants oppose the *Ex*

*parte* application. Plaintiffs propose that Defendants' opposition shall be due on December 13, 2021, and Plaintiffs' reply will be due on December 15, 2021. Defendants declined to provide a final position on a briefing schedule until after Plaintiffs file their *Ex parte* application but stated that Defendants were likely to agree to the briefing schedule.

Therefore, Plaintiffs hereby request that emergency injunctive relief be granted to named Plaintiff Roberto Doe, and that the Court enter the proposed order accompanying this *Ex parte* application. Should Defendants oppose the *Ex parte* application, Plaintiffs also request that the Court enter a briefing schedule giving Defendants until December 13, 2021, to file their opposition, and giving Plaintiffs until December 15, 2021, to file their reply.

Dated: December 8, 2021

MAYER BROWN LLP
   Ori Lev
   Matthew H. Marmolejo
   Stephen S. Medlock

SOUTHERN POVERTY LAW CENTER
   Melissa Crow
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters
   Gianna Borroto

By: */s/ Ori Lev*
   Ori Lev

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: December 8, 2021　　　　　　　MAYER BROWN LLP

By */s/ Ori Lev*