## DECLARATION OF ROBERTO DOE

I, Roberto Doe, hereby declare under the penalty of perjury:

1. I make this declaration based on my own personal knowledge except where indicated otherwise. If I am called as a witness, I could and would testify competently and truthfully on these matters.

2. I am a national and citizen of Nicaragua. I fled Nicaragua in early September of 2018, in fear for my life and the life of my family members due to threats of violence from the government and paramilitaries affiliated with the government. I participated in protests, marches, and strikes against the government.

3. I attempted to present myself to apply for asylum at the Reynosa-Hidalgo Port of Entry in early October 2018 with a group of Nicaraguans and one Honduran. We told a U.S. immigration official stationed at the mid-point of the bridge that we wanted to seek asylum, and the official told us the port of entry was "all full" and that we could not enter.

4. Shortly after that, a different U.S. official made a call on her radio. She spoke in Spanish and I heard her tell someone to come and pick up some people. A few minutes later, a Mexican immigration official approached us and asked to see our papers, which we handed to him. The Mexican official told us to come with him. Another of the Nicaraguans I was with asked the U.S. official to help and told him that Mexican immigration would deport us. The U.S. official said that he did not care and he did nothing else.

5. Mexican immigration officials detained us and told us that we did not have the right to apply for asylum in the U.S., that they were in communication with U.S. officials, and that if we came back and tried to apply for asylum in the U.S. again, the U.S. officials would turn

us over to Mexican officials and we would be deported to Nicaragua. We were then released, and I returned to the migrant shelter in Reynosa.

6. After that initial turnback, my attorneys in this case informed me that the U.S. government had agreed to allow me to apply for asylum if I presented myself at the port of entry again. They told me the date and time I was supposed to present myself.

7. In late October 2018, on the agreed date and time and in the company of a U.S. attorney, I returned to the Reynosa-Hidalgo Port of Entry to apply for asylum in the U.S. As I was going through a turnstile on the Mexican side of the bridge, Mexican immigration officials stopped and detained me. I was held in a facility near the bridge, and then transferred to a Mexican immigration detention center in Acayucan, Veracruz.

8. I was detained for about four months in Acayucan, after which I was deported from Mexico to Nicaragua.

9. Since February 2019, I have been living in hiding and have been unable to return to the U.S.-Mexico border. Staff from Al Otro Lado have tried to help me obtain travel documents from the Mexican government to transit through Mexico, but their efforts were unsuccessful. I also applied for a visa to travel to Mexico, but my application was rejected in November 2021. At present, I do not know how to travel to the U.S.-Mexico border to present myself at a port of entry to apply for asylum because I cannot get the necessary documents to travel through Mexico.

10. The situation in Nicaragua is getting worse and I am afraid to remain here, even in hiding. I have heard that there is a list of people who oppose the government and that those people are being arrested. My sister told me that my name is on this list and that police or

paramilitaries are looking for me in my hometown. I worry that my life is in danger in Nicaragua. I still wish to apply for asylum in the United States.

11. I have authorized my attorney to sign on my behalf given the difficulty of exchanging and signing documents across borders and while I am in hiding. If required to do so, I will provide a signature when I am able.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on December 3, 2021 at New York, NY.

*/s/ Angelo Guisado*

Angelo Guisado, on behalf of Roberto Doe

## ATTORNEY DECLARATION

I, Angelo Guisado, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Angelo Guisado. I am a licensed attorney in good standing in the state of New York. I am an attorney of record in this litigation.

2. I represent the declarant, Roberto Doe. Out of necessity in light of his current situation—living in hiding in fear for his life—I signed Roberto Doe's declaration on his behalf and with his express consent.

3. I am fluent in the English and Spanish languages.

4. I spoke with Roberto Doe via phone and read the foregoing declaration to him and orally translated it faithfully and accurately into Spanish. After I completed translating the declaration, Roberto Doe verified that the contents of the foregoing declaration are true and accurate. Roberto Doe also confirmed that I can sign the declaration on his behalf, as reflected in his declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021 at New York, NY.

_____

Angelo Guisado

Attorney for Plaintiffs