MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>                    Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**DECLARATION OF GIANNA BORROTO IN SUPPORT OF PLAINTIFFS' EMERGENCY APPLICATION FOR INJUNCTIVE RELIEF FOR NAMED PLAINTIFF ROBERTO DOE** |

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Wolf pursuant to Fed. R. Civ. P. 25(d).

DECLARATION OF GIANNA BORROTO

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
    Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
    *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

DECLARATION OF GIANNA BORROTO

### DECLARATION OF GIANNA BORROTO

I, Gianna Borroto, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the American Immigration Council and counsel for the Plaintiffs in this case. Pursuant to Civ. L. R. 7.1(f), I make this declaration in support of Plaintiffs' Emergency Application for Injunctive Relief for Named Plaintiff Roberto Doe.

2.      On July 7, 2021, due to Roberto Doe's continued need to access the U.S. asylum process, Plaintiffs' counsel requested that Defendants confirm their willingness to honor their 2018 agreement to inspect and process Roberto Doe upon arrival at a POE. Defendants' counsel Mr. Alexander Halaska replied via email on July 8, 2021, confirming that Roberto Doe would be inspected and processed upon his arrival at the San Ysidro POE. In light of Roberto Doe's past experiences, Plaintiffs' counsel requested that Defendants provide a letter or other written confirmation that Roberto Doe would be inspected and processed upon arrival at the POE. In the alternative, Plaintiffs' counsel requested that Defendants allow Mr. Doe to fly directly into the United States. ECF 768-3 ¶¶ 2-4.

3.      Defendants responded that the email exchange between the parties could serve as written confirmation that Mr. Doe would be inspected and processed, but declined to provide any additional written confirmation of the agreement. Defendants also declined to allow Mr. Doe to fly into the United States. *Id*. ¶ 5.

4.      I understand that Soraya Vazquez, Deputy Director of Al Otro Lado's Tijuana Office, attempted to advocate with the Mexican government to obtain travel documents that would enable Mr. Doe to transit through Mexico to reach the San Ysidro POE. Ms. Vazquez sent information about Mr. Doe to the Mexican Federal Government's Migration and Human Rights Deputy Secretary, but did not receive a response. Ms. Vazquez subsequently had several telephone conversations and a face-

to-face meeting with INM's delegate in Baja California, Mexico to request that the delegate intercede with the Mexican Secretary of Foreign Relations to facilitate the issuance of Mr. Doe's visa. ECF 768-4 ¶¶ 2-6.

5.    Despite Ms. Vazquez's efforts, the Mexican government has not issued travel documents to Mr. Doe. Instead, the Mexican government questioned why the U.S. government would not issue Mr. Doe a visa to enter the United States directly. Ms. Vazquez believes she has exhausted her efforts to advocate with the Mexican government on Mr. Doe's behalf. *Id*. ¶¶ 9-10.

6.    Based on the difficulties in obtaining Mexican travel documents for Mr. Doe, Plaintiffs' counsel again emailed Defendants' counsel on August 12, 2021, asking whether Defendants would allow Mr. Doe to fly into the United States and thus avoid transiting through Mexico. Defendants' counsel replied that their position remained the same and that they would not agree to allow Mr. Doe to fly into the United States. ECF 768-3 ¶¶ 7-8.

7.    I understand that Roberto Doe applied for a visa or transit permit at the Mexican Embassy in Nicaragua, but that his application was rejected last month.

8.    Roberto Doe has informed Plaintiffs' counsel that his current situation—living in hiding from an increasingly dictatorial government he opposes—is untenable.

9.    Given the urgency of Roberto Doe's current situation, Plaintiffs' counsel emailed Defendants' counsel on December 2, 2021, asking to meet and confer regarding Plaintiffs' Emergency Application for Injunctive Relief for Named Plaintiff Roberto Doe. The parties met and conferred by phone on December 3, 2021. On December 6, 2021, Defendants' counsel stated that "Defendants do not agree that the issuance of documents to facilitate air travel to the United States is a proper remedy in this case" and that "[a]t this time, Defendants decline to facilitate air travel for Mr. Doe."

DECLARATION OF GIANNA BORROTO

10.    I understand that Mr. Doe continues to seek access to the U.S. asylum process but is unable to reach the United States because he lacks the necessary travel documents to fly directly into the United States and does not have permission to travel through Mexico to reach a U.S. POE over land.

11.    On December 7, 2021, Plaintiffs conferred by email with counsel for Defendants regarding a proposed briefing schedule should Defendants oppose the *ex parte* application. Plaintiffs propose that Defendants' opposition shall be due on December 13, 2021, and Plaintiffs' reply will be due on December 15, 2021. Defendants declined to provide a final position until after Plaintiffs file their *ex parte* application but stated that Defendants were likely to agree to the briefing schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of December 2021 in Chicago, Illinois.


*Gianna Borroto*
Gianna Borroto

DECLARATION OF GIANNA BORROTO