MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, Inc., et al.,,<br><br>                          Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,[1]<br><br>                          Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**MOTION TO WITHDRAW PLAINTIFFS' COUNSEL GHITA SCHWARZ** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487) (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, DC 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
  Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
  *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

     Pursuant to Local Rule 83.3(f)(3), Plaintiffs provide notice that, as of December 2, 2021, Ghita Schwarz is no longer employed at the Center for Constitutional Rights and is no longer counsel for Plaintiffs in this case. All other counsel of record will continue to represent Plaintiffs in this case. Accordingly, Plaintiffs respectfully request the Court grant Plaintiffs' Motion to Withdraw Plaintiffs' Counsel Ghita Schwarz.

     All parties and counsel are receiving notice of this motion as set forth in the attached declaration of counsel and certificate of service.

December 8, 2021   _/s/ *Baher Azmy*_____
                                                 Baher Azmy
                                                 Center for Constitutional Rights

CERTIFICATE OF SERVICE

I certify that on December 8, 2021, I served a copy of this motion and a declaration in support of the motion on all parties and counsel of record via ECF.

__/s/ *Baher Azmy*____

Baher Azmy

Center for Constitutional Rights