# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants*. | |

I, Ghita Schwarz, declare as follows:

**1.** From January 30, 2012 to December 2, 2021, I served as Senior Staff Attorney at Center for Constitutional Rights.

**2.** I served as attorney of record to Plaintiffs Al Otro Lado, Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, and Jose Doe in the instant case, *Al Otro Lado et al. v. Mayorkas et al.*, 17-cv-02366.

**3.** As of December 2, 2021, I am no longer on staff at the Center for Constitutional Rights. As a result, I respectfully wish to withdraw as counsel to Plaintiffs. My colleagues, Center for Constitutional Rights attorneys Baher Azmy and Angelo Guisado, as well as all other counsel of record, will continue to represent Plaintiffs in this case.

**4.** All parties and counsel simultaneously received notice of this motion per the attached certificate of service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____

Ghita Schwarz