BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District
Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov
Trial Attorney

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| Plaintiffs, | Hon. Cynthia A. Bashant |
| v. | **JOINT MOTION TO SET BRIEFING SCHEDULE RELATED TO PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR INJUNCTIVE RELIEF FOR NAMED PLAINTIFF ROBERTO DOE (Dkt. No. 786)** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities, | |
| Defendants. | |

For purposes of clarity, the parties respectfully request that the Court set the briefing schedule with respect to Plaintiffs' *Ex Parte* Application For Injunctive Relief for Named Plaintiff Roberto Doe ("*Ex Parte* Application") as follows: Defendants shall file any opposition to Plaintiffs' *Ex Parte* Application by Monday, December 13, 2021, and Plaintiffs shall file a reply by December 15, 2021. These are the dates Plaintiffs proposed in their *Ex Parte* Application, and Defendants have agreed to those dates. *See* Dkt. No. 786 at 2.

The parties met and conferred on the substance of Plaintiffs' *ex parte* application seeking injunctive relief on December 3, 2021. Declaration of Alexander J. Halaska ("Halaska Decl.") ¶¶ 2-3. At the meet-and-confer, Plaintiffs represented that they were likely to seek expedited briefing. *Id*. On December 7, 2021, Plaintiffs stated that they would request that Defendants' response be due December 13, 2021 and that Plaintiffs' reply be due December 15, 2021. *Id*. ¶ 4. On the same day, counsel for Defendants represented that they were likely to agree to the proposed briefing schedule but would wait until Plaintiffs file their motion to provide a final position. *Id*. ¶ 5.

On December 8, 2021, Plaintiffs filed an *ex parte* application seeking injunctive relief, and proposed in that same filing a briefing schedule that aligns with the schedule previously proposed to Defendants. *See* Dkt. No. 786 at 1-2. Per the Court's Standing Order for Civil Cases Section 6, an opposition to an *ex parte* application must be filed within two Court days. Following Section 6 of the Court's Standing Order for Civil Cases, counsel for Defendants called and notified chambers that Defendants consent to the proposed briefing schedule proposed but reserved the right to file a response to the substantive relief requested in Plaintiffs' *ex parte* application. Halaska Decl. ¶ 7. Defendants currently intend to file an opposition on December 13, 2021, in accordance with the Parties' agreement.

Accordingly, the parties respectfully request that this Court order the proposed briefing schedule such that Defendants' opposition to the *Ex Parte* Application

would be due on December 13, 2021, and Plaintiffs' reply would be due by December 15, 2021.

//

DATED: December 10, 2021        Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
    Melissa Crow
    Sarah Rich
    Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters
    Gianna Borroto

*/s/ Stephen M. Medlock*
Stephen M. Medlock

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

*Al Otro Lado v. Mayorkas*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 10, 2021            Respectfully submitted,

/s/ *Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney