BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov
Trial Attorney

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF ALEXANDER J. HALASKA IN SUPPORT OF JOINT MOTION TO SET BRIEFING SCHEDULE RELATED TO PLAINTIFFS'** ***EX PARTE*** **MOTION FOR INJUNCTIVE RELIEF FOR NAMED PLAINTIFF ROBERTO DOE (Dkt. No. 786)** |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

# DECLARATION OF ALEXANDER J. HALASKA

Pursuant to 28 U.S.C. § 1746, I, Alexander J. Halaska, declare as follows:

1. I am a trial attorney in the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation and represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Mayorkas*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California. I make this declaration in support of the parties' joint motion to set briefing scheduled related to Plaintiffs' *ex parte* motion for injunctive relief for named Plaintiff Roberto Doe.

2. On December 2, 2021, Plaintiffs' counsel notified counsel for Defendants via email that Plaintiffs intended to file a motion seeking on order directing Defendants to issue Roberto Doe travel papers that would enable him to board a flight to the United States, and requested to confer the next day on Plaintiffs' forthcoming motion.

3. On December 3, 2021, the parties met and conferred through counsel. During this conference, counsel for the parties discussed some aspects of the substantive relief Plaintiffs are seeking in their *ex parte* motion. During this conference, Defendants' counsel asked Plaintiffs' counsel if they would seek expedited briefing, and Plaintiffs' counsel represented that they would likely seek expedited briefing.

4. On December 7, 2021, Plaintiffs' counsel stated via email that they planned to request a briefing schedule providing that Defendants' opposition be due by December 13, 2021, and that Plaintiffs' reply be due by December 15, 2021, and Plaintiffs' counsel requested Defendants' position on that briefing schedule.

5. On the same day, I replied to Plaintiffs' counsel by email and stated that Defendants would likely agree to that briefing schedule but would wait to provide a final position on the briefing schedule after Plaintiffs file their motion.

6. On December 8, 2021, Plaintiffs filed their *ex parte* motion seeking in-

junctive relief for named Plaintiff Roberto Doe. In the same motion, Plaintiffs proposed the briefing schedule contemplated by the parties as set forth in Paragraph 7 of this declaration.

7. On December 8, 2021, at around 7:20 PM (Eastern)/4:20 PM (Pacific), I called the telephone number for the Court's chambers and advised the Court by voicemail that Defendants consented only to the order directing an opposition to be filed by December 13, and not to any other aspect of the motion. I also informed the Court that Defendants would reserve the opportunity to respond to the remainder of the motion in the response that would be filed on December 13, 2021.

8. I thereafter informed Plaintiffs' counsel via email of the voicemail I left with the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on December 10, 2021, in Washington, D.C.

Dated: December 10, 2021           Respectfully submitted,

                                   /s/ Alexander J. Halaska
                                   ALEXANDER J. HALASKA
                                   Trial Attorney

                                   *Counsel for Defendants*