# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>    Defendants. | Case No. 17-cv-2366-BAS-KSC<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S EX PARTE APPLICATION FOR INJUNCTIVE RELIEF (ECF No.786)** |

On December 8, 2021, Plaintiffs moved *ex parte* for injunctive relief in the form of an order requiring Defendants: (1) to provide named Plaintiff Roberto Doe with the necessary documents and/or approvals to travel on a commercial airline to the United States so that he may access the asylum process; and (2) to grant him access to the asylum process under the rules and regulations of that process in October of 2018, when Doe first arrived at a United States' port of entry, only to have been allegedly turned back and refouled to Nicaragua. (*Ex Parte* Mot., ECF No. 786; Mem., Ex. 1 to *Ex Parte* Mot., ECF No. 786-1.) Defendants oppose the Motion. (*See* Halaska Decl. ¶ 7, Ex. 1 to Joint Mot., ECF No. 788-1.)

Following Plaintiffs' application, the parties jointly moved for an order setting a briefing schedule. (Joint Mot., ECF No. 788; Halaska Decl. ¶¶ 7-8.) After reviewing the

joint motion and the declaration submitted therewith, the Court **ORDERS** that Defendants file their opposition **by no later than December 14, 2021**, and Plaintiffs file their reply, if any, **by no later than December 17, 2021**.

      **IT IS SO ORDERED.**

**DATED: December 13, 2021**

Hon. Cynthia Bashant
United States District Judge