MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Ori Lev (DC Bar No. 452565)
*(pro hac vice)*
*olev@mayerbrown.com*
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice)*
*smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
Melissa Crow (DC Bar No. 453487)
*(pro hac vice)*
*melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, DC 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Al Otro Lado, Inc., *et al.*,

Plaintiffs,

v.

Alejandro Mayorkas,[1] *et al.*,

Defendants.

Case No. 3:17-cv-02366-BAS-KSC

**REPLY IN SUPPORT OF PLAINTIFFS' *EX PARTE* EMERGENCY APPLICATION FOR INJUNCTIVE RELIEF FOR NAMED PLAINTIFF ROBERTO DOE AND REQUEST TO HOLD APPLICATION IN ABEYANCE**

**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)
(*pro hac vice*)
*bazmy@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688)
(*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985)
(*pro hac vice*)
*sarah.rich@splcenter.org*
Rebecca Cassler (MN Bar No. 0398309)
(*pro hac vice*)
*rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113)
(*pro hac vice*)
*kwalters@immcouncil.org*
Gianna Borroto (IL Bar No. 6305516)
(*pro hac vice*)
*gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

In the first two paragraphs of their opposition brief, Defendants inform the Court that they have agreed to provide Plaintiff Roberto Doe with the bulk of the relief sought in his Emergency Application, subject to certain conditions. Plaintiffs have agreed to provide Defendants the information they requested to facilitate Mr. Doe's entry into the United States. Defendants then spend more than a dozen pages offering irrelevant argument about why Mr. Doe was not entitled to the relief that Defendants have agreed to provide to him. Plaintiffs disagree with a good deal of what Defendants have to say in that portion of their brief. However, since the parties have reached an agreement that appears to provide the relief that Mr. Doe seeks, Plaintiffs do not feel that a substantive reply is necessary now.

What matters now is ensuring that Mr. Doe is able to access in a timely manner the relief that Defendants have agreed to provide to him. Thus, Plaintiffs suggest that this Court hold further briefing and ruling on this application in abeyance and direct the parties to submit a joint status report on or before January 14, 2021 regarding the status of Roberto Doe. If Defendants do not follow through on their agreement to facilitate Mr. Doe's travel to, and entry into, the United States, or Mr. Doe is otherwise unable to enter the United States as a result of the conditions that Defendants have imposed in their offer, Plaintiffs will respectfully request that they be allowed to file a substantive reply to Defendants' arguments in their opposition brief. If Defendants follow through on their agreement and Mr. Doe is able to travel to and enter the United States and access the U.S. asylum process, Plaintiffs will withdraw their Emergency Application.

Dated: December 15, 2021

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
Melissa Crow
Sarah Rich
Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters
Gianna Borroto

By: */s/ Stephen M. Medlock*
Stephen M. Medlock

*Attorneys for Plaintiffs*

745344116.1

REPLY ISO PLS' EX PARTE EMERGENCY APP. FOR INJUNCTIVE RELIEF FOR ROBERTO DOE

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: December 15, 2021

MAYER BROWN LLP

By *<u>/s/ Stephen M. Medlock</u>*

745344116.1
REPLY ISO PLS' EX PARTE EMERGENCY APP. FOR INJUNCTIVE RELIEF FOR ROBERTO DOE