MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *(pro hac vice)*
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  *(pro hac vice)*
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  *(pro hac vice)*
  melissa.crow@splcenter.org
1101 17th Street, N.W., Suite 705
Washington, DC 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Alejandro Mayorkas,[1] *et al.*,<br><br>    Defendants. | Case No. 3:17-cv-02366-BAS-KSC<br><br>**PLAINTIFFS' NOTICE CONCERNING DKT. 775**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>***Declarations of Nicole Ramos, Angelo Guisado, and Hannah Hollandbyrd filed Concurrently*** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740)
   (*pro hac vice*)
   *bazmy@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688)
   (*pro hac vice*)
   *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985)
   (*pro hac vice*)
   *sarah.rich@splcenter.org*
   Rebecca Cassler (MN Bar No. 0398309)
   (*pro hac vice*)
   *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters (DC Bar No. 1049113)
   (*pro hac vice*)
   *kwalters@immcouncil.org*
   Gianna Borroto (IL Bar No. 6305516)
   (*pro hac vice*)
   *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# NOTICE CONCERNING DOCKET ENTRY 775

Plaintiffs respectfully notify the Court of the following actions taken by Defendants since their Counsel filed a self-styled "Notice of Administrative Action" on November 2, 2021. *See* Dkt. 775.

1. In its September 2, 2021 summary judgment opinion, this Court concluded that "turning back asylum seekers at POEs without inspecting and referring them upon their arrival unlawfully withholds Defendants' statutory duties under 8 U.S.C. § 1158(a)(1) and § 1225," and therefore violates Section 706(1) of the Administrative Procedure Act. *Al Otro Lado, Inc. v. Mayorkas*, 2021 WL 3931890, at *18 (S.D. Cal. 2021). This Court further found that "[b]ecause Defendants' turning back asylum seekers unlawfully withholds their duties under statute, it violates the process due to class members." *Id.* at *20.

2. On September 8, 2021, following the Court's summary judgment ruling, Defense Counsel stated that Defendants "do not believe there are any steps needed 'to comply with the Court's summary judgment ruling.'" Dkt. 768-1 at ¶ 7.

3. In their November 2, 2021 Notice, Defendants attached two memoranda dated November 1, 2021. One memorandum, signed by Defendant Mayorkas, purports to rescind the U.S. Department of Homeland Security's June 5, 2018 *Prioritization-Based Queue Management* memorandum. *See* Dkt. 775-2; Dkt. 563-5. The second memorandum, signed by then-Acting Commissioner of CBP Troy A. Miller, purports to provide guidance to CBP ports of entry ("POEs") on the U.S.-Mexico border on how to process and inspect asylum seekers after the rescission of the *Prioritization-Based Queue Management* memorandum. *See* Dkt. 775-1. The memorandum states that CBP officers at POEs may "manage the intake of undocumented citizens at POEs," but must "[i]n all cases" permit "noncitizens who are encountered at the border line" to "wait in line" to be inspected and processed. Dkt. 775-1 at 3.

|   |   |
|---|---|
| 1 | 4. This Court has previously noted that it "assumes that the Government will, in good faith, . . . avoid taking steps that could complicate or preclude its compliance with a court order." Dkt. 382 at 6. |
| 5 | 5. Since November 1, 2021, Plaintiffs have documented multiple instances at POEs across the U.S.-Mexico border in which CBP officers turned back asylum seekers who were in the process of arriving at POEs. In each of these instances, the CBP officer did not assert any specific legal authority for turning back the asylum seekers. The declarations evidencing these turnbacks are attached hereto as Exhibits 1 to 3. *See* Ex. 1 (Declaration of Nicole Ramos regarding turnbacks at San Ysidro POE); Ex. 2 (Declaration of Angelo Guisado regarding turnbacks at San Ysidro POE); Ex. 3 (Declaration of Hannah Hollandbyrd regarding turnbacks at El Paso POE); Julian Resendiz, *MPP reboot: Mexican families turned away at the border*, Border Report, Dec. 6, 2021, https://www.borderreport.com/hot-topics/immigration/mpp-reboot-mexican-families-turned-away-at-the-border/ (reporting that video showed migrants approaching the Paso del Norte POE, walking up to a CBP officer, stating their intent, and walking back to Mexico, with some migrants stating "they were told by the officers that no asylum claims were being taken and that the border was closed."). |

Dated: December 20, 2021

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Stephen M. Medlock

SOUTHERN POVERTY LAW CENTER
Melissa Crow
Sarah Rich
Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
Karolina Walters
Gianna Borroto

By: */s/ Stephen M. Medlock*
Stephen M. Medlock

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served on all counsel via the Court's CM/ECF system.

Dated: December 20, 2021        MAYER BROWN LLP

By */s/ Stephen M. Medlock*

745372436.2