MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 South Grand Avenue
25th Floor
Los Angeles, California 90071-1503
United States of America
  Ori Lev (DC Bar No. 452565)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, District of Columbia 20006-1101
United States of America71
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3000

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>   Plaintiff, <br><br> vs. <br><br> Alejandro Mayorkas,[1] *et al.*, <br><br>   Defendant. | Case No. 17-cv-02366-BAS-KSC <br><br> **EXHIBIT 3 TO PLAINTIFFS' NOTICE CONCERNING DKT. 775** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
  Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
  *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

# DECLARATION OF HANNAH HOLLANDBYRD

I, Hannah Hollandbyrd, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a Policy Specialist with Hope Border Institute (HOPE) in El Paso, Texas. HOPE is a Catholic advocacy and research organization that works on asylee and migrant rights at the border. We also administer a humanitarian fund in coordination with the Catholic Diocese of El Paso to support migrant-serving shelters and programs in Ciudad Juárez.

2. I monitor border policy and conduct research on its impacts in the El Paso/Ciudad Juárez region. My responsibilities include running the El Paso Frontera Welcome Coalition, which tracks changing policies and ensures that community shelters in El Paso have resources and support to welcome asylum seekers. I also lead a sub-group of the El Paso Frontera Welcome Coalition that participates in regular calls with DHS officials to highlight immigration issues we confront in El Paso and New Mexico.

3. On November 8, 2021, I traveled to downtown Ciudad Juárez via the Paso del Norte (PDN) port of entry to observe activity on the first day of port reopening to vaccinated non-essential travelers. Following CBP's issuance of "Guidance for Management and Processing of Undocumented Noncitizens at Southwest Border Land Ports of Entry" on November 1, 2021, I wanted to see if any asylum seekers attempted to present themselves at the port of entry and, if so, whether they would be processed. When I arrived around 9 am, the Ciudad Juárez side of the border was very quiet, and traffic seemed to be moving fairly smoothly.

4.     Around 9:30 am, I went up to the midpoint of the PDN bridge. Two Customs and Border Protection agents posted on the US side of the border near the midpoint were checking documents as people crossed. CBP agents have been regularly posted at or near the midpoint since metering began in the El Paso sector in spring 2018.

5.     Around 10 am, I noticed a man and his young daughter standing at the midpoint of the bridge on the Mexican side. When I inquired about his situation, he told me he was from Ciudad Juárez, and his pregnant wife and three children were all U.S. citizens. He was fleeing after receiving death threats.

6.     The man told me that his family had presented at the bridge on November 7, but CBP had directed them to come back the following day because "everything was changing." When they returned on November 8, CBP officers indicated that they did not have capacity to process the man. His wife crossed into the United States to speak to CBP about their options, while the man waited with his daughter at the midpoint of the bridge. Eventually, the man's wife crossed back into Mexico with their two other children, and he and his daughter went to join them on the pedestrian sidewalk on the other side of the road leading to the bridge. I looked for them later at the base of the bridge to ask what CBP had told the wife but could not find them.

7.     Around 10:45 am, I encountered two single mothers with young children at the midpoint of the bridge. I spoke to them on the Mexican side of the border. The two women had arrived at the bridge separately, but both were from Michoacán. One (whom I will call Luz) had three children, and the other (whom I will call Teresa) had two. Both families were unsure about how to proceed but did not want to leave the bridge.

8. Teresa had arrived in Ciudad Juárez about three weeks earlier. She and her children were staying in the home of a woman they had met in Ciudad Juárez, but they did not feel safe. Teresa and her children had previously crossed the border between ports of entry in El Paso, where they were detained in a holding facility and then expelled under Title 42. They later returned to the bridge and tried to present themselves to seek asylum in the United States. CBP officers directed them to come back during the week of November 8 because "things were changing." When they returned on the morning of November 8, CBP officers indicated they had no capacity to process them and told them to come back the following day.

9. Luz and her children had also previously tried to present at the bridge to seek asylum in the United States, only to be told to come back later. Luz and her children had been living in a shelter in Mexico, which became infested with bedbugs. They subsequently moved to a rented apartment but feared for their safety after someone was killed outside the apartment. Luz's children were coughing when I met them, and she told me she was experiencing chest pain.

10. Later in the day, I observed Teresa and her family waiting to be processed on the U.S. side of the border.

11. As the day went on, more families (most with children) who told me they were from Mexico and Honduras arrived. There were also two single men from Mexico. Around 12:00 pm, HOPE's humanitarian coordinator in Juárez, Omar Ríos, arrived at the midpoint of the bridge. Around 12:30 pm, a HOPE volunteer named Estefanía brought burritos and water for the families. By that point, about 20 people (roughly five families) were in line. All of them told me explicitly that they were seeking asylum. At least two

3

families indicated that they had presented themselves to CBP and been told to wait; the others joined the group of asylum seekers waiting beside the midpoint but did not present themselves.

