UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING GHITA SCHWARZ, ESQ.'S MOTION TO WITHDRAW AS COUNSEL**<br><br>**(ECF No. 787)** |

Before the Court is Ghita Schwarz, Esq.'s motion pursuant to Civ. L.R. 83.3(f)(3) to withdraw as counsel for Plaintiffs in this case because she no longer is employed by the Center of Constitutional Rights ("CCR"). (ECF No. 787.) Despite Ms. Schwarz's withdrawal, Plaintiffs will continue to be represented by all other counsel of record in this case. Good cause appearing, the Court **GRANTS** Ms. Schwarz's motion. The Clerk of Court is instructed to update the docket to reflect Ms. Schwarz's withdrawal as counsel.

**IT IS SO ORDERED.**

**DATED: December 21, 2021**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366