BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities,* <br><br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **JOINT STATUS REPORT REGARDING THE STATUS OF NAMED PLAINTIFF ROBERTO DOE** |

---

* Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mayorkas is automatically substituted as a Defendant for former Acting Secretary Wolf.

## JOINT STATUS REPORT

Pursuant to this Court's Order Terminating Plaintiff Roberto Doe's Emergency Application as Moot and Directing Parties to Submit Joint Status Report (ECF No. 794), Plaintiffs and Defendants respectfully submit this Joint Status Report regarding the status of Named Plaintiff Roberto Doe. The parties report that a resolution has been reached. Roberto Doe arrived in the United States by commercial airline on January 20, 2022 and was allowed to access the U.S. asylum process, as he was issued a Notice to Appear (NTA) for removal proceedings, where he may pursue any claim for asylum or other protection from removal from the United States for which he is eligible.

//

| | | |
|---|---|---|
| 1 | DATED: January 28, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| 4 | | |
| 5 | | WILLIAM C. PEACHEY<br>Director |
| 6 | | |
| 7 | | KATHERINE J. SHINNERS<br>Senior Litigation Counsel |
| 8 | | */s/ Alexander J. Halaska* |
| 9 | | ALEXANDER J. HALASKA<br>Trial Attorney |
| 10 | | United States Department of Justice |
| 11 | | Civil Division<br>Office of Immigration Litigation |
| 12 | | District Court Section |
| 13 | | P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 |
| 14 | | Tel: (202) 307-8704 \| Fax: (202) 305-7000 |
| 15 | | alexander.j.halaska@usdoj.gov |
| 16 | | *Counsel for Defendants* |
| 17 | | |
| 18 | | |
| 19 | | MAYER BROWN LLP<br>    Matthew H. Marmolejo |
| 20 | |     Ori Lev |
| 21 | |     Stephen M. Medlock |
| 22 | | SOUTHERN POVERTY LAW CENTER<br>    Melissa Crow |
| 23 | |     Sarah Rich |
| 24 | |     Rebecca Cassler |
| 25 | | CENTER FOR CONSTITUTIONAL RIGHTS |
| 26 | |     Baher Azmy |
| 27 | |     Angelo Guisado |
| 28 | | AMERICAN IMMIGRATION COUNCIL<br>    Karolina Walters |

1 | Gianna Borroto
2 |
3 | By: */s/ Stephen M. Medlock*
  | Stephen M. Medlock
4 |
5 | *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

*Al Otro Lado v. Mayorkas*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: January 28, 2022              Respectfully submitted,

                                     */s/ Alexander J. Halaska*
                                     ALEXANDER J. HALASKA
                                     Trial Attorney
                                     United States Department of Justice