Attorney for   Plaintiffs Al Otro Lado, Inc. Abigail Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, Roberto Doe, Maria Doe, Juan Doe, Ursula Doe, et al.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc. et. al. | Case No. 3:17-cv-02366-BAS-KSC |
| | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| Alejandro Mayorkas, et al. | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Melissa Crow has changed ____ names, _✓_ firms, _✓_ addresses, ____ phone numbers, and/or _✓_ fax numbers as follows.

Current contact information:

Melissa Crow
Center for Gender and Refugee Studies
1121 14th Street, NW
Suite 200
Washington, DC 20005   Tel: 202-355-4471   Fax: 415-581-8824

DATED: January 31, 2022     Signature: /s/ Melissa Crow