Annie Daher (CA Bar No. 294266)
CENTER FOR GENDER & REFUGEE STUDIES
UC Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
daherannie@uchastings.edu

Tiffany Lieu* (WA Bar No. 55175)
HARVARD IMMIGRATION & REFUGEE CLINICAL PROGRAM
6 Everett Street, WCC 3109
Cambridge, MA 02138
tlieu@law.harvard.edu

Sarah Sherman-Stokes (MA SJC No. 682322)**
IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING PROGRAM
Boston University School of Law
765 Commonwealth Ave.
Boston, MA 02215
sstokes@bu.edu

* Application for admission *pro hac vice* forthcoming
** Admitted *pro hac vice*

Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al*.,<br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**CENTER FOR GENDER & REFUGEE STUDIES' EX PARTE APPLICATION TO WITHDRAW AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS AND TO WITHDRAW ANNIE DAHER AS COUNSEL OF RECORD FOR AMICI CURIAE**<br><br>*Declaration of Annie Daher Filed Concurrently* |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 83.3, the Center for Gender & Refugee Studies ("CGRS") and undersigned counsel hereby apply to this Court for an order granting CGRS leave to withdraw as amicus curiae in support of Plaintiffs and undersigned counsel and leave to withdraw as counsel of record for CGRS and other amici curiae Harvard Immigration & Refugee Clinical Program ("HIRC") and Boston University School of Law Immigrants' Rights and Human Trafficking Program ("Boston University Clinic"). CGRS previously sought leave to appear in this action as an *amicus curiae* in support of Plaintiffs. ECF Doc. 602. With the Court's leave, CGRS submitted an amicus brief along with amici curiae HIRC and Boston University Clinic. ECF Docs. 602-1, 612.

CGRS now seeks leave to withdraw as amicus. Melissa Crow, counsel of record for Plaintiffs, recently joined CGRS as Director of Litigation. Accordingly, CGRS can no longer continue as amicus in this case.

Annie Daher, Senior Staff Attorney with CGRS, also seeks leave to withdraw as counsel for CGRS and for amici curiae HIRC and Boston University Clinic. If this request is granted, Annie Daher will enter an appearance as counsel of record for Plaintiffs.

The remaining amici, HIRC and Boston University Clinic, will continue in their capacity as amici and will continue to be represented by Sarah Sherman Stokes and Tiffany Lieu, whose *pro hac vice* application is forthcoming.

On February 23, 2022, CGRS conferred by e-mail with Defendants regarding this *ex parte* application, on which Defendants take no position.

Counsel for Defendants and amici curiae CGRS, HIRC, and Boston University Clinic have been served with this application via e-mail, with return receipt requested, as required by this Court's Standing Order and Civil Local Rule 83.3(f).

///

| | | |
|---|---|---|
| 1 | Dated: February 28, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Annie Daher*_____ |
| 4 | | Annie Daher (CA Bar No. 294266) |
| | | CENTER FOR GENDER & REFUGEE STUDIES |
| 5 | | UC Hastings College of the Law |
| 6 | | 200 McAllister Street |
| | | San Francisco, CA 94102 |
| 7 | | daherannie@uchastings.edu |
| 8 | | (415) 565-4877 |
| 9 | | *Attorney for Amici Curiae* |

*EX PARTE* APPLICATION TO WITHDRAW

17-cv-02366-BAS-KSC

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing CENTER FOR GENDER & REFUGEE STUDIES' *EX PARTE* APPLICATION TO WITHDRAW AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS AND TO WITHDRAW ANNIE DAHER AS COUNSEL OF RECORD FOR AMICI CURIAE to be served on all counsel via the Court's CM/ECF system.

Dated: February 28, 2022      */s/ Annie Daher*
                              Annie Daher