Annie Daher (CA Bar No. 294266)
CENTER FOR GENDER & REFUGEE STUDIES
UC Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
*daherannie@uchastings.edu*

Tiffany Lieu* (WA Bar No. 55175)
HARVARD IMMIGRATION & REFUGEE
CLINICAL PROGRAM
6 Everett Street, WCC 3109
Cambridge, MA 02138
*tlieu@law.harvard.edu*

Sarah Sherman-Stokes (MA SJC No. 682322)**
IMMIGRANTS' RIGHTS AND HUMAN
TRAFFICKING PROGRAM
Boston University School of Law
765 Commonwealth Ave.
Boston, MA 02215
*sstokes@bu.edu*

* Application for admission *pro hac vice* forthcoming
** Admitted *pro hac vice*

Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.,*<br><br>           Plaintiffs,<br><br>       v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>           Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**DECLARATION OF ANNIE DAHER CONCERNING CENTER FOR GENDER & REFUGEE STUDIES' EX PARTE APPLICATION TO WITHDRAW AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS AND TO WITHDRAW ANNIE DAHER AS COUNSEL OF RECORD FOR AMICI CURIAE** |

I, Annie Daher, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am a Senior Staff Attorney with the Center for Gender & Refugee Studies ("CGRS"), a member of the California State Bar, and counsel of record for amici curiae CGRS, Harvard Immigration & Refugee Clinical Program ("HIRC"), and Boston University School of Law Immigrants' Rights and Human Trafficking Program ("Boston University Clinic").

2.      Pursuant to Civil Local Rule 83.3(g), I make this declaration in support of CGRS's concurrently-filed *Ex Parte* Application to Withdraw as Amicus Curiae in support of Plaintiffs and to Withdraw Annie Daher as Counsel of Record for Amici Curiae.

3.      On February 23, 2022, CGRS contacted Katherine Shinners, counsel for Defendants, regarding their position on this *ex parte* application and conferred by e-mail. Defendants take no position on the *ex parte* application.

4.      On February 28, 2022 I served via e-mail, with return receipt requested, a copy of this *ex parte* application on Defendants' counsel, Katherine Shinners.

5.      On February 28, 2022 I served via e-mail, with return receipt requested, a copy of this *ex parte* application on Tiffany Lieu of HIRC and Sarah Sherman-Stokes of Boston University Clinic. These amici have consented to my withdrawal as their counsel of record. They have also consented to service by e-mail of this *ex parte* application.

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing declaration is true and correct.

3

4    Executed February 28, 2022, at West Linn, Oregon.

5

6                                        By: */s/ Annie Daher*_____

7                                             Annie Daher

8                                        *Attorney for Amici Curiae*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing DECLARATION OF ANNIE

DAHER CONCERNING CENTER FOR GENDER & REFUGEE STUDIES'

*EX PARTE* APPLICATION TO WITHDRAW AS AMICUS CURIAE IN SUPPORT OF

PLAINTIFFS AND TO WITHDRAW ANNIE DAHER AS COUNSEL OF RECORD

FOR AMICI CURIAE to be served on all counsel via the Court's CM/ECF system.


Dated: February 28, 2022          */s/ Annie Daher*_____
                                  Annie Daher