# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING:**<br><br>**(1) AMICUS CURIAE CGRS' EX PARTE APPLICATION TO WITHDRAW SUPPORT FOR PLAINTIFFS; AND**<br><br>**(2) ANNIE DAHER'S EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR AMICI CURIAE CGRS, HIRC, AND BOSTON UNIVERSITY CLINIC**<br><br>**[ECF No. 798]** |

　　Before the Court is an *ex parte* motion in which (1) amicus curiae Center for Gender & Refugee Studies ("CGRS") seeks leave to withdraw its support for Plaintiffs and (2) Annie Daher, Esq., seeks to withdraw as counsel of record for CGRS and for amici curiae Harvard Immigration & Refugee Clinical Program ("HIRC") and Boston University

- 1 -

1  School of Law Immigrants' Rights and Human Trafficking Program ("Boston University
2  Clinic"). Good cause appearing, the Court **GRANTS** the Motion. The Clerk is instructed
3  to update the docket to reflect (1) CGRS's withdrawal as amicus curiae for Plaintiffs and
4  (2) Ms. Daher's withdrawal as counsel of record for CGRS, HIRC, and Boston University
5  Clinic.

6  **IT IS SO ORDERED.**
7  DATED: March 8, 2022

Hon. Cynthia Bashant
United States District Judge