# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, *et al.*,[1]<br><br>                    Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER:**<br><br>**(1) DENYING WITHOUT PREJUDICE MOTION FOR COURT OVERSIGHT (ECF No. 736); AND**<br><br>**(2) DIRECTING PARTIES TO SUBMIT JOINT STATUS REPORT** |

Now pending before this Court is Plaintiffs' Motion for Court Oversight of Preliminary Injunction Compliance ("Motion for Oversight"). (ECF No. 736.) That Motion identifies the areas of disagreement between Plaintiffs and Defendants regarding the Government's obligation to comply with this Court's directives set forth in its Preliminary Injunction ("PI") Order and Clarification Order (ECF Nos. 336, 605). (Mem. in Support of Mot. for Oversight 5–12, ECF No. 736-1.) Moreover, that Motion requests

---

[1] Because all Defendants are sued in their official capacities, the successors for these public offices are automatically substituted as Defendants per Fed. R. Civ. P. 25(d).

"a referral of PI compliance issues to Magistrate Judge [Karen S. Crawford], with instructions that she hold regular status conferences with the parties regarding PI compliance issues, seek to mediate areas of disagreement, and either decide, or make recommendations to this Court regarding, disputes that the parties cannot resolve through mediation." (Mot.)

At the same time, this Court is in the process of determining (1) what remedies are appropriate to rectify Defendants' Administrative Procedure Act ("APA") violations and (2) how the U.S. Department of Health and Human Services Centers for Disease Control and Prevention's regulatory order under 42 U.S.C. § 265 affects the implementation of a remedy in this case, *see* 85 Fed. Reg. 42,829 (Aug. 5, 2021).  (Summary Judgment Order 44–45, ECF No. 742.)

The issues of oversight and remedy are inextricably intertwined.  Indeed, one of the remedies Plaintiffs seek is an order directing oversight by Magistrate Judge Karen S. Crawford for purposes of monitoring Defendants' compliance with any injunctive relief this Court orders. (Pls.' Remedies Br. 2, ECF No. 768.)  This Court finds that the interests of efficiency and consistency are best served if those issues are addressed contemporaneously.  Therefore, the Court will resolve the question whether oversight of Defendants' compliance with the PI Order *and* with permanent injunctive relief, if any, is warranted in its Order on the appropriate remedy for Defendants' APA violations.

Accordingly, Plaintiffs' Motion for Oversight is **DENIED WITHOUT PREJUDICE**.  The parties are invited to update the Court as to any developments that affect either the Motion for Oversight or the issue of remedies in a joint report by **no later than April 1, 2022**.[2]  That report **shall be no longer than five (5) pages**.

**IT IS SO ORDERED.**

**DATED: March 16, 2022**

Hon. Cynthia Bashant
United States District Judge

---

[2] Of particular interest to this Court is whether there are any changes to the parties' disputes concerning the measures Defendants have adopted, or intend to adopt, to identify and reopen or reconsider the Preliminary Injunction Class members' cases in accordance with the PI Order and Clarification Order.