MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
   *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue 25th Floor
Los Angeles, CA 90071-1503
   Ori Lev (DC Bar No. 452565)
   (*pro hac vice*)
   *olev@mayerbrown.com*
   Stephen M. Medlock (VA Bar No. 78819)
   (*pro hac vice*)
   *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

CENTER FOR GENDER & REFUGEE STUDIES
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *crowmelissa@uchastings.edu*
1121 14th Street, NW, Suite 200
Washington, DC 20005
Telephone:  +1.415.565.4877
Facsimile:  +1.415.581.8824

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>ALEJANDRO MAYORKAS, *et al.*, <br><br>Defendants. | Case No. 17-cv-02366-BAS-KSC <br><br>**NOTICE OF APPEARANCE** |

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
  Gianna Borroto (IL Bar No. 6305516) (*pro hac vice*)
  *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in the above-captioned matter on behalf of all Plaintiffs: Al Otro Lado, Inc., et al. Undersigned counsel is admitted and authorized to practice before this court.

Dated: April 11, 2022                Respectfully submitted,

*/s/ Annie Daher*
CENTER FOR GENDER & REFUGEE STUDIES
Annie Daher (CA Bar No. 294266)
Melissa Crow

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE
17-cv-02366-BAS-KSC

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing NOTICE OF APPEARANCE to be served on all counsel via the Court's CM/ECF system.

Dated: April 11, 2022        */s/ Annie Daher*
                             Annie Daher