Case 3:17-cv-02366-BAS-KSC   Document 805   Filed 05/04/22   PageID.70775   Page 1 of 4
MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  *(pro hac vice)*
  olev@mayerbrown.com
  Stephen M. Medlock (VA Bar No. 78819)
  *(pro hac vice)*
  smedlock@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

CENTER FOR GENDER & REFUGEE STUDIES
  Melissa Crow (DC Bar No. 453487)
  *(pro hac vice)*
  crowmelissa@uchastings.edu
1121 14th Street, NW, Suite 200
Washington, DC 20005
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas,[1] *et al.*, <br><br> Defendants. | Case No. 3:17-cv-02366-BAS-KSC <br><br> **MOTION TO WITHDRAW PLAINTIFFS' COUNSEL KAROLINA WALTERS** <br><br> ***Declaration of Karolina Walters filed Concurrently*** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

MOT. TO WITHDRAW PLS' COUNSEL

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)
(*pro hac vice*)
bazmy@ccrjustice.org
Angelo Guisado (NY Bar No. 5182688)
(*pro hac vice*)
aguisado@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985)
(*pro hac vice*)
sarah.rich@splcenter.org
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857
Rebecca Cassler (MN Bar No. 0398309)
(*pro hac vice*)
rebecca.cassler@splcenter.org
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: +1.504.486.8982
Facsimile: +1.504.486.8947

AMERICAN IMMIGRATION COUNCIL
Karolina Walters (DC Bar No. 1049113)
(*pro hac vice*)
kwalters@immcouncil.org
Gianna Borroto (IL Bar No. 6305516)
(*pro hac vice*)
gborroto@immcouncil.org
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Annie Daher (CA Bar No. 294266)
daherannie@uchastings.edu
UC Hastings College of Law
200 McAllister Street
San Francisco, CA 94102

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Local Rule 83.3(f)(3), Plaintiffs provide notice that, as of May 18, 2022, Karolina Walters will no longer be employed at the American Immigration Council and will no longer represent Plaintiffs in this case. All other counsel of record will continue to represent Plaintiffs in this case.

Accordingly, Plaintiffs respectfully request the Court grant Plaintiffs' Motion to Withdraw Plaintiffs' Counsel of Record Karolina Walters. Plaintiffs will continue to be represented by the under-signed counsel in this matter. All counsel and all parties through counsel are receiving notice of this motion as set forth in the attached declaration of counsel and certificate of service.

Dated: May 4, 2022

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

CENTER FOR GENDER & REFUGEE STUDIES
   Melissa Crow
   Annie Daher

SOUTHERN POVERTY LAW CENTER
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Karolina Walters
   Gianna Borroto

By: */s/ Karolina Walters*
   Karolina Walters

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2022, I served a copy of the foregoing document by filing it with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By  /s/ *Karolina Walters*
Karolina Walters