MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
   *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
   Ori Lev (DC Bar No. 452565)
   *(pro hac vice)*
   *olev@mayerbrown.com*
   Stephen M. Medlock (VA Bar No. 78819)
   *(pro hac vice)*
   *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

CENTER FOR GENDER & REFUGEE STUDIES
   Melissa Crow (DC Bar No. 453487)
   *(pro hac vice)*
   *crowmelissa@uchastings.edu*
1121 14th Street, NW, Suite 200
Washington, DC 20005
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>       Plaintiffs, <br><br>   v. <br><br> Alejandro Mayorkas,[1] *et al.*, <br><br>       Defendants. | Case No. 3:17-cv-02366-BAS-KSC <br><br> **DECLARATION OF KAROLINA WALTERS IN SUPPORT OF MOTION TO WITHDRAW PLAINTIFFS' COUNSEL KAROLINA WALTERS** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

1  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740)
2      (*pro hac vice*)
       bazmy@ccrjustice.org
3      Angelo Guisado (NY Bar No. 5182688)
       (*pro hac vice*)
4      aguisado@ccrjustice.org
   666 Broadway, 7th Floor
5  New York, NY 10012
   Telephone: +1.212.614.6464
6  Facsimile: +1.212.614.6499

7  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985)
8      (*pro hac vice*)
       sarah.rich@splcenter.org
9  150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
10 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
11     Rebecca Cassler (MN Bar No. 0398309)
       (*pro hac vice*)
12     rebecca.cassler@splcenter.org
   201 Saint Charles Avenue, Suite 2000
13 New Orleans, LA 70170
   Telephone: +1.504.486.8982
14 Facsimile: +1.504.486.8947

15 AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113)
16     (*pro hac vice*)
       kwalters@immcouncil.org
17     Gianna Borroto (IL Bar No. 6305516)
       (*pro hac vice*)
18     gborroto@immcouncil.org
   1331 G St. NW, Suite 200
19 Washington, DC 20005
   Telephone: +1.202.507.7523
20 Facsimile: +1.202.742.5619

21 CENTER FOR GENDER & REFUGEE STUDIES
       Annie Daher (CA Bar No. 294266)
22     daherannie@uchastings.edu
   UC Hastings College of Law
23 200 McAllister Street
   San Francisco, CA 94102

I, Karolina Walters, declare as follows:

1. I am an attorney at the American Immigration Council, a member of the District of Columbia bar, admitted pro hac vice to this Court for this action, and an attorney of record for Plaintiffs in this action.

2. Attached hereto is Plaintiffs' Motion to Withdraw Plaintiffs' Counsel of Record Karolina Walters.

3. As explained in the motion, I will no longer be employed at the American Immigration Council effective May 18, 2022.

4. All other counsel of record will continue to represent Plaintiffs in this case, including another attorney from the American Immigration Council, Gianna Borroto.

5. All counsel and all parties through counsel have concurrently received notice of this Motion as set forth in the attached Certificate of Service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This declaration is executed on May 4, 2022, in Olney, Maryland.

By: */s/ Karolina Walters*
Karolina Walters

1

WALTERS DECL. ISSO MOT. TO WITHDRAW PLS' COUNSEL