UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants.[1] | Case No. 17-cv-02366-BAS-KSC <br><br> **ORDER GRANTING MOTION TO WITHDRAW PLAINTIFF'S COUNSEL KAROLINA WALTERS** <br> **[ECF No. 805]** |

Before the Court is Plaintiffs' motion to withdraw Karolina Walters, Esq., as their counsel of record. (ECF No. 805.) Attached thereto is a declaration in which Ms. Walters attests that the reason for her withdrawal is that she will no longer be employed by Plaintiffs' counsel, the American Immigration Council, effective May 18, 2022. Good cause appearing, the Court **GRANTS** the Motion. The Clerk is instructed to update the docket to reflect Ms. Walters is no longer counsel of record.

IT IS SO ORDERED.

DATED: May 6, 2022

Hon. Cynthia Bashant
United States District Judge

---

[1] Because all Defendants are sued in their official capacities, the successors for these public offices are automatically substituted as Defendants per Fed. R. Civ. P. 25(d).

- 1 -