FILED

MAY 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., | No. 19-56417 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego |
| v. | |
| ALEJANDRO MAYORKAS, Secretary, US Department of Homeland Security; et al., | ORDER |
| Defendants-Appellants. | |
| AL OTRO LADO, a California corporation; et al., | No. 20-56287 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-02366-BAS-KSC |
| v. | |
| ALEJANDRO MAYORKAS, Secretary, US Department of Homeland Security; et al., | |
| Defendants-Appellants, | |
| and | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | |
| Appellant. | |

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

In response to the parties' recent filings, the court informs the parties that, in

light of the interrelated issues presented by the two appeals, it will re-submit appeal No. 19-56417 for consideration and decision once briefing is complete and oral argument is held in appeal No. 20-56287.