MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
   *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
   Ori Lev (DC Bar No. 452565)
   *(pro hac vice)*
   *olev@mayerbrown.com*
   Stephen M. Medlock (VA Bar No. 78819)
   *(pro hac vice)*
   *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

CENTER FOR GENDER & REFUGEE STUDIES
   Melissa Crow (DC Bar No. 453487)
   *(pro hac vice)*
   *crowmelissa@uchastings.edu*
1121 14th Street, NW, Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| Plaintiffs, | **PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 808)** |
| v. | |
| Alejandro Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740)
    (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688)
    (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985)
    (*pro hac vice*)
    *sarah.rich@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857
    Rebecca Cassler (MN Bar No. 0398309)
    (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: +1.504.486.8982
Facsimile: +1.504.486.8947

AMERICAN IMMIGRATION COUNCIL
    Gianna Borroto (IL Bar No. 6305516)
    (*pro hac vice*)
    *gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
    Annie Daher (CA Bar No. 294266)
    *daherannie@uchastings.edu*
UC Hastings College of Law
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.890.5448
Facsimile: +1.415.581.8824

In light of Defendants' Notice of Supplemental Authority (Dkt. 808) concerning *Garland v. Aleman Gonzalez*, 596 U.S. ___, 2022 WL 2111346 (June 13, 2022), Plaintiffs respectfully request that prior to issuing any decision relying on that case, the Court permit Plaintiffs to provide briefing on the effect, if any, of *Aleman Gonzalez*. Plaintiffs do not believe that *Aleman Gonzalez* should affect the remedies in this case but understand that a notice of supplemental authority is not the appropriate place to make that argument.

Dated: June 21, 2022

MAYER BROWN LLP
   Matthew H. Marmolejo
   Ori Lev
   Stephen M. Medlock

CENTER FOR GENDER & REFUGEE STUDIES
   Melissa Crow
   Annie Daher

SOUTHERN POVERTY LAW CENTER
   Sarah Rich
   Rebecca Cassler

CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy
   Angelo Guisado

AMERICAN IMMIGRATION COUNCIL
   Gianna Borroto

By: */s/ Stephen M. Medlock*
    Stephen M. Medlock

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on June 21, 2022, I served a copy of the foregoing document by filing it with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By */s/ Stephen M. Medlock*

Stephen M. Medlock