# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>                  Plaintiffs,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                  Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER RE: NOTICE OF SUPPLEMENTAL AUTHORITY AND RESPONSE**<br>**(ECF Nos. 808, 809)** |

On June 14, 2022, Defendants filed a Notice of Supplemental Authority concerning the Supreme Court's recent decision in *Garland v. Aleman Gonzalez*, --- S. Ct. ---, 2022 WL 2111346 (June 13, 2022). (ECF No. 808.) On June 21, 2022, Plaintiffs responded to "respectfully request that prior to issuing any decision relying on that case, the Court permit Plaintiffs to provide briefing on the effect, if any, of *Aleman Gonzalez*." (ECF No. 809.)

The Court finds it appropriate to provide the parties' the opportunity to address *Aleman Gonzalez*'s impact on the remedies in this case. Hence, each side may file a supplemental brief addressing the decision no later than **June 29, 2022**. The supplemental brief must not exceed **three pages**.

      **IT IS SO ORDERED.**

**DATED: June 22, 2022**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366