BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
ALEXANDER J. HALASKA (IL 6327002)
DHRUMAN Y. SAMPAT (NJ 270892018)
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION TO EXTEND DEADLINE AND EXPAND PAGE LIMITS FOR SUPPLEMENTAL BRIEFING TO ALLOW PARTIES TO ADDRESS *BIDEN v. TEXAS*** |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |
| | **[Declaration of Katherine J. Shinners filed concurrently]** |

Defendants respectfully request that the Court extend the deadline and page limits for the supplemental briefing on *Aleman Gonzalez* ordered on June 23, 2022 (ECF No. 810), to allow the parties to also address the impact, if any, of the Supreme Court's forthcoming decision in *Biden v. Texas*, No. 21-954. Specifically, Defendants respectfully ask the Court to: (1) extend the deadline to submit supplemental briefs concerning *Aleman Gonzalez* until 10 days after the Supreme Court issues a decision in *Biden v. Texas*, No. 21-954; (2) allow the parties to address any aspects of the forthcoming *Biden* decision that pertain to 8 U.S.C. § 1252(f)(1) in those briefs; and (3) expand the page limit for supplemental briefing to six pages if the *Biden* decision does address 8 U.S.C. § 1252(f)(1).

As noted in Defendants' Notice of Supplemental Authority (ECF No. 808), the Supreme Court's decision in *Aleman Gonzalez* concerned 8 U.S.C. § 1252(f)(1), a provision addressed in the parties' pending remedy briefs. The Supreme Court's forthcoming decision in *Biden v. Texas* may also concern 8 U.S.C. § 1252(f)(1). That case was argued before the Supreme Court this term, and thus a decision seems to be imminent. *See* Docket, *Biden v. Texas*, No. 21-954, *available at* https://www.supremecourt.gov/search.aspx?filename=/docket/docket-files/html/public/21-954.html (last visited June 24, 2022); *see also* Calendar Info, *available at* https://www.supremecourt.gov/ (last visited June 24, 2022) (indicating opinions will be issued on June 27, 2022); https://www.uscourts.gov/about-federal-courts/educational-resources/about-educational-outreach/activity-resources/supreme-1 (last visited June 24, 2022) ("[O]pinions of the [Supreme] Court are, typically, handed down by the last day of the Court's term (the date in late June/early July when the Court recesses for the summer)."). On May 2, 2022, after argument, the Supreme Court requested supplemental briefing in that case on three issues, including "[w]hether 8 U.S.C. § 1252(f)(1) imposes any jurisdictional or remedial limitations on the entry of injunctive relief, declaratory relief, or relief under 5 U. S. C. §706," and "[w]hether such limitations are subject to forfeiture." *See* Order, *Biden*

*v. Texas*, No. 21-954 (May 2, 2022). The supplemental briefing was completed on May 13, 2022. *See* Docket, *Biden v. Texas*, No. 21-954.

It would promote efficiency and judicial economy to allow the parties to address all of the Supreme Court's rulings pertaining to 8 U.S.C. § 1252(f)(1) in one set of supplemental briefing, rather than piecemeal. If the Supreme Court does not in fact address § 1252(f)(1) in its *Biden v. Texas* decision, then the parties would only address the impact of *Aleman Gonzalez* in their supplemental briefs and abide by the Court's previously set three-page limit. *See* ECF No. 810.

Defendants file this *ex parte* application pursuant to Civil Local Rule 83.3(g) and this Court's Standing Order for Civil Cases ¶ 6, because the current deadline for the parties to submit supplemental briefs is June 29, 2022. Accordingly, Defendants would not be able to obtain a ruling on their request in advance of that deadline if they submitted a noticed motion under Civil Local Rule 7.1(e). Defendants have conferred with Plaintiffs, through counsel, and Plaintiffs stated that they do not oppose the relief requested in this application. *See* Shinners Decl. ¶ 3.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court: (1) extend the deadline to submit supplemental briefs concerning *Aleman Gonzalez* until 10 days after the Supreme Court issues a decision in *Biden v. Texas*, No. 21-954; (2) allow the parties to address any aspects of the forthcoming *Biden* decision that pertain to 8 U.S.C. § 1252(f)(1); and (3) expand the page limit for supplemental briefing to six pages if the *Biden* decision does address the scope of 8 U.S.C. § 1252(f)(1).

| | |
|---|---|
| Dated: June 24, 2022 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | SAMUEL P. GO<br>Assistant Director |
| | *s/ Katherine J. Shinners*<br>KATHERINE J. SHINNERS<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 598-8259 | Fax: (202) 305-7000 |
| | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

    I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: June 24, 2022        Respectfully submitted,

                                      *s/ Katherine J. Shinners*
                                      KATHERINE J. SHINNERS
                                      Senior Litigation Counsel

                                      *Counsel for Defendants*