BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **DECLARATION OF KATHERINE J. SHINNERS IN SUPPORT OF DEFENDANTS'** *EX PARTE* **APPLICATION TO EXTEND DEADLINE AND EXPAND PAGE LIMITS FOR SUPPLEMENTAL BRIEFING TO ALLOW PARTIES TO ADDRESS** *BIDEN v. TEXAS* |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

## DECLARATION OF KATHERINE J. SHINNERS

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel with the District Court Section of the U.S. Department of Justice, Office of Immigration Litigation. I represent the federal defendants in their official capacities in the case entitled *Al Otro Lado, Inc. v. Mayorkas*, No. 3:17-cv-02366-BAS-KSC, which is currently pending in the U.S. District Court for the Southern District of California.

2. I make this declaration in connection with Defendants' *ex parte* application to extend the deadline and expand the page limits for supplemental briefing to allow the parties to address the forthcoming decision in *Biden v. Texas*.

3. On June 24, 2022, counsel for the parties conferred via email regarding Defendants' proposed *ex parte* application. I provided Plaintiffs' counsel with a copy of Defendants' proposed application and proposed order, and Plaintiffs' counsel stated that Plaintiffs do not oppose the relief requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on June 24, 2022, in Washington, D.C.

Dated: June 24, 2022                    Respectfully submitted,

                                        *s/ Katherine J. Shinners*
                                        KATHERINE J. SHINNERS
                                        Senior Litigation Counsel

                                        *Counsel for Defendants*