# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 17-cv-02366-BAS-KSC<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO EXTEND DEADLINE AND EXPAND SUPPLEMENTAL BRIEFING (ECF No. 811)** |

After Defendants filed a Notice of Supplemental Authority, the Court provided the parties the option to submit short supplemental briefs addressing the new authority. (ECF No. 810.) Defendants now move unopposed to extend that briefing schedule to allow the parties to also address another Supreme Court decision that is expected sometime soon. (ECF No. 811.) The Court **DENIES** the request. If appropriate, the Court can cross that bridge when the Court comes to it.

　　**IT IS SO ORDERED.**

**DATED: June 28, 2022**

　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　United States District Judge