AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

Al Otro Lado, Inc., et al. )
*Plaintiff* )
v. ) Case No. 3:17-cv-02366-BAS-KSC
Alejandro Mayorkas, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 07/27/2022

/s/ Neela Chakravartula
*Attorney's signature*

Neela Chakravartula (Bar No. 254746)
*Printed name and bar number*

Center for Gender and Refugee Studies
200 McAllister Street
San Francisco, CA 94102
*Address*

neela@uchastings.edu
*E-mail address*

(415) 612-1596
*Telephone number*

(415) 581-8824
*FAX number*