BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov
ALEXANDER J. HALASKA (IL 6327002)
Trial Attorney

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | Hon. Cynthia A. Bashant |
| v. | **NOTICE OF APPEAL** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security; CHRISTOPHER MAGNUS, Commissioner of U.S. Customs and Border Protection (CBP); PETE FLORES, Executive Assistant Commis- | |

sioner of CBP's Office of Field Operations, in their official capacities;*

    *Defendants-Appellants*,

    and

the EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

    *Appellant.*

---

* Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mayorkas, Commissioner Magnus, and Executive Assistant Commissioner Flores are automatically substituted as Defendants for their predecessors in office.

Defendants Alejandro Mayorkas, Secretary of Homeland Security; Christopher Magnus, Commissioner of U.S. Customs and Border Protection (CBP); and Pete Flores, Executive Assistant Commissioner of CBP's Office of Field Operations, in their official capacities, and the Executive Office for Immigration Review (EOIR)[1] hereby appeal from the Court's August 23, 2022 Final Judgment (ECF No. 819), including any and all orders that are merged into that Final Judgment (including but not limited to ECF Nos. 278, 513, 742, 816, and 817), to the United States Court of Appeals for the Ninth Circuit.

---

[1] EOIR is not a party to this litigation. It nevertheless appeals from the Final Judgment because it is bound by the terms of the permanent injunction entered by the Court. *See* Final Judgment (ECF No. 819) at 3; *EEOC v. Pan Am. World Airways, Inc.*, 897 F.2d 1499, 1504 (9th Cir. 1990) (non-parties may "appeal where they actually participated in proceedings before the district court and the equities weigh in favor of hearing the appeal").

| | | |
|---|---|---|
| 1 | DATED: October 21, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| 4 | | Civil Division |

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

ALEXANDER J. HALASKA
Trial Attorney

*Counsel for Defendants and the Executive Office for Immigration Review*

## CERTIFICATE OF SERVICE

*Al Otro Lado v. Wolf*, No. 17-cv-02366-BAS-KSC (S.D. Cal.)

I certify that I served a copy of this document and its attachments on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: October 21, 2022              Respectfully submitted,

                                           */s/ Katherine J. Shinners*
                                           KATHERINE J. SHINNERS
                                           Senior Litigation Counsel
                                           United States Department of Justice