Attorney for    Plaintiffs Al Otro Lado, Inc. Abigail Doe, Beatrice Doe, Beatrice Doe, Carolina Doe, Dinora Doe, Ingrid Doe, Roberto Doe, Maria Doe, Juan Doe, Ursula Doe, et al.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc. et al.,<br><br>              Plaintiffs,<br><br>     vs.<br><br>Alejandro Mayorkas, et al.<br><br>              Defendants. | Case No. 3:17-cv-02366-BAS-KSC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Stephen Medlock has changed ☑ names, ☑ firms, ☑ addresses, ☑ phone numbers, and/or ☑ fax numbers as follows.

Current contact information:

Stephen Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC  20037
Email: smedlock@velaw.com
Telephone:  (202) 639-6578
Fax:  (202) 879-8939

Dated: October 28, 2022                    Signature: */s/ Stephen M. Medlock*

VINSON & ELKINS LLP
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court on October 28, 2022, causing all counsel of record to be served via the Court's CM/ECF filing system.

*/s/ Stephen M. Medlock*
Stephen M. Medlock