# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Southern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:17-cv-02366-BAS-KSC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/22/2017

Date of judgment or order you are appealing: 08/23/2022

Docket entry number of judgment or order you are appealing: 819

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Al Otro Lado, Inc.; Abigail Doe; Beatrice Doe; Bianca Doe; Carolina Doe; Cesar Doe; Dinora Doe; Emiliana Doe; Ingrid Doe; Juan Doe; Maria Doe; Roberto Doe; Ursula Doe; Victoria Doe

Is this a cross-appeal?   ⦿ Yes   ○ No
If yes, what is the first appeal case number? 22-55988
Was there a previous appeal in this case?   ⦿ Yes   ○ No
If yes, what is the prior appeal case number? 19-56417; 20-56287

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Ori Lev   **Date** 11/4/2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                              Rev. 06/09/2022