# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Al Otro Lado, Inc.; Abigail Doe; Beatrice Doe; Bianca Doe; Carolina Doe; Cesar Doe; Dinora Doe; Emiliana Doe; Ingrid Doe; Juan Doe; Maria Doe; Roberto Doe; Ursula Doe; Victoria Doe

Name(s) of counsel (if any):

> Ori Lev, Michelle N. Webster

Address: Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Telephone number(s): 202-263-3000

Email(s): olev@mayerbrown.com, mwebster@mayerbrown.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Alejandro Mayorkas, Christopher Magnus, Pete Flores

Name(s) of counsel (if any):

> Katherine J Shinners, Alexander James Halaska

Address: U.S. Department of Justice, P.O. Box 868, Washington, DC 20044

Telephone number(s): 202-598-8259, 202-307-8704

Email(s): Katherine.J.Shinners@usdoj.gov, alexander.j.halaska@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                           1                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Matthew H. Marmolejo

Address: Mayer Brown LLP, 350 S. Grand Avenue, 25th Floor, Los Angeles, CA

Telephone number(s): 213-621-9483

Email(s): mmarmolejo@mayerbrown.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Matthew Ellis Fenn

Address: Mayer Brown LLP, 1221 Avenue of the Americas, New York, NY 10002

Telephone number(s): 212-506-2500

Email(s): mfenn@mayerbrown.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Stephen M. Medlock

Address: 2200 Pennsylvania Ave., NW, Suite 500 West, Washington, DC 20037

Telephone number(s): 202-639-6578

Email(s): smedlock@velaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                          *2*                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Melissa Crow

Address: 1121 14th Street, NW, Suite 200 Washington, DC 20005

Telephone number(s): 202-355-4471

Email(s): crowmelissa@uchastings.edu

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *2*                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):
Annie Daher, Neela O. Chakravartula

Address: 200 McAllister Street San Francisco, CA 94102

Telephone number(s): 415-890-5448, 415-565-4877

Email(s): daherannie@uchastings.edu, neela@uchastings.edu

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     *2*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Baher Azmy, Angelo Guisado

Address: 666 Broadway, 7th Floor New York, NY 10012

Telephone number(s): 212-614-6464

Email(s): bazmy@ccrjustice.org, aguisado@ccrjustice.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                         *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Gianna Borroto

Address: 1331 G Street, NW  Suite 200  Washington, DC 20005

Telephone number(s): 202-507-7540

Email(s): gborroto@immcouncil.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        *2*                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Rebecca Cassler

Address: 201 Saint Charles Avenue, Suite 2000 New Orleans, LA 70170

Telephone number(s): 504-486-8982

Email(s): rebecca.cassler@splcenter.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                         *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):
Sarah Marion Rich

Address: 150 East Ponce De Leon Avenue, Suite 340, Decatur, GA 30030

Telephone number(s): 404-521-6700

Email(s): sarah.rich@splcenter.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**  2  *New 12/01/2018*