|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 9 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AL OTRO LADO, a California corporation; et al.,

        Plaintiffs-Appellees,

  v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

        Appellant,

and

ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,

        Defendants-Appellants.

No.   22-55988

D.C. No.
3:17-cv-02366-BAS-KSC
Southern District of California,
San Diego

ORDER

---

AL OTRO LADO, a California corporation; et al.,

        Plaintiffs-Appellants,

  v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

        Appellee,

and

ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,

        Defendants-Appellees.

No.   22-56036

D.C. No.
3:17-cv-02366-BAS-KSC

AC/MOATT

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

The motion (Docket Entry No. 8) to have these cross-appeals assigned to this panel, as the panel previously assigned appeal Nos. 19-56417 and 20-56287, is granted.

The existing briefing schedule remains in effect.