MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
*(pro hac vice)*
*olev@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice)*
*smedlock@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE
STUDIES
Melissa Crow (DC Bar No. 453487)
*(pro hac vice)*
*crowmelissa@uclawsf.edu*
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed in Signature Block*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*; | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **MOTION TO WITHDRAW ATTORNEY OF RECORD** |
| v. | |
| ALEJANDRO N. MAYORKAS,[1] *et al.* | |
| Defendants. | |

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

MAYER BROWN LLP
Michelle N. Webster (DC Bar No. 985265)
(*pro hac vice*)
*Mwebster@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300
Matthew E. Fenn
(*pro hac vice*)
*Mfenn@mayerbrown.com*
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: +1.312.782.0600

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)
(*pro hac vice*)
*bazmy@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688)
(*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Var No. 281985)
(*pro hac vice*)
*Sarah.rich@splcenter.org*
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857
Rebecca Cassler (MN Bar. No. 0398309)
(*pro hac vice*)
*Rebecca.cassler@splcenter.org*
1101 17th St NW, Suite 705
Washington, DC 20036
Telephone: +1.404.521.6700

AMERICAN IMMIGRATION COUNCIL
Gianna Borroto (IL Bar No. 6305516)
(*pro hac vice*)
*gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco

1  200 McAllister Street
2  San Francisco, CA  94102
   Telephone: +1.415.565.4877
3  Facsimile: +1.415.581.8824

1    Pursuant to Local Civil Rule 83.3(f)(3), Plaintiffs, by and through their
2  undersigned counsel, move the Court to withdraw Plaintiffs' Counsel of Record Ori
3  Lev in the above-captioned action. As set forth in the Declaration of Ori Lev, Ori
4  Lev will no longer be associated with Mayer Brown LLP as of January 12, 2024.
5  The undersigned counsel will continue to represent the Plaintiffs and request that all
6  further pleadings, notices, documents, and other papers filed herein continue to be
7  provided and served upon them. Pursuant to Local Civil Rule 83.3(f)(3)(b), the
8  Declaration of Ori Lev in support of this Motion is filed concurrently herewith.
9  That Declaration indicates that notice of this withdrawal was provided to the
10  Plaintiffs and that Defendants' counsel received notice of this Motion via ECF
11  service.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: January 12, 2024

MAYER BROWN LLP
  Matthew H. Marmolejo
  Ori Lev
  Michelle N. Webster
  Matthew E. Fenn

VINSON & ELKINS LLP
  Stephen M. Medlock

CENTER FOR GENDER AND
REFUGEE STUDIES
  Melissa Crow
  Neela Chakravartula

CENTER FOR CONSTITUTIONAL
RIGHTS
  Baher Azmy
  Angelo Guisado

 SOUTHERN POVERTY LAW
CENTER
   Sarah Rich
   Rebecca Cassler

AMERICAN IMMIGRATION
COUNCIL
  Gianna Borroto

By: */s/ Matthew H. Marmolejo*
     Matthew H. Marmolejo

*Attorneys for Plaintiffs*

2