MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
*(pro hac vice)*
olev@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice)*
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
*(pro hac vice)*
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed in Signature Block*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*; | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **DECLARATION OF ORI LEV IN SUPPORT OF MOTION TO WITHDRAW ATTORNEY OF RECORD** |
| v. | |
| ALEJANDRO N. MAYORKAS,[1] *et al.* | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

1  MAYER BROWN LLP
   Michelle N. Webster (DC Bar No. 985265)
2  (*pro hac vice*)
   *Mwebster@mayerbrown.com*
3  1999 K Street, N.W.
   Washington, DC 20006
4  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
5  Matthew E. Fenn
   (*pro hac vice*)
6  *Mfenn@mayerbrown.com*
   71 S. Wacker Dr.
7  Chicago, IL 60606
   Telephone: +1.312.782.0600
8
   CENTER FOR CONSTITUTIONAL RIGHTS
9  Baher Azmy (NY Bar No. 2860740)
   (*pro hac vice*)
10 *bazmy@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688)
11 (*pro hac vice*)
   *aguisado@ccrjustice.org*
12 666 Broadway, 7th Floor
   New York, NY 10012
13 Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
14
   SOUTHERN POVERTY LAW CENTER
15 Sarah Rich (GA Var No. 281985)
   (*pro hac vice*)
16 *Sarah.rich@splcenter.org*
   150 E. Ponce de Leon Ave, Suite 340
17 Decatur, GA 30030
   Telephone: +1.404.521.6700
18 Facsimile: +1.404.221.5857
   Rebecca Cassler (MN Bar. No. 0398309)
19 (*pro hac vice*)
   *Rebecca.cassler@splcenter.org*
20 1101 17th St NW, Suite 705
   Washington, DC 20036
21 Telephone: +1.404.521.6700

22 AMERICAN IMMIGRATION COUNCIL
   Gianna Borroto (IL Bar No. 6305516)
23 (*pro hac vice*)
   *gborroto@immcouncil.org*
24 1331 G St. NW, Suite 200
   Washington, DC 20005
25 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
26
   CENTER FOR GENDER & REFUGEE STUDIES
27 Neela Chakravartula (CA Bar No. 254746)
   *neela@uclawsf.edu*
28 UC College of the Law, San Francisco

1. 200 McAllister Street
2. San Francisco, CA  94102
   Telephone: +1.415.565.4877
3. Facsimile: +1.415.581.8824
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

I, Ori Lev, hereby declare the following:

1. I am a partner at the law firm of Mayer Brown LLP, a member of the District of Columbia bar, admitted *pro hac vice* to this Court for this action, and an attorney of record for Plaintiffs in this action.

2. I will be leaving the law firm Mayer Brown LLP effective January 12, 2024.

3. I affirm that, pursuant to Local Civil Rule 83.3(f)(3), I informed Plaintiffs that I am leaving Mayer Brown LLP and withdrawing from this matter.

4. The remaining counsel of record will continue to represent Plaintiffs in this case.

5. All counsel of record have concurrently received notice of this Motion via ECF service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2024.

*/s/ Ori Lev*

Ori Lev

2