# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, *et al.*, <br><br> Defendant. | Case No. 17-cv-2366-BAS-KSC <br><br> **ORDER GRANTING MOTION TO WITHDRAW ATTORNEY OF RECORD (ECF No. 831)** |

Presently before the Court is Mayer Brown LLP's motion to withdraw Ori Lev as counsel for Plaintiffs. (Mot., ECF No. 831.) Mr. Lev indicates that Plaintiffs have and will continue to have representation in this matter and that withdrawal will not result in any prejudice to Plaintiffs or delay in this case. (ECF No. 831-1.) Good cause appearing, the Court **GRANTS** the Motion. The Clerk is instructed to update the docket to reflect Mr. Lev's withdrawal as counsel of record for Plaintiffs.

**IT IS SO ORDERED.**

**DATED: January 12, 2024**

Hon. Cynthia Bashant
United States District Judge

- 1 -

17cv2366