**FILED**

APR 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Appellant, <br><br> and <br><br> ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., <br><br> Defendants-Appellants. | No. 22-55988 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC <br> Southern District of California, San Diego <br><br> ORDER |
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Appellee, <br><br> ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | No. 22-56036 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC |

Defendants-Appellees.

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

This matter was referred to mediation on December 6, 2023. The mediation referral will terminate on May 30, 2024.