MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice)*
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone: +1.202.639.6500
Facsimile: +1.202.879.8939

CENTER FOR GENDER & REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
*(pro hac vice)*
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed in Signature Block*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro N. Mayorkas,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **MOTION TO WITHDRAW PLAINTIFFS' COUNSEL ANNIE DAHER** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

MAYER BROWN LLP
Michelle N. Webster (DC Bar No. 985265)
*(pro hac vice)*
*Mwebster@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300
Matthew E. Fenn
*(pro hac vice)*
*Mfenn@mayerbrown.com*
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: +1.312.782.0600

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)
*(pro hac vice)*
*bazmy@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688)
*(pro hac vice)*
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Bar No. 281985)
*(pro hac vice)*
*Sarah.rich@splcenter.org*
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857
Rebecca Cassler (MN Bar No. 0398309)
*(pro hac vice)*
*Rebecca.cassler@splcenter.org*
1101 17th St. NW, Suite 705
Washington, DC 20036
Telephone: +1.404.521.6700

AMERICAN IMMIGRATION COUNCIL
Gianna Borroto (IL Bar No. 6305516)
*(pro hac vice)*
*gborroto@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005

Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

Pursuant to Local Civil Rule 83.3(f)(3), Plaintiffs, by and through their undersigned counsel, move the Court to withdraw Plaintiffs' Counsel of Record Annie Daher in the above-captioned action. As set forth in the concurrently-filed declaration, Annie Daher is no longer associated with the Center for Gender & Refugee Studies. The undersigned counsel will continue to represent the Plaintiffs and request that all further pleadings, notices, documents, and other papers filed herein continue to be provided and served upon them. Pursuant to Local Civil Rule 83.3(f)(3)(b), the Declaration of Annie Daher in support of this Motion is filed concurrently herewith. That Declaration indicates that notice of this withdrawal has been provided to the Plaintiffs and that Defendants' counsel received notice of this Motion via ECF service.

Dated: June 14, 2024

        MAYER BROWN LLP
         Matthew H. Marmolejo
         Michelle N. Webster
         Matthew E. Fenn

        VINSON & ELKINS LLP
         Stephen M. Medlock

        CENTER FOR GENDER AND REFUGEE STUDIES
         Melissa Crow
         Neela Chakravartula

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Angelo Guisado

SOUTHERN POVERTY LAW CENTER
    Sarah Rich
    Rebecca Cassler

AMERICAN IMMIGRATION COUNCIL
    Gianna Borroto

By: /s/ Neela Chakravartula

Neela Chakravartula

*Attorneys for Plaintiffs*