MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice)*
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone: +1.202.639.6500
Facsimile: +1.202.879.8939

CENTER FOR GENDER & REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
*(pro hac vice)*
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed in Signature Block*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro N. Mayorkas,[1] *et al.*, <br><br> Defendants. | Case No.: 17-cv-02366-BAS-KSC <br><br> **DECLARATION OF ANNIE DAHER IN SUPPORT OF MOTION TO WITHDRAW PLAINTIFFS' COUNSEL ANNIE DAHER** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

1  MAYER BROWN LLP
   Michelle N. Webster (DC Bar No. 985265)
2  *(pro hac vice)*
   *Mwebster@mayerbrown.com*
3  1999 K Street, N.W.
   Washington, DC 20006
4  Telephone: +1.202.263.3000
5  Facsimile: +1.202.263.3300
   Matthew E. Fenn
6  *(pro hac vice)*
   *Mfenn@mayerbrown.com*
7  71 S. Wacker Dr.
   Chicago, IL 60606
8  Telephone: +1.312.782.0600
9
   CENTER FOR CONSTITUTIONAL RIGHTS
10 Baher Azmy (NY Bar No. 2860740)
11 *(pro hac vice)*
   *bazmy@ccrjustice.org*
12 Angelo Guisado (NY Bar No. 5182688)
   *(pro hac vice)*
13 *aguisado@ccrjustice.org*
14 666 Broadway, 7th Floor
   New York, NY 10012
15 Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
16
17 SOUTHERN POVERTY LAW CENTER
   Sarah Rich (GA Bar No. 281985)
18 *(pro hac vice)*
   *Sarah.rich@splcenter.org*
19 150 E. Ponce de Leon Ave, Suite 340
   Decatur, GA 30030
20 Telephone: +1.404.521.6700
21 Facsimile: +1.404.221.5857
   Rebecca Cassler (MN Bar. No. 0398309)
22 *(pro hac vice)*
   *Rebecca.cassler@splcenter.org*
23 1101 17th St. NW, Suite 705
24 Washington, DC 20036
   Telephone: +1.404.521.6700
25
26 AMERICAN IMMIGRATION COUNCIL
   Gianna Borroto (IL Bar No. 6305516)
27 *(pro hac vice)*
   *gborroto@immcouncil.org*
28 1331 G St. NW, Suite 200
   Washington, DC 20005

Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

I, Annie Daher, hereby declare the following:

1. I was formerly a Senior Staff Attorney at the Center for Gender & Refugee Studies ("CGRS"), a member of the California State Bar, admitted to this Court, and an attorney of record for Plaintiffs in this action.

2. I am no longer employed by CGRS.

3. Pursuant to Civil Local Rule 83.3(g), the Plaintiffs have been notified that I have recently left CGRS and am withdrawing from this matter.

4. The remaining counsel of record will continue to represent Plaintiffs in this case.

5. All counsel of record have concurrently received notice of this Motion via ECF service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2024.

/s/ Annie Daher
Annie Daher