UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>Alejandro N. Mayorkas,[1] *et al.*,<br><br>   Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW PLAINTIFFS' COUNSEL ANNIE DAHER** |

### ORDER

Before the Court is Plaintiffs' motion to withdraw Annie Daher as their counsel of record. Attached thereto is a declaration in which Ms. Daher attests that the reason for her withdrawal is that she is no longer employed by Plaintiffs' counsel, the Center for Gender & Refugee Studies. Good cause appearing, the Court **GRANTS** the Motion. The Clerk is instructed to update the docket to reflect Ms. Daher is no longer counsel of record.

   **IT IS SO ORDERED.**

Dated: _____, 2024

**Hon. Cynthia A. Bashant
United States District Judge**

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).