# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>　　　　　　　Defendant. | Case No. 17-cv-2366-BAS-KSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY OF RECORD (ECF No. 834)** |

Presently before the Court is Mayer Brown LLP's motion to withdraw Annie Daher as counsel for Plaintiffs. (Mot., ECF No. 834.) Daher indicates that Plaintiffs have and will continue to have representation in this matter and that withdrawal will not result in any prejudice to Plaintiffs or delay in this case. (ECF No. 834-1.) Good cause appearing, the Court **GRANTS** the Motion. The Clerk is instructed to update the docket to reflect Daher's withdrawal as counsel of record for Plaintiffs.

**IT IS SO ORDERED.**

**DATED: June 18, 2024**

　　　　　　　　　　　　　　　　　　　*Cynthia Bashant*
　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　United States District Judge