MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice)*
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone: +1.202.639.6500
Facsimile: +1.202.879.8939

CENTER FOR GENDER & REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
*(pro hac vice)*
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed in Signature Block*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Alejandro N. Mayorkas,[1] *et al.*,<br><br>　　　　　Defendants. | Case No.: 17-cv-02366-BAS-KSC<br><br>**MOTION TO WITHDRAW PLAINTIFFS' COUNSEL GIANNA BORROTO** |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

MAYER BROWN LLP
Michelle N. Webster (DC Bar No. 985265)
*(pro hac vice)*
Mwebster@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone: +1.202.263.3000
Facsimile: +1.202.263.3300
Matthew E. Fenn
*(pro hac vice)*
Mfenn@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: +1.312.782.0600

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)
*(pro hac vice)*
bazmy@ccrjustice.org
Angelo Guisado (NY Bar No. 5182688)
*(pro hac vice)*
aguisado@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
Sarah Rich (GA Var No. 281985)
*(pro hac vice)*
Sarah.rich@splcenter.org
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857
Rebecca Cassler (MN Bar. No. 0398309)
*(pro hac vice)*
Rebecca.cassler@splcenter.org
1101 17th St. NW, Suite 705
Washington, DC 20036
Telephone: +1.404.521.6700

AMERICAN IMMIGRATION COUNCIL
Gianna Borroto (IL Bar No. 6305516)
*(pro hac vice)*
gborroto@immcouncil.org
1331 G St. NW, Suite 200
Washington, DC 20005

Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Civil Rule 83.3(f)(3), Plaintiffs provide notice that, as of July 12, 2024, Gianna Borroto will no longer be employed at the American Immigration Council and will no longer represent Plaintiffs in this case. All other counsel of record will continue to represent Plaintiffs in this case.

Accordingly, Plaintiffs respectfully request the Court grant Plaintiffs' Motion to Withdraw Plaintiffs' Counsel of Record Gianna Borroto. Plaintiffs will continue to be represented by the under-signed counsel in this matter. All counsel and all partied through counsel are receiving notice of this motion as ser forth in the attached declaration of counsel and certificate of service.

Dated: July 12, 2024

MAYER BROWN LLP
   Matthew H. Marmolejo
   Michelle N. Webster Matthew E.
   Fenn

VINSON & ELKINS LLP
   Stephen M. Medlock

CENTER FOR GENDER AND REFUGEE STUDIES
   Melissa Crow
   Neela Chakravartula

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy
    Angelo Guisado

SOUTHERN POVERTY LAW CENTER
    Sarah Rich
    Rebecca Cassler

AMERICAN IMMIGRATION COUNCIL
    Gianna Borroto

By: /s/ Neela Chakravartula

Neela Chakravartula

*Attorneys for Plaintiffs*