MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice)*
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone: +1.202.639.6500
Facsimile: +1.202.879.8939

CENTER FOR GENDER & REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
*(pro hac vice)*
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed in Signature Block*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF GIANNA BORROTO IN SUPPORT OF MOTION TO WITHDRAW PLAINTIFFS' COUNSEL GIANNA BORROTO** |
| Alejandro N. Mayorkas,[1] *et al.*, | |
| Defendants. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

1
2  MAYER BROWN LLP
   Michelle N. Webster (DC Bar No. 985265)
3  *(pro hac vice)*
   Mwebster@mayerbrown.com
4  1999 K Street, N.W.
   Washington, DC 20006
5  Telephone: +1.202.263.3000
   Facsimile: +1.202.263.3300
6  Matthew E. Fenn
7  *(pro hac vice)*
   Mfenn@mayerbrown.com
8  71 S. Wacker Dr.
   Chicago, IL 60606
9  Telephone: +1.312.782.0600

10
   CENTER FOR CONSTITUTIONAL RIGHTS
11 Baher Azmy (NY Bar No. 2860740)
   *(pro hac vice)*
12 bazmy@ccrjustice.org
   Angelo Guisado (NY Bar No. 5182688)
13 *(pro hac vice)*
14 aguisado@ccrjustice.org
   666 Broadway, 7th Floor
15 New York, NY 10012
   Telephone: +1.212.614.6464
16 Facsimile: +1.212.614.6499

17
   SOUTHERN POVERTY LAW CENTER
18 Sarah Rich (GA Var No. 281985)
   *(pro hac vice)*
19 Sarah.rich@splcenter.org
   150 E. Ponce de Leon Ave, Suite 340
20 Decatur, GA 30030
21 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
22 Rebecca Cassler (MN Bar. No. 0398309)
23 *(pro hac vice)*
   Rebecca.cassler@splcenter.org
24 1101 17th St. NW, Suite 705
   Washington, DC 20036
25 Telephone: +1.404.521.6700

26
   AMERICAN IMMIGRATION COUNCIL
27 Gianna Borroto (IL Bar No. 6305516)
   *(pro hac vice)*
28 gborroto@immcouncil.org

1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

I, Gianna Borroto, hereby declare the following:

1. I am an attorney at the American Immigration Council, a member of the Illinois State bar, admitted pro hac vice to this Court for this action, and an attorney of record for Plaintiffs in this action.

2. Attached hereto is Plaintiffs' Motion to Withdraw Plaintiffs' Counsel of Record Gianna Borroto.

3. As explained in the motion, I will no longer be employed at the American Immigration Council effective July 12, 2024.

4. All other counsel of record will continue to represent Plaintiffs in this case.

5. All Counsel and all parties through counsel have concurrently received notice of this Motion as set forth in the attached Certificate of Service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This declaration is executed on July 8, 2024, in Chicago, Illinois.

By: */s/ Gianna Borroto*

Gianna Borroto