MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*crowmelissa@uclawsf.edu*
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> ALEJANDRO N. MAYORKAS,[1] *et al.*, <br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br><br> **MOTION TO WITHDRAW ATTORNEY OF RECORD** |

Pursuant to Local Civil Rule 83.3(f)(3), Plaintiffs, by and through their under-signed counsel, move the Court to withdraw Plaintiffs' Counsel of Record Michelle Webster in the above-captioned action. As set forth in the Declaration of Matthew

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

1  E. Fenn, Michelle Webster is no longer associated with Mayer Brown LLP as of
2  November 27, 2024. The undersigned counsel will continue to represent the Plain-
3  tiffs and request that all further pleadings, notices, documents, and other papers filed
4  herein continue to be provided and served upon them. Pursuant to Local Civil Rule
5  83.3(f)(3)(b), the Declaration of Matthew E. Fenn in support of this Motion is filed
6  concurrently herewith. That Declaration indicates that notice of this withdrawal was
7  provided to the Plaintiffs and that Defendants' counsel received notice of this Motion
8  via ECF service.

Dated: December 11, 2024            Respectfully submitted,

By: /s/ *Matthew E. Fenn*
Matthew E. Fenn (NY Bar No. 5391149)
(*pro hac vice*)
*Mfenn@mayerbrown.com*
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: +1.312.782.0600
Facsimile: +1.312.706.8139

Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*crowmelissa@uclawsf.edu*
1121 14th Street, N.W., Suite 200
Washington, DC 20005

Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)
(*pro hac vice*)
*bazmy@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688)
(*pro hac vice*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

AMERICAN IMMIGRATION COUNCIL
Rebecca Cassler (MN Bar No. 0398309)
(*pro hac vice*)
*rcassler@immcouncil.org*
PMB 2026
2001 L St. NW, Ste. 500
Washington, DC 20036
Telephone: +1.202.507.7514

DEMOCRACY FORWARD
Sarah Marion Rich (GA Bar No. 281985)
(*pro hac vice*)
*srich@democracyforward.org*
P.O. Box 34553
Washington, DC 20043
Telephone: +1.202.448.9090

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 11, 2024         Respectfully submitted,

*/s/ Matthew E. Fenn*
Matthew E. Fenn

*Attorney for Plaintiffs*