MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile:  +1.415.581.8824

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:17-cv-02366-BAS-KSC |
| *Plaintiffs*, | |
| v. | |
| ALEJANDRO N. MAYORKAS[1], *et al.*, | **DECLARATION OF MATTHEW E. FENN IN SUPPORT OF MOTION TO WITHDRAW ATTORNEY OF RECORD** |
| *Defendants*. | |

---

[1] Secretary Mayorkas is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

I, Matthew E. Fenn, hereby declare the following:

1. I am an associate at the law firm of Mayer Brown LLP, a member of the New York bar, admitted pro hac vice to this Court for this action, and an attorney of record for Plaintiffs in this action.

2. Attorney Michelle Webster left the law firm Mayer Brown LLP on November 27, 2024.

3. I affirm that, pursuant to Local Civil Rule 83.3(f)(3), I informed Plaintiffs that Ms. Webster left Mayer Brown LLP and is withdrawing from this matter.

4. The remaining counsel of record will continue to represent Plaintiffs in this case.

5. All counsel of record have concurrently received notice of this Motion via ECF service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2024.

/s/ *Matthew E. Fenn*

Matthew E. Fenn

# **CERTIFICATE OF SERVICE**

      I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: December 11, 2024        Respectfully submitted,

*/s/ Matthew E. Fenn*
Matthew E. Fenn

*Attorney for Plaintiffs*