Attorney for: Plaintiffs Al Otro Lado, Inc., et al.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Alejandro Mayorkas, *et al.*,<br><br>　　　　　Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

# **NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Rebecca M. Cassler has changed ☐names, ☒firms, ☒addresses, ☒phone numbers, and/or ☒fax numbers as follows.

Current contact information:

Rebecca M. Cassler
American Immigration Council
PMB 2026
2001 L St. NW, Ste. 500
Washington, DC 20036
Phone: 202-507-7514
rcassler@immcouncil.org

Dated:  December 12, 2024            */s/ Rebecca M. Cassler*
                                                            Rebecca M. Cassler

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed with the Court on December 12, 2024, causing all counsel of record to be served via the Court's CM/ECF filing system.

*/s/ Rebecca M. Cassler*
Rebecca M. Cassler