Attorney for: Plaintiffs Al Otro Lado, Inc., et al.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 17-cv-02366-BAS-KSC |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| Alejandro Mayorkas, *et al.*, | |
| Defendants. | |

# **NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Sarah M. Rich has changed ☐names, ☒firms, ☒addresses, ☒phone numbers, and/or ☒fax numbers as follows.

Current contact information:

Sarah M. Rich
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: 202-448-9090
srich@democracyforward.org

Dated: December 17, 2024          */s/ Sarah M. Rich*
                                    Sarah M. Rich

1

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed with the Court on December 17, 2024, causing all counsel of record to be served via the Court's CM/ECF filing system.

*/s/ Sarah M. Rich*
Sarah M. Rich