# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAD F. WOLF, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 17-cv-2366-BAS-KSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY OF RECORD (ECF No. 838)** |

　　　　Presently before the Court is Mayer Brown LLP's motion to withdraw Michelle Webster as counsel for Plaintiffs. (ECF No. 838.) Matthew E. Fenn, an attorney with Mayer Brown LLP, attests that Michelle Webster is no longer with the firm, but that he will continue to represent the Plaintiffs going forward. (ECF No. 838-1.) Fenn also indicates that withdrawal will not result in any prejudice to Plaintiffs or delay in this case. (ECF No. 838-1.) Good cause appearing, the Court **GRANTS** the Motion. (ECF No. 838.) The Clerk of the Court is instructed to update the docket to reflect Webster's withdrawal as counsel of record for Plaintiffs.

　　　　**IT IS SO ORDERED.**

**DATED: December 20, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge