**FILED**

**JAN 8 2025**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., | No. 22-55988 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego |
| v. | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | ORDER |
| Appellant, | |
| and | |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | |
| Defendants-Appellants. | |

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., | No. 22-56036 |
| Plaintiffs-Appellants, | D.C. No. 3:17-cv-02366-BAS-KSC |
| v. | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | |
| Appellee, | |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | |

Defendants-Appellees.

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

A judge of this court has called for a vote to determine whether this case should be reheard en banc. The parties are directed to file simultaneous briefs setting forth their respective positions on whether this case should be reheard en banc. The briefs shall not exceed 15 pages unless they comply with the alternative length limitation of 4,200 words, and they shall be filed within twenty-one (21) days of the date of this order. *See* 9th Cir. R. 40-1.