# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, *et al.*, <br><br> Defendants. | Case No. 17-cv-2366-BAS-KSC <br><br> **ORDER SETTING BRIEFING SCHEDULE (ECF No. 842)** |

On December 27, 2024, Plaintiffs filed a Rule 60(b) Motion for Relief from the Judgment and Request for Indicative Ruling. (ECF No. 842 ("Motion").) The plaintiffs filed this Motion without a hearing date and therefore the Motion does not have a briefing schedule.[1] Accordingly, the Court shall set a hearing date in order to set a briefing schedule. The hearing date shall be February 14, 2025. Accordingly, responses to the

---

[1] The Court's Standing Order for Civil Cases requires parties filing motions to select a hearing date and include a caption stating, "NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT." *See* Standing Order for Civil Cases at 4.B.

- 1 -

17cv2366

1  Motion shall be filed on the docket **no later than January 31, 2025**, and Plaintiffs' reply
2  shall be filed on the docket **no later than February 7, 2025**.
3      **IT IS SO ORDERED.**
4
5  **DATED: January 10, 2025**

                                              Hon. Cynthia Bashant
                                              United States District Judge