BRETT A. SHUMATE
Acting Assistant Attorney General
AUGUST FLENTJE
Deputy Director
ALEXANDER J. HALASKA (IL 6327002)
Senior Litigation Counsel
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, *et al.*, in their official capacities,* <br><br> *Defendants*. | Case No. 3:17-cv-02366-BAS-KSC <br><br> Hon. Cynthia A. Bashant <br><br> **EXHIBIT A IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' RULE 60(b) MOTION AND REQUEST FOR INDICATIVE RULING** |

---

* Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Noem is automatically substituted as a Defendant.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*,<br>    *Plaintiffs,*<br><br>        v.<br><br>ALEJANDRO MAYORKAS,<br>Secretary of Homeland Security,<br>*et al.*, in their official capacities<br>    *Defendants.* | No. 3:17-cv-02366-BAS-KSC |

## DECLARATION OF EBBED JOSEPH

I, Ebbed Joseph, pursuant to 28 U.S.C. § 1746, and based upon personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1.      I am currently the Branch Chief of the Operations Branch, in the Asylum Division, part of the Refugee, Asylum & International Operations Directorate (RAIO), which is within U.S. Citizenship and Immigration Services (USCIS), Department of Homeland Security (DHS).  I have held this position since May 2024.  Prior to becoming the Branch Chief of the Operations Branch, I served as a Supervisory Asylum Officer with the Operations Branch at Asylum Division headquarters, where I managed a team of officers who were responsible for various portfolios related to affirmative asylum processing and security vetting.  Prior to becoming a Supervisory Asylum Officer, I also served as an Asylum Officer within the Operations Branch at Asylum Division headquarters, where I was responsible for various portfolios, such as the Asylum Division's use of biometric and biographic security checks, along with the reasonable fear protection screening operations.  I have held other positions within the Asylum Division such as Asylum Officer at the Houston Asylum Office as well as a

1

Supervisory Asylum Officer and Section Chief at the Arlington Asylum Office.  In my current position as the Operations Branch Chief, I have oversight of certain aspects of the administration of the credible fear determination process, including maintaining the policies and procedures that govern USCIS processing of credible fear cases nationwide.  I am responsible for ensuring that those policies and procedures are communicated to the asylum officers and providing support towards their interpretation and implementation when necessary.

2. I understand that on December 27, 2024, Plaintiffs filed a Rule 60(b) Motion for Relief from the Judgment and Request for Indicative Ruling concerning the permanent injunction previously entered by this Court.

3. On September 12, 2022, USCIS issued guidance for asylum offices to conduct AOL class membership screenings of individuals with unexecuted final orders of expedited removal who are not detained in ICE custody (hereafter "non-detained AOL group").  The non-detained AOL group specifically consists of individuals who: (1) were found not to have a credible fear because the Third Country Transit rule ("TCT") was applied to their case; (2) have a final expedited removal order; and (3) have not been removed from the U.S.

4. As described in a prior declaration by Andrew J. Davidson on behalf of USCIS, to identify individuals in the non-detained AOL group, USCIS reviewed data in its case management system related to individuals with credible fear cases listed on what the government has referred to as the "Master List" of potential preliminary injunction class members.  ECF No. 758-2, ¶ 5.  USCIS incorporated this data into the Master List and also relied on available ICE removal and detention data to determine a potential class member's location.  ECF No. 758-2, ¶ 6.  Based on USCIS's findings, the list of the non-detained AOL group consists of 5,254 individuals. These 5,254 cases were assigned to the asylum offices according to the individual's

last known address for review and, if deemed appropriate upon review, for scheduling for an in-person class membership screening.

5. As of December 18, 2024, the date of the most recent non-detained AOL group status report produced to Plaintiffs, USCIS has reviewed approximately 3,225 cases. Of the 3,225 cases, approximately 205 individuals received a class membership screening. Only 8 were identified as class members. USCIS scheduled another 351 individuals for a class membership screening who failed to appear for their screening.

6. Of the 3,225 reviewed cases, USCIS identified 2,442 cases who are not eligible for a class membership screening, either because they are or were in Section 240 removal proceedings, they were previously removed and are no longer in the United States, or they have already received relief (e.g., they were granted asylum by an Immigration Judge).

7. The non-detained AOL group procedures are currently still in effect. USCIS continues to review cases from the list of 5,254 to determine who is eligible for a screening.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this <u>13th</u> day of January 2025.

EBBED JOSEPH
Digitally signed by EBBED JOSEPH
Date: 2025.01.13 09:21:28 -05'00'

Ebbed Joseph
Branch Chief
Operations Branch, Asylum Division
Refugee, Asylum & International Operations Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security