**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

AL OTRO LADO, INC., *et al.*,
Plaintiffs,
v.
CHAD F. WOLF, *et al.*,
Defendants.

Case No. 17-cv-2366-BAS-KSC

**ORDER GRANTING MOTION TO WITHDRAW COUNSEL (ECF No. 848)**

Presently before the Court is the Defendants' Motion to Withdraw Alexander J. Halaska as counsel for Defendants and the Executive Office for Immigration Review in this matter. (ECF No. 848.) Halaska represents that he is no longer employed by the Department of Justice as of March 8, 2025, but that the Government will continue to be represented by the remaining counsel of record. (*Id.* at 1.) Good cause appearing, the Court **GRANTS** the Motion. The Clerk is instructed to update the docket to reflect Halaska's withdrawal as counsel of record for the Government.

**IT IS SO ORDERED.**

**DATED: March 10, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**