**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

AL OTRO LADO, INC. *et al.*,

Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security, *et al.*,

Defendants.

Case No. 17-cv-2366-BAS-KSC

**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW BRIAN C. WARD AS COUNSEL (ECF No. 857)**

Presently before the Court is Brian C. Ward's request to withdraw as counsel for Defendants because he will no longer be employed at the Department of Justice. (ECF No. 857.) Having reviewed the request, the Court **APPROVES** the withdrawal of attorney Brian C. Ward as counsel for Defendants in the above-captioned matter.

**IT IS SO ORDERED.**

**DATED: October 28, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**