UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AL OTRO LADO, a California corporation; et al.,

Plaintiffs-Appellees,

v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Appellant,

and

MARKWAYNE MULLIN, Secretary of Homeland Security; et al.,

Defendants-Appellants.

No. 22-55988

D.C. No.
3:17-cv-02366-BAS-KSC
Southern District of California,
San Diego

ORDER

AL OTRO LADO, a California corporation; et al.,

Plaintiffs-Appellants,

v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Appellee,

MARKWAYNE MULLIN, Secretary of Homeland Security; et al.,

No. 22-56036

D.C. No.
3:17-cv-02366-BAS-KSC

| Defendants-Appellees. |
|---|

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

The parties' recent filings disagree as to whether the district court's judgment on Plaintiffs' Alien Tort Statute and ultra vires claims should be vacated as moot. If Plaintiffs seek vacatur of those portions of the district court's judgment, Plaintiffs are directed to file a motion for vacatur on mootness grounds not exceeding ten pages on or before August 21, 2026. The Government may file an opposition not exceeding ten pages on or before September 4, 2026, and any reply not exceeding five pages shall be filed on or before September 11, 2026.