12. One family (a woman, her brother and sister-in law, and their child) was fleeing violence in Guerrero. The man took off his sunglasses to show me his eyes, which were badly bruised because he had been beaten. The family indicated that they planned to seek asylum in the United States.

13. During the five hours I spent at the bridge, there were a couple of shift changes of CBP officers at the midpoint. The two agents who arrived around noon were Rivera Villamil and Hutton. At one point, Rivera Villamil made a phone call and asked the first two families (Teresa and Luz, the single moms with kids from Michoacán) how many people were in each of their groups. He also asked them if they had any health issues. These interactions created some energy and hope among the people who were waiting, as well as an expectation that the two families at the top of the list would be processed first.

14. By 1:30 pm, about 35-40 people (roughly 7-10 families) had lined up at the bridge. I let the families know that I was not an attorney and could not give them legal advice. I informed them that they could present themselves again to the agents, continue waiting, or leave the bridge and that we would stay there to observe what happened.

15. Shortly thereafter, a Honduran woman went up to the CBP officers to inquire about the reason for the delay and try to find out when her family would be processed. Rivera Villamil said there was no capacity and that the first two families were at the top of the list. He also said he would call his supervisor. At that point, the families lined up

behind the Honduran woman until the majority were on the U.S. side of the bridge (beyond the orange barrier at the midpoint). They were calm and non-confrontational.

16.     Around 1:45 pm, Rivera Villamil got a call from his supervisor, and Estefania heard him say aloud in English that "we should push them down south." In Spanish, he then ordered everyone to move back behind the orange barrier so that all those waiting were once again on the Mexican side. After they did so, my colleague, Omar Ríos, asked the asylum seekers to line up in a more orderly fashion instead of crowding into a group as he feared that Mexican officials would otherwise try to remove them from the bridge.

17.     Around 2 pm, Mexican customs officials and an employee of a private security firm arrived at the midpoint of the bridge and directed the asylum seekers to leave, supposedly for public health reasons. The customs official (Leonardo Aldama Carbajal) pointed out that some people in the group were not wearing face masks (although the majority were in fact wearing them) and that they were not socially distanced. A number of waiting individuals put their masks on, and the group proceeded to spread out. The customs official and security employee kept repeating that CBP did not have space or capacity to process them and that they would have to leave the bridge because they could not gather there. The officials even threatened to close the bridge and to bring in the Mexican military to remove those waiting. The asylum seekers protested, but the Mexican officials kept repeating that they would have to leave the bridge.

18.     By that point, two additional CBP officers (Rodriguez and Pinela) had arrived and were standing on the U.S. side of the bridge next to the midpoint. The situation had gotten very tense, and the CBP officers seemed angry and defensive. I asked the CBP officers if they could tell people directly what to expect and when they could come back

5

(instead of forcing them to deal with the Mexican officials). The CBP officers insisted that they had already indicated multiple times that they were at capacity and that the people should come back later. I asked what CBP's capacity was but did not get an answer. I noted that they had created an expectation that some people would be processed. The agents took pictures of my colleagues and me, and Officer Rodriguez told Omar and me that he knew we worked for the Catholic diocese.

19. One very vocal Honduran woman asked whether MPP was an option, but Pinela said it was not. She told the CBP officers that their refusal to process the waiting asylum seekers was racist. The CBP officers did not respond. Eventually, the asylum seekers left the bridge against their will, accompanied by Mexican officials.

20. Around 2:30 pm, Omar and I crossed back into the United States on foot. When we arrived at the port of entry building at the base of the bridge, Officer Rodriguez was waiting behind the on-duty officers at the booth. When I walked up to be processed, the officer at the booth was unusually friendly and asked me a number of questions (like whether I was a Miner, a reference to the University of Texas at El Paso). I noticed that he was holding my passport behind his back and that Officer Rodriguez was taking photos of it with his phone. Omar told me later that they did the same thing to him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on December 17, 2021 at El Paso, Texas.

_____
Hannah Hollandbyrd

6



*Asylum seekers lined up on the US and Mexican sides of the Paso del Norte bridge; photo taken at 1:36pm on November 8, 2021 by Hannah Hollandbyrd*

7



*Asylum seekers lined up on the US and Mexican sides of the Paso del Norte bridge; photo taken at 1:38pm on November 8, 2021 by Hannah Hollandbyrd*

8



*Asylum seekers after being pushed south by Customs and Border Protection agents; photo taken at 1:47 on November 8, 2021 by Hannah Hollandbyrd*

